NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

IACOVIELLO, VINCE
20 BROADVIEW AVE.
MADISON, NJ 07940

Claim Number: 1
Claim Date: 01/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $241,334.62 |
| UNSECURED | Claimed: | $241,334.62 |
| TOTAL | Claimed: | $241,334.62 |

---

COLLEVECCHIO ENTERPRISES, INC.
DBA CREATIVE ASSOCIATES
8540 COLONNADE CENTER DR. S # 106
RALEIGH, NC 27615

Claim Number: 2
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $245,536.30 |

---

DODD, RANDY
111 FAIRWAY DRIVE
WHITEFISH, MT 59937

Claim Number: 3
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $375,120.39 |

---

SHEA, JOHN L. III
5203 TWIGHT DR
FRISCO, TX 75035-7007

Claim Number: 4
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,545.82 | | |
| UNSECURED | Claimed: | $12,772.73 | Scheduled: | $15,186.08 |

---

PEZZULLO, WILLIAM
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 5
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8178

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15,024.50 |
| UNSECURED | Claimed: | $63,304.21 |

---

SEAMAN, HAROLD E
118 W CODA CIR
DELRAY BEACH, FL 33444-3630

Claim Number: 6
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $139,081.79 |

---

PIERCE, LINDA
11054 COUNTY RD. 2464
TERRELL, TX 75160

Claim Number: 7
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,125.72 | Scheduled: | $6,310.45 |
| UNSECURED | Claimed: | $40,365.72 | Scheduled: | $41,178.11 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: GROTE, CHARLES R
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,718.08 | | |

---

ASM CAPITAL, L.P.
TRANSFEROR: GROTE, CHARLES R
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 9
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $4,939.36 | | |

---

ASM CAPITAL, L.P.
TRANSFEROR: GROTE, CHARLES R
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 10
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,944.68 | | |

---

MISSINI, DENNIS
616 RUSSETWOOD LANE
POWDER SPRINGS, GA 30127

Claim Number: 11
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $103,436.00 | | |

---

PIRIH, ANTHONY M.
900 ANDERSON DRIVE
GREEN OAKS, IL 60048

Claim Number: 12
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $349,213.03 | Scheduled: | $565.38 |
| UNSECURED | | | Scheduled: | $222,703.85 |

---

JAIN, SANJAY
73 PEABODY ST.
MIDDLETON, MA 01949

Claim Number: 13
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $43,500.00 | | |

---

GATLIN-WILSON, ASHLEY
413 WHISPERFIELD
MURPHY, TX 75094

Claim Number: 14
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,720.92 | Scheduled: | $3,968.68 |
| UNSECURED | Claimed: | $21,506.70 | Scheduled: | $19,241.65 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BRIDGES, CHARLES ROGERS<br>5408 HUNTER HOLLOW DRIVE<br>RALEIGH, NC 27606 | Claim Number: 15<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $40,565.00 |

---

| KINNEBREW, BILLY E.<br>988 DENNIS CIRCLE<br>IDAHO FALLS, ID 83401 | Claim Number: 16<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $809.20 |

---

| PESTANA, HENRY<br>695 SPINNAKER<br>WESTON, FL 33326 | Claim Number: 17<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,166.44 |
| UNSECURED | Claimed: | $49,645.85 | Scheduled: | $44,676.19 |

---

| MARTIN, EDLENE PASS<br>8005 CHADBOURNE CT<br>RALEIGH, NC 27613 | Claim Number: 18<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $68,808.00 |
| UNSECURED | Claimed: | $18,000.00 |

---

| HESLOP, MICHAEL<br>8404 W. 127TH CIR<br>OVERLAND PARK, KS 66213 | Claim Number: 19<br>Claim Date: 01/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $77,363.00 |
| UNSECURED | Claimed: | $0.11 |

---

| FRAME, DAVID<br>633 RAFORD HILL LN<br>RICHARDSON, TX 75081 | Claim Number: 20<br>Claim Date: 01/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $125,353.10 |

---

| FRADETTE, MAURICE J.<br>36 GLENWOOD ROAD<br>WEST HARTFORD, CT 06107 | Claim Number: 21<br>Claim Date: 01/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $3,694.52 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM CAPITAL IV, L.P.
TRANSFEROR: PHILLIPS, JOANNE H.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 22
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $44,799.61 | Scheduled: | $7,080.33 |
| UNSECURED | | | Scheduled: | $38,331.44 |

---

TANNOR PARTNERS CREDIT FUND, LP
TRANSFEROR: WJF TELECOM LLC
150 GRAND STREET, STE 401
WHITE PLAINS, NY 10601

Claim Number: 23-01
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,170.00 | Scheduled: | $14,390.00 |

---

WJF TELECOM LLC
9410 DESOTO AVE # E
CHATSWORTH, CA 91311

Claim Number: 23-02
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,730.00 |

---

ZENG, HELEN
3216 TEAROSE DR.
RICHARDSON, TX 75082

Claim Number: 24
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $27,261.87 |

---

BAGETAKOS, GEORGE T.
143 E CORNELL AVE
FRESNO, CA 93704-5203

Claim Number: 25
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $715,134.69 |

---

COVEY, NIEL A.
23314 SE 13 CT
SAMMAMISH, WA 98075

Claim Number: 26
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $371,524.91 |

---

DANIEL, RICHARD
P.O. BOX 4276
CARY, NC 27519

Claim Number: 27
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $44,700.24 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BENSON, ALBERT W.<br>195 GALLUP ROAD<br>SPENCERPORT, NY 14559 | | Claim Number: 28<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $59,926.02 |

| BARNES, DEBBIE<br>425 W. WEST STREET<br>SOUTHPORT, NC 28461 | | Claim Number: 29<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| PRIORITY | Claimed: | $204,240.88 |

| XU, SUSAN<br>14818 FARMCOTE DR.<br>FRISCO, TX 75035 | | Claim Number: 30<br>Claim Date: 01/23/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $18,018.50 |
| UNSECURED | Claimed: | $18,018.50 |
| TOTAL | Claimed: | $18,018.50 |

| DANIEL, RICHARD A.<br>P.O. BOX 4276<br>CARY, NC 27519 | | Claim Number: 31<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $9,017.48 |

| GARNICA, KEVIN THOMAS<br>120 LINCOLNSHIRE LANE<br>SPRINGBORO, OH 45066 | | Claim Number: 32<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $169,508.46 |

| MARTIN, DOUGLAS<br>480 SILVER SPRING RD<br>RIDGEFIELD, CT 06877 | | Claim Number: 33<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|---|
| UNSECURED | Claimed: | $6,852.76   UNLIQ |

| MURPHY, PETER<br>5555 GROVE POINT RD<br>ALPHARETTA, GA 30022 | | Claim Number: 34<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $109,005.50 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: SYMMETRICOM INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 35<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $549,547.50 | Scheduled: | $469,513.32 |
| SYMMETRICOM INC<br>2300 ORCHARD PARKWAY<br>SAN JOSE, CA 95131 | | Claim Number: 36<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $9,182.60 | | |
| CLINGER, LINDA C<br>3918 RAVINES DR.<br>ALLENDALE, MI 49401 | | Claim Number: 37<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $1,404.00 | Scheduled: | $729.87 |
| UNSECURED | Claimed: | $14,880.00 | Scheduled: | $13,693.78 |
| PAULUS, PATRICK J<br>107 AVALON CT<br>KINGSLAND, GA 31548 | | Claim Number: 38<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $120,170.24 | | |
| MANLEY, JAMES P.<br>851 GREENSIDE DR APT 4116<br>RICHARDSON, TX 75080-1160 | | Claim Number: 39<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,544.68 |
| UNSECURED | Claimed: | $61,174.88 | Scheduled: | $71,034.83 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ROBINSON, JACQUELINE B.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 40<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $84,551.45 | | |
| CALKINS, DAVID E.<br>300 NORTHVIEW DR<br>RICHARDSON, TX 75080 | | Claim Number: 41<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,810.21 |
| UNSECURED | Claimed: | $12,628.00 | Scheduled: | $14,186.96 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DECKER, JAMES D III<br>2332 INVERNESS CIRCLE<br>JAMISON, PA 18929 | | Claim Number: 42<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $192,684.78 | | |

| GERVITZ, GARY ALAN<br>36 CYPRESS COURT<br>TROPHY CLUB, TX 76262 | | Claim Number: 43<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,714.44 | | |

| CAGIANNOS, ELIAS<br>87 WOODLAND RD<br>MADISON, NJ 07940 | | Claim Number: 44<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $273,191.56 | | |

| QUASAR INC.<br>108 WILEY HILLS TRAIL<br>WOODSTOCK, GA 30188 | | Claim Number: 45<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92,134.25 | | |

| HETZEL, BRADLEY D.<br>1017 STALLINGS GLEN RD.<br>RALEIGH, NC 27603 | | Claim Number: 46<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,487.60 |
| UNSECURED | Claimed: | $245,587.62 | Scheduled: | $64,824.51 |

| CARLIN, SONJA<br>11706 DARLINGTON AVE APT 402<br>LOS ANGELES, CA 90049-5517 | | Claim Number: 47<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $167,889.90 | | |

| HICKS, TONY M.<br>1331 EDMONTON DR.<br>LEWISVILLE, TX 75077 | | Claim Number: 48<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,589.96 |
| UNSECURED | Claimed: | $107,117.04 | Scheduled: | $105,013.39 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KNIGHT, DANNY L.<br>3204 GREYFIELD WAY<br>MONROE, GA 30656-6451 | Claim Number: 49<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $27,405.15 | Scheduled: $41,872.14 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GHIONE, RICH<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 50<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,500.00 | |
| UNSECURED | | | Scheduled: $12,266.67 |

---

| GOINS, PETRA B.<br>2982 MARLOW LANE<br>RICHARDSON, TX 75082 | Claim Number: 51<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $7,505.38 |
| UNSECURED | Claimed: | $25,245.37 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NANCE, MANLY S.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 52<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $63,388.92 |

---

| DAVIS, JOYCE G.<br>501 ORCHID LIGHTS CT<br>GRIFFIN, GA 30223-7264 | Claim Number: 53<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $3,895.19 |
| UNSECURED | Claimed: | $26,231.34 | Scheduled: | $37,225.57 |

---

| VALENTINE, JOHN W.<br>719 QUARTERSTAFF RD<br>WINSTON SALEM, NC 27104 | Claim Number: 54<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $35,820.52 |

---

| PIERANNUNZI, KEN<br>2285 PRICKLY PEAR WALK<br>LAWRENCEVILLE, GA 30043-6344 | Claim Number: 55<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | |
|---|---|---|
| PRIORITY | Claimed: | $11,819.70 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PAVLIC, TERESA
813 GENFORD COURT
RALEIGH, NC 27609

Claim Number: 56
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $35,000.00 | | |

---

YANG, WENDY
3961 KERN CT
PLEASANTON, CA 94588-4427

Claim Number: 57
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $32,715.00 | Scheduled: | $5,687.15 |
| UNSECURED | | | Scheduled: | $29,714.95 |

---

YOUNG, ROBERT
313, PROMENADE SOUTH
MONTGOMERY, TX 77356

Claim Number: 58
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $25,019.71 | | |

---

VALDEZ, JR., CIRIACO
13208 W. 129TH TERRACE
OVERLAND PARK, KS 66213

Claim Number: 59
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $40,921.57 | | |

---

CABIBI, FRANCIS
160 FISHER CT
CALIMESA, CA 92320-1216

Claim Number: 60
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $43,236.00 | | |

---

NEMERTES RESEARCH
19225 BLACKHAWK PARKWAY
MOKENA, IL 60448

Claim Number: 61
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $1,200.73 | | |

---

ALLAN, JAY WALTER
21912 BARBADOS
MISSION VIEJO, CA 92692

Claim Number: 62
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $5,076.71 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| FOREST NETWORKS LLC<br>217 PARK STREET<br>WEST ROXBURY, MA 02132 | | Claim Number: 63<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,780.00 | | |
| MONTGOMERY, KISHA<br>12817 DOVE FIELD LN<br>BALCH SPRINGS, TX 75180 | | Claim Number: 64<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $9,004.02 | | |
| INGATE SYSTEMS, INC<br>7 FARLEY ROAD<br>HOLLIS, NH 03049 | | Claim Number: 65<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $19,064.00 | | |
| BULENGO, RAYMOND C.<br>748 HERITAGE WAY<br>WESTON, FL 33326 | | Claim Number: 66<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7574<br>Claim out of balance | | |
| PRIORITY | Claimed: | $483,866.70 | | |
| SECURED | Claimed: | $483,866.70 | | |
| TOTAL | Claimed: | $483,866.70 | | |
| LEWIS, PATRICK B.<br>7009 S. NETHERLAND WAY<br>AURORA, CO 80016 | | Claim Number: 67<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $75,036.00 | | |
| ZABELNY, JAN M.<br>198 BAYWAY DRIVE<br>WEBSTER, NY 14580 | | Claim Number: 68<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $934.14 |
| UNSECURED | Claimed: | $51,280.80 | Scheduled: | $50,472.21 |
| SBC INTERNET SERVICES, INC<br>JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 69<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2889 (04/15/2010) | | |
| UNSECURED | Claimed: | $4,370.63 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 70<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $4.13 | | |
| SBC GLOBAL SERVICES<br>JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 71<br>Claim Date: 01/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $132,375.81 | | |
| UNSECURED | Claimed: | $132,375.81 | | |
| UNSECURED | Claimed: | $132,375.81 | | |
| UNSECURED | Claimed: | $132,375.81 | | |
| BELANGER, KERRY E<br>1054 EAGLE RIDGE WAY<br>MILPITAS, CA 95035 | | Claim Number: 72<br>Claim Date: 01/27/2009<br>Debtor: NORTEL ALTSYSTEMS INC. | | |
| PRIORITY | | | Scheduled: | $5,477.75 |
| UNSECURED | Claimed: | $38,411.28 | Scheduled: | $27,946.45 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MARSHALL, KEITH<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 73<br>Claim Date: 01/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| SECURED | Claimed: | $36,224.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ROBINSON, JACQUELINE B.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 74<br>Claim Date: 01/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $42,275.73 | | |
| QWEST COMMUNICATIONS COMPANY, LLC<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | | Claim Number: 75<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $20,110.84 | | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: PHOENIX TELECOM SOLUTIONS, I<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | | Claim Number: 76-01<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) | | |
| UNSECURED | Claimed: | $57,451.39 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: PHOENIX TELECOM SOLUTIONS<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | | Claim Number: 76-02<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
| UNSECURED | Claimed: | $11,900.00 | | |
| GRAY-PRESTON, CARROLL<br>101 HALLEY'S CT<br>MORRISVILLE, NC 27560 | | Claim Number: 77<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $77,177.25 | | |
| GRAY-PRESTON, CARROLL<br>101 HALLEY'S CT<br>MORRISVILLE, NC 27560 | | Claim Number: 78<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $141,908.54 | | |
| MALONE-WILLIAMSON, CONNIE C<br>197 HILL COUNTRY ROAD 4141<br>ITASCA, TX 76055-5011 | | Claim Number: 79<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $29,543.54 | | |
| SECURED | Claimed: | $7,034.18 | | |
| UNSECURED | Claimed: | $22,509.36 | | |
| TOTAL | Claimed: | $29,543.54 | | |
| COWIE, GRAEME<br>10235 S. KLEINBROOK WAY<br>HIGHLANDS RANCH, CO 80126 | | Claim Number: 80<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $1,069.40 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COWIE, GRAEME<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 81<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 7432 (03/22/2012) | | |
| UNSECURED | Claimed: | $21,051.05 | Scheduled: | $22,112.61 |
| RITSON, ROBERT A.<br>9709 SPRING DRIVE<br>FRISCO, TX 75035 | | Claim Number: 82<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $9,547.08 | Scheduled: | $1,824.97 |
| UNSECURED | Claimed: | $23,198.50 | Scheduled: | $25,510.98 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MARPLE, LYNN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 83<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $19,600.78 | Scheduled: | $35,045.54 |
| CDS DATACOMM INC.<br>1100 PROFESSIONAL DR. STE 100<br>PLANO, TX 75074 | | Claim Number: 84<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $45,693.31 | Scheduled: | $45,308.81 |
| QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | | Claim Number: 85<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $9,165.71 | | |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: LAVZON, ROBERT<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 86<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $40,235.00 | Scheduled: | $42,938.94 |
| JOLLY, GEORGE A.<br>38 ROSS RD<br>OGDENSBURG, NY 13669-3162 | | Claim Number: 87<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $19,080.06 | Scheduled: | $21,557.40 |
| VAN NGUYEN, KHOA<br>2505 APPALACHIA DRIVE<br>GARLAND, TX 75044 | | Claim Number: 88<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $19,826.00 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 89<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $28,410.00 | Scheduled: | $23,070.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| MLCOCH, SANDRA<br>416 RIDGEVIEW TRAIL<br>MCKINNEY, TX 75071 | | Claim Number: 90<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $9,435.00 | Scheduled: | $21,765.96 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ASP TECHNOLOGIES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 91<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $10,186.13 | Scheduled: | $10,186.13 |
| CHAU, JOSEPH<br>4 CAMELOT RD<br>WINDHAM, NH 03087 | | Claim Number: 92<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $5,337.50 |
| UNSECURED | Claimed: | $42,116.56 | Scheduled: | $39,691.84 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: GROTE, CHARLES R.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 93<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $3,574.80 | | |
| BONACORDA, ANTHONY<br>1246 CONNETQUOT AVE<br>CENTRAL ISLIP, NY 11722 | | Claim Number: 94<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $19,962.00 | Scheduled: | $16,888.01 |
| CHAVEZ, AURELIA<br>4204 LAVACA DRIVE<br>PLANO, TX 75074 | | Claim Number: 95<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $2,516.75 |
| UNSECURED | Claimed: | $63,004.67 | Scheduled: | $49,654.27 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: EXHIBIT SURVEYS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 96<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $155,577.00 | Scheduled: | $64,507.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| A-1 TELECOMMUNICATIONS LLC<br>PO BOX 366<br>LIBERTYTOWN, MD 21762 | | Claim Number: 97<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,743.50 | Scheduled: | $615.00 |

| MILLER, CLYDE E.<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | | Claim Number: 98<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $18,594.67 | | |

| HART, RICHARD D.<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT 06903 | | Claim Number: 99<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $14,610.94 | | |

| WELCH, WARD<br>707 NORTH COLUMBIA STREET<br>CHAPEL HILL, NC 27516 | | Claim Number: 100<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $19,647.10 | Scheduled: | $4,079.07 |
| UNSECURED | | | Scheduled: | $12,295.15 |

| GTCI<br>701 MAPLE CREEK DR<br>FAIRVIEW, TX 75069-0140 | | Claim Number: 101<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $27,757.24 | | |
| UNSECURED | | | Scheduled: | $27,757.24 |

| DABRAL, AJAY<br>7009 CLOVERHAVEN WAY<br>PLANO, TX 75074 | | Claim Number: 102<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,249.09 | | |

| KING, KATRINA<br>7435 BENT TRAIL<br>MANSFIELD, TX 76063 | | Claim Number: 103<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,436.92 | Scheduled: | $5,925.97 |
| UNSECURED | Claimed: | $30,893.78 | Scheduled: | $29,247.16 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SALB, RALPH<br>4216 249TH CT SE<br>ISSAQUAH, WA 98029 | | Claim Number: 104<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $77,929.45 | | |
| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | | Claim Number: 105<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $103,436.00 | | |
| DC TECHNOLOGY, INC.<br>PO BOX 240994<br>CHARLOTTE, NC 28224 | | Claim Number: 106<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $37,671.18 | Scheduled: | $37,457.00 |
| UNITED STATES DEBT RECOVERY XI, L.P.<br>TRANSFEROR: BANK OF THE WEST<br>ATTN: NATE JONES, ESQ.<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 107<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $799,270.29 | | |
| FAWCETT, ERIC<br>102 CHAPARRAL COURT<br>CARY, NC 27513 | | Claim Number: 108<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $6,426.14 | | |
| UNSECURED | Claimed: | $0.02 | | |
| FAWCETT, ERIC<br>102 CHAPARRAL COURT<br>CARY, NC 27513 | | Claim Number: 109<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $1,880.65 |
| UNSECURED | Claimed: | $44,116.10 | Scheduled: | $45,037.30 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: MERCURY COMPUTER SYSTEMS INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 110<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $369,600.00 | Scheduled: | $369,600.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BROCKMANN & COMPANY
C/O PETER BROCKMANN
11 LIBERTY DR
NORTHBOROUGH, MA 01532

Claim Number: 111
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,500.00 | Scheduled: | $12,500.00 |

---

RADIO FREQUENCY SYSTEMS
200 PONDVIEW DR
MERIDEN, CT 06450

Claim Number: 112
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $99,957.49 |

---

BREWER, DAVID J.
9075 OLD KEITH BRIDGE RD
GAINESVILLE, GA 30506

Claim Number: 113
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $56,892.00 |

---

BARBER, EILEEN  B.
7270 MAXWELL ROAD
SODUS, NY 14551-9352

Claim Number: 114
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,728.34 | Scheduled: | $16,907.19 |

---

XO COMMUNICATIONS, INC.
ATTN: BRAD LEE
105 MOLLOY STREET, SUITE 300
NASHVILLE, TN 37201

Claim Number: 115
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $102,726.92 |

---

COMED
ATTN: BANKRUPTCY SECTION/REVENUE MGMT
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 116
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $884.11 |

---

O'BOYLE, MICHAEL J.
408 TIRRELL HILL ROAD
GOFFSTOWN, NH 03045

Claim Number: 117
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,555.65 |
| UNSECURED | Claimed: | $46,800.90 | Scheduled: | $41,858.53 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| WEISS, MR. HOWARD ERIC<br>828 POTOMAC RD<br>ATLANTA, GA 30338-6974 | | Claim Number: 118<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $6,993.94 | | |
| UNSECURED | Claimed: | $24,626.40 | | |

| | | | | |
|---|---|---|---|---|
| DARDEN, KAREN<br>2705 RIDGEVIEW LN<br>GARLAND, TX 75044 | | Claim Number: 119<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $20,977.44 | | |

| | | | | |
|---|---|---|---|---|
| MEADOWS, BARBARA L.<br>1436 NORWOOD CREST CT.<br>RALEIGH, NC 27614 | | Claim Number: 120<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $48,249.72 | Scheduled: | $5,394.26 |
| SECURED | Claimed: | $48,249.72 | | |
| UNSECURED | | | Scheduled: | $23,604.09 |
| TOTAL | Claimed: | $48,249.72 | | |

| | | | | |
|---|---|---|---|---|
| FANNIN CAD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 121<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3591 (07/14/2010) | | |
| SECURED | Claimed: | $6,195.06    UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 122<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| SECURED | Claimed: | $1,824,444.38    UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| IRVING ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 123<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3593 (07/14/2010) | | |
| SECURED | Claimed: | $275.42    UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| CITY OF RICHARDSON<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 124<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4697 (01/11/2011) | | |
| SECURED | Claimed: | $1,736,847.18    UNLIQ | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WARD, ANDREW D.<br>1804 HIGHLAND PARK RD.<br>DENTON, TX 76205 | Claim Number: 125<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $13,591.05 |
|---|---|---|
| UNSECURED | Claimed: | $25,306.38 |

---

| TRAILBLAZER STUDIOS NC, INC.<br>1610 MIDTOWN PLACE<br>RALEIGH, NC 27609 | Claim Number: 126<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $20,360.00 | Scheduled: | $20,360.00 |
|---|---|---|---|---|

---

| HOWELL, MICHAEL J.<br>1205 W. YAKIMA AVE<br>SELAH, WA 98942 | Claim Number: 127<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $360,721.11 |
|---|---|---|

---

| HOWELL, MICHAEL J.<br>1205 W. YAKIMA AVE<br>SELAH, WA 98942 | Claim Number: 128<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $257,478.39 |
|---|---|---|

---

| MCCALLUM, RUSSELL L.<br>103 CEDARPOST DRIVE<br>CARY, NC 27513 | Claim Number: 129<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $66,733.81 |
|---|---|---|

---

| INNOVATIONAL IP SOLUTIONS, LLC<br>19328 89TH AVE NE<br>BOTHELL, WA 98011 | Claim Number: 130<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $7,523.75 |
|---|---|---|

---

| RANKIN, THOMAS<br>2005 STERLING SILVER DR.<br>APEX, NC 27502 | Claim Number: 131<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $70,208.19 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| GILL, GUY D.<br>1015 LONSDALE COURT<br>ALPHARETTA, GA 30022 | | Claim Number: 132<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $118,192.28 |
|---|---|---|

---

| | | |
|---|---|---|
| GUNDECHA, CHANDRAKANT (CHAND)<br>11309 RIDGEGATE DR<br>RALEIGH, NC 27617 | | Claim Number: 133<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |

| PRIORITY | Claimed: | $18,244.26 |
|---|---|---|
| SECURED | Claimed: | $36,000.00 |
| TOTAL | Claimed: | $18,244.26 |

---

| | | |
|---|---|---|
| MERRITT, GREGORY S.<br>2711 CREEK RUN COURT<br>CHAPEL HILL, NC 27514 | | Claim Number: 134<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $20,284.98 |
|---|---|---|

---

| | | |
|---|---|---|
| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 135<br>Claim Date: 02/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |

| SECURED | Claimed: | $4,395.96   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| XIN, GENG<br>3617 MASON DR.<br>PLANO, TX 75025 | | Claim Number: 136<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |

| UNSECURED | Claimed: | $5,024.67 |
|---|---|---|

---

| | | |
|---|---|---|
| KEATES, ROB<br>10519 138 ST NW<br>EDMONTON, AB T5N 2J5<br>CANADA | | Claim Number: 137<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7629 |

| UNSECURED | Claimed: | $104,779.50 |
|---|---|---|

---

| | | |
|---|---|---|
| HORNE, ROBERT<br>3417 LOCUST COVE RD<br>GAINESVILLE, GA 30504 | | Claim Number: 138<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3486 |

| PRIORITY | Claimed: | $181,043.02 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PARK, EDWARD N. III<br>817 WATER HICKORY DR.<br>CARY, NC 27519 | Claim Number: 139<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $35,052.30 | |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FIELDS, O'DELL M.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 140<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| PRIORITY | | Scheduled: | $1,521.19 |
| UNSECURED | Claimed: | $65,000.00 | Scheduled: | $43,268.39 |

---

| PARK, EDWARD N. III<br>817 WATER HICKORY DR.<br>CARY, NC 27519 | Claim Number: 141<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,494.30 | Scheduled: | $36,999.95 |

---

| SONAR CREDIT PARTNERS, LLC<br>TRANSFEROR: CERTIFICATION CONSULTING<br>ATTN: MICHAEL GOLDBERG<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 142<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,167.50 | Scheduled: | $1,975.00 |

---

| CHMIELESKI, LINDA<br>21317 WINDY HILL DRIVE<br>FRANKFORT, IL 60423 | Claim Number: 143<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $11,875.00 | |

---

| DASSANI, JAGDISH D.<br>5317 WOOD VALLEY DRIVE<br>RALEIGH, NC 27613 | Claim Number: 144<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $154,398.12 | |

---

| MURPHY, EDGAR III<br>204 BARRINGTON OVERLOOK DR<br>DURHAM, NC 27703 | Claim Number: 145<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $279,404.86   UNLIQ | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| MURPHY, EDGAR III<br>204 BARRINGTON OVERLOOK DR<br>DURHAM, NC 27703 | | Claim Number: 146<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $63,192.21 | | |
| ILUSHIN, VLADIMIR F.<br>5904 MOSSBROOK TRL<br>DALLAS, TX 75252-3206 | | Claim Number: 147<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $43,000.00 | | |
| UNSECURED | | | Scheduled: | $35,410.69 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: BROWN, WALTER J.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 148<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $3,500.75 | Scheduled: | $5,036.48 |
| UNSECURED | Claimed: | $63,876.95 | Scheduled: | $61,645.52 |
| ARGO PARTNERS<br>TRANSFEROR: ROCKNESS EDUCATION SERVICES<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 149<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $5,595.66 | Scheduled: | $5,595.66 |
| WILLIAMS, TRACY A.<br>3220 W INA RD APT 12207<br>TUCSON, AZ 85741-2168 | | Claim Number: 150<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $15,969.20 | Scheduled: | $15,856.46 |
| JAMES, LAWRENCE J.<br>832 WIGGINGTON RD<br>LYNCHBURG, VA 24502-4634 | | Claim Number: 151<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $24,920.95 | | |
| UNSECURED | Claimed: | $70,483.35 | | |
| MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA 30005 | | Claim Number: 152<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $33,139.85 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: DEGREE CONTROLS, INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 153
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,735.00 | Scheduled: | $3,735.00 |
|---|---|---|---|---|

RECTOR, JENNIFER COX
8208 WEST CHASE COURT
NASHVILLE, TN 37221

Claim Number: 154
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $37,000.00 |
|---|---|---|

KILLION, MARY L.
42 FAWN CT
LUMBERTON, NJ 08048-4286

Claim Number: 155
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,183.75 |
|---|---|---|

PROMAX CONSULTING SERVICES, INC.
PO BOX 121503
WEST MELBOURNE, FL 32912-1503

Claim Number: 156
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $12,000.00 |
|---|---|---|

MONTGOMERY, GEORGE G
9808 ST ANNES DRIVE
PLANO, TX 75025

Claim Number: 157
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $11,774.48 |
|---|---|---|
| UNSECURED | Claimed: | $715,488.57 |

ARNOLD-BERRY, LINDA L.
18 THE FAIRWAY
WOODSTOCK, GA 30188-2200

Claim Number: 158
Claim Date: 02/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $332,662.34 |
|---|---|---|

ELECTRO RENT CORPORATION
C/O JEFFREY KURTZMAN, ESQUIRE
KLEHR HARRISON HARVEY BRANZBURG & ELLERS
260 S BROAD STREET
PHILADELPHIA, PA 19102

Claim Number: 159
Claim Date: 02/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4403 (11/23/2010)

| UNSECURED | Claimed: | $36,235.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| STRICKLAND, SCOTT<br>3421 CHERRY LANE<br>RALEIGH, NC 27607 | | Claim Number: 160<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,548.60 |
| UNSECURED | Claimed: | $136,556.50 | Scheduled: | $84,854.96 |
| TOTAL | Claimed: | $136,556.50 | | |

| MCCALLUM, RUSSELL L.<br>103 CEDARPOST DRIVE<br>CARY, NC 27513 | | Claim Number: 161<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $237,772.42 | | |
| UNSECURED | | | Scheduled: | $64,346.42 |

| THOMPSON, JAMES L.<br>20822 QUIET BROOK PLACE<br>STERLING, VA 20165 | | Claim Number: 162<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,135.45 | Scheduled: | $37,856.58 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BRENNAN CONSULTING SERVICE<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 163<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $19,500.00 | Scheduled: | $19,500.00 |
| TOTAL | Claimed: | $19,500.00 | | |

| ZYXEL COMMUNICATIONS INC.<br>1130 N. MILLER ST.<br>ANAHEIM, CA 92806-2001 | | Claim Number: 164<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $256,526.25 | | |

| SAMARRAIE, MOHAMED AL<br>PO BOX 45030<br>LAVAL, QC H7Y 2H2<br>CANADA | | Claim Number: 165<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $233.75 | | |

| CLINE, BARRY<br>2440 SW CARY PARKWAY #134<br>CARY, NC 27513 | | Claim Number: 166<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57,389.25 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CLINE, BARRY
2440 SW CARY PARKWAY #134
CARY, NC 27513

Claim Number: 167
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,634.00 | Scheduled: | $2,210.93 |
| UNSECURED | | | Scheduled: | $59,793.05 |

---

KUTAC, GARY E.
1552 SAN SABA DR.
DALLAS, TX 75218

Claim Number: 168
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,274.71 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BROOKS, SUSAN W.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 169
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,599.90 | Scheduled: | $11,489.73 |

---

CHANG, DAI PENG
660 OAKDALE DR.
PLANO, TX 75025

Claim Number: 170
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $31,730.77 | | |
| UNSECURED | | | Scheduled: | $34,527.96 |

---

MERRILLS, ROY
10401 MANLY
CHAPEL HILL, NC 27517

Claim Number: 171
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $180,000.00    UNLIQ |

---

DATA-COM TELECOMMUNICATIONS
354 ROUTE 206 SOUTH
FLANDERS, NJ 07836

Claim Number: 172
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,687.50 |

---

AV METRO INC.
5401 ETTA BURKE CT.
RALEIGH, NC 27606

Claim Number: 173
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,555.00 | Scheduled: | $26,555.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SANKS, YVONNE M.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 174
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $84,999.46 | | |

---

KING, CANDICE
4807 PIN OAK PARK APT 82
HOUSTON, TX 77081-2213

Claim Number: 175
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,342.59 |
| UNSECURED | | $53,000.00 | Scheduled: | $25,406.29 |

---

ASM CAPITAL, L.P.
TRANSFEROR: ASP TECHNOLOGIES, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 176
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $2,849.32 | | |

---

THOTTUVELIL, MARY
14762 BEDIVERE COURT
DALLAS, TX 75254

Claim Number: 177
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,681.52 |
| UNSECURED | | $25,460.78 | Scheduled: | $19,875.32 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: WOLFE, CORTLAND
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 178
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $133,334.00 | | |

---

EMBURY, JEFFERY D.
625 TRAIL LAKE DR.
RICHARDSON, TX 75081

Claim Number: 179
Claim Date: 02/12/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,467.00 | Scheduled: | $4,840.58 |
| UNSECURED | Claimed: | $21,020.00 | Scheduled: | $25,066.95 |

---

ALTERNATE COMMUNICATIONS INTERNATIONAL
LTD
509B CENTRE ST SW
HIGH RIVER, AB T1V 2C2
CANADA

Claim Number: 180
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $153,151.75 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NATIONAL INTEGRATED SYSTEMS INC.
47676 GALLEON DR
PLYMOUTH, MI 48170-2467

Claim Number: 181
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,269.10 | Scheduled: | $4,707.00 |

---

JERSEY CENTRAL POWER & LIGHT
A FIRSTENERGY COMPANY
331 NEWMAN SPRINGS RD
BUILDING THREE
RED BANK, NJ 07701

Claim Number: 182
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,659.44 |

---

PAVLIC, TERESA
813 GENFORD COURT
RALEIGH, NC 27609

Claim Number: 183
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $35,000.00 |

---

BEXAR COUNTY
C/O DAVID G. AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205

Claim Number: 184
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 2642 (03/05/2010)

| SECURED | Claimed: | $4,650.34   UNLIQ |

---

DUKE ENERGY CAROLINAS
P.O. BOX 1006
EC03T
CHARLOTTE, NC 28201

Claim Number: 185
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 211 (02/03/2009)

| UNSECURED | Claimed: | $200,395.33 |

---

RICHARDSON INDEPENDENT SCHOOL DISTRICT
C/O ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS &MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 186
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| SECURED | Claimed: | $4,301,878.41 |

---

FREEMAN, TERRANCE
26 CONCORD DRIVE
HOLTSVILLE, NY 11742

Claim Number: 187
Claim Date: 01/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $300,000.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| CDW<br>ATTN VIDA KRUG<br>200 N. MILWAUKEE AVE<br>VERNON HILLS, IL 60061 | | Claim Number: 188<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| PRIORITY | Claimed: | $2,732.70 | | |
| UNSECURED | Claimed: | $25,373.71 | Scheduled: | $52,533.05 |
| ATMOS ENERGY/MID-TEX DIVISION<br>ATTN: BANKRUPTCY GROUP<br>ATMOS ENERGY CORPORATION<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | | Claim Number: 189<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $155.00 | | |
| DELL CANADA, INC<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 190<br>Claim Date: 01/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $477.66 | | |
| UNSECURED | Claimed: | $111,693.75 | | |
| IBM CREDIT<br>C/O B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | | Claim Number: 191<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6999 (12/15/2011) | | |
| PRIORITY | Claimed: | $9,961.60 | | |
| UNSECURED | Claimed: | $78,267.60 | | |
| IBM CORPORATION<br>C/O B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | | Claim Number: 192<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3952 (09/16/2010) | | |
| PRIORITY | Claimed: | $96,688.50 | | |
| UNSECURED | Claimed: | $5,532,811.81 | | |
| MORENO, LETICIA<br>428 MCGINNIS RD<br>COWPENS, SC 29341 | | Claim Number: 193<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $6,030.25 | | |
| TUV RHEINLAND OF N.A INC.<br>12 COMMERCE ROAD<br>NEWTOWN, CT 06470 | | Claim Number: 194-01<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution | | |
| UNSECURED | Claimed: | $84,135.61 | Scheduled: | $62,229.34 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| TUV RHEINLAND OF N.A INC.<br>12 COMMERCE ROAD<br>NEWTOWN, CT 06470 | Claim Number: 194-02<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200.00 | | |

---

| JIN, JING<br>1086 PELHAM AVE.<br>MISSISSAUGA, ON L5E 1L2<br>CANADA | Claim Number: 195<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,188.90 | Scheduled: | $4,551.02 |
| UNSECURED | Claimed: | $21,440.25 | Scheduled: | $17,110.98 |
| TOTAL | Claimed: | $21,240.25 | | |

---

| ROBERTS, CRAIG<br>505 W SHORE DR<br>RICHARDSON, TX 75080-5008 | Claim Number: 196<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $131,588.14 | | |

---

| PRAKASH, MYSORE<br>5212 LAKECREEK CT<br>PLANO, TX 75093 | Claim Number: 197<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $88,598.56 | | |

---

| GARRICK, LYNN J.<br>32535 GREEN BEND CT<br>MAGNOLIA, TX 77354-6858 | Claim Number: 198<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $32,292.71 | | |

---

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: DOMINO, ANTHONY<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 199<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $15,165.38 | Scheduled: | $31,638.48 |

---

| GARRETT, JUDITH<br>32 1/2 WEST PINE ST<br>PLAISTOW, NH 03865 | Claim Number: 200<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,123.00 | Scheduled: | $10,760.89 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| REDDISH, RICHARD<br>2126 PALERMO COURT<br>ORANGE, CA 92867 | Claim Number: 201<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $17,819.48 |
|---|---|---|

| BICKHAM, JEFF D.<br>3560 CR 2338<br>DOUGLASSVILLE, TX 75560 | Claim Number: 202<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $4,835.40 |
|---|---|---|

| HEDRICK, RANDY R.<br>201 WHITE SPRINGS CIRCLE<br>RALEIGH, NC 27615 | Claim Number: 203<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $258,440.00 |
|---|---|---|

| TIERNEY, MARK<br>2300 CROCKETT CT<br>MCKINNEY, TX 75070 | Claim Number: 204<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| UNSECURED | Claimed: | $4,955.77 |
|---|---|---|

| LI, XUEWEN<br>102 MANOR GARDEN WAY<br>CARY, NC 27513 | Claim Number: 205<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $11,111.83 |
|---|---|---|

| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 206<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| SECURED | Claimed: | $4,395.96   UNLIQ |
|---|---|---|

| CARROLL, CHARLES N.<br>36 KAILEYS WAY<br>GROTON, MA 01450 | Claim Number: 207<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $36,921.20 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| VINAIXA, TANIA E.<br>16345 SW 9TH STREET<br>PEMBROKE PINES, FL 33027 | Claim Number: 208<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,935.60 | | |

| JOANNOU, DION C.<br>2839 NE 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | Claim Number: 209<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: POSSIBLY AMENDED BY 463 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $229,050.00 | | |

| FINCH, ALBERT F.<br>2154 VILLAGE CREST DR<br>GARLAND, TX 75044-7138 | Claim Number: 210<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $37,140.60   UNLIQ | | |
|---|---|---|---|---|

| ACCURATE SCREW MACHINE CORP.<br>10 AUDREY PLACE<br>FAIRFIELD, NJ 07004 | Claim Number: 211<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $2,793.00 | | |
|---|---|---|---|---|

| A-1 TELECOMMUNICATIONS LLC<br>PO BOX 366<br>LIBERTYTOWN, MD 21762 | Claim Number: 212<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $432.50 | | |
|---|---|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: ACCESSIBLE SYSTEMS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 213<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $20,803.35 | Scheduled: | $20,803.35 |
|---|---|---|---|---|

| GARRAMONE, MICHAEL ALBERT<br>6404 OTHELLO PLACE<br>DALLAS, TX 75252 | Claim Number: 214<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| UNSECURED | Claimed: | $16,231.59 | Scheduled: | $16,167.87 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| REDDISH, RICHARD<br>2126 PALERMO COURT<br>ORANGE, CA 92867 | Claim Number: 215<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $588.85 |
|---|---|---|

| WHITTON, MARK<br>19206 MILL SITE PL.<br>LEESBURG, VA 20176 | Claim Number: 216<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8343 |
|---|---|

| UNSECURED | Claimed: | $86,800.15 |
|---|---|---|

| BURKEY, MARTHA<br>104 MEADOWSTONE CT.<br>CARY, NC 27513 | Claim Number: 217<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $60,662.27 |
|---|---|---|

| DUONG, ANDREW<br>300 11TH AVE APT 207<br>SEATTLE, WA 98122-5315 | Claim Number: 218<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $21,829.25 |
|---|---|---|

| RODRIGUEZ, ABELARDO B.<br>113 RETON CT<br>CARY, NC 27513 | Claim Number: 219<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $50,447.00 |
|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: SIPERA SYSTEMS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 220<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $80,567.00 | Scheduled: | $80,567.00 |
|---|---|---|---|---|

| LEE, GREG<br>2221 ALL SAINTS LANE<br>PLANO, TX 75025 | Claim Number: 221<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $17,000.00 | Scheduled: | $2,681.85 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $11,839.63 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIND, DAVID
140 CALADO AVE.
CAMPBELL, CA 95008

Claim Number: 222
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7431 (03/22/2012)

| | | | Scheduled: | $5,257.81 |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $58,670.02 | Scheduled: | $56,588.51 |

---

SUN, YUMIN
3952 KIMBROUGH LANE
PLANO, TX 75025

Claim Number: 223
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $27,284.59 |
|---|---|---|

---

DANIEL, BOBBY
2045 ENGLEWOOD DR.
APEX, NC 27539

Claim Number: 224
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $3,994.72 |
|---|---|---|
| UNSECURED | Claimed: | $60,888.64 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: DANIEL, BOBBY
ATTN: RACHEL YAMNIK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 225
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $3,805.54 | Scheduled: | $2,040.62 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $67,597.90 |

---

FROST, INGGIT
4817 MONTEVISTA LN
MCKINNEY, TX 75070

Claim Number: 226
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $46,825.80 | Scheduled: | $50,524.81 |
|---|---|---|---|---|

---

ROSE, RICHARD M.
17 THERESA BLVD.
WAPPINGERS FALLS, NY 12590

Claim Number: 227
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7587

| PRIORITY | Claimed: | $11,429.22 |
|---|---|---|

---

ROSE, RICHARD M.
17 THERESA BLVD.
WAPPINGERS FALLS, NY 12590

Claim Number: 228
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $83,920.72 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | | Claim Number: 229<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,990.48 | | |
| UNSECURED | Claimed: | $25,419.08 | | |
| TOTAL | Claimed: | $25,419.08 | | |

| MCGEE-SMITH ANALYTICS<br>87 HORACE GREELEY RD<br>AMHERST, NH 30311612 | | Claim Number: 230<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,200.00 | | |

| QUICK, JOHN T.<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | | Claim Number: 231<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,982.87 | | |
| UNSECURED | Claimed: | $25,354.40 | | |
| TOTAL | Claimed: | $25,354.40 | | |

| ORDER, KIM<br>15 DANE CIRCLE<br>TYNGSBORO, MA 01879 | | Claim Number: 232<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $89,172.41 | | |
| UNSECURED | | | Scheduled: | $64,654.46 |

| EISLER, MARK<br>1413 BEAVER RUN RD<br>GREENSBURG, PA 15601 | | Claim Number: 233<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $114,426.29 | | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ETHINGTON, ALVIN M.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 234<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,769.20 | Scheduled: | $25,016.89 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SOWARDS, ALAN
103 LINDENTHAL CT
CARY, NC 27513

Claim Number: 235
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 72

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $136,000.00 | | |

---

WANG, LILY HOH
4325 WONDERLAND DR.
PLANO, TX 75093

Claim Number: 236
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $663.03 | | |
| UNSECURED | Claimed: | $35,346.93 | | |

---

CORONA, RONALD
2714 TOWNBLUFF DR.
PLANO, TX 75075

Claim Number: 237
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,406.30 | Scheduled: | $18,966.76 |

---

O'LEARY, BRENT
4054 HANNA WAY
ROYSE CITY, TX 75189

Claim Number: 238
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,654.00 | Scheduled: | $9,644.55 |

---

DUFFY, BRIAN J.
3613 WATERWAY BLVD
ISLE OF PALMS, SC 29451

Claim Number: 239
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,847.32 | | |
| UNSECURED | Claimed: | $4,923.66 | Scheduled: | $10,069.05 |

---

MILLER, KAREN
11924 SYCAMORE GROVE LN.
RALEIGH, NC 27614

Claim Number: 240
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $33,744.00 | Scheduled: | $3,433.76 |
| UNSECURED | | | Scheduled: | $34,003.49 |

---

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 241
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,826.43 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GALLARDO, WILFRIDO
166 W. PLUM ST.
BRENTWOOD, NY 11717

Claim Number: 242
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $11,019.96 | Scheduled: | $15,235.40 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ROWAN, JAMES W.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 243
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,336.40 |

---

NICHOLAS, DANIEL J.
5711 CARELL AVE
AGOURA HILLS, CA 91301

Claim Number: 244
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $4,230.77 | Scheduled: | $4,881.13 |

---

HOPF, BRIAN A
1081 SILVER LEAF DR.
YOUNGSVILLE, NC 27596

Claim Number: 245
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $69,083.94 |

---

COLONTONIO, MARY ELLEN
POB 603, FAIRY ISLAND
MAHOPAC, NY 10541

Claim Number: 246
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $88,419.72 | Scheduled: | $64,948.01 |

---

YU, GUISHENG
3725 MASON DR
PLANO, TX 75025

Claim Number: 247
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $17,970.41 |

---

LONGAKER, DAVID J.
302 WOODLAWN RD.
BALTIMORE, MD 21210

Claim Number: 248
Claim Date: 02/12/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $135,003.25 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FISHBEIN, SHELDON<br>20226 STAGG ST.<br>WINNETKA, CA 91306-2515 | | Claim Number: 249<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $11,578.20 | Scheduled: | $21,179.52 |

| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 250<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2322 (01/21/2010) | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $15,032,552.67   UNDET | | |
| UNSECURED | Claimed: | $10,000.00   UNDET | | |

| PANDYA, VAISHALI<br>3037 SUMMER HILL CT<br>SAN JOSE, CA 95148 | | Claim Number: 251<br>Claim Date: 02/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $48,000.00 | | |

| DEPARTMENT OF THE TREASURY - IRS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 252<br>Claim Date: 02/13/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $208,028.10 | | |

| ETELEMETRY, INC.<br>1475 N SCOTTSDALE RD STE 200<br>SCOTTSDALE, AZ 85257-3538 | | Claim Number: 253<br>Claim Date: 02/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $14,246.87 | | |

| SONAR CREDIT PARTNERS, LLC<br>TRANSFEROR: ONPROCESS TECHNOLOGY, INC.<br>ATTN: MICHAEL GOLDBERG<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | | Claim Number: 254<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $188,004.58 | Scheduled: | $79,124.00 |

| RAILEY, CHRISTOPHER<br>6070 HEARDS CREEK DR NW<br>ATLANTA, GA 30328-3633 | | Claim Number: 255<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| --- | --- | --- | --- | --- |
| PRIORITY | | | Scheduled: | $4,869.74 |
| UNSECURED | Claimed: | $48,937.62 | Scheduled: | $46,534.92 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CULOTTI, PETER L.<br>44225 BRISTOW CIRCLE<br>ASHBURN, VA 20147 | | Claim Number: 256<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,562.50 | | |

| KALFA, JOHN P.<br>75 JOHNSON PL<br>WOODMERE, NY 11598 | | Claim Number: 257<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $173,032.26 | | |

| NAKAMURA, TETSUYUKI<br>105 SANDY HOOK WAY<br>CARY, NC 27513 | | Claim Number: 258<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $12,357.82 | | |

| NAKAMURA, TETSUYUKI<br>105 SANDY HOOK WAY<br>CARY, NC 27513 | | Claim Number: 259<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,242.35 | | |
| UNSECURED | | | Scheduled: | $24,679.28 |

| DELLER, JILL J.<br>2303 LAKESIDE DRIVE<br>ARLINGTON, TX 76013 | | Claim Number: 260<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,674.00 | Scheduled: | $7,072.27 |
| SECURED | Claimed: | $44,594.00 | | |
| UNSECURED | | | Scheduled: | $55,948.18 |
| TOTAL | Claimed: | $44,594.00 | | |

| DIGICOM, INC<br>829 TOWLSTON RD<br>MC LEAN, VA 22102 | | Claim Number: 261<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,703.98 | | |

| CAPITOL SOLUTIONS GOV'T RELATIONS<br>1455 PENNSYLVANIA AVE NW STE 400<br>WASHINGTON, DC 20004-1017 | | Claim Number: 262<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,750.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| TARLAMIS, ALEXANDER<br>3030 NW 126TH AVE<br>SUNRISE, FL 33323-6305 | Claim Number: 263<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $231,661.94 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| FRADETTE, MAURICE J.<br>36 GLENWOOD ROAD<br>WEST HARTFORD, CT 06107 | Claim Number: 264<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $103,833.59 |

| ALTERNATE COMMUNICATIONS INTERNATIONAL<br>LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | Claim Number: 265<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $123,140.09 |

| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 266<br>Claim Date: 02/13/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $127,745.00 |

| GNB INDUSTRIAL POWER - A DIVISION OF<br>EXIDE TECHNOLOGIES<br>3950 SUSSEX AVENUE<br>AURORA, IL 60504-7932 | Claim Number: 267<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $67,992.00 |

| MARITZ CANADA INC<br>6900 MARITZ DRIVE<br>MISSISSAUGA, ONTARIO, L5W 1L8<br>CANADA | Claim Number: 268<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8217 (08/20/2012) |
|---|---|

| UNSECURED | Claimed: | $133,500.00 |

| DELTA NETWORKS INTERNATIONAL LTD-MACAO<br>COMMERCIAL OFFSHORE - VICTOR CHENG/PRES.<br>FLAT Q, 17/F., EDIFICIO CENTRO COM.<br>CHENG FENG, 336-342 ALAMEDA DR.<br>CARLOS D'ASSUMPCAO,<br>MACAO | Claim Number: 269<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,512.40 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| DELTA NETWORKS, INC.<br>VICTOR CHENG / PRESIDENT<br>186 RUEY KUANG ROAD<br>NEIHU<br>TAIPEI, 11491<br>TAIWAN, R.O.C. | | Claim Number: 270<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $52,993.76 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROETEN, GREGG<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 271<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $20,952.00 | Scheduled: | $14,412.71 |
| HEARN, TERRY W.<br>695 CONSTELLATION CT.<br>DAVIDSONVILLE, MD 21035 | | Claim Number: 272<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $6,208.86 |
| UNSECURED | Claimed: | $59,148.09 | Scheduled: | $74,586.12 |
| WHITE, IAIN ROBERT<br>8530 MCKEE ROAD<br>ROUGEMONT, NC 27572 | | Claim Number: 273<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $33,494.73 | | |
| UNSECURED | | | Scheduled: | $33,367.92 |
| MCNITT, STEVE<br>3441 SUNDANCE DR<br>GAINESVILLE, GA 30506 | | Claim Number: 274<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 72 | | |
| PRIORITY | Claimed: | $254,261.26 | | |
| GU, JIONG<br>601 COMANCHE DR<br>ALLEN, TX 75013 | | Claim Number: 275<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $28,016.46 | | |
| JONES, VIRGINIA M.<br>3050 CROOKED STICK DR.<br>CUMMING, GA 30041 | | Claim Number: 276<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,183.43 |
| UNSECURED | Claimed: | $4,998.58 | Scheduled: | $16,205.93 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| CULVER, JOHN K.<br>3007 BROWNSBORO VISTA DRIVE<br>LOUISVILLE, KY 40242 | | Claim Number: 277<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $38,476.14 | Scheduled: | $38,408.17 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: GROTE, CHARLES R.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 278<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,904.94 | Scheduled:<br>Scheduled: | $6,973.97<br>$74,672.47 |
| WONG, TRACY<br>3700 BARON COOPER PASS UNIT 101<br>RALEIGH, NC 27612 | | Claim Number: 279<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $11,560.11 | | |
| KIEU, KIM<br>4108 RYAN LN<br>RICHARDSON, TX 75082 | | Claim Number: 280<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $11,465.25 | Scheduled: | $13,183.94 |
| CARRION, MARIBEL<br>302 HIGHGROVE DR.<br>CHAPEL HILL, NC 27516 | | Claim Number: 281<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $15,195.32 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BARTLETT, ELLEN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 282<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $17,882.36 | Scheduled: | $9,491.71 |
| DABRAL, AJAY<br>2600 PRESTON RD APT 402<br>PLANO, TX 75093-3502 | | Claim Number: 283<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $23,624.00 | Scheduled:<br>Scheduled: | $2,274.47<br>$25,265.40 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

JUST, TERESA
719 NO. 4OO W.
CENTERVILLE, UT 84014

Claim Number: 284
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,649.86 |
|---|---|---|

---

TESTFORCE SYSTEMS INC.
9450 TRANSCANADA HWY.
ST. LAURENT, QUEBEC, H4S 1R7
CANADA

Claim Number: 285
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $72,942.87 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MURPHY III, EDGAR
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 286
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8102

| PRIORITY | Claimed: | $74,142.21 |
|---|---|---|

---

YOUNG, RONALD
348 CREEKSIDE TRAIL
ARGYLE, TX 76226

Claim Number: 287
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,312.44 |
| TOTAL | Claimed: | $42,262.44 |

---

LEONARD, BRIAN ALAN
1030 CHASEWOOD TRAIL
ALPHARETTA, GA 30005

Claim Number: 288
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $115,117.68 |
|---|---|---|

---

BAKER, DEBRA L.
2816 DUNNOTTAR AVE
HENDESON, NV 89044-0245

Claim Number: 289
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $3,257.98 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $108,365.89 | Scheduled: | $23,674.83 |

---

STEPP, FLOYD P
1126 COUNTRY CLUB LANE
ZEBULON, NC 27597

Claim Number: 290
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $59,968.95 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GELO, DONALD<br>1956 WILTON CIRCLE<br>RALEIGH, NC 27615 | Claim Number: 291<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $368.00 |
| UNSECURED | Claimed: | $37,442.32 | Scheduled: | $3,598.02 |

| MILLER, JANET<br>19278 PARKVIEW RD.<br>CASTRO VALLEY, CA 94546 | Claim Number: 292<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $40,818.78 | | |
| UNSECURED | | | Scheduled: | $37,884.34 |

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 293<br>Claim Date: 02/16/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $608,549.21 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SYMON COMMUNICATIONS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 294<br>Claim Date: 02/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | |
|---|---|---|
| UNSECURED | Claimed: | $261,688.56 |

| ZYXEL COMMUNICATIONS, INC.<br>1130 N. MILLER ST.<br>ANAHEIM, CA 92806-2001 | Claim Number: 295-01<br>Claim Date: 02/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | |
|---|---|---|
| ADMINISTRATIVE | | |
| UNSECURED | Claimed: | $256,526.25 |

| ZYXEL COMMUNICATIONS, INC.<br>1130 N. MILLER ST.<br>ANAHEIM, CA 92806-2001 | Claim Number: 295-02<br>Claim Date: 02/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution | |
|---|---|---|
| UNSECURED | Claimed: | $2,940.00 |

| LAGIOS, GREGORY S.<br>22 DEER RUN DRIVE<br>FREEDOM, NH 03836 | Claim Number: 296<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $381,192.80 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NETIQ CORPORATION
1233 WEST LOOP SOUTH, SUITE 810
ATTN: CREDIT DEPARTMENT
HOUSTON, TX 77027

Claim Number: 297
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $528,354.94 | | |
|---|---|---|---|---|

PHAN, DUONG
15 DEL PRADO DR
CAMPBELL, CA 95008-1820

Claim Number: 298
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| UNSECURED | Claimed: | $8,802.00 | Scheduled: | $10,406.45 |
|---|---|---|---|---|

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 299
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $29,538.00 | | |
|---|---|---|---|---|

BARNETT, CAROL
4601 IVYLEAF LANE
MCKINNEY, TX 75070

Claim Number: 300
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

RITZ, CHARLES
9501 HANGING ROCK RD.
RALEIGH, NC 27613

Claim Number: 301
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| UNSECURED | Claimed: | $47,355.75 | | |
|---|---|---|---|---|

BOISVERT, DAVID
18824 PARK GROVE LN.
DALLAS, TX 75287

Claim Number: 302
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $44,942.00 | | |
|---|---|---|---|---|

CAO, TIMOTHY
1472 MIWOK PL.
MORGAN HILL, CA 95037

Claim Number: 303
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| UNSECURED | Claimed: | $11,783.70 | Scheduled: | $11,621.18 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BRACKIN, DIANN<br>217 STEAMBOAT DRIVE<br>COPPELL, TX 75019 | | Claim Number: 304<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| UNSECURED | Claimed: | $15,899.56 |

| | | |
|---|---|---|
| BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | | Claim Number: 305<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| ROGERS, BERTHA<br>203 BATHGATE LANE<br>CARY, NC 27513 | | Claim Number: 306<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| SECURED | Claimed: | $80,000.00 |

| | | |
|---|---|---|
| SMITH, JAMES R.<br>P.O. BOX 487<br>MURPHYS, CA 95247-0487 | | Claim Number: 307<br>Claim Date: 02/17/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
| PRIORITY<br>UNSECURED | Claimed: | $13,938.00 |
| | | Scheduled: $10,460.44 |

| | | |
|---|---|---|
| HIGGINS, MORRIS W.<br>600 TALIA CIRCLE<br>FAIRVIEW, TX 75069 | | Claim Number: 308<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $561,600.00 |

| | | |
|---|---|---|
| SNIDER, KRISTI<br>213 LIBERTY DR<br>WYLIE, TX 75098 | | Claim Number: 309<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY<br>UNSECURED | Claimed: | $6,153.00 |
| | | Scheduled: $6,878.70 |

| | | |
|---|---|---|
| XU, YUE<br>47 ABBEY RD.<br>EULESS, TX 76039 | | Claim Number: 310<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $2,363.12 |
| UNSECURED | Claimed: | $22,023.63 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BOVENIZER, WILLIAM
11 BOLLAND CRESCENT
AJAX, ONTARIO, L1S 3G8
CANADA

Claim Number: 311
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $321,090.00 |

---

VRABEL JR., JOHN P.
315 HAWKS VIEW DR
O FALLON, MO 63368-7673

Claim Number: 312
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,624.85 |
| UNSECURED | Claimed: | $37,663.56 |

---

THIN FILM TECHNOLOGY
1980 COMMERCE DRIVE
NORTH MANKATO, MN 56003

Claim Number: 313
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,100.00 |

---

MAY, THOMAS O.
14034 CROSSTOWN BLVD. NW
ANDOVER, MN 55304

Claim Number: 314
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $388.72   UNLIQ |

---

PALMER, GARY S.
3171 WINDING LAKE DRIVE
GAINESVILLE, GA 30504

Claim Number: 315
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 4256

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,014.88   UNLIQ |
| UNSECURED | Claimed: | $78,145.76   UNLIQ |

---

MILTON, DONNA CHRISTINE
227 PROSPECTORS LANE
BILLINGS, MT 59105

Claim Number: 316
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,000.00 |

---

YANG, YOW-HSIUNG
1504 WINDING HOLLOW LANE
PLANO, TX 75093

Claim Number: 317
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $61,900.80 | Scheduled: | $4,686.67 |
| UNSECURED | | | Scheduled: | $54,399.80 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: STR SOFTWARE COMPANY
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 318
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,725.00 | Scheduled: | $1,725.00 |

---

JOSEPH, SONIA
2232 HOMESTEAD LN
PLANO, TX 75025-5524

Claim Number: 319
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $20,451.60 | | |
| UNSECURED | | | Scheduled: | $25,100.48 |

---

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 320
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,350.00 | Scheduled: | $4,350.00 |

---

PRESTON, ANDREW
101 HALLEYS COURT
MORRISVILLE, NC 27560

Claim Number: 321
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,896.14 | Scheduled: | $25,615.40 |

---

BRAND, RICHARD C.
281 ADDISON AVE.
PALO ALTO, CA 94301

Claim Number: 322
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: POSSIBLY AMENDED BY 8185

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,340.00 | | |
| UNSECURED | Claimed: | $26,780.00 | | |

---

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 323
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $117,402.61 | | |

---

ZHOU, SHUN HUA
16227 SHADYBANK DR
DALLAS, TX 75248-2958

Claim Number: 324
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $64,124.82 | Scheduled: | $6,483.29 |
| UNSECURED | | | Scheduled: | $57,241.66 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BROWER, KOLLEN<br>1206 MORROW LANE<br>ALLEN, TX 75002 | | Claim Number: 325<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $97,168.53 | | |

---

| FUSION TRADE, INC.<br>206 ANDOVER STREET<br>ANDOVER, MA 01810 | | Claim Number: 326<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,696.00 | | |

---

| POINDEXTER, SARAH<br>8620 ANCHOR ON LANIER CT<br>GAINESVILLE, GA 30506-6785 | | Claim Number: 327<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,793.62 | | |

---

| WARNER, DAVID L.<br>209 HARDWOOD RIDGE CT.<br>CLAYTON, NC 27520 | | Claim Number: 328<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,763.08 | | |

---

| WARNER, DAVID L.<br>209 HARDWOOD RIDGE CT.<br>CLAYTON, NC 27520 | | Claim Number: 329<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $17,217.60 | Scheduled: | $31,918.46 |

---

| CALLANAN, RICHARD P.<br>29 SYCAMORE LANE<br>RIDGEFIELD, CT 06877 | | Claim Number: 330<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8250 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,607.64 | | |

---

| CONCENTRIX CORP<br>3750 MONROE AVE<br>PITTSFORD, NY 14534 | | Claim Number: 331<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7686 (05/24/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,000.00 | Scheduled: | $52,225.56 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LOEN, ERIK
1105 273RD PL SE
SAMMAMISH, WA 98075

Claim Number: 332
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $8,161.21 | | |
|---|---|---|---|---|

---

GENTLEMAN, JEANNINE
3 PRINCETON ST.
PEABODY, MA 01960

Claim Number: 333
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $23,731.02 | Scheduled: | $4,591.32 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $37,086.41 |

---

PATEL, GIRISHKUMAR
3905 JEFFERSON CIRCLE
PLANO, TX 75023

Claim Number: 334
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $83,788.26 | | |
|---|---|---|---|---|

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: INDUSPAC RTP
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 335
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $41,529.86 | | |
|---|---|---|---|---|

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: INDUSPAC RTP
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 336
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $9,040.84 | | |
|---|---|---|---|---|

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: INDUSPAC RTP
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 337
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $8,979.42 | | |
|---|---|---|---|---|

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: INDUSPAC RTP
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 338
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $306,714.03 | | |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: LAYNE COMMUNICATIONS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 339<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $180,479.26 | Scheduled: | $153,239.26 |

| GAROS, JOHAN K.<br>6708 TOWN BLUFF DRIVE<br>DALLAS, TX 75248 | | Claim Number: 340<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,247.56 |
| UNSECURED | Claimed: | $10,878.48 | Scheduled: | $19,415.75 |

| BUDIHARDJO, PETER S.<br>103 LOCHFIELD DRIVE<br>CARY, NC 27518 | | Claim Number: 341<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $101,821.38 | | |

| EDWARDS, CLYDE LEE<br>5241 LAKE EDGE DR.<br>HOLLY SPRINGS, NC 27540 | | Claim Number: 342<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $73,681.82 | | |

| KING, BARBARA J.<br>9809 LA CIENEGA ST.<br>LAS VEGAS, NV 89183 | | Claim Number: 343<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $510,353.81 | | |

| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 344<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 4826 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $264,000.00 | | |

| MILLER, LOIS S.<br>1800 SNOW WIND DRIVE<br>RALEIGH, NC 27615-2613 | | Claim Number: 345<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $66,087.82 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

REIFF, CRAIG A.
36 APRIL DRIVE
LITCHFIELD, NH 03052

Claim Number: 346
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | | Scheduled: | $5,762.53 |
| UNSECURED | Claimed: | $41,680.03 | | Scheduled: | $39,374.22 |

LLOYD, BARRY
39 CLOVER HILL CIRCLE
TYNGSBOROUGH, MA 01879

Claim Number: 347
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | | Scheduled: | $4,457.49 |
| UNSECURED | Claimed: | $30,813.56 | | Scheduled: | $30,573.25 |

KENT, SHANNON E.
32170 CALLE BALAREZA
TEMECULA, CA 92592

Claim Number: 348
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $34,912.00 | | Scheduled: | $44,842.38 |

MCCOY, LAWRENCE W.
321 CHAPARRAL DRIVE
RICHARDSON, TX 75080

Claim Number: 349
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $46,584.22 |

SIMBOL TEST SYSTEMS
616 RUE AUGUSTE MONDOUX
GATINEAU, QC, J9J 3K3
CANADA

Claim Number: 350
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $88,250.00 |

DENG, HUI
1820 RICE CT.
ALLEN, TX 75013

Claim Number: 351
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,021.89 |

SCHEER, JOHN
5736 CHADWICK LN
BRENTWOOD, TN 37027

Claim Number: 352
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $31,101.35 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| BHAT, SUNIL<br>8236, NOVARO DR.<br>PLANO, TX 75025 | | Claim Number: 353<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $4,320.13 | | |
| GATLA, SRIMANI REDDY<br>48988 MANNA GRASS TER<br>FREMONT, CA 94539-8414 | | Claim Number: 354<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $18,472.84 | | |
| MCMANIS FAULKNER, A PROFESSIONAL CORP.<br>50 W. SAN FERNANDO STREET, 10TH FLOOR<br>SAN JOSE, CA 95113 | | Claim Number: 355<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $528.50 | Scheduled: | $528.50 |
| LU, HONGFENG<br>3429 DANBURY LN<br>PLANO, TX 75074 | | Claim Number: 356<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| SECURED | Claimed: | $24,230.78 | | |
| LU, HONGFENG<br>3429 DANBURY LN<br>PLANO, TX 75074 | | Claim Number: 357<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $79,823.04 | Scheduled: | $24,230.75 |
| TUONG MINH PROJECT MGMT. AGENCY (TMA)<br>111 NGUYEN DINH CHINH STREET,<br>PHU NHUAN DISTRICT<br>HO CHI MINH CITY,<br>VIETNAM | | Claim Number: 358<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $292,544.00 | | |
| IVEY, DONALD M.<br>1203 PINKERTON LANE<br>ALLEN, TX 75002 | | Claim Number: 359<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $7,701.92 | Scheduled: | $8,627.65 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JUNG, ERIKA F.<br>4311 NE 20TH AV<br>OAKLAND PARK, FL 33308 | Claim Number: 360<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $32,399.16 |
|---|---|---|

| DENEEN, JEFFREY<br>7514 KINGS MOUNTAIN RD<br>VESTAVIA HLS, AL 35242-2593 | Claim Number: 361<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $117,879.12 |
|---|---|---|

| HENINGTON, MARK<br>7912 LA COSA DR<br>DALLAS, TX 75248-4440 | Claim Number: 362<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | | | Scheduled: | $5,405.79 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76,143.41 | Scheduled: | $70,881.31 |

| ROSS, ERIC JOHN<br>508 THARPS LN<br>RALEIGH, NC 27614 | Claim Number: 363<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $2,210,793.92 |
|---|---|---|

| WINTERBERG, NICHOLAS F.<br>P.O. BOX 3021<br>JOHNSON CITY, TN 37602 | Claim Number: 364<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $267,386.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,781,139.00 |

| BARTZOKAS, ROBERT J.<br>3505 TURTLE CREEK BLVD. SUITE 6G<br>DALLAS, TX 75219 | Claim Number: 365<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $556,576.93 |
|---|---|---|

| BURTON, RICHARD H.<br>112 NORTHAMPTON DR.<br>CANTON, GA 30115 | Claim Number: 366<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $242,288.22 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SHANBHAG, RAJ<br>639 LONSDALE AVE<br>FREMONT, CA 96539 | | Claim Number: 367<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $58,749.65 | | |

---

| FOULOIS, MARA<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 368<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $70,357.88 | | |

---

| FOULOIS, MARA<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 369<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 400 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $336,485.32 | | |

---

| REED SMITH LLP<br>225 5TH AVE STE 1200<br>PITTSBURGH, PA 15222-2716 | | Claim Number: 370<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $2,060.10 | | |

---

| FINCH, CARL E.<br>4108 ANGEL WING CT<br>LUTZ, FL 33558 | | Claim Number: 371<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- | --- |
| PRIORITY | | | Scheduled: | $2,914.80 |
| UNSECURED | Claimed: | $88,401.05 | Scheduled: | $86,272.05 |

---

| WANG, LIPING<br>3429 DANBURY LN<br>PLANO, TX 75074 | | Claim Number: 372<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $141,208.15 | | |

---

| THOMPSON, VERNON J.<br>1012 CHASE LN<br>DENTON, TX 76209-3504 | | Claim Number: 373<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $36,744.00 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JANAGAMA, PRAMATHI<br>2913 AGAVE LOOP<br>ROUND ROCK, TX 78681-2456 | | Claim Number: 374<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (03/22/2012) | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $12,703.36 | Scheduled: | $4,790.39 |
| UNSECURED | | | Scheduled: | $8,086.34 |

---

| FRYDACH, RONALD J<br>101 FOX BRIAR LANE<br>CARY, NC 27518 | | Claim Number: 375<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $49,306.10 | | |

---

| COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC 27522 | | Claim Number: 376<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $6,738.36 | | |

---

| CABOT, GERRY<br>5452 GOLDEN CURRANT WAY<br>PARKER, CO 80134 | | Claim Number: 377<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $2,997.69 | | |

---

| SCHOFIELD, BRUCE<br>15 FARWELL ROAD<br>TYNGSBORO, MA 01879 | | Claim Number: 378<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $34,672.56 | | |
| UNSECURED | Claimed: | $16,860.98 | | |

---

| MARITZ CANADA INC<br>6900 MARITZ DRIVE<br>MISSISSAUGA, ONTARIO, L5W 1L8<br>CANADA | | Claim Number: 379<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $133,500.00 | | |

---

| BESSE, MARK ALDEN<br>2210 MORNING GLORY DR.<br>RICHARDSON, TX 75082 | | Claim Number: 380<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $43,892.30 | Scheduled: | $50,020.65 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ROYAL, MARK
5610 EXETER DR
RICHARDSON, TX 75082

Claim Number: 381
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $17,450.00 | Scheduled: | $23,533.13 |

---

COX BUSINESS
ATTN: TISHA WILES
401 N 117TH ST
OMAHA, NE 68154

Claim Number: 382
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $103.51 |

---

FARRANTO, PETER
1716 WITHMERE WAY
ATLANTA, GA 30338

Claim Number: 383
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $63,620.02 |

---

AT&T CORP.
ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 384
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35,287.45 |

---

BOLAND, THOMAS L.
11651 SW 140TH LOOP
DUNNELLON, FL 34432

Claim Number: 385
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $228.94 | UNLIQ |

---

KIRN, JOHN
1063 WARBY TRAIL
NEWMARKET, ON, L3X 3H6
CANADA

Claim Number: 386
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $77,432.95 |

---

MALCOLM, BARRY L
1140 LONE OAK LN SW
ORONOCO, MN 55960

Claim Number: 387
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,542.85 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| PATEL, KISHOR A.<br>2918 OAK POINT DR.<br>GARLAND, TX 75044-7814 | | Claim Number: 388<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $13,969.00 | | |

---

| | | | | |
|---|---|---|---|---|
| GU, JIONG<br>601 COMANCHE DR<br>ALLEN, TX 75013 | | Claim Number: 389<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $17,066.46 | Scheduled: | $27,794.98 |

---

| | | | | |
|---|---|---|---|---|
| PALMER, CAROLYN G.<br>3171 WINDING LAKE DRIVE<br>GAINESVILLE, GA 30504 | | Claim Number: 390<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $1,696.67   UNLIQ | | |
| TOTAL | Claimed: | $226,181.61   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| HAYNES AND BOONE, LLP<br>ATTN: STEPHEN M. PEZANOSKY, PARTNER<br>2323 VICTORY AVENUE, SUITE 700<br>DALLAS, TX 75219 | | Claim Number: 391<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $41,880.54 | Scheduled: | $472.50 |

---

| | | | | |
|---|---|---|---|---|
| MONARCH MASTER FUNDING LTD<br>TRANSFEROR: RIVERSIDE CLAIMS LLC<br>C/O MONARCH ALTERNATIVE CAPITAL LP<br>535 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 392<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7559 (04/18/2012) | | |
| UNSECURED | Claimed: | $479,290.00 | | |

---

| | | | | |
|---|---|---|---|---|
| ST LOUIS COUNTY<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 393<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| PRIORITY | Claimed: | $409.43 | | |

---

| | | | | |
|---|---|---|---|---|
| WEYL, JOHN<br>42 WEST BUFFALO ST.<br>CHURCHVILLE, NY 14428 | | Claim Number: 394<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $75,000.00 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| STOUT, DALE T.<br>638 WHITNEY DRIVE<br>SLIDELL, LA 70461 | | Claim Number: 395<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 7432 (03/22/2012) | | | |
| PRIORITY | Claimed: | $0.00 | Scheduled: | $6,753.62 | |
| UNSECURED | Claimed: | $14,673.09 | Scheduled: | $15,962.39 | |

| | | |
|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CALL, JENSEN & FERRELL<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 396<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $151,055.13 |

| | | |
|---|---|---|
| VO, KHAI TUAN<br>608 TAYLOR TRAIL<br>MURPHY, TX 75094 | | Claim Number: 397<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 7431 (03/22/2012) |
| UNSECURED | Claimed: | $29,096.00 |

| | | |
|---|---|---|
| BOSCH, ROBERT & DONNA<br>N77 W16219 COUNTRYSIDE DRIVE<br>MENOMONEE FALLS, WI 53051 | | Claim Number: 398<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 7432 (03/22/2012) |
| UNSECURED | Claimed: | $93,585.57 |

| | | |
|---|---|---|
| FOULOIS, MARA<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 399<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 2324 (01/21/2010) |
| UNSECURED | Claimed: | $70,357.88 |

| | | |
|---|---|---|
| FOULOIS, MARA<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 400<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $403,814.70 |

| | | | | | |
|---|---|---|---|---|---|
| WARD, ANDREW D.<br>1804 HIGHLAND PARK RD.<br>DENTON, TX 76205 | | Claim Number: 401<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $13,591.05 | Scheduled: | $4,899.38 | |
| UNSECURED | Claimed: | $19,748.72 | Scheduled: | $28,059.38 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT FOR<br>WHITNEY BLAKE CO., ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 402<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $870.00 | | |
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: SLASH SUPPORT, INC.<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 403<br>Claim Date: 02/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,045,970.29 | | |
| AIRSPAN NETWORKS INC.<br>777 YAMATO RD., SUITE 310<br>BOCA RATON, FL 33431 | Claim Number: 404<br>Claim Date: 02/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| UNSECURED | Claimed: | $1,916,683.21 | | |
| COZYN, MARTIN A.<br>2104 COUNTRY HILL LN<br>LOS ANGELES, CA 90049-6822 | Claim Number: 405<br>Claim Date: 02/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $996,372.40 | Scheduled: | $168,346.20 |
| TUONG MINH PROJECT MGMT. AGENCY (TMA)<br>111 NGUYEN DINH CHINH STREET,<br>PHU NHUAN DISTRICT<br>HO CHI MINH CITY,<br>VIETNAM | Claim Number: 406<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $256,592.75 | Scheduled: | $217,807.08 |
| TELEFONICA USA, INC.<br>ATTNETION: JOANNA ROMANO<br>1111 BRICKELL AVENUE - 10TH FLOOR<br>MIAMI, FL 33131 | Claim Number: 407<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED | Claimed: | $145,713.65 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BINGAMAN, PETER<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 408<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $85,654.10 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HISCOE, DAVID W.<br>3448 BRADLEY PLACE<br>RALEIGH, NC 27607 | | Claim Number: 409<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $10,500.00 | | | |
| UNSECURED | Claimed: | $80,769.00 | | | |
| STUMPF, TERRY L.<br>4421 WOODMILL RUN<br>APEX, NC 27539 | | Claim Number: 410<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $70,153.92 | | | |
| UNSECURED | | | Scheduled: | | $76,406.24 |
| GAO, LANYUN<br>4405 BELVEDERE DR.<br>PLANO, TX 75093 | | Claim Number: 411<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $35,510.28 | | | |
| MACKINNON, PETER<br>706 BANDERA DR.<br>ALLEN, TX 75013 | | Claim Number: 412<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $166,780.65 | | | |
| PERVASIVE SOFTWARE<br>12365-B RIATA TRACE PARKWAY<br>AUSTIN, TX 78727 | | Claim Number: 413<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $24,960.00 | | | |
| KAPIL, VIVEK<br>2712 MERLIN DR.<br>LEWISVILLE, TX 75056 | | Claim Number: 414<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| PRIORITY | Claimed: | $176,523.84 | | | |
| SECURED | Claimed: | $176,523.84 | | | |
| TOTAL | Claimed: | $176,523.84 | | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: GLOBAL IP SOLUTIONS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 415<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $80,000.00 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MILFORD, JOHN S.<br>4516 SPYGLASS DRIVE<br>LITTLE RIVER, SC 29566 | | Claim Number: 416<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,890.00 | | |

---

| TELTRONICS, INC.<br>2511 CORPORATE WAY<br>PALMETTO, FL 34221-8478 | | Claim Number: 417<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,636.33 | | |

---

| BROWER, KOLLEN<br>1206 MORROW LANE<br>ALLEN, TX 75002 | | Claim Number: 418<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $57,053.56 | | |

---

| OVERCASH, LISA D.<br>5001 DEER LAKE TRAIL<br>WAKE FOREST, NC 27587 | | Claim Number: 419<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $25,033.14 | Scheduled: | $36,571.10 |

---

| PRIEST, MARK<br>9541 BELLS VALLEY DRIVE<br>RALEIGH, NC 27617 | | Claim Number: 420<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,005.60 | Scheduled: | $3,891.27 |
| UNSECURED | Claimed: | $45,756.96 | Scheduled: | $51,440.66 |

---

| SWANSON, WILLIAM C.<br>12046 RIDGEVIEW LN<br>PARKER, CO 80138-7141 | | Claim Number: 421<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 1550 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $492.39   UNLIQ | | |

---

| MEHROTRA, ASHISH<br>4316 CUTTER SPRINGS CT.<br>PLANO, TX 75024 | | Claim Number: 422<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,640.30 | Scheduled: | $4,862.27 |
| UNSECURED | Claimed: | $40,337.46 | Scheduled: | $39,388.55 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MEDIATEC PUBLISHING, INC.
ATTN: VINCE CZARNOWSKI
111 E. WACKER DRIVE, SUITE 1290
CHICAGO, IL 60601

Claim Number: 423
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,750.00 | Scheduled: | $3,750.00 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: DANET GMBH
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 424
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $56,813.06 |

---

CINCINNATI BELL TELEPHONE
221 E. 4TH STREET
ML347-200
CINCINNATI, OH 45202

Claim Number: 425
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $614.24 |

---

XO COMMUNICATIONS, INC.
ATTN: BRAD LEE
105 MOLLOY STREET, SUITE 300
NASHVILLE, TN 37201

Claim Number: 426
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $102,089.99 |

---

ITC NETWORKS SRL
VAL MANDEL, P.C.
80 WALL STREET, SUITE 1115
NEW YORK, NY 10005

Claim Number: 427
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,322,787.20 |

---

FULTON COUNTY TAX COMMISSIONER
141 PRYOR ST SUITE 1113
ATLANTA, GA 30303

Claim Number: 428
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3822 (08/24/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,692.16   UNLIQ CONT |

---

TROUTMAN SANDERS LLP
600 PEACHTREE STREET, NE, STE 5200
ATLANTA, GA 30308

Claim Number: 429
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,530.46 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 430<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4328 (11/15/2010) |
| PRIORITY | Claimed: | $500.00 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 431<br>Claim Date: 02/24/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 4327 (11/15/2010) |
| PRIORITY | Claimed: | $500.00 |
| TW TELECOM INC. FKA TIME WARNER TELECOM<br>INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 432<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5392 (05/06/2011) |
| SECURED | Claimed: | $110,490.98 |
| AWARD SOLUTIONS, INC.<br>2100 LAKESIDE BLVD, SUITE 300<br>RICHARDSON, TX 75082 | | Claim Number: 433<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $78,562.60 |
| CRISLER, CHARLA<br>3 WOODY CREST CIRCLE<br>FAIRVIEW, TX 75069 | | Claim Number: 434<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| PRIORITY | Claimed: | $341,333.87 |
| LAMBERT, BOBBIE<br>320 FOLEY DRIVE<br>GARNER, NC 27529 | | Claim Number: 435<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $69,596.25 |
| SOBECK, JEFFREY S.<br>7826 S LAKEVIEW ROAD<br>TRAVERSE CITY, MI 49684 | | Claim Number: 436<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| GREEN, ROBERT<br>3016 LAKESIDE VIEW COURT<br>CARY, NC 27513 | | Claim Number: 437<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $40,397.50 | | |

---

| | | | | |
|---|---|---|---|---|
| WAHEED, SHAHID<br>5204 SAINT CROIX CT.<br>RICHARDSON, TX 75082 | | Claim Number: 438<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $53,987.31 | Scheduled:<br>Scheduled: | $6,745.70<br>$42,227.02 |

---

| | | | | |
|---|---|---|---|---|
| GOULET, ROY<br>25 LAKEHURST COURT<br>DURHAM, NC 27713 | | Claim Number: 439<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $8,874.65<br>$38,840.00 | Scheduled:<br>Scheduled: | $2,223.79<br>$45,613.07 |

---

| | | | | |
|---|---|---|---|---|
| BAUMANN, VINCENT<br>7902 BLUE QUAIL LN<br>ROWLETT, TX 75088 | | Claim Number: 440<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $6,721.00<br>$22,595.00 | Scheduled:<br>Scheduled: | $1,912.32<br>$29,930.87 |

---

| | | | | |
|---|---|---|---|---|
| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX 75025 | | Claim Number: 441<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $38,251.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MA, CHEN CHEN<br>7921 CONSTITUTION DR.<br>PLANO, TX 75025 | | Claim Number: 442<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $52,673.25 | | |

---

| | | | | |
|---|---|---|---|---|
| HARPER, JAMES W. JR<br>101 CHERTSEY COURT<br>CARY, NC 27519 | | Claim Number: 443<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$331,924.89 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| INNOVATIVE SYSTEMS LLC<br>1000 INNOVATIVE DRIVE<br>MITCHELL, SD 57301 | | Claim Number: 444<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $360,160.00 | | |
| DAVIS, JAMES F.<br>1213 BALMORAL DRIVE<br>CARY, NC 27511 | | Claim Number: 445<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $3,872.77 | | |
| UNSECURED | Claimed: | $28,486.16 | | |
| TEKVIZION LABS<br>275 W CAMPBELL RD STE 215<br>RICHARDSON, TX 75080-8001 | | Claim Number: 446<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $35,900.00 | | |
| ASM SIP, L.P.<br>TRANSFEROR: SCHNEIDER, PATRICIA<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 447<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $5,229.93 | Scheduled: | $6,395.49 |
| UNSECURED | Claimed: | $47,833.90 | Scheduled: | $44,454.05 |
| YE, BEIXING<br>1315 LIGHTHOUSE LN<br>ALLEN, TX 75013-3407 | | Claim Number: 448<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $9,981.20 | | |
| UNSECURED | | | Scheduled: | $9,925.85 |
| KALLAM, MICHELLE L.<br>12416 VILLAGE PINES LANE<br>RALEIGH, NC 27614-8893 | | Claim Number: 449<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $7,497.69 |
| UNSECURED | Claimed: | $12,076.40 | Scheduled: | $19,358.43 |
| CORPENING, IRIS L.<br>4821 MOCHA LANE<br>RALEIGH, NC 27616 | | Claim Number: 450<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $16,023.41 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| STAPLES INC & SUBSIDIARIES<br>STAPLES CONTRACT AND COMMERCIAL<br>ATTN: LATONYA BLACKWELL<br>300 ARBOR LAKE DRIVE<br>COLUMBIA, SC 29223 | | Claim Number: 451<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $55,206.90 | | |
| LECHNER, KIM<br>433 OGDEN ST.<br>DENVER, CO 80218 | | Claim Number: 452<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $342,172.39 | | |
| UNSECURED | Claimed: | $87,622.21 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: GOOGLE, INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 453<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $220,721.84 | Scheduled: | $59,292.35 |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 454<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $2,995.00 | | |
| LUGAR, BRENDA W.<br>2105 LITTLE ROGERS ROAD<br>DURHAM, NC 27704 | | Claim Number: 455<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $1,139.65 | | |
| UNSECURED | Claimed: | $41,873.68 | Scheduled: | $41,949.05 |
| TEXAS STADIUM CORPORATION<br>1 COWBOYS PKWY<br>IRVING, TX 75063-4924 | | Claim Number: 456<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $54,952.27 | | |
| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: BURKE, ROBERT E.<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | | Claim Number: 457<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3700 | | |
| UNSECURED | Claimed: | $443,138.70   UNLIQ | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175 | Claim Number: 458<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $304,972.22 |
|---|---|---|

| PEDDI, RAJYALAKSHMI<br>3480 GRANADA AVE APT 145<br>SANTA CLARA, CA 95051-3414 | Claim Number: 459<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $12,346.48 |
|---|---|---|

| BOUNDS, KATHY<br>204 CASTLEBURY CREEK CT<br>CARY, NC 27519 | Claim Number: 460<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $72,477.72 |
|---|---|---|

| ROBSON, ROBERT L.<br>1013 MANOR GLEN WAY<br>RALEIGH, NC 27615 | Claim Number: 461<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $148,293.00 |
|---|---|---|

| TELEMATIC COMMUNICATIONS PTY LTD<br>T/AS ADVATEL<br>133 MORAY STREET<br>SOUTH MELBOURNE<br>VICTORIA, 3205<br>AUSTRALIA | Claim Number: 462<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $3,896.00 |
|---|---|---|

| JOANNOU, DION C.<br>2839 NE 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | Claim Number: 463<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $689,050.00 |

| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | Claim Number: 464<br>Claim Date: 03/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $147,179.77   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BRADEE, WILLIAM F.
4605 SUNDANCE DR
PLANO, TX 75024-3888

Claim Number: 465
Claim Date: 03/04/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,309.31 |
| UNSECURED | Claimed: | $43,876.79 |

---

RITZ, CHARLES
9501 HANGING ROCK RD.
RALEIGH, NC 27613

Claim Number: 466
Claim Date: 03/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $36,405.75 |

---

PYLON ELECTRONICS INC
147 COLONNADE RD
OTTAWA, ON K2E 7L9
CANADA

Claim Number: 467
Claim Date: 03/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,473.74 |

---

ASM CAPITAL III, L.P.
TRANSFEROR: GLOBAL IP SOLUTIONS, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 468
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $411,928.30 |

---

FLAKE, JOHN
23 EVERGREEN PL
SPARTA, NJ 07871

Claim Number: 469
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $73,182.02 |

---

KENNEDY, SCOTT
13523 W. SOLA DRIVE
SUN CITY WEST, AZ 85375

Claim Number: 470
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35,215.87 |

---

FEDYK, DONALD
220 HAYDEN RD
GROTON, MA 01450

Claim Number: 471
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $31,769.32 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FEDYK, DONALD
220 HAYDEN RD
GROTON, MA 01450

Claim Number: 472
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $24,016.51 | | |

TASKER, HAROLD
1950 ELM TREE ROAD
ELM GROVE, WI 53122

Claim Number: 473
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,197.07 | | |
| UNSECURED | Claimed: | $42,724.14 | | |

CLARK, DOUGLAS G.
1529 ELLIS HOLLOW RD.
ITHACA, NY 14850

Claim Number: 474
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 2809 (03/29/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $131,000.00   UNLIQ |

HANNAH, DAVID C.
405 SKULLEY DRIVE
ALPHARETTA, GA 30004

Claim Number: 475
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $513,831.00 |

CAVASSO, DANA
3704 ARBOR VISTA DR.
PLANO, TX 75093

Claim Number: 476
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $89,846.56 |

TAVARES, ANTONIO CESAR
2329 FELICIA DR.
PLANO, TX 75074

Claim Number: 477
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $2,039.62 |
| UNSECURED | Claimed: | $18,588.46 | Scheduled: | $31,468.79 |

ASM CAPITAL, L.P.
TRANSFEROR: ARBOR INDUSTRIES U.S.A., INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 478
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,664.59 | Scheduled: | $2,664.59 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SEARLES, STEVEN<br>19119 STREAM CROSSING CT<br>LEESBURG, VA 20176 | Claim Number: 479<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $427,511.67 | | |
|---|---|---|---|---|

---

| MCKEVITT, TOM, JR.<br>11104 E CAROL AVE<br>SCOTTSDALE, AZ 85259 | Claim Number: 480<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | | | Scheduled: | $4,003.73 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,014.00 | Scheduled: | $36,736.34 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: AVATECH SOLUTIONS, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 481<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $3,365.00 | Scheduled: | $3,365.00 |
|---|---|---|---|---|

---

| NATHOO, FARID<br>1255 JASMINE CIRCLE<br>WESTON, FL 33326 | Claim Number: 482<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $145,908.81 |
|---|---|---|

---

| BAXTER, TIMOTHY<br>404 WHISPERWOOD DRIVE<br>CARY, NC 27518 | Claim Number: 483<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $103,498.46 |
|---|---|---|

---

| HANSON, RICHARD I.<br>10786 PORTER LN<br>SAN JOSE, CA 95127 | Claim Number: 484<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $12,000.00 |
|---|---|---|

---

| CRAWFORD, BRUCE A.<br>1807 GRIST STONE CT.<br>ATLANTA, GA 30307 | Claim Number: 485<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $68,934.85 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HANSON, RICHARD I.<br>10786 PORTER LN<br>SAN JOSE, CA 95127 | | Claim Number: 486<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 7431 (03/22/2012) | | | |
| PRIORITY | | | Scheduled: | | $5,099.05 |
| UNSECURED | Claimed: | $38,596.60 | Scheduled: | | $45,871.46 |
| BOLAND, ROBERT D.<br>1237 IROQUOIS DR.<br>BATAVIA, IL 60510 | | Claim Number: 487<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| PRIORITY | Claimed: | $348,695.00 | | | |
| MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ONT., L6C 2A6<br>CANADA | | Claim Number: 488<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $120,590.94 | | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 489<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $41,568.75 | Scheduled: | $41,568.75 | |
| CITY OF SANTA CLARA<br>MUNICIPAL SERVICES<br>1500 WARBURTON AVE<br>SANTA CLARA, CA 95050 | | Claim Number: 490<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $347,982.20 | | | |
| CINCINNATI BELL WIRELESS<br>221 E. 4TH SRREET<br>ML347-200<br>CINCINNATI, OH 45202 | | Claim Number: 491<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $28.28 | | | |
| TIN INC., D/B/A TEMPLE - INLAND<br>ATTN: LEGAL DEPT. - DANNY MCDONALD<br>1300 S MOPAC, 3RD FLOOR<br>AUSTIN, TX 78746-6933 | | Claim Number: 492<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | |
| UNSECURED | Claimed: | $37,703.73 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BROADWING COMMUNICATIONS, LLC
1025 ELDORADO BLVD.
BROOMFIELD, CO 80021

Claim Number: 493
Claim Date: 02/19/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION

| UNSECURED | Claimed: | $468.28 |
|---|---|---|

---

FULCRUM DISTRESS OPPORTUNITIES FUND I LP
TRANSFEROR: RICHARDSON, PAMELA
111 CONGRESS AVENUE
SUITE 2550
AUSTIN, TX 78701

Claim Number: 494
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4553 (12/07/2010)

| UNSECURED | Claimed: | $1,095,970.00 |
|---|---|---|

---

MEDLIN, RANDY W.
5711 THOM RD
MEBANE, NC 27302-9267

Claim Number: 495
Claim Date: 02/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $162.59   UNLIQ |
|---|---|---|

---

T-MOBILE USA INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 496
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $296.03 |
|---|---|---|

---

T-MOBILE USA INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 497
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $941.08 |
|---|---|---|

---

T-MOBILE USA INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 498
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $250.77 |
|---|---|---|

---

T-MOBILE USA INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 499
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $764.90 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 500<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $57.14 | | |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 501<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $401.01 | | |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 502<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $223.25 | | |
| AVNET, INC.<br>5400 PRAIRIE STONE PKWY<br>HOFFMAN EST, IL 60192-3721 | | Claim Number: 503<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $14,984.77 | | |
| LONG ISLAND LIGHTING COMPANY DBA LIPA<br>ELISA M PUGLIESE, ESQ.<br>175 E. OLD COUNTRY ROAD<br>HICKSVILLE, NY 11801 | | Claim Number: 504<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7430 (03/22/2012) | | |
| UNSECURED | Claimed: | $81,915.51 | | |
| DUN & BRADSTREET<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 505<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6108 (08/09/2011) | | |
| UNSECURED | Claimed: | $152,895.18 | Scheduled: | $115,500.00 |
| TALX CORPORATION<br>11432 LACKLAND RD<br>SAINT LOUIS, MO 63146 | | Claim Number: 506-01<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | |
| UNSECURED | Claimed: | $4,785.02 | Scheduled: | $4,999.98 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| TALX CORPORATION<br>11432 LACKLAND RD<br>SAINT LOUIS, MO 63146 | Claim Number: 506-02<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $967.74 | | |
|---|---|---|---|---|

---

| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 507<br>Claim Date: 03/03/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 3814 (08/23/2010) |
|---|---|

| SECURED | Claimed: | $304.36   UNLIQ | | |
|---|---|---|---|---|

---

| IRVING ISD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 508<br>Claim Date: 03/03/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 5 (07/14/2010) |
|---|---|

| SECURED | Claimed: | $48.00   UNLIQ | | |
|---|---|---|---|---|
| SECURED | Claimed: | $48.00   UNLIQ | | |

---

| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 509<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3592 (07/14/2010) |
|---|---|

| SECURED | Claimed: | $1,412,298.36   UNLIQ | | |
|---|---|---|---|---|

---

| STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | Claim Number: 510<br>Claim Date: 03/09/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 4234 (11/02/2010) |
|---|---|

| PRIORITY | Claimed: | $100.00 | | |
|---|---|---|---|---|

---

| FELFE, SIDNEY J.<br>1045 WOODHAVEN CIR.<br>ROCKWALL, TX 75087 | Claim Number: 511<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $12,529.52 | Scheduled: | $14,171.61 |
|---|---|---|---|---|

---

| FLOYD, PRESTON<br>AKA MICHAEL PRESTON FLOYD<br>110 BEECHTREE TRAIL<br>KITTRELL, NC 27544 | Claim Number: 512<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $193,485.20 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

OWINGS, JOHN R.
8237 TREEMONT PLACE
FRISCO, TX 75034

Claim Number: 513
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $312,500.00 |
|---|---|---|

ANDERSON, KELLY J.
1514 MANHATTAN AVE.
HERMOSA BEACH, CA 90254

Claim Number: 514
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $76,907.79 |
|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANLEY, CHRISTOPHER N.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 515
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $60,576.93 |
|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: KAISER ASSOCIATES INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 516
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $59,091.49 | Scheduled: | $56,044.00 |
|---|---|---|---|---|

REDDISH, RICHARD
2126 PALERMO COURT
ORANGE, CA 92867

Claim Number: 517
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $17,819.48 |
|---|---|---|

CT LIEN SOLUTIONS
PO BOX 200824
HOUSTON, TX 77216

Claim Number: 518
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

HAVERKAMP, LAWRENCE
PO BOX 2497
OREGON CITY, OR 97045

Claim Number: 519
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HUANG, JOCELYN
4525 LONG TREE DRIVE
PLANO, TX 75093

Claim Number: 520
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $17,520.00 | | $17,519.99 |

---

TEMPLETON, MIKE A.
6405 FIELD CREST
SACHSE, TX 75048

Claim Number: 521
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | Claimed: | |
|---|---|---|
| UNSECURED | | $59,503.44 |

---

MORRISON, MARION
1221 SPRUCE DRIVE
ZEBULON, NC 27597

Claim Number: 522
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $104.56 |
| SECURED | | $0.00 |

---

RODGERS, DEBORAH
127 SHADOW RIDGE PLACE
CHAPEL HILL, NC 27516

Claim Number: 523
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| | Claimed: | |
|---|---|---|
| UNSECURED | | $14,587.14 |

---

KOTHARI, PRIYADARSHINI
1415 W 51ST ST, #3
AUSTIN, TX 78756

Claim Number: 524
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | Claimed: | |
|---|---|---|
| UNSECURED | | $5,576.92 |

---

BRYAN, STEVE
406 KINSEY STREET
RALEIGH, NC 27603

Claim Number: 525
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | Claimed: | |
|---|---|---|
| UNSECURED | | $24,803.52 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NEWTON, PERCY
3940 THREE CHIMNEYS LANE
CUMMING, GA 30041

Claim Number: 526
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN

| UNSECURED | Claimed: | $135,667.00 |
| --- | --- | --- |

---

MERRILLS, ROY
10401 MANLY
CHAPEL HILL, NC 27517

Claim Number: 527
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7808 (06/07/2012)

| UNSECURED | Claimed: | $180,000.00   UNLIQ |
| --- | --- | --- |

---

MONDOR, DAN
3650 NEWPORT BAY DRIVE
ALPHARETTA, GA 30005

Claim Number: 528
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

WILLIAMS, MARK CAMERON
400 APRIL BLOOM LN.
CARY, NC 27519

Claim Number: 529
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $69,901.44 |
| --- | --- | --- |

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: ALFRED WILLIAMS & CO
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 530
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $54,133.57 | Scheduled: | $54,133.57 |
| --- | --- | --- | --- | --- |

---

BERKOWITZ, MARTIN
71 REDWOOD RD
NEWTON CENTER, MA 02459

Claim Number: 531
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $13,111.54 |
| --- | --- | --- |

---

MUSEUM OF NATURE AND SCIENCE
PO BOX 151469
DALLAS, TX 75315

Claim Number: 532
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| SECURED | Claimed: | $5,000.00   UNDET |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ANDUX, ALBERT
9304 MIRANDA DR.
RALEIGH, NC 27617

Claim Number: 533
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $89,468.60 | | |
|---|---|---|---|---|

ANDUX, ALBERT
9304 MIRANDA DR
RALEIGH, NC 27617

Claim Number: 534
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments:
No Signature

| UNSECURED | Claimed: | $5,200.00 | | |
|---|---|---|---|---|

ANDUX, ALBERT
9304 MIRANDA DR
RALEIGH, NC 27617

Claim Number: 535
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments:
No Signature

| PRIORITY | | | Scheduled: | $2,814.32 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $251,558.64 | Scheduled: | $89,899.78 |

COMPUWARE CORPORATION
ATTN: ELLEN JUDD
ONE CAMPUS MARTIUS
DETROIT, MI 48226

Claim Number: 536
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,770.59 | Scheduled: | $1,770.59 |
|---|---|---|---|---|

NELSON, WILLIAM K.
24 WESCOTT DRIVE
HOPKINTON, MA 01748

Claim Number: 537
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $809,000.00 | | |
|---|---|---|---|---|

WEST VIRGINIA STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIVISION
ONE PLAYERS CLUB DRIVE
CHARLESTON, WV 25311-1639

Claim Number: 538
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $150.00 | | |
|---|---|---|---|---|

AT&T INC.
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 539
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6057

| UNSECURED | Claimed: | $16,988.55 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ALVISO, CHRIS<br>3009 LITTLETON LN<br>ROSEVILLE, CA 95747-9044 | Claim Number: 540<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $24,962.40 |
|---|---|---|

---

| HOY, GREGORY J.<br>430 HIGHLAND OAKS CIRCLE<br>SOUTHLAKE, TX 76092 | Claim Number: 541<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $28,575.25 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HOY, GREGORY J.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 542<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $26,192.00 |
|---|---|---|

---

| LACERTE, RICHARD M.<br>PO BOX 641087<br>SAN JOSE, CA 95164-1087 | Claim Number: 543<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $88,049.00 |
|---|---|---|

---

| MERA NN<br>12 SOVETSKY STREET<br>NIZHNY NOVGOROD, 603086<br>RUSSIA | Claim Number: 544<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7686 (05/24/2012) |
|---|---|

| UNSECURED | Claimed: | $466,345.11 |
|---|---|---|

---

| MERA NETWORKS INC.<br>15 WERTHEIM CRT SUITE 303<br>RICHMOND HILL, ON L4B 3H7<br>CANADA | Claim Number: 545<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,707.92 |
|---|---|---|

---

| SRINIVASAN, SEKAR<br>1809 EAGLE GLEN DR<br>ROSEVILLE, CA 95661-4025 | Claim Number: 546<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3582 |
|---|---|

| UNSECURED | Claimed: | $33,738.46 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| UNITED BUSINESS MEDIA LLC<br>D/A TECHWEB AND EVERYTHING CHANNEL<br>600 COMMUNITY DRIVE, 3RD FLOOR<br>MANHASSET, NY 11030 | | Claim Number: 547<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5343 (04/28/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
| UNSECURED | Claimed: | $132,675.00 | | |
| WILSON, ROBERT<br>624 LEGEND LANE<br>SHERMAN, TX 75092 | | Claim Number: 548<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,000.00 | | |
| PENNY, BRETT<br>1020 THREE RIVERS DRIVE<br>PROSPER, TX 75078 | | Claim Number: 549<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $22,566.14 | | |
| LOCKWOOD, MICHAEL D.<br>SJO #116338<br>PO BOX 025331<br>MIAMI, FL 33102-5331 | | Claim Number: 550<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $53,070.00 | | |
| FISCHER, TIM<br>27005 COUNTY ROAD S<br>ELIZABETH, CO 80107 | | Claim Number: 551<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8148 | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| AUTOMOTIVE RENTALS, INC.<br>C/O JOHN V. FIORELLA, ESQUIRE<br>ARCHER & GREINER, PC<br>ONE CENTENNIAL SQUARE<br>HADDONFIELD, NJ 08033 | | Claim Number: 552<br>Claim Date: 03/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| ADMINISTRATIVE | Claimed: | $74,366.82 | | |
| CANNARELLA, ROBERT A<br>17 REEVES STREET<br>SMITHTOWN, NY 11787 | | Claim Number: 553<br>Claim Date: 03/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $62,052.32 | Scheduled: | $61,918.59 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BASIL, NIPUN
5 CARDINAL CIRCLE
SHREWSBURY, MA 01545

Claim Number: 554
Claim Date: 03/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,929.27 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SVA-BIZSPHERE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 555
Claim Date: 03/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $136,267.00 | | |

---

MILLER, KYLE
PO BOX 702921
DALLAS, TX 75370-2921

Claim Number: 556
Claim Date: 03/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,360.00 | | |

---

SHEN-CHOU, KANLI MARY
3307 MORNING GLORY WAY
RICHARDSON, TX 75082

Claim Number: 557
Claim Date: 03/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,456.14 | Scheduled: | $14,581.06 |

---

BOLEN, LARRY T.
14185 REDWOOD CIRCLE SOUTH
MCKINNEY, TX 75071

Claim Number: 558
Claim Date: 03/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,781.57 | | |

---

WINGO, GARY L.
9340 STONEY RIDGE LANE
ALPHARETTA, GA 30022

Claim Number: 559
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $304,665.90 | | |

---

TRC MASTER FUND LLC
TRANSFEROR: INVENTORY MANAGEMENT PARTNER
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 560
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68,955.00 | Scheduled: | $68,955.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: NETFORMX, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 561
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $32,266.74 | |

---

VARGO, ROBERT M.
1516 NORTH GLENEAGLE DRIVE
GARNER, NC 27529-4303

Claim Number: 562
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $34,397.10 | |
| UNSECURED | | Scheduled: | $33,339.87 |

---

WARREN, BEN
37 CREST LN
LA SELVA BEACH, CA 95076

Claim Number: 563
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: WITHDRAWN
DOCKET: 5108 (03/14/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $601,015.00 |
| UNSECURED | Claimed: | $601,015.00 |
| TOTAL | Claimed: | $601,015.00 |

---

KRAFT, ROBERT ANDREW
1408 OAKHILL DRIVE
PLANO, TX 75075

Claim Number: 564
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,702.37 |
| UNSECURED | Claimed: | $12,290.28 | Scheduled: | $22,765.54 |

---

CHRISTOPHER, RAYMOND O.
118 BUTLER AVENUE
WAKEFIELD, MA 01880

Claim Number: 565
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $26,527.00 |
| UNSECURED | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PEPER, DEREK
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 566
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $92,935.38 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DYKSTRA, JOHN W.
725 TIMBER LANE
SHOREVIEW, MN 55126

Claim Number: 567
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,892.00 | Scheduled: | $5,443.89 |
| UNSECURED | Claimed: | $48,000.00 | Scheduled: | $54,121.54 |

---

DRAKE, IRENE
209 ROYAL TOWER WAY
CARY, NC 27513

Claim Number: 568
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $807.80   UNLIQ |

---

FEIOCK, GERALD
88 GREEN RD.
CHURCHVILLE, NY 14428

Claim Number: 569
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $25,128.53 | Scheduled: | $36,446.72 |

---

MOLINA, LAWRENCE S. JR.
P.O. BOX 28473
ST LOUIS, MO 63146-0973

Claim Number: 570
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $45,623.15 |

---

QMI-SAI GLOBAL
20 CARLSON COURT
SUITE 100
TORONTO, ON M9W 7K6
CANADA

Claim Number: 571
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,061.13 |

---

LIGHT READING/HEAVY READING
240 W 35TH ST FL 8
NEW YORK, NY 10001-2506

Claim Number: 572
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7732

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $69,262.50 | Scheduled: | $69,262.50 |

---

ASM SIP, L.P.
TRANSFEROR: MOUNT, JOE
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 573
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,953.00 |
| UNSECURED | Claimed: | $96,022.62 | Scheduled: | $89,197.95 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | | Claim Number: 574<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $48,794.00 | | |
| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | | Claim Number: 575<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $5,796.89 | | |
| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | | Claim Number: 576<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $118,373.44 | | |
| GRIFFIN, KIMBERLY<br>8701 DONNINGTON DR.<br>RALEIGH, NC 27615 | | Claim Number: 577<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,365.00 | | |
| TOP GUN VENTURES, LLC<br>ATTN: PETER DONOVAN<br>15305 DALLAS PARKWAY, SUITE 300<br>ADDISON, TX 75001 | | Claim Number: 578<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $4,489.63 | Scheduled: | $4,489.63 |
| ASM SIP, L.P.<br>TRANSFEROR: JACKSON, TOM<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 579<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $35,765.14 | | |
| PILCH, DONNA<br>BOX 4616<br>CARY, NC 27519 | | Claim Number: 580<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| UNSECURED | Claimed: | $10,267.65 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GRIFFIN, LARNA E.<br>8212 MUIRFIELD DRIVE<br>FUQUAY VARINA, NC 27526 | | Claim Number: 581<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $457.03 | | |

---

| CHINA TELECOM (AMERICAS) CORPORATION<br>SUITE 201, 607 HERNDON PARKWAY<br>HERNDON, VA 20170 | | Claim Number: 582<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,957.72 | | |

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: SOAPSTONE NETWORKS INC.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 583<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,264.00 | Scheduled: | $11,264.00 |

---

| CHANG, WEN-JEN<br>2813 VALLEY SPRING DRIVE<br>PLANO, TX 75025 | | Claim Number: 584<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $26,153.29 | Scheduled: | $26,522.44 |

---

| POWERSOURCE 21 LLC<br>P.O. BOX 248<br>PITTSBORO, NC 27312 | | Claim Number: 585<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,900.00 | | |

---

| POUSSARD, LEONARD<br>567 TREMONT ST # 23<br>BOSTON, MA 02118 | | Claim Number: 586<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,383.71 | | |

---

| BROUGH, CHARLES L.<br>1220 N. WEST ST.<br>NAPERVILLE, IL 60563 | | Claim Number: 587<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $23,575.98 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| HOCURSCAK, SHARYN L.<br>35 PIKES HILL ROAD<br>STERLING, MA 01564 | | Claim Number: 588<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $3,945.50 |
| UNSECURED | Claimed: | $36,026.40 | Scheduled: | $32,836.50 |
| FELIX, AVONDA<br>6510 ROSEBUD DR.<br>ROWLETT, TX 75089 | | Claim Number: 589<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $25,778.63 | | |
| BHAT, SUNIL<br>8236, NOVARO DR.<br>PLANO, TX 75025 | | Claim Number: 590<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $5,706.83 | Scheduled: | $6,325.38 |
| SAVARESE, PATRICK<br>2705 VILLAGE DR<br>BREWSTER, NY 10509-1326 | | Claim Number: 591<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $17,160.75 | | |
| MILLER, CLYDE E.<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | | Claim Number: 592<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $770,140.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HOLLAND, ANTHONY E.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 593<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $27,752.48 | | |
| GASIKOWSKI, WILLIAM<br>2112 BRABANT DR.<br>PLANO, TX 75025 | | Claim Number: 594<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $70,204.01 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SHREWSBURY, MARK C.<br>166 LAURIE DR.<br>ORMOND BEACH, FL 32176 | | Claim Number: 595<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | | |
| UNSECURED | Claimed: | $34,300.00 |
| SUNRISE CONTRACTING SERVICES, LLC<br>4603 HILLSBOROUGH RD STE H<br>DURHAM, NC 27705 | | Claim Number: 596<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $38,414.17 |
| RICHARDSON, JACK E.<br>7405 BRADFORD PEAR DRIVE<br>IRVING, TX 75063 | | Claim Number: 597<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $78,615.00 |
| STATHATOS, JEFF<br>509 CAP ROCK DR<br>RICHARDSON, TX 75080 | | Claim Number: 598<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $27,425.50 |
| LEE, CHARLES<br>1103 CR 3470<br>HAWKINS, TX 75765 | | Claim Number: 599<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $36,203.40 |
| BALDWIN, ROBERT SHAW<br>970 VILLAGE GREEN DR # 424F<br>ALLEN, TX 75013 | | Claim Number: 600<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $18,923.00 |
| BOND, BARRY W.<br>8345 PRIMANTI BLVD<br>RALEIGH, NC 27612 | | Claim Number: 601<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $63,661.22 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| VILLARREAL, ARMANDO<br>2233 COUNTRY OAKS DR<br>GARLAND, TX 75040 | | Claim Number: 602<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,224.32 | | |

---

| | | | | |
|---|---|---|---|---|
| COYNE, KRISTIN L.<br>212 BAKER ST<br>CHATTANOOGA, TN 37405-4104 | | Claim Number: 603<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $4,553.83 | Scheduled: | $4,553.98 |

---

| | | | | |
|---|---|---|---|---|
| POWERSOURCE 21 LLC<br>P.O. BOX 248<br>PITTSBORO, NC 27312 | | Claim Number: 604<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,436.00 | Scheduled: | $4,336.00 |

---

| | | | | |
|---|---|---|---|---|
| MCCABE, ROBERT A.<br>2009 MISSION RD<br>EDMOND, OK 73034 | | Claim Number: 605<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $68,923.08 | | |

---

| | | | | |
|---|---|---|---|---|
| MCCABE, ROBERT A.<br>2009 MISSION RD<br>EDMOND, OK 73034 | | Claim Number: 606<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $39,172.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FORBIS, STANLEY<br>309 YARROW CT<br>GRAND PRAIRIE, TX 75052 | | Claim Number: 607<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| FORBIS, STANLEY<br>309 YARROW CT<br>GRAND PRAIRIE, TX 75052 | | Claim Number: 608<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $14,500.00 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LOUISVILLE METRO REVENUE COMMISSION
PO BOX 35410
617 W JEFFERSON ST
LOUISVILLE, KY 40232-5410

Claim Number: 609
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $450.42 |
|----------|----------|---------|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: STRAUSS, JEFF
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 610
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $33,600.00 |
|-----------|----------|------------|

---

TOWNSEND, JACKSON N., III
139 DAN MOODY TRAIL
GEORGETOWN, TX 78633

Claim Number: 611
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $125,325.90 |
|-----------|----------|-------------|

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: KENAS, ROBERT
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 612
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8291

| PRIORITY | Claimed: | $52,300.00 | Scheduled: | $5,719.09 |
|----------|----------|------------|------------|-----------|
| UNSECURED | Claimed: | $206,000.00 | Scheduled: | $50,052.19 |

---

EQUITY TRUST COMPANY CUSTODIAN FBO
TRANSFEROR: LAFRENIERE, SYLVIE
109806 & 109595 IRAS C/O FAIR HARBOR
CAPITAL, LLC, PO BOX 237037
NEW YORK, NY 10023

Claim Number: 613
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $57,864.13 |
|-----------|----------|------------|

---

AURITAS LLC
4907 INTERNATIONAL PKWY, SUITE 1051
SANFORD, FL 32771

Claim Number: 614
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5623 (06/07/2011)

| PRIORITY | Claimed: | $21,000.00 |
|----------|----------|------------|

---

GARRISON, JOHN E.
5828 MORNING GLORY LANE
PLANO, TX 75093

Claim Number: 615
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $35,950.95 |
|-----------|----------|------------|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

COLONIAL GAS COMPANY D/B/A KEYSPAN
ENERGY DELIVERY NEW ENGLAND
ELISA M. PUGLIESE, ESQ.
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

Claim Number: 616
Claim Date: 02/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,043.48 |
|---|---|---|

---

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 617
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 1078

| PRIORITY | Claimed: | $42,225.28 |
|---|---|---|
| UNSECURED | Claimed: | $427,399.28 |

---

ASM CAPITAL III, L.P.
TRANSFEROR: BERRYMAN TRANSFER & STORAGE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 618
Claim Date: 03/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $71,364.91 | Scheduled: | $85,235.69 |
|---|---|---|---|---|

---

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 619
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $70,424.62 |
|---|---|---|
| UNSECURED | Claimed: | $3,570.93 |

---

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 620
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $39,105.53 |
|---|---|---|

---

PROTIVITI
2613 CAMINO RAMON # 3
SAN RAMON, CA 94583-9128

Claim Number: 621
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $23,064.23 |
|---|---|---|

---

MOTOR CITY ELECTRIC TECHNOLOGIES, INC.
9440 GRINNELL ST.
DETROIT, MI 48213-1151

Claim Number: 622
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $373,668.69 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KELLY SERVICES, INC.<br>999 W BIG BEAVER ROAD<br>TROY, MI 48084 | Claim Number: 623<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $7,319.20 | Scheduled: | $3,680.00 |
|---|---|---|---|---|

| GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Number: 624<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $33,289.08   CONT |
|---|---|---|

| GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Number: 625<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,472.60   CONT |
|---|---|---|

| ORANGE COUNTY TREASURER<br>TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 1438<br>SANTA ANA, CA 92703 | Claim Number: 626<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6299 (09/02/2011) |
|---|---|

| PRIORITY | Claimed: | $137.07 |
|---|---|---|

| ERKEL, ENIS<br>FATMAKADIN SOK.<br>MARMARA APT. NO. 12.29<br>SUADIYE<br>ISTANBUL, 34740<br>TURKEY | Claim Number: 627<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6091 |
|---|---|

| PRIORITY | Claimed: | $441,080.12 |
|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: EXCELIGHT COMMUNICATIONS INC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 628<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 565 (04/06/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $13,663.30 |
|---|---|---|

| AVANEX CORPORATION<br>WINSTON & STRAWN LLP<br>DAVID A HONIG - BRAIAN Y LEE<br>101 CALIFORNIA STREET<br>SAN FRANCISCO, CA 94111 | Claim Number: 629<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 670 (04/27/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $34,112.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 630 |
|---|---|
| TRANSFEROR: ANDREW LLC | Claim Date: 02/17/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: NORTEL NETWORKS INC. |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | Comments: EXPUNGED |
| NEW YORK, NY 10019 | DOCKET: 4779 (01/31/2011) |

| ADMINISTRATIVE | Claimed: | $112,557.86 |
|---|---|---|

---

| OKLAHOMA TAX COMMISSION | Claim Number: 631 |
|---|---|
| BANKRUPTCY SECTION | Claim Date: 03/09/2009 |
| GENERAL COUNSEL'S OFFICE | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| 120 N. ROBINSON, SUITE 2000 | Comments: WITHDRAWN |
| OKLAHOMA CITY, OK 73102-7471 | DOCKET: 7247 (02/22/2012) |

| PRIORITY | Claimed: | $100.00 |
|---|---|---|

---

| KUCZYNSKI, ROBERT | Claim Number: 632 |
|---|---|
| 150 BAYVIEW DR | Claim Date: 03/04/2009 |
| NORTH HERO, VT 05474 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $11,201.00   UNLIQ |
|---|---|---|

---

| SKIDMORE, THOMAS P. | Claim Number: 633 |
|---|---|
| 16743 W 159TH TERRACE | Claim Date: 03/18/2009 |
| OLATHE, KS 66062 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $47,991.93 |
|---|---|---|
| UNSECURED | Claimed: | $18,344.77 |

---

| SPRINT NEXTEL | Claim Number: 634 |
|---|---|
| SPRINT NEXTEL - CORRESPONDENCE | Claim Date: 03/18/2009 |
| ATTN: BANKRUPTCY DEPT. | Debtor: NORTEL NETWORKS INC. |
| PO BOX 7949 | Comments: EXPUNGED |
| OVERLAND PARK, KS 66207-0949 | |

| UNSECURED | Claimed: | $394,266.38 |
|---|---|---|

---

| PERRY, MARY ELLEN | Claim Number: 635 |
|---|---|
| 1019 S. MAIN STREET | Claim Date: 03/18/2009 |
| FUQUAY VARINA, NC 27526 | Debtor: NORTEL NETWORKS INC. |

| SECURED | Claimed: | $269,227.00 |
|---|---|---|

---

| STEIN, CRAIG | Claim Number: 636 |
|---|---|
| 312 LORI DRIVE | Claim Date: 03/18/2009 |
| BENICIA, CA 94510 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $39,803.67 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BRUNO, MICHAEL<br>258 SILVERBELL COURT<br>WEST CHESTER, PA 19380 | Claim Number: 637<br>Claim Date: 03/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $61,978.40 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: JONES, STEPHEN G.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 638<br>Claim Date: 03/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $454,147.41 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: FILIPPI, GARY J.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 639<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $63,240.19 |
|---|---|---|

---

| BIRKETT, DIANA<br>5732 CR 2592<br>ROYSE CITY, TX 75189 | Claim Number: 640<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $6,261.00 | Scheduled: | $6,757.95 |
|---|---|---|---|---|
| SECURED | Claimed: | $52,400.75 | | |
| UNSECURED | | | Scheduled: | $66,298.34 |
| TOTAL | Claimed: | $52,400.75 | | |

---

| VIRGINIA DEPARTMENT OF TAXATION<br>TAXING AUTHORITY CONSULTING SERVICES, PC<br>BANKRUPTCY COUNSEL<br>PO BOX 2156<br>RICHMOND, VA 23218-2156 | Claim Number: 641<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4256 (11/08/2010) |
|---|---|

| PRIORITY | Claimed: | $1,404,048.56 |
|---|---|---|

---

| SIVANESAN, KATHIRAVETPILLAI<br>3516 NEW CASTLE CT<br>RICHARDSON, TX 75082 | Claim Number: 642<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY | | |
|---|---|---|
| UNSECURED | Claimed: | $11,134.06 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PERRY, SHIHDAR LIU<br>129 ROSEWALL LANE<br>CARY, NC 27511 | | Claim Number: 643<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $40,769.25 | | |

---

| GUTIERREZ, JORGE<br>6309 KIT CREEK RD.<br>MORRISVILLE, NC 27560 | | Claim Number: 644<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,914.40 | Scheduled: | $24,544.27 |

---

| CARREON, JOHNNY E.<br>4769 NW 22ND ST<br>COCONUT CREEK, FL 33063 | | Claim Number: 645<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $57,434.40 | | |

---

| STEGMAN, KENNETH<br>400 GREEN BROOK DR.<br>ALLEN, TX 75002 | | Claim Number: 646<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,554.48 | Scheduled: | $33,039.65 |

---

| SHORE, KEVIN<br>8222 CRABTREE DRIVE<br>AUSTIN, TX 78750 | | Claim Number: 647<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $17,354.61 | | |

---

| WAINHOUSE RESEARCH, LLC<br>ATTN: MARC BEATTIE<br>34 DUCK HILL TERRACE<br>DUXBURY, MA 02332 | | Claim Number: 648<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,000.00 | | |

---

| TECHNOLOGY PARK V LIMITED PARTNERSHIP<br>JENNIFER V. DORAN, ESQ.<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 STATE STREET<br>BOSTON, MA 02109-1775 | | Claim Number: 649<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,764,873.26 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| PERRY, MARY ELLEN<br>1019 S. MAIN STREET<br>FUQUAY VARINA, NC 27526 | | Claim Number: 650<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| SECURED | Claimed: | $12,278.00 | | |
| DATTILO, AUGUST V., JR.<br>3111 AMBERCREST LOOP<br>JEFFERSONVILLE, IN 47130 | | Claim Number: 651<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| UNSECURED | Claimed: | $19,986.77 | | |
| BECKHAM, DALE R.<br>2194 JOHNSON RD<br>CANYON LAKE, TX 78133-3187 | | Claim Number: 652<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | | |
| KOLMAN, ELIZABETH<br>2907 FOXCREEK DR.<br>RICHARDSON, TX 75082 | | Claim Number: 653<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| UNSECURED | Claimed: | $24,227.00 | | |
| MCCOY, LAWRENCE W.<br>321 CHAPARRAL DRIVE<br>RICHARDSON, TX 75080 | | Claim Number: 654<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 349 | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,581.35 |
| UNSECURED | Claimed: | $35,634.22 | Scheduled: | $39,110.55 |
| SHU, STEPHEN<br>381 DALKEITH AVENUE<br>LOS ANGELES, CA 90049 | | Claim Number: 655<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $19,041.00 | | |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: LIAW, JER JIANN<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 656<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $2,233.83 |
| UNSECURED | Claimed: | $34,892.32 | Scheduled: | $37,651.02 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ACCULOGIC, INC.
175 RIVIERA DRIVE
MARKHAM, ON L3R 5J6
CANADA

Claim Number: 657
Claim Date: 03/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $40,984.68 | Scheduled: | $40,984.68 DISP |

---

CUESTA, GEORGE
2124 BRAMPTON CT
WALNUT CREEK, CA 94598

Claim Number: 658
Claim Date: 03/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $35,387.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LEWIS, PATRICK B.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 659
Claim Date: 03/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $390,000.00 |

---

AVANEX CORPORATION
WINSTON & STRAWN LLP
DAVID A. HONIG - BRIAN Y. LEE
101 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

Claim Number: 660
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 670 (04/27/2009)

| ADMINISTRATIVE | Claimed: | $34,112.00 |

---

EXCELIGHT COMMUNICATIONS, INC.
MICHAEL G. WILSON-HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074

Claim Number: 661
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $13,663.30 |

---

ANDREW, LLC
BRETT D. FALLON - ERICKA F. JOHNSON
MORRIS JAMES LLP
500 DELAWARE AVE, STE 1500, PO BOX 2306
WILMINGTON, DE 19899-2306

Claim Number: 662
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 793 (05/28/2009)

| ADMINISTRATIVE | Claimed: | $112,557.86 |

---

KEYSPAN GAS EAST CORP DBA NATIONAL GRID
ELISA M. PUGLIESE, ESQ.
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

Claim Number: 663
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,131.64 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ANIXTER INC.<br>MARLA R. ESKIN<br>AYESHA CHACKO<br>800 N KING ST., SUITE 300<br>WILMINGTON, DE 19899 | Claim Number: 664<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 834 (06/02/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $698,007.81 |
|---|---|---|

| DAUTENHAHN, DAVID<br>13913 HAYES<br>OVERLAND PARK, KS 66221 | Claim Number: 665<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $780,116.59 |
|---|---|---|

| PECOT, KENNETH W.<br>700 THOMAS CT.<br>SOUTHLAKE, TX 76092 | Claim Number: 666<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $29,775.53 |
|---|---|---|

| CITY OF KANSAS CITY, MISSOURI<br>REVENUE DIVISION<br>MARK RHUEMS<br>414 EAST 12TH STREET, SUITE 201W<br>KANSAS CITY, MO 64106 | Claim Number: 667<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $19,735.44 |
|---|---|---|

| GALLARDO, FRANK<br>8405 E HAMPDEN AVENUE APRTME<br>DENVER, CO 80231 | Claim Number: 668<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $9,614.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |

| NATIVIDAD, EMILIO, JR.<br>3508 ASH LANE<br>MCKINNEY, TX 75070 | Claim Number: 669<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,975.20 |
|---|---|---|

| NARUMANCHI, SRINIVASU<br>2113 SPICEWOOD DR.<br>ALLEN, TX 75013 | Claim Number: 670<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,524.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BOGGESS, ANITA F.<br>4214 GREENPOINT ST.<br>LAS VEGAS, NV 89147 | | Claim Number: 671<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $45,602.50 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PHILLIPS, ALLAN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 672<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $57,545.69 |
| STEPHENS, MICHAEL A.<br>5611 NOB HILL RD.<br>DURHAM, NC 27704 | | Claim Number: 673<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| PRIORITY | Claimed: | $72,600.00 |
| JENSON, CHARLES E.<br>1234 COVINA CT<br>ALLEN, TX 75013 | | Claim Number: 674<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $38,044.08 |
| STEPHENSON, CHARLES<br>708 WESTWIND DR<br>ALLEN, TX 75002 | | Claim Number: 675<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $50,292.20 |
| KHAN, SHAMSHAD<br>17710 ASHFORD GRANDE WAY<br>ORLANDO, FL 32820 | | Claim Number: 676<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $53,307.74 |
| HICKEY, KENNETH<br>5 WARD FARM CIRCLE<br>FRAMINGHAM, MA 01701 | | Claim Number: 677<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $32,957.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: HARRIS INTERACTIVE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 678-01
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $93,200.00 | Scheduled: | $93,150.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: HARRIS INTERACTIVE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 678-02
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $31,000.00 |

---

PRABHALA, VENKATA SUJANA
2113 SPICEWOOD DR.
ALLEN, TX 75013

Claim Number: 679
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
| UNSECURED | Claimed: | $9,000.00 |

---

CHRONOWIC, PETER
323 HOGANS VALLEY WAY
CARY, NC 27513

Claim Number: 680
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $298,505.00 |

---

WHITE, ELISA D.
4122 TRAVIS ST. # 19
DALLAS, TX 75204

Claim Number: 681
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $13,100.80 |

---

NG, ALEXANDER
5739 DESERET TRAIL
DALLAS, TX 75252

Claim Number: 682
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED
| | Claimed: | $48,807.68 |

---

BARCODES LLC
200 W MONROE ST STE 1050
CHICAGO, IL 60606-5122

Claim Number: 683
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| UNSECURED | Claimed: | $3,442.50 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| FLETCHER, ERIKA<br>2754 GRIMES RANCH ROAD<br>AUSTIN, TX 78732 | | Claim Number: 684<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,741.50 |

| | | |
|---|---|---|
| XYDIAS, VASILIOS<br>271 CRYSTAL ST<br>HAVERHILL, MA 01832 | | Claim Number: 685<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,190.00 |

| | | |
|---|---|---|
| MOORE, JOE T., III<br>186 FARMINGTON RD.<br>GAFFNEY, SC 29341 | | Claim Number: 686<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $187,172.29 |

| | | |
|---|---|---|
| PAUDDAR, SANDEEP<br>8500 BROMPTON DR<br>PLANO, TX 75024-7383 | | Claim Number: 687<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $69,202.95 |

| | | |
|---|---|---|
| MOUSSA, HACHEM<br>PO BOX 830776<br>RICHARDSON, TX 75083-0776 | | Claim Number: 688<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,531.95 |

| | | |
|---|---|---|
| PASTRANO, SCOTT<br>6606 MAPLESHADE LN, # 4D<br>DALLAS, TX 75252 | | Claim Number: 689<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $48,575.50 |

| | | |
|---|---|---|
| GRAINGER, BRIAN<br>6648 S MARION ST<br>CENTENNIAL, CO 80121 | | Claim Number: 690<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $44,118.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORBURY, THOMAS
59 THUNDER RD
MILLER PLACE, NY 11764

Claim Number: 691
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $110,464.04 |
|---|---|---|

---

LOUISVILLE METRO REVENUE COMMISSION
PO BOX 35410
617 W JEFFERSON ST
LOUISVILLE, KY 40232-5410

Claim Number: 692
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $450.42 |
|---|---|---|

---

BARTOSH, WILLIAM N.
425 RAYFORD RD APT 1309
SPRING, TX 77386-1552

Claim Number: 693
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $15,973.08 |

---

BRANDT, KENNETH R.
10262 HALAWA DRIVE
HUNTINGTON BEACH, CA 92646

Claim Number: 694
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $26,115.65 |
|---|---|---|

---

ADP NATIONAL ACCT SERVICES
PRO BUSINESS, INC.
MONETTE DAY
4125 HOPYARD RD
PLEASANTON, CA 94588

Claim Number: 695
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $116,398.69 |
|---|---|---|

---

JONES, TINITA M.
102 BARRINGTON OVERLOOK DR.
DURHAM, NC 27703

Claim Number: 696
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $17,571.82 |
|---|---|---|

---

MICHAELS, TESA
2333 WELSH TAVERN WAY
WAKE FOREST, NC 27587

Claim Number: 697
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $52,800.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $54,109.18 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 | | Claim Number: 698<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $501,018.61 |

| ZONE 4 SOLUTIONS INC.<br>25 ERSKINE PL.<br>NEPEAN, ON K2H 8R8<br>CANADA | | Claim Number: 699<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|---|
| UNSECURED | Claimed: | $5,880.00 |

| ZONE 4 SOLUTIONS INC.<br>25 ERSKINE PL.<br>NEPEAN, ON K2H 8R8<br>CANADA | | Claim Number: 700<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|---|
| UNSECURED | Claimed: | $4,410.00 |

| KAPIL, VIVEK<br>2712 MERLIN DR.<br>LEWISVILLE, TX 75056 | | Claim Number: 701<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $176,523.84 |
| SECURED | Claimed: | $176,523.84 |
| TOTAL | Claimed: | $176,523.84 |

| KAPIL, VIVEK<br>2712 MERLIN DR.<br>LEWISVILLE, TX 75056 | | Claim Number: 702<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $93,137.88 |
| SECURED | Claimed: | $93,137.88 |
| TOTAL | Claimed: | $93,137.88 |

| OWENS, WILLIAM A.<br>C/O EDWIN K. SATO<br>BUCKNELL STEHLIK SATO & STUBNER, LLP<br>2003 WESTERN AVENUE, #400<br>SEATTLE, WA 98121 | | Claim Number: 703<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $2,179,606.00 |

| BARCODES LLC<br>200 W MONROE ST STE 1050<br>CHICAGO, IL 60606-5122 | | Claim Number: 704<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: POSSIBLE DUPLICATE OF 683 |
|---|---|---|
| UNSECURED | Claimed: | $3,142.20 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| COLSON, DAMON<br>313 ROY ROGERS LANE<br>MURHPY, TX 75094 | | Claim Number: 705<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,180.38 | Scheduled: | $20,781.87 |

| MURPH, DARREN<br>5125 MABE DR.<br>HOLLY SPRINGS, NC 27540 | | Claim Number: 706<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $6,341.43 |

| LUCKINBILL, CHARLES R.<br>25371 S. 676 ROAD<br>GROVE, OK 74344 | | Claim Number: 707<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $211,751.97 |

| KOBE, KEVIN<br>10406 S. CORN RD.<br>LONE JACK, MO 64070 | | Claim Number: 708<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $47,394.67 |

| KHAN, AMNA<br>2 BAYFIELD<br>IRVINE, CA 92614-7907 | | Claim Number: 709<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $5,780.00   UNLIQ |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: KONTRON MODULAR COMPUTERS<br>GM<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 710<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|---|
| PRIORITY | Claimed: | $85,467.00 |

| DELAURENTIS, LORRAINE<br>7317 ANGEL FIRE DRIVE<br>PLANO, TX 75025 | | Claim Number: 711<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $31,194.31 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LUO, JIANJUN<br>2813 LAKEFIELD DR.<br>WYLIE, TX 75098 | | Claim Number: 712<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,927.15 |
| UNSECURED | Claimed: | $41,897.60 | Scheduled: | $23,902.49 |

---

| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 713<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 5984 |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| SPRINT NEXTEL<br>SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 714<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED |
|---|---|---|
| UNSECURED | Claimed: | $403,783.96 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WARREN, THOMAS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 715<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,384.16 |

---

| COUCH, SHARLENE SUITT<br>6525 BATTLEFORD DRIVE<br>RALEIGH, NC 27613 | | Claim Number: 716<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $83,113.60 |

---

| COUCH, SHARLENE SUITT<br>6525 BATTLEFORD DRIVE<br>RALEIGH, NC 27613 | | Claim Number: 717<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $8,182.54 |

---

| PERSECHINO, DINO<br>5 HAWTHORNE ROAD<br>SHREWSBURY, MA 01545 | | Claim Number: 718<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $81,980.77 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LUTZ, PAUL M.<br>4738 JOBE TRAIL<br>NOLENSVILLE, TN 37135 | | Claim Number: 719<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $6,540.91 |
| UNSECURED | Claimed: | $25,532.76 | Scheduled: | $20,599.34 |

---

| | | | | |
|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 720<br>Claim Date: 03/27/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN | | |
| PRIORITY | Claimed: | $2,192.81 | | |
| UNSECURED | Claimed: | $9.57 | | |

---

| | | |
|---|---|---|
| PUTNAM, KENNETH<br>39 WYMAN TRAIL<br>MOULTONBOROUGH, NH 03254 | | Claim Number: 721<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $38,164.32 |

---

| | | |
|---|---|---|
| BURNS, JOHN A.<br>97 HIGHFIELD RD<br>TORONTO, ON M4L 2T9<br>CANADA | | Claim Number: 722<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $25,676.25 |

---

| | | |
|---|---|---|
| HARDEN, III, JAMES E.<br>1460 CHINOOK COURT<br>LILBURN, GA 30047-7437 | | Claim Number: 723<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $105,669.55 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MINDWAVE RESEARCH, INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 724<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $42,760.00 | Scheduled: | $25,400.00 |

---

| | | | | |
|---|---|---|---|---|
| SIEMENS, WAYNE<br>941 LAUREN LANE<br>MURPHY, TX 75094 | | Claim Number: 725<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $6,804.64 |
| UNSECURED | Claimed: | $76,537.89 | Scheduled: | $66,699.30 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MUSIC SEMICONDUCTORS INCORPORATED<br>PO BOX 4034<br>NAPA, CA 94558-0403 | Claim Number: 726<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $25,080.00 | |

| TOWNSEND, SCOTT<br>1500 STACY ROAD<br>FAIRVIEW, TX 75069 | Claim Number: 727<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $25,916.93 | Scheduled: | $27,697.24 |

| ASM SIP, L.P.<br>TRANSFEROR: ACCTON TECHNOLOGY CORPORATIO<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 728-01<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $340,480.70 | Scheduled: | $354,975.08  DISP |

| ACCTON TECHNOLOGY CORPORATION<br>NO. 1 CREATION ROAD III<br>SCIENCE-BASED INDUSTRIAL PARK<br>HSINCHU, 30077<br>TAIWAN, R.O.C. | Claim Number: 728-02<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,800.00 | |

| SIMPLESOFT, INC.<br>257 CASTRO STREET, SUITE 220<br>MOUNTAIN VIEW, CA 94041 | Claim Number: 729<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $36,573.13 | Scheduled: | $32,373.13 |

| HICE, JAN<br>6215 WILLIAM EDGAR DRIVE<br>ALEXANDRIA, VA 22310 | Claim Number: 730<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8389 | | |
|---|---|---|---|
| PRIORITY | Claimed: | $12,041.05 | |

| MUEHLENBEIN, WILLIAM<br>131 E. ESTELLE LANE<br>LUCAS, TX 75002 | Claim Number: 731<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $44,653.82 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| THOMPSON, TED<br>PO BOX 300150<br>OKLAHOMA CITY, OK 73140-0150 | Claim Number: 732<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $32,000.00 |
|---|---|---|

| BODDIE, ROBIN<br>9415 PANTHER CREEK PKWY APT 818<br>FRISCO, TX 75035-1114 | Claim Number: 733<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $24,739.78 |
|---|---|---|

| FARMER, RUSSELL E.<br>5716 HENRY COOK BLVD APT 11307<br>PLANO, TX 75024-4563 | Claim Number: 734<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $42,770.56 |
|---|---|---|

| KNIGHT, PAUL<br>39 NORTH HANCOCK ST.<br>LEXINGTON, MA 02420 | Claim Number: 735<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $41,956.34 |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HUNGLE, TERRY G.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 736<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $274,222.80 |
|---|---|---|

| MORGAN, MELINDA L.<br>7101 VIRGINIA PKWY., APT. 417<br>MCKINNEY, TX 75071 | Claim Number: 737<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,587.68 |
|---|---|---|

| AVENUE TC FUND, L.P.<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 738<br>Claim Date: 03/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6633 (10/17/2011) |
|---|---|

| UNSECURED | Claimed: | $3,336,230.97 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | Claim Number: 739<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $77.01 | | |
|---|---|---|---|---|

| QUESTIONMARK CORPORATION<br>535 CONNECTICUT AVE, SUITE 100<br>NORWALK, CT 06854 | Claim Number: 740<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $800.00 | Scheduled: | $600.00 |
|---|---|---|---|---|

| R.I. DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | Claim Number: 741<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4339 (11/16/2010) |
|---|---|

| PRIORITY | Claimed: | $500.00 | | |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: KONET CORP.(2)<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 742-01<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $33,415.20 | | |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: KONET CORP.(2)<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 742-02<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $50,122.80 | | |
|---|---|---|---|---|

| CITRIX SYSTEMS INC.<br>C/O LUIS GRULLON<br>851 W. CYPRESS CREEK RD.<br>FORT LAUDERDALE, FL 33309 | Claim Number: 743<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $45,087.00 | | |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: SEAL CONSULTING, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 744<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $5,053,631.49 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LEXISNEXIS A DIVISION OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 745<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $13,186.04 |
|---|---|---|

| LEXISNEXIS A DIVISION OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 746-01<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $1,772.30 |
|---|---|---|

| LEXISNEXIS A DIVISION OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 746-02<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $768.00 |
|---|---|---|

| CITY OF KANSAS CITY, MISSOURI<br>REVENUE DIVISION<br>MARK RHUEMS<br>414 EAST 12TH STREET, SUITE 201W<br>KANSAS CITY, MO 64106 | Claim Number: 747<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $19,735.44 |

| JENSON, CHARLES E.<br>1234 COVINA CT<br>ALLEN, TX 75013 | Claim Number: 748<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $27,094.08 |

| JOHNS, RICHARD L.<br>11212 SADDLEWOOD CT<br>RALEIGH, NC 27614 | Claim Number: 749<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $49,711.48 |
|---|---|---|

| DODD, RANDY<br>111 FAIRWAY DRIVE<br>WHITEFISH, MT 59937 | Claim Number: 750<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $369,930.23 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| DEPARTMENT OF REVENUE<br>STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY, MO 65105 | | Claim Number: 751<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | | $1,386.96 | | |
| UNSECURED | Claimed: | | $22,788.67 | | |
| DEPARTMENT OF REVENUE<br>STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY, MO 65105 | | Claim Number: 752<br>Claim Date: 03/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC. | | | |
| PRIORITY | Claimed: | | $1,135.34 | | |
| UNSECURED | Claimed: | | $2,948.12 | | |
| HELLMAN, JEANNE<br>1003 NAPA PL<br>APEX, NC 27502 | | Claim Number: 753<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | | $23,713.30 | | |
| HELLMAN, JEANNE<br>1003 NAPA PL<br>APEX, NC 27502 | | Claim Number: 754<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | | $5,251.58 | | |
| OLSON, MICHAEL J.<br>10584 PRAIRIE LAKES DR.<br>EDEN PRAIRIE, MN 55344 | | Claim Number: 755<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6021 | | | |
| UNSECURED | Claimed: | | $155,312.26 | | |
| CHENG, SHU-ERDIANA<br>2313 PRIMROSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 756<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | Claimed: | | $22,916.80 | | |
| UNSECURED | | | | Scheduled: | $24,174.19 |
| FINK, BRAD<br>25129 NE 47 CT<br>REDMOND, WA 98053 | | Claim Number: 757<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | | $1,623.75 | | |
| UNSECURED | Claimed: | | $56,831.25 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FINK, BRAD
25129 NE 47 CT
REDMOND, WA 98053

Claim Number: 758
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $28,578.00 | | |
|---|---|---|---|---|

FINK, BRAD
25129 NE 47 CT
REDMOND, WA 98053

Claim Number: 759
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $15,951.31 | | |
|---|---|---|---|---|

FINK, BRAD
25129 NE 47 CT
REDMOND, WA 98053

Claim Number: 760
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,633.80 | | |
|---|---|---|---|---|

PERRINO, NICHOLAS J.
1165 BANYON COURT
NAPERVILLE, IL 60540

Claim Number: 761
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $21,923.00 | | |
|---|---|---|---|---|

HEDRICH, NORMAN
4901 EAST VIEW COURT
MCKINNEY, TX 75070

Claim Number: 762
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $3,916.91 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,494.84 | Scheduled: | $67,080.33 |

BAKER, VINCENT J.
204 FORKS OF BUFFALO DR.
AMHERST, VA 24521

Claim Number: 763
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $18,175.20 | | |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: TELCORDIA TECHNOLOGIES, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 764
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $514,154.45 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CORRE OPPORTUNITIES FUND, L.P. | | Claim Number: 765 | | |
| TRANSFEROR: PARADIGM WORKS, INC. | | Claim Date: 03/30/2009 | | |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | | Debtor: NORTEL NETWORKS INC. | | |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | | | | |
| NEW YORK, NY 10019 | | | | |

| UNSECURED | Claimed: | $273,500.00 | Scheduled: | $133,000.00 |
| --- | --- | --- | --- | --- |

---

| ANDEVICES INC | | Claim Number: 766 |
| 2933 BAYVIEW DRIVE | | Claim Date: 03/30/2009 |
| FREMONT, CA 94538-6520 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 3799 (08/18/2010) |

| UNSECURED | Claimed: | $36,800.00 |
| --- | --- | --- |

---

| MONDOR, DAN | | Claim Number: 767 |
| 3650 NEWPORT BAY DRIVE | | Claim Date: 03/30/2009 |
| ALPHARETTA, GA 30005 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |

| PRIORITY | Claimed: | $577,143.00 |
| --- | --- | --- |

---

| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 768 |
| TRANSFEROR: LOCKWOOD, FRANK E. | | Claim Date: 03/30/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: NORTEL NETWORKS INC. |
| SUITE 312 | | |
| HACKENSACK, NJ 07601 | | |

| UNSECURED | Claimed: | $137,880.00 |
| --- | --- | --- |

---

| BOTLAGUDUR, SREENIVAS | | Claim Number: 769 |
| 14 OLD CHURCH CT. | | Claim Date: 03/30/2009 |
| WESTWOOD, NJ 07675 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $54,271.00 |
| --- | --- | --- |

---

| NG, CHI CHIU | | Claim Number: 770 |
| 22 F, HENG TIEN MANSION | | Claim Date: 03/30/2009 |
| 2, TAI FUNG AVE | | Debtor: NORTEL NETWORKS INC. |
| TAIKOO SHING, | | |
| HONG KONG, SAR | | |

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $6,733.55 |

---

| WITEC, LLC | | Claim Number: 771 | | |
| TRANSFEROR: CORPORATE BUSINESS GROUP INC | | Claim Date: 03/30/2009 | | |
| 1221 BRICKELL AVENUE | | Debtor: NORTEL NETWORKS INC. | | |
| 9TH FLOOR | | | | |
| MIAMI, FL 33131 | | | | |

| UNSECURED | Claimed: | $28,400.00 | Scheduled: | $28,400.00 |
| --- | --- | --- | --- | --- |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KEEGAN, SUSAN M.
8 QUAIL RIDGE DRIVE
FLEMINGTON, NJ 08822

Claim Number: 772
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $227,884.01 |
|---|---|---|

WEIL, NELSON
16651 CLEARY CIRCLE
DALLAS, TX 75248

Claim Number: 773
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $70,420.00 |
|---|---|---|

MULLER, MICHAEL
4801 WALLASEY WAY
SALIDA, CA 95368

Claim Number: 774
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $54,804.15 |
|---|---|---|

MORGAN, SHEILA M.
PO BOX 1387
STERLING, MA 1564

Claim Number: 775
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $33,282.22 |
|---|---|---|

RIZOPOULOS, MELANIE
51 PAULS PATH
CORAM, NY 11727

Claim Number: 776
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $28,236.00 |
|---|---|---|

MCKEVITT, TOM, JR.
11104 E CAROL AVE
SCOTTSDALE, AZ 85259

Claim Number: 777
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $33,014.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | | Claim Number: 778<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $18,558.64 | | | |

---

| PEZZULLO, WILLIAM V.<br>117 STERLING RIDGE WAY<br>CARY, NC 27519 | | Claim Number: 779<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |

| PRIORITY | Claimed: | $5,506.82 | | | |

---

| LY, VICTOR<br>1329 NEWBURY LANE<br>PLANO, TX 75025 | | Claim Number: 780<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT | | | |

| PRIORITY | Claimed: | $59,653.84 | | | |

---

| DEES COMMUNICATIONS CORPORATION<br>1800 NE 44TH ST STE 240<br>RENTON, WA 98056-1697 | | Claim Number: 781<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $5,972.80 | Scheduled: | $5,972.80 |

---

| NICHOLS, ALEX G.<br>1917 KIPLING DRIVE<br>FLOWER MOUND, TX 75022 | | Claim Number: 782<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $93,256.10 | | | |

---

| CHI, LONG K.<br>6808 EDWELL CT<br>RALEIGH, NC 27617-8334 | | Claim Number: 783<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $8,410.50 | | | |

---

| FISHER, NEIL R.<br>4505 CRABTREE PINES LN.<br>RALEIGH, NC 27612 | | Claim Number: 784<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $103,505.60 | | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WIRELESS (TX) LP<br>C/O W.P. CAREY & CO., LLC<br>ATTN: DARREN POSTEL<br>50 ROCKEFELLER PLAZA<br>NEW YORK, NY 10020 | | Claim Number: 785<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5624 (06/07/2011) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
| UNSECURED | Claimed: | $9,923,764.91   UNLIQ CONT |

| CAHILL, JOHN<br>668 CRESCENT RIDGE TRAIL<br>MABLETON, GA 30126 | | Claim Number: 786<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $57,716.00 |

| TAYLOR, THERESA R.<br>5435 TAYLOR AVE.<br>PORT ORANGE, FL 32127 | | Claim Number: 787<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| MCLAUGHLIN, ROBERT C.<br>602 WILMES DR.<br>AUSTIN, TX 78752 | | Claim Number: 788<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $32,462.69 |
| UNSECURED | Claimed: | $32,462.69 |
| TOTAL | Claimed: | $32,462.69 |

| SENNA, STEVEN A.<br>29 WESTRIDGE DR.<br>BOLTON, CT 06043 | | Claim Number: 789<br>Claim Date: 04/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $27,490.97 |

| CHIRACHANCHAI, SUVANEE<br>2921 SHASTA DR.<br>PLANO, TX 75025 | | Claim Number: 790<br>Claim Date: 04/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $51,775.08 |

| MEDIA5 CORPORATION<br>4229 GARLOCK<br>SHERBROOKE, QC J1L2C8<br>CANADA | | Claim Number: 791-01<br>Claim Date: 04/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7355 (03/08/2012) |
|---|---|---|
| UNSECURED | Claimed: | $4,623.50 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MEDIA5 CORPORATION<br>4229 GARLOCK<br>SHERBROOKE, QC J1L2C8<br>CANADA | | Claim Number: 791-02<br>Claim Date: 04/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,025.00 | | |

| PERKOWSKI, DAVID<br>12 DARIA DRIVE<br>PEQUANNOCK, NJ 07440 | | Claim Number: 792<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | | | Scheduled: | $6,232.94 |
| UNSECURED | Claimed: | $64,438.00 | Scheduled: | $57,861.71 |

| GYGER, MICHAEL<br>625 E VISTA RIDGE MALL DR APT 438<br>LEWISVILLE, TX 75067-3707 | | Claim Number: 793<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $45,184.66 | |

| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 794<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| SECURED | Claimed: | $47,207.43 | |

| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 795<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. | |
|---|---|---|---|
| SECURED | Claimed: | $47,207.43 | |

| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 796<br>Claim Date: 04/02/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. | |
|---|---|---|---|
| SECURED | Claimed: | $47,207.43 | |

| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 797<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. | |
|---|---|---|---|
| SECURED | Claimed: | $47,207.43 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 798<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS HPOCS INC. | | |
| SECURED | Claimed: | $47,207.43 | | |
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 799<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT | | |
| SECURED | Claimed: | $47,207.43 | | |
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 800<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. | | |
| SECURED | Claimed: | $47,207.43 | | |
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 801<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION | | |
| SECURED | Claimed: | $47,207.43 | | |
| MURASH, BARRY MILES<br>PMB 16788<br>2885 SANFORD AVE SW #16788<br>GRANDVILLE, MI 49418-1342 | | Claim Number: 802<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $192,892.61 | | |
| MATHENY, SCOTT<br>155 BAY DR.<br>HENDERSONVILLE, TN 37075 | | Claim Number: 803<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $14,809.84 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 804<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) | | |
| UNSECURED | Claimed: | $93,427.13 | Scheduled: | $61,845.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KAO, FRANK
4219 LAVACA TRL
CARROLLTON, TX 75010-4026

Claim Number: 805
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $11,236.86 |
|---|---|---|

---

SELBREDE, KENT
4716 ANGEL FIRE DR
RICHARDSON, TX 75082

Claim Number: 806
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,293.92 |
|---|---|---|

---

SULLIVAN, PATRICK
29664 57TH PL. SO.
AUBURN, WA 98001

Claim Number: 807
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,000.00 |
|---|---|---|

---

HILBIG, DAVID
1420 FARINGDON DR.
PLANO, TX 75075

Claim Number: 808
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $16,694.99 |
|---|---|---|
| UNSECURED | Claimed: | $256,032.34 |

---

ERICKSON, LEIGH
2700 BUCK HILL DR.
PLANO, TX 75025

Claim Number: 809
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,059.02 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,503.76 | Scheduled: | $48,782.15 |

---

KING COUNTY TREASURY OPERATIONS
KING COUNTY ADMINISTRATION BLDG
500 FOURTH AVENUE, ROOM #600
SEATTLE, WA 98104-2387

Claim Number: 810
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| SECURED | Claimed: | $2,852.30   UNLIQ CONT |
|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: EXCELIGHT COMMUNICATIONS INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 811
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $158,494.30 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| NATIONAL ENVELOPE CORPORATION<br>ATTN: VALERIE SKRIVANEK<br>3211 INTERNET BLVD, STE 200<br>FRISCO, TX 75034 | | Claim Number: 812<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $7,059.93 |
| CUMMING, CARMAN DANIEL (DAN)<br>407 MISTY MEADOW DR.<br>ALLEN, TX 75013 | | Claim Number: 813<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $75,246.63 |
| PAZ, SUSANA E.<br>501 NW 141ST AVE APT 107<br>HOLLYWOOD, FL 33028-2322 | | Claim Number: 814<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $20,518.65 |
| MOTON, GARY L.<br>3319 HILLPARK LANE<br>CARROLLTON, TX 75007 | | Claim Number: 815<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $9,168.41 |
| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX 75075 | | Claim Number: 816<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $32,992.53 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRAMMELL, DAVID<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 817<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $43,601.68 |
| MARGOZZI, MICHAEL A.<br>230 LA VIA AZUL COURT<br>MORGAN HILL, CA 95037 | | Claim Number: 818<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $34,323.75 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PAPANTONIS, BASIL<br>515 BIRCHINGTON CLOSE<br>ALPHARETTA, GA 30022 | Claim Number: 819<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $122,703.00 |
|---|---|---|

| REAVES, JAMES E.<br>8909 WELLSLEY WAY<br>RALEIGH, NC 27613 | Claim Number: 820<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $53,269.20 |
|---|---|---|

| PAPANTONIS, BASIL<br>515 BIRCHINGTON CLOSE<br>ALPHARETTA, GA 30022 | Claim Number: 821<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $239,668.00 |
|---|---|---|

| GARCIA, JAIRO H.<br>159 GRAN ELLEN DR<br>ATHENS, GA 30606-4913 | Claim Number: 822<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,335.27 |
|---|---|---|

| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | Claim Number: 823<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MERRILL CORPORATON CANADA<br>BCE PLACE, 161 BAY STREET<br>24TH FLOOR<br>TORONTO, ON M5J 2S1<br>CANADA | Claim Number: 824<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $48,901.69 |
|---|---|---|

| R.I. DIVSION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | Claim Number: 825<br>Claim Date: 03/17/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 6 (11/16/2010) |
|---|---|

| PRIORITY | Claimed: | $1,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SHEEHAN PHINNEY BASS + GREEN PA<br>BRUCE A. HARWOOD<br>1000 ELM STREET<br>P.O. BOX 3701<br>MANCHESTER, NH 03105-3701 | Claim Number: 826<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 827<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $379,989.62 |
|---|---|---|
| UNSECURED | Claimed: | $3,687.75 |

---

| FREEMAN DECORATING SERVICES, INC.<br>ATTN: MARY OSWALD<br>1600 VICEROY; SUITE 100<br>DALLAS, TX 75235 | Claim Number: 828<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $195.19 |
|---|---|---|

---

| AJILON LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | Claim Number: 829<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $562,573.75 |
|---|---|---|

---

| AJILON LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | Claim Number: 830<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $42,240.00 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: THORPE, MACK, JR.<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 831<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4552 (12/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,441,417.90 |
|---|---|---|

---

| ILLINOIS DEPARTMENT OF REVENUE<br>100 WEST RANDOLPH STREET, LEVEL 7-425<br>CHICAGO, IL 60601 | Claim Number: 832<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8171 (08/14/2012) |
|---|---|

| PRIORITY | Claimed: | $8,968.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: KHADBAI, AZIZ<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 833<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,243,838.91 |

| DELL MARKETING, L.P.<br>811 BARTON SPRINGS RD STE 811<br>AUSTIN, TX 78704-1166 | Claim Number: 834<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $32,343.17 |
| UNSECURED | Claimed: | $89,950.53 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SMITH, GREGORY A.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 835<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $18,664.00 | | |
| UNSECURED | | | Scheduled: | $17,629.62 |

| SALB, RALPH<br>4216 249TH CT SE<br>ISSAQUAH, WA 98029 | Claim Number: 836<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $1,818.80 |
| UNSECURED | Claimed: | $96,396.29 |

| SALB, RALPH<br>4216 249TH CT SE<br>ISSAQUAH, WA 98029 | Claim Number: 837<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $7,032.98 |

| SALB, RALPH<br>4216 249TH CT SE<br>ISSAQUAH, WA 98029 | Claim Number: 838<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $5,314.39 |
| UNSECURED | Claimed: | $72,615.06 |

| DIMAGGIO, DIANE<br>38 WINCHCOMBE WAY<br>SCARSDALE, NY 10583 | Claim Number: 839<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $41,864.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: MITEC TELECOM INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 840
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $110,939.00 |
|---|---|---|

---

EMBARQ FLORIDA, INC.
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 841
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $1,195.20 |
|---|---|---|

---

UNITED TELEPHONE COMPANY OF EASTERN
KANSAS
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 842
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $29.17 |
|---|---|---|

---

CENTRAL TELEPHONE COMPANY NEVADA
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 843
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $4,197.93 |
|---|---|---|

---

CAROLINA TELEPHONE AND TELEGRAPH
COMPANY LLC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 844
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $131.08 |
|---|---|---|

---

LINGEN, RICHARD A
473 HARRISON AVE
MILLER PLACE, NY 11764

Claim Number: 845
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $75,358.06 |
|---|---|---|

---

NG, KENNY W.
52 BRIARWOOD DRIVE
HUNTINGTON, NY 11743

Claim Number: 846
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $32,785.45 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| STANFIELD, GORDON<br>13004 SUSAN LANE<br>SODDY DAISY, TN 37379 | Claim Number: 847<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $44,134.62 |

---

| MCPHERSON, MICHAEL D.<br>14111 VANCE JACKSON RD APT 9201<br>SAN ANTONIO, TX 78249-1998 | Claim Number: 848<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $59,543.42 |

---

| SHAIKH, RAOUF A.<br>22756 HIGHCREST CIR<br>ASHBURN, VA 20148-6952 | Claim Number: 849<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $51,398.00 |
|---|---|---|
| UNSECURED | Claimed: | $19,615.83 |

---

| NERA INC.<br>(ATTN: MR. RAY GARGIULO)<br>1303 EAST ARAPAHO ROAD, SUITE 202<br>RICHARDSON, TX 75081 | Claim Number: 850<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $667,763.33 |
|---|---|---|

---

| DELTRAP, CHRISTINE<br>3274 W SHADOWLAWN AVE NE<br>ATLANTA, GA 30305 | Claim Number: 851<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|

| PRIORITY | Claimed: | $135,652.41 |
|---|---|---|

---

| KLEIN, BRUCE<br>8220 FOUNTAIN PARK DRIVE<br>RALEIGH, NC 27613 | Claim Number: 852<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7118 |
|---|---|

| PRIORITY | Claimed: | $71,270.47 |
|---|---|---|

---

| FAX, RUTH G.<br>148 MILL ST<br>NEWTON, MA 02459 | Claim Number: 853<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $66,464.01 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BIERSCHENK, ANDREA<br>4325 HANOVER ST.<br>DALLAS, TX 75225 | | Claim Number: 854<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $39,679.60 |

| BOSWELL, JOSEPH A<br>1005 SOUTH ZION ROAD<br>SCOTTSBURG, IN 47170 | | Claim Number: 855<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,692.28 |

| KA WAI CHAN<br>311 SHADY VALLEY C.T<br>SAN RAMON, CA 94582 | | Claim Number: 856<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| UNSECURED | Claimed: | $31,809.12 |

| PANEA, DANIEL L<br>4014 W HOLLOW CEREK DR APT 510<br>PEORIA, IL 61615-2485 | | Claim Number: 857<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $7,500.00 |

| SILLS, DENISE H.<br>106 STONEYBROOK RD.<br>CHAPEL HILL, NC 27516 | | Claim Number: 858<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $53,953.90 |

| SILLS, DENISE H.<br>106 STONEYBROOK RD.<br>CHAPEL HILL, NC 27516 | | Claim Number: 859<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $105,145.70 |

| SY, DARON<br>1008 REDBUD DRIVE<br>ALLEN, TX 75002 | | Claim Number: 860<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $19,902.27 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SILLS, DENISE H.<br>106 STONEYBROOK RD.<br>CHAPEL HILL, NC 27516 | Claim Number: 861<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | | | Scheduled: | $2,105.99 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,004.28 | Scheduled: | $56,409.49 |

---

| ROTHACKER, RAINER<br>6A SEAGLADE CIRCLE<br>KEYPORT, NJ 07735 | Claim Number: 862<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $32,605.00 |
|---|---|---|

---

| MICHIGAN DEPARTMENT OF TREASURY<br>MICHAEL A. COX, ATTORNEY GENERAL<br>DEBORAH B WALDMEIR, ASST. ATTY. GENERAL<br>3030 W GRAND BLVD-CADILLAC PL STE 10-200<br>DETROIT, MI 48202 | Claim Number: 863<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3803 (08/19/2010) |
|---|---|

| PRIORITY | Claimed: | $2,752.00 |
|---|---|---|

---

| TURNER, CORY B.<br>148 ERVIN STREET<br>HENDERSONVILLE, TN 37075 | Claim Number: 864<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $36,918.00 |
|---|---|---|

---

| CONROY, MARK<br>20 ROBIN HOOD DR<br>LONDONDERRY, NH 03053 | Claim Number: 865<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $56,102.59 |
|---|---|---|

---

| HART, CHERYL A.<br>5806 COX FARM EST.<br>ALLEN, TX 75002 | Claim Number: 866<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6487 |
|---|---|

| UNSECURED | Claimed: | $44,250.00 |
|---|---|---|

---

| RODDA, BENJAMIN H.<br>46 SEMONT RD. #2<br>DORCHESTER, MA 02124 | Claim Number: 867<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $10,914.24 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 868
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,000.00 |
|---|---|---|

---

MUSEUM OF NATURE AND SCIENCE
PO BOX 151469
DALLAS, TX 75315

Claim Number: 869
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

---

LOFTIN-HAYES, MARY GRACE
4309 HORSESHOE BEND
MATTHEWS, NC 28104

Claim Number: 870
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $127,251.21 |
|---|---|---|

---

MORLEY, MICHEL EICHAMER
7657 HENRY KNOX DRIVE
LORTON, VA 22079

Claim Number: 871
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,550.00   UNLIQ |
|---|---|---|

---

DIMILLO, STEVEN
7765 SILVER CREEK RD.
DAWSONVILLE, GA 30534

Claim Number: 872
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $60,456.75 |
|---|---|---|

---

MORRISON, ROBERT
300 MAYODAN DRIVE
CARY, NC 27511

Claim Number: 873
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $26,025.00 |

---

LAYNE, SAMUEL J.
9317 WEST 139TH ST.
OVERLAND PARK, KS 66221

Claim Number: 874
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $79,462.90 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DAVIS, MARK A.
4760 HAMPTONS DR
ALPHARETTA, GA 30004

Claim Number: 875
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $67,670.19 |
|---|---|---|

WELLER, BURTON
2264 REMINGTON CT
MARIETTA, GA 30066-2151

Claim Number: 876
Claim Date: 04/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $60,820.00 |
|---|---|---|

JOHNSON, EVERETT GRIER
3404 APPLING WAY
DURHAM, NC 27703

Claim Number: 877
Claim Date: 04/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $13,488.07 |
|---|---|---|

DEROSA, JOSEPH
10 PACER COURT
GOSHEN, NY 10924

Claim Number: 878
Claim Date: 04/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $125,101.69 |
|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LARJ, MICHAEL G.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 879
Claim Date: 04/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7883

| UNSECURED | Claimed: | $54,931.54 |
|---|---|---|

TRC MASTER FUND LLC
TRANSFEROR: CORNING INCORPORATED
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 880
Claim Date: 04/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6200 (08/23/2011)

| UNSECURED | Claimed: | $124,867.31 |
|---|---|---|

LANE, W.M.
9375 HAMILTON CIR
WASHINGTON, MI 48094-3947

Claim Number: 881
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $56,719.52 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LANE, W.M.
9375 HAMILTON CIR
WASHINGTON, MI 48094-3947

Claim Number: 882
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,267.82 | | |

---

TRAVIS COUNTY
C/O KARON Y. WRIGHT
P.O. BOX 1748
AUSTIN, TX 78767

Claim Number: 883
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4733 (01/21/2011)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $1,658.78   UNLIQ | | |

---

GROOMS, PAUL M.
410 BELLE POINT DR.
MT. PLEASANT, SC 29464

Claim Number: 884
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $70,619.25 | | |

---

SMITH, ROBIN L.
3226 PARKHURST LN.
RICHARDSON, TX 75082

Claim Number: 885
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,659.50 |
| UNSECURED | Claimed: | $89,563.66 | Scheduled: | $81,914.03 |

---

WALTON, GERANIMA G.
805 BUTTERNUT DRIVE
GARLAND, TX 75044

Claim Number: 886
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8634 (10/03/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $11,945.05 | Scheduled: | $20,844.79 |

---

ASM CAPITAL, L.P.
TRANSFEROR: TAKE ONE PRODUCTIONS, LTD.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 887
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,762.19 | Scheduled: | $46,727.19 |

---

ANDERSON, STUART
178 RUE ROBERT DORION EAST
GATINEAU, QC 69H 7A5
CANADA

Claim Number: 888
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $182,486.00 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HOFFMEISTER, JEFFREY M. | | Claim Number: 889 |
| 900 THORNBERRY DR. | | Claim Date: 04/09/2009 |
| MCKINNEY, TX 75071 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $31,615.98 |

---

| GRIZZAFFI, PAUL | | Claim Number: 890 |
| 7515 SEAWOOD DR | | Claim Date: 04/09/2009 |
| FRISCO, TX 75035 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $46,770.20 |

---

| IRON MOUNTAIN INFORMATION MANAGEMENT INC | Claim Number: 891 |
| JOSEPH P. CORRIGAN, ESQ. | Claim Date: 04/09/2009 |
| 754 ATLANTIC AVENUE, 10TH FLOOR | Debtor: NORTEL NETWORKS INC. |
| BOSTON, MA 02111 | Comments: ALLOWED |
| | DOCKET: 7354 (03/08/2012) |

| SECURED | Claimed: | $26,793.00 |
| UNSECURED | Claimed: | $62,957.21 |

---

| SEID, GUY A. | | Claim Number: 892 |
| 1420 W. MCDERMOTT DRIVE | | Claim Date: 04/10/2009 |
| APT 938 | | Debtor: NORTEL NETWORKS INC. |
| ALLEN, TX 75013 | | |

| UNSECURED | Claimed: | $49,943.00 |

---

| BHATE, ANURADHA | | Claim Number: 893 |
| 395 ANO NUEVO AVE. # 106 | | Claim Date: 04/10/2009 |
| SUNNYVALE, CA 94085 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $20,016.00 |

---

| MALIK, ALKA | | Claim Number: 894 |
| 40 FREDERICK STREET | | Claim Date: 04/10/2009 |
| BELMONT, MA 02478 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $63,027.02 |

---

| NGUYEN, DINH | | Claim Number: 895 |
| 500 STONEFIELD COURT | | Claim Date: 04/10/2009 |
| SAN JOSE, CA 95136 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $33,315.36 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DAHAN, BARUK
6 CHURCH MOUNT
LONDON, N2-0RP
UNITED KINGDOM

Claim Number: 896
Claim Date: 04/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $210,524.70 |

---

TANNOR PARTNERS CREDIT FUND II, LP
TRANSFEROR: THEBIGWORD
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 897
Claim Date: 04/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,717.97 |

---

SPRINT NEXTEL
SPRINT NEXTEL - CORRESPONDENCE
ATTN: BANKRUPTCY DEPT.
PO BOX 7949
OVERLAND PARK, KS 66207-0949

Claim Number: 898
Claim Date: 04/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $404,224.97 |

---

DELL MARKETING, L.P.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166

Claim Number: 899
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $32,343.17 |
| UNSECURED | Claimed: | $89,950.53 |

---

DATA CONNECTION LTD
BROOKER, D
100 CHURCH ST.
ENFIELD, EN2 6BQ
UNITED KINGDOM

Claim Number: 900
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,000.00 |

---

RHYNES, VINCENT E.
513 W 159TH ST
GARDENA, CA 90248-2411

Claim Number: 901
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

DATA CONNECTION LTD
BROOKER, D
100 CHURCH ST.
ENFIELD, EN2 6BQ
UNITED KINGDOM

Claim Number: 902
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,250.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| VERIZON WIRELESS SOUTH<br>VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | | Claim Number: 903<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $25,849.89 | | |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: TELOGY, LLC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 904<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $2,805.62 | Scheduled: | $2,672.00 |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: FORD & HARRISON LLP<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 905<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,674.66 | Scheduled: | $25,293.65 |

---

| | | | | |
|---|---|---|---|---|
| CLEMENS, DAVID H.<br>2958 ROCKY RIDGE LOOP<br>CANYON LAKE, TX 78133 | | Claim Number: 906<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $3,481.16 |
| UNSECURED | Claimed: | $30,992.78 | Scheduled: | $51,092.54 |

---

| | | | | |
|---|---|---|---|---|
| WALES, SCOTT<br>414 ROYAL VIEW ROAD<br>SALADO, TX 76571 | | Claim Number: 907<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $28,874.78 | | |

---

| | | | | |
|---|---|---|---|---|
| MCCLAIN, JENNIFER<br>3105 FOXBORO DR.<br>RICHARDSON, TX 75082 | | Claim Number: 908<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $20,749.80 | Scheduled: | $5,892.22 |
| UNSECURED | | | Scheduled: | $17,671.18 |

---

| | | | | |
|---|---|---|---|---|
| WONG, SHARON<br>4400 CUTTER SPRINGS COURT<br>PLANO, TX 75024 | | Claim Number: 909<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $5,211.44 |
| UNSECURED | Claimed: | $26,602.42 | Scheduled: | $23,220.41 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| CORDARO, THERESE<br>24 BRUNSWICK RD<br>CEDAR GROVE, NJ 07009 | | Claim Number: 910<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | Claimed: | $32,000.00 | Scheduled: | | $6,678.56 |
| UNSECURED | Claimed: | $32,000.00 | Scheduled: | | $28,823.90 |
| TOTAL | Claimed: | $32,000.00 | | | |
| CHONG, BAK LENG<br>19070 BROOKVIEW DR.<br>SARATOGA, CA 95070 | | Claim Number: 911<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $28,807.68 | | | |
| RIZZOLO, DAVID J<br>2828 NORTH M52<br>STOCKBRIDGE, MI 49285 | | Claim Number: 912<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $48,341.88 | | | |
| WARD, JENNIFER<br>3218 EDEN WAY PL<br>CARMEL, IN 46033 | | Claim Number: 913<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $8,653.84 | | | |
| SIEGEL, GARY<br>621 TAYLOR TR.<br>MURPHY, TX 75094 | | Claim Number: 914<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6022 | | | |
| UNSECURED | Claimed: | $35,962.84 | | | |
| D'AGOSTINO, ROSEMARY<br>18 BJORKLUND AVE<br>WORCESTER, MA 01605 | | Claim Number: 915<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,824.66 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| PHAM, KEVIN<br>1011 WELLINGTON LN<br>MURPHY, TX 75094 | | Claim Number: 916<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $19,613.00 |
| OPEN TEXT<br>275 FRANK TOMPA DR.<br>WATERLOO, ON N2L 0A1<br>CANADA | | Claim Number: 917<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $5,369.38 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: OFFERS, ALBERT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 918<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $110,423.00 |
| DURKEE, MR. PETER<br>24251 S CENTRAL POINT RD<br>CANBY, OR 97013 | | Claim Number: 919<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $28,019.29 |
| TOTAL | Claimed: | $28,019.29 |
| KUO, CATHY<br>1509 ANGLEBLUFF LANE<br>PLANO, TX 75093 | | Claim Number: 920<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY | Claimed: | $220,046.23 |
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | | Claim Number: 921<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4475 (12/03/2010) |
| SECURED | Claimed: | $2,050.87   UNLIQ |
| KALSEY, DAVID<br>7270 LYNE BAY DR.<br>ROSEVILLE, CA 95747 | | Claim Number: 922<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $52,199.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KALSEY, DAVID<br>7270 LYNE BAY DR.<br>ROSEVILLE, CA 95747 | Claim Number: 923<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $2,505.55 |
|---|---|---|

---

| HOLMES, ROBERT D.<br>1107 S WELLINGTON POINT RD<br>MCKINNEY, TX 75070-6964 | Claim Number: 924<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $64,286.87 |
|---|---|---|

---

| ABIDI, SALMAN<br>3060 BENT CREEK TER<br>ALPHARETTA, GA 30005-8703 | Claim Number: 925<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $33,848.80 |

---

| NFORMI, SULE<br>1833 MOUNTAIN LAUREL LANE<br>ALLEN, TX 75002 | Claim Number: 926<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $3,855.00 | Scheduled: | $2,280.86 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,637.00 | Scheduled: | $27,341.10 |

---

| GUERIN & RODRIGUEZ, LLP<br>5 MT ROYAL AVE<br>MARLBORO, MA 01752 | Claim Number: 927<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| UNSECURED | Claimed: | $87,498.63 |
|---|---|---|

---

| FAULKNER, TERESA B.<br>608 19TH STREET<br>BUTNER, NC 27509 | Claim Number: 928<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE |  |  |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $16,330.00 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SIKDAR, ASIR<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 929<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,074.56 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,094.14 | Scheduled: | $21,643.86 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| BASS, MICHELLE J.<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070-9507 | Claim Number: 930<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,104.00 | | |
| HINGORANI, MANOJ<br>53, SAI SHAKTI APARTMENTS<br>OFF YARI ROAD, VERSOVA<br>MUMBAI, 400061<br>INDIA<br><br>ADMINISTRATIVE<br>PRIORITY | Claim Number: 931<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| UNSECURED | Claimed: | $31,153.85 | | |
| JOHNSON, KEITH<br>2230 BENT CREEK MANOR<br>ALPHARETTA, GA 30005 | Claim Number: 932<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY | Claimed: | $23,100.00 | | |
| UNSECURED | Claimed: | $134,883.00 | | |
| REINKE, KARL<br>1665 EBERHARD STREET<br>SANTA CLARA, CA 95050-4013 | Claim Number: 933<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $51,974.01 | | |
| CHAVEZ, TOM<br>6408 CALLE LOMAS<br>EL PASO, TX 79912 | Claim Number: 934<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $65,567.16 | | |
| KROL, EDWARD J.<br>2 TORONTO<br>ALISO VIEJO, CA 92656 | Claim Number: 935<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $846.46 | | |
| T-METRICS, INC.<br>4430 STUART ANDREW BLVD<br>CHARLOTTE, NC 28217 | Claim Number: 936<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $12,038.00 | Scheduled: | $12,038.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DRAKAGE, MARK | Claim Number: 937 |
| 1321 APACHE LN | Claim Date: 04/13/2009 |
| APEX, NC 27502 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $90,375.52 |

---

| ASM CAPITAL, L.P. | Claim Number: 938 |
| TRANSFEROR: ROBBINS, ARLENE | Claim Date: 04/13/2009 |
| ATTN: ADAM MOSKOWITZ | Debtor: NORTEL NETWORKS INC. |
| 7600 JERICHO TURNPIKE, SUITE 302 | Comments: POSSIBLY AMENDED BY 7867 |
| WOODBURY, NY 11797 | |

| PRIORITY | Claimed: | $29,879.10 |

---

| STONE, G. OLIVER, IV | Claim Number: 939 |
| 41 LOUISE DR. | Claim Date: 04/13/2009 |
| HOLLIS, NH 03049 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $42,452.39 |

---

| KROL, EDWARD J. | Claim Number: 940 |
| 2 TORONTO | Claim Date: 04/13/2009 |
| ALISO VIEJO, CA 92656 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $25,393.92 |

---

| MONGA, INDERMOHAN S. | Claim Number: 941 |
| 239 SEALE AVE | Claim Date: 04/13/2009 |
| PALO ALTO, CA 94301-3732 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $52,608.00 |

---

| KROPUENSKE, GARY | Claim Number: 942 |
| 569 CIRCLE DRIVE | Claim Date: 04/13/2009 |
| FAIRMOUNT, IN 46928 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $31,640.00 |

---

| AVENUE TC FUND, L.P. | Claim Number: 943 |
| TRANSFEROR: CLAIMS RECOVERY GROUP LLC | Claim Date: 04/14/2009 |
| ATTN: DAVID S. LEINWAND, ESQ. | Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
| 399 PARK AVENUE, 6TH FLOOR | Comments: EXPUNGED |
| NEW YORK, NY 10022 | DOCKET: 7354 (03/08/2012) |

| UNSECURED | Claimed: | $3,812.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BARTON, WILLIAM C.<br>2135 N. FRONTIER LN.<br>FRANKTOWN, CO 80116 | Claim Number: 944<br>Claim Date: 04/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $238,669.00 |
|---|---|---|

| COVEY, NIEL A.<br>23314 SE 13 CT<br>SAMMAMISH, WA 98075 | Claim Number: 945<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $168,857.07   UNLIQ |
|---|---|---|

| HEMINGWAY & HANSEN, LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER, SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 | Claim Number: 946<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $34,005.50 |
|---|---|---|

| KHANNA, BAKUL<br>58 BLAKE ROAD<br>LEXINGTON, MA 02420 | Claim Number: 947<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $109,862.46 |
|---|---|---|

| STANELLE, RALPH J.<br>244 HOLLYBERRY CT<br>ROSWELL, GA 30076-1213 | Claim Number: 948<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $115,689.79   UNLIQ CONT |
|---|---|---|

| LYNHAM, SUSAN<br>163 BUCKINGHAM DRIVE<br>REHOBOTH BEACH, DE 19971 | Claim Number: 949<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $63,610.96 |
|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: TELCORDIA TECHNOLOGIES, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 950<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $65,525.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KEYLOR, STEPHEN W. | Claim Number: 951 |
| 19 HILLSIDE AVE | Claim Date: 04/15/2009 |
| STONEHAM, MA 02180 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $43,860.00 |

---

| UNDERWRITERS LABORATORIES INC. | Claim Number: 952 |
| C/O LEGAL DEPT. | Claim Date: 04/16/2009 |
| 333 PFINGSTEN RD. | Debtor: NORTEL NETWORKS INC. |
| NORTHBROOK, IL 60062 | Comments: EXPUNGED |
| | DOCKET: 4256 (11/08/2010) |

| UNSECURED | Claimed: | $42,811.23 |

---

| UNDERWRITERS LABORATORIESOF CANADA | Claim Number: 953 |
| C/O UNDERWRITERS LABORATORIES INC. | Claim Date: 04/16/2009 |
| ATTN: LEGAL DEPT. | Debtor: NORTEL NETWORKS INC. |
| 333 PFINGSTEN RD. | Comments: EXPUNGED |
| NORTHBROOK, IL 60062 | DOCKET: 4256 (11/08/2010) |

| UNSECURED | Claimed: | $48,658.01 |

---

| MOSELEY, ROBERT J. | Claim Number: 954 |
| PO BOX 600278 | Claim Date: 04/16/2009 |
| DALLAS, TX 75360-0278 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $68,273.56 |

---

| MOSELEY, ROBERT J. | Claim Number: 955 |
| PO BOX 600278 | Claim Date: 04/16/2009 |
| DALLAS, TX 75360-0278 | Debtor: NORTEL NETWORKS INC. |
| | Comments: POSSIBLY AMENDED BY 8312 |

| PRIORITY | Claimed: | $29,369.84 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 956 |
| TRANSFEROR: SANT CORPORATION, THE | Claim Date: 04/16/2009 |
| ONE UNIVERSITY PLAZA | Debtor: NORTEL NETWORKS INC. |
| SUITE 312 | Comments: ALLOWED |
| HACKENSACK, NJ 07601 | DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $22,350.00 |

---

| SANT CORPORATION, THE | Claim Number: 957 |
| ATTN: MARK CLAVER | Claim Date: 04/16/2009 |
| 10260 ALLIANCE ROAD | Debtor: NORTEL NETWORKS INC. |
| CINCINNATI, OH 45242 | Comments: ALLOWED |
| | DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $23,368.75 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

OSTASZEWSKI, JOHN
1933 CAMBORNE CRESCENT
OTTAWA, ON K1H 7B6
CANADA

Claim Number: 958
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,390.00 |
|---|---|---|

---

NOVELLINE, DAVID
26 BROOKSIDE AVE
LEXINGTON, MA 02421

Claim Number: 959
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $46,845.10 |
|---|---|---|

---

HALL, NITA J.
915 RIDGEMONT DRIVE
ALLEN, TX 75002

Claim Number: 960
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $12,500.00 |
|---|---|---|

---

KAYE, DOUGLAS J.
631 BELMONT CREST DR.
MARIETTA, GA 30067

Claim Number: 961
Claim Date: 04/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $408,748.37 |
|---|---|---|

---

TSENG, HSU-DOUNG
214 LONG CANYON COURT
RICHARDSON, TX 75080

Claim Number: 962
Claim Date: 04/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $159,924.51 |
|---|---|---|

---

TRAVERS, JOHN
2821 LA NEVASCA LANE
CARLSBAD, CA 92009

Claim Number: 963
Claim Date: 04/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $71,095.00 |
|---|---|---|

---

RAFAEL CAMPO ASOCIADOS LTDA
INDUSTRIAL PROPERTY
CALLE 113 NO-7-21 TORRE A OF. 508
BOGOTA,
COLOMBIA

Claim Number: 964
Claim Date: 04/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,185.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| TURNER, MARGARET<br>2306, MARCHURST ROAD<br>KANATA, ON K2K 1X7<br>CANADA | | Claim Number: 965<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $53,425.37 |
|---|---|---|

| HOPE, STEVE F.<br>16562 ELM STREET<br>OMAHA, NE 68130 | | Claim Number: 966<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $38,388.52 |
|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: ABULGUBEIN, KHAMIS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 967<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $7,169.14 |
|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: QUASAR INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 968<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|---|

| UNSECURED | Claimed: | $81,180.00 |
|---|---|---|

| KUBLISKI, KAREN, V.<br>7527 SPICEWOOD DR.<br>GARLAND, TX 75044 | | Claim Number: 969<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $13,149.42 |
|---|---|---|
| UNSECURED | Claimed: | $27,665.87 |

| KUCZYNSKI, ROBERT<br>150 BAYVIEW DR<br>NORTH HERO, VT 05474 | | Claim Number: 970<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $11,201.00 |
|---|---|---|

| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | | Claim Number: 971<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|

| SECURED | Claimed: | $2,050.87   UNLIQ CONT |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ROCHESTER ELECTRONICS LLC
16 MALCOLM HOYT DRIVE
NEWBURYPORT, MA 01950

Claim Number: 972
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $191,125.00 |
|---|---|---|

BELDEN (CANADA) INC.
ATTN: TRACEY MEALING
130 WILLMOTT STREET
COBOURG, ON K9A 4M3
CANADA

Claim Number: 973
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $185,958.31 |
|---|---|---|

TRAPEZE NETWORKS
ATTN: SUE BRENT
5753 W. LAS POSITAS BLVD.
PLEASANTON, CA 94588

Claim Number: 974
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $624,809.82 |
|---|---|---|

DELOITTE & TOUCHE LLP
2200 ROSS AVE., SUITE 1600
DALLAS, TX 75201

Claim Number: 975
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 1793 (10/30/2009)

| UNSECURED | Claimed: | $10,478.00 |
|---|---|---|

KHANNA, BAKUL G.
58 BLAKE ROAD
LEXINGTON, MA 02420

Claim Number: 976
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $62,543.29 |
|---|---|---|

WANG, CHIHWEI
4325 WONDERLAND DR.
PLANO, TX 75093

Claim Number: 977
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $38,368.80 |
|---|---|---|

ASEMOTA, CHARLES
1606 WAGON WHEEL DRIVE
ALLEN, TX 75002

Claim Number: 978
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $48,538.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HOFFMEISTER, JEFFREY M. | Claim Number: 979 |
| 900 THORNBERRY DR. | Claim Date: 04/20/2009 |
| MCKINNEY, TX 75071 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $18,126.50 |

---

| INTELLIGRAPHICS, INC | Claim Number: 980 |
| 1401 N. CENTRAL EXPRESSWAY # 320 | Claim Date: 04/20/2009 |
| RICHARDSON, TX 75080 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $1,625.00 |

---

| AMERSHEK, THOMAS D. | Claim Number: 981 |
| 15 W. HYLAND DR. | Claim Date: 04/20/2009 |
| NEW RINGGOLD, PA 17960 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY
| UNSECURED | Claimed: | $40,538.47 |

---

| STEINMETZ, GEORGE J., III | Claim Number: 982 |
| 7506 WOODBRIDGE PLACE | Claim Date: 04/20/2009 |
| GARLAND, TX 75044 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY
UNSECURED
| | Claimed: | $70,625.00 |

---

| DINH, HA K. | Claim Number: 983 |
| 517 WYOMING DR | Claim Date: 04/20/2009 |
| MURPHY, TX 75094 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $27,542.31 |

---

| SPEARS, EVA M. | Claim Number: 984 |
| 326 TERESA DR. | Claim Date: 04/20/2009 |
| ROLESVILLE, NC 27571 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $23,782.90 |

---

| SACCO, DONALD F. | Claim Number: 985 |
| 336 LAKEVIEW AVE. E | Claim Date: 04/20/2009 |
| BRIGHTWATERS, NY 11718 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $9,989.50 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NIELSON, DAVID D.
504 S. HORIZON CIRCLE
SIOUX FALLS, SD 57106

Claim Number: 986
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $205,480.27 |
|---|---|---|

---

PECOT, KENNETH W.
700 THOMAS CT.
SOUTHLAKE, TX 76092

Claim Number: 987
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $125,996.36 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: AGNEW, BRUCE K.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 988
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $81,230.00 |
|---|---|---|

---

CHIRACHANCHAI, SUVANEE
2921 SHASTA DR.
PLANO, TX 75025

Claim Number: 989
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,754.00 |
|---|---|---|

---

GRAYBAR ELECTRIC COMPANY, INC.
4601 CAMBRIDGE ROAD
FORT WORTH, TX 76155

Claim Number: 990
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| ADMINISTRATIVE SECURED | Claimed: | $34,410.34 |
|---|---|---|

---

HARRIS STRATEX NETWORKS OPERATING CORP.
HARRIS STRATEX NETWORKS, INC.
ATTN: LEGAL DEPARTMENT
637 DAVIS DRIVE
MORRISVILLE, NC 27560

Claim Number: 991
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $413,055.21 |
|---|---|---|

---

WALTERS, PEGGY
1012 BARRYMORE LN
ALLEN, TX 75013

Claim Number: 992
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8144

| UNSECURED | Claimed: | $93,321.16 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SINGH, HIMANI<br>1079 NOVEMBER DR.<br>CUPERTINO, CA 95014 | | Claim Number: 993<br>Claim Date: 04/21/2009<br>Debtor: NORTEL ALTSYSTEMS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,160.19 | | |

---

| | | | | |
|---|---|---|---|---|
| MANNO, MICHAEL A.<br>325 CHICORY LN<br>BUFFALO GROVE, IL 60089-1836 | | Claim Number: 994<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |

ADMINISTRATIVE

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $38,585.17 | | |

---

| | | | | |
|---|---|---|---|---|
| STATE OF MICHIGAN, DEPT. OF TREASURY<br>DEBORAH B. WALDMEIR<br>CADILLAC PLACE, STE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | | Claim Number: 995<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3803 (08/19/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,199.17 | | |

---

| | | | | |
|---|---|---|---|---|
| DEROSAS, RAMON<br>146 TRAINCROFT NW<br>MEDFORD, MA 02155 | | Claim Number: 996<br>Claim Date: 04/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |

ADMINISTRATIVE
PRIORITY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,601.40 | | |

---

| | | | | |
|---|---|---|---|---|
| WANDERLICK, JEFFREY<br>4 WHISPERING PINES LANE<br>MERRIMACK, NH 03054 | | Claim Number: 997<br>Claim Date: 04/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $26,084.19 | | |

---

| | | | | |
|---|---|---|---|---|
| CTS ELECTRONIC COMPONENTS, INC.<br>2375 CABOT DR<br>LISLE, IL 60532-3631 | | Claim Number: 998<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,185.00 | Scheduled: | $2,300.00 |

---

| | | | | |
|---|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: SECURITAS SECURITY SERVICES<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 999<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5928 (07/11/2011) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $824,348.53 | Scheduled: | $174,624.94 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 1000<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $512,855.00 |
|---|---|---|
| TOTAL | Claimed: | $812,855.00 |

---

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 1001<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $275,330.00   UNLIQ |
|---|---|---|

---

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 1002<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
|---|---|

| PRIORITY | Claimed: | $275,330.00   UNLIQ |
|---|---|---|

---

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 1003<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
|---|---|

| PRIORITY | Claimed: | $275,330.00   UNLIQ |
|---|---|---|

---

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 1004<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
|---|---|

| PRIORITY | Claimed: | $275,330.00   UNLIQ |
|---|---|---|

---

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 1005<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
|---|---|

| PRIORITY | Claimed: | $275,330.00   UNLIQ |
|---|---|---|

---

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 1006<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
|---|---|

| PRIORITY | Claimed: | $275,330.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 1007<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |

| PRIORITY | Claimed: | $275,330.00  UNLIQ |

---

| TOWNLEY, JEFF<br>4104 PICARDY DR.<br>RALEIGH, NC 27612 | Claim Number: 1008<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| PRIORITY | Claimed: | $166,553.77 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: QUASAR, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1009<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $85,500.00 | Scheduled: | $36,720.00 |

---

| INROADS, INC<br>ATTN: JILL HATCH<br>10 SOUTH BROADWAY SUITE 300<br>SAINT LOUIS, MO 63102 | Claim Number: 1010<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |

| UNSECURED | Claimed: | $75,200.00 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CHRYSALIS SOFTWARE, INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1011<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |

| UNSECURED | Claimed: | $12,892.50 |

---

| PAUL, CLINTON<br>174 HILLCREST DR<br>BARRINGTON, IL 60010 | Claim Number: 1012<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $63,442.51 |

---

| LANIER, GAYLE S.<br>2112 OAKTON DRIVE<br>RALEIGH, NC 27606-8908 | Claim Number: 1013<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $222,284.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PRITCHARD, ALAN W.
1423 LUCKENBACH DRIVE
ALLEN, TX 75013

Claim Number: 1014
Claim Date: 04/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $99,428.72 | | |
| TOTAL | Claimed: | $99,428.42 | | |

---

AT4 WIRELESS, S.A.
MS. LAURA LUQUE CABEZAS
PTA. C/. SEVERO OCHOA, 2.
CAMPANILLAS, MALAGA, 29590
SPAIN

Claim Number: 1015
Claim Date: 04/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $33,631.50 | |

---

MCCULLOUGH, JEFFREY D.
2904 WHITEHART LANE
RALEIGH, NC 27606

Claim Number: 1016
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $43,318.37 | Scheduled: | $54,268.42 |

---

REID, ALAN B.
2900 SHADYWOOD LANE
PLANO, TX 75023

Claim Number: 1017
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $14,971.22 | |

---

SILVERNALE, ROBERT
94 ELM STREET
GOFFSTOWN, NH 03045

Claim Number: 1018
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $11,430.00 | |
| UNSECURED | Claimed: | $51,045.00 | |

---

KADLIK, PETER
621 MARSHALL ST.
HOLLISTON, MA 01746

Claim Number: 1019
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $30,958.59 | |
| UNSECURED | | | |

---

JAMES, JOSEPH M.
309 S 62ND ST
BROKEN ARROW, OK 74014-6935

Claim Number: 1020
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | | | |
| PRIORITY | | | |
| UNSECURED | Claimed: | $15,273.60 | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CAGIANNOS, ELIAS
87 WOODLAND RD
MADISON, NJ 07940

Claim Number: 1021
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $25,368.48 |
|---|---|---|

---

PELLEGRINI, GINA
100 LOCKE WOODS ROAD
RALEIGH, NC 27603

Claim Number: 1022
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $21,398.93 |
|---|---|---|

---

RICKS, RICHARD C.
2751 MARSHALL LAKE DR.
OAKTON, VA 22124

Claim Number: 1023
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $422,173.43 |
|---|---|---|

---

CHANG, TONY
621 WATER OAK
PLANO, TX 75025

Claim Number: 1024
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $41,700.96 |
|---|---|---|

---

GILBERTSON, WAYNE
34 WEDGEWOOD DRIVE
HAWTHORN WOODS, IL 60047-7552

Claim Number: 1025
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $34,709.00 |

---

CHADWICK, STEPHEN A.
425 S. HUBBARDS LN. #386
LOUISVILLE, KY 40207

Claim Number: 1026
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $87,000.00 |
|---|---|---|

---

CHADWICK, STEPHEN A.
425 S. HUBBARDS LN. #386
LOUISVILLE, KY 40207

Claim Number: 1027
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $89,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FITZPATRICK, KEVIN M.<br>5760 DEVONSHIRE WAY<br>CUMMING, GA 30040 | Claim Number: 1028<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $45,380.40 | | |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FITZPATRICK, KEVIN M.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1029<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $38,486.50 | | |

---

| SURAPANENI, MADHAV<br>813 COLD SPRINGS CT.<br>MURPHY, TX 75094 | Claim Number: 1030<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,742.28 | | |

---

| RAVENSWOOD SYSTEMS INC.<br>35 LEXINGTON ST.<br>BURLINGTON, MA 01803 | Claim Number: 1031<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $38,989.04 | Scheduled: | $10,500.00 |

---

| DOBBINS, RICHARD<br>21 MOUNTAIN VIEW RD<br>LAKE TOXAWAY, NC 28747 | Claim Number: 1032<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (03/22/2012) | | | |

| PRIORITY | | | Scheduled: | $3,614.52 |
| UNSECURED | Claimed: | $18,269.25 | Scheduled: | $16,351.42 |

---

| MCFARLAND, DANA<br>7026 APEX BARBECUE ROAD<br>APEX, NC 27502 | Claim Number: 1033<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $328,826.57 | | |

---

| CORPENING, STEPHEN K.<br>1102 JENNIES CREEK RD.<br>KERMIT, WV 25674 | Claim Number: 1034<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $57,438.66 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DELTA NETWORKS INC. | | Claim Number: 1035 |
| DELTA PRODUCTS CORP. FREMONT OFFICE | | Claim Date: 04/27/2009 |
| YAO CHOU/SENIOR VICE PRESIDENT | | Debtor: NORTEL NETWORKS INC. |
| 4405 CUSHING PARKWAY | | |
| FREMONT, CA 94538 | | |

| ADMINISTRATIVE | Claimed: | $5,227.28 |

---

| SVG ADVISERS INC. | | Claim Number: 1036 |
| PATRICK J. POTTER | | Claim Date: 04/27/2009 |
| 2300 N STREET, NW | | Debtor: NORTEL NETWORKS INC. |
| WASHINGTON, DC 20037 | | Comments: EXPUNGED |

| UNSECURED | Claimed: | $127,057.00   UNLIQ |

---

| BENEDICT, GEORGE E. | | Claim Number: 1037 |
| 1610 POETS GLADE DRIVE | | Claim Date: 04/27/2009 |
| APEX, NC 27523 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $50,599.02 |

---

| MOSCA, MICHELE | | Claim Number: 1038 |
| 115 CHATHAM FOREST DRIVE | | Claim Date: 04/27/2009 |
| PITTSBORO, NC 27312 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 7620 (05/08/2012) |

| PRIORITY | Claimed: | $1,923.06 |

---

| RAYBARMAN, BAPPADITYA (ROBERT) | | Claim Number: 1039 |
| 3208 TEAROSE DR. | | Claim Date: 04/27/2009 |
| RICHARDSON, TX 75082 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $13,615.40 |

---

| PARKER, LARUE T. | | Claim Number: 1040 |
| 349 ALPINE DRIVE | | Claim Date: 04/27/2009 |
| MONCURE, NC 27559 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: ALLOWED |
| | | DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $46,824.00 |

---

| LEGER, ANTHONY M | | Claim Number: 1041 |
| 9409 STONE MOUNTAIN ROAD | | Claim Date: 04/27/2009 |
| RALEIGH, NC 27613 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $55,266.06 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RADWAN, MIKE<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1042<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $19,519.00 |
| KUMAR, SURENDRA<br>47734 BRILES CT<br>FREMONT, CA 94539 | | Claim Number: 1043<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $15,554.00 |
| HEMINGER, FRANCESCA M.<br>1308 WILLOW CT.<br>NOBLESVILLE, IN 46062 | | Claim Number: 1044<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $13,320.00 |
| KING, JOSEPH<br>8311 SAN BENITO WAY<br>DALLAS, TX 75218 | | Claim Number: 1045<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $87,301.71 |
| OFFERS, ALBERT<br>2352 HEDGEWOOD LANE<br>ALLEN, TX 75013 | | Claim Number: 1046<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $290,090.00 |
| DOGGETT, ERIC L.<br>1910 HIGHLAND PL<br>RALEIGH, NC 27607-3102 | | Claim Number: 1047<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| UNSECURED | Claimed: | $140,000.00   UNLIQ |
| PARILLO, WILLIAM<br>722 BEAR LAKE DR.<br>LONGS, SC 29568 | | Claim Number: 1048<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $10,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WOLFSON, CASH<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1049<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,337.50 |

| HEWLETT PACKARD COMPANY<br>RAMONA S NEAL, SR COUNSEL, HP COMPANY<br>11307 CHINDEN BLVD<br>MS 314<br>BOISE, ID 83714 | Claim Number: 1050<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Address changed per Counsel's request on 7/24/09 |
|---|---|

| ADMINISTRATIVE | Claimed: | $316,346.72 |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BARABE, AMY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1051<br>Claim Date: 04/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,012.25 |

| JOY, DANIEL<br>15 STEARNS AVE<br>MEDFORD, MA 02155 | Claim Number: 1052<br>Claim Date: 04/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| UNSECURED | Claimed: | $11,442.31 |
|---|---|---|

| CHILDRESS, ROBERT<br>110 CAVE STREET<br>LURAY, VA 22835 | Claim Number: 1053<br>Claim Date: 04/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $64,000.04 |
|---|---|---|

| CALMENSON, KENNETH<br>PO BOX 6488<br>DELRAY BEACH, FL 33482 | Claim Number: 1054<br>Claim Date: 04/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $367,200.00 |
|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: IAN MARTIN LIMITED AND IAN<br>MARTIN TECHNOLOGY STAFFING INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1055<br>Claim Date: 04/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $969,679.55 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

EASYLINK SERVICES INTERNATIONAL CORP.
33 KNIGHTSBRIDGE ROAD
PISCATAWAY, NJ 08854

Claim Number: 1056
Claim Date: 04/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $910.00 |
|---|---|---|

---

DELTA PRODUCTS CORP.
4405 CUSHING PARKWAY
FREMONT, CA 94538

Claim Number: 1057
Claim Date: 04/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $21,680.00 |
|---|---|---|

---

FANNIN CAD
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 1058
Claim Date: 04/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3590 (07/14/2010)

| SECURED | Claimed: | $4,296.80   UNLIQ |
|---|---|---|

---

CITY OF RICHARDSON
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 1059
Claim Date: 04/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4697 (01/11/2011)

| SECURED | Claimed: | $868,423.59   UNLIQ |
|---|---|---|

---

SELIGSON, JOHN
330 ESATTO PL
EL DORADO HLS, CA 95762-3964

Claim Number: 1060
Claim Date: 04/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $157,031.55 |
|---|---|---|

---

SPIRENT COMMUNICATIONS INC.
26750 AGOURA ROAD
CALABASAS, CA 91302

Claim Number: 1061
Claim Date: 04/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7686 (05/24/2012)

| UNSECURED | Claimed: | $12,718.76 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CURTIS, CHRIS L.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1062
Claim Date: 04/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,543.56 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,216.66 | Scheduled: | $20,894.87 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PEOPLECLICK, INC.
TWO HANNOVER SQ 7TH FL
RALEIGH, NC 27601

Claim Number: 1063
Claim Date: 04/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $69,923.00 | | |

---

REDAPT SYSTEMS, INC.
12226 134TH CT NE BLDG D
REDMOND, WA 98052

Claim Number: 1064
Claim Date: 04/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,300.17 | Scheduled: | $9,345.00 |

---

DELTA NETWORKS INC.
DELTA PRODUCTS CORP. FREMONT OFFICE
YAO CHOU/SENIOR VICE PRESIDENT
4405 CUSHING PARKWAY
FREMONT, CA 94538

Claim Number: 1065
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,227.28 |

---

ASHBY, ROBERT L.
11985 HWY. 641 SOUTH
HOLLADAY, TN 38341

Claim Number: 1066
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $91,134.56 |

---

CHEN, JIANYONG
4649 CHAPEL CREEK DR.
PLANO, TX 75024

Claim Number: 1067
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $53,572.26 | Scheduled: | $7,024.42 |
| UNSECURED | | | Scheduled: | $45,035.79 |

---

BIRD, THOMAS
1325 INDIAN WOOD DR.
BROOKFIELD, WI 53005

Claim Number: 1068
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $14,856.80 |

---

AKIN, MARJORIE
4436 EDMONDSON AVE.
DALLAS, TX 75205

Claim Number: 1069
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $32,353.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BABU, AMBILI<br>3276 BRITTANY CT<br>SAN JOSE, CA 95135-1062 | | Claim Number: 1070<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $18,408.00 |

| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 1071<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $53,416.58 |

| GILBERTSON, WAYNE<br>34 WEDGEWOOD DRIVE<br>HAWTHORN WOODS, IL 60047-7552 | | Claim Number: 1072<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $34,709.00 |

| MCDADE, LEE J.<br>3823 COLE MILL RD.<br>DURHAM, NC 27712 | | Claim Number: 1073<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $65,753.00 |

| RUFFINI, PHIL<br>241 AURORA RD<br>VENICE, FL 34293-2602 | | Claim Number: 1074<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $11,769.23 |

| HOADLEY, JOHN<br>4413 GLENSHIRE COURT<br>MCKINNEY, TX 75070 | | Claim Number: 1075<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $220,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SICOTTE, LUC P.<br>1933 PEMBROKE LANE<br>MCKINNEY, TX 75070 | | Claim Number: 1076<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $129,179.50 |

| YANG, LING<br>506 LOCH LOMOND CT<br>MILPITAS, CA 95035 | | Claim Number: 1077<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $52,538.36 |

| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 1078<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7251<br>also amended by 7254 |
|---|---|---|
| PRIORITY | Claimed: | $128,355.02 |
| UNSECURED | Claimed: | $270,709.54 |

| EMC CORPORATION<br>C/O RMS<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1079<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $70,560.00 |

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: WEBSLINGERZ, INC.<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 1080<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $85,000.00 |

| COMPTROLLER OF MARYLAND<br>301 WEST PRESTON ST. ROOM 410<br>BALTIMORE, MD 21201 | | Claim Number: 1081<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3050 (05/24/2010) |
|---|---|---|
| PRIORITY | Claimed: | $3,374.00 |
| UNSECURED | Claimed: | $517.00 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: WELLS FARGO BANK, N.A.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1082<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3798 (08/18/2010) |
|---|---|---|
| UNSECURED | Claimed: | $380,121.95 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SVG ADVISERS INC.
PATRICK J. POTTER
2300 N STREET, NW
WASHINGTON, DC 20037

Claim Number: 1083
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $127,057.00 |
|---|---|---|

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08695

Claim Number: 1084
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7149 (02/01/2012)

| PRIORITY | Claimed: | $171,000.00   UNLIQ |
|---|---|---|

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08695

Claim Number: 1085
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7149 (02/01/2012)

| UNSECURED | Claimed: | $25,000.00   UNLIQ |
|---|---|---|

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 1086
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4326 (11/15/2010)

| PRIORITY | Claimed: | $512,855.00 |
|---|---|---|

SPRINT NEXTEL
SPRINT NEXTEL - CORRESPONDENCE
ATTN: BANKRUPTCY DEPT.
PO BOX 7949
OVERLAND PARK, KS 66207-0949

Claim Number: 1087
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $406,692.95 |
|---|---|---|

EMBARQ FLORIDA, INC.
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 1088
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| SECURED | Claimed: | $1,195.20 |
|---|---|---|

CAROLINA TELEPHONE AND TELEGRAPH
COMPANY LLC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 1089
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| SECURED | Claimed: | $131.08 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MUTHURAMAN, ALAGAPPAN<br>14041 MARILYN LN<br>SARATOGA, CA 95070 | | Claim Number: 1090<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $284,647.00 |

---

| CLARK, CALVIN C.<br>11061 MORGAN DRIVE<br>LAVON, TX 75166 | | Claim Number: 1091<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $52,886.80 |

---

| ALSHABOUT, NADIM<br>1431 GARDENIA ST.<br>IRVING, TX 75063 | | Claim Number: 1092<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $123,360.59 |

---

| COOK, JASON<br>408 CREPE MYRTLE LANE<br>PLANO, TX 75094 | | Claim Number: 1093<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $77,270.36 |

---

| XIONG, NANCY<br>1 FARMERS ROW<br>ACTON, MA 01720 | | Claim Number: 1094<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,388.40 |

---

| SINGH, INDERPAL<br>5406 WELLINGTON DR<br>RICHARDSON, TX 75082 | | Claim Number: 1095<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| UNSECURED | Claimed: | $23,826.94 |

---

| HOADLEY, JOHN<br>4413 GLENSHIRE COURT<br>MCKINNEY, TX 75070 | | Claim Number: 1096<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $54,328.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FERNANDES, NICOLE<br>70 BILLINGS ST.<br>LOWELL, MA 01850 | | Claim Number: 1097<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $15,767.75 |

---

| SULTAN, KASHIF<br>6814 CREEK VALE WAY APT 3H<br>INDIANAPOLIS, IN 46237-8800 | | Claim Number: 1098<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,974.00 |

---

| WEVER, JOHN P.<br>8817 WOODY HILL RD.<br>RALEIGH, NC 27613 | | Claim Number: 1099<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $61,332.00 |
| TOTAL | Claimed: | $61,332.21 |

---

| KOTLIAR, MICHAEL<br>205 GLENMORE ROAD<br>CHAPEL HILL, NC 27516 | | Claim Number: 1100<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $48,265.56 |

---

| SHISHAKLY, MARWAN<br>9506 SHELLY KRASNOW LN.<br>FAIRFAX, VA 22031 | | Claim Number: 1101<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $199,075.50 |

---

| DERSE, INC.<br>3800 W. CANAL STREET<br>MILWAUKEE, WI 53208 | | Claim Number: 1102<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $43,574.57 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PATTERSON, MAUREEN T.
111 ISLE OF VENICE DR
FORT LAUDERDALE, FL 33301

Claim Number: 1103
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $267,231.80 |
| --- | --- | --- |

NGUYEN, DOUG
7117 SHARPS DRIVE
PLANO, TX 75025

Claim Number: 1104
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7431 (03/22/2012)

| UNSECURED | Claimed: | $32,692.31 | Scheduled: | $33,700.30 |
| --- | --- | --- | --- | --- |

SHABOUT, AZMEENA VIRANI
1431 GARDENIA ST.
IRVING, TX 75063

Claim Number: 1105
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 7432 (03/22/2012)

| PRIORITY | Claimed: | $82,897.10 |
| --- | --- | --- |

ALSHABOUT, NADIM
1431 GARDENIA ST.
IRVING, TX 75063

Claim Number: 1106
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $56,408.73 |
| --- | --- | --- |

DEFINA, PAUL
126 ALLISON WAY
CARY, NC 27511

Claim Number: 1107
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $13,000.00 |
| --- | --- | --- |

CLARK, CALVIN C.
11061 MORGAN DRIVE
LAVON, TX 75166

Claim Number: 1108
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 8634 (10/03/2012)

| PRIORITY | | | Scheduled: | $1,500.61 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $68,037.73 | Scheduled: | $51,456.18 |

AVENUE TC FUND, L.P.
TRANSFEROR: RADIO FREQUENCY SYSTEMS, INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1109
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7354 (03/08/2012)

| UNSECURED | Claimed: | $1,823,330.49 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD.<br>CLEVELAND, OH 44124 | | Claim Number: 1110<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $10,698.60 | | |
| ZOMAX, INC.<br>KOHNER MANN & KAILAS, S.C.<br>WASHINGTON BUILDING, BARNABAS BUSINESS<br>CENTER, 4650 N. PORT WASHINGTON ROAD<br>MILWAUKEE, WI 53212-1059 | | Claim Number: 1111<br>Claim Date: 04/21/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION | | |
| UNSECURED | Claimed: | $1,944.60 | | |
| CHINA PATENT AGENT (H.K.) LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI,<br>HONG KONG | | Claim Number: 1112<br>Claim Date: 05/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $1,454.30 | Scheduled: | $73.30 |
| CHIN, ALEX<br>2448 CIMMARON DR.<br>PLANO, TX 75025 | | Claim Number: 1113<br>Claim Date: 05/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| UNSECURED | Claimed: | $46,838.46 | | |
| MOYSE, PETER<br>234 CHERRY LANE<br>FLORAL PARK, NY 11001 | | Claim Number: 1114<br>Claim Date: 05/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $81,850.74 | | |
| BARRETT, JAMES P.<br>71 BRADLEY AVE<br>HAVERHILL, MA 01832-3402 | | Claim Number: 1115<br>Claim Date: 05/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $3,873.18 |
| UNSECURED | Claimed: | $37,774.20 | Scheduled: | $36,133.69 |
| EICHMANN, ROBERT J.<br>15 HASKELL AVENUE<br>LEOMINSTER, MA 01453 | | Claim Number: 1116<br>Claim Date: 05/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $4,952.06 |
| UNSECURED | Claimed: | $21,573.20 | Scheduled: | $17,834.18 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| DEVELOPMENT DIMIENSIONS INTN'L INC.<br>367 MORGANZA ROAD<br>CANONSBURG, PA 15317 | | Claim Number: 1117<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $10,002.50 | | |

---

| | | | | |
|---|---|---|---|---|
| FARMER, CECIL GREGORY<br>621 A ST., N.E.<br>WASHINGTON, DC 20002 | | Claim Number: 1118<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $723,054.69 | | |

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: TELFUSION, INC.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1119<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) | | |
| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,400.00 |

---

| | | | | |
|---|---|---|---|---|
| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 1120<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $241,334.62 | | |

---

| | | | | |
|---|---|---|---|---|
| CAVASSO, DANA<br>3704 ARBOR VISTA DR.<br>PLANO, TX 75093 | | Claim Number: 1121<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $89,846.56 | | |

---

| | | | | |
|---|---|---|---|---|
| CAVASSO, BLAINE<br>3704 ARBOR VISTA DR.<br>PLANO, TX 75093 | | Claim Number: 1122<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $51,064.42 | | |

---

| | | | | |
|---|---|---|---|---|
| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 1123<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $14,691.88 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BORCHGREVINK, JACK<br>12006 TIDESWEPT COURT<br>HOUSTON, TX 77095 | Claim Number: 1124<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $43,874.65 | | |

---

| WHITE, JOHN STERLING<br>36 ENGLISH TURN DR.<br>NEW ORLEANS, LA 70131 | Claim Number: 1125<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $255,130.00 |
|---|---|---|

---

| GARCIA-MALDONADO, ROSA C.<br>6656 LURAIS DR.<br>LAKE WORTH, FL 33463 | Claim Number: 1126<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $40,711.18 |
|---|---|---|

---

| MENESES, KAREN<br>10850 FOX GLEND DRIVE<br>BOCA RATON, FL 33428 | Claim Number: 1127<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | | | | Scheduled: | $2,471.41 |
| UNSECURED | Claimed: | $19,631.73 | | Scheduled: | $17,864.07 |

---

| WANDERLICK, JEFFREY<br>4 WHISPERING PINES LANE<br>MERRIMACK, NH 03054 | Claim Number: 1128<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $26,084.19 |
|---|---|---|

---

| AL-DAYAA, HANI<br>72 OLD STAGE ROAD<br>CHELMSFORD, MA 01824 | Claim Number: 1129<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $31,852.25 |
|---|---|---|

---

| ALVI, JOHN<br>3913 BENTLEY BROOK DR.<br>RALEIGH, NC 27612 | Claim Number: 1130<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $105,263.74 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ROWE, KEVIN W.
1121 DOVER DR.
SAINT JOHNS, FL 32259

Claim Number: 1131
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,666.67 |
| UNSECURED | Claimed: | $12,688.33 |

---

LUKAS, YVONNE
6909 SHORECREST DR.
ROWLETT, TX 75089

Claim Number: 1132
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,070.44 |

---

PELLEGRINO, ROBERT G.
24 BRANTWOOD PLACE
CLIFTON, NJ 07013

Claim Number: 1133
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $19,618.73 |

---

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
PO BOX 9564
BOSTON, MA 02114-9564

Claim Number: 1134
Claim Date: 05/08/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $504.58 |
| UNSECURED | Claimed: | $540.00 |

---

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
PO BOX 9564
BOSTON, MA 02114-9564

Claim Number: 1135
Claim Date: 05/08/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 2187 (12/21/2009)

| PRIORITY | Claimed: | $456.00 |

---

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
PO BOX 9564
BOSTON, MA 02114-9564

Claim Number: 1136
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $25,000.00 |

---

SHIH, YUHSIANG
3262 ORLANDO RD.
PASADENA, CA 91107

Claim Number: 1137
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $4,076.90 |
| UNSECURED | Claimed: | $36,898.00 | Scheduled: | $35,830.15 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MICHAILOV, SERGEI
6056 WILLOW WOOD LANE
DALLAS, TX 75252

Claim Number: 1138
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | Scheduled: | $1,937.70 |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,937.70 |
| UNSECURED | Claimed: | $72,495.19 | Scheduled: | $70,037.65 |

---

COLTON, JAY
U.S. EQUAL EMPLOYMENT OPPOR. COMMISSION
33 WHITEHALL STREET, 5TH FL
NEW YORK, NY 10004

Claim Number: 1139
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 2855 (04/08/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: APTO SOLUTIONS INC
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 1140
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| SECURED | Claimed: | $1,264.00 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ACTUA
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 1141
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim amount is CAD $50,000.00

| UNSECURED | Claimed: | $40,010.00 | Scheduled: | $50,000.00 |
|---|---|---|---|---|

---

WILLIAMS, AVERY
4635 BELCLAIRE AVE
DALLAS, TX 75209-6003

Claim Number: 1142
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $28,684.92 |
|---|---|---|

---

WILLIAMS AARON D.
14533 GRANT ST
OVERLAND PARK, KS 66221

Claim Number: 1143
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $46,151.00 |
|---|---|---|

---

REDISH, PAUL
4511 OUTLOOK DRIVE
MARIETTA, GA 30066

Claim Number: 1144
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $112,481.52 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BALLOTA, DONNA H.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1145<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | |

| UNSECURED | Claimed: | $3,127.62 | Scheduled: | $3,127.62 |
|---|---|---|---|---|

| | |
|---|---|
| SHAPPELL, MICHAEL J.<br>5785 SEVEN OAKS PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 1146<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $85,176.61 |
|---|---|---|

| | |
|---|---|
| SOBERAY, DETLEF<br>4241 INWOOD RD<br>MINNETONKA, MN 55345-2525 | Claim Number: 1147<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $105,198.03 |
|---|---|---|

| | |
|---|---|
| MCPHERSON, GEOFFREY L.<br>541 CAROLYN LANE<br>GALLATIN, TN 37066 | Claim Number: 1148<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $20,308.80 |
|---|---|---|

| | |
|---|---|
| COOMANS, JEFF<br>574 POIPU DR<br>HONOLULU, HI 96825-2034 | Claim Number: 1149<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $16,516.93 |
|---|---|---|

| | |
|---|---|
| WARD, DENNIS<br>4604 SPRING CREST COURT<br>FUQUAY VARINA, NC 27526 | Claim Number: 1150<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $61,034.83 |
|---|---|---|

| | |
|---|---|
| ABEL, LEE R., JR.<br>1048 SILVERBERRY RD<br>PITTSBORO, NC 27312 | Claim Number: 1151<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $67,465.26 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PIASENTIN, RICHARD
345 RED OSIER RD
WATERLOO, ON N2V2V8
CANADA

Claim Number: 1152
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $275,000.00 |
|---|---|---|

---

JORDALE TECHNOLOGIES
2280 ALFRED-NOBEL BLVD.
3RD FLOOR
ST. LAURENT, QC H4S 2A4
CANADA

Claim Number: 1153
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5624 (06/07/2011)

| UNSECURED | Claimed: | $168,492.02 |
|---|---|---|

---

POLYCOM, INC.
C/O BIALSON, BERGEN & SCWAB
ATTN: PATRICK COSTELLO
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306

Claim Number: 1154
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8488 (09/18/2012)

| ADMINISTRATIVE | Claimed: | $1,203,597.46 |
|---|---|---|

---

POLYCOM, INC.
C/O BIALSON, BERGEN & SCWAB
ATTN: PATRICK COSTELLO
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306

Claim Number: 1155
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8488 (09/18/2012)

| ADMINISTRATIVE | Claimed: | $1,203,597.46 |
|---|---|---|
| UNSECURED | Claimed: | $397,827.38 |

---

NARAYANAN, RAVI KUMAR
2912 MONTELL CT
PLANO, TX 75025

Claim Number: 1156
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $34,404.53 |

---

NEOPHOTONICS CORPORATION
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112

Claim Number: 1157
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 6645 (10/17/2011)

| ADMINISTRATIVE | Claimed: | $179,840.00 |
|---|---|---|

---

TEKSYSTEMS, INC.
ATTN: MATT HUDSON
7437 RACE RD.
HANOVER, MD 21076

Claim Number: 1158
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $1,738,599.07 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ZHANG, ZHIQIANG
3332 LANGSTON DR.
PLANO, TX 75025

Claim Number: 1159
Claim Date: 05/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $7,819.98 | | |
| UNSECURED | | | Scheduled: | $11,769.18 |

---

FAUROTE, JOSEPH H.
1802 DREW LN
RICHARDSON, TX 75082-4822

Claim Number: 1160
Claim Date: 05/12/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED            Claimed:            $47,343.75

---

LEE, LAUREN
3332 LANGSTON DR.
PLANO, TX 75025

Claim Number: 1161
Claim Date: 05/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7432 (03/22/2012)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,950.00 |
| UNSECURED | | $81,258.46 |

---

WB CLAIMS HOLDING - NORTEL, LLC
TRANSFEROR: UNITED STATES DEBT RECOVERY
C/O WHITEBOX ADVISORS, LLC
3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN 55416-4675

Claim Number: 1162
Claim Date: 05/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 3799 (08/18/2010)

UNSECURED            Claimed:            $1,291,998.00

---

COOMANS, JEFF
7012 HAWAII KAI DR. UNIT 1304
HONOLULU, HI 96825

Claim Number: 1163
Claim Date: 05/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE        Claimed:            $16,516.93

---

HUGHES, DEAN W.
1335 W. 13TH AVE.
BROOMFIELD, CO 80020

Claim Number: 1164
Claim Date: 05/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

PRIORITY             Claimed:            $7,603.50

---

SAMUEL, JOSEPH
102 BATHGATE LANE
CARY, NC 27513

Claim Number: 1165
Claim Date: 05/13/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED            Claimed:            $269,670.98

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| GEOMANT KFT.<br>F.A.O. ROBERT SIMON<br>MARTANVOLGY UT 17<br>BUDAPEST, 1124<br>HUNGARY | | Claim Number: 1166<br>Claim Date: 05/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $9,466.00 | | |

---

| | | | | |
|---|---|---|---|---|
| VENKATRAMAN, CHANDRIKA<br>10 NOUVELLE WAY UNIT S1213<br>NATICK, MA 01760-1598 | | Claim Number: 1167<br>Claim Date: 05/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $9,230.76 | | |

---

| | | | | |
|---|---|---|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL &<br>BERKOWITZ, P.C.<br>BLAIR B. EVANS<br>165 MADISON AVENUE, STE 2000<br>MEMPHIS, TN 38103 | | Claim Number: 1168<br>Claim Date: 05/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $21,138.48 | Scheduled: | $5,985.63 |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DAMPOLO, CONRAD G.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1169<br>Claim Date: 05/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,045.78 | | |

---

| | | | | |
|---|---|---|---|---|
| JESIONEK, ANDRZEJ<br>8140 STONE RIDGE DR<br>PLANO, TX 75025 | | Claim Number: 1170<br>Claim Date: 05/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $39,835.32 | | |

---

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CLEMONS, THOMAS S.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1171<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $24,120.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $13,170.00 | | |
| TOTAL | Claimed: | $10,950.00 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CLEMONS, THOMAS S.<br>3808 WALWORTH ROAD<br>MARION, NY 14505 | | Claim Number: 1172<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| MARK, RAYMOND<br>1 RIVER PL APT 1406<br>NEW YORK, NY 10036-4370 | | Claim Number: 1173<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $113,160.07 | | |

| KHAN, AMNA<br>2 BAYFIELD<br>IRVINE, CA 92614-7907 | | Claim Number: 1174<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,890.00   UNLIQ | | |

| CREAMER, BOYCE HARRY, JR.<br>27 GATE 11<br>CALABASH, NC 28467-2621 | | Claim Number: 1175<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $81,268.35 | | |

| CHANG, YUAN-SHEN<br>4340 PHYLLIS LN<br>PLANO, TX 75074 | | Claim Number: 1176<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $2,234.11 | | |
| UNSECURED | Claimed: | $37,979.96 | | |

| ASM SIP, L.P.<br>TRANSFEROR: KOEHLER, DONALD E<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1177<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $93,596.15 | | |
| UNSECURED | Claimed: | $93,596.15 | | |
| TOTAL | Claimed: | $93,596.15 | | |

| BIGHAM, KENNETH<br>1310 KILMORY DR<br>CARY, NC 27511 | | Claim Number: 1178<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $29,091.90 | Scheduled: | $42,546.28 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ASM SIP, L.P.<br>TRANSFEROR: FELIX, AVONDA<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1179<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $25,778.63 |
|---|---|---|

---

| BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 | Claim Number: 1180<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $20,179.74 |
|---|---|---|

---

| BAKER, DONELSON, BEARMAN, CALDWELL &<br>BERKOWITZ, P.C.<br>ATTN: BLAIR B. EVANS<br>165 MADISON AVENUE, STE 2000<br>MEMPHIS, TN 38103 | Claim Number: 1181<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $21,138.48 |
|---|---|---|

---

| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | Claim Number: 1182<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: WITHDRAWN<br>DOCKET: 4186 (10/22/2010) |
|---|---|

| PRIORITY | Claimed: | $510.00 |
|---|---|---|
| UNSECURED | Claimed: | $75.00 |

---

| SIMCO ELECTRONICS<br>1178 BORDEAUX DR<br>SUNNYVALE, CA 94089 | Claim Number: 1183<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $8,856.00 | Scheduled: | $8,856.00 |
|---|---|---|---|---|

---

| MCDONOUGH, MICHAEL J., III<br>31 OLDE YORKE RD<br>RANDOLPH, NJ 07869 | Claim Number: 1184<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $57,237.79 |
|---|---|---|
| UNSECURED | Claimed: | $57,237.79 |
| TOTAL | Claimed: | $57,237.79 |

---

| MOTL, LORI A.<br>1012 N. 26TH ST.<br>ARKADELPHIA, AR 71923 | Claim Number: 1185<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,119.23 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

YANKEE GROUP RESEARCH, INC.
1 LIBERTY SQ STE 7
BOSTON, MA 21094868

Claim Number: 1186
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $42,300.00 |
|---|---|---|

---

HOFFMAN, JASON
P.O. BOX 81533
LAS VEGAS, NV 89180

Claim Number: 1187
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $21,799.62 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SAYWELL, JOHN G.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1188
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $57,166.00 |
|---|---|---|

---

MIRABAL, ROSANNA
3205 PORT ROYALE DR S APT H
FT LAUDERDALE, FL 33308-7872

Claim Number: 1189
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $7,178.00 |
|---|---|---|

---

ROCHESTER INSTITUTE OF TECHNOLOGY
SPONSORED PROGRAMS ACCOUNTING
7 LOMB MEMORIAL DR
ROCHESTER, NY 14623

Claim Number: 1190
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |
|---|---|---|---|---|

---

HARTMAN, PAUL L.
12627 GREEN TREE TRAIL
SOUTH LYON, MI 48178

Claim Number: 1191
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $703.86 |

---

NOVATIONS GROUP, INC
10 GUEST ST. SUITE 300
BOSTON, MA 02135

Claim Number: 1192
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,610.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| MOTL, LORI A.<br>1012 N. 26TH ST.<br>ARKADELPHIA, AR 71923 | | Claim Number: 1193<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $22,119.23 |
| BREWER, TOMMY JOE<br>1505 WAGON WHEEL<br>GARLAND, TX 75044 | | Claim Number: 1194<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,577.00 |
| PILSWORTH, JANE<br>E13934 COMPTON RD.<br>LA FARGE, WI 54639 | | Claim Number: 1195<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $25,784.32 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KLINGLER, PAUL<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1196<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $50,000.00 |
| MCCOY, GEORGE<br>1977 SLEEPYHOLLOW<br>OLATHE, KS 66062 | | Claim Number: 1197<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| PRIORITY | Claimed: | $41,811.89 |
| CONNOR, DANIEL J.<br>13282 TORRINGTON DRIVE<br>FRISCO, TX 75035 | | Claim Number: 1198<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7714 |
| PRIORITY | Claimed: | $251,586.70 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1199<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $14,872.50 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1200<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $21,195.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1201<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $14,872.50 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1202<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $2,452.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1203<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $3,880.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1204<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $22,400.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1205<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $5,020.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1206<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $16,280.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1207<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|
| UNSECURED          Claimed: | $2,080.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1208<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED          Claimed: | $400.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1209<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED          Claimed: | $6,700.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1210<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED          Claimed: | $1,460.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1211<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED          Claimed: | $3,000.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1212<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED          Claimed: | $6,000.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1213<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED          Claimed: | $1,035.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1214<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,450.00 | | |

---

| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1215<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,175.00 | | |

---

| ZUKAS, JAMES<br>10900 QUIMBY POINT LANE<br>RESTON, VA 20191-5006 | Claim Number: 1216<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $182,735.28 | | |

---

| FCS NORTH AMERICA, INC<br>1430 GLENCOE DRIVE<br>ARCADIA, CA 91006 | Claim Number: 1217<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $142,615.74 | Scheduled: | $19,750.00 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BOULDER LOGIC LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1218<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,502.28 | | |

---

| BURKE, PAUL<br>1 ORCHID CIRCLE<br>BURLINGTON, MA 01803 | Claim Number: 1219<br>Claim Date: 05/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $21,692.31 | | |

---

| RODRIGUEZ, JOSEPH<br>1734 MAPLE LEAF DRIVE<br>WYLIE, TX 75098 | Claim Number: 1220<br>Claim Date: 05/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,930.96 | Scheduled: | $1,359.41 |
| UNSECURED | Claimed: | $19,051.24 | Scheduled: | $22,934.34 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LARA, ENRIQUE<br>17042 WESTGROVE DR.<br>ADDISON, TX 75001 | Claim Number: 1221<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $27,500.00 |

---

| LUCERO, MARTIN<br>2000 S EADS ST APT 119<br>ARLINGTON, VA 22202-3100 | Claim Number: 1222<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $10,099.52 |

---

| LIONBRIDGE<br>1050 WINTER ST<br>WALTHAM, MA 02451 | Claim Number: 1223<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $700.35 |

---

| LIONBRIDGE<br>1050 WINTER ST<br>WALTHAM, MA 02451 | Claim Number: 1224<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $18,330.00 |

---

| BISHOP, CORDELL<br>836 ALTAIRE WALK<br>PALO ALTO, CA 94303-4642 | Claim Number: 1225<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $30,891.25 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 1226<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2322 (01/21/2010) |

| PRIORITY | Claimed: | $35,000.00 |
| UNSECURED | Claimed: | $136,918.00 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 1227<br>Claim Date: 05/22/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08695

Claim Number: 1228
Claim Date: 04/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7149 (02/01/2012)

| ADMINISTRATIVE | Claimed: | $31,307.23 |
|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1229
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

HIFN, INC.
48720 KATO RD
FREMONT, CA 94538-7312

Claim Number: 1230
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $50,000.00 |
|---|---|---|

---

UNIVERSAL SERVICE ADMINISTRATIVE CO.
ATTN: STEFFANI WATTERSON, ASST GEN COUNS
OFFICE OF THE GENERAL COUNSEL
2000 L STREET NW, SUITE 200
WASHINGTON, DC 20036

Claim Number: 1231
Claim Date: 05/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7220 (02/16/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

UNIVERSAL SERVICE ADMINISTRATIVE CO.
ATTN: STEFFANI WATTERSON, ASST GEN COUNS
OFFICE OF THE GENERAL COUNSEL
2000 L STREET NW, SUITE 200
WASHINGTON, DC 20036

Claim Number: 1232
Claim Date: 05/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7219 (02/16/2012)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

MOBILE COUNTY LICENSE COMMISSIONER
ATTN: MISSTY C. GRAY, ESQ.
P.O. BOX 210
MOBILE, AL 36601

Claim Number: 1233
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3943 (09/15/2010)

| PRIORITY | Claimed: | $249.29 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MILLER, JASON
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1234
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | | | Scheduled: | $7,445.08 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,692.29 | Scheduled: | $24,332.84 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| IMA CONSULTING<br>3 CHRISTY DR STE 100<br>CHADDS FORD, PA 19317-9663 | | Claim Number: 1235<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,484.29 | | |

---

| HENNEBERGER, JOSEPH M.<br>236 SHADY HILL DR.<br>RICHARDSON, TX 75080 | | Claim Number: 1236<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,233.85 |
| UNSECURED | Claimed: | $70,017.85 | Scheduled: | $75,379.84 |

---

| TUMMALA, RAMBABU<br>4324 GIOVANNI DR<br>PLANO, TX 75024 | | Claim Number: 1237<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,000.00 | | |

---

| NATIONAL FUEL GAS DISTRIBUTION CORP.<br>LEGAL DEPARTMENT<br>6363 MAIN STREET<br>WILLIAMSVILLE, NY 14221 | | Claim Number: 1238<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $230.43 | | |

---

| MCCOY, GEORGE<br>1977 SLEEPYHOLLOW<br>OLATHE, KS 66062 | | Claim Number: 1239<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $41,811.89 | | |

---

| PARKER, JOHN KEVIN<br>903 SPRING BROOK DR<br>ALLEN, TX 75002-2304 | | Claim Number: 1240<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $49,521.45 | | |

---

| KELLY, HAROLD<br>6428 BRANDYWINE RD<br>RALEIGH, NC 27607 | | Claim Number: 1241<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $79,524.99 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| TIMSON, WAYNE<br>675 TOBIAS ST SE<br>PALM BAY, FL 32909-8705 | | Claim Number: 1242<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $10,822.14 | Scheduled: | $12,456.53 |
| HERMAN, RON<br>7308 BECKINGTON DR.<br>FRISCO, TX 75035 | | Claim Number: 1243<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $52,612.50 | | |
| WOLFSON, CASH<br>7704 MICHAEL CT<br>MCKINNEY, TX 75071 | | Claim Number: 1244<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| OZ OPTICS LIMITED<br>219 WESTBROOK ROAD<br>OTTAWA, ON K0A 1L0<br>CANADA | | Claim Number: 1245<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $2,081.10 | | |
| DJOKO, SURNJANI<br>5411 LINCOLNSHIRE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 1246<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $17,415.62 | | |
| CHANDRAMOULI, DEVAKI<br>2729 RASPBERRY CT<br>PLANO, TX 75074 | | Claim Number: 1247<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE | Claimed: | $25,425.00 | | |
| RIGHT MANAGEMENT, INC.<br>C/O PEPPER HAMILTON LLP<br>ATTN: HENRY J. JAFFE & JAMES C. CARIGNAN<br>1311 N. MARKET ST., SUITE 5100<br>WILMINGTON, DE 19899-1709 | | Claim Number: 1248<br>Claim Date: 05/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $1,376,654.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1249
Claim Date: 05/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $467,078.44 | Scheduled: | $117.52 |

---

ELY, RICHARD J.
9 MINUTEMAN LANE
SUDBURY, MA 01776

Claim Number: 1250
Claim Date: 05/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $43,229.95 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PEPER, DEREK
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1251
Claim Date: 05/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $19,547.05 |
| UNSECURED | Claimed: | $28,384.11 |

---

OMNITURE, INC.
BRENT D. WRIDE
RAY QUINNEY & NEBEKER PC
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

Claim Number: 1252
Claim Date: 05/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,042.19 |

---

SAFE RECORDS CENTER LLC D/B/A
ARCHIVES USA
JENNIFER R. HOOVER, ESQ.
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

Claim Number: 1253
Claim Date: 05/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET 1722 (10/26/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $31,754.62   UNLIQ |

---

BDO SEIDMAN, LLP
ATTN: LAURENCE W. GOLDBERG
4035 PREMIER DR., SUITE 333
HIGH POINT, NC 27265-8143

Claim Number: 1254
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,980.24 | Scheduled: | $2,980.24 |

---

ZAIDI, SYED M.
4517 CRYSTAL MOUNTAIN DR.
RICHARDSON, TX 75082

Claim Number: 1255
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $57,426.74 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FORTUNE, ANTHONY W.
900 WILLIE RD.
MONTICELLO, FL 32344

Claim Number: 1256
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,452.80 |

---

LANGEN, WILLIAM F.
21 CHERRY ST.
LEOMINSTER, MA 01453

Claim Number: 1257
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7271

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,945.78 |

---

LANGEN, WILLIAM F.
21 CHERRY ST.
LEOMINSTER, MA 01453

Claim Number: 1258
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,416.13 |

---

SUTCLIFFE, ANDREW J.
34300 LANTERN BAY DRIVE
UNIT 50
DANA POINT, CA 92629

Claim Number: 1259
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $256,701.28 |

---

PARKER, SUSAN M.
23 CASTLE DR.
GROTON, MA 01450

Claim Number: 1260
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $507.72 |
| UNSECURED | Claimed: | $35,967.12 |

---

BECKMAN, CHARLES A.
10510 KIRKGREEN DR.
HOUSTON, TX 77089

Claim Number: 1261
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | Scheduled: | $7,083.28 |
| UNSECURED | Claimed: | $61,811.00 | Scheduled: | $63,455.59 |

---

VAN LIEW, CATHERINE
8917 WEAVER CROSSING ROAD
APEX, NC 27502

Claim Number: 1262
Claim Date: 06/02/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $102,334.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BREUER & CO.
701 EDGEWATER DR STE 360
WAKEFIELD, MA 01880-6243

Claim Number: 1263
Claim Date: 06/02/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| UNSECURED | Claimed: | $9,752.00 | | |
|---|---|---|---|---|

KUMAR, RAVI
7967 FOLKESTONE DR
CUPERTINO, CA 95014

Claim Number: 1264
Claim Date: 06/02/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $40,365.78 | | |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BUTTERMORE, THOMAS N., JR.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1265
Claim Date: 06/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $110,885.11 | Scheduled: | $120,962.31 |

YOUNG, MASON
8000 HONG KONG PL
DULLES, VA 20189-8000

Claim Number: 1266
Claim Date: 06/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $31,138.98 | | |
|---|---|---|---|---|

RAMIREZ, MELISSA A.
11764 TWO TOWERS DR
EL PASO, TX 79936-2655

Claim Number: 1267
Claim Date: 06/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| UNSECURED | Claimed: | $15,915.00 | Scheduled: | $19,548.08 |
|---|---|---|---|---|

COLE, JANE A.
4  MCALLISTER  WAY
METHUEN, MA 01844-2275

Claim Number: 1268
Claim Date: 06/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $21,827.20 | | |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: ELEAD CORP, LLC
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1269
Claim Date: 06/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $75,000.00 | Scheduled: | $58,520.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HANSEN, MARK<br>1400 OUSLEY DRIVE<br>GILROY, CA 95020 | | Claim Number: 1270<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $80,555.00 | | |

---

| SEARS, RANDOLPH R.<br>4204 SCOTTSDALE ST<br>DURHAM, NC 27712 | | Claim Number: 1271<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,054.45 |
| UNSECURED | Claimed: | $96,888.87 | Scheduled: | $97,009.65 |

---

| GUNDUZHAN, EMRE<br>5212 ACACIA AVE<br>BETHESDA, MD 20814 | | Claim Number: 1272<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,339.00 | | |
| UNSECURED | Claimed: | $21,412.00 | Scheduled: | $34,759.96 |

---

| IZONGATE, INC.<br>PO BOX 240<br>113 FAIRFIELD WAY, SUITE 206<br>BLOOMINGDALE, IL 60108-0240 | | Claim Number: 1273<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $67,000.00 | Scheduled: | $67,000.00 |

---

| ALTERNATE COMMUNICATIONS INTERNATIONAL LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | | Claim Number: 1274<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $123,140.09 | | |

---

| STEARNS, MARGARET<br>15 NARTOFF RD<br>HOLLIS, NH 03049 | | Claim Number: 1275<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $67,171.31 | | |

---

| ASM SIP, L.P.<br>TRANSFEROR: OCKELMANN, GREGORY<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1276<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $36,861.92 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| STUKEL, MARK A.<br>14601 HOWE DR<br>LEAWOOD, KS 66224 | | Claim Number: 1277<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $37,203.92 |

---

| DAHL, STEVE A.<br>1508 EDELWEISS DR<br>ALLEN, TX 75002-4671 | | Claim Number: 1278<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $16,748.92 |

---

| SOLUTION SOURCES PROGRAMMING, INC.<br>1600 N 4TH ST<br>SAN JOSE, CA 95112 | | Claim Number: 1279<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|---|
| UNSECURED | Claimed: | $26,000.00 |

---

| WHITE, MITZI A.<br>2606 E ILLINOIS AVE<br>DALLAS, TX 75216 | | Claim Number: 1280<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,157.00 |

---

| AL-DAYAA, HANI<br>72 OLD STAGE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 1281<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $31,852.25 |

---

| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1282<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| UNSECURED | Claimed: | $14,872.50 |

---

| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1283<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| UNSECURED | Claimed: | $2,452.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1284<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $11,450.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1285<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $32,175.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1286<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $21,195.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1287<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $2,080.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1288<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $22,400.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1289<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $5,020.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1290<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $6,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1291<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $16,280.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1292<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $400.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1293<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $6,700.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1294<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $1,460.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1295<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $3,000.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1296<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $1,035.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1297<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $3,880.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MIAMI-DADE COUNTY TAX COLLECTOR<br>MIAMI-DADE COUNTY BANKRUPTCY UNIT<br>140 WEST FLAGLER STREET, SUITE 1403<br>MIAMI, FL 33130 | Claim Number: 1298<br>Claim Date: 06/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $267.01   UNLIQ |

---

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>CARSON L. OWEN, SENIOR TRIAL ATTORNEY<br>1407 UNION AVENUE, SUITE 901<br>MEMPHIS, TN 38104 | Claim Number: 1299<br>Claim Date: 06/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3086 (05/28/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ CONT |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

---

| SCOTT, JEFFREY<br>123 MOONLIGHT DR.<br>MURPHY, TX 75094 | Claim Number: 1300<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $40,573.74 |

---

| SCOTT, JEFFREY<br>123 MOONLIGHT DR.<br>MURPHY, TX 75094 | Claim Number: 1301<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $40,573.74 |

---

| RENBARGER, STEVEN<br>1421 SPENCER ST<br>GRINNELL, IA 50112 | Claim Number: 1302<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $35,343.23 |

---

| RENBARGER, STEVEN<br>1421 SPENCER ST<br>GRINNELL, IA 50112 | Claim Number: 1303<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $35,343.23 |

---

| KOEHLER JR., EDWIN<br>7319 FURNACE ROAD<br>ONTARIO, NY 14519 | Claim Number: 1304<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $76,054.79 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HOME INSURANCE COMPANY IN LIQUIDATION, THE - KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | Claim Number: 1305<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
|---|---|

UNSECURED          Claimed:               $0.00   UNDET

---

| TWO TOWNE SQUARE LLC<br>C/O JAFFE RAITT HEUER & WEISS, P.C.<br>ALICIA SCHEHR, ESQ.<br>27777 FRANKLIN ROAD, SUITE 2500<br>SOUTHFIELD, MI 48034 | Claim Number: 1306<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:               $1,254.43

---

| DIEP, KHANH<br>3088 GREENFIELD DR.<br>RICHARDSON, TX 75082 | Claim Number: 1307<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:               $39,846.15

---

| 3G AMERICAS LLC<br>CHRIS PEARSON<br>1750-112TH AVE. NE #B220<br>BELLEVUE, WA 98004 | Claim Number: 1308-01<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

UNSECURED          Claimed:               $8,035.72

---

| 3G AMERICAS LLC<br>CHRIS PEARSON<br>1750-112TH AVE. NE #B220<br>BELLEVUE, WA 98004 | Claim Number: 1308-02<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

UNSECURED          Claimed:               $618.13

---

| MOFFITT, GARY<br>630 CANYON COURT<br>WESTMINSTER, MD 21158 | Claim Number: 1309<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:               $35,495.16

---

| SHERALI, RAY<br>72 WISTERIA LANE<br>APEX, NC 27523 | Claim Number: 1310<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:               $149,748.43

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ANSELMO, LORENA
606 CANDLEWOOD TRAIL
MURPHY, TX 75094

Claim Number: 1311
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $35,251.50

---

SCHMIDT, JONATHAN E.
202 CLIFFSIDE
SAN ANTONIO, TX 78231

Claim Number: 1312
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $22,078.27

---

THOMPSON, DEANA G.
1536 POWELL STREET
NORRISTOWN, PA 19401

Claim Number: 1313
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY          Claimed:          $6,980.00
UNSECURED

---

ASM SIP, L.P.
TRANSFEROR: JOHNSON, ROBERT
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1314
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $21,850.00

---

KOEHLER JR., EDWIN C.
7319 FURNACE ROAD
ONTARIO, NY 14519

Claim Number: 1315
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $41,014.45

---

BILL, LAWRENCE M.
4816 ST SIMONS TER
WAXHAW, NC 28173-6823

Claim Number: 1316
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

PRIORITY          Claimed:          $62,979.24

---

ASM SIP, L.P.
TRANSFEROR: BRIDGEWATER, BENNYFER
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1317
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $15,708.64

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

STEDMAN, GARY H
1002 BELVEDERE CT.
ALLEN, TX 75013

Claim Number: 1318
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8634 (10/03/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $34,615.00 | | |
| SECURED | Claimed: | $34,615.00 | | |
| UNSECURED | | | Scheduled: | $35,771.21 |
| TOTAL | Claimed: | $34,615.00 | | |

---

DAHL, STEVE A.
1508 EDELWEISS DR
ALLEN, TX 75002-4671

Claim Number: 1319
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $16,748.92 |

---

PHILLIPS, DOUGLASS M
1004 DAWES STREET
CHAPEL HILL, NC 27516

Claim Number: 1320
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $296,353.80 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GOULD, CATHERINE B.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1321
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $70,529.06 |

---

PATENT ART, LLC
635 FRITZ DR., STE 110
COPPELL, TX 75019

Claim Number: 1322
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75.00 |

---

ASM CAPITAL IV, L.P.
TRANSFEROR: PEAVEY, WILLIAM L., JR.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1323
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $53,571.35 |

---

PEREZ, MARK J.
1239 CASA MARCIA PLACE
FREMONT, CA 94539-3635

Claim Number: 1324
Claim Date: 06/09/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,009.33 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 1325<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4398 (11/23/2010) | | |
| PRIORITY | Claimed: | $39,939.88 | | |
| YEH, RAE-LING<br>2143 CHANNEL ISLANDS DR.<br>ALLEN, TX 75013 | | Claim Number: 1326<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $17,707.43 | Scheduled: | $18,373.14 |
| BOLING, EDWARD<br>7312 MIDCREST CT<br>MCKINNEY, TX 75070 | | Claim Number: 1327<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $41,793.23 | | |
| BOVARNICK, ELLEN<br>120 MATTISON COVE NE<br>ATLANTA, GA 30319 | | Claim Number: 1328<br>Claim Date: 06/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $797,733.63 | | |
| PATTEN, STEPHANIE C.<br>158 ELAM CT.<br>NEW HILL, NC 27562 | | Claim Number: 1329<br>Claim Date: 06/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $23,082.34 | Scheduled: | $23,575.16 |
| HERR, CHRIS<br>3527 32ND WAY NW<br>OLYMPIA, WA 98502 | | Claim Number: 1330<br>Claim Date: 06/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $35,356.70 | | |
| DHONDT, LUC<br>GROENSTRAAT 11<br>9820 MERELBEKE,<br>BELGIUM | | Claim Number: 1331<br>Claim Date: 06/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $120,858.71 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PHAM, JOHN
1509 WEATHERED WOOD LN
GARLAND, TX 75040

Claim Number: 1332
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,000.00 |
|---|---|---|

---

CHANDRAMOULI, DEVAKI
2729 RASPBERRY ST
PLANO, TX 75074

Claim Number: 1333
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $25,425.00 |
|---|---|---|

---

COCA-COLA COMPANY, THE
ATTN: JOE JOHNSON, NAT 2008
P.O. BOX 1734
ATLANTA, GA 30313

Claim Number: 1334
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4401 (11/23/2010)

| UNSECURED | Claimed: | $90,200.00 |
|---|---|---|

---

TORNES, RANDY
4761 PAXTON LN
FRISCO, TX 75034

Claim Number: 1335
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $183,160.53 |
|---|---|---|

---

GLOBAL IP SOLUTIONS, INC.
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043-1351

Claim Number: 1336
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $411,928.30 |
|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: ONE BOSTON PLACE L.L.C
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1337
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6878 (11/28/2011)

| UNSECURED | Claimed: | $1,898,213.16 |
|---|---|---|

---

JONES, TINITA M.
102 BARRINGTON OVERLOOK DR.
DURHAM, NC 27703

Claim Number: 1338
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $19,279.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DONDERO, A. MICHAEL
213 WASHINGTON ST.
LEOMINSTER, MA 01453

Claim Number: 1339
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,439.71 |
| --- | --- | --- |

DONDERO, A. MICHAEL
213 WASHINGTON ST.
LEOMINSTER, MA 01453

Claim Number: 1340
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,665.98 |
| --- | --- | --- |

UNTIED STATES DEBT RECOVERY XI, LP
TRANSFEROR: FITZGERALD, LISA
940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1341
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $500,000.00 |
| --- | --- | --- |

JONES, TINITA M.
102 BARRINGTON OVERLOOK DR.
DURHAM, NC 27703

Claim Number: 1342
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $1,710.00 |
| --- | --- | --- |

VOLT DELTA RESOURCES, LLC
ATTN: COLLECTIONS
1600 STEWART AVENUE - SUITE 305
WESTBURY, NY 11590

Claim Number: 1343
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,681.50 | Scheduled: | $5,681.50 |
| --- | --- | --- | --- | --- |

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
PO BOX 161108
ATLANTA, GA 30321

Claim Number: 1344
Claim Date: 04/07/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| PRIORITY | Claimed: | $2,110.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $375.00 |

NYC DEPT. OF FINANCE
ATTN: BANKRUPTCY UNIT
AUDIT DIVISION
345 ADAMS ST, 5TH FL
BROOKLYN, NY 11201

Claim Number: 1345
Claim Date: 04/21/2009
Debtor: QTERA CORPORATION
Comments: WITHDRAWN
DOCKET: 3773 (08/11/2010)

| PRIORITY | Claimed: | $275,330.00 | UNLIQ |
| --- | --- | --- | --- |
| PRIORITY | Claimed: | $275,330.00 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1346<br>Claim Date: 04/21/2009<br>Debtor: XROS, INC.<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax |
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1347<br>Claim Date: 04/21/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax |
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1348<br>Claim Date: 04/21/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax |
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1349<br>Claim Date: 04/21/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
| PRIORITY | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1350<br>Claim Date: 04/21/2009<br>Debtor: CORETEK, INC.<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax |
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1351<br>Claim Date: 04/21/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax |
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1352<br>Claim Date: 04/21/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax |
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim Number: 1353<br>Claim Date: 06/09/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments:<br>California Payroll Tax |
|---|---|

| PRIORITY | Claimed: | $20,152.81 |
|---|---|---|
| UNSECURED | Claimed: | $2,447.60 |

| WEBEX COMMUNICATIONS<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 1354<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $25,619.57 |
|---|---|---|

| OPSWAT, INC.<br>640 2ND ST, 2ND FL<br>SAN FRANCISCO, CA 94107 | Claim Number: 1355<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,375.00 |
|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: CALIFORNIA SOFTWARE LABORATO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1356<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $992,155.46 |

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: ARCHIVES USA<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 1357<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012) |
|---|---|

| UNSECURED | Claimed: | $39,097.01 |
|---|---|---|

| UNISYS DE MEXICO S.A. DE C.V.<br>123 S BROAD ST STE 2100<br>PHILADELPHIA, PA 19109-1042 | Claim Number: 1358<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 937 (06/23/2009) |
|---|---|

| UNSECURED | Claimed: | $367,014.17 |
|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: CARLSON MARKETING CANADA LTD<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1359<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $617,237.04 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KASSNER, RONALD
17745 S. AUSTIN RD
MANTECA, CA 95336

Claim Number: 1360
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,888.07 | Scheduled: | $5,980.68 |

WONG, YOUNG
36 SEAONS LANE
LONDONDERRY, NH 03053

Claim Number: 1361
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $31,018.00 |
| UNSECURED | | |

DATTATREYA, MOHAN
1569 BLACKHAWK DR
SUNNYVALE, CA 94087

Claim Number: 1362
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $60,898.03 |

BISHOP, HUNTER L.
4668 MOUNTAIN CREEK DR
ROSWELL, GA 30075

Claim Number: 1363
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $18,300.00 |

DATTATREYA, MOHAN
1569 BLACKHAWK DR
SUNNYVALE, CA 94087

Claim Number: 1364
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $46,153.80 |

ITOH INTERNATIONAL PATENT OFFICE
TADAHIKO ITOH
32ND FL. YGPTOWER, 20-3 EBISU, 4-CHOME
SHIBUYA-KU
TOKYO, 150-6032
JAPAN

Claim Number: 1365
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,743.41 |

ITAAS, INC.
C/O SONJUI L. KUMAR
KUMAR PATHAK, LLC
1117 PERIMETER CENTER WEST, SUITE W311
ATLANTA, GA 30338

Claim Number: 1366
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,330.00 |
| UNSECURED | Claimed: | $125,990.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SHIELDS, BRIAN
1800 PARK RIDGE WAY
RALEIGH, NC 27614-9040

Claim Number: 1367
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $56,667.12 |
|---|---|---|

---

DAVIS, RAYMOND A.
15 SKYLARK COURT
NEW BRITAIN, CT 06053

Claim Number: 1368
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $106,500.00 |
|---|---|---|

---

MARKETSOURCE, INC.
ATTN: JESSICA SEARS
11700 GREAT OAKS WAY
ALPHARETTA, GA 30041

Claim Number: 1369
Claim Date: 06/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $1,966,984.39 |
|---|---|---|

---

BELDEN (CANADA) INC.
ATTN: TRACEY MEALING
130 WILLMOTT STREET
COBOURG, ON K9A 4M3
CANADA

Claim Number: 1370
Claim Date: 06/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 3531

| UNSECURED | Claimed: | $332,344.57 |
|---|---|---|

---

WEST COLONY OFFICE ASSOCIATES, LP
330 GARFIELD ST
SANTA FE, NM 87501

Claim Number: 1371
Claim Date: 06/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $31,230.03 |
|---|---|---|

---

BAILS, RICHARD
3317 CHANTILLY DR
PLANO, TX 75025

Claim Number: 1372
Claim Date: 06/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,000.00 |
| TOTAL | Claimed: | $31,000.00 |

---

C-MARK CORP
10515 MARKISON ROAD
DALLAS, TX 75238

Claim Number: 1373
Claim Date: 06/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $992,966.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GRASBY, ROBERT<br>3077 HILARY DR<br>SAN JOSE, CA 95124 | | Claim Number: 1374<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $27,136.30 |

| GRASBY, ROBERT<br>3077 HILARY DR<br>SAN JOSE, CA 95124 | | Claim Number: 1375<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $8,134.30 |

| GRASBY, ROBERT<br>3077 HILARY DR<br>SAN JOSE, CA 95124 | | Claim Number: 1376<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $50,486.14 |

| GRASBY, ROBERT<br>3077 HILARY DR<br>SAN JOSE, CA 95124 | | Claim Number: 1377<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $3,447.30 |

| ASM CAPITAL III, L.P.<br>TRANSFEROR: MERCURY COMPUTER SYSTEMS INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1378<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $184,800.00 |

| GERBEC, FRANK<br>260 GUELPH ST.<br>POB 74062<br>GEORGETOWN, ON L7G 5L1<br>CANADA | | Claim Number: 1379<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6097 |
|---|---|---|
| PRIORITY | Claimed: | $45,856.00 |
| UNSECURED | Claimed: | $11,743.00 |

| DICKSON, DAVID E.<br>19 COUNTRY LANE<br>ARUNDEL, ME 04046 | | Claim Number: 1380<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $33,653.84 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BROADCOM CORPORATION<br>5300 CALIFORNIA AVENUE<br>IRVINE, CA 92617 | Claim Number: 1381<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $39,376.92 |
|---|---|---|

| HAWKINS, SHERMAN V.<br>1045 PINE GROVE PTE. DR.<br>ROSWELL, GA 30075-2704 | Claim Number: 1382<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $22,998.57 |
|---|---|---|

| HAWKINS, SHERMAN V.<br>1045 PINE GROVE PTE. DR.<br>ROSWELL, GA 30075-2704 | Claim Number: 1383<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $205,948.45 |
|---|---|---|

| HAWKINS, SHERMAN V.<br>1045 PINE GROVE PTE. DR.<br>ROSWELL, GA 30075-2704 | Claim Number: 1384<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $579,412.68 |
|---|---|---|

| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON K0B 1R0<br>CANADA | Claim Number: 1385<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $43,497.72 |
|---|---|---|

| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON K0B 1R0<br>CANADA | Claim Number: 1386<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $43,497.72 |
|---|---|---|

| AON CONSULTING<br>WILLIAM GRUBBS<br>1100 REYNOLDS BLVD.<br>WINSTON SALEM, NC 27105 | Claim Number: 1387<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $8,390.00 | Scheduled: | $1,000.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CONRAD, LARRY G.<br>7704 TYLERTON DR.<br>RALEIGH, NC 27613 | | Claim Number: 1388<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,788.00 | | |
| JOHNSON, RONNIE<br>568 CRANBORN CT.<br>PICKERINGTON, OH 43147 | | Claim Number: 1389<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,880.00 | | |
| LAGIOS, GREGORY S.<br>22 DEER RUN DRIVE<br>FREEDOM, NH 03836 | | Claim Number: 1390<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $35,118.05 | | |
| BURWELL, SCOTT A.<br>8633 BAYBRIDGE WYND<br>RALEIGH, NC 27613 | | Claim Number: 1391<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $73,256.83 | | |
| TRC MASTER FUND LLC<br>TRANSFEROR: TELENET MARKETING SOLUTIONS<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | | Claim Number: 1392<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $73,050.00 | Scheduled: | $73,050.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: PITNEY BOWES MGMT SERVICES<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1393<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $137,646.80 | Scheduled: | $56,045.37 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BLATTER, KEVIN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1394<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $22,979.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR<br>WHITSETT, NC 27377-9317 | | Claim Number: 1395<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $96,400.69 |

| HARDEN, JAMES E., III<br>1460 CHINOOK COURT<br>LILBURN, GA 30047-7437 | | Claim Number: 1396<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $105,699.55 |
| TOTAL | Claimed: | $105,669.55 |

| BLISS, RALPH F.<br>249 ASTLE STREET<br>TEWKSBURY, MA 01876 | | Claim Number: 1397<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $2,057.90 |
| UNSECURED | Claimed: | $28,810.60 |

| ELIE, DENNIS<br>8201 BUCKELL LAKE ROAD<br>HOLLY, MI 48442 | | Claim Number: 1398<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $59,630.40 |

| LLOYD, MARK W.<br>291 FIRE TOWER DR<br>ROUGEMONT, NC 27572-6890 | | Claim Number: 1399<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $59,400.00 |

| VASILE, VINCENT<br>3358 GLADE CREEK BLVD. NE<br>APARTMENT #5<br>ROANOKE, VA 24012 | | Claim Number: 1400<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $22,220.00 |

| FOSTER, LINWOOD<br>7575 FRANKFORD RD. # 623<br>DALLAS, TX 75252 | | Claim Number: 1401<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $14,309.81 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MCCOY, STACY E.<br>8329 COTTAGE HILL COURT<br>GAITHERSBURG, CT 20877 | Claim Number: 1402<br>Claim Date: 06/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $10,071.42 | | |

---

| MCDUFFIE, WILLIAM I.<br>480 PANORAMA PARK PLACE<br>CARY, NC 27519 | Claim Number: 1403<br>Claim Date: 06/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $55,171.71 | | |

---

| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 1404<br>Claim Date: 06/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,844.75 | Scheduled: | $9,549.75 |

---

| ROLLAND, CHESTER M.<br>3121 KINGSTON DR<br>RICHARDSON, TX 75082 | Claim Number: 1405<br>Claim Date: 06/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,256.95 | | |

---

| ELLERMAN, MARK<br>505 QUAIL CREEK BLVD<br>WYLIE, TX 75098 | Claim Number: 1406<br>Claim Date: 06/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $33,750.00 | | |

---

| SANKARAN, HARISH<br>26023 JUNIPER STONE LN<br>KATY, TX 77494-2615 | Claim Number: 1407<br>Claim Date: 06/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,533.77 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CARLIN SYSTEMS, INC.<br>31 FLOYDS RUN<br>BOHEMIA, NY 11716 | | Claim Number: 1408<br>Claim Date: 06/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
| UNSECURED | Claimed: | $78,960.00 |
| COUNTY OF SANTA CLARA<br>TAX COLLECTOR - TAX COLLECTIONS DIVISION<br>COUNTY GOVT CENTER, EAST WING<br>70 WEST HEDDING STREET<br>SAN JOSE, CA 95110 | | Claim Number: 1409<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4808 (02/03/2011) |
| PRIORITY | Claimed: | $449,059.96 |
| KETSLER, RITA<br>7617 WAASLAND DR<br>PLANO, TX 75025 | | Claim Number: 1410<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,723.00 |
| SHEFFIELD, BEVERLY<br>1417 FORESTGLEN DR<br>LEWISVILLE, TX 75067 | | Claim Number: 1411<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $49,132.73 |
| TROSCLAIR, TERRY<br>2507 SAGE RIDGE DRIVE<br>FRISCO, TX 75034 | | Claim Number: 1412<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $23,920.00 |
| GARVEY, HOWARD<br>213 BAYLEAF DR<br>RALEIGH, NC 27615 | | Claim Number: 1413<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>"22,410 annually" |
| UNSECURED | Claimed: | $0.00    UNLIQ |
| BUSCH, JAMES D.<br>3713 MULBERRY LANE<br>BEDFORD, TX 76021 | | Claim Number: 1414<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| PRIORITY | Claimed: | $99,035.96 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PONTIFF, MARY | | Claim Number: 1415 | | |
| 509 OAKWOOD DR | | Claim Date: 06/25/2009 | | |
| ALLEN, TX 75013 | | Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $83,336.25 | | |

---

| I&G DIRECT REAL ESTATE 18, LP | | Claim Number: 1416 | | |
| ROBERT L. STRILER, ESQ. | | Claim Date: 06/26/2009 | | |
| MCCARTHY, LEONARD & KAEMMERER, LC | | Debtor: NORTEL NETWORKS INC. | | |
| 400 S. WOODS MILL RD, SUITE 250 | | Comments: ALLOWED | | |
| CHESTERFIELD, MO 63017 | | | | |

| ADMINISTRATIVE | Claimed: | $0.00 | UNDET | |
| PRIORITY | Claimed: | $155,928.50 | UNDET | |
| UNSECURED | | | | |

---

| TRAN, HON | | Claim Number: 1417 | | |
| 402 OAK ISLAND DR | | Claim Date: 06/26/2009 | | |
| CARY, NC 27513 | | Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $32,180.76 | | |

---

| ZHANG, LI | | Claim Number: 1418 | | |
| 2524 CIMA HILL DR | | Claim Date: 06/26/2009 | | |
| PLANO, TX 75025 | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: ALLOWED | | |
| | | DOCKET: 7408 (03/20/2012) | | |

| PRIORITY | Claimed: | $34,744.92 | | |
| UNSECURED | | | Scheduled: | $33,700.50 |

---

| CLINE, GLENN B. | | Claim Number: 1419 | | |
| 602 CHAFFEE DR | | Claim Date: 06/26/2009 | | |
| ARLINGTON, TX 76006 | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 2320 (01/21/2010) | | |

| UNSECURED | Claimed: | $36,501.58 | | |

---

| NGUYEN, ANH DONG | | Claim Number: 1420 | | |
| 3808 MARCHWOOD DR | | Claim Date: 06/26/2009 | | |
| RICHARDSON, TX 75082 | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: | | |
| | | Claim out of balance | | |

| PRIORITY | Claimed: | $15,112.20 | | |
| UNSECURED | Claimed: | $56,602.20 | | |
| TOTAL | Claimed: | $56,602.20 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CRAMER, CARL<br>106 PITCHSTONE CV<br>GEORGETOWN, TX 78628-6939 | | Claim Number: 1421<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $72,820.36 | | |

---

| SHIELDS, BRIAN<br>1800 PARK RIDGE WAY<br>RALEIGH, NC 27614-9040 | | Claim Number: 1422<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $56,667.12 | | |

---

| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE<br>WATERBURY, CT 06704 | | Claim Number: 1423<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,223.10 | | |

---

| OVERSEAS PATENT AGENCY, INC.<br>2067 15 MILE RD<br>STERLING HEIGHTS, MI 48310 | | Claim Number: 1424<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,285.00 | | |

---

| BLASIAK, MARK<br>115 WOODCREST PL<br>VENETIA, PA 15367 | | Claim Number: 1425<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,107.69 | | |

---

| PEARSON, CLARK<br>2308 GLASGOW DR<br>CERES, CA 95307 | | Claim Number: 1426<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,304.08 | Scheduled: | $7,862.20 |

---

| SZASZ, DAVID<br>14 LAURIE LN.<br>DEDHAM, MA 02026 | | Claim Number: 1427<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $5,576.92 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: GRAY, MICHAEL S.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1428
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7842

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $24,316.43 |

---

LOS ANGELES COUNTY TREASURER & TAX
COLLECTOR
ATTN: B SANDOZ
PO BOX 54110
LOS ANGELES, CA 90054-0110

Claim Number: 1429
Claim Date: 06/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

---

STATE OF HAWAII, DEPARTMENT OF TAXATION
HAWAII STATE TAX COLLECTOR
ATTN: BANKRUPTCY UNIT (EL)
PO BOX 259
HONOLULU, HI 96809

Claim Number: 1430
Claim Date: 06/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4176 (10/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

---

MERRILL, ALBERT III (DECEASED)
JOANNE MERRILL
316 PONFIELD RD W
FOREST HILL, MD 20150

Claim Number: 1431
Claim Date: 06/22/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,787.81 |

---

BELL MICROPRODUCTS, INC.
ROBERT S. MCWHORTER, ESQ.
NOSSAMAN LLP
915 L STREET, SUITE 1000
SACRAMENTO, CA 95814

Claim Number: 1432
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $61,290.00 |
| UNSECURED | Claimed: | $528,809.98 |

---

BELL MICROPRODUCTS, INC.
ROBERT S. MCWHORTER, ESQ.
NOSSAMAN LLP
915 L STREET, SUITE 1000
SACRAMENTO, CA 95814

Claim Number: 1433
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $61,290.00 |

---

DELTA ENERGY SYSTEMS (SWEDEN) AB
BOX 3096
VAXJO, SE-350 33
SWEDEN

Claim Number: 1434
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,136.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SLATTERY, STEVE<br>507 LAREDO CIRCLE<br>ALLEN, TX 75013 | | Claim Number: 1435<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $905,839.41 | | |
| SYBASE INC.<br>561 VIRGINIA ROAD<br>CONCORD, MA 01742 | | Claim Number: 1436<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $42,144.39 | | |
| HENDERSON, NEAL<br>312 BURGWIN WRIGHT WAY<br>CARY, NC 27519 | | Claim Number: 1437<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $108,782.26 | | |
| UNSECURED | Claimed: | $119,007.99 | | |
| DANFORTH, JEFFREY<br>25132 FORTITUDE TER<br>CHANTILLY, VA 02152-6052 | | Claim Number: 1438<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $48,719.27 | Scheduled: | $38,848.23 |
| PALANIVELU, VENKATASUBRAMANIAM<br>3848 KIMBROUGH LN<br>PLANO, TX 75025-3868 | | Claim Number: 1439<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,888.00 | | |
| TOTAL | Claimed: | $47,838.00 | | |
| ONE CAPITAL MALL INVESTORS, L.P.<br>HEFNER, STARK & MAROIS, LLP<br>ATTN: THOMAS P. GRIFFIN, JR.<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA 95833 | | Claim Number: 1440<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7872 | | |
| PRIORITY | Claimed: | $7,747.43 | | |
| UNSECURED | Claimed: | $27,234.21 | | |
| BRISTOL, SHARMILA<br>104 HORNE CREEK COURT<br>CARY, NC 27519 | | Claim Number: 1441<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $41,952.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MCNULTY, KEITH J
1425 GREY ROCK WAY
SUWANEE, GA 30024

Claim Number: 1442
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $104,615.00 |
|---|---|---|

TULLO, JOHN A
3520 MOONLIGHT DRIVE
CHAPEL HILL, NC 27516

Claim Number: 1443
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6018

| UNSECURED | Claimed: | $75,426.00 |
|---|---|---|

VEGA, MARIA A
549 NW 130 WAY
PEMBROKE PINES, FL 33028

Claim Number: 1444
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $12,983.26 |
|---|---|---|

O'CONNELL, DAVID
PO BOX 461263
GARLAND, TX 75046-1263

Claim Number: 1445
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $19,200.00   UNLIQ |
|---|---|---|

SAJDAK, CHRISTOPHER
1405 STILLFOREST DR
ALLEN, TX 75002

Claim Number: 1446
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,542.32 |
|---|---|---|

WOODS, CRAIG
3700 LEGACY DR.
APT. 20105
FRISCO, TX 75034

Claim Number: 1447
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $12,614.41 |

WORSLEY, SHIRLEY E
PO BOX 1495 509 SIMCOE ST
NIAGARA ON THE LAKE, ON L0S1J-0
CANADA

Claim Number: 1448
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments:
"32,927.64 per annum"

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CARRILLO, OMAR<br>1430 COMANCHE DR<br>ALLEN, TX 75013 | | Claim Number: 1449<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,000.00 |
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 1450<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $19,974.40 |
| STEINMAN, JEFFREY<br>2721 HALIFAX CT<br>MCKINNEY, TX 75070 | | Claim Number: 1451<br>Claim Date: 06/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| PRIORITY | Claimed: | $90,804.45 |
| BABB, LISA I<br>8425 CATSKILL CT<br>PLANO, TX 75025-4212 | | Claim Number: 1452<br>Claim Date: 06/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $37,173.46 |
| HOFFMAN, WILLIAM A JR<br>340 ROCK RIDGE PL<br>ESCONDIDO, CA 92027 | | Claim Number: 1453<br>Claim Date: 06/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $26,608.40 |
| THOMPSON, GEOFFREY O<br>158 PASEO CT<br>MOUNTAIN VIEW, CA 94043-5286 | | Claim Number: 1454<br>Claim Date: 07/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $40,425.00 |
| WONG, CHO LUN<br>FLAT A1 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | | Claim Number: 1455<br>Claim Date: 07/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $114,152.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DATA-COM TELECOMMUNICATIONS
354 ROUTE 206 SOUTH
FLANDERS, NJ 07836

Claim Number: 1456
Claim Date: 07/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $9,687.50 |

---

MAUNG, ZAW
4012 DUCLAIR DRIVE
MCKINNEY, TX 75070

Claim Number: 1457
Claim Date: 07/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | | $17,271.92 |

---

ADVERTISING CHECKING BUREAU, INC., THE
2 PARK AVENUE, 18TH FLOOR
NEW YORK, NY 10016

Claim Number: 1458
Claim Date: 07/02/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 6766 (11/14/2011)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $79,717.75 |

---

KOOP, JERRY
10209 SAULS RD
RALEIGH, NC 27603

Claim Number: 1459
Claim Date: 07/02/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $53,692.80 |

---

MILLER, ROBERT ANDREW
23611 N VALLEY RD
LAKE ZURICH, IL 60047

Claim Number: 1460
Claim Date: 07/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,950.00 |
| UNSECURED | | $24,050.00 |

---

WELLSPRING CAPITAL L.P.
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: PAUL YACOUBIAN
1790 KIRBY PARKWAY, SUITE 127
MEMPHIS, TN 38138

Claim Number: 1461
Claim Date: 06/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7409 (03/20/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,930,797.31 |

---

MARBLEGATE SPECIAL OPP. MASTER FUND LP
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: MARK E. ZOLDAN
80 FIELD POINT ROAD
GREENWICH, CT 06830

Claim Number: 1461-03
Claim Date: 06/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7409 (03/20/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $3,013,316.44 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KONET CORP.
PO BOX 366243
SAN JUAN, PR 00936

Claim Number: 1462
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $33,415.20 |
|---|---|---|

NEI
3501 E. PLANO PARKWAY
PLANO, TX 75074

Claim Number: 1463
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,765.00 |
|---|---|---|

BLAND, JUDY D.
C/O LEON A. LUCAS, P.A.
209 WEST SECOND STREET
PO BOX 910
KENLY, NC 27542

Claim Number: 1464
Claim Date: 07/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $107,000.00 |
|---|---|---|

DALEY, JANE E.
7717 E. SOARING EAGLE WAY
SCOTTSDALE, AZ 85266

Claim Number: 1465
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,911.01 |
|---|---|---|

PROGRESS SOFTWARE CORPORATION
FKA: IONA CORPORATION
14 OAK PARK DR
BEDFORD, MA 01730-1485

Claim Number: 1466
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $191,600.00 |
|---|---|---|

PROGRESS SOFTWARE CORPORATION
FKA: IONA CORPORATION
14 OAK PARK DR
BEDFORD, MA 01730-1485

Claim Number: 1467
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $61,128.47 |
|---|---|---|

PROVOST, CURTIS M.
3608 MCCREARY ROAD
PARKER, TX 75002-6906

Claim Number: 1468
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $38,038.46 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SCHAUER, SCOTT<br>1337 FOUR WINDS DRIVE<br>RALEIGH, NC 27615 | Claim Number: 1469<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $6,127.99 |
|---|---|---|

| SCHAUER, SCOTT<br>1337 FOUR WINDS DRIVE<br>RALEIGH, NC 27615 | Claim Number: 1470<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $91,323.14 |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GIGLIOTTI, THOMAS A.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1471<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 71 |
|---|---|

| PRIORITY | Claimed: | $44,127.53 |
|---|---|---|

| WB CLAIMS HOLDING - NORTEL, LLC<br>TRANSFEROR: UNITED STATES DEBT RECOVERY<br>C/O WHITEBOX ADVISORS, LLC<br>3033 EXCELSIOR BLVD., SUITE 300<br>MINNEAPOLIS, MN 55416-4675 | Claim Number: 1472<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7340 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $3,037,028.59 |
|---|---|---|

| WELLSPRING CAPITAL L.P.<br>TRANSFEROR: CRT SPECIAL INVESTMENTS LLC<br>ATTN: PAUL YACOUBIAN<br>1790 KIRBY PARKWAY, SUITE 127<br>MEMPHIS, TN 38138 | Claim Number: 1472-01<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7430 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $204,771.22 |
|---|---|---|

| WB CLAIMS HOLDING - NORTEL, LLC<br>TRANSFEROR: UNITED STATES DEBT RECOVERY<br>C/O WHITEBOX ADVISORS, LLC<br>3033 EXCELSIOR BLVD., SUITE 300<br>MINNEAPOLIS, MN 55416-4675 | Claim Number: 1472-03<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7430 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $282,661.82 |
|---|---|---|

| BOLAND, TERRY<br>4811 SUNFLOWER DRIVE<br>MCKINNEY, TX 75070 | Claim Number: 1473<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $63,461.53 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ILX GROUP PLC<br>GEORGE HOUSE, PRINCES COURT<br>BEAM HEATH WAY, NANTWICH<br>CHESHIRE, CW5 6GD<br>UNITED KINGDOM | | Claim Number: 1474<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $6,395.99 | | |
| SMITH, ROBERT PAUL<br>3408 STALLION CT<br>RALEIGH, NC 27613 | | Claim Number: 1475<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $89,939.20 | | |
| ENGWER, DARWIN<br>5417 NW 150TH PL<br>PORTLAND, OR 97229 | | Claim Number: 1476<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $45,654.30 | | |
| KEELAN, WILLIAM M.<br>3105 BUCKINGHAM ROAD<br>DURHAM, NC 27707 | | Claim Number: 1477<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $5,671.24 |
| UNSECURED | Claimed: | $73,771.88 | Scheduled: | $71,691.43 |
| BROUWER, LINDA<br>1220 VIENNA DR. #487<br>SUNNYVALE, CA 94089 | | Claim Number: 1478<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,784.24 | | |
| ITAAS, INC.<br>C/O SONJUI L. KUMAR<br>KUMAR PATHAK, LLC<br>1117 PERIMETER CENTER WEST, SUITE W311<br>ATLANTA, GA 30338 | | Claim Number: 1479<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| PRIORITY | Claimed: | $18,330.00 | | |
| CHEPREGI, TERRI A.<br>1906 TIMBERCREEK DRIVE<br>GARLAND, TX 75042 | | Claim Number: 1480<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,455.77 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LOCKWOOD, MICHAEL D
SJO #116338
PO BOX 025331
MIAMI, FL 33102-5331

Claim Number: 1481
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $243,147.97 |
| --- | --- | --- |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LYNCH, MICHAEL J.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1482
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $48,623.20 |
| --- | --- | --- |

---

GUREVITCH, MORRIS
17890 ABERDEEN WAY
BOCA RATON, FL 33496

Claim Number: 1483
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $199,687.02 |
| --- | --- | --- |

---

DALEY, JANE E.
7717 E. SOARING EAGLE WAY
SCOTTSDALE, AZ 85266

Claim Number: 1484
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $41,420.82 |
| --- | --- | --- |

---

ARNOLD, JEFFREY J.
20903 W 48TH ST
SHAWNEE, KS 66218-9480

Claim Number: 1485
Claim Date: 07/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $67,307.70 |
| --- | --- | --- |

---

KALSI, VISHAL
4387 LAIRD CIRCLE
SANTA CLARA, CA 95054

Claim Number: 1486
Claim Date: 07/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $25,143.90 |
| --- | --- | --- |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CALIFORNIA STATE TEACHERS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1487
Claim Date: 07/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $103,656.34 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DUKE REALTY OHIO | Claim Number: 1488 |
| C/O DUKE REALTY CORPORATION | Claim Date: 07/08/2009 |
| ATTN: LISA STARCEVICH | Debtor: NORTEL NETWORKS INC. |
| 6133 N. RIVER ROAD, SUITE 200 | Comments: ALLOWED |
| ROSEMONT, IL 60018 | |

| UNSECURED | Claimed: | $56,422.44 |

---

| UNITED STATES DEBT RECOVERY V, LP | Claim Number: 1489 |
| TRANSFEROR: CORRE OPPORTUNITIES FUND, LP | Claim Date: 07/08/2009 |
| 940 SOUTHWOOD BL, SUITE 101 | Debtor: NORTEL NETWORKS INC. |
| INCLINE VILLAGE, NV 89451 | Comments: ALLOWED |
| | DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $52,969.67 |

---

| DUKE REALTY OHIO | Claim Number: 1490 |
| C/O DUKE REALTY CORPORATION | Claim Date: 07/08/2009 |
| ATTN: LISA STARCEVICH | Debtor: NORTEL NETWORKS INC. |
| 6133 N. RIVER ROAD, SUITE 200 | Comments: EXPUNGED |
| ROSEMONT, IL 60018 | |

| UNSECURED | Claimed: | $52,415.34 |

---

| CRT SPECIAL INVESTMENTS LLC | Claim Number: 1491 |
| TRANSFEROR: STANDEL, RICHARD R., JR. | Claim Date: 05/19/2009 |
| JOSEPH E. SARACHEK | Debtor: NORTEL NETWORKS INC. |
| 262 HARBOR DRIVE | Comments: POSSIBLY AMENDED BY 3821 |
| STAMFORD, CT 06902 | |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PROGRESS SOFTWARE CORPORATION | Claim Number: 1492 |
| 14 OAK PARK | Claim Date: 05/20/2009 |
| BEDFORD, MA 01730 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 7354 (03/08/2012) |

| UNSECURED | Claimed: | $60,000.00 |

---

| VAUGHN, DON | Claim Number: 1493 |
| 3825 RIDGETOP LANE | Claim Date: 07/09/2009 |
| PLANO, TX 75074 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $51,100.00 |

---

| VAUGHN, DON | Claim Number: 1494 |
| 3825 RIDGETOP LANE | Claim Date: 07/09/2009 |
| PLANO, TX 75074 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $7,407.75 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

VAUGHN, DON
3825 RIDGETOP LANE
PLANO, TX 75074

Claim Number: 1495
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $26,456.04 |

---

VAUGHN, DON
3825 RIDGETOP LANE
PLANO, TX 75074

Claim Number: 1496
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $97,005.32 |

---

VAUGHN, DON
3825 RIDGETOP LANE
PLANO, TX 75074

Claim Number: 1497
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $21,142.59 |

---

VAUGHN, DON
3825 RIDGETOP LANE
PLANO, TX 75074

Claim Number: 1498
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $31,695.46 |

---

VAUGHN, DON
3825 RIDGETOP LANE
PLANO, TX 75074

Claim Number: 1499
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $530,465.01 |

---

VAUGHN, DON
3825 RIDGETOP LANE
PLANO, TX 75074

Claim Number: 1500
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $75,600.00 |

---

VAUGHN, DON
3825 RIDGETOP LANE
PLANO, TX 75074

Claim Number: 1501
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,520.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1502<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,525.60 | |

| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1503<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $50,000.00 | |

| BAGLEY, JAMES<br>41 BRENTON ST.<br>REVERE, MA 02151 | | Claim Number: 1504<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | |
|---|---|---|---|
| UNSECURED | Claimed: | $15,843.00 | |

| ROVIRA, ALBA<br>10553 MENDOCINO LN<br>BOCA RATON, FL 33428-1209 | | Claim Number: 1505<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,272.00 | |

| ROVIRA, ALBA<br>1604 SE SHELBURNIE WAY<br>PORT ST LUCIE, FL 34952-6054 | | Claim Number: 1506<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $20,272.00 | |

| GATEWAY ASSOCIATES, LTD.<br>C/O THE BOYER COMPANY<br>90 SOUTH 400 WEST, SUITE 200<br>SALT LAKE CITY, UT 84101 | | Claim Number: 1507<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | |
|---|---|---|---|
| UNSECURED | Claimed: | $51,101.82 | |

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: JOHNSON, STEVEN M.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1508<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | |
|---|---|---|---|
| UNSECURED | Claimed: | $63,450.00 | Scheduled: $67,222.63 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| OWENS, RICHARD N.<br>213 LECKFORD WAY<br>CARY, NC 27513 | | Claim Number: 1509<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $60,230.74 | Scheduled: | $65,720.71 |
| COUNTY OF FAIRFAX<br>OFFICE OF THE COUNTY ATTORNEY<br>12000 GOVERNMENT CENTER PARKWAY<br>SUITE 549<br>FAIRFAX, VA 22035 | | Claim Number: 1510<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>Claim out of balance | | |
| PRIORITY | Claimed: | $15,113.05 | | |
| SECURED | Claimed: | $15,113.05 | | |
| TOTAL | Claimed: | $15,113.05 | | |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 1511<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| PRIORITY | Claimed: | $239.34 | | |
| USAA STRATUM EXEC. CENTER JOINT VENTURE<br>STEVE A PEIRCE, FULBRIGHT & JAWORSKI LLP<br>300 CONVENT STREET, SUITE 2200<br>SAN ANTONIO, TX 78205-3792 | | Claim Number: 1512<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4053 (09/30/2010) | | |
| SECURED | Claimed: | $5,221.60 | | |
| UNSECURED | Claimed: | $30,082.81 | | |
| TURNER, BRAD<br>1793 BALTIMORE DR<br>ALLEN, TX 75002-2679 | | Claim Number: 1513<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $70,312.50 | | |
| PATTERSON, CARROL<br>2616 ALEXA CT<br>PLANO, TX 75075 | | Claim Number: 1514<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $49,091.52 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

JOHNSON, GLENDA F.
1103 DOVE BROOK DRIVE
ALLEN, TX 75002

Claim Number: 1515
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $43,151.50 |
|---|---|---|

CARR, STEVEN M.
37 BRAMS HILL DR.
MAHWAH, NJ 07430

Claim Number: 1516
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8242

| UNSECURED | Claimed: | $43,160.76 |
|---|---|---|

JONES, ANN J.
PO BOX 294
BIG ISLAND, VA 24526

Claim Number: 1517
Claim Date: 07/02/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $30,000.00 |
|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: WELLS FARGO BANK, N.A.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1518
Claim Date: 07/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5624 (06/07/2011)

| UNSECURED | Claimed: | $380,121.95 |
|---|---|---|

NAKKALA, VENKATESH
1415 FAIRFAX WOODS DR
APEX, NC 27502

Claim Number: 1519
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,718.90 |
|---|---|---|

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: TARDIFF, THOMAS D.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 1520
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,832.84 |
|---|---|---|

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: TARDIFF, THOMAS D.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 1521
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $61,455.25 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| IBISKA TELECOM, LTD.<br>7997 S PONTIAC WAY<br>CENTENNIAL, CO 80112 | | Claim Number: 1522<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $51,191.61 | | |

| | | | | |
|---|---|---|---|---|
| SERAFINI, EDUARDO ACOSTA<br>60 TADMUCK RD<br>WESTFORD, MA 01886 | | Claim Number: 1523<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $16,276.68 | | |

| | | | | |
|---|---|---|---|---|
| GROTH, LOUISE<br>1127 LINCOLN COURT<br>SAN JOSE, CA 95125 | | Claim Number: 1524<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $20,764.00 | Scheduled: | $31,603.20 |

| | | | | |
|---|---|---|---|---|
| NUI SOLUTIONS<br>18N269 NORTHWIND LANE<br>DUNDEE, IL 60118 | | Claim Number: 1525<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $42,060.31 | Scheduled: | $42,060.31 |

| | | | | |
|---|---|---|---|---|
| NUI SOLUTIONS<br>18N269 NORTHWIND LANE<br>DUNDEE, IL 60118 | | Claim Number: 1526<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $42,060.31 | | |

| | | | | |
|---|---|---|---|---|
| DUBAY, MARY LOUISE<br>2428 MCCARRAN DRIVE<br>PLANO, TX 75025 | | Claim Number: 1527<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8277 | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $163,851.00 | | |

| | | | | |
|---|---|---|---|---|
| CITY AND COUNTY OF DENVER/ TREASURY<br>ATTN: KAREN KATROS, BANKRUPTCY ANALYST<br>MCNICHOLS CIVIC CENTER BUILDING<br>144 W COLFAX AVE, ROOM 384<br>DENVER, CO 80202-5391 | | Claim Number: 1528<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5109 (03/14/2011) | | |
| PRIORITY | Claimed: | $67,296.30 | | |
| SECURED | Claimed: | $48,050.08 | | |
| TOTAL | Claimed: | $67,296.30 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FOSTER, SANDRA L.
1641 NICOLE LN
GARLAND, TX 75040

Claim Number: 1529
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $25,529.78

---

ANDERSON, JOHN P., JR.
107 DEERWOOD CT
CHAPEL HILL, NC 27517

Claim Number: 1530
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $28,167.36

---

NANCE, JIM
1204 DAME SUSAN LANE
LEWISVILLE, TX 75056

Claim Number: 1531
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

UNSECURED          Claimed:          $29,368.24

---

HENDERSON, NEAL
312 BURGWIN WRIGHT WAY
CARY, NC 27519

Claim Number: 1532
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $119,007.99

---

PAGE, BRIAN E
1108 REDFIELD RIDGE
DUNWOODY, GA 30338

Claim Number: 1533
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $40,115.47

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KING, DONALD
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1534
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $51,797.31

---

BANDOPADHAY, ANU
16 LAKESIDE TERRACE
WESTFORD, MA 01886

Claim Number: 1535
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $36,891.33

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WERKOFF, DIDIER<br>5301 MISSION ST., APT. #4<br>SAN FRANCISCO, CA 94112 | | Claim Number: 1536<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $84,487.13 |

---

| PAVLIS, PETER J.<br>101 CRANBORN PLACE<br>HILLSBOROUGH, NC 27278 | | Claim Number: 1537<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $41,062.87 |

---

| WEST, KENNETH LEON<br>9025 MEADOWKNOLL DR<br>DALLAS, TX 75243 | | Claim Number: 1538<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $36,000.00 |

---

| JAUCH, THOMAS E.<br>7014 CREEKVIEW DR<br>PENDLETON, NY 14094 | | Claim Number: 1539<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| DESHPANDE, VYENKATESH<br>3220 FOXBORO PLACE<br>SAN JOSE, CA 95135 | | Claim Number: 1540<br>Claim Date: 07/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $41,617.00 |

---

| DIETZ, JEFFREY  B.<br>10 ORCHARD PARK DRIVE<br>READING, MA 01867 | | Claim Number: 1541<br>Claim Date: 07/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,653.50 |

---

| LEUTERITZ, MARK<br>14 BUCKTHORN<br>IRVINE, CA 92604 | | Claim Number: 1542<br>Claim Date: 07/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $41,104.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

RIGHT MANAGEMENT INC
ATTN: HENRY J JAFFE & JAMES C CARIGNAN
PEPPER HAMILTON LLP
1313 N MARKET ST, STE 5100 PO BOX 1709
WILMINGTON, DE 19899-1709

Claim Number: 1543
Claim Date: 07/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,376,654.00 | | |

---

MALONE-WILLIAMSON, CONNIE C
197 HILL COUNTY RD 4141
ITASCA, TX 76055

Claim Number: 1544
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,643.02 |
| UNSECURED | Claimed: | $46,300.36 | Scheduled: | $27,124.18 |

---

KOLISCH HARTWELL, P.C.
520 SW YAMHILL STREET, SUITE 200
PORTLAND, OR 97204

Claim Number: 1545
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,413.49 | | |

---

MICKENS, DELBERT J.
1985 SHILOH DR.
CASTLE ROCK, CO 80104

Claim Number: 1546
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $95,252.94 | | |

---

CONRAD, LARRY G.
7704 TYLERTON DR.
RALEIGH, NC 27613

Claim Number: 1547
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $54,681.00 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CIOFFI, ANTHONY
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1548
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $210,521.53 | | |

---

TRC MASTER FUND LLC
TRANSFEROR: BLAIR CONSULTING
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 1549
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,699.00 | Scheduled: | $13,699.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SWANSON, WILLIAM C.<br>12046 RIDGEVIEW LANE<br>PARKER, CO 80138 | | Claim Number: 1550<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 421. |
| PRIORITY | Claimed: | $231,209.63 |
| KUBITSCHEK, LEO<br>10070 TIMBERSTONE RD.<br>ALPHARETTA, GA 30022 | | Claim Number: 1551<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $79,486.22 |
| HOADLEY, JOHN<br>4413 GLENSHIRE COURT<br>MCKINNEY, TX 75070 | | Claim Number: 1552<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $34,539.49 |
| GOWIN, VINOD N.<br>8208 MANATEE CT<br>RALEIGH, NC 27616 | | Claim Number: 1553<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $50,908.19 |
| IBRAHIM, TAREK F.<br>224 HUDSON ST., # 4B<br>HOBOKEN, NJ 07030 | | Claim Number: 1554<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $250,468.46 |
| IBRAHIM, TAREK F.<br>224 HUDSON ST., # 4B<br>HOBOKEN, NJ 07030 | | Claim Number: 1555<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $418,699.74 |
| GRACE, SAMUEL J.<br>2964 COVE TRACE<br>CHARLOTTESVILLE, VA 22911 | | Claim Number: 1556<br>Claim Date: 07/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $146,199.69 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| RANADE, MILIND<br>3908 CELADINE DRIVE<br>PLANO, TX 75093 | Claim Number: 1557<br>Claim Date: 07/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $36,740.11 |
|---|---|---|

---

| WILLIAMS, NANCY J.<br>204 COLONIAL CIRCLE<br>GRANDALL, TX 75114 | Claim Number: 1558<br>Claim Date: 07/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $14,105.20 |
|---|---|---|

---

| ASM CAPITAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1559<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $15,333.00 |
|---|---|---|

---

| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim Number: 1560<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $372,789.28 |
|---|---|---|

---

| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim Number: 1561<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $372,789.28 |
|---|---|---|

---

| PINEVIEW ASSOCIATES<br>C/O CIMINELLI DEVELOPMENT CO., INC.<br>350 ESSJAY ROAD, SUITE 101<br>WILLIAMSVILLE, NY 14221 | Claim Number: 1562<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $43,655.01 |
|---|---|---|

---

| FINNEGAN LLP<br>901 NEW YORK AVE NW<br>WASHINGTON, DC 20001-4413 | Claim Number: 1563<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| UNSECURED | Claimed: | $27,702.83 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HUGHES, PATRICIA<br>6836 GREYSTONE DR.<br>RALEIGH, NC 27615 | | Claim Number: 1564<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $3,766.44 |

| JONES, EUGENE W.<br>405 PLEASANT VALLEY RD.<br>ALFRED STATION, NY 14803 | | Claim Number: 1565<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,319.06 |

| HAYWARD, DONALD<br>41 SANTA ROSA CIRCLE<br>WYLIE, TX 75098 | | Claim Number: 1566<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $48,876.66 |

| JANIS, MARK R.<br>193 VIA SODERINI<br>APTOS, CA 95003 | | Claim Number: 1567<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7648 |
|---|---|---|
| PRIORITY | Claimed: | $18,074.86 |

| BRIEDA, PAUL<br>500 CAMBRIDGE COURT<br>TECUMSEH, ON N8N 4B4<br>CANADA | | Claim Number: 1568<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $54,510.28 |

| AIRSPAN NETWORKS, INC.<br>777 YAMATO ROAD, SUITE 310<br>BOCA RATON, FL 33431 | | Claim Number: 1569<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $149,958.68 |
| UNSECURED | Claimed: | $1,712,278.81 |

| MUSCA, DANIEL G.<br>2612 OAK GROVE DR<br>PLANO, TX 75074 | | Claim Number: 1570<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $49,771.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CONLEY ROSE, P.C.<br>ATTN: RODNEY B. CARROLL<br>5601 GRANITE PARKWAY, SUITE 750<br>PLANO, TX 75024 | Claim Number: 1571<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED          Claimed: | $43,626.00 | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 1572<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| PRIORITY          Claimed: | $1,309,300.61 | |
| HAWLEY, DAWNA<br>8400 STERLING BRIDGE RD<br>CHAPEL HILL, NC 27516 | Claim Number: 1573<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed:<br>TOTAL          Claimed: | $13,567.04<br>$33,201.68<br>$33,201.68 | |
| PERVASIVE SOFTWARE INC<br>12365-B RIATA TRACE PARKWAY<br>AUSTIN, TX 78727 | Claim Number: 1574<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | |
| UNSECURED          Claimed: | $2,400.00 | |
| AIRSPAN NETWORKS INC.<br>777 YAMATO RD., SUITE 310<br>BOCA RATON, FL 33431 | Claim Number: 1575<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| ADMINISTRATIVE          Claimed:<br>UNSECURED          Claimed: | $149,958.68<br>$1,712,278.81 | |
| TIMLER, PAUL<br>14306 JUNIPER STREET<br>LEAWOOD, KS 66224 | Claim Number: 1576<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $129,999.86 | |
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 1577<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND | |
| TOTAL          Claimed: | $0.00 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | | Claim Number: 1578<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6763 (11/14/2011) |
| PRIORITY | Claimed: | $1,309,300.61 |
| STATE OF NEBRASKA<br>DEPARTMENT OF REVENUE<br>P.O. BOX 94818<br>LINCOLN, NE 68509-4818 | | Claim Number: 1579<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4158 (10/14/2010) |
| UNSECURED | Claimed: | $2,064,874.00 |
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 1580<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 4814 |
| PRIORITY | Claimed: | $71,267.23 |
| ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX 76040 | | Claim Number: 1581<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $86,813.07 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: NERA INC.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1582<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $667,763.33 |
| DELL MARKETING, L.P.<br>811 BARTON SPRINGS RD STE 811<br>AUSTIN, TX 78704-1166 | | Claim Number: 1583<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| ADMINISTRATIVE | Claimed: | $11,684.54 |
| UNSECURED | Claimed: | $86,874.35 |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: WALTERS, ROBERT<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1584<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $36,817.29 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| RAMSAYER, CHRISTOPHER G.<br>2011 WATERTON LANE<br>APEX, NC 27502 | | Claim Number: 1585<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $60,517.00 |

| YEE, MENG F.<br>1506 SOMERSET PLACE<br>RICHARDSON, TX 75081 | | Claim Number: 1586<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6085 |
|---|---|---|
| PRIORITY | Claimed: | $20,764.59 |

| ASM SIP, L.P.<br>TRANSFEROR: HAMM, H. JOSEPH<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1587<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,306.56 |

| HUGHES, ROB<br>521 SUNCREEK DR<br>ALLEN, TX 75013 | | Claim Number: 1588<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $41,788.82 |

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: PETERSON, JEFFREY<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1589<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $65,190.00 |

| PETERSON, JEFFREY<br>7 SCOTCH PINE LAKE<br>EAST SETAUKET, NY 11733 | | Claim Number: 1590<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $65,190.00 |

| SCHWARTZ, SUSAN FOX<br>6726 SAWMILL ROAD<br>DALLAS, TX 75252 | | Claim Number: 1591<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $30,212.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| HUBOI, PETER<br>522 S 13TH ST<br>SAN JOSE, CA 95112 | | Claim Number: 1592<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $83,731.22 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 1593<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $615,914.25 | Scheduled: | $324,090.00 |
| MOBILENET SERVICES, INC<br>ATTN: RICHARD GRANT<br>18 MORGAN, SUITE 200<br>IRVINE, CA 92614 | | Claim Number: 1594<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $614,914.25 | | |
| MULLANEY, KEVIN<br>214 TRIMBLE AVE<br>CARY, NC 27511 | | Claim Number: 1595<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $63,861.79 | | |
| KGP LOGISTICS, INC. AS SUCCESSOR-IN-<br>INTEREST TO EMBARQ LOGISTICS<br>ATTN: ANTHONY J. CARUSO<br>3305 HIGHWAY 60 W.<br>FARIBAULT, MN 55021 | | Claim Number: 1596<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7686 (05/24/2012) | | |
| ADMINISTRATIVE | Claimed: | $35,876.19 | | |
| HEWLETT-PACKARD COMPANY<br>12610 PARK PLAZA DR #100<br>CERRITOS, CA 90703-9361 | | Claim Number: 1597<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3798 (08/18/2010) | | |
| UNSECURED | Claimed: | $1,693,274.98 | | |
| BINNER, SCOTT E.<br>2505 JAKIN WAY<br>SUWANEE, GA 30024 | | Claim Number: 1598<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| PRIORITY | Claimed: | $100,814.47 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GANNON, MATT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1599<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $15,120.15 | | |
| UNSECURED | Claimed: | $35,020.75 | | |
| OPTIME CONSULTING INC<br>2225 N COMMERCE PARKWAY<br>SUITE # 5<br>WESTON, FL 33326 | | Claim Number: 1600<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $10,590.00 | Scheduled: | $590.00 |
| FEDEX FREIGHT INC. FKA<br>FEDEX FREIGHT EAST & FEDEX FREIGHT WEST<br>PO BOX 840<br>HARRISON, AR 72602-0840 | | Claim Number: 1601<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
| UNSECURED | Claimed: | $885.28 | | |
| IEEE<br>445 HOES LANE<br>PISCATAWAY, NJ 08854 | | Claim Number: 1602<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $6,600.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PANGEA3 LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1603<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $4,050.00 | | |
| WILLIAMS, SHARON R.<br>6632 JOHNSON MILL RD<br>DURHAM, NC 27712 | | Claim Number: 1604<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,910.00 | | |
| PATEL, AVNISH<br>2670 HAMPTONS CHASE<br>ALPHARETTA, GA 30005 | | Claim Number: 1605<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $34,888.05 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ARAPAHOE COUNTY TREASURER<br>PO BOX 571<br>LITTLETON, CO 80160-0571 | Claim Number: 1606<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2985 (05/13/2010) |
|---|---|
| SECURED          Claimed: | $5,431.44 |

---

| BOTTORFF, PAUL A.<br>135 FOXWOOD RD.<br>PORTOLA VALLEY, CA 94028 | Claim Number: 1607<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $108,612.00 |

---

| BOTTORFF, PAUL A.<br>135 FOXWOOD RD.<br>PORTOLA VALLEY, CA 94028 | Claim Number: 1608<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed: | $10,463.94 |

---

| DIMILLO, LYNETTE<br>7765 SILVER CREEK RD.<br>DAWSONVILLE, GA 30534 | Claim Number: 1609<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $40,865.00 |

---

| PRITCHARD, ALAN W.<br>1423 LUCKENBACH DRIVE<br>ALLEN, TX 75013 | Claim Number: 1610<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $285,916.00 |

---

| MELANSON, LEO<br>53 ADAMS ST.<br>WESTBORO, MA 01581 | Claim Number: 1611<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|
| PRIORITY          Claimed: | $50,769.12 |

---

| TRUONG, DUNG<br>2976 MARLOW LN<br>RICHARDSON, TX 75082 | Claim Number: 1612<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $40,080.82 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BAYOLA, WILLI P.<br>427 FINCASTLE DRIVE<br>RALEIGH, NC 27607 | | Claim Number: 1613<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $63,138.43 | | |
|---|---|---|---|---|

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: PIPER, ROBERT M.<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1614<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $66,809.42 | | |
|---|---|---|---|---|

| HUGHES, PAUL<br>66 LUDLOW ST.<br>STATEN ISLAND, NY 10312 | | Claim Number: 1615<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $28,007.00 | | |
|---|---|---|---|---|

| HAGGBLADE, TED<br>3812 PILOT DRIVE<br>PLANO, TX 75025 | | Claim Number: 1616<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $9,362.02 | | |
|---|---|---|---|---|

| BHARATIA, JAYSHREE<br>1717 PANTIGO DR.<br>PLANO, TX 75075 | | Claim Number: 1617<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $54,450.00 | | |
|---|---|---|---|---|

| KULICK, JOSEPH<br>39 MONTICELLO DRIVE<br>PELHAM, NH 03076 | | Claim Number: 1618<br>Claim Date: 07/29/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $21,264.93 | | |
|---|---|---|---|---|

| RALEIGH RADIOLOGY ASSOCIATES<br>PO BOX 12408<br>ROANOKE, VA 24025-2408 | | Claim Number: 1619<br>Claim Date: 07/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $2,650.00 | Scheduled: | $2,650.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: ELBAKOURY, HESHAM<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1620<br>Claim Date: 07/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $93,706.68 |

---

| STEPHENS, MICHAEL AVERY<br>5611 NOB HILL RD<br>DURHAM, NC 27704 | Claim Number: 1621<br>Claim Date: 07/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |

| PRIORITY | Claimed: | $72,600.00 |

---

| CHAN, KWEI SAN<br>1845 FEDERAL AVE APT 303<br>LOS ANGELES, CA 90025-6089 | Claim Number: 1622<br>Claim Date: 07/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $78,602.88 |

---

| CUMMINGS, CHAPPELLE<br>113 SANDERS DRIVE<br>HUNTSVILLE, AL 35811 | Claim Number: 1623<br>Claim Date: 07/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $12,963.20 |

---

| BAUTISTA, MARC<br>7813 AQUA VISTA DRIVE<br>PLANO, TX 75025 | Claim Number: 1624<br>Claim Date: 07/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $47,509.20 |

---

| KAPIL, VIVEK<br>2712 MERLIN DR.<br>LEWISVILLE, TX 75056 | Claim Number: 1625<br>Claim Date: 07/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |

| PRIORITY | Claimed: | $198,595.31 |
| SECURED | Claimed: | $198,595.31 |
| TOTAL | Claimed: | $198,595.31 |

---

| MACRO 4, INC.<br>C/O UNICOM PLAZA, SUITE 310<br>ATTN: JOSEPH T GAUTHIER, ESQ<br>15535 SAN FERNANDO MISSION BLVD.<br>MISSION HILLS, CA 91345 | Claim Number: 1626<br>Claim Date: 07/31/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. |

| UNSECURED | Claimed: | $7,247.04 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MCMAHON, GAYLE<br>2020 GRAND PRIX DRIVE<br>ATLANTA, GA 30345 | | Claim Number: 1627<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,285.80 | | |

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: HRUSKA, ROBERT<br>ATTN: RACHEL YAMNIK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 1628<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,193.36 |
| UNSECURED | Claimed: | $49,915.35 | Scheduled: | $50,560.16 |

---

| O'HARA, ROBERT J.<br>11316 DUNLEITH DRIVE<br>RALEIGH, NC 27614 | | Claim Number: 1629<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $52,836.24 | | |

---

| GOLDEN, JASON<br>12815 FLEETWOOD DR SOUTH<br>CARMEL, IN 46032 | | Claim Number: 1630<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,322.50 | Scheduled: | $4,696.32 |
| UNSECURED | Claimed: | $31,612.50 | Scheduled: | $37,530.53 |

---

| FLORES, GERARDO<br>1141 BROOKHILL WAY<br>CARY, NC 27519 | | Claim Number: 1631<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,448.00 | | |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: METROPOLITAN TULSA<br>INVESTMENTS LLC<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1632<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56,502.75 | | |

---

| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 1633<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7581 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $241,334.62 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| IACOVIELLO, VINCE | Claim Number: 1634 |
| 20 BROADVIEW AVE. | Claim Date: 08/03/2009 |
| MADISON, NJ 07940 | Debtor: NORTEL NETWORKS INC. |

---

| PRIORITY | Claimed: | $14,691.88 |

| WALLACE, NORMAN L. JR | Claim Number: 1635 |
| 3104 GOLD DUST LN | Claim Date: 08/03/2009 |
| WILLOW SPRING, NC 27592 | Debtor: NORTEL NETWORKS CAPITAL CORPORATION |

---

| PRIORITY | Claimed: | $179,098.07 |

| CONNECTICUT DEPT OF REVENUE SERVICES | Claim Number: 1636 |
| C&E DIVISION, BANKRUPTCY SECTION | Claim Date: 08/03/2009 |
| 25 SIGOURNEY STREET | Debtor: NORTEL NETWORKS INC. |
| HARTFORD, CT 06106-5032 | Comments: WITHDRAWN |

---

| PRIORITY | Claimed: | $2,089.65 |

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 1637-01 |
| TRANSFEROR: GENBAND USA LLC | Claim Date: 08/03/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: NORTEL NETWORKS INC. |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | Comments: ALLOWED |
| NEW YORK, NY 10019 | DOCKET: 7354 (03/08/2012) |

---

| UNSECURED | Claimed: | $308,382.64 |

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 1637-02 |
| TRANSFEROR: GENBAND USA LLC | Claim Date: 08/03/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: NORTEL NETWORKS (CALA) INC. |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | Comments: DOCKET: 7354 (03/08/2012) |
| NEW YORK, NY 10019 | |

---

| UNSECURED | Claimed: | $24,000.00 |

| ALVAREZ, CARLOS | Claim Number: 1638 |
| 10122 SAGEROYAL LANE | Claim Date: 08/03/2009 |
| HOUSTON, TX 77089 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2563 (02/26/2010) |

---

| PRIORITY | Claimed: | $28,633.80 |
| TOTAL | Claimed: | $28,633.60 |

| MARTIN, JOHN | Claim Number: 1639 |
| 12 HARDENBERGH STREET | Claim Date: 08/03/2009 |
| SOMERSET, NJ 08873 | Debtor: NORTEL NETWORKS INC. |
| | Comments: POSSIBLY AMENDED BY 7837 |

---

| UNSECURED | Claimed: | $304,972.50 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PERALTA, EDUARDO
4768 GRAPEVINE WAY
DAVIE, FL 33331

Claim Number: 1640
Claim Date: 08/03/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $6,521.41 | Scheduled: | $19,256.77 |

---

STATE BOARD OF EQUALIZATION
SPECIAL OPERATIONS BRANCH, MIC:55
PO BOX 942879
SACRAMENTO, CA 94279-0055

Claim Number: 1641
Claim Date: 08/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4399 (11/23/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,020,878.41 |
| UNSECURED | Claimed: | $312,865.35 |

---

TODARO, THOMAS
3209 VIRGINIA CREEPER LN
WILLOW SPRING, NC 27592-9241

Claim Number: 1642
Claim Date: 08/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $43,061.76 |

---

PETERSON, KAREN C.
335 HADLEY DRIVE
TRUMBULL, CT 06611

Claim Number: 1643
Claim Date: 08/05/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $38,308.98 |

---

BRADSHAW, CHARLES W., JR.
3319 MEADOW WOOD DRIVE
RICHARDSON, TX 75082

Claim Number: 1644
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $18,052.93 | Scheduled: | $5,422.30 |
| UNSECURED | Claimed: | $87,160.21 | Scheduled: | $81,411.85 |
| TOTAL | Claimed: | $87,160.21 | | |

---

DAIGLE, JEAN
8612 ROYTON CIRCLE
RALEIGH, NC 27613

Claim Number: 1645
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $44,488.82 |

---

TANDBERG, INC.
C/O SHANNON E. HOFF, ESQ.
POYNER SPRUILL LLP
301 S. COLLEGE ST, SUITE 2300
CHARLOTTE, NC 28202

Claim Number: 1646
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $297,650.76 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: RITZ-CARLTON HOTEL COMPANY,
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1647
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7686 (05/24/2012)

| UNSECURED | Claimed: | $61,064.47   UNLIQ |

---

PHILLIPS, ERIC C.
609 SARAH LAWRENCE CT
RALEIGH, NC 27609

Claim Number: 1648
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
| UNSECURED | Claimed: | $83,550.32 |

---

HOADLEY, JOHN
4413 GLENSHIRE COURT
MCKINNEY, TX 75070

Claim Number: 1649
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $34,539.49 |

---

ROBERTS, MICHAELA
2725 BYRNE PL
WICHITA FALLS, TX 76306

Claim Number: 1650
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,042.00 |

---

LOCKLEAR, DANIEL
1020 BRIARDALE COURT
FAIRVIEW, TX 75069

Claim Number: 1651
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $88,725.31 |

---

LEVEL 3 COMMUNICATIONS LLC
ATTN: KIM BARTLETT
1025 ELDORADO BLVD.
BROOMFIELD, CO 80021

Claim Number: 1652
Claim Date: 08/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,361.11 |

---

LEVEL 3 ENHANCED SERVICES, LLC
LEVEL 3 COMMUNICATIONS, LLC
ATTN: KIM BARLETT
1025 ELDORADO BLVD.
BROOMFIELD, CO 80021

Claim Number: 1653
Claim Date: 08/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,057.66 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WILTEL COMMUNICATIONS LLC | Claim Number: 1654 |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC | Claim Date: 08/07/2009 |
| ATTN: KIM BARLETT | Debtor: NORTEL NETWORKS INC. |
| 1025 ELDORADO BLVD | |
| BROOMFIELD, CO 80021 | |

| UNSECURED | Claimed: | $5,194.30 |
|---|---|---|

| ELDORADO ACQUISITION THREE LLC | Claim Number: 1655 |
|---|---|
| FKA TELCOVE,INC FKA ADELPHIA BUS. SOLUT. | Claim Date: 08/07/2009 |
| ATTN: KIM BARLETT | Debtor: NORTEL NETWORKS INC. |
| 1025 ELDORADO BLVD. | Comments: ALLOWED |
| BROOMFIELD, CO 80021 | DOCKET: 7354 (03/08/2012) |

| UNSECURED | Claimed: | $5,569.20 |
|---|---|---|

| GORMAN, JOYCE F | Claim Number: 1656 |
|---|---|
| GLOBAL ID # 18830 | Claim Date: 08/07/2009 |
| 5012 ENCLAVE CT | Debtor: NORTEL NETWORKS INC. |
| MCKINNEY, TX 75070 | |

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

| MURPHY, PETER | Claim Number: 1657 |
|---|---|
| 5555 GROVE POINT RD | Claim Date: 08/07/2009 |
| ALPHARETTA, GA 30022 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $262,962.26 |
|---|---|---|

| VILLESCAS, DOMINIC A | Claim Number: 1658 |
|---|---|
| 6606 VALLEY VIEW LN | Claim Date: 08/07/2009 |
| SACHSE, TX 75048 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $22,071.65 |
|---|---|---|

| NEUMEISTER JR., ROBERT M. | Claim Number: 1659 |
|---|---|
| 2729 SILVER CLOUD DR. | Claim Date: 07/28/2009 |
| PARK CITY, UT 84060 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $229.54   UNLIQ |
|---|---|---|

| RICHARDSON INDEPENDENT SCHOOL DISTRICT | Claim Number: 1660 |
|---|---|
| C/O ELIZABETH BANDA | Claim Date: 07/28/2009 |
| PERDUE BRANDON FIELDER COLLINS &MOTT LLP | Debtor: NORTEL NETWORKS INC. |
| P.O. BOX 13430 | Comments: WITHDRAWN |
| ARLINGTON, TX 76094-0430 | DOCKET: 4291 (11/09/2010) |

| SECURED | Claimed: | $2,770,713.70 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: SILICON MECHANICS, INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1661
Claim Date: 07/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | | $67,440.00 |
|---|---|---|

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 1662
Claim Date: 08/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 2915 (04/22/2010)

| PRIORITY | Claimed: | $526.54 |
|---|---|---|
| UNSECURED | Claimed: | $306.34 |

---

MALIK, ALKA
40 FREDERICK STREET
BELMONT, MA 02478

Claim Number: 1663
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $6,545.11 |
|---|---|---|
| SECURED | Claimed: | $6,545.11 |
| TOTAL | Claimed: | $6,545.11 |

---

COX, JOSEPH
56 HALL ST.
DUNSTABLE, MA 01827

Claim Number: 1664
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| PRIORITY | Claimed: | $2,400.00 |
|---|---|---|

---

HOOD, MARY M.
114 MALDON DR.
CARY, NC 27513

Claim Number: 1665
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $104,259.43 |
|---|---|---|

---

WONG, CHARLES
3612 LEIGHTON RIDGE DRIVE
PLANO, TX 75025

Claim Number: 1666
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE
PRIORITY
UNSECURED | Claimed: | $49,484.62 |
|---|---|---|

---

MCCOLGAN, GILLIAN
2 BIRCH ROAD
WILMINGTON, MA 01887

Claim Number: 1667
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $50,655.87 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

JIANG, XUEMING
4308 HELSTON DR.
PLANO, TX 75024

Claim Number: 1668
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $38,753.00 |
| UNSECURED | Claimed: | $37,716.83 |

---

WALDHAUER, ROBERT B.
5039 RIVER ROCK WAY
WOODSTOCK, GA 30188

Claim Number: 1669
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $52,499.20 |

---

A-1 TELECOMMUNICATIONS LLC
PO BOX 366
LIBERTYTOWN, MD 21762

Claim Number: 1670
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,230.00 |

---

LAM, IGNATIUS
29215 NE DAVID LANE
NEWBERG, OR 97132

Claim Number: 1671
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,660.08 |
| UNSECURED | Claimed: | $73,336.16 | Scheduled: | $67,592.75 |

---

MARKOVICH, JOHN M.
5713 COUNTRY FOREST DR.
RALEIGH, NC 27606

Claim Number: 1672
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $82,371.72 |

---

QUATTLEBAUM, SONIA
1410 WOODVINE WAY
ALPHARETTA, GA 30005

Claim Number: 1673
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $46,604.74 |

---

MEADOW BROOK OFFICE, LLC
SAGE M. SIGLER, ESQ., ALSTON & BIRD, LLP
1201 W. PEACHTREE STREET
ATLANTA, GA 30309-3424

Claim Number: 1674
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $152,369.28   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| MOLEX<br>2222 WELLINGTON COURT<br>ATTN: MIKE FRITZ<br>LISLE, IL 60532 | Claim Number: 1675<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| UNSECURED          Claimed: | $13,567.84 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 1676<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4751 (01/25/2011) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $151,747.62<br>$626.16 | |
| TOWERS PERRIN FORSTER & CROSBY INC.<br>DBA TOWERS PERRIN<br>1500 MARKET STREET, CENTRE SQUARE EAST<br>PHILADELPHIA, PA 19102-4790 | Claim Number: 1677<br>Claim Date: 08/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | |
| UNSECURED          Claimed: | $377,224.00 | |
| WILLIAMS, TERRON E.<br>3240 DUVENECK DRIVE<br>RALEIGH, NC 27616 | Claim Number: 1678<br>Claim Date: 08/11/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $54,550.12 | |
| WIRELESS INTEGRATED NETWORKS INC.<br>NINOS HEROES 134 PTE. COL. CENTRO<br>HERMOSILLO<br>SONORA MEXICO, CP 83000<br>MEXICO | Claim Number: 1679<br>Claim Date: 08/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| UNSECURED          Claimed: | $103,706.00 | |
| FISHMAN, ROBERT L.<br>PO BOX 4<br>1380 GRAND VIEW LODGE RD.<br>PLYMOUTH, VT 05056 | Claim Number: 1680<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6138 | |
| UNSECURED          Claimed: | $430,128.47 | |
| HESCH, DR. MORITZ, ATTORNEY-AT-LAW<br>FRESHFIELDS BRUCKHAUS DERINGER<br>ALSTERARKADEN 27<br>HOHE BLEICHEN 7<br>HAMBURG, D-20354<br>GERMANY | Claim Number: 1681-01<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution | |
| UNSECURED          Claimed: | $205,550.00 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| HESCH, DR. MORITZ, ATTORNEY-AT-LAW<br>FRESHFIELDS BRUCKHAUS DERINGER<br>ALSTERARKADEN 27<br>HOHE BLEICHEN 7<br>HAMBURG, D-20354<br>GERMANY | | Claim Number: 1681-02<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $31,200.00 |
| VENTURA, JAYNE L<br>1514 MANHATTAN AVE<br>HERMOSA BEACH, CA 90254 | | Claim Number: 1682<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $223,774.00 |
| VENTURA, JAYNE L<br>229 24TH STREET<br>MANHATTAN BEACH, CA 90266 | | Claim Number: 1683<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $223,774.00 |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: VERIDAN CONNECTIONS<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1684<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $102,246.60 |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 1685<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| PRIORITY | Claimed: | $10,000.00 |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 1686<br>Claim Date: 08/12/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| PRIORITY | Claimed: | $48.58 |
| UNSECURED | Claimed: | $540.00 |
| GLEASON, STEVEN P<br>6 KINGS CROSSING COURT<br>ST LOUIS, MO 63129 | | Claim Number: 1687<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $137,767.32 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SUN, MOSES
9208 STONEBROOK DR.
COLLEGE STATION, TX 77845

Claim Number: 1688
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $45,991.88 |
|---|---|---|

---

SZAFRANSKI, KENNETH
2429 W CHESTNUT RD
MEQUON, WI 53092-3107

Claim Number: 1689
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7265

| UNSECURED | Claimed: | $47,539.92 |
|---|---|---|

---

SMALLWOOD, ANTONIO
10130 STROME AVE APT 105
RALEIGH, NC 27617-4361

Claim Number: 1690
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,615.38 |
|---|---|---|

---

CAMIANT, INC.
200 NICKERSON ROAD, 2ND FLOOR
MARLBOROUGH, MA 01752

Claim Number: 1691
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $9,943.22 | Scheduled: | $9,943.22 |
|---|---|---|---|---|

---

TODARO, THOMAS
3209 VIRGINIA CREEPER LN
WILLOW SPRING, NC 27592-9241

Claim Number: 1692
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6120

| PRIORITY | Claimed: | $43,061.76 |
|---|---|---|

---

TODARO, THOMAS
3209 VIRGINIA CREEPER LN
WILLOW SPRING, NC 27592-9241

Claim Number: 1693
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $256,951.83   UNLIQ |
|---|---|---|

---

CANAL VIEW PROPERTIES III, LLC
WOODS OVIATT GILMAN LLP
ATTN: PAUL S. GROSCHADL, ESQ.
700 CROSSROADS BLD.; 2 STATE STREET
ROCHESTER, NY 14614

Claim Number: 1694
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8652 (10/05/2012)

| ADMINISTRATIVE | Claimed: | $10,129.33 |
|---|---|---|
| UNSECURED | Claimed: | $276,378.99 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| NETWORK EQUIPMENT TECHNOLOGIES, INC.<br>6900 PASEO PADRE PARKWAY<br>FREMONT, CA 94555 | | Claim Number: 1695<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $13,987.31 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 1696<br>Claim Date: 08/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| PRIORITY | Claimed: | $151,747.62 |
| UNSECURED | Claimed: | $626.16 |
| CITY OF COLORADO SPRINGS SALES TAX DIV<br>EMILY WILSON, ESQ<br>COLORADO SPRINGS CITY ATTORNEY'S OFFICE<br>30 S. NEVADA, STE 501<br>COLORADO SPRINGS, CO 80903 | | Claim Number: 1697<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3860 (09/02/2010) |
| PRIORITY | Claimed: | $66,715.80 |
| MCCAAN ERICKSON PUERTORICO<br>JOSE E. COLON SANTANA<br>315 COLL & TOSTE<br>SAN JUAN, PR 00918<br>PUERTO RICO | | Claim Number: 1698<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $10,279.70 |
| SHELBY COUNTY PROPERTY TAX COMMISSIONER<br>ATTN: DON ARMSTRONG<br>PO BOX 1298<br>COLUMBIANA, AL 35051 | | Claim Number: 1699<br>Claim Date: 08/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3944 (09/15/2010) |
| PRIORITY | Claimed: | $444.22 |
| SECURED | Claimed: | $444.22 |
| TOTAL | Claimed: | $444.22 |
| DAVIS, ROBERT<br>1032 FEDERAL HOUSE AVE<br>WAKE FOREST, NC 24587 | | Claim Number: 1700<br>Claim Date: 08/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $82,024.00 |
| DAVIS, ROBERT<br>1032 FEDERAL HOUSE AVE<br>WAKE FOREST, NC 24587 | | Claim Number: 1701<br>Claim Date: 08/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $82,024.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MARBLEGATE SPECIAL OPP. MASTER FUND LP
TRANSFEROR: NETIQ CORPORATION
ATTN: MARK E. ZOLDAN
80 FIELD POINT ROAD
GREENWICH, CT 06830

Claim Number: 1702
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $441,288.52 |

---

ATKINS, CHRISTOPHER M.
1813 BAGSHOT CT.
WAKE FOREST, NC 27587

Claim Number: 1703
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $107,071.37 |

---

KIRKLAND, ANGELIC M.
161 HILLTOP CIRCLE
SPRING BRANCH, TX 78070

Claim Number: 1704
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $4,980.78 |

---

PALANIVELU, VENKATASUBRAMANIAM
3848 KIMBROUGH LN
PLANO, TX 75025-3868

Claim Number: 1705
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1439

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $65,172.00 |

---

COUCH, SHARLENE S.
6525 BATTLEFORD DRIVE
RALEIGH, NC 27613

Claim Number: 1706
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8370

| | | |
|---|---|---|
| PRIORITY | Claimed: | $108,088.28 |

---

ROERTY, BARRY
26 DEHART RD.
MAPLEWOOD, NJ 07040

Claim Number: 1707
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7107

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58,167.00 |

---

FRISCH, MARK
10 WHISPERING IVY WAY
MENDHAM, NJ 07945

Claim Number: 1708
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $194,610.23 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| LEUTERITZ, MARK<br>14 BUCKTHORN<br>IRVINE, CA 92604 | | Claim Number: 1709<br>Claim Date: 08/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $41,104.00 |

---

| | | |
|---|---|---|
| JAMES, WILLIAM<br>4095 OBERLIN WAY<br>ADDISON, TX 75001 | | Claim Number: 1710<br>Claim Date: 08/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,653.85 |

---

| | | |
|---|---|---|
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: CHAN, KA WAI<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1711<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $31,809.12 |

---

| | | |
|---|---|---|
| DEMANTY, JOY<br>428 AVENIDA ABETOS<br>SAN JOSE, CA 95123 | | Claim Number: 1712<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $46,689.32 |

---

| | | |
|---|---|---|
| DEMANTY, JOY<br>428 AVENIDA ABETOS<br>SAN JOSE, CA 95123 | | Claim Number: 1713<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $46,689.32 |

---

| | | |
|---|---|---|
| KING, RAYMOND L<br>795 MARLIN<br>BAYOU VISTA, TX 77563-2611 | | Claim Number: 1714<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $132,000.00 |

---

| | | |
|---|---|---|
| KING, RAYMOND LOUIS<br>795 MARLIN ST.<br>BAYOU VISTA, TX 77563-2611 | | Claim Number: 1715<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $132,000.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| YU, XIAOMIN<br>20728 SCOFIELD DRIVE<br>CUPERTINO, CA 95014 | | Claim Number: 1716<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $15,000.00 |
| YU, XIAOMIN<br>20728 SCOFIELD DRIVE<br>CUPERTINO, CA 95014 | | Claim Number: 1717<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $2,500.00 |
| SEMET, ROBERT J.<br>209 ASBURY ROAD<br>EGG HARBOR TWP, NJ 08234 | | Claim Number: 1718<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| SEMET, ROBERT J<br>209 ASBURY RD<br>EGG HARBOR TOWNSH, NJ 08234 | | Claim Number: 1719<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WASHINGTON RESOURCE ASSOCIATES, INC.<br>8201 GREENSBORO DR STE 708<br>MCLEAN, VA 22102-3818 | | Claim Number: 1720<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $25,310.50 |
| WASHINGTON RESOURCES<br>8201 GREENSBORO DR STE 708<br>MCLEAN, VA 22102-3818 | | Claim Number: 1721<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $25,000.00    Scheduled:    $25,000.00 |
| RIVERA, DAVID R.<br>34 GENESEE ST<br>HICKSVILLE, NY 11801 | | Claim Number: 1722<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $22,800.18 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

RIVERA, DAVID R.
34 GENESEE STREET
HICKSVILLE, NY 11801-4642

Claim Number: 1723
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $448.80 | | |
| UNSECURED | Claimed: | $22,351.38 | Scheduled: | $15,718.19 |
| TOTAL | Claimed: | $22,800.18 | | |

---

VAN, RICHARD A
42106 COSMIC DR
TEMECULA, CA 92592-3279

Claim Number: 1724
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 1725

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,000.00 |

---

VAN, RICHARD A
34353 MANDERA DE PLAYA DR
TEMECULA, CA 92592

Claim Number: 1725
Claim Date: 08/17/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $40,000.00 |

---

WADE, GWYNNE
8 SNUFFYS LN
LEBANON, NJ 08833

Claim Number: 1726
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,316.93 |

---

WADE, GWYNNE
8 SNUFFYS LANE
LEBANON, NJ 08833

Claim Number: 1727
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,316.93 | Scheduled: | $7,316.93 UNLIQ |

---

SEZER, ORAL T
3724 SUNLAKE FARMS RD
APEX, NC 27539

Claim Number: 1728
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00 UNLIQ |

---

SEZER, ORAL
3724 SWAN LAKE FM RD
APEX, NC 27539

Claim Number: 1729
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $100,000.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KEMPFFER, MARY B
309 BURNT PINE CT
APEX, NC 27502

Claim Number: 1730
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| UNSECURED | Claimed: | $680.78  UNLIQ |
|---|---|---|

---

KEMPFFER, MARY B.
309 BURNT PINE CT
APEX, NC 27502

Claim Number: 1731
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $680.78  UNLIQ |
|---|---|---|

---

MERRILL COMMUNICATIONS
BROOKFIELD PLACE
161 BAY STREET, 24TH FLOOR
PO BOX 506
TORONTO, ON M5J 2S1
CANADA

Claim Number: 1732
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $19,622.82 |
|---|---|---|

---

HANIG, HARMON L.
PO BOX 1103
LAFAYETTE, CA 94549

Claim Number: 1733
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $6,553.94 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: QUARRY INTEGRATED COMMUNICAT
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1734
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $35,450.00 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: QUARRY INTEGRATED COMMUNICAT
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1735
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $35,450.00 | Scheduled: | $35,450.00 |
|---|---|---|---|---|

---

BOYD CORPORATION
ATTN: ANJELA NAND
600 SOUTH MCCLURE ROAD
MODESTO, CA 95357

Claim Number: 1736
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $63,422.40 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MASSACHUSETTS MATERIALS RESEARCH INC<br>1500 CENTURY DRIVE<br>WEST BOYLSTON, MA 01583-2115 | Claim Number: 1737<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,087.50 | | |
|---|---|---|---|---|

| MASSACHUSETTS MATERIALS RESEARCH<br>1500 CENTURY DRIVE<br>WEST BOYLSTON, MA 01583-2115 | Claim Number: 1738<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $5,087.50 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| ROCK, TERENCE<br>856 BELLEVILLE DRIVE<br>VALLEY COTTAGE, NY 10989 | Claim Number: 1739<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $67,547.70 | | |
|---|---|---|---|---|

| MCGEE-SMITH ANALYTICS, LLC<br>87 HORACE GREELEY RD<br>AMHERST, NH 30311612 | Claim Number: 1740<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $2,200.00 | | |
|---|---|---|---|---|

| RITZ, CHARLES<br>9501 HANGING ROCK RD.<br>RALEIGH, NC 27613 | Claim Number: 1741<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $6,372.25 | | |
|---|---|---|---|---|

| REYMANN, MICHAEL H<br>37805 REMINGTON DR<br>PURCELLVILLE, VA 22132 | Claim Number: 1742<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| CONTINENTAL RESOURCES INC<br>175 MIDDLESEX TPKE, PO BOX 9137<br>BEDFORD, MA 01730-9137 | Claim Number: 1743<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $14,641.90 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: RITZ, CHARLES<br>ATTN: RACHEL YAMNIK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 1744<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,405.80 | Scheduled: | $52,741.01 |
| NIXON-HOSKINS, BEVERLY<br>1405 WATTS ST<br>DURHAM, NC 27701 | | Claim Number: 1745<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| UNSECURED | Claimed: | $50,000.00 | | |
| TENG, YAO-HUA<br>200 CLARENCE WAY<br>FREMONT, CA 94539 | | Claim Number: 1746<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $58,855.20 | | |
| ZEE MEDICAL SERVICE CO<br>1721 A JUNCTION AVENUE, PO BOX 610878<br>SAN JOSE, CA 95161-0878 | | Claim Number: 1747<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $0.00 | | |
| BELMAN, DAVID<br>750 ADGER ROAD<br>COLUMBIA, SC 29205 | | Claim Number: 1748<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $13,846.15 | | |
| MURPHY, PETER<br>5555 GROVE POINT RD<br>ALPHARETTA, GA 30022 | | Claim Number: 1749<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7810 (06/05/2012) | | |
| UNSECURED | Claimed: | $91,334.67 | | |
| MURPHY, PETER<br>5555 GROVE POINT RD<br>ALPHARETTA, GA 30022 | | Claim Number: 1750<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $466,147.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DEGRAND JOHN & SON INC
P.O. BOX 16609
WEST HAVEN, CT 06516

Claim Number: 1751
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $380.00 |
|---|---|---|

---

MESSER, GERRY
2352 HARVARD OAK DR.
PLANO, TX 75074

Claim Number: 1752
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $13,440.00 |
|---|---|---|

---

PACIFIC ELECTRICAL
PACIFIC ELECTRICAL CONTRACTORS
PO BOX 1430
MEDFORD, OR 97501

Claim Number: 1753
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $632.31 |
|---|---|---|

---

FARMER, CECIL GREGORY
621 A ST., N.E.
WASHINGTON, DC 20002

Claim Number: 1754
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $657,209.17 |

---

ANDERSON, KELLY
1514 MANHATTAN AVE
HERMOSA BEACH, CA 90254

Claim Number: 1755
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 514

| UNSECURED | Claimed: | $76,907.79 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

LEE, YUET
2195 CANYON OAK LANE
DANVILLE, CA 94506

Claim Number: 1756
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $59,715.04 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MILLER, JAMES E.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1757
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $11,520.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $13,585.03 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTH STATE COMMUNICATIONS<br>111 N MAIN ST, PO BOX 2326<br>HIGH POINT, NC 27261-2326 | | Claim Number: 1758<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23.64 | | |

| TUCKER, JAMES E.<br>2612 MILITARY PKWY<br>MESQUITE, TX 75149 | | Claim Number: 1759<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | | $8,824.81 | | |

| NEBRASKA DEPARTMENT OF REVENUE<br>P.O. BOX 94818<br>ATTN: BANKRUPTCY UNIT<br>LINCOLN, NE 68509-4818 | | Claim Number: 1760<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,896,734.00 | | |
| UNSECURED | Claimed: | $168,140.00 | | |

| YOUNG, ROBERT<br>313 PROMENADE SOUTH<br>MONTGOMERY, TX 77356 | | Claim Number: 1761<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $24,566.23 | | |
| UNSECURED | | | Scheduled: | $24,566.23  UNLIQ |

| CHAN, KA WAI<br>311 SHADY VALLEY COURT<br>SAN RAMON, CA 94582 | | Claim Number: 1762<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $31,809.12 | | |

| QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX 77328 | | Claim Number: 1763<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,982.87 | | |
| UNSECURED | Claimed: | $22,371.53 | | |

| TANNOR PARTNERS CREDIT FUND, LP<br>TRANSFEROR: INNOVATIONAL IP SOLUTIONS, L<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 1764<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,905.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| MOLEX<br>ATTN: MIKE FRITZ<br>2222 WELLINGTON COURT<br>LISLE, IL 60532 | | Claim Number: 1765<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| UNSECURED | Claimed: | $13,567.84 | | | |
| MOLEX INC<br>ATTN: MIKE FRITZ<br>2222 WELLINGTON COURT<br>LISLE, IL 60532 | | Claim Number: 1766<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| ADMINISTRATIVE | Claimed: | $11,967.84 | | | |
| QUICK, JANET<br>11103 MAPLE ST<br>CLEVELAND, TX 77328 | | Claim Number: 1767<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| PRIORITY | Claimed: | $2,990.48 | | | |
| UNSECURED | Claimed: | $22,428.60 | | | |
| HARTE-HANKS MARKET INTELLIGENCE INC<br>9980 HUENNEKENS STREET SUITE 100<br>SAN DIEGO, CA 92121 | | Claim Number: 1768<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| ADMINISTRATIVE | Claimed: | $37,000.00 | | | |
| UNSECURED | | | Scheduled: | $1,500.00 | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: HARTE HANKS INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 1769<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $37,000.00 | Scheduled: | $37,000.00 | |
| RENBARGER, STEVEN<br>1421 SPENCER ST<br>GRINNELL, IA 50112 | | Claim Number: 1770<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| RENBARGER, STEVEN<br>1421 SPENCER ST<br>GRINNELL, IA 50112 | | Claim Number: 1771<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $49,200.00 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| VIRTUAL CONSOLE LLC<br>7035 LOUBET ST<br>FOREST HILLS, NY 11375-5847 | Claim Number: 1772<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $3,098.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VIRTUAL CONSOLE, LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1773<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) | | | |
| ADMINISTRATIVE | Claimed: | $2,149.00 | | |
| UNSECURED | Claimed: | $949.00 | | |
| CHEN, ALICIA<br>1574 COUNTRY SQUIRE CT.<br>DECATUR, GA 30033 | Claim Number: 1774<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $17,000.00 | | |
| CHEN, ALICIA<br>PO BOX 307<br>BREMEN, GA 30110 | Claim Number: 1775<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $17,000.00 | | |
| PANEA, DANIEL L.<br>4014 W HOLLOW CREEK DR APT 510<br>PEORIA, IL 61615-2485 | Claim Number: 1776<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $7,500.00 | | |
| SECURED | Claimed: | $0.00 | | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: STREAMLINE CIRCUITS CORP.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1777<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $2,737.64 | Scheduled: | $2,737.64 |
| SALEH, OSSAMA A.<br>6617 BATTLEFORD DR<br>RALEIGH, NC 27613 | Claim Number: 1778<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $4,620.80 | | |
| UNSECURED | | | Scheduled: | $4,620.80 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SEITZ, RONALD<br>8715 BLAKEHURST DR<br>RALEIGH, NC 27617 | Claim Number: 1779<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $53,179.05 | | |

---

| STOUT, NORMAN T<br>12138 CEMENT HILL RD<br>NEVADA CITY, CA 95959 | Claim Number: 1780<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

---

| KUO, JILL HSIU-CHING<br>3512 MATAGORDA SPRINGS DR.<br>PLANO, TX 75025 | Claim Number: 1781<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,648.06 | Scheduled: | $16,648.06 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HAMOUDA, JOSEPH<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1782<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,692.00 | | |

---

| ISHEE, VICTORIA L.<br>4903 TWIN BRANCHES W<br>ATLANTA, GA 30338 | Claim Number: 1783<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $127,860.95 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

| WHITE, ELISA<br>4122 TRAVIS ST. # 19<br>DALLAS, TX 75204 | Claim Number: 1784<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $13,100.80 | | |

---

| CLARKE, EGBERT<br>16405 DIAMOND PLACE<br>WESTON, FL 33331 | Claim Number: 1785<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $51,071.00 | | |
| UNSECURED | Claimed: | $51,071.00 | | |
| TOTAL | Claimed: | $51,071.00 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CLARKE, EGBERT<br>16405 DIAMOND PLACE<br>WESTON, FL 33331 | Claim Number: 1786<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $51,071.00 |
|---|---|---|

---

| RECLAIM CONSULTING<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON M5J 2M4<br>CANADA | Claim Number: 1787<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $14,823.70 |
|---|---|---|

---

| ST. PAUL PROPERTIES, INC.<br>C/O JOSEPH M. VANLEUVEN<br>DAVIS WRIGHT TREMAINE LLP<br>1300 SW 5TH AVENUE, SUITE 2300<br>PORTLAND, OR 97232 | Claim Number: 1788<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $89,252.00 |
|---|---|---|

---

| WIREWERKS INC.<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | Claim Number: 1789<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $327.10 |
|---|---|---|

---

| WIREWERKS<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | Claim Number: 1790<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $327.10 |
|---|---|---|

---

| WIREWERKS INC.<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | Claim Number: 1791<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $35,428.20 |
|---|---|---|

---

| WIREWERKS<br>WIREWERKS INC<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, H8T 1A3<br>CANADA | Claim Number: 1792<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $35,428.20 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WIREWERKS INC
10280 CH DE LA COTE-DE-LIESSE
LACHINE, QC H8T 1A3
CANADA

Claim Number: 1793
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| ADMINISTRATIVE | Claimed: | $33,949.49 | | |
|---|---|---|---|---|

---

WIREWERKS INC
10280 CHEMIN DE LA COTE-DE-LIESSE
LACHINE, QC H8T 1A3
CANADA

Claim Number: 1794
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $33,949.49 | Scheduled: | $3,508.20 |
|---|---|---|---|---|

---

FUTURESIGHT PIER INC
335 APPLEBROOK DR
CHAGRIN FALLS, OH 44022-2529

Claim Number: 1795
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,250.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

HELEIN & MARASHLIAN, LLC
1420 SPRING HILL RD STE 205
MCLEAN, VA 22102-3038

Claim Number: 1796
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $28,309.39 | | |
|---|---|---|---|---|

---

HELEIN & MARASHLIAN, LLC
1420 SPRINGHILL RD., STE. 205
MCLEAN, VA 22102

Claim Number: 1797
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| ADMINISTRATIVE | Claimed: | $28,309.39 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,609.51 |

---

MCFEELY, SCOTT
29 LEXINGTON DR.
ACTON, MA 01720

Claim Number: 1798
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $58,854.23 | | |
|---|---|---|---|---|

---

HANSEN, MARK J.
1400 OUSLEY DRIVE
GILROY, CA 95020-3727

Claim Number: 1799
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $80,555.16 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HANSEN, MARK J.<br>1400 OUSLEY DRIVE<br>GILROY, CA 95020-3727 | Claim Number: 1800<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $80,555.16 |
|---|---|---|

| RECLAIM CANADA<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON M5J 2M4<br>CANADA | Claim Number: 1801<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14,823.70 |
|---|---|---|

| HART, RICHARD<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT 06903 | Claim Number: 1802<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14,611.81 |
|---|---|---|

| HART, RICHARD<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT 06903 | Claim Number: 1803<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $14,611.81 |
|---|---|---|

| ELECTRONIC ENVIRONMENTS CORPORATION<br>C/O JANICE RONAN<br>410 FOREST STREET<br>MARLBOROUGH, MA 01752 | Claim Number: 1804<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,240.61 |
|---|---|---|

| ELECTRONIC ENVIRONMENTS CORPORATION<br>410 FOREST STREET<br>MARLBOROUGH, MA 01752 | Claim Number: 1805-01<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $222.27 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| ELECTRONIC ENVIRONMENTS CORPORATION<br>410 FOREST STREET<br>MARLBOROUGH, MA 01752 | Claim Number: 1805-02<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $6,018.34 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| GAGLIONE, SEBASTIAN F.<br>22 OLDE WOODE ROAD<br>SALEM, NH 03079 | | Claim Number: 1806<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| GAGLIONE, SEBASTIAN F.<br>22 OLDE WOODE ROAD<br>SALEM, NH 03079 | | Claim Number: 1807<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 2626 (03/03/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| KEANE, NOEL<br>7 ASHBROOK<br>BALLYMOE<br>COUNTY GALWAY,<br>IRELAND | | Claim Number: 1808<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $108,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| KEANE, NOEL<br>7 ASHBROOK<br>BALLYMOE<br>COUNTY GALWAY,<br>IRELAND | | Claim Number: 1809<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $108,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| PLOPPER, DAVE<br>21 FAIRWOOD DRIVE<br>HILTON, NY 14468-1003 | | Claim Number: 1810<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| PLOPPER, DAVID<br>21 FAIRWOOD DR<br>HILTON, NY 14468 | | Claim Number: 1811<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $35,996.92 | | |
| SECURED | Claimed: | $8,829.51 | | |
| UNSECURED | Claimed: | $27,167.41 | Scheduled: | $41,011.86 |
| TOTAL | Claimed: | $35,996.92 | | |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: EAST CAMELBACK ROAD, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1812<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $244,203.60 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WARREN, BEN<br>37 CREST LN<br>WATSONVILLE, CA 95076 | Claim Number: 1813<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7638 |

| UNSECURED | Claimed: | $601,015.00 |

---

| STEIN, CRAIG F.<br>312 LORI DRIVE<br>BENICIA, CA 94510 | Claim Number: 1814<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $39,803.67 |

---

| HEWITT, HOWARD<br>18045 GOOSEBERRY DR<br>ROWLAND HEIGHTS, CA 91748 | Claim Number: 1815<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $48,800.00 |

---

| COMMODITY COMPONENTS INTERNATIONAL INC.<br>TAMMY WILE<br>100 SUMMIT ST.<br>PEABODY, MA 01960 | Claim Number: 1816<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |

| ADMINISTRATIVE | Claimed: | $1,362.71 |

---

| YANKEE GROUP<br>YANKEE GROUP RESEARCH INC<br>PO BOX 845282<br>BOSTON, MA 02284-5282 | Claim Number: 1817<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

| UNSECURED | Claimed: | $42,300.00 |

---

| SILVA, JAIME<br>146 BRIARWOOD ROAD<br>FLORHAM PARK, NJ 07932 | Claim Number: 1818<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $18,665.00 |

---

| ATALLA, ASHRAF W<br>15 WAVERLY PL<br>SOUTH BRUNSWICK, NJ 08852 | Claim Number: 1819<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

REINKE, KARL
1665 EBERHARD STREET
SANTA CLARA, CA 95050-4013

Claim Number: 1820
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $51,974.01 | | |

---

ASM CAPITAL, L.P.
TRANSFEROR: KEYTECH USA, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1821
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $8,015.00 | Scheduled: | $8,015.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: KEYTECH USA, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1822
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $8,015.00 | | |

---

METIA SOLUTIONS INC
10220 NE POINTS DR STE 200
KIRKLAND, WA 98033-7864

Claim Number: 1823
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $19,043.00 | | |

---

EMPLOYMENT SECURITY COMMISSION OF NORTH
CAROLINA
UNEMPLOYMENT INSURANCE DIVISION
PO BOX 26504
RALEIGH, NC 27611-6504

Claim Number: 1824
Claim Date: 08/20/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| PRIORITY | Claimed: | $151.31   UNLIQ | | |

---

KINAMON, ROBERT
21515 N E 143RD PL
WOODINVILLE, WA 98072

Claim Number: 1825
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $150,908.52 | Scheduled: | $0.00  UNLIQ |

---

BUBEL, GLENN A
904 TABITHA LANE
OLD HICKORY, TN 37138

Claim Number: 1826
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $145,181.12 | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BUBEL, GLENN A.
904 TABITHA LN
OLD HICKORY, TN 37138-2359

Claim Number: 1827
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

JONES, BILLY G
3219 HWY 431
SPRING HILL, TN 37174

Claim Number: 1828
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $279.02 UNLIQ | | |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: KIRK CONSULTING GROUP INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1829
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 |
|---|---|---|---|---|

---

SVAGDIS, JEREMY
9536 SSR 228
MACCLENNY, FL 32063

Claim Number: 1830
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

DACA V, LLC
TRANSFEROR: CBL DATA RECOVERY TECH.
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 1831
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,320.00 | Scheduled: | $1,320.00 |
|---|---|---|---|---|

---

CBL DATA RECOVERY TECHNOLOGIES INC.
590 ALDEN ROAD, UNIT 105
MARKHAM, ON L3R 8N2
CANADA

Claim Number: 1832
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $1,320.00 UNDET | | |
|---|---|---|---|---|

---

ASSUMPTION PARISH
SALES AND USE TAX DEPARTMENT
P.O. DRAWER 920
NAPOLEONVILLE, LA 70390

Claim Number: 1833
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $10,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

STRENGTH TEK FITNESS & WELLNESS
CONSULTANTS
707 HIGHLAND AVENUE
OTTAWA, ON K2A 2K5
CANADA

Claim Number: 1834
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $123,676.34 |
|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: STRENGTH TEK FITNESS &
WELLNESS
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1835
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $123,676.34 |
|---|---|---|

BORSTOCK, JAMES
3295 FIFTH ST
OCEANSIDE, NY 11572

Claim Number: 1836
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $54,958.82 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

ROC SOFTWARE LP
3305 NORTHLAND DR
AUSTIN, TX 78731

Claim Number: 1837
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,614.00 | Scheduled: | $1,614.00 DISP |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CRAMER, CARL
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1838
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $72,820.36 |
|---|---|---|

CRAMER, CARL R.
106 PITCH STONE COVE
GEORGETOWN, TX 78628

Claim Number: 1839
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $72,820.36 |
|---|---|---|

CRAMER, CARL R CV
106 PITCHSTONE CV
GEORGETOWN, TX 78628-6939

Claim Number: 1840
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| PRIORITY | Claimed: | $72,820.36 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CRAMER, CARL R.
106 PITCH STONE COVE
GEORGETOWN, TX 78628

Claim Number: 1841
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $72,820.36 |
|---|---|---|

---

AKAI, CARL
1040 LUCY LANE
ALLEN, TX 75013

Claim Number: 1842
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $51,480.00 |
|---|---|---|

---

A.T. KEARNEY, INC.
ATTN: TRISH BRIM, OFFICE MANAGER
16000 N. DALLAS PARKWAY, STE 850
DALLAS, TX 75248

Claim Number: 1843
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $369,996.00 | Scheduled: | $369,996.00 |
|---|---|---|---|---|

---

REGO, DINESH
87 ORIENT AVE
ARLINGTON, MA 02474-2515

Claim Number: 1844
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,681.54 |
|---|---|---|

---

NOY, ANA
10202 SW 158TH CT
MIAMI, FL 33196

Claim Number: 1845
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $27,306.15 |
|---|---|---|

---

NOY, ANA M
10202 SW 158 CT
MIAMI, FL 33196

Claim Number: 1846
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $27,306.15 |
|---|---|---|

---

TIN INC. D/B/A TEMPLE-INLAND
LEGAL DEPT. - DANNY MCDONALD
1300 S. MOPAC, 3RD FLOOR
AUSTIN, TX 78746-6933

Claim Number: 1847
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $2,873.41 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CARTER, JULIE<br>1495 23RD STREET SW<br>NAPLES, FL 34117 | | Claim Number: 1848<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $7,979.27 |
| UNSECURED | Claimed: | $32,598.08 | Scheduled: | $28,777.83 |

| CARTER, JULIE<br>1495 23 ST SW<br>NAPLES, FL 34117 | | Claim Number: 1849<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,598.08 | | |

| EMPLOYMENT SECURITY COMMISSION OF NORTH<br>CAROLINA<br>UNEMPLOYMENT INSURANCE DIVISION<br>PO BOX 26504<br>RALEIGH, NC 27611-6504 | | Claim Number: 1850<br>Claim Date: 08/20/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4633 (12/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11.19 | | |

| VALENTINE, JOHN<br>719 QUARTERSTAFF ROAD<br>WINSTON SALEM, NC 27104 | | Claim Number: 1851<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,188.87 | Scheduled: | $35,188.87 UNLIQ |

| RUFFINI, PHILIP<br>241 AURORA RD<br>VENICE, FL 34293-2602 | | Claim Number: 1852<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,769.23 | | |

| HERRICK, WILLIAM<br>307 KING CHARLES CIRCLE<br>SUMMERVILLE, SC 29485 | | Claim Number: 1853<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $16,309.15 | | |

| OPSWAT, INC.<br>640 2ND ST, 2ND FL<br>SAN FRANCISCO, CA 94107 | | Claim Number: 1854<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,375.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CONNERS, CHRIS
1219 CHIMNEY HILL DR
APEX, NC 27502

Claim Number: 1855
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7809 (06/05/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $44,011.00 | |

---

MERCHANT, DAVID L.
18 BURNHAM ROAD
WINDHAM, NH 03087

Claim Number: 1856
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $16,948.70 | |

---

TIN INC., D/B/A TEMPLE - INLAND
ATTN: LEGAL DEPT. - DANNY MCDONALD
1300 S MOPAC, 3RD FLOOR
AUSTIN, TX 78746-6933

Claim Number: 1857
Claim Date: 08/20/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $40,577.14 | |

---

HALL, SCOTT A.
606 O'PHELAN LN
GARLAND, TX 75044

Claim Number: 1858
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,362.50 | |
| UNSECURED | Claimed: | $518.78 | Scheduled: | $6,881.28 |

---

MANARAS, JOHN
99 COLBOURNE CRESCENT
BROOKLINE, MA 02445-4571

Claim Number: 1859
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,837.46 | Scheduled: | $6,837.46 UNLIQ |

---

CAPITOL SOLUTIONS GOVERNMENT
RELATIONS CONSULTANTS LLC
1455 PENNSYLVANIA AVE., N.W. #400
WASHINGTON, DC 20004

Claim Number: 1860
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $33,750.00 | |

---

PORTER NOVELLI
ATTN: KELLY MENNE
1838 SOLUTIONS CENTER
CHICAGO, IL 60677-1008

Claim Number: 1861
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $40,568.20 | |
| TOTAL | Claimed: | $40,568.22 | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FLORES, GERARDO<br>1141 BROOKHILL WAY<br>GID # 5040031<br>CARY, NC 27519 | | Claim Number: 1862<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,335.87 | | |

---

| TELEFONICA USA, INC.<br>ATTENTION: JOANNA ROMANO<br>1111 BRICKELL AVENUE - 10TH FLOOR<br>MIAMI, FL 33131 | | Claim Number: 1863<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $231,704.21 | | |

---

| MYCOM INTERNATIONAL<br>4TH FLOOR THAMES CENTRAL<br>90 HATFIELD ROAD<br>SLOUGH, SL1 1QE<br>UNITED KINGDOM | | Claim Number: 1864<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,179.84 | | |

---

| LAZCANO, SANTIAGO<br>716 WOODED CREEK LN<br>MCKINNEY, TX 75071 | | Claim Number: 1865<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $23,227.44 | Scheduled: | $23,816.34 |

---

| BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | | Claim Number: 1866<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| BARNETT, WILLARD F<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | | Claim Number: 1867<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| BARNETT, CAROL<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | | Claim Number: 1868<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BARNETT, CAROL J<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | Claim Number: 1869<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | Claim Number: 1870<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $71,267.23 |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: INGATE SYSTEMS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1871<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $17,904.00 | Scheduled: | $17,904.00 |
|---|---|---|---|---|

| INGATE SYSTEMS INC.<br>7 FARLEY ROAD<br>HOLLIS, NH 03049-5916 | Claim Number: 1872<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $20,514.00 |
|---|---|---|

| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | Claim Number: 1873<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $4,001.42 |
|---|---|---|
| UNSECURED | Claimed: | $10,713.02 |

| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | Claim Number: 1874<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $4,001.42 |
|---|---|---|
| UNSECURED | Claimed: | $10,713.02 |

| GERVITZ, GARY ALAN<br>36 CYPRESS COURT<br>TROPHY CLUB, TX 76262 | Claim Number: 1875<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $4,001.42 |
|---|---|---|
| UNSECURED | Claimed: | $10,713.02 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GERVITZ, GARY
36 CYPRESS CT.
TROPHY CLUB, TX 76262

Claim Number: 1876
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,001.42 | | |
| UNSECURED | Claimed: | $10,713.02 | | |

---

GERVITZ, GARY
36 CYPRESS CT.
TROPHY CLUB, TX 76262

Claim Number: 1877
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,001.42 | | |
| UNSECURED | Claimed: | $10,713.02 | | |

---

TUV RHEINLAND
TUV RHEINLAND OF NORTH AMERICA
PO BOX 33222
HARTFORD, CT 06150-3222

Claim Number: 1878
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $84,135.61 | | |

---

TUV RHEINLAND OF NORTH AMERICA
PO BOX 33222
HARTFORD, CT 06150-3222

Claim Number: 1879
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $84,135.61 | Scheduled: | $1,750.00 |

---

TUV RHEINLAND OF NORTH AMERICA
PO BOX 33222
HARTFORD, CT 06150-3222

Claim Number: 1880
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $84,135.61 | Scheduled: | $1,429.68 |

---

TUV RHEINLAND OF N.A. INC.
12 COMMERCE ROAD
NEWTOWN, CT 06470

Claim Number: 1881
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $84,135.61 | | |

---

SPARKLE POWER INC.
1000 ROCK AVE.
SAN JOSE, CA 95131-1610

Claim Number: 1882
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,880.00 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| SPARKLE POWER INC<br>1000 ROCK AVE<br>SAN JOSE, CA 95131-1610 | | Claim Number: 1883<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $5,880.00 | Scheduled: | $5,880.00 |
| BAGETAKOS, GEORGE<br>143 E CORNELL AVE<br>FRESNO, CA 93704-5203 | | Claim Number: 1884<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $715,134.69 | | |
| BAGETAKOS, GEORGE<br>1971 COLVIN RUN DRIVE<br>HENDERSON, NV 89052 | | Claim Number: 1885<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $715,134.69 | Scheduled: | $0.00 UNLIQ |
| TANNOR PARTNERS CREDIT FUND, LP<br>TRANSFEROR: MINI-CIRCUITS<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 1886<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $388.05 | | |
| MINI-CIRCUITS<br>13 NEPTUNE AVE.<br>BROOKLYN, NY 11235-0003 | | Claim Number: 1887<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $388.05 | | |
| COMBAT NETWORKS INC.<br>236 WESTBROOK ROAD<br>OTTAWA, ON K0A 1L0<br>CANADA | | Claim Number: 1888<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,184.45 | | |
| KUTLAR, DOGAN<br>BEIM FASANENGARTEN 39<br>STUTTGART, 70499<br>GERMANY | | Claim Number: 1889<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GIANI, ANITA M.<br>129 ELVA DRIVE<br>PASS CHRISTIAN, MS 39571 | Claim Number: 1890<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $403.65   UNLIQ |
|---|---|---|

| GIANI, ANITA M<br>129 ELVA AVE<br>PASS CHRISTIAN, MS 39571-4809 | Claim Number: 1891<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| UNSECURED | Claimed: | $403.65   UNLIQ |
|---|---|---|

| ABERNATHY, COLLEEN<br>2946 PARKWOOD RD<br>SNELLVILLE, GA 30039-4412 | Claim Number: 1892<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $54,876.00 |
|---|---|---|

| ABERNATHY, COLLEEN C.<br>2946 PARKWOOD RD<br>SNELLVILLE, GA 30039-4412 | Claim Number: 1893<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $54,876.00 |
|---|---|---|

| KRATER, PAUL<br>403 MICHAEL DR<br>MURPHY, TX 75094 | Claim Number: 1894<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $43,000.00 |
|---|---|---|

| WONG, WING<br>3016 BONSAI DR.<br>PLANO, TX 75093 | Claim Number: 1895<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $14,006.64 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $13,650.85  UNLIQ |

| WONG, WING VICTOR<br>3016 BONSAI DR<br>PLANO, TX 75093 | Claim Number: 1896<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14,006.64 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SAYWELL, JOHN G<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1897<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $57,166.00 |
| SAYWELL, JOHN G.<br>1716 HARVEST GLEN DRIVE<br>ALLEN, TX 75002 | | Claim Number: 1898<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $57,166.00 |
| EDWIN, FADI<br>6220 BENTWOOD TRAIL #1101<br>DALLAS, TX 75252 | | Claim Number: 1899<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8266 |
| PRIORITY | Claimed: | $100,000.00 |
| EDWIN, FADI<br>6011 LYTHAM DRIVE<br>DALLAS, TX 75252 | | Claim Number: 1900<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $100,000.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FINCH, ALBERT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1901<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
| UNSECURED | Claimed: | $60,807.74 |
| FINCH, ALBERT F<br>2309 PEMBROKE ST.<br>GARLAND, TX 75040 | | Claim Number: 1902<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $60,807.74 |
| REYES, JORGE<br>1408 TIMARRON LN.<br>MCKINNEY, TX 75070 | | Claim Number: 1903<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $210,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| REYES, JORGE M.<br>1408 TIMARRON LN.<br>MCKINNEY, TX 75070 | | Claim Number: 1904<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $210,000.00 |
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1905<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $48,807.68 |
| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1906<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $48,807.68 |
| BALDWIN, ROBERT SHAW<br>970 VILLAGE GREEN DR APT 424<br>ALLEN, TX 75013-3751 | | Claim Number: 1907<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $18,923.00 |
| BALDWIN, ROBERT SHAW<br>15902 BUFFALO CREEK DRIVE<br>FRISCO, TX 75035 | | Claim Number: 1908<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $18,923.00 |
| NEW HORIZONS<br>5400 S. MIAMI BLVD<br>SUITE 140<br>DURHAM, NC 27703-8465 | | Claim Number: 1909<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| ADMINISTRATIVE | Claimed: | $3,254.14 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: NEW HORIZONS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 1910<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $3,254.14 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GRAYBAR
JULES KRIEGER
FINANCIAL MANAGER
425 CAYUGA ROAD, SUITE 100
CHEEKTOWAGA, NY 14225

Claim Number: 1911
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $1,802.12 | | |

---

GRAYBAR ELECTRIC CO INC
425 CAYUGA ROAD
CHEEKTOWAGA, NY 14225-1946

Claim Number: 1912
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $1,802.12 | Scheduled: | $1,750.53 DISP |

---

AVERY, BARBARA A
411 PLAZA DR
GARNER, NC 27529

Claim Number: 1913
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

AVERY, BARBARA A
411 PLAZA DR
GARNER, NC 27529

Claim Number: 1914
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |

---

BOLAND, THOMAS L.
11651 SW 140TH LOOP
DUNNELLON, FL 34432

Claim Number: 1915
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $1,831.52 | | |

---

BOLAND, THOMAS L
11651 SOUTHWEST 140TH LOOP
DUNNELLON, FL 34432

Claim Number: 1916
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY UNSECURED | Claimed: | $1,831.52 | Scheduled: | $0.00 UNLIQ |

---

NG, ALEXANDER
5739 DESERET TRAIL
DALLAS, TX 75252

Claim Number: 1917
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $48,807.68 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NG, ALEXANDER
5739 DESERET TRAIL
DALLAS, TX 75252

Claim Number: 1918
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $48,807.68 |

---

ANDERS, DEBORAH
2025 EAKLE DRIVE
ROCK HILL, SC 29732

Claim Number: 1919
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,357.69 |

---

ANDERS, DEBORAH
2025 EAKLE DRIVE
ROCK HILL, SC 29732

Claim Number: 1920
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $17,307.69 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PUCAN TRADING
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1921
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $856.00 | Scheduled: | $0.00 UNLIQ |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PUCAN TRADING
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1922
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $856.00 |

---

PETERSON, DONALD K
6962 VERDE WAY
NAPLES, FL 34108

Claim Number: 1923
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

---

PETERSON, DONALD K
5 WINSTON FARM LANE
FAR HILLS, NJ 07931

Claim Number: 1924
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $0.00 UNDET |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MCKENZY, STEVEN
414 SO. SEMINOLE AVE
FORT MEADE, FL 33841

Claim Number: 1925
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

MCKENZY, STEVEN
414 SO SEMINOLE AVE
FORT MEADE, FL 33841

Claim Number: 1926
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |

---

NG, ALEXANDER
5739 DESERET TRAIL
DALLAS, TX 75252

Claim Number: 1927
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $48,807.68 |
|---|---|---|

---

NG, ALEXANDER
5739 DESERET TRAIL
DALLAS, TX 75252

Claim Number: 1928
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $48,807.68 |
|---|---|---|

---

MINNESOTA POWER & LIGHT COMPANY INC
30 WEST SUPERIOR ST
DULUTH, MN 55802-2093

Claim Number: 1929
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MN POWER
30 W SUPERIOR ST
DULUTH, MN 55802

Claim Number: 1930
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

PHAM, KEVIN DUNG
1011 WELLINGTON LN
MURPHY, TX 75094

Claim Number: 1931
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| PHAM, KEVIN<br>1011 WELLINGTON LN<br>MURPHY, TX 75094 | | Claim Number: 1932<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $42,000.00 |
| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON K0B 1R0<br>CANADA | | Claim Number: 1933<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $43,497.72 |
| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON K0B 1R0<br>CANADA | | Claim Number: 1934<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| ADMINISTRATIVE | Claimed: | $43,497.72 |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 1935<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2322 (01/21/2010) |
| PRIORITY | Claimed: | $2,967,386,218.82 |
| UNSECURED | Claimed: | $49,264,612.00 |
| CAMPBELL CREEK, LTD.<br>TIMOTHY R. DUNN, CFO<br>5601 GRANITE PARKWAY, SUITE 800<br>DALLAS, TX 75024 | | Claim Number: 1936<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $431,414.60 |
| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | Claim Number: 1937<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $24,123.90 |
| ROYER, MARTHA<br>11022 FERNALD AVE<br>DALLAS, TX 75218 | | Claim Number: 1938<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,173.90 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | Claim Number: 1939<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,123.90 | | |

---

| ROYER, MARTHA<br>11022 FERNALD AVE<br>DALLAS, TX 75218 | | Claim Number: 1940<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $13,173.90 | | |

---

| BAYNO, FRANK<br>3509 LA COSTA WAY<br>RALEIGH, NC 27610 | | Claim Number: 1941<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,566.90 | | |

---

| BAYNO, FRANK<br>3509 LACOSTA WAY<br>RALEIGH, NC 27610 | | Claim Number: 1942<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,575.63 | Scheduled: | $8,575.63 UNLIQ |

---

| TROY, CATHERINE<br>142 TREBLE COVE RD<br>N BILLERICA, MA 01862 | | Claim Number: 1943<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,974.40 | | |

---

| TROY, CATHERINE E.<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 1944<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,974.40 | | |

---

| DYNATOOL INDUSTRIES INC<br>3540 ST PATRICK<br>MONTREAL, QC H4E 1A2<br>CANADA | | Claim Number: 1945<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $13,020.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DYNATOOL INDUSTRIES INC<br>3540 ST PATRICK<br>MONTREAL, QC H4E 1A2<br>CANADA | | Claim Number: 1946<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,020.00 | | |

| DORR, ALAN M.<br>2603 WOODSIDE CIRCLE<br>MCKINNEY, TX 75070 | | Claim Number: 1947<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $168,088.80 | | |

| DORR, ALAN M<br>2603 WOODSIDE CIRCLE<br>MCKINNEY, TX 75070 | | Claim Number: 1948<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $168,088.80 | | |

| INTERSYSTEMS<br>INTERSYSTEMS HOUSE<br>WINDSOR, SL4 6BB<br>UNITED KINGDOM | | Claim Number: 1949<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,229.88 | Scheduled: | $0.00  UNLIQ |

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 1950<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $747,603.76 | | |

| TECHNOLOGY CENTER ASSOCIATES, L.P.<br>C/O DOUGLAS J. HANNOY<br>FEIWELL & HANNOY, P.C.<br>251 N. ILLINOIS STREET, SUITE 1700<br>INDIANAPOLIS, IN 46204 | | Claim Number: 1951<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| SECURED<br>UNSECURED | Claimed: | $55,426.30 | | |

| CATER TIME VENDING & DISTRIBUTING, INC.<br>430 E US HWY 69<br>CLAYCOMO, MO 64119 | | Claim Number: 1952<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $33.14 | | |
| UNSECURED | Claimed: | $587.61 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CATER TIME<br>CATER TIME<br>430 NE 69 HIGHWAY<br>CLAYCOMO, MO 64119 | Claim Number: 1953<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $620.75 | | |

---

| COMPUTER ASSOCIATES INTERNATIONAL, INC<br>ATTENTION: ROBERT AUSTEN, 5TH FLOOR<br>ONE COMPUTER ASSOCIATES PLAZA<br>ISLANDIA, NY 11749 | Claim Number: 1954<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,845.00 | | |

---

| MATHENY, SCOTT<br>155 BAY DR<br>HENDERSONVILLE, TN 37075 | Claim Number: 1955<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $18,613.49 | | |
| UNSECURED | | | Scheduled: | $15,140.91  UNLIQ |

---

| MATHENY, SCOTT<br>155 BAY DR.<br>HENDERSONVILLE, TN 37075 | Claim Number: 1956<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,613.49 | | |

---

| MATHENY, SCOTT<br>155 BAY DR.<br>HENDERSONVILLE, TN 37075 | Claim Number: 1957<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $58,273.60 | | |

---

| MATHENY, SCOTT<br>155 BAY DR<br>HENDERSONVILLE, TN 37075 | Claim Number: 1958<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $58,273.60 | | |
| UNSECURED | | | Scheduled: | $57,496.60  UNLIQ |

---

| TRAMMELL, DAVID<br>1409 SASSAFRASS DRIVE<br>PLANO, TX 75023 | Claim Number: 1959<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $43,601.68 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TRAMMELL, DAVID W.
1409 SASSAFRAS DRIVE
PLANO, TX 75023

Claim Number: 1960
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $43,601.68 |
|---|---|---|

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1961
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $101,041.28 | Scheduled: | $101,041.28 |
|---|---|---|---|---|

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1962
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $18,114.86   UNLIQ |
|---|---|---|---|---|

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1963
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $101,041.28 |
|---|---|---|

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1964
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $18,114.86 |
|---|---|---|

FORFELLOW, HENRY J
99 MARTIN STREET
KING CITY, ON L7B 1J3
CANADA

Claim Number: 1965
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8902 (11/07/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FORFELLOW, HENRY J.
99 MARTIN ST
KING CITY, ON L7B 1J3
CANADA

Claim Number: 1966
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| COMM-WORKS HOLDINGS, LLC<br>1405 XENIUM LN N STE 120<br>MINNEAPOLIS, MN 55441-4448 | Claim Number: 1967<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00 |

| HIRSCH, DUANE<br>130 OAK CURVE<br>BURNSVILLE, MN 55306-5515 | Claim Number: 1968<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed: | $32,939.20 |

| HIRSCH, DUANE J.<br>130 OAK CURVE<br>BURNSVILLE, MN 55306 | Claim Number: 1969<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $32,939.20 |

| HIRSCH, DUANE<br>130 OAK CURVE<br>BURNSVILLE, MN 55306-5515 | Claim Number: 1970<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| ADMINISTRATIVE          Claimed: | $184,411.02 |

| HIRSCH, DUANE<br>130 OAK CURVE<br>BURNSVILLE, MN 55306-5515 | Claim Number: 1971<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed: | $184,411.03 |

| STERN, DAVID W.<br>1510 OREGON ST<br>BERKELEY, CA 94703 | Claim Number: 1972<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $42,000.00 |

| STERN, DAVID W<br>1510 OREGON STREET<br>BERKELEY, CA 94703 | Claim Number: 1973<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY<br>UNSECURED          Claimed: | $42,000.00<br>Scheduled:          $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FRANCIS, PATRICIA P
8218 SUMMER PLACE DRIVE
AUSTIN, TX 78759

Claim Number: 1974
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,040.50 | | |
| UNSECURED | | | | $1,272.50 |

---

TROY, CATHERINE E
142 TREBLE COVE ROAD
BILLERICA, MA 01862

Claim Number: 1975
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

UNSECURED        Claimed:        $19,974.40

---

TROY, CATHERINE E
142 TREBLE COVE ROAD
BILLERICA, MA 01862

Claim Number: 1976
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

ADMINISTRATIVE        Claimed:        $19,974.40

---

TROY, CATHERINE E
142 TREBLE COVE RD
N BILLERICA, MA 01862

Claim Number: 1977
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

UNSECURED        Claimed:        $19,974.40

---

TROY, CATHERINE E
142 TREBLE COVE ROAD
BILLERICA, MA 01862

Claim Number: 1978
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

ADMINISTRATIVE        Claimed:        $19,974.40

---

TROY, CATHERINE
142 TREBLE COVE RD
N BILLERICA, MA 01862

Claim Number: 1979
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

UNSECURED        Claimed:        $19,974.40

---

TROY, CATHERINE E
142 TREBLE COVE ROAD
N BILLERICA, MA 01862

Claim Number: 1980
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

ADMINISTRATIVE        Claimed:        $19,974.40

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FRANCIS, PATRICIA P.
8218 SUMMER PLACE DRIVE
AUSTIN, TX 78759

Claim Number: 1981
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $1,040.50 |
|---|---|---|

WILLIAMS, SHARON
6632 JOHNSON MILL RD.
DURHAM, NC 27712

Claim Number: 1982
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

MARYAK, JENIFER
10720 DUNHILL TER
RALEIGH, NC 27615

Claim Number: 1983
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $4,026.26 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $96,530.03 | Scheduled: | $100,556.29 |

WILLIAMS, SHARON R.
6632 JOHNSON MILL RD
DURHAM, NC 27712

Claim Number: 1984
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $34,910.00 |
|---|---|---|

MARYAK, JENIFER
10720 DUNHILL TER
RALEIGH, NC 27615

Claim Number: 1985
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $53,098.76 | Scheduled: | $53,098.76  UNLIQ |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SMITH, DOUGLAS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1986
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,882.96 |
|---|---|---|

HUGHES, PAUL
66 LUDLOW ST.
STATEN ISLAND, NY 10312

Claim Number: 1987
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $28,010.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HUGHES, PAUL
66 LUDLOW ST.
STATEN ISLAND, NY 10312

Claim Number: 1988
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

HUGHES, PAUL
66 LUDLOW ST
STATEN ISLAND, NY 10312

Claim Number: 1989
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

HUGHES, PAUL
66 LUDLOW ST.
STATEN ISLAND, NY 10312

Claim Number: 1990
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| TOTAL | Claimed: | $0.00 UNDET |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: ACADEMIC BENCHMARKS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1991
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| ADMINISTRATIVE | Claimed: | $8,000.00 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: ACADEMIC BENCHMARKS INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1992
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,000.00 | Scheduled: | $8,000.00 |
|---|---|---|---|---|

---

SMITH, DOUGLAS
4703 KINSMON PL
MARIETTA, GA 30062

Claim Number: 1993
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $33,882.96 |
|---|---|---|

---

NOY, ANA
10202 SW 158TH CT
MIAMI, FL 33196

Claim Number: 1994
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $8,980.04 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $8,980.04 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| NOY, ANA M.<br>10202 SW 158 CT<br>MIAMI, FL 33196 | | Claim Number: 1995<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $9,027.77 |
| HO, STEPHANIE<br>703 ALLEN DRIVE<br>EULESS, TX 76039 | | Claim Number: 1996<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $46,411.45 |
| PEABODY, PATRICIA<br>44 ROBIN'S NEST DRIVE<br>HICKORY CREEK, TX 75065 | | Claim Number: 1997<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| PRIORITY | Claimed: | $54,491.23 |
| MULCAHY, PATRICIA<br>1474 GOLDEN MEADOW SQUARE<br>SAN JOSE, CA 95117 | | Claim Number: 1998<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| PRIORITY | Claimed: | $22,250.16 |
| HUNTFORD PRINTING & GRAPHICS<br>275 DEMPSEY ROAD<br>MILPITAS, CA 95035-5556 | | Claim Number: 1999<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $629.33 |
| ADOM, PRINCE<br>3651 SMOKE TREE TRAIL<br>EULESS, TX 76040 | | Claim Number: 2000<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $86,813.37 |
| ADOM, PRINCE<br>3651 SMOKE TREE TRAIL<br>EULESS, TX 76040 | | Claim Number: 2001<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $86,813.37 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX 76040 | | Claim Number: 2002<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| UNSECURED | Claimed: | $86,813.37 | | |
| CONNECTICUT OFFICE OF THE TREASURER<br>ATTN: MARIA GREENSLADE,ASST DEP TREA<br>UNCLAIMED PROPERTY DIVISION<br>55 ELM STREET, 7TH FLOOR<br>HARTFORD, CT 06106-1773 | | Claim Number: 2003<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7686 (05/24/2012) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| LAZAROU, MARC<br>19 PUGSLEY AVENUE<br>RICHMOND HILL, L4C 8B6<br>CANADA | | Claim Number: 2004<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| HAMILTON COUNTY TREASURER<br>33 N. 9TH STREET, STE. 112<br>NOBLESVILLE, IN 46060 | | Claim Number: 2005<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4467 (12/03/2010) | | |
| PRIORITY | Claimed: | $1,255.32 | Scheduled: | $0.00  UNLIQ |
| SUPERCLICK NETWORK INC<br>10222 BOUL ST-MICHEL SUITE 300<br>MONTREAL-NORD, QC H1H 5H1<br>CANADA | | Claim Number: 2006<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $22,062.50 | Scheduled: | $22,062.50 |
| ALLEN SYSTEMS GROUP INC<br>1333 THIRD AVENUE SOUTH<br>NAPLES, FL 34102 | | Claim Number: 2007<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $361.69 | | |
| MALZAHN, MARK J.<br>1013 TIMBERLINE LN<br>ALLEN, TX 75002 | | Claim Number: 2008<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $94,861.20 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 2009
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $18,144.24 |
|---|---|---|

---

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 2010
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $18,144.24 |
|---|---|---|

---

HATFIELD, GARY
PO BOX 1475
CELINA, TX 75009

Claim Number: 2011
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,413.66 |
|---|---|---|

---

STANLEY SUPPLY & SERVICES
335 WILLOW STREET
NORTH ANDOVER, MA 01845

Claim Number: 2012
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,103.65 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

ELDER, HOWARD H
6256 158TH ST WEST
APPLE VALLEY, MN 55124

Claim Number: 2013
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $692.22  UNLIQ |
|---|---|---|

---

LAMARQUE, JESSIE
15607 FOX MEADOW LANE
FRISCO, TX 75035

Claim Number: 2014
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $35,941.50 | Scheduled: | $5,380.13 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $31,535.25 |

---

LASSON, WAYNE
126 WASHINGTON CIRCLE
LAKE FOREST, IL 60045

Claim Number: 2015
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $2,273.79  UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| STRASSBURG, PAMELA R<br>1499 ALMOND AVE<br>ST. PAUL, MN 55108 | | Claim Number: 2016<br>Claim Date: 08/24/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $95,000.00 |
| YAHYAPOUR, KAZEM<br>6100 CRESCENT KNOLL DR<br>RALEIGH, NC 27614 | | Claim Number: 2017<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $252,000.00 |
| BEATTIE, GORDON<br>1525 MARSHALL FARM ST<br>WAKE FOREST, NC 27587 | | Claim Number: 2018<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 4266 |
| PRIORITY | Claimed: | $76,657.92   UNLIQ |
| CUMMINGS, CHAPPELLE<br>113 SANDERS DR<br>HUNTSVILLE, AL 35811 | | Claim Number: 2019<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $12,963.20 |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: SAFETY CERTIFIED INC<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 2020<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| UNSECURED | Claimed: | $3,187.50         Scheduled:         $3,187.50 |
| GLOBAL COMPLIANCE SERVICES INC<br>13950 BALLANTYNE CORPORATE<br>CHARLOTTE, NC 28277 | | Claim Number: 2021<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $911.28 |
| TAYLOR, THOMAS<br>3585 DOROTHY LANE<br>WATERFORD, MI 48329-1106 | | Claim Number: 2022<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $45,337.28 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| TAYLOR, THOMAS<br>3585 DOROTHY LANE<br>WATERFORD, MI 48329-1106 | Claim Number: 2023<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |

| ADMINISTRATIVE | | | |
| PRIORITY | | | |
| UNSECURED | Claimed: | $45,337.28 | |

---

| RICHARD BLAND COLLEGE<br>11301 JOHNSON ROAD<br>PETERSBURG, VA 23805-7100 | Claim Number: 2024<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |

| UNSECURED | Claimed: | $1,729.38 | |

---

| WIRELESS COMMUNICATIONS<br>1333 H STREET NW<br>WASHINGTON, DC 20005 | Claim Number: 2025<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |

| TOTAL | Claimed: | $0.00 | |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: READY, JANA T.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 2026<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |

| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $4,639.20 | |
| SECURED | Claimed: | $4,639.20 | |
| UNSECURED | | | |
| TOTAL | Claimed: | $4,639.20 | |

---

| FOCHT, RONALD D.<br>7700 HOLLY HEIGHT LN<br>RALEIGH, NC 27615 | Claim Number: 2027<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |

| PRIORITY | Claimed: | $25,000.00 | |
| UNSECURED | | | Scheduled: $32,989.38 |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: THIBODEAUX, DAVID<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2028<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $24,999.98 | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SHEPHERD, FRANK J. | Claim Number: 2029 |
| 2426-1 SHIPS MECHANIC ROW | Claim Date: 08/24/2009 |
| GALVESTON, TX 77550 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $41,597.38 |
| UNSECURED | Claimed: | $12,643.60 |

---

| SIMS, MARK C | Claim Number: 2030 |
| 2161 APPLETON CIR | Claim Date: 08/24/2009 |
| LAWRENCEVILLE, GA 30043 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 7432 (03/22/2012) |

| PRIORITY | Claimed: | $34,402.30   UNLIQ |

---

| CBCI TELECOM | Claim Number: 2031 |
| 1550 A LAPERRIERE AVE SUITE | Claim Date: 08/24/2009 |
| OTTAWA, ON K1Z 7T2 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 7354 (03/08/2012) |

| UNSECURED | Claimed: | $6,260.86 |

---

| BILL, LAWRENCE M. | Claim Number: 2032 |
| 4816 ST SIMONS TER | Claim Date: 08/24/2009 |
| WAXHAW, NC 28173-6823 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $62,979.24 |
| UNSECURED | | |

---

| BILL, LAWRENCE M. | Claim Number: 2033 |
| 4816 ST SIMONS TER | Claim Date: 08/24/2009 |
| WAXHAW, NC 28173-6823 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $62,979.24 |

---

| COMSTOCK, DOUGLAS R. | Claim Number: 2034 |
| 9401 N MANOR DR | Claim Date: 08/24/2009 |
| ZEBULON, NC 27597 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8634 (10/03/2012) |

| PRIORITY | Claimed: | $5,876.93 | | |
| UNSECURED | | | Scheduled: | $6,526.25 |

---

| DOSSA, CHRIS | Claim Number: 2035 |
| 328 DEERPARK COURT | Claim Date: 08/24/2009 |
| WALNUT CREEK, CA 94598 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $9,500.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PNES, FL 33027 | | Claim Number: 2036<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | |
|---|---|---|---|
| TOTAL | Claimed: | $0.00 UNDET | |

| | | |
|---|---|---|
| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PINES, FL 33027 | | Claim Number: 2037<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,875.47 |
| UNSECURED | Claimed: | $11,480.05 |

| | | |
|---|---|---|
| XU, SUSAN<br>14818 FARMCOTE DR.<br>FRISCO, TX 75035 | | Claim Number: 2038<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,414.77 |

| | | |
|---|---|---|
| THE NEU GROUP INC<br>135 KATONAH AVENUE<br>3RD FLOOR<br>KATONAH, NY 10536 | | Claim Number: 2039<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,203.00 |

| | | |
|---|---|---|
| DAVISON, PIERRE<br>PO BOX 7687<br>CHARLESTON, WV 25356 | | Claim Number: 2040<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (03/22/2012) |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,000.00 | Scheduled: | $2,772.23 |
| UNSECURED | | | Scheduled: | $7,239.60 |

| | | |
|---|---|---|
| PAIGE, MICHAEL<br>6521 OLD STONE FENCE ROAD<br>FAIRFAX STATION, VA 22039 | | Claim Number: 2041<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $16,974.96 UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| | | |
|---|---|---|
| FLORY, JOHN<br>6345 CORDING CT<br>COLORADO SPGS, CO 80922-2145 | | Claim Number: 2042<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,966.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DAYTIMER<br>CUSTOMER SERVICE DEPARTMENT<br>ETOBICOKE, ON M9W 7J3<br>CANADA | | Claim Number: 2043<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $764.62 | | |

| VOXIFY INC<br>1151 MARINA VILLAGE PKWY<br>ALAMEDA, CA 94501 | | Claim Number: 2044<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $709.64 | Scheduled: | $0.00 UNLIQ |

| THOMPSON, VERNON J.<br>1012 CHASE LN<br>DENTON, TX 76209-3504 | | Claim Number: 2045<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,000.00 | | |

| NEAL & HARWELL, PLC<br>GERALD D. NEENAN, ESQ.<br>150 FOURTH AVENUE NORTH, SUITE 200<br>NASHVILLE, TN 37219 | | Claim Number: 2046<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $355.00 | | |

| PRECISE METFAB INC<br>112 WILLOWLEA<br>UNIT 4<br>CARP, ON K0A 1L0<br>CANADA | | Claim Number: 2047<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,669.18 | | |

| SEYMOUR, BRIAN<br>1000 S CATALINA AVE., APT. 104<br>REDONDO BEACH, CA 90277 | | Claim Number: 2048<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $60,725.00 | | |

| LE, CANH<br>3406 W. COUNTRY CLUB DR, UNIT 173<br>IRVING, TX 75038 | | Claim Number: 2049<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 UNLIQ | | |
| UNSECURED | Claimed: | $3,934.00 UNLIQ | Scheduled: | $13,378.45 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| THOMPSON, VERNON J.<br>1012 CHASE LN<br>DENTON, TX 76209-3504 | | Claim Number: 2050<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $37,000.00 | Scheduled: | $39,400.61 | |
| JOHNSON, JACK<br>7123 AZALEA LN<br>DALLAS, TX 75230 | | Claim Number: 2051<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $224,673.79   UNLIQ | Scheduled: | $0.00  UNLIQ | |
| WACKES, CHARLES F<br>PMB 21873<br>PO BOX 2428<br>PENSACOLA, FL 32513-2428 | | Claim Number: 2052<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $35,000.00   UNLIQ | | | |
| SEYMOUR, BRIAN<br>1000 S CATALINA AVE., APT. 104<br>REDONDO BEACH, CA 90277 | | Claim Number: 2053<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $55,384.62   UNLIQ | | | |
| LAM-CALDERON, NANCY<br>3258 GARDENDALE DR.<br>SAN JOSE, CA 95118 | | Claim Number: 2054<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $18,461.54 | | | |
| ENCOMENDEROS, CARLOS<br>PO BOX 670156<br>CORAL SPRINGS, FL 33067 | | Claim Number: 2055<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| UNSECURED | Claimed: | $28,398.38 | Scheduled: | $28,379.91 | |
| GOODE, TERESA V<br>2661 NEW HP CH RD<br>RALEIGH, NC 27604 | | Claim Number: 2056<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| TOTAL | Claimed: | $0.00   UNDET | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JACKSON, PALMA | Claim Number: 2057 |
| 553 FIRST AVE | Claim Date: 08/24/2009 |
| PETROLIA, ON N0N 1R0 | Debtor: NORTEL NETWORKS INC. |
| CANADA | |

| UNSECURED | Claimed: | $347.00  UNLIQ |

---

| TAYLOR, KEVIN | Claim Number: 2058 |
| 2456 NE 27TH AVE | Claim Date: 08/24/2009 |
| FT. LAUDERDALE, FL 33305 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | | | |
| UNSECURED | Claimed: | $13,751.97 | Scheduled: | $13,751.97  UNLIQ |

---

| EAST CAMELBACK ROAD, INC. | Claim Number: 2059 |
| C/O ROBERT N. BRIER, ESQ. | Claim Date: 08/24/2009 |
| 2400 EAST ARIZONA BILTMORE CIRCLE, | Debtor: NORTEL NETWORKS INC. |
| SUITE 1300 | Comments: EXPUNGED |
| PHOENIX, AZ 85016-2115 | DOCKET: 2320 (01/21/2010) |

| UNSECURED | Claimed: | $244,203.60 |

---

| BOULDER LOGIC LLC | Claim Number: 2060 |
| ATTENTION: PRESIDENT | Claim Date: 08/24/2009 |
| 4678 LEE HILL DR. | Debtor: NORTEL NETWORKS INC. |
| BOULDER, CO 80302 | Comments: EXPUNGED |
| | DOCKET: 3799 (08/18/2010) |

| ADMINISTRATIVE | Claimed: | $7,502.28 |

---

| REL COMM INC | Claim Number: 2061 |
| 250 CUMBERLAND ST | Claim Date: 08/24/2009 |
| STE 214 | Debtor: NORTEL NETWORKS INC. |
| ROCHESTER, NY 14605-2801 | |

| UNSECURED | Claimed: | $4,064.00 |

---

| KAFAEI, NAVID | Claim Number: 2062 |
| 14862 DANEWAY | Claim Date: 08/24/2009 |
| FRISCO, TX 75035 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 7431 (03/22/2012) |

| UNSECURED | Claimed: | $7,140.26 | Scheduled: | $8,400.07 |

---

| LAFLEUR, STEPHEN PAUL | Claim Number: 2063 |
| 11119 PAGEWYNNE DR | Claim Date: 08/24/2009 |
| FRISCO, TX 75035 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 7408 (03/20/2012) |

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $19,286.47 | Scheduled: | $31,402.58 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LAFLEUR, STEPHEN PAUL<br>11119 PAGEWYNNE DR<br>FRISCO, TX 75035 | | Claim Number: 2064<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $30,236.47 | | |

---

| | | | | |
|---|---|---|---|---|
| PRO CONNECT TECHNOLOGY<br>1700 CAPITOL AVE.<br>PLANO, TX 75074 | | Claim Number: 2065<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7353 (03/08/2012) | | |
| UNSECURED | Claimed: | $5,373.88 | | |

---

| | | | | |
|---|---|---|---|---|
| PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 75085-2764 | | Claim Number: 2066<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| PRIORITY | Claimed: | $5,373.88 | | |

---

| | | | | |
|---|---|---|---|---|
| HARBISON, SANDRA<br>5816 STRATFORD LANE<br>THE COLONY, TX 75056 | | Claim Number: 2067<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $2,022.44 | | |

---

| | | | | |
|---|---|---|---|---|
| HARBISON, SANDRA<br>5816 STRATFORD LANE<br>THE COLONY, TX 75056 | | Claim Number: 2068<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $2,022.44 | | |

---

| | | | | |
|---|---|---|---|---|
| ASSURANCE TECHNOLOGY CORP<br>303 LITTLETON ROAD<br>CHELMSFORD, MA 01824-3311 | | Claim Number: 2069<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $10,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FINNEGAN HENDERSON FARABOW GARRETT<br>901 NEW YORK AVE NW<br>WASHINGTON, DC 20001-4413 | | Claim Number: 2070<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $27,702.83 | Scheduled: | $3,855.68 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| KETTERER, DAVID<br>101 BAYWOOD PLACE<br>CHAPEL HILL, NC 27516 | Claim Number: 2071<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $81,429.56 |
|---|---|---|

---

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CHMIELESKI, LINDA<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 2072<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | |

| PRIORITY | Claimed: | $11,875.00 |
|---|---|---|

---

| | | |
|---|---|---|
| CHMIELESKI, LINDA<br>21317 WINDY HILL DRIVE<br>FRANKFORT, IL 60423 | Claim Number: 2073<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $11,875.00 |
|---|---|---|

---

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: PRIMO MICROPHONES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2074<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | |

| ADMINISTRATIVE | Claimed: | $6,274.80 |
|---|---|---|

---

| | | |
|---|---|---|
| PRIMO MICROPHONES, INC.<br>ATTN: ACCTS RECEIVABLE<br>PO BOX 1570<br>MCKINNEY, TX 75070 | Claim Number: 2075<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $6,274.80 |
|---|---|---|

---

| | | |
|---|---|---|
| PRIMO MICROPHONES, INC.<br>PO BOX 1570<br>MCKINNEY, TX 75070 | Claim Number: 2076<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |

| ADMINISTRATIVE | Claimed: | $6,274.80 |
|---|---|---|

---

| | | |
|---|---|---|
| PRIMO MICROPHONES INC<br>1805 COUCH DRIVE<br>MCKINNEY, TX 75069 | Claim Number: 2077<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $6,274.80 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| PRIMO MICROPHONES, INC.<br>PO BOX 1570<br>MCKINNEY, TX 75070 | | Claim Number: 2078<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| ADMINISTRATIVE | Claimed: | $6,274.80 | | |
| PRIMO MICROPHONES INC<br>PO BOX 1570<br>MCKINNEY, TX 75070 | | Claim Number: 2079<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $6,274.80 | Scheduled: | $3,915.80 |
| PRIMO MICROPHONES, INC.<br>PO BOX 1570<br>MCKINNEY, TX 75070 | | Claim Number: 2080<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| ADMINISTRATIVE | Claimed: | $6,274.80 | | |
| PRIMO<br>PRIMO MICROPHONES INC<br>1805 COUCH DRIVE<br>MCKINNEY, TX 75069 | | Claim Number: 2081<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $6,274.80 | | |
| NEAL & HARWELL PLC<br>150 FOURTH AVE NORTH<br>NASHVILLE, TN 37219-2498 | | Claim Number: 2082<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $4,975.00 | Scheduled: | $0.00 UNLIQ |
| TRYLOVICH, KAREN W<br>221 SPALDING GATE DR<br>ATLANTA, GA 30328 | | Claim Number: 2083<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $187,487.66 | Scheduled: | $187,487.66 |
| TRYLOVICH, KAREN<br>221 SPALDING GATE DR<br>ATLANTA, GA 30328 | | Claim Number: 2084<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $47,578.52 | Scheduled: | $43,358.76 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MAHONEY, SUZANNE C
62 CRYSTAL STREET
HAVERHILL, MA 01832

Claim Number: 2085
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $272.99   UNLIQ |
|---|---|---|

---

MAHONEY, SUZANNE C.
62 CRYSTAL ST
HAVERHILL, MA 01832

Claim Number: 2086
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $272.99   UNLIQ |
|---|---|---|

---

INTERNATIONAL TELECOMMUNICATION UNION
PLACE DES NATIONS
GENEVA 20, 1211
SWITZERLAND

Claim Number: 2087
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $26,703.06 |
|---|---|---|

---

INTERNATIONAL TELECOMMUNICATION UNION
PLACE DES NATIONS
GENEVA 20, 1211
SWITZERLAND

Claim Number: 2088
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $26,703.06 |
|---|---|---|

---

KAYE, DOUGLAS J.
631 BELMONT CREST DR.
MARIETTA, GA 30067

Claim Number: 2089
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $408,748.37 | Scheduled: | $288,705.15 |
|---|---|---|---|---|

---

KIRN, JOHN
17 KENNY CIRCLE
BARRIE, ON L4N 6C7
CANADA

Claim Number: 2090
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | | | Scheduled: | $1,731.85 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $80,750.32 | Scheduled: | $86,564.91 |

---

KIRN, JOHN
1063 WARBY TRAIL
NEWMARKET, ON L3X 3H6
CANADA

Claim Number: 2091
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $80,750.32 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

INTERFAX SYSTEMS INC
45 VOYAGER COURT NORTH
TORONTO, ON M9W 4Y2
CANADA

Claim Number: 2092
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $21,984.41 | | |

---

DURHAM COUNTY TAX COLLECTOR
PO BOX 3397
DURHAM, NC 27702

Claim Number: 2093
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $323,544.62 | | $0.00 UNLIQ |

---

PRO CONNECT
PO BOX 852764
RICHARDSON, TX 75085

Claim Number: 2094
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| | Claimed: | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $5,373.88 | | |

---

PRO CONNECT
PO BOX 852764
RICHARDSON, TX 75085-2764

Claim Number: 2095
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $5,373.88 | | |

---

LAMBERT, BOBBIE
320 FOLEY DRIVE
GARNER, NC 27529

Claim Number: 2096
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,375.72 |
| UNSECURED | Claimed: | $58,646.25 | Scheduled: | $67,856.88 |

---

PALMER, CAROLYN
3171 WINDING LAKE DR
GAINESVILLE, GA 30504

Claim Number: 2097
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 3604

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $14,138.17 | | |

---

PALMER, GARY
3131 WINDING LAKE DR
GAINESVILLE, GA 30504

Claim Number: 2098
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $75,101.12 | | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| UNTIED STATES DEBT RECOVERY XI, LP<br>TRANSFEROR: PALMER, CAROLYN G<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2099<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $215,477.09 | Scheduled: | $0.00 UNLIQ |

---

| KINGSBURY, DANIEL E.<br>221 SADDLEBROOK DR.<br>GARLAND, TX 75044 | Claim Number: 2100<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $37,794.36 |

---

| KINGSBURY, DANIEL E<br>221 SADDLEBROOK<br>GARLAND, TX 75044-4642 | Claim Number: 2101<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |

| PRIORITY | Claimed: | $6,548.40 | | |
| UNSECURED | Claimed: | $31,245.96 | Scheduled: | $40,169.67 |

---

| THOMAS, DELORIS S.<br>101 EAST TIFFANY DRIVE APT# 4<br>WEST PALM BEACH, FL 33407 | Claim Number: 2102<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| THOMAS, DELORIS F<br>101 EAST TIFFANY LAKES DR., APT. 4<br>WEST PALM BEACH, FL 33407 | Claim Number: 2103<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $18,000.00 |

---

| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX 75075 | Claim Number: 2104<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| GORDON, DOUGLAS<br>3904 SADDLEHEAD DR.<br>PLANO, TX 75075 | Claim Number: 2105<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |

| UNSECURED | Claimed: | $32,992.53 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX 75075 | | Claim Number: 2106<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| GORDON, DOUGLAS<br>3904 SADDLEHEAD DR.<br>PLANO, TX 75075 | | Claim Number: 2107<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $32,992.53 |

| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX 75075 | | Claim Number: 2108<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX 75075 | | Claim Number: 2109<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $32,992.53 |

| KOUNG, CHING-CHUN<br>3058 BLACKFIELD DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 2110<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $38,209.00 |

| KOUNG, CHING-CHUN<br>3058 BLACKFIELD DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 2111<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $38,209.00 |

| HAVERKAMP, LAWRENCE C.<br>PO BOX 2497<br>OREGON CITY, OR 97045 | | Claim Number: 2112<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,641.00   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HAVERKAMP, LAWRENCE
PO BOX 2497
OREGON CITY, OR 97045

Claim Number: 2113
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| PRIORITY | Claimed: | $3,641.00 UNLIQ |
|---|---|---|

PERRY, SHIHDAR LIU
129 ROSEWALL LANE
CARY, NC 27511

Claim Number: 2114
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $86,050.00 |
|---|---|---|

PERRY, SHIHDAR LIU
129 ROSEWALL LANE
CARY, NC 27511

Claim Number: 2115
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $86,050.00 |
|---|---|---|

SEPULVEDA (CIRILO), ELLEN
1045 E GREEN STREET
PASADENA, CA 91106

Claim Number: 2116
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

CIRILO, ELLEN P
1045 E. GREEN ST.
PASADENA, CA 91106

Claim Number: 2117
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MERCURE, JIM
210 CELLARS WAY
WALLAE, NC 28466-2360

Claim Number: 2118
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,262.53 | Scheduled: | $4,184.33 UNLIQ |
|---|---|---|---|---|

MERCURE, JIM
210 CELLARS WAY
WALLACE, NC 28466

Claim Number: 2119
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PAVLIC, TERESA H<br>813 GENFORD COURT<br>RALEIGH, NC 27609 | | Claim Number: 2120<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $8,075.00 | | |
| UNSECURED | Claimed: | $28,125.00 | Scheduled: | $39,895.52 |
| TOTAL | Claimed: | $36,125.00 | | |

| PAVLIC, TERESA<br>813 GENFORD COURT<br>RALEIGH, NC 27609 | | Claim Number: 2121<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $36,125.00 |

| TEASLEY, CLIFF<br>6815 WILEY MANGUM RD<br>BAHAMA, NC 27503 | | Claim Number: 2122<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| TEASLEY, CLIFFORD W<br>7322 STAGGSVILLE RD<br>BAHAMA, NC 27503 | | Claim Number: 2123<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

| DOWNER, J A HANSEN<br>119 GOODMAN DRIVE<br>KANATA, ON K2W IC7<br>CANADA | | Claim Number: 2124<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| DOWNER, J A HANSEN<br>119 GOODMAN DRIVE<br>KANATA, ON K2W IC7<br>CANADA | | Claim Number: 2125<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| MONETTE, MADELEINE<br>2 CHARLTON ST # 11K<br>NEW YORK, NY 10014 | | Claim Number: 2126<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $520.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MONETTE, MADELEINE
2 CHARLTON STREET, APT 11K
NEW YORK, NY 10014

Claim Number: 2127
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $520.00 |
|---|---|---|

PYLON ELECTRONICS INC
147 COLONNADE RD
OTTAWA, ON K2E 7L9
CANADA

Claim Number: 2128
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $3,473.74 |
|---|---|---|

PYLON ELECTRONICS INC
147 COLONNADE RD
OTTAWA, ON K2E 7L9
CANADA

Claim Number: 2129
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $3,473.74 |
|---|---|---|

RAFAEL, ROSE R
3390 BROOKFIELD DR.
LAS VEGAS, NV 89120

Claim Number: 2130
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $80,000.00 |
|---|---|---|

RAFAEL, ROSE R
3390 BROOKFIELD DR.
LAS VEGAS, NV 89120

Claim Number: 2131
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $80,000.00 |
|---|---|---|

SALIBI, CAMILLE
6811 N WOODRIDGE DR
PARKLAND, FL 33067

Claim Number: 2132
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

SALIBI, CAMILLE
6811 N WOODRIDGE DR
PARKLAND, FL 33067

Claim Number: 2133
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $358,803.12 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $358,803.12 | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $358,803.12 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| AVCON, INC.<br>PO BOX 4793<br>CARY, NC 27519 | Claim Number: 2134<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|
| ADMINISTRATIVE | Claimed: | $414.13 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: AVCON<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 2135<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|
| UNSECURED | Claimed: | $414.13 |

| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | Claim Number: 2136<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|
| ADMINISTRATIVE | Claimed: | $57,403.64 |

| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | Claim Number: 2137<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY | Claimed: | $57,403.64 |

| BISCHOFF, MANFRED, DR.<br>PRINZENWEG 7<br>STARNBERG, 82319<br>GERMANY | Claim Number: 2138<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

| BISCHOFF, MANFRED, DR.<br>PRINZENWEG 7<br>STARNBERG, 82319<br>GERMANY | Claim Number: 2139<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>claimed amount is 24264.4937 + 249666.1129 shares |
|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| WELLSPRING CAPITAL L.P.<br>TRANSFEROR: CRT SPECIAL INVESTMENTS LLC<br>ATTN: PAUL YACOUBIAN<br>1790 KIRBY PARKWAY, SUITE 127<br>MEMPHIS, TN 38138 | Claim Number: 2140<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
|---|---|
| UNSECURED | Claimed: | $25,500.00 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| DTEL NETWORK SOLUTIONS INC<br>10-1642 EAST GEORGIA ST<br>VANCOUVER, BC V5L 2B2<br>CANADA | | Claim Number: 2141<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $25,500.00 |

| | | |
|---|---|---|
| HAVERKAMP, LAWRENCE C.<br>PO BOX 2497<br>OREGON CITY, OR 97045 | | Claim Number: 2142<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $3,641.00   UNLIQ |

| | | | | |
|---|---|---|---|---|
| HAVERKAMP, LAWRENCE C<br>PO BOX 2497<br>OREGON CITY, OR 97045-0211 | | Claim Number: 2143<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $3,641.00   UNLIQ | Scheduled: | $0.00  UNLIQ |

| | | |
|---|---|---|
| HAVERKAMP, LAWRENCE C<br>PO BOX 2497<br>OREGON CITY, OR 97045-0211 | | Claim Number: 2144<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| PRIORITY | Claimed: | $3,641.00   UNLIQ |

| | | |
|---|---|---|
| HAVERKAMP, LAWRENCE C.<br>PO BOX 2497<br>OREGON CITY, OR 97045 | | Claim Number: 2145<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $3,641.00   UNLIQ |

| | | |
|---|---|---|
| SMITH, DEBRA A<br>124 WEST 112TH ST<br>APT#4A<br>NEW YORK, NY 10026 | | Claim Number: 2146<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| SMITH, DEBRA A<br>124 WEST 112TH ST<br>APT #4A<br>NEW YORK, NY 10026 | | Claim Number: 2147<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8903 (11/07/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| HAYNES, MICHELLE<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2148<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $40,105.37 |
| HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2149<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $40,105.37 |
| BLANKENSHIP, CURTIS<br>15611 TRAILS END DR<br>DALLAS, TX 75248 | | Claim Number: 2150<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $20,179.94   UNDET |
| BLANKENSHIP, CURTIS<br>15611 TRAILS END DR<br>DALLAS, TX 75248 | | Claim Number: 2151<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $20,179.74 |
| IJAMES, EUGENIA S<br>1020 LAKE SHORE DR<br>WENDELL, NC 27591 | | Claim Number: 2152<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |
| IJAMES, EUGENIA PARHAM<br>1020 LAKE SHORE DR<br>WENDELL, NC 27591 | | Claim Number: 2153<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| MILFORD, JOHN S<br>4516 SPYGLASS DR<br>LITTLE RIVER, SC 29566 | | Claim Number: 2154<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
| UNSECURED | Claimed: | $50,890.00    Scheduled:    $44,409.77 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MILFORD, JOHN S
4516 SPYGLASS DR
LITTLE RIVER, SC 29566

Claim Number: 2155
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $41,495.33 |

---

BRANDON, PAUL M.
5 HORATIO LANE
ROCHESTER, NY 14624

Claim Number: 2156
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

BRANDON, PAUL
5 HORATIO LANE
GATES, NY 14624

Claim Number: 2157
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $21,440.07 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $10,490.07 |
| TOTAL | Claimed: | $10,950.00 |

---

JOHNSON, MONTE E
64 GATEWAY DR
POOLER, GA 31322

Claim Number: 2158
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $416.25   UNLIQ |

---

JOHNSON, MONTE E
64 GATEWAY DRIVE
POOLER, GA 31322

Claim Number: 2159
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $416.25   UNLIQ |

---

WOODS, WILLIAM
30903 CATARINA DRIVE
WESTLAKE VILLAGE, CA 91362

Claim Number: 2160
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,257.44 | | |
| UNSECURED | Claimed: | $8,257.44 | Scheduled: | $8,257.44  UNLIQ |
| TOTAL | Claimed: | $8,257.44 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WOODS, WILLIAM P<br>30903 CATARINA DRIVE<br>WESTLAKE VILLAGE, CA 91362 | Claim Number: 2161<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| USX FEDERAL CREDIT UNION<br>PO BOX 1728<br>CRANBERRY TWP, PA 16066 | Claim Number: 2162<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $12,700.00 |
|---|---|---|

| USX FEDERAL CREDIT UNION<br>600 GRANT<br>PITTSBURGH, PA 15219 | Claim Number: 2163<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $12,700.00 |
|---|---|---|

| PENNY, BRETT<br>1020 THREE RIVERS DRIVE<br>PROSPER, TX 75078 | Claim Number: 2164<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,566.14 |
|---|---|---|

| HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | Claim Number: 2165<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $40,105.37 |
|---|---|---|

| HAYNES, MICHELLE<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | Claim Number: 2166<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $40,105.37 |
|---|---|---|

| BASS, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | Claim Number: 2167<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| PRIORITY | Claimed: | $40,105.37 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2168<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $40,105.37 | | | |
| HAYNES, STEPHEN<br>10709 CAHILL RD<br>RALEIGH, NC 27614 | | Claim Number: 2169<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ | |
| HAYNES, STEPHEN<br>10709 CAHILL RD<br>RALEIGH, NC 27614 | | Claim Number: 2170<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| BLACKLEY, BETSY R.<br>1666 SUITT'S STORE ROAD<br>FRANKLINTON, NC 27525 | | Claim Number: 2171<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $14,422.28 | | | |
| BLACKLEY, BETSY<br>1666 SUITTS STORE RD<br>FRANKLINTON, NC 27525 | | Claim Number: 2172<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $14,422.28 | | | |
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC 28466 | | Claim Number: 2173<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC 28466-2360 | | Claim Number: 2174<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $24,789.90 | Scheduled: | $24,187.66  UNLIQ | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HUANG, JOHNNY<br>16189 LOFTY TRAIL DRIVE<br>SAN DIEGO, CA 92127-2046 | | Claim Number: 2175<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |
| HUANG, JOHNNY C<br>16189 LOFTY TRAIL DR<br>SAN DIEGO, CA 92127-2046 | | Claim Number: 2176<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| FRANK, HERMAN C<br>664 HAMPTON WOODS DR<br>MARION, OH 43302-6465 | | Claim Number: 2177<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| CAMPBELL, STEPHEN<br>12805 OAK FALLS DR<br>ALPHARETTA, GA 30009 | | Claim Number: 2178<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $6,896.16 | | | |
| WILLIAMS, CHARLES, III<br>107 NEWFIELD LN<br>SPRINGTOWN, TX 76082-5418 | | Claim Number: 2179<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>SECURED<br>UNSECURED | Claimed: | $28,557.69 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LACERTE, RICHARD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2180<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $9,467.58 | Scheduled: | $20,417.58 UNLIQ | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LACERTE, RICHARD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2181<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $55,728.98 | Scheduled: | $66,678.98 |
| CICCARELLI, LAWRENCE<br>4000 VETERANS MEMORIAL HIGHWAY<br>BOHEMIA, NY 11716 | | Claim Number: 2182<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $20,224.23 | | |
| UNSECURED | | | Scheduled: | $20,224.23 UNLIQ |
| BARNHILL, SHERRIL A.<br>108 CAYMUS COURT<br>CARY, NC 27519 | | Claim Number: 2183<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| BARNHILL, SHERRIL, A.<br>108 CAYMUS CT<br>CARY, NC 27519 | | Claim Number: 2184<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $8,014.77 | | |
| UNSECURED | Claimed: | $2,182.36 | Scheduled: | $10,289.20 |
| MILLER, ROBERT ANDREW<br>23611 N VALLEY RD<br>LAKE ZURICH, IL 60047 | | Claim Number: 2185<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE | Claimed: | $32,183.68 | | |
| MILLER, ROBERT<br>23611 N VALLEY RD<br>LAKE ZURICH, IL 60047 | | Claim Number: 2186<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $21,233.00 | | |
| HAYDOCK, JOSEPH<br>613 ARCHIE PL<br>SYCAMORE, IL 60178-1626 | | Claim Number: 2187<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $60,000.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HAYDOCK, JOSEPH
613 ARCHIE PLACE
SYCAMORE, IL 60178

Claim Number: 2188
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $60,000.00 | | |
|---|---|---|---|---|

RICCITELLI, ROBERT
3678 DEER TRAIL DRIVE
DANVILLE, CA 94506
UNITED STATES

Claim Number: 2189
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $577,978.05 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

AVENUE A RAZORFISH
821 SECOND AVENUE SUITE 1800
SEATLE, WA 98104

Claim Number: 2190
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $453,203.06 | | |
|---|---|---|---|---|

PETERS, SCOTT C.
5520 CLAIRE ROSE LN NW
ATLANTA, GA 30327-4829

Claim Number: 2191
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $14,100.00 |
|---|---|---|
| UNSECURED | Claimed: | $811,660.00 |
| PRIORITY | Claimed: | $14,100.00 |
| PRIORITY | Claimed: | $14,100.00 |
| UNSECURED | Claimed: | $811,660.00 |
| UNSECURED | Claimed: | $811,660.00 |

ALTERNATE COMMUNICATIONS INTERNATIONAL
LTD
509B CENTRE ST SW
HIGH RIVER, AB T1V 2C2
CANADA

Claim Number: 2192
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 5926 (07/11/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $17,010.00 | Scheduled: | $2,170.00 |
|---|---|---|---|---|

SCHWARTZ, SUSAN FOX
6726 SAWMILL ROAD
DALLAS, TX 75252

Claim Number: 2193
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $30,212.00 | | |
|---|---|---|---|---|

WEBSTER, DONNA
716 DUTCH HILL RD
OAKDALE, PA 15071

Claim Number: 2194
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WEBSTER, DONNA J
716 DUTCH HILL RD
OAKDALE, PA 15071

Claim Number: 2195
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

POINDEXTER, SARAH J.
8620 ANCHOR ON LANIER CT
GAINESVILLE, GA 30506-6785

Claim Number: 2196
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $7,817.07 | Scheduled: | $8,052.97 |

---

POINDEXTER, SARAH
8620 ANCHOR ON LANIER CT
GAINESVILLE, GA 30506-6785

Claim Number: 2197
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $7,817.07 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: NETFORMX, INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2198
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $32,266.74 | Scheduled: | $32,266.74  DISP |

---

ASM CAPITAL, L.P.
TRANSFEROR: NETFORMX, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2199
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $32,266.74 |
|---|---|---|

---

MEDLIN, RANDY W.
4406 BRACADA DRIVE
DURHAM, NC 27705

Claim Number: 2200
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $162.59   UNLIQ |
|---|---|---|

---

WONG, TRACY
4600 HENLEY PARK COURT
RALEIGH, NC 27612

Claim Number: 2201
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $11,487.35 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HALLORAN, ROBERT J.
PO BOX 876
SALEM, NH 03079-0876

Claim Number: 2202
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

HALLORAN, ROBERT J
2 COLE ST
SALEM, NH 03079

Claim Number: 2203
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

ROBITAILLE, STANLEY L.
4835 OXFORD DRIVE
SARASOTA, FL 34242

Claim Number: 2204
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7332

| UNSECURED | Claimed: | $319,176.00 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CENTRAL GENERAL ENGINEERING
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 2205
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $110,581.05 |
| --- | --- | --- |

---

AL-DAYAA, HANI
72 OLD STAGE ROAD
CHELMSFORD, MA 01824

Claim Number: 2206
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $4,564.36 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $31,852.25 | Scheduled: | $30,263.43 |

---

N.Y. STATE WORKERS COMPENSATION BOARD
JUDGMENT UNIT
20 PARK STREET
ALBANY, NY 12207

Claim Number: 2207
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 3636 (07/14/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

N.Y. STATE WORKERS' COMPENSATION BOARD
JUDGEMENT UNIT
20 PARK ST
ALBANY, NY 12207-1674

Claim Number: 2208
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 3636 (07/14/2010)

| PRIORITY | Claimed: | $590.83 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| N.Y. STATE WORKERS COMPENSATION BOARD<br>JUDGMENT UNIT<br>20 PARK STREET<br>ALBANY, NY 12207 | Claim Number: 2209<br>Claim Date: 08/26/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3638 (07/14/2010) |
|---|---|

| PRIORITY | Claimed: | $643.17 |
|---|---|---|

---

| N.Y. STATE WORKERS COMPENSATION BOARD<br>JUDGMENT UNIT<br>20 PARK STREET<br>ALBANY, NY 12207 | Claim Number: 2210<br>Claim Date: 08/26/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3638 (07/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| N.Y. STATE WORKERS COMPENSATION BOARD<br>JUDGMENT UNIT<br>20 PARK STREET<br>ALBANY, NY 12207 | Claim Number: 2211<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: WITHDRAWN |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| CHAIR WORKERS COMPENSATION BOARD<br>JUDGEMENT UNIT<br>20 PARK STREET<br>ALBANY, NY 12207 | Claim Number: 2212<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $1,110.00 |
|---|---|---|

---

| SHANBHAG, RAJ<br>639 LONSDALE AVE<br>FREMONT, CA 94539 | Claim Number: 2213<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | | | Scheduled: | $5,318.33 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,749.65 | Scheduled: | $55,132.59 |

---

| SHANBHAG, RAJ<br>639 LONSDALE AVE<br>FREMONT, CA 96539 | Claim Number: 2214<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $58,749.65 |
|---|---|---|

---

| KASPER, KENNETH W.<br>21837 N BRADFORD DR<br>MARICOPA, AZ 85138-9012 | Claim Number: 2215<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| UNSECURED | Claimed: | $30,290.00 | Scheduled: | $24,688.51 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TELEFONICA USA, INC
1111 BRICKELL AVE
10TH FLOOR
MIAMI, FL 33131

Claim Number: 2216
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $231,704.21 | Scheduled: | $100,380.50 |

---

JAIN, SANJAY
73 PEABODY ST.
MIDDLETON, MA 01949

Claim Number: 2217
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $46,000.00 | Scheduled: | $4,197.50 |
| UNSECURED | | | Scheduled: | $40,627.98 |

---

TARLAMIS, ALEXANDER
1030 126TH AVE
SUNRISE, FL 33233

Claim Number: 2218
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $231,661.94 |

---

WHITING, MICHAEL
8338 NW 37TH STREET
SUNRISE, FL 33351

Claim Number: 2219
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,576.95 | Scheduled: | $26,579.49 |

---

ASM CAPITAL, L.P.
TRANSFEROR: TRANSPERFECT/TRANSLATIONS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2220
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $113,592.55 |

---

CARROLL, CHARLES N.
36 KAILEYS WAY
GROTON, MA 01450

Claim Number: 2221
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,511.20 |

---

CARROLL, CHARLES
36 KAILEYS WAY
GROTON, MA 01450

Claim Number: 2222
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,341.85 |
| UNSECURED | Claimed: | $32,511.20 | Scheduled: | $30,937.78 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CARROLL, CHARLES
36 KAILEYS WAY
GROTON, MA 01450

Claim Number: 2223
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $32,511.20 |
|---|---|---|

CARROLL, CHARLES
36 KAILEYS WAY
GROTON, MA 01450

Claim Number: 2224
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $32,511.20 |
|---|---|---|

CARROLL, CHARLES
36 KAILEYS WAY
GROTON, MA 01450

Claim Number: 2225
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $32,511.20 |
|---|---|---|

GOODBAR, ROBERT L JR
2809 BUTNER ST
DURHAM, NC 27704

Claim Number: 2226
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $198.27   UNLIQ |
|---|---|---|

GOODBAR, ROBERT L JR.
2809 BUTNER ST
DURHAM, NC 27704

Claim Number: 2227
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $198.27   UNLIQ |
|---|---|---|

PICCARRETO, JOSEPH A
12 BRENTFIELD CIRCLE
ROCHESTER, NY 14617

Claim Number: 2228
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $46,440.00 |
|---|---|---|

PICCARRETO, JOSEPH A
179 KEARNEY DRIVE
ROCHESTER, NY 14617

Claim Number: 2229
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $46,440.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MCLAUGHLIN, ROBERT
602 WILMES DRIVE
AUSTIN, TX 78752

Claim Number: 2230
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $32,562.28 | Scheduled: | $32,477.05 UNLIQ |
|---|---|---|---|---|

MCLAUGHLIN, ROBERT
602 WILMES DR.
AUSTIN, TX 78752

Claim Number: 2231
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $32,562.28 |
|---|---|---|

ARNOLD, JEFFREY
20903 W 48TH ST
SHAWNEE, KS 66218

Claim Number: 2232
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7859

| UNSECURED | Claimed: | $6,765.00 |
|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ARNOLD, JEFFREY J.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2233
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $67,307.70 |
|---|---|---|

DISNEY, JESSICA
1032 SOUZA DRIVE
EL DORADO HILLS, CA 95762

Claim Number: 2234
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

DISNEY, JESSICA
1032 SOUZA DRIVE
EL DORADO HILLS, CA 95762

Claim Number: 2235
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

DISNEY, JESSICA
1032 SOUZA DRIVE
EL DORADO HILLS, CA 95762

Claim Number: 2236
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MEDLIN, RANDY W.
5711 THOM RD
MEBANE, NC 27302-9267

Claim Number: 2237
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $162.59 UNLIQ | | |

---

HEMINGWAY, D. SCOTT
HEMINGWAY & HANSEN, LLP
COMERICA BANK TOWER, STE. 2500
1717 MAIN ST.
DALLAS, TX 75201

Claim Number: 2238
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $37,077.68 | | |

---

HEMINGWAY & HANSEN LLP
D. SCOTT HEMINGWAY
COMERICA BANK TOWER SUITE 2500
1717 MAIN STREET
DALLAS, TX 75201

Claim Number: 2239
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,593.18 | Scheduled: | $12,216.78 |

---

D SCOTT HEMINGWAY
HEMINGWAY & HANSEN LLP
BANK ONE CENTER SUITE 2500
DALLAS, TX 75201

Claim Number: 2240
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,077.68 | | |

---

HEMINGWAY & HANSEN, LLP
D. SCOTT HEMINGWAY
COMERICA BANK TOWER, SUITE 2500
1717 MAIN STREET
DALLAS, TX 75201

Claim Number: 2241
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,077.68 | | |

---

HEMINGWAY & HANSEN LLP
1717 MAIN STREET, SUITE 2500
DALLAS, TX 75201

Claim Number: 2242
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,077.68 UNLIQ | Scheduled: | $0.00 UNLIQ |

---

KENNEDY, SCOTT
13523 W SOLA DRIVE
SUN CITY WEST, AZ 85375

Claim Number: 2243
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,962.91 | Scheduled: | $3,099.91 |
| UNSECURED | Claimed: | $27,826.90 | Scheduled: | $32,424.29 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| CHUNG, KAM-YEE<br>726 INVERNESS WAY<br>SUNNYVALE, CA 94087 | | Claim Number: 2244<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $21,561.41 | | | |
| CHUNG, KAM-YEE<br>726 INVERNESS WAY<br>SUNNYVALE, CA 94087 | | Claim Number: 2245<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | | |
| PRIORITY | Claimed: | $21,561.41 | | | |
| TRIBUNE MEDIA SERVICES<br>40 MEDIA DRIVE<br>QUEENSBURY, NY 12804 | | Claim Number: 2246<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $8,559.59 | | | |
| TRIBUNE MEDIA SERVICES INC<br>40 MEDIA DRIVE<br>QUEENSBURY, NY 12804 | | Claim Number: 2247<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $8,559.59 | Scheduled: | $40.00 DISP | |
| TRIMBLE NAVIGATION<br>510 DEGUIGNE DRIVE<br>SUNNYVALE, CA 94085 | | Claim Number: 2248<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $16,450.00 | Scheduled: | $12,800.00 | |
| PRO CONNECT<br>PO BOX 852764<br>RICHARDSON, TX 75085 | | Claim Number: 2249<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | | |
| ADMINISTRATIVE | Claimed: | $5,373.88 | | | |
| PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 75085-2764 | | Claim Number: 2250<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,373.88 | Scheduled: | $5,373.88 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GO TO MARKET INC DBA NEXT LEVEL
9350 S DADELAND BLVD
MIAMI, FL 33156-2706

Claim Number: 2251-01
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 5625 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $134,675.00 |

GO TO MARKET INC DBA NEXT LEVEL
9350 S DADELAND BLVD
MIAMI, FL 33156-2706

Claim Number: 2251-02
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,000.00 |

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 2252
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $42,456.00 |

VAHDAT, VAHID
4247 BONA VITA PLACE
ENCINO, CA 91436

Claim Number: 2253
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $42,456.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MOHAN, DEEPA
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2254
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $31,750.80 |

LOEN, ERIK
1105 273RD PLACE SE
SAMMAMISH, WA 98075

Claim Number: 2255
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6415
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,873.80 | | |
| UNSECURED | | | Scheduled: | $8,347.85 UNLIQ |
| TOTAL | Claimed: | $8,161.21 | | |

CHAN, KWEI SAN
1845 FEDERAL AVE., APT. 303
LOS ANGELES, CA 90025

Claim Number: 2256
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $59,775.90 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CABOT, GERRY
5452 GOLDEN CURRANT WAY
PARKER, CO 80134

Claim Number: 2257
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $22,145.50 |
|---|---|---|

KING, CALVIN
PO BOX 831822
RICHARDSON, TX 75083

Claim Number: 2258
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.

---

| ADMINISTRATIVE | Claimed: | $47,500.00 |
|---|---|---|

CHERUPALLA, SHYAM
293 DREWVILLE ROAD
CARMEL, NY 10512

Claim Number: 2259
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $34,361.52 |
|---|---|---|

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 2260
Claim Date:   /  /
Debtor: DEBTOR NOT FOUND

---

| TOTAL | Claimed: | $0.00 |
|---|---|---|

SYSTEMS & SOFTWARE SERVICES
522 SOUTH NORTHWEST HIGHWAY
BARRINGTON, IL 60011

Claim Number: 2261
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

---

| UNSECURED | Claimed: | $1,377.80 |
|---|---|---|

SPRINT NEXTEL CORPORATION
ATTN: JULIETTE MORROW CAMPBELL
10002 PARK MEADOWS DRIVE
LONE TREE, CO 80124

Claim Number: 2262
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

---

| SECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

AWARD SOLUTIONS, INC.
2100 LAKESIDE BLVD, SUITE 300
RICHARDSON, TX 75082

Claim Number: 2263
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7686 (05/24/2012)

---

| UNSECURED | Claimed: | $870.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HEWLETT-PACKARD COMPANY
ATTN: KEN HIGMAN
2125 E KATELLA AVENUE # 400
ANAHEIM, CA 92806

Claim Number: 2264
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3798 (08/18/2010)

| UNSECURED | Claimed: | $1,284,946.31 | | |

---

MONOTYPE IMAGING INC
500 UNICORN PARK DRIVE
WOBURN, MA 01801

Claim Number: 2265
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,580.50 | Scheduled: | $0.00 UNLIQ |

---

BROWARD COUNTY REVENUE COLLECTOR
REVENUE COLLECTION DIVISION
GOV'T CENTER ANNEX-ATTN: LITIGATION DEPT
115 S ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

Claim Number: 2266
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 4015 (09/27/2010)

| SECURED | Claimed: | $35,855.89 | | |

---

SACRAMENTO COUNTY TAX COLLECTOR
ATTN: BANKRUPTCY
700 H STREET, ROOM 1710
SACRAMENTO, CA 95814

Claim Number: 2267
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 2708 (03/15/2010)

| PRIORITY | Claimed: | $92.82 | | |

---

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: TESTING HOUSE DE MEXICO S DE
301 ROUTE 17, 7TH FLOOR
ATTN: GANNA LIBERCHUK
RUTHERFORD, NJ 07070

Claim Number: 2268
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 1199 (07/28/2009)

| ADMINISTRATIVE | Claimed: | $66,390.00 | | |

---

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: TESTING HOUSE DE MEXICO S DE
301 ROUTE 17, 7TH FLOOR
ATTN: GANNA LIBERCHUK
RUTHERFORD, NJ 07070

Claim Number: 2269
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 1199 (07/28/2009)

| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $171,080.00 | Scheduled: | $168,430.00 |

---

GRAYBAR ELECTRIC COMPANY, INC.
STEVENS & LEE, P.C. - JOHN D. DEMMY
1105 NORTH MARKET STREET, 7TH FLOOR
WILMINGTON, DE 19801

Claim Number: 2270
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 1545 (09/24/2009)

| ADMINISTRATIVE | Claimed: | $5,815.37 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SEZER, ORAL T.
3424 SUNLAKE FARMS RD.
APEX, NC 27539

Claim Number: 2271
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $150,121.00 |
| SECURED | Claimed: | $150,121.00 |
| UNSECURED | Claimed: | $150,121.00 |
| TOTAL | Claimed: | $150,121.00 |

---

SEZER, ORAL T.
3424 SUNLAKE FARMS RD.
APEX, NC 27539

Claim Number: 2272
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $150,121.00 |

---

EATON, THOMAS
9208 TOWN GATE LANE
BETHESDA, MD 20817

Claim Number: 2273
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

EATON, THOMAS
108 QUINCY STREET
CHEVY CHASE, MD 20815

Claim Number: 2274
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

KAO, FRANK
4849 FRANKFORD RD APT 433
DALLAS, TX 75287

Claim Number: 2275
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,236.86 |

---

KAO, FRANK
4219 LAVACA TRL
CARROLLTON, TX 75010

Claim Number: 2276
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,236.86 |

---

HANSEN, DEBRA
N2802 SUMMERVILLE PARK RD.
LODI, WI 53555

Claim Number: 2277
Claim Date: 08/28/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $34,507.37 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HANSEN, DEBRA A.<br>N2802 SUMMERVILLE PARK DR<br>LODI, WI 53555 | Claim Number: 2278<br>Claim Date: 08/28/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| PRIORITY | Claimed: | $34,507.37 |
|---|---|---|

| PHAM, JOHN<br>1509 WEATHERED WOOD LN<br>GARLAND, TX 75040 | Claim Number: 2279<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $33,000.00 |
|---|---|---|

| PHAM, JOHN<br>1509 WEATHERED WOOD LANE<br>GARLAND, TX 75040 | Claim Number: 2280<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $33,000.00 |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WARNICK, JON P.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2281<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $167,907.73  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| WARNICK, JON P.<br>28 INDIAN PAINBRUSH<br>CARBONDALE, CO 81623 | Claim Number: 2282<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $167,907.73 |
|---|---|---|

| PARKER, TIMOTHY<br>730 SUGAR PINE RD<br>SCOTTS VALLEY, CA 95066 | Claim Number: 2283<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $15,081.29 | Scheduled: | $15,081.29  UNLIQ |
|---|---|---|---|---|

| PARKER, TIMOTHY<br>730 SUGAR PINE RD.<br>SCOTTS VALLEY, CA 95066 | Claim Number: 2284<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $42,411.66 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| PAGORIA, RICHARD<br>1325 ROSEWOOD CT.<br>WINSTON SALEM, NC 27103 | | Claim Number: 2285<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $431.79   UNLIQ | | |
| PAGORIA, RICHARD J<br>1325 ROSEWOOD CT<br>WINSTON SALEM, NC 27103-6093 | | Claim Number: 2286<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $431.79   UNLIQ | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| WONG, TRACY<br>3700 BARON COOPER PASS UNIT 101<br>RALEIGH, NC 27612 | | Claim Number: 2287<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $11,487.35 | Scheduled: | $11,554.55 |
| HELMS, DAVID J.<br>312 RAVENWOOD LN APT C<br>LAFAYETTE, IN 47909-0809 | | Claim Number: 2288<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $3,950.07 | | |
| HELMS, DAVID<br>312 RAVENWOOD LN APT C<br>LAFAYETTE, IN 47909-0809 | | Claim Number: 2289<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,950.07 | | |
| COLLA, SERGIO<br>310 OAKBERRY WAY<br>SAN JOSE, CA 95123-5122 | | Claim Number: 2290<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $27,649.41 | | |
| COLLA, SERGIO<br>310 OAKBERRY WAY<br>SAN JOSE, CA 95123-5122 | | Claim Number: 2291<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $4,272.69 |
| UNSECURED | Claimed: | $27,649.41 | Scheduled: | $25,111.39 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LAGIOS, GREGORY
11 BAY POINT RD
CENTER OSSIPEE, NH 03814

Claim Number: 2292
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY UNSECURED | | $31,654.29 | Scheduled: | $31,654.29 UNLIQ |

---

LAGIOS, GREGORY
22 DEER RUN DRIVE
FREEDOM, NH 03836

Claim Number: 2293
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY UNSECURED | | $388,127.60 | Scheduled: | $388,127.60 UNLIQ |

---

DUNN, MICHAEL H.
916 POINTVIEW CIRCLE
MOUNT JULIET, TN 37122

Claim Number: 2294
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $0.00   UNDET |

---

DUNN, MICHAEL H
916 POINTVIEW CIRCLE
MT JULIET, TN 37122

Claim Number: 2295
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $4,356.32   UNLIQ |

---

MELANSON, LEO
53 ADAMS ST.
WESTBOROUGH, MA 01581

Claim Number: 2296
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | | $50,769.12 |

---

MELANSON, LEO
53 ADAMS ST.
WESTBOROUGH, MA 01581

Claim Number: 2297
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $0.00   UNDET |

---

LOPEZ, RICARDO
C5 CALLE 6
BAYAMON, PR 00959-8140

Claim Number: 2298
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $43,290.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| LOPEZ, RICARDO<br>C5 CALLE 6<br>BAYAMON, PR 00959-8140 | | Claim Number: 2299<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $43,290.00 | | | |
| RICHARDSON, JACK<br>7405 BRADFORD PEAR DR<br>IRVING, TX 75063 | | Claim Number: 2300<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| UNSECURED | Claimed: | $78,615.00 | | | |
| RICHARDSON, JACK E.<br>7405 BRADFORD PEAR DRIVE<br>IRVING, TX 75063 | | Claim Number: 2301<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $78,615.00 | | | |
| RICHARDSON, JACK<br>7405 BRADFORD PEAR DR.<br>IRVING, TX 75063 | | Claim Number: 2302<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| UNSECURED | Claimed: | $78,615.00 | | | |
| PETERSON, JEFFREY<br>7 SCOTCH PINE LANE<br>EAST SETAUKET, NY 11733 | | Claim Number: 2303<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $7,036.00 | | | |
| PETERSON, JEFFREY<br>7 SCOTCH PINES LANE<br>E. SETAUKET, NY 11733 | | Claim Number: 2304<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $7,036.00 | | | |
| LINEAGE POWER CORPORATION<br>601 SHILOH ROAD<br>PLANO, TX 75074 | | Claim Number: 2305<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $31,199.48 | Scheduled: | $2,429.60 UNLIQ | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| JOHNSON, KENNETH<br>14425 MAPLE<br>OVERLAND PARK, KS 66223 | | Claim Number: 2306<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $245,839.14 | Scheduled: | $0.00 UNLIQ |
| JOHNSON, KENNETH<br>14425 MAPLE<br>OVERLAND PARK, KS 66223 | | Claim Number: 2307<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $377,940.42 | Scheduled: | $377,940.42 UNLIQ |
| COVEY, NIEL<br>23314-SE 13 CT.<br>SAMMAMISH, WA 98075 | | Claim Number: 2308<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $487,223.32 | Scheduled: | $366,757.26 UNLIQ |
| COVEY, NIEL<br>23314-SE 13 CT.<br>SAMMAMISH, WA 98075 | | Claim Number: 2309<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,268.93 | Scheduled: | $1,896.52 UNLIQ |
| RFMW, LTD.<br>90 GREAT OAKS BLVD, STE 107<br>SAN JOSE, CA 95119 | | Claim Number: 2310<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,333.36 | | |
| RFMW LTD<br>90 GREAT OAKS BLVD<br>SUITE 107<br>SAN JOSE, CA 95119-1314 | | Claim Number: 2311<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $1,333.36 | | |
| TURNER, JAMES C<br>726 UNION CHAPEL ROAD<br>LOUISVILLE, MS 39339 | | Claim Number: 2312<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $372.22 UNLIQ | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TURNER, JAMES C.
726 UNION CHAPEL RD.
LOUISVILLE, MS 39339

Claim Number: 2313
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

ABIDI, SALMAN
3060 BENT CREEK TERRACE
ALPHARETTA, GA 30005

Claim Number: 2314
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $33,848.78 |

---

ABIDI, SALMAN
3060 BENT CREEK TER
ALPHARETTA, GA 30005-8703

Claim Number: 2315
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $4,535.58 | Scheduled: | $6,555.50 |
| UNSECURED | | | Scheduled: | $43,719.08 |

---

ESQUADRA PUBLICITARIA
AV BOLIVAR NO 353, SUITE 2-K
EDIF. PROFESIONAL ELAM'S II, GAZCUE
SANTO DOMINGO,
DOMINICAN REPUBLIC

Claim Number: 2316
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $1,635.60 |
|---|---|---|

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ESQUADRA PUBLICITARIA
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 2317
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $7,817.67 |
|---|---|---|

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ESQUADRA PUBLICITARIA
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 2318
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $7,450.64 |
|---|---|---|

---

PATTON, NANCY N.
21 KIRKLAND DR.
STOW, MA 01775

Claim Number: 2319
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $76,356.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KIRBY KEITH, JANICE
522 LANSING ST
RALEIGH, NC 27610

Claim Number: 2320
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $46,452.00 UNLIQ | |
| TOTAL | Claimed: | $3,323.20 UNLIQ | |

POUSSARD, LEONARD
567 TREMONT STREET
# 23
BOSTON, MA 02118

Claim Number: 2321
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,523.32 |
| UNSECURED | Claimed: | $44,805.99 | Scheduled: | $42,460.08 |

MUNSON, GEORGE
4000 VETERANS MEMORIAL HIGHWAY
BOHEMIA, NY 11716

Claim Number: 2322
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,643.50 | | |
| UNSECURED | | | Scheduled: | $7,643.50 UNLIQ |

FISHENCORD, MICHAEL SCOTT
503 KAMBER LN
WYLIE, TX 75098

Claim Number: 2323
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $26,816.00 |

STEPHENS, MICHAEL
5611 NOB HILL RD
DURHAM, NC 27704

Claim Number: 2324
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1621.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $97,981.35 |

DESCHASTRES, TERRY E
24810 MOUNT AUBURN DR
KATY, TX 77494-6829

Claim Number: 2325
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FETTERMAN, ROGER L.
233 WALNUT ST APT 2
JACKSON, CA 95642-2200

Claim Number: 2326
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $522.08   UNLIQ |
|---|---|---|

---

FETTERMAN, ROGER L
233 EAGAN ST
WALLA WALLA, WA 99362-2927

Claim Number: 2327
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $522.08   UNLIQ |
|---|---|---|

---

SIGNIANT CORP
515 LEGGET DRIVE
OTTAWA, ON K2K 3G4
CANADA

Claim Number: 2328
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $66,810.87 | Scheduled: | $25,372.32 |
|---|---|---|---|---|

---

MCALISTER, STEPHEN
94 GREEN LEVEL DR
ANGIER, NC 27501

Claim Number: 2329
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $69,528.06 |
|---|---|---|

---

MCALISTER, STEVE
94 GREEN LEVEL DR.
ANGIER, NC 27501

Claim Number: 2330
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,030.64 |
|---|---|---|

---

YU, KIN
481214 LEIGH STREET
FREMONT, CA 94539

Claim Number: 2331
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $45,607.71 |
|---|---|---|

---

CRAFT, JERRY L
52 CHESTNUT DR
CHELSEA, MI 48118

Claim Number: 2332
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $88,833.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CHERUKU, MAHESH
5717 SWEETBRIAR DRIVE
RICHARDSON, TX 75082

Claim Number: 2333
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,125.64 | | |

---

EVANS, TERRY
16104 XANDER STREET
ACCOKEEK, MD 20607

Claim Number: 2334
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,354.90 | | |
| UNSECURED | Claimed: | $4,873.71 | Scheduled: | $13,798.32 |

---

SHOAIB, MOHAMMED
4609 BASIL DR
MCKINNEY, TX 75070

Claim Number: 2335
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $257,227.43 | | |

---

RODRIGUEZ, ABELARDO
2815 RIO BRAZOS
SAN ANTONIO, TX 78259-2629

Claim Number: 2336
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $50,447.00 | Scheduled: | $6,361.00 |
| UNSECURED | | | Scheduled: | $37,540.83 |

---

STEPP, FLOYD
1126 COUNTRY CLUB LN
ZEBULON, NC 27597

Claim Number: 2337
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 290.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,938.87 |
| UNSECURED | Claimed: | $59,891.19 | Scheduled: | $62,473.23 |

---

BOC GASES
1101 PARISIEN
OTTAWA, ON K1B 3R6
CANADA

Claim Number: 2338
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,046.49 | | |

---

CADENCE DESIGN SYSTEMS INC
2655 SEELY AVENUE
BUILDING 5
ATTENTION: ROBERT GARCIA
SAN JOSE, CA 95134-1931

Claim Number: 2339
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $138,087.44 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| TEXAS INSTRUMENTS INC<br>12500 T.I. BLVD. M/S 8688<br>ATTENTION: CHARLIE HILL<br>DALLAS, TX 75284-5152 | Claim Number: 2340<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $3,496.00 |
|---|---|---|

---

| CHAN, KWEISAN<br>1845 FEDERAL AVE APT 303<br>LOS ANGELES, CA 90025-6089 | Claim Number: 2341<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $11,373.22 |
|---|---|---|

---

| SENDELBACH, MARK<br>1367 N. CHURCH CT.<br>BELLBROOK, OH 45305 | Claim Number: 2342<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $65,461.00 |
|---|---|---|
| TOTAL | Claimed: | $65,461.53 |

---

| GOOCH, SHARON<br>3621 PAGE RD<br>MORRISVILLE, NC 27560 | Claim Number: 2343<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $40,542.00 |
|---|---|---|

---

| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA 91436 | Claim Number: 2344<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $42,456.00 |
|---|---|---|

---

| MCHAN, BARRY<br>224 E. 52ND ST. APT 15<br>NEW YORK, NY 10022 | Claim Number: 2345<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $124,395.60 |
|---|---|---|

---

| NATIONAL GRID-MASSACHUSETTS<br>PO BOX 1005<br>WOBURN, MA 01807-0005 | Claim Number: 2346<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $214,646.39 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WHITE, ELAINE
47 APPALOOSA CR
TYNGSBORO, MA 01879

Claim Number: 2347
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | Claimed: | |
|---|---|---|
| UNSECURED | | $41,891.08 |

---

LEUTERITZ, MARK
14 BUCKTHORN
IRVINE, CA 92604

Claim Number: 2348
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $41,104.00 |

---

CORE BROOKFIELD LAKES, LLC
18000 WEST SARAH LANE, SUITE 250
BROOKFIELD, WI 53045

Claim Number: 2349
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $86,653.06 |

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 2350
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $42,456.00 |

---

RICE, ALAN J.
8244 NW 121ST WAY
PARKLAND, FL 33076

Claim Number: 2351
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,950.00 |
| UNSECURED | | $48,549.99 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: COLLEVECCHIO ENTERPRISES, IN
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 2352
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| | Claimed: | |
|---|---|---|
| UNSECURED | | $248,942.30 |

---

SHEKOKAR, PRAVEEN
3521 WILLETT PL.
SANTA CLARA, CA 95051

Claim Number: 2353
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | | $43,200.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DOYLE, RICHARD F
531 FOX CHASE RD.
WIRTZ, VA 24184

Claim Number: 2354
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $1,998.58  UNLIQ |
|---|---|---|

---

LAFRENIERE, SYLVIE
3517 HARLINGTON LN
RICHARDSON, TX 75082

Claim Number: 2355
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,038.05 |
|---|---|---|

---

DOYLE, RICHARD F
531 FOX CHASE RD.
WIRTZ, VA 24184

Claim Number: 2356
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,998.58  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

ELLIS, STEVEN
705 HACKBERRY RIDGE DR
MCKINNEY, TX 75070

Claim Number: 2357
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $81,103.32 |
|---|---|---|

---

NEBRASKA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 94818
LINCOLN, NE 68509-4818

Claim Number: 2358
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $13,848.12 |
|---|---|---|

---

NEBRASKA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 94818
LINCOLN, NE 68509-4818

Claim Number: 2359
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4158 (10/14/2010)

| PRIORITY | Claimed: | $184.20 |
|---|---|---|
| UNSECURED | Claimed: | $27.69 |

---

HICKEY,KENNETH
5 WARD FARM CIRCLE
FRAMINGHAM, MA 01701

Claim Number: 2360
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $71,834.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GODFREY, CLAUDE W | | Claim Number: 2361 | | |
|---|---|---|---|---|
| 4809 34TH AVE N | | Claim Date: 08/31/2009 | | |
| GOLDEN VALLEY, MN 55422 | | Debtor: NORTEL NETWORKS INC. | | |
| | | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |

---

| CHEN, JIAYIN | | Claim Number: 2362 | | |
|---|---|---|---|---|
| 84 ANN LEE RD. | | Claim Date: 08/31/2009 | | |
| HARVARD, MA 01451 | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: ALLOWED | | |
| | | DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $24,516.75 | | |
| UNSECURED | | | | |

---

| ATWOOD, LISA | | Claim Number: 2363 | | |
|---|---|---|---|---|
| 4631 BARNARD ST | | Claim Date: 08/31/2009 | | |
| SIMI VALLEY, CA 93063 | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $94,429.98 | | |

---

| MURPHY, JOHN | | Claim Number: 2364 | | |
|---|---|---|---|---|
| 3518 KINGBARD | | Claim Date: 08/31/2009 | | |
| SAN ANTONIO, TX 78230 | | Debtor: NORTEL NETWORKS INC. | | |
| | | | | |
| PRIORITY | Claimed: | $331.11 | | |
| UNSECURED | | | Scheduled: | $331.11  UNLIQ |

---

| FONTAINE, MICHEL J | | Claim Number: 2365 | | |
|---|---|---|---|---|
| BOX 2636 | | Claim Date: 08/31/2009 | | |
| N. HATLEY, ON J0B2C0 | | Debtor: NORTEL NETWORKS INC. | | |
| CANADA | | | | |
| UNSECURED | Claimed: | $36,622.94 | Scheduled: | $0.00  UNLIQ |

---

| NAQVI, JAFFAR | | Claim Number: 2366 | | |
|---|---|---|---|---|
| 13 SUVA CT. | | Claim Date: 08/31/2009 | | |
| SAN RAMON, CA 94582 | | Debtor: NORTEL NETWORKS INC. | | |
| | | | | |
| PRIORITY | | | Scheduled: | $1,949.80 |
| UNSECURED | Claimed: | $24,751.72 | Scheduled: | $25,763.68 |

---

| WEISS, HOWARD ERIC | | Claim Number: 2367 | | |
|---|---|---|---|---|
| 828 POTOMAC RD | | Claim Date: 08/31/2009 | | |
| ATLANTA, GA 30338-6974 | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: POSSIBLY AMENDED BY 8421 | | |
| PRIORITY | Claimed: | $1,715.97 | | |
| UNSECURED | Claimed: | $27,448.35 | Scheduled: | $31,536.47 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| COLE, JEFFREY<br>11006 ANCIENT FUTURES DR<br>TAMPA, FL 33647-3575 | Claim Number: 2368<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $58,911.77 | | |
|---|---|---|---|---|

| DANG, HUNG<br>1410 NORMANDY LANE<br>ALLEN, TX 75002 | Claim Number: 2369<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | | | Scheduled: | $2,324.06 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,555.74 | Scheduled: | $33,069.30 |

| AAA SOUND SERVICE LTD<br>295 MT READ BLVD<br>ROCHESTER, NY 14611 | Claim Number: 2370<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $450.00 | Scheduled: | $540.00 |
|---|---|---|---|---|

| POWELL, MARY K<br>PO BOX 846<br>SORRENTO, FL 32776-0846 | Claim Number: 2371<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| SECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| RENNIX, CLARISSA<br>1240 EAST 80TH STREET<br>2ND FLOOR<br>BROOKLYN, NY 11236-4161 | Claim Number: 2372<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,735.50 | | |
|---|---|---|---|---|

| DV DIE CUTTING INC<br>45 PRINCE STREET<br>DANVERS, MA 01923-1437 | Claim Number: 2373<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $565.00 | Scheduled: | $565.00 |
|---|---|---|---|---|

| TURNER, JUANITA M<br>7116 BLAYLOCK RD<br>BAHAMA, NC 27503 | Claim Number: 2374<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $21,000.00   UNLIQ | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BENFIELD, KEITH R.
10012 KILNSTONE LANE
RALEIGH, NC 27613

Claim Number: 2375
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $45,125.00 | | |
|---|---|---|---|---|

---

DIGI KEY CORP
701 BROOKS AVENUE SOUTH
THIEF RIVER FALLS, MN 56701-0677

Claim Number: 2376
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $580.72 | Scheduled: | $4,011.09 |
|---|---|---|---|---|

---

DIGI-KEY CORPORATION
PO BOX 677
THIEF RIVER FALLS, MN 56701

Claim Number: 2377
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| UNSECURED | Claimed: | $703.52 | | |
|---|---|---|---|---|

---

DIGIKEY
DIGI KEY CORP
PO BOX 250
THIEF RIVER FALLS, MN 56701-0250

Claim Number: 2378
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $5,201.44 | | |
|---|---|---|---|---|

---

NITSCHE, JOACHIM
PARKSTRAPE 30
NEUKIRCH, 01904
GERMANY

Claim Number: 2379
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $0.00    UNLIQ | | |
|---|---|---|---|---|

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: M1 PROFESSIONAL SERVICES INC
ATTN: RACHEL YAMNIK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 2380
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,271.95 | Scheduled: | $44,458.06 |
|---|---|---|---|---|

---

M1 PROFESSIONAL SERVICES INC
PO BOX 1032
COOKSTOWN, ON L0L 1L0
CANADA

Claim Number: 2381
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $50,271.95 | | |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BIBBY, BRIAN
6309 VALLEY VIEW DR
MCKINNEY, TX 75071

Claim Number: 2382
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,700.00 | | |

---

GANNON, MATT
4232 GLEN SUMMIT CT
APEX, NC 27539-7950

Claim Number: 2383
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $42,000.00 | Scheduled: | $3,570.48 |
| UNSECURED | | | Scheduled: | $41,449.38 |

---

WATKINS, NOEL
47 H ST
BOSTON, MA 02127-1417

Claim Number: 2384
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,031.90 | | |

---

TIERNEY, MARK D
2300 CROCKETT CT
MCKINNEY, TX 75070

Claim Number: 2385
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,451.33 | | |
| UNSECURED | | | Scheduled: | $6,060.79 |

---

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, LP
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2386
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,898.86 | Scheduled: | $17,998.82 |

---

PULASKI COUNTY TREASURER
PO BOX 8101
LITTLE ROCK, AR 72203-8101

Claim Number: 2387
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $400.79 | Scheduled: | $0.00  UNLIQ |

---

YAN, MINGJIAN
25004 JOHNSON FARM RD
GAITHERSBURG, MD 20882-3725

Claim Number: 2388
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $29,085.68 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CASCADE CHARTER TOWNSHIP<br>TREASURERS OFFICE<br>2865 THORNHILLS SOUTHEAST<br>GRAND RAPIDS, MI 49546-7192 | Claim Number: 2389<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| PRIORITY | Claimed: | $18.37 |
|---|---|---|
| SECURED | Claimed: | $18.37 |

| VAHDAT, VAHID<br>4247 BONAVITA PLACE<br>ENCINO, CA 91436 | Claim Number: 2390<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $42,456.00 |
|---|---|---|

| FIBICS INCORPORATED<br>556 BOOTH STREET<br>SUITE 200<br>OTTAWA, ON K1A 0G1<br>CANADA | Claim Number: 2391<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $6,683.66 |
|---|---|---|

| OCR CONCEPTS CANADA LIMITED<br>600 COCHRANE DR<br>SUITE 100<br>MARKHAM, ON L3R 5K3<br>CANADA | Claim Number: 2392<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $798.00 |
|---|---|---|

| ACCULOGIC, INC.<br>175 RIVIERA DRIVE<br>MARKHAM, ON L3R 5J6<br>CANADA | Claim Number: 2393<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $39,986.00 |
|---|---|---|

| ACCULOGIC INC<br>175 RIVIERA DR<br>MARKHAM, ON L3R 5J6<br>CANADA | Claim Number: 2394<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $998.68 |
|---|---|---|

| ACCULOGIC INC.<br>175 RIVIERA DRIVE<br>MARKHAM, ON L3R 5J6<br>CANADA | Claim Number: 2395<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $18,487.68 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | | Claim Number: 2396<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| DACA 2010L, LP<br>TRANSFEROR: FDR FORENSIC DATA RECOVERY<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 2397<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,394.95 | | |

| PRAKASH, MYSORE<br>5212 LAKECREEK CT<br>PLANO, TX 75093 | | Claim Number: 2398<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,109.75 | | |

| PRAKASH, MYSORE<br>5212 LAKE CREEK CT<br>PLANO, TX 75093 | | Claim Number: 2399<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $104,398.82 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| AASTRA TELECOM INC<br>155 SNOW BLVD<br>CONCORD, ON L4K 4N9<br>CANADA | | Claim Number: 2400<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,544.60 | | |

| AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON L4K 4N9<br>CANADA | | Claim Number: 2401<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,370.99 | | |

| AASTRA TELECOM INC<br>155 SNOW BOULEVARD<br>CONCORD, ON L4K 4N9<br>CANADA | | Claim Number: 2402<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,523.26 | Scheduled: | $2,329.50 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON L4K 4N9<br>CANADA | | Claim Number: 2403<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| UNSECURED | Claimed: | $2,523.26 |
| MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ON L6C 2A6<br>CANADA | | Claim Number: 2404<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $120,590.94 |
| GOUYONNET, CARLOS<br>14255 PRESTON RD<br>APT 838<br>DALLAS, TX 75254 | | Claim Number: 2405<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $4,846.15 |
| NAVARRO, DOLORES P.<br>5068 ALUM ROCK AVENUE<br>SAN JOSE, CA 95127 | | Claim Number: 2406<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| NAVARRO, DOLORES P<br>5068 ALUM ROCK AVE.<br>SAN JOSE, CA 95127 | | Claim Number: 2407<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| PRIORITY | Claimed: | $123.62   UNLIQ |
| SEDIN SA<br>PO BOX 6211<br>CH 1211<br>GENEVE 6, 1211<br>SWITZERLAND | | Claim Number: 2408<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $710.69 |
| SEDIN, S.A.<br>PO BOX 6211<br>GENEVA 6, CH 1211<br>SWITZERLAND | | Claim Number: 2409<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| ADMINISTRATIVE | Claimed: | $710.69 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BRIDGES, STEPHEN
5020 RED CEDAR RD
RALEIGH, NC 27613

Claim Number: 2410
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $78,856.37 |

BRIDGES, STEPHEN M.
5020 RED CEDAR RD
RALEIGH, NC 27613

Claim Number: 2411
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $78,856.37 |

FDR FORENSIC DATA RECOVERY INC
612 VIEW STREET
SUITE 410
VICTORIA, BC V8W 1J5
CANADA

Claim Number: 2412
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,394.95 |

MITA, SADAHISA
2934 CUSTER DR.
SAN JOSE, CA 95124

Claim Number: 2413
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,608.62 |

MITA, SADAHISA
2934 CUSTER DR.
SAN JOSE, CA 95124

Claim Number: 2414
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,608.62 |

MITA, SADAHISA
2934 CUSTER DR.
SAN JOSE, CA 95124

Claim Number: 2415
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,608.62 |

MCDOUGALL, RON
11 ROYAL TROON CRES.
MARKHAM, ON L6C 2A6
CANADA

Claim Number: 2416
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $120,590.94 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BOURLAND, DEBORAH
1806 MEADOWCOVE DRIVE
RICHARDSON, TX 75081

Claim Number: 2417
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $108,451.73 | | |
| UNSECURED | Claimed: | $108,451.73 | Scheduled: | $0.00  UNLIQ |
| TOTAL | Claimed: | $108,451.73 | | |

---

BOURLAND, DEBORAH ANN
1806 MEADOWCOVE
RICHARDSON, TX 75081

Claim Number: 2418
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $108,451.73 |

---

KHAN, MUHAMMAD
804 LOTUS DR
RICHARDSON, TX 75081-5196

Claim Number: 2419
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,123.98 |

---

HERRAGE, ROBERT
110 N. CARRIAGE HOUSE WAY
WYLIE, TX 75098

Claim Number: 2420
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $68,240.16 |

---

HERRAGE, ROBERT
110 N. CARRIAGE HOUSE WAY
WYLIE, TX 75098

Claim Number: 2421
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $115,194.44 |

---

JENG, JOE
4400 STATEN ISLAND DR
PLANO, TX 75024

Claim Number: 2422
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $2,354.32 |
| UNSECURED | Claimed: | $58,858.00 |

---

HAASE, STANLEY G
1016 CHESTNUT DR
VENUS, TX 76084-3620

Claim Number: 2423
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $387.96   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JANUSIS, CHARLES<br>247 WESTFORD RD<br>TYNGSBORO, MA 01879-2504 | | Claim Number: 2424<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $56,834.61 | | |

---

| LUCKINBILL, CHARLES R<br>25371 SOUTH 676 RD<br>GROVE, OK 74344 | | Claim Number: 2425<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $211,751.97 | Scheduled: | $0.00  UNLIQ |

---

| BURNS, BILLY<br>PO BOX 892682<br>OKLAHOMA CITY, OK 73189-2682 | | Claim Number: 2426<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,772.16 | Scheduled: | $0.00  UNLIQ |

---

| IZZO, MICHAEL J<br>3517 MARCHWOOD DR<br>RICHARDSON, TX 75082 | | Claim Number: 2427<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $280,407.29 | | |

---

| WEIL, NELSON L<br>16651 CLEARY CIR<br>DALLAS, TX 75248 | | Claim Number: 2428<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,884.00 | | |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: NEWBURY NETWORKS, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2429<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $60,375.00 | Scheduled: | $63,393.75 |

---

| DODD, RANDY<br>111 FAIRWAY DRIVE<br>WHITEFISH, MT 59937 | | Claim Number: 2430<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $17,899.20 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| SHARED TECHNOLOGIES INC.<br>2425 GATEWAY DR<br>IRVING, TX 75063-2753 | | Claim Number: 2431<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $33,411.78 | | |
| MUNCK CARTER LLP<br>600 BANNER PLACE<br>12770 COIT ROAD<br>DALLAS, TX 75251 | | Claim Number: 2432<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $130,268.07 | | |
| JAMOUSSI, BILEL<br>14 POLIQUIN DRIVE<br>NASHUA, NH 03062 | | Claim Number: 2433<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $71,478.06 | Scheduled: | $0.00 UNLIQ |
| JAMOUSSI, BILEL<br>7 JARED CIRCLE<br>NASHUA, NH 03063 | | Claim Number: 2434<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $68,327.00 | | |
| JAMOUSSI, BILEL<br>14 POLIQUIN DRIVE<br>NASHUA, NH 03062 | | Claim Number: 2435<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $68,327.00 | | |
| QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | | Claim Number: 2436<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| PRIORITY | Claimed: | $2,990.48 | | |
| UNSECURED | Claimed: | $22,428.60 | | |
| DENNING, GRADY WAYNE<br>6 CROSSWINDS ESTATES DRIVE<br>PITTSBORO, NC 27312 | | Claim Number: 2437<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $58,750.72 | Scheduled: | $59,091.27 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| HARTLIN, WAYNE<br>52 KINGFISHER DR<br>MANDEVILLE, LA 70448 | | Claim Number: 2438<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $12,248.94 | | |
| BROWN, BRIAN R.<br>1241 NEW JERSEY AVE NW<br>WASHINGTON, DC 20001 | | Claim Number: 2439<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| BROWN, BRIAN<br>1241 NEW JERSEY AVE N.W.<br>WASHINGTON, DC 20001 | | Claim Number: 2440<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $822.79 | Scheduled: | $822.79  UNLIQ |
| NEWFIELD WIRELESS, INC<br>2855  TELEGRAPH AVENUE STE 600<br>BERKELEY, CA 94705 | | Claim Number: 2441<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $3,572.25 | | |
| NEWFIELD WIRELESS INC<br>2855 TELEGRAPH AVE STE 200<br>BERKELEY, CA 94705-1165 | | Claim Number: 2442<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $3,572.25 | | |
| CORREIA, FRANK<br>21 SACHEM ROAD<br>BRISTOL, RI 02809 | | Claim Number: 2443<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $17,556.60 | | |
| CORREIA, FRANK<br>21 SACHEM RD<br>BRISTOL, RI 02809 | | Claim Number: 2444<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $17,556.60 | Scheduled: | $13,951.76  UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MONTGOMERY, KISHA<br>12817 DOVE FIELD LN<br>BALCH SPRIN, TX 75180 | | Claim Number: 2445<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,549.21 | | |
| UNSECURED | Claimed: | $5,047.76 | Scheduled: | $13,192.79 |

---

| MONTGOMERY, KISHA<br>12817 DOVE FIELD LN<br>BALCH SPRINGS, TX 75180 | | Claim Number: 2446<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,596.98 |

---

| HELLER, ROBERT<br>916 WESTMORELAND BLVD<br>KNOXVILLE, TN 37919 | | Claim Number: 2447<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $100,000.00 |

---

| HELLER, ROBERT<br>916 WESTMORELAND BLVD<br>KNOXVILLE, TN 37919 | | Claim Number: 2448<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| UNSECURED | Claimed: | $371.14   UNLIQ |

---

| BROWNE, STEPHEN V<br>4823 SPYGLASS DR<br>DALLAS, TX 75287 | | Claim Number: 2449<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $178,119.90 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

| BROWNE, STEPHEN V<br>4823 SPYGLASS DR<br>DALLAS, TX 75287 | | Claim Number: 2450<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $178,119.90 |

---

| APPLIED SIMULATION TECHNOLOGY INC<br>2025 GATEWAY PL STE 210<br>SAN JOSE, CA 95110-1094 | | Claim Number: 2451<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|---|
| UNSECURED | Claimed: | $3,097.50 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| APPLIED SIMULATION TECHNOLOGY INC<br>2025 GATEWAY PLACE, SUITE 318<br>SAN JOSE, CA 95110-1008 | | Claim Number: 2452<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $3,097.50 | | |
| MCMAHON, LAURIE<br>281 STONEWOOD AVE<br>GREECE, NY 14616 | | Claim Number: 2453<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8406 (09/05/2012) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| MCMAHON, LAURIE<br>281 STONEWOOD AVE<br>GREECE, NY 14616 | | Claim Number: 2454<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $65,000.00 | | |
| MCCLURE, GARY C.<br>9213 HUNTERBORO DR<br>BRENTWOOD, TN 37027 | | Claim Number: 2455<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| MCCLURE, GARY C<br>9213 HUNTERBORO DR<br>BRENTWOOD, TN 37027 | | Claim Number: 2456<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $11,712.14 | | |
| DOBYNS, NORMAN<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 2457<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $85,269.00  UNLIQ |
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 2458<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 2459<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $85,269.00 | | | |
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 2460<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $85,269.00 | | | |
| ATDI, INC.<br>1420 BEVERLY ROAD<br>STE 140<br>MCLEAN, VA 22101 | | Claim Number: 2461<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $10,680.60 | | | |
| ATDI INC<br>1420 BEVERLY ROAD, SUITE 140<br>MCLEAN, VA 22101 | | Claim Number: 2462<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $10,680.60 | | | |
| BALDWIN FB<br>ATTN DAVID BALDWIN<br>2420 SUNNYSTONE WAY<br>RALEIGH, NC 27613-6082 | | Claim Number: 2463<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $191,850.00 | | | |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: BALDWIN FB<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 2464<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $191,850.00 | Scheduled: | $191,850.00 | |
| WI-FI ALLIANCE<br>10900 STONELAKE BLVD STE B-126<br>AUSTIN, TX 78759-5828 | | Claim Number: 2465<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) | | | |
| UNSECURED | Claimed: | $575.34 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| WI-FI ALLIANCE<br>3925 WEST BRAKER LANE<br>AUSTIN, TX 78759-5316 | | Claim Number: 2466<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $575.34 |
| HADDOCK, DONALD D.<br>1424 OPAL CT<br>RALEIGH, NC 27615 | | Claim Number: 2467<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $170,794.80 |
| HADDOCK, DONALD D<br>1424 OPAL CT.<br>RALEIGH, NC 27615 | | Claim Number: 2468<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| PRIORITY | Claimed: | $170,794.80 |
| MURUGESAN, HAMSA<br>13144 THORNTON DR<br>FRISCO, TX 75035 | | Claim Number: 2469<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $14,423.10 |
| MURUGESAN, HAMSA<br>13144 THORNTON DR<br>FRISCO, TX 75035 | | Claim Number: 2470<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $14,423.10 |
| HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | | Claim Number: 2471<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $861.24   UNLIQ |
| HODGES JR, JOSEPH T<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | | Claim Number: 2472<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $861.24   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HODGES, JOSEPH T. JR. | Claim Number: 2473 |
| 4415 HEIDI PLACE | Claim Date: 08/31/2009 |
| MIDLOTHIAN, VA 23112 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $26,293.44 UNLIQ |

---

| HODGES, JOSEPH T. JR. | Claim Number: 2474 |
| 4415 HEIDI PLACE | Claim Date: 08/31/2009 |
| MIDLOTHIAN, VA 23112 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2320 (01/21/2010) |

| UNSECURED | Claimed: | $26,293.44 UNLIQ | Scheduled: | $0.00 UNLIQ |

---

| WITLOCK GROUP, THE | Claim Number: 2475 |
| 12820 WEST CREEK PKWY STE M | Claim Date: 08/31/2009 |
| HENRICO, VA 23238-1111 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 7353 (03/08/2012) |

| UNSECURED | Claimed: | $11,377.82 | Scheduled: | $11,377.82 |

---

| PARILLO, WILLIAM | Claim Number: 2476 |
| 722 BEAR LAKE DR. | Claim Date: 08/31/2009 |
| LONGS, SC 29568 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4053 (09/30/2010) |

| UNSECURED | Claimed: | $10,000.00 |

---

| HORWATH, SHARON | Claim Number: 2477 |
| 211 BRANDYWINE DR. | Claim Date: 08/31/2009 |
| OLD HICKORY, TN 37138 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 7620 (05/08/2012) |

| PRIORITY | Claimed: | $0.00 UNDET |

---

| ERKEL, ENIS | Claim Number: 2478 |
| FATMAKADIN SOK. | Claim Date: 08/31/2009 |
| MARMARA APT. NO. 14.29 | Debtor: NORTEL NETWORKS INC. |
| SUADIYE | Comments: POSSIBLY AMENDED BY 6092 |
| ISTANBUL, 34740 | |
| TURKEY | |

| PRIORITY | Claimed: | $53,124.39 |

---

| KELLEY, MATTHEW ADAMS | Claim Number: 2479 |
| 106 WILD BROOK COURT | Claim Date: 08/31/2009 |
| CARY, NC 27519 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $17,905.60 |
| UNSECURED | Claimed: | $44,311.44 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MCEVILLA, KATIE<br>3019 MONROE<br>BELLWOOD, IL 60104 | Claim Number: 2480<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| MCEVILLA, KATIE<br>3019 MONROE<br>BELLWOOD, IL 60104 | Claim Number: 2481<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | |
|---|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

| BOWYER, KEVIN E<br>2900 MCKINNON ST APT 2301<br>DALLAS, TX 75201-1082 | Claim Number: 2482<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|

| UNSECURED | Claimed: | $246,584.32 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX 75025 | Claim Number: 2483<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|

| PRIORITY | Claimed: | $14,232.00 |
|---|---|---|
| UNSECURED | Claimed: | $24,408.00 |

| KELLEY, MATT<br>106 WILD BROOK COURT<br>CARY, NC 27519 | Claim Number: 2484<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | |
|---|---|---|

| PRIORITY | Claimed: | $55,308.93 |
|---|---|---|
| UNSECURED | Claimed: | $55,308.93 |
| TOTAL | Claimed: | $55,308.93 |

| HUBERT SUHNER, INC.<br>SEAN THOMAS<br>19 THOMPSON DR.<br>ESSEX JUNCTION, VT 05452 | Claim Number: 2485<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $17,969.75 |
|---|---|---|

| HUBER SUHNER<br>HUBER & SUHNER INC<br>19 THOMPSON DRIVE<br>ESSEX JUNCTION, VT 05452-3408 | Claim Number: 2486<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | |
|---|---|---|

| UNSECURED | Claimed: | $17,969.75 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SVA BIZSPHERE ENTWICKLUNGS U
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2487
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $136,267.00 | Scheduled: | $136,267.00 |
|---|---|---|---|---|

---

WANG, CHIH-WEI
4325 WONDERLAND DR
PLANO, TX 75093

Claim Number: 2488
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $38,360.80 |
|---|---|---|

---

WANG, CHIH-WEI
4325 WONDERLAND DR
PLANO, TX 75093

Claim Number: 2489
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,368.80 |
|---|---|---|

---

QUICK, JOHN
11103 MAPLE STREET
CLEVELAND, TX 77328

Claim Number: 2490
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| PRIORITY | Claimed: | $2,982.87 |
|---|---|---|
| UNSECURED | Claimed: | $22,371.53 |

---

SENA TECHNOLOGIES, INC.
3150 ALMADEN EXPY
SUITE 238
SAN JOSE, CA 95118-1250

Claim Number: 2491
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $4,082.81 |
|---|---|---|

---

SENA TECHNOLOGIES INC
3150 ALMADEN EXPY STE 233
SAN JOSE, CA 95118-1250

Claim Number: 2492
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $4,082.81 |
|---|---|---|

---

THIN FILM TECHNOLOGY
1980 COMMERCE DRIVE
NORTH MANKATO, MN 56003

Claim Number: 2493
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $1,100.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BENTON COUNY TAX COLLECTOR
215 E CENTRAL ROOM 101
BENTONVILLE, AR 72712

Claim Number: 2494
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $35.88 | | |
|---|---|---|---|---|

ADVANTECH CORP
38 TESLA SUITE 100
IRVINE, CA 92618

Claim Number: 2495
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $26,343.48 | Scheduled: | $18,760.10 DISP |
|---|---|---|---|---|

ADVANTECH CORPORATION
ATTN PETER KIM
38 TESLA
STE 100
IRVINE, CA 92618

Claim Number: 2496
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $26,343.48 | | |
|---|---|---|---|---|

VAGG, JERI LYNN
1694 POPPLETON DR
W BLOOMFIELD, MI 48324

Claim Number: 2497
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,675.00 | | |

VAGG, JERI LYNN
1694 POPPLETON DR
W BLOOMFIELD, MI 48324

Claim Number: 2498
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $26,625.00 | | |
|---|---|---|---|---|

ANDERSON, DEBRA
102 BELTON DRIVE
HICKORY CREEK, TX 75065

Claim Number: 2499
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $3,305.43 | Scheduled: | $6,577.83 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $44,315.20 |

ANDERSON, DEBRA J.
102 BELTON DRIVE
HICKORY CREEK, TX 75065

Claim Number: 2500
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NEMKO USA INC | Claim Number: 2501 |
| 802 NORTH KEALY | Claim Date: 08/31/2009 |
| LEWISVILLE, TX 75057-6469 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $3,750.00 | Scheduled: | $0.00 UNLIQ |

---

| JAMOUSSI, BILEL | Claim Number: 2502 |
| 14 POLIQUIN DRIVE | Claim Date: 08/31/2009 |
| NASHUA, NH 03062 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $74,462.45 | Scheduled: | $74,462.45 UNLIQ |

---

| JAMOUSSI, BILEL | Claim Number: 2503 |
| 7 JARED CIRCLE | Claim Date: 08/31/2009 |
| NASHUA, NH 03063 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $74,462.45 |

---

| JAMOUSSI, BILEL | Claim Number: 2504 |
| 7 JARED CIRCLE | Claim Date: 08/31/2009 |
| NASHUA, NH 03063 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $71,478.06 |

---

| ROCKBRIDGE COUNTY OF | Claim Number: 2505 |
| 150 S MAIN STREET | Claim Date: 08/26/2009 |
| LEXINGTON, VA 24450-2359 | Debtor: NORTEL NETWORKS INC. |
| | Comments: WITHDRAWN |
| | DOCKET: 3692 (07/20/2010) |

| UNSECURED | Claimed: | $0.00 |

---

| OWENS, WILLIAM A. | Claim Number: 2506 |
| C/O EDWIN K. SATO | Claim Date: 09/02/2009 |
| BUCKNELL STEHLIK SATO & STUBNER, LLP | Debtor: NORTEL NETWORKS INC. |
| 2003 WESTERN AVENUE, # 400 | |
| SEATTLE, WA 98121 | |

| UNSECURED | Claimed: | $2,278,679.00 |

---

| GUETING, JAN BERND | Claim Number: 2507 |
| VON-HOLTE-STRASSE 75 | Claim Date: 09/02/2009 |
| MUENSTER, D-48167 | Debtor: NORTEL NETWORKS INC. |
| GERMANY | Comments: EXPUNGED |
| | DOCKET: 3219 (06/24/2010) |

| PRIORITY | Claimed: | $104,754.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FLEECE, CLAIRE<br>45 ADELHAIDA LANE<br>EAST ISLIP, NY 11730 | Claim Number: 2508<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $15,133.04 |
| UNSECURED | Claimed: | $45,988.69 |

| DEVINCENTIS, CARL<br>53 CINDY LANE<br>ROWLEY, MA 01969 | Claim Number: 2509<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $58,080.44 |

| SAFFELL, CHARLES<br>39897 CHARLES TOWN PIKE<br>HAMILTON, VA 20158 | Claim Number: 2510<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,041.32 | Scheduled: | $25,276.36 UNLIQ |

| LINGESSO, CARL L<br>9-67TH STREET SOUTH UNIT<br>PO BOX 682<br>SEA ISLE CITY, NJ 08243 | Claim Number: 2511<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 |

| EDEY, DAVID S T<br>1096 RIVER ROAD<br>MANOTICK, K4M1B4<br>CANADA | Claim Number: 2512<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| UNSECURED | Claimed: | $124.77   UNLIQ |

| RHODES, BONNIE J.<br>19 FERNVILLE RD.<br>MORRIS PLAINS, NJ 07950 | Claim Number: 2513<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |

| TAYLOR, AUDREY<br>4333 ANGELINA DR<br>PLANO, TX 75074 | Claim Number: 2514<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $6,235.38 |
| UNSECURED | Claimed: | $14,880.39 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| WHITLOCK<br>WHITLOCK GROUP, THE<br>3900 GASKINS ROAD<br>RICHMOND, VA 23233 | | Claim Number: 2515<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $11,377.82 | | |
| MARK, RAYMOND<br>1336 S. FINLEY ROAD, APT 1C<br>LOMBARD, IL 60148 | | Claim Number: 2516<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $120,697.42 | | |
| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX 75025 | | Claim Number: 2517<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $14,232.00 | Scheduled: | $7,054.18 |
| UNSECURED | Claimed: | $24,408.00 | Scheduled: | $32,863.14 |
| HEWITT ASSOCIATES LLC<br>100 HALF DAY RD<br>LINCOLNSHIRE, IL 60069-3242 | | Claim Number: 2518<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $405,559.00 | Scheduled: | $365,621.00 |
| UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | | Claim Number: 2519<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $762,802.68 | | |
| UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | | Claim Number: 2520<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $7,445.91 | | |
| DE LOS ANGELES, SALVADOR<br>867 BLOSSOM DRIVE<br>SANTA CLARA, CA 95050 | | Claim Number: 2521<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $3,400.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ON L6C 2A6<br>CANADA | | Claim Number: 2522<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $120,590.94 | | |

| MCDOUGALL, RON<br>11 ROYAL TROON CRES.<br>MARKHAM, ON L6C 2A6<br>CANADA | | Claim Number: 2523<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $120,590.94 | | |

| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | | Claim Number: 2524<br>Claim Date: 09/03/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,098.39 | | |
| SECURED | Claimed: | $9,430.32 | | |
| UNSECURED | Claimed: | $843.00 | | |

| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 2525<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,342.80 | Scheduled: | $20,000.00 |

| RHODES, BONNIE<br>19 FERNCLIFF ROAD<br>MORRIS PLAINS, NJ 07950 | | Claim Number: 2526<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |
| SECURED | Claimed: | $0.00   UNDET | | |

| BOUBY, AMANDA<br>310 LAKESIDE CT<br>SUNRISE, FL 33326 | | Claim Number: 2527<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $746.44 |
| UNSECURED | Claimed: | $18,534.24 | Scheduled: | $18,954.38 |

| KINCAID, GARY<br>105 ROYALWOOD DRIVE<br>ENCHANTED OAKS, TX 75156 | | Claim Number: 2528<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $14,651.56 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

REPASS, KATHLEEN AGNES
PO BOX 1205
BLACK MTN, NC 28711-1205

Claim Number: 2529
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,071.32 |
| UNSECURED | Claimed: | $50,000.00 | Scheduled: | $36,589.12 |

---

BERTEAU, KAREN J
8328 BARBER OAK DR
PLANO, TX 75025

Claim Number: 2530
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $1,595.62

---

DARTE, SUZANNE
3613 DOWNING CIR
DEER PARK, TX 77536

Claim Number: 2531
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $35,495.36

---

LONG, ANDREW
1104 BAYFIELD DRIVE
RALEIGH, NC 27606

Claim Number: 2532
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7313

UNSECURED          Claimed:          $114,929.93

---

CLINE, GLENN
602 CHAFFEE DRIVE
ARLINGTON, TX 76006

Claim Number: 2533
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

UNSECURED          Claimed:          $36,501.58

---

BARANANO, ILDEFONSO
4118 MONTGOMERY ST
OAKLAND, CA 94611

Claim Number: 2534
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,765.57 | Scheduled: | $4,765.57 UNLIQ |

---

CLINE, GLENN B.
602 CHAFFEE DR
ARLINGTON, TX 76006

Claim Number: 2535
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

UNSECURED          Claimed:          $36,501.58

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KLIMAS, RAYMOND J
101 HALEY HOUSE LANE
APEX, NC 27502

Claim Number: 2536
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $44,245.51   UNLIQ |
|---|---|---|

CHATTOS, DANIEL J
1920 E 2ND ST APT 2302
EDMOND, OK 73034-6377

Claim Number: 2537
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $89,218.00 |
|---|---|---|

MATTHEWS, RICHARD LEE
8029 N MACARTHUR BLVD APT 3110
IRVING, TX 75063-7678

Claim Number: 2538
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,000.00 |
|---|---|---|

CLINE, GLENN
602 CHAFFEE DRIVE
ARLINGTON, TX 76006

Claim Number: 2539
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $36,501.58 |
|---|---|---|

KAKADIA, VIJAY
600 S ABEL ST UNIT 318
MILPITAS, CA 95035-8691

Claim Number: 2540
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,124.05 |
|---|---|---|

BETZ, RANDALL L
350 MILLBROOK TRACE
MARIETTA, GA 30068

Claim Number: 2541
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

HESLOP, MICHAEL
8404 WEST 127 CR
OVERLAND PARK, KS 66213

Claim Number: 2542
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7233
Claim out of balance

| PRIORITY | Claimed: | $107,699.71 |
|---|---|---|
| TOTAL | Claimed: | $77,631.26 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| COONEY, GEORGE V<br>38 CRANBERRY LANE<br>CONCORD, MA 01742 | | Claim Number: 2543<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY          Claimed:          $180,000.00

| | | |
|---|---|---|
| HUGHES, DEAN W<br>1335 WEST 13TH AVE<br>BROOMFIELD, CO 80020 | | Claim Number: 2544<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |

PRIORITY<br>UNSECURED          Claimed:          $8,110.40          Scheduled:          $8,731.95

| | | |
|---|---|---|
| SELF, CATHERINE<br>1703 BAYHILL DR<br>OLDSMAR, FL 34677 | | Claim Number: 2545<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed:          $30,156.00

| | | |
|---|---|---|
| SARNICKE, SAMUEL E<br>118 SIMMONS RD<br>MCMURRAY, PA 15317 | | Claim Number: 2546<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY          Claimed:          $197,984.90

| | | |
|---|---|---|
| HERR, CHRIS<br>5509 HAMPTONS STREET SE<br>OLYMPIA, VA 98501 | | Claim Number: 2547<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed:          $35,356.70

| | | |
|---|---|---|
| MILLER, KYLE<br>820 WINNING COLORS CT<br>DESOTO, TX 75115 | | Claim Number: 2548<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |

UNSECURED          Claimed:          $7,360.00

| | | |
|---|---|---|
| MILLER, KYLE<br>P.O. BOX 702921<br>DALLAS, TX 75370 | | Claim Number: 2549<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

ADMINISTRATIVE          Claimed:          $7,360.00

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| VRABEL,JR., JOHN P.<br>315 HAWKS VIEW DR<br>O FALLON, MO 63368-7673 | | Claim Number: 2550<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $49,288.41 | | |
| VRABEL,JR., JOHN P.<br>10 ROYALLMANOR CT<br>O'FALLON, MO 63368 | | Claim Number: 2551<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $11,624.85 | | |
| UNSECURED | Claimed: | $37,663.56 | Scheduled: | $40,398.86 |
| VRABEL, JOHN P.<br>315 HAWKS VIEW DR<br>O FALLON, MO 63368-7673 | | Claim Number: 2552<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $49,288.41 | | |
| VRABEL,JR., JOHN P.<br>10 ROYALLMANOR CT.<br>O'FALLON, MO 63368 | | Claim Number: 2553<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $11,624.85 | | |
| UNSECURED | Claimed: | $37,663.56 | | |
| SDP COMPONENTS INC.<br>1725 TRANS CANADA HIGHWAY<br>DORVAL, QC H9P 1J1<br>CANADA | | Claim Number: 2554<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,320.63 | | |
| SDP COMPONENTS INC<br>1725 TRANS CANADA HIGHWAY<br>DORVAL, QC H9P 1J1<br>CANADA | | Claim Number: 2555<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
| UNSECURED | Claimed: | $1,320.63 | | |
| SCHWARTZ, JEAN-LUC<br>ALLMENDWEG 4<br>ZELL, 77736<br>GERMANY | | Claim Number: 2556<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SIEMENS ENTERPRISE COMMUNICATIONS, INC.<br>5500 BROKEN SOUND BLVD<br>BOCA RATON, FL 33487-3502 | Claim Number: 2557<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | |
| ADMINISTRATIVE | Claimed: | $117,719.78 |
| SIEMENS INFORMATION AND COMMUNICATION<br>NETWORKS INC<br>900 BROKEN SOUND PKWY<br>BOCA RATON, FL 33487-3527 | Claim Number: 2558<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | |
| UNSECURED | Claimed: | $117,719.78 |
| CIRILLO, ROBERT<br>216 JAMES MADISON PL<br>HILLSBOROUGH, NC 27278 | Claim Number: 2559<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $51,854.24 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: TELRAD NETWORKS LTD<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2560<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $2,857,588.17 |
| ALSTON, VIOLET L.<br>P.O. BOX 1442<br>PITTSBORO, NC 27312 | Claim Number: 2561<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $74,894.13   UNLIQ |
| ALSTON, VIOLET L<br>PO BOX 1442<br>PITTSBORO, NC 27312 | Claim Number: 2562<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $46,808.04 |
| ALSTON, VIOLET L.<br>P.O. BOX 1442<br>PITTSBORO, NC 27312 | Claim Number: 2563<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $46,808.04 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ALSTON, VIOLET
PO BOX 1442
PITTSBORO, NC 27312

Claim Number: 2564
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $74,894.13 |
|---|---|---|

---

YU, GUISHENG
3725 MASON DR
PLANO, TX 75025

Claim Number: 2565
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $17,970.41 |
|---|---|---|

---

YU,GUISHENG
3725 MASON DR
PLANO, TX 75025

Claim Number: 2566
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $17,970.41 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $17,970.41 |

---

BARIL, NOEL F.
PO BOX 5321
MESSENA, NY 13662-5321

Claim Number: 2567
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $377,711.11 |
|---|---|---|

---

BARIL, NOEL F
PO BOX 5321
MASSENA, NY 13662-5321

Claim Number: 2568
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $377,711.10 |
|---|---|---|

---

RIGHTMIRE, JAMES
620 DOGWOOD RD
WEST PALM BEACH, FL 33409

Claim Number: 2569
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $226.38   UNLIQ |
|---|---|---|

---

RIGHTMIRE, JAMES W
620 DOGWOOD RD
WEST PALM BEA, FL 33409

Claim Number: 2570
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $226.38   UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| KUMARAN SYSTEMS INC.<br>701 EVANS AVENUE, SUITE 509<br>TORONTO, ON M9C 1A3<br>CANADA | | Claim Number: 2571<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| ADMINISTRATIVE | Claimed: | $142,044.00 | | |
| KUMARAN SYSTEMS INC<br>701 EVANS AVENUE<br>SUITE 509<br>TORONTO, ON M9C 1A3<br>CANADA | | Claim Number: 2572<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $142,044.00 | | |
| GAO, LANYUN<br>4405 BELVEDERE DR.<br>PLANO, TX 75093 | | Claim Number: 2573<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $35,510.28 | Scheduled: | $19,512.43 |
| GAO, LANYUN<br>4405 BELVEDERE DR.<br>PLANO, TX 75093--698 | | Claim Number: 2574<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $35,510.28 | | |
| EGERMAN, KEVIN A<br>2905 DEAN PKWY.<br>APT #102<br>MINNEAPOLIS, MN 55416 | | Claim Number: 2575<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| EGERMAN, KEVIN A.<br>2905 DEAN PARKWAY # 102<br>MINNEAPOLIS, MN 55416 | | Claim Number: 2576<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| WANG, JIN<br>23110 TURTLE ROCK TERRACE<br>CLARKSBURG, MD 20871 | | Claim Number: 2577<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $20,000.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WANG, JIN
23110 TURTLE ROCK TER
CLARKSBURG, MD 20871-4503

Claim Number: 2578
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $20,000.00 |
|---|---|---|

ROMAN, PETE
329 MADISON AVE
HASBROUCK HEIGHTS, NJ 07604

Claim Number: 2579
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

ROMAN, PEDRO
329 MADISON AVE
HASBROUCK HEIGHTS, NJ 07604

Claim Number: 2580
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

SIGARTO, SAMUEL
1509 LIATRIS LANE
RALEIGH, NC 27613

Claim Number: 2581
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $3,958.42 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,779.32  UNLIQ |

SIGARTO, SAMUEL
1509 LIATRIS LANE
RALEIGH, NC 27613

Claim Number: 2582
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $3,958.42 |
|---|---|---|

FRYDACH, RONALD J
101 FOX BRIAR LANE
CARY, NC 27518

Claim Number: 2583
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $49,306.10 |
|---|---|---|

FRYDACH, RONALD J
101 FOX BRIAR LANE
CARY, NC 27518

Claim Number: 2584
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

---

| PRIORITY | Claimed: | $49,306.10 |
|---|---|---|
| UNSECURED | Claimed: | $49,306.10 |
| TOTAL | Claimed: | $49,306.10 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MUSTANG TECHNOLOGIES INC
4030 COTE VERTU, SUITE 100
ST-LAURENT, QB H4R 1V4
CANADA

Claim Number: 2585
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $7,148.94 |
|---|---|---|

---

MUSTANG TECHNOLOGIES INC
4030 RUE COTE VERTU
SUITE 100
ST LAURENT, QC H4R 1V4
CANADA

Claim Number: 2586
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $7,148.94 |
|---|---|---|
| TOTAL | Claimed: | $5,418.00 |

---

EUBANKS, GAYLA
1193 ADAMS MOUNTAIN RD
STEM, NC 27581

Claim Number: 2587
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

EUBANKS, GAYLA E
1193 ADAMS MOUNTAIN RD.
STEM, NC 27581

Claim Number: 2588
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

MAGERS, DEBORAH LYNN
142 WESTCHESTER WAY
BATTLE CREEK, MI 49015

Claim Number: 2589
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

MAGERS, DEBORAH L
142 WESTCHESTER WAY
BATTLE CREEK, MI 49015

Claim Number: 2590
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 2591
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $12,995.00 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BLAIR PLEASANT DBA COMMFUSION<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA 95409 | | Claim Number: 2592<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| ADMINISTRATIVE | Claimed: | $10,000.00 |
| COMMFUSION<br>COMMFUSION<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA 95409-4337 | | Claim Number: 2593<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $2,995.00 |
| BLAIR PLEASANT DBA COMMFUSION<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA 95409 | | Claim Number: 2594<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| ADMINISTRATIVE | Claimed: | $2,995.00 |
| HADZIOMEROVIC, FARUK<br>50 THORNBURY CREST<br>NEPEAN, ON K2G6C4<br>CANADA | | Claim Number: 2595<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| HADZIOMEROVIC, FARUK<br>50 THORNBURRY CRES<br>NEPEAN, ON K2G 6C4<br>CANADA | | Claim Number: 2596<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| CURLEY, TIM<br>1140 BAY LAUREL<br>DRIVE<br>MENLO PARK, CA 94025 | | Claim Number: 2597<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $11,859.53 |
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: PDX, INC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | | Claim Number: 2598<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |
| UNSECURED | Claimed: | $10,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| PDX, INC<br>101 JIM WRIGHT FREEWAY<br>SUITE 200<br>FORT WORTH, TX 76108-2253 | | Claim Number: 2599<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE | Claimed: | $10,000.00 | | |
| ABO-MAHMOOD, MOHAMMED<br>1811 BAKER RIDGE RD<br>SHERMAN, TX 75090 | | Claim Number: 2600<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $19,223.09 | | |
| ABO-MAHMOOD, MOHAMMED<br>1811 BAKER RIDGE RD<br>SHERMAN, TX 75090 | | Claim Number: 2601<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $7,177.45 | | |
| UNSECURED | Claimed: | $12,045.64 | Scheduled: | $20,980.37 |
| ROSE, MICHAEL<br>2615 MERLIN DRIVE<br>LEWISVILLE, TX 75056 | | Claim Number: 2602<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $39,373.35 | | |
| REVELWOOD INC<br>14 WALSH DR<br>PARSIPPANY, NJ 07054 | | Claim Number: 2603-01<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) | | |
| UNSECURED | Claimed: | $10,710.24 | | |
| REVELWOOD INC<br>14 WALSH DR<br>PARSIPPANY, NJ 07054 | | Claim Number: 2603-02<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
| UNSECURED | Claimed: | $3,570.08 | | |
| REVELWOOD INCORPORATED<br>14 WALSH DR. STE 303<br>PARSIPPANY, NJ 07054 | | Claim Number: 2604<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $14,280.32 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CCPIT PATENT AND TRADEMARK LAW<br>10 F OCEAN PLAZA<br>BEIJING, 100031<br>CHINA | Claim Number: 2605<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $2,118.33 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| INTRANSIT TECHNOLOGIES CORP<br>PO BOX 3020<br>SAN CLEMENTE, CA 92674-3020 | Claim Number: 2606<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $2,949.43 | Scheduled: | $2,949.43 |
|---|---|---|---|---|

| DEAN, WILLIAM L<br>9090 BARON WAY<br>SALINE, MI 48176 | Claim Number: 2607<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| DEAN, BILL<br>9090 BARON WAY<br>SALINE, MI 48176 | Claim Number: 2608<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| TECHNISCHE UNIVERSITAT ILMENAU<br>OLIVER AWEY RECHTSAINT<br>EHIANBURGSTRAPE 29<br>ILMENAU, D-98693<br>GERMANY | Claim Number: 2609<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $40,000.00 |
|---|---|---|

| TECHNISCHE UNIVERSITAT ILMENAU<br>PF 10 05 65<br>ILMENAU, 98684<br>GERMANY | Claim Number: 2610<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $40,000.00 |
|---|---|---|

| WOOD, PIERCE G<br>255 ELLIOT CIRCLE<br>WATKINSVILLE, GA 30677 | Claim Number: 2611<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $254,384.48 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WOOD, PIERCE G<br>255 ELLIOT CIRCLE<br>WATKINSVILLE, GA 30677 | | Claim Number: 2612<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $254,384.48 | | | |
| SANDERS, JEFFREY W.<br>4902 CLAY  DR.<br>ROWLETT, TX 75088 | | Claim Number: 2613<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| SANDERS, JEFFREY W<br>4902 CLAY DR<br>ROWLETT, TX 75088 | | Claim Number: 2614<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | | Claim Number: 2615<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $3,845.91<br>$16,923.30 | | | |
| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | | Claim Number: 2616<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $3,845.91<br>$16,923.30 | Scheduled:<br>Scheduled: | $6,171.68<br>$16,574.59 | |
| VANDYKE CAREY, DELIA M.<br>2067 SANDERS RD.<br>STEM, NC 27581 | | Claim Number: 2617<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $8,110.19 | | | |
| VANDYKE, DELIA M<br>2067 SANDERS RD<br>STEM, NC 27581 | | Claim Number: 2618<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | | |
| PRIORITY | Claimed: | $8,110.19 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

COLTON, JAY
90 BROOKDALE PLACE
NEWTOWN, PA 18940

Claim Number: 2619
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,270.10 | Scheduled: | $0.00 UNLIQ |

COLTON, JAY
90 BROOKDALE OL.
NEWTOWN, PA 18940

Claim Number: 2620
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $28,270.10 |

KENNEDY, LOUISE
3512 SCENIC CT.
DENVILLE, NJ 07834

Claim Number: 2621
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

KENNEDY, LOUISE N
3512 SCENIC DR
DENVILLE, NJ 07834

Claim Number: 2622
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00 UNDET |

CHINA PATENT AGENT H.K. LTD.
22/F, GREAT EAGLE CENTRE, 23 HARBOUR RD
WANCHAI
HONG KONG,
CHINA

Claim Number: 2623
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $36,400.30 | Scheduled: | $0.00 UNLIQ |

CHINA PATENT AGENT H K LTD
22/F GREAT EAGLE CENTRE
23 HARBOUR ROAD
WANCHAI
HONG KONG,
CHINA

Claim Number: 2624
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $36,400.30 |

CHAPPELL, TOMMA C.
575 ELLESMERE WAY
SUGAR HILL, GA 30518

Claim Number: 2625
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $71,267.23 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SIMPSON, JA'NELLE
163 SOMERSET DR
REIDSVILLE, NC 27320-8050

Claim Number: 2626
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,611.54 | Scheduled: | $2,726.91 |
| UNSECURED | Claimed: | $2,803.83 | Scheduled: | $8,032.02 |

HOLTZ, CLIFF
5851 S COLORADO BLVD
GREENWOOD VLG, CO 80121-1903

Claim Number: 2627
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $775,551.44 | |

HOLTZ, CLIFF
5851 S COLORADO BLVD
GREENWOOD VLG, CO 80121-1903

Claim Number: 2628
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $775,551.44 | | |
| UNSECURED | | | Scheduled: | $703,365.83 |

GUNDECHA, CHAND
11309 RIDGEGATE DRIVE
RALEIGH, NC 27617

Claim Number: 2629
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $24,296.87 | | |
| UNSECURED | Claimed: | $24,296.87 | Scheduled: | $19,832.58 UNLIQ |
| TOTAL | Claimed: | $24,296.87 | | |

SLATER & MATSIL LLP
17950 PRESTON RD SUITE 1000
DALLAS, TX 75252

Claim Number: 2630
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,319.04 | Scheduled: | $0.00 UNLIQ |

HARRIS STRATEX NETWORKS OPERATING CORP.
ATTN: LEGAL DEPARTMENT
HARRIS STRATEX NETWORKS, INC.
637 DAVIS DRIVE
MORRISVILLE, NC 27560

Claim Number: 2631
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $421,395.21 | Scheduled: | $59,862.60 |

BRIDGWATER, SANDRA & ANDY
38 KRIEGH DRIVE
HAMILTON, ON L9B 2L4
CANADA

Claim Number: 2632
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,500.00 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DEPEW, BRUCE<br>516 NANTAHALA DR<br>DURHAM, NC 27713 | Claim Number: 2633<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $7,051.10 |
| UNSECURED | Claimed: | $20,591.95 |

---

| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | Claim Number: 2634<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $3,845.91 |
| UNSECURED | Claimed: | $16,923.30 |

---

| LEVY<br>LEVY RESTAURANTS<br>7994 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | Claim Number: 2635<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $7,182.43 |

---

| MCLAUGHLIN, JAMES<br>PO BOX 831583<br>RICHARDSON, TX 75083 | Claim Number: 2636<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $6,894.42 | Scheduled: | $0.00  UNLIQ |

---

| PENNA, PARIN J.<br>15808 RIDGE ROAD<br>ALBION, NY 14411 | Claim Number: 2637<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $8,690.00 |

---

| EQUIPTO ELECTRONICS CORP<br>351 WOODLAWN AVE<br>AURORA, IL 60506-9988 | Claim Number: 2638<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,184.06 | Scheduled: | $61.96 |

---

| POWERS, DAVID J<br>217 APPLE BRANCH DR<br>WOODSTOCK, GA 30188 | Claim Number: 2639<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $32,699.65 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| GILBERT, VIRGINIA A<br>3675 RADCLIFFE BLVD<br>DECATUR, GA 30034 | | Claim Number: 2640<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | |
|---|---|---|---|
| PRIORITY | Claimed: | $16,223.34 | |
| SECURED | Claimed: | $16,223.34 | |
| TOTAL | Claimed: | $16,223.34 | |
| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD,<br>PLANO, TX 75074 | | Claim Number: 2641<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| PRIORITY | Claimed: | $3,845.91 | |
| UNSECURED | Claimed: | $16,923.30 | |
| RATCLIFF, ELOISE<br>837 FRIAR TUCK ROAD<br>RALEIGH, NC 27610 | | Claim Number: 2642<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | |
| PRIORITY | Claimed: | $83,610.93 | UNLIQ |
| UNSECURED | Claimed: | $83,610.93 | UNLIQ |
| TOTAL | Claimed: | $83,610.93 | UNLIQ |
| WALKER, EILEEN A<br>1659 NE DAPHNE CT.<br>BEND, OR 97701 | | Claim Number: 2643<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | |
| UNSECURED | Claimed: | $81,640.44 | |
| POST, LYNDA<br>2616 MOSSVINE DR<br>CARROLLTON, TX 75007 | | Claim Number: 2644<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $37,780.00 | |
| NELSON, WILLIAM<br>24 WESTCOTT DRIVE<br>HOPKINTON, MA 01748 | | Claim Number: 2645<br>Claim Date: 09/08/2009<br>Debtor: NORTEL ALTSYSTEMS INC. | |
| UNSECURED | Claimed: | $809,813.30 | |
| NELSON, WILLIAM K.<br>24 WESCOTT DRIVE<br>HOPKINTON, MA 01748 | | Claim Number: 2646<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $809,813.30 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NELSON, BILL<br>24 WESTCOTT DRIVE<br>HOPKINTON, MA 01748 | | | Claim Number: 2647<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|---|
| PRIORITY | | | | Scheduled: | $450.00 |
| UNSECURED | Claimed: | $809,813.30 | | Scheduled: | $809,819.30 |

---

| NELSON, WILLIAM K.<br>24 WESTCOTT DRIVE<br>HOPKINTON, MA 01748 | | Claim Number: 2648<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $809,813.30 |

---

| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR.<br>WHITSETT, NC 27377 | | Claim Number: 2649<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $96,400.69 |

---

| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR.<br>WHITSETT, NC 27377 | | Claim Number: 2650<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $96,400.69 |

---

| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR<br>WHITSETT, NC 27377 | | Claim Number: 2651<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $96,400.69 |

---

| SILVERNALE, ROBERT<br>94 ELM STREET<br>GOFFSTOWN, NH 03045 | | | Claim Number: 2652<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8373 | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | | |
| UNSECURED | Claimed: | $49,139.10  UNDET | | Scheduled: | $49,139.10 |

---

| SILVERNALE, ROBERT<br>94 ELM STREET<br>GOFFSTOWN, NH 03045 | | | Claim Number: 2653<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $11,430.76 | | | |
| UNSECURED | Claimed: | $11,430.76 | | Scheduled: | $11,430.76  UNLIQ |
| TOTAL | Claimed: | $11,430.76 | | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| PACIFIC CARRIAGE LIMITED<br>NIKKI SHONE<br>GENERAL COUNSEL/COMMERCIAL DIRECTOR<br>PO BOX 5340<br>WELLINGTON,<br>NEW ZEALAND | | Claim Number: 2654<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2948 (05/04/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| MURPHY, PATRICK G.<br>433 FOX TRAIL<br>ALLEN, TX 75002 | | Claim Number: 2655<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $89,622.37 | | |
| FONDATION DU CSSS DU SUD DE<br>LANAUDIERE<br>911 MONTEE DES PIONNIERS<br>TERREBONNE, QC J6V 2H2<br>CANADA | | Claim Number: 2656<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $30,000.00 | | |
| FOUNDATION CSSSSL<br>911 MONTEEDES PIONNIERS<br>TERREBONNE, QC J6V 2H2<br>CANADA | | Claim Number: 2657<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| ADMINISTRATIVE | Claimed: | $30,000.00 | | |
| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 | | Claim Number: 2658<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $50,365.06 | | |
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: GRELCK, KENNETH<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 2659<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $463,792.20 | Scheduled: | $474,742.40 |
| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 | | Claim Number: 2660<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8906 (11/07/2012) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $10,402.75  UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 2661
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8906 (11/07/2012)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $22,305.46 UNLIQ |
|---|---|---|---|---|

---

GRELCK, KENNETH
117 TARKINGTON CT
MORRISVILLE, NC 27560

Claim Number: 2662
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,005.87 | | |
|---|---|---|---|---|

---

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 2663
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $72,422.09 | | |
|---|---|---|---|---|

---

A TELECOM TELEINFORMATICA LTDA
SCS Q 07 BLOCO A
SALA 822
ED PATIO SAU PEDRO, RJ 70307-902
BRAZIL

Claim Number: 2664
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $6,960.00 | Scheduled: | $6,960.00 |
|---|---|---|---|---|

---

AZIZ, FOUAD
110 CITADEL CREST CIRCLE NW
CALGARY, AB T3G 4G3
CANADA

Claim Number: 2665
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $24.34 UNLIQ | | |
|---|---|---|---|---|

---

AZIZ, FOUAD
110 CITADEL CREST CIRCLE NW
CALGARY, AB T3G 4G3
CANADA

Claim Number: 2666
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $24.34 UNLIQ | | |
|---|---|---|---|---|

---

TRAVERS, JOHN
2821 LA NEVASCA LN
CARLSBAD, CA 92009

Claim Number: 2667
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $71,095.00 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| TRAVERS, JOHN<br>2821 LA NEVASCA LANE<br>CARLSBAD, CA 92009 | | Claim Number: 2668<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $71,095.00 | | |

---

| | | | | |
|---|---|---|---|---|
| ROBINSON, JACQUELINE B.<br>3933 LOST CREEK DR.<br>PLANO, TX 75074 | | Claim Number: 2669<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $42,275.73 | | |

---

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ROBINSON, JACQUELINE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2670<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $31,325.73 | | |

---

| | | | | |
|---|---|---|---|---|
| GLOBAL CROSSING CONFERENCING<br>DEPARTMENT 518<br>DENVER, CO 80291-0518 | | Claim Number: 2671<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $42,161.97 | Scheduled: | $11,773.78 |

---

| | | | | |
|---|---|---|---|---|
| GLOBAL CROSSING CONFERENCING<br>DEPT 518<br>DENVER, CO 80291-0518 | | Claim Number: 2672<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $823.64 | | |

---

| | | | | |
|---|---|---|---|---|
| VANDYKE SOFTWARE<br>4848 TRAMWAY RIDGE DR. NE #101<br>ALBUQUERQUE, NM 87111 | | Claim Number: 2673<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) | | |
| UNSECURED | Claimed: | $190.00 | | |

---

| | | | | |
|---|---|---|---|---|
| VANDYKE SOFTWARE<br>4848 TRAMWAY RIDGE DR. NE, SUITE 101<br>ALBUQUERQUE, NM 87111 | | Claim Number: 2674-01<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) | | |
| UNSECURED | Claimed: | $15.62 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE, SUITE 101
ALBUQUERQUE, NM 87111

Claim Number: 2674-02
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $174.38 |
|-----------|----------|---------|

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE #101
ALBUQUERQUE, NM 87111

Claim Number: 2675
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | | | |
|----------------|----------|---------|-----------|-----------|
| UNSECURED | | $1,245.00 | Scheduled: | $1,435.00 |

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE, SUITE 101
ALBUQUERQUE, NM 87111

Claim Number: 2676-01
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $13.64 |
|-----------|----------|--------|

---

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE, SUITE 101
ALBUQUERQUE, NM 87111

Claim Number: 2676-02
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $1,231.36 |
|-----------|----------|-----------|

---

CHAVEZ, TOM
6408 CALLE LOMAS
EL PASO, TX 79912

Claim Number: 2677
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,928.22 |
|----------|----------|-----------|

---

ITOH INTERNATIONAL PATENT OFFICE
32ND FL YEBISU GARDEN PL TOWER
20-3 EBISU 4-CHOME, SHIBUYA-KU
TOKYO, 150-6032
JAPAN

Claim Number: 2678
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claimed Amount is JPY 422,500

| UNSECURED | Claimed: | $4,743.41 |
|-----------|----------|-----------|

---

ITOH INTERNATIONAL PATENT OFFICE
32ND FL. YEBISU GARDEN PLACE TOWER
20-3 EBISU, 4-CHOME
SHIBUYA-KU
TOKYO, 150-6032
JAPAN

Claim Number: 2679
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $4,743.41 |
|----------------|----------|-----------|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | |
|---|---|---|---|
| RAHN, BARRY M<br>5644 SEACLIFFE RD.<br>COURTENAY, V9J 1X1<br>CANADA | | Claim Number: 2680<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| RAHN, BARRY<br>5644 SEACLIFFE ROAD<br>COURTENAY, BC V9J 1X1<br>CANADA | | Claim Number: 2681<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| SMITH, DARRYL<br>7414 SAND PINE DR<br>ROWLETT, TX 75089 | | Claim Number: 2682<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $23,530.56 | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SMITH, DARRYL D<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2683<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | |
| PRIORITY | Claimed: | $7,089.01 | |
| UNSECURED | Claimed: | $16,441.55 | |
| MCCUNE, BRIAN W.<br>1638 MATTHEWS AVE<br>VANCOUVER, BC V6J 2T2<br>CANADA | | Claim Number: 2684<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $21,081.38 | |
| MCCUNE, BRIAN<br>1638 MATTHEWS AVE<br>VANCOUVER, BC V6J 2T2<br>CANADA | | Claim Number: 2685<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $21,081.38 | |
| UNSECURED | | Scheduled: | $21,081.38  UNLIQ |
| BANDROWCZAK, STEVEN<br>6 LOCH LN<br>GREENWICH, CT 06830-3024 | | Claim Number: 2686<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BANDROWCZAK, STEVEN<br>6 LOCH LN.<br>GREENWICH, CT 06830 | | | Claim Number: 2687<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $9,315.49 UNLIQ |

| BANDROWCZAK, STEVEN<br>6 LOCH LN.<br>GREENWICH, CT 06830 | | | Claim Number: 2688<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $83,484.00 | Scheduled: | $35,890.43 UNLIQ |

| WESTON SOLUTIONS<br>WESTON SOLUTIONS INC<br>1400 WESTON WAY<br>ATTN: STEPHEN N. FREED<br>WEST CHESTER, PA 19380-1492 | | | Claim Number: 2689<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $410,139.09 | | |

| GOINS, PETRA<br>2982 MARLOW LANE<br>RICHARDSON, TX 75082 | | | Claim Number: 2690<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $15,749.41 | | |
| UNSECURED | Claimed: | $2,388.08 | | |

| GRABOWSKI, EDWARD<br>516 LYNDENBURY DR<br>APEX, NC 27502 | | | Claim Number: 2691<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $516.85 | | |

| GRABOWSKI, EDWARD<br>516 LYNDENBURY DR<br>APEX, NC 27502 | | | Claim Number: 2692<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $72,358.50 | | |
| UNSECURED | | | Scheduled: | $76,655.30 |

| NELSON, WILLIAM<br>24 WESTCOTT DRIVE<br>HOPKINTON, MA 01748 | | | Claim Number: 2693<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $809,813.30 | Scheduled: | $4,600.95 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NGUYEN, KHOA VAN<br>5840 NEW CASTLE DRIVE<br>RICHARDSON, TX 75082 | | | Claim Number: 2694<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|---|
| PRIORITY | | | | Scheduled: | $2,071.84 |
| UNSECURED | Claimed: | $26,646.03 | | Scheduled: | $24,651.92 |

---

| THERMOTRON<br>291 KOLLEN PARK DRIVE<br>HOLLAND, MI 49423 | | | Claim Number: 2695<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,332.32 | | Scheduled: | $8,332.32 |

---

| THOMAS, JAMES P.<br>9315 GLENASHLEY DRIVE<br>CORNELIUS, NC 28031 | | Claim Number: 2696<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $52,660.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $10,490.00 |
| TOTAL | Claimed: | $52,660.00 |

---

| THOMAS, JAMES P.<br>9315 GLENASHLEY DR.<br>CORNELIUS, NC 28031 | | Claim Number: 2697<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| KLAMMER, DALE N.<br>11044 TERRACE RD. NE<br>MINNEAPOLIS, MN 55434 | | Claim Number: 2698<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| KLAMMER, DALE N.<br>11044 TERRACE RD. NE<br>MINNEAPOLIS, MN 55434 | | Claim Number: 2699<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| ORGAN, WALTER<br>11 HARBOR COVE<br>SLIDELL, LA 70458 | | Claim Number: 2700<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $26,344.32   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ORGAN, WALTER
11 HARBOR COVE
SLIDELL, LA 70458

Claim Number: 2701
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $26,344.32   UNLIQ |
| --- | --- | --- |

HARTMAN, JAMES R
18627 ROBLEDA CT
SAN DIEGO, CA 92128

Claim Number: 2702
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $11,000.00 |
| --- | --- | --- |

HARTMAN, JAMES
18627 ROBLEDA CT
SAN DIEGO, CA 92128

Claim Number: 2703
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $11,000.00 |
| --- | --- | --- |

PARISH, SAUNDERS D
532 WOODSIDE DRIVE
HIDEAWAY, TX 75771

Claim Number: 2704
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $382.74   UNLIQ |
| --- | --- | --- |

PARISH, SAUNDERS D
532 WOODSIDE DR
LINDALE, TX 75771

Claim Number: 2705
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $0.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $45,928.80 | Scheduled: | $0.00  UNLIQ |

CHAN, KWEI SAN
1845 FEDERAL AVE., APT. 303
LOS ANGELES, CA 90025

Claim Number: 2706
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $78,593.93 |
| --- | --- | --- |

CHAN, KWEI SAN
1845 FEDERAL AVE., APT. 303
LOS ANGELES, CA 90025

Claim Number: 2707
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $123,169.76 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CONDUCTIVE CIRCUITS INC<br>360 STATE ST<br>GARNER, IA 50438-1237 | Claim Number: 2708<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $14,270.00 | Scheduled: | $14,270.00 |
|---|---|---|---|---|

| CONDUCTIVE CIRCUITS, INC<br>360 STATE STREET<br>GARNER, IA 50438 | Claim Number: 2709<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3781 (08/12/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14,270.00 |
|---|---|---|

| ROWEN, AMELIA A<br>4073 TRINIDAD WAY<br>NAPLES, FL 34119 | Claim Number: 2710<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| ROWEN, AMELIA A<br>4073 TRINIDAD WAY<br>NAPLES, FL 34119-7508 | Claim Number: 2711<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| KING, VIRGINIA N<br>9517 HIGHLAND VIEW DRIVE<br>DALLAS, TX 75238 | Claim Number: 2712<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| KING, VIRGINIA N<br>9517 HIGHLAND VIEW DRIVE<br>DALLAS, TX 75238 | Claim Number: 2713<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| PRIORITY | Claimed: | $178.00   UNLIQ |
|---|---|---|

| OLSON, RUBY<br>1021 N 4TH STREET<br>MONTEVIDEO, MN 56265 | Claim Number: 2714<br>Claim Date: 09/08/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $169.12   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

OLSON, RUBY
1021 N. 4TH STREET
MONTEVIDEO, MN 56265

Claim Number: 2715
Claim Date: 09/08/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.

| PRIORITY | Claimed: | $169.12   UNLIQ |
|---|---|---|

---

RAGSDALE, JAMES S
70 W. CYPRESS ROAD
LAKE WORTH, FL 33467

Claim Number: 2716
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $64,000.00 |
|---|---|---|

---

RAGSDALE, JAMES S
70 W. CYPRESS ROAD
LAKE WORTH, FL 33467

Claim Number: 2717
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $64,000.00 |
|---|---|---|

---

HELLMAN, JEANNE
1003 NAPA PL
APEX, NC 27502

Claim Number: 2718
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

HELLMAN, JEANNE
1003 NAPA PLACE
APEX, NC 27502

Claim Number: 2719
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,251.58 |
|---|---|---|

---

HELLMAN, JEANNE
1003 NAPA PL
APEX, NC 27502

Claim Number: 2720
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

HELLMAN, JEANNE
1003 NAPA PL
APEX, NC 27502

Claim Number: 2721
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,422.80 |
|---|---|---|
| UNSECURED | Claimed: | $22,290.50 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

VEZZA, BRIAN
803 RAINIER CT
ALLEN, TX 75002

Claim Number: 2722
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $59,874.07 |
| --- | --- | --- |

---

VEZZA, BRIAN
803 RAINIER COURT
ALLEN, TX 75002

Claim Number: 2723
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,240.41 | Scheduled: | $2,428.24 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $53,633.66 | Scheduled: | $57,431.43 |

---

MORALES, ERNEST
3104 TIERRA HUMEDA DRIVE
EL PASO, TX 79938

Claim Number: 2724
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
| --- | --- | --- |
| PRIORITY | | |
| UNSECURED | Claimed: | $25,500.00 |

---

MORALES, ERNEST
3104 TIERRA HUMEDA DRIVE
EL PASO, TX 79938

Claim Number: 2725
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

MARCANTI, LARRY
16 MONROE CT
ALLEN, TX 75002

Claim Number: 2726
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $75,418.24 |
| --- | --- | --- |

---

CHAPMAN, JAMES L
PO BOX 1111
CREEDMOOR, NC 27522

Claim Number: 2727
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $149,000.00 |
| --- | --- | --- |

---

CHAPMAN, JAMES L
P.O. BOX 1111
CREEDMOOR, NC 27522

Claim Number: 2728
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $149,000.00 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| ROVIRA, ALBA<br>1630 SE BALLANTRAE BLVD.<br>PORT ST LUCIE, FL 34952 | | Claim Number: 2729<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $20,272.00 |
|---|---|---|

---

| | | |
|---|---|---|
| ROVIRA, ALBA<br>1604 SE SHELBURNIE WAY<br>PORT ST LUCIE, FL 34952-6054 | | Claim Number: 2730<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $20,272.00 |
|---|---|---|

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HARPER, JAMES JR<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2731<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $333,121.32 |

---

| | | |
|---|---|---|
| HARPER, JAMES JR<br>101 CHERTSEY CT<br>CARY, NC 27519 | | Claim Number: 2732<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,197.53  UNLIQ |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2733<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,312.44 |
| TOTAL | Claimed: | $42,262.44 |

---

| | | |
|---|---|---|
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2734<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $42,262.44 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2735<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $31,312.44 | | |
| TOTAL | Claimed: | $42,262.44 | | |

---

| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2736<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,262.44 | | |

---

| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2737<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $31,312.44 | | |
| TOTAL | Claimed: | $42,262.44 | | |

---

| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2738<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,262.44 | | |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: YOUNG, RONALD<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2739<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,851.20 |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $31,312.44 | Scheduled: | $41,343.34 |
| TOTAL | Claimed: | $42,262.44 | | |

---

| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2740<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,262.44 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GILES, DANIEL
708 HAWTHORN RIDGE DRIVE
WHITSETT, NC 27377

Claim Number: 2741
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $96,400.69 |
|---|---|---|

---

GILES, DANIEL
708 HAWTHORN RIDGE DRIVE
WHITSETT, NC 27377

Claim Number: 2742
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $96,400.69 |
|---|---|---|

---

GILES, DANIEL
708 HAWTHORN RIDGE DRIVE
WHITSETT, NC 27377

Claim Number: 2743
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $96,400.69 |
|---|---|---|

---

RESSNER, MICHAEL P
5909 APPLEGARTH LANE
RALEIGH, NC 27614

Claim Number: 2744
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $583,306.08   UNLIQ |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2745
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,919.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

MISSINI, DENNIS
616 RUSSETWOOD LANE
POWDER SPRINGS, GA 30127

Claim Number: 2746
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $132,726.65 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $132,726.65 UNLIQ |

---

THERMOTRON INDUSTRIES
291 KOLLEN PARK DRIVE
HOLLAND, MI 49423

Claim Number: 2747
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $8,332.32 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CARR LLP
670 FOUNDERS SQUARE
900 JACKSON STREET
DALLAS, TX 75202

Claim Number: 2748
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,837.30 |
| --- | --- | --- |

---

BERNAL, ERNIE
3124 SHETLAND CT.
FAIRFIELD, CA 94533

Claim Number: 2749
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $18,813.82 |
| --- | --- | --- |

---

YU, KIN
481214 LEIGH STREET
FREMONT, CA 94539

Claim Number: 2750
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7620 (05/08/2012)

PRIORITY

| UNSECURED | Claimed: | $88,186.97 | Scheduled: | $2,094.56 |
| --- | --- | --- | --- | --- |
| | | | Scheduled: | $47,617.19 |

---

LEKICH, IVO
1235 VICTORIA LANE
WEST CHESTER, PA 19380-4046

Claim Number: 2751
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $22,132.70 |
| --- | --- | --- |

---

GLEASON, STEVEN
6 KINGS CROSSING CT
SAINT LOUIS, MO 63129

Claim Number: 2752
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY

| UNSECURED | Claimed: | $158,096.75 | Scheduled: | $0.00  UNLIQ |
| --- | --- | --- | --- | --- |

---

YOUNG, RONALD
474 HIGHLAND RD
APEX, NC 27523

Claim Number: 2753
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $54,915.90 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| NGUYEN, HOANG-NGA<br>829 BABOCK CT<br>RALEIGH, NC 27609 | | Claim Number: 2754<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $49,197.80 | | |
| HYDRO OTTAWA<br>PO BOX 4483 STATION A<br>TORONTO, ON M5W 5Z1<br>CANADA | | Claim Number: 2755<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $281,068.78 | | |
| MOHAMMED, IMTIAZ<br>6823 CORTE DE FLORES<br>PLEASANTON, CA 94566 | | Claim Number: 2756<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $25,764.47 | | |
| CASTILLO, LYDIA<br>2020 WILLOWCREST<br>KAUFMAN, TX 75142-7666 | | Claim Number: 2757<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $34,022.40 | | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CUSTOMERSAT COM<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 2758<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,352.50 | Scheduled: | $36,352.50 |
| CONSTABLE, JOSEPH<br>54 PARKER AVENUE<br>NEW CITY, NY 10956 | | Claim Number: 2759<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $56,082.00 | | |
| PANDYA, VAISHALI<br>3037 SUMMERHILL CT<br>SAN JOSE, CA 95148 | | Claim Number: 2760<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $5,281.60 |
| UNSECURED | Claimed: | $48,557.73 | Scheduled: | $44,299.86 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CITY OF SUNRISE<br>PO BOX 31432<br>TAMPA, FL 33631-3432 | | Claim Number: 2761<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $4,663.21 | | |

| APPELL, MARTIN<br>12002 BROWNING LN<br>DALLAS, TX 75230 | | Claim Number: 2762<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $71,827.72 | | |

| DOERK, MICHAEL<br>15922 WINDY MEADOW DR<br>DALLAS, TX 75248 | | Claim Number: 2763<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,940.51 |
| UNSECURED | Claimed: | $50,008.88 | Scheduled: | $48,253.66 |
| TOTAL | Claimed: | $50,008.88 | | |

| VOGEL, ELAINE E<br>25953 80TH AVE<br>ST. CLOUD, MN 56301 | | Claim Number: 2764<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $182.33   UNLIQ | | |

| DE SPAIN, JOHN P<br>2930 ADAMS ST<br>LA CRESCENTA, CA 91214 | | Claim Number: 2765<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,566.40 | | |

| COMPTROLLER OF MARYLAND<br>301  WEST PRESTON ST. ROOM 410<br>BALTIMORE, MD 21201 | | Claim Number: 2766<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,374.00 | | |
| UNSECURED | Claimed: | $517.00 | | |

| COPPOCK, JEFFREY S<br>2133 BLUFFS DRIVE<br>LIVERMORE, CA 94551 | | Claim Number: 2767<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,311.85 | | |
| UNSECURED | Claimed: | $21,590.44 | Scheduled: | $27,556.51 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CURATORS OF THE UNIVERSITY OF MISSOURI<br>227 UNIVERSITY HALL<br>COLUMBIA, MO 65211 | | Claim Number: 2768<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,750.00 | | |

---

| DABIR, GEETHA<br>20590 MANOR DR<br>SARATOGA, CA 95070 | | Claim Number: 2769<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,519.54 | | |
| UNSECURED | Claimed: | $13,675.00 | Scheduled: | $1,519.54  UNLIQ |

---

| RODRIGUE, FRANCOIS<br>888 ST. FRANCOIS XAVIER<br>APT # 1310<br>MONTREAL, QC H2Y 0A8<br>CANADA | | Claim Number: 2770<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $23,731.54 | | |

---

| HAWLEY, DAWNA<br>8400 STERLING BRIDGE RD<br>CHAPEL HILL, NC 27516 | | Claim Number: 2771<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,567.04 | | |
| UNSECURED | Claimed: | $19,634.64 | | |

---

| UNITED PARCEL SERVICE<br>P.O. BOX 2127 CRO<br>HALIFAX, NS B3J3B7<br>CANADA | | Claim Number: 2772<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,587.15 | | |

---

| HUGHES, DEAN W.<br>1335 W. 13TH AVE.<br>BROOMFIELD, CO 80020 | | Claim Number: 2773<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,110.40 | | |

---

| STAUDAHER, STEVEN<br>10 LORING WAY<br>STERLING, MA 01564 | | Claim Number: 2774<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,674.37 |
| UNSECURED | Claimed: | $42,519.00 | Scheduled: | $36,667.98 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CAMPBELL, MICHAEL A
10200 INDEPENDENCE PKWY APT 1922
PLANO, TX 75025-8243

Claim Number: 2775
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6038

| UNSECURED | Claimed: | $85,588.86 |
|---|---|---|

MCLAUGHLIN, JAMES
PO BOX 831583
RICHARDSON, TX 75083

Claim Number: 2776
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,665.92 |
|---|---|---|

STEPHEN GOULD CORPORATION
35 S JEFFERSON ROAD
WHIPPANY, NJ 07981

Claim Number: 2777
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $495.34 |
|---|---|---|

STEPHEN GOULD CORP
45541 NORTHPORT LOOP WEST
FREMONT, CA 94538-6458

Claim Number: 2778
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $495.34 | Scheduled: | $495.34 |
|---|---|---|---|---|

SONAR CREDIT PARTNERS II, LLC
TRANSFEROR: WIMAX COM BROADBAND SOLUTION
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504

Claim Number: 2779
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 |
|---|---|---|---|---|

PAFILIS, VASSILIS
4511 AVEBURY DRIVE
PLANO, TX 75024

Claim Number: 2780
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $41,018.56 |
|---|---|---|

MCDANIEL, GLORETTA A
11211 PATTERSON DR
CLEARLAKE, CA 95422

Claim Number: 2781
Claim Date: 09/08/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $263.76   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LITSAS, JOHN N
1000 RAVENSCAR DRIVE
RALEIGH, NC 27615

Claim Number: 2782
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,814.99 | | |
| UNSECURED | Claimed: | $12,177.70 | Scheduled: | $20,638.40 |

---

CHOPRA, MOHIT
1113 BRIDGEWAY LANE
ALLEN, TX 75013

Claim Number: 2783
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,391.66 |

---

INNODATA ISOGEN INC
3 UNIVERSITY PLZ
HACKENSACK, NJ 07601-6208

Claim Number: 2784
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $325,420.43 | Scheduled: | $0.00 UNLIQ |

---

TESTFORCE SYSTEMS INC
9450 TRANS CANADA
ST LAURENT, QC H4S 1R7
CANADA

Claim Number: 2785
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $72,942.87 |

---

TESTFORCE SYSTEMS INC.
9450 TRANSCANADA HWY.
ST. LAURENT, QUEBEC, H4S 1R7
CANADA

Claim Number: 2786
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $72,942.87 |

---

TESTFORCE SYSTEMS INC.
9450 TRANSCANADA HWY.
ST. LAURENT, QUEBEC, H4S 1R7
CANADA

Claim Number: 2787
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $72,942.87 |

---

TESTFORCE SYSTEMS INC.
9450 TRANSCANADA HWY.
ST. LAURENT, QUEBEC, H4S 1R7
CANADA

Claim Number: 2788
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $72,942.87 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 2789<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| UNSECURED          Claimed: | $72,942.87 | |
| TESTFORCE SYSTEMS INC<br>7879 - 8TH STREET NE #111<br>CALGARY, AB T2E 7B2<br>CANADA | Claim Number: 2790<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $72,942.87 | |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 2791<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE          Claimed: | $72,942.87 | |
| MICRON OPTICS INC<br>1852 CENTURY PLACE NE<br>ATLANTA, GA 30345-4305 | Claim Number: 2792<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $11,220.00 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SASKEN COMMUNICATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2793<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7454 | |
| UNSECURED          Claimed:          $27,339.00 | Scheduled: | $25,800.00 |
| MOCANA CORPORATION<br>350 SANSOME<br>SUITE 740<br>SAN FRANCISCO, CA 94104 | Claim Number: 2794<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $10,000.00 | |
| MOCANA CORPORATION<br>350 SANSOME ST SUITE 210<br>SAN FRANCISCO, CA 94104-1306 | Claim Number: 2795<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $16,262.00 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MONTANINO, PATRICK J
83 WHITE ROCK LANE
PORT LUDLOW, WA 98365

Claim Number: 2796
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $105,476.55 |
|---|---|---|

EGGERS, RICHARD R
843 ELMIRA DR
SUNNYVALE, CA 94087

Claim Number: 2797
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $16,295.80 |
|---|---|---|

TZANETEAS, GEORGE
1033 NE 17TH WAY UNIT 1505
FT LAUDERDALE, FL 33304

Claim Number: 2798
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $70,883.14 |
|---|---|---|

TZANETEAS, GEORGE
1033 NE 17TH WAY UNIT 1505
FT LAUDERDALE, FL 33304

Claim Number: 2799
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $167,021.38 |
|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 2800
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $32,078.85 | Scheduled: | $32,078.85 |
|---|---|---|---|---|

NATHANSON
NATHANSON AND COMPANY
10 MINUTE MAN HILL
WESTPORT, CT 06880

Claim Number: 2801
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6632 (10/17/2011)

| UNSECURED | Claimed: | $419,832.00 |
|---|---|---|

CVJETKOVIC, MAURICIO
19701 E COUNTRY CLUB DR #5
106
AVENTURA, FL 33180

Claim Number: 2802
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $19,073.10 | Scheduled: | $19,073.10  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SAS INSTITUTE INC<br>ATTN: HOWARD BROWNE<br>SAS CAMPUS DRIVE<br>CARY, NC 27512-8000 | | Claim Number: 2803<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $89,700.00 | Scheduled: | $51,000.00 |

| WHITEHURST, MICHAEL<br>801 SILVER POINT RD<br>CHAPIN, SC 29036 | | Claim Number: 2804<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,255.17 | | |

| WHITEHURST, MICHAEL<br>801 SILVERPOINT ROAD<br>CHAPIN, SC 29036 | | Claim Number: 2805<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $6,255.17 | Scheduled: | $6,255.17 UNLIQ |

| WHITEHURST, MICHAEL<br>801 SILVERPOINT ROAD<br>CHAPIN, SC 29036 | | Claim Number: 2806<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$59,460.80 | Scheduled: | $64,532.96 UNLIQ |

| WHITEHURST, MICHAEL<br>801 SILVERPOINT ROAD<br>CHAPIN, SC 29036 | | Claim Number: 2807<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $70,410.80   UNLIQ | | |

| ESTRADA, SARA S<br>7831 GLORIA LAKE AVE<br>SAN DIEGO, CA 92119 | | Claim Number: 2808<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $35,000.00 | | |

| ESTRADA, SARA S<br>7831 GLORIA LAKE AVE.<br>SAN DIEGO, CA 92119 | | Claim Number: 2809<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,000.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| MEI, HUA<br>4462 TERRA BRAVA PL<br>SAN JOSE, CA 95121 | | Claim Number: 2810<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $31,500.00 |
|---|---|---|

| MEI, HELENA<br>4462 TERRA BRAVA PLACE<br>SAN JOSE, CA 95121 | | Claim Number: 2811<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

| WHITTON, MARK<br>19206 MILL SITE PLACE<br>LEESBURG, VA 20176 | | Claim Number: 2812<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|---|

| UNSECURED | Claimed: | $86,800.15 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| WHITTON, MARK<br>19206 MILLE SITE PL.<br>LEESBURG, VA 20176 | | Claim Number: 2813<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $86,800.15 |
|---|---|---|

| JONES, TINITA M<br>102 BARRINGTON OVERLOOK DR.<br>DURHAM, NC 27703 | | Claim Number: 2814<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>This claim amends previously filed claim 1338. |
|---|---|---|

| PRIORITY | Claimed: | $19,279.00 |
|---|---|---|

| ASM SIP, L.P.<br>TRANSFEROR: JONES, TINITA<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2815<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>This claim amends previously filed claim 669. |
|---|---|---|

| UNSECURED | Claimed: | $17,571.82 |
|---|---|---|

| JONES, TINITA<br>102 BARRINGTON OVERLOOK DR<br>DURHAM, NC 27703 | | Claim Number: 2816<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $1,710.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| GENESIS BUILDING LTD<br>BEACON PLACE 6055 ROCKSIDE WOODS<br>INDEPENDENCE, OH 44131 | | Claim Number: 2817<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $71,523.41 | Scheduled: | $0.00  UNLIQ |
| ANDERSON GORECKI & MANARAS LLP<br>PO BOX 553<br>CARLISLE, MA 01741 | | Claim Number: 2818<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $31,161.53 | | |
| ANDERSON GORECKI & MANARAS LLP<br>33 NAGOG PARK<br>ACTON, MA 01720-3421 | | Claim Number: 2819<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $47,896.77 | | |
| DANIELS, TANYA<br>2676 BERMAN ROAD<br>NORTH AURORA, IL 60542 | | Claim Number: 2820<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| DANIELS, TANYA<br>2676 BERMAN ROAD<br>NORTH AURORA, IL 60542 | | Claim Number: 2821<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| ARMBRUSTER, ROBIN C<br>6841 N MEADOWS WAY<br>DEXTER, MI 48130-8635 | | Claim Number: 2822<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $330.37   UNLIQ | | |
| COOK, CASEY<br>3709 FAULKNER DRIVE<br>ROWLETT, TX 75088 | | Claim Number: 2823<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,817.84 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MORRIS, TIMOTHY B.
2126 ESTES PARK DRIVE
ALLEN, TX 75013

Claim Number: 2824
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,459.43 |
|-----------|----------|------------|

---

NEBRASKA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 94818
LINCOLN, NE 68509-4818

Claim Number: 2825
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $11,126,483.84 |
|----------|----------|----------------|

---

WILLIAMS, HEATHER
2702 PENNY LANE
MCKINNEY, TX 75070

Claim Number: 2826
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7620 (05/08/2012)

| PRIORITY | | | Scheduled: | $6,357.34 |
|----------|----------|-----------|------------|-----------|
| UNSECURED | Claimed: | $36,153.80 | Scheduled: | $23,177.99 |

---

BALKISSOON, DANNY
58 HYATT DRIVE
BRAMPTON, ON L6X 3W4
CANADA

Claim Number: 2827
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7603 (05/02/2012)

| UNSECURED | Claimed: | $120,733.57 |
|-----------|----------|-------------|

---

LOUIS, CATHERINE
310 RUSTIC RIDGE RD
CARY, NC 27511

Claim Number: 2828
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $262,649.39 |
|-----------|----------|-------------|

---

CHANG, TONY
621 WATER OAK
PLANO, TX 75025

Claim Number: 2829
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $41,824.63 | | |
|----------|----------|------------|-----------|------------------|
| UNSECURED | | | Scheduled: | $41,824.63  UNLIQ |

---

JAMES, LAWRENCE
832 WIGGINGTON RD
LYNCHBURG, VA 24502-4634

Claim Number: 2830
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $21,900.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $111,380.08 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

JAMES, LAWRENCE
832 WIGGINGTON RD.
LYNCHBURG, VA 24502

Claim Number: 2831
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $21,900.00 | Scheduled: | $2,408.75 |
| UNSECURED | Claimed: | $111,380.08 | Scheduled: | $67,785.90 |

JAMES, LAWRENCE J.
140 PRIVATE ROAD 1500A
MORGAN, TX 76671

Claim Number: 2832
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $21,900.00 |
| UNSECURED | Claimed: | $111,380.08 |

CASEY, JAMES
2617 SODA SPRINGS DRIVE
MCKINNEY, TX 75071

Claim Number: 2833
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,396.56 | | |
| UNSECURED | Claimed: | $5,310.45 | Scheduled: | $12,803.02 |

LEDFORD, BRUCE A.
PO BOX 881
SANFORD, NC 27331

Claim Number: 2834
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8367

| | | |
|---|---|---|
| UNSECURED | Claimed: | $65,504.11 |

PRESCOTT, SILVAN A
114 45 173 ST
ST ALBANS, NY 11434

Claim Number: 2835
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

TWO TOWNE SQUARE LLC
C/O JAFFE RAITT HEUER & WEISS, P.C.
ALICIA SCHEHR, ESQ.
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

Claim Number: 2836
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $227,575.64 |

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: BARBARA DAMLOS, ESQ.
LAW DEPT.
PO BOX 7442
SAN FRANCISCO, CA 94120-7442

Claim Number: 2837
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8713 (10/16/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

QUICK, JOHN
11103 MAPLE STREET
CLEVELAND, TX 77328-6847

Claim Number: 2838
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,982.87 | Scheduled: | $1,457.96 |
| UNSECURED | Claimed: | $22,371.53 | Scheduled: | $26,198.84 |

QUICK, JANET
11103 MAPLE ST.
CLEVELAND, TX 77328

Claim Number: 2839
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,990.48 | Scheduled: | $1,418.07 |
| UNSECURED | Claimed: | $22,428.60 | Scheduled: | $25,432.74 |

CROWL, JOHN C.
13921 GARNETT ST
OVERLAND PARK, KS 66221

Claim Number: 2840
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $25,265.82 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

CROWL, JOHN
13921 GARNETT ST.
OVERLAND PARK, KS 66221

Claim Number: 2841
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $59,770.91 | | |
| UNSECURED | | | Scheduled: | $59,770.91 UNLIQ |

HENRICKSON, ANDREW B
27A COLONIAL PKWY
PITTSFORD, NY 14534

Claim Number: 2842
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $65,494.61 |

NIBBY, CHESTER JR.
183 BRIDGE ST
BEVERLY, MA 01915

Claim Number: 2843
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $82.52 | Scheduled: | $5,026.80 |
| UNSECURED | Claimed: | $31,282.98 | Scheduled: | $29,371.01 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: COOMER, GEORGE
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 2844
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY | | |
| UNSECURED | Claimed: | $22,645.08 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

EQUITY TRUST COMPANY CUSTODIAN
TRANSFEROR: LE, DANIEL N.
FBO 109806 & 109595 IRAS
C/O FAIR HARBOR CAPITAL, PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2845
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

PRIORITY            Claimed:            $18,436.06
UNSECURED                                              Scheduled:            $18,664.65

---

J MOCK & CO SA
NO 15A JARDINES DE ALMA ROSA
SANTO DOMINGO,
DOMINICAN REPUBLIC

Claim Number: 2846-01
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7430 (03/22/2012)

UNSECURED            Claimed:            $106,759.05

---

J MOCK & CO SA
NO 15A JARDINES DE ALMA ROSA
SANTO DOMINGO,
DOMINICAN REPUBLIC

Claim Number: 2846-02
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 7433 (03/22/2012)
Paid and not entitled to any additional voting right or distribution

UNSECURED            Claimed:            $26,107.25

---

SUTCLIFFE, ANDREW J.
34300 LANTERN BAY DRIVE
UNIT 50
DANA POINT, CA 92629

Claim Number: 2847
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY            Claimed:            $56,502.16

---

SUTCLIFFE, ANDREW J.
34300 LANTERN BAY DRIVE
UNIT 50
DANA POINT, CA 92629

Claim Number: 2848
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

PRIORITY            Claimed:            $256,701.28

---

SUTCLIFFE, ANDREW J.
34300 LANTERN BAY DRIVE
UNIT 50
DANA POINT, CA 92629

Claim Number: 2849
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY            Claimed:            $186,120.00

---

PASCALE, ROBERT H
13459 LAKE SHORE DR
OAK HILL, VA 20171

Claim Number: 2850
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY            Claimed:            $0.00   UNDET

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DOUGLAS, MICHAEL<br>1901 BEARKLING PLACE<br>CHAPEL HILL, NC 27517 | Claim Number: 2851<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $57,443.00 |
|---|---|---|

| ASIRI, ADBDUL-JABBAR & GUYLUINE LAVOIE<br>37 CHIMO DR.<br>KANATA, ON K2L 1A3<br>CANADA | Claim Number: 2852<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $81,174.23 |
|---|---|---|

| ASIRI, ABDUL-JABBAR<br>37 CHIMO DR.<br>KANATA, ON K2L1A3<br>CANADA | Claim Number: 2853<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $81,174.23 |
|---|---|---|

| HALKETT, PHILIP<br>1939 BOWKER PLACE<br>VICTORIA, BC V8R 6N1<br>CANADA | Claim Number: 2854<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,782.70 |
|---|---|---|

| HALKETT, PHILIP<br>1939 BOWKER PLACE<br>VICTORIA, BC V8R 6N1<br>CANADA | Claim Number: 2855<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $2,688.67 |
|---|---|---|

| WRITING MACHINE<br>19 CITY BUSINESS CENTRE, HYDE STREET<br>WINCHESTER, SO23 7TA<br>UNITED KINGDOM | Claim Number: 2856<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim is for 5726.51 CAD. |
|---|---|

| UNSECURED | Claimed: | $5,726.51 |
|---|---|---|

| HENDERSON ELECTRIC INC<br>18427 W MCNICHOLS<br>DETROIT, MI 48219-4113 | Claim Number: 2857<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $373,668.69 | Scheduled: | $121,529.02 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | | Claim Number: 2858<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| SECURED | Claimed: | $2,050.87 |
| WILDER, ROBERT A<br>955 RIVER OVERLOOK CT<br>ATLANTA, GA 30328 | | Claim Number: 2859<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| PRIORITY | Claimed: | $146,617.68 |
| WILDER, ROBERT A.<br>955 RIVER OVERLOOK CT.<br>ATLANTA, GA 30328 | | Claim Number: 2860<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| ADMINISTRATIVE | Claimed: | $146,617.00 |
| HARTTER, WILLIAM<br>11 NEWCOMB DR<br>HILTON, NY 14468 | | Claim Number: 2861<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $21,159.00 |
| HARTTER, WILLIAM<br>11 NEWCOMB DR<br>HILTON, NY 14468 | | Claim Number: 2862<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $21,159.00 |
| PROCTOR, VICKI L.<br>1165 ADAMSON BRANCH RD<br>LIBERTY, TN 37095-4336 | | Claim Number: 2863<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| PROCTOR, VICKI L<br>332 NEW HOPE RD<br>ALEXANDRIA, TN 37012-3448 | | Claim Number: 2864<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| SHARP, JAMES E.<br>3215 STONY CREEK CT<br>LEWIS CENTER, OH 43035 | | Claim Number: 2865<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $5,438.78 |
|---|---|---|

| | | |
|---|---|---|
| SHARP, JAMES<br>3215 STONY CREEK CT<br>LEWIS CENTER, OH 43035 | | Claim Number: 2866<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $5,438.78 |
|---|---|---|

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DEBORD, DENNIS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2867<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8137 |

| UNSECURED | Claimed: | $60,000.00 |
|---|---|---|

| | | |
|---|---|---|
| DEBORD, DENNIS<br>13000 BELLFORD CT<br>RALEIGH, NC 27614 | | Claim Number: 2868<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $60,000.00 |
|---|---|---|

| | | |
|---|---|---|
| REAL TIME MONITORS<br>REAL TIME MONITORS INC<br>711 S CARSON, SUITE 4<br>CARSON CITY, NV 89701-5292 | | Claim Number: 2869<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) |

| UNSECURED | Claimed: | $144,000.00 |
|---|---|---|

| | | |
|---|---|---|
| REAL TIME MONITORS, INC.<br>711 S CARSON STE 4<br>CARSON CITY, NV 89701 | | Claim Number: 2870<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $140,000.00 |
|---|---|---|

| | | |
|---|---|---|
| TORRES, LOIS W<br>7240 GEORGE AVE<br>NEWARK, CA 94560 | | Claim Number: 2871<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |

| PRIORITY | Claimed: | $46,243.49 |
|---|---|---|
| UNSECURED | Claimed: | $46,243.49 |
| TOTAL | Claimed: | $46,243.49 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TORRES, LOIS W
7240 GEORGE AVE
NEWARK, CA 94560

Claim Number: 2872
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $46,243.49 |
|---|---|---|

---

ACCULOGIC INC
175 RIVIERA DR
MARKHAM, ON L3R 5J6
CANADA

Claim Number: 2873
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $39,986.00 |
|---|---|---|

---

SASKEN COMMUNICATION TECHNOLOGIES LTD
139/25 DOMLUR RING ROAD
BANGALORE, 560071
INDIA

Claim Number: 2874
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $27,339.00 |
|---|---|---|

---

NORTEL NETWORKS NETAS
TELEKOMUNIKASYON A.S.
ALEMDAG CADDESI NO. 171
UMRANIYE
ISTANBUL, 34768
TURKEY

Claim Number: 2875
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $87,760.50 |
|---|---|---|

---

NORTEL NETWORKS, NETAS TELEKOMUNIKASYON
A.S.
ALEMDAG CADDESI  NO 171 UMRANIYE
ISTANBUL, 34768
TURKEY

Claim Number: 2876
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8037

| UNSECURED | Claimed: | $87,760.50 |
|---|---|---|

---

NORTEL NETWORKS NETAS
TELEKOMUNIKASYON A.S.
ALEMDAG CADDESI NO. 171
UMRANIYE
ISTANBUL, 34768
TURKEY

Claim Number: 2877
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $14,261,663.01 |
|---|---|---|

---

NORTEL NETWORKS NETAS
TELEKOMUNIKASYON A.S.
ALEMDAG CADDESI NO. 171
UMRANIYE
ISTANBUL, 34768
TURKEY

Claim Number: 2878
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8038

| UNSECURED | Claimed: | $14,261,663.01 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PROCOM SERVICES
10670 NORTH CENTRAL EXPRESSWAY # 460
DALLAS, TX 75231

Claim Number: 2879-01
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $754,349.60 | |
| TOTAL | Claimed: | $754,349.60 | |

---

PROCOM SERVICES
10670 NORTH CENTRAL EXPRESSWAY # 460
DALLAS, TX 75231

Claim Number: 2879-02
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,000.00 |

---

FRY'S ELECTRONICS, INC.
ATTN: LEGAL DEPT
600 EAST BROKAW ROAD
SAN JOSE, CA 95112

Claim Number: 2880
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,181.52 | | |
| UNSECURED | Claimed: | $1,706.44 | Scheduled: | $3,887.96 |

---

GOFF, BILL J.
7400 MALDEN CT.
PLANO, TX 75025-2479

Claim Number: 2881
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $49,106.48 |

---

KERBER, STEPHEN A.
PO BOX 1115
UPTON, MA 01568

Claim Number: 2882
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $38,685.77 |

---

LOUIS, CATHERINE
310 RUSTIC RIDGE RD
CARY, NC 27511-3750

Claim Number: 2883
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $262,649.39 |

---

COAKLEY, BILLY W. SR.
573 VERONICA ROAD
GEORGETOWN, SC 29440

Claim Number: 2884
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,666.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

COAKLEY, BILLY W. SR.
573 VERONICA RD.
GEORGETOWN, SC 29440

Claim Number: 2885
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,666.00 |
| UNSECURED | Claimed: | $7,666.00 |
| TOTAL | Claimed: | $7,666.00 |

---

ARKANSAS AUDITOR OF STATE
ATTN: ROB SCOTT, ADMINISTRATOR
UNCLAIMED PROPERTY DIVISION
1401 WEST CAPITOL AVENUE, SUITE 325
LITTLE ROCK, AR 72201

Claim Number: 2886
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | | |

---

GAMEWAY, JOHN S.
1057 COUNTY LINE CHURCH RD
WHITESBORO, TX 76273-7117

Claim Number: 2887
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| SECURED | Claimed: | $51,588.01 |

---

GAMEWAY, JOHN
1057 COUNTY LINE CHURCH RD
WHITESBORO, TX 76273-7117

Claim Number: 2888
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

HAGGARD, CARY
601 EAST 20TH ST.
APT. 6E
NEW YORK, NY 10010

Claim Number: 2889
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $31,849.99 |

---

HAGGARD, CARY D.
601 EAST 20TH STREET
APT. 6E
NEW YORK, NY 10010

Claim Number: 2890
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $31,849.99 |
| UNSECURED | Claimed: | $31,849.99 |
| TOTAL | Claimed: | $31,849.99 |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2891
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2892
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |
| --- | --- | --- |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2893
Claim Date: 09/14/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |
| --- | --- | --- |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2894
Claim Date: 09/14/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |
| --- | --- | --- |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2895
Claim Date: 09/14/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |
| --- | --- | --- |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2896
Claim Date: 09/14/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |
| --- | --- | --- |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2897
Claim Date: 09/14/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |
| --- | --- | --- |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2898
Claim Date: 09/14/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2899
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2900
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2901
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2902
Claim Date: 09/14/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2903
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2904
Claim Date: 09/14/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2905
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| WESLEY, DEBORAH<br>1330 QUAIL VALLEY RD<br>NASHVILLE, TN 37214-4219 | | Claim Number: 2906<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $7,194.00 | | |

---

| | | | | |
|---|---|---|---|---|
| VENTURINO, STEPHEN<br>1212 JOHNSON RD.<br>PALMYRA, NY 14522 | | Claim Number: 2907<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7110 | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $64,672.16 | | |

---

| | | | | |
|---|---|---|---|---|
| TSC INC.<br>18 ALPHONSE CRES.<br>MISSISSAUGA, ON L5M 1A5<br>CANADA | | Claim Number: 2908<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $4,095.00 | | |

---

| | | | | |
|---|---|---|---|---|
| TSC INC.<br>JOANNE MCLEAN<br>18 ALPHONSE CRES.<br>MISSISSAUGA, ON L5M 1A5<br>CANADA | | Claim Number: 2909<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| ADMINISTRATIVE | Claimed: | $4,095.00 | | |

---

| | | | | |
|---|---|---|---|---|
| COX, JEFFREY<br>341 LINWOOD AVE APT 2<br>NEWTONVILLE, MA 2460 | | Claim Number: 2910<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| PRIORITY | Claimed: | $56,690.00 | | |

---

| | | | | |
|---|---|---|---|---|
| TANG, RONG<br>3612 BRIARCLIFF DR.<br>PLANO, TX 75025 | | Claim Number: 2911<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $3,793.98 | Scheduled: | $1,752.07 |
| UNSECURED | Claimed: | $30,779.57 | Scheduled: | $32,978.60 |

---

| | | | | |
|---|---|---|---|---|
| FLESCHER, JAMES T.<br>5505 13TH AVENUE SOUTH<br>MINNEAPOLIS, MN 55417 | | Claim Number: 2912<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $356.85   UNLIQ | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FLESCHER, JAMES T.
5505 13TH AVENUE SOUTH
MINNEAPOLIS, MN 55417

Claim Number: 2913
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $356.85  UNLIQ |
|---|---|---|

BACCUS, JEFFREY
9313 WESTERN TRAIL
IRVING, TX 75063

Claim Number: 2914
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,076.94 |
|---|---|---|

LEAFE, BRIAN
7 ASHBROOK DRIVE
HAMPTON, NH 03842-1002

Claim Number: 2915
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

LEAFE, BRIAN R.
7 ASHBROOK DRIVE
HAMPTON, NH 03842-1002

Claim Number: 2916
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

VONDERHAAR, MICHAEL
3525 LAKE BREEZE LANE
GAINESVILLE, GA 30506

Claim Number: 2917
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $346,418.17 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

VONDERHAAR, MICHAEL
3525 LAKE BREEZE LANE
GAINESVILLE, GA 30506

Claim Number: 2918
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $346,418.17 |
|---|---|---|

HERNANDEZ, THOMAS G.
2859 SHADY GROVE RD.
SUNSET, SC 29685

Claim Number: 2919
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,169.33 | Scheduled: | $26,551.97 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SWIFT, KAREN S.<br>822 HAWTHORNE DRIVE<br>ALLEN, TX 75002 | | Claim Number: 2920<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $31,393.00 | | |

| ZHANG, HUI<br>4109 CARMICHAEL DRIVE<br>PLANO, TX 75024 | | Claim Number: 2921<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,454.23 | | |
| UNSECURED | Claimed: | $1,285.17 | Scheduled: | $8,739.40 |

| STONEHOUSE, DAVID<br>4923 OAK PARK RD<br>RALEIGH, NC 27612-3022 | | Claim Number: 2922<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $46,870.00 |

| GREVE, DANIEL<br>480 LASSITER DRIVE<br>HIGHLAND HEIGHTS, OH 44143 | | Claim Number: 2923<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $6,155.11 |

| WENZEL, DANIEL<br>1890 AZTEC CIRCLE<br>CORONA, CA 92879 | | Claim Number: 2924<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $53,078.74 |

| STRAUSS, RACHEL<br>8609 COLD SPRINGS ROAD<br>RALEIGH, NC 27615-3108 | | Claim Number: 2925<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $5,849.46 |

| CATES, MARK R.<br>3101 STONEHURST CT<br>EL DORADO HILLS, CA 95762 | | Claim Number: 2926<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $46,511.96 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

D'AMOUR, BARRY
1001 KELTON COTTAGE WAY
MORRISVILLE, NC 27560

Claim Number: 2927
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $340,273.83 | Scheduled: | $340,273.83 UNLIQ |

---

NEAL, ROGER F.
117 TROTTERS RIDGE DRIVE
RALEIGH, NC 27614

Claim Number: 2928
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 7620 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,784.77 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BRIDGES, CHARLES R.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2929
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 7408 (03/20/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $41,477.31 |

---

AMPHENOL
AMPHENOL PRINTED CIRCUITS
91 NORTHEASTERN BLVD
NASHUA, NH 03062-3141

Claim Number: 2930
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2324 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,828.74 |

---

RAU, MARK W.
5408 ESTATE LANE
PLANO, TX 75094

Claim Number: 2931
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $137,504.00 | Scheduled: | $0.00 UNLIQ |

---

BOWBEER, TERI
65 GREG CT
ALAMO, CA 94507-2841

Claim Number: 2932
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $35,783.20 |

---

BOWBEER, TERI
65 GREG CT
ALAMO, CA 94507-2841

Claim Number: 2933
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| PRICE, HAROLD P.<br>601 DYNASTY DRIVE<br>CARY, NC 27513 | | Claim Number: 2934<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $54,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: ZOUNON, LISETTE Z.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2935<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,378.25 |
| UNSECURED | Claimed: | $116.53 | Scheduled: | $8,014.66 |

---

| | | | | |
|---|---|---|---|---|
| ZOUNON, LISETTE Z.<br>7421 FRANKFORD ROAD<br>APT. 1035<br>DALLAS, TX 75252 | | Claim Number: 2936<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $11,066.53 | | |

---

| | | | | |
|---|---|---|---|---|
| ZOUNON, LISETTE Z.<br>7421 FRANKFORD ROAD<br>APT. 1035<br>DALLAS, TX 75252 | | Claim Number: 2937<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $116.53 | | |

---

| | | | | |
|---|---|---|---|---|
| JAMES, LAWRENCE J.<br>140 PRIVATE ROAD 1500A<br>MORGAN, TX 76671 | | Claim Number: 2938<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| PRIORITY | Claimed: | $21,900.00 | | |
| UNSECURED | Claimed: | $111,380.08 | | |

---

| | | | | |
|---|---|---|---|---|
| CULVER, STEPHEN<br>1141 FOXFIRE ROAD<br>BARDSTOWN, KY 40004 | | Claim Number: 2939<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $41,600.00 | | |

---

| | | | | |
|---|---|---|---|---|
| PROCOM SERVICES<br>2501 BLUE RIDGE ROAD, SUITE 250<br>RALEIGH, NC 27607 | | Claim Number: 2940<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $41,812.51 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KOELBL, LEE<br>4637 BATTEN WAY<br>SAN JOSE, CA 95135 | Claim Number: 2941<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $9,312.48 |
|---|---|---|

| BAILEY, JAMES T.<br>199 W. PEBWORTH ROAD<br>MAGNOLIA, DE 19962 | Claim Number: 2942<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $10,852.00   UNLIQ |
|---|---|---|

| KIRCHNER, KAREN<br>2662 OAKMEADE DR<br>CHARLOTTE, NC 28270-9742 | Claim Number: 2943<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $20,000.00 |
|---|---|---|

| CHIN, ALEX<br>2448 CIMMARON DR.<br>PLANO, TX 75025 | Claim Number: 2944<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $46,846.00 |
|---|---|---|

| URBANSKI, TIMOTHY M.<br>4277 MONTREAUX AVE.<br>MELBOURNE, FL 32934-8712 | Claim Number: 2945<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,000.00 |
|---|---|---|

| URBANSKI, TIMOTHY M.<br>4277 MONTREAUX AVE.<br>MELBOURNE, FL 32934-8712 | Claim Number: 2946<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| UNSECURED | Claimed: | $24,000.00 |
|---|---|---|

| MEEHAN, BRIAN W.<br>8841 BRAEBURN LOOP<br>YAKIMA, WA 98903 | Claim Number: 2947<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $39,810.92 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

RAU, MARK W.
5408 ESTATE LANE
PLANO, TX 75094

Claim Number: 2948
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $191,350.00 | | |

SY, DARON
1008 REDBUD DRIVE
ALLEN, TX 75002

Claim Number: 2949
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,902.27 | | |

KAISER, PATRICK
1900 NEW HAVEN ROAD
GRAPEVINE, TX 76051

Claim Number: 2950
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $14,318.79 | Scheduled: | $6,554.96 |
| UNSECURED | Claimed: | $47,682.20 | Scheduled: | $51,225.29 |

KAISER, PATRICK A
1900 NEW HAVEN RD
GRAPEVINE, TX 76051

Claim Number: 2951
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $62,000.99 | | |

BLANKENSHIP, CURTIS M.
15611 TRAILS END DR.
DALLAS, TX 75248

Claim Number: 2952
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,179.74 | | |

YEE & ASSOCIATES PC
PO BOX 802333
DALLAS, TX 75380

Claim Number: 2953
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,560.00 | Scheduled: | $2,560.00 |

BLANKENSHIP, CURTIS M.
15611 TRAILS END DR.
DALLAS, TX 75248

Claim Number: 2954
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,179.74 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LUCENTE, EDWARD
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2955
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | | $260,000.00 | | $0.00 UNLIQ |

---

LUCENTE, EDWARD
2029 BRENT PL
PALM HARBOR, FL 34683-2801

Claim Number: 2956
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $260,000.00 |

---

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: LASITTER, CAROL M
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Claim Number: 2957
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,484.41 | | |
| UNSECURED | Claimed: | $2,849.99 | Scheduled: | $13,055.49 |

---

O'CONNELL, DAVID
PO BOX 461263
GARLAND, TX 75046-1263

Claim Number: 2958
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $77,000.00 UNLIQ |

---

OPEN TERRACE ASSOCIATES LLC
2851 CHARLEVOIX DRIVE
SE, SUITE 325
GRAND RAPIDS, MI 49546-7092

Claim Number: 2959
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $17,995.20 | | $0.00 UNLIQ |

---

PROCOM SERVICES
10670 NORTH CENTRAL EXPRESSWAY
SUITE 460
DALLAS, TX 75231

Claim Number: 2960
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $39,125.95 |

---

GOMEZ, MAGDALENA
22 - 406 AVE DES PINS OUEST
MONTREAL, QC H2W 1S2
CANADA

Claim Number: 2961
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00 UNDET |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GOMEZ, MAGDALENA
22 - 406 AVE DES PINS OUEST
MONTREAL, QC H2W 1S2
CANADA

Claim Number: 2962
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

DATTILO JR., AUGUST V.
3111 AMBERCREST LOOP
JEFFERSONVILLE, IN 47130

Claim Number: 2963
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $19,986.78 |
| --- | --- | --- |

MCPHERSON, GEOFFREY L.
541 CAROLYN LANE
GALLATIN, TN 37066

Claim Number: 2964
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $20,308.80 |
| --- | --- | --- |

MCPHERSON, GEOFFREY L.
541 CAROLYN LANE
GALLATIN, TN 37066

Claim Number: 2965
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $20,308.80 |
| --- | --- | --- |

MCPHERSON, GEOFFREY
541 CAROLYN LANE
GALLATIN, TN 37066

Claim Number: 2966
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $20,308.80 |
| --- | --- | --- |

JAMES, LAWRENCE
140 PRIVATE ROAD 1500A
MORGAN, TX 76671

Claim Number: 2967
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $21,900.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $111,380.08 |

DONOGHUE, ADRIAN
119 MOSSGROVE TRAIL
WILLOWDALE, ON M2L 2W4
CANADA

Claim Number: 2968
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DONOGHUE, ADRIAN<br>119 MOSSGROVE TRAIL<br>WILLOWDALE, ON M2L2W4<br>CANADA | Claim Number: 2969<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $111,637.89 | | |

---

| DONOGHUE, ADRIAN<br>119 MOSSGROVE TRAIL<br>WILLOWDALE, ON M2L2W4<br>CANADA | Claim Number: 2970<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $111,637.89 | Scheduled: | $0.00 UNLIQ |

---

| DONOGHUE, ADRIAN<br>119 MOSSGROVE TRAIL<br>WILLOWDALE, ON M2L 2W4<br>CANADA | Claim Number: 2971<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |

---

| FLANAGAN, THOMAS P<br>56 HAINAULT RD<br>FOXROCK<br>DUBLIN IRELAND, 18<br>IRL | Claim Number: 2972<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $43,435.00 | | |

---

| FLANAGAN, THOMAS P<br>56 HAINAULT RD<br>FOXROCK<br>DUBLIN, 18<br>IRELAND | Claim Number: 2973<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $43,435.00 | | |

---

| FLANAGAN, THOMAS P<br>56 HAINAULT RD<br>FOXROCK<br>DUBLIN IRELAND, 18<br>IRELAND | Claim Number: 2974<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $123.97 | Scheduled: | $0.00 UNLIQ |

---

| FLANAGAN, THOMAS P<br>56 HAINAULT RD<br>FOXROCK<br>DUBLIN IRELAND, 18<br>IRL | Claim Number: 2975<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $123.97 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| ZELSMANN, SANDRA<br>4012 LOST CREEK DR<br>PLANO, TX 75074 | | Claim Number: 2976<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $53,304.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| SANDERSON, GARY LYNN<br>9004 OLD HICKORY RD<br>TYLER, TX 75703 | | Claim Number: 2977<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $233,080.87   UNLIQ | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SANDERSON, GARY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2978<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $233,080.87   UNLIQ | | | |
| UNSECURED | | | | Scheduled: | $0.00  UNLIQ |

---

| | | | | | |
|---|---|---|---|---|---|
| GUERIN & RODRIGUEZ LLP<br>5 MT ROYAL AVE<br>MARLBORO, MA 01752 | | Claim Number: 2979<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $87,498.63 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| SPEAR 1 PRODUCTION INC<br>14881 QUORUM DRIVE<br>DALLAS, TX 75254 | | Claim Number: 2980<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | |
| UNSECURED | Claimed: | $68,565.18 | | Scheduled: | $38,362.75 |

---

| | | | | | |
|---|---|---|---|---|---|
| WINJE, NORA<br>678 COOLEDGE AVE<br>ATLANTA, GA 30306 | | Claim Number: 2981<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $320,558.60 | | | |
| UNSECURED | | | | Scheduled: | $0.00  UNLIQ |

---

| | | | | | |
|---|---|---|---|---|---|
| WINJE, NORA<br>678 COOLEDGE AVE<br>ATLANTA, GA 30306 | | Claim Number: 2982<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $113,360.19 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WINJE, NORA
678 COOLEDGE AVE
ATLANTA, GA 30306

Claim Number: 2983
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,358.00 | | |

WINJE, NORA
678 COOLEDGE AVE
ATLANTA, GA 30306

Claim Number: 2984
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $107,981.09 | Scheduled: | $108,038.64 UNLIQ |

LEAVELL, BRENT
13338 N HIGHWAY 23
OZARK, AR 72949-3989

Claim Number: 2985
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $138,237.69 |
| UNSECURED | Claimed: | $138,237.69 |
| TOTAL | Claimed: | $138,237.69 |

DATAMONITOR
245 FIFTH AVENUE
4TH FLOOR
NEW YORK, NY 10016

Claim Number: 2986
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,000.00 |

KAISER, PATRICK A.
1900 NEW HAVEN RD
GRAPEVINE, TX 76051

Claim Number: 2987
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $62,000.99 |

KAISER, PATRICK
1900 NEW HAVEN ROAD
GRAPEVINE, TX 76051

Claim Number: 2988
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,318.79 |
| UNSECURED | Claimed: | $47,682.20 |

MERRILL, ALBERT III (DECEASED)
JOANNE MERRILL
316 PONFIELD RD W
FOREST HILL, MD 20150

Claim Number: 2989
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,259.39 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MERRILL III, ALBERT<br>316 PONFIELD ROAD WEST<br>FORREST HILL, MD 21050 | Claim Number: 2990<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $7,259.39 | Scheduled: | $3,787.81  UNLIQ |
|---|---|---|---|---|

| MCCRANEY, STEVEN<br>106 TRELLINGWOOD DRIVE<br>MORRISVILLE, NC 27560 | Claim Number: 2991<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $117,100.37 |
|---|---|---|

| GUERIN<br>GUERIN & RODRIGUEZ LLP<br>5 MOUNT ROYAL AVE<br>MARLBOROUGH, MA 01752 | Claim Number: 2992<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $87,498.63 |
|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: FAIR HARBOR CAPITAL, LLC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2993<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $74,244.98 |
|---|---|---|

| LYNX UK LTD<br>UNIT 4 TOWERGATE INDUSTRIAL PK<br>ANDOVER, SP10 3BB<br>GREAT BRITAIN | Claim Number: 2994<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $14,618.75 |
|---|---|---|

| LYNX UK LIMITED<br>UNIT 1, TOWERGATE INDUSTRIAL PARK<br>COLEBROOK WAY<br>ANDOVER HANTS, SP10 3BB<br>GREAT BRITAIN | Claim Number: 2995<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14,618.75 |
|---|---|---|

| STARLING, LARRY E<br>1030 ALICE SPRINGS CIR<br>SPRING HILL, TN 37174-8548 | Claim Number: 2996<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $68,079.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ARGO PARTNERS, INC.
TRANSFEROR: LYNX PHOTO NETWORKS
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 2997
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,165.00 | Scheduled: | $1,082.50 |

HORTON, CLIFTON D.
211 S. 12TH ST
WILMINGTON, NC 28401

Claim Number: 2998
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $75,232.56 |

TRC MASTER FUND LLC
TRANSFEROR: IBISKA TELECOM INC
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 2999
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $51,191.61 | Scheduled: | $51,191.61 |

VARMA, ANJALI
6035 MARQUITA AVE
DALLAS, TX 75206

Claim Number: 3000
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $38,365.38 |

VARMA, ANJALI
6035 MARQUITA AVE
DALLAS, TX 75206

Claim Number: 3001
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,365.38 |

FLEMING COMMUNICATIONS INC
920 BELFAST ROAD
OTTAWA, ON K1G 0Z6
CANADA

Claim Number: 3002
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $115,628.65 |

ALVAREZ, CARLOS
1401 GLEN ELLEN COURT
ALLEN, TX 75002

Claim Number: 3003
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $28,633.60 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| CURLEY, DONNA<br>216 RANGEWAY ROAD # 173<br>NORTH BILLERICA, MA 01862 | | Claim Number: 3004<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | | | | Scheduled: | $6,430.83 |
| UNSECURED | Claimed: | $48,750.91 | | Scheduled: | $45,126.54 |

| | | | | | |
|---|---|---|---|---|---|
| GUERIN & RODRIGUEZ LLP<br>5 MOUNT ROYAL AVE<br>MARLBOROUGH, MA 01752 | | Claim Number: 3005<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| UNSECURED | Claimed: | $87,498.63 | | Scheduled: | $30,052.00 |

| | | | | | |
|---|---|---|---|---|---|
| BT AMERICAS, INC<br>2160 EAST GRAND AVENUE<br>ATTN: NEIL HOBBS<br>EL SEGUNDO, CA 90245 | | Claim Number: 3006<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) | | | |
| UNSECURED | Claimed: | $7,192.61 | | Scheduled: | $7,980.00 |

| | | | | | |
|---|---|---|---|---|---|
| BT AMERICAS, INC.<br>2160 EAST GRAND AVENUE<br>ATTN: NEIL HOBBS<br>EL SEGUNDO, CA 90245 | | Claim Number: 3007<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6107 (08/09/2011)<br>Paid and not entitled to any additional voting right or distribution | | | |
| ADMINISTRATIVE | Claimed: | $75,254.55 | | | |

| | | | | | |
|---|---|---|---|---|---|
| CALIAN TECHNOLOGY SERVICES<br>2 BEAVERBROOK ROAD<br>KANATA, ON K2K 1L1<br>CANADA | | Claim Number: 3008-01<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Additional amt CDN$16,773.33 | | | |
| UNSECURED | Claimed: | $84,858.43 | | Scheduled: | $62,536.33 |

| | | | | | |
|---|---|---|---|---|---|
| CALIAN TECHNOLOGY SERVICES<br>2 BEAVERBROOK ROAD<br>KANATA, ON K2K 1L1<br>CANADA | | Claim Number: 3008-02<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Additional amt CDN$16,773.33 | | | |
| UNSECURED | Claimed: | $13,422.02 | | | |

| | | | | | |
|---|---|---|---|---|---|
| KELLY JR, WILLIAM M<br>5217 TROUTMAN LANE<br>RALEIGH, NC 27613 | | Claim Number: 3009<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $43,966.08 | | Scheduled: | $55,469.15 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BARLOW, CATHERINE
4 CRAIGLEITH CRT
COLLINGWOOD, ON
CANADA

Claim Number: 3010
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

BARLOW, CATHERINE
4 CRAIGLEITH CRT
COLLINGWOOD, ON
CANADA

Claim Number: 3011
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

AMC TECHNOLOGY LLC
15521 MIDLOTHIAN TPKE STE 301
MIDLOTHIAN, VA 23113-7313

Claim Number: 3012
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5692 (06/13/2011)

| UNSECURED | Claimed: | $59,330.00 |
|---|---|---|

KOHLMAN, TARALYN
5800 NW 83RD TER
PARKLAND, FL 33067

Claim Number: 3013
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $47,273.05 |
|---|---|---|

STEVENS, LILLIEN
12415 PENROSE TR
RALEIGH, NC 27614

Claim Number: 3014
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $40,089.36 |

DEAN, WILLIAM
6516 ELKHURST DRIVE
PLANO, TX 75023

Claim Number: 3015
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $16,859.92 |

GILLESPIE, DONALD L
PO BOX 293
CARTHAGE, MO 64836

Claim Number: 3016
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $397,257.53 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| STRAUSS, RACHEL<br>8609 COLD SPRINGS RD<br>RALEIGH, NC 27615-3108 | | Claim Number: 3017<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $54,971.70 | | |
| SHAPPELL, MICHAEL J<br>5785 SEVEN OAKS PKWY<br>ALPHARETTA, GA 30005 | | Claim Number: 3018<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $869.99 | | |
| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 3019<br>Claim Date: / /<br>Debtor: DEBTOR NOT FOUND | | |
| TOTAL | Claimed: | $0.00 | | |
| MARTIN, ROBERT H<br>6301 WESTWIND DR<br>GREENSBORO, NC 22410 | | Claim Number: 3020<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $0.00   UNDET<br>$0.00   UNDET | | |
| MARTIN, ROBERT H<br>6301 WESTWIND DRIVE<br>GREENSBORO, NC 27410 | | Claim Number: 3021<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| NEUMANN, JANE<br>11730 COUNTY RD 24<br>WATERTOWN, MN 55388 | | Claim Number: 3022<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim amount is 382.08 monthly | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| BACKSHALL, DONALD<br>10200 ROADSTEAD WAY W<br>RALEIGH, NC 27613 | | Claim Number: 3023<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $63,398.02 | Scheduled: | $67,616.32 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: DAI, DIANA<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3024<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $9,306.00 |
| AHMAD, AZEEM<br>901 S ASHLAND AVE<br>APT 401<br>CHICAGO, IL 60607 | | Claim Number: 3025<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,654.97 |
| UNSECURED | Claimed: | $31,964.89 |
| TULLY, JAMES R<br>1314 EASTWOOD LANE<br>MC HENRY, IL 60050 | | Claim Number: 3026<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $35,852.29 |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 3027<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| PRIORITY | Claimed: | $50,173.47 |
| UNSECURED | Claimed: | $10,054.68 |
| MONTGOMERY, CINDA H.<br>8920 ERINSBROOK DR.<br>RALEIGH, NC 27617 | | Claim Number: 3028<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $69,344.94 |
| AHMAD, AZEEM<br>1328 WATERDOWN DR.<br>ALLEN, TX 75013 | | Claim Number: 3029<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $10,654.97 |
| UNSECURED | Claimed: | $31,964.89 |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 3030<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
| UNSECURED | Claimed: | $696,886.69 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TIMMONS, JAY S.
1411 ANDOVER STREET
TEWKSBURY, MA 01876

Claim Number: 3031
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $16,000.00 | | |
|---|---|---|---|---|

TIMMONS, JAY S.
1411 ANDOVER STREET
TEWKSBURY, MA 01876

Claim Number: 3032
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $16,000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $16,568.40  UNLIQ |

COWEN, JAMES D.
3851 OLD WEAVER TRAIL
CREEDMOOR, NC 27522

Claim Number: 3033
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $75,692.31 |
|---|---|---|

COWEN, JAMES D.
3851 OLD WEAVER TRAIL
CREEDMOOR, NC 27522

Claim Number: 3034
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $75,692.31 |
|---|---|---|

COWEN, JAMES D.
3851 OLD WEAVER TRAIL
CREEDMOOR, NC 27522

Claim Number: 3035
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $75,692.31 |
|---|---|---|

COWEN, JAMES D.
3851 OLD WEAVER TRAIL
CREEDMOOR, NC 27522

Claim Number: 3036
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $2,777.06 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75,692.31 | Scheduled: | $3,688.39 |

MIKLOS, GEORGE J., JR.
430 MAIN STREET
EAST GREENVILLE, PA 18041

Claim Number: 3037
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $4,000.00 |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MIKLOS, GEORGE J., JR.
430 MAIN ST
E GREENVILLE, PA 18041-1304

Claim Number: 3038
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| PRIORITY | Claimed: | $4,000.00 |
|---|---|---|

MCKEVITT, THOMAS J., JR.
11104 E. CAROL AVE.
SCOTTSDALE, AZ 85259

Claim Number: 3039
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $33,014.00 |
|---|---|---|

MCKEVITT, THOMAS J., JR.
11104 E. CAROL AVE.
SCOTTSDALE, AZ 85259

Claim Number: 3040
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $33,014.00 |
|---|---|---|

MCKINNEY, KIMBERLY
639 W. 110TH STREET
LOS ANGELES, CA 90044

Claim Number: 3041
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $4,747.20 |
|---|---|---|

MCKINNEY, KIMBERLY
639 W. 110TH STREET
LOS ANGELES, CA 90044

Claim Number: 3042
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $4,747.20 |
|---|---|---|

KUMARAN SYSTEMS, INC.
701 EVANS AVENUE
SUITE 509
TORONTO, ON M9C 1A3
CANADA

Claim Number: 3043
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $142,044.00 |
|---|---|---|

KUMARAN SYSTEMS, INC.
701 EVANS AVENUE
SUITE 509
TORONTO, ON M9C 1A3
CANADA

Claim Number: 3044
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $142,044.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PHIFER, MARK P.
5421 DEN HEIDER WAY
RALEIGH, NC 27606

Claim Number: 3045
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $95,600.24 |
|---|---|---|

---

ASM SIP, L.P.
TRANSFEROR: LENZ, JAMES D.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3046
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,425.60 |
|---|---|---|

---

ASM SIP, L.P.
TRANSFEROR: LENZ, JAMES D.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3047
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $50,122.80 |
|---|---|---|

---

SCHAUER, SCOTT
1337 FOUR WINDS DR
RALEIGH, NC 27615

Claim Number: 3048
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $109,964.17 |
|---|---|---|

---

MRV COMMUNICATIONS, INC.
20415 NORDHOFF STREET
CHATSWORTH, CA 91311-6112

Claim Number: 3049-01
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $7,307.91 |
|---|---|---|

---

MRV COMMUNICATIONS, INC.
20415 NORDHOFF STREET
CHATSWORTH, CA 91311-6112

Claim Number: 3049-02
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $1,797.00 |
|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: MRV COMMUNICATIONS, INC.
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3050
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,845.00 | Scheduled: | $10,845.00 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MRV COMMUNICATIONS, INC.<br>20415 NORDHOFF STREET<br>CHATSWORTH, CA 91311-6112 | Claim Number: 3051<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $14,069.00 | Scheduled: | $14,069.00 |
|---|---|---|---|---|

| DAVID, DANIEL D.<br>2105 POSSUM TROT RD.<br>WAKE FOREST, NC 27587 | Claim Number: 3052<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8299 |
|---|---|

| UNSECURED | Claimed: | $382,679.61   UNLIQ |
|---|---|---|

| CONOLY, STEVE F.<br>5410 THAYER DRIVE<br>RALEIGH, NC 27612 | Claim Number: 3053<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $57,002.93 |
|---|---|---|

| PORTER NOVELLI, INC.<br>ATTN: KELLY MENNE<br>1838 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1008 | Claim Number: 3054<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $34,596.22 |
|---|---|---|

| REIDELBERGER, FRANKLIN P.<br>2404 HIGHLAND DR.<br>PALATINE, IL 60067 | Claim Number: 3055<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $17,082.45 |
|---|---|---|

| PIRACHA, NASIR A.<br>501 CUTTER LANE<br>ALLEN, TX 75013 | Claim Number: 3056<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $44,224.00 |
|---|---|---|

| PALIGA, ROBERT SCOTT<br>8904 CREEKSTONE CT.<br>RALEIGH, NC 27615 | Claim Number: 3057<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $40,576.95 | Scheduled: | $40,576.95 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

UCM/SREP-CORP WOODS, LLC
C/O STEPHEN LEWIS, ESQ.
STOLTZ MANAGEMENT OF DELAWARE, INC.
725 CONSHOHOCKEN STATE ROAD
BALA CYNWYD, PA 19004

Claim Number: 3058
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

STONE, GEORGE
41 LOUISE DR.
HOLLIS, NH 03049

Claim Number: 3059
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | $5,441.02 |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $42,452.39 | Scheduled: | $40,205.64 |

WONG, PAUL AND JURAN
9309 - 158TH ST. NW
EDMONTON, AB T5R 2C6
CANADA

Claim Number: 3060
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $2,910.00 |
|---|---|---|

CRAWFORD, TOM
18722 - 95A AVE. NW
EDMONTON, AB T5T 4A5
CANADA

Claim Number: 3061
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $3,460.00 |
|---|---|---|

CERVENAN, MARTIN
6834 - 112 ST. NW
EDMONTON, AB T6H 3J8
CANADA

Claim Number: 3062
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $6,851.00 |
|---|---|---|

BEAUDIN, LAURENT AND DIANE
315 HEDLEY WAY NW
EDMONTON, AB T6R 1T9
CANADA

Claim Number: 3063
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $4,608.40 |
|---|---|---|

HOLE DEVELOPMENTS LTD. #2
10835 - 120 ST. NW
EDMONTON, AB T5H 3P9
CANADA

Claim Number: 3064
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $100,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WOODLEY, DAVID<br>9307 - 175 AVE. NW<br>EDMONTON, AB T5Z 2C5<br>CANADA | Claim Number: 3065<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $3,111.79 |
|---|---|---|

| THORBOURNE, STELLA AND RONALD<br>5012 - 143 AVE. NW<br>EDMONTON, AB T5A 4R8<br>CANADA | Claim Number: 3066<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $1,355.00 |
|---|---|---|

| WOODLEY, DARLA AND DAVID<br>9307 - 175 AVE. NW<br>EDMONTON, AB T5Z 2C5<br>CANADA | Claim Number: 3067<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $6,614.63 |
|---|---|---|

| MCCRORY, EILEEN<br>216 CONCORD RD.<br>LINCOLN, MA 01773 | Claim Number: 3068<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $32,745.84 |
|---|---|---|

| BETTA, CARL<br>50 EAST ROAD<br>UNIT 7E<br>DELRAY BEACH, FL 33483 | Claim Number: 3069<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $734.21 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $734.21  UNLIQ |

| CORNING GLASS WORKS<br>HOUGHTON PARK<br>CORNING, NY 14830 | Claim Number: 3070<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $133,785.23 |
|---|---|---|

| AHMAD, AZEEM<br>1328 WATERDOWN DR.<br>ALLEN, TX 75013-5314 | Claim Number: 3071<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $10,654.97 |
|---|---|---|
| UNSECURED | Claimed: | $31,964.89 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| INFOSYS TECHNOLOGIES LTD.<br>PLOT NO 45 & 46 ELECTRONICS<br>CITY HOSUR ROAD<br>BANGALORE, KA 560100<br>INDIA | Claim Number: 3072<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $4,317,330.39 |
|---|---|---|

| KALFA, JOHN<br>75 JOHNSON PL.<br>WOODMERE, NY 11598 | Claim Number: 3073<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $21,408.74 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| AT4 WIRELESS, S.A.<br>ATTN: MS. LAURA LUQUE CABEZAS<br>PTA. C./ SEVERO OCHOA, 2.<br>CAMPANILLAS, MALAGA, 29590<br>SPAIN | Claim Number: 3074<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $33,631.50 |
|---|---|---|

| AT4 WIRELESS, S.A.<br>ATTN: MS. LAURA LUQUE CABEZAS<br>PTA. C./SEVERO OCHOA 2<br>CAMPANILLAS<br>MALAGA, 29590<br>SPAIN | Claim Number: 3075<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $33,631.50 |
|---|---|---|

| MUTS, SERGE<br>3722 FRASER ST., NE<br>ROCKFORD, MI 49341 | Claim Number: 3076<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| MUTS, SERGE<br>3722 FRASER ST., NE<br>ROCKFORD, MI 49341 | Claim Number: 3077<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|

| PRIORITY | Claimed: | $20,064.97 |
|---|---|---|

| SCHWEM, KURT<br>1350 BENEDICT CT.<br>PLEASANTON, CA 94566 | Claim Number: 3078<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $55,266.78 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SCHWEM, KURT<br>18910 CARLTON AVE.<br>CASTRO VALLEY, CA 94546 | | Claim Number: 3079<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,788.89 |
| UNSECURED | Claimed: | $55,266.78 | Scheduled: | $53,752.79 |

| HUDDLESTON BOLEN, LLP<br>ATTN: JANET SMITH HOLBROOK<br>P.O. BOX 2185<br>HUNTINGTON, WV 25722 | | Claim Number: 3080<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,987.50 |

| DONOVAN, WILLIAM J.<br>909 DOMINION HILL DRIVE<br>CARY, NC 27519 | | Claim Number: 3081<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim is out of balance. Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $10,776.86 |
| UNSECURED | Claimed: | $10,776.86 |
| TOTAL | Claimed: | $10,776.86 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DONOVAN, WILLIAM J.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3082<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim is out of balance. Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $1,506,861.00 |
| UNSECURED | Claimed: | $1,506,861.00 |
| TOTAL | Claimed: | $1,506,861.00 |

| RERATE LIMITED INC.<br>3340 N.E. 190 ST., #909<br>MIAMI, FL 33180 | | Claim Number: 3083<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $59,500.00 |

| RERATE LIMITED INC.<br>3340 N.E. 190 ST., #909<br>MIAMI, FL 33180 | | Claim Number: 3084<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|---|
| UNSECURED | Claimed: | $59,500.00 |

| ALDHIZER, WILLIAM R.<br>1619 OLD HUNDRED ROAD<br>MIDLOTHIAN, VA 23114 | | Claim Number: 3085<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,072.76 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ALDHIZER, WILLIAM R.
1619 OLD HUNDRED ROAD
MIDLOTHIAN, VA 23114

Claim Number: 3086
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $14,072.76 |
|---|---|---|

ZOMAX, INC.
KOHNER MANN & KAILAS, S.C.
WASHINGTON BUILDING, BARNABAS BUSINESS
CENTER, 4650 N. PORT WASHINGTON ROAD
MILWAUKEE, WI 53212-1059

Claim Number: 3087
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $1,944.60 |
|---|---|---|

ACCESSOTRONIK
9305 TRANS CANADA HIGHWAY
ST LAURENT, QC H4S 1V3
CANADA

Claim Number: 3088
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $8,780.62 |
|---|---|---|

ACCESSOTRONIK
9305 TRANS CANADA HIGHWAY
ST LAURENT, QC H4S 1V3
CANADA

Claim Number: 3089
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $8,780.62 |
|---|---|---|

REIST, LARRY
5948 CARNEGIE LANE
PLANO, TX 75093

Claim Number: 3090
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $248,538.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

REIST, LARRY
5948 CARNEGIE LANE
PLANO, TX 75093

Claim Number: 3091
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $248,538.00 |
|---|---|---|

REEVES-HALL, ANDREW
THE CROW'S NEST
19 LYNCH HILL PARK
WHITCHURCH
HAMPSHIRE, RG28 7NF
UNITED KINGDOM

Claim Number: 3092
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments:
The amount is 8679.04 UK.

| UNSECURED | Claimed: | $12,676.61 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| REEVES-HALL, ANDREW | | Claim Number: 3093 | | |
| THE CROW'S NEST | | Claim Date: 09/17/2009 | | |
| 19 LYNCH HILL PARK | | Debtor: NORTEL NETWORKS INC. | | |
| WHITCHURCH | | Comments: | | |
| HAMPSHIRE, RG28 7NF | | The claim amount is 8679.04 UK pounds. | | |
| UNITED KINGDOM | | | | |
| ADMINISTRATIVE | Claimed: | $12,676.61 | | |
| ADMINISTRATIVE | Claimed: | $12,676.61 | | |
| ADMINISTRATIVE | Claimed: | $12,676.61 | | |

---

| HOUSE, PAUL | | Claim Number: 3094 |
| 8108 UPPER LAKE DRIVE | | Claim Date: 09/17/2009 |
| RALEIGH, NC 27615 | | Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $48,001.01 |

---

| HOUSE, PAUL | | Claim Number: 3095 |
| 8108 UPPER LAKE DR., | | Claim Date: 09/17/2009 |
| RALEIGH, NC 27615 | | Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $128,006.20 |

---

| HOUSE, PAUL | | Claim Number: 3096 | | |
| 8108 UPPER LAKE DR., | | Claim Date: 09/17/2009 | | |
| RALEIGH, NC 27615 | | Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $332,307.72 | Scheduled: | $0.00  UNLIQ |

---

| MATAYA, MICHAEL | | Claim Number: 3097 |
| 100 CHASE LN | | Claim Date: 09/17/2009 |
| MARION, IL 62959-5134 | | Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $23,328.00 |

---

| ASM CAPITAL, L.P. | | Claim Number: 3098 |
| TRANSFEROR: VIGREUX, GILBERT | | Claim Date: 09/17/2009 |
| ATTN: ADAM MOSKOWITZ | | Debtor: NORTEL NETWORKS INC. |
| 7600 JERICHO TURNPIKE, SUITE 302 | | Comments: POSSIBLY AMENDED BY 6897 |
| WOODBURY, NY 11797 | | |
| UNSECURED | Claimed: | $53,611.12 |

---

| MONTELONGO, ROY | | Claim Number: 3099 |
| 1800 RIVERCREST DR. APT. 714 | | Claim Date: 09/17/2009 |
| SUGAR LAND, TX 77478 | | Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $15,779.20 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DUONG, ANDREW
300 11TH AVE., APT. 207
SEATTLE, WA 98122

Claim Number: 3100
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,862.13 |
| UNSECURED | Claimed: | $15,625.15 | Scheduled: | $26,985.86 |

---

DUONG, ANDREW
506 STRETFORD LANE
ALLEN, TX 75002

Claim Number: 3101
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

UNSECURED          Claimed:          $21,829.25

---

DUONG, ANDREW
506 STRETFORD LANE
ALLEN, TX 75002

Claim Number: 3102
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE     Claimed:          $15,625.15

---

DUONG, ANDREW
506 STRETFORD LANE
ALLEN, TX 75002

Claim Number: 3103
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE     Claimed:          $21,829.25

---

T-SYSTEMS NORTH AMERICA, INC.
P.O. BOX 13392
NEWARK, NJ 07101-3392

Claim Number: 3104
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

ADMINISTRATIVE     Claimed:          $7,135.48

---

T-SYSTEMS NORTH AMERICA, INC.
1901 BUTTERFIELD RD STE 700
DOWNERS GROVE, IL 60515-5403

Claim Number: 3105
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

UNSECURED          Claimed:          $7,135.48

---

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 3106
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $39,105.53

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 3107
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $70,424.62 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,889.98 | Scheduled: | $72,314.60 UNLIQ |

---

APRIMO, INC.
ATTN: GEORGE LAWRENCE
900 EAST 96TH STREET
SUITE 400
INDIANAPOLIS, IN 46240

Claim Number: 3108
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $4,785.33 |
|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 3109
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,927.50 | Scheduled: | $4,650.00 |
|---|---|---|---|---|

---

GRANATA, DOMINIC
1095 MOUNTCLAIRE DR.
CUMMING, GA 30041

Claim Number: 3110
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $47,252.31 |

---

SHEARMAN & STERLING LLP
ATTN: WILLIAM J.F. ROLL, III ESQ. &
SOLOMON J. NOH, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022-6069

Claim Number: 3111
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,361.93 | Scheduled: | $9,512.22 |
|---|---|---|---|---|

---

CROWL, JOHN C.
13921 GARNETT ST.
OVERLAND PARK, KS 66221

Claim Number: 3112
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $59,770.91  UNLIQ |
|---|---|---|

---

DEBOER, DONALD
1701 LANDON LN
MCKINNEY, TX 75071-7662

Claim Number: 3113
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,889.16 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CONNOR, DANIEL J.<br>13282 TORRINGTON DRIVE<br>FRISCO, TX 75035 | | Claim Number: 3114<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| DAY, BEVERLY S.<br>54 FLAT RIVER CHURCH RD.<br>ROXBORO, NC 27574 | | Claim Number: 3115<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,553.80 | | |
| UNSECURED | Claimed: | $22,987.76 | Scheduled: | $32,690.75 |

| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | | Claim Number: 3116<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,408.40 | | |

| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | | Claim Number: 3117<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $37,408.40 | | |

| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | | Claim Number: 3118<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,009.88 | Scheduled: | $29,419.46  UNLIQ |

| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | | Claim Number: 3119<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,009.88 | | |

| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3120<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,223.10 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3121<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| PRIORITY | Claimed: | $34,223.10 |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3122<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| PRIORITY | Claimed: | $34,223.10 |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3123<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $34,223.10 |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8702 | | Claim Number: 3124<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $304,972.22 |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8702 | | Claim Number: 3125<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $304,972.22 |
| PURITANO, VINCENT<br>4211 CORDELL STREET<br>ANNANDALE, VA 22003-3449 | | Claim Number: 3126<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $3,828.00 |
| PURITANO, VINCENT<br>4211 CORDELL STREET<br>ANNANDALE, VA 22003-3449 | | Claim Number: 3127<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| SECURED | Claimed: | $3,828.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

RHODES, PATRICK A.
41200 ENGLISH YEW PLACE
LEESBURG, VA 20175-8702

Claim Number: 3128
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $304,972.22 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

RHODES, PATRICK A.
41200 ENGLISH YEW PLACE
LEESBURG, VA 20175-8072

Claim Number: 3129
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $304,972.22 |
|---|---|---|

---

RHODES, PATRICK A.
41200 ENGLISH YEW PLACE
LEESBURG, VA 20175-8072

Claim Number: 3130
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $304,972.22 |
|---|---|---|

---

CABIBI, FRANCIS J.
160 FISHER CT
CALIMESA, CA 92320-1216

Claim Number: 3131
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $36,037.76 |
|---|---|---|

---

CABIBI, FRANCIS J.
160 FISHER CT
CALIMESA, CA 92320-1216

Claim Number: 3132
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $36,037.76 | Scheduled: | $39,145.14 |
|---|---|---|---|---|

---

OLDFATHER, DAVID
7216 SAGE MEADOW WAY
PLANO, TX 75024

Claim Number: 3133
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $29,440.00 |
|---|---|---|

---

OLDFATHER, DAVID
7216 SAGE MEADOW WAY
PLANO, TX 75024

Claim Number: 3134
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $29,440.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MILLER, BRUCE
31234 MASENA DR
WESLEY CHAPEL, FL 33545-8233

Claim Number: 3135
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $23,076.92 |
|---|---|---|

---

MILLER, BRUCE
24810 BLAZING TRAIL WAY
LAND O' LAKES, FL 34639

Claim Number: 3136
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $23,076.92 |
|---|---|---|

---

COURRIER SLR (9010-8523QC INC)
3095 DAGENAIS O.
LAVAL, QC H7P 1T8
CANADA

Claim Number: 3137
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $379.00 |
|---|---|---|

---

COURRIER SLR
1547 RUE ALGONQUIN
LAVAL, QC H7P 4R5
CANADA

Claim Number: 3138
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| PRIORITY | Claimed: | $379.88 |
|---|---|---|
| SECURED | Claimed: | $379.88 |
| TOTAL | Claimed: | $379.88 |

---

CABRAL, ROBERT J.
33 HICKORY LANE
HUDSON, MA 01749

Claim Number: 3139
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7155

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $38,363.04   UNDET |

---

CABRAL, ROBERT J.
33 HICKORY LANE
HUDSON, MA 01749

Claim Number: 3140
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7154

| PRIORITY | Claimed: | $147,179.77 |
|---|---|---|

---

DOOLEY, KEVIN
6 LINDEN ST.
CHELMSFORD, MA 01824

Claim Number: 3141
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $34,708.08 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| DOOLEY, KEVIN WALTER<br>6 LINDEN ST<br>CHELMSFORD, MA 01824 | | Claim Number: 3142<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $34,708.08 |
| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 3143<br>Claim Date: / /<br>Debtor: DEBTOR NOT FOUND |
| TOTAL | Claimed: | $0.00 |
| BROWN, LARRY<br>2635 HIGHLAND PASS<br>ALPHARETTA, GA 30004 | | Claim Number: 3144<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: WITHDRAWN<br>DOCKET: 8904 (11/07/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| BROWN, LARRY<br>2635 HIGHLAND PASS<br>ALPHARETTA, GA 30004 | | Claim Number: 3145<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $49,230.77 |
| BROWN, LARRY<br>2635 HIGHLAND PASS<br>ALPHARETTA, GA 30004 | | Claim Number: 3146<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8904 (11/07/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| BROWN, LARRY<br>2635 HIGHLAND PASS<br>ALPHARETTA, GA 30004 | | Claim Number: 3147<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3147 (11/07/2012) |
| UNSECURED | Claimed: | $49,230.77 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRAN, THU-ANH T<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3148<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8159 |
| PRIORITY | Claimed: | $7,858.43 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TRAN, THU-ANH
2510 APPALACHIA DR
GARLAND, TX 75044

Claim Number: 3149
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

GREEN, ROBERT
3016 LAKESIDE VIEW COURT
CARY, NC 27513

Claim Number: 3150
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

GREEN, ROBERT
3016 LAKESIDE VIEW COURT
CARY, NC 27513

Claim Number: 3151
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

GREEN, ROBERT J
3016 LAKESIDE VIEW COURT
CARY, NC 27513

Claim Number: 3152
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $40,091.53 |
|---|---|---|---|---|

---

FLESHER, CHRIS
3100 VICENTE ST #302
SAN FRANCISCO, CA 94116

Claim Number: 3153
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $9,443.94 | | |
|---|---|---|---|---|

---

FLESHER, CHRIS
3100 VICENTE ST APT 302
SAN FRANCISCO, CA 94116-2765

Claim Number: 3154
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| UNSECURED | Claimed: | $9,443.94 | | |
|---|---|---|---|---|

---

WELDON, MARK
833 RUNNYMEDE RD
RALEIGH, NC 27607-3105

Claim Number: 3155
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $97,434.00 | | |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PATTON BOGGS LLP<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3156<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,925.78 | |

| ASM CAPITAL, L.P.<br>TRANSFEROR: DANNEMANN SIEMSEN BIGLER & I<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3157<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,310.88 | Scheduled: | $3,348.45 |

| BIG TIME<br>BIG TIME AUDIO<br>170 MULBERRY BEND<br>JONESBOROUGH, TN 37659 | Claim Number: 3158<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,170.00 | |

| BIG TIME AUDIO<br>170 MULBERRY BEND<br>JONESBOROUGH, TN 37659 | Claim Number: 3159<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $770.00 | Scheduled: | $1,170.00 |

| MARTIN, LOUIS S.<br>1024 TWIN CREEK RD<br>APEX, NC 27523 | Claim Number: 3160<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $86,555.71 | |

| JACKSON, DONALD<br>36 DAWSON CRES.<br>SHERWOOD PARK, AB T8H 1Z6<br>CANADA | Claim Number: 3161<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,070.96 | |

| LEE, YOWCHYI A<br>6821 MYRTLE BEACH<br>PLANO, TX 75093 | Claim Number: 3162<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $7,759.42 | Scheduled: | $8,161.76 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| CHIU, YEI-FANG<br>6820 PENTRIDGE DRIVE<br>PLANO, TX 75024 | | Claim Number: 3163<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $311.17 | Scheduled: | $2,226.78 |
| SECURED | Claimed: | $311.17 | | |
| UNSECURED | Claimed: | $25,558.07 | Scheduled: | $26,003.47 |
| TOTAL | Claimed: | $25,869.24 | | |
| LEGASPY, AMERICA<br>3010 COUNTY ROAD 2639<br>CADDO MILLS, TX 75135-7467 | | Claim Number: 3164<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $4,454.53 | Scheduled: | $5,961.08 |
| UNSECURED | Claimed: | $12,161.80 | Scheduled: | $12,918.95 |
| GRAYBAR ELECTRIC<br>4601 CAMBRIDGE ROAD<br>FORT WORTH, TX 76155 | | Claim Number: 3165<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| SECURED | Claimed: | $54,609.20 | | |
| UNSECURED | | | Scheduled: | $28,682.49  DISP |
| VOGT, VANCE V<br>475 CRESTONE CT<br>LOVELAND, CO 80537 | | Claim Number: 3166<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $300.47   UNLIQ | | |
| LEE, HENRY C<br>623 WYNDHURST DR UNIT 104<br>LYNCHBURG, VA 24502 | | Claim Number: 3167<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| LEE, HENRY C<br>623 WYNDHURST DR UNIT 104<br>LYNCHBURG, VA 24502 | | Claim Number: 3168<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| DE LOS ANGELES<br>867 BLOSSOM DR<br>SANTA CLARA, CA 95050 | | Claim Number: 3169<br>Claim Date: 09/19/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| MCGRATH RENT CORP DBA TRS-RENTELCO<br>PO BOX 619260<br>1830 WEST AIRFIELD DR<br>DFW AIRPORT, TX 75261 | | Claim Number: 3170<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $58,229.42 | Scheduled: | $25,704.77 |
| NAPOLITANO, ORNELLA<br>1938 35TH STREET, NW<br>WASHINGTON, DC, DC 20007 | | Claim Number: 3171<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY | Claimed: | $104,692.84 | | |
| NAPOLITANO, ORNELLA<br>1938 35TH STREET, NW<br>WASHINGTON, DC, DC 20007 | | Claim Number: 3172<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $104,692.84 | Scheduled: | $0.00 UNLIQ |
| FLYNN, HAROLD DIXON<br>8430 CANYON XING<br>ARGYLE, TX 76226 | | Claim Number: 3173<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| FLYNN, HAROLD<br>8430 CANYON CROSSING<br>LANTANA, TX 76226 | | Claim Number: 3174<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $67,470.14 | Scheduled: | $0.00 UNLIQ |
| TENNETI, SURYA<br>97 ORION RD<br>PISCATAWAY, NJ 08854-5412 | | Claim Number: 3175<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $54,500.00 | | |
| TENNETI, SURYA PRAKASH<br>97 ORION RD<br>PISCATAWAY, NJ 08854-5412 | | Claim Number: 3176<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $54,500.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PINO, JOSEPH A., SR.
3 CHERYL ANN CT
BERLIN, NJ 08009

Claim Number: 3177
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $91,520.00 |
|---|---|---|

PINO, JOSEPH A., SR.
3 CHERYL ANN CT
BERLIN, NJ 08009

Claim Number: 3178
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $91,520.00 |
|---|---|---|

NEUMEISTER, ROBERT M
2729 SILVER CLOUD DR
PARK CITY, UT 84060

Claim Number: 3179
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $40,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NEUMEISTER, ROBERT M
2729 SILVER CLOUD DR
PARK CITY, UT 84060

Claim Number: 3180
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

---

| UNSECURED | Claimed: | $40,000.00 |
|---|---|---|

KAAWALOA, SAMUEL K
PO BOX 433
ELIZABETH, CO 80107

Claim Number: 3181
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

KAAWALOA, SAMUEL K
P O BOX 433
6733 PRIVATE ROAD #132
ELIZABETH, CO 80107

Claim Number: 3182
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $90.94 UNLIQ |
|---|---|---|

JACKSON, TOM
8817 FALCON CREST DR
MCKINNEY, TX 75070

Claim Number: 3183
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $35,765.14 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JACKSON, TOM<br>8817 FALCON CREST DR<br>MCKINNEY, TX 75070 | | Claim Number: 3184<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,765.14 | | |

---

| DIBURRO, LAWRENCE<br>9 GLENWOOD CIRCLE<br>HAVERHILL, MA 01830 | | Claim Number: 3185<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $80,632.00 | | |

---

| DIBURRO, LAWRENCE<br>9 GLENWOOD CIRCLE<br>HAVERHILL, MA 01830 | | Claim Number: 3186<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $80,632.00 | Scheduled: | $61,509.18 UNLIQ |

---

| HOANG, VINH<br>2200 STACIA CT<br>PLANO, TX 75025 | | Claim Number: 3187<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,351.07 |
| UNSECURED | Claimed: | $51,756.68   UNDET | Scheduled: | $44,965.06 |

---

| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC 27616 | | Claim Number: 3188<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $573.58   UNLIQ | | |

---

| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC 27616 | | Claim Number: 3189<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,000.00 | | |

---

| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC 27616 | | Claim Number: 3190<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BENETEAU, EARL J.
6716 VIRGILIA CT.
RALEIGH, NC 27616

Claim Number: 3191
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $500.08   UNLIQ |
| --- | --- | --- |

MENTOR GRAPHICS CORP
PO BOX 75471
CHICAGO, IL 60675-5471

Claim Number: 3192
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

---

| UNSECURED | Claimed: | $318,981.28 |
| --- | --- | --- |

HURLY, GEOFFREY
243 BYRNE PLACE SW
EDMONTON, AB T6W 1E3
CANADA

Claim Number: 3193
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $34,238.64 |
| --- | --- | --- |

KNUDSEN, PAUL
801 SADDLEBROOK DRIVE
LUCAS, TX 75002

Claim Number: 3194
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | $264,712.87 | Scheduled: | $264,712.87  UNLIQ |

KNUDSEN, PAUL
801 SADDLEBROOK DRIVE
LUCAS, TX 75002

Claim Number: 3195
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $500,000.00   UNLIQ |
| --- | --- | --- |

KNUDSEN, PAUL
801 SADDLEBROOK DRIVE
LUCAS, TX 75002

Claim Number: 3196
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $500,000.00   UNLIQ |
| --- | --- | --- |

KNUDSEN, PAUL
801 SADDLEBROOK DRIVE
LUCAS, TX 75002

Claim Number: 3197
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | $500,000.00   UNLIQ | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| MILLS-NICHOLS, LISA A<br>676 MONROE TPKE<br>MONROE, CT 06468-2308 | | Claim Number: 3198<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| PRIORITY | Claimed: | $300.02   UNLIQ |
| SECURED | Claimed: | $300.02   UNLIQ |
| TOTAL | Claimed: | $300.02   UNLIQ |
| MILLS-NICHOLS, LISA<br>676 MONROE TPKE<br>MONROE, CT 06468-2308 | | Claim Number: 3199<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $300.02   UNLIQ |
| JACKSON LEWIS LLP<br>ATTN: ANNE KRUPMAN<br>ONE NORTH BROADWAY<br>WHITE PLAINS, NY 10601 | | Claim Number: 3200<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) |
| UNSECURED | Claimed: | $138,108.57 |
| RIGHT MANAGEMENT INC.<br>HENRY JAFFE, ESQ.<br>PEPPER HAMILTON LLP<br>HERCULES PLAZA, STE 5100<br>WILMINGTON, DE 19899-1709 | | Claim Number: 3201-01<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7075 (01/06/2012) |
| UNSECURED | Claimed: | $1,270,900.00   UNLIQ |
| RIGHT MANAGEMENT INC.<br>HENRY JAFFE, ESQ.<br>PEPPER HAMILTON LLP<br>HERCULES PLAZA, STE 5100<br>WILMINGTON, DE 19899-1709 | | Claim Number: 3201-02<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7075 (01/06/2012) |
| UNSECURED | Claimed: | $22,200.00   UNLIQ |
| RIGHT MANAGEMENT INC.<br>HENRY JAFFE, ESQ.<br>PEPPER HAMILTON LLP<br>HERCULES PLAZA, STE 5100<br>WILMINGTON, DE 19899-1709 | | Claim Number: 3201-03<br>Claim Date: 09/18/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: ALLOWED<br>DOCKET: 7075 (01/06/2012) |
| UNSECURED | Claimed: | $3,700.00   UNLIQ |
| HINES RIVERFRONT PLAZA LP<br>C/O HUNTON & WILLIAMS<br>ATTN TARA L. ELGIE<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | | Claim Number: 3202<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
| UNSECURED | Claimed: | $16,569.91 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HINES RIVERFRONT PLAZA LP | Claim Number: 3203 |
| C/O HUNTON & WILLIAMS | Claim Date: 09/18/2009 |
| ATTN TARA L ELGIE | Debtor: NORTEL NETWORKS INC. |
| 951 EAST BYRD ST | Comments: ALLOWED |
| RICHMOND, VA 23219-4052 | |

| UNSECURED | Claimed: | $129,332.94 |

---

| SJERPS, J | Claim Number: 3204 |
| 122 CHUZZLEWIT DOWN | Claim Date: 09/18/2009 |
| BRENTWOOD, TN 37027 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $190,000.00 |

---

| COLLINS, ROBBIE D | Claim Number: 3205 |
| 2432 GEORGETOWN DRIVE | Claim Date: 09/18/2009 |
| CARROLLTON, TX 75006 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 7408 (03/20/2012) |

| UNSECURED | Claimed: | $32,335.99 | Scheduled: | $32,919.24 |

---

| BERGER, CLINTON | Claim Number: 3206 |
| 4868 S. DANUBE WAY | Claim Date: 09/18/2009 |
| AURORA, CO 80015 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $40,897.42 |

---

| RECEIVER GENERAL FOR CANADA | Claim Number: 3207 |
| CANADA BUILDING 5TH FLOOR | Claim Date: 09/18/2009 |
| 344 SLATER ST | Debtor: NORTEL NETWORKS INC. |
| OTTAWA, ON K1A 0L5 | Comments: EXPUNGED |
| CANADA | DOCKET: 3218 (06/24/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BAXTER, TIMOTHY | Claim Number: 3208 |
| 404 WHISPERWOOD DR | Claim Date: 09/18/2009 |
| CARY, NC 27518 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $4,798.87 |

---

| ASM CAPITAL, L.P. | Claim Number: 3209 |
| TRANSFEROR: KILLEBREW, MELISSA | Claim Date: 09/18/2009 |
| ATTN: ADAM MOSKOWITZ | Debtor: NORTEL NETWORKS INC. |
| 7600 JERICHO TURNPIKE, SUITE 302 | |
| WOODBURY, NY 11797 | |

| UNSECURED | Claimed: | $10,652.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DEWART, JOHN<br>17 BYRSONIMA CT<br>SOUTH<br>HOMOSASSA, FL 34446 | Claim Number: 3210<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $507,285.00 |

---

| GUNTHER, MATTHEW<br>3328 WHIFFLE TREE DRIVE<br>PLANO, TX 75023 | Claim Number: 3211<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $22,159.25 |

---

| NOTARIO, RACHEL<br>4139 BONESO CIR<br>SAN JOSE, CA 95134 | Claim Number: 3212<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $25,577.63 |
|---|---|---|

---

| WAGNER, THEODORE<br>121 PENWOOD DR<br>CARY, NC 27511 | Claim Number: 3213<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $66,873.71 |
|---|---|---|

---

| DEFRANCO, SUZETTE<br>1414 AINSWORTH BLVD<br>HILLSBOROUGH, NC 27278 | Claim Number: 3214<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|

| PRIORITY | Claimed: | $28,188.49 |
|---|---|---|

---

| BOSTELMANN, ORLYN<br>1209 OAKMONT<br>RICHARDSON, TX 75081 | Claim Number: 3215<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $3,822.81 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,626.86 | Scheduled: | $61,603.43 |

---

| SARKER, TITAS<br>7421 FRANKFORD RD<br>APT. 2624<br>DALLAS, TX 75252 | Claim Number: 3216<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $14,072.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SHAH, KETAN<br>108 NATCHEZ CT<br>CARY, NC 27519-9535 | | Claim Number: 3217<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,166.47 | | |

| MCGRATH, DAVID<br>20 PARKER STREET<br>ROCHDALE, MA 01542 | | Claim Number: 3218<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $33,255.10 | | |

| INMAN, BECKY<br>5523 MORNINGSIDE AVE<br>DALLAS, TX 75206 | | Claim Number: 3219<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,432.00 | | |

| GERALD, WILLIAM<br>4144 BREWSTER DR<br>RALEIGH, NC 27606 | | Claim Number: 3220<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $77,760.17 | | |

| HAGGBLADE, TED<br>3812 PILOT DR<br>PLANO, TX 75025 | | Claim Number: 3221<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $190,801.87 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| TUCKER, JAMES E<br>2612 MILITARY PKWY<br>MESQUITE, TX 75149 | | Claim Number: 3222<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $18,295.85 | | |
| UNSECURED | Claimed: | $1,479.00 | Scheduled: | $22,360.78 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

RIMICCI, LEONARD C
144 SURFSIDE STREET
SANTA CRUZ, CA 95060-5330

Claim Number: 3223
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $144,000.00 |
|---|---|---|

---

JAGATIC, FRANK
1288 LANGLEY CR
NAPERVILLE, IL 60563

Claim Number: 3224
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $74,411.52 |
|---|---|---|

---

COLTECH OPTRONICS INC
#103 7879 8TH STREET N.E.
CALGARY, AB T2E 8A2
CANADA

Claim Number: 3225
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $2,801.55 |
|---|---|---|

---

GRAINGER, WESLEY
28119 CARMEL VALLEY
BOERNE, TX 78015-4858

Claim Number: 3226
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $49,996.76 |
|---|---|---|

---

CELLARIUS, PETER
6591 LITTLE FALLS DR
SAN JOSE, CA 95120

Claim Number: 3227
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $81,196.04 |
|---|---|---|

---

HARPER, KERRIE W
9312 CUTRIGHT DR
RALEIGH, NC 27617

Claim Number: 3228
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,575.75 |
|---|---|---|

---

WEYAND, CHRIS
305 LAGO GRANDE TRAIL
WYLIE, TX 75098

Claim Number: 3229
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,374.03 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| COMEAU, WILLIAM J<br>29 CANTERBURY FOREST<br>PLAISTOW, NH 03865 | | Claim Number: 3230<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $12,061.60 | | |
| ZENG, HELEN JOANNA<br>3216 TEAROSE DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 3231<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY | Claimed: | $27,261.87 | | |
| ZENG, HELEN<br>3216 TEAROSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 3232<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $27,261.87 | Scheduled: | $28,194.60 |
| ZENG, HELEN<br>3216 TEAROSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 3233<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $27,261.87 | | |
| ZENG, HELEN JOANNA<br>3216 TEAROSE DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 3234<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY | Claimed: | $27,261.87 | | |
| WANG, XIN<br>139 CORNELL DR.<br>COMMACK, NY 11725 | | Claim Number: 3235<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $7,738.57 | Scheduled: | $7,738.57 |
| KINNEY, JAMES B<br>PO BOX 3165<br>INUVIK, NT X0E OTO<br>CANADA | | Claim Number: 3236<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $236,854.41 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KINNEY, JAMES B.<br>PO BOX 3165<br>INUVIK, NT X0E OTO<br>CANADA | | Claim Number: 3237<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $334,022.24 | | |

---

| KINNEY, JAMES B<br>PO BOX 3165<br>INUVIK, NT X0E OTO<br>CANADA | | Claim Number: 3238<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $236,854.41 | | |

---

| KINNEY, JAMES B<br>PO BOX 3165<br>INUVIK, NT X0E OTO<br>CANADA | | Claim Number: 3239<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $334,022.24 | | |

---

| WALKER, D CARLISLE<br>5150 NUNNALLY TRAIL<br>GAINESVILLE, GA 30506 | | Claim Number: 3240<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,015.84 | Scheduled: | $5,933.48 |
| UNSECURED | | | Scheduled: | $95,926.35 |
| TOTAL | Claimed: | $95,150.48 | | |

---

| HOWARD-SHANKS, STACY<br>2002 DRAKE<br>RICHARDSON, TX 75081 | | Claim Number: 3241<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $12,354.40 | | |
| UNSECURED | Claimed: | $26,225.40 | | |
| TOTAL | Claimed: | $26,225.40 | | |

---

| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3242<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $367,500.00 | | |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: OGLETREE DEAKINS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3243<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,562.50 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

COWARD, L ANDREW
1988 DUNROBIN CRES
N VANCOUVER, V7H1N2
CANADA

Claim Number: 3244
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

COWARD, L. ANDREW
1988 DUNROBIN CRESC
N. VANCOUVER, BC V7H 1N2
CANADA

Claim Number: 3245
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $135,000.00 |
|---|---|---|

BENDEL, NIKO
SPATZEN WEG 6
HABFURT, 97437
GERMANY

Claim Number: 3246
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

BENDEL, NORBERT U. HANNELORE
KOLPINGSTR 33
HABFURT, 97437
GERMANY

Claim Number: 3247
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

BRYANT, ALAN
262 N 7TH ST
SURF CITY, NJ 08008-5205

Claim Number: 3248
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,222.46 |
|---|---|---|

STEPHENS, INC.
111 CENTER STREET, SUITE 500
LITTLE ROCK, AR 72201

Claim Number: 3249
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

STEPHENS INC, CUSTODIAN FOR WANDA F
WILSON IRA
35 MOUNTAIN VIEW RD
CONWAY, AR 72032

Claim Number: 3250
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| I AND C, S.A.<br>22 CALLE 5-14, ZONA 14<br>GUATEMALA, CITY<br><br>GUATEMALA | | Claim Number: 3251<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $174,185.00 | | |
| GARBIS, FRANK<br>18295 CANFIELD PLACE<br>SAN DIEGO, CA 92128 | | Claim Number: 3252<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $16,950.24 | Scheduled: | $16,950.24 UNLIQ |
| GARBIS, MARINO F<br>18295 CANFIELD PL<br>SAN DIEGO, CA 92128 | | Claim Number: 3253<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $128,831.39 | Scheduled: | $0.00 UNLIQ |
| HAYEST, THOMAS A<br>4891 MAGNOLIA BLOSSOM BLVD<br>GAHANNA, OH 43230 | | Claim Number: 3254<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3255<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6856 | | |
| UNSECURED | Claimed: | $367,500.00 | Scheduled: | $367,500.00 |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3256<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $367,500.00 | Scheduled: | $0.00 UNLIQ |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3257<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $367,500.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| OWINGS, JOHN<br>8237 TREEMONT PLACE<br>FRISCO, TX 75034 | | Claim Number: 3258<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $367,500.00 | | |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: LOWE, TONYA<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3259<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $396,500.94 | | |

---

| TWEEDY, JOHN<br>16527 GRAPPERHALL DR<br>HUNTERSVILLE, NC 28078 | | Claim Number: 3260<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $72,126.92 | | |

---

| TWEEDY, JOHN<br>16527 GRAPPERHALL DR<br>HUNTERSVILLE, NC 28078 | | Claim Number: 3261<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $72,126.92 | | |

---

| COTTON, RODNEY<br>18500 VON KARMAN 11TH FLOOR<br>IRVINE, CA 92612 | | Claim Number: 3262<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $38,309.95 | | |
| UNSECURED | | | Scheduled: | $38,309.95 UNLIQ |

---

| GLYMPH, STEVEN W<br>1401 DIXIE TRAIL<br>RALEIGH, NC 27607 | | Claim Number: 3263<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $8,562.54 | Scheduled: | $19,512.54 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| GOLDER<br>GOLDER ASSOCIATES INC<br>3730 CHAMBLEE TUCKER ROAD<br>ATLANTA, GA 30341 | | Claim Number: 3264<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,043.65 | Scheduled: | $11,315.39 |

| MADI, HAMID<br>4605 SPRINGERLY LN<br>RALEIGH, NC 27612-4923 | | Claim Number: 3265<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $11,000.00 | |
| UNSECURED | Claimed: | $11,000.00 | |
| TOTAL | Claimed: | $11,000.00 | |

| SPCP GROUP, LLC<br>TRANSFEROR: NUANCE COMMUNICATIONS, INC<br>ATTN: BRIAN A. JARMAIN<br>2 GREENWICH PLAZA, 1ST FLOOR<br>GREENWICH, CT 06830 | | Claim Number: 3266<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | |
|---|---|---|---|
| UNSECURED | Claimed: | $961,637.94 | |

| OMEGA CORPORATECENTER L.P.<br>ELEVEN PARKWAY CENTER, SUITE 300<br>PITTSBURGH, PA 15520 | | Claim Number: 3267<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $110,802.50 | Scheduled: | $0.00 UNLIQ |

| OMEGA CORPORATECENTER L.P.<br>ELEVEN PARKWAY CENTER, SUITE 300<br>PITTSBURGH, PA 15520 | | Claim Number: 3268<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Claim out of balance | |
|---|---|---|---|
| PRIORITY | Claimed: | $24,302.99 | |
| UNSECURED | Claimed: | $24,302.99 | |
| TOTAL | Claimed: | $24,302.99 | |

| CASSIDY, PETER A<br>6206 BELLE RIVE DRIV<br>BRENTWOOD, TN 37027 | | Claim Number: 3269<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,482.08 | Scheduled: | $0.00 UNLIQ |

| CASSIDY, PETER<br>6206 BELLE RIVE DRIV<br>BRENTWOOD, TN 37027 | | Claim Number: 3270<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,681.49 | Scheduled: | $16,681.49 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CARPENTIER, MICHEL
2450 S. OLA VISTA
SAN CLEMENTE, CA 92672

Claim Number: 3271
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $171,586.80 |
|---|---|---|

---

GUYDISH, DAVID
205 SIDESADDLE CIRCLE
SCOTTS VALLEY, CA 95066

Claim Number: 3272
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED               Claimed:        $28,712.00   UNLIQ

---

PAULUS, PATRICK
107 AVALON CT
KINGSLAND, GA 31548

Claim Number: 3273
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 38.

| PRIORITY | | | Scheduled: | $6,193.01 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $99,588.38 | Scheduled: | $100,999.06 |

---

NATH, UMAR
60 DESCANSO DR UNIT 3328
SAN JOSE, CA 95134-1825

Claim Number: 3274
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $36,143.81 |
|---|---|---|

---

PHAM, AN
423 MICHAEL DR
MURPHY, TX 75094

Claim Number: 3275
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,077.00 |
|---|---|---|

---

KAPIL, HARI
232 HERITAGE ISLE
DE WINTON, AB T0L 0X0
CANADA

Claim Number: 3276
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $7,160.75 |
|---|---|---|

---

OCE IMAGISTICS INC
7555 E. HAMPDEN AVE SUITE 200
DENVER, CO 80231

Claim Number: 3277
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $5,501.69 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MCMASTER CARR<br>MCMASTER CARR SUPPLY CO<br>PO BOX 740100<br>ATLANTA, GA 30374-0100 | | Claim Number: 3278<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,169.02 | | | |

| PHILLIPS, LILLIAN<br>5127 CHALET LANE<br>DALLAS, TX 75232 | | Claim Number: 3279<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |

| PHILLIPS, LILLIAN<br>5127 CHALET LANE<br>DALLAS, TX 75232 | | Claim Number: 3280<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,956.63 | |
| UNSECURED | Claimed: | $8,934.60 | Scheduled: | $17,060.60 | |

| LAWRENCE, JOHN M<br>1809 JASMINE TRAIL<br>SAVANNAH, TX 76227 | | Claim Number: 3281<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,019.89 | | | |

| LAWRENCE, JOHN M<br>1809 JASMINE TRAIL<br>SAVANNAH, TX 76227 | | Claim Number: 3282<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $36,019.89 | | | |

| BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC 27713 | | Claim Number: 3283<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8248 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00  UNLIQ | |

| BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC 27713 | | Claim Number: 3284<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $100,000.00 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC 27713 | | Claim Number: 3285<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $100,000.00 |
| WILLIAMS, MARGARET<br>4358 RIVERVIEW AVENUE<br>WEST LINN, OR 97068 | | Claim Number: 3286<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $49,280.00 |
| WILLIAMS, MARGARET L<br>4358 RIVERVIEW AVENUE<br>WEST LINN, OR 97068 | | Claim Number: 3287<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $49,280.00 |
| WATSON, JOHN P. JR<br>4638 COLONIAL AVENUE<br>JACKSONVILLE, FL 32210 | | Claim Number: 3288<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $23,000.00 |
| WATSON, JOHN JR<br>4638 COLONIAL AVE<br>JACKSONVILLE, FL 32210 | | Claim Number: 3289<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $23,000.00 |
| GALLARDO, FRANK<br>8405 E HAMPDEN AVENUE APRTME<br>DENVER, CO 80231 | | Claim Number: 3290<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $9,614.00 |
| GALLARDO, FRANK<br>8405 E HAMPDEN AVENUE APRTME<br>DENVER, CO 80231 | | Claim Number: 3291<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $9,614.00 |
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| GALLARDO, FRANK<br>8205 S. POPULAR WAY APT 103<br>CENTENNIAL, CO 80112 | Claim Number: 3292<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,614.00 | | |
| UNSECURED | Claimed: | $9,614.00 | | |
| TOTAL | Claimed: | $9,614.00 | | |
| METCALF, BRANDON<br>PO BOX 2941<br>WIMBERLEY, TX 78676-7841 | Claim Number: 3293<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $36,384.61 | | |
| METCALF, BRANDON<br>PO BOX 2941<br>WIMBERLEY, TX 78676-7841 | Claim Number: 3294<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | | | Scheduled: | $5,005.48 |
| UNSECURED | Claimed: | $36,384.61 | Scheduled: | $35,568.07 |
| TENNETI, SURYA<br>828 PRIMROSE CT<br>BELLE MEAD, NJ 08502-6436 | Claim Number: 3295<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $16,300.00 | | |
| TENNETI, SURYA PRAKASH<br>828 PRIMROSE CT<br>BELLE MEAD, NJ 08502-6436 | Claim Number: 3296<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $27,250.00 | | |
| STEPHENS, BARRY G<br>2064 WILLSUITT RD<br>CREEDMOOR, NC 27522 | Claim Number: 3297<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
| PRIORITY | Claimed: | $5,490.21 | | |
| STEPHENS, BARRY G<br>2064 WILLSUITT RD<br>CREEDMOOR, NC 27522 | Claim Number: 3298<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $5,490.21 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GARITO, NICOLA
19164 NE 44TH COURT
SAMMAMISH, WA 98074

Claim Number: 3299
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $11,765.32  UNLIQ | | |

GARITO, NICOLA
19164 NE 44TH COURT
SAMMAMISH, WA 98074

Claim Number: 3300
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $11,765.32 | Scheduled: | $11,765.32  UNLIQ |

CONNOR, DAVID
5035 CHOWEN AVENUE SOUTH
MINNEAPOLIS, MN 55410

Claim Number: 3301
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |

CONNOR, DAVID G
5035 CHOWEN AVE S
MINNEAPOLIS, MN 55410

Claim Number: 3302
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00  UNLIQ | | |

CONTRARIAN FUNDS, LLC
TRANSFEROR: SQUIRE SANDERS & DEMPSEY LLP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3303
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $192,602.87 | | |

SAMUEL, JOSEPH
102 BATHGATE LANE
CARY, NC 27513

Claim Number: 3304
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $198,510.44 | Scheduled: | $0.00  UNLIQ |

BUI, TAM B
1991 UPHALL COURT
SAN JOSE, CA 95121

Claim Number: 3305
Claim Date: 09/21/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: WITHDRAWN
DOCKET: 8402 (09/05/2012)

| UNSECURED | Claimed: | $5,142.77 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

POWERWAVE TECHNOLOGIES INC
1801 E. ST. ANDREW PLACE
SANTA ANA, CA 92705

Claim Number: 3306
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $98,368.62 |

---

NUANCE COMMUNICATIONS
ATTN: TIM STEVENSON
ONE WAYSIDE ROAD
BURLINGTON, MA 01803

Claim Number: 3307
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $940,000.00 |

---

NUANCE COMMUNICATIONS, INC.
ATTN: TIM STEVENSON
ONE WAYSIDE ROAD
BURLINGTON, MA 01803

Claim Number: 3308
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $143,523.60 |

---

BRYANT, ALAN
262 N 7TH ST.
SURF CITY, NJ 08008

Claim Number: 3309
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $123,106.18 | Scheduled: | $134,056.18 |

---

WHITEHURST, JAY
1512 CONSETT COURT
RALEIGH, NC 27613

Claim Number: 3310
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $240,421.95 | Scheduled: | $0.00 UNLIQ |

---

MERRITT, CLARENCE
3551 WYNTERSET DRIVE
SNELLVILLE, GA 30039

Claim Number: 3311
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $43,307.69 |

---

MERRITT, CLARENCE S.
3551 WYNTERSET DRIVE
SNELLVILLE, GA 30039

Claim Number: 3312
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ANDERSON, RONALD H.<br>1606 NAVARRO CT<br>ALLEN, TX 75013 | | Claim Number: 3313<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90,990.72 | | |

| HANKEL, MARK C<br>8 FOX HOLLOW<br>PLAISTOW, NH 03865 | | Claim Number: 3314<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $22,225.18 | | |

| HANKEL, MARK<br>8 FOX HOLLOW LANE<br>PLAISTOW, NH 03865 | | Claim Number: 3315<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $196,830.00 | Scheduled: | $22,225.18 UNLIQ |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHANG, KUO-LI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3316<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,387.21 | | |
| UNSECURED | Claimed: | $9,324.43 | | |

| CHANG, KUO-LI<br>41049 PAJARO DRIVE<br>FREMONT, CA 94539 | | Claim Number: 3317<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,711.64 | | |

| CHOPRA, MAYANK<br>2733 CAMERON BAY DRIVE<br>LEWISVILLE, TX 75056 | | Claim Number: 3318<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $32,561.28 | | |

| OWINGS, JOHN R.<br>8237 TREEMONT PLACE<br>FRISCO, TX 75034 | | Claim Number: 3319<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $367,500.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SCHOOLEY, RUSSELL<br>1603 CLEARMEADOW DRIVE<br>ALLEN, TX 75002 | | Claim Number: 3320<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $14,018.13<br>$46,247.17 | | |

| SAVAGE, RUSSELL III<br>4007 NUNN ROAD<br>HUNTSVILLE, AL 35802 | | Claim Number: 3321<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $18,750.00 | Scheduled:<br>Scheduled: | $8,058.46<br>$12,099.91 |

| WENHAM, TERENCE<br>136 CARDINAL DRIVE<br>ROSWELL, GA 30075 | | Claim Number: 3322<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $73,000.00   UNLIQ | |

| WENHAM, TERENCE<br>136 CARDINAL DRIVE<br>ROSWELL, GA 30075 | | Claim Number: 3323<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $73,000.00 | |

| BOYD, KEN<br>30 DEER RIDGE LN<br>WEST CHAZY, NY 12992 | | Claim Number: 3324<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>claim amount is 467.59/month | |
|---|---|---|---|
| UNSECURED | Claimed: | $34,500.00   UNLIQ | |

| RABON, LYNN M<br>1226 MELISSA DRIVE<br>ROANOKE, TX 76262 | | Claim Number: 3325<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | |
|---|---|---|---|
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $24,516.00<br>$24,516.00<br>$24,516.00 | |

| RABON, LYNN<br>1226 MELISSA DRIVE<br>ROANOKE, TX 76262 | | Claim Number: 3326<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
|---|---|---|---|
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $24,516.00<br>$24,516.00<br>$24,516.00 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FAILS, VERNON II
P.O. BOX 134
WAMEGO, KS 66547

Claim Number: 3327
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $18,777.95 | | |

---

MAGINLEY, RONALD
621 JOHN CLOSE
MURPHY, TX 75094

Claim Number: 3328
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,471.99 |
| UNSECURED | Claimed: | $20,521.97 | Scheduled: | $28,501.51 |

---

NATIUK, EDWARD
6143 NW 124 DR
CORAL SPRINGS, FL 33076

Claim Number: 3329
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,530.00 | |

---

NATIUK, EDWARD
6143 NW 124TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 3330
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,530.00 | Scheduled: | $11,299.29 UNLIQ |

---

JAY, WILLIAM E.
5308 MANORWOOD DRIVE
SARASOTA, FL 34235

Claim Number: 3331
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |

---

JAY, WILLIAM E
5321 11TH STREET CIR E
BRADENTON, FL 34203-6114

Claim Number: 3332
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET | |

---

BABU, AMBILI
3276 BRITTANY CT
SAN JOSE, CA 95135-1062

Claim Number: 3333
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,408.00 | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BABU, AMBILI
3276 BRITTANY CT
SAN JOSE, CA 95135-1062

Claim Number: 3334
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $8,409.45 |
| UNSECURED | Claimed: | $7,458.00 | Scheduled: | $12,534.81 |

---

GRISHAM, KIMBERLEE
309 JENNIFER LANE
ROSELLE, IL 60172

Claim Number: 3335
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

GRISHAM, KIMBERLEE
309 JENNIFER LANE
ROSELLE, IL 60172

Claim Number: 3336
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |

---

MONGA, INDERMOHAN
1211 PARKINSON AVE
PALO ALTO, CA 94301-3451

Claim Number: 3337
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $54,363.82 |

---

MONGA, INDERMOHAN
239 SEALE AVE
PALO ALTO, CA 94301-3732

Claim Number: 3338
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $54,363.82 |

---

MONGA, INDERMOHAN
239 SEALE AVE
PALO ALTO, CA 94301-3732

Claim Number: 3339
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $61,676.00 |

---

MONGA, INDERMOHAN S
239 SEALE AVE
PALO ALTO, CA 94301-3732

Claim Number: 3340
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $61,676.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| ZOU, GUANYUN<br>2900 MONTELL CT<br>PLANO, TX 75025 | | Claim Number: 3341<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $51,314.29 | | | |
| ZOU, GUANYUN<br>2900 MONTELL CT<br>PLANO, TX 75025 | | Claim Number: 3342<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $51,314.29 | | | |
| GIGA TRON ASSOC LTD<br>968 ST LAURENT BLVD<br>OTTAWA, ON K1K 3B3<br>CANADA | | Claim Number: 3343<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $4,016.25 | | | |
| GIGA TRON ASSOCIATES LTD<br>968 ST LAURENT BOULEVARD<br>OTTAWA, ON K1K 3B3<br>CANADA | | Claim Number: 3344<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $4,016.25 | | | |
| DAHAN, BARUK<br>6 CHURCH MOUNT<br>LONDON, N2-ORP<br>UK | | Claim Number: 3345<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $250,000.00 | | | |
| DAHAN, BARUK<br>6 CHURCH MOUNT<br>HAMPSTEAD GARDEN SUBURB<br>LONDON, N2ORP<br>UNITED KINGDOM | | Claim Number: 3346<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $250,000.00 | Scheduled: | $0.00 UNLIQ | |
| MCCLELLAND, BRUCE<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | | Claim Number: 3347<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,175.23 | Scheduled: | $1,037.74 UNLIQ | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MCCLELLAND, BRUCE<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | Claim Number: 3348<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $1,175.23 |

---

| SCHMIDT, FRANZA<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | Claim Number: 3349<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $18,530.45 |

---

| SCHMIDT, FRANZA<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | Claim Number: 3350<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|
| PRIORITY          Claimed: | $18,530.45 |

---

| MACKEY, DANIEL<br>41 TRUMAN DRIVE<br>RANDOLPH, MA 02368 | Claim Number: 3351<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| ADMINISTRATIVE          Claimed: | $0.00   UNDET |

---

| MACKEY, DANIEL<br>41 TRUMAN DRIVE<br>RANDOLPH, MA 02368 | Claim Number: 3352<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed: | $25,000.00 |

---

| JENG, SHU-CHING<br>4400 STATEN ISLAND<br>DRIVE<br>PLANO, TX 75024 | Claim Number: 3353<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY          Claimed:<br>UNSECURED          Claimed: | $1,931.27<br>$34,762.86 |

---

| JENG, CINDY<br>4400 STATEN ISLAND DR<br>PLANO, TX 75024 | Claim Number: 3354<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $1,931.27<br>$34,762.86 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TRISKO, KRISTEN W
8 ELIZABETH LN
DANVILLE, CA 94526

Claim Number: 3355
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

TRISKO, KRISTEN W
8 ELIZABETH LANE
DANVILLE, CA 94526

Claim Number: 3356
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

---

PERRY, MARY
1019 SOUTH MAIN ST
FUQUAY VARI, NC 27526

Claim Number: 3357
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 9036 (11/29/2012)

| PRIORITY | | | Scheduled: | $5,947.96 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $105,681.35 |

---

SONAR CREDIT PARTNERS II, LLC
TRANSFEROR: WAINHOUSE RESEARCH LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504

Claim Number: 3358
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,000.00 | Scheduled: | $15,000.00 |
|---|---|---|---|---|

---

WAINHOUSE RESEARCH, LLC
ATTN: MARC BEATTIE
34 DUCK HILL TERRACE
DUXBURY, MA 02332

Claim Number: 3359
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $15,000.00 |
|---|---|---|

---

STOUTE, MEISHA
5426 W. WINSTON DRIVE
LAVEEN, AZ 85339

Claim Number: 3360
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $10,200.00 |

---

BERKLEY, GEORGE
100 LEBLANC CT
CARY, NC 27513

Claim Number: 3361
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $79,755.23 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GUSTLIN, MARK A
1257 COBBLESTONE DR
CAMPBELL, CA 95008

Claim Number: 3362
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

LAU, STEPHEN
982 SANDALRIDGE CT
MILPITAS, CA 95035

Claim Number: 3363
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $131,931.72 | Scheduled: | $131,931.72 UNLIQ |
|---|---|---|---|---|

---

ACHTEMICHUK, ELSIE
13046-158 AVE NW
EDMONTON, AB T6V 1C2
CANADA

Claim Number: 3364
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $21,237.68 |
|---|---|---|

---

LUZNY, DOUGLAS
3610-44 ST.
LEDUC, B T9E 6A1
CANADA

Claim Number: 3365
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $12,591.30 |
|---|---|---|

---

CYNAMON MANAGEMENT LTD
11690-147 ST.
EDMONTON, AB T5M 1W2
CANADA

Claim Number: 3366
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $5,425.00 |
|---|---|---|

---

KENT, DAVID
12412 GRANDVIEW DRIVE
EDMONTON, AB T6H 4K4
CANADA

Claim Number: 3367
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $12,439.97 |
|---|---|---|

---

MENDELSOHN, STEPHEN
2919 N SOUTHPORT AVE APT 3
CHICAGO, IL 60657-7387

Claim Number: 3368
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $4,096.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| TWYVER, DAVID A<br>PO BOX 2447<br>FRIDAY HARBOUR, WA 98250 | | Claim Number: 3369<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90,503.00 | Scheduled: | $0.00  UNLIQ |

| MADSEN, CLINT<br>2212 MAUMELLE DRIVE<br>PLANO, TX 75023 | | Claim Number: 3370<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,952.96 |
| UNSECURED | Claimed: | $26,365.02 | Scheduled: | $36,259.63 |

| JAZAYERI, TONY<br>5325 CORINTHIAN BAY DR.<br>PLANO, TX 75093 | | Claim Number: 3371<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,240.00 | |

| BROWN, JUSTIN<br>451 JUNIPERO ST<br>PLEASANTON, CA 94566-7619 | | Claim Number: 3372<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

| BOYD, ELIZABETH<br>1706 WOODOAK DR<br>RICHARDSON, TX 75082 | | Claim Number: 3373<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,287.00 | Scheduled: | $0.00  UNLIQ |

| BARRY, CHARLES<br>19693 E. IDA DRIVE<br>AURORA, CO 80015 | | Claim Number: 3374<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,249.98 | |

| GEMMELL, PATRICK<br>506 HOLLOWRIDGE CT.<br>CARY, NC 27519 | | Claim Number: 3375<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $40,728.08 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| HANIG, HARMON<br>PO BOX 1103<br>LAFAYETTE, CA 94549-1103 | | Claim Number: 3376<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,553.94 | | |
| SHAW, JACK J<br>4020 LANCASHIRE DRIV<br>ANTIOCH, TN 37013 | | Claim Number: 3377<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $150,000.00 | | |
| MADER, JACQUES D.<br>822 BONNIE CT<br>MURPHY, TX 75094 | | Claim Number: 3378<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $39,917.31 | | |
| DUONG, SON K<br>383 SAN MARINO<br>IRVINE, CA 92614-0217 | | Claim Number: 3379<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SLY, MICHAEL<br>2518 HEATHER HILL CT<br>PLANO, TX 75075 | | Claim Number: 3380<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $62,697.60 | | |
| FOSTER, KAREN D<br>9231 VINEWOOD DR<br>DALLAS, TX 75228 | | Claim Number: 3381<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $67,596.00 | | |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3382<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,881.49 | Scheduled: | $3,881.49  UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GARNER, CHRISTOPHER
155 WEDGEWOOD DRIVE
HAUPPAUGE, NY 11788

Claim Number: 3383
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $25,000.04

---

CALLANAN, RICHARD P
29 SYCAMORE LN
RIDGEFIELD, CT 06877

Claim Number: 3384
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY           Claimed:          $49,565.24
UNSECURED                                              Scheduled:          $0.00 UNLIQ

---

NGO, MANH
1742 GRAND TETON DR.
MILPITAS, CA 95035

Claim Number: 3385
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $44,263.51

---

WENNERSTROM, JAMES A
207 DIPLOMA DR.
DURHAM, NC 27713

Claim Number: 3386
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $57,187.08

---

UNTIED STATES DEBT RECOVERY XI, LP
TRANSFEROR: WOOD, PIERCE G
940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3387
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $254,384.48          Scheduled:          $0.00 UNLIQ

---

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: LOWE, RICHARD
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Claim Number: 3388
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY           Claimed:          $676,406.79
UNSECURED                                              Scheduled:          $4,661.24 UNLIQ

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WILLARD T. ANDERSON PROPERTIES<br>C/O JOHN D. RODGERS, ESQ.<br>DEILY MOONEY & GLASTETER, LLP<br>8 THURLOW TERRACE<br>ALBANY, NY 12203 | | Claim Number: 3389<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| SECURED | Claimed: | $53,350.00 | | |
| UNSECURED | Claimed: | $33,327.56 | | |

---

| STEINMAN, JEFFREY<br>2721 HALIFAX CT.<br>MCKINNEY, TX 75070 | | Claim Number: 3390<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,012.45 | Scheduled: | $4,933.55 UNLIQ |

---

| SHAH, KETAN<br>108 NATCHEZ CT<br>CARY, NC 27519-9535 | | Claim Number: 3391<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $42,337.09 | | |

---

| STRASSBURGER, RAYMOND<br>2805 PINE HOLLOW RD<br>OAKTON, VA 22124 | | Claim Number: 3392<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68,213.34 | Scheduled: | $68,213.34 UNLIQ |

---

| GENCARELLI, LOUIS A. JR.<br>6 STRATTON DRIVE<br>WESTBOROUGH, MA 01581 | | Claim Number: 3393<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $26,221.86 | | |

---

| MOSS, JOHN<br>945 CROFTER PASS<br>ALPHARETTA, GA 30022 | | Claim Number: 3394<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $45,107.68 | | |

---

| STEINMAN, JEFFREY<br>2721 HALIFAX CT<br>MCKINNEY, TX 75070 | | Claim Number: 3395<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $90,804.45 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

VEGA, MARIA A
549 NW 130 WAY
PEMBROKE PINES, FL 33028

Claim Number: 3396
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $12,983.00

---

DONNELLY, DANIEL
675 WOOD VALLEY TRACE
ROSWELL, GA 30076

Claim Number: 3397
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $1,544.08

---

TELLEZ, RAUL
6927 TREERIDGE DRIVE
CINCINNATI, OH 45244

Claim Number: 3398
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $1,418.67
UNSECURED                                      Scheduled:          $1,418.67  UNLIQ

---

KELLY, WILLIAM P
14 COHASSET LANE
CHERRY HILL, NJ 08003

Claim Number: 3399
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6064
claim amount is 234.32/month

UNSECURED          Claimed:          $0.00  UNLIQ     Scheduled:          $0.00  UNLIQ

---

WILSON, MICHAEL R.
8013 BURTON
CANTON, MI 48187

Claim Number: 3400
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

UNSECURED          Claimed:          $2,719.20

---

COLEMAN, DEBRA
5017 STOCKTON DRIVE
RALEIGH, NC 27606

Claim Number: 3401
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $13,306.97

---

VERGEL, NELSON A.
2124 CEDARCREST DR
CARROLLTON, TX 75007

Claim Number: 3402
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $22,344.81

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ARNOT, JAMES
9778 ISABEL COURT
HIGHLANDS RANCH, CO 80126

Claim Number: 3403
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,981.00 |
|---|---|---|

PEZZULLO, WILLIAM V.
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 3404
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $5,506.82 |
|---|---|---|

SLY, MICHAEL
2518 HEATHER HILL CT
PLANO, TX 75075

Claim Number: 3405
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $62,697.60 |
|---|---|---|

RODENFELS, CHARLES T
2 CADILLAC PLACE
PALM COAST, FL 32137

Claim Number: 3406
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,524.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SHERALI, RAY
72 WISTERIA LANE
APEX, NC 27523

Claim Number: 3407
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,395.93 |
|---|---|---|

ZHAO, KAI
3912 COMPTON DR
RICHARDSON, TX 75082

Claim Number: 3408
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $34,982.03 |
|---|---|---|

BOISVERT, DAVID
18824 APRK GROVE LN
DALLAS, TX 75287

Claim Number: 3409
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | | | Scheduled: | $6,211.48 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $48,391.00 | Scheduled: | $43,191.24 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MARKS, ROBIN<br>900 PYRAMID LAKE RD.<br>PO BOX 243<br>JASPER, AB T0E 1E0<br>CANADA | | Claim Number: 3410<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $2,610.00 |

---

| RIKHI, KUSHAL V<br>3474 BUTCHER DR<br>SANTA CLARA, CA 95051 | | Claim Number: 3411<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,652.48 |

---

| TROSCLAIR, TERRY<br>2507 SAGE RIDGE DRIVE<br>FRISCO, TX 75034 | | Claim Number: 3412<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $23,920.00 |

---

| PEZZULLO, WILLIAM<br>117 STERLING RIDGE WAY<br>CARY, NC 27519 | | Claim Number: 3413<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $5,500.00 |

---

| NICKSON, ALFRED<br>807 RIDGEMONT DRIVE<br>ALLEN, TX 75002 | | Claim Number: 3414<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $5,349.66 |

---

| BOLING, EDWARD<br>7312 MIDCREST CT<br>MCKINNEY, TX 75070 | | Claim Number: 3415<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $41,793.23 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MANITIUS, JERZY
12412 SHALLOWFORD DR
RALEIGH, NC 27614

Claim Number: 3416
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $113,072.89 | | |
|---|---|---|---|---|

FLAGLER DEVELOPMENT COMPANY
4601 TOUCHTON RD E STE 3200
JACKSONVILLE, FL 32246-4485

Claim Number: 3417
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $92,908.44 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MTS ALLSTREAM INC
200 WELLINGTON STREET W
SUITE 1200
TORONTO, ON M5V 3G2
CANADA

Claim Number: 3418
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| UNSECURED | Claimed: | $6,191.16 | | |
|---|---|---|---|---|

MTS ALLSTREAM INC
1730 MCGILLIVRAY BLVD
BOX 6666 BW100R
WINNIPEG, MB R3C 3V6
CANADA

Claim Number: 3419
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| UNSECURED | Claimed: | $140,493.25 | | |
|---|---|---|---|---|

UNISYSTEMS SA
19-23 AL PANTON STREET
WALLITHEA, 17671
GREECE

Claim Number: 3420
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

---

| ADMINISTRATIVE | Claimed: | $120,224.01 | | |
|---|---|---|---|---|

UNISYSTEMS SA (USD)
24 STR. SYNDESMOU
ATHENS, 10673
GREECE

Claim Number: 3421
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

---

| UNSECURED | Claimed: | $120,224.01 | | |
|---|---|---|---|---|

BISCHOFF, MANFRED, DR.
PRINZENWEG 7
STARNBERG, 82319
GERMANY

Claim Number: 3422
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

---

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| PATEL, SAURIN<br>2613 SAGEHILL DR<br>FT WORTH, TX 76123 | | Claim Number: 3423<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $31,134.01 | | | |
| TOTAL | Claimed: | $31,134.01 | | | |
| DOHNER, ROY F<br>33711 BRIGANTINE DR<br>MONARCH BEACH, CA 92629 | | Claim Number: 3424<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ | |
| SAVAGE, RICHIE<br>909 KNOTTS HILL PLACE<br>KNIGHTDALE, NC 27545 | | Claim Number: 3425<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $55,000.00 | | | |
| DOHNER, ROY F<br>33711 BRIGANTINE DR<br>DANA POINT, CA 92629 | | Claim Number: 3426<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $181,904.93 | | | |
| STRANGE, GRAHAM P<br>4960 BRIDGEHAMPTON BLVD<br>SARASOTA, FL 34238 | | Claim Number: 3427<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $237,891.32 | Scheduled: | $0.00 UNLIQ | |
| TANNOR PARTNERS CREDIT FUND II, LP<br>TRANSFEROR: TELESOFT<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY 10504 | | Claim Number: 3428<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $17,517.00 | | | |
| DEVLIN, TERENCE<br>790 REGISTRY LANE<br>ATLANTA, GA 30342 | | Claim Number: 3429<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $5,573.95 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CHAMBERS, JOSEPH T
8637 OVERLAND DR
FT WORTH, TX 76179

Claim Number: 3430
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6007

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $55,000.00   UNLIQ | | |

---

CHAMBERS, JOSEPH T
8637 OVERLAND DR
FT WORTH, TX 76179

Claim Number: 3431
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $55,000.00   UNLIQ | | |

---

LAU, ROSS B
76 CEDAR ST
APT 402
SEATTLE, WA 98121

Claim Number: 3432
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $356,814.55 | Scheduled: | $0.00  UNLIQ |

---

IPDIALOG, INC
542 LAKESIDE DRIVE SUITE 7
SUNNYVALE, CA 94085-4005

Claim Number: 3433
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $648.00 | | |

---

IPDIALOG, INC
542 LAKESIDE DRIVE SUITE 7
SUNNYVALE, CA 94085-4005

Claim Number: 3434
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,000.00 | | |

---

CLARK-SELLERS, KATHRYN LEE
3005 LATTYES LANE
RALEIGH, NC 27613

Claim Number: 3435
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $134,606.97 | | |

---

CLARK-SELLERS, KATHRYN
3005 LATTYES LANE
RALEIGH, NC 27613

Claim Number: 3436
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $123,656.97 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| GALLARDO, FRANK<br>8205 POPLAR WAY # 103<br>CENTENNIAL, CO 80112 | Claim Number: 3437<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,614.00 | | |
| GALLARDO, FRANK<br>1034 MARGATE CT #C<br>STERLING, VA 20164-5209 | Claim Number: 3438<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5499 (05/27/2011) | | | |
| PRIORITY | Claimed: | $9,614.00 | | |
| UNSECURED | Claimed: | $9,614.00 | | |
| TOTAL | Claimed: | $9,614.00 | | |
| GALLARDO, FRANK<br>8405 E HAMPDEN AVENUE APRTME<br>DENVER, CO 80231 | Claim Number: 3439<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| PRIORITY | Claimed: | $9,614.00 | | |
| UNSECURED | Claimed: | $9,614.00 | | |
| TOTAL | Claimed: | $9,614.00 | | |
| CLARK-SELLERS, KATHRYN LEE<br>3005 LATTYES LANE<br>RALEIGH, NC 27613 | Claim Number: 3440<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $99,582.10 | | |
| CLARK-SELLERS, KATHRYN<br>3005 LATTYES LANE<br>RALEIGH, NC 27613 | Claim Number: 3441<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $88,632.10 | | |
| FRADETTE, MAURICE<br>36 GLENWOOD RD<br>WEST HARTFORD, CT 06107 | Claim Number: 3442<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $4,398.10 | Scheduled: | $4,398.10 UNLIQ |
| FRADETTE, MAURICE J<br>36 GLENWOOD RD<br>WEST HARTFORD, CT 06107 | Claim Number: 3443<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $117,057.11 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SCHEER, JOHN
5736 CHADWICK LN
BRENTWOOD, TN 37027

Claim Number: 3444
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $30,583.55 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $30,583.55  UNLIQ |

SCHEER, JOHN
5736 CHADWICK LN
BRENTWOOD, TN 37027

Claim Number: 3445
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $423,176.64 |
|---|---|---|

VETIL, JACQUES
213 PARKMEADOW DR
CARY, NC 27519

Claim Number: 3446
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $40,697.00 |
|---|---|---|

VETIL, JACQUES
213 PARKMEADOW DR
CARY, NC 27519

Claim Number: 3447
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,697.00 |
|---|---|---|

HAWKEN, DONALD
88 MAGNOLIA LANE
WELLAND, ON L3B 6H9
CANADA

Claim Number: 3448
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

HAWKEN, DONALD
88 MAGNOLIA LANE
WELLAND, ON L3B 6H9
CANADA

Claim Number: 3449
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $94,571.97 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

KETSLER, JOSEPH
7617 WAASLAND DRIVE
PLANO, TX 75025

Claim Number: 3450
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $58,818.72 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| KETSLER, JOSEPH<br>7617 WAASLAND DRIVE<br>PLANO, TX 75025 | | Claim Number: 3451<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $58,818.72 | | | |
| VIEIRO, JORGE<br>2101 WHITE DOVE PASS<br>AUSTIN, TX 78734 | | Claim Number: 3452<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim amount of 34,774.45 (CDN) | | | |
| UNSECURED | Claimed: | $27,826.51 | | | |
| VIEIRO, JORGE E<br>2101 WHITE DOVE PASS<br>AUSTIN, TX 78734 | | Claim Number: 3453<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $80,307.69 | | | |
| MARTIN, WADE<br>4058 BARBER MILL RD<br>CLAYTON, NC 27520 | | Claim Number: 3454<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | | | | Scheduled: | $5,407.43 |
| UNSECURED | Claimed: | $55,005.57 | | Scheduled: | $56,572.32 |
| YOUNGBLOOD, ERIC W<br>1442 ROGERS COURT<br>ALLEN, TX 75013 | | Claim Number: 3455<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $43,036.54 | | | |
| BHATT, JITENDRA D<br>204 WILLINGHAM ROAD<br>MORRISVILLE, NC 27560 | | Claim Number: 3456<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $199,400.00 | | | |
| DEBT ACQUISITION COMPANY OF AMERICA V<br>TRANSFEROR: CRITICAL POWER RESOURCE LLC<br>ATTN: ANDREW WHATNALL<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 3457<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $495.16 | | Scheduled: | $495.16 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| BOLLI, HANS<br>65 LATOUR WAY<br>GREER, SC 29650-4553 | | Claim Number: 3458<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $79,588.25 | Scheduled: | $0.00 | UNLIQ |
| STIGLITZ, ANTHONY<br>856 SHADYLAWN RD<br>CHAPEL HILL, NC 27514 | | Claim Number: 3459<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $62,233.12 | | | |
| ROGNLIE, ERIC L<br>151 NORTH BAY DR<br>BULLARD, TX 75757 | | Claim Number: 3460<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $36,686.89 | Scheduled: | $0.00 | UNLIQ |
| BERGLUND, JOSEPH<br>1121 GORDON OAKS DR<br>PLANO, TX 75023-2038 | | Claim Number: 3461<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $6,683.04 | | | |
| TAYLOR, KENNETH<br>9401 SHADOW OAK WAY<br>RALEIGH, NC 27615 | | Claim Number: 3462<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $56,303.27 | | | |
| TAYLOR, KENNETH<br>9401 SHADOW OAK WAY<br>RALEIGH, NC 27615 | | Claim Number: 3463<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $62,426.29 | Scheduled: | $62,426.29 | UNLIQ |
| CHOI, SEUNGCHUL<br>202 CAVISTON WAY<br>CARY, NC 27519 | | Claim Number: 3464<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7939 | | | |
| UNSECURED | Claimed: | $424,948.05 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ANNETT, TONY
5224 GEODE LN
MCKINNEY, TX 75070

Claim Number: 3465
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $5,050.00 |

---

ITAAS, INC
SONJUI L KUMAR, ESQ
1117 PERIMETER CENTER WEST, # W311
ATLANTA, GA 30338

Claim Number: 3466
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $18,330.00 |
|---|---|---|

---

ROSZKO, RICHARD
PO BOX 446
MESILLA, NM 88046-0446

Claim Number: 3467
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $113,368.47 |
|---|---|---|

---

DLA PIPER LLP (US)
C/O RICHARD M KREMEN
THE MARBURY BUILDING
6225 SMITH AVENUE
BALTIMORE, MD 21209-3600

Claim Number: 3468
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,463.14 |
|---|---|---|

---

INTECH GROUP, INC, THE
305 EXTON COMMONS
EXTON, PA 19341

Claim Number: 3469
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $32,475.00 |
|---|---|---|

---

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AIRSPAN NETWORKS INC.
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 3470
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7624 (05/09/2012)

| ADMINISTRATIVE | Claimed: | $147,488.48 |
|---|---|---|
| UNSECURED | Claimed: | $1,684,090.25 |

---

XIONG, RUI
4316 BELVEDERE DR
PLANO, TX 75093

Claim Number: 3471
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $24,565.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

OBJECTIVITY INC
640 WEST CALIFORNIA AVE
SUNNYVALE, CA 94086-2486

Claim Number: 3472
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,867.20 | Scheduled: | $0.00 UNLIQ |

LG-NORTEL CO. LTD.
C/O DAVID SOON YOUB KWON
7TH, 8TH FLOOR, GS TOWER 679
YOKSAM-DONG, KANGNAM-GU
SEOUL, 135-985
KOREA

Claim Number: 3473
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $69,696.00 |

LG-NORTEL CO. LTD.
C/O DAVID SOON YOUB KWON
7TH, 8TH FLOOR, GS TOWER 679
YOKSAM-DONG, KANGNAM-GU
SEOUL, 135-985
KOREA

Claim Number: 3474
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $57,180.00 |

LG-NORTEL CO. LTD.
C/O DAVID SOON YOUB KWON
7TH, 8TH FLOOR, GS TOWER 679
YOKSAM-DONG, KANGNAM-GU
SEOUL, 135-985
KOREA

Claim Number: 3475
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,150.46 |

LG-NORTEL CO. LTD.
C/O DAVID SOON YOUB KWON
7TH, 8TH FLOOR, GS TOWER 679
YOKSAM-DONG, KANGNAM-GU
SEOUL, 135-985
KOREA

Claim Number: 3476
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $129,026.46 | | |
| UNSECURED | Claimed: | $924,173.06 | Scheduled: | $1,053,199.52 DISP |

SCHILLING, STEVEN L.
6324 WAKE FALLS DR
WAKE FOREST, NC 27587

Claim Number: 3477
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,026,473.71 | Scheduled: | $0.00 UNLIQ |

NEW HORIZONS TELECOM INC
901 COPE INDUSTRIAL WAY
PALMER, AK 99645-6739

Claim Number: 3478
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $78,212.82 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| NEW HORIZONS<br>NEW HORIZONS<br>901 COPE INDUSTRIAL WAY<br>PALMER, AK 99645 | | Claim Number: 3479<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $78,212.82  UNDET | | |
| NEW HORIZONS TELECOM INC<br>901 COPE INDUSTRIAL WAY<br>PALMER, AK 99645-6739 | | Claim Number: 3480<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $78,212.82 | | |
| NEW HORIZONS<br>901 COPE INDUSTRIAL WAY<br>PALMER, AK 99645-6739 | | Claim Number: 3481<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $78,212.82 | | |
| HOPF, BRIAN<br>1081 SILVERLEAF DR.<br>YOUNGSVILLE, NC 27596 | | Claim Number: 3482<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 245. | | |
| PRIORITY | | | Scheduled: | $2,082.55 |
| UNSECURED | Claimed: | $60,689.69 | Scheduled: | $63,711.66 |
| HEARN, JOHN MARK<br>1556 WATERSIDE CT<br>DALLAS, TX 75218 | | Claim Number: 3483<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $18,846.00 | | |
| CLICK COMMERCE, INC<br>C/O MIKE GIBLIN<br>3600 W. LAKE AVENUE<br>ATLANTA, GA 30339-8426 | | Claim Number: 3484<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $77,475.00 | | |
| CLICK COMMERCE INC<br>DBA REQUISITE TECHNOLOGY, INC.<br>C/O MIK GIBLIN OR D LIVINGSTON<br>3600 W. LAKE AVENUE<br>GLENVIEW, IL 60026 | | Claim Number: 3485<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $77,475.00 | Scheduled: | $1,350.00  DISP |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HORNE, ROBERT<br>3417 LOCUST COVE RD<br>GAINESVILLE, GA 30504 | | Claim Number: 3486<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 138. | | | |
| UNSECURED | Claimed: | $184,723.14 | Scheduled: | $181,123.14 UNLIQ | |
| HORNE, ROBERT<br>10015 HIGH FALLS POINTE<br>ALPHARETTA, GA 30022 | | Claim Number: 3487<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $184,723.14 | | | |
| HORNE, ROBERT<br>10015 HIGH FALLS POINTE<br>ALPHARETTA, GA 30022 | | Claim Number: 3488<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $95,416.24 | | | |
| SHANK, EDWARD<br>1414 LINCOLN STREET<br>BRYAN, TX 77808 | | Claim Number: 3489<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $38,316.00 | | | |
| CROWELL & MORING LLP<br>C/O JAMES J. REGAN, ESQ.<br>1001 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20004-2595 | | Claim Number: 3490<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $1,033,082.11 | Scheduled: | $87,521.26 | |
| EATON CORPORATION<br>ATTN: GLOBAL TRADE CREDIT<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH 44114 | | Claim Number: 3491<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $8,826.38 | Scheduled: | $8,485.76 | |
| FISCHER & COMPANY<br>ATTN: CHRIS JOYNER, EXEC V.P.<br>TWO GALLERIA TOWER<br>13455 NOEL R., STE 1900<br>DALLAS, TX 75240 | | Claim Number: 3492<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $155,994.21 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HAYES, MONSON C/O JOHN CARPENTER
4950 RAINTREE CIRCLE
PARKER, CO 80134

Claim Number: 3493
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $101,907.00 | Scheduled: | $101,907.00 UNLIQ |

---

PUBLIC SERVICE COMPANY OF N.CAROLINA INC
D/B/A PSNC ENERGY - M/C C-222 BANKRUPTCY
220 OPERATION WAY
CAYCE, SC 29033-3701

Claim Number: 3494
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $31,837.61 |

---

SELISKER, MARK R
4620 WHITE CHAPEL WAY
RALEIGH, NC 27615

Claim Number: 3495
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $231,163.04 | Scheduled: | $0.00 UNLIQ |

---

CHILDERS, RUSSELL
5296 UNION CR
FLOWERY BRANCH, GA 30542

Claim Number: 3496
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00 UNLIQ |

---

NATH, UMAR
PREVIOUSLY UMAR MOHAMMED
907 MUSTANG RIDGE DR
MURPHY, TX 75094

Claim Number: 3497
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,143.81 |

---

GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD
C/O ANNA VENTRESCA, GENERAL COUNSEL
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 3498
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7888 (06/21/2012)

| ADMINISTRATIVE | Claimed: | $13,526.28 |

---

BOTHWELL, GW
7171 EAST PARADISE CANYON RD
PARADISE VALLEY, AZ 85253

Claim Number: 3499
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $166,761.24 | Scheduled: | $17,615.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MOORE, BROOKE D
10 CHAMBERS LANE
OAKLAND, CA 94611

Claim Number: 3500
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

MCPHERSON, RODERICK
406 PASEO DE LA CONCHA
REDONDO BEACH, CA 90277-6285

Claim Number: 3501
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $589,928.61 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

SDL INTERNATIONAL
1155 RUE METCALFE
BUREAU 1200
MONTREAL, QC H3B 2V6
CANADA

Claim Number: 3502
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $42,668.29 |
|---|---|---|

LYELL, MIKE
2034 GLENDWICK LN
GARLAND, TX 75040

Claim Number: 3503
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,672.06 |
|---|---|---|

HOMAYOUN, FEREIDOUN
2805 COVEY PLACE
PLANO, TX 75093

Claim Number: 3504
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $192,612.57 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

HIX, JAMES G.
2709 SAFARI CIR
PLANO, TX 75025

Claim Number: 3505
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $135,377.88 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

PETERS, NORMAN
300 BEACH DR NE APT 1702
SAINT PETERSBURG, FL 33701

Claim Number: 3506
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $218,915.55 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FERNANDES, DEAN<br>76 ALEXANDRIA DR<br>MANALAPAN, NJ 07726 | | Claim Number: 3507<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $50,000.00 | | |

| FERNANDES, DEAN<br>76 ALEXANDRIA DR<br>MANALAPAN, NJ 07726 | | Claim Number: 3508<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $89,579.29 | | |

| FERNANDES, DEAN<br>76 ALEXANDRIA DRIVE<br>ENGLISHTOWN, NJ 07726 | | Claim Number: 3509<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $78,629.29 | | |

| GOMBOS, IMRE M<br>6830 LANCASTER CR<br>CUMMING, GA 30040 | | Claim Number: 3510<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56,488.14 | Scheduled: | $0.00 UNLIQ |

| HORNE, ROBERT<br>3417 LOCUST COVE RD<br>GAINESVILLE, GA 30504 | | Claim Number: 3511<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $95,416.24 | Scheduled: | $0.00 UNLIQ |

| SOOGOOR, UMAKANTH<br>1119 WATERFORD WAY<br>ALLEN, TX 75013 | | Claim Number: 3512<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,000.00 | | |

| SOOGOOR, UMAKANTH<br>1201 BRIDGEWAY LN<br>ALLEN, TX 75013-5601 | | Claim Number: 3513<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,000.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MAJUMDAR, ABHIJIT<br>609 QUAIL RUN DR.<br>MURPHY, TX 75094 | | Claim Number: 3514<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MAJUMDAR, ABHIJIT<br>2600 E RENNER RD APT 290<br>RICHARDSON, TX 75082-3494 | | Claim Number: 3515<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $10,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FERNANDES, DEAN<br>76 ALEXANDRIA DR<br>MANALAPAN, NJ 07726 | | Claim Number: 3516<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $39,050.00 | | |

---

| | | | | |
|---|---|---|---|---|
| GRONWALL, TERYL<br>5853 JOE BEAR DRIVE<br>HONEOYE, NY 14471 | | Claim Number: 3517<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $74,351.91 | Scheduled: | $74,351.91 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| PISKE, GREGORY<br>1112 SEMINOLE<br>RICHARDSON, TX 75080 | | Claim Number: 3518<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,207.42 |
| UNSECURED | Claimed: | $70,017.85 | Scheduled: | $79,118.49 |

---

| | | | | |
|---|---|---|---|---|
| GRONWALL, TERYL R<br>5853 JOE BEAR DRIVE<br>HONEOYE, NY 14471-9523 | | Claim Number: 3519<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $157,510.86 | Scheduled: | $0.00 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| FINERTY, EDMUND<br>417 NORTHSIDE DR<br>CHAPEL HILL, NC 27516 | | Claim Number: 3520<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $52,617.07 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DEMPSEY, TIMOTHY F.
135 BRADY STREET
CHARLESTON, SC 29492

Claim Number: 3521
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $153,599.59 | Scheduled: | $0.00 UNLIQ |

MESSER, KRYSTN
80 DOE COURT
APEX, NC 27523-8400

Claim Number: 3522
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,457.68 |

ABORO, PEREARI
430 BUCKINGHAM RD APT 1224
RICHARDSON, TX 75081-5762

Claim Number: 3523
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,807.70 |

MOLLOY, JOHN
1491 SEQUOIA AVE
SAN BRUNO, CA 94066-2646

Claim Number: 3524
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,286.00 |

KENNEY, KAREN B.
3229 ALPHAWOOD DR
APEX, NC 27539-6814

Claim Number: 3525
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $43,761.22 |

HOROWITZ, STEVEN
5908 ST. AGNES DRIVE
PLANO, TX 75093

Claim Number: 3526
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $107,546.33 | Scheduled: | $114,730.82 |

HOROWITZ, STEVEN
5908 ST. AGNES DRIVE
PLANO, TX 75093

Claim Number: 3527
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $99,167.60 UNLIQ | Scheduled: | $71,457.58 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: JAMES R LONG<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | | Claim Number: 3528<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $497,851.37 | Scheduled: | $497,851.37 UNLIQ |

| TURNER, BENOIT<br>C/O BELDEN, INC.<br>ATTN: BRIAN ANDERSON, CORPORATE ATTORNEY<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | | Claim Number: 3529<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $34,806.63 |

| COLE, JAMES<br>C/ O BELDEN, INC.<br>ATTN: BRIAN ANDERSON, CORPORATE ATTORNEY<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | | Claim Number: 3530<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,379.15 |

| BORQUE, NORMAND<br>BRIAN ANDERSON, ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>ST. LOUIS, MO 63105 | | Claim Number: 3531<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $67,864.81 |

| TURNER, SIDNEY<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>ST. LOUIS, MO 63105 | | Claim Number: 3532<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $14,891.24 |

| SHANKS, JAMES<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | | Claim Number: 3533<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,721.68 |

| GAMACHE, YVAN<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | | Claim Number: 3534<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $8,301.42 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FELLI, PHILIPPE
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3535
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $36,034.03 |

---

DAWBER, CHRISTOPHER
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3536
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,494.22 |

---

COTE, GERARD
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3537
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $9,262.32 |

---

CONLEY, DOUGLAS
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3538
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,651.34 |

---

BONAMI, MARIO
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3539
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $8,487.74 |

---

STRASSBURGER, RAYMOND L
2805 PINE HOLLOW RD
OAKTON, VA 22124

Claim Number: 3540
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,714.16 |

---

STRASSBURGER, RAYMOND L.
2805 PINE HOLLOW RD
OAKTON, VA 22124

Claim Number: 3541
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,351.72  UNLIQ | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KIRFMAN, JOHN
8413 MEADOWVIEW ST
ROWLETT, TX 75088

Claim Number: 3542
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57,692.00 | | |

---

YOUNG, CHARLES M.
1616 DYE PLACE
WILMINGTON, NC 28405

Claim Number: 3543
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,254.95 | Scheduled: | $0.00  UNLIQ |

---

GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD
C/0 ANNA VENTRESCA, GENERAL COUNSEL
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 3544
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7888 (06/21/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,526.28 |
| UNSECURED | Claimed: | $32,201.36 |

---

GUANGDONG NORTEL TELECOMM. EQUIP. CO.LTD
C/O ANA VENTRESCA, GENERAL COUNSEL
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 3545
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7888 (06/21/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,927,622.44 |

---

LIZAK, EDWARD A.
18311 MOSSY GLEN COURT
FORT MYERS, FL 33908

Claim Number: 3546
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $79,923.28 | Scheduled: | $0.00  UNLIQ |

---

HISCOCK & BARCLAY LLP
ONE PARK PLACE
300 S STATE STREET
SYRACUSE, NY 13202

Claim Number: 3547
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,145.27 | Scheduled: | $1,341.27 |

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: SHEEHAN PHINNEY BASS + GREEN
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3548
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
Amends claim 826.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $290,309.75 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WRIGHT, NATASHA<br>3215 KIRBY STREET<br>DURHAM, NC 27713 | Claim Number: 3549<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
| SECURED | Claimed: | $0.00  UNDET |

---

| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | Claim Number: 3550<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 3822 (08/24/2010) |
|---|---|

| PRIORITY | Claimed: | $1.00  UNLIQ CONT |

---

| CHILDERS, RUSSELL<br>5296 UNION CR<br>FLOWERY BRANCH, GA 30542 | Claim Number: 3551<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: ASTEC AMERICA INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3552<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6295 (09/02/2011) |
|---|---|

| SECURED | Claimed: | $132,939.52 | | |
| UNSECURED | | | Scheduled: | $84,567.98 |

---

| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: EMERSON NETWORK POWER<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3553<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6295 (09/02/2011) |
|---|---|

| SECURED | Claimed: | $245,546.64 |
| UNSECURED | Claimed: | $1,438,904.86 |

---

| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: EMERSON NETWORK POWER<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3554<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6295 (09/02/2011) |
|---|---|

| UNSECURED | Claimed: | $355,196.38 |

---

| ASTEC AMERICA INC<br>VON BRIESEN & ROPER<br>C/O RANDALL CROCKER<br>411 E. WISCONSIN AVE., SUITE 700<br>MILWAUKEE, WI 53202 | Claim Number: 3555<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6295 (09/02/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,542.31 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: EMERSON NETWORK POWER<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3556<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6295 (09/02/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $222,220.15 |
|---|---|---|

---

| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: EMERSON NETWORK POWER<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3557<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6295 (09/02/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $29,837.25 |
|---|---|---|

---

| ACE TECHNOLOGIES CORP<br>156 BL 6L 727-4, KOJANDONG<br>INCHEON, 405-310<br>KOREA | Claim Number: 3558<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $5,300.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| RAND TECHNOLOGY INC<br>15225 ALTON PARKWAY, SUITE 100<br>IRVINE, CA 92618-2351 | Claim Number: 3559<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $38,591.00 |
|---|---|---|

---

| RAND TECHNOLOGY INC<br>15225 ALTON PARKWAY #100<br>IRVINE, CA 92618-2351 | Claim Number: 3560<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $38,591.00 |
|---|---|---|

---

| GATLA, SRIMANI<br>48988 MANNA GRASS TER<br>FREMONT, CA 94539-8414 | Claim Number: 3561<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| SECURED | Claimed: | $7,495.35 |
| UNSECURED | Claimed: | $9,512.35 |
| TOTAL | Claimed: | $17,007.70 |

---

| GATLA, SRIMANI<br>48988 MANNA GRASS TERRACE<br>FREMONT, CA 94539 | Claim Number: 3562<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $17,007.70 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ACE TECHNOLOGIES CORP<br>156BL 6L 727-4, KOJANDONG<br>INCHEON, 405-310<br>KOREA | Claim Number: 3563<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $5,300.00 | | |

---

| ACE TECHNOLOGIES CORP<br>156B 5L 727-4, KONJAN-DONG,<br>INCHEON, 405-310<br>KOREA | Claim Number: 3564<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $5,300.00 | | |

---

| NANCE, MANLY S.<br>182 WOODBERRY RD SW<br>MEADOWS DAN, VA 24120-3682 | Claim Number: 3565<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $63,388.92 | | |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NANCE, MANLY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3566<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | | Scheduled: | $3,939.64 |
| UNSECURED          Claimed: | $63,388.93 | Scheduled: | $64,233.65 |

---

| JOANNOU, DION<br>2839 NE 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | Claim Number: 3567<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $240,000.00 | | |

---

| JOANNOU, DION<br>2839 NE 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | Claim Number: 3568<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY          Claimed: | $10,950.00 | | |
| UNSECURED          Claimed: | $229,050.00 | Scheduled: | $0.00  UNLIQ |

---

| HOUGHTON, JOSEPH W<br>11 CHEMIN ALBERT<br>VAL DES MONTS<br>QUEBEC, J8N5H5<br>CANADA | Claim Number: 3569<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $22,182.94 | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MARTIN, CHRISTOPHER D.<br>1220 HUNTSMAN DRIVE<br>DURHAM, NC 27713 | Claim Number: 3570<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,035.40 | |

| PILLMAN, EDWARD J<br>5203 STONE ARBOR CT.<br>DALLAS, TX 75287 | Claim Number: 3571<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,017,917.33 | Scheduled: $0.00 UNLIQ |

| MCMANUS, THOMAS K<br>710 ASH CREEK CT<br>ROSWELL, GA 30075 | Claim Number: 3572<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $207,881.08 | Scheduled: $0.00 UNLIQ |

| ASM CAPITAL, L.P.<br>TRANSFEROR: WMS VISION INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3573<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $31,374.13 | Scheduled: $15,360.00 |

| JONES, LOUIS JR.<br>3504 'MALLEY CT.<br>PLANO, TX 75023 | Claim Number: 3574<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $120,193.17 | Scheduled: $0.00 UNLIQ |

| CROUSE, CIMARRON<br>15 HIGHLAND RD<br>WESTPORT, CT 06880 | Claim Number: 3575<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $11,754.17 | |

| POUSSON, BART P.<br>1413 STARPOINT LANE<br>WYLIE, TX 75098 | Claim Number: 3576<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $31,230.78 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GRIFFIN, KIMBERLY
2111 STONE PASTURE ROAD
FUQUAY VARINA, NC 27526

Claim Number: 3577
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 574.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,129.58 | | |

---

LEE, CHARLES H JR
1103 CR 3470
HAWKINS, TX 75765

Claim Number: 3578
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $156,723.00 | Scheduled: | $0.00 UNLIQ |

---

BIEGHLER, BRET
3329 SAN PATRICIO DRIVE
PLANO, TX 75025

Claim Number: 3579
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

MARTIN, CHRISTOPHER
1220 HUNTSMAN DR.
DURHAM, NC 27713

Claim Number: 3580
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,524.86 |
| UNSECURED | Claimed: | $72,886.82 | Scheduled: | $77,114.62 |

---

WEAVER, PHILIP
3128 CARROLL CR
PLANO, TX 75023

Claim Number: 3581
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,503.12 | | |

---

SRINIVASAN, SEKAR
1809 EAGLE GLEN DR
ROSEVILLE, CA 95661-4025

Claim Number: 3582
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 546.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,328.48 | Scheduled: | $4,656.40 |
| UNSECURED | Claimed: | $28,584.62 | Scheduled: | $31,129.67 |

---

DENNIS, GREGORY
435 BEACH 64TH STREET
ARVERNE, NY 11692

Claim Number: 3583
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,615.38 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

RASMUSON, SCOTT
702 WINTERWOOD CT
GARLAND, TX 75044

Claim Number: 3584
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $25,194.23 | | |
| UNSECURED | | | Scheduled: | $1,656.77  UNLIQ |

---

RASMUSON, SCOTT
702 WINTERWOOD CT.
GARLAND, TX 75044

Claim Number: 3585
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,193.81 |
| SECURED | Claimed: | $64,498.46 |
| UNSECURED | Claimed: | $18,193.81 |
| TOTAL | Claimed: | $82,692.27 |

---

NIELSON, DAVE
504 S. HORIZON CIRCLE
SIOUX FALLS, SD 57106

Claim Number: 3586
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,176.62 |

---

GOFORTH, OONA M
700 N MAIN ST, PO BOX 234
FARMLAND, IN 47340

Claim Number: 3587
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ |

---

HAWKINS, SHERMAN V.
1045 PINE GROVE PTE. DR.
ROSWELL, GA 30075-2704

Claim Number: 3588
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $93,628.08 |

---

APANI NETWORKS
1800 E IMPERIAL HIGHWAY, SUITE 210
BREA, CA 92821

Claim Number: 3589
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,683.33 |

---

APANI NETWORKS
1800 EAST IMPERIAL HIGHWAY
SUITE 210
BREA, CA 92821

Claim Number: 3590
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4049 (09/30/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,683.33 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: IMPULSE TECHNOLOGIES
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3591
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $105,569.92 | | |
|---|---|---|---|---|

---

KING, BARBARA
9809 LA CIENEGA STREET
LAS VEGAS, NV 89183

Claim Number: 3592
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $95,377.74 | Scheduled: | $0.00 UNLIQ |

---

KING, BARBARA J.
9809 LA CIENEGA STREET
LAS VEGAS, NV 89183

Claim Number: 3593
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $39,963.08 | Scheduled: | $3,162.00 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $23,933.90 |

---

HENDERSON, MARGARET
1416 BERKLEY ROAD
ALLEN, TX 75002

Claim Number: 3594
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $24,851.09 | | |

---

GRIFFIN, KIMBERLY
8701 DONNINGTON DR
RALEIGH, NC 27615

Claim Number: 3595
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 575.

| PRIORITY | Claimed: | $5,796.89 | Scheduled: | $1,885.77 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $53,434.18 |

---

WEAVER, PHILIP A
3128 CARROLL CR
PLANO, TX 75023

Claim Number: 3596
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $56,988.50 | | |
|---|---|---|---|---|

---

REGAN, PHILIP
719 SOUTHWINDS DR
BRYN MAWR, PA 19010-2069

Claim Number: 3597
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7686 (05/24/2012)

| UNSECURED | Claimed: | $15,853.00 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| REGAN, PHILIP & RITA<br>719 SOUTHWINDS DR.<br>BRYN MAWR, PA 19010-2069 | Claim Number: 3598<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,853.00 | | |

---

| VIRGINIA<br>VIRGINIA DEPARTMENT OF THE TREASURY<br>DIVISION OF UNCLAIMED PROPERTY<br>P.O. BOX 2478<br>RICHMOND, VA 23218-2478 | Claim Number: 3599<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $96.05 | | |

---

| NEWELL, PAMELA<br>2306 GOLDEN WILLOW LN<br>RICHARDSON, TX 75082 | Claim Number: 3600<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $70,699.98 | | |

---

| NELSON, CLEO F<br>10313 YORK LANE<br>BLOOMINGTON, MN 55431 | Claim Number: 3601<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $185,376.00 | | |

---

| CHAPLIN, JEAN<br>2717 GHOLSON DRIVE<br>CEDAR PARK, TX 78613 | Claim Number: 3602<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $27,692.28 | | |

---

| JAVA, LAWRENCE ALERRE<br>204 HARDWOOD RIDGE COURT<br>CLAYTON, NC 27520-9405 | Claim Number: 3603<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $95,211.20 | | |

---

| PALMER, CAROLYN<br>3171 WINDING LAKE DR<br>GAINESVILLE, GA 30504 | Claim Number: 3604<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2097 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,539.58 | Scheduled: | $11,539.58 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BENNETT, PATRICIA M.
57 FERNWOOD AVENUE
OAKDALE, NY 11769

Claim Number: 3605
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6173

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

FULCRUM DISTRESS OPPORTUNITIES FUND I LP
TRANSFEROR: STANDEL, JR., RICHARD
111 CONGRESS AVENUE
SUITE 2550
AUSTIN, TX 78701

Claim Number: 3606
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $676,950.08 | Scheduled: | $676,950.08 UNLIQ |
|---|---|---|---|---|

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: STANDEL JR., RICHARD R.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Claim Number: 3607
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 3821

| UNSECURED | Claimed: | $683,190.05 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

GIBSON TECHNOLOGIES
3100 WOODCREEK DR
DOWNERS GROVE, IL 60515-5427

Claim Number: 3608
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,325.00 | Scheduled: | $45,325.00 |
|---|---|---|---|---|

EVANS, DEBORAH
5919 WESTMINSTER
BENTON, AR 72019

Claim Number: 3609
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $6,481.06 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,589.95 | Scheduled: | $49,928.78 |

EVANS, DEBORAH J.
5919 WESTMINSTER
BENTON, AR 72019

Claim Number: 3610
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $53,589.95 | | |
|---|---|---|---|---|

GHASEMIAN, ZAHRA
4174 EAST 139TH AVE
THORNTON, CO 80602

Claim Number: 3611
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $300,000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $30,269.75 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CHRISTMANN, DUSTIN<br>1805 CLOVER CREEK DR<br>LONGMONT, CO 80503-7579 | Claim Number: 3612<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,602.33 |
| UNSECURED | Claimed: | $22,493.42 | Scheduled: | $33,612.37 |

---

| NGUYEN, THUY<br>5337 OLVER AVE S<br>MINNEAPOLIS, MN 55419-1054 | Claim Number: 3613<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $16,362.82 | Scheduled: | $17,230.19 |
| TOTAL | Claimed: | $16,362.82 | | |

---

| PEARCE, HARRY J.<br>455 WISHBONE DRIVE<br>BLOOMFIELD HILLS, MI 48304 | Claim Number: 3614<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | | |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ROBERT S MCWHORTER ESQ<br>NOSSAMAN LLP<br>915 L STREET SUITE 1000<br>SACRAMENTO, CA 95814 | Claim Number: 3615<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 4163 (10/14/2010) | | |

| ADMINISTRATIVE | Claimed: | $61,290.00 |

---

| HINES, ALLISON H<br>P.O. BOX 158030<br>NASHVILLE, TN 37215 | Claim Number: 3616<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 7620 (05/08/2012) | | |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ROBERT S MCWHORTER, ESQ<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA 95814 | Claim Number: 3617<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 4163 (10/14/2010) | | |

| ADMINISTRATIVE | Claimed: | $61,290.00 |
| UNSECURED | Claimed: | $608,614.19 |

---

| CARREON, JOHNNY E<br>4769 NW 22ND ST<br>COCONUT CREEK, FL 33063 | Claim Number: 3618<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 645. | | |

| UNSECURED | Claimed: | $79,249.26 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DEBRUN, THOMAS E
516 PARISHGATE CIR
FUQUAY-VARINA, NC 27526

Claim Number: 3619
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $129,717.73 | | $0.00 UNLIQ |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HUNGLE, TERRY G
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3620
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $238,875.95 |

PHILLIPS, JESSICA
1013 ANDIRON LN
RALEIGH, NC 27614

Claim Number: 3621
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $53,633.69 |

PHILLIPS, JESSICA
1013 ANDIRON LN
RALEIGH, NC 27614

Claim Number: 3622
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,847.37 |
| UNSECURED | | $2,013.18 | Scheduled: | $52,300.24 |

PUND, CAROLYN B
3255 TREBOL LN
SAN JOSE, CA 95148

Claim Number: 3623
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $3,105.00 |

PUND, CAROLYN BAJARIN
3255 TREBOL LN
SAN JOSE, CA 95148

Claim Number: 3624
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

BACCHIOCHI, GERRY
120 MEADOWSTONE CIRCLE
RINGGOLD, GA 30736

Claim Number: 3625
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $20,321.59 | | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: MANGUM, DAVID R
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Claim Number: 3626
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,840.00 | | |
| UNSECURED | Claimed: | $13,840.00 | Scheduled: | $14,293.33 |
| TOTAL | Claimed: | $13,840.00 | | |

---

MANGUM, DAVID
3088 WALTERS RD
CREEDMOOR, NC 27522

Claim Number: 3627
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |

---

COMPTON, BARRY
13105 POWELL RD
WAKE FOREST, NC 27587

Claim Number: 3628
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,796.81 |

---

COMPTON, BARRY
13105 POWELL RD
WAKE FOREST, NC 27587

Claim Number: 3629
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,111.02 | Scheduled: | $54,943.35 |

---

LAMBERT, DAVID A
P.O. BOX 549
ARROYO SECO, NM 87514

Claim Number: 3630
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $385,769.87 | Scheduled: | $0.00 UNLIQ |

---

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, LP
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3631
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $394,258.47 | Scheduled: | $386,059.67 |

---

HUNT, STEPHEN
5880 HERSHINGER CLOSE
DULUTH, GA 30097

Claim Number: 3632
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $301,238.28 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| BUSHNELL, ROGER<br>101 MAYBANK COURT<br>DURHAM, NC 27713 | | Claim Number: 3633<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $73,200.79 | Scheduled: | $65,886.70 UNLIQ | |
| KIRK, CAROLYN S<br>411 OCEANVIEW AVE<br>PALM HARBOR, FL 34683 | | Claim Number: 3634<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $52,904.08 | Scheduled: | $0.00 UNLIQ | |
| DURAMOULD PLASTICS INC.<br>1950 BOUNDARY RD<br>WHITBY, ON L1N 8P8<br>CANADA | | Claim Number: 3635<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $73,000.00 | | | |
| DURAMOULD PLASTICS<br>INCORPORATED<br>1950 BOUNDARY ROAD<br>WHITBY, ON L1N 8P8<br>CANADA | | Claim Number: 3636<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $73,815.00 | | | |
| BAILEY, JOEL S<br>2020 RUBICON LANE<br>WAKE FOREST, NC 27587 | | Claim Number: 3637<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $161,088.88 UNLIQ | Scheduled: | $0.00 UNLIQ | |
| BAILEY, JOEL SIDNEY<br>2020 RUBICON LANE<br>WAKE FOREST, NC 27587 | | Claim Number: 3638<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $161,088.88 UNLIQ | | | |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3639<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $36,501.58 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CLINE, GLEN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3640<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |

| GATLA, SRIMANI REDDY<br>48988 MANNA GRASS TER<br>FREMONT, CA 94539-8414 | | Claim Number: 3641<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $8,062.27 |
| UNSECURED | Claimed: | $6,057.70 | Scheduled: | $10,219.07 |

| SRIMANI, GATLA<br>48988 MANNA GRASS TERRACE<br>FREMONT, CA 94539 | | Claim Number: 3642<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,007.70 | | |

| NISKALA, KEITH<br>4 SHELLEY DR<br>LONDONDERRY, NH 03053 | | Claim Number: 3643<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $29,359.35 | | |

| NISKALA, KEITH<br>4 SHELLEY DRIVE<br>LONDONDERRY, NH 03053 | | Claim Number: 3644<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $29,359.35 | | |

| RIMAGE CORP<br>7725 WASHINGTON AVE S<br>MINNEAPOLIS, MN 55439 | | Claim Number: 3645<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,548.87 | Scheduled: | $0.00 UNLIQ |

| RIMAGE CORPORATION<br>7725 WASHINGTON AVENUE SOUTH<br>MINNEAPOLIS, MN 55439 | | Claim Number: 3646<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,548.87 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3647<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $36,501.58 |

---

| | | |
|---|---|---|
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3648<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| CLINE, GLENN B.<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3649<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $36,501.58 |

---

| | | |
|---|---|---|
| CLINE, GLEN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3650<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| | | | | |
|---|---|---|---|---|
| DEL PRIORE, ROBERT P<br>10110 AVENT RIDGE DR.<br>COLLIERVILLE, TN 38017 | | Claim Number: 3651<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $87,727.47 | Scheduled: | $0.00  UNLIQ |

---

| | | |
|---|---|---|
| DEL PRIORE, ROBERT P<br>10110 AVENT RIDGE DR.<br>COLLIERVILLE, TN 38017 | | Claim Number: 3652<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $87,727.47 |

---

| | | |
|---|---|---|
| JOANNOU, DION<br>2839 NE 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | | Claim Number: 3653<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 3654
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $23,414.40 |
|---|---|---|

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 3655
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $23,414.40 |
|---|---|---|

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 3656
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $23,414.40 |
|---|---|---|

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 3657
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $23,414.40 |
|---|---|---|

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 3658
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $20,791.92 |
|---|---|---|

BRODY, GEORGE
204 HIGH CANYON CRT
RICHARDSON, TX 75080

Claim Number: 3659
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $176,913.30 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

VOSBURG, WILLIAM E
3232 NEUSE BANK CT
WAKE FOREST, NC 27587

Claim Number: 3660
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $7,418.84 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

VOSBURG, WILLIAM
3232 NEUSE BANK CT
WAKE FOREST, NC 27587

Claim Number: 3661
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | Scheduled: | $3,291.00 |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $52,540.86 | Scheduled: | $56,785.18 |

---

LOTOCHINSKI, EUGENE B
879 CURTISWOOD LANE
NASHVILLE, TN 37204

Claim Number: 3662
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $356,747.02 | Scheduled: | $0.00 UNLIQ |

---

MONDOR, DAN
3650 NEWPORT BAY DRIVE
ALPHARETTA, GA 30005

Claim Number: 3663
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 152.

| PRIORITY | Claimed: | $33,153.91 | | |
| UNSECURED | | | Scheduled: | $33,153.91 UNLIQ |

---

UNITED STATES DEBT RECOVERY X, LP
TRANSFEROR: MONDOR, DAN
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3664
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 767.

| PRIORITY | Claimed: | $294,127.43 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

NEW BOSTON 175 CAPITAL LLC
60 STATE STREET, SUITE 1500
BOSTON, MA 02109-1803

Claim Number: 3665
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,224.73 | | |

---

LIPSCHUTZ, JOYCE S
7209 MANOR OAKS DR
RALEIGH, NC 27615

Claim Number: 3666
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $312,858.97 | Scheduled: | $0.00 UNLIQ |

---

BELLOWS, RAY
2502 LARKIN DR.
SUN CITY CENTER, FL 33573

Claim Number: 3667
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,364.17 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GAGNON, JEAN PAUL<br>934 PARADIS<br>QUEBEC, QC G1V 2T6<br>CANADA | Claim Number: 3668<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

---

| GAGNON, JEAN PAUL<br>2292 AVENUE CHAUVEAU, APT. 17<br>QUEBEC, QC G2C 0J9<br>CANADA | Claim Number: 3669<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $195,557.00 | Scheduled: | $195,557.00 UNLIQ |

---

| GAGNON, JEAN PAUL<br>934 PARADIS<br>QUEBEC, QC G1V 2T6<br>CANADA | Claim Number: 3670<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

---

| GAGNON, JEAN PAUL<br>2292 AVENUE CHAUVEAU, APT. 17<br>QUEBEC, QC G2C 0J9<br>CANADA | Claim Number: 3671<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $36,090.45 | |

---

| BUDIHARDJO, PETER<br>103 LOCHFIELD DR<br>CARY, NC 27518 | Claim Number: 3672<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $136,224.14 | |

---

| BUDIHARDJO, PETER<br>103 LOCHFIELD DRIVE<br>CARY, NC 27518 | Claim Number: 3673<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $136,224.14 | Scheduled: | $99,525.75 UNLIQ |

---

| BUDIHARDJO, PETER<br>103 LOCHFIELD DR<br>CARY, NC 27518 | Claim Number: 3674<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $114,230.74 | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| BUDIHARDJO, PETER S<br>103 LOCHFIELD DRIVE<br>CARY, NC 27518 | | Claim Number: 3675<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $114,230.74 | Scheduled: | $114,230.74 |
| BUDIHARDJO, PETER<br>103 LOCHFIELD DR<br>CARY, NC 27518 | | Claim Number: 3676<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| BUDIHARDJO, PETER S.<br>103 LOCHFIELD DRIVE<br>CARY, NC 27518 | | Claim Number: 3677<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7811 (06/05/2012) | | |
| UNSECURED | Claimed: | $135,027.14 | | |
| WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD. STE.235<br>CLAYTON, NC 27520 | | Claim Number: 3678<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $6,736.47<br>$12,599.65 | | |
| WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD.<br>STE 235<br>CLAYTON, NC 27520 | | Claim Number: 3679<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $6,736.47<br>$12,599.65 | | |
| WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD.<br>STE. 235<br>CLAYTON, NC 27520 | | Claim Number: 3680<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $6,736.47<br>$12,599.65 | Scheduled:<br>Scheduled: | $1,258.59<br>$19,077.21 |
| PATEL, GIRISHKUMAR<br>3905 JEFFERSON CIR<br>PLANO, TX 75023 | | Claim Number: 3681<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $83,787.15 | Scheduled: | $83,787.15  UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SIMMONS, EDGAR B.<br>218 S BAY DRIVE<br>BULLARD, TX 75757-8939 | | Claim Number: 3682<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $107,217.83 | Scheduled: | $0.00  UNLIQ |

| KASPER, JOHN<br>305 HIGHLANDS BLUFF<br>CARY, NC 27518 | | Claim Number: 3683<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,784.60 |
| UNSECURED | Claimed: | $36,974.00 | Scheduled: | $34,842.76 |

| ANDERSON, CARL A.<br>8945 HUNTCLIFF TRACE<br>ATLANTA, GA 30350 | | Claim Number: 3684<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $74,764.40 | |

| TAN, DANIEL SHUSEN<br>305 SPRING CREEK VILLAGE # 552<br>DALLAS, TX 75248 | | Claim Number: 3685<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $20,677.63 | |

| FORDEN, RONALD KEITH<br>2905 JORDAN CT.<br>SUITE B109<br>ALPHARETTA, GA 30004 | | Claim Number: 3686<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $483,372.00 | |

| SLATTERY, STEVE<br>507 LAREDO CIRCLE<br>ALLEN, TX 75013 | | Claim Number: 3687<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1435. | |
|---|---|---|---|
| PRIORITY | Claimed: | $638,045.33 | |

| LO, DIANA<br>1513 ADOLFO DRIVE<br>SAN JOSE, CA 95131 | | Claim Number: 3688<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,867.62 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SPIRIDE, ANDREEA<br>3604 NEIMAN RD.<br>PLANO, TX 75025 | | Claim Number: 3689<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,650.00 | | |

---

| MOREN, CHRISTINA<br>2693 HILLSIDE DR.<br>HIGHLAND VILLAGE, TX 75077 | | Claim Number: 3690<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $2,425.00 | | |
| UNSECURED | Claimed: | $2,954.00 | | |

---

| BROOM, JAMES<br>807 NORTHAMPTON DR<br>CARY, NC 27513 | | Claim Number: 3691<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $41,262.30 | | |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: FARMER, ANGELIQUE<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3692<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,659.11 | | |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: BYNUM, JAIMIE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3693<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,326.80 | | |

---

| FORDEN, RONALD KEITH<br>2905 JORDAN CT.<br>SUITE B109<br>ALPHARETTA, GA 30004 | | Claim Number: 3694<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,224.00 | | |

---

| NUNN, RANDALL H.<br>601 NW 7TH AVE<br>MINERAL WELLS, TX 76067 | | Claim Number: 3695<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,200.36 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

JAZAYERI, TONY
5325 CORINTHIAN BAY DR.
PLANO, TX 75093

Claim Number: 3696
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
SECURED         Claimed:          $30,240.00
UNSECURED

---

KNOUSE, MICHAEL
4701 121 ST # 15
LUBBOCK, TX 79424

Claim Number: 3697
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED       Claimed:          $27,330.57

---

KESSEL, ROBERT
2245 MONROE DRIVE
ALPHARETTA, GA 30004

Claim Number: 3698
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY        Claimed:          $1,971.64

---

THOMAS, DAVID
7831 COACH HOUSE LN
RALEIGH, NC 27615

Claim Number: 3699
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED       Claimed:          $108,879.18       Scheduled:          $0.00 UNLIQ

---

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: BURKE, ROBERT
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Claim Number: 3700
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 457

UNSECURED       Claimed:          $333,010.14       Scheduled:          $0.00 UNLIQ

---

ASM SIP, L.P.
TRANSFEROR: SYNROD, STEPHEN A.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3701
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED       Claimed:          $34,957.53

---

ASM SIP, L.P.
TRANSFEROR: PIERANNUNZI, KEN
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3702
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

PRIORITY                                            Scheduled:          $6,583.70
UNSECURED       Claimed:          $0.00  UNDET      Scheduled:          $30,428.41

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PERZAN, DARLENE & NIC
212 HIGH RIDGE CRES NW
HIGH RIVER, AB T1V 1X8
CANADA

Claim Number: 3703
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

NG, NORMA
1904 DEERCREEK DRIVE
ALLEN, TX 75013

Claim Number: 3704
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $22,333.74 |
|---|---|---|

---

THELOOSEN, HENDRIKUS
162 WATERTON
WILLIAMSBURG, VA 23188

Claim Number: 3705
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,324.04 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

UNTIED STATES DEBT RECOVERY XI, LP
TRANSFEROR: PALMER, CAROLYN G.
940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3706
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 390.

| UNSECURED | Claimed: | $168,361.82 |
|---|---|---|

---

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: RITCHIE, ROBERT FRASER
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Claim Number: 3707
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $87,179.15 |
|---|---|---|

---

GOOSE, KEVIN N.
2500 SILVER SPUR CT
HERNDON, VA 20171-2927

Claim Number: 3708
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $154,722.84 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

MILLER, PATRICE K
215 LOWER COUNTRY DR
GAITHERSBURG, MD 20877

Claim Number: 3709
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,377.99 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| RAHA, DWIJADAS<br>4112 CITY OF OAKS WYND<br>RALEIGH, NC 27612 | | Claim Number: 3710<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $93,704.76 | Scheduled: | $0.00  UNLIQ |

| CAMPBELL, TERRENCE S<br>9417 KOUPELA DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 3711<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,345.24 | Scheduled: | $0.00  UNLIQ |

| LAFARGUE, PATRICK<br>5307 HARBURY COVE<br>SUWANEE, GA 30024 | | Claim Number: 3712<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $75,762.03 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

| ROSS, ERIC<br>508 THARPS LANE<br>RALEIGH, NC 27614 | | Claim Number: 3713<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,740,462.94 | Scheduled: | $0.00  UNLIQ |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GUPTA, SANJEEV<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3714<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $106,797.11 | | |

| WYRICK, WENDY<br>3505 BRENDEN COURT<br>WYLIE, TX 75098 | | Claim Number: 3715<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $36,646.00 | | |

| PHAM, TAM P.<br>1903 BARCLAY PLACE<br>RICHARDSON, TX 75081 | | Claim Number: 3716<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $40,340.34 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PATEL, KISHOR A
2918 OAK POINT DR
GARLAND, TX 75044

Claim Number: 3717
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $15,948.99 | Scheduled: | $17,595.84 |

---

MCCANN-ERICKSON
ATTN: MIKE CORDOVA
600 BATTERY STREET
SAN FRANCISCO, CA 94111

Claim Number: 3718
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,058,790.95 |

---

AIRVANA, INC.
CHRISTOPHER J. PANOS, ESQ.
CRAIG & MACAULEY PC
FEDERAL RESERVE BLDG, 600 ATLANTIC AVE.
BOSTON, MA 02210

Claim Number: 3719
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3042 (05/24/2010)

| UNSECURED | Claimed: | $38,248,461.01 |

---

MCCORMICK, RICHARD D.
2045 EAST ALAMEDA AVENUE
DENVER, CO 80209

Claim Number: 3720
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00   UNDET |

---

DOVER MASTER FUND II, L.P.
TRANSFEROR: GILMORE GLOBAL LOGISTICS
C/O LONGACRE MANAGEMENT, LLC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3721
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $589,872.29 |

---

DOVER MASTER FUND II, L.P.
TRANSFEROR: GILMORE GLOBAL LOGISTICS SER
C/O LONGACRE MANAGEMENT, LLC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3722
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| ADMINISTRATIVE UNSECURED | Claimed: | $3,502.19 |

---

JOANNOU, DION
2839 NE 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3723
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $58,550.00 | Scheduled: | $69,500.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

JOANNOU, DION
2839 N. E. 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3724
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $69,500.00 | | |

---

WORTHY,THOMAS  R.
1740 SW MONARCH CLUB DRIVE
PALM CITY, FL 34990

Claim Number: 3725
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $523,317.33 | Scheduled: | $0.00  UNLIQ |

---

WORTHY, THOMAS R.
1740 SW MONARCH CLUB DRIVE
PALM CITY, FL 34990

Claim Number: 3726
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

YOUNG, TINA L
670 W. WALCOTT
PILOT POINT, TX 76258

Claim Number: 3727
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,000,000.00 | | |

---

YOUNG, TINA L.
670 W. WALCOTT STREET
PILOT POINT, TX 76258

Claim Number: 3728
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $1,000,000.00 | | |

---

NAGARAJ, KESAVAMURTHY
4201 WARMINSTER DRIVE
PLANO, TX 75093

Claim Number: 3729-01
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $13,500.00 | | |

---

NAGARAJ, KESAVAMURTHY
4201 WARMINSTER DRIVE
PLANO, TX 75093

Claim Number: 3729-02
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NAGARAJ, KESAVAMURTHY<br>4201 WARMINSTER DR<br>PLANO, TX 75093 | Claim Number: 3730-01<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $13,500.00 |
|---|---|---|

| NAGARAJ, KESAVAMURTHY<br>4201 WARMINSTER DR<br>PLANO, TX 75093 | Claim Number: 3730-02<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claimant asserts 86,236 Canadian |
|---|---|

| UNSECURED | Claimed: | $69,006.05 |
|---|---|---|

| CLARK, DOUGLAS G.<br>1529 ELLIS HOLLOW ROAD<br>ITHACA, NY 14850 | Claim Number: 3731<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $632,338.38 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| YOAKUM, JOHN<br>1704 KILARNEY DRIVE<br>CARY, NC 27511 | Claim Number: 3732<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $545,841.00 |
|---|---|---|

| C. MARK CORP.<br>10515 MARKISON ROAD<br>DALLAS, TX 75238 | Claim Number: 3733<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $95,030.00 |
|---|---|---|

| SYSELOG SA<br>HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | Claim Number: 3734<br>Claim Date: 09/25/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 4554 (12/07/2010) |
|---|---|

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

| RADISYS CORPORATION<br>PO BOX 952420<br>SAINT LOUIS, MO 63195 | Claim Number: 3735<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $264,589.40 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | Claim Number: 3736<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $705,588.94 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| DALTON, JENNIFER<br>7270 MAXWELL RD<br>SODUS, NY 14551-9352 | Claim Number: 3737<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,800.00 |
|---|---|---|

| DALTON, JENNIFER<br>7270 MAXWELL RD.<br>SODUS, NY 14551 | Claim Number: 3738<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $10,800.00 |
|---|---|---|

| BCE, INC.<br>ATTN: MR. LYNTON RONALD WILSON<br>OXFORD TOWER<br>130 ADELAIDE STREET WEST, SUITE 2212<br>TORONTO, ON M5H 3P5<br>CANADA | Claim Number: 3739<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| MILLER, PHILIP W., JR.<br>35 MT. PLEASANT STREET<br>NORTH BILLERICA, MA 01862 | Claim Number: 3740<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $35,000.00 |
|---|---|---|

| RUDZINSKI, RANDY<br>1924 PARIS AVE<br>PLANO, TX 75025 | Claim Number: 3741<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $153,984.40 |
|---|---|---|

| MOORE, VICKI S.<br>5 BUNKER HILL<br>RICHARDSON, TX 75080 | Claim Number: 3742<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,673.03 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MOORE, VICKI S
5 BUNKER HILL
RICHARDSON, TX 75080

Claim Number: 3743
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $2,673.03 | Scheduled: | $0.00 UNLIQ |

SCHECTER, ROGER A.
3 BLACKBERRY RD
NASHVILLE, TN 37215

Claim Number: 3744
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $451,314.36 | Scheduled: | $0.00 UNLIQ |

SCHECTER, ROGER A
3 BLACKBERRY RD
NASHVILLE, TN 37215

Claim Number: 3745
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $380,681.28 |

SCHECTER, ROGER
3 BLACKBERRY RD
NASHVILLE, TN 37215

Claim Number: 3746
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $77,111.43 | Scheduled: | $77,111.43 UNLIQ |

VENTURINI, ALFIERO
1246 AUDRA COURT
MOHEGAN LAKE, NY 10547

Claim Number: 3747
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $53,650.00 |

BRANT, H. PAUL
4919 SHALLOWBROOK TRAIL
RALEIGH, NC 27616-7838

Claim Number: 3748
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $585,128.91 | Scheduled: | $0.00 UNLIQ |

MCCOY, LEONARD D.
4218 HIGH STAR LANE
DALLAS, TX 75287

Claim Number: 3749
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $317,285.12 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MADISON, SUZANNE<br>158 POST HILL ROAD<br>BRANDON, MS 39042 | | Claim Number: 3750<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,725.00 | | |
| UNSECURED | Claimed: | $14,347.20 | | |

---

| TYRRELL, SHELDON C<br>46 SPRING ISLAN DR<br>OKATIE, SC 29909 | | Claim Number: 3751<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $180,735.84 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

| KELLY, F MICHAEL<br>204 GLEN ABBEY DR<br>CARY, NC 27513 | | Claim Number: 3752<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,892.26  UNLIQ | | |

---

| KELLY, MICHAEL F.<br>204 GLEN ABBEY DRIVE<br>CARY, NC 27513 | | Claim Number: 3753<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ | | |
| UNSECURED | Claimed: | $27,498.00  UNLIQ | Scheduled: | $0.00  UNLIQ |

---

| BEACH, ELIZABETH<br>4 THOREAU DR<br>CHELMSFORD, MA 01824 | | Claim Number: 3754<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,625.14 |
| UNSECURED | Claimed: | $38,813.35 | Scheduled: | $36,281.61 |

---

| BEACH, ELIZABETH<br>4 THOREAU DR<br>CHELMSFORD, MA 01824 | | Claim Number: 3755<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,813.35 | | |

---

| BEACH, ELIZABETH<br>4 THOREAU DR<br>CHELMSFORD, MA 01824 | | Claim Number: 3756<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,813.35 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BEACH, ELIZABETH
4 THOREAU DR
CHELMSFORD, MA 01824

Claim Number: 3757
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $38,813.35 |
|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: TROP, PRUNER & HU, P.C.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3758
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $152,191.78 |
|---|---|---|

TROP, PRUNER & HU, P.C.
1616 S. VOSS RD., STE. 750
HOUSTON, TX 77057

Claim Number: 3759
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $661.50 |
|---|---|---|

GALT, W.B.
1109 MEADOW LANE
SACHSE, TX 75048

Claim Number: 3760
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $621,142.74 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

EISLER, MARK
1413 BEAVER RUN RD
GREENSBURG, PA 15601

Claim Number: 3761
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,301.37 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

SMITH JR., SHERWOOD H.
PO BOX 155
RALEIGH, NC 27602

Claim Number: 3762
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

CHAPPELL, TOMMA C.
575 ELLESMERE WAY
SUGAR HILL, GA 30518

Claim Number: 3763
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $71,267.23 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| MARGHOOB, SHAMAHRUKH<br>25394 SEQUOIAWOOD WAY<br>LAKE FOREST, CA 92630-6478 | | Claim Number: 3764<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $9,516.77 | | | |
| MARGHOOB, SHAMAHRUKH B.<br>25394 SEQUOIAWOOD WAY<br>LAKE FOREST, CA 92630-6478 | | Claim Number: 3765<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $9,516.77 | | | |
| MARGHOOB, SHAMAHRUKH<br>1201 WALNUT AVE, APT. 59<br>TUSTIN, CA 92780 | | Claim Number: 3766<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| UNSECURED | Claimed: | $9,516.77 | | | |
| MARGHOOB, SHAMAHRUKH B.<br>25394 SEQUOIAWOOD WAY<br>LAKE FOREST, CA 92630-6478 | | Claim Number: 3767<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $9,516.77 | | | |
| PATNER, JAMES R.<br>166 MEADOW FLOWER CIRCLE<br>BELLEFONTE, PA 16823 | | Claim Number: 3768<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $779,991.21 | Scheduled: | $0.00 UNLIQ | |
| BROWN, MICHAEL<br>1146 GLENBROOK DRIVE<br>FRANKLIN, TN 37064 | | Claim Number: 3769<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $2,493.52 | Scheduled: | $2,496.28 | |
| LAKSHMINARAYAN, SANKARAN<br>9815 AUTRY FALLS DR<br>ALPHARETTA, GA 30022 | | Claim Number: 3770<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $120,913.89 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HAWKINS, SHERMAN V.
1045 PINE GROVE PTE. DR.
ROSWELL, GA 30075-2704

Claim Number: 3771
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $151,884.80 |
|-----------|----------|-------------|

JOHNE-MANTHEY, BIRGITT
FORMER MANTHEY, W.
PUCKLERSTR. 21A
BERLIN, 14195
GERMANY

Claim Number: 3772
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

WIRELESS INTEGRATED NETWORKS INC.
NINOS HEROES 134 PTE. COL. CENTRO
HERMOSILLO
SONORA MEXICO, CP 83000
MEXICO

Claim Number: 3773-01
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 5625 (06/07/2011)
Amends claim 1679.

| UNSECURED | Claimed: | $116,326.00 |
|-----------|----------|-------------|

WIRELESS INTEGRATED NETWORKS INC.
NINOS HEROES 134 PTE. COL. CENTRO
HERMOSILLO
SONORA MEXICO, CP 83000
MEXICO

Claim Number: 3773-02
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $1,300.00 |
|-----------|----------|-----------|

BORDEN LADNER GERVAIS LLP
WORLD EXCHANGE PLAZA STE 1100
100 QUEEN STREET
CANADA, ON K1P 1J9
CANADA

Claim Number: 3774
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $36,774.26 |
|-----------|----------|------------|

HILLIS JENKINS, RUTH
1811 BLAIR BLVD
NASHVILLE, TN 37212

Claim Number: 3775
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8219

| PRIORITY | Claimed: | $74,209.59   CONT |
|----------|----------|-------------------|

RADIO FREQUENCY SYSTEMS
PETER HOLEWINSKI, GLOBAL CREDIT HEAD
ALCATEL-LUCENT
600 MOUNTAIN AVENUE 6E210
MURRAY HILL, NJ 07974

Claim Number: 3776
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $1,482,259.49 |
|-----------|----------|---------------|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TYCO ELECTRONICS CORP.
ATTN: GEORGE D NAGEL, JR.
CREDIT DEPT 3826
2800 FULLING MILL ROAD
MIDDLETOWN, PA 17057

Claim Number: 3777-01
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $13,616.62 |
|---|---|---|

---

TYCO ELECTRONICS CORP.
ATTN: GEORGE D NAGEL, JR.
CREDIT DEPT 3826
2800 FULLING MILL ROAD
MIDDLETOWN, PA 17057

Claim Number: 3777-02
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $11,390.89 |
|---|---|---|

---

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

Claim Number: 3778
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $50,300.00 |

---

ESCH, ANTHONY
PO BOX 925
ANNA, TX 75409

Claim Number: 3779
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $58,110.19 |
|---|---|---|

---

CARLSON, MICHAEL A.
5540 RIVERWOOD LANE
SAVAGE, MN 55378-4401

Claim Number: 3780
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

CARLSON, MICHAEL
5540 RIVERWOOD LN
SAVAGE, MN 55378-4401

Claim Number: 3781
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $60,367.00 |

---

LE, JOHN Q.
4417 KELLY DR.
RICHARDSON, TX 75082

Claim Number: 3782
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LE, JOHN Q.
4417 KELLY DR.
RICHARDSON, TX 75082

Claim Number: 3783
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $0.00   UNDET |

ALMS, MICHAEL
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

Claim Number: 3784
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $79,638.00 |

ALMS, MICHAEL
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

Claim Number: 3785
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $107,648.83 |

CUMMINGS, JOSEPH
35 CRYSTAL PLACE
LEVITTOWN, PA 19057

Claim Number: 3786
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $18,000.00 |

CUMMINGS, JOSEPH M
35 CRYSTAL PLACE
LEVITTOWN, PA 19057

Claim Number: 3787
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

---

| UNSECURED | Claimed: | $18,000.00 |

AIKEN, JERRY L.
8536 CARRIAGE WOODS LN.
ROUGEMONT, NC 27572

Claim Number: 3788
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $224,863.14 | Scheduled: | $0.00  UNLIQ |

STROMMENGER, HOLLY
503 E 6TH
LA CROSSE, KS 67548

Claim Number: 3789
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $53,449.98 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

STROMMENGER, HOLLY
503 E. 6TH
LA CROSSE, KS 67548

Claim Number: 3790
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $53,449.98 |

---

LABORE, RICHARD
43 SKY RIDGE DR.
ROCHESTER, NY 14625

Claim Number: 3791
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $46,858.47 |

---

LABORE, RICHARD H.
15775 KNAPP SHORE
KENT, NY 14477

Claim Number: 3792
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $46,858.47 |

---

JONES, ANN J.
PO BOX 294
BIG ISLAND, VA 24526

Claim Number: 3793
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $20,863.00 | UNLIQ |
| UNSECURED | Claimed: | $20,863.00 | UNLIQ |
| TOTAL | Claimed: | $20,863.00 | UNLIQ |

---

JONES, ANN J.
PO BOX 294
BIG ISLAND, VA 24526

Claim Number: 3794
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |

---

CHONG, BAK L.
19070 BROOKVIEW DR
SARATOGA, CA 95070

Claim Number: 3795
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |

---

CHONG, BAK L.
19070 BROOKVIEW DR
SARATOGA, CA 95070

Claim Number: 3796
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,807.68 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3797<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3798<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|

---

| UNSECURED | Claimed: | $28,807.68 |
|---|---|---|

| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3799<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| CHONG, BAK LENG<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3800<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|

---

| UNSECURED | Claimed: | $28,807.68 |
|---|---|---|

| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3801<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| CHONG, BAK<br>19070 BROOKVIEW DRIVE<br>SARATOGA, CA 95070 | | Claim Number: 3802<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|

---

| UNSECURED | Claimed: | $28,807.68 |
|---|---|---|

| KUO, CATHY<br>1509 ANGLEBLUFF LANE<br>PLANO, TX 75093 | | Claim Number: 3803<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|

---

| ADMINISTRATIVE | Claimed: | $35,261.37 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KUO, CATHY L
1509 ANGLEBLUFF LN
PLANO, TX 75093

Claim Number: 3804
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $35,261.37 |
| SECURED | Claimed: | $35,261.37 |
| TOTAL | Claimed: | $35,261.37 |

---

SCOTT, MARLENE L
2759 GALE AVE
LONG BEACH, CA 90810

Claim Number: 3805
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $57,451.50 |

---

SCOTT, MARLENE L
2759 GALE AVE
LONG BEACH, CA 90810

Claim Number: 3806
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8901 (11/07/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $57,451.50 |

---

ASM CAPITAL IV, L.P.
TRANSFEROR: EL-BEIK, ESSAM
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3807
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,353.00 |

---

BALL, MARTIN A
5713 CLOVERWOOD DR
BRENTWOOD, TN 37027

Claim Number: 3808
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $252,104.15 | Scheduled: | $0.00 UNLIQ |

---

TYRRELL, SHELDON C
46 SPRING ISLAN DR
OKATIE, SC 29909

Claim Number: 3809
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $180,735.84 |

---

WINKELER, JOHN F
700 TWIN CREEKS DR
ALLEN, TX 75013

Claim Number: 3810
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $36,136.56 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PRAYSNER, PAT
1405 SALADO DR
ALLEN, TX 75013-1120

Claim Number: 3811
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $129,482.69 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

SANDESARA, VISHAL
1132 QUEENSBRIDGE WAY
SAN JOSE, CA 95120

Claim Number: 3812
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY | | | |
| UNSECURED | Claimed: | $5,679.09 | |

---

EASLEY, HATTIE J
202 LYMAN PLACE
WEST PALM BEA, FL 33409

Claim Number: 3813
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00 UNDET |

---

EASLEY, HATTIE J
202 LYMAN PLACE
WEST PALM BEA, FL 33409

Claim Number: 3814
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments:
$220.00 per month for life - Priority.

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |

---

SGROI, PAUL
4663 PINECREST TER
EDEN, NY 14057

Claim Number: 3815
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,971.04 |

---

SGROI, PAUL
4663 PINECREST TER
EDEN, NY 14057

Claim Number: 3816
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $23,971.04 |

---

HUDSON, DESMOND F
82 BLACKHILL ROAD
PLAINFIELD, NH 03781

Claim Number: 3817
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,011,300.12 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| RAYMOND, ROBERT<br>PO BOX 3312<br>WEST MCLEAN, VA 22103 | Claim Number: 3818<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $45,042.05 | Scheduled: | $0.00 UNLIQ |

---

| RAYMOND, ROBERT<br>PO BOX 3312<br>WEST MCLEAN, VA 22103 | Claim Number: 3819<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |

| ADMINISTRATIVE | Claimed: | $45,042.05 |

---

| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: STANDEL JR, RICHARD<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | Claim Number: 3820<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $676,950.08 |

---

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: STANDEL JR, RICHARD R<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 3821<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $734,079.07 | Scheduled: | $0.00 UNLIQ |

---

| PETERSON, MENDEL L<br>11489 OBERLAND RD<br>SANDY, UT 84092-7142 | Claim Number: 3822<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $884,778.39 | Scheduled: | $0.00 UNLIQ |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WHITFILL, MARK<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3823<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $101,670.88 | Scheduled: | $0.00 UNLIQ |

---

| UNTIED STATES DEBT RECOVERY XI, LP<br>TRANSFEROR: BARTOSZEWICZ, JAMES<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3824<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $184,726.83 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WHITFILL, MARK E
3822 RAINTREE DR
FLOWER MOUND, TX 75022

Claim Number: 3825
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $101,670.88 | Scheduled: | $0.00 UNLIQ |

FRAME, ROBERT MG
1527 KINGS CROSSING
ST MOUNTAIN, GA 30087

Claim Number: 3826
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,029,899.15 | Scheduled: | $0.00 UNLIQ |

MARTIN, DOUGLAS G
480 SILVER SPRING RD
RIDGEFIELD, CT 06877

Claim Number: 3827
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $894,911.77 | Scheduled: | $0.00 UNLIQ |

WILMER CUTLER PICKERING HALE AND DORR
LLP
WILMERHALE LLP C/O CRAIG GOLDBLATT
1875 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20006

Claim Number: 3828
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,827.97 |

PIERCE, MATTHEW
153 EAST 43RD ST
APT 4B
NEW YORK, NY 10017

Claim Number: 3829
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,576.93 |

GFI, A DIVISION OF THOMAS & BETTS
MANUFACTURING INC.
C/O BRETT D FALLON ESQ, MORRIS JAMES LLP
500 DELAWARE AVENUE
WILMINGTON, DE 19801

Claim Number: 3830
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7874 (06/19/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $40,951.30 | | |
| UNSECURED | Claimed: | $1,050,439.37 | Scheduled: | $1,083,312.89 DISP |

NETWORK ENGINEERING
NETWORK ENGINEERING
3010 LBJ FREEWAY SUITE 350
DALLAS, TX 75234-2714

Claim Number: 3831
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $625,152.95 | Scheduled: | $5,416.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| INSIGHT<br>ATTN: CREDIT DEPT.<br>3480 LOTUS DR<br>PLANO, TX 75075 | Claim Number: 3832<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $183,436.15 |

---

| ARGONAUT INSURANCE COMPANY<br>PO BOX 974941<br>DALLAS, TX 75397-4941 | Claim Number: 3833<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4741 (01/24/2011) |

| UNSECURED | Claimed: | $92,417.00 |

---

| GFI, A DIVISION OF THOMAS & BETTS<br>MANUFACTURING INC.<br>C/O BRETT D FALLON ESQ, MORRIS JAMES LLP<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | Claim Number: 3834-01<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |

| ADMINISTRATIVE | Claimed: | $35,162.30 |

---

| GFI, A DIVISION OF THOMAS & BETTS<br>MANUFACTURING INC.<br>C/O BRETT D FALLON ESQ, MORRIS JAMES LLP<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | Claim Number: 3834-02<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |

| ADMINISTRATIVE | Claimed: | $5,789.00 |

---

| ASM CAPITAL AS PURCHASER OF DAITO<br>PRECISION, INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3835<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $66,762.00 | Scheduled: | $66,132.00 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: DAITO PRECISION INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3836<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) |

| UNSECURED | Claimed: | $27,750.00 |

---

| KENEDI, ROBERT<br>11726 NIGHT HERON DR<br>NAPLES, FL 34119-8888 | Claim Number: 3837<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $102,157.96 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SINYOR, ELLIS
3571 N 55 AVENUE
HOLLYWOOD, FL 33021

Claim Number: 3838
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $244,033.95 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

GAO, HONGWEI
4421 VANDERPOOL DRIVE
PLANO, TX 75024

Claim Number: 3839
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $31,959.72 |
|---|---|---|

BEAUMONT, ROBERT
2413 ROYAL TROON DRIVE
PLANO, TX 75025

Claim Number: 3840
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| PRIORITY | Claimed: | $45,000.00 |
|---|---|---|

COOK, JAMES
4009 GREENFIELD DR
RICHARDSON, TX 75082

Claim Number: 3841
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $30,423.47 |
|---|---|---|

XIN, GENG
3617 MASON DRIVE
PLANO, TX 75025

Claim Number: 3842
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| UNSECURED | Claimed: | $5,024.67 | Scheduled: | $5,024.70 |
|---|---|---|---|---|

KUTAC, GARY E.
1552 SAN SABA DR.
DALLAS, TX 75218

Claim Number: 3843
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 168.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,478.09 |

SMITH, ALDEN W.
4 MOUNTAIN AVENUE
AYER, MA 01432

Claim Number: 3844
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $53,820.52 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: PARAGON COMMUNICATIONS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3845
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,571.07 | Scheduled: | $12,571.07 |

---

BENTELE, HEINZ
WEITFELDERWEG A 5
ELCHINGEN, 89275
GERMANY

Claim Number: 3846
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNDET |

---

TZANETEAS, GEORGE
1033 NE 17TH WAY UNIT 1505
FT LAUDERDALE, FL 33304

Claim Number: 3847
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $167,021.38 | Scheduled: | $0.00   UNLIQ |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: THIRD WAY
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 3848
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,000.00 | Scheduled: | $50,000.00 |

---

CHAN, KWEI SAN
1845 FEDERAL AVE., APT. 303
LOS ANGELES, CA 90025

Claim Number: 3849
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 2341.

| PRIORITY | Claimed: | $11,373.22 |

---

HENDERSON, CALVIN
3641 CHERRY RIDGE BOULEVARD
DECATUR, GA 30034

Claim Number: 3850
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $75,384.00 |

---

IDRISSI, YAHYA
2501 WINDSOR PLACE
PLANO, TX 75075

Claim Number: 3851
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $37,364.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SMITH, ROBERT<br>3408 STALLION COURT<br>RALEIGH, NC 27613 | | Claim Number: 3852<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $89,939.20 | |

| JANUSIS, CHARLES<br>247 WESTFORD RD<br>TYNGSBORO, MA 01879-2504 | | Claim Number: 3853<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| PRIORITY | Claimed: | $56,834.61 | |

| LORENZO, CHRISTOPHE<br>3502 NORWOOD CIRCLE<br>RICHARDSON, TX 75082 | | Claim Number: 3854<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $72,702.98 | |

| WALTON, EDWARD<br>700 MARINER CIRCLE<br>WEBSTER, NY 14580 | | Claim Number: 3855<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7173 | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $74,039.95 | |

| SCHMITT, WERNER<br>AM ROTHENSTEIN 19<br>HAMMELBURG, 97762<br>GERMANY | | Claim Number: 3856<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,481.48 | |

| KREIGER, JERRY L.<br>318 MINT SPRING CIRCLE<br>BRENTWOOD, TN 37027 | | Claim Number: 3857<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $172,300.24 | Scheduled: $0.00 UNLIQ |

| WARNER, DUSTIN<br>961 CASTLEWOOD CANYON ROAD<br>FRANKTOWN, CO 80116 | | Claim Number: 3858<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| UNSECURED | Claimed: | $57,525.82 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TARLAMIS, ALEXANDER
1030 126TH AVE
SUNRISE, FL 33323

Claim Number: 3859
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $231,661.94 |
|---|---|---|

---

SCHMITT, MATTHIAS
AM ROTHENSTEIN 19
UNTERERTHAL, 97762
GERMANY

Claim Number: 3860
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $11,480.15 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DOAN, VINCENT T.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3861
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| PRIORITY | Claimed: | $7,237.20 |
|---|---|---|
| UNSECURED | Claimed: | $2,410.99 |

---

LEE, MACIE
8213 GREENWOOD DR
PLANO, TX 75025

Claim Number: 3862
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $33,545.00 |
|---|---|---|

---

GARREPALLY, CHANDRA
3223 KELSEY LN
CORALVILLE, IA 52241-4401

Claim Number: 3863
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $33,000.00 |
|---|---|---|

---

COMMERCIAL ENERGY OF MONTANA, INC.
C/ O FRED JACKSON
7767 OAKPORT STREET, SUITE 525
OAKLAND, CA 94621

Claim Number: 3864
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,340.77 |
|---|---|---|

---

HOLMEN, ROBERT
5702 GASTON AVE
DALLAS, TX 75214

Claim Number: 3865
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| UNSECURED | Claimed: | $5,866.31 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TWYMAN, WILLIAM G.
12 LOCHDON CT
PINEHURST, NC 28374

Claim Number: 3866
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $84,515.25 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

CHEN, WAN
4124 SILVERTHORNE STREET
RICHARDSON, TX 75082

Claim Number: 3867
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $20,368.76 |
|---|---|---|

RAYNOR, CECIL
1508 BRIARWOOD PL.
RALEIGH, NC 27614

Claim Number: 3868
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $157,681.12 | Scheduled: | $157,681.12  UNLIQ |
|---|---|---|---|---|

DAVIS, PATRICK
4010 EAST CHAPEL HILL- NELSON HWY.
RESEARCH TRIANGLE PARK, NC 27709

Claim Number: 3869
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $92,606.28 | Scheduled: | $78,383.83  UNLIQ |
|---|---|---|---|---|

MORENO, RICHARD
701 TORREY PINES LANE
GARLAND, TX 75044

Claim Number: 3870
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,779.82 |
|---|---|---|

QUAMMEN, SANDRA K
814 9TH AVE SO
HOPKINS, MN 55343

Claim Number: 3871
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $48,000.00   UNLIQ |
|---|---|---|

AHMAD, REAZ
637 FRANCES WAY
RICHARDSON, TX 75081

Claim Number: 3872
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $34,629.32 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SAGATOVSKI, NICOLAS<br>10709 WALNUT SPRINGS DR APT 1711<br>CHARLOTTE, NC 28277-0631 | Claim Number: 3873<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |

| UNSECURED | Claimed: | $25,000.00 |

---

| TROUT, PAUL<br>210 WARWICK FURNACE RD<br>ELVERSON, PA 19520 | Claim Number: 3874<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $51,058.56 |

---

| RIZZO, TODD<br>3508 GILLESPIE ROAD<br>MCKINNEY, TX 75070 | Claim Number: 3875<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $27,222.61 |

---

| BORISON, KENNETH<br>100 TABSCOTT LN<br>CHAPEL HILL, NC 27514 | Claim Number: 3876<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $59,711.89 |

---

| RAYNOR, CECIL D.<br>1508 BRIARWOOD PL.<br>RALEIGH, NC 27614 | Claim Number: 3877<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $301,683.25 | Scheduled: | $0.00 UNLIQ |

---

| CAMERON, WILFRED J.<br>5355 RIVERVIEW DRIVE<br>SAINT AUGUSTINE, FL 32080 | Claim Number: 3878<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $1,263,563.70 |

---

| JOHNSON, KEITH<br>2230 BENT CREEK MANOR<br>ALPHARETTA, GA 30005 | Claim Number: 3879<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8341 |

| PRIORITY | Claimed: | $23,100.00 |
| UNSECURED | Claimed: | $134,883.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| RIDER, CHERYL<br>8707 NE 101ST TERR<br>KANSAS CITY, MO 64157 | | Claim Number: 3880<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $9,606.00 | | |

---

| | | | | |
|---|---|---|---|---|
| DICAPRIO, ANGELA<br>1305 TRELLIS PLACE<br>ALPHARETTA, GA 30004 | | Claim Number: 3881<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $11,484.82 | | |

---

| | | | | |
|---|---|---|---|---|
| BRADFORD, WANDA<br>8132 GRAND CANYON DRIVE<br>PLANO, TX 75025 | | Claim Number: 3882<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $9,462.46 | | |

---

| | | | | |
|---|---|---|---|---|
| STEPHENSON, ANGELA<br>1300 CHAMPION FOREST CT.<br>WHEATON, IL 60187 | | Claim Number: 3883<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $2,015.73 | Scheduled: | $2,015.73  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| CHEN, XIAOPING<br>3312 GRAND MESA DRIVE<br>PLANO, TX 75025 | | Claim Number: 3884<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $15,265.25 | Scheduled: | $14,821.31 |

---

| | | | | |
|---|---|---|---|---|
| GUMUCIO, MARCELO<br>195 ATHERTON AVE.<br>ATHERTON, CA 94027 | | Claim Number: 3885<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8025 (07/18/2012) | | |
| PRIORITY | Claimed: | $3,322,729.00 | | |

---

| | | | | |
|---|---|---|---|---|
| BROWNE, STEPHEN V.<br>4823 SPYGLASS DRIVE<br>DALLAS, TX 75287 | | Claim Number: 3886<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $139,502.23 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HADFIELD, BRIAN
859 N SILVER FOX DR
GRANTSVILLE, UT 84029-8052

Claim Number: 3887
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $19,375.00 |
|---|---|---|

---

KILLION, MARY L.
5813 CRESTWOOD CIRCLE W.
NORTH RICHLAND HILLS, TX 76180

Claim Number: 3888
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $15,918.48 |
|---|---|---|

---

KILLION, MARY L.
5813 CRESTWOOD CIR W.
NORTH RICHLAND HILLS, TX 76180

Claim Number: 3889
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $802.76 |
|---|---|---|

---

MENDEZ, GERARDO
APARTADO 368
ALAJUELA,
COSTA RICA

Claim Number: 3890
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $14,805.00 UNLIQ | | |
|---|---|---|---|---|
| SECURED | Claimed: | $14,805.00 UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $14,805.00 | | |

---

MENDEZ, GERARDO
APARTADO # 368- 4050
ALAJUELA,
COSTA RICA

Claim Number: 3891
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $14,805.00 UNLIQ |
|---|---|---|

---

BROWNE, STEPHEN V.
4823 SPYGLASS DRIVE
DALLAS, TX 75287

Claim Number: 3892
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $139,502.23 |
|---|---|---|

---

HADFIELD, BRIAN
859 N SILVER FOX DR
GRANTSVILLE, UT 84029-8052

Claim Number: 3893
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $19,375.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LAMBERT, MICHAEL<br>10413 S HIGHLAND CIRCLE<br>OLATHE, KS 66061 | Claim Number: 3894<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $608,020.75 | | |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LAMBERT, MICHAEL K.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3895<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $608,020.75 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| ORTT, ROBERT<br>3826  121ST AVE N.W.<br>COON RAPIDS, MN 55433 | Claim Number: 3896<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $96,037.63 | | |
|---|---|---|---|---|

| ORTT, ROBERT<br>10912 QUEBEC AVENUE N.<br>CHAMPLIN, MN 55316 | Claim Number: 3897<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $96,037.63 | | |
|---|---|---|---|---|

| WEST, KARIN<br>3121 PARKSIDE DRIVE<br>PLANO, TX 75075 | Claim Number: 3898<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $63,530.88 | | |
|---|---|---|---|---|

| WEST, KARIN AILEEN<br>3121 PARKSIDE DRIVE<br>PLANO, TX 75075 | Claim Number: 3899<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $63,530.88 | | |
|---|---|---|---|---|

| KILLION, MARY<br>42 FAWN CT<br>LUMBERTON, NJ 08048-4286 | Claim Number: 3900<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $5,907.96 |
|---|---|---|
| UNSECURED | Claimed: | $10,010.52 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KILLION, MARY<br>42 FAWN CT<br>LUMBERTON, NJ 08048-4286 | | Claim Number: 3901<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $802.76 | Scheduled:<br>Scheduled: | $2,144.20<br>$15,186.08 |

---

| PRESNELL, KRISTIN<br>6925 BANYON DRIVE<br>PLANO, TX 75023 | | Claim Number: 3902<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $15,347.50 | Scheduled:<br>Scheduled: | $8,757.51<br>$8,483.46 |

---

| PRESNELL, KRISTIN<br>6925 BANYON DRIVE<br>PLANO, TX 75023 | | Claim Number: 3903<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,347.50 | | |

---

| DERRY, LEE<br>1144 GILBERT<br>DOWNERS GROVE, IL 60515 | | Claim Number: 3904<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,779.85 | | |

---

| DERRY, LEE<br>1144 GILBERT<br>DOWNERS GROVE, IL 60515 | | Claim Number: 3905<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,779.85 | Scheduled: | $0.00 UNLIQ |

---

| ECHARD, JR., ALFRED A.<br>2923 GLEN ECHO COURT<br>HIGH POINT, NC 27265 | | Claim Number: 3906<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,530.00 | | |

---

| ECHARD JR., ALFRED<br>2923 GLEN ECHO CT<br>HIGH POINT, NC 27265 | | Claim Number: 3907<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $24,530.00 | Scheduled:<br>Scheduled: | $5,382.76<br>$7,034.83 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BRIDGEWATER SYSTEMS INC<br>303 TERRY FOX DRIVE, SUITE 500<br>KANATA, ON K2K 3J1<br>CANADA | Claim Number: 3908<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $451,751.00 |
|---|---|---|

---

| TERREMARK WORLDWIDE<br>C/O DIANE KATSULIS<br>DIRECTOR OF LEGAL AFFAIRS<br>222 W. LAS COLINAS BLVD<br>IRVING, TX 75039 | Claim Number: 3909<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7625 (05/09/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $217,026.54 |
|---|---|---|
| UNSECURED | Claimed: | $222,773.63 |

---

| THOMPSON, JEFF<br>7 N 224 WHISPERING TRAIL<br>SAINT CHARLES, IL 60175 | Claim Number: 3910<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| WANLAND & ASSOCIATES, INC. ET. AL<br>C/O NYRAN ROSE PEARSON, ESQ.<br>CAFFERTY FAUCHER LLP<br>30 N LASALLE STREET STE 3200<br>CHICAGO, IL 60602 | Claim Number: 3911<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $360,000,000.00 |
|---|---|---|

---

| HARRIS, KAREN<br>157 BEAVERBROOK CT<br>DANVILLE, VA 24541 | Claim Number: 3912<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $22,644.00 |

---

| HARRIS, KAREN K.<br>157 BEAVERBROOK CT.<br>DANVILLE, VA 24541 | Claim Number: 3913<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $22,644.00 |
|---|---|---|

---

| BROWN, ROBERT ELLIS<br>CAE, INC.<br>8585 COTE-DE-LIESSE<br>SAINT-LAURENT, QC H4T 1G6<br>CANADA | Claim Number: 3914<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| THOMPSON, JEFF | Claim Number: 3915 |
| 7 N 224 WHISPERING TRAIL | Claim Date: 09/28/2009 |
| SAINT CHARLES, IL 60175 | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| THOMPSON, JEFF | Claim Number: 3916 |
| 7 N 224 WHISPERING TRAIL | Claim Date: 09/28/2009 |
| SAINT CHARLES, IL 60175 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| AIG INSURANCE CO. OF CANADA, ET AL | Claim Number: 3917 |
| COMMERCIAL INS. BANKRUPTCY COLLECTIONS | Claim Date: 09/28/2009 |
| MICHELLE A. LEVITT, AUTHORIZED REP. | Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. |
| 175 WATER STREET, 18TH FLOOR | Comments: |
| NEW YORK, NY 10038 | DOCKET: 3032 (05/21/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| AIG INSURANCE CO. OF CANADA, ET AL | Claim Number: 3918 |
| COMMERCIAL INS. BANKRUPTCY COLLECTIONS | Claim Date: 09/28/2009 |
| MICHELLE A. LEVITT, AUTHORIZED REP. | Debtor: NORTEL NETWORKS (CALA) INC. |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 3032 (05/21/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| AIG INSURANCE CO. OF CANADA, ET AL | Claim Number: 3919 |
| COMMERCIAL INS. BANKRUPTCY COLLECTIONS | Claim Date: 09/28/2009 |
| MICHELLE A. LEVITT, AUTHORIZED REP. | Debtor: NORTEL NETWORKS HPOCS INC. |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 3032 (05/21/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| AIG INSURANCE CO. OF CANADA, ET AL | Claim Number: 3920 |
| COMMERCIAL INS. BANKRUPTCY COLLECTIONS | Claim Date: 09/28/2009 |
| MICHELLE A. LEVITT, AUTHORIZED REP. | Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 3032 (05/21/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3921
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3922
Claim Date: 09/28/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3923
Claim Date: 09/28/2009
Debtor: CORETEK, INC.
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3924
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3925
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3926
Claim Date: 09/28/2009
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| AIG INSURANCE CO. OF CANADA, ET AL | Claim Number: 3927 |
| COMMERCIAL INS. BANKRUPTCY COLLECTIONS | Claim Date: 09/28/2009 |
| MICHELLE A. LEVITT, AUTHORIZED REP. | Debtor: SONOMA SYSTEMS |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 3032 (05/21/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| AIG INSURANCE CO. OF CANADA, ET AL | Claim Number: 3928 |
| COMMERCIAL INS. BANKRUPTCY COLLECTIONS | Claim Date: 09/28/2009 |
| MICHELLE A. LEVITT, AUTHORIZED REP. | Debtor: QTERA CORPORATION |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 3032 (05/21/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| AIG INSURANCE CO. OF CANADA, ET AL | Claim Number: 3929 |
| COMMERCIAL INS. BANKRUPTCY COLLECTIONS | Claim Date: 09/28/2009 |
| MICHELLE A. LEVITT, AUTHORIZED REP. | Debtor: NORTEL NETWORKS INC. |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 3032 (05/21/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| AIG INSURANCE CO. OF CANADA, ET AL | Claim Number: 3930 |
| COMMERCIAL INS. BANKRUPTCY COLLECTIONS | Claim Date: 09/28/2009 |
| MICHELLE A. LEVITT, AUTHORIZED REP. | Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 3032 (05/21/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| AIG INSURANCE CO. OF CANADA, ET AL | Claim Number: 3931 |
| COMMERCIAL INS. BANKRUPTCY COLLECTIONS | Claim Date: 09/28/2009 |
| MICHELLE A. LEVITT, AUTHORIZED REP. | Debtor: NORTEL NETWORKS INC. |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 3032 (05/21/2010) |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| AIG INSURANCE CO. OF CANADA, ET AL | Claim Number: 3932 |
| COMMERCIAL INS. BANKRUPTCY COLLECTIONS | Claim Date: 09/28/2009 |
| MICHELLE A. LEVITT, AUTHORIZED REP. | Debtor: NORTEL NETWORKS CAPITAL CORPORATION |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 3032 (05/21/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NEC ELECTRONICS AMERICA, INC.
ATTN: ALISON LEE
2880 SCOTT BLVD. M/S SC1401
SANTA CLARA, CA 95050

Claim Number: 3933
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,847.50 | | |

---

SOURCEDIRECT
4555 EXCEL PARKWAY
ADDISON, TX 75001

Claim Number: 3934
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,634.96 | Scheduled: | $0.00 UNLIQ |

---

HINDLE, JOHN J
35 ETON COURT
ETON AVE
LONDON, NW33HJ
UNITED KINGDOM

Claim Number: 3935
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $164,473.98 | Scheduled: | $0.00 UNLIQ |

---

AUTOMOTIVE RENTALS INC.
ATTN: R. MOYER
9000 MIDLANTIC DRIVE, PO BOX 5039
MT. LAUREL, NJ 08054

Claim Number: 3936
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5047 (03/02/2011)

| UNSECURED | Claimed: | $294,336.23 | Scheduled: | $104,639.48 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BECKER MEISEL LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3937
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $2,096.23 | | |

---

ASM CAPITAL, L.P.
TRANSFEROR: TAYLOE, GORDON B.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3938
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7662

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $20,715.00 | | |

---

UNISYS CORPORATION
123 S BROAD ST STE 2100
PHILADELPHIA, PA 19109-1042

Claim Number: 3939
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7428 (03/22/2012)

| UNSECURED | Claimed: | $623,275.71 | Scheduled: | $42,180.18 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SCHWANTES, ROGER A.
C/ O HARWELL, HOWARD, HYNE, GABBERT &
MANNER, P. C., ATTN: TRACY M. LUJAN
333 COMMERCE STREET, SUITE 1500
NASHVILLE, TN 37201

Claim Number: 3940
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $413,508.17 |
| --- | --- | --- |

---

WIND RIVER SYSTEMS, INC.
ATTN: ACCOUNTS RECEIVABLE
500 WIND RIVER WAY
ALAMEDA, CA 94501

Claim Number: 3941
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $381,339.74 |
| --- | --- | --- |

---

RED HAT, INC.
ATTN: P. WATROUS
1801 VARSITY DRIVE
RALEIGH, NC 27606

Claim Number: 3942
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $19,792.59 | Scheduled: | $207.29 |
| --- | --- | --- | --- | --- |

---

ECOMPANY STORE INC
ATTN: CHERYL FOLKNER, CONTROLLER
P. O. BOX 1070
CHARLOTTE, NC 28201-1070

Claim Number: 3943-01
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $147,767.54 |
| --- | --- | --- |

---

ECOMPANY STORE INC
ATTN: CHERYL FOLKNER, CONTROLLER
P. O. BOX 1070
CHARLOTTE, NC 28201-1070

Claim Number: 3943-02
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $1,161.70 |
| --- | --- | --- |

---

COMPUTER SCIENCES CORPORATION
C/ O DLA PIPER LLP (US)
ATTN: RICHARD M. KREMEN
6225 SMITH AVENUE
BALTIMORE, MD 21209

Claim Number: 3944
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,568,658.99 |
| --- | --- | --- |

---

KUEHNE & NAGEL, INC.
10205 NW 108TH AVENUE
SUITE 11
MEDLEY, FL 33178

Claim Number: 3945
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5813 (06/27/2011)

| ADMINISTRATIVE | Claimed: | $51,904.25 |
| --- | --- | --- |
| UNSECURED | Claimed: | $51,904.25 |
| TOTAL | Claimed: | $51,904.25 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LAW DEBENTURE TRUST COMPANY OF NY<br>ATTN: ROBERT L. BICE, II, SENIOR VP<br>400 MADISON AVENUE, 4TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 3946<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION |
|---|---|

| UNSECURED | Claimed: | $150,986,875.00   UNLIQ |
|---|---|---|

| ORACLE USA, INC.<br>C/ O BUCHALTER NEMER, P. C.<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 | Claim Number: 3947-01<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $162,814.97 |
|---|---|---|

| ORACLE USA, INC.<br>C/ O BUCHALTER NEMER, P. C.<br>ATTN: SHAWN CHRISTIANSON, ESQ.<br>55 SECOND STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94105-3493 | Claim Number: 3947-02<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $20,764.80 |
|---|---|---|

| EXPORT DEVELOPMENT CANADA<br>ATTN: STPHANE LUPIEN<br>151 O'CONNOR STREET<br>OTTAWA, ON K1A 1K3<br>CANADA | Claim Number: 3948<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $98,957,440.74 UNLIQ |
|---|---|---|---|---|

| OFS FITEL DENMARK APS<br>C/ O FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY, SUITE 2H02<br>NORCROSS, GA 30071 | Claim Number: 3949<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $6,272.00 | Scheduled: | $35,700.00 |
|---|---|---|---|---|

| OFS FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY SUITE 2H 02<br>NORCROSS, GA 30071 | Claim Number: 3950<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 5624 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $98,572.12 |
|---|---|---|

| OFS FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY SUITE 2H 02<br>NORCROSS, GA 30071 | Claim Number: 3951<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $50,940.09 |
|---|---|---|
| UNSECURED | Claimed: | $6,964.53 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MCDONALD, NORA
2318 CRESTVIEW LN
ROWLETT, TX 75088

Claim Number: 3952
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,986.32 | Scheduled: | $965.06 |
| UNSECURED | Claimed: | $9,581.36 | Scheduled: | $16,075.43 |

---

CLARY, CRAIG
701 LEGACY DRIVE APT # 2214
PLANO, TX 75023

Claim Number: 3953
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,285.70 |

---

CLARY, CRAIG
701 LEGACY DR APT 2214
PLANO, TX 75023

Claim Number: 3954
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,285.70 | | |
| UNSECURED | | | Scheduled: | $6,285.70 UNLIQ |

---

MANN, DONNA M.
FORMERLY CHARLES MANN (DECEASED)
329 KYFIELDS
WEAVERVILLE, NC 28787

Claim Number: 3955
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $86,567.25 | Scheduled: | $0.00 UNLIQ |

---

HINZ, LORNE C
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 3956
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,799.93 | Scheduled: | $42,799.93 |

---

HINZ, LORNE
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 3957
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $133,008.31 | Scheduled: | $0.00 UNLIQ |

---

HINZ, LORNE C
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 3958
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6011

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,162.96 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HINZ, LORNE
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 3959
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6012

| UNSECURED | Claimed: | $63,264.52 | Scheduled: | $51,090.54 UNLIQ |
|---|---|---|---|---|

JASENOVIC, JOE
636 WEATHERBEATEN PL
HERMITAGE, TN 37076

Claim Number: 3960
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $50,000.00   UNLIQ | | |
|---|---|---|---|---|

PAYNE, PAULS.
4911 CHATAM WALK
GAINESVILLE, GA 30504

Claim Number: 3961
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $166,018.76 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD
C/O ANNA VENTRESCA, GENERAL COUNSEL
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 3962
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7888 (06/21/2012)

| ADMINISTRATIVE | Claimed: | $3,927,622.44 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,533,449.86 | | |

GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD
C/O ANNA VENTRESCA, GENERAL COUNSEL
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 3963
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7888 (06/21/2012)

| UNSECURED | Claimed: | $10,057,644.05 | | |
|---|---|---|---|---|

BLANCHARD, JAMES J
500 EIGHTH STREET, NW
WASHINGTON, DC 20004

Claim Number: 3964
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

Claim Number: 3965
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $105,246.43 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SMILEY, KATHLEEN
159 GIFFIN ROAD
LOS ALTOS, CA 94022

Claim Number: 3966
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $2,945.00 |

---

SEAMAN, HAROLD
118 W CODA CIR
DELRAY BEACH, FL 33444-3630

Claim Number: 3967
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8005

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $43,513.02 | Scheduled: | $54,463.02 UNLIQ |

---

SMILEY, KATHLEEN
159 GIFFIN ROAD
LOS ALTOS, CA 94022

Claim Number: 3968
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $3,337.64 |
| UNSECURED | Claimed: | $19,403.00 | Scheduled: | $29,920.14 |

---

LOCKHART, LEWIS
4001 E CHAPEL HILL-NELSON HWY
PO BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 3969
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $4,246.27 |

---

LOCKHART, LEWIS
4001 E CHAPEL HILL-NELSON HWY
PO BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 3970
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $91,623.78 |

---

BANK OF NEW YORK MELLON, THE, AS
INDENTURE TRUSTEE
ATTN: MICHAEL J. RIELA, LATHAM &
WATKINS LLP. 885 THIRD AVENUE
NEW YORK, NY 10022

Claim Number: 3971
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,155,508,420.14   UNLIQ |

---

BANK OF NEW YORK MELLON, THE, AS
INDENTURE TRUSTEE, LATHAM & WATKINS LLP
ATTN ROBERT J ROSENBERG, MICHAEL J RIELA
885 THIRD AVENUE
NEW YORK, NY 10022

Claim Number: 3972
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $2,785,241,840.28   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| TATA CONSULTANCY SERVICES LIMITED<br>ATTN: SATYA S HEGDE, ESQ<br>101 PARK AVENUE, 26TH FLOOR<br>NEW YORK, NY 10178 | | Claim Number: 3973<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,507,825.44 | | |

| AVENUE TC FUND, L.P.<br>TRANSFEROR: LONGACRE INSTITUTIONAL OPPOR<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 3974<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,255,824.00 | | |

| MATHUR, RITESH<br>9610 CLIFFSIDE DRIVE<br>IRVING, TX 75063 | | Claim Number: 3975<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $450.00 | | |
| UNSECURED | Claimed: | $23,434.89 | Scheduled: | $23,884.89 |

| BRIDENSTINE, ANN M<br>5924 CROSS POINTE LN<br>BRENTWOOD, TN 37027 | | Claim Number: 3976<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $16,954.42 | | |
| UNSECURED | Claimed: | $72,977.34 | | |

| BRIDENSTINE, ANN<br>5924 CROSSPOINT LN<br>BRENTWOOD, TN 37027 | | Claim Number: 3977<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $16,521.97 | Scheduled: | $6,139.27 |
| UNSECURED | Claimed: | $72,977.34 | Scheduled: | $83,714.83 |

| SEAMAN, HAROLD<br>118 W CODA CIR<br>DELRAY BEACH, FL 33444-3630 | | Claim Number: 3978<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,549.61 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

| BERRY, BIRGIT<br>165 SLY FOX WAY<br>SEDALIA, CO 80135 | | Claim Number: 3979<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,581.71 |
| UNSECURED | Claimed: | $39,288.10 | Scheduled: | $35,859.75 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KRAFT FOODS GLOBAL INC
JOHN J VERSCAJ
THREE LAKES DRIVE (NF594)
NORTHFIELD, IL 60093

Claim Number: 3980
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3824 (08/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

BRYANT, ALAN
262 N 7TH ST.
SURF CITY, NJ 08008

Claim Number: 3981
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $72,066.15 |

---

MELDRUM, PATRICIA BRIDGET
5408 SOUTHERN HILLS DR
FRISCO, TX 75034

Claim Number: 3982
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $700,271.76 |

---

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

Claim Number: 3983
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $57,050.00 |

---

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

Claim Number: 3984
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $57,050.00 |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3985
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

ASM SIP, L.P.
TRANSFEROR: GRANT, DAVID
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3986
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $330,868.72 | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GRANT, DAVID
205 REEDHAM WAY
RALEIGH, NC 27615

Claim Number: 3987
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $315,868.47 | Scheduled: | $315,868.47 UNLIQ |

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3988
Claim Date: 09/25/2009
Debtor: QTERA CORPORATION
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET, WA02J
PHILADELPHIA, PA 19106

Claim Number: 3989
Claim Date: 09/25/2009
Debtor: CORETEK, INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET, WA02J
PHILADELPHIA, PA 19106

Claim Number: 3990
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3991
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3992
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3993
Claim Date: 09/25/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3994
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3995
Claim Date: 09/25/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3996
Claim Date: 09/25/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3997
Claim Date: 09/25/2009
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3998
Claim Date: 09/25/2009
Debtor: SONOMA SYSTEMS
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3999
Claim Date: 09/25/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 4000
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 4001
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

CLINKARD, JUDITH
1909 KINGS ISLE DR
PLANO, TX 75093

Claim Number: 4002
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $495,036.88 |

---

MOORE, CARL L
1909 KINGS ISLE DR
PLANO, TX 75093

Claim Number: 4003
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $27,371.09 |

---

WOINSKY, MELVIN N
300 OCEAN AVE N APT 4B
LONG BRANCH, NJ 07740

Claim Number: 4004
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BOVENIZER, WILLIAM<br>11 BOLLAND CRESCENT<br>AJAX, ON L1S 3G8<br>CANADA | | Claim Number: 4005<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $6,939.00 |
|---|---|---|

| | | |
|---|---|---|
| BOVENIZER, WILLIAM<br>11 BOLLAND CRESCENT<br>AJAX, ON L1S 3G8<br>CANADA | | Claim Number: 4006<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $27,000.88 |
|---|---|---|

| | | |
|---|---|---|
| CASTAGNOLI, MARISA<br>515 GRAPE ST<br>DENVER, CO 80220 | | Claim Number: 4007<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| CLINKARD, JUDITH M<br>1909 KINGS ISLE DR.<br>PLANO, TX 75093 | | Claim Number: 4008<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $495,036.88 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| MOORE, CARL<br>1909 KINGS ISLE DR.<br>PLANO, TX 75093 | | Claim Number: 4009<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $27,371.09 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| WOINSKY, MELVIN N<br>300 OCEAN AVE N #4B<br>LONGBRANCH, NJ 07740 | | Claim Number: 4010<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $0.00    UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| BOVENIZER, WILLIAM<br>11 BOLLAND CRES<br>AJAX, L1S 3G8<br>CANADA | | Claim Number: 4011<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $6,939.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BOVENIZER, WILLIAM<br>11 BOLLAND CRESCENT<br>AJAX, ON L1S 3G8<br>CANADA | | Claim Number: 4012<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,000.88 | | |

| CASTAGNOLI, MARISA<br>515 GRAPE ST<br>DENVER, CO 80220 | | Claim Number: 4013<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74,638.35 | | |

| MILLER, LOIS<br>1800 SNOW WIND DRIVE<br>RALEIGH, NC 27615-2613 | | Claim Number: 4014<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,960.86 |
| UNSECURED | Claimed: | $63,229.57 | Scheduled: | $64,196.31 |

| MCGOVERN, JAMES<br>3505 MAPLELEAF LANE<br>RICHARDSON, TX 75082 | | Claim Number: 4015<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $31,617.45 | | |

| CARROLL, RODNEY<br>363 PREAKNESS PLACE<br>VAN ALSTYNE, TX 75495 | | Claim Number: 4016<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68,900.00 | | |

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ESQUADRA PUBLICITARIA<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 4017<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,732.80 | | |

| NARAYANAN, RAVI KUMAR<br>2912 MONTELL CT<br>PLANO, TX 75025 | | Claim Number: 4018<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,190.92 |
| UNSECURED | Claimed: | $34,404.53 | Scheduled: | $44,282.38 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DASILVA, MARIA IZABEL
200 LESLIE DR APT 601
HALLANDALE, FL 33009

Claim Number: 4019
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 7432 (03/22/2012)

| PRIORITY | Claimed: | $5,463.81   UNLIQ |
|---|---|---|

---

RODEN, MARC A
1220 TARTARIAN TRAIL
APEX, NC 27502

Claim Number: 4020
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 7432 (03/22/2012)

| UNSECURED | Claimed: | $6,112.11 |
|---|---|---|

---

MARTIN, STANLEY
4753 OLD BENT TREE LN # 1206
DALLAS, TX 75287

Claim Number: 4021
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $4,639.20 |
|---|---|---|

---

MUNIZ, RICHARD
1491 LOUSER RD
ANNVILLE, PA 17003

Claim Number: 4022
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $43,763.66 |
|---|---|---|

---

DELISSIO, ANTHONY
15 GRACE DRIVE
OLD BRIDGE, NJ 08857

Claim Number: 4023
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $28,807.12 |
|---|---|---|

---

DELISSIO, ANTHONY
15 GRACE DRIVE
OLD BRIDGE, NJ 08857

Claim Number: 4024
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $28,807.12 |
|---|---|---|

---

LOWE, NEVILLE P
3003 CAMBRIDGE HILL DRIVE
DACULA, GA 30019

Claim Number: 4025
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $155,019.69 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTHWESTERN UNIVERSITY<br>ATTN: SUSAN WUORINEN ESQ<br>C/O OFFICE OF GENERAL COUNSEL<br>633 CLARK ST<br>EVANSTON, IL 60208 | | Claim Number: 4026<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3138 (06/04/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| LEE, YU-TEN<br>949 MARLINTON COURT<br>SAN JOSE, CA 95120 | | Claim Number: 4027<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $56,624.00 | | |

| OBRYON & SCHNABEL<br>6221 S CLAIBORNE AVE #631<br>NEW ORLEANS, LA 70125-4142 | | Claim Number: 4028<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $208.50 | Scheduled: | $0.00 UNLIQ |

| CUSACK, JOHN<br>211 EAST MAIN ST APT 2<br>JOHNSTOWN, NY 12095 | | Claim Number: 4029<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $322.00 | Scheduled: | $9,272.18 |

| U4EA TECHNOLOGIES INC<br>136 MILMAR WAY<br>LOS GATOS, CA 95032-3843 | | Claim Number: 4030<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,500.00 | Scheduled: | $0.00 UNLIQ |

| TSAO, ALEX<br>2 MOCCASIN LANE<br>CHELMSFORD, MA 01824 | | Claim Number: 4031<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $15,061.54 | | |

| MILLER, CLYDE E<br>1680 CENTER GROVE CHURCH RD<br>MONCURE, NC 27559 | | Claim Number: 4032<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $481,284.84 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| FURMANIAK, DARIUSZ<br>131 LONGCHAMP LN<br>CARY, NC 27519 | | Claim Number: 4033<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,400.00 | Scheduled: | $45,922.68 |

| BURWELL, SCOTT A<br>8633 BAYBRIDGE WYND<br>RALEIGH, NC 27613 | | Claim Number: 4034<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,056.30 | | |

| CLARKE, JOHN<br>170 CLARK RD<br>LOWELL, MA 01852 | | Claim Number: 4035<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,766.28 | | |

| DANFORTH, JEFFREY H<br>25132 FORTITUDE TER<br>CHANTILLY, VA 20152-6052 | | Claim Number: 4036<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $48,719.27 | | |

| DELUCCA, JAMES<br>7700 SWEETGATE LN<br>DENTON, TX 76208-7631 | | Claim Number: 4037<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,289.31 | | |

| IACONA, FRANCESCO<br>RICHARD WAGNER STR 48<br>KOLN NRW<br>COLOGNE, 51145<br>GERMANY | | Claim Number: 4038<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,063.00 | | |

| WOLFENBARGER, WILLIAM<br>1253 NORTHERN RD<br>MT JULIET, TN 37122 | | Claim Number: 4039<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $43,718.62 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SWANSON, WILLIAM C<br>12046 RIDGEVIEW LN<br>PARKER, CO 80138-7141 | | Claim Number: 4040<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $65,339.47 | Scheduled: | $0.00 UNLIQ |

---

| U4EA TECHNOLOGIES, INC<br>136 MILMAR WAY<br>LOS GATOS, CA 95032-3843 | | Claim Number: 4041<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $37,500.00 |

---

| VIEIRO, JORGE<br>2101 WHITE DOVE PASS<br>AUSTIN, TX 78734 | | Claim Number: 4042<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $80,731.59 |

---

| WOOTEN, JAMES A.<br>110 QUAIL RIDGE<br>ANGIER, NC 27501 | | Claim Number: 4043<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $104,218.24 |

---

| DELUCCA, JAMES<br>7700 SWEETGATE LANE<br>DENTON, TX 76208 | | Claim Number: 4044<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,289.31 |

---

| LONGAKER, DAVID<br>302 WOODLAWN RD.<br>BALTIMORE, MD 21210 | | Claim Number: 4045<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $6,408.93 |

---

| LONGAKER, DAVID J<br>302 WOODLAWN RD.<br>BALTIMORE, MD 21210 | | Claim Number: 4046<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $202,393.52 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| FARAG, MOUNIR E<br>3125 STONECREST DR<br>CUMMING, GA 30041-1142 | | Claim Number: 4047<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | | | |
| UNSECURED | | $9,839.17 | Scheduled: | $10,289.09 |
| HISCOE, DAVID<br>3448 BRADLEY PLACE<br>RALEIGH, NC 27607 | | Claim Number: 4048<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $5,606.70 |
| UNSECURED | Claimed: | $79,742.88 | Scheduled: | $77,532.94 |
| ALZINDANI, ABDUL<br>260 TRENTON AVE<br>PATERSON, NJ 07503-1529 | | Claim Number: 4049<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $15,519.23 | | |
| HARMS, TISHA<br>3202 GRANTHAM DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 4050<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $32,169.23 | | |
| ALZINDANI, ABDUL<br>260 TRENTON AVE<br>PATERSON, NJ 07503-1529 | | Claim Number: 4051<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | | | Scheduled: | $842.61 |
| UNSECURED | Claimed: | $15,519.23 | Scheduled: | $17,278.23 |
| ROSENFELD, DAVID<br>19517 WAVERUNNER LN APT 201<br>CORNELIUS, NC 28031-6420 | | Claim Number: 4052<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $20,113.50 | | |
| UNSECURED | | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

XU, SUSAN
14818 FARMCOTE DR.
FRISCO, TX 75035

Claim Number: 4053
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,346.30 | | |
| UNSECURED | Claimed: | $14,414.77 | Scheduled: | $14,414.77 |
| TOTAL | Claimed: | $14,414.77 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DARDEN, KAREN
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4054
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,191.79 |

---

STERLACE, BARBARA L
1401 EL NORTE PARKWAY
# 21
SAN MARCOS, CA 92069

Claim Number: 4055
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claimant asserts a claim for 14 shares of stock/ 245.71 per month

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

BICKHAM, JEFF D
3560 COUNTY ROAD 2338
DOUGLASSVIL, TX 75560

Claim Number: 4056
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,368.67 |

---

BICKHAM, JEFF D
3560 COUNTY ROAD 2338
DOUGLASSVILLE, TX 75560

Claim Number: 4057
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,602.54 | | |
| UNSECURED | Claimed: | $766.13 | Scheduled: | $8,368.67 |

---

PANGIA, MICHAEL
2210 BLACK HEATH TRACE
ALPHARETTA, GA 30005

Claim Number: 4058
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,384.05 | Scheduled: | $0.00 UNLIQ |

---

FORMAN, BRIAN
12 ELLA ROAD
SPARTA, NJ 07871

Claim Number: 4059
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,183.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HALE, JR., ROBERT LEE<br>174 MONTIBELLO DRIVE<br>MOORESVILLE, NC 28117 | | Claim Number: 4060<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $3,371.38 |

| BEST, ROBERT E<br>808 NORTHCLIFT DR<br>RALEIGH, NC 27609 | | Claim Number: 4061<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8293 |
|---|---|---|
| PRIORITY | Claimed: | $2,859.11 |

| SMITH, ROBERT PAUL<br>3408 STALLION CT<br>RALEIGH, NC 27613 | | Claim Number: 4062<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $78,989.20 |

| SHEPPARD, EMILY<br>5204 142ND ST.<br>EDMONTON, AB T6H 4B4<br>CANADA | | Claim Number: 4063<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $15,515.32 |

| NAICKER, SELVARAJ<br>3304 117TH ST. NW<br>EDMONTON, AB T6J 3J4<br>CANADA | | Claim Number: 4064<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $13,191.45 |

| CARPENTER JR, JOHN<br>4325 KEENAN COURT NE<br>ROSWELL, GA 30075 | | Claim Number: 4065<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $1,934.48 |
| UNSECURED | Claimed: | $12,752.37 |

| MENDONCA, TIMOTHY A.<br>490 FOREST PARK ROAD<br>OLDSMAR, FL 34677 | | Claim Number: 4066<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $23,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MENDONCA, TIMOTHY A.
490 FOREST PARK ROAD
OLDSMAR, FL 34677

Claim Number: 4067
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | | $70,430.00 |

---

MENDONCA, TIMOTHY
490 FOREST PARK RD
OLDSMAR, FL 34677

Claim Number: 4068
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $24,000.00 | | |
| UNSECURED | | | | $23,689.44 UNLIQ |

---

MENDONCA, TIMOTHY
490 FOREST PART RD
OLDSMAR, FL 34677

Claim Number: 4069
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $47,000.00 | | $0.00 UNLIQ |

---

TERNEUS, MARINA
1429 FAIRWAY RIDGE DRIVE
RALEIGH, NC 27606

Claim Number: 4070
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $100,428.00 |

---

CRISLER, CHARLA
#3 WOODY CREST CIRCLE
FAIRVIEW, TX 75069

Claim Number: 4071
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 434.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $341,334.90 | | |
| UNSECURED | | | | $341,334.90 UNLIQ |

---

PANGIA, MICHAEL
2210 BLACK HEATH TRACE
ALPHARETTA, GA 30005

Claim Number: 4072
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $8,142.70 | | $8,500.27 UNLIQ |

---

HUANG, XIAOYAN
2 HIGATE ROAD
CHELMSFORD, MA 01824

Claim Number: 4073
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | | $32,695.28 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SICOTTE, LUC P
1933 PEMBROKE LANE
MCKINNEY, TX 75070

Claim Number: 4074
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $132,813.01 | | |

---

CORCORAN, MARK R.
915 JULIET LANE
ARNOLD, MD 21012

Claim Number: 4075
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,364.64 | | |

---

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: EDWARDS II, CLYDE L.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Claim Number: 4076
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $69,276.30 | Scheduled: | $73,824.90 |

---

HEWITT, EARL S
208 FOX BRIAR LN
CARY, NC 27511

Claim Number: 4077
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,129.64 | Scheduled: | $0.00  UNLIQ |

---

WOODS, JOHN L
1621 SUNSHINE DRIVE
KEY WEST, FL 33040

Claim Number: 4078
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,127.85 | Scheduled: | $0.00  UNLIQ |

---

SHAW, DARRELL K.
20 BUCKY ST.
EUHARLEE, GA 30145

Claim Number: 4079
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $53,416.58 |

---

SHAW, DARRELL
20 BUCKY STREET
EUHARLEE, GA 30145

Claim Number: 4080
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $53,416.58 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PURVIS, LISA
100 FIELDSPRING LANE
RALEIGH, NC 27606

Claim Number: 4081
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $25,000.00 |
| UNSECURED | Claimed: | $25,000.00 |

---

GOLDCRAFT MANAGEMENT AND HOLDING LTD.
14104 91ST AVE. NW
EDMONTON, AB T5R 4Y2
CANADA

Claim Number: 4082
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,442.50 |

---

AIRSPAN NETWORKS, INC.
777 YAMATO ROAD SUITE 310
BOCA RATON, FL 33431

Claim Number: 4083
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $147,488.48 |
| UNSECURED | Claimed: | $1,684,090.25 |

---

TRALNBERG, BEN
9-52304 RR233
SHERWOOD PARK, AB T8B 1C9
CANADA

Claim Number: 4084
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,050.30 |

---

ROY, JOHN
44 ROCKY POND RD
BROOKLINE, NH 03033

Claim Number: 4085
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,440.58 |
| UNSECURED | Claimed: | $83,832.81 | Scheduled: | $39,101.35 |

---

WITHROW, ROBERT
27 GREENWOOD TER
SWAMPSCOTT, MA 01907-2126

Claim Number: 4086
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $892.36 |

---

RUDZINSKI, RANDY
1924 PARIS AVE
PLANO, TX 75025

Claim Number: 4087
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $153,984.40 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MARTIN, JACQUELINE<br>15737 STONEBRIDGE DRIVE<br>FRISCO, TX 75035 | | Claim Number: 4088<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | | | | |
| SECURED | Claimed: | $22,733.08 | | |
| UNSECURED | | | | |

---

| BURLESON, JONATHAN C.<br>1331 HILL VIEW TRL<br>WYLIE, TX 75098-6657 | | Claim Number: 4089<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $23,513.00 | | |

---

| CURTIS, DENNIS<br>13501 E 92ND ST. N<br>OWASSO, OK 74055 | | Claim Number: 4090<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,935.08 |
| UNSECURED | Claimed: | $39,946.44 | Scheduled: | $39,704.04 |

---

| THILBERG, RONALD<br>101 LEATHER LEAF LN<br>LEBANON, OH 45036 | | Claim Number: 4091<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $38,222.21 | | |

---

| CEREPAK, EDWARD A<br>17410 CLINTON ROAD<br>JACKSON, CA 95642 | | Claim Number: 4092<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $16,897.53 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $16,897.53 | | |
| TOTAL | Claimed: | $16,897.53 | | |

---

| KAO, IUE-FANG H.<br>19785 VIEWRIDGE DR.<br>SARATOGA, CA 95070 | | Claim Number: 4093<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,516.93 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| LI, HAIYAN<br>1022 CORVETTE DR<br>SAN JOSE, CA 95129-2903 | | Claim Number: 4094<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $4,224.48 | | |
| UNSECURED | | | Scheduled: | $4,832.51 |

---

| | | |
|---|---|---|
| NG, SCARLETTE<br>2100 COOLIDGE DRIVE<br>SANTA CLARA, CA 95051 | | Claim Number: 4095<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | | |
| UNSECURED | Claimed: | $31,981.80 |

---

| | | |
|---|---|---|
| SANDESARA, AJITA<br>1132 QUEENSBRIDGE WAY<br>SAN JOSE, CA 95120 | | Claim Number: 4096<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $42,246.38 |

---

| | | |
|---|---|---|
| ESALES MEDIA INC<br>1440 CORAL RIDGE DR<br>SUITE 278<br>CORAL SPRINGS, FL 33071-5433 | | Claim Number: 4097<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
| UNSECURED | Claimed: | $8,529.25 |

---

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: CALLIDUS SOFTWARE<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 4098<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $400,528.64 |

---

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: CALLIDUS SOFTWARE INC<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 4099<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $400,528.64 |

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TWYNHAM, ANDREW<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 4100<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6990 |
| UNSECURED | Claimed: | $167,718.40 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 4101 | | |
| TRANSFEROR: TWYNHAM, ANDREW S | | Claim Date: 09/28/2009 | | |
| ONE UNIVERSITY PLAZA | | Debtor: NORTEL NETWORKS INC. | | |
| SUITE 312 | | | | |
| HACKENSACK, NJ 07601 | | | | |

| PRIORITY | Claimed: | $48,400.00 | | |
| UNSECURED | Claimed: | $141,307.78 | Scheduled: | $182,718.40 |

| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 4102 | | |
| TRANSFEROR: TWYNHAM, ANDREW | | Claim Date: 09/28/2009 | | |
| ONE UNIVERSITY PLAZA | | Debtor: NORTEL NETWORKS INC. | | |
| SUITE 312 | | | | |
| HACKENSACK, NJ 07601 | | | | |

| UNSECURED | Claimed: | $76,708.78 | Scheduled: | $59,835.80  UNLIQ |

| CHEN, JING YANG | | Claim Number: 4103 |
| 519 SAGINAW CT | | Claim Date: 09/28/2009 |
| ALLEN, TX 75013-8522 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: ALLOWED |
| | | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | | |
| PRIORITY | | | |
| UNSECURED | Claimed: | $32,496.18 | |

| RUDZINSKI, RANDY | | Claim Number: 4104 |
| 1924 PARIS AVE | | Claim Date: 09/28/2009 |
| PLANO, TX 75025 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $153,984.40 | |

| ROCHE, BOB | | Claim Number: 4105 |
| 59 COMMONWEALTH AVE | | Claim Date: 09/28/2009 |
| HAVERHILL, MA 01830 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,000.00 | |

| MARTI JR, LUIS G | | Claim Number: 4106 |
| 157 MARTIN CIRCLE | | Claim Date: 09/28/2009 |
| ROYAL PALM BEACH, FL 33411 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 7432 (03/22/2012) |

| UNSECURED | Claimed: | $0.00   UNDET | |

| LEBLANC, KENNETH J. | | Claim Number: 4107 |
| 5215 CANAL CIR W | | Claim Date: 09/28/2009 |
| LAKE WORTH, FL 33467 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: ALLOWED |
| | | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | | |
| PRIORITY | | | |
| UNSECURED | Claimed: | $54,807.72 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIAO, TUAN
209 GLENMORE RD
CHAPEL HILL, NC 27516

Claim Number: 4108
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,351.83 |
| UNSECURED | Claimed: | $62,582.04 | Scheduled: | $56,511.93 |

---

SHIELDS, TIMOTHY
4034 CHADERTON COURT
DULUTH, GA 30096

Claim Number: 4109
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

SHAW, DARRELL K.
20 BUCKY ST.
EUHARLEE, GA 30145

Claim Number: 4110
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

SHAW, DARRELL
20 BUCKY STREET
EUHARLEE, GA 30145

Claim Number: 4111
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $53,416.58 |

---

LEFFERT, PAUL
14651 S. BOND ST.
OLATHE, KS 66062

Claim Number: 4112
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,600.00   UNLIQ |

---

EDHOLM, PHILIP K.
9921 LONGVIEW LANE
PLEASANTON, CA 94538

Claim Number: 4113
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

EDHOLM, PHILIP
9921 LONGVIEW LANE
PLEASANTON, CA 94588

Claim Number: 4114
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $249,763.44 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 4115
Claim Date: / /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|---|---|---|

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 4116
Claim Date: / /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|---|---|---|

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 4117
Claim Date: / /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|---|---|---|

MILLIGAN, PATRICK
2609 PELICAN BAY DR.
PLANO, TX 75093

Claim Number: 4118
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $61,115.38 |
|---|---|---|

CRAPCO JR., LEE W.
2975 HUNTER BRANCH ROAD
APT A130
FAIRFAX, VA 22031

Claim Number: 4119
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $94,814.00 |
|---|---|---|

D'AMICO, SUSAN BETH
101 BIRCH GLEN CT.
CARY, NC 27513

Claim Number: 4120
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

MILLER, CLYDE E.
1680 CENTER GROVE CHURCH ROAD
MONCURE, NC 27559

Claim Number: 4121
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $135,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| D'AMICO, SUSAN<br>101 BIRCH GLEN CT<br>CARY, NC 27513 | | Claim Number: 4122<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200,000.00 | | |

---

| JANECZEK, ANTHONY<br>1 INDIGO LANE<br>WESTFORD, MA 01886 | | Claim Number: 4123<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $42,802.73 | | |

---

| MILLER, CLYDE<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | | Claim Number: 4124<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $18,823.86 | Scheduled: | $18,823.86 UNLIQ |

---

| MCKINZIE, PHYLLIS<br>2306 HONEYSUCKLE DR<br>RICHARDSON, TX 75082-4399 | | Claim Number: 4125<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,826.56 | | |

---

| ASM SIP, L.P.<br>TRANSFEROR: CLOUSE, GARY A.<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4126<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6847 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,737.26 | | |

---

| SHIRALLIE, KAMYAR<br>5350 PEBBLETREE WAY<br>SAN JOSE, CA 95111 | | Claim Number: 4127<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $19,400.00 | | |

---

| EMERY, SEAN<br>4742 GREENWOOD DR<br>ALLISON PARK, PA 15101 | | Claim Number: 4128<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,423.09 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LOE, ELLEN<br>W234 S3169 SUNSET VIEW<br>WAUKESHA, WI 53189 | | Claim Number: 4129<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $6,102.80 | | |

---

| LASKIN, LEE<br>863 NEVADA AVE<br>SAN JOSE, CA 95125 | | Claim Number: 4130<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $139,563.00 | Scheduled: | $112,677.80 UNLIQ |

---

| GUREVITCH, MORRIS<br>17890 ABERDEEN WAY<br>BOCA RATON, FL 33496 | | Claim Number: 4131<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $235,000.00 | | |

---

| CLOUSE, GARY A.<br>250 PIT RD<br>CORDOVA, AL 35550-3733 | | Claim Number: 4132<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6848 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,347.60 | | |

---

| DAO, TUYEN T.<br>6545 WESTWAY DR<br>THE COLONY, TX 75056 | | Claim Number: 4133<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,586.56 | | |

---

| ESTRIDGE, WINSTON S.<br>5620 TEMPLIN WAY<br>PLANO, TX 75093 | | Claim Number: 4134<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,204,634.13 | Scheduled: | $0.00 UNLIQ |

---

| RADIO FREQUENCY SYSTEMS<br>ATTN: PETER HOLEWINSKI, GLOBAL HEAD OF<br>CREDIT, ALCATEL LUCENT<br>600 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974 | | Claim Number: 4135<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,800.00 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CLIFTON, CRAIG
4517 W 140TH ST
LEAWOOD, KS 66224

Claim Number: 4136
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,278.00 | | |

---

HAMILTON, MARK
2201 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

Claim Number: 4137
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,894.80 | | |
| UNSECURED | | | Scheduled: | $2,894.80  UNLIQ |

---

BRIDGES, STEPHEN M.
5020 RED CEDAR RD
RALEIGH, NC 27613

Claim Number: 4138
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $78,856.37 | |

---

GRANDMONT CONSULTING INC
1350 ERINDALE CRESCENT
LONDON, ON N5X 1V9
CANADA

Claim Number: 4139
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,320.00 | |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: GRANDMONT CONSULTING INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 4140
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,620.00 | Scheduled: | $14,620.00 |

---

HAYNES, DIANE
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4141
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

HAYNES, DIANE
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4142
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HAYNES, JOSEPH<br>10533 DORCHESTER WAY<br>WOODSTOCK, MD 21163 | | Claim Number: 4143<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $116,403.29  UNLIQ | Scheduled: | $0.00  UNLIQ |

| THOMAS JR, JOHN A.<br>103 DEVINE WAY<br>CARY, NC 27511 | | Claim Number: 4144<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $190,672.43 | Scheduled: | $0.00  UNLIQ |

| SURTI, BHAWNA<br>6658 LEWEY DRIVE<br>CARY, NC 27519 | | Claim Number: 4145<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,445.44 |
| UNSECURED | Claimed: | $14,443.63 | Scheduled: | $19,106.81 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 4146<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $0.00 | | |

| BARNES, DEBBIE<br>425 W WEST STREET<br>SOUTHPORT, NC 28461 | | Claim Number: 4147<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 23. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $207,039.82 | Scheduled: | $126,692.36 |

| BARNES, DEBBIE<br>425 W. WEST STREET<br>SOUTHPORT, NC 28461 | | Claim Number: 4148<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $207,039.82 | | |

| GLEASON, STEVEN<br>6 KINGS CROSSING CT<br>ST LOUIS, MO 63129 | | Claim Number: 4149<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,601.52 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| WONG, CHO LUN<br>FLAT A1 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | | Claim Number: 4150<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $114,152.00 |
| WONG, CHO LUN<br>FLAT A1 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | | Claim Number: 4151<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| WONG, CHO L<br>FLAT A1, 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | | Claim Number: 4152<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $56,250.00   UNLIQ |
| WISTRON INFOCOMM TECHNOLOGY AMERICA<br>CORP<br>P.O. BOX 370307<br>EL PASO, TX 79937 | | Claim Number: 4153<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $2,250,232.04 |
| WISTRON INFOCOMM TECHNOLOGY CORP<br>21F, 88, SEC. 1, HSIN TAI WU RD<br>HSICHIH<br>TAIPEI HSIEN, 221<br>TAIWAN R.O.C. | | Claim Number: 4154<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| ADMINISTRATIVE | Claimed: | $2,578,899.38 |
| WISTRON CORPORATION<br>21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD,<br>HSI-CHIH<br>TAIPEI HSIEN, 221<br>TAIWAN, R.O.C. | | Claim Number: 4155<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution |
| ADMINISTRATIVE | Claimed: | $106,765.44 |
| WISTRON CORPORATION<br>21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD,<br>HSI-CHIH<br>TAIPEI HSIEN, 221<br>TAIWAN, R.O.C. | | Claim Number: 4156<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $805,995.24 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SEARLES, STEVEN
19119 STREAM CROSSING CT
LEESBURG, VA 20176

Claim Number: 4157
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $60,796.97 | | |

---

MAND, M G
618 BERWICK ROAD
WILMINGTON, DE 19803-2204

Claim Number: 4158
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $828,013.47 | Scheduled: | $0.00 UNLIQ |

---

BARNES, WILLIAM
5765 BOZEMAN DR APT 2114
PLANO, TX 75024-5618

Claim Number: 4159
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $106,893.09 | | |
| UNSECURED | | | Scheduled: | $106,893.09 UNLIQ |

---

FREITAS, TIMOTHY M.
26 FLETCHER ST
FOXBORO, MA 02035

Claim Number: 4160
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $25,296.00 |

---

ESTEVEZ, IGNACIO
921 TANGLEWOOD CIR
WESTON, FL 33327-1846

Claim Number: 4161
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $45,703.84 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MOPPIN, MARK
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4162
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $36,510.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 4163<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) | | | |
| ADMINISTRATIVE | Claimed: | $6,243.00 | | | |
| SEARLES, STEVE<br>19119 STREAM CROSSING C<br>LEESBURG, VA 20176 | | Claim Number: 4164<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $450.00 | Scheduled: | $450.00 | |
| UNSECURED | Claimed: | $247,546.22 | Scheduled: | $247,546.22 | |
| SEARLES, STEVE<br>19119 STREAM CROSSING CT.<br>LEESBURG, VA 20176 | | Claim Number: 4165<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $83,055.34 | Scheduled: | $83,055.34 UNLIQ | |
| BARBER-MOYE, DARNELL<br>8715 CRESTGATE CIRCLE<br>ORLANDO, FL 32819 | | Claim Number: 4166<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $212,135.06 | Scheduled: | $212,135.06 UNLIQ | |
| BARBER-MOYE, DARNELL<br>8715 CRESTGATE CIRCLE<br>ORLANDO, FL 32819 | | Claim Number: 4167<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $12,552.40 | Scheduled: | $0.00 UNLIQ | |
| PIRACHA, ANWAR A.<br>2001 LUNENBURG DRIVE<br>ALLEN, TX 75013 | | Claim Number: 4168<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| SECURED | Claimed: | $6,826.75 | | | |
| UNSECURED | Claimed: | $10,062.11 | Scheduled: | $18,615.95 | |
| HEWLETT PACKARD FINANCIAL SERVICES CO<br>ATTN: LAWRENCE KOVACS<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974 | | Claim Number: 4169<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3798 (08/18/2010) | | | |
| UNSECURED | Claimed: | $120,072.46 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ADDISON, MARK<br>1117 PATRICIA CRES<br>GD<br>JASPER, AB T0E 1E0<br>CANADA | | Claim Number: 4170<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,487.15 | | |

| DONAHEE, GARY R<br>5517 ST. ANDREWS CT.<br>PLANO, TX 75093 | | Claim Number: 4171<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,795,310.82 | | |

| RACZYNSKI, MARK<br>5590 TOURNAMENT DRIVE<br>HAYMARKET, VA 20169 | | Claim Number: 4172<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $48,353.00 | Scheduled: | $33,440.02 UNLIQ |

| ZUKAS, JAMES<br>10900 QUIMBY POINT LANE<br>RESTON, VA 20191-5006 | | Claim Number: 4173<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1216. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $216,665.02 | Scheduled: | $0.00 UNLIQ |

| HALE, DAVID<br>3104 PRESTONWOOD DR.<br>PLANO, TX 75093 | | Claim Number: 4174<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7142 | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $6,248.06<br>$39,088.22 | | |

| SCHOOLEY, RUSSELL<br>1603 CLEARMEADOW DRIVE<br>ALLEN, TX 75002 | | Claim Number: 4175<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $14,018.13<br>$46,247.17 | Scheduled:<br>Scheduled: | $2,290.56<br>$58,294.10 |

| SERODIO, LEONARDO<br>10 HIGHLAND ST<br>TYNGSBOROUGH, MA 01879 | | Claim Number: 4176<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $61,945.58 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MIDDLETON, DANIEL JAY<br>4912 TRAILRIDGE PASS<br>ATLANTA, GA 30338 | | Claim Number: 4177<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $100,000.00 | | |

| O'HARA, ROBERT J.<br>11316 DUNLEITH DRIVE<br>RALEIGH, NC 27614 | | Claim Number: 4178<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $14,144.84 | Scheduled: | $63,495.13 |

| THOMSON, FREDERICK<br>5971 PORTO ALEGRE DR.<br>SAN JOSE, CA 95120 | | Claim Number: 4179<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $158,105.05 | | |

| BRACKIN, DIANN<br>217 STEAMBOAT DRIVE<br>COPPELL, TX 75019 | | Claim Number: 4180<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,899.56 | | |

| COUTURE, DENNIS L<br>7104 RIVER BIRCH DR<br>RALEIGH, NC 27613 | | Claim Number: 4181<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,312.42 | Scheduled: | $5,312.42 |
| UNSECURED | Claimed: | $154,206.91 | Scheduled: | $64,791.91 |

| TULLO, JOHN<br>3520 MOONLIGHT DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 4182<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1443. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,482.00 | | |
| UNSECURED | Claimed: | $75,938.00 | | |

| MOSTYN III, WILLIAM T.<br>555 INDIAN CREEK DRIVE<br>TROHPY CLUB, TX 76262-5655 | | Claim Number: 4183<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $33,860.21 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MOSTYN, WILLIAM
555 INDIAN CREEK DR
TROPHY CLUB, TX 76262

Claim Number: 4184
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7431 (03/22/2012)

| | | | Scheduled: | $3,513.32 |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $33,860.21 | Scheduled: | $33,878.60 |

---

KEARNEY, GARY
3304 SAN SIMEON WAY
PLANO, TX 75023

Claim Number: 4185
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $4,292.70 |
|---|---|---|

---

BARHAM, RHONDA
5128 LINKSLAND DRIVE
HOLLY SPRINGS, NC 27540

Claim Number: 4186
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $5,729.83 | Scheduled: | $2,802.41 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,104.60 | Scheduled: | $17,729.85 |

---

BARHAM, RHONDA
5128 LINKSLAND DR
HOLLY SPRINGS, NC 27540

Claim Number: 4187
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $20,834.43 |
|---|---|---|

---

BIARD, JAMES
3525 MT. PROSPECT CIRCLE
RALEIGH, NC 27614

Claim Number: 4188
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $570,381.32 |
|---|---|---|

---

BIARD, JAMES A.
3525 MT PROSPECT CIRCLE
RALEIGH, NC 27614

Claim Number: 4189
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8405 (09/05/2012)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

BIARD, JAMES A.
3525 MOUNT PROSPECT CIR
RALEIGH, NC 27614

Claim Number: 4190
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $450.00 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $306,843.31 | Scheduled: | $317,793.31 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BIARD, JAMES
3525 MOUNT PROSPECT CIRCLE
RALEIGH, NC 27614

Claim Number: 4191
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,806.13 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,806.13 UNLIQ |

---

REED, WILLIAM E.
5199 JESSICA LANE
COOKEVILLE, TN 38506

Claim Number: 4192
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8129

| UNSECURED | Claimed: | $87,446.24 |
|---|---|---|

---

REED, WILLIAM E.
5199 JESSICA LANE
COOKEVILLE, TN 38506

Claim Number: 4193
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8302

| UNSECURED | Claimed: | $57,188.58 |
|---|---|---|

---

FOULOIS, MARA
10910 BELMONT BLVD.
MASON NECK, VA 22079

Claim Number: 4194
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 368 and 399.

| PRIORITY | Claimed: | $70,357.88 |
|---|---|---|

---

FOULOIS, MARA E.
10910 BELMONT BLVD.
MASON NECK, VA 22079

Claim Number: 4195
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 4196
Claim Date:  / /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|---|---|---|

---

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 4197
Claim Date:  / /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FOULOIS, MARA E.
10910 BELMONT BLVD.
MASON NECK, VA 22079

Claim Number: 4198
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

FOULOIS, MARA
10910 BELMONT BLVD
LORTON, VA 22079

Claim Number: 4199
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 400.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $151,716.31 | Scheduled: | $0.00  UNLIQ |

---

SCHNEIDER, DAVID
614 HUNTERS CLOSE
EDMONTON, AB T6R 2W2
CANADA

Claim Number: 4200
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,550.80 |

---

WITSCHEN, WALTER
13543 90 ST. NW
EDMONTON, AB TSE 3M9
CANADA

Claim Number: 4201
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,988.57 |

---

CONRAD, LARRY G.
7704 TYLERTON DR.
RALEIGH, NC 27613

Claim Number: 4202
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $72,166.00 |

---

PURVIS, LISA
100 FIELDSPRING LANE
RALEIGH, NC 27606

Claim Number: 4203
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $25,000.00 |
| UNSECURED | Claimed: | $25,000.00 |

---

TIMPERIO, TAMI
332 SILVER BLUFF STREET
HOLLY SPRINGS, NC 27540

Claim Number: 4204
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,522.20 |
| UNSECURED | Claimed: | $57,738.46 | Scheduled: | $55,047.34 |
| TOTAL | Claimed: | $57,738.46 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BINGAMAN, PETER<br>47 INDIAN HILL ROAD<br>WILTON, CT 06897 | | Claim Number: 4205<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $10,823.90<br> | Scheduled: | $88,038.41 |

| LEFFERT, PAUL E.<br>14651 S BOND ST<br>OLATHE, KS 66062 | | Claim Number: 4206<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,600.00   UNLIQ |

| STRASSBURGER, RAYMOND<br>2805 PINE HOLLOW RD<br>OAKTON, VA 22124 | | Claim Number: 4207<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $87,248.00 |

| BEST, ROBERT<br>808 NORTHCLIFT DR<br>RALEIGH, NC 27609 | | Claim Number: 4208<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8292 |
|---|---|---|
| UNSECURED | Claimed: | $47,651.99 |

| DESHPANDE, VYENKATESH<br>3220 FOXBORO PLACE<br>SAN JOSE, CA 95135 | | Claim Number: 4209<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $38,978.00 |

| DIKENS, THOMAS<br>2612 BENGAL LN<br>PLANO, TX 75023 | | Claim Number: 4210<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $200,000.00 |

| DICKENS, THOMAS MD<br>2612 BENGAL LANE<br>PLANO, TX 75023 | | Claim Number: 4211<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| UNSECURED | Claimed: | $200,000.00   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HARDEN, JAMES III<br>1460 CHINOOK CT<br>LILBURN, GA 30047-7437 | Claim Number: 4212<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $8,445.05 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| LIANG, MEI<br>2018 PRIMROSE DR<br>IRVING, TX 75063 | Claim Number: 4213<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $32,967.94 |
|---|---|---|

| POWELL, WILLIAM<br>1106 HUNTSMAN DR<br>DURHAM, NC 27713 | Claim Number: 4214<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $4,777.63 |
|---|---|---|
| UNSECURED | Claimed: | $49,518.98 |

| FONTAINE, MICHEL J<br>BOX 2636<br>N. HATLEY, J0B2C0<br>CANADA | Claim Number: 4215<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $112,984.51 |
|---|---|---|

| GEOFFROY<br>877 ANDRE MATHIEU<br>BOUCHERVILLE, QC J4B 8N9<br>CANADA | Claim Number: 4216<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $3,133.62 |
|---|---|---|

| GEOFFROY<br>ATTN: MARTIN GEOFFROY<br>877 ANDRE MATHIEU<br>BOUCHERVILLE, QC J4B 8N9<br>CANADA | Claim Number: 4217<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,000.00 |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COLON, MARIA<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4218<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $23,837.17 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: KHADBAI, AZIZ<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4219<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8026<br>Amends claim 833 |
|---|---|

| PRIORITY | Claimed: | $400,984.09 |
|---|---|---|

---

| LJUBICICH, ANTHONY<br>22 SNIFFEN ROAD<br>ARMONK, NY 10504 | Claim Number: 4220<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $82,984.66 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| CLARK, GEORGE<br>53 BRATTLE STREET<br>WORCESTER, MA 01606 | Claim Number: 4221<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,886.42 |
|---|---|---|

---

| CLARK, GEORGE A<br>53 BRATTLE STREET<br>WORCESTER, MA 01606 | Claim Number: 4222<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $52,103.46 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BEHRINGER HARVARD TIC MGMT.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4223<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $140,257.57 |
|---|---|---|

---

| HERR, SCOTT A.<br>2413 PRIMROSE DR<br>RICHARDSON, TX 75082 | Claim Number: 4224<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $40,458.24 | Scheduled: | $41,705.00 |
|---|---|---|---|---|

---

| DRAKE, IRENE<br>209 ROYAL TOWER WAY<br>CARY, NC 27513 | Claim Number: 4225<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 568. |
|---|---|

| UNSECURED | Claimed: | $67,429.58 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MILLIGAN, PATRICK<br>2609 PELICAN BAY DR.<br>PLANO, TX 75093 | | Claim Number: 4226<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $201,874.81 | | |

---

| MCCOY, LEONARD D<br>4218 HIGH STAR LANE<br>DALLAS, TX 75287 | | Claim Number: 4227<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $317,285.12 | | |

---

| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 4228<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6017 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,538.46 | | |

---

| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 4229<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6016 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $86,000.00 | | |

---

| MEAD, JOHN<br>4655 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | | Claim Number: 4230<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $249,361.68  UNLIQ | | |
| UNSECURED | | | Scheduled: | $249,361.68  UNLIQ |

---

| LAVIAN, TAL<br>1640 MARIANI DRIVE<br>SUNNYVALE, CA 94087 | | Claim Number: 4231<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $105,050.35 | | |

---

| UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: KHADBAI, AZIZ<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 4232<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 833. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $452,647.17 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HAYNES, JOSEPH<br>10533 DORCHESTER WAY<br>WOODSTOCK, MD 21163 | Claim Number: 4233<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $116,403.29   UNLIQ | | |

| WONG, CHO LUN<br>FLAT A1, 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | Claim Number: 4234<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| WONG, CHO L<br>FLAT A1, 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>CHINA | Claim Number: 4235<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,531.77 | Scheduled: | $0.00  UNLIQ |

| THOMSON, GEORGE<br>28 NORTHUMBERLAND<br>NASHVILLE, TN 37215 | Claim Number: 4236<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $217,474.58 | | |

| WHITE, NANCY J<br>127 WHITE FARM RD<br>LAFAYETTE, TN 37083-3131 | Claim Number: 4237<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $471,609.35 | Scheduled: | $0.00  UNLIQ |

| COX, JON<br>928 CAROUSEL DR<br>BEDFORD, TX 76021 | Claim Number: 4238<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $32,696.92 | | |

| COX, JON H<br>928 CAROUSEL DR<br>BEDFORD, TX 76021 | Claim Number: 4239<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $40,229.53 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 4240<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6015 | | | |
| PRIORITY | Claimed: | $20,000.00 | | | |
| MOULTON, ROBERT F<br>592 7TH ST.<br>LAKE OSWEGO, OR 97034 | | Claim Number: 4241<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $55,130.13 | Scheduled: | $0.00 UNLIQ | |
| CLARK, SCOTT<br>5718 VELASCO AVE<br>DALLAS, TX 75206 | | Claim Number: 4242<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $42,864.00 | | | |
| PROVOST, MICHAEL JR.<br>7421 FRANKFORD RD<br>APT 2136<br>DALLAS, TX 75252 | | Claim Number: 4243<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $6,692.31 | | | |
| LANCASTER, TERRI L<br>4101 WILL ROGERS DRIVE<br>SAN JOSE, CA 95117 | | Claim Number: 4244<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $7,297.49 | | | |
| UNSECURED | Claimed: | $23,736.92 | Scheduled: | $33,324.60 | |
| THURMAN, MARIAN L<br>239 TAFT<br>YPSILANTI, MI 48197 | | Claim Number: 4245<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
| PRIORITY | Claimed: | $0.00 UNDET | | | |
| THURMAN, MARIAN L.<br>239 TAFT AVE<br>YPSILANTI, MI 48197 | | Claim Number: 4246<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CHIMA, MANMOHAN<br>4041 LASER LANE<br>PLANO, TX 75023 | | Claim Number: 4247<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| UNSECURED<br>TOTAL | Claimed:<br>Claimed: | $262,927.15<br>$145,541.04 | Scheduled: | $145,541.04 UNLIQ |

---

| CHIMA, MANMOHAN S.<br>4041 LASER LANE<br>PLANO, TX 75023 | | Claim Number: 4248<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| LASALLE, WILLIAM<br>136 PENNSYLVANIA AVENUE<br>BRYN MAWR, PA 19010 | | Claim Number: 4249<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $357.31 | Scheduled: | $304.66 UNLIQ |

---

| LASALLE, WILLIAM<br>136 PENNSYLVANIA AVENUE<br>BRYN MAWR, PA 19010 | | Claim Number: 4250<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $14,071.07 | |

---

| LASALLE, WILLIAM<br>136 PENNSYLVANIA AVENUE<br>BRYN MAWR, PA 10910 | | Claim Number: 4251<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 5840 | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

---

| KADI, SERGIO<br>17211 FRONT BEACH RD.<br>PANAMA CITY BEACH, FL 32413 | | Claim Number: 4252<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $16,867.00 | Scheduled: | $0.00 UNLIQ |

---

| BROWN, PAMELA<br>17211 FRONT BEACH RD.<br>PANAMA CITY BEACH, FL 32413 | | Claim Number: 4253<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $379,926.00 | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MARCANO, PEDRO
51 MASSACHUSSETTS AVE
WALPOLE, MA 02081

Claim Number: 4254
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,346.50 | Scheduled: | $13,978.90 |

---

ASM CAPITAL, L.P.
TRANSFEROR: RENUART, JACQUELINE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4255
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,068.38 | Scheduled: | $2,064.88 |
| UNSECURED | Claimed: | $28,115.53 | Scheduled: | $34,089.92 |

---

PALMER, GARY
3131 WINDING LAKE DR
GAINESVILLE, GA 30504

Claim Number: 4256
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 315.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $127,473.87 |

---

UNTIED STATES DEBT RECOVERY XI, LP
TRANSFEROR: BRENT, RAYMOND A.
940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4257
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $128,679.01 | Scheduled: | $0.00 UNLIQ |

---

KHAWAR, ABDUL
11103 EMPIRE LAKES DRIVE
RALEIGH, NC 27617

Claim Number: 4258
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $793,591.85 |

---

MARTIN, EDLENE
8005 CHADBOURNE CT
RALEIGH, NC 27613

Claim Number: 4259
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 18.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,523.99 |
| UNSECURED | Claimed: | $69,267.21 | Scheduled: | $73,600.43 |

---

LENT, ROBERT
35 HEYWOOD RD
STERLING, MA 01564

Claim Number: 4260
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $29,059.41 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DUESENBERG INVESTMENT COMPANY
LOCKBOX 8318, PO BOX 511318
LOS ANGELES, CA 90051-7873

Claim Number: 4261
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $66,268.24 | Scheduled: | $0.00 UNLIQ |

HIGHSMITH, JASPER H.
13714 HALLIFORD DR
TAMPA, FL 33624

Claim Number: 4262
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $138,433.69 |

GILL, GUY D.
1015 LONSDALE COURT
ALPHARETTA, GA 30022

Claim Number: 4263
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $124,243.86 | Scheduled: | $0.00 UNLIQ |

HEWLETT PACKARD FINANCIAL SERV
ATTN: LAWRENCE KOVACS
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

Claim Number: 4264
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $120,072.46 |

IL ENVIRONMENTAL PROTECTION AGENCY
DIVISION OF LEGAL COUNSEL # 21
1021 NORTH GRAND AVE. EAST
SPRINGFIELD, IL 62794

Claim Number: 4265
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,959.88 |

BEATTIE, GORDON W.
1525 MARSHALL FARM ST
WAKE FOREST, NC 27587

Claim Number: 4266
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 2018.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $74,202.25 |

HARKER, KENNETH R. JR
4111 MORRISON ROAD
NASHVILLE, IN 47448

Claim Number: 4267
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $385,045.08 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KRISHNAN, VENKATRAMAN
2045 JADEWOOD DR
MORRISVILLE, NC 27560

Claim Number: 4268
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $43,615.00 |
| --- | --- | --- |

---

VAUGHN, DON
3825 RIDGETOP LANE
PLANO, TX 75074

Claim Number: 4269
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends 1499

| UNSECURED | Claimed: | $530,465.01 |
| --- | --- | --- |

---

VAUGHN, DON
3825 RIDGETOP LANE
PLANO, TX 75074

Claim Number: 4270
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends 1498

| UNSECURED | Claimed: | $31,695.46 |
| --- | --- | --- |

---

VAUGHN, DON
3825 RIDGETOP LANE
PLANO, TX 75074

Claim Number: 4271
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends 1497

| UNSECURED | Claimed: | $21,142.59 |
| --- | --- | --- |

---

CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: GRAHAM, ROBERT M
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902

Claim Number: 4272
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $702,176.55 |
| --- | --- | --- |

---

MONTGOMERY, GEORGE G
9808 ST ANNES DR
PLANO, TX 75025

Claim Number: 4273
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends 157

| PRIORITY | | | Scheduled: | $2,212.36 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $278,858.42 | Scheduled: | $42,253.74 |

---

VAUGHN, DON
3825 RIDGETOP LANE
PLANO, TX 75074

Claim Number: 4274
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends 1494

| UNSECURED | Claimed: | $7,407.75 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4275<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1496 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $97,005.32 | | |

---

| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4276<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1495 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,456.04 | | |

---

| PERKINSON, TERRY T<br>104 NATHANIEL COURT<br>CARY, NC 27511 | | Claim Number: 4277<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51,268.27   CONT | | |

---

| HACKNEY, JOEL<br>315 MEADOWMONT LANE<br>CHAPEL HILL, NC 27517 | | Claim Number: 4278<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $55,388.55 | | |

---

| MURASH, BARRY<br>11812 EAGLES GLEN DRIVE<br>AUSTIN, TX 78732 | | Claim Number: 4279<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7552<br>amends 802 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $192,892.61 | | |

---

| YOHE-GANEY, VICKI L<br>5912 STEUBEN COURT<br>DALLAS, TX 75248 | | Claim Number: 4280<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $922,376.32 | Scheduled: | $0.00  UNLIQ |

---

| BUSTILLO, ADAM D<br>611 LONE RIDGE WAY<br>MURPHY, TX 75094 | | Claim Number: 4281<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $12,949.08 | | |
| UNSECURED | | | Scheduled: | $13,651.24 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SELIGSON, JOHN
2901 CAPETANIOS DRIVE
EL DORADO HILLS, CA 95762

Claim Number: 4282
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends 1060

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $157,031.55 | Scheduled: | $157,031.55 | UNLIQ |

MONTGOMERY, GEORGE
9808 ST ANNES DR
PLANO, TX 75025

Claim Number: 4283
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $353,964.19 | Scheduled: | $353,964.19 | UNLIQ |

WILCOX, REGINALD
22 EWING COURT
LUCAS, TX 75002

Claim Number: 4284
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $82,152.39 | Scheduled: | $82,152.39 | UNLIQ |

DEAR, ARTHUR
109 DONNA PLACE
CARY, NC 27513

Claim Number: 4285
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,715.60 | Scheduled: | $2,248.81 |
| UNSECURED | Claimed: | $50,325.81 | Scheduled: | $51,971.52 |

HOROWITZ, STEVEN
5908 ST AGNES DR
PLANO, TX 75093

Claim Number: 4286
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $106,670.95 | Scheduled: | $0.00 | UNLIQ |

EGAN, LYNN C
9413 ATHERTON COURT
BRENTWOOD, TN 37027-8700

Claim Number: 4287
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,133.81 | UNLIQ CONT |

BELL ALIANT REGIONAL COMMUNICATIONS, LTD
TRANSFEROR: INNOVATIA INC
ATTN: EVAN J. KIPNES
1505 BARRINGTON STREET, 6 SOUTH
HALIFAX, NS B3J 2W3
CANADA

Claim Number: 4288
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $506,235.56 | Scheduled: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SEARLES, STEVE
19119 STREAM CROSSING CT.
LEESBURG, VA 20176

Claim Number: 4289
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8905 (11/07/2012)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,998.23 | Scheduled: | $1,998.23 | UNLIQ |

NITHYANANDAN, VANGAL
312 W MEADOWS LN
DANVILLE, CA 94506-1335

Claim Number: 4290
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,921.28 |

GEARHART, KYLE
34 TYLER TRAIL
HILTON, NY 14468

Claim Number: 4291
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $759.47 |
| UNSECURED | Claimed: | $21,468.80 | Scheduled: | $22,778.00 |

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 4292
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7721 (05/29/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,845,854.00 |
| SECURED | Claimed: | $113,955.89 |
| UNSECURED | Claimed: | $16,046,205.11 |

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 4293
Claim Date: 09/28/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: WITHDRAWN
DOCKET: 7721 (05/29/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,968,227.00 |
| UNSECURED | Claimed: | $269,775.00 |

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 4294
Claim Date: 09/28/2009
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 7721 (05/29/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $76,721.00 |

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 4295
Claim Date: 09/28/2009
Debtor: SONOMA SYSTEMS
Comments: WITHDRAWN
DOCKET: 7721 (05/29/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $800.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 4296<br>Claim Date: 09/28/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 7721 (05/29/2012) | | |
| PRIORITY | Claimed: | $800.00 | | |
| CAREVIC, ROSS<br>321 MURRAY FARM DR APT 611<br>FAIRVIEW, TX 75069-6899 | | Claim Number: 4297<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim amount of 29,782.94 BRITISH POUNDS | | |
| PRIORITY | Claimed: | $43,500.96 | | |
| CARDINAL, PAUL J<br>9N559 KASHARE TR<br>ELGIN, IL 60124 | | Claim Number: 4298<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $65,553.60 | | |
| NASH, DALE<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 | | Claim Number: 4299<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $15,076.87 | | |
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: KURTZ, DAVID<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 4300<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $7,565.48 | | |
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: KURTZ, DAVID<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 4301<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,134.11 |
| UNSECURED | Claimed: | $55,958.74 | Scheduled: | $70,339.01 |
| JONES, DONNA<br>101 CUPOLA CHASE WAY<br>CARY, NC 27519 | | Claim Number: 4302<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $843.70 | Scheduled: | $4,231.11 |
| UNSECURED | Claimed: | $49,591.30 | Scheduled: | $47,114.14 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WILSON, CHRISTOPHER
9428 MACON ROAD
RALEIGH, NC 27613

Claim Number: 4303
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | $5,570.49 |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $82,985.93 |
| UNSECURED | Claimed: | $81,488.93 | | |

---

PARISH, SAUNDERS D
532 WOODSIDE DRIVE
HIDEAWAY, TX 75771

Claim Number: 4304
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PARISH, SAUNDERS D
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4305
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $47,250.47 |
|---|---|---|

---

GREENE, STUART
14678 VILLAGE GLEN CIRCLE
TAMPA, FL 33618

Claim Number: 4306
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $148,839.39 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

NEWTON JR, PERCY M
3940 THREE CHIMNEYS LANE
CUMMING, GA 30041-6998

Claim Number: 4307
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $208,377.96 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

CRAIG, J A
111 ECHO DRIVE
APT 502
OTTAWA, K1S5K8
CANADA

Claim Number: 4308
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $946,457.21 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

WANG, LILY HOH
4325 WONDERLAND DR
PLANO, TX 75093

Claim Number: 4309
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $11,613.03 | Scheduled: | $1,966.97 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,396.93 | Scheduled: | $34,288.99 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| XU, LI<br>389 WASHINGTON ST APT 14J<br>JERSEY CITY, NJ 07302 | | Claim Number: 4310<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,186.40 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| SHARMA, JAG MOHAN<br>113 COUNCIL GAP COURT<br>CARY, NC 27513 | | Claim Number: 4311<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00   UNLIQ | Scheduled: | $0.00  UNLIQ |

---

| | | | | | |
|---|---|---|---|---|---|
| SHARMA, JAG MOHAN<br>113 COUNCIL GAP COURT<br>CARY, NC 27513 | | Claim Number: 4312<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $179,633.05 | Scheduled: | $174,479.11  UNLIQ |

---

| | | | | | |
|---|---|---|---|---|---|
| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4313<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $375,154.02 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4314<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $205,480.27 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4315<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,176.62 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| GOLF CLUB OF GEORGIA, INC.<br>1 GOLF CLUB DRIVE<br>ALPHARETTA, GA 30005-7426 | | Claim Number: 4316<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,062.57 | | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: GOLF GEORGIA<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4317<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $2,062.57 | |
| AVERY, CINDI K<br>2526 BUSINESS CENTER DR APT 1114<br>PEARLAND, TX 77584-2437 | | Claim Number: 4318<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
| AVERY, CINDI K<br>6125 CLOVER RIDGE<br>HOUSTON, TX 77087 | | Claim Number: 4319<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | |
| UNSECURED | Claimed: | $11,998.71 | |
| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | | Claim Number: 4320<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $0.00   UNDET   Scheduled: | $0.00 UNLIQ |
| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | | Claim Number: 4321<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | | Claim Number: 4322<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8336<br>Claim out of balance | |
| PRIORITY | Claimed: | $51,225.72 | |
| UNSECURED | Claimed: | $51,225.72 | |
| TOTAL | Claimed: | $51,225.72 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MCGONAGLE, NANCY S
35 LIP LIP LANE
NORDLAND, WA 98358

Claim Number: 4323
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8335
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $48,412.00 | | |
| UNSECURED | Claimed: | $48,412.00 | | |
| TOTAL | Claimed: | $48,412.00 | | |

---

NG, MAN-FAI
3713 MOUNT PLEASANT LN
PLANO, TX 75025

Claim Number: 4324
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $28,789.47 | Scheduled: | $30,421.62 UNLIQ |

---

VASERFIRER, ANATOLY
1426 LUCKENBACH DR
ALLEN, TX 75013

Claim Number: 4325
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,259.36 | Scheduled: | $0.00 UNLIQ |

---

VASERFIRER, IRINA
1426 LUCKENBACH DR
ALLEN, TX 75013

Claim Number: 4326
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $159.66 | |

---

PILLOW, TIMOTHY
575 LOVE HENRY COURT
SOUTHLAKE, TX 76092

Claim Number: 4327
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $254,664.64 | Scheduled: | $0.00 UNLIQ |

---

PILLOW, TIMOTHY
575 LOVE HENRY COURT
SOUTHLAKE, TX 76092

Claim Number: 4328
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $124,953.15 | Scheduled: | $84,913.69 UNLIQ |

---

REYNOLDS, JACK Q
25064 HATTON ROAD
CARMEL, CA 93923-8365

Claim Number: 4329
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $386,241.60 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

REYNOLDS, JACK Q
25064 HATTON ROAD
CARMEL, CA 93923-8365

Claim Number: 4330
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

SNYDER, TONY P
8317 OLD NC HWY 86
CHAPEL HILL, NC 27516

Claim Number: 4331
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

MOVING SOLUTIONS
MOVING SOLUTIONS INC
927 WRIGLEY WAY
MILPITAS, CA 95035-5407

Claim Number: 4332
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| PRIORITY | Claimed: | $3,859.91 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7,719.82 |

---

BLAIR, LAWRENCE
2495 AQUASANTA
TUSTIN, CA 92782

Claim Number: 4333
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $16,954.12 |
|---|---|---|

---

BLAIR, LAWERNCE
2495 AQUASANTA
TUSTIN, CA 92782

Claim Number: 4334
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $16,954.12 | Scheduled: | $496.61  UNLIQ |
|---|---|---|---|---|

---

MORRIS, STEVEN
13045 TOWNFIELD DRIVE
RALEIGH, NC 27614

Claim Number: 4335
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7726

| UNSECURED | Claimed: | $40,086.87 |
|---|---|---|

---

MORRIS, STEVEN
13045 TOWNFIELD DR
RALEIGH, NC 27614

Claim Number: 4336
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $40,086.87 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

REA, JEFFERY
1808 LORRAINE AVENUE
ALLEN, TX 75002

Claim Number: 4337
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,126.77 | Scheduled: | $0.00 UNLIQ |

HOGAN, ROBERT A.
3830 SWEETEN CREEK ROAD
CHAPEL HILL, NC 27514

Claim Number: 4338
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $111,767.75 |

ADDISON, NANCY
1117 PATRICIA CRES. GD
JASPER, TOE 1EO
CANADA

Claim Number: 4339
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,074.74 |

ADDISON, MARK & NANCY
117 PATRICIA CRED. GD
JASPER, TOE 1EO
CANADA

Claim Number: 4340
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $717.76 |

OTTAWA DRAGON BOAT RACE FESTIVAL
34 407 LAURIER AVENUE WEST
OTTAWA, ON K1R 7Y7
CANADA

Claim Number: 4341
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,000.00 |

WOHLFORD, ROBERT E.
30 ALEXANDER PLACE
PITTSBURGH, PA 15243

Claim Number: 4342
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $60,299.23 | | | |
| UNSECURED | Claimed: | $60,299.23 | Scheduled: | $0.00 UNLIQ |

WOHLFORD, ROBERT
30 ALEXANDER PLACE
PITTSBURGH, PA 15243

Claim Number: 4343
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $30,925.82 | | | |
| UNSECURED | Claimed: | $30,925.83 | Scheduled: | $52,371.96 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CHRISTIAN, PAUL<br>220 SPRING CREEK LANE NE<br>ALBUQUERQUE, NM 87122 | | Claim Number: 4344<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $254,208.17 | | |

| HAYNES, WENDY<br>1350 PARKER ROAD<br>WYLIE, TX 75098 | | Claim Number: 4345<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,898.06 | | |

| DATA GROUP OF COMPANIES<br>F/ K/ A RELIZON, INC.<br>80 AMBASSADOR DRIVE<br>MISSISSAUGA, ON L5T 2Y9<br>CANADA | | Claim Number: 4346<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,602.22 | | |

| DATA GROUP OF COMPANIES, THE<br>9195 TORBRAM ROAD<br>BRAMPTON, ON L6S 6H2<br>CANADA | | Claim Number: 4347<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,339.84 | Scheduled: | $1,339.84 |

| DAO, TUYEN T.<br>6545 WESTWAY DR<br>THE COLONY, TX 75056 | | Claim Number: 4348<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $20,032.22 | | |

| DAO, TUYEN T.<br>6545 WESTWAY DR<br>THE COLONY, TX 75056 | | Claim Number: 4349<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $46,586.56 | | |

| HOGAN, BRIAN<br>YUKON LANE<br>CHAPEL HILL, NC 27514 | | Claim Number: 4350<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JONES, LAWRENCE D.<br>1659 HONFLEUR DRIVE<br>SUNNYVALE, CA 94087 | Claim Number: 4351<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $561.32  UNLIQ |
|---|---|---|

---

| GRAHAM, ROBERT M.<br>P. O. BOX 9096<br>RANCHO SANTA FE, CA 92067 | Claim Number: 4352<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim for 3,888.30 monthly. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| GRAHAM, ROBERT M.<br>P. O. BOX 9096<br>RANCHO SANTA FE, CA 92067 | Claim Number: 4353<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

| GRAHAM, ROBERT M.<br>P.O. BOX 9096<br>RANCHO SANTA FE, CA 92067 | Claim Number: 4354<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim for 1,158.47 monthly. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

| GRAHAM, ROBERT<br>PO BOX 9096<br>RANCHO SANTA FE, CA 92067 | Claim Number: 4355<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim for 1,571.25 monthly. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

| GRAHAM, ROBERT M.<br>P. O. BOX 9096<br>RANCHO SANTA FE, CA 92067 | Claim Number: 4356<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

| GRAHAM, ROBERT M.<br>P. O. BOX 9096<br>RANCHO SANTA FE, CA 92067 | Claim Number: 4357<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CHIMA, MANMOHAN
4041 LASER LANE
PLANO, TX 75023

Claim Number: 4358
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
$569.42 per month.

| UNSECURED | Claimed: | $569.42  UNLIQ | Scheduled: | $0.00  UNLIQ |

---

CHIMA, MANMOHAN S.
4041 LASER LANE
PLANO, TX 75023

Claim Number: 4359
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |

---

GRAHAM, ROBERT
PO BOX 9096
RANCHO SANTA FE, CA 92067

Claim Number: 4360
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $132,570.08 | Scheduled: | $132,570.08 UNLIQ |

---

GRAHAM, ROBERT M.
P. O. BOX 9096
RANCHO SANTA FE, CA 92067

Claim Number: 4361
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: FLYNN, LAWRENCE M.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4362
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $198,214.03 | Scheduled: | $0.00 UNLIQ |

---

FLYNN, LAWRENCE M.
909 WATERCRESS DRIVE
NAPERVILLE, IL 60540

Claim Number: 4363
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $198,214.03 |

---

LEGGETT, TERRY
5320 WEST HARBOR
VILLAGE DR. UNIT 402
VERO BEACH, FL 32967

Claim Number: 4364
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,130,362.97 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LEGGETT, TERRY J.
5320 WEST HARBOR VILLAGE DRIVE
UNIT 402
VERO BEACH, FL 32967

Claim Number: 4365
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |

---

DAS, PRABIR
6307 WIND RIDER WAY
COLUMBIA, MD 21045

Claim Number: 4366
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $195,571.50 | Scheduled: | $133,287.04 UNLIQ |
| TOTAL | Claimed: | $133,287.04 | | |

---

DAS, PRABIR
6307 WIND RIDER WAY
COLUMBIA, MD 21045

Claim Number: 4367
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $195,571.50 |

---

EVERSMEYER, CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 75068-4403

Claim Number: 4368
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,213.87 | Scheduled: | $62,213.87 UNLIQ |

---

EVERSMEYER. CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 75068-4403

Claim Number: 4369
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $62,213.87 |

---

EVERSMEYER, CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 75068-4403

Claim Number: 4370
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,187.53 | Scheduled: | $4,187.53 UNLIQ |

---

EVERSMEYER, CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 75068-4403

Claim Number: 4371
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,187.53 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DAO, TUYEN
6545 WESTWAY DR
THE COLONY, TX 75056

Claim Number: 4372
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,032.22 | | |

DAO, TUYEN
6545 WESTWAY DRIVE
THE COLONY, TX 75056

Claim Number: 4373
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,586.56 | | |

HOGAN, BRIAN
100 YUKON LANE
CHAPEL HILL, NC 27514

Claim Number: 4374
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $51,362.36 | | |

JONES, LAWRENCE D
1659 HONFLEUR DRIVE
SUNNYVALE, CA 94087

Claim Number: 4375
Claim Date: 09/28/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

FITZPATRICK, JAMES HARRY
304 FORSYTHE LN
DEKALB, IL 60115-2342

Claim Number: 4376
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

FITZPATRICK, JAMES
304 FORSYTHE LN
DEKALB, IL 60115-2342

Claim Number: 4377
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $77,947.65 | Scheduled: | $6,070.10 |
| UNSECURED | | | Scheduled: | $76,947.59 |

SNYDER, ANTHONY
817 OLD NC HIGHWAY 86
CHAPEL HILL, NC 27516

Claim Number: 4378
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MOVING SOLUTIONS, INC.
927 WRIGLEY WAY
SANTA CLARA, CA 95053

Claim Number: 4379
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $3,859.91 |
|---|---|---|

---

REA, JEFFERY
1808 LORRAINE AVENUE
ALLEN, TX 75002

Claim Number: 4380
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $36,126.77 |
|---|---|---|

---

HOGAN, ROBERT
3830 SWEETEN CREEK ROAD
CHAPEL HILL, NC 27514

Claim Number: 4381
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

OTTAWA DRAGON BOAT RACE FESTIVAL
34 407 LAURIER AVENUE WEST
OTTAWA, ON K1R 7Y7
CANADA

Claim Number: 4382
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $30,000.00 |
|---|---|---|

---

WOHLFORD, ROBERT
30 ALEXANDER PLACE
PITTSBURGH, PA 15243

Claim Number: 4383
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

WOHLFORD, ROBERT
30 ALEXANDER PLACE
PITTSBURGH, PA 15243

Claim Number: 4384
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $61,851.65 |
|---|---|---|

---

CHRISTIAN, PAUL LESLIE
3233 WOODVIEW COURT
THOUSAND OAKS, CA 91362

Claim Number: 4385
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $254,208.17 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HAYNES, WENDY<br>1350 PARKER ROAD<br>WYLIE, TX 75098 | Claim Number: 4386<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,903.90 |
|---|---|---|

| DATA GROUP OF COMPANIES, THE<br>80 AMBASSADOR DR<br>MISSISSAUGA, ON L5T 2Y9<br>CANADA | Claim Number: 4387<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,602.22 |
|---|---|---|

| DATA GROUP OF COMPANIES, THE<br>80 AMBASSADOR DR<br>MISSISSAUGA, ON L5T 2Y9<br>CANADA | Claim Number: 4388<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,339.84 |
|---|---|---|

| ARGO PARTNERS, INC.<br>TRANSFEROR: DUARTE DESIGN INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 4389<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $141,833.00 | Scheduled: | $141,833.00 |
|---|---|---|---|---|

| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1, VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | Claim Number: 4390-01<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Amends claim 236 |
|---|---|

| UNSECURED | Claimed: | $847.16 | Scheduled: | $3,595.52 |
|---|---|---|---|---|

| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1, VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | Claim Number: 4390-02<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $2,748.36 |
|---|---|---|

| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1 VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | Claim Number: 4391<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,595.52 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ITEL HOUSE (INNINGS TELECOM EUROPE LTD)
SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UNITED KINGDOM

Claim Number: 4392
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $447,543.00 |
|---|---|---|

---

ITEL HOUSE (INNINGS TELECOM EUROPE LTD)
SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UNITED KINGDOM

Claim Number: 4393
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $9,369.00 |
|---|---|---|

---

ITEL HOUSE (INNINGS TELECOM EUROPE LTD)
SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UNITED KINGDOM

Claim Number: 4394
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $352,565.80 |
|---|---|---|

---

TELSTRAT INTERNATIONAL, LLP
ATTN: JENNIFER SLACK
6900 K AVENUE
PLANO, TX 75074

Claim Number: 4395
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $53,792.60 |
|---|---|---|

---

TELSTRAT
ATTN: JENNIFER SLACK
6900 K AVENUE
PLANO, TX 75074

Claim Number: 4396
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $5,434.00 |
|---|---|---|

---

MAND, M G
618 BERWICK ROAD
WILMINGTON, DE 19803-2204

Claim Number: 4397
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7074

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

HANNAH, DAVID C
405 SKULLEY DR
ALPHARETTA, GA 30004

Claim Number: 4398
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $796,026.52 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TODARO, THOMAS
3209 VIRGINIA CREEPER LANE
WILLOW SPRING, NC 27592-9241

Claim Number: 4399
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $43,061.76 | | |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: WATSON, ROBERT
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4400
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $57,204.82 | | |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ROBSON, ROBERT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4401
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 461

| UNSECURED | Claimed: | $146,023.30 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

WALTRIP, KENNETH
2729 STICKHORSE LANE
MCKINNEY, TX 75071

Claim Number: 4402
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $60,002.40 | | |
|---|---|---|---|---|

LAFAURIE, CESAR
101 WILLOWCREEK BLVD
SWEETWATER, TN 37874

Claim Number: 4403
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,826.40 | Scheduled: | $50,826.40 UNLIQ |
|---|---|---|---|---|

LAFAURIE, CESAR
101 WILLOWCREEK BLVD
SWEETWATER, TN 37874

Claim Number: 4404
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $124,287.75 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

HAFEEZ, IMRAN
604 SAINT GEORGE
RICHARDSON, TX 75081

Claim Number: 4405
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $51,329.19 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ASTOR, MARK B<br>1318 YOUNG AVE.<br>MARYVILLE, TN 37801 | | Claim Number: 4406<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,410.65 | Scheduled: | $0.00 UNLIQ |

| HARRIS, TIMOTHY<br>308 PINE NUT LANE<br>APEX, NC 27502 | | Claim Number: 4407<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $45,173.60 |

| HERRAGE, JOSEPH<br>4302 SPRINGHILL<br>ESTATES DRIVE<br>PARKER, TX 75002 | | Claim Number: 4408<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $289,343.25 | Scheduled: | $0.00 UNLIQ |

| CROSSON, KEN<br>10605 EVERGREEN CHASE WAY<br>RALEIGH, NC 27613 | | Claim Number: 4409<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $179,029.94 |

| RUFF, STEVEN<br>7469 ASHLEY DR<br>WARRENTON, VA 20187-9039 | | Claim Number: 4410<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $76,862.90 |

| FILLMORE RILEY BARRISTERS<br>SOLICITORS & TRADE-MARK AGENTS<br>ATTN: PETER DAVEY<br>1700 COMMODITY EXCHANGE TOWER<br>WINNIPEG, MB R3C 3Z3<br>CANADA | | Claim Number: 4411<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|---|
| UNSECURED | Claimed: | $641.81 |

| REBELSKY, RENATE<br>KNIEBISWEG 2<br>NUFRINGEN, D-71154<br>GERMANY | | Claim Number: 4412<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $15,052.80 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| KALSI, VISHAL<br>4387 LAIRD CIRCLE<br>SANTA CLARA, CA 95054 | | Claim Number: 4413<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1486 | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $25,293.64 | | | |
| WOLF, JAMES<br>7709 CHERRY CREEK DR<br>PLANO, TX 75025 | | Claim Number: 4414<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $40,770.32 | | | |
| KAPIL, VIVEK<br>2712 MERLIN DRIVE<br>LEWISVILLE, TX 75056 | | Claim Number: 4415<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $98,726.00 | | | |
| SECURED | Claimed: | $98,726.00 | | | |
| TOTAL | Claimed: | $93,137.88 | | | |
| SINNETT, WILLIAM G<br>139 KENTEAGA ROAD<br>TODD, NC 28684 | | Claim Number: 4416<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $256,413.82 | | | |
| SINNETT, WILLIAM G<br>139 KENTEAGA RD.<br>TODD, NC 28684 | | Claim Number: 4417<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $4,707.34 | Scheduled: | $4,707.34 |
| UNSECURED | Claimed: | $63,831.10 | Scheduled: | $63,831.10 |
| KOREST, PHILIP J.<br>5223 INVERNESS DRIVE<br>DURHAM, NC 27712 | | Claim Number: 4418<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | | |
| UNSECURED | Claimed: | $3,751.59 | | | |
| KOREST, PHILIP<br>5223 INVERNESS DR<br>DURHAM, NC 27712 | | Claim Number: 4419<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $68,625.30 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KOREST, PHILIP J
5223 INVERNESS DR
DURHAM, NC 27712

Claim Number: 4420
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $256.70 | Scheduled: | $2,705.65 |
| UNSECURED | | | Scheduled: | $81,708.88 |

---

DYER, F R
5 FOXGLOVE PLACE
OTTAWA, K2R 1B2
CANADA

Claim Number: 4421
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNLIQ |

---

DYER, F R
5 FOXGLOVE PLACE
OTTAWA, ON K2R 1B2
CANADA

Claim Number: 4422
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $0.00   UNLIQ |

---

SUN, YUMIN
3952 KIMBROUGH LN
PLANO, TX 75025

Claim Number: 4423
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $27,284.59 | Scheduled: | $2,156.59 |
| UNSECURED | | | Scheduled: | $24,174.65 |

---

MA, CHEN-CHEN
7921 CONSTITUTION DR
PLANO, TX 75025

Claim Number: 4424
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,230.10 | Scheduled: | $2,455.02 |
| UNSECURED | Claimed: | $41,443.15 | Scheduled: | $50,933.26 |

---

WALSH, GERARD K.
4305 BRADY DRIVE
PLANO, TX 75024

Claim Number: 4425
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $68,954.63 |

---

WALSH, GERARD
4305 BRADY DRIVE
PLANO, TX 75024

Claim Number: 4426
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $68,954.63 | Scheduled: | $68,954.63 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| WALSH, GERARD<br>4305 BRADY DRIVE<br>PLANO, TX 75024 | | Claim Number: 4427<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $151,521.75 | Scheduled: | $0.00 UNLIQ |
| WALSH, GERARD K.<br>4305 BRADY DRIVE<br>PLANO, TX 75024 | | Claim Number: 4428<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $151,521.75 | | |
| TOWNLEY, JEFF<br>4104 PICARDY DRIVE<br>RALEIGH, NC 27612 | | Claim Number: 4429<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $213,000.00 | | |
| BRYAN, PAUL<br>1221 NEWBERRY DRIVE<br>ALLEN, TX 75013 | | Claim Number: 4430<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $26,195.26 | Scheduled: | $0.00 UNLIQ |
| MACLAREN, PETER<br>1496 WEST HILL ROAD<br>WARREN, VT 05674 | | Claim Number: 4431<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $88,362.91 | Scheduled: | $0.00 UNLIQ |
| MACLAREN, PETER<br>1496 WEST HILL ROAD<br>WARREN, VT 05674 | | Claim Number: 4432<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $775,979.96 | Scheduled: | $775,979.96 UNLIQ |
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 4433<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $53,416.58 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 4434<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $53,416.58 | | |

| BASU, KALYAN<br>3605 SAGE BRUSH TRL<br>PLANO, TX 75023 | | Claim Number: 4435<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,605.50 | Scheduled: | $16,605.56 UNLIQ |

| BAGETAKOS, GEORGE<br>1971 COLVIN RUN DRIVE<br>HENDERSON, NV 89052 | | Claim Number: 4436<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $87,167.99 | | |

| BAGETAKOS, GEORGE<br>143 E CORNELL AVE<br>FRESNO, CA 93704-5203 | | Claim Number: 4437<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $87,167.99 | | |

| SALB, RALPH<br>4216 249TH CT SE<br>ISSAQUAH, WA 98029 | | Claim Number: 4438<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,929.72 | | |

| SALB, RALPH<br>4216 249TH COURT SE<br>ISSAQUAH, WA 98029 | | Claim Number: 4439<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,842.76 | Scheduled: | $80,316.52 UNLIQ |

| SALB, RALPH<br>4216 249TH COURT SE<br>ISSAQUAH, WA 98029 | | Claim Number: 4440<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,818.80 | | |
| UNSECURED | Claimed: | $96,396.29 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SALB, RALPH
4216 249TH COURT SE
ISSAQUAH, WA 98029

Claim Number: 4441
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,032.98 | Scheduled: | $248.56 UNLIQ |

KAPIL, VIVEK
2712 MERLIN DR
LEWISVILLE, TX 75056

Claim Number: 4442
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $222,089.96 |
| SECURED | Claimed: | $222,089.96 |
| TOTAL | Claimed: | $222,089.96 |

KAPIL, VIVEK
2712 MERLIN DRIVE
LEWISVILLE, TX 75056

Claim Number: 4443
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,283.00 | | |
| SECURED | Claimed: | $2,283.00 | | |
| UNSECURED | | | Scheduled: | $171,928.02 UNLIQ |
| TOTAL | Claimed: | $2,153.60 | | |

BEVINGTON, CHRISTIAN C.
19 MALER LANE
PATCHOGUE, NY 11772

Claim Number: 4444
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,091.57 |

PELLEGRINO, MARY M
106 MOONLIGHT WALK
HOLBROOK, NY 11741

Claim Number: 4445
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,320.25 |

HARR, ROSHAN
14341 MIRANDA WAY
LOS ALTOS HILLS, CA 94022

Claim Number: 4446
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,909.56 |

HARR, ROSHAN M.
14341 MIRANDA WAY
LOS ALTOS HILLS, CA 94022

Claim Number: 4447
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $34,909.56 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ITEL HOUSE (INNINGS TELECOM EUROPE LTD)
SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UNITED KINGDOM

Claim Number: 4448
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,308.54 |
|---|---|---|

---

INNINGS TELECOM EUROPE LTD
ITEL HOUSE, SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UNITED KINGDOM

Claim Number: 4449
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $33,308.54 |
|---|---|---|

---

ITEL HOUSE (INNINGS TELECOM EUROPE LTD)
SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UNITED KINGDOM

Claim Number: 4450
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $432.00 |
|---|---|---|

---

INNINGS TELECOM EUROPE LTD
ITEL HOUSE, SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UNITED KINGDOM

Claim Number: 4451
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $432.00 |
|---|---|---|

---

ITEL HOUSE (INNINGS TELECOM EUROPE LTD)
SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UNITED KINGDOM

Claim Number: 4452
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,174.00 |
|---|---|---|

---

INNINGS TELECOM EUROPE LTD
ITEL HOUSE, SANDPIPER COURT
CHESTER BUSINESS PARK
CHESTER, CH4 9QU
UK

Claim Number: 4453
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $6,174.00 |
|---|---|---|

---

SANMINA - SCI CORPORATION AND ITS AFF.
C/O KLEE TUCHIN BOGDANOFF & STERN LLP
ATTN DAVID FIDLER
1999 AVENUE OF THE STARS, 39TH FL
LOS ANGELES, CA 90067

Claim Number: 4454
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $2,606,176.81   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: ACME PACKET INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4455
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 3799 (08/18/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $472,812.00 | | |

---

ASM CAPITAL, L.P.
TRANSFEROR: MCMAHAN, KEVIN
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4456
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,367.70 | Scheduled: | $6,811.32 |
| UNSECURED | | | Scheduled: | $19,751.54 |

---

AMOSS, GEORGE B
P.O. BOX 13
MENDEN HALL, PA 19357

Claim Number: 4457
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

---

AMOSS, GEORGE B
P.O. BOX 13
MENDEN HALL, PA 19357

Claim Number: 4458
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $457,710.65 | Scheduled: $0.00  UNLIQ |

---

ASM SIP, L.P.
TRANSFEROR: FABER, RUSSELL
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4459
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $11,453.88 |

---

PAULEY, GLENN
146 LONG DR
QUEENSTOWN, MD 21658-1215

Claim Number: 4460
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,824.67 |

---

JOPLIN, SHAREE
1253 VZ COUNTY ROAD 1412
VAN, TX 75790-3177

Claim Number: 4461
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $51,907.83 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KATANIZADEH, BEHROOZ
872 FAIRVIEW OAKS LN
LONE TREE, CO 80124-3109

Claim Number: 4462
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $21,627.00 | | |

DRAKE, ANTHONY L.
1709 GUILDFORD ST
GARLAND, TX 75044-7611

Claim Number: 4463
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED        Claimed:        $48,384.00

---

TOLER, KATHLEEN
2802 MOCKINGBIRD LN
ARKADELPHIA, AR 71923-5348

Claim Number: 4464
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,981.40 | Scheduled: | $25,270.93 |

MOORE, KERRY
7304 EDGEWOOD DRIVE
PLANO, TX 75025

Claim Number: 4465
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

ADMINISTRATIVE        Claimed:        $78,244.00

---

MOORE, KERRY
7304 EDGEWOOD DRIVE
PLANO, TX 75025

Claim Number: 4466
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $67,294.00 |

GOYETTE, PATRICIA C
351 GARDNER LANE
DOVER, AR 72837

Claim Number: 4467
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,339.89 | Scheduled: | $0.00  UNLIQ |

COLE, JAMES W.
1148 MIDWAY DRIVE
RICHARDSON, TX 75081

Claim Number: 4468
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY        Claimed:        $103,416.96

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LAYNE, SAMUEL
9317 W. 139TH ST
OVERLAND PARK, KS 66221

Claim Number: 4469
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $15,644.66 | | |
| UNSECURED | | | Scheduled: | $15,644.66 UNLIQ |

---

LAYNE, SAMUEL
9317 W. 139TH ST
OVERLAND PARK, KS 66221

Claim Number: 4470
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $133,495.26 |

---

LAYNE, SAMUEL
9317 W 139TH STREET
OVERLAND PARK, KS 66221

Claim Number: 4471
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $63,389.00 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

FIXSEN, CHRISTOPHER
10060 FOUNTAIN
CHAPEL HILL, NC 27517-6384

Claim Number: 4472
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $22,004.81 |

---

ASM CAPITAL IV, L.P.
TRANSFEROR: ALPHA NETWORKS INC.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4473-01
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $107,844.16 |

---

ALPHA NETWORKS INC.
C/O JOON M. KHANG, ESQ.
KHANG & KHANG LLP
1901 AVENUE OF THE STARS, #200
LOS ANGELES, CA 90067

Claim Number: 4473-02
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $52,330.30 |

---

GRIFFIN, DAVID L.
102 BOROTRA CT.
CARY, NC 27511

Claim Number: 4474
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $45,035.95 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KNAPP, WILLIAM<br>506 DEKEMONT LANE<br>BRENTWOOD, TN 37027 | Claim Number: 4475<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8031 |

| UNSECURED | Claimed: | $21,782.60  UNLIQ | Scheduled: | $16,697.40  UNLIQ |

---

| STOKES, DEBORAH<br>400 SMITH ROAD<br>MAYSVILLE, NC 28555 | Claim Number: 4476<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $7,059.00 |

---

| STOKES, DEBORAH R.<br>400 SMITH ROAD<br>MAYSVILLE, NC 28555 | Claim Number: 4477<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $7,059.00 |

---

| LINVILL, ELAINE N<br>1720 BURNT MILL RD<br>CHERRY HILL, NJ 08003 | Claim Number: 4478<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8900 (11/07/2012) |

| UNSECURED | Claimed: | $79,391.90 |

---

| LINVILL, ELAINE N<br>C/O EDGAR B. LINVILL III<br>1720 BURNT MILL RD<br>CHERRY HILL, NJ 08003-3535 | Claim Number: 4479<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $79,391.90 |

---

| THORNTON, SABRINA L<br>956 DICKENS RD<br>LILBURN, GA 30047 | Claim Number: 4480<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |

| PRIORITY<br>UNSECURED | Claimed: | $4,923.07 | Scheduled: | $5,157.69 |

---

| THORNTON, SABRINA L<br>956 DICKENS RD<br>LILBURN, GA 30047 | Claim Number: 4481<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $4,923.07 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4482
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $122,728.16   UNLIQ |
|---|---|---|

HAYNES, JOSEPH G. JR
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4483
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $122,728.16   UNLIQ |
|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CONNECTANDSELL INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4484
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

---

| UNSECURED | Claimed: | $38,280.00 | Scheduled: | $38,280.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CONNECTANDSELL, INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4485
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

---

| ADMINISTRATIVE | Claimed: | $38,280.00 |
|---|---|---|

RAZZAQUE, MD
432 PARK BEND DRIVE
RICHARDSON, TX 75081

Claim Number: 4486
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $20,102.53 |
|---|---|---|

RAZZAQUE, MD
1101 EASTVIEW CIRCLE
RICHARDSON, TX 75081

Claim Number: 4487
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $20,102.53 |
|---|---|---|

SKIPPER, THEODORE
1133 SECRETARIAT DR
GRAND PRAIRIE, TX 75052

Claim Number: 4488
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

---

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $22,331.20 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SKIPPER, THEODORE J
1133 SECRETARIAT DR
GRAND PRAIRIE, TX 75052

Claim Number: 4489
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $22,331.20 |
|---|---|---|

---

SKIPPER, THEODORE
1133 SECRETARIAT DR
GRAND PRAIRIE, TX 75052

Claim Number: 4490
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $22,331.20 |
|---|---|---|

---

HOUSE, PAUL
8108 UPPER LAKE DR.,
RALEIGH, NC 27615

Claim Number: 4491
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,689.60 | Scheduled: | $1,689.60 UNLIQ |
|---|---|---|---|---|

---

VARVIS, PETER
C/O SCOTIA TRUST AS AGENTS
202, 10060 JASPER AVE
EDMONTON, AB T5J 3R8
CANADA

Claim Number: 4492
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $11.28 |
|---|---|---|

---

OPERATIV INC
331 SOMERSET ST W. SUITE 3
OTTAWA, ON K2P 0J8
CANADA

Claim Number: 4493
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $10,271.56 |
|---|---|---|

---

OPERATIV INC.
331 SOMERSET ST. W. SUITE 3
OTTAWA, ON K2P 0J8
CANADA

Claim Number: 4494
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $12,836.24 |
|---|---|---|

---

MENDEZ, ROSITA
30479 EXPLORER'S TRAIL
DE SOTO, KS 66018

Claim Number: 4495
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,138.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BUSCH, JAMES
3713 MULBERRY LN
BEDFORD, TX 76021

Claim Number: 4496
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,600.87 | Scheduled: | $0.00 UNLIQ |

FARMER, CECIL GREGORY
621 A ST., N.E.
WASHINGTON, DC 20002

Claim Number: 4497
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $300,000.00 |

SIVAJI, SELVA
PMB 206
4474 WESTON RD
DAVIE, FL 33331-3195

Claim Number: 4498
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,725.58 |

CLAUSSENIUS, RANDALL
4860 PROCTOR ROAD
CASTRO VALLEY, CA 94546

Claim Number: 4499
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $78,752.00 |

MCCOY, ALTON
144 ROAN DRIVE
GARNER, NC 27529

Claim Number: 4500
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,797.70 |

MCCOY, ALTON
144 ROAN DRIVE
GARNER, NC 27529

Claim Number: 4501
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,761.72 |
| UNSECURED | Claimed: | $38,595.59 | Scheduled: | $39,702.48 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: MCCORMICK, STANFORD
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 4502
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $101,641.61 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SHERMAN, JANET J
302 SILVERCLIFF TRL
CARY, NC 27513

Claim Number: 4503
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $83,565.05 | | |

REICHERT, GEORGE
220 BEACON FALLS CT.
CARY, NC 27519

Claim Number: 4504
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,670.31 | | |

ADAMYK, GORDON B
137 BROADMEADOW RD
GROTON, MA 01450

Claim Number: 4505
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $120,275.43 | | |

KEARLEY, DEREK
18 ORDWAY LN
KINGSTON, NH 03848-3574

Claim Number: 4506
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $35,193.56 | | |

CAFFRY, JOHN W
180 SOUTH MAIN STREET
PROVIDENCE, RI 02903

Claim Number: 4507
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7922

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $663,387.38 | Scheduled: | $0.00  UNLIQ |

KAEPPLEIN, MARK
11 PALMER STREET
ARLINGTON, MA 02474

Claim Number: 4508
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $3,131.54 | | |

KAEPPLEIN, MARK
11 PALMER STREET
ARLINGTON, MA 02474

Claim Number: 4509
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,263.18 | Scheduled: | $7,017.01 |
| UNSECURED | Claimed: | $100.00 | Scheduled: | $8,593.38 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| HOUSE, PAUL<br>8108 UPPER LAKE DR.,<br>RALEIGH, NC 27615 | | Claim Number: 4510<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $36,923.07 | | Scheduled: | $36,923.07 |
| MIKAYELYAN, VAGHARSHAK<br>22484 RIVERSIDE DR #2<br>CUPERTINO, CA 95014 | | Claim Number: 4511<br>Claim Date: 09/29/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $33,020.00 | | | |
| KAMO, RAMNIK<br>217 WALCOTT WAY<br>CARY, NC 27519 | | Claim Number: 4512<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $96,936.24   CONT | | | |
| UNSECURED | Claimed: | $57,738.42   CONT | | Scheduled: | $76.94  UNLIQ |
| KAMO, RAMNIK<br>217 WALCOTT WAY<br>CARY, NC 27519 | | Claim Number: 4513<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $154,674.66   CONT | | | |
| KEEGAN, SUSAN M.<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ 08822 | | Claim Number: 4514<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $162,845.84 | | | |
| KEEGAN, SUSAN M.<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ 08822 | | Claim Number: 4515<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| BENNETT, SUZAN<br>142 CASTLE HILL RD<br>WINDHAM, NH 03087 | | Claim Number: 4516<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $7,614.00 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BENNETT, SUZAN<br>142 CASTLE HILL RD<br>WINDHAM, NH 03087 | | Claim Number: 4517<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,564.00 | | |

---

| DOCULINK INTERNATIONAL INC.<br>120 HERZBERG RD<br>OTTAWA, ON K2K 3B7<br>CANADA | | Claim Number: 4518<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5565 (06/02/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,885.57 | | |

---

| HUBOI, PETER<br>522 S. 13TH ST.<br>SAN JOSE, CA 95112 | | Claim Number: 4519<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1592. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,068.97 | Scheduled: | $6,030.36 |
| UNSECURED | Claimed: | $81,662.25 | Scheduled: | $80,256.23 |

---

| ROTHFARB, ALLAN<br>15624 BERNARDO CENTER DR APT 3602<br>SAN DIEGO, CA 92127-1866 | | Claim Number: 4520<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $23,468.94 | Scheduled: | $5,275.00 |
| UNSECURED | | | Scheduled: | $39,101.93 |

---

| TO, PAUL<br>904 THERESA CT.<br>MENLO PARK, CA 94025 | | Claim Number: 4521<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $37,256.87 | | |

---

| SKILLSOFT CORPORATION<br>ATTN: GREG PORTO<br>107 NORTHEASTERN BLVD.<br>NASHUA, NH 03062 | | Claim Number: 4522<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,438.90 | | |

---

| TBG INSURANCE SERVICES, INC.<br>ATTN: MICHAEL GLICKMAN<br>100 N. SEPULVEDA BLVD. SUITE 500<br>EL SEGUNDO, CA 90245 | | Claim Number: 4523<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,930.15 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HURLBERT, ROYDELL S
2387 AMES ROAD
CORTLAND, NY 13045

Claim Number: 4524
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $92,759.33 | | |
|---|---|---|---|---|

GROSSO, STEPHEN
44 HUCKLEBERRY RD
HOPKINTON, MA 01748

Claim Number: 4525
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,866.57 | Scheduled: | $2,866.57 UNLIQ |
|---|---|---|---|---|

GROOT INDUSTRIES, INC.
C/O CHRISTOPHER COMBEST, ATTORNEY
QUARLES & BRADY LLP
300 N. LASALLE STREET, SUITE 4000
CHICAGO, IL 60654

Claim Number: 4526
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SPRADLEY, SUSAN
2 DORSET PLACE
DALLAS, TX 75229

Claim Number: 4527
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $67,011.67 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $67,011.67 UNLIQ |

FLORIDA POWER & LIGHT COMPANY
C/O RACHEL BUDKE, ESQ.
700 UNIVERSE BLVD.
JUNO BEACH, FL 33408

Claim Number: 4528
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

FPL FIBERNET LLC
C/O RACHEL BUDKE, ESQ.
700 UNIVERSE BLVD.
JUNO BEACH, FL 33408

Claim Number: 4529
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

GENTRY, TIMOTHY
5 PARK PL APT 715
ANNAPOLIS, MD 21401-3467

Claim Number: 4530
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,681.39 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM CAPITAL III, L.P.
TRANSFEROR: AMERICAN FURUKAWA, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4531
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $117,300.00 |
|---|---|---|

---

JABIL CIRCUIT
C/O HOLLAND & KNIGHT
ATTN: KEITH S. SHOTZBERGER
100 NORTH TAMPA STREET, SUITE 4100
TAMPA, FL 33602

Claim Number: 4532
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Pursuant to Docket no. 5088 claim satisfied and released in full

| UNSECURED | Claimed: | $13,735,295.53 |
|---|---|---|

---

GOTTLIEB, PAMELA
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4533
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $334,560.00 |
|---|---|---|

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4534
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $334,560.00 |
|---|---|---|

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4535
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $10,968.25 |
|---|---|---|

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4536
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,968.25 |
|---|---|---|

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4537
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $159.10 | Scheduled: | $159.10  UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4538
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $30,000.00   UNLIQ | | |
|----------|----------|--------------------|----------|--------------|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4539
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|----------------|----------|---------------|

---

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4540
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $204,000.00 |
|-----------|----------|-------------|

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4541
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|----------------|----------|---------------|

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4542
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|----------------|----------|---------------|

AMERICAN FURUKAWA, INC.
ATTN: DAVID NOBLE
47677 GALLEON DRIVE
PLYMOUTH, MI 48170

Claim Number: 4543
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3589 (07/13/2010)

| ADMINISTRATIVE | Claimed: | $117,300.00 |
|----------------|----------|-------------|

ASM CAPITAL, L.P.
TRANSFEROR: AMERICAN FURUKAWA, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4544
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $51,000.00 |
|-----------|----------|------------|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CELESTICA JAPAN K.K<br>4/F KAWASAKI-SRC, 2-32-1 SAKURAMOTO<br>KAWASAKI-KU, KAWASAKI-SHI<br>KANAGAWA, 210-0833<br>JAPAN | Claim Number: 4545<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>Claim amount is in foreign currency: 1,073,040 JPY | |
| UNSECURED          Claimed: | $12,047.02 | |
| CELESTICA HOLDINGS PTE, LTD.<br>C/O CELESTICA (THAILAND) LTD.<br>49/18 MOO 5, TAMBON THUNGSUKHALA<br>AMPHOE SRIRACHA<br>CHONBURI,<br>THAILAND | Claim Number: 4546<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |
| UNSECURED          Claimed: | $657,171.28 | |
| WORDEN MASTER FUND LP<br>TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR<br>C/O FORTRESS INVESTMENT<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 4547<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $1,089.86 | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP<br>TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR<br>C/O FORTRESS INVESTMENT GROUP LLC<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 4547-04<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $16,347.87 | |
| DRAWBRIDGE SPECIAL OPP. FUND LTD.<br>TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR<br>C/O FORTRESS INVESTMENT GROUP<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 4547-05<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $4,359.43 | |
| BATTACC LIMITEE<br>BATTACC STATIONARY BATTERIES<br>139 DEVON RD, UNIT 8<br>BRAMPTON, ON L6T 5L8<br>CANADA | Claim Number: 4548<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $1,401.55 | |
| BATTACC LIMITEE (LTEE)<br>139 DEVON ROAD, UNIT 8<br>BRAMPTON, ON L6T 5L8<br>CANADA | Claim Number: 4549<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE          Claimed: | $1,401.55 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ALGO COMMUNICATION PRODUCTS, LTD.<br>4500 BEEDIE STREET<br>BURNABY, BC V5J 5L2<br>CANADA | Claim Number: 4550<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
|---|---|

| UNSECURED | Claimed: | $316,564.90 | | |
|---|---|---|---|---|

| STEFFENS, THOMAS<br>407 VICTOR HUGO DR.<br>CARY, NC 27511 | Claim Number: 4551<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $98,653.90 | | |
|---|---|---|---|---|

| HUDDLESTON BOLEN, LLP<br>ATTN: JANET SMITH HOLBROOK<br>P.O. BOX 2185<br>HUNTINGTON, WV 25722 | Claim Number: 4552<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,987.50 | Scheduled: | $1,325.00 |
|---|---|---|---|---|

| BODEN, JOHN<br>1000 S. WELLINGTON POINT RD.<br>MCKINNEY, TX 75070 | Claim Number: 4553<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $55,461.88 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| BODEN, JOHN<br>1000 S. WELLINGTON PT. ROAD<br>MCKINNEY, TX 75070 | Claim Number: 4554<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $55,461.88 | | |
|---|---|---|---|---|

| MENARD, INC.<br>ATTN. THERON BERG - CORP. COUNSEL<br>5101 MENARD DRIVE<br>EAU CLAIRE, WI 54703 | Claim Number: 4555<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $140,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| LOCKHART, LEWIS<br>4001 E. CHAPEL HILL - NELSON HWY<br>PO BOX 13010<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | Claim Number: 4556<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $91,623.78 | Scheduled: | $91,623.78 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LOCKHART, LEWIS<br>4001 E. CHAPEL HILL - NELSON HWY<br>PO BOX 13010<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | Claim Number: 4557<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $4,246.27 |
|---|---|---|

| MARKOWSKI, PHYLLIS<br>33 IVY HILL ROAD<br>OAKDALE, NY 11769 | Claim Number: 4558<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $29,461.00 |
|---|---|---|

| MARKOWSKI, PHYLLIS<br>33 IVY HILL ROAD<br>OAKDALE, NY 11769 | Claim Number: 4559<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $29,461.00 |
|---|---|---|

| MORFE, CLAUDIO<br>112 NEWBRIDGE ROAD<br>SUDBURY, MA 01776 | Claim Number: 4560<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $13,892.14 |
|---|---|---|

| CARTER-MAGUIRE, MELANIE<br>PO BOX 1068<br>WHITE STONE, VA 22578 | Claim Number: 4561<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $97,020.00 |
|---|---|---|

| BOVINETTE, JOHN D.<br>15 S. LAKEWOOD CT.<br>SOUTH ELGIN, IL 60177 | Claim Number: 4562<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,270.80 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BRYANT, ADAM | | Claim Number: 4563 |
| 20 PIDCOCK ST. | | Claim Date: 09/29/2009 |
| SYDNEY | | Debtor: NORTEL NETWORKS INC. |
| N2050 | | |
| NSW | | |

| PRIORITY | Claimed: | $14,374.03 |

---

| MCPHERSON, RODERICK | | Claim Number: 4564 |
| 406 PASEO DE LA CONCHA | | Claim Date: 09/29/2009 |
| REDONDO BEACH, CA 90277 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $788,333.06 |

---

| SMEENK, HARRY G. | | Claim Number: 4565 |
| 808 LAKEWOOD DRIVE | | Claim Date: 09/29/2009 |
| MCKINNEY, TX 75070 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $10,197.55 | Scheduled: | $0.00 UNLIQ |

---

| MCLAUGHLIN, SHARON | | Claim Number: 4566 |
| 4917 REDWOOD DR. | | Claim Date: 09/29/2009 |
| MCKINNEY, TX 75070 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $53,674.00 |

---

| GRAINGER, BRIAN | | Claim Number: 4567 |
| 6648 S MARION ST | | Claim Date: 09/29/2009 |
| CENTENNIAL, CO 80121 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $44,118.00 |

---

| GRAINGER, BRIAN | | Claim Number: 4568 |
| 6648 S. MARION STREET | | Claim Date: 09/29/2009 |
| CENTENNIAL, CO 80121 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: |
| | | Amends claim 690. |

| UNSECURED | Claimed: | $47,511.44 | Scheduled: | $47,511.44 |

---

| WILSON, JOHN | | Claim Number: 4569 |
| 14538 WOOD ROAD | | Claim Date: 09/29/2009 |
| ALPHARETTA, GA 30004 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $131,069.81 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WILSON, JOHN B., VICE PRESIDENT
14538 WOOD ROAD
ALPHARETTA, GA 30004

Claim Number: 4570
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $131,069.81 | | |

NAPIER-WILSON, DIANNE
14538 WOOD ROAD
ALPHARETTA, GA 30004

Claim Number: 4571
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $941,642.21 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

GUENDEL, HERBERT W
1319 DEANS DR
HUNTSVILLE, AL 35802

Claim Number: 4572
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ | | |

GUENDEL, HERBERT W.
1319 DEANS DR.
HUNTSVILLE, AL 35802

Claim Number: 4573
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | |

MACDONALD, JOHN
C/O TERRY V. MACDONALD
6025 WELLESLEY WAY
BRENTWOOD, TN 37027

Claim Number: 4574
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8403 (09/05/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $98,407.22 | Scheduled: | $0.00 UNLIQ |

MACDONALD, TERRY V.
6025 WELLESLEY WAY
BRENTWOOD, TN 37027

Claim Number: 4575
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8403 (09/05/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |

MACDONALD, JOHN
C/O TERRY V. MACDONALD
6025 WELLESLEY WAY
BRENTWOOD, TN 37027

Claim Number: 4576
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $98,407.22 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| MACDONALD, TERRY V.<br>6025 WELLESLEY WAY<br>BRENTWOOD, TN 37027 | | Claim Number: 4577<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8403 (09/05/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| GRAVES, WILLIAM<br>504 PAWNEE TRAIL<br>LAWRENCEBURG, KY 40342 | | Claim Number: 4578<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,324.46 |

---

| | | |
|---|---|---|
| SATTAR, AAMIR<br>PO BOX 4104<br>SANTA CLARA, CA 95056 | | Claim Number: 4579<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6056 |
| UNSECURED | Claimed: | $91,938.47 |

---

| | | |
|---|---|---|
| COQUELIN, VALERIE<br>9422 ERIE CT<br>DALLAS, TX 75218 | | Claim Number: 4580<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $19,734.29 |

---

| | | |
|---|---|---|
| MATTEUCCI, DENNIS D.<br>23 MULBERRY CT.<br>COAL CENTER, PA 15423 | | Claim Number: 4581<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $277,253.32 |

---

| | | |
|---|---|---|
| VIA, RICHARD<br>8805 LINDLEY MILL RD<br>SNOW CAMP, NC 27349 | | Claim Number: 4582<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $144,138.59 |

---

| | | |
|---|---|---|
| VIA, RICHARD A.<br>8805 LINDLEY MILL ROAD<br>SNOW CAMP, NC 27349 | | Claim Number: 4583<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $144,138.59 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| GARVEY, HOWARD<br>213 BAYLEAF DR<br>RALEIGH, NC 27615 | | Claim Number: 4584<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $222,339.97 | | |
| WATSON, DALE<br>342 WOODLAND PATH<br>DALLAS, GA 30132 | | Claim Number: 4585<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $9,675.89 | | |
| WATSON, DALE L.<br>342 WOODLAND PATH<br>DALLAS, GA 30132 | | Claim Number: 4586<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $9,675.89 | | |
| ENZINGER, PIOTR J<br>44 LOCUST STREET<br>LAKE RONKONKOMA, NY 11779 | | Claim Number: 4587<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $13,204.95 | | |
| WIGGIN, CHRISTOPHER<br>PO BOX 223<br>528 N. SHORE ROAD<br>SPOFFORD, NH 03462 | | Claim Number: 4588<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $14,195.95 | | |
| RAHEVAR, RAVINDRASINH<br>5369 RIDGEWOOD DRIVE<br>FREMONT, CA 94555 | | Claim Number: 4589<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $7,464.79 |
| UNSECURED | Claimed: | $25,325.16 | Scheduled: | $19,568.58 |
| PETERS, NORMAN<br>300 BEACH DR NE APT 1702<br>SAINT PETERSBURG, FL 33701 | | Claim Number: 4590<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SHAH, RAJIV<br>2308 HIGH COUNTRY WY<br>PLANO, TX 75025 | | Claim Number: 4591<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $14,950.00 | Scheduled: | $7,432.33 |
| UNSECURED | Claimed: | $17,527.40 | Scheduled: | $26,579.88 |

| ASM SIP, L.P.<br>TRANSFEROR: WRIGHT, RANDY<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4592<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $73,702.34 |

| VASTINE, TIMOTHY<br>106 TEJAS TRAIL<br>CRANDALL, TX 75114 | | Claim Number: 4593<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| PRIORITY | Claimed: | $29,952.40 |

| WALDRON, DON<br>1847 SAN LEANNA DR.<br>ALLEN, TX 75013 | | Claim Number: 4594<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $172,075.71 | Scheduled: | $0.00 UNLIQ |

| BREAKFIELD, CHARLES<br>5610 CLIFF HAVEN DRIVE<br>DALLAS, TX 75236 | | Claim Number: 4595<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $39,314.45 |

| BREAKFIELD, CHARLES<br>5610 CLIFF HAVEN DRIVE<br>DALLAS, TX 75236 | | Claim Number: 4596<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $39,314.45 |

| ARNOLD, LINDA L.<br>525 TERRACE OAKS DRIVE<br>ROSWELL, GA 30075 | | Claim Number: 4597<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 158. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $133,554.95 | | |
| UNSECURED | | | Scheduled: | $47,692.30 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ARNOLD-BERRY, LINDA L
18 THE FAIRWAY
WOODSTOCK, GA 30188

Claim Number: 4598
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $133,554.95 | | |

FRAME, DAVID J
633 RAFORD HILL LANE
RICHARDSON, TX 75081

Claim Number: 4599
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 20.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $114,805.44 | Scheduled: | $114,805.44 |

FRAME, DAVID
633 RAFORD HILL LN
RICHARDSON, TX 75081

Claim Number: 4600
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,674.51 | | |

FRAME, DAVID
633 RAFORD HILL LANE
RICHARDSON, TX 75081

Claim Number: 4601
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7049

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,748.94 | | |

GOULET, ROY
25 LAKEHURST COURT
DURHAM, NC 27713

Claim Number: 4602
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,874.65 | | |
| UNSECURED | Claimed: | $38,840.00 | | |

GOULET, ROY
25 LAKEHURST COURT
DURHAM, NC 27713

Claim Number: 4603
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $47,714.65 | | |

WILLIAMS, PATRICK H
1040 BRANCH ROAD
CANTON, GA 30115

Claim Number: 4604
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $98,804.51 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BRENNTAG GREAT LAKES, LLC | Claim Number: 4605 |
| C/O RICHARD FERRELL | Claim Date: 09/29/2009 |
| TAFT STETTINIUS & HOLLISTER LLP | Debtor: NORTEL NETWORKS INC. |
| 425 WALNUT STREET, SUITE 1800 | Comments: WITHDRAWN |
| CINCINNATI, OH 45202 | DOCKET: 3033 (05/21/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

| BROOKS, KELLY | Claim Number: 4606 |
| 1200 CHIPPER LANE | Claim Date: 09/29/2009 |
| WAKE FOREST, NC 27587 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $54,366.90 |
| --- | --- | --- |

---

| DHOKIA, ANILA | Claim Number: 4607 |
| 10613 RIVER FOREST DRIVE | Claim Date: 09/29/2009 |
| RALEIGH, NC 27614 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $56,748.42 |
| --- | --- | --- |

---

| HIGHWOODS REALTY LIMITED PARTNERSHIP | Claim Number: 4608 |
| FKA HIGHWOODS FORSYTH LP | Claim Date: 09/29/2009 |
| 2200 CENTURY PARKWAY, SUITE 800 | Debtor: NORTEL NETWORKS INC. |
| ATLANTA, GA 30345 | |

| UNSECURED | Claimed: | $59,447.37 |
| --- | --- | --- |

---

| MANITIUS, JERZY | Claim Number: 4609 |
| 12412 SHALLOWFORD DR | Claim Date: 09/29/2009 |
| RALEIGH, NC 27614 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $56,609.50 |
| --- | --- | --- |

---

| REID, RICHARD G | Claim Number: 4610 |
| 12601 BELLSTONE LANE | Claim Date: 09/29/2009 |
| RALEIGH, NC 27614 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $996,905.17 | Scheduled: | $0.00  UNLIQ |
| --- | --- | --- | --- | --- |

---

| HILL, ROOSEVELT | Claim Number: 4611 |
| 2617 CHADBOURNE DRIVE | Claim Date: 09/29/2009 |
| PLANO, TX 75023 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 7431 (03/22/2012) |

| PRIORITY | | | Scheduled: | $5,303.18 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $32,424.92 | Scheduled: | $29,358.88 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HAIN CAPITAL HOLDINGS, LLC | | Claim Number: 4612 |
| TRANSFEROR: TEKSYSTEMS, INC | | Claim Date: 09/29/2009 |
| ATTN: AMANDA RAPOPORT | | Debtor: NORTEL NETWORKS INC. |
| 301 ROUTE 17, 7TH FLOOR | | Comments: ALLOWED |
| RUTHERFORD, NJ 07070 | | DOCKET: 7074 (01/06/2012) |

| PRIORITY | Claimed: | $880,398.15 |
| UNSECURED | Claimed: | $868,663.66 |

---

| KLING, RAYMOND | | Claim Number: 4613 |
| 367 CONTENDER DRIVE | | Claim Date: 09/29/2009 |
| CLAYTON, NC 27520 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $6,952.11 |

---

| KLING, RAYMOND | | Claim Number: 4614 |
| 367 CONTENDER DRIVE | | Claim Date: 09/29/2009 |
| CLAYTON, NC 27520 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| KLING, RAYMOND J | | Claim Number: 4615 |
| 367 CONTENDER DRIVE | | Claim Date: 09/29/2009 |
| CLAYTON, NC 27520 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $52,998.00 |

---

| KLING, RAYMOND | | Claim Number: 4616 |
| 367 CONTENDER DRIVE | | Claim Date: 09/29/2009 |
| CLAYTON, NC 27520 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| FAIR HARBOR CAPITAL, LLC | | Claim Number: 4617 |
| TRANSFEROR: HAN, QUN | | Claim Date: 09/29/2009 |
| ANSONIA FINANCE STATION | | Debtor: NORTEL NETWORKS INC. |
| PO BOX 237037 | | |
| NEW YORK, NY 10023 | | |

| PRIORITY | Claimed: | $12,424.44 |

---

| DOWNING, DAVID | | Claim Number: 4618 |
| 4820 LUDWELL BRANCH CRT. | | Claim Date: 09/29/2009 |
| RALEIGH, NC 27612 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $4,470.22 | | |
| UNSECURED | | | Scheduled: | $3,776.27  UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DOWNING, DAVID
4820 LUDWELL BRANCH CRT.
RALEIGH, NC 27612

Claim Number: 4619
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $24,543.21 | | |
|----------|----------|------------|--|--|
| UNSECURED | | | Scheduled: | $19,417.55  UNLIQ |

---

DOWNING, DAVID
4820 LUDWELL BRANCH CRT.
RALEIGH, NC 27612

Claim Number: 4620
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $78,339.04

---

HOLTON, DONALD
520 DEVONSHIRE FARMS WAY
ALPHARETTA, GA 30004

Claim Number: 4621
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $12,543.92

---

HUNTER, DAVID R
705 RAVEL ST
RALEIGH, NC 27606

Claim Number: 4622
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,000.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $173,536.59 |

---

APOLLO TELECOM (PVT) LTD
C/O HEAD OFFICE--MAJ. SYED ATAULLAH SHAH
PLOT # 44, ST. # 11
SECTOR 1-9/2
ISLAMABAD,
PAKISTAN

Claim Number: 4623
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

ADMINISTRATIVE          Claimed:          $2,300,000.00

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4624
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

UNSECURED          Claimed:          $22,281.00  UNLIQ

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4625
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7471
DOCKET: 3799 (08/18/2010)

UNSECURED          Claimed:          $22,281.00   UNLIQ

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4626
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4627
Claim Date: 09/29/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4628
Claim Date: 09/29/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4629
Claim Date: 09/29/2009
Debtor: XROS, INC.
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4630
Claim Date: 09/29/2009
Debtor: SONOMA SYSTEMS
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4631
Claim Date: 09/29/2009
Debtor: QTERA CORPORATION
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4632
Claim Date: 09/29/2009
Debtor: CORETEK, INC.
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 4633<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: POSSIBLY AMENDED BY 4625<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 4634<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: POSSIBLY AMENDED BY 4625<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 4635<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: POSSIBLY AMENDED BY 4625<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 4636<br>Claim Date: 09/29/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: POSSIBLY AMENDED BY 4625<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 4637<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: POSSIBLY AMENDED BY 4625<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 4638<br>Claim Date: 09/29/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: POSSIBLY AMENDED BY 4625<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

| ARGO PARTNERS, INC.<br>TRANSFEROR: ANIXTER INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 4639<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6445 (09/21/2011) |
|---|---|

| UNSECURED | Claimed: | $4,042,609.64 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

EMPOWERED NETWORKS INC
1315 PICKERING PARKWAY
SUITE 200
PICKERING, ON L1V 7G5
CANADA

Claim Number: 4640
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $5,903.12 |
|---|---|---|

EMPOWERED NETWORKS INC
1315 PICKERING PARKWAY
SUITE 200
PICKERING, ON L1V 7G5
CANADA

Claim Number: 4641
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $5,903.12 |
|---|---|---|

MARBLEGATE SPECIAL OPP. MASTER FUND LP
TRANSFEROR: COX COMMUNICATIONS, INC.
ATTN: MARK E. ZOLDAN
80 FIELD POINT ROAD
GREENWICH, CT 06830

Claim Number: 4642
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7072 (01/06/2012)

| UNSECURED | Claimed: | $7,977,892.36 |
|---|---|---|

DEMEL, ERNEST
SOUTH BROOKLYN LEGAL SERVICES
ATTN: GARY STONE
105 COURT STREET, 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 4643
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4160 (10/14/2010)

| UNSECURED | Claimed: | $1,924,557.70 |
|---|---|---|

SANMINA-SCI CORPORATION
AND ITS AFFILIATES, ATTN: DAVID A FIDLER
C/O KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067

Claim Number: 4644
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $2,606,176.81 |
|---|---|---|
| SECURED | Claimed: | $2,300,000.00 |
| UNSECURED | Claimed: | $15,818,764.87 |

XETA TECHNOLOGIES, INC.
1814 WEST TACOMA STREET
BROKEN ARROW, OK 74012-1406

Claim Number: 4645
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $687,574.89 |
|---|---|---|

SMITH, BRANDON
2627 WEST CATALPA STREET
OLATHE, KS 66061

Claim Number: 4646
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $7,576.14 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| DENNING, LINDA<br>6 CROSSWINDS EST DR<br>PITTSBORO, NC 27312 | Claim Number: 4647<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $74,034.84 |
| COMMUNICATIONS TEST DESIGN, INC.<br>ATTN: LARRY MORGAN, CFO<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER, PA 19380 | Claim Number: 4648<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2555 (02/26/2010) | |
| UNSECURED | Claimed: | $7,866,519.19 |
| BLIDY, JOSEPH A<br>6158 DAWNS RIDGE<br>CICERO, NY 13039 | Claim Number: 4649<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | |
| PRIORITY | Claimed: | $152,634.76 |
| DOCULINK INTERNATIONAL INC<br>120 HERZBERG ROAD<br>OTTAWA, ON K2K-3B7<br>CANADA | Claim Number: 4650<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5565 (06/02/2011) | |
| UNSECURED | Claimed: | $402,504.25 |
| HEENAN BLAIKIE<br>200 BAY ST SOUTH TOWER<br>SUITE 2600 PO BOX 185<br>TORONTO, ON M5J 2J4<br>CANADA | Claim Number: 4651<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | |
| UNSECURED | Claimed: | $1,975.25 |
| HEENAN BLAIKIE LLP<br>PO BOX 185, SUITE 2600<br>200 BAY STREET<br>SOUTH TOWER, ROYAL BANK PLAZA<br>TORONTO, ON M5J 2J4<br>CANADA | Claim Number: 4652<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | |
| ADMINISTRATIVE | Claimed: | $2,468.45 |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4653<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6584 (10/12/2011) | |
| ADMINISTRATIVE | Claimed: | $769,328.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | |
|---|---|
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4654<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4655<br>Claim Date: 09/28/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4656<br>Claim Date: 09/28/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4657<br>Claim Date: 09/28/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4658<br>Claim Date: 09/28/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4659<br>Claim Date: 09/28/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4660<br>Claim Date: 09/28/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | |
|---|---|
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4661<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4662<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4663<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4664<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4665<br>Claim Date: 09/28/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4666<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4667<br>Claim Date: 09/28/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| VERINT AMERICAS INC<br>ATTN: PAIGE HONEYCUTT OR DAN BERTOLINO<br>300 COLONIAL CENTER PARKWAY SUITE 600<br>ROSWELL, GA 30076 | Claim Number: 4668<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $175,682.94 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| AUTOMOTIVE RENTALS, INC.<br>ATTN: RICH MOYER<br>9000 MIDLANTIC DRIVE<br>MT. LAUREL, NJ 08054 | Claim Number: 4669<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5048 (03/02/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $74,366.82 |
|---|---|---|

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA 95134 | Claim Number: 4670<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,084.00 |

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA 95134 | Claim Number: 4671<br>Claim Date: 09/28/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,084.00 |

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA 95134 | Claim Number: 4672<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,084.00 |

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA 95134 | Claim Number: 4673<br>Claim Date: 09/28/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,084.00 |

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA 95134 | Claim Number: 4674<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,084.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | Claim Number: 4675 Claim Date: 09/28/2009 Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |

---

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | Claim Number: 4676 Claim Date: 09/28/2009 Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |

---

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | Claim Number: 4677 Claim Date: 09/28/2009 Debtor: CORETEK, INC. Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |

---

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | Claim Number: 4678 Claim Date: 09/28/2009 Debtor: QTERA CORPORATION Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |

---

| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC ATTN: JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | Claim Number: 4679 Claim Date: 09/28/2009 Debtor: SONOMA SYSTEMS Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |

---

| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC ATTN: JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | Claim Number: 4680 Claim Date: 09/28/2009 Debtor: XROS, INC. Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA 95134 | | Claim Number: 4681<br>Claim Date: 09/28/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA 95134 | | Claim Number: 4682<br>Claim Date: 09/28/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA 95134 | | Claim Number: 4683<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |
| ASM SIP, L.P.<br>TRANSFEROR: OCLARO TECH.PLC F/K/A BOOKHA<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4684<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6869 (11/28/2011) |
| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |
| ASM SIP, L.P.<br>TRANSFEROR: OCLARO (NORTH AMERICA), INC.<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4685<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6869 (11/28/2011) |
| UNSECURED | Claimed: | $177,805.00 |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | | Claim Number: 4686<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $177,805.00 |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | | Claim Number: 4687<br>Claim Date: 09/28/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $177,805.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4688
Claim Date: 09/28/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4689
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4690
Claim Date: 09/28/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4691
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4692
Claim Date: 09/28/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4693
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4694
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| OCLARO (NORTH AMERICA), INC.<br>2584 JUNCTION AVE<br>SAN JOSE, CA 95134-1902 | | Claim Number: 4695<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $177,805.00 |
| OCLARO (NORTH AMERICA), INC.<br>2684 JUNCTION AVE<br>SAN JOSE, CA 95134-1902 | | Claim Number: 4696<br>Claim Date: 09/28/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $177,805.00 |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | | Claim Number: 4697<br>Claim Date: 09/28/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $177,805.00 |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | | Claim Number: 4698<br>Claim Date: 09/28/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $177,805.00 |
| OCLARO (NORTH AMERICA), INC.<br>F/K/A AVANEX CORPORATION<br>ATTN: JERRY TURIN<br>40919 ENCYCLOPEDIA CIRCLE<br>FREMONT, CA 94538 | | Claim Number: 4699<br>Claim Date: 09/28/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $177,805.00 |
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 4700<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) |
| ADMINISTRATIVE | Claimed: | $6,243.00 |
| SMITS, WILLIAM J<br>PO BOX 1274<br>DEPOEBAY, OR 97341 | | Claim Number: 4701<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| PRIORITY | Claimed: | $210,848.90   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FENTRESS, BRANDON<br>1004 WESTWOOD DR.<br>RALEIGH, NC 27607 | Claim Number: 4702<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ASM SIP, L.P.<br>TRANSFEROR: FENTRESS, BRANDON<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4703<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,074.96 |
|---|---|---|

| FENTRESS, BRANDON<br>1004 WESTWOOD DR.<br>RALEIGH, NC 27607 | Claim Number: 4704<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $43,074.96 |
|---|---|---|

| CENTIS, RONALD D.<br>505 OLD COURSE CIRCLE<br>MCKINNEY, TX 75070 | Claim Number: 4705<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $304,918.36   UNLIQ |
|---|---|---|

| ABELLA, OSCAR I<br>1513 HARRINGTON DR<br>PLANO, TX 75075 | Claim Number: 4706<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $56,459.20 |
|---|---|---|

| FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX 75048 | Claim Number: 4707<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $26,039.39 |
|---|---|---|

| FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX 75048 | Claim Number: 4708<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $26,039.39 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FOGLIA, JUDY
6516 CRESTMOOR LANE
SACHSE, TX 75048

Claim Number: 4709
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | $6,581.43 |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $26,039.39 | Scheduled: | $19,299.88 |

---

FOGLIA, JUDY
6516 CRESTMOOR LANE
SACHSE, TX 75048

Claim Number: 4710
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $26,039.39 |
|---|---|---|

---

US CUSTOMS SERVICE
1300 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20229

Claim Number: 4711
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7912

| PRIORITY | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

CHALEMELA, DEEPIKA
2916 WATERFORD DR
IRVING, TX 75063-3192

Claim Number: 4712
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | Scheduled: | $4,584.91 |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $39,090.87 | Scheduled: | $39,648.47 |

---

BRIARD, ERNIE
5 PROMENADE AVE
OTTAWA, ON K2E-DX4
CANADA

Claim Number: 4713
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $40,493.42 |
|---|---|---|

---

ABELLA, OSCAR I.
1513 HARRINGTON DR.
PLANO, TX 75075

Claim Number: 4714
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $56,459.20 |
|---|---|---|

---

FENTRESS, BRANDON DUKE
1004 WESTWOOD DR.
RALEIGH, NC 27607

Claim Number: 4715
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BERTEIG CONSULTING INC<br>14774 WOODBINE AVE<br>GORMLEY, ON L0H 1G0<br>CANADA | | Claim Number: 4716<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $37,523.41 |

---

| | | |
|---|---|---|
| FLANAGAN, MAUREEN<br>1330 2ND STREET<br>WEST BABYLON, NY 11704 | | Claim Number: 4717<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $24,301.22 |

---

| | | |
|---|---|---|
| FLANAGAN, MAUREEN<br>1330 2ND STREET<br>WEST BABYLON, NY 11704 | | Claim Number: 4718<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $24,301.22 |

---

| | | |
|---|---|---|
| ABELLA, TONI C.<br>1513 HARRINGTON DR.<br>PLANO, TX 75075 | | Claim Number: 4719<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $60,028.80 |

---

| | | |
|---|---|---|
| ABELLA, TONI C.<br>1513 HARRINGTON DR.<br>PLANO, TX 75075 | | Claim Number: 4720<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $60,028.80 |

---

| | | |
|---|---|---|
| HON HAI PRECISION INDUSTRY CO<br>1688 RICHARD AVE<br>SANTA CLARA, CA 95050 | | Claim Number: 4721<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $209,440.64 |

---

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HON HAI PRECISION INDUSTRY C<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4721-01<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $178,566.99 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MCKENNA LONG & ALDRIDGE LLP
1900 K STREET NW, SUITE 100
WASHINGTON, DC 20006

Claim Number: 4722
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,640.74 UNLIQ | Scheduled: | $55,077.14 |

---

MCKENNA LONG & ALDRIDGE LLP
1900 K STREET NW, SUITE 100
WASHINGTON, DC 20006

Claim Number: 4723
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4185 (10/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75,526.10 UNLIQ |

---

KOCH, STEPHEN
1404 JUNIPER STREET
POINT PLEASANT, NJ 08742

Claim Number: 4724
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,691.87 |

---

KOCH, STEPHEN J
1404 JUNIPER ST
POINT PLEASANT, NJ 08742-4572

Claim Number: 4725
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,691.87 |

---

TELLABS NORTH AMERICA
F/K/A/ TELLABS OPERATIONS INC.
1415 DIEHL ROAD
NAPERVILLE, IL 60563

Claim Number: 4726
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $47,169.60 |

---

RICHARDSON, ROBERT J
5081 GALLATREE LN
NORCROSS, GA 30092

Claim Number: 4727
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $233,364.80 | Scheduled: | $0.00 UNLIQ |

---

WILKERSON, BEVERLY
3004 TUCKER'S PLACE
LA VERGNE, TN 37086

Claim Number: 4728
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $6,028.84 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| CHODEY, ANULEKHA<br>3512 CORTE BELLA CT<br>SAN JOSE, CA 95148 | | Claim Number: 4729<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,786.99 | | |

---

| | | | | |
|---|---|---|---|---|
| TOGASAKI, GORDON S.<br>SHOTO 1-19-3, SHIBUYA-KU<br>TOKYO, 150-0046<br>JAPAN | | Claim Number: 4730<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $542,832.21 | | |

---

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: WEHN, TIM<br>ATTN: RACHEL YAMNIK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 4731<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,849.64 |
| UNSECURED | Claimed: | $77,560.41 | Scheduled: | $78,487.16 |

---

| | | | | |
|---|---|---|---|---|
| MORFE, CLAUDIO<br>112 NEWBRIDGE ROAD<br>SUDBURY, MA 01776 | | Claim Number: 4732<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,593.04 | | |

---

| | | | | |
|---|---|---|---|---|
| MCGREGOR, DOUGLAS<br>2083 COUNTY ROAD 13<br>PICTON, ON K0K 2T0<br>CANADA | | Claim Number: 4733<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $21,479.49   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| MCGREGOR, DOUGLAS<br>2083 COUNTY ROAD 13<br>PICTON, ON K0K 2T0<br>CANADA | | Claim Number: 4734<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,674.19 | Scheduled: | $0.00  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | | Claim Number: 4735-01<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-02
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-03
Claim Date: 09/29/2009
Debtor: NORTEL ALTSYSTEMS INC.

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-04
Claim Date: 09/29/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-05
Claim Date: 09/29/2009
Debtor: XROS, INC.

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-06
Claim Date: 09/29/2009
Debtor: SONOMA SYSTEMS

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-07
Claim Date: 09/29/2009
Debtor: QTERA CORPORATION

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
| --- | --- | --- |

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-08
Claim Date: 09/29/2009
Debtor: CORETEK, INC.

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
| --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-09
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-10
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-11
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS HPOCS INC.

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-12
Claim Date: 09/29/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-13
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-14
Claim Date: 09/29/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

PENSION BENEFIT GUARANTY CORPORATION
ATTN: VICENTE MATIAS MURRELL, ATTORNEY
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 4735-15
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-16<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
| ADMINISTRATIVE        Claimed: | $593,100,000.00   UNLIQ | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4736<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE        Claimed: | $0.00   UNLIQ | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4737<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE        Claimed: | $0.00   UNLIQ | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4738<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE        Claimed: | $0.00   UNLIQ | |
| MEDEFESSER, RHONDA<br>4816 SPANISHMOSS DR<br>MCKINNEY, TX 75070-7483 | Claim Number: 4739<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED        Claimed: | $45,026.39 | |
| HOYOS, RICARDO<br>786 VERONA LAKE DRIVE<br>WESTON, FL 33326 | Claim Number: 4740<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY        Claimed: | $18,198.08 | |
| HOYOS, RICARDO C.<br>786 VERONA LAKE DRIVE<br>WESTON, FL 33326 | Claim Number: 4741<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
| ADMINISTRATIVE        Claimed: | $18,198.76 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| AHTEN, TRACY<br>1409 GLASTONBURY DR.<br>PLANO, TX 75075 | | Claim Number: 4742<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $7,408.56 | | |

---

| | | | | |
|---|---|---|---|---|
| AHTEN, TRACY S.<br>1409 GLASTONBURY DR<br>PLANO, TX 75075 | | Claim Number: 4743<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $7,408.56 | | |
| UNSECURED | | | Scheduled: | $15,134.15 |

---

| | | | | |
|---|---|---|---|---|
| DAVIES, J.D.M<br>942 BEST CIRCLE<br>NEW MARKET, ON L3X 2K9<br>CANADA | | Claim Number: 4744<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $93,199.08 | Scheduled: | $93,199.08 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| DAVIES, J.D.M<br>942 BEST CIRCLE<br>NEW MARKET, ON L3X 2K9<br>CANADA | | Claim Number: 4745<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $547,290.30 | Scheduled: | $0.00 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| HULL, GREGORY<br>815 NW GAME CREEK<br>LEES SUMMIT, MO 64081 | | Claim Number: 4746<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $23,856.00 | | |

---

| | | | | |
|---|---|---|---|---|
| KANATEK TECHNOLOGIES<br>KTI KANATEK TECHNOLOGIES INC<br>535 LEGGET DRIVE SUITE 400<br>KANATA, ON K2K 3B8<br>CANADA | | Claim Number: 4747<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $12,585.47 | Scheduled: | $11,113.00 |

---

| | | | | |
|---|---|---|---|---|
| FITZGERALD, EDMUND<br>3434 WOODMONT BLVD<br>NASHVILLE, TN 37215 | | Claim Number: 4748<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $2,681,085.00 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SKINNER, GREGORY
79 SW 12TH ST., UNIT 3512
MIAMI, FL 33130

Claim Number: 4749
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $135,011.53 |

---

SKINNER, GREGORY A.
4018 PALM PLACE
WESTON, FL 33331

Claim Number: 4750
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $145,961.53 |

---

SUMETHASORN, NATEE
5305 COACHMAN COURT
PLANO, TX 75023

Claim Number: 4751
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,453.97 |

---

SHANAHAN, MARY
4131 MILTON
HOUSTON, TX 77005

Claim Number: 4752
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $8,434.56 |

---

SHANAHAN, MARY
4131 MILTON
HOUSTON, TX 77005

Claim Number: 4753
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,384.56 |

---

MACKEY, SUSAN
565 FREESTONE DRIVE
ALLEN, TX 75002-4119

Claim Number: 4754
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $52,878.49 |

---

TESSY, LEITH
157 CEDAR STREET
LEXINGTON, MA 02421

Claim Number: 4755
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7294

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,835.25  UNLIQ CONT | | |
| UNSECURED | | | Scheduled: | $6,710.35  UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| TESSY, LEITH<br>8/F GS KANGNAM TOWER 679<br>YOKSAM-DONG, KANGNAM-G4<br>SEOUL, 135-985<br>KOREA | | Claim Number: 4756<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $7,835.25 |

---

| | | |
|---|---|---|
| WILLIFORD, CURTIS<br>1013 VINSON CT<br>CLAYTON, NC 27520 | | Claim Number: 4757<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $35,485.20 |

---

| | | |
|---|---|---|
| CLEGHORN, JOHN<br>31ST FLOOR, SUITE 3115, SOUTH TOWER<br>ROYAL BANK PLAZA<br>200 BAY STREET<br>TORONTO, ON M5J 2J5<br>CANADA | | Claim Number: 4758<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: THOMSON FINANCIAL LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4759<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $62,782.63 |

---

| | | |
|---|---|---|
| FRASER, RUSSELL<br>12949 SW 57TH TERRACE<br>MIAMI, FL 33183 | | Claim Number: 4760<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $386,000.00   UNLIQ |

---

| | | |
|---|---|---|
| HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | | Claim Number: 4761<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $8,959.70   UNLIQ |

---

| | | |
|---|---|---|
| TYSON, JOHN F.<br>7 HARTFORD PLACE<br>OTTAWA, ON K2R-1A5<br>CANADA | | Claim Number: 4762<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $201,401.55 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DAVIS, JAMES
1213 BALMIRAL DR
CARY, NC 27511

Claim Number: 4763
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| UNSECURED | Claimed: | $28,486.14 | Scheduled: | $31,769.80 |
|---|---|---|---|---|

---

ROUCH, ELIZABETH
8904-103 LANGWOOD DRIVE
RALEIGH, NC 27613

Claim Number: 4764
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,196.00 |
|---|---|---|

---

LANDRY, RICHARD
1970 48TH STREET CT
MARION, IA 52302-6050

Claim Number: 4765
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $39,109.75 |
|---|---|---|

---

WOO, DENNIS
9763 66 AVE NW
EDMONTON, AB T6E0M4
CANADA

Claim Number: 4766
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $50,859.62 |
|---|---|---|

---

STEPHENS, CAROL & THOMSON, DORINE
16725 116 ST. NW
EDMONTON, AB T5X 6B8
CANADA

Claim Number: 4767
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $3,143.64 |
|---|---|---|

---

MULANGU, FABRICE
3708 WILLOW CREEK TRL
MCKINNEY, TX 75071-2672

Claim Number: 4768
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $7,996.15 |
|---|---|---|

---

MULANGU, FABRICE
3708 WILLOW CREEK TRL
MCKINNEY, TX 75071

Claim Number: 4769
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SMITH, MELINDA A.
2390 KITTYHAWK DR
FRISCO, TX 75034

Claim Number: 4770
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $200,000.00   UNLIQ |
|---|---|---|

---

SMITH, MELINDA A.
2390 KITTYHAWK DR.
FRISCO, TX 75034

Claim Number: 4771
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LINDT, JACK
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4772
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $240,763.59 |
|---|---|---|

---

VANTOORN, DAREK L.
4524 DUVAL DR.
FRISCO, TX 75034

Claim Number: 4773
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $8,653.85 |
|---|---|---|

---

WOOTEN, JAMES A.
110 QUAIL RDG
ANGIER, NC 27501-9406

Claim Number: 4774
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $478,560.05   UNLIQ |
|---|---|---|

---

DUEPPEN, JAMES R
11428 116TH AVE
LARGO, FL 33778-3010

Claim Number: 4775
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $509,264.00 |
|---|---|---|

---

BOLAND, ROBERT D
1237 IROQUOIS DR
BATAVIA, IL 60510

Claim Number: 4776
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY

| UNSECURED | Claimed: | $348,695.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SUN, MOSES<br>9208 STONEBROOK DR<br>COLLEGE STATION, TX 77845 | | Claim Number: 4777<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7139 |
| UNSECURED | Claimed: | $49,298.11 |
| HOMMES, HERBERT<br>SIEFEN 17<br>BERGISCH<br>GLADBACH, 51467<br>GERMANY | | Claim Number: 4778<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| PAPANTONIS, BASIL<br>515 BIRCHINGTON CLOSE<br>ALPHARETTA, GA 30022 | | Claim Number: 4779<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7571 |
| PRIORITY | Claimed: | $333,214.00 |
| MARCANTI, LARRY<br>16 MONROE CT<br>ALLEN, TX 75002 | | Claim Number: 4780<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $75,418.24 |
| YEEBO LCD LTD<br>7/F ON DAK INDUSTRIAL BUILDING<br>26 WAH SING STREET<br>KWAI CHUNG, 1<br>HONG KONG | | Claim Number: 4781<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $10,000.00 |
| YEEBO LCD LTD<br>7/F ON DAK INDUSTRIAL BUILDING<br>2 6 WAH SING STREET<br>KWAI CHUNG, 1<br>HONG KONG | | Claim Number: 4782<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $10,000.00 |
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: HELLMUTH, OBATA & KASSABAUM,<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 4783<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
| ADMINISTRATIVE | Claimed: | $507,103.18 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DOCULINK INTERNATIONAL INC.
120 HERZBERG RD
OTTAWA, ON K2K 3B7
CANADA

Claim Number: 4784
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,215.21 |
|---|---|---|

---

DOCULINK INTERNATIONAL INC.
120 HERZBERG RD
OTTAWA, ON K2K 3B7
CANADA

Claim Number: 4785
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $7,299.29 |
|---|---|---|

---

DOCULINK INTERNATIONAL INC.
120 HERZBERG RD
OTTAWA, ON K2K 3B7
CANADA

Claim Number: 4786
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5565 (06/02/2011)

| ADMINISTRATIVE | Claimed: | $7,291.79 |
|---|---|---|

---

DOCULINK INTERNATIONAL INC.
120 HERZBERG RD
OTTAWA, ON K2K 3B7
CANADA

Claim Number: 4787
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5565 (06/02/2011)

| ADMINISTRATIVE | Claimed: | $3,644.87 |
|---|---|---|

---

QWEST CORPORATION
C/O KURT F GWYNNE & J.C. FALGOWSKI, ESQ.
REED SMITH LLP
1201 N. MARKET ST. SUITE 1500
WILMINGTON, DE 19801

Claim Number: 4788
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| SECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

QWEST COMMUNICATION COMPANY, LLC
C/O KURT F. GWYNNE & J.C. FALGOWSKI, ESQ
REED SMITH LLP
1201 N. MARKET ST., SUITE 1500
WILMINGTON, DE 19801

Claim Number: 4789
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| SECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

QWEST SERVICES CORPORATION
C/O KURT F. GWYNNE & J.C. FALGOWSKI, ESQ
REED SMITH LLP
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 4790
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| SECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| QWEST COMMUNICATIONS INTERNATIONAL, INC.<br>C/O KURT F GWYNNE & J.C. FALGOWSKI, ESK<br>REED SMITH LLP<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON,, DE 19801 | Claim Number: 4791<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| SECURED | Claimed: | $0.00  UNLIQ CONT | | |

---

| QWEST GOVERNMENT SERVICES, INC.<br>C/O KURT F GWYNNE & J.C. FALGOWSKI, ESK<br>REED SMITH LLP<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON,, DE 19801 | Claim Number: 4792<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| SECURED | Claimed: | $0.00  UNLIQ CONT | | |

---

| HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ<br>RIVERFRONT PLAZA, EAST TOWER<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | Claim Number: 4793<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5782 (06/21/2011) |
|---|---|

| UNSECURED | Claimed: | $65,530.59 | Scheduled: | $3,718.74 |

---

| DAVY, ERRINGTON<br>1501 NW 108 AVE APT 329<br>PLANTATION, FL 33322 | Claim Number: 4794<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 7513 |
|---|---|

| PRIORITY | Claimed: | $32,586.55 | | |
| UNSECURED | | | Scheduled: | $32,586.55  UNLIQ |

---

| DAVY, ERRINGTON<br>1501 NW 108 AVE APT 329<br>PLANTATION, FL 33322 | Claim Number: 4795<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 7514 |
|---|---|

| UNSECURED | Claimed: | $195,866.90 | Scheduled: | $192,545.43  UNLIQ |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROGERS, STEVEN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4796<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $97,539.28 | Scheduled: | $0.00  UNLIQ |

---

| CATERPILLAR INC.<br>BRIAN K. LEWALLEN, CORPORATE COUNSEL<br>100 N.E. ADAMS STREET<br>PEORIA, IL 61629-6485 | Claim Number: 4797<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2993 (05/13/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KUBITSCHEK, LEO
10070 TIMBERSTONE RD.
ALPHARETTA, GA 30022

Claim Number: 4798
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $79,486.22 | | |

---

HAY, JENNIFER
3205 FANNIN LANE
SOUTHLAKE, TX 76092

Claim Number: 4799
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,262.61 | Scheduled: | $2,423.94 |
| UNSECURED | Claimed: | $26,426.91 | Scheduled: | $35,608.93 |

---

SARTORI, THOMAS JR.
119 GOLDENTHAL CT
CARY, NC 27519

Claim Number: 4800
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,946.21 |

---

BHATT, JITENDRA D.
8619 VIA MALLORCA UNIT D
LA JOLLA, CA 92037-9019

Claim Number: 4801
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $199,400.00 |

---

CAGIANNOS, ELIAS
87 WOODLAND RD
MADISON, NJ 07940

Claim Number: 4802
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $26,501.07 |

---

HIX, JAMES G.
2709 SAFARI CIR
PLANO, TX 75025

Claim Number: 4803
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $135,377.88 |

---

BOUDREAU, WILLIAM R
8149 STOCKHOLM ST
BROOKSVILLE, FL 34613

Claim Number: 4804
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $59,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BOUDREAU, WILLIAM R.<br>8149 STOCKHOLM ST.<br>BROOKSVILLE, FL 34613 | | Claim Number: 4805<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $59,000.00 |

---

| | | |
|---|---|---|
| HANKEL, MARK<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 | | Claim Number: 4806<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $196,830.00 |

---

| | | |
|---|---|---|
| HANKEL, MARK C.<br>8 FOX HOLLOW LANE<br>PLAISTOW, NH 03865 | | Claim Number: 4807<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $22,225.18 |

---

| | | |
|---|---|---|
| TUSSEY, STEPHEN<br>4150 LANSFAIRE TERRACE<br>SUWANEE, GA 30024 | | Claim Number: 4808<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $50,928.62 |

---

| | | |
|---|---|---|
| HERZOG, JANET<br>2000 CASTLEBURG DRIVE<br>APEX, NC 27523 | | Claim Number: 4809<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $69,730.85 |

---

| | | |
|---|---|---|
| KINSEY, BRIAN<br>1960 WIND HILL RD.<br>ROCKWALL, TX 75087 | | Claim Number: 4810<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $33,697.21 |

---

| | | |
|---|---|---|
| BARKEL, THOMAS J.<br>1610 BUTTONWOOD CIRCLE APT 3324<br>SCHAUMBURG, IL 60173 | | Claim Number: 4811<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $38,458.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| AHMED, MOHAMED EL-MOUGY<br>12499 CLIFFF EDGE DR.<br>HERNDON, VA 20170 | | Claim Number: 4812<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $251,885.32 | | |
| BUXTON, CYNTHIA<br>PO BOX 293214<br>NASHVILLE, TN 37229-3214 | | Claim Number: 4813<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $20,654.03 | | |
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>BUFORD, GA 30518 | | Claim Number: 4814<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $64,200.93 | | |
| KHAWAR, ABDUL<br>11103 EMPIRE LAKES DRIVE<br>RALEIGH, NC 27617 | | Claim Number: 4815<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4258 | | |
| UNSECURED | Claimed: | $798,414.64 | Scheduled: | $0.00  UNLIQ |
| UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: LECHNER, KIM<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 4816<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 452 | | |
| PRIORITY | Claimed: | $342,172.39 | | |
| UNSECURED | Claimed: | $87,622.21 | | |
| MCCABE, KATHLEEN D<br>2868 COUNTRY LN<br>ELLICOTT CITY, MD 21042 | | Claim Number: 4817<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $235,233.00 | | |
| MCCABE, KATHLEEN D<br>2868 COUNTRY LN<br>ELLICOTT CITY, MD 21042 | | Claim Number: 4818<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $235,233.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: DEKA IMMOBILIEN INVESTMENT<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4819<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5453 (05/20/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $2,442,150.80 | | |

| MCCABE, ROBERT A<br>2009 MISSION RD<br>EDMOND, OK 73034 | | Claim Number: 4820<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,233.62 | | |

| UNGAR, JAMES<br>137 DEAN ROAD<br>STOUGHTON, MA 02072 | | Claim Number: 4821<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $1,933.85   UNLIQ | | |
| UNSECURED | Claimed: | $15,277.42   UNLIQ | | |

| VACA, DANIEL<br>4122 TRAVIS ST UNIT 19<br>DALLAS, TX 75204-1865 | | Claim Number: 4822<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,304.67 | Scheduled: | $8,189.46 |
| UNSECURED | Claimed: | $40,422.27 | Scheduled: | $37,674.85 |

| DANIEL, RICHARD<br>P.O. BOX 4276<br>CARY, NC 27519 | | Claim Number: 4823<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $86,247.58 | | |

| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4824<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,799.56 | | |
| UNSECURED | | | Scheduled: | $2,799.56  UNLIQ |

| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4825<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,799.56 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4826<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $239,423.16 | Scheduled:<br>Scheduled: | $1,334.70<br>$238,088.46 |

| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4827<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $239,423.16 |

| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4828<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $4,906.06 |

| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4829<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,906.06 |

| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4830<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $5,233.42 |

| PRASAD, RUCHI<br>4213 ROCKINGHAM WAY<br>PLANO, TX 75093 | | Claim Number: 4831<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,233.42 |

| JULIANO, FRANK<br>2829 SOMBRERO CR<br>SAN RAMON, CA 94583 | | Claim Number: 4832<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $80,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JULIANO, FRANK<br>2829 SOMBRERO CR<br>SAN RAMON, CA 94583 | Claim Number: 4833<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| KARIA, ARVINDKUMAR J<br>3517 LAKEBROOK DR<br>PLANO, TX 75093 | Claim Number: 4834<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $3,358.95 | Scheduled: | $3,358.95 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,918.71 | Scheduled: | $41,918.71 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ARVINDKUMAR, KARIA<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4835<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $106,722.37 | Scheduled: | $98,967.87 UNLIQ |
|---|---|---|---|---|

| KARIA, ARVINDKUMAR<br>3517 LAKEBROOK DR<br>PLANO, TX 75093 | Claim Number: 4836<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $16,651.94 | | |
|---|---|---|---|---|

| SLEDGE, KAREN<br>3220 FORESTBROOK<br>RICHARDSON, TX 75082 | Claim Number: 4837<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $4,585.44 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,920.88 UNLIQ |

| SLEDGE, KAREN<br>3220 FORESTBROOK<br>RICHARDSON, TX 75082 | Claim Number: 4838<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $15,610.08 | | |
|---|---|---|---|---|

| MURASHIGE, DAVID<br>2604 RUTGERS COURT<br>PLANO, TX 75093 | Claim Number: 4839<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $4,967.21 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,893.77 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MURASHIGE, DAVID<br>2604 RUTGERS COURT<br>PLANO, TX 75093 | Claim Number: 4840<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | | $14,290.65 | | |
| UNSECURED | | | | Scheduled: | $11,352.34 UNLIQ |

---

| ELLIOTT, GILBERT O<br>3376 SE FAIRWAY OAKS TRAIL<br>STUART, FL 34997 | Claim Number: 4841<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $52,986.65 | Scheduled: | $0.00 UNLIQ |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: DAVIS, BRIAN P<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4842<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,463,331.43 | Scheduled: | $0.00 UNLIQ |

---

| DAVIS, BRIAN P<br>101 ATLANTIC AVE<br>SPRING LAKE, NJ 07762 | Claim Number: 4843<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,413,331.43 |

---

| PAWELK, BRUCE<br>10 SW 4TH ST<br>YOUNG AMERICA, MN 55397 | Claim Number: 4844<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $48,716.00 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PAWELK, BRUCE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4845<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8202 |
|---|---|

| PRIORITY | Claimed: | $48,716.00 |

---

| STATE STREET BANK & TRUST COMPANY<br>ATTN: PAUL DESHARNAIS/BRIAN PORT<br>1776 HERITAGE DRIVE<br>NO. QUINCY, MA 02171 | Claim Number: 4846<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| PRIORITY | Claimed: | $46,832.57 |
| UNSECURED | Claimed: | $46,832.57 |
| TOTAL | Claimed: | $46,832.57 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

STATE STREET BANK & TRUST COMPANY
ATTN: PAUL DESHARNAIS / BRIAN PORT
1776 HERITAGE DRIVE
NO. QUINCY, MA 02171

Claim Number: 4847
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $46,832.57 |
| --- | --- | --- |

---

ANDREW CORPORATION
TY E. SHAFFER, ESQ.
ROBINSON, BRADSHAW & HINSON, PA
101 NORTH TRYON STREET, SUITE 1900
CHARLOTTE, NC 28246

Claim Number: 4848
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $2,250.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $810.00 |

---

ANDREW CORPORATION
TY E. SHAFFER, ESQ.
ROBINSON, BRADSHAW, & HINSON, PA
101 N. TRYON ST., SUITE 1900
CHARLOTTE, NC 28246

Claim Number: 4849
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $2,250.00 |
| --- | --- | --- |

---

ANDREW TELECOM LLC
TY E. SHAFFER, ESQ.
ROBINSON, BRADSHW, HINSON, PA
101 NORTH TRYON STREET, SUITE 1900
CHARLOTTE, NC 28246

Claim Number: 4850
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $1,130.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $2,218.00 |

---

ANDREW TELECOM LLC
TY E. SHAFFER, ESQ.
ROBINSON, BRADSHW, HINSON, PA
101 NORTH TRYON STREET, SUITE 1900
CHARLOTTE, NC 28246

Claim Number: 4851
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $1,130.00 |
| --- | --- | --- |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CELLSITE INDUSTRIES,INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4852
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,211.59 | Scheduled: | $13,298.59 |
| --- | --- | --- | --- | --- |

---

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, LP
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4853
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $24,893.05 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| UNITED STATES DEBT RECOVERY V, LP | Claim Number: 4854 |
| TRANSFEROR: CORRE OPPORTUNITIES FUND, LP | Claim Date: 09/29/2009 |
| 940 SOUTHWOOD BL, SUITE 101 | Debtor: NORTEL NETWORKS INC. |
| INCLINE VILLAGE, NV 89451 | Comments: EXPUNGED |
| | DOCKET: 4779 (01/31/2011) |

| UNSECURED | Claimed: | $648,684.56 |

---

| 485 LEXINGTON OWNER LLC | Claim Number: 4855 |
| STEMPEL BENNETT ET AL | Claim Date: 09/30/2009 |
| 675 THRID AVE - 31ST FLOOR | Debtor: NORTEL NETWORKS INC. |
| NEW YORK, NY 10017 | Comments: EXPUNGED |
| | DOCKET: 6762 (11/14/2011) |

| ADMINISTRATIVE | Claimed: | $58,075.71 |
| UNSECURED | Claimed: | $62,433.55 |
| TOTAL | Claimed: | $62,433.55 |

---

| FLEXTRONICS TELECOM SYSTEM LTD | Claim Number: 4856 |
| C/O FLEXTRONICS INTERNATIONAL | Claim Date: 09/30/2009 |
| ATTN: MARIO MENARD | Debtor: NORTEL ALTSYSTEMS INC. |
| 171 BEAUCHEMIN | Comments: EXPUNGED |
| ILE BIZARD, QC H9C 2X6 | DOCKET: 2063 (12/03/2009) |
| CANADA | |

| ADMINISTRATIVE | Claimed: | $204,586,654.00   UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00   UNLIQ CONT |

---

| FLEXTRONICS TELECOM SYSTEMS LTD | Claim Number: 4857 |
| C/O FLEXTRONICS INTERNATIONAL | Claim Date: 09/30/2009 |
| ATTN: MARIO MENARD | Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| 171 BEAUCHEMIN | Comments: EXPUNGED |
| ILE BIZARD, QC H9C 2X6 | DOCKET: 2063 (12/03/2009) |
| CANADA | |

| ADMINISTRATIVE | Claimed: | $204,586,654.00   UNLIQ |
| UNSECURED | Claimed: | $403,613,812.00   UNLIQ |

---

| FLEXTRONICS CORPORATION | Claim Number: 4858 |
| C/O FLEXTRONICS INTERNATIONAL | Claim Date: 09/30/2009 |
| ATTN : MARIO MENARD | Debtor: NORTEL ALTSYSTEMS INC. |
| 171 BEAUCHEMIN | Comments: EXPUNGED |
| ILE BIZARD, QC H9C 2X6 | DOCKET: 2063 (12/03/2009) |
| CANADA | |

| ADMINISTRATIVE | Claimed: | $24,795,601.00 |

---

| FLEXTRONICS CORPORATION | Claim Number: 4859 |
| C/O FLEXTRONICS INTERNATIONAL | Claim Date: 09/30/2009 |
| ATTN : MARIO MENARD | Debtor: NORTEL NETWORKS INC. |
| 171 BEAUCHEMIN | Comments: EXPUNGED |
| ILE BIZARD, QC H9C 2X6 | DOCKET: 2063 (12/03/2009) |
| CANADA | |

| ADMINISTRATIVE | Claimed: | $24,795,601.00 |

---

| FLEXTRONICS TELECOM SYSTEMS LTD | Claim Number: 4860 |
| C/O FLEXTRONICS INTERNATIONAL | Claim Date: 09/30/2009 |
| ATTN: MARIO MENARD | Debtor: NORTEL NETWORKS INC. |
| 171 BEAUCHEMIN | Comments: EXPUNGED |
| ILE BIZARD, QC H9C 2X6 | DOCKET: 2063 (12/03/2009) |
| CANADA | |

| ADMINISTRATIVE | Claimed: | $204,586,654.00   UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00   UNLIQ CONT |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FLEXTRONICS TELECOM SYSTEMS LTD
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4861
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $204,586,654.00   UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00   UNLIQ CONT |

---

FLEXTRONICS SALES & MARKETING NORTH ASIA
(L) LTD, C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4862
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $331,437.00 |

---

FLEXTRONICS TECHNOLOGY (PENANG) SDN BHD
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4863
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $46,351.00 |

---

FLEXTRONICS INTERNATIONAL LATIN AMERICA
(L) LTD C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4864
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $637,596.00 |

---

FLEXTRONICS INTERNATIONAL EUROPE B.V.
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4865
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $472.00 |

---

FLEXTRONICS INTERNATIONAL USA INC
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4866
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $9,427.00 |

---

FLEXTRONICS AMERICA LLC
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHMEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4867
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $2,076.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FLEXTRONICS INTERNATIONAL EUROPE B.V.
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4868
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $10,663,450.00 |

---

FLEXTRONICS AMERICA LLC
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4869
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $11,918,347.00 |

---

FLEXTRONICS TELECOM SYSTEMS LTD
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4870
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $24,795,601.00 |

---

FLEXTRONICS TELECOM SYSTEMS LTD
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4871
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $24,795,601.00 |

---

FLEXTRONICS CORPORATION
C/O FLEXTRONICS INTERNATIONAL
ATTN : MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4872
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $204,586,654.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00 | UNLIQ CONT |

---

FLEXTRONICS CORPORATION
C/O FLEXTRONICS INTERNATIONAL
ATTN : MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4873
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $204,586,654.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00 | UNLIQ CONT |

---

FLEXTRONICS CORPORATION
C/O FLEXTRONICS INTERNATIONAL
ATTN : MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4874
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $204,586,654.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FLEXTRONICS LOGISTICS USA INC
C/O FLEXRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4875
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $1,195,872.00 |

---

FLEXTRONICS SALES & MRKTG N.ASIA (L) LTD
C/O FLEXRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4876
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $180,122,490.00   UNLIQ CONT |
| UNSECURED | | $123,615,872.00   UNLIQ CONT |

---

FLEXTRONICS LOGISTICS USA INC
C/O FLEXRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4877
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $180,986,925.00   UNLIQ CONT |
| UNSECURED | | $124,653,356.00   UNLIQ CONT |

---

FLEXTRONICS TECHNOLOGY(PENANG)SDN BHD
C/O FLEXRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4878
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $179,837,404.00   UNLIQ CONT |
| UNSECURED | | $123,746,125.00   UNLIQ CONT |

---

FLEXTRONICS INTERNATIONAL EUROPE B.V.
C/O FLEXRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4879
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $472.00   UNLIQ CONT |

---

FLEXTRONICS INTERNATIONAL USA INC
C/O FLEXRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4880
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $179,791,053.00   UNLIQ CONT |
| UNSECURED | | $122,988,273.00   UNLIQ CONT |

---

FLEXTRONICS INTN'L LATIN AMERICA (L) LTD
C/O FLEXRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4881
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $180,428,649.00   UNLIQ CONT |
| UNSECURED | | $132,270,048.00   UNLIQ CONT |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | |
|---|---|---|---|
| FLEXTRONICS INTERNATIONAL EUROPE B.V.<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4882<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $190,454,503.00   UNLIQ CONT | |
| UNSECURED | Claimed: | $143,847,696.00   UNLIQ CONT | |
| FLEXTRONICS AMERICA LLC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4883<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $191,709,400.00   UNLIQ CONT | |
| UNSECURED | Claimed: | $157,716,451.00   UNLIQ CONT | |
| FLEXTRONICS AMERICA LLC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4884<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $2,076.00   UNLIQ CONT | |
| FLEXTRONICS CORPORATION<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4885<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $204,586,654.00   UNLIQ CONT | |
| UNSECURED | Claimed: | $403,613,812.00   UNLIQ CONT | |
| FLEXTRONICS EMS CANADA INC.<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4886<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $179,791,053.00   UNLIQ CONT | |
| UNSECURED | Claimed: | $122,980,316.00   UNLIQ CONT | |
| ROBERT, LYNN<br>2 EVE LANE<br>RYE, NY 10580 | | Claim Number: 4887<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $213,741.88 | |
| ROBERT, LYNN<br>2 EVE LN<br>RYE, NY 10580-4114 | | Claim Number: 4888<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $213,741.88 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE 1000
WILMINGTON, DE 19801

Claim Number: 4889
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4890
Claim Date: 09/25/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4891
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4892
Claim Date: 09/25/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4893
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4894
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4895
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4896
Claim Date: 09/25/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4897
Claim Date: 09/25/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4898
Claim Date: 09/25/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4899
Claim Date: 09/25/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE.1000
WILMINGTON, DE 19801

Claim Number: 4900
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4901
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: SYSELOG SA
301 ROUTE 17, 7TH FLOOR
ATTN: GANNA LIBERCHUK
RUTHERFORD, NJ 07070

Claim Number: 4902
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| SYSELOG SA<br>HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | Claim Number: 4903<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4554 (12/07/2010) |

UNSECURED          Claimed:              $4,291,036.92

---

| | | |
|---|---|---|
| RUSSO PECK, MARIANNE<br>31 BAY 38TH STREET<br>BROOKLYN, NY 11214 | | Claim Number: 4904<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY          Claimed:              $14,959.92

---

| | | |
|---|---|---|
| TELMAR NETWORK TECHNOLOGY, INC.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 4905<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6424 (09/20/2011) |

SECURED          Claimed:              $349,104.28

---

| | | |
|---|---|---|
| PRECISION COMMUNICATION SERVICES, INC.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 4906<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6424 (09/20/2011) |

SECURED          Claimed:              $172,941.88

---

| | | |
|---|---|---|
| PRECISION COMMUNICATION SERVICES CORP.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 4907<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6424 (09/20/2011) |

SECURED          Claimed:              $176,162.40

---

| | | |
|---|---|---|
| PRECISION COMMUNICATION SERVICES CORP.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 4908<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6424 (09/20/2011) |

SECURED          Claimed:              $176,162.40

---

| | | |
|---|---|---|
| PRECISION COMMUNICATION SERVICES, INC.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 4909<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 9424 (09/20/2011) |

SECURED          Claimed:              $172,941.88

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: SEAPORT V LLC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 4910<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6635 (10/17/2011) |
|---|---|

| UNSECURED | Claimed: | $599,600.00 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SULLIVAN, TIMOTHY P.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4911<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $95,340.32 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4912<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4913<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4914<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4915<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4916<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4917<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4918<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4919<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4920<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4921<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS SLOVENSKO SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4922
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4923
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7785
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4924
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4925
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4926
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4927
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4928
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4929
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4930
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7754
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4931
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4932
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4933
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4934<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4935<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4936<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4937<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4938<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4939<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4940
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4941
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4942
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4943
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4944
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4945
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 7760
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4946
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4947
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OY ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4948
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7753
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OY ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4949
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OY ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4950
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OY ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4951
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS OY ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4952
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OY ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4953
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OY ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4954
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OY ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4955
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4956
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4957
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4958
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4959
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4960
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4961
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4962
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4963
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4964
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4965
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4966
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4967
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4968
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4969
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS AB ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4970<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7779<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS INT'L FINANCE & HOLDING<br>BV ET AL-YOUNG CONAWAY STARGATT & TAYLOR<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4971<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS INT'L FINANCE & HOLDING<br>BV ET AL-YOUNG CONAWAY STARGATT & TAYLOR<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4972<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS INT'L FINANCE & HOLDING<br>BF ET AL-YOUNG CONAWAY STARGATT & TAYLOR<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4973<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS INT'L FINANCE & HOLDING<br>BV ET AL-YOUNG CONAWAY STARGATT & TAYLOR<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4974<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SPA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4975<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS SPA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4976
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4977
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4978
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4979
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4980
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4981
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7775
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4982
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4983
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4984
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4985
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4986
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4987
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4988
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4989
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4990
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4991
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4992
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4993
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4994
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4995
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4996
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7755
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS NV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4997
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

NORTEL NETWORKS NV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4998
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS NV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4999
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS NV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5000<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS NV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5001<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS NV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5002<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS NV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5003<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS NV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5004<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5005<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7751<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5006<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5007<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5008<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5009<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5010<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5011<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5012
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5013
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5014
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5015
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5016
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5017
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5018
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5019
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5020
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7787
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
C/O YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5021
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5022
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5023
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5024
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5025
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5026
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5027
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5028
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5029
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5030
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5031
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5032
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5033
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5034
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SLOVENSKO SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5035
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7750
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5036<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5037<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5038<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| PEREZ, ANTHONY D<br>23 MARYETTA COURT<br>SYOSSET, NY 11791 | Claim Number: 5039<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $208,711.78 |
|---|---|---|

---

| RECKSON OPERATING PARTNERSHIP L.P.<br>C/O STEMPEL BENNETT, ET AL<br>675 THIRD AVENUE - 31ST FLOOR<br>NEW YORK, NY 10017 | Claim Number: 5040<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,652.57 |

---

| LI, JENNY Z<br>1750 HALFORD AVE # 204<br>SANTA CLARA, CA 95051 | Claim Number: 5041<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

REDDEN, RUSTY
4355 THERESA
DENISON, TX 75020

Claim Number: 5042
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,500.00 |
| --- | --- | --- |

CHUBB INSURANCE CO OF CANADA
C/O EDWARD C DOLAN
HOGAN & HARTSON, LLP
555 13TH STREET NW
WASHINGTON, DC 20004

Claim Number: 5043
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6423 (09/20/2011)

| UNSECURED | Claimed: | $529,046.55   UNLIQ |
| --- | --- | --- |

ASM CAPITAL, L.P.
TRANSFEROR: TTI
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5044
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $574,660.04 | Scheduled: | $59,700.00 |
| --- | --- | --- | --- | --- |

COMPASS
COMPASS LEXECON
332 SOUTH MICHIGAN AVE
CHICAGO, IL 60604-4397

Claim Number: 5045
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5624 (06/07/2011)

| UNSECURED | Claimed: | $52,496.40 |
| --- | --- | --- |

SUN MICROSYSTEMS, INC
C/O BIALSON, BERGEN & SCHWAB
2600 EL CAMINO REAL, STE 300
PALO ALTO, CA 94306

Claim Number: 5046
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $903,722.44 |
| --- | --- | --- |

BSI SUB, INC
C/O BLUESOCKET INC
10 NORTH AVENUE
BURLINGTON, MA 01803

Claim Number: 5047
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4698 (01/11/2011)

ADMINISTRATIVE

| UNSECURED | Claimed: | $4,050,000.00   UNLIQ |
| --- | --- | --- |

DAWDA, KIRIT D
173 FAIRMEADOW WAY
MILPITAS, CA 95035

Claim Number: 5048
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,165.08 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DAWDA, KIRIT D<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5048-02<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $6,262.92 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $18,621.66 |

---

| NICKLIS, STEPHEN<br>101 RUSHING BREEZE CT<br>APEX, NC 27502 | Claim Number: 5049<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $9,807.62 |
|---|---|---|

---

| NICKLIS, STEPHEN G<br>101 RUSHING BREEZE CT<br>APEX, NC 27502 | Claim Number: 5050<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,807.62 |
|---|---|---|

---

| TRAEGDE, BRUCE & PATRICIA; CONSERVATORS<br>& GUARDIANS OF THE MINORS E. DURGAN &<br>A. DURGAN AND ESTATE OF JAMES DURGAN<br>230 SHADOW LANE - ATTN: JAMES DURGAN<br>RIDGWAY, CO 81432 | Claim Number: 5051<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $217,000.00   UNLIQ |
|---|---|---|

---

| TRAEGDE, BRUCE & PATRICIA; CONSERVATORS<br>& GUARDIANS OF THE MINORS E. DURGAN &<br>A. DURGAN AND ESTATE OF JAMES DURGAN<br>230 SHADOW LANE - ATTN: JAMES DURGAN<br>RIDGWAY, CO 81432 | Claim Number: 5052<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $217,000.00   UNLIQ |
|---|---|---|

---

| KEENE-MOORE, JENNIFER<br>3502 ASH CIRCLE<br>RICHARDSON, TX 75082 | Claim Number: 5053<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $250,351.05 |
|---|---|---|

---

| DYNDIKOVA, YULIA<br>253 VINEYARD DR<br>SAN JOSE, CA 95119 | Claim Number: 5054<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,383.28 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ZANGA, JAMES M.
6104 KING CROYDON CT
RALEIGH, NC 27603

Claim Number: 5055
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $72,709.47 |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5056
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5057
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5058
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORK BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5059
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7780
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5060
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5061
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5062
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5063
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5064
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5065
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5066
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5067
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5068
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5069
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5070
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5071
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 7763
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5072
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5073
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5074
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7765
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5075
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5076
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5077
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5078
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5079
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5080
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5081
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5082
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5083
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS FRANCE SAS ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5084
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS FRANCE SAS ET AL | Claim Number: 5085 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL | Claim Number: 5086 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: POSSIBLY AMENDED BY 7764 |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL | Claim Number: 5087 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL | Claim Number: 5088 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS (IRELAND) LIMITED ET AL | Claim Number: 5089 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: POSSIBLY AMENDED BY 7774 |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS (IRELAND) LIMITED ET AL | Claim Number: 5090 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS CAPITAL CORPORATION |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5091<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5092<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5093<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5094<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5095<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5096<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5097
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5098
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5099
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5100
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5101
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7782
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5102
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5103<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5104<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5105<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5106<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5107<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5108<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5109
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5110
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5111
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5112
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5113
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5114
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5115
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5116
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5117
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5118
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5119
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 7761
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5120
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5121<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5122<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5970 (07/15/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5123<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5124<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5125<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5126<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5127<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5128<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5129<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5130<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5131<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5132<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: POSSIBLY AMENDED BY 7767<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS UK LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5133
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS UK LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5134
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 7757
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS UK LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5135
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS UK LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5136
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5137
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7778
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5138
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5139
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5140
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5141
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5142
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5143
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5144
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5145
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5146
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5147
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5148
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5149
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 7759
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5150
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS INTL FINANCE &HOLDING BV | Claim Number: 5151 |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS HPOCS INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS INTL FINANCE &HOLDING BV | Claim Number: 5152 |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. |
| 1000 WEST ST 17TH FL THE BRANDYWINE BLDG | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS INTL FINANCE &HOLDING BV | Claim Number: 5153 |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS INTL FINANCE &HOLDING BV | Claim Number: 5154 |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: CORETEK, INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS INTL FINANCE &HOLDING BV | Claim Number: 5155 |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: QTERA CORPORATION |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS INTL FINANCE &HOLDING BV | Claim Number: 5156 |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: SONOMA SYSTEMS |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5157
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5158
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5159
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5160
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5161
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7776
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5162
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5163
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5164
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 7758
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5165
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5166
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5167
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5168
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS SPA, ET AL. | Claim Number: 5169 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: CORETEK, INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS NV, ET AL. | Claim Number: 5170 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: QTERA CORPORATION |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS NV, ET AL. | Claim Number: 5171 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: SONOMA SYSTEMS |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS NV, ET AL. | Claim Number: 5172 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: XROS, INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS NV, ET AL. | Claim Number: 5173 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| NORTEL NETWORKS NV, ET AL. | Claim Number: 5174 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL ALTSYSTEMS INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS NV, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5175
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS NV, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5176
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7781
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5177
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5178
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5179
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5180
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5181
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5182
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5183
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5184
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5185
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5186
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5187
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5188
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5189
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5190
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5191
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7756
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5192
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5193
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5194
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5195
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5196
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5197
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5198
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5199<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5200<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS ROMANIA SRL,<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5201<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5202<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5203<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5204<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5205
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5206
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7783
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS OY, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5207
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS OY, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5208
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS OY, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5209
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS OY, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5210
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS OY, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5211
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OY, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5212
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OY, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5213
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5214
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5215
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5216
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTHERN TELECOM FRANCE SA, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5217<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTHERN TELECOM FRANCE SA, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5218<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTHERN TELECOM FRANCE SA, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5219<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTHERN TELECOM FRANCE SA, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5220<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTHERN TELECOM FRANCE SA, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5221<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTHERN TELECOM FRANCE SA, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5222<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5223
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5224
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5225
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5226
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5227
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5228
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7777
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5229
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5230
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5231
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5232
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5233
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5234
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5235
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5236
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5237
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5238
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5239
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5240
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| O.O.O. NORTEL NETWORKS, ET AL. | | Claim Number: 5241 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL ALTSYSTEMS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| O.O.O. NORTEL NETWORKS, ET AL. | | Claim Number: 5242 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS CAPITAL CORPORATION |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| O.O.O. NORTEL NETWORKS, ET AL. | | Claim Number: 5243 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5244 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5245 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5246 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5247<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5248<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5249<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5250<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5251<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5252<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS AS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5253
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $0.00   UNLIQ |

---

NORTEL NETWORKS AS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5254
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $0.00   UNLIQ |

---

NORTEL NETWORKS AS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5255
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $0.00   UNLIQ |

---

NORTEL NETWORKS AS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5256
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $0.00   UNLIQ |

---

NORTEL NETWORKS AS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5257
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $0.00   UNLIQ |

---

NORTEL NETWORKS AS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5258
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7762
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5259
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5260
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5261
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5262
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5263
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5264
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5265
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5266
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5267
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5268
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5269
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5270
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5271
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5272
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5273
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7752
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5274
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5275
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY), LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5276
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5277
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5278
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5279
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL -  HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5280
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5281
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5282
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | Claim Number: 5283 Claim Date: 09/30/2009 Debtor: SONOMA SYSTEMS Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | Claim Number: 5284 Claim Date: 09/30/2009 Debtor: XROS, INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | Claim Number: 5285 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | Claim Number: 5286 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | Claim Number: 5287 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS CAPITAL CORPORATION Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | Claim Number: 5288 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: POSSIBLY AMENDED BY 7773 DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL TELECOM INTERNATIONAL LTD, ET AL. | | Claim Number: 5289 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL TELECOM INTERNATIONAL LTD, ET AL. | | Claim Number: 5290 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL TELECOM INTERNATIONAL LTD ET AL | | Claim Number: 5291 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE | | Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL TELECOM INTERNATIONAL LTD ET AL | | Claim Number: 5292 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE | | Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL TELECOM INTERNATIONAL LTD ET AL | | Claim Number: 5293 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE | | Debtor: NORTEL NETWORKS HPOCS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL TELECOM INTERNATIONAL LTD ET AL | | Claim Number: 5294 |
|---|---|---|
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE | | Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5295
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5296
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5297
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5298
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5299
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5300
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5301
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5302
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5303
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7771
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL
COMPONENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5304
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL
COMPENENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5305
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL
COMPONENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5306
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5307<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS OPTICAL COMPENENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5308<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS OPTICAL COMPONENTS LIMITED, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5309<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: POSSIBLY AMENDED BY 7766<br>DOCKET: 5402 (05/10/2011) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS OPTICAL COMPENENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5310<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5311<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5312<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5313 Claim Date: 09/30/2009 Debtor: SONOMA SYSTEMS Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5314 Claim Date: 09/30/2009 Debtor: XROS, INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5315 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OPTICAL COMPENENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5316 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5317 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS CAPITAL CORPORATION Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5318 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: POSSIBLY AMENDED BY 7772 DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CHAPPELL, TOMMA<br>575 ELLESMERE WAY<br>BUFORD, GA 30518 | Claim Number: 5319<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $64,200.93 |
|---|---|---|

---

| OWENS, RICK<br>1962 MIDDLE SETTLEMENTS RD<br>MARYVILLE, TN 37801 | Claim Number: 5320<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $33,834.00 |
|---|---|---|

---

| OWENS, RICK<br>1962 MIDDLE SETTLEMENTS RD<br>MARYVILLE, TN 37801 | Claim Number: 5321<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $33,834.00 |
|---|---|---|

---

| THOMAS, JACQUELINE<br>9137 SILCHESTER COURT<br>BURKE, VA 22015 | Claim Number: 5322<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

---

| THOMAS, JACQUELINE<br>9137 SILCHESTER COURT<br>BURKE, VA 22015 | Claim Number: 5323<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,000.00 |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $25,000.00 |

---

| TANDBERG CANADA, INC.<br>C/O SHANNON E. HOFF, ESQ<br>POYNER SPRUILL LLP<br>301 SOUTH COLLEGE STREET, SUITE 2300<br>CHARLOTTE, NC 28202 | Claim Number: 5324<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $96,366.39 |
|---|---|---|

---

| TANDBERG, INC.<br>C/O SHANNON E. HOFF, ESQ<br>POYNER SPRUILL LLP<br>301 SOUTH COLLEGE STREET, SUITE 2300<br>CHARLOTTE, NC 28202 | Claim Number: 5325<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $297,650.76 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| BARNES & THORNBURG LLP<br>ATTN: JENNIFER A. KIMBALL<br>ONE N. WACKER DRIVE<br>SUITE 4400<br>CHICAGO, IL 60606 | | Claim Number: 5326<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7625 (05/09/2012) | | |
| UNSECURED | Claimed: | $67,470.94 | | |
| CUMBERLAND COUNTY HOSPITAL SYSTEM,INC<br>ATTN: LEGAL SERVICES<br>PO BOX 2000<br>FAYETTEVILLE, NC 28302 | | Claim Number: 5327<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 5089 (03/09/2011) | | |
| ADMINISTRATIVE | Claimed: | $75,238.27 | | |
| CUMBERLAND COUNTY HOSPITAL SYSTEM<br>PO BOX 788<br>FAYETTEVILLE, NC 28302 | | Claim Number: 5328<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $75,238.27 | Scheduled: | $0.00 UNLIQ |
| MOYANO, VICENTE<br>988 NW 110TH AVENUE<br>CORAL SPRINGS, FL 33071 | | Claim Number: 5329<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $108,800.81 | Scheduled: | $0.00 UNLIQ |
| D'AMOUR, BARRY L<br>1001 KELTON COTTAGE WAY<br>MORRISVILLE, NC 27560 | | Claim Number: 5330<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $484,713.94 | Scheduled: | $0.00 UNLIQ |
| MANLEY, JOHN P<br>2290 BOWMAN ROAD<br>OTTAWA, ON K1H 6V6<br>CANADA | | Claim Number: 5331<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| KLEBSCH, MICHAEL B<br>1803 MARTHA DR.<br>LITTLE ROCK, AR 72212 | | Claim Number: 5332<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $159,829.52 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| DEUTSCHE BANK SECURITIES, INC.<br>TRANSFEROR: WIPRO LIMITED<br>ATTN: MATT WEINSTEIN<br>60 WALL STREET, 3RD FLOOR<br>NEW YORK, NY 10005 | Claim Number: 5333<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED         Claimed: | $3,089,788.00 | |
| ISTAR CTL NORTH GLENVILLE RICHARDSON LLC<br>350 N. SAINT PAUL ST.<br>DALLAS, TX 75201-4240 | Claim Number: 5334<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| UNSECURED         Claimed: | $0.00   UNDET | |
| MACKINNON, PETER<br>706 BANDERA DR.<br>ALLEN, TX 75013 | Claim Number: 5335<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY         Claimed: | $150,000.00   UNLIQ | |
| HARTE-HANKS, INC ET AL<br>C/O SAUL EWING LLP<br>ATTN: JOYCE A. KUHNS, ESQ<br>500 E. PRATT STREET<br>BALTIMORE, MD 21202 | Claim Number: 5336-01<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |
| UNSECURED         Claimed: | $13,200.46 | |
| HARTE-HANKS, INC ET AL<br>C/O SAUL EWING LLP<br>ATTN: JOYCE A. KUHNS, ESQ<br>500 E. PRATT STREET<br>BALTIMORE, MD 21202 | Claim Number: 5336-02<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |
| UNSECURED         Claimed: | $22,928.23 | |
| ORBE, JOHN<br>2008 KEHRSBORO DRIVE<br>CHESTERFIELD, MO 63005 | Claim Number: 5337<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY         Claimed: | $29,470.02 | |
| ORBE, JOHN F<br>2008 KEHRSBORO DRIVE<br>CHESTERFIELD, MO 63005 | Claim Number: 5338<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY         Claimed: | $48,536.00 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| M. SCOTT JOHNSON & ASSOCIATES<br>D/B/A WEST VIRGINIA INSURANCE AGENCY<br>130 BROOKSHIRE LANE<br>BECKLEY, WV 25801 | Claim Number: 5339<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $48,092.36 |
|---|---|---|

| KRIGER, SIDNEY A.<br>25 LARCH RD<br>NEWTON, MA 02468 | Claim Number: 5340<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $70,632.66 |
|---|---|---|

| KRIGER, SIDNEY A.<br>25 LARCH RD<br>NEWTON, MA 02468 | Claim Number: 5341<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $2,338.74 |
|---|---|---|
| UNSECURED | Claimed: | $985.20 |

| SCHLESSEL, KAREN H.<br>15 CAMEO COURT<br>CHERRY HILL, NJ 08003 | Claim Number: 5342<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $69,959.62 |
|---|---|---|

| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA 19462 | Claim Number: 5343<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA 19462 | Claim Number: 5344<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA 19462 | Claim Number: 5345<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA 19462 | Claim Number: 5346<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA 19462 | Claim Number: 5347<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $78,779.64 |
|---|---|---|

| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA 19462 | Claim Number: 5348<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $78,779.64 |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RICCITELLI, ROBERT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5349<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $577,978.05 |
|---|---|---|

| ADEX CORPORATION<br>MARC D. FREEDMAN, ESQ.<br>FREEDMAN & GERSTEN, LLP<br>777 TERRACE AVENUE, 5TH FLOOR<br>HASBROUCK HEIGHTS, NJ 07604 | Claim Number: 5350<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $718,475.43 |
|---|---|---|

| AT&T CORP, ET AL<br>ATTN: JAMES W. GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 5351<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $16,125.25   UNLIQ CONT |
|---|---|---|

| WISLOCKI, BOGDAN<br>115 HAYWARD ST<br>YONKERS, NY 10704-1854 | Claim Number: 5352<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $333,153.61 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NFUSION GROUP, LLC
CARMENT HENDERSON, CONTROLLER
5000 PLAZA ON THE LAKE
SUITE 200
AUSTIN, TX 78746

Claim Number: 5353
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ CONT |
| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $112,404.00 | UNLIQ CONT |

---

BEAL BANK NEVADA
C/O JESSE MOORE & GREG HESSE
1445 ROSS AVE. STE. 3700
DALLAS, TX 75202

Claim Number: 5354
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $55,300,276.47 |

---

PANGAIA PARTNERS, LLC
C/O FORMAN HOLT ELAIDES & RAVIN LLC
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652

Claim Number: 5355
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7430

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $122,256.25 | Scheduled: | $76,904.00 |

---

GE FANUC INTELLIGENT PLATFORMS
ATTN: NATHAN B. SMITH, ESQ.
2500 AUSTIN DRIVE
CHARLOTTESVILLE, VA 22911

Claim Number: 5356
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $235,980.00 |

---

SUN MICROSYSTEMS, INC
BIALSON, BERGEN & SCHWAB
ATTN: LAWRENCE SCHWAB/THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306

Claim Number: 5357
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $903,722.44 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $18,035,538.27 | UNLIQ |

---

GE FANUC INTELLIGENT PLATFORMS
ATTN: NATHAN B. SMITH, ESQ.
2500 AUSTIN DRIVE
CHARLOTTESVILLE, VA 22911

Claim Number: 5358
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $548,496.64 |

---

GARDENER, WILLIAM KENNETH
15 ENNISMORE MEWS
LONDON, SW7 1AP
UNITED KINGDOM

Claim Number: 5359
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,401,143.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5360<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

---

| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5361<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

---

| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5362<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

---

| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5363<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

---

| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5364<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

---

| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5365<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

---

| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5366<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5367<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5368<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5369<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5370<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5371<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5372<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | Claim Number: 5373<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
| UNSECURED | Claimed: | $3,401,143.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GARDENER, WILLIAM KENNETH
15 ENNISMORE MEWS
LONDON, SW7 1AP
UNITED KINGDOM

Claim Number: 5374
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $3,401,143.00 |
|---|---|---|

GARDENER, WILLIAM KENNETH
15 ENNISMORE MEWS
LONDON, SW7 1AP
UNITED KINGDOM

Claim Number: 5375
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $3,401,143.00 |
|---|---|---|

DAGG, DAVID A. - PATENT ATTORNE
44 CHAPIN RD
NEWTON CENTRE, MA 02459

Claim Number: 5376
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $7,709.00 | Scheduled: | $1,500.00 |
|---|---|---|---|---|

HEARN, JOHN MARK
1556 WATERSIDE CT
DALLAS, TX 75218

Claim Number: 5377
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $18,846.00 |
|---|---|---|

BANK OF AMERICA
100 FEDERAL ST. , MAILCODE M15-100-09-04
BOSTON, MA 02110

Claim Number: 5378
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $14,416.66 |
|---|---|---|

SHERRELL, WENDELL F.
1543 BRACKENSHIRE COVE
COLLIERVILLE, TN 38017

Claim Number: 5379
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claimed amount is at least 50,000 pounds

| UNSECURED | Claimed: | $73,030.00 |
|---|---|---|

ARAMARK UNIFORM AND CAREER
APPAREL, LLC (MEANS SERVICES, INC.)
ATTN : KURT ZIMMERMAN
115 NORTH 1ST STREET, SUITE 201
BURBANK, CA 91502

Claim Number: 5380
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4762 (01/26/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WHITNEY-FRUEH, LAURIE<br>2505 ERIE AVENUE<br>CINCINNATI, OH 45208 | | Claim Number: 5381<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,000.00 | | |

---

| BRAHMANANDAM, SHRIRAM<br>1231, REMBRANDT DRIVE<br>SUNNYVALE, CA 94087 | | Claim Number: 5382<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $14,033.65 | | |

---

| FETTERS, KAREN<br>2945 SPINDLETOP DRIVE<br>CUMMING, GA 30041 | | Claim Number: 5383<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,126.67 | | |

---

| PRICEWATERHOUSECOOPERS LLP<br>ATTN: LISA MILLMAN<br>PO BOX 182<br>ROYAL TRUST TOWER, SUITE 3000<br>TORONTO, ON M5K 1G8<br>CANADA | | Claim Number: 5384<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claimed amount is CAD 14,500. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,602.90 | Scheduled: | $14,500.00 |

---

| BARRAN, DANIEL<br>2616 N. E. 27TH TERRACE<br>FT. LAUDERDALE, FL 33306 | | Claim Number: 5385<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $20,178.04 | | |
| UNSECURED | Claimed: | $48,418.17 | Scheduled: | $28,240.13  UNLIQ |

---

| MANN, WENDY<br>2114 CLARET LANE<br>MORRISVILLE, NC 27560 | | Claim Number: 5386<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $80,753.40 | | |

---

| MANN, WENDY B.<br>2114 CLARET LN<br>MORRISVILLE, NC 27560-6892 | | Claim Number: 5387<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $80,753.40 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JOANNOU, DION<br>2839 NORTH EAST 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | Claim Number: 5388<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $14,374.03 UNDET |
|---|---|---|

---

| JOANNOU, DION<br>2839 NE 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | Claim Number: 5389<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| VINAIXA, TANIA<br>16345 SW 9TH ST<br>PEMBROKE PNES, FL 33027 | Claim Number: 5390<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>May amend claim 2037. |
|---|---|

| UNSECURED | Claimed: | $17,355.52 |
|---|---|---|

---

| VINAIXA, TANIA<br>16345 SW 9TH STREET<br>PEMBROKE PINES, FL 33027 | Claim Number: 5391<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>May amend claim 2036. |
|---|---|

| PRIORITY | | | Scheduled: | $2,827.21 |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | | | Scheduled: | $16,102.95 |

---

| FORTIER, L. YVES<br>OGILVY RENAULT<br>SUITE 500-1 PLACE VILLE MARIE<br>MONTREAL, QC H3B 1R1<br>CANADA | Claim Number: 5392<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| KOOK, FERNGENE<br>3183 NW 85TH AVE<br>CORAL SPRINGS, FL 33065 | Claim Number: 5393<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | | | Scheduled: | $4,980.30 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,000.00 | Scheduled: | $26,436.17 |

---

| PEROT SYSTEMS CORPORATION<br>ATTN: VICKI TROGDON<br>PETROT SYSTEMS, LEGAL DEPARTMENT<br>2300 WEST PLANO PARKWAY<br>PLANO, TX 75075 | Claim Number: 5394<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $656,093.62 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $294,997.93 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MOTOROLA, INC.
WILMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5395
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5396
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5397
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5398
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5399
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5400
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5401
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

MOTOROLA, INC
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5402
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5403
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5404
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5405
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5406
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5407
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5408
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5409
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5410
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

KRATZ, ALAN
9696 WALNUT STREET
APT # 1508
DALLAS, TX 75243-2379

Claim Number: 5411
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $18,081.05 |

---

HARRISON, JASON
420 BROWN THRASHER COURT
ALPHARETTA, GA 30009

Claim Number: 5412
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,868.36 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| LOBRUTTO, ROSS<br>1164 EAGLES WATCH TRAIL<br>WINTER SPRINGS, FL 32708 | | Claim Number: 5413<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $12,809.57   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SAUCIER, MADAME GUYLAINE<br>1000 DE LA GAUCHETIERE STREET WEST<br>SUITE 2500<br>MONTREAL, QC H3B 0A2<br>CANADA | | Claim Number: 5414<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| WATSON, RICHARD<br>2504 BROWN DR<br>FLOWER MOUND, TX 75022 | | Claim Number: 5415<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $22,981.77 |
| TOTAL | Claimed: | $33,931.77 |

| | | |
|---|---|---|
| WATSON, RICHARD<br>2504 BROWN DR<br>FLOWER MOUND, TX 75022 | | Claim Number: 5416<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $23,409.65  UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| WATSON, RICHARD<br>2504 BROWN DR<br>FLOWER MOUND, TX 75022 | | Claim Number: 5417<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $33,931.77 |
|---|---|---|

| | | |
|---|---|---|
| IBM GLOBAL SERVICES (CHINA) CO. LTD<br>ATTN: R.S. STAHEL<br>1503 LBJ FREEWAY, 3RD FLOOR<br>DALLAS, TX 75234 | | Claim Number: 5418<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6999 (12/15/2011) |

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $979,260.91   UNLIQ |

| | | |
|---|---|---|
| IBM CANADA LTD<br>ATTN: PARUL E. FIRESTONE<br>3600 STEELERS AVENUE EAST<br>MARKHAM, ON L3R 9Z7<br>CANADA | | Claim Number: 5419-01<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6999 (12/15/2011) |

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $576,343.04   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| IBM CANADA LTD<br>ATTN: PARUL E. FIRESTONE<br>3600 STEELERS AVENUE EAST<br>MARKHAM, ON L3R 9Z7<br>CANADA | Claim Number: 5419-02<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6999 (12/15/2011) | |
| UNSECURED | Claimed: | $12,558,022.54 |

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS MACHINES CORP<br>ATTN: B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 5420<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6999 (12/15/2011) | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $51,609,381.14   UNLIQ |

| | | |
|---|---|---|
| WICKERSHAM, MARY<br>200 ELVA DRIVE<br>APTOS, CA 95003 | Claim Number: 5421<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $41,934.61 |

| | | |
|---|---|---|
| LA CHAPELLE, DONNA<br>23 SIROS<br>LAGUNA NIGUEL, CA 92677 | Claim Number: 5422<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $304,517.00 |

| | | |
|---|---|---|
| LA CHAPELLE, DONNA<br>23 SIROS<br>LAGUNA NIGUEL, CA 92677 | Claim Number: 5423<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $304,517.00 |

| | | |
|---|---|---|
| DIAMOND, JEFF<br>6517 25TH AVE NE, UNIT #D<br>SEATTLE, WA 98115 | Claim Number: 5424<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $2,910.35 |

| | | |
|---|---|---|
| SUN MICROSYSTEMS INC<br>BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M GAA<br>2600 EL CAMINO REAL SUITE 300<br>PALO ALTO, CA 94306 | Claim Number: 5425<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE | Claimed: | $903,722.44   UNLIQ |
| UNSECURED | Claimed: | $18,035,538.27   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LOONEY, ROBERT J<br>3600 HOODS HILL RD<br>NASHVILLE, TN 37215-2023 | Claim Number: 5426<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $129,334.50 |
|---|---|---|

---

| REID, DOUGLAS M<br>C/O JAMES J TANCREDI, ESQ<br>DAY PITNEY LLP<br>242 TRUMBULL STREET<br>HARTFORD, CT 06103 | Claim Number: 5427<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $312,578.73 |
|---|---|---|

---

| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>JOSEPH P CORRIGAN, ESQ<br>745 ATLANTIC AVENUE 10TH FLOOR<br>BOSTON, MA 02111 | Claim Number: 5428<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $47,125.00 |
| UNSECURED | Claimed: | $85,093.05 |

---

| MISSION WEST PROPERTIES, L.P.<br>ATTN: RAY MARINO<br>10050 BANDLEY DRIVE<br>CUPERTINO, CA 95014 | Claim Number: 5429<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $49,917.76 |
|---|---|---|

---

| SUN MICROSYSTEMS, INC<br>C/O BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | Claim Number: 5430<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $903,722.44 |
|---|---|---|

---

| ROSSI, RYAN<br>109 APPLEWOOD LN<br>SLIPPERY ROCK, PA 16057-2901 | Claim Number: 5431<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $235,885.50 |

---

| GLOBAL ELECTRIC<br>GLOBAL ELECTRIC ELECTRONICS<br>2710 WECK DRIVE<br>DURHAM, NC 27713 | Claim Number: 5432<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $39,555.15 | Scheduled: | $388,290.37 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LINCOLN, AGNES V<br>206 HAWK LANE<br>OAKTOWN, IN 47561 | | Claim Number: 5433<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claimant asserts a lump sum claim amount of $ 10,000 and a monthly |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ CONT |

---

| LINCOLN, AGNES V<br>206 HAWK LANE<br>OAKTOWN, IN 47561 | | Claim Number: 5434<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: KLEBSCH, MICHAEL B<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5435<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $27,984.88 |

---

| KAO, IUE-FANG H<br>19785 VIEWRIDGE DRIVE<br>SARATOGA, CA 95070 | | Claim Number: 5436<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 2320 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $39,516.93 |

---

| LIGON, KEITH<br>1313 COVEY RISE LN<br>FUQUAY VARINA, NC 27526 | | Claim Number: 5437<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $48,910.92 |

---

| LIGON, KEITH D<br>1313 COVEY RISE LANE<br>FUQUAY VARINA, NC 27526 | | Claim Number: 5438<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $48,910.92 |

---

| LIGON, KEITH<br>1313 COVEY RISE LN<br>FUQUAY VARINA, NC 27526 | | Claim Number: 5439<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $48,910.92 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIGON, KEITH D
1313 COVEY RISE LANE
FUQUAY VARINA, NC 27526

Claim Number: 5440
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $48,910.92 | | |

INTOTO INC
C/O KELL C. MERCER
BROWN MCCARROLL, LLP
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701

Claim Number: 5441
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $200,507.93 | Scheduled: | $0.00 UNLIQ |

INTOTO INC
C/O KELLY C. MERCER
BROWN MCCARROLL LLP
111 CONGRESS AVENUE, SUITE 1400
AUSTIN, TX 78701

Claim Number: 5442
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $200,507.93 | Scheduled: | $117,360.00 DISP |

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: MARKETSOURCE, INC.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 5443
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7074 (01/06/2012)

| UNSECURED | Claimed: | $1,966,984.39 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LLANES, RODOLFO
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5444
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $83,848.26 | | |

LLANES, RODOLFO
7961 NW 113 PLACE
ISLAND OF DORAL
MIAMI, FL 33178

Claim Number: 5445
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $83,848.26 | | |
| ADMINISTRATIVE | Claimed: | $83,848.26 | | |

SEITZ, DENNIS W
5200 LINNADINE WAY
NORCROSS, GA 30092

Claim Number: 5446
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $276,480.00 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ZIMMERLI, GARY L
3110 SW 70TH AVE
PORTLAND, OR 97225

Claim Number: 5447
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,055.00 |
| UNSECURED | Claimed: | $5,055.00 |
| TOTAL | Claimed: | $5,055.00 |

---

ZIMMERLI, GARY
3110 SW 70TH AVE
PORTLAND, OR 97225

Claim Number: 5448
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

MBA SOLLICITORS R/S VIRGINIE BOUET
4 AVENUE VAN DYCK
PARIS, 75008
FRANCE

Claim Number: 5449
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,472.00 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: MAROULIS, EFSTATHIOS
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 5450
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,709.12 |
| UNSECURED | Claimed: | $34,298.84 | Scheduled: | $31,106.65 |
| TOTAL | Claimed: | $34,298.84 | | |

---

MAROULIS, EFSTATHIOS
9686 AVALON DRIVE
FRISCO, TX 75035

Claim Number: 5451
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $34,298.84 |

---

KITCHENS, MICHELLE
6626 S. CROCKER WAY
LITTLETON, CO 80120

Claim Number: 5452
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $35,769.23 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KELLY, DON
2000 E. ARAPAHO ROAD
APT 5140
RICHARDSON, TX 75081

Claim Number: 5453
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $39,164.90 |
| --- | --- | --- |

DOXEY, EVELYN N
741 GENERAL GEORGE PATTON RD
NASHVILLE, TN 37221

Claim Number: 5454
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $103,451.93   CONT |
| --- | --- | --- |

CARBONARA, FRANCESCA
18 FAIRVIEW LN
MECHANICVILLE, NY 12118-3639

Claim Number: 5455
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $10,893.96 |
| --- | --- | --- |

HUNSBERGER, ROBERT H
5829 155TH AVE. SE
BELLEVUE, WA 98006

Claim Number: 5456
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,779.18 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

DELTA PRODUCTS CORP
4405 CUSHING PARKWAY
FREMONT, CA 94538-6475

Claim Number: 5457
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $21,680.00 |
| --- | --- | --- |

DELTA PRODUCTS CORP
ATTN: CHARLENE TING
4405 CUSHING PARKWAY
FREMONT, CA 94538

Claim Number: 5458
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| ADMINISTRATIVE | Claimed: | $21,680.00 |
| --- | --- | --- |

CROSS, MARY
P.O. BOX 24871
NASHVILLE, TN 37202-4871

Claim Number: 5459
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CROSS, MARY
P.O. BOX 24871
NASHVILLE, TN 37202-4871

Claim Number: 5460
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $97,786.88 | Scheduled: | $0.00 UNLIQ |

HOU, SREY
13306 CARTHAGE LANE
DALLAS, TX 75243

Claim Number: 5461
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7432 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,795.87 |
| UNSECURED | Claimed: | $5,769.23 | Scheduled: | $6,414.90 |

T3 ENERGY SERVICES,INC.
ATTN : RICHARD SAFIER
7135 ARDMORE ST.
HOUSTON, TX 77054

Claim Number: 5462
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3936 (09/13/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |
| UNSECURED | Claimed: | $0.00 UNDET |

MILLS, CLEAYTON
942 CR 2100
IVANHOE, TX 75447

Claim Number: 5463
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

MILLS, CLEAYTON J.
942 CR 2100
IVANHOE, TX 75447

Claim Number: 5464
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8401 (09/05/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $150,000.00 |

MOLEX
ATTN : MIKE FRITZ
2222 WELLINGTON COURT
LISLE, IL 60532

Claim Number: 5465
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1675

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,967.84 | | |
| UNSECURED | Claimed: | $1,600.00 | Scheduled: | $10,890.00 |

RAMAMURTHY, VENKATRAMAN
1711 ADDISON LN
JOHNS CREEK, GA 30005-5000

Claim Number: 5466
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7432 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,772.30 |
| UNSECURED | Claimed: | $2,383.33 | Scheduled: | $7,539.46 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ATTN: ROBERT S. MCWHORTER, ESQ.<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA 95814 | | Claim Number: 5467<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7177 (02/07/2012) | | |
| ADMINISTRATIVE | Claimed: | $61,290.00 | | |
| UNSECURED | Claimed: | $608,614.19 | | |
| BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ATTN : ROBERT S. MCWHORTER, ESQ.<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA 95814 | | Claim Number: 5468<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7177 (02/07/2012) | | |
| ADMINISTRATIVE | Claimed: | $61,290.00 | | |
| LI, WUJUN<br>15 HAZELNUT ST<br>ACTON, MA 01720-4149 | | Claim Number: 5469<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,730.00 | | |
| CAPITOL SOLUTIONS GOV'T RELATIONS<br>CONSULTANTS LLC<br>1455 PENNSYLVANIA AVE. #400<br>WASHINGTON, DC 20004 | | Claim Number: 5470<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claims 262 and 1860 | | |
| UNSECURED | Claimed: | $33,750.00 | Scheduled: | $33,750.00 |
| DILL, WERNER A.<br>166 CLAREMONT ST<br>DEER PARK, NY 11729-1305 | | Claim Number: 5471<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $36,128.04 | | |
| MOORE, WENDELL C<br>170 WESTBURY LANE<br>ALPHARETTA, GA 30005 | | Claim Number: 5472<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| UNSECURED | Claimed: | $78,026.58 | | |
| MOORE, WENDELL C.<br>170 WESTBURY LANE<br>ALPHARETTA, GA 30005 | | Claim Number: 5473<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $78,026.58 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BANKS, ROSLYN
2730 OAK TRL
CARROLLTON, TX 75007

Claim Number: 5474
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $437.64 | Scheduled: | $2,041.69 |
| UNSECURED | Claimed: | $27,734.83 | Scheduled: | $26,441.80 |
| TOTAL | Claimed: | $27,734.83 | | |

PAILA, CHAKRAVARTHY
116 GLEN RIDGE DR
MURPHY, TX 75094

Claim Number: 5475
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,232.00 |

BAKER, DAVID
1729 FALMOUTH DR.
PLANO, TX 75025

Claim Number: 5476
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $52,341.83 |

HSIEH, PEN
4 ATWOOD LANE
ANDOVER, MA 01810-6404

Claim Number: 5477
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $52,326.38 |

PAUL, KAREN
273 ASTOR DRIVE
SAYVILLE, NY 11782

Claim Number: 5478
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $38,328.16 |

KASHUL, WILLIAM N
701 NORTH DEE ROAD
PARK RIDGE, IL 60068

Claim Number: 5479
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $164,457.03 | Scheduled: | $0.00 UNLIQ |

ASM SIP, L.P.
TRANSFEROR: FAZAL, ASIA
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5480
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,687.62 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| BINNER, SCOTT E.<br>2505 JAKIN WAY<br>SUWANEE, GA 30024 | | Claim Number: 5481<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 2320 (01/21/2010) | | |
| PRIORITY | Claimed: | $100,814.47 | | |
| BINNER, SCOTT E.<br>2505 JAKIN WAY NW<br>SUWANEE, GA 30024 | | Claim Number: 5482<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $100,814.47 | Scheduled: | $86,060.80 |
| OWEN, ARLENE<br>4001 E. CHAPEL HILL-NELSON HWY<br>P.O. BOX 13010<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | | Claim Number: 5483<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $13,291.85<br>$17,376.09 | Scheduled: | $30,667.94  UNLIQ |
| STACY, MARK<br>895 E. SHIRRA DR.<br>PALATINE, IL 60074 | | Claim Number: 5484<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,269.00 | Scheduled: | $3,979.81  UNLIQ |
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5485<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,269.00 | Scheduled: | $0.00  UNLIQ |
| STACY, MARK<br>895 E. SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5486<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $5,269.00 | | |
| STACY, MARK<br>895 E. SHIRRA DR.<br>PALATINE, IL 60074 | | Claim Number: 5487<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $14,437.87 | Scheduled: | $10,858.41  UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5488<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $14,437.87 |

---

| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5489<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,437.87 |

---

| WOMACK, KAREN D.<br>114 FREHOLD CT<br>CARY, NC 27519 | | Claim Number: 5490<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,604.00 |

---

| SHEPHERD, FRANK J.<br>2426-1 SHIPS MECHANIC ROW<br>GALVESTON, TX 77550 | | Claim Number: 5491<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $515,719.24 |

---

| PARL, JOYCE A<br>390 WAVERLY DR<br>MUNDELEIN, IL 60060 | | Claim Number: 5492<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| PARL, JOYCE<br>390 WAVERLY DR.<br>MUNDELEIN, IL 60060 | | Claim Number: 5493<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| KUHN, MATTHEW<br>11 PINEY POINT<br>WHISPERING PINES, NC 28327 | | Claim Number: 5494<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $50,000.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DYER, TIMOTHY | | Claim Number: 5495 |
| 35846 OSPREY LN | | Claim Date: 09/30/2009 |
| EUSTIS, FL 32736 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $40,000.00 |

---

| DYER, TIMOTHY | | Claim Number: 5496 |
| 35846 OSPREY LN | | Claim Date: 09/30/2009 |
| EUSTIS, FL 32736 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $40,000.00 |

---

| DAVIS, MARK | | Claim Number: 5497 |
| 4760 HAMPTONS DR | | Claim Date: 09/30/2009 |
| ALPHARETTA, GA 30004 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | | $649.61  UNLIQ CONT | | |
| UNSECURED | | | | Scheduled: | $649.61  UNLIQ |

---

| DAVIS, MARK A. | | Claim Number: 5498 |
| 4760 HAMPTONS DR | | Claim Date: 09/30/2009 |
| ALPHARETTA, GA 30004 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: |
| | | Amends claim 875 |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $56,720.19 |

---

| AMPHENOL CORPORATION | | Claim Number: 5499 |
| C/O MOSES & SINGER LLP | | Claim Date: 09/30/2009 |
| ATTN: ALAN KOLOD | | Debtor: NORTEL NETWORKS INC. |
| THE CHRYSLER BLDG, 405 LEXINGTON AVENUE | | Comments: ALLOWED |
| NEW YORK, NY 10174-1299 | | DOCKET: 7621 (05/08/2012) |

| ADMINISTRATIVE | Claimed: | $84,061.54 |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,174,975.42 |

---

| AMPHENOL CORPORATION | | Claim Number: 5500 |
| C/O MOSES & SINGER LLP | | Claim Date: 09/30/2009 |
| ATTN: ALAN KOLOD | | Debtor: NORTEL NETWORKS INC. |
| THE CHRYSLER BLDG, 405 LEXINGTON AVENUE | | Comments: EXPUNGED |
| NEW YORK, NY 10174-1299 | | DOCKET: 7621 (05/08/2012) |

| ADMINISTRATIVE | Claimed: | $64,009.49 |

---

| AMPHENOL CORPORATION | | Claim Number: 5501 |
| C/O MOSES & SINGER LLP | | Claim Date: 09/30/2009 |
| ATTN: ALAN KOLOD | | Debtor: NORTEL NETWORKS INC. |
| THE CHRYSLER BLDG, 405 LEXINGTON AVENUE | | Comments: ALLOWED |
| NEW YORK, NY 10174-1299 | | DOCKET: 7621 (05/08/2012) |

| ADMINISTRATIVE | Claimed: | $84,061.54 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

AMPHENOL TECHNICAL PRODUCTS INT'L
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5502
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7621 (05/08/2012)

| ADMINISTRATIVE | Claimed: | $84,061.54   UNLIQ |
|---|---|---|

---

AMPHENOL CORPORATION
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5503
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7621 (05/08/2012)

| ADMINISTRATIVE | Claimed: | $64,009.49 |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $141,163.05 |

---

AMPHENOL PRINTED CIRCUITS
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5504
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7621 (05/08/2012)

| UNSECURED | Claimed: | $5,828.74   UNLIQ CONT |
|---|---|---|

---

AMPHENOL TECHNICAL PRODUCTS INT'L
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5505
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7621 (05/08/2012)

| ADMINISTRATIVE | Claimed: | $84,061.54   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $1,118,863.29   UNLIQ CONT |

---

AMPHENOL INTERCONNECT PRODUCTS CORP
C/O MOSES & SINGER LLP
ATTN ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5506
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7621 (05/08/2012)

| UNSECURED | Claimed: | $50,283.39   UNLIQ |
|---|---|---|

---

MARLOW, JOHN
10617 TIMBERKNOLL DR
RALEIGH, NC 27617

Claim Number: 5507
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $60,384.00 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JOHNSON CONTROLS, INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5508
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7113 (01/20/2012)

| UNSECURED | Claimed: | $1,300,030.75 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| ZAFARANO, MICHAEL J. JR., CAROL FELTS, & JAMES KAUFFMAN  -  C/O RON KILGARD, ESQ KELLER ROHRBACK, PLC 3101 N CENTRAL AVE, SUITE 1400 PHOENIX, AZ 85012 | Claim Number: 5509 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 8129 (08/07/2012) | | | |
| UNSECURED          Claimed: | $100,000,000.00   UNLIQ | | | |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP ATTN: J. ALEK KRESS ONE SPEEDWELL AVENUE MORRISTOWN, NJ 07962-1981 | Claim Number: 5510 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 7686 (05/24/2012) | | | |
| ADMINISTRATIVE    Claimed: UNSECURED          Claimed: | $2,915.32 $22,972.67 | | | |
| DESCA COLOMBIA SA CARRERA 7 NO  71 52 TORRE B PISO 11 BOGOTA, COLUMBIA | Claim Number: 5511 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2882 (04/14/2010) | | | |
| SECURED            Claimed: UNSECURED          Claimed: | $135,124.29 $13,173.52 | | | |
| WB CLAIMS HOLDING - NORTEL, LLC TRANSFEROR: ASTEELFLASH CALIFORNIA, INC. C/O WHITEBOX ADVISORS, LLC 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS, MN 55416-4675 | Claim Number: 5512 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 8074 (07/31/2012) | | | |
| SECURED            Claimed: UNSECURED          Claimed: | $102,490.00 $2,529,350.09 | Scheduled: | $15,001.89 |
| TRAVELERS INDEMNITY COMPANY ET AL, THE ATTN: CHANTEL PINNOCK ONE TOWER SQUARE, 5MN HARTFORD, CT 06183 | Claim Number: 5513 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE    Claimed: SECURED            Claimed: | $0.00   UNLIQ $181,303.00   UNLIQ | | | |
| E.I. DU PONT DE NEMOURS & COMPANY ATTN: SUSAN F. HERR DUPONT LEGAL, D-8052-2 1007 MARKET STREET WILMINGTON, DE 19898 | Claim Number: 5514 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 3937 (09/13/2010) | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | | |
| SUN MICROSYSTEMS OF CANADA INC C/O BIALSON, BERGEN & SCHWAB ATTN: LAWRENCE SCHWAB/THOMAS M. GAA 2600 EL CAMINO REAL, SUITE 300 PALO ALTO, CA 94306 | Claim Number: 5515 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 4163 (10/14/2010) | | | |
| ADMINISTRATIVE    Claimed: UNSECURED          Claimed: | $903,722.44   UNLIQ $18,035,538.27   UNLIQ | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SUN MICROSYSTEMS OF CANADA INC
C/O BIALSON, BERGEN & SCHWAB
ATTN: LAWRENCE SCHWAB/THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306

Claim Number: 5516
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $903,722.44 | UNLIQ |
| UNSECURED | Claimed: | $18,035,538.27 | UNLIQ |

---

LINEX TECHNOLOGIES, INC.
C/O KENNETH R. HARTMANN, ESQ.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 PONCE DE LEON, 9TH FLOOR
CORAL GABLES, FL 33134

Claim Number: 5517
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8887 (11/06/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,500,000.00 | UNLIQ |

---

MEADWESTVACO CORP.
C/O THOMPSON HINE LLP
ATTN: JONATHAN S. HAWKINS, ESQ.
P.O. BOX 8801
DAYTON, OH 45401-8801

Claim Number: 5518
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3848 (08/27/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

TECHNOLOGY PROPERTIES LIMITED LLC
20883 STEVENS CREEK BLVD STE 100
CUPERTINO, CA 95014-2196

Claim Number: 5519
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 2924 (04/28/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MEDNAX SERVICES, INC.
F/K/A PEDIATRIX MEDICAL GROUP, INC.
C/O CHARLES W. THROCKMORTON, ESQ.
2525 PONCE DE LEON, 9TH FLOOR
CORAL GABLES, FL 33134

Claim Number: 5520
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $166,020.00 |

---

AFFILIATES OF VERIZON COMMUNICATIONS INC
DARRYL S. LADDIN, ESQ.
ARNALL GOLDEN GREGORY LLP
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

Claim Number: 5521
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $11,207,760.90 |

---

PRICKETT, CARL A
6121 BATTLEFORD DR
RALEIGH, NC 27612

Claim Number: 5522
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $138,539.28 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WEINER, KEITH<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5523<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $3,867,935.00 |
|---|---|---|

| MATHIEU, RUDY<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5524<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $575,168.00 |
|---|---|---|

| NEFF, WENDELL ALLEN<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5525<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $178,669.00 |
|---|---|---|

| ROWE, CHARLES<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5526<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $219,556.00 |
|---|---|---|

| SHACT, NEAL<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5527<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $592,950.00 |
|---|---|---|

| SCOTT, FRED<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5528<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $9,889.00 |
|---|---|---|

| GOUDSMIT, JAC<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5529<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $395.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ROBERTS, DWAYNE
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5530
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $395.00 |
| --- | --- | --- |

---

WEIDNER, WILLIAM
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5531
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $395.00 |
| --- | --- | --- |

---

CONTEXT CAPTIAL GROUP
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5532
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $164,485.00 |
| --- | --- | --- |

---

ZAFIROVSKI, MIKE
1291 N. GREEN BAY ROAD
LAKE FOREST, IL 60045

Claim Number: 5533
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8044
DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $12,250,543.48   UNLIQ |
| --- | --- | --- |

---

CAREY, DENNIS
1179 ROSEWOOD DRIVE
ATLANTA, GA 30306

Claim Number: 5534
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8094

| UNSECURED | Claimed: | $1,151,730.00   UNLIQ |
| --- | --- | --- |

---

SPCP GROUP, LLC
TRANSFEROR: WESBELL ASSET RECOVERY CENTE
ATTN: BRIAN A. JARMAIN
2 GREENWICH PLAZA, 1ST FLOOR
GREENWICH, CT 06830

Claim Number: 5535
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $441,841.30 |
| --- | --- | --- |

---

WESBELL ASSET RECOVERY CENTER
WESBELL GROUP OF COMPANIES INC.
50 DEVON ROAD
BRAMPTON, ON L6T 5B5
CANADA

Claim Number: 5536
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $441,841.30 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | |
|---|---|---|---|
| LOPEZ, ROBERTO<br>919 CEDARVALE CT<br>DALLAS, TX 75217 | | Claim Number: 5537<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | | Scheduled: | $7,171.91 |
| UNSECURED | Claimed: | $160,978.36 | | Scheduled: | $66,103.57 |

| | | | |
|---|---|---|---|
| LOPEZ, ROBERTO<br>919 CEDARVILLE CT<br>DALLAS, TX 75217 | | Claim Number: 5538<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| | | | |
|---|---|---|---|
| EASON, W JEFFREY<br>9029 MAYFIELD COURT<br>BRENTWOOD, TN 37027 | | Claim Number: 5539<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,709.30 |

| | | | |
|---|---|---|---|
| DEJONGH, JOHN P.<br>30014 VILLAGE PARK DRIVE<br>CHAPEL HILL, NC 27517 | | Claim Number: 5540<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $424,136.41 |

| | | | |
|---|---|---|---|
| MOLDER, CHERI L<br>18005 252ND AVE. SE<br>MAPLE VALLEY, WA 98038 | | Claim Number: 5541<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $23,648.85 |

| | | | |
|---|---|---|---|
| MCLEAN, LORI<br>3100 CORNWALL ROAD<br>DURHAM, NC 27707 | | Claim Number: 5542<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $18,656.76  UNLIQ |

| | | | |
|---|---|---|---|
| MCLEAN, LORI SUSAN<br>3100 CORNWALL ROAD<br>DURHAM, NC 27707 | | Claim Number: 5543<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,656.76 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LOVING, ROBERT B.
695 SAINT IVES DR
ATHENS, GA 30606-3872

Claim Number: 5544
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

GREENBERG TURNER
401 BAY STREET, SUITE 3000
TORONTO, ON M5H 2Y4
CANADA

Claim Number: 5545
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $11,609.17 |
|---|---|---|

---

GREENBERG TURNER
401 BAY STREET, SUITE 3000
TORONTO, ON M5H 2Y4
CANADA

Claim Number: 5546
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $11,609.17 |
|---|---|---|

---

ICHIA TECHNOLOGIES INC
CHANG HWA COMMERCIAL BANK LTD
2F, NO. 57, SEC. 2
TAIPEI, ROC
TAIWAN

Claim Number: 5547
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $15,400.00 |
|---|---|---|

---

JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
MILPITAS, CA 95035

Claim Number: 5548
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8218 (08/20/2012)

| UNSECURED | Claimed: | $653,932.00 |
|---|---|---|

---

JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
MILPITAS, CA 95035

Claim Number: 5549
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8218 (08/20/2012)

| UNSECURED | Claimed: | $3,009,690.00 |
|---|---|---|

---

JDS UNIPHASE CORPORATION
430 N MCCARTHY BLVD
SAN FRANCISCO, CA 95035

Claim Number: 5550
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8218 (08/20/2012)

| ADMINISTRATIVE | Claimed: | $9,330.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

IRISH, DIANNA L.
5600 BABCOCK RD - 6103
SAN ANTONIO, TX 78240

Claim Number: 5551
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13.76 |
| UNSECURED | Claimed: | $845.93 |

IRISH, DIANNA L
235 ATRIUM CT
WARNER ROBINS, GA 31088-5600

Claim Number: 5552
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $242.19 |
| UNSECURED | Claimed: | $11,811.13 |

IRISH, DIANNA L
5600 BABCOCK RD - 6103
SAN ANTONIO, TX 78240

Claim Number: 5553
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,738.36 |
| UNSECURED | Claimed: | $116,469.70 |

IRISH, DIANNA L
5600 BABCOCK RD - 6103
SAN ANTONIO, TX 78240

Claim Number: 5554
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $840.00 |
| UNSECURED | Claimed: | $8,240.32 |

IRISH, DIANNA
235 ATRIUM CT
WARNER ROBINS, GA 31088-5600

Claim Number: 5555
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,290.40 |
| UNSECURED | Claimed: | $82,694.40 |

ADC TELECOMMUNICATIONS INC
PO BOX 1101
MINNEAPOLIS, MN 55440-1101

Claim Number: 5556
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5239 (04/11/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55,175.12 | Scheduled: | $51,616.52 |

STMICROELECTRONICS, INC.
2501 N HARWOOD ST STE 1800
DALLAS, TX 75201-1613

Claim Number: 5557
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,905,079.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SODEXHO INC. & AFFILIATES
4880 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 5558
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5624 (06/07/2011)

| UNSECURED | Claimed: | $21,208.79 | Scheduled: | $7,973.91 |

WILLIS TN INC
26 CENTURY BOULEVARD
NASHVILLE, TN 37214

Claim Number: 5559
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $0.00 |

LOONEY, ROBERT J
3600 HOODS HILL RD.
NASHVILLE, TN 37215

Claim Number: 5560
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $129,334.50 |

BROWN, ROBERT
206 ARMS CHAPEL ROAD
REISTERTOWN, MD 21136

Claim Number: 5561
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $480,000.00 |

TRAN, HUONG XUAN
3905 DUNWICH DR
RICHARDSON, TX 75082

Claim Number: 5562
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $34,961.54 |

XIANG, JING
100 CANTERBURY HILL RD
ACTON, MA 01720

Claim Number: 5563
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $37,359.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ROBERTSON, FRANCES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5564
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $13,918.78 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LOGUE, JOSEPH
10224 BUSHVELD LN
RALEIGH, NC 27613

Claim Number: 5565
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $161,200.00 |
| UNSECURED | Claimed: | $161,200.00 |
| TOTAL | Claimed: | $161,200.00 |

---

JPMORGAN CHASE VASTERA PROFESSIONAL
SERVICES, INC., ATTN: DAVID J WARAGER
VP & ASST. GN COUNSEL
1 CHASE MANHATTAN PLAZA, 25TH FLOOR
NEW YORK, NY 10005-1401

Claim Number: 5566
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5624 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $450,000.00   UNLIQ |

---

STACY, MARK
895 E SCHIRRA DR
PALATINE, IL 60074

Claim Number: 5567
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,311.03 |

---

STACY, MARK
895 E SCHIRRA DR
PALATINE, IL 60074

Claim Number: 5568
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,311.03 |
| SECURED | Claimed: | $13,311.03 |
| TOTAL | Claimed: | $13,311.03 |

---

MUSIC SEMICONDUCTORS INCORPORATED
PO BOX 4034
NAPA, CA 94558-0403

Claim Number: 5569
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,080.00 |

---

MUSIC SEMICONDUCTORS INCORPORATED
PO BOX 456
CONOVER, NC 28613

Claim Number: 5570
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,080.00 |

---

MUSIC SEMICONDUCTORS INCORPORATED
PO BOX 456
CONOVER, NC 28613

Claim Number: 5571
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,080.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MUSIC SEMICONDUCTORS INCORPORATED<br>PO BOX 4034<br>NAPA, CA 94558-0403 | Claim Number: 5572<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,080.00 |
|---|---|---|

| NORTEL NETWORKS UK PENSION TRUST LTD ET<br>AL, ATTN: DAVID DAVIES, CHAIRMAN<br>WESTACOTT WAY<br>MAIDENHEAD<br>BERKSHIRE, SL6 3QH<br>UNITED KINGDOM | Claim Number: 5573<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8358 |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

| NORTEL NETWORKS UK PENSION TRUST LTD ET<br>AL, ATTN: DAVID DAVIES, CHAIRMAN<br>WESTACOTT WAY<br>MAIDENHEAD<br>BERKSHIRE, SL6 3QH<br>UNITED KINGDOM | Claim Number: 5574<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC. |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

| NORTEL NETWORKS UK PENSION TRUST LTD<br>ET AL<br>ATTN: DAVID DAVIES, CHAIRMAN<br>WESTACOTT WAY, MAIDENHEAD<br>BERKSHIRE, SL6 3QH<br>UNITED KINGDOM | Claim Number: 5575<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ CONT |
| SECURED | Claimed: | $0.00 UNLIQ CONT |

| NORTEL NETWORKS UK PENSION TRUST LTD ET<br>AL, ATTN: DAVID DAVIES, CHAIRMAN<br>WESTACOTT WAY<br>MAIDENHEAD<br>BERKSHIRE, SL6 3QH<br>UNITED KINGDOM | Claim Number: 5576<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC. |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

| NORTEL NETWORKS UK PENSION TRUST LTD ET<br>AL, ATTN: DAVID DAVIES, CHAIRMAN<br>WESTACOTT WAY<br>MAIDENHEAD<br>BERKSHIRE, SL6 3QH<br>UNITED KINGDOM | Claim Number: 5577<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

| NORTEL NETWORKS UK PENSION TRUST LTD ET<br>AL, ATTN: DAVID DAVIES, CHAIRMAN<br>WESTACOTT WAY<br>MAIDENHEAD<br>BERKSHIRE, SL6 3QH<br>UNITED KINGDOM | Claim Number: 5578<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | |
|---|---|
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5579<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. |
| SECURED            Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5580<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC. |
| SECURED            Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5581<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION |
| SECURED            Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5582<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION |
| SECURED            Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5583<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| SECURED            Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5584<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. |
| SECURED            Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5585<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC. |
| SECURED            Claimed: | $0.00   UNLIQ CONT |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS UK PENSION TRUST LTD ET
AL, ATTN: DAVID DAVIES, CHAIRMAN
WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5586
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.

| SECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

NORTEL NETWORKS UK PENSION TRUST LTD ET
AL, ATTN: DAVID DAVIES, CHAIRMAN
WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5587
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| SECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HAN, QUN
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5588
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $12,424.44 |
|---|---|---|

---

AUDIOCODES, LTD
AUDIOCODES, INC., SUCCESSOR BY MERGER TO
NUREA, INC., MOSHE GELLER VP FINANCE
AUDIOCODES INC, 27 WORLD'S FAIR DR
SOMERSET, NJ 08873

Claim Number: 5589
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7966 (07/10/2012)

| UNSECURED | Claimed: | $606,770.76   UNLIQ |
|---|---|---|

---

GADSDEN, PHILIP
4452 TREETOPS CIRCLE
MANLIUS, NY 13104

Claim Number: 5590
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,466.83 | Scheduled: | $16,466.83  UNLIQ |
|---|---|---|---|---|

---

SHI, ZHIMIN
10 VALLEY RD
LEXINGTON, MA 02421

Claim Number: 5591
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $41,227.58 |
|---|---|---|

---

XIANG, JING
100 CANTERBURY HILL RD
ACTON, MA 01720

Claim Number: 5592
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $37,359.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| THOMSON, SANDRA AND DORINNE<br>5 HUNCHAK WAY UNIT 16<br>ST ALBERT, AB T8N 6E9<br>CANADA | | Claim Number: 5593<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | | |
| UNSECURED | Claimed: | $3,240.00 | | | |
| VOGEL, VAL<br>14703 48 ST NW<br>EDMONTON, AB T5Y 2X2<br>CANADA | | Claim Number: 5594<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | | |
| UNSECURED | Claimed: | $9,356.00 | | | |
| THOMSON, PAUL AND DORINNE<br>14204 53 AVE NW<br>EDMONTON, AB T6H 0T1<br>CANADA | | Claim Number: 5595<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | | |
| UNSECURED | Claimed: | $3,239.52 | | | |
| PERRY, SHIHDAR<br>129 ROSEWALL LN<br>CARY, NC 27511 | | Claim Number: 5596<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2115. | | | |
| UNSECURED | Claimed: | $86,050.00 | | | |
| GOODWIN, DREW<br>2552 BLUEBONNET DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 5597<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,240.00 | Scheduled: | $0.00 UNLIQ | |
| DOLGOV, DIMITRI<br>26 REGENCY DRIVE<br>POUGHKEPSIE, NY 12603 | | Claim Number: 5598<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $54,126.78 | | | |
| WACHOVIA BANK, N.A. AS SUCCESSOR BY<br>MERGER TO FIRST UNION NATIONAL BANK ET<br>AL, ALSTON & BIRD LLP, C/O JASON H<br>WATSON, 1201 WEST PEACHTREE STREET<br>ATLANTA, GA 30309-3424 | | Claim Number: 5599<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8034 (07/24/2012) | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ DISP | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

OWENS, WILLIAM A
C/O EDWIN K SATO
BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 WESTERN AVENUE, SUITE 400
SEATTLE, WA 98121

Claim Number: 5600
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: KK TECHNOLOGIES INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5601
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $100,632.00 | Scheduled: | $133,392.00 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: KK TECHNOLOGIES INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5602
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $32,760.00 |
|---|---|---|

---

THOMPSON, CHRISTOPHER CLAY
10812 FOX HEDGE RD
MATTHEWS, NC 28105

Claim Number: 5603
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,999.38 |
|---|---|---|

---

EDWARDS, CHRIS
2033 W MCDERMOTT DR STE 320
ALLEN, TX 75013-4675

Claim Number: 5604
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $76,800.00 |
|---|---|---|

---

EDWARDS, A CHRIS
2033 W MCDERMOTT DR STE 320
ALLEN, TX 75013-4675

Claim Number: 5605
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $76,800.00 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SAMUELSON, TERRI
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5606
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $76,375.00 | Scheduled: | $4,149.78 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $56,291.17 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FARRANTO, PETER<br>1716 WITHMERE WAY<br>ATLANTA, GA 30338 | | Claim Number: 5607<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 383 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | | | |
| UNSECURED | | $89,491.12 | Scheduled: | $63,620.02 UNLIQ |

---

| SOWLES, JOHN W<br>520 SUMMIT ROAD<br>WATSONVILLE, CA 95076 | | Claim Number: 5608<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,496.76 | |
| UNSECURED | Claimed: | $40,169.38 | |

---

| SOWLES, JOHN W<br>520 SUMMIT ROAD<br>WATSONVILLE, CA 95076 | | Claim Number: 5609<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: ROSZKO, RICHARD<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 5610<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $121,766.27 | |

---

| WORSLEY, PETER J<br>PO BOX 1495 509 SIMCOE ST<br>NIAGARA ON THE LAKE, ON L0S1J-0<br>CANADA | | Claim Number: 5611<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $620,428.59 | Scheduled: | $0.00 UNLIQ |

---

| MISIAK, TOM<br>1227 NIGHTINGALE RD<br>WAXHAW, NC 28173-6948 | | Claim Number: 5612<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $46,662.50 | |

---

| O'QUINN, HERBERT W<br>7515 OLD US 421<br>LILLINGSTON, NC 27546 | | Claim Number: 5613<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $29,600.58 | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HOLLER, GREGORY J<br>444 S BLOUNT ST # 203<br>RALEIGH, NC 27601 | | Claim Number: 5614<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $40,520.93 |

| LAMBERT, ELIZABETH<br>1628 BLACKSTONE DRIVE<br>CARROLLTON, TX 75007 | | Claim Number: 5615<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $4,600.00 |

| ROBINSON, DAVID A<br>2015 MEGAN CT<br>WYLIE, TX 75098 | | Claim Number: 5616<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $23,842.00 |

| HYLAND, MARY F<br>7 CLAUDINE CT<br>E NORTHPORT, NY 11731 | | Claim Number: 5617<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $54,089.68 |

| ALIMOGLU, FEVZI<br>40 BRATTLE ST APT 5<br>ARLINGTON, MA 02476-4349 | | Claim Number: 5618<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $28,161.79 |

| BOTHWELL, GW<br>7171 EAST PARADISE CANYON RD<br>PARADISE VALLEY, AZ 85253 | | Claim Number: 5619<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $179,591.03 |

| KWON, NAURRY<br>3629B  36TH AVE S<br>SEATTLE, WA 98144 | | Claim Number: 5620<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $1,285.58 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KWON, NAURRY<br>3629B  36TH AVE S<br>SEATTLE, WA 98144 | | Claim Number: 5621<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $20,188.49 |

---

| ASHRAFI, BASHIR<br>7 AUTUMN LEAF DR # 9<br>NASHUA, NH 03060 | | Claim Number: 5622<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $25,322.04 |

---

| CONTROS, JACQUELINE<br>11 SCHOOL ST.<br>DOUGLASSVILLE, PA 19518 | | Claim Number: 5623<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $47,331.52 |

---

| CAO, NHAN T.<br>93 OAK STREET<br>DEER PARK, NY 11729 | | Claim Number: 5624<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $34,185.60 |

---

| BAKER, VINCENT J.<br>204 FORKS OF BUFFALO DR.<br>AMHERST, VA 24521 | | Claim Number: 5625<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $18,175.20 |

---

| SCHILTZ, ROBERT<br>8 PETERS LANE<br>BEDFORD VILLAGE, NY 10506 | | Claim Number: 5626<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $4,156.94 |

---

| SCHILTZ, ROBERT A. JR.<br>8 PETERS LN<br>BEDFORD, NY 10506 | | Claim Number: 5627<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,156.94 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TOWNLEY, JEFF
4104 PICARDY DR.
RALEIGH, NC 27612

Claim Number: 5628
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1008

| PRIORITY | Claimed: | $195,117.30 |
|---|---|---|

---

LEE, ROBERT C
27870 MOUNT RAINIER
WAY
YORBA LINDA, CA 92887

Claim Number: 5629
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 7620 (05/08/2012)

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

LEE, ROBERT CHARLES
27870 MT. RAINIER WAY
YORBA LINDA, CA 92887

Claim Number: 5630
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

LEE, CATHY L
2001 RED OAK LN
CLAYTON, NC 27520

Claim Number: 5631
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $30,877.83 | Scheduled: | $30,877.83 |

---

LEE, CATHY
2001 RED OAK LN
CLAYTON, NC 27520

Claim Number: 5632
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $30,877.83 |
|---|---|---|

---

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5633-07
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $579,278.92 |
|---|---|---|

---

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5633-08
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $15,045.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5633-09
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $154,474.38 |
|-----------|----------|-------------|

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5633-10
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $4,012.00 |
|-----------|----------|-----------|

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5633-11
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $38,618.59 |
|-----------|----------|------------|

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON CORPORATION
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5633-12
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $1,003.00 |
|-----------|----------|-----------|

MCGREGOR, DOUGLAS
2083 COUNTY ROAD 13
PICTON, K0K 2T0
CANADA

Claim Number: 5634
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $21,479.49 |
|----------|----------|------------|

MCGREGOR, DOUGLAS
2083 COUNTY ROAD 13
PICTON, ON K0K 2T0
CANADA

Claim Number: 5635
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $39,674.19 |
|-----------|----------|------------|

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5636
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $112,511.60 |
|-----------|----------|-------------|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5636-04
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,687,674.03 |

---

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5636-05
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $450,046.41 |

---

WISTRON CORPORATION
21F, 88, SEC. 1, HSIN TAI WU RD.,
HSICHIH, TAIPEI
LEGAL OFFICE
HSIEN, 221
TAIWAN, R.O.C.

Claim Number: 5637
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| ADMINISTRATIVE | Claimed: | $93,696.00 |

---

WORDEN MASTER FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5638
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $128,944.96 |

---

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP LLC
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5638-04
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $1,934,174.54 |

---

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 5638-05
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $515,779.88 |

---

SMITH, DANA MATTHEW
2767 CHRISTOPHER COURT
HAYWARD, CA 94541

Claim Number: 5639
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $31,878.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| EL-BEIK, ESSAM<br>6061 VILLAGE BEND DR APT 1516<br>DALLAS, TX 75206 | | Claim Number: 5640<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $30,000.00 | | |

| FITZGERALD, EDMUND<br>3434 WOODMONT BLVD<br>NASHVILLE, TN 37215 | | Claim Number: 5641<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5641 (10/16/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,041,751.00 | Scheduled: | $374,787.00 UNLIQ |

| HAN, QUN<br>24 SPENCER AVE., APT. 2<br>SOMERVILLE, MA 02144 | | Claim Number: 5642<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,200.70 | | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HAN, QUN<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5643<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $12,424.44 | Scheduled: | $5,784.62 |
| UNSECURED | | | Scheduled: | $8,304.77 |

| CHENEY, FRANKLIN K., JR.<br>3716 KOOMEN LN<br>RALEIGH, NC 27606 | | Claim Number: 5644<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $65,625.00 | | |

| FRAZIER, SHANNON<br>1017 SHANNON COURT<br>RALEIGH, NC 27603 | | Claim Number: 5645<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,624.00 | | |
| UNSECURED | Claimed: | $35,624.00 | | |
| TOTAL | Claimed: | $35,624.00 | | |

| SIMCOE, MITCHELL<br>1085 TIMBERLINE PLACE<br>ALPHARETTA, GA 30005 | | Claim Number: 5646<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,002.18 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TARIQ, MASOOD
12325 RICHMOND RUN DRIVE
RALEIGH, NC 27614

Claim Number: 5647
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $507,601.98 | Scheduled: | $507,601.98 UNLIQ |

---

TARIQ, MASOOD
12325 RICHMOND RUN DRIVE
RALEIGH, NC 27614-6413

Claim Number: 5648
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,921,389.10 | Scheduled: | $0.00 UNLIQ |

---

MORRISETTE PAPER CO INC
PO BOX 651591
CHARLOTTE, NC 28265-1591

Claim Number: 5649
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $951.40 | Scheduled: | $951.40 |

---

SAP AMERICA, INC.
C/O BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQUIRE
6 N. BROAD STREET, SUITE 100
WOODBURY, NJ 08096

Claim Number: 5650
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $138,967.28 |

---

SAP BUSINESS OBJECTS
C/O BROWN & CONNERY LLP
ATTN: DONALD K. LUDMAN, ESQUIRE
6 N. BROAD STREET, SUITE 100
WOODBURY, NJ 08096

Claim Number: 5651
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $161,586.00 |

---

WACHOVIA BANK, N.A., AS SUCCESSOR TO
FIRST UNION NATIONAL BANK
C/O JASON H. WATSON - ALSTON & BIRD LLP
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424

Claim Number: 5652
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3798 (08/18/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

---

WB CLAIMS HOLDING - NORTEL, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
C/O WHITEBOX ADVISORS, LLC
3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN 55416-4675

Claim Number: 5653
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6291

| UNSECURED | Claimed: | $3,602,489.52 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GRIFFIN, SHAWN M.<br>3293 EAST FORD RD<br>SYLVA, NC 28779 | | Claim Number: 5654<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $126,949.57 | | |
| VAUGHN, MICHAEL<br>124 HELEN PLACE<br>COOKEVILLE, TN 38506 | | Claim Number: 5655<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $16,089.69 | | |
| VAUGHN, MICHAEL<br>124 HELEN PLACE<br>COOKEVILLE, TN 38506 | | Claim Number: 5656<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $21,920.19 | | |
| BEELINE.COM, INC.<br>ATTN: JENNY LEE<br>1 INDEPENDENT DRIVE<br>SUITE 2500<br>JACKSONVILLE, FL 32202 | | Claim Number: 5657<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: ALLOWED<br>DOCKET: 7542 (04/17/2012) | | |
| UNSECURED | Claimed: | $3,495,814.11 | Scheduled: | $60,780.56 |
| BEELINE.COM, INC.<br>ATTN: JENNY LEE<br>1 INDEPENDENT DRIVE<br>SUITE 2500<br>JACKSONVILLE, FL 32202 | | Claim Number: 5658<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7542 (04/17/2012) | | |
| UNSECURED | Claimed: | $3,495,814.11 | | |
| BEELINE.COM, INC.<br>ATTN: JENNY LEE<br>1 INDEPENDENT DRIVE<br>SUITE 2500<br>JACKSONVILLE, FL 32202 | | Claim Number: 5659<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7542 (04/17/2012) | | |
| UNSECURED | Claimed: | $3,495,814.11 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: EION INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5660<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $427,281.25 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

EION INC
320 MARCH ROAD
SUITE 500
OTTAWA, ON K2K 2E3
CANADA

Claim Number: 5661
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $427,281.25 |
| --- | --- | --- |

EION INC
320 MARCH ROAD
OTTAWA, ON K2K 2E3
CANADA

Claim Number: 5662
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $427,281.25 |
| --- | --- | --- |

EION INC
320 MARCH ROAD SUITE 500
OTTAWA, ON K2K 2E3
CANADA

Claim Number: 5663
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $427,281.25 |
| --- | --- | --- |

HELMSMAN MANAGEMENT SERVICES, LLC
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5664
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| --- | --- | --- | --- |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5665
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| --- | --- | --- | --- |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5666
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| --- | --- | --- | --- |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5667
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| --- | --- | --- | --- |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5668
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| | Claimed: | | |
|---|---|---|---|
| SECURED | | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5669
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| | Claimed: | | |
|---|---|---|---|
| SECURED | | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5670
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| | Claimed: | | |
|---|---|---|---|
| SECURED | | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5671
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| | Claimed: | | |
|---|---|---|---|
| SECURED | | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5672
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| | Claimed: | | |
|---|---|---|---|
| SECURED | | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5673
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| | Claimed: | | |
|---|---|---|---|
| SECURED | | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5674
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5675
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5676
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5677
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5678
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

LIBERTY MUTUAL INSURANCE COMPANY
C/O CHOATE, HALL & STEWART LLP
ATTN: DOUGLAS R. GOODING, ESQ.
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

Claim Number: 5679
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: WITHDRAWN
DOCKET: 6420 (09/20/2011)

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | Claim Number: 5680<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ CONT |

| EMBARQ MANAGEMENT COMPANY<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5681<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3792 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $292,301.92 UNLIQ CONT |
|---|---|---|

| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5682<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

| UNITED TELEPHONE COMPANY OF KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5683<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

| UNITED TELEPHONE COMPANY OF SOUTHCENTRAL<br>KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5684<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

| EMBARQ MINNESOTA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5685<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

| EMBARQ MISSOURI, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5686<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

UNITED TELEPHONE COMPANY OF THE WEST
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5687
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

---

UNITED TELEPHONE COMPANY OF NEW JERSEY
INC.
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5688
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

---

CENTRAL TELEPHONE COMPANY - NORTH
CAROLINA
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5689
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

---

UNITED TELEPHONE COMPANY OF OHIO
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5690
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

---

UNITED TELEPHONE COMPANY OF THE
NORTHWEST
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5691
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

---

UNITED TELEPHONE COMPANY OF PENNSYLVANIA
LLC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5692
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

---

UNITED TELEPHONE COMPANY OF THE
CAROLINAS LLC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5693
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

UNSECURED          Claimed:                    $0.00   UNLIQ CONT

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | |
|---|---|
| UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5694<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT |
| CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5695<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT |
| UNITED TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5696<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5697<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT |
| EMBARQ COMMUNICATIONS, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5698<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT |
| EMBARQ MID-ATLANTIC MANAGEMENT SERVICES<br>CO.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5699<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT |
| EMBARQ MIDWEST MANAGEMENT SERVICES CO<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5700<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| EMBARQ PAYPHONE SERVICES, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5701<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| EMBARQ PRODUCTS, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5702<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELESERVICES INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5703<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| CAROLINA TELEPHONE AND TELEGRAPH<br>COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5704<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | |
| UNSECURED          Claimed: | $131.08 | |
| EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5705<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | |
| UNSECURED          Claimed: | $1,195.20 | |
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5706<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | |
| UNSECURED          Claimed: | $4,197.93   UNLIQ CONT | |
| UNITED TELEPHONE COMPANY OF EASTERN<br>KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5707<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | |
| UNSECURED          Claimed: | $29.17 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5708<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5709<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| UNITED TELEPHONE COMPANY OF KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5710<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| UNITED TELEPHONE COMPANY OF SOUTHCENTRAL<br>KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5711<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5712<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5713<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| UNITED TELEPHONE COMPANY OF THE WEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5714<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

UNITED TELEPHONE COMPANY OF NEW JERSEY
INC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5715
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|-----------|----------|------------------|

CENTRAL TELEPHONE COMPANY-NORTH CAROLINA
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5716
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|-----------|----------|------------------|

UNITED TELEPHONE COMPANY OF OHIO
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5717
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|-----------|----------|------------------|

UNITED TELEPHONE COMPANY OF THE
NORTHWEST
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5718
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|-----------|----------|------------------|

UNITED TELEPHONE COMPANY OF PENNSYLVANIA
LLC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5719
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|-----------|----------|------------------|

UNITED TELEPHONE COMPANY OF THE
CAROLINAS LLC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5720
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|-----------|----------|------------------|

UNITED TELEPHONE SOUTHEAST LLC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5721
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ CONT |
|-----------|----------|------------------|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CENTRAL TELEPHONE COMPANY OF TEXAS
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5722
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

UNITED TELEPHONE COMPANY OF TEXAS
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5723
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

CENTRAL TELEPHONE COMPANY OF VIRGINIA
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5724
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 5725
Claim Date:  / /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|---|---|---|

---

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 5726
Claim Date:  / /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|---|---|---|

---

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 5727
Claim Date:  / /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|---|---|---|

---

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 5728
Claim Date:  / /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 5729<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

---

| UNITED TELESERVICES INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5730<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| CAROLINA TELEPHONE AND TELEGRAPH<br>COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5731<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|---|

| UNSECURED | Claimed: | $131.08   UNLIQ CONT |
|---|---|---|

---

| EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5732<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|---|

| UNSECURED | Claimed: | $1,195.20   UNLIQ CONT |
|---|---|---|

---

| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5733<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|---|

| UNSECURED | Claimed: | $4,197.93   UNLIQ CONT |
|---|---|---|

---

| UNITED TELEPHONE COMPANY OF EASTERN<br>KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5734<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|---|

| UNSECURED | Claimed: | $29.17   UNLIQ CONT |
|---|---|---|

---

| GANGULY, SUPRIYA<br>2122 HANEY LANE<br>VIENNA, VA 22182 | | Claim Number: 5735<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $16,571.16   UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GANGULY, SUPRIYA
2122 HANEY LANE
VIENNA, VA 22182

Claim Number: 5736
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $80,761.34 |
|---|---|---|

---

GANGULY, SUPRIYA
2122 HANEY LANE
VIENNA, VA 22182

Claim Number: 5737
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $6,807.21 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,000.00   UNLIQ | Scheduled: | $78,290.15 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LAMBERT, MICHAEL K
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5738
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $602,469.23 |
|---|---|---|

---

LAMBERT, MICHAEL
10413 S HIGHLAND CIRCLE
OLATHE, KS 66061

Claim Number: 5739
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $602,469.23 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GLOBALWARE SOLUTIONS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5740
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $118,757.33 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GLOBALWARE SOLUTIONS INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5741
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $118,757.33 |
|---|---|---|

---

PIASENTIN, RICHARD
345 RED OSIER ROAD
WATERLOO, ON N2V 2V8
CANADA

Claim Number: 5742
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,097.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SODEXHO MARRIOTT SERVICES<br>195 WEST MALL<br>TORONTO, ON M9C 5K1<br>CANADA | | Claim Number: 5743<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,538.78 | | |
| SODEXO CANADA LTD.<br>3350 SOUTH SERVICES ROAD<br>BURLINGTON, ON L7N 3H6<br>CANADA | | Claim Number: 5744<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) | | |
| ADMINISTRATIVE | Claimed: | $8,538.78 | | |
| AKIN, MARJORIE<br>4436 EDMONDSON AVE<br>DALLAS, TX 75205 | | Claim Number: 5745<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,570.55 |
| UNSECURED | Claimed: | $32,353.00 | Scheduled: | $42,004.80 |
| BHATT, JITENDRA D.<br>204 WILLINGHAM ROAD<br>MORRISVILLE, NC 27560 | | Claim Number: 5746<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $199,400.00 | | |
| ORTIZ, BESSIE<br>3904 HUNTERS TRL<br>MESQUITE, TX 75150 | | Claim Number: 5747<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $34,400.00 | | |
| ORTIZ, BESSIE<br>3904 HUNTERS TRL<br>MESQUITE, TX 75150 | | Claim Number: 5748<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $34,400.00 | | |
| MAY, JENNIFER<br>1326 HOOVER ST #10<br>MENLO PARK, CA 94025 | | Claim Number: 5749<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $15,174.26 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MAY, JENNIFER
1326 HOOVER ST #10
MENLO PARK, CA 94025

Claim Number: 5750
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,174.26 | Scheduled: | $15,174.26  UNLIQ |

---

PEDDI, RAJYALAKSHMI
3480 GRANADA AVE APT 145
SANTA CLARA, CA 95051-3414

Claim Number: 5751
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,038.45 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PEDDI, RAJYALAKSHMI
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5752
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7432 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,189.93 |
| SECURED | Claimed: | $5,177.52 | | |
| UNSECURED | Claimed: | $88.45 | Scheduled: | $4,610.45 |
| TOTAL | Claimed: | $11,038.45 | | |

---

PEDDI, RAJYALAKSHMI
1000 ESCALON AVE APT #A1002
SUNNYVALE, CA 94085

Claim Number: 5753
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,038.45 |

---

PEDDI, RAJYALAKSHMI
3480 GRANADA AVE APT 145
SANTA CLARA, CA 95051-3414

Claim Number: 5754
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $5,177.52 |
| UNSECURED | Claimed: | $88.45 |
| TOTAL | Claimed: | $11,038.45 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HAWKINS, CHETLEY
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5755
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7620 (05/08/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $91,370.33 | Scheduled: | $2,014.46 |
| UNSECURED | | | Scheduled: | $52,723.29 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HAWKINS, CHETLEY<br>65 BLUE JAY<br>IRVINE, CA 92604 | Claim Number: 5756<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $90,370.33 |
|---|---|---|

| BUENAVENTURA, YVELISSE<br>2056 SHERRY LYNNE DRIVE<br>GARNER, NC 27529 | Claim Number: 5757<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| FLECK, SHAWN<br>13016 TOWNFIELD DRIVE<br>RALEIGH, NC 27614 | Claim Number: 5758<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $33,573.31 |
|---|---|---|

| FLECK, SHAWN<br>13016 TOWNFIELD DRIVE<br>RALEIGH, NC 27614 | Claim Number: 5759<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $54,300.73 |
|---|---|---|

| NGUYEN, LONG<br>2961 CRYSTAL SPRINGS LN<br>RICHARDSON, TX 75082 | Claim Number: 5760<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $100,000.00 |
|---|---|---|

| NGUYEN, LONG<br>2961 CRYSTAL SPRINGS LANE<br>RICHARDSON, TX 75082 | Claim Number: 5761<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $100,000.00 |
|---|---|---|

| JONES, MAIJA<br>1501 NOBLE CREEK LANE<br>RALEIGH, NC 27610 | Claim Number: 5762<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $19,200.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CORN, DAVID<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 5763<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $85,280.00 | | |
| CORN, DAVID H.<br>3514 CANNADY MILL RD<br>KITTRELL, NC 27544 | | Claim Number: 5764<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $85,280.00 | | |
| STEWART, TONY<br>804 BROOKWATER DRIVE<br>MCKINNEY, TX 75071 | | Claim Number: 5765<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $29,961.90 | Scheduled: | $30,261.59 |
| MAR, JUNG<br>355 ALDENSHIRE PL<br>ATLANTA, GA 30350 | | Claim Number: 5766<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $144,000.00 | | |
| MAR, JUNG<br>355 ALDENSHIRE PL<br>ATLANTA, GA 30350 | | Claim Number: 5767<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $120,000.00 | Scheduled: | $0.00 UNLIQ |
| MOLINA, JUANA M.<br>5279 NW 117 AVE<br>CORAL SPRINGS, FL 33076 | | Claim Number: 5768<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $23,757.69 | | |
| PETERSON, CRAIG<br>750 WINDWALK DR<br>ROSWELL, GA 30076 | | Claim Number: 5769<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $50,944.67 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CHANG, RAYMOND
2201 BLACKBERRY DRIVE
RICHARDSON, TX 75082

Claim Number: 5770
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $19,646.01

---

REVA, WALTER
1706 WAVERLY CT
RICHARDSON, TX 75082

Claim Number: 5771
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $425,571.00

---

REVA, WALTER
1706 WAVERLY CT
RICHARDSON, TX 75082

Claim Number: 5772
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $90,957.89

---

REVA, WALTER
1706 WAVERLY CT
RICHARDSON, TX 75082

Claim Number: 5773
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $133,229.46

---

CONTRERAS, KARLA
3809 SAN JACINTO
UNIT #C
DALLAS, TX 75204

Claim Number: 5774
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

PRIORITY          Claimed:          $4,307.69
UNSECURED                                    Scheduled:          $4,268.43

---

BERKEMEYER ATTORNEYS & COUNSELORS
EDIFICIO JACARANDA 4TO PISO
BENJAMIN CONSTANT 835
ASUNCION,
PARAGUAY

Claim Number: 5775-01
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

UNSECURED          Claimed:          $1,702.00

---

BERKEMEYER ATTORNEYS & COUNSELORS
EDIFICIO JACARANDA 4TO PISO
BENJAMIN CONSTANT 835
ASUNCION,
PARAGUAY

Claim Number: 5775-02
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

UNSECURED          Claimed:          $518.00

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| BERKEMEYER ATTORNEYS & COUNSELORS<br>BENJAMIN CONSTAT 835 JACARANDA BLDG<br>ASUNCION,<br>PARAGUAY | | Claim Number: 5776<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $2,220.00 |
| CAMPBELL, PATRICIA<br>105 STANMORE CT<br>ROSWELL, GA 30075 | | Claim Number: 5777<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $29,046.50 |
| MCMANUS, THOMAS K<br>710 ASH CREEK CT<br>ROSWELL, GA 30075 | | Claim Number: 5778<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $207,881.08 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: TOMORROW 35 CENTURY, LP<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 5779<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
| UNSECURED | Claimed: | $60,579.30 |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: BIG MOON MARKETING<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 5780<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
| ADMINISTRATIVE | Claimed: | $1,050.00 |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 5781<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $1,050.00     Scheduled:     $1,050.00 |
| KUNST, SARAH<br>1800 SILVERPINE CIRCLE<br>MECHANICSBURG, PA 17050 | | Claim Number: 5782<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $3,012.51 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| EION INC<br>320 MARCH ROAD<br>SUITE 500<br>OTTAWA, ON K2K 2E3<br>CANADA | | Claim Number: 5783<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $427,281.25 | | |

---

| | | | | |
|---|---|---|---|---|
| EION INC<br>320 MARCH ROAD<br>OTTAWA, ON K2K 2E3<br>CANADA | | Claim Number: 5784<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $427,281.25 | Scheduled: | $417,660.42 |

---

| | | | | |
|---|---|---|---|---|
| FREITAG, KAREN<br>11413 CANTERBURY CIRCLE<br>LEAWOOD, KS 66211 | | Claim Number: 5785<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,302.92 | Scheduled: | $25,302.92 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| PEIRETTI, DANIEL<br>1475 KITE CT<br>WESTON, FL 33327 | | Claim Number: 5786<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| LITTLE, DONNA M<br>PO BOX 1082<br>SPRINGFIELD, TN 37172 | | Claim Number: 5787<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

| | | | | |
|---|---|---|---|---|
| WALSH, GLORIA<br>13580 NW 7TH PLACE<br>PEMBROKE PINES, FL 33028 | | Claim Number: 5788<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $25,904.16 |
| TOTAL | Claimed: | $25,904.16 |

---

| | | | | |
|---|---|---|---|---|
| MILLIGAN, DAVID<br>193 SHADY GROVE LN<br>THOUSAND OAKS, CA 91361 | | Claim Number: 5789<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |

| | | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MILLIGAN, DAVID
193 SHADY GROVE LN
THOUSAND OAKS, CA 91361

Claim Number: 5790
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $10,000.00 |
|----------|----------|------------|

---

MILLIGAN, DAVID L
193 SHADY GROVE LN
THOUSAND OAKS, CA 91361

Claim Number: 5791
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $10,000.00 |
|----------|----------|------------|

---

CHRONOWIC, PETER
323 HOGANS VALLEY WAY
CARY, NC 27513

Claim Number: 5792
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $298,505.00 |

---

KNOUSE, MICHAEL EUGENE
4701 121 ST # 15
LUBBOCK, TX 79424

Claim Number: 5793
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,096.00 |
|-----------|----------|------------|

---

MERRILL, DANA
11421 PACESFERRY DR.
RALEIGH, NC 27614

Claim Number: 5794
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | | | Scheduled: | $2,192.49 |
|----------|----------|-------------|------------|-----------|
| UNSECURED | Claimed: | $51,669.44 | Scheduled: | $55,028.97 |

---

SINGH, INDERPAL
5406 WELLINGTON DR
RICHARDSON, TX 75082

Claim Number: 5795
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $23,826.94 |
|-----------|----------|------------|

---

KOLMAN, ELIZABETH
2907 FOXCREEK DR
RICHARDSON, TX 75082

Claim Number: 5796
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE

| PRIORITY | Claimed: | $10,950.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $13,277.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| PEGRAM, KIMBERLY<br>7702 OLD FAIRGROUND ROAD<br>BENSON, NC 27504 | | Claim Number: 5797<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $25,814.40 |
| HAINSCH, CHRISTIAN<br>CRANACHSTRASSE 38<br>DUSSELDORF, 40235<br>GERMANY | | Claim Number: 5798<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BUENAVENTURA, YVELISSE<br>2056 SHERRY LYNNE DR<br>GARNER, NC 27529 | | Claim Number: 5799<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| MALIK, IMAD<br>7039 VALLEY BROOK DRIVE<br>FRISCO, TX 75035 | | Claim Number: 5800<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $40,374.46 |
| MOORE, JOSEPHINE<br>1700 BOARDMAN AVE<br>WEST PALM BEACH, FL 33407 | | Claim Number: 5801<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 7620 (05/08/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CHILDRESS, ROBERT<br>110 CAVE STREET<br>LURAY, VA 22835 | | Claim Number: 5802<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $64,000.00 |
| MBA SOLLICITORS R/S VIRGINIE BOUET<br>4 AVENUE VAN DYCK<br>PARIS, 75008<br>FRANCE | | Claim Number: 5803<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 2320 (01/21/2010) |
| UNSECURED | Claimed: | $3,472.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| NANCE, JIM<br>1204 DAME SUSAN LANE<br>LEWISVILLE, TX 75056 | | Claim Number: 5804<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $29,368.24 | | | |
| MAHONEY, JOHN A.<br>822 LAKE EVALYN DR<br>PO BOX 470218<br>CELEBRATION, FL 34747-0218 | | Claim Number: 5805<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $8,945.82 | Scheduled: | $0.00 UNLIQ |
| MAHONEY, JOHN A<br>822 LAKE EVALYN DRIVE<br>CELEBRATION, FL 34747 | | Claim Number: 5806<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $8,945.82 | | | |
| HUANG, MICHAEL C.<br>26 PARKWAY GARDENS BLVD.<br>HAUPPAUGE, NY 11788 | | Claim Number: 5807<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $35,130.17 | | | |
| ASSENZA, CHARLES<br>4668 MEANS DRIVE<br>PLANO, TX 75024 | | Claim Number: 5808<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $32,212.50 | | | |
| GANAPATHY, AKILA<br>903 NORTH YORK CT.<br>APEX, NC 27502 | | Claim Number: 5809<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $52,469.12 | | | |
| GLOBALWARE SOLUTIONS<br>200 WARD HILL AVENUE<br>HAVERHILL, MA 01835 | | Claim Number: 5810<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $35,047.53 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GLOBALWARE SOLUTIONS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5811<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $35,047.53 | Scheduled: | $32,251.17 DISP |
|---|---|---|---|---|

| WILLIAMS, BRENT N<br>11805 PEMBRIDGE LN<br>RALEIGH, NC 27613 | Claim Number: 5812<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $4,655.86 |
|---|---|---|
| SECURED | Claimed: | $4,655.86 |
| UNSECURED | Claimed: | $5,395.40 |
| TOTAL | Claimed: | $10,051.26 |

| GOWIN, VINOD<br>8208 MANATEE CT<br>RALEIGH, NC 27616 | Claim Number: 5813<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $50,908.19 |
|---|---|---|

| GOWIN, VINOD N.<br>8208 MANATEE CT<br>RALEIGH, NC 27616 | Claim Number: 5814<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| SECURED | Claimed: | $50,908.19 |
|---|---|---|

| GOWIN, VINOD<br>8208 MANATEE CT.<br>RALEIGH, NC 27616 | Claim Number: 5815<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| SECURED | Claimed: | $50,908.19 |
|---|---|---|

| WILLIAMS, BRENT N<br>11805 PEMBRIDGE LN<br>RALEIGH, NC 27613 | Claim Number: 5816<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| BAWEK, KATHRYN A<br>10629 WYOMING CIRCLE<br>BLOOMINGTON, MN 55438 | Claim Number: 5817<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| UNSECURED | Claimed: | $84,821.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FRIEDBERG, MAREK<br>7808 ALDERWOOD<br>PLANO, TX 75025 | Claim Number: 5818<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | | $3,725.22 | | |
| UNSECURED | | | | Scheduled: | $0.00 UNLIQ |

| GOLD, MURRAY S<br>754 ST DAVID STREET SOUTH<br>FERGUS, N1M3V1<br>CANADA | Claim Number: 5819<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|

| UNSECURED | Claimed: | $45,000.00 UNLIQ |
|---|---|---|

| FRENK, LINDA J<br>2009 MALLARD LN<br>WOODSTOCK, IL 60098-7414 | Claim Number: 5820<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| BANKS, JENNIFER<br>8416 VINOY BLVD APT 1314<br>CHARLOTTE, NC 28262-4041 | Claim Number: 5821<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|

| PRIORITY | Claimed: | $22,595.43 |
|---|---|---|

| FARMER, CECIL GREGORY<br>621 A ST., N.E.<br>WASHINGTON, DC 20002 | Claim Number: 5822<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $300,000.00 |
|---|---|---|

| HOADLEY, JOHN<br>4413 GLENSHIRE COURT<br>MCKINNEY, TX 75070 | Claim Number: 5823<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | | $507.96 | Scheduled: | $503.73 UNLIQ |
|---|---|---|---|---|---|

| SAHA, PRITHWISH<br>8444 COTONEASTER DR APT 2E<br>ELLICOTT CITY, MD 21043-7326 | Claim Number: 5824<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | | $21,000.00 | Scheduled: | $19,001.84 |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BOLGER, JOHN
50A MOUNT LEBANON ST
PEPPERELL, MA 01463

Claim Number: 5825
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $29,855.76 |
|---|---|---|

---

SCHURR, KARL
FELDHUETER STR. 2
ALLING, D-82239
GERMANY

Claim Number: 5826
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $27,305.00 |
|---|---|---|

---

SCHERFF, MELANIE
4713 EDINBURGH DR
CARLSBAD, CA 92010

Claim Number: 5827
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $29,035.00 |
|---|---|---|

---

JI, JOANN
1157 FAIRLAKE TRCE APT 1607
WESTON, FL 33326-2809

Claim Number: 5828
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $15,757.43 |
|---|---|---|

---

ASM CAPITAL III, L.P.
TRANSFEROR: WESTON SOLUTIONS, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5829
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
Amends claim 2689

| UNSECURED | Claimed: | $410,139.09 | Scheduled: | $351,698.50 |
|---|---|---|---|---|

---

TRC MASTER FUND LLC
TRANSFEROR: AMERICANS FOR TAX REFORM
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 5830
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,000.00 |
|---|---|---|

---

AMERICANS FOR TAX REFORM
C/O JANE FRAZER
722 12TH ST NW 4TH FLOOR
WASHINGTON, DC 20005

Claim Number: 5831
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $30,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LI, BIN
4751 SAN LUCAS WAY
SAN JOSE, CA 95135

Claim Number: 5832
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $0.00  UNDET | Scheduled: | $10,731.04 |

---

LI, BIN
4751 SAN LUCAS WAY
SAN JOSE, CA 95135

Claim Number: 5833
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

ERDEY, ROBERT
4915 NORTHRIDGE DR.
CUMMING, GA 30040

Claim Number: 5834
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

ERDEY, ROBERT
4915 NORTHRIDGE DR
CUMMING, GA 30040

Claim Number: 5835
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

DISANTO, DONALD
3017 REEVES RD
WILLOUGHBY, OH 44094

Claim Number: 5836
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7063
10,304.40 annually

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

DISANTO, DONALD
3017 REEVES RD.
WILLOUGHBY, OH 44094

Claim Number: 5837
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

CIRCUITS CMR LTEE
850 SELKIRK
POINTE CLAIRE, PQ H9R 3S3
CANADA

Claim Number: 5838
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $1,144.50 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| CIRCUITS CMR LTD<br>850 SELKIRK<br>POINTE-CLAIRE, QC N9R 3S3<br>CANADA | Claim Number: 5839<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE          Claimed: | $1,144.50 | |

| | | |
|---|---|---|
| LASALLE, WILLIAM<br>136 PENNSYLVANIA AVENUE<br>BRYN MAWR, PA 19010 | Claim Number: 5840<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY          Claimed: | $449,702.00 | |

| | | |
|---|---|---|
| LI, JENNY Z.<br>1750 HALFORD AVE # 204<br>SANTA CLARA, CA 95051 | Claim Number: 5841<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY          Claimed: | $10,950.00 | |
| UNSECURED          Claimed: | $41,005.62 | |

| | | |
|---|---|---|
| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 108<br>NAC UNI EDIF MANSION BLANCA P5<br>QUITO,<br>ECUADOR | Claim Number: 5842<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |
| PRIORITY          Claimed: | $6,720.00 | |

| | | |
|---|---|---|
| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 1082 NACIONES<br>UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO,<br>ECUADOR | Claim Number: 5843<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |
| ADMINISTRATIVE          Claimed: | $6,720.00 | |

| | | |
|---|---|---|
| LUTHI & CO LAW OFFICES<br>AMERICA HOUSE PO BOX 33113<br>35 SHAUL HAMELECH BLVD<br>TEL AVIV, 64927<br>ISRAEL | Claim Number: 5844<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | |
| UNSECURED          Claimed: | $4,858.03 | |

| | | |
|---|---|---|
| LUTHI & CO LAW OFFICES<br>AMERICA HOUSE PO BOX 33113<br>35 SHAUL HAMELECH BLVD<br>TEL AVIV, 64927<br>ISRAEL | Claim Number: 5845<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | |
| ADMINISTRATIVE          Claimed: | $4,858.03 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ZOHO CORPORATION<br>4900 HOPYARD ROAD<br>STE 310<br>PLEASANTON, CA 94588-7100 | Claim Number: 5846<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $156,270.00 | | |
|---|---|---|---|---|

| CHILDS, MIKE & MARTINEZ, JEFFREY<br>2644 MARSTON HTS<br>COLORADO SPGS, CO 80920-5115 | Claim Number: 5847<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,000.00 | | |
|---|---|---|---|---|

| CHILDS, MICHAEL & JEFFREY MARTINEZ<br>2644 MARSTON HTS<br>COLORADO SPGS, CO 80920-5115 | Claim Number: 5848<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| JIANG, XUEMING<br>4308 HELSTON RD<br>PLANO, TX 75024 | Claim Number: 5849<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $38,753.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,716.83 | | |

| WEATHERLY, JEWELL HILL<br>215 MELROSE DRIVE<br>PINEHURST, NC 28374 | Claim Number: 5850<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $187,289.60 | | |
|---|---|---|---|---|

| WEATHERLY, JEWELL HILL<br>215 MELROSE DRIVE<br>PINEHURST, NC 28374 | Claim Number: 5851<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $187,289.60 | | |
|---|---|---|---|---|

| GIBSON, ROBERT JOHN<br>308 HALLS MILL DRIVE<br>CARY, NC 27519 | Claim Number: 5852<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $53,295.74 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| GIBSON, ROBERT JOHN<br>308 HALLS MILL DRIVE<br>CARY, NC 27519 | | Claim Number: 5853<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $21,089.17 | | |
| UNSECURED | Claimed: | $32,206.57 | | |

---

| | | | | |
|---|---|---|---|---|
| PUND, CAROLYN BAJARIN<br>3255 TREBOL LN<br>SAN JOSE, CA 95148 | | Claim Number: 5854<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $48,076.25 | | |
| UNSECURED | | | Scheduled: | $3,108.43 |

---

| | | | | |
|---|---|---|---|---|
| PUND, CAROLYN B.<br>3255 TREBOL LN<br>SAN JOSE, CA 95148 | | Claim Number: 5855<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $48,076.25 |

---

| | | | | |
|---|---|---|---|---|
| FARZANEGAN, FREDERICK<br>5705 DUNSTAN CT<br>RALEIGH, NC 27613 | | Claim Number: 5856<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,690.00 |

---

| | | | | |
|---|---|---|---|---|
| FARZANEGAN, FREDERICK<br>5705 DUNSTAN CT<br>RALEIGH, NC 27613 | | Claim Number: 5857<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,300.00 | | |
| UNSECURED | | | Scheduled: | $38,939.95 |

---

| | | | | |
|---|---|---|---|---|
| KURZAWSKI, BETTYE<br>PO BOX 41<br>JAMESTOWN, CA 95327 | | Claim Number: 5858<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| | | | | |
|---|---|---|---|---|
| SULLIVAN, DAVID E<br>PO BOX 41<br>JAMESTOWN, CA 95327 | | Claim Number: 5859<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NGUYEN, LINH T<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5860<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED |
|---|---|

| PRIORITY | Claimed: | $7,432.33 |
|---|---|---|

| NGUYEN, LINH T<br>5240 KATHRYN DR<br>GRAND PRAIRIE, TX 75052 | Claim Number: 5861<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GREEN, QUEENA S<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5862<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $9,983.76 |
|---|---|---|

| MARDIROSIAN, PAUL<br>23 S OXFORD RD.<br>MILLBURY, MA 01527 | Claim Number: 5863<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $10,334.86  UNLIQ |
|---|---|---|---|---|

| BUCKLEY, STEPHEN G<br>920 HILDRETH ST<br>DRACUT, MA 01826 | Claim Number: 5864<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $12,798.32 |
|---|---|---|

| CYS STRUCTURAL ENGINEERS, INC.<br>1760 CREEKSIDE OAKS DRIVE, STE 280<br>SACRAMENTO, CA 95833 | Claim Number: 5865<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $1,225.00 |
|---|---|---|

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: MOSS, DONALD<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 5866<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| UNSECURED | Claimed: | $52,988.55 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MORRISON, PAUL<br>C/O DAVID PLUFKA<br>KEEFE & GRIFFITHS, P.C.<br>10 SOUTH BROADWAY, STE 500<br>ST. LOUIS, MO 63012 | Claim Number: 5867<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CORE BROOKFIELD LAKES, LLC<br>18000 WEST SARAH LANE, STE 250<br>BROOKFIELD, WI 53045 | Claim Number: 5868<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2349 |
|---|---|

| UNSECURED | Claimed: | $86,653.06 |
|---|---|---|

| DIEP, KHANH<br>3088 GREENFIELD DR<br>RICHARDSON, TX 75082 | Claim Number: 5869<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $39,846.15 |
|---|---|---|

| KHATRI, MADAN<br>760 EASTON LANE<br>ELK GROVE VILLAGE, IL 60007 | Claim Number: 5870<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $150,000.00   UNLIQ |
|---|---|---|

| ZHU, YIQUN<br>1006 NAVARRO DR<br>ALLEN, TX 75013-1173 | Claim Number: 5871<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $23,164.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| DELBRIDGE, ANNETTE<br>7729 KENSINGTON MANOR LANE<br>WAKE FOREST, NC 27587 | Claim Number: 5872<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $108,000.00 |
|---|---|---|

| MERCER HR<br>MERCER HUMAN RESOURCES CONSULTING<br>601 MERRITT 7<br>NORWALK, CT 06851-1091 | Claim Number: 5873<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $147,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| MOTT, ROBERT<br>5113 OLDE SOUTH RD<br>RALEIGH, NC 27606 | | Claim Number: 5874<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $63,609.00 | | |

---

| | | | | |
|---|---|---|---|---|
| TAYLOR, ROBERT C.<br>11550 CORNHUSKER RD<br>ALMA, NE 68920-2515 | | Claim Number: 5875<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $4,639.20 | | |

---

| | | | | |
|---|---|---|---|---|
| STATE STREET BANK & TRUST COMPANY<br>ATTN: BRIAN PORT<br>GLOBAL CORPORATE ACTION UNIT JAB 5NW<br>1776 HERITAGE DRIVE<br>BOSTON, MA 02171 | | Claim Number: 5876<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $83.69 | | |

---

| | | | | |
|---|---|---|---|---|
| THINKNET INC<br>703 EVANS AVE<br>ETOBICOKE, ON M9C 5E9<br>CANADA | | Claim Number: 5877<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,680.00 | Scheduled: | $13,680.00 |

---

| | | | | |
|---|---|---|---|---|
| HOULE, KENNETH<br>136 WINDSOR DR<br>MURPHY, TX 75094 | | Claim Number: 5878<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,053.57 | | |

---

| | | | | |
|---|---|---|---|---|
| RICAURTE, CHRISTOPHER<br>105 PRESTON GRANDE WAY<br>MORRISVILLE, NC 27560 | | Claim Number: 5879<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $796,875.00   CONT | | |

---

| | | | | |
|---|---|---|---|---|
| MCKENNA, DONALD R<br>65 PEMBROKE RD<br>DARIEN, CT 06820 | | Claim Number: 5880<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $570,500.00   CONT | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| YERONICK, MARY FRAN<br>3212 STONEYFORD CT<br>RALEIGH, NC 27603 | | Claim Number: 5881<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $46,280.78 |

---

| SS8, NETWORKS INC.<br>ATTN: DAVID GUTIERREZ<br>750 TASMAN DR<br>MILPITAS, CA 95035 | | Claim Number: 5882<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $104,316.26 |

---

| TANNOR PARTNERS CREDIT FUND, LP<br>TRANSFEROR: SS8 NETWORKS<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY 10601 | | Claim Number: 5883<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|---|
| UNSECURED | Claimed: | $104,316.26 |

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GARLICK, HARRISON & MARKISON<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 5884<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|---|
| UNSECURED | Claimed: | $45,462.65 |

---

| OMERAGIC, MERIMA<br>18 MIDDLESEX RD<br>MERRIMACK, NH 03054 | | Claim Number: 5885<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,908.17 |

---

| OMERAGIC, MERIMA<br>18 MIDDLESEX ROAD<br>MERRIMACK, NH 03054 | | Claim Number: 5886<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $8,908.17 |

---

| SMITH, LISA<br>1 GLORIA TERRACE<br>DERRY, NH 03038 | | Claim Number: 5887<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,816.88 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SMITH, LISA L.
1 GLORIA TERRACE
DERRY, NH 03038

Claim Number: 5888
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $10,816.88 |
|---|---|---|

---

SMITH, LISA L.
1 GLORIA TERRACE
DERRY, NH 03038

Claim Number: 5889
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $10,816.88 |
|---|---|---|

---

SMITH, LISA
1 GLORIA TERRACE
DERRY, NH 03038

Claim Number: 5890
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $10,816.88 |
|---|---|---|

---

LOWE, RICHARD
701 BANDERA DRIVE
ALLEN, TX 75013

Claim Number: 5891
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,604.68 |
|---|---|---|

---

ARTZER-OWENS, GAIL
711 SHERMAN STREET
GOODLAND, KS 67735

Claim Number: 5892
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $276,553.60 |
|---|---|---|

---

ARTZER-OWENS, GAIL
711 SHERMAN STREET
GOODLAND, KS 67735

Claim Number: 5893
Claim Date: 10/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $276,553.60 |
|---|---|---|

---

INGRAM, ROBERT ALEXANDER
GLAXOSMITHKLINE PLCC
5 MOORE DRIVE, MAIL DROP #50.2032
RESEARCH TRIANGLE PARK, NC 27709

Claim Number: 5894
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>WILBUR E. HOOKS, DELEGATE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 5895<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4324 (11/15/2010) |
| ADMINISTRATIVE | Claimed: | $512,855.00 |
| TENNESSEE DEPARTMENT OF REVENUE<br>WILBUR E. HOOKS, DELEGATE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 5896<br>Claim Date: 10/05/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 4331 (11/15/2010) |
| ADMINISTRATIVE | Claimed: | $500.00 |
| TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 5897<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4334 (11/15/2010) |
| PRIORITY | Claimed: | $0.00 |
| TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 5898<br>Claim Date: 10/05/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 4330 (11/15/2010) |
| PRIORITY | Claimed: | $0.00 |
| SPRINGWELL CAPITAL PARTNERS LLC<br>SIX LANDMARK SQUARE<br>4TH FLOOR<br>STAMFORD, CT 06901-2701 | | Claim Number: 5899<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4703 (01/11/2011) |
| UNSECURED | Claimed: | $2,292.14 |
| CLARK, ROBERT F<br>116 HUNTSMOOR LN<br>CARY, NC 27513 | | Claim Number: 5900<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $8,567.59 |
| CHILDRESS, GEOFFREY<br>42641 CAPITOL<br>NOVI, MI 48375-1755 | | Claim Number: 5901<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $52,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WITT, DIANE<br>1406 EDGEMONT DR<br>SACHSE, TX 75048 | Claim Number: 5902<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,766.64 | | |
|---|---|---|---|---|

| MARK, RAYMOND<br>245 EAST 54TH STREET, APT. 26B<br>NEW YORK, NY 10022 | Claim Number: 5903<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7565<br>Amends claims 1173 and 2516. |
|---|---|

| PRIORITY | Claimed: | $120,697.42 |
|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ANDREW, LLC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5904<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 793 (05/28/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $80,171.60 |
|---|---|---|

| ANGOSS SOFTWARE<br>111 GEORGE STREET SUITE 200<br>TORONTO, ON M5A 2N4<br>CANADA | Claim Number: 5905<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 |
|---|---|---|---|---|

| ORDONEZ, JR., TEO<br>10 ELIOT CIRCLE<br>SALINAS, CA 93906 | Claim Number: 5906<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,285.02 |
|---|---|---|

| NGUYEN, MINH T<br>10323 GLENCOE DRIVE<br>CUPERTINO, CA 95014 | Claim Number: 5907<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>314.67 per month |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| TA, QUAN<br>112 PRINCE WILLIAM LANE<br>CARY, NC 27511 | Claim Number: 5908<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7388 |
|---|---|

| UNSECURED | Claimed: | $55,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NAPIER-WILSON, DIANNE
14538 WOOD ROAD
ALPHARETTA, GA 30004

Claim Number: 5909
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $941,642.21 |
|---|---|---|

BANKS, ROSLYN
2730 OAK TRAIL
CARROLLTON, TX 75007

Claim Number: 5910
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $27,734.83 |
|---|---|---|

XU, BIN AND LI XI
RENETTENWEG 18
HAMBURG, 22393
GERMANY

Claim Number: 5911
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

MOORE, JOSEPHINE
1700 BOARDMAN AVE
WEST PALM BEACH, FL 33407

Claim Number: 5912
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

DELORENZI, ALBERT
31 VANSICKLE ROAD
ST. CATHARINES, ON L2S 4C2
CANADA

Claim Number: 5913
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $614,141.68 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

DE QUEVEDO VALENCIA, CARLOS G
AV AMERICAS 1297 - 4 PISO
GUADALAJARA
JALISCO, CP44630
MEXICO

Claim Number: 5914
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

DE QUEVEDO VALENCIA, RICARDO G
AV AMERICAS 1297 PISO 4
GUADALAJARA JALISCO,
MEXICO

Claim Number: 5915
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

REEDSMITH LLP
PO BOX 360074M
PITTSBURGH, PA 15251-6074

Claim Number: 5916
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $2,060.10 | | |
|---|---|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ASCENTIUM CORPORATION
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 5917
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $19,172.00 | Scheduled: | $15,556.00 |
|---|---|---|---|---|

PULLEY, BETTE J
24 LONGVIEW TERRACE
KENNEBUNK, ME 04043

Claim Number: 5918
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

PULLEY, BETTE J
24 LONGVIEW TERRACE
KENNEBUNK, ME 04043

Claim Number: 5919
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

GHODGAONKAR, KIRAN
199 ANAHEIM TERRACE
SUNNYVALE, CA 94086

Claim Number: 5920
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,547.07 | | |
|---|---|---|---|---|

GHODGAONKAR, KIRAN
199 ANAHEIM TERRACE
SUNNYVALE, CA 94086

Claim Number: 5921
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $42,547.07 | | |
|---|---|---|---|---|

MOSTYN, WILLIAM
555 INDIAN CREEK DR
TROPHY CLUB, TX 76262

Claim Number: 5922
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $33,860.21 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| MOSTYN III, WILLIAM T.<br>555 INDIAN CREEK DRIVE<br>TROPHY CLUB, TX 76262-5655 | | Claim Number: 5923<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $33,860.21 |
| SICILIANO, ROBERT<br>3 LINK CT<br>NEW CITY, NY 10956-1623 | | Claim Number: 5924<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $70,000.00 |
| SICILIANO, ROBERT A<br>3 LINK COURT<br>NEW CITY, NY 10956 | | Claim Number: 5925<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $70,000.00 |
| MIRABAL, ROSANNA<br>3205 PORT ROYALE DR S APT H<br>FT LAUDERDALE, FL 33308-7872 | | Claim Number: 5926<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $7,178.00 |
| MIRABAL, ROSANNA<br>9103 NW 81ST CT<br>TAMARAC, FL 33321-1505 | | Claim Number: 5927<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00    UNDET |
| HEWLETT-PACKARD COMPANY<br>ATTN: KEN HIGMAN<br>2125 E KATELLA AVENUE # 400<br>ANAHEIM, CA 92806 | | Claim Number: 5928<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1597 |
| UNSECURED | Claimed: | $1,284,946.31 |
| ZOHO CORPORATION<br>4900 HOPYARD ROAD<br>STE 310<br>PLEASANTON, CA 94588-7100 | | Claim Number: 5929<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>Amends claim 5846 |
| ADMINISTRATIVE | Claimed: | $156,270.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

APPELL, MARTIN
12002 BROWNING LN
DALLAS, TX 75230

Claim Number: 5930
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:              $71,827.72

---

PUTNAM, KENNETH
39 WYMAN TRAIL
MOULTONBOROUGH, NH 03254

Claim Number: 5931
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:              $38,164.32

---

DHONDT, LUC
GROENSTRAAT 11
9820 MERELBEKE,
BELGIUM

Claim Number: 5932
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:              $61,538.10

---

BAUTISTA, MARC
7813 AQUA VISTA DRIVE
PLANO, TX 75025

Claim Number: 5933
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:              $15,249.87

---

WALKER, JAMES E
727 BOXWOOD DR
PENSACOLA, FL 32503

Claim Number: 5934
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:              $16,990.00

---

BROWN, TIM
1637 PRESCOTT CIRCLE
FLOWER MOUND, TX 75028

Claim Number: 5935
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:              $11,203.85

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| TRC MASTER FUND LLC<br>TRANSFEROR: ADEPTRON TECHNOLOGIES CORPOR<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 5936<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,690.00 | Scheduled: | $28,690.00 |
|---|---|---|---|---|

---

| ADEPTRON TECHNOLOGIES CORPORATION<br>ATTN: SUDESH MEHTA<br>96 STEELCASE ROAD WEST<br>MARKHAM, ON L3R 3J9<br>CANADA | Claim Number: 5937<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $28,690.00 |
|---|---|---|

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: GINTEL<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5938<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $17,200.00 |
|---|---|---|

---

| GINTEL<br>1601 N PALM AVE SUITE 304 D<br>PEMBROKE PINES, FL 33026 | Claim Number: 5939<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $17,200.00 |
|---|---|---|

---

| WESSELOW, STEPHEN<br>113 BRAELANDS DR<br>CARY, NC 27518 | Claim Number: 5940<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $13,886.46 |
|---|---|---|
| UNSECURED | Claimed: | $13,886.46 |
| TOTAL | Claimed: | $13,886.46 |

---

| FAWN, JANIS L<br>213 HARBOR DRIVE SOUTH<br>VENICE, FL 34285 | Claim Number: 5941<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $12,121.87 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| FAWN, JANIS L<br>213 HARBOR DRIVE SOUTH<br>VENICE, FL 34285 | Claim Number: 5942<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $12,121.87 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ALSTON, VIOLET L
PO BOX 1442
PITTSBORO, NC 27312

Claim Number: 5943
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $12,850.73   UNLIQ |
| --- | --- | --- |

---

ALSTON, VIOLET
PO BOX 1442
PITTSBORO, NC 27312

Claim Number: 5944
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $12,850.73 |
| --- | --- | --- |

---

ERDMANN, ERIC A
242 SAILWINDS RD
MOORESVILLE, NC 28115

Claim Number: 5945
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $66,490.78 |
| --- | --- | --- |

---

CITY CHEMICAL PRP GROUP (WINTER PARK FL)
C/O ROGER W. SIMS, ESQ.
GROUP LEGAL COUNSEL
PO BOX 1526
ORLANDO, FL 32812

Claim Number: 5946
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| SECURED | Claimed: | $150,000.00   UNLIQ |
| --- | --- | --- |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

ASTEELFLASH CALIFORNIA, INC.
ATTN: BETTY CHOW
4211 STARBOARD DR.
FREMONT, CA 94538

Claim Number: 5947
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| SECURED | Claimed: | $102,490.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $2,529,350.09 |

---

VECTRON INTERNATIONAL
267 LOWELL RD
HUDSON, NH 03051-4916

Claim Number: 5948
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $5,660.00 |
| --- | --- | --- |

---

NORTH CAROLINA DEPARTMENT OF REVENUE
ANGELA C. FOUNTAIN BANKRUPTCY MANAGER
COLLECTIONS EXAMINATION DIVISION
PO BOX 1168
RALEIGH, NC 27602-1168

Claim Number: 5949
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00 |
| --- | --- | --- |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,165.42 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CUMBERLAND COUNTY HOSPITAL SYSTEM<br>PO BOX 788<br>FAYETTEVILLE, NC 28302 | Claim Number: 5950<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
|---|---|
| UNSECURED          Claimed: | $75,238.27 |

| ASM CAPITAL AS PURCHASER OF<br>TRANSLATIONS.COM<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5951<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7430 (03/22/2012) |
|---|---|
| UNSECURED          Claimed: | $93,108.65 |

| BAWEK, KATHRYN A<br>10629 WYOMING CIRCLE<br>BLOOMINGTON, MN 55438 | Claim Number: 5952<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $84,831.00 |

| SCHMEHL, EDWARD<br>515 RUSSELL PARK<br>SAN ANTONIO, TX 78260 | Claim Number: 5953<br>Claim Date: 10/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $13,286.00 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SCHMEHL, EDWARD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5954<br>Claim Date: 10/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $13,286.00 |
| UNSECURED | Claimed: | $13,286.00 |
| TOTAL | Claimed: | $13,286.00 |

| MCTEAGUE, JEAN M<br>249 THREE MILE RD<br>GLASTONBURY, CT 06033 | Claim Number: 5955<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed: | $0.00    UNLIQ |

| BARTZOKAS, ROBERT<br>3505 TURTLE CREEK BLVD.  6G<br>DALLAS, TX 75219 | Claim Number: 5956<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $47,548.00    UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: AUCOIN, CAROL<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5957<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $11,664.80 |
| MCCARTY, MONTY<br>43 N ASHLYN DR<br>CLAYTON, NC 27527 | Claim Number: 5958<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,164.92 |
| LEXISNEXIS CANADA INC<br>123 COMMERCE VALLEY DRIVE EAST<br>SUITE 700<br>MARKHAM, ON L3T 7W8<br>CANADA | Claim Number: 5959<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED | Claimed: | $1,396.28 |
| CARROLL, RUSSELL<br>755 OLD FOREST CT<br>GAHANNA, OH 43230 | Claim Number: 5960<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,686.80 |
| PULLIN, FRED<br>2906 YORKSHIRE CT<br>SOUTHLAKE, TX 76092 | Claim Number: 5961<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $33,099.95 |
| CROOKS, JULIE<br>4840 HALEY FARMS DRIVE<br>CUMMING, GA 30028 | Claim Number: 5962<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $7,887.11 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BISSLAND, RICHARD G<br>77 CRANBERRY RUN<br>SOUTHAMPTON, NJ 08088 | | Claim Number: 5963<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BISSLAND, DIANE S.<br>77 CRANBERRY RUN<br>SOUTHAMPTON, NJ 08088 | | Claim Number: 5964<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |

| ADMINISTRATIVE | Claimed: | $100,000.00 |

---

| CANTWELL SR, JAMES J<br>2524 HEATH PL<br>RESTON, VA 20191 | | Claim Number: 5965<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $0.00   UNDET | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

| CANTWELL SR, JAMES J<br>2524 HEATH PL<br>RESTON, VA 20191 | | Claim Number: 5966<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| CANTWELL, JR, JAMES J<br>2524 HEATH PL<br>RESTON, VA 20191 | | Claim Number: 5967<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| CANTWELL, JR, JAMES J<br>2524 HEATH PL<br>RESTON, VA 20191 | | Claim Number: 5968<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| BISSLAND, DIANE S<br>77 CRANBERRY RUN<br>SOUTHAMPTON, NJ 08088 | | Claim Number: 5969<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BISSLAND, RICHARD G.<br>77 CRANBERRY RUN<br>SOUTHAMPTON, NJ 08088 | | Claim Number: 5970<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $100,000.00 |
| DARDEN, JERI D<br>525 OAK RUN DRIVE<br>RALEIGH, NC 27606 | | Claim Number: 5971<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $55,255.78 |
| JONESS, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 5972<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | $29,414.15 |
| FURNESS, REBECCA<br>REBECCA (FURNESS) BOYCE<br>6116 FAIRLONG RUN<br>ACWORTH, GA 30101 | | Claim Number: 5973<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |
| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 5974<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | $29,414.15 |
| FURNESS, REBECCA<br>6116 FAIRLONG RUN<br>ACWORTH, GA 30101 | | Claim Number: 5975<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |
| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 5976<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | $29,414.15 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| FURNESS, REBECCA<br>6116 FAIRLONG RUN<br>ACWORTH, GA 30101 | | Claim Number: 5977<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |
| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 5978<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | $29,414.15 |
| FURNESS, REBECCA<br>6116 FAIR LONG RUN<br>ACWORTH, GA 30101 | | Claim Number: 5979<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |
| TELEFONICA INTERNACIONAL, S.A.U.<br>C/O CONNIE GRAVER, PARALEGAL<br>STEARNS WEAVER MILLER, ET AL<br>150 WEST FLAGLER STREET, SUITE 2200<br>MIAMI, FL 33130 | | Claim Number: 5980<br>Claim Date: 10/14/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7626 (05/09/2012) |
| UNSECURED | Claimed: | $2,339,137.50 |
| STATE STREET BANK & TRUST COMPANY<br>ATTN: PAUL DESHARNAIS/BRIAN PORT<br>1776 HERITAGE DRIVE<br>NO. QUINCY, MA 02171 | | Claim Number: 5981<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| SECURED | Claimed: | $5,328.00 |
| TORRES CUNADO, OSCAR<br>VILAMAR 53<br>CALAFELL, 43820<br>SPAIN | | Claim Number: 5982<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $5,328.00    UNLIQ |
| HOFF, RONALD<br>405 KELLY RIDGE DR<br>APEX, NC 27502 | | Claim Number: 5983<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $43,080.90 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 5984<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 713 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $38,363.04 | | |
| RESTORATION HOLDINGS LTD<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | | Claim Number: 5985<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $1,195.45 | Scheduled: | $1,191.45 |
| TRAUD, RONALD A.<br>2709 PINEY GROVE WILBON RD.<br>FUQUAY-VARINA, NC 27526 | | Claim Number: 5986<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $34,283.84 | | |
| HAGEMEYER NORTH AMERICA INC<br>PO BOX 404753<br>ATLANTA, GA 30384-4753 | | Claim Number: 5987<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $20,365.85 | | |
| RIESE, JOSEPH T<br>170 MCKINLEY DRIVE<br>MASTIC BEACH, NY 11951 | | Claim Number: 5988<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| PRIORITY | Claimed: | $778.00 | | |
| HOLMES, KIMBERLY<br>106 HUDGINS RD<br>EVA, AL 35621-9143 | | Claim Number: 5989<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| SECURED | Claimed: | $58,300.00 | | |
| WENDELL, WILLIAM<br>916 STINSON AVE.<br>HOLLY SPRINGS, NC 27540 | | Claim Number: 5990<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $41,856.91 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DEPRIEST, PATRICIA G<br>5210 ECHO RIDGE RD<br>RALEIGH, NC 27612 | | Claim Number: 5991<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $19,272.00 | | |

---

| LOG ME IN, INC.<br>ATTN: PATRICK MURPHY<br>500 UNICORN PARK DRIVE<br>WOBURN, MA 01801 | | Claim Number: 5992<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,931.51 | | |

---

| ACCELINK TECHNOLOGIES CO LTD<br>88 YOUKEYUAN ROAD, HONGSHAN DISTRICT<br>WUHAN, 430074<br>CHINA | | Claim Number: 5993<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,908.00 | Scheduled: | $4,815.00 |

---

| ACCELINK TECHNOLOGIES CO LTD<br>88 YOUKEYUAN ROAD HONGSHAN DISTRICT<br>WUHAN, 430074<br>CHINA | | Claim Number: 5994<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,908.00 | | |

---

| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | | Claim Number: 5995<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3002 (05/17/2010) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
| SECURED | Claimed: | $2,266,344.14 | | |

---

| HERRMANN, HANS<br>MOLTKESTRASSE 24/1<br>SONNENBUHL, D-72820<br>GERMANY | | Claim Number: 5996<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| BARON, CHRISTIAN AND BENJAMIN<br>C/O GUENTHER A. BARON, ATTORNEY<br>SCHLUCHSEESTR. 3<br>BERLIN, 13469<br>GERMANY | | Claim Number: 5997<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| VORWALLNER, ROBERT<br>JELLA-LEPMANN-STR.18/L<br>MUNCHEN, 81673<br>GERMANY | | Claim Number: 5998<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| OBENAUS, SABINE<br>AUGUST-BEBEL-STR. 69<br>ELSTERWERDA, 04910<br>GERMANY | | Claim Number: 5999<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| WENZEL, ELFRIEDE AND HANS-JUERGEN<br>DIETESHEIMER STR. 27<br>OFFENBACH, 63073<br>GERMANY | | Claim Number: 6000<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| GUNDELBACHER, BERNHARD<br>SEESTRASSE 2<br>SEEFELD, D-82229<br>GERMANY | | Claim Number: 6001<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| GUNDELBACHER, BERNHARD<br>SEESTRASSE 2<br>SEEFELD, D-82229<br>GERMANY | | Claim Number: 6002<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| GRINDEMANN, YVONNE<br>PAYRUSWEG 21<br>HAMBURG, 22117<br>GERMANY | | Claim Number: 6003<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| FEIGL, MEINHARD<br>HINTER DEN GARTEN 4<br>LONSEE-ETTLENSCHIEB, 89173<br>GERMANY | | Claim Number: 6004<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| GERLACH, KNUT<br>ERSTE OCHSENKOPPEL 4<br>LUEBECK, D-23566<br>GERMANY | | Claim Number: 6005<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BREIT, WILHELM<br>FRIEDHOFSTR. 69<br>STUTTGART, 70191<br>GERMANY | | Claim Number: 6006<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| CHAMBERS, JOSEPH T.<br>8637 OVERLAND DR.<br>FORT WORTH, TX 76179 | | Claim Number: 6007<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3430. |
| PRIORITY | Claimed: | $55,000.00   UNLIQ |
| LOVING, LEONIE J.<br>695 SAINT IVES DRIVE<br>ATHENS, GA 30606 | | Claim Number: 6008<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| GERAGHTY, JAMES<br>19 HICKORY DR<br>AMHERST, NH 03031 | | Claim Number: 6009<br>Claim Date: 10/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $21,876.03 |
| CRIM<br>MUNICIPAL REVENUE COLLECTION<br>SAN JUAN, 00919-5387<br>PUERTO RICO | | Claim Number: 6010<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012) |
| UNSECURED | Claimed: | $2,779.53 |
| HINZ, LORNE C.<br>7309 LOUGHEED PLAZA<br>PLANO, TX 75025 | | Claim Number: 6011<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3958. |
| UNSECURED | Claimed: | $1,162.96 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HINZ, LORNE<br>7309 LOUGHEED PLAZA<br>PLANO, TX 75025 | | Claim Number: 6012<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3959. |
|---|---|---|
| UNSECURED | Claimed: | $51,090.54  UNDET |

---

| LEWIS, JONATHAN<br>35 ALMA AVE<br>BELMONT, MA 02478 | | Claim Number: 6013<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $24,978.98 |

---

| LEWIS, JONATHAN<br>35 ALMA AVE<br>BELMONT, MA 02478 | | Claim Number: 6014<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET |

---

| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 6015<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>Amends claim 4240. |
|---|---|---|
| PRIORITY | Claimed: | $20,000.00 |

---

| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 6016<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>Amends claim 4229. |
|---|---|---|
| UNSECURED | Claimed: | $86,000.00 |

---

| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 6017<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>Amends claim 4228. |
|---|---|---|
| UNSECURED | Claimed: | $33,538.46 |

---

| TULLO, JOHN<br>3520 MOONLIGHT DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 6018<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1443. |
|---|---|---|
| PRIORITY | Claimed: | $6,482.00 |
| UNSECURED | Claimed: | $75,938.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SANDILANDS, PHILLIP EDWARD<br>1002 REDBUD DRIVE<br>ALLEN, TX 75002 | | Claim Number: 6019<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $22,965.82 |

| WINGATE, DONNA<br>1 FOSTER RD<br>MERRIMACK, NH 03054 | | Claim Number: 6020<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $31,056.40 |

| OLSON, MICHAEL J<br>10584 PRAIRIE LAKES DR<br>EDEN PRAIRIE, MN 55344 | | Claim Number: 6021<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 755. |
|---|---|---|
| UNSECURED | Claimed: | $155,312.26 |

| SIEGEL, GARY<br>621 TAYLOR TRAIL<br>MURPHY, TX 75094 | | Claim Number: 6022<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7925<br>Amends claim 914. |
|---|---|---|
| UNSECURED | Claimed: | $49,551.24 |

| CHARLOTTE MECKLENBURG COUNTY NC TAX<br>COLLECTOR<br>MECKLENBURG COUNTY GOVERNMENT<br>700 EAST STONEWALL ST. PO BOX 31457<br>CHARLOTTE, NC 28231 | | Claim Number: 6023-01<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3502 (07/09/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $476.97 |

| CHARLOTTE MECKLENBURG COUNTY NC TAX<br>COLLECTOR<br>MECKLENBURG COUNTY GOVERNMENT<br>700 EAST STONEWALL ST. PO BOX 31457<br>CHARLOTTE, NC 28231 | | Claim Number: 6023-02<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4128 (10/11/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

| KRISHNAMURTHY, SHRIDHAR<br>625 INGLENOOK CT<br>COPPELL, TX 75019 | | Claim Number: 6024<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $14,900.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CHEN, SHEAU-LI<br>2407 SPRINGPARK WAY<br>RICHARDSON, TX 75082 | Claim Number: 6025<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $54,500.31 |
|---|---|---|

---

| AHUJA, BINU<br>30 DANJOU DRIVE<br>MARLBOROUGH, MA 01752 | Claim Number: 6026<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $68,412.00 |
|---|---|---|

---

| HIGGINS, SHARON<br>1309 ARBORETUM DR<br>CHAPEL HILL, NC 27517-9160 | Claim Number: 6027<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $35,076.96 |
|---|---|---|

---

| SCHWARTZ, SUSAN FOX<br>6726 SAWMILL ROAD<br>DALLAS, TX 75252 | Claim Number: 6028<br>Claim Date: 10/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,212.00 |
|---|---|---|

---

| NAZARETH, DESIRE<br>437 CHARLEVILLE CT<br>CARY, NC 27519 | Claim Number: 6029<br>Claim Date: 10/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,390.00 |
|---|---|---|

---

| BARRIOS, ALVIO<br>14351 SW 22 STREET<br>MIAMI, FL 33175 | Claim Number: 6030<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $55,358.47 |
|---|---|---|

---

| HOLMES, KIM<br>2765 73RD AVE SE<br>MERCER ISLAND, WA 98040-2629 | Claim Number: 6031<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HOLMES, KIM B<br>2765 73RD AVE SE<br>MERCER ISLAND, WA 98040-2629 | Claim Number: 6032<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

| HOLMES, MARY<br>2765 73RD AVE SE<br>MERCER ISLAND, WA 98040-2629 | Claim Number: 6033<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

| HOLMES, MARY<br>2765 73RD AVE SE<br>MERCER ISLAND, WA 98040-2629 | Claim Number: 6034<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

| DEAN JR., JOHN L.<br>12 ACORN ST<br>CUMBERLAND, RI 02864 | Claim Number: 6035<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $12,560.97 |
|---|---|---|

| COMPUCOM SYSTEMS INC<br>COMPUCOM<br>PO BOX 951654<br>DALLAS, TX 75395-1654 | Claim Number: 6036<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $18,455.51 |
|---|---|---|

| MARTIN, JO<br>3944 STONYRUN DR.<br>LOUISVILLE, KY 40220 | Claim Number: 6037<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,105.00 |
|---|---|---|

| ASM SIP, L.P.<br>TRANSFEROR: CAMPBELL, MICHAEL<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6038<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2775 |
|---|---|

| UNSECURED | Claimed: | $85,588.86 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| COLE, TONYA L<br>21 SPRUCELAND TERRRACE<br>LANCASTER, NY 14086 | Claim Number: 6039<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $32,089.20 | |

---

| BURGESS, JOHN<br>417 FUCHSIA LANE<br>SAN RAMON, CA 94582 | Claim Number: 6040<br>Claim Date: 10/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,285.08 | |

---

| CUMBERLAND COUNTY HOSPITAL SYSTEM, INC.<br>ATTN: LEGAL SERVICES<br>PO BOX 2000<br>FAYETTEVILLE, NC 28302 | Claim Number: 6041<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $75,238.27 | |

---

| CITY OF COLORADO SPRINGS SALES TAX DIV<br>ATTN: EMILY WILSON, ESQ.<br>COLORADO SPRINGS CITY ATTORNEY'S OFFICE<br>30 S NEVADA STE 501<br>COLORADO SPRINGS, CO 80903 | Claim Number: 6042<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3860 (09/02/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,822.35 | |

---

| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | Claim Number: 6043<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 3822 (08/24/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $15,545.70   UNLIQ | |

---

| CURMON, JACQUELYN N<br>7584 SILVER VIEW LANE<br>RALEIGH, NC 27613 | Claim Number: 6044<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,128.60 | |
| UNSECURED | Claimed: | $24,456.20 | Scheduled: $29,379.56 |

---

| CURMON, JACQUELYN N<br>7584 SILVER VIEW LANE<br>RALEIGH, NC 27613 | Claim Number: 6045<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SCHMELZEL, JOHN
2607 OLD MILL LANE
ROLLING MEADOWS, IL 60008

Claim Number: 6046
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $209,393.43 |
|---|---|---|

CHAWLA, TEJMOHAN
405 JASLIE DR
CARY, NC 27518

Claim Number: 6047
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,506.00 |
|---|---|---|

EULER, DAVID
2900 LOFTSMOOR LN
PLANO, TX 75025

Claim Number: 6048
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $16,730.76 |
|---|---|---|

AAVID THERMALLOY, LLC
70 COMMERCIAL STREET
CONCORD, NH 03301

Claim Number: 6049
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $1,300.00 |
|---|---|---|

AAVID THERMALLOY
70 COMMERCIAL STREET
CONCORD, NH 03301

Claim Number: 6050
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $1,300.00 |
|---|---|---|

COATES, BYRON
11380 LITTLEBEAR DR
BOCA RATON, FL 33428

Claim Number: 6051
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $37,963.46 |
|---|---|---|

LEGGETT, TERRY
5320 WEST HARBOR
VILLAGE DR. UNIT 402
VERO BEACH, FL 32967

Claim Number: 6052
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $535,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LEGGETT, TERRY
5320 W.HARBOR VILLAGE DR.
VERO BEACH, FL 32967

Claim Number: 6053
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $535,000.00 |
| --- | --- | --- |

SCHMIDT, CYNTHIA
PO BOX 119
OREGON HOUSE, CA 95962

Claim Number: 6054
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $47,306.15 |
| --- | --- | --- |

COPELAND, JEFFERY
4436 GOODMAN ROAD
ADAMS, TN 37010

Claim Number: 6055
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $61,312.41 |
| --- | --- | --- |

SATTAR, AAMIR
PO BOX 4104
SANTA CLARA, CA 95056

Claim Number: 6056
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 4579

| UNSECURED | Claimed: | $91,938.47 |
| --- | --- | --- |

AT&T
ATTN: JAMES GRUDUS, ESQ.
AT&T INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6057
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 539

| UNSECURED | Claimed: | $17,047.15 |
| --- | --- | --- |

NEW JERSEY DEPARTMENT OF TREASURY
ATTN: STEPHEN SYLVESTER, ADMIN
UNCLAIMED PROPERTY DIVISION
P.O. BOX 214
TRENTON, NJ 08695-0214

Claim Number: 6058
Claim Date: 10/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7686 (05/24/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

OPNEXT, INC.
1 CHRISTOPHER WAY
EATONTOWN, NJ 07724

Claim Number: 6059
Claim Date: 10/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7410 (03/20/2012)

| UNSECURED | Claimed: | $175,205.00 | Scheduled: | $151,585.00 |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| STRATALIGHT COMMUNICATIONS INC<br>1830 BERING DR<br>SAN JOSE, CA 95112-4212 | | Claim Number: 6060<br>Claim Date: 10/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012) | | |
| UNSECURED | Claimed: | $43,020.00 | | |
| SCULLION, MICHAEL J<br>331 PROSPECT ST APT 16<br>PAWTUCKET, RI 02860-5465 | | Claim Number: 6061<br>Claim Date: 10/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $31,165.69 | | |
| ATNAFE, WOUBIT<br>521 BELL TRACE LN<br>ANTIOCH, TN 37013 | | Claim Number: 6062<br>Claim Date: 10/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $29,760.00 | | |
| VENTURA COUNTY TAX COLLECTOR<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | | Claim Number: 6063<br>Claim Date: 10/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4752 (01/25/2011) | | |
| PRIORITY | Claimed: | $38,936.05 | Scheduled: | $0.00 UNLIQ |
| KELLY, WILLIAM P<br>14 COHASSET LANE<br>CHERRY HILL, NJ 08003 | | Claim Number: 6064<br>Claim Date: 10/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3399 | | |
| UNSECURED | Claimed: | $35,966.35 | | |
| SKINNER, GREGORY A<br>79 SW 12TH ST., UNIT 3512<br>MIAMI, FL 33130 | | Claim Number: 6065<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7807 (06/07/2012) | | |
| UNSECURED | Claimed: | $32,547.25 | | |
| SKINNER, GREGORY A<br>79 SW 12TH ST., UNIT 3512<br>MIAMI, FL 33130 | | Claim Number: 6066<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7807 (06/07/2012) | | |
| UNSECURED | Claimed: | $167,648.75 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SKINNER, GREGORY A<br>79 SW 12TH ST., UNIT 3512<br>MIAMI, FL 33130 | Claim Number: 6067<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7807 (06/07/2012) |
|---|---|

| UNSECURED | Claimed: | $171,155.57 | | |
|---|---|---|---|---|

---

| STEARNS WEAVER MILLER, ET AL<br>ATTN: CONNIE GRAVER, PARALEGAL<br>MUSEUM TOWER, STE 2200<br>150 WEST FLAGLER STREET<br>MIAMI, FL 33130 | Claim Number: 6068-01<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5628 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $63,744.74 | Scheduled: | $4,687.64 |
|---|---|---|---|---|

---

| STEARNS WEAVER MILLER, ET AL<br>ATTN: CONNIE GRAVER, PARALEGAL<br>MUSEUM TOWER, STE 2200<br>150 WEST FLAGLER STREET<br>MIAMI, FL 33130 | Claim Number: 6068-02<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $259.48 | | |
|---|---|---|---|---|

---

| DOAN, THUY<br>10709 SPYGLASS HILL<br>ROWLETT, TX 75089 | Claim Number: 6069<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $45,073.49 |
|---|---|---|
| UNSECURED | Claimed: | $45,073.49 |
| TOTAL | Claimed: | $45,073.49 |

---

| PETERS, NORMAN<br>300 BEACH DR NE APT 1702<br>SAINT PETERSBURG, FL 33701 | Claim Number: 6070<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $218,915.55 |
|---|---|---|

---

| FODELL, CHARLES E<br>8413 GREY ABBEY PLACE<br>RALEIGH, NC 27615 | Claim Number: 6071<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $89,737.83 |
|---|---|---|

---

| TENNESSEE DEPT. OF REVENUE<br>ATTN WILBUR E. HOOKS, DIRECTOR<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 6072<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4332 (11/15/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $513,355.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| TENNESSEE DEPT. OF REVENUE<br>ATTN WILBUR E. HOOKS, DIRECTOR<br>C/O ATTORNERY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 6073<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4329 (11/15/2010) | |
| PRIORITY          Claimed: | $670,154.73 | |
| SOFTWARE IMPRESSIONS LLC<br>21C ARTS CENTER COURT, PO BOX 519<br>AVON, CT 06001-3752 | Claim Number: 6074<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $49,795.00 | |
| SOFTWARE IMPRESSIONS LLC<br>51 SAWYER ROAD<br>SUITE 510<br>WALTHAM, MA 02453 | Claim Number: 6075<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE          Claimed: | $49,795.00 | |
| CDS DATACOMM INC.<br>1100 PROFESSIONAL DR. STE 100<br>PLANO, TX 75074 | Claim Number: 6076<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | |
| UNSECURED          Claimed: | $45,693.31 | |
| CDS DATACOMM INC.<br>1100 PROFESSIONAL DR. STE 100<br>PLANO, TX 75074 | Claim Number: 6077<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | |
| UNSECURED          Claimed: | $45,693.31 | |
| SINGER, DONNA<br>218 FAIRFIELD DRIVE EAST<br>HOLBROOK, NY 11741 | Claim Number: 6078<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | |
| PRIORITY          Claimed: | $616.00 | |
| WEST, GLINDA<br>5945 W PARKER RD APT 2523<br>PLANO, TX 75093-7764 | Claim Number: 6079<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY          Claimed: | $20,792.43 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WEST, GLINDA
5945 W PARKER RD APT 2523
PLANO, TX 75093-7764

Claim Number: 6080
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $32,625.31 |
| --- | --- | --- |

TWISTED PAIR SOLUTIONS
3131 ELLIOTT AVENUE, SUITE 200
SEATTLE, WA 98121

Claim Number: 6081
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $6,000.00 |
| --- | --- | --- |

NANCE, JIM
1204 DAME SUSAN LANE
LEWISVILLE, TX 75056

Claim Number: 6082
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1531

| UNSECURED | Claimed: | $29,368.24 |
| --- | --- | --- |

HOFF, RONALD
405 KELLY RIDGE DR
APEX, NC 27502

Claim Number: 6083
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $43,080.90 |
| --- | --- | --- |

MOSHER, STEPHEN
67 FERRY RD
SALISBURY, MA 01952

Claim Number: 6084
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,865.38 |
| --- | --- | --- |

YEE, MENG F.
1506 SOMERSET PLACE
RICHARDSON, TX 75081

Claim Number: 6085
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1586

| PRIORITY | Claimed: | $20,764.59 |
| --- | --- | --- |

MCKENNA, GREGORY
9272 CO RD 150
KENTON, OH 43326

Claim Number: 6086
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $48,755.20 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DIASHYN, PETER
3167 DALLAS CT
SANTA CLARA, CA 95051

Claim Number: 6087
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,128.00 |

---

TULLO, JOHN A.
3520 MOONLIGHT DRIVE
CHAPEL HILL, NC 27516

Claim Number: 6088
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1443

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,482.00 |
| UNSECURED | Claimed: | $75,938.00 |

---

HUEBER, LORRAINE J.
10 HAVERHILL DRIVE
CHURCHVILLE, NY 14428

Claim Number: 6089
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,000.00   UNLIQ |

---

WALDICK, BRETT
1101 SHELLEY RD
RALEIGH, NC 27609

Claim Number: 6090
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $70,694.75 |

---

ERKEL, ENIS
FATMAKADIN SOK.
MARMARA APT. NO. 14.29
SUADIYE
ISTANBUL, 34740
TURKEY

Claim Number: 6091
Claim Date: 11/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7676
Amends claim 627

| | | |
|---|---|---|
| PRIORITY | Claimed: | $588,822.48 |

---

ERKEL, ENIS
FATMAKADIN SOK.
MARMARA APT. NO. 14.29
SUADIYE
ISTANBUL, 34740
TURKEY

Claim Number: 6092
Claim Date: 11/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8229
Amends claim 2478

| | | |
|---|---|---|
| PRIORITY | Claimed: | $336,812.34 |

---

U.S. BANK NATIONAL ASSOCIATION
TRANSFEROR: 1500 CONCORD TERRACE LP
C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC
1901 HARRISON STREET, 2ND FLOOR
OAKLAND, CA 94612

Claim Number: 6093
Claim Date: 11/03/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8888 (11/06/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,243.00 |
| UNSECURED | Claimed: | $3,721,212.93 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 6094<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,243.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,721,212.93 |

| NATARAJAN, GOVINDARAJAN T<br>7416 ANGEL FIRE DR<br>PLANO, TX 75025 | Claim Number: 6095<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| UNSECURED | Claimed: | $60,728.84 |
|---|---|---|

| MEDNAX SERVICES, INC.<br>F/K/A PEDIATRIX MEDICAL GROUP, INC.<br>C/O CHARLES W. THROCKMORTON, ESQ.<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLE, FL 33134 | Claim Number: 6096<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| GERBEC, FRANK<br>260 GUELPH ST.<br>POB 74062<br>GEORGETOWN, ON L7G 5L1<br>CANADA | Claim Number: 6097<br>Claim Date: 11/04/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Amends claim 1379 |
|---|---|

| PRIORITY | Claimed: | $45,856.00 |
|---|---|---|
| UNSECURED | Claimed: | $32,956.00 |

| TRIMBLE, DANIEL<br>333 108TH AVENUE NETOWER 333, SUITE 2000<br>BELLEVUE, WA 98004 | Claim Number: 6098<br>Claim Date: 11/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,455.28 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $10,455.28 UNLIQ |

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CARTER, KIMBERLY<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6099<br>Claim Date: 11/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $48,181.14 |
|---|---|---|

| COUNTY OF FAIRFAX<br>FAIRFAX COUNTY<br>OFFICE OF THE COUNTY ATTORNEY<br>12000 GOVERNMENT CENTER PARKWAY, STE 549<br>FAIRFAX, VA 22035 | Claim Number: 6100<br>Claim Date: 11/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>Amends claim 1510 |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SENNA, PAUL J.<br>8 BABICZ RD<br>TEWKSBURY, MA 01876 | Claim Number: 6101<br>Claim Date: 11/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $58,812.00   CONT |
|---|---|---|

| SMITH III, ADRIAN<br>PO BOX 325<br>NEW HILL, NC 27562 | Claim Number: 6102<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $59,115.26 |
|---|---|---|

| SMITH III, ADRIAN<br>P.O. BOX 325<br>NEW HILL, NC 27562 | Claim Number: 6103<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $59,115.26 |
|---|---|---|

| SMITH III, ADRIAN D.<br>PO BOX 325<br>NEW HILL, NC 27562 | Claim Number: 6104<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $59,115.26 |
|---|---|---|

| SMITH III, ADRIAN D.<br>PO BOX 325<br>NEW HILL, NC 27562 | Claim Number: 6105<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $59,115.26 |
|---|---|---|

| TOLLY GROUP INCORPORATED<br>PO BOX 812333<br>BOCA RATON, FL 33481 | Claim Number: 6106<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,300.00 | Scheduled: | $51,250.00 |

| TOLLY GROUP INC.<br>PO BOX 812333<br>BOCA RATON, FL 33481 | Claim Number: 6107<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $51,250.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JOY, DANIEL<br>15 STEARNS AVE<br>MEDFORD, MA 02155 | | Claim Number: 6108<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $1,634.62 | | |
| UNSECURED | Claimed: | $9,807.69 | | |

---

| BUTCHER, TERRY J.<br>5311 OAKBROOK DRIVE<br>DURHAM, NC 27713 | | Claim Number: 6109<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $85,361.28 | | |

---

| ALMS, MICHAEL<br>4944 ELM ISLAND CIRCLE<br>WATERFORD, WI 53185 | | Claim Number: 6110<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $443,167.20 | | |

---

| HUMPHRESS, JOHN W.<br>956 MOSSVINE DR<br>PLANO, TX 75023 | | Claim Number: 6111<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $65,000.00 | | |
| PRIORITY | | | Scheduled: | $1,583.75 |
| UNSECURED | | | Scheduled: | $32,932.15 |

---

| HEMMERLE, LISA<br>205 ARVO LANE<br>CARY, NC 27513 | | Claim Number: 6112<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $80,969.97 | | |

---

| MUIGAI, SAMUEL N.<br>11911 GREENVILLE AVE APT 3323<br>DALLAS, TX 75243-3681 | | Claim Number: 6113<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,409.60 | | |

---

| HOLMES, KIM<br>106 HUDGINS RD<br>EVA, AL 35621-9143 | | Claim Number: 6114<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $58,330.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MARSONIA, RAJPRIYA<br>400 CAPELLAN ST.<br>WAKE FOREST, NC 27587 | Claim Number: 6115<br>Claim Date: 11/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,076.96 |
|---|---|---|

| MARSONIA, RAJPRIYA<br>400 CAPELLAN ST.<br>WAKE FOREST, NC 27587 | Claim Number: 6116<br>Claim Date: 11/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $11,076.96 |
|---|---|---|

| ANDREW LUDWICK<br>C/O BOIES, SCHILLER & FLEXNER LLP<br>ATTN: DAVID SHAPIRO, ESQ.<br>1999 HARRISON ST., SUITE 900<br>OAKLAND, CA 94612 | Claim Number: 6117<br>Claim Date: 11/11/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPCTY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 6118<br>Claim Date: 10/29/2009<br>Debtor: NORTEL ALTSYSTEMS INC. |
|---|---|

| UNSECURED | Claimed: | $67.57 |
|---|---|---|

| YEE, MENG F.<br>1506 SOMERSET PLACE<br>RICHARDSON, TX 75081 | Claim Number: 6119<br>Claim Date: 11/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1586 |
|---|---|

| PRIORITY | Claimed: | $26,263.60 |
|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: TODARO, THOMAS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6120<br>Claim Date: 11/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1692 and 1642 |
|---|---|

| PRIORITY | Claimed: | $44,861.76 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $49,063.70 |

| MARTIN, DENISE<br>182 ROYCE DR<br>BLOOMINGDALE, IL 60108-1927 | Claim Number: 6121<br>Claim Date: 11/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $45,391.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: ALTMAN, RICHARD SCOTT<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6122<br>Claim Date: 11/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $102,773.36 |
|---|---|---|

---

| INGRAM MICRO CHILE S.A.<br>AV. EL ROSAL 4765<br>HUECHURABA<br>SANTIAGO,<br>CHILE | Claim Number: 6123<br>Claim Date: 11/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,443.16 |
|---|---|---|

---

| LLOYD, MARK W.<br>291 FIRE TOWER DR.<br>ROUGEMONT, NC 27572 | Claim Number: 6124<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $59,400.00 |
|---|---|---|

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6125<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4854 |
|---|---|

| UNSECURED | Claimed: | $648,684.56 |
|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ANDREW TELECOMMUNICATIONS PR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6126-01<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Amends claim 4850 and 4851 |
|---|---|

| UNSECURED | Claimed: | $2,218.00 |
|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ANDREW TELECOMMUNICATIONS PR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6126-02<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Amends claim 4850 and 4851.  Paid and not entitled to any additional |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,130.00 |
|---|---|---|

---

| ANDREW TELECOMMUNICATIONS PRODUCTS<br>TY. E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 N. TRYON ST., SUITE 1900<br>CHARLOTTE, NC 28246 | Claim Number: 6127<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,130.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6128<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4853 |
|---|---|

| UNSECURED | Claimed: | $24,893.05 |
|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ANDREW LLC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6129-01<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Amends claim 4848 and 4849 |
|---|---|

| PRIORITY | Claimed: | $1,575.00 |
|---|---|---|
| UNSECURED | Claimed: | $810.00 |

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ANDREW LLC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6129-02<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Amends claim 4848 and 4849 |
|---|---|

| PRIORITY | Claimed: | $675.00 |
|---|---|---|

---

| ANDREW LLC<br>TY E. SHAFFER, ESQ.<br>C/O ROBINSON, BRADSHAW & HINSON, PA<br>101 N. TRYON ST., SUITE 1900<br>CHARLOTTE, NC 28246 | Claim Number: 6130<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,250.00 |
|---|---|---|

---

| CASON, TAMMY L.<br>10442 COLLINGHAM DR.<br>FAIRFAX, VA 22032 | Claim Number: 6131<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $30,049.26 |
|---|---|---|

---

| CASON, TAMMY<br>10442 COLLINGHAM DRIVE<br>FAIRFAX, VA 22032 | Claim Number: 6132<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,049.26 |
|---|---|---|

---

| SCOTT, RACHEL B<br>3321 EZELL ROAD<br>NASHVILLE, TN 37211 | Claim Number: 6133<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>157.95 MONTHLY |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

D'SOUZA, RUSSEL
425 GRANT AVE.
APT 32
PALO ALTO, CA 94306

Claim Number: 6134
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $11,948.67 |
|---|---|---|

---

DOVER MASTER FUND II, L.P.
TRANSFEROR: ACS CABLE SYSTEMS, INC.
C/O LONGACRE MANAGEMENT, LLC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 6135
Claim Date: 11/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 5087 (03/09/2011)

| ADMINISTRATIVE UNSECURED | Claimed: | $8,410,111.00   UNLIQ |
|---|---|---|

---

LEONARD, RUSSELL
1304 BLOSSOM LANE
FARMINGTON, MO 63640

Claim Number: 6136
Claim Date: 11/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 8285 (08/22/2012)

| PRIORITY | Claimed: | $19,260.22 |
|---|---|---|

---

LINEX TECHNOLOGIES, INC.
C/O KENNETH R. HARTMANN, ESQ.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 PONCE DE LEON, 9TH FLOOR
CORAL GABLES, FL 33134

Claim Number: 6137
Claim Date: 11/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 8887 (11/06/2012)

| UNSECURED | Claimed: | $3,500,000.00   UNLIQ |
|---|---|---|

---

FISHMAN, ROBERT
PO BOX 4
1380 GRAND VIEW LODGE RD.
PLYMOUTH, VT 05056

Claim Number: 6138
Claim Date: 11/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7717
Amends claim 1680

| UNSECURED | Claimed: | $2,000,000.00   UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

TURNER, BRAD
1793 BALTIMORE DR
ALLEN, TX 75002-2679

Claim Number: 6139
Claim Date: 11/19/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim number 1513 from 7/10/2009

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BEAN, JACINTHA
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6140
Claim Date: 11/19/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $44,528.55 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KROLL ONTRACK INC.<br>ATTN: TAMMY DUNLAP<br>9023 COLUMBINE ROAD<br>EDEN PRAIRIE, MN 55347 | Claim Number: 6141<br>Claim Date: 11/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| --- | --- | --- | --- |
| UNSECURED          Claimed: | $53,660.45 | Scheduled: | $30,215.45 |

| DEPARTMENT OF THE TREASURY - IRS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 6142<br>Claim Date: 11/19/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: WITHDRAWN | | |
| --- | --- | --- | --- |
| UNSECURED          Claimed: | $0.00 | | |

| CABLEVISION LIGHTPATH INC<br>PO BOX 360111<br>PITTSBURGH, PA 15251-6111 | Claim Number: 6143<br>Claim Date: 11/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- |
| UNSECURED          Claimed: | $1,187.24 | Scheduled: | $2,622.40 |

| HUNT, SHIRLEY<br>427 MASSACHUSETTS AVE<br>ST. CLOUD, FL 34769 | Claim Number: 6144<br>Claim Date: 11/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| --- | --- | --- | --- |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $9,807.69 | | |

| HUNT, SHIRLEY<br>427 MASSACHUSETTS AVE<br>ST. CLOUD, FL 34769 | Claim Number: 6145<br>Claim Date: 11/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| --- | --- | --- | --- |
| ADMINISTRATIVE          Claimed: | $9,807.69 | | |

| ATT MOBILITY LLC<br>C/O B-LINE, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | Claim Number: 6146<br>Claim Date: 11/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- |
| UNSECURED          Claimed: | $13.91 | | |

| HYDRO ONE TELECOM INC.<br>65 KELFIELD STREET<br>REXDALE, ON M9W 5A3<br>CANADA | Claim Number: 6147<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| --- | --- | --- | --- |
| UNSECURED          Claimed: | $5,829.34 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FUTURE TELECOM, INC.<br>PO BOX 852728<br>MESQUITE, TX 75185 | Claim Number: 6148<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|
| ADMINISTRATIVE          Claimed: | $10,864.57 |

| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: FUTURE TELECOM INC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 6149<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|
| UNSECURED          Claimed: | $10,864.57 |

| BELUM, VIKRAM<br>9735 SUMAC ROAD #111<br>DES PLAINES, IL 60016 | Claim Number: 6150<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $21,791.28 |

| PHILLIPS, SUSAN<br>6205 PARKHILL DR.<br>ALEXANDRIA, VA 22312 | Claim Number: 6151<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $46,904.64 |

| PARRI, SAM<br>4613 DALROCK DR.<br>PLANO, TX 75204 | Claim Number: 6152<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed: | $40,000.00 |

| REMFRY & SAGAR<br>ATTORNEYS AT LAW<br>REMFRY HOUSE AT THE MILLENNIUM PLAZA<br>SECTOR - 27, GURGAON - 122 002<br>NEW DELHI,<br>INDIA | Claim Number: 6153<br>Claim Date: 11/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|
| UNSECURED          Claimed: | $1,729.00 |

| GOLDBERG, CHARLOTTE<br>1011 STONE PORT LANE<br>ALLEN, TX 75002 | Claim Number: 6154<br>Claim Date: 11/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed: | $43,967.60 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| MECHATRONIC LTD<br>88 DIGENI AKRITA AVENUE<br>NICOSIA, CY 1061<br>CYPRUS | | Claim Number: 6155<br>Claim Date: 11/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $37,800.00 | | |
| PAPROCKI, GERALD<br>110 SILVER FOX CT<br>CARY, NC 27511 | | Claim Number: 6156<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $13,973.10 | Scheduled: | $24,923.08 |
| HSIEH, YA-CHEN<br>1765 HAMILTON AVE<br>PALO ALTO, CA 94303 | | Claim Number: 6157<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $37,400.00 | | |
| LEE, TIMOTHY<br>710 WAKEHURST DR<br>CARY, NC 27519 | | Claim Number: 6158<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $69,262.00 | | |
| REYNOSO, BETH<br>4125 GLENBROOK DR.<br>RICHARDSON, TX 75082 | | Claim Number: 6159<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $57,463.00 | | |
| RICHARDS, CHRISTINA<br>3935 WYCLIFF AVE<br>DALLAS, TX 75219 | | Claim Number: 6160<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| RICHARDS, CHRISTINA<br>3935 WYCLIFF AVE<br>DALLAS, TX 75219 | | Claim Number: 6161<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $82,500.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DODD, ANNA
1310 CORELAND DR. APT 219
MADISON, TN 37115

Claim Number: 6162
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $35,000.00 |
| --- | --- | --- |

---

DODD, ANNA
1310 CORELAND DRIVE
APT 219
MADISON, TN 37115

Claim Number: 6163
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $35,000.00 |
| --- | --- | --- |

---

THOMAS, JOHN G.
3101 PECAN MEADOW DR.
GARLAND, TX 75040

Claim Number: 6164
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $55,350.91 |
| --- | --- | --- |

---

SCHWEITZER, TIM
6630 LANCASTER LANE
MAPLE GROVE, MN 55369-6259

Claim Number: 6165
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $45,917.00 |
| --- | --- | --- |

---

TELE COMMUNICATION CONTRACTOR
VIA PORRAS NO. 65 SAN FRANCISCO
PANAMA,
PANAMA

Claim Number: 6166
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $4,866.00 |
| --- | --- | --- |

---

TELE COMMUNICATION CONTRACTOR S A
VIA PORRAS NO. 65 SAN FRANCISCO
PANAMA,
PANAMA

Claim Number: 6167
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| ADMINISTRATIVE | Claimed: | $4,866.00 |
| --- | --- | --- |

---

TELE COMMUNICATION CONTRACTOR
VIA PORRAS NO. 65 SAN FRANCISCO
PANAMA,
PANAMA

Claim Number: 6168
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $7,211.19 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| TELE COMMUNICATION CONTRACTOR S A<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA,<br>PANAMA | Claim Number: 6169<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE          Claimed: | $7,211.19 | |
| TELE COMMUNICATION CONTRACTOR<br>VIA PORRAS NO. 65, SAN FRANCISCO- PANAMA<br>PANAMA,<br>PANAMA | Claim Number: 6170<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | |
| UNSECURED          Claimed: | $1,020.00 | |
| TELE COMMUNICATION CONTRACTOR S A<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA,<br>PANAMA | Claim Number: 6171<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE          Claimed: | $1,020.00 | |
| ROTH, JOHN A.<br>993673 MONO-ADJALA TOWN LINE<br>ORANGEVILLE, ON L9W 2Z2<br>CANADA | Claim Number: 6172<br>Claim Date: 12/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | |
| UNSECURED          Claimed: | $1,000,000,000.00   UNLIQ | |
| BENNETT, PATRICIA<br>57 FERNWOOD AVE.<br>OAKDALE, NY 11769 | Claim Number: 6173<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $15,552.01 | |
| NGUYEN, TAN<br>3809 HIBBS ST<br>PLANO, TX 75025 | Claim Number: 6174<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | |
| ADMINISTRATIVE          Claimed: | $10,871.00 | |
| NGUYEN, TAN<br>3809 HIBBS STREET<br>PLANO, TX 75025 | Claim Number: 6175<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | |
| PRIORITY          Claimed:<br>UNSECURED | $10,871.00<br>          Scheduled: | $10,389.77 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| JAMPANA, SRINIVASA<br>859 DEERFIELD RD<br>ALLEN, TX 75013 | | Claim Number: 6176<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,525.00 | | |
| PYLE, MARK<br>3918 COMPTON DR<br>RICHARDSON, TX 75082 | | Claim Number: 6177<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $104,551.67 | | |
| BENNETT, PATRICIA<br>57 FERNWOOD AVE.<br>OAKDALE, NY 11769 | | Claim Number: 6178<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| ADMINISTRATIVE | Claimed: | $15,552.01 | | |
| BENNETT, PATRICIA M<br>57 FERNWOOD AVENUE<br>OAKDALE, NY 11769 | | Claim Number: 6179<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $15,552.01 | | |
| LEXISNEXIS, A DIV OF REED ELSEVIER INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 6180<br>Claim Date: 11/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $898.50 | | |
| FINISAR CORPORATION<br>1389 MOFFETT PARK DRIVE<br>SUNNYVALE, CA 94089 | | Claim Number: 6181<br>Claim Date: 11/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | | |
| UNSECURED | Claimed: | $167,016.00 | Scheduled: | $85,664.00 |
| WARING, JAMES R<br>41 SHALLOW STREAM ROAD<br>CARMEL, NY 10512 | | Claim Number: 6182<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| WARING, JAMES<br>41 SHALLOW STREAM ROAD<br>CARMEL, NY 10512 | Claim Number: 6183<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,194.22 | Scheduled: | $15,194.58 |

| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | Claim Number: 6184<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | Claim Number: 6185<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,000.00 |

| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | Claim Number: 6186<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $125,000.00 |

| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | Claim Number: 6187<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $125,000.00 |

| MCGRIL, JAMES<br>775 GATEWAY DR SE APT 916<br>LEESBURG, VA 20175-4041 | Claim Number: 6188<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | |
|---|---|---|
| PRIORITY | Claimed: | $12,227.44 |

| MCGRIL, JAMES P.<br>775 GATEWAY DR SE APT 916<br>LEESBURG, VA 20175-4041 | Claim Number: 6189<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |

Epiq Bankruptcy Solutions, LLC

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HAYSSEN, CARL III<br>6 WINCHESTER DR<br>ANDOVER, MA 01810 | Claim Number: 6190<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $46,615.36 |
|---|---|---|

| SCHOLNICK, DAVID<br>4 PICKWICK ROAD<br>MARBLEHEAD, MA 01945 | Claim Number: 6191<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $20,000.00 |
|---|---|---|

| MICHAEL, CHRISTINA<br>4372 PACES POINT CIR SE<br>SMYRNA, GA 30080 | Claim Number: 6192<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $24,132.45 |
|---|---|---|

| NGUYEN, CANH TAN<br>2026 CAMPERDOWN WAY<br>SAN JOSE, CA 95121 | Claim Number: 6193<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,929.00 |
|---|---|---|

| HARWERTH, MIKE<br>3251 12TH AVENUE<br>ANOKA, MN 55303 | Claim Number: 6194<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $52,185.60 |
|---|---|---|

| COHEN, IRIS IRLANDA<br>7761 S.W. 182 TERRACE<br>PALMETTO BAY, FL 33157 | Claim Number: 6195<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $37,299.51 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| UNITED PARCEL SERVICE<br>P.O. BOX 2127 CRO<br>HALIFAX, NS B3J 3B7<br>CANADA | Claim Number: 6196<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $5,675.59 |
|---|---|---|

---

| AMREP VENDOR INSPECTION SERVICE PTE<br>10031 PINES BOULEVARD, SUITE 213<br>PEMBROKE PINES, FL 33024 | Claim Number: 6197<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,260.00 |

---

| AMREP<br>AMREP VENDOR INSPECTION SERVICE PTE LTD<br>10031 PINES BOULEVARD<br>PEMBROKE PINES, FL 33024 | Claim Number: 6198<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,260.00 | Scheduled: | $700.00 |

---

| AMREP VENDOR INSPECTION SERVICE PTE LTD.<br>10031 PINES BOULEVARD<br>STE. 213<br>PEMBROKE PINES, FL 33024 | Claim Number: 6199<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,260.00 |
|---|---|---|

---

| MCCRAY, MICHAEL<br>40080 E. 88TH AVENUE<br>BENNETT, CO 80102 | Claim Number: 6200<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MCCRAY, MICHAEL<br>40080 EAST 88TH AVE<br>BENNETT, CO 80102 | Claim Number: 6201<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $20,000.00 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ALVAREZ, EDUARDO E.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6202<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ALVAREZ, EDUARDO
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6203
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,979.26 | | |
| UNSECURED | Claimed: | $32,690.74 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LERNER, MARK S
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6204
Claim Date: 12/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68,580.04 | | |

---

SELCHOW, DON
17385 142ND ST.
HAMBURG, MN 55339

Claim Number: 6205
Claim Date: 12/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE PRIORITY | | | | |
| UNSECURED | Claimed: | $63,084.00 | | |

---

VAN TASSEL, DIANE
PO BOX 1249
PITTSBORO, NC 27312-1249

Claim Number: 6206
Claim Date: 12/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,486.76 | | |
| UNSECURED | Claimed: | $49,216.16 | Scheduled: | $59,176.84 |

---

BIERSBACH, MELISSA
6901 DELAMATER RD.
DERBY, NY 14047

Claim Number: 6207
Claim Date: 12/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE PRIORITY | | | | |
| UNSECURED | Claimed: | $24,712.00 | | |

---

SUBBIAH, KANNAN
7375 ROLLINGDELL DRIVE, #92
APT 92
CUPERTINO, CA 95014

Claim Number: 6208
Claim Date: 12/10/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $38,453.74 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SCHIAVONE, CAROL<br>37 HOLDEN RD<br>SHIRLEY, MA 01464 | | Claim Number: 6209<br>Claim Date: 12/10/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $22,453.93 |
| BINNING, PAVITER SINGH<br>5945 AIRPORT ROAD<br>SUITE 360<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 6210<br>Claim Date: 12/11/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| DOOLITTLE, JOHN MARSHALL<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M 2L7<br>CANADA | | Claim Number: 6211<br>Claim Date: 12/11/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| BINNING, PAVITER SINGH<br>5945 AIRPORT ROAD<br>SUITE 360<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 6212<br>Claim Date: 12/11/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| MCCAIN, JOSEPH<br>3762 DOVE CREEK<br>CELINA, TX 75009 | | Claim Number: 6213<br>Claim Date: 12/11/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $5,869.41 |
| LEONPACHER, PATRICK<br>324 GRAND OAKS DR.<br>NICEVILLE, FL 32578 | | Claim Number: 6214<br>Claim Date: 12/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $25,629.69 |
| STRONG, CHRISTINA<br>3912 OAK PARK RD<br>RALEIGH, NC 27612 | | Claim Number: 6215<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| ADMINISTRATIVE | Claimed: | $14,519.64 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

STRONG, CHRISTINA
3912 OAK PARK ROAD
RALEIGH, NC 27612

Claim Number: 6216
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $14,519.64 |
|---|---|---|

WALCHLI, GARY
7205 SILVER LODE LN
SAN JOSE, CA 95120

Claim Number: 6217
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,930.71 |
|---|---|---|

BRUNER, JOHN
3401 HORSESHOE BEND
RALEIGH, NC 27613

Claim Number: 6218
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $47,094.01 |
|---|---|---|

BRUNER, JOHN
3401 HORSESHOE BEND
RALEIGH, NC 27613

Claim Number: 6219
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $47,094.01 |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $47,094.01 |

DANE, EUGENE
1505 ELM ST
#1101
DALLAS, TX 75201

Claim Number: 6220
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $75,073.58 |
|---|---|---|

DANE, EUGENE
1505 ELM ST
#1101
DALLAS, TX 75201

Claim Number: 6221
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $75,073.58 |
|---|---|---|

DOOLITTLE, JOHN M
1284 FIELDCREST LANE
OAKVILLE, ON L6M 2L7
CANADA

Claim Number: 6222
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GARINGER, GAIL<br>501 RINGLEAF COURT<br>CARY, NC 27513 | | Claim Number: 6223<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $270,085.00 | | |

---

| DAY, MEGHAN<br>847 BRYAN STREET<br>RALEIGH, NC 27605 | | Claim Number: 6224<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $94,714.50 | | |

---

| TONTIRUTTANANON, CHANNARONG<br>280 W RENNER RD<br>APT 4324<br>RICHARDSON, TX 75080 | | Claim Number: 6225<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,799.34   UNLIQ | | |

---

| COOPER, CHARLES<br>5064 NE BELLVILLE RD<br>PINETTA, FL 32350 | | Claim Number: 6226<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76,022.30 | Scheduled: | $24,587.12 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COOPER, CHARLES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6226-01<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,145.54 | | |

---

| COOPER, CHARLES ALLEN<br>5064 NE BELLVILLE RD<br>PINETTA, FL 32350 | | Claim Number: 6227<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $97,167.84 | | |

---

| MORRISSEY, KEVIN<br>369 MAIN ST.<br>LEOMINSTER, MA 01453 | | Claim Number: 6228<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $11,103.48 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| OZMEN, SALIH SINAN<br>5 WINTHROP CT<br>DURHAM, NC 27707 | | Claim Number: 6229<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $80,000.00 | | | |
| WOOD, ROBERT G.<br>9 HORACE COURT<br>NEPEAN, ON K2J 3C6<br>CANADA | | Claim Number: 6230<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7965 (06/22/2012) | | | |
| UNSECURED | Claimed: | $112,052.11 | | | |
| GALLAGHER, DAVID<br>3809 BOSTWYCK DR<br>FUQUAY VARINA, NC 27526 | | Claim Number: 6231<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| UNSECURED | Claimed: | $23,545.00 | Scheduled: | $24,014.70 | |
| ROONEY, PATRICIA R<br>4075 CALAROGA DR<br>WEST LINN, OR 97068 | | Claim Number: 6232<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $31,077.00 | | | |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6233<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $1,407,676.58 | | | |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6234<br>Claim Date: 12/14/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $1,407,676.58 | | | |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6235<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $1,407,676.58 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6236
Claim Date: 12/14/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6237
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS HPOCS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6238
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6239
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6240
Claim Date: 12/14/2009
Debtor: CORETEK, INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6241
Claim Date: 12/14/2009
Debtor: QTERA CORPORATION

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6242
Claim Date: 12/14/2009
Debtor: SONOMA SYSTEMS

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6243
Claim Date: 12/14/2009
Debtor: XROS, INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6244
Claim Date: 12/14/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6245
Claim Date: 12/14/2009
Debtor: NORTEL ALTSYSTEMS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6246
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

WENDT, DIETMAR
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 6247
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KLEIN, JARED M.
8740 CYPRESS GROVE RUN
RALEIGH, NC 27612

Claim Number: 6248
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,780.00 |

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6249
Claim Date: 12/15/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6250
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6251
Claim Date: 12/15/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6252
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6253
Claim Date: 12/15/2009
Debtor: SONOMA SYSTEMS

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6254
Claim Date: 12/15/2009
Debtor: QTERA CORPORATION

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6255
Claim Date: 12/15/2009
Debtor: CORETEK, INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6256
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6257
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6258
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6259
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6260
Claim Date: 12/15/2009
Debtor: NORTEL ALTSYSTEMS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6261<br>Claim Date: 12/15/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6262<br>Claim Date: 12/15/2009<br>Debtor: XROS, INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6263<br>Claim Date: 12/15/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6264<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6265<br>Claim Date: 12/15/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6266<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6267
Claim Date: 12/15/2009
Debtor: CORETEK, INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |

---

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6268
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |

---

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6269
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |

---

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6270
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS HPOCS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |

---

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6271
Claim Date: 12/15/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |

---

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6272
Claim Date: 12/15/2009
Debtor: XROS, INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6273
Claim Date: 12/15/2009
Debtor: SONOMA SYSTEMS

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6274
Claim Date: 12/15/2009
Debtor: QTERA CORPORATION

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6275
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6276
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

FLAHERTY, LAUREN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE ST STE 400
WILMINGTON, DE 19801

Claim Number: 6277
Claim Date: 12/15/2009
Debtor: NORTEL ALTSYSTEMS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

WELSH, KELLY
32 VICTORIA RD
NORTH BABYLON, NY 11703

Claim Number: 6278
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $26,296.94   UNLIQ |
|---|---|---|

---

REED, CHRISTOPHER
2608 N. MAIN STE B #146
BELTON, TX 76513

Claim Number: 6279
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,121.91 | Scheduled: | $17,715.50 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ALLEN, SHAWN
4618 HANNAFORD DR
TOLEDO, OH 43623

Claim Number: 6280
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $23,691.53 |
|----------|----------|------------|

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6281
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS HPOCS INC.

| PRIORITY | Claimed: | $10,950.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $1,236,195.60 |

WELLS, ERICA
3107 KINGSBROOK DR.
WYLIE, TX 75098

Claim Number: 6282
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $30,325.13 |
|----------|----------|------------|

WELLS, ERICA L
3107 KINGSBROOK DR
WYLIE, TX 75098

Claim Number: 6283
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| ADMINISTRATIVE | Claimed: | $30,325.13 |
|----------------|----------|------------|

KIEFER, LOIS
3858 S HANNIBAL ST
AURORA, CO 80013

Claim Number: 6284
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $27,875.00 |
|-----------|----------|------------|

GRIGG, THOMAS JR
3724 WOODLAWN CT
BUFORD, GA 30519-4616

Claim Number: 6285
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,665.03 |
|-----------|----------|------------|

DAVIES, GORDON ALLAN
1039 CEDAR ROAD BLVD
OAKVILLE, ON L6J 2C2
CANADA

Claim Number: 6286
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MOSS, CAROLYN H<br>4631 MEADOW CLUB DR.<br>SUWANEE, GA 30024 | | Claim Number: 6287<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,904.73 |

| MOSS, CAROLYN H.<br>4631 MEADOW CLUB DR.<br>SUWANEE, GA 30024 | | Claim Number: 6288<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| PRIORITY | Claimed: | $6,904.73 |

| SUNSET LAND CO., LLC<br>C/O EDWARD J. TREDINNICK, ESQ.<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH<br>LLP., FOUR EMBARCADERO CENTER, 40TH FL<br>SAN FRANCISCO, CA 94111 | | Claim Number: 6289<br>Claim Date: 12/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $11,570.99 |
| UNSECURED | Claimed: | $1,074,454.00 |

| GENCARELLI, LOUIS A<br>6 STRATTON DRIVE<br>WESTBOROUGH, MA 01581 | | Claim Number: 6290<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $26,221.86 |

| WB CLAIMS HOLDING - NORTEL, LLC<br>TRANSFEROR: CRT SPECIAL INVESTMENTS LLC<br>C/O WHITEBOX ADVISORS, LLC<br>3033 EXCELSIOR BLVD., SUITE 300<br>MINNEAPOLIS, MN 55416-4675 | | Claim Number: 6291<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 5653 |
|---|---|---|
| UNSECURED | Claimed: | $5,153,641.53 |

| CANTWELL, JAMES J SR<br>2524 HEATH PLACE<br>RESTON, VA 20191 | | Claim Number: 6292<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| CANTWELL, JAMES J SR<br>2524 HEATH PLACE<br>RESTON, VA 20191 | | Claim Number: 6293<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: POSSIBLY AMENDED BY 8356 |
|---|---|---|
| PRIORITY | Claimed: | $160,981.79 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CANTWELL, JAMES J JR<br>2524 HEATH PL<br>RESTON, VA 20191 | | Claim Number: 6294<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $70,000.00 |
| CANTWELL, JAMES J JR<br>2524 HEATH PL<br>RESTON, VA 20191 | | Claim Number: 6295<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 6296<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) |
| ADMINISTRATIVE | Claimed: | $778,707.77 |
| UNSECURED | Claimed: | $4,480,804.80 |
| ADMINISTRATIVE | Claimed: | $778,707.77 |
| UNSECURED | Claimed: | $4,480,804.80 |
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 6297<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) |
| ADMINISTRATIVE | Claimed: | $778,707.77 |
| UNSECURED | Claimed: | $4,480,804.80 |
| BTS USA INC<br>300 FIRST STAMFORD PLACE, 4TH FLOOR<br>STAMFORD, CT 06902 | | Claim Number: 6298<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $3,110.00 |
| BTS USA, INC.<br>300 FIRST STAMFORD PLACE 4TH FLOOR<br>STAMFORD, CT 06902 | | Claim Number: 6299<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
| ADMINISTRATIVE | Claimed: | $3,110.00 |
| WB CLAIMS HOLDING - NORTEL, LLC<br>TRANSFEROR: UNITED STATES DEBT RECOVERY<br>C/O WHITEBOX ADVISORS, LLC<br>3033 EXCELSIOR BLVD., SUITE 300<br>MINNEAPOLIS, MN 55416-4675 | | Claim Number: 6300<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
| UNSECURED | Claimed: | $619,250.55 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DENAPOLI, DAVID W.
2140 WHITE BIRCH DR
YORKTOWN HEIGHT, NY 10598

Claim Number: 6301
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,862.00 |

DENAPOLI, DAVID
2140 WHITE BIRCH DR
YORKTOWN HEIGHTS, NY 10598

Claim Number: 6302
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,862.00 |

CHIAMVIMONVAT, PATRA
815 RIVERSIDE DRIVE
LOS ALTOS, CA 94024

Claim Number: 6303
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $72,271.20 |

BRACE, L STEPHEN
76 METROPOLITAN AVE
ASHLAND, MA 01721

Claim Number: 6304
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $6,326.38 |

PIERRET, MARK
147 CLARENDON CIRCLE
FRANKLIN, TN 37069

Claim Number: 6305
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $57,931.25 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
PO BOX 9564
BOSTON, MA 02114-9564

Claim Number: 6306
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $39,209.50 |
| UNSECURED | Claimed: | $10,054.68 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BLACKLEY, KAREN
3165 TOM HUNT RD.
OXFORD, NC 27565

Claim Number: 6307
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $51,694.82 |
|---|---|---|

EIGENLIGHT CORPORATION
30 CENTRE RD. UNIT 6
SOMERSWORTH, NH 03878

Claim Number: 6308
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 6190 (08/10/2011)

---

| ADMINISTRATIVE | Claimed: | $204,138.00 |
|---|---|---|

EIGENLIGHT CORP
30 CENTRE ROAD
SOMERSWORTH, NH 03878-2900

Claim Number: 6309
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 6190 (08/10/2011)

---

| UNSECURED | Claimed: | $204,138.00 |
|---|---|---|

BLANKENSHIP, STEPHANIE
1530 VIA CAMPO AUREO
SAN JOSE, CA 95120

Claim Number: 6310
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $3,529.40 |
|---|---|---|

BLANKENSHIP, STEPHANIE
1530 VIA CAMPO AUREO
SAN JOSE, CA 95120

Claim Number: 6311
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $3,529.40 |
|---|---|---|

BOLAND, THOMAS
11651 SW 140TH LOOP
DUNNELLON, FL 34432

Claim Number: 6312
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| ADMINISTRATIVE | Claimed: | $2,976.22 |
|---|---|---|

BOLAND, THOMAS L
11651 SOUTHWEST 140TH LOOP
DUNNELLON, FL 34432

Claim Number: 6313
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| PRIORITY | Claimed: | $2,976.22 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HALLORAN, ROBERT J<br>2 COLE ST<br>SALEM, NH 03079 | Claim Number: 6314<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CITIZEN BANK<br>2 COLE ST.<br>SALEM, NH 03079 | Claim Number: 6315<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $122,000.00 |
|---|---|---|

| SPIRIDE, GHEORGHE<br>3604 NEIMAN RD.<br>PLANO, TX 75025 | Claim Number: 6316<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,649.00 |
|---|---|---|

| GUBBINS, ANDRES<br>495 BRICKELL AVE APT 421<br>MIAMI, FL 33131-2771 | Claim Number: 6317<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $247,449.14 |
|---|---|---|

| GUBBINS, ANDRES<br>495 BRICKELL AVE., APT. 421<br>MIAMI, FL 33131 | Claim Number: 6318<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $29,224.59 |
|---|---|---|

| DICKERSON JR, PAUL<br>2015 DIMMOCK'S MILL<br>HILLSBOROUGH, NC 27278 | Claim Number: 6319<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $53,999.92 |
|---|---|---|

| WILSON, BOBBY<br>BOBBY WILSON ELECTRIC CO INC.<br>2 HIGHCROSS COURT<br>RALEIGH, NC 27613 | Claim Number: 6320<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $1,479.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JAMESON, JEFF<br>7022 S. 30TH STREET<br>PHOENIX, AZ 85042 | | Claim Number: 6321<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $40,800.00 |

---

| HELMS, JAMES<br>5018 WINEBERRY DR<br>DURHAM, NC 27713 | | Claim Number: 6322<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $46,950.00 |

---

| WESTWOOD, SCOTT<br>1017 E. FERRELL RD<br>APEX, NC 27523-7585 | | Claim Number: 6323<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $37,202.61 |

---

| BALDWIN, ROBERT SHAW<br>970 VILLAGE GREEN DRIVE, #424F<br>ALLEN, TX 75013 | | Claim Number: 6324<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $18,923.00 |

---

| SOROKA, STEPHEN<br>9 MARGARET LANE<br>BILLERICA, MA 01821 | | Claim Number: 6325<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $59,012.00 |

---

| WALLIS, RONALD J.<br>838 PARKVIEW CIR.<br>ALLEN, TX 75002 | | Claim Number: 6326<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $50,232.00 |

---

| LANE, HENRY<br>8429 TWO COURTS DRIVE<br>RALEIGH, NC 27613-1037 | | Claim Number: 6327<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KINNEBREW, BILLY E.
988 DENNIS CIRCLE
IDAHO FALLS, ID 83401

Claim Number: 6328
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $862.00 |

---

TROY, CATHERINE E.
142 TREBLE COVE ROAD
BILLERICA, MA 01862

Claim Number: 6329
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,974.40 |

---

TROY, CATHERINE E.
142 TREBLE COVE ROAD
N. BILLERICA, MA 01862

Claim Number: 6330
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,974.40 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: VO, ANDY N.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6331
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,750.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: VO, ANDY N.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6332
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $23,750.00 |

---

SALIBI, CAMILLE
6811 N WOODRIDGE DR
PARKLAND, FL 33067

Claim Number: 6333
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $358,803.12 |

---

SALIBI, CAMILLE
6811 N WOODRIDGE DR
PARKLAND, FL 33067

Claim Number: 6334
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $358,803.12 |
| UNSECURED | Claimed: | $358,803.12 |
| TOTAL | Claimed: | $358,803.12 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| INFORMATION TODAY INC<br>143 OLD MARLTON PIKE<br>MEDFORD, NJ 08055-8750 | Claim Number: 6335<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,500.00 | | |
|---|---|---|---|---|

| ARGO PARTNERS, INC.<br>TRANSFEROR: INFORMATION TODAY INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 6336<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $4,500.00 | Scheduled: | $4,500.00 |
|---|---|---|---|---|

| SHIRALLIE, KAMYAR<br>5350 PEBBLETREE WAY<br>SAN JOSE, CA 95111 | Claim Number: 6337<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $19,000.00 | | |
|---|---|---|---|---|

| SHIRALLIE, KAMYAR<br>5350 PEBBLETREE WAY<br>SAN JOSE, CA 95111 | Claim Number: 6338<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $19,000.00 | | |
|---|---|---|---|---|

| SHIRALLIE, KAMYAR<br>5350 PEBBLETREE WAY<br>SAN JOSE, CA 95111 | Claim Number: 6339<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $19,000.00 | | |
|---|---|---|---|---|

| SHIRALLIE, KAMYAR<br>5350 PEBBLETREE WAY<br>SAN JOSE, CA 95111 | Claim Number: 6340<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $19,000.00 | | |
|---|---|---|---|---|

| TROY, CATHERINE E.<br>142 TREBLE COVE ROAD<br>N. BILLERICA, MA 01862 | Claim Number: 6341<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $19,974.40 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TROY, CATHERINE E.
142 TREBLE COVE ROAD
N. BILLERICA, MA 01862

Claim Number: 6342
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $19,974.40 |
|---|---|---|

MILSTEAD, JAMES D
558 EAST HEMLOCK ST
OXNARD, CA 93033

Claim Number: 6343
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

MILSTEAD, JAMES D
558 EAST HEMLOCK
OXNARD, CA 93033

Claim Number: 6344
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $43,200.00 |
|---|---|---|

TROY, CATHERINE E.
142 TREBLE COVE ROAD
N. BILLERICA, MA 01862

Claim Number: 6345
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $19,974.40 |
|---|---|---|

TROY, CATHERINE E.
142 TREBLE COVE ROAD
N. BILLERICA, MA 01862

Claim Number: 6346
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | Claimed: | $19,974.40 |
|---|---|---|

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 6347
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

SMITH, CONNIE L
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 6348
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $18,144.24 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SMITH, CONNIE<br>3544 INTERLAKEN DR<br>PLANO, TX 75075 | Claim Number: 6349<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| SMITH, CONNIE<br>3544 INTERLAKEN DR<br>PLANO, TX 75075 | Claim Number: 6350<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| UNSECURED | Claimed: | $18,144.24 |
|---|---|---|

| SMITH, CONNIE<br>3544 INTERLAKEN DR<br>PLANO, TX 75075 | Claim Number: 6351<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $18,144.24 |
|---|---|---|

| SMITH, CONNIE<br>3544 INTERLAKEN DR<br>PLANO, TX 75075 | Claim Number: 6352<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $18,144.24 |
|---|---|---|

| GRAY, STANLEY M<br>214 FOREST MEADOWS DR<br>MURPHYS, CA 95247 | Claim Number: 6353<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>506.27 per month for life |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| KINNEBREW, BILLY<br>988 DENNIS CIRCLE<br>IDAHO FALLS, ID 83401 | Claim Number: 6354<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $862.00 |
|---|---|---|

| HIRSCH, DUANE JOSEPH<br>130 OAK CURVE<br>BURNSVILLE, MN 55306-5505 | Claim Number: 6355<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $32,939.20 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HIRSCH, DUANE J.
130 OAK CURVE
BURNSVILLE, MN 55306

Claim Number: 6356
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $32,939.20 |

---

URBANSKI, TIMOTHY
4277 MONTREAUX AVE
MELBOURNE, FL 32934

Claim Number: 6357
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,000.00 |

---

URBANSKI, TIMOTHY M
4277 MONTREAUX AVE
MELBOURNE, FL 32934-8712

Claim Number: 6358
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,000.00 |

---

URBANSKI, TIMOTHY M
4277 MONTREAUX AVE
MELBOURNE, FL 32934-8712

Claim Number: 6359
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $24,000.00 |

---

URBANSKI, TIMOTHY M
4277 MONTREAUX AVE
MELBOURNE, FL 32934-8712

Claim Number: 6360
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,000.00 |

---

LOPEZ, RICARDO A
C5 CALLE 6
BAYAMON, PR 00959-8140

Claim Number: 6361
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,274.97 |

---

LOPEZ, RICARDO A
CALLE 6C-5 ALT DE FLAMBOYAN
BAYAMON, PR 00959

Claim Number: 6362
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $40,274.97 | | |
| UNSECURED | | | Scheduled: | $43,528.03 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HIRSCH, DUANE
130 OAK CURVE
BURNSVILLE, MN 55306-5515

Claim Number: 6363
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| UNSECURED | Claimed: | $184,411.03 |
|---|---|---|

HIRSCH, DUANE JOSEPH
130 OAK CURVE
BURNSVILLE, MN 55306-5505

Claim Number: 6364
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| ADMINISTRATIVE | Claimed: | $184,411.02 |
|---|---|---|

IRVINE COMPANY LLC, THE
FINLAYSON & WILLIAMS LLP
15615 ALTON PARKWAY, SUITE 250
IRVINE, CA 92618

Claim Number: 6365
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $587,436.37 |
|---|---|---|

NIMMALA, PREETI
4016 HEARTLIGHT CT
PLANO, TX 75024

Claim Number: 6366
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $25,913.46 |
|---|---|---|

JONNADA, NAVEEN
4016 HEARTHLIGHT CT
PLANO, TX 75024

Claim Number: 6367
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $21,992.38 |
|---|---|---|

WALKER, EILEEN A
1659 NE DAPHNE CT.
BEND, OR 97701

Claim Number: 6368
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

---

| UNSECURED | Claimed: | $81,640.44 |
|---|---|---|

SHARP, JOHN B III
2733 W AGATITE AVE
CHICAGO, IL 60625-3801

Claim Number: 6369
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
3,5280.00 per year for life.

---

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PANKOW, WALLACE<br>102 MASTER COURT<br>CARY, NC 27513-3311 | Claim Number: 6370<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $41,795.00 |
|---|---|---|

| ABBOTT, ROBERT<br>105 ANGLEPOINTE<br>HENDERSONVILLE, TN 37075 | Claim Number: 6371<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|

| ZEE MEDICAL SERVICE CO<br>1721 A JUNCTION AVENUE, PO BOX 610878<br>SAN JOSE, CA 95161-0878 | Claim Number: 6372<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| SLAGLE, MAXINE R<br>617 SANDPIPER LN SE<br>NEW PHILADELP, OH 44663 | Claim Number: 6373<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| DODD, ANNA<br>1310 CORELAND DRIVE<br>APT 219<br>MADISON, TN 37115 | Claim Number: 6374<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $35,000.00 |
|---|---|---|

| DODD, ANNA<br>1310 CORELAND DR. APT 219<br>MADISON, TN 37115 | Claim Number: 6375<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $35,000.00 |
|---|---|---|

| DODD, ANNA<br>1310 CORELAND DR. APT 219<br>MADISON, TN 37115 | Claim Number: 6376<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $35,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DODD, ANNA
1310 CORELAND DR. APT 219
MADISON, TN 37115

Claim Number: 6377
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| ADMINISTRATIVE | Claimed: | $35,000.00 |
|---|---|---|

EGGERS, RICHARD R
843 ELMIRA DR
SUNNYVALE, CA 94087

Claim Number: 6378
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| PRIORITY | Claimed: | $16,295.80 |
|---|---|---|

DIEU, CHUNG T
7301 ALLANS RIDGE LANE
FAIRVIEW, TN 37062

Claim Number: 6379
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

---

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

ABBOTT, ROBERT
105 ANGLEPOINTE
HENDERSONVILLE, TN 37075

Claim Number: 6380
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| UNSECURED | Claimed: | $10,950.00 |
|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 6381
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 2020

---

| UNSECURED | Claimed: | $3,187.50 |
|---|---|---|

NELSON, BILL
24 WESTCOTT DRIVE
HOPKINTON, MA 01748

Claim Number: 6382
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| PRIORITY | Claimed: | $809,813.30 |
|---|---|---|

NELSON, WILLIAM K
24 WESTCOTT DRIVE
HOPKINTON, MA 01748

Claim Number: 6383
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| PRIORITY | Claimed: | $809,813.30 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NELSON, WILLIAM K | Claim Number: 6384 |
| 24 WESTCOTT DRIVE | Claim Date: 12/23/2009 |
| HOPKINTON, MA 01748 | Debtor: NORTEL NETWORKS (CALA) INC. |

| PRIORITY | Claimed: | $809,813.30 |

---

| NELSON, WILLIAM K | Claim Number: 6385 |
| 24 WESTCOTT DRIVE | Claim Date: 12/23/2009 |
| HOPKINTON, MA 01748 | Debtor: NORTEL NETWORKS (CALA) INC. |

| ADMINISTRATIVE | Claimed: | $809,813.30 |

---

| NELSON, WILLIAM K | Claim Number: 6386 |
| 24 WESTCOTT DRIVE | Claim Date: 12/23/2009 |
| HOPKINTON, MA 01748 | Debtor: NORTEL NETWORKS (CALA) INC. |

| PRIORITY | Claimed: | $809,813.30 |

---

| ESALES MEDIA INC | Claim Number: 6387 |
| ATTN: FRED MERCADO | Claim Date: 12/23/2009 |
| 11257 NW 20TH DRIVE | Debtor: NORTEL NETWORKS (CALA) INC. |
| CORAL SPRINGS, FL 33071-5714 | Comments: EXPUNGED |
| | DOCKET: 5089 (03/09/2011) |

| ADMINISTRATIVE | Claimed: | $8,529.25 |

---

| ESALES MEDIA INC | Claim Number: 6388 |
| ATTN: FRED MERCADO | Claim Date: 12/23/2009 |
| 11257 NW 20TH DRIVE | Debtor: NORTEL NETWORKS (CALA) INC. |
| CORAL SPRINGS, FL 33071-5714 | |

| UNSECURED | Claimed: | $8,529.25 | Scheduled: | $16,529.25 |

---

| PERSECHINO, DINO | Claim Number: 6389 |
| 5 HAWTHORNE ROAD | Claim Date: 12/23/2009 |
| SHREWSBURY, MA 01545 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $81,980.77 |

---

| CHEUNG, PAULINUS | Claim Number: 6390 |
| 6605 MISTY HOLLOW DR | Claim Date: 12/23/2009 |
| PLANO, TX 75024 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $103,607.96 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PRO CONNECT TECHNOLOGY
PO BOX 852764
RICHARDSON, TX 75085

Claim Number: 6391
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| ADMINISTRATIVE | Claimed: | $5,373.88 |
|---|---|---|

PRO CONNECT TECHNOLOGY
P.O. BOX 852764
RICHARDSON, TX 75085

Claim Number: 6392
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $5,373.88 |
|---|---|---|

PRO CONNECT TECHNOLOGY
PO BOX 852764
RICHARDSON, TX 75085

Claim Number: 6393
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| ADMINISTRATIVE | Claimed: | $5,373.88 |
|---|---|---|

PRO CONNECT TECHNOLOGY
PO BOX 852764
RICHARDSON, TX 75085-2764

Claim Number: 6394
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $5,373.88 |
|---|---|---|

SIEMENS ENTERPRISE COMM INC
ATTN: JACQUELINE VALENZUELA
1001 YAMATO RD
BOCA RATON, FL 33431

Claim Number: 6395
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED

| ADMINISTRATIVE | Claimed: | $117,719.78 |
|---|---|---|

SIEMENS ENTERPRISE COMM INC
5500 BROKEN SOUND BLVD
BOCA RATON, FL 33487-3502

Claim Number: 6396
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $117,719.78 |
|---|---|---|

CARLIN SYSTEMS INC
31 FLOYDS RUN
BOHEMIA, NY 11716-2155

Claim Number: 6397
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $78,960.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CARLIN SYSTEMS INC<br>31 FLOYDS RUN<br>BOHEMIA, NY 11716 | | Claim Number: 6398<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $78,960.00 |

| NGUYEN, LAN<br>563 MAPLE AVE<br>MILPITAS, CA 95035 | | Claim Number: 6399<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $14,120.00 |

| PHIPPS, THOMAS<br>13573 W HOLLY STREET<br>GOODYEAR, AZ 85338 | | Claim Number: 6400<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,500.00 |

| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 6401<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8888 (11/06/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $778,707.77 |
| UNSECURED | | $4,169,155.29 |

| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 6402<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8888 (11/06/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $778,707.77 |
| UNSECURED | Claimed: | $4,169,155.29 |

| FOSTER, GREGORY<br>811 LAWRENCE DR<br>GILROY, CA 95020 | | Claim Number: 6403<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,285.00 |

| FOSTER, GREGORY<br>811 LAWRENCE DR<br>GILROY, CA 95020 | | Claim Number: 6404<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $49,285.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FOSTER, GREGORY<br>811 LAWRENCE DR<br>GILROY, CA 95020 | | Claim Number: 6405<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,285.00 |

---

| FOSTER, GREGORY<br>811 LAWRENCE DRIVE<br>GILROY, CA 95020 | | Claim Number: 6406<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $49,285.00 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LERNER, MARK S<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6407<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $68,580.04 |

---

| RECLAIM CANADA<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON M5J 2M4<br>CANADA | | Claim Number: 6408<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|---|
| UNSECURED | Claimed: | $16,346.45 |

---

| RECLAIM CANADA<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON M5J 2M4<br>CANADA | | Claim Number: 6409<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $16,346.45 |

---

| BORSTOCK, JAMES<br>3295 FIFTH STREET<br>OCEANSIDE, NY 11572 | | Claim Number: 6410<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $66,125.17 |

---

| BORSTOCK, JAMES<br>3295 FIFTH ST<br>OCEANSIDE, NY 11572 | | Claim Number: 6411<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $54,958.82 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BORSTOCK, JAMES<br>3295 FIFTH ST<br>OCEANSIDE, NY 11572 | | Claim Number: 6412<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $54,958.82 |
| KAO, WEN-HUA<br>9700 GILMAN DRIVE, PMB 162<br>LA JOLLA, CA 92093 | | Claim Number: 6413<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 8404 (09/05/2012) |
| ADMINISTRATIVE | Claimed: | $12,704.34 |
| KAO, WEN HUA<br>9700 GILMAN DRIVE, PMB 162<br>LA JOLLA, CA 92093 | | Claim Number: 6414<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 8404 (09/05/2012) |
| UNSECURED | Claimed: | $12,704.34 |
| LOEN, ERIK<br>1105 273RD PL SE<br>SAMMAMISH, WA 98075 | | Claim Number: 6415<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,229.62 |
| LOEN, ERIK R.<br>1105 273RD PL SE<br>SAMMAMISH, WA 98075 | | Claim Number: 6416<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 332 and 2255 |
| ADMINISTRATIVE | Claimed: | $10,229.62 |
| ZHOU, NIAN<br>7569 KIRWIN LN<br>CUPERTINO, CA 95014 | | Claim Number: 6417<br>Claim Date: 12/24/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $31,271.00 |
| ZHOU, NIAN<br>7569 KIRWIN LN<br>CUPERTINO, CA 95014 | | Claim Number: 6418<br>Claim Date: 12/24/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | Claimed: | $31,271.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MONGOLD, MARGOT DAVIS
12530 HIALEAH WAY
NORTH POTOMAC, MD 20878

Claim Number: 6419
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

---

ADMINISTRATIVE          Claimed:                    $0.00   UNDET

---

MONGOLD, MARGOT
12530 HIALEAH WAY
NORTH POTOMAC, MD 20878

Claim Number: 6420
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

---

UNSECURED               Claimed:                    $0.00   UNDET

---

SCHACHTEL INC DBA CTP SOLUTIONS
5236 COLODNY DRIVE SUITE 200
AGOURA HILLS, CA 91301-2692

Claim Number: 6421
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

---

UNSECURED               Claimed:                    $546.00          Scheduled:              $370.60

---

SCHACHTEL INC DBA CTP SOLUTIONS
5236 COLODNY DRIVE SUITE 200
AGOURA HILLS, CA 91301-2692

Claim Number: 6422
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

---

ADMINISTRATIVE          Claimed:                    $546.00

---

ALDHIZER, WILLIAM R
1619 OLD HUNDRED RD
MIDLOTHIAN, VA 23114

Claim Number: 6423
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

ADMINISTRATIVE          Claimed:                    $14,072.76

---

ALDHIZER, WILLIAM R
1619 OLD HUNDRED RD
MIDLOTHIAN, VA 23114

Claim Number: 6424
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

PRIORITY                Claimed:                    $14,072.76

---

ZEE MEDICAL SERVICE CO
1721 A JUNCTION AVENUE, PO BOX 610878
SAN JOSE, CA 95112-1010

Claim Number: 6425
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

---

ADMINISTRATIVE          Claimed:                    $0.00

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| EXPHIL CALIBRATION LABS INC<br>415 CENTRAL AVENUE<br>BOHEMIA, NY 11716 | Claim Number: 6426<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $410.60 |

| EXPHIL CALIBRATION LABS INC<br>415 CENTRAL AVENUE<br>BOHEMIA, NY 11716 | Claim Number: 6427<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $410.60 | Scheduled: | $54.31  DISP |

| NOVATIONS GROUP INC<br>10 GUEST STREET SUITE 300<br>BOSTON, MA 02135-2067 | Claim Number: 6428<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $2,130.00 |

| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV 89120 | Claim Number: 6429<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance |
|---|---|

| SECURED | Claimed: | $80,000.00 |
| UNSECURED | Claimed: | $80,000.00 |
| TOTAL | Claimed: | $80,000.00 |

| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV 89120 | Claim Number: 6430<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $80,000.00 |

| LITTLE, DONNA<br>PO BOX 1082<br>SPRINGFIELD, TN 37172 | Claim Number: 6431<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| LITTLE, DONNA M.<br>PO BOX 1082<br>SPRINGFIELD, TN 37172 | Claim Number: 6432<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6433
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $75,868.00 |
|---|---|---|

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6434
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $75,868.00 |
|---|---|---|

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6435
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $75,868.00 |
|---|---|---|

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6436
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $75,868.00 |
|---|---|---|

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6437
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $75,868.00 |
|---|---|---|
| UNSECURED | Claimed: | $75,868.00 |
| TOTAL | Claimed: | $75,868.00 |

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6438
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $75,868.00 | Scheduled: | $4,055.92 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75,868.00 | Scheduled: | $66,897.55 |
| TOTAL | Claimed: | $75,868.00 | | |

GALLARDO, FRANK
1034 MARGATE CT. UNIT C
STERLING, VA 20164

Claim Number: 6439
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 5499 (05/27/2011)

| PRIORITY | Claimed: | $9,614.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GERVITZ, GARY ALAN
36 CYPRESS COURT
TROPHY CLUB, TX 76262

Claim Number: 6440
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,001.42 |
| UNSECURED | Claimed: | $10,713.02 |

---

GERVITZ, GARY
36 CYPRESS CT.
TROPHY CLUB, TX 76262

Claim Number: 6441
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7432 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,001.42 | Scheduled: | $10,404.21 |
| UNSECURED | Claimed: | $10,713.02 | Scheduled: | $6,144.00 |

---

WONG, FREDDIE F
88 FRANCIS ST UNIT 1
WALTHAM, MA 02451-4366

Claim Number: 6442
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

WONG, FREDDIE F
88 FRANCIS ST UNIT 1
WALTHAM, MA 02451-4366

Claim Number: 6443
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

GALLARDO, FRANK
407 GAZELLE TRAIL
WINCHESTER, VA 22602

Claim Number: 6444
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,614.00 |

---

ROYER, MARTHA L.
11022 FERNALD AVE.
DALLAS, TX 75218

Claim Number: 6445
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,123.90 |

---

ROYER, MARTHA L.
11022 FERNALD AVE.
DALLAS, TX 75218

Claim Number: 6446
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,173.90 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | Claim Number: 6447<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,123.90 |
|---|---|---|

---

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | Claim Number: 6448<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $13,173.90 |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: CHAN, KA WAI<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6449<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $31,809.12 |
|---|---|---|

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: CHAN, KA WAI<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6450<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $31,809.12 |
|---|---|---|

---

| LATTA, THOMAS<br>6545 CHESBRO CIRCLE<br>RANCHO MURIETA, CA 95683 | Claim Number: 6451<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| LATTA, THOMAS<br>6545 CHESBRO CIRCLE<br>RANCHO MURIETA, CA 95683 | Claim Number: 6452<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| LI, MINQI<br>668 WATER OAK<br>PLANO, TX 75025 | Claim Number: 6453<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $32,269.57 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LI, MINQI
668 WATER OAK
PLANO, TX 75025

Claim Number: 6454
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | Claimed: | $32,269.57 |
|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: CHAN, KA WAI
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6455
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $31,809.12 |
|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: CHAN, KA WAI
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6456
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $31,809.12 |
|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: CHAN, KA WAI
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6457
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $31,809.12 |
|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: CHAN, KA WAI
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6458
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $31,809.12 |
|---|---|---|

---

ABELLO, BERNARDO R.
15 MORNINGSIDE DRIVE
CORAL GABLES, FL 33133

Claim Number: 6459
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $26,157.44 |
|---|---|---|

---

ABELLO, BERNARDO
15 MORNINGSIDE DR
CORAL GABLES, FL 33133

Claim Number: 6460
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $26,157.44 | Scheduled: | $3,219.19 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,938.98 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TORRES, CARMEN
PO BOX 3046
AMELIA CONT ST
CANTANO, PR 00936

Claim Number: 6461
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $1,260.00 |
|---|---|---|

---

CARMEN TORRES
PO BOX 3046
AMELIA CONT. ST
CATANO, 963
PUERTO RICO

Claim Number: 6462
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $1,260.00 |
|---|---|---|

---

MINCK, GARY
84 RICE PLANTERS WAY
GEORGETOWN, SC 29440

Claim Number: 6463
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

MINCK, GARY
84 RICE PLANTERS WAY
GEORGETOWN, SC 29440

Claim Number: 6464
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTH STATE COMMUNICATIONS
GINNY WALTER
LINWOOD FOSTER
111 N MAIN ST
HIGH POINT, NC 27261-2326

Claim Number: 6465
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $23.64 |
|---|---|---|

---

ULINE
2200 SOUTH LAKESIDE DR
WAUKEGAN, IL 60085-8361

Claim Number: 6466
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $27.45 | Scheduled: | $27.45 |
|---|---|---|---|---|

---

MCCRAY, MICHAEL
40080 EAST 88TH AVE
BENNETT, CO 80102

Claim Number: 6467
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $20,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CUNANAN, MARIO S
2659 GLEN FENTON WAY
SAN JOSE, CA 95148

Claim Number: 6468
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $32,936.00 |
|---|---|---|

---

RAY KERHAERT GARAGE INC
1396 RIDGE ROAD WEST
ROCHESTER, NY 14615

Claim Number: 6469
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $43.99 |
|---|---|---|

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 6470
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $42,456.00 |
|---|---|---|

---

KASHANIAN, ALI
3909 - NEVADA CT
MCKINNEY, TX 75070

Claim Number: 6471
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,048.08 |
|---|---|---|

---

MOSCA, MICHELE
115 CHATHAM FOREST DRIVE
PITTSBORO, NC 27312

Claim Number: 6472
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $1,923.06 |
|---|---|---|

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: CORN, DAVID
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 6473
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $85,280.00 |
|---|---|---|

---

CONLEY, EDWARD J
18942 PATTON DRIVE
CASTRO VALLEY, CA 94546

Claim Number: 6474
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $301.11 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM SIP, L.P.
TRANSFEROR: BUCKSER, RENAE
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6475
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $78,662.50 |
|---|---|---|

---

HUTCHISON, PEGGY L
316 MAPLE ST
APPLE RIVER, IL 61001-9704

Claim Number: 6476
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 6477
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $42,456.00 |
|---|---|---|

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 6478
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $42,456.00 | Scheduled: | $1,930.02 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $43,292.99 |

---

FLOYD, GREGORY
9742 WINGHAM DR
DALLAS, TX 75243-2321

Claim Number: 6479
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $674.00 |
|---|---|---|

---

NEWSOME, CHARLES E
11699 N.W NEWSOME RD
CLARKSVILLE, FL 32430-2633

Claim Number: 6480
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
366.78 per month plus 10,000 life insurance policy

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

KAO, FRANK
4219 LAVACA TRL
CARROLLTON, TX 75010

Claim Number: 6481
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $11,250.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GILL, GUY D<br>1015 LONSDALE COURT<br>ALPHARETTA, GA 30022 | Claim Number: 6482<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $124,243.86 | |
|---|---|---|---|

| TAN-ATICHAT, EDDIE<br>46879 CRAWFORD ST<br>FREMONT, CA 94539 | Claim Number: 6483<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $144,614.63 | |
|---|---|---|---|

| RUSSO, CHARLES J<br>1075 BAY RIDGE AVE<br>BROOKLYN, NY 11219-6010 | Claim Number: 6484<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $338,000.00 | |
|---|---|---|---|

| AUTOMATED OUTLET<br>708 VALLEY RIDGE CIRCLE<br>LEWISVILLE, TX 75057 | Claim Number: 6485<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $1,361.55 | |
|---|---|---|---|

| MEHROTRA, PRASHANT<br>215 QUEENS LN<br>MOUNTAINSIDE, NJ 07092 | Claim Number: 6486<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $18,691.12 | |
|---|---|---|---|
| UNSECURED | | Scheduled: | $14,490.16  UNLIQ |

| HART, CHERYL<br>5806 COX FARM ESTATE<br>PARKER, TX 75002 | Claim Number: 6487<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $42,000.00 | |
|---|---|---|---|

| FLANAGAN, THOMAS P<br>56 HAINAULT RD<br>FOXROCK<br>DUBLIN, 18<br>IRELAND | Claim Number: 6488<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |
|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| FLANAGAN, THOMAS P<br>56 HAINAULT RD<br>FOXROCK<br>DUBLIN, 18<br>IRELAND | | Claim Number: 6489<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $77,900.88 |

---

| | | |
|---|---|---|
| TAYLOR, ALAN K<br>15114 BUSWELL AVE<br>PORT CHARLOTTE, FL 33953 | | Claim Number: 6490<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET 8634 (10/03/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| TAYLOR, ALAN K<br>15114 BUSWELL AVE<br>PORT CHARLOTTE, FL 33953 | | Claim Number: 6491<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET 8634 (10/03/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| BOUDREAU, WILLIAM R<br>8149 STOCKHOLM ST<br>BROOKSVILLE, FL 34613 | | Claim Number: 6492<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $59,000.00 |

---

| | | |
|---|---|---|
| BOUDREAU, WILLIAM R<br>8149 STOCKHOLM ST<br>BROOKSVILLE, FL 34613 | | Claim Number: 6493<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $59,000.00 |

---

| | | |
|---|---|---|
| MCDANIEL, GLORETTA A<br>11211 PATTERSON DR<br>CLEARLAKE, CA 95422 | | Claim Number: 6494<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET 7620 (05/08/2012) |
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| MCDANIEL, GLORETTA A<br>11211 PATTERSON DR<br>CLEARLAKE, CA 95422 | | Claim Number: 6495<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET 7620 (05/08/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| FORTIS NETWORKS INC.<br>4108 E. AIRLANE<br>PHOENIX, AZ 85034 | | Claim Number: 6496<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
| UNSECURED | Claimed: | $0.00 |
| CHENMING USA INC.<br>30631 SAN ANTONIO ST.<br>HAYWARD, CA 94544 | | Claim Number: 6497<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $59,100.00 |
| CHENMING<br>CHENMING USA INC<br>30631 SAN ANTONIO STREET<br>HAYWARD, CA 94544-7103 | | Claim Number: 6498<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $59,100.00 |
| LUBBERS, THOMAS F<br>5607 GREEN CIRCLE DR<br>APT 1<br>MINNETONKA, MN 55343 | | Claim Number: 6499<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| LUBBERS, THOMAS<br>5607 GREEN CIRCLE DRIVE<br>APT 1<br>MINNETONKA, MN 55343 | | Claim Number: 6500<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| TOMOVICK, GARY<br>1254 OAK RIDGE LANE<br>PINOLE, CA 94564 | | Claim Number: 6501<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $29,555.05 |
| SAMPER, DONNA<br>1512 LIATRIS LN<br>RALEIGH, NC 27613 | | Claim Number: 6502<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $76,681.66 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

RYAN, RONALD D
7609 CALCUTTA RUN DR
LEANDER, TX 78645-4564

Claim Number: 6503
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $70,837.52 | | |
| --- | --- | --- | --- | --- |

ASM CAPITAL, L.P.
TRANSFEROR: MITEC TELECOM INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6504
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $3,828.00 | Scheduled: | $3,828.00 |
| --- | --- | --- | --- | --- |

KELLY, WILLIAM
14 COHASSETT LANE
CHERRY HILL, NJ 08003

Claim Number: 6505
Claim Date: 12/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $36,000.00 |
| --- | --- | --- |

KELLY, WILLIAM P
14 COHASSET LANE
CHERRY HILL, NJ 08003

Claim Number: 6506
Claim Date: 12/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $36,000.00 |
| --- | --- | --- |

CALMENSON, KENNETH
PO BOX 6488
DELRAY BEACH, FL 33482

Claim Number: 6507
Claim Date: 12/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $50,000.00 |
| --- | --- | --- |

BARAN, MICHAEL F.
4310 THETFORD ROAD
DURHAM, NC 27707

Claim Number: 6508
Claim Date: 12/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $73,360.00 |
| --- | --- | --- |

TRIBUNE MEDIA SERVICES INC
40 MEDIA DRIVE
QUEENSBURY, NY 12804

Claim Number: 6509
Claim Date: 12/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $8,549.59 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PROCONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 75085 | Claim Number: 6510<br>Claim Date: 12/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,373.88 |
|---|---|---|

---

| BRACKETT, JAMES<br>6769 N.W. 81ST COURT<br>PARKLAND, FL 33067 | Claim Number: 6511<br>Claim Date: 12/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $26,725.57 |
|---|---|---|

---

| PRO CONNECT TECHNOLOGY<br>1700 CAPITAL AVENUE, SUITE 100<br>PLANO, TX 75074-1203 | Claim Number: 6512<br>Claim Date: 12/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|

| UNSECURED | Claimed: | $5,373.88 |
|---|---|---|

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER<br>MEMBERS OF THE ACE GROUP OF COMPANIES<br>436 WALNUT STREET WA02J<br>PHILADELPHIA, PA 19106 | Claim Number: 6513<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER<br>MEMBERS OF THE ACE GROUP OF COMPANIES<br>436 WALNUT STREET WA02J<br>PHILADELPHIA, PA 19106 | Claim Number: 6514<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER<br>MEMBERS OF THE ACE GROUP OF COMPANIES<br>436 WALNUT STREET WA02J<br>PHILADELPHIA, PA 19106 | Claim Number: 6515<br>Claim Date: 12/31/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6516
Claim Date: 12/31/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6517
Claim Date: 12/31/2009
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6518
Claim Date: 12/31/2009
Debtor: SONOMA SYSTEMS
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6519
Claim Date: 12/31/2009
Debtor: QTERA CORPORATION
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6520
Claim Date: 12/31/2009
Debtor: CORETEK, INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6521
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6522
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6523
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6524
Claim Date: 12/31/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6525
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6526
Claim Date: 12/31/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

DUNN, WARREN
HCR 5, BOX 115
ARODA, VA 22709

Claim Number: 6527
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| WILLIAMS, BRENT<br>11805 PEMBRIDGE LN<br>RALEIGH, NC 27613 | | Claim Number: 6528<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | | | Scheduled: | $10,717.59 |
| TOTAL | Claimed: | $10,950.00 | | |

| CBCI TELECOM<br>1550 A LAPERRIERE AVE SUITE<br>OTTAWA, ON K1Z 7T2<br>CANADA | | Claim Number: 6529<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,904.00 | | |

| PROVANTAGE CORP<br>7249 WHIPPLE AVENUE NW<br>NORTH CANTON, OH 44720-7143 | | Claim Number: 6530<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $285.77 | Scheduled: | $857.31 |

| PANNALA, NAVEEN REDDY<br>800 W RENNER RD APT 218<br>RICHARDSON, TX 75080-1030 | | Claim Number: 6531<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,335.20 | Scheduled: | $20,335.20 |

| ELDER, HOWARD H<br>6256 158TH ST W<br>APPLE VALLEY, MN 55124 | | Claim Number: 6532<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |

| ELDER, HOWARD H<br>6256 158TH ST WEST<br>APPLE VALLEY, MN 55124 | | Claim Number: 6533<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| ALONSO, NANCY<br>2600 SW 123 CT<br>MIAMI, FL 33175 | | Claim Number: 6534<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| ALONSO, NANCY<br>2600 SW 123 CT<br>MIAMI, FL 33175 | | Claim Number: 6535<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| SKOUFOS, MARIA<br>6156 N SPRINGFIELD<br>CHICAGO, IL 60659 | | Claim Number: 6536<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claimant asserts $157.00 per month life annuity |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| SKOUFOS, MARIA<br>6156 N SPRINGFIELD<br>CHICAGO, IL 60659 | | Claim Number: 6537<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claimant asserts $157.00 per month life annuity |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| PULLEY, BETTE J<br>24 LONGVIEW TERRACE<br>KENNEBUNK, ME 04043 | | Claim Number: 6538<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| PULLEY, BETTE J<br>24 LONGVIEW TERRACE<br>KENNEBUNK, ME 04043 | | Claim Number: 6539<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| SECURED | Claimed: | $228.09 |

| | | |
|---|---|---|
| APPLIED DISCOVERY INC<br>13427 NE 16TH STREET<br>STE 200<br>BELLEVUE, WA 98005 | | Claim Number: 6540-01<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution |
| UNSECURED | Claimed: | $3,951.61 |

| | | |
|---|---|---|
| APPLIED DISCOVERY INC<br>13427 NE 16TH STREET<br>STE 200<br>BELLEVUE, WA 98005 | | Claim Number: 6540-02<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $8,548.39 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES<br>436 WALNUT STREET WA02J<br>PHILADELPHIA, PA 19106 | Claim Number: 6541<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| JACKSON, JONATHAN S<br>822 2ND ST. NW<br>HICKORY, NC 28601 | Claim Number: 6542<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7687 |
|---|---|

| UNSECURED | Claimed: | $44,485.81 |
|---|---|---|

| NEWCOMM 2000<br>SABANA SECA<br>PR 00952<br>PUERTO RICO, PR 00952-1314 | Claim Number: 6543<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $12,864.50 |
|---|---|---|

| NEW COMM 2000, CORP<br>PO BOX 1040<br>SABANA SECA, PR 00952 | Claim Number: 6544<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $21,879.50 |
|---|---|---|

| PRECISE METAFAB INC.<br>112 WILLOWLEA ROAD, UNIT 4<br>CARP, ON K0A 1L0<br>CANADA | Claim Number: 6545<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,943.37 |
|---|---|---|

| PRECISE METAFAB INC.<br>112 WILLOWLEA ROAD, UNIT 4<br>CARP, ON K0A 1L0<br>CANADA | Claim Number: 6546<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $2,943.37 |
|---|---|---|

| OCR CANADA LTD<br>600 COCHRANE DR # 100<br>MARKHAM, ON L3R 5K3<br>CANADA | Claim Number: 6547<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $798.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| OCR CONCEPTS CANADA LIMITED<br>600 COCHRANE DR<br>SUITE 100<br>MARKHAM, ON L3R 5K3<br>CANADA | | Claim Number: 6548<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $798.00 |
| HANSON, KAY LOUISE<br>PO BOX 127<br>1025 CERRO VISTA DRIVE<br>APPLEGATE, CA 95703 | | Claim Number: 6549<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| ADMINISTRATIVE | Claimed: | $100,000.00 |
| HANSON, KAY L<br>1025 CERRO VISTA DR<br>P O BOX 127<br>APPLEGATE, CA 95703 | | Claim Number: 6550<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY | Claimed: | $100,000.00 |
| HOPKINS, DAWN<br>1212 TEMPLE CREST DRIVE<br>FRANKLIN, TN 37069 | | Claim Number: 6551<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| HOPKINS, DAWN<br>1212 TEMPLE CREST DR<br>FRANKLIN, TN 37069-7219 | | Claim Number: 6552<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| SEZER, ORAL T.<br>3724 SUNLAKE FARMS RD.<br>APEX, NC 27539-8392 | | Claim Number: 6553<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $115,000.00 |
| SEZER, ORAL T<br>3724 SUNLAKE FARMS RD<br>APEX, NC 27539 | | Claim Number: 6554<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $115,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SEZER, ORAL T.<br>3724 SUNLAKE FARMS RD.<br>APEX, NC 27539-8392 | | Claim Number: 6555<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $115,000.00 |
| SEZER, ORAL T<br>3724 SUNLAKE FARMS RD<br>APEX, NC 27539 | | Claim Number: 6556<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $115,000.00 |
| SECURED | Claimed: | $115,000.00 |
| TOTAL | Claimed: | $115,000.00 |
| SEZER, ORAL T<br>3724 SUNLAKE FARMS RD<br>APEX, NC 27539 | | Claim Number: 6557<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| SECURED | Claimed: | $115,000.00 |
| SEZER, ORAL<br>3724 SWAN LAKE FM RD<br>APEX, NC 27539 | | Claim Number: 6558<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| SECURED | Claimed: | $115,000.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WARNICK, JON P<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6559<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: POSSIBLY AMENDED BY 7930 |
| UNSECURED | Claimed: | $167,907.73    Scheduled:    $0.00  UNLIQ |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WARNICK, JON P<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6560<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: POSSIBLY AMENDED BY 7930 |
| ADMINISTRATIVE | Claimed: | $167,907.73 |
| NAICKER, SELVARAJ<br>NATIONAL BANK FINANCIAL<br>10180-101 ST. 3500 MANULIFE PLACE<br>EDMONTON, AB T5J 3S4<br>CANADA | | Claim Number: 6561<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $13,191.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NAICKER, SELVARAJ
3304 117TH ST. NW
EDMONTON, AB T6J 3J4
CANADA

Claim Number: 6562
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $13,191.00 |
|-----------|----------|------------|

---

RIESE, JOSEPH
170 MCKINLEY DR
MASTIC BEACH, NY 11951

Claim Number: 6563
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $778.00 |
|----------------|----------|---------|

---

RIESE, JOSEPH T
170 MCKINLEY DRIVE
MASTIC BEACH, NY 11951

Claim Number: 6564
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $778.00 |
|-----------|----------|---------|

---

PRICE, JOSILEN
2619 DANDELION LN
ROWLETT, TX 75089

Claim Number: 6565
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $26,524.05 |
|----------------|----------|------------|

---

PRICE, JOSILEN
2619 DANDELION LN
ROWLETT, TX 75089

Claim Number: 6566
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $26,524.05 |
|----------|----------|------------|

---

LUMINENTOIC
20550 NORDHOFF STREET
CHATSWORTH, CA 91311-6113

Claim Number: 6567
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $14,952.00 |
|-----------|----------|------------|

---

LUMINENT / SOURCE PHOTONICS
20550 NORDHOFF ST
CHATSWORTH, CA 91311

Claim Number: 6568
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $14,952.00 |
|----------------|----------|------------|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| SEDIN, S.A.<br>PO BOX 6211<br>GENEVA 6, CH-1211<br>SWITZERLAND | | Claim Number: 6569<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
| UNSECURED | Claimed: | $829.04 | | |
| SEDIN S.A.<br>PO BOX 6211<br>GENEVA 6, CH-1211<br>SWITZERLAND | | Claim Number: 6570<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE | Claimed: | $829.04 | | |
| ROMERO, ANTONIO<br>1403 CREEKSIDE DR.<br>RICHARDSON, TX 75081 | | Claim Number: 6571<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| ADMINISTRATIVE | Claimed: | $564,749.52   UNLIQ | | |
| ROMERO, ANTONIO<br>1403 CREEKSIDE<br>RICHARDSON, TX 75081 | | Claim Number: 6572<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| PRIORITY | Claimed: | $564,749.52   UNLIQ | | |
| MOYANO, VICENTE<br>988 NW 110TH AVENUE<br>CORAL SPRINGS, FL 33071 | | Claim Number: 6573<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $108,800.81 | | |
| PDX INC<br>101 JIM WRIGHT FREEWAY SOUTH<br>FORT WORTH, TX 76108-2202 | | Claim Number: 6574<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $10,000.00 |
| PDX, INC.<br>101 JIM WRIGHT FREEWAY, SUITE 200<br>FORT WORTH, TX 76108-2253 | | Claim Number: 6575<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE | Claimed: | $10,000.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

THOMAS, DELORIS F
101 EAST TIFFANY LAKES DR APT 4
WEST PALM BEACH, FL 33407

Claim Number: 6576
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

THOMAS, DELORIS F
101 EAST TIFFANY LAKES DR., APT 4
WEST PALM BEACH, FL 33407

Claim Number: 6577
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $300,000.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

TREASURER OF VIRGINIA
DEPARTMENT OF THE TREASURY, DIVISION OF
UNCLAIMED PROPERTY
PO BOX 2478
RICHMOND, VA 23218-2478

Claim Number: 6578
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

PATTON, MILDRED L
652 ROWAN DRIVE
NASHVILLE, TN 37207

Claim Number: 6579
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 9037 (11/29/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

INDIANA DEPARTMENT OF STATE REVENUE
BANKRUPTCY SECTION
ATTN: CAROL LUSHELL
100 NORTH SENATE AVENUE, ROOM N203
INDIANAPOLIS, IN 46204

Claim Number: 6580
Claim Date: 01/04/2010
Debtor: QTERA CORPORATION
Comments: WITHDRAWN

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,090.70 |

MCLARENS CANADA IN TRUST
600 ALDEN RD
MARKHAM, ON L3R 0E7
CANADA

Claim Number: 6581
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

JOHNE-MANTHEY, BIRGITT
FORMER MANTHEY, W
PUCKLERSTR. 21A
BERLIN, 14195
GERMANY

Claim Number: 6582
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,469.60 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

XIANG, JING
100 CANTERBURY HILL RD
ACTON, MA 01720

Claim Number: 6583
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $37,359.00 |
|---|---|---|

LATHON, DENNIS
28745 VILLAGE LANE
FARMINGTON HILLS, MI 48334

Claim Number: 6584
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $53,112.64 |
|---|---|---|

RAMOS, LETICIA C
2800 PLAZA DEL AMO UNIT # 478
TORRANCE, CA 90503

Claim Number: 6585
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,044.80 |
|---|---|---|

CITY OF DURANGO
949 SECOND AVENUE
DURANGO, CO 81301

Claim Number: 6586
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

GATES SR, JOSEPH S
8699 DURHAM RD.
TIMBERLAKE, NC 27583

Claim Number: 6587
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET 7620 (05/08/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SLIM, DAVID H
5168 HOLLY SPRINGS DRIVE
DOUGLASVILLE, GA 30135

Claim Number: 6588
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET 8634 (10/03/2012)

| PRIORITY | Claimed: | $23,278.80 |
|---|---|---|

TOZER, WILLIAM
919 RAWHIDE PL
NEWBURY PARK, CA 91320-5564

Claim Number: 6589
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $52,688.40 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CITY OF BROOKFIELD TREASURER<br>PO BOX 44197<br>MILWAUKEE, WI 53214-7197 | | Claim Number: 6590<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $80.88 | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $80.88 | | |
| TOTAL | Claimed: | $80.88 | | |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GREEN, QUEENA S<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6591<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,269.02 | | |
| UNSECURED | | | Scheduled: | $11,261.32 |

| CALLAIR, VICKIE<br>2217 RAINY LAKE STREET<br>WAKE FOREST, NC 27587 | | Claim Number: 6592<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
|---|---|---|---|
| PRIORITY | Claimed: | $30,232.85 | |

| METROPOLITAN GOVERNMENT TRUSTEE<br>METROPOLITAN DEPARTMENT OF LAW<br>POST OFFICE BOX 196300<br>NASHVILLE, TN 37219-6300 | | Claim Number: 6593<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>Claim out of balance | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,255.10 | |
| SECURED | Claimed: | $3,255.10 | |
| TOTAL | Claimed: | $3,255.10 | |

| BROWARD COUNTY RECORDS, TAXES &<br>TREASURY DIV., TAX COLLECTOR<br>GOVERNMENT CENTER ANNEX, ATTN LITIGATION<br>SECTION., 115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 6594<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 2672 (03/08/2010) | |
|---|---|---|---|
| SECURED | Claimed: | $37,183.49 | |

| KINAMON, ROBERT<br>21515 N E 143RD PL<br>WOODINVILLE, WA 98072 | | Claim Number: 6595<br>Claim Date: 01/05/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $150,908.52 | |

| BODFORD, JOHN PAUL, JR.<br>250 FOX RIDGE CIRCLE<br>LEWISVILLE, NC 27023 | | Claim Number: 6596<br>Claim Date: 01/05/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,078.41 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BODFORD, JOHN P
250 FOX RIDGE CIR
LEWISVILLE, NC 27023

Claim Number: 6597
Claim Date: 01/05/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $8,078.41 |
|---|---|---|

HARBISON, SANDRA
5816 STRATFORD LANE
THE COLONY, TX 75056

Claim Number: 6598
Claim Date: 01/05/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| ADMINISTRATIVE | Claimed: | $2,022.44 |
|---|---|---|

HARBISON, SANDRA
5816 STRATFORD LANE
THE COLONY, TX 75056

Claim Number: 6599
Claim Date: 01/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $2,022.44 | Scheduled: | $2,466.26 |
|---|---|---|---|---|

WINGO, GARY L
9340 STONEY RIDGE LANE
ALPHARETTA, GA 30022

Claim Number: 6600
Claim Date: 01/05/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $304,665.90 |
|---|---|---|

WINGO, GARY L
9340 STONEY RIDGE LANE
ALPHARETTA, GA 30022

Claim Number: 6601
Claim Date: 01/05/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY UNSECURED | Claimed: | $304,665.90 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

SIMES, TINA
4300 W NORTHGATE DRIVE
#20
IRVING, TX 75063

Claim Number: 6602
Claim Date: 01/05/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,539.20 |
|---|---|---|

HAGGARD, CARY
601 EAST 20TH ST
APT 6E
NEW YORK, NY 10010

Claim Number: 6603
Claim Date: 01/06/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $31,849.99 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| HAGGARD, CARY<br>601 EAST 20TH ST.<br>APT. 6E<br>NEW YORK, NY 10010 | | Claim Number: 6604<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $31,849.99 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KENNEDY, SCOTT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6605<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| ADMINISTRATIVE | Claimed: | $4,138.59 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KENNEDY, SCOTT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6606<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $4,138.59 | Scheduled: | $2,956.03  UNLIQ |
| ALADDIN KNOWLEDGE SYSTEMS<br>601 CAMPUS DRIVE SUITE C 1<br>CAROL STREAM, IL 60004-7802 | | Claim Number: 6607<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $418.38 | | |
| NIENTIMP, THOMAS I<br>40 COBBLECREEK RD<br>VICTOR, NY 14564-8935 | | Claim Number: 6608<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI,<br>HONG KONG | | Claim Number: 6609<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| ADMINISTRATIVE | Claimed: | $36,400.30 | | |
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI,<br>HONG KONG | | Claim Number: 6610<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| UNSECURED | Claimed: | $36,400.30 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

YU, XIAOMIN
20728 SCOFIELD DRIVE
CUPERTINO, CA 95014

Claim Number: 6611
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $11,348.07 |
|---|---|---|

SULSENTI, CHRIS
16563 LAKETREE DR
WESTON, FL 33326

Claim Number: 6612
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $32,754.72 |
|---|---|---|

ASM SIP, L.P.
TRANSFEROR: PERKINS, JESSE
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6613
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $54,520.80 |
|---|---|---|

CHAIR WORKERS COMPENSATION BOARD
WCB ASSESSMENT COLLECTIONS
ALBANY, NY 12207

Claim Number: 6614
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 3637 (07/14/2010)

| UNSECURED | Claimed: | $873.67 |
|---|---|---|

RCOMM RADIO INC.
6560 HWY # 34
VANKLEEK HILL, ON K0B 1R0
CANADA

Claim Number: 6615
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $43,497.72 |
|---|---|---|

RCOMM RADIO INC
6560 HWY # 34
VANKLEEK HILL, ON K0B 1R0
CANADA

Claim Number: 6616
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $43,497.72 |
|---|---|---|

KING, SUSAN M.
1550 CALAVERAS AVENUE
SAN JOSE, CA 95126

Claim Number: 6617
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $150,576.92 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CALCAGNO, RICHARD<br>660 LONGWOOD DRIVE<br>ATLANTA, GA 30305 | | Claim Number: 6618<br>Claim Date: 01/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $41,257.34 |

| BLISS, RALPH F.<br>249 ASTLE STREET<br>TEWKSBURY, MA 01876 | | Claim Number: 6619<br>Claim Date: 01/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $2,057.90 |
| UNSECURED | Claimed: | $28,810.60 |

| YOUNG, MATHILDE<br>1885 SHADY LN<br>LUCAS, TX 75002 | | Claim Number: 6620<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $70,632.73 |

| CARUSO, BENJAMIN<br>16026 DIAMOND ROCK DRIVE<br>CYPRESS, TX 77429 | | Claim Number: 6621<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| PRIORITY | Claimed: | $55,091.04 |

| CARUSO, BENJAMIN<br>16026 DIAMOND ROCK DRIVE<br>CYPRESS, TX 77429 | | Claim Number: 6622<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $55,091.04 |

| DAHAN, BARUK<br>6 CHURCH MOUNT<br>LONDON, N2-0RP<br>UNITED KINGDOM | | Claim Number: 6623<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $250,000.00 |

| DAHAN, BARUK<br>6 CHURCH MOUNT<br>LONDON, N2-0RP<br>UNITED KINGDOM | | Claim Number: 6624<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $250,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ROVIRA, ALBA<br>1630 SE BALLANTRAE BLVD.<br>PORT ST LUCIE, FL 34952 | Claim Number: 6625<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| ROVIRA, ALBA<br>1630 SE BALLANTRAE BLVD.<br>PORT SAINT LUCIE, FL 34952 | Claim Number: 6626<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MEADVILL GROUP<br>4 DAI SHUN STREET<br>TAI PO INDUSTRIAL ESTATE<br>TAI PO,<br>CHINA | Claim Number: 6627<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $1,506.40 |
|---|---|---|

---

| ORIENTAL PRINTED CIRCUITS LIMITED<br>4 TAI SHUN STREET<br>TAI PO INDUSTRIAL ESTATE<br>TAI PO, NT<br>HONG KONG | Claim Number: 6628<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,506.40 |
|---|---|---|

---

| DONNELLY, DORIS<br>1001 SUTERLAND RD<br>CARY, NC 27511 | Claim Number: 6629<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $100,363.90 |
|---|---|---|

---

| THOMPSON, JEFF<br>7 N 224 WHISPERING TRAIL<br>SAINT CHARLES, IL 60175 | Claim Number: 6630<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $32,752.00 |
|---|---|---|

---

| THOMPSON, JEFF<br>7 N 224 WHISPERING TRAIL<br>SAINT CHARLES, IL 60175 | Claim Number: 6631<br>Claim Date: 01/08/2010<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
|---|---|

| PRIORITY | Claimed: | $32,752.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| THOMPSON, JEFF<br>7 N 224 WHISPERING TRAIL<br>SAINT CHARLES, IL 60175 | | Claim Number: 6632<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $32,752.00 |

---

| | | |
|---|---|---|
| GEUTING, JAN BERND<br>VON-HOLTE-STRASSE 75<br>MUENSTER, D-48167<br>GERMANY | | Claim Number: 6633<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $104,754.00 |

| | | |
|---|---|---|
| GEUTING, JAN BERND<br>VON-HOLTE-STRASSE 75<br>MUENSTER, D-48167<br>GERMANY | | Claim Number: 6634<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| DO, IVY<br>3808 FALL WHEAT DR.<br>PLANO, TX 75075 | | Claim Number: 6635<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,335.50 |

---

| | | |
|---|---|---|
| DO, IVY<br>3808 FALL WHEAT DR.<br>PLANO, TX 75075 | | Claim Number: 6636<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $17,335.50 |

| | | |
|---|---|---|
| NAPIER-WILSON, DIANNE<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | | Claim Number: 6637<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $941,642.21 |

| | | |
|---|---|---|
| NAPIER-WILSON, DIANNE<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | | Claim Number: 6638<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $941,642.21 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| WILSON, JOHN<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | | Claim Number: 6639<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $131,069.81 |

| | | |
|---|---|---|
| WILSON, JOHN B.<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | | Claim Number: 6640<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $131,069.81 |

| | | |
|---|---|---|
| FRASER, RUSSELL<br>12949 SW 57TH TERRACE<br>MIAMI, FL 33183 | | Claim Number: 6641<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $386,000.00 |

| | | |
|---|---|---|
| POUGH, KEVIN<br>36272 CONGRESS ROAD<br>FARMINGTON HILLS, MI 48335 | | Claim Number: 6642<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $12,519.23 |

| | | | | |
|---|---|---|---|---|
| DACA 2010L, LP<br>TRANSFEROR: NEXTHOP TECHNOLOGIES INC<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 6643<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,675.00 | Scheduled: | $0.00  UNLIQ |

| | | |
|---|---|---|
| HAMPEL, TODD<br>294 EL PORTAL WAY<br>SAN JOSE, CA 95119 | | Claim Number: 6644<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $46,019.23 |

| | | |
|---|---|---|
| CUYAHOGA COUNTY TREASURER<br>1219 ONTARIO ST., ROOM 112<br>CLEVELAND, OH 44113-1697 | | Claim Number: 6645<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KELLY TEMPORARY SERVICES LTD<br>200 KENT STREET<br>OTTAWA, ON K2P 2J8<br>CANADA | | Claim Number: 6646<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8273 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $377,229.87 |

| CHEN, YUN<br>8400 GRAND CANYON<br>PLANO, TX 75025 | | Claim Number: 6647<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $19,153.00 |
| UNSECURED | Claimed: | $19,153.00 |
| TOTAL | Claimed: | $19,153.00 |

| CHEN, YUN<br>8400 GRAND CANYON DRIVE<br>PLANO, TX 75025 | | Claim Number: 6648<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,153.00 |

| MITACOR INDUSTRIES INC<br>189 LABROSSE AVE., SUITE 300<br>POINTE CLAIRE, QC H9R 1A3<br>CANADA | | Claim Number: 6649<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $37,098.47 |

| MITACOR INDUSTRIES INC<br>189 LABROSSE AVE. SUITE 300<br>POINTE CLAIRE, QC H9R 1A3<br>CANADA | | Claim Number: 6650<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| SECURED | Claimed: | $37,098.47 |

| BRULEE, LINDA D<br>13717 UTOPIA RD<br>POWAY, CA 92064 | | Claim Number: 6651<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $100,000.00 |

| BRULEE, LINDA<br>13717 UTOPIA ROAD<br>POWAY, CA 92064 | | Claim Number: 6652<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $100,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BOLGER, JOHN<br>50A MOUNT LEBANON ST<br>PEPPERELL, MA 01463 | | Claim Number: 6653<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $29,855.76 |

---

| BOLGER, JOHN<br>50A MOUNT LEBANON ST<br>PEPPERELL, MA 01463 | | Claim Number: 6654<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $29,855.76 |

---

| BALL, LORETTA E<br>1709 ENON RD.<br>OXFORD, NC 27565 | | Claim Number: 6655<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| BALL, LORETTA E<br>1709 ENON ROAD<br>OXFORD, NC 27565 | | Claim Number: 6656<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| DEPRIEST, PATRICIA<br>5210 ECHO RIDGE RD.<br>RALEIGH, NC 27612 | | Claim Number: 6657<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $22,960.00 |

---

| DEPRIEST, PATRICIA G<br>5210 ECHO RIDGE RD.<br>RALEIGH, NC 27612 | | Claim Number: 6658<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $22,960.00 |

---

| DEPRIEST, PATRICIA<br>5210 ECHO RIDGE RD.<br>RALEIGH, NC 27612 | | Claim Number: 6659<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,960.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| TECHNISCHE UNIVERSITAT ILMENAU<br>OLIVER AMEY, RECHTSAMT<br>EHRENBURGSTRASSE 29<br>ILMENAU, D-98693<br>GERMANY | Claim Number: 6660<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $40,000.00 |
|---|---|---|

---

| TECHNISCHE UNIVERSITAT ILMENAU<br>OLIVER AWEY RECHTSAINT<br>EHIANBURGSTRAPE 29<br>ILMENAU, D-98693<br>GERMANY | Claim Number: 6661<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $40,000.00 |
|---|---|---|

---

| COLTECH OPTRONICS INC<br># 103 7879 8TH STREET N.E.<br>CALGARY, AB T2E 8A2<br>CANADA | Claim Number: 6662<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $2,801.55 |
|---|---|---|

---

| COLTECH OPTRONICS INC<br># 103 7879 8TH STREET N.E.<br>CALGARY, AB T2E 8A2<br>CANADA | Claim Number: 6663<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,801.55 |
|---|---|---|

---

| BUI, TAM B<br>1991 UPHALL COURT<br>SAN JOSE, CA 95121 | Claim Number: 6664<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 8402 (09/05/2012) |
|---|---|

| UNSECURED | Claimed: | $5,142.77 |
|---|---|---|

---

| BUI, TAM B<br>1991 UPHALL COURT<br>SAN JOSE, CA 95121 | Claim Number: 6665<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $5,142.77 | Scheduled: | $5,589.80 |
|---|---|---|---|---|

---

| KIRBY KEITH, JANICE<br>522 LANSING ST<br>RALEIGH, NC 27610 | Claim Number: 6666<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| SECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KIRBY KEITH, JANICE<br>522 LANSING ST<br>RALEIGH, NC 27610 | Claim Number: 6667<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| VBRICK SYSTEMS INC<br>12 BEAUMONT ROAD<br>WALLINGFORD, CT 06492 | Claim Number: 6668<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |

---

| UNSECURED | Claimed: | $69,180.00 |

---

| WAITT, DAVID<br>DAVID WAITT CONSULTING<br>21565 MARY ALICE WAY<br>LOS GATOS, CA 95033 | Claim Number: 6669<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |

---

| PRIORITY | Claimed: | $103,548.62 |

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: DAVID WAITT CONSULTING<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6670<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

---

| UNSECURED | Claimed: | $103,548.62 | Scheduled: | $103,548.62 |

---

| PRELL, MEREDITH A<br>10169 SARATOGA AVE.<br>MONTCLAIR, CA 91763 | Claim Number: 6671<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

---

| UNSECURED | Claimed: | $190,000.00 |

---

| INGRAHAM, AMBER<br>6256 ELLSWORTH AVE<br>DALLAS, TX 75214 | Claim Number: 6672<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

---

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $18,200.00 |

---

| QUEENS BALLPARK COMPANY, L.L.C.<br>ATTN: GENERAL COUNSEL<br>CITI FIELD<br>FLUSHING, NY 11368 | Claim Number: 6673<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC. |

---

| ADMINISTRATIVE | Claimed: | $536,874.96 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HAIN CAPITAL HOLDINGS, LTD | Claim Number: 6674 |
| TRANSFEROR: ONLINE 2000 INC | Claim Date: 01/11/2010 |
| ATTN: RACHEL YAMNIK | Debtor: NORTEL NETWORKS (CALA) INC. |
| 301 ROUTE 17, 7TH FLOOR | |
| RUTHERFORD, NJ 07070 | |

| UNSECURED | Claimed: | $69,330.30 | Scheduled: | $46,220.20 DISP |

| SURA, PIYUSH, N. | Claim Number: 6675 |
| 5229 LEVERING MILL ROAD | Claim Date: 01/11/2010 |
| APEX, NC 27539 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $88,176.16 |

| STERLACE, BARBARA L | Claim Number: 6676 |
| 1401 EL NORTE PARKWAY | Claim Date: 01/11/2010 |
| # 21 | Debtor: NORTEL NETWORKS (CALA) INC. |
| SAN MARCOS, CA 92069 | Comments: |
| | Claimant asserts $245.71 monthly pension. 14 shares of stock. |

| UNSECURED | Claimed: | $0.00   UNLIQ |

| PARKER, KATHERINE | Claim Number: 6677 |
| 1111 SUNRISE DR | Claim Date: 01/11/2010 |
| ALLEN, TX 75002 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $39,996.00 |

| ESHELMAN, JAMES A. | Claim Number: 6678 |
| 1806 EUCLID ROAD | Claim Date: 01/11/2010 |
| DURHAM, NC 27713-2417 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $27,937.88 |
| UNSECURED | Claimed: | $82,616.85 |

| THOMAS, GLENYS M | Claim Number: 6679 |
| 512 HARRIS STREET | Claim Date: 01/11/2010 |
| OXFORD, NC 27565 | Debtor: NORTEL NETWORKS (CALA) INC. |
| | Comments: |
| | Claimant asserts $2,837 per year |

| UNSECURED | Claimed: | $0.00   UNLIQ |

| SHARP, MARY | Claim Number: 6680 |
| 1308 CAMERON VIEW COURT | Claim Date: 01/11/2010 |
| RALEIGH, NC 27607 | Debtor: NORTEL NETWORKS (CALA) INC. |
| | Comments: EXPUNGED |
| | DOCKET: 8634 (10/03/2012) |

| PRIORITY | Claimed: | $10,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TAYLOE, GORDON B.
C/O W. GREER MCCREEDY, II, ESQ.
403 BOUSH STREET, SUITE 300
NORFOLK, VA 23510

Claim Number: 6681
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $20,705.00 | | |

---

LEGER, ANTHONY
9409 STONE MOUNTAIN ROAD
RALEIGH, NC 27613

Claim Number: 6682
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $81,282.95 | | |
| UNSECURED | | | Scheduled: | $53,466.86  UNLIQ |

---

WHITMAN TOWN OF
54 SOUTH AVE
WHITMAN, MA 02382-2052

Claim Number: 6683
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 5623 (06/07/2011)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $3,033.00 | |

---

CLINE, MARY P
4232 MT. ZION ROAD
SPRINGFIELD, TN 37172

Claim Number: 6684
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | |
| UNSECURED | Claimed: | $0.00  UNDET | |

---

MERCER, JONATHAN
1618 MINERAL SPRINGS
ALLEN, TX 75002

Claim Number: 6685
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claim out of balance

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $22,523.00 | |
| TOTAL | Claimed: | $22,523.00 | |

---

EASLEY, HATTIE J.
202 LYMAN PLACE
WEST PALM BEACH, FL 33409

Claim Number: 6686
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claimant asserts $220.00 per month

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

---

SHARED TECHNOLOGIES INC
580 VIRGINIA DR STE 141
FT WASHINGTON, PA 19034-2723

Claim Number: 6687
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,158.37 | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MARK, RAYMOND
245 EAST 54TH STREET, APT. 26B
NEW YORK, NY 10022

Claim Number: 6688
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $126,295.90 |
|---|---|---|

---

ANDEVICES INC
2933 BAYVIEW DR.
FREMONT, CA 94538

Claim Number: 6689
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $36,800.00 |
|---|---|---|

---

ANDEVICES INC
2933 BAYVIEW DRIVE
FREMONT, CA 94538-6520

Claim Number: 6690
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $36,800.00 |
|---|---|---|

---

MCCOY, ANDRE
PO BOX 2034
BALA CYNWYD, PA 19004

Claim Number: 6691
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $5,000.00 UNLIQ | Scheduled: | $752.18 UNLIQ |
|---|---|---|---|---|

---

MCCOY, ANDRE
PO BOX 2034
BALA CYNWYD, PA 19004

Claim Number: 6692
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $5,000.00 UNLIQ |
|---|---|---|

---

DENNIS, LOUISE
13927 E QUAIL TRACK RD
SCOTTSDALE, AZ 85262

Claim Number: 6693
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $38,150.78 |

---

HAGEMEYER NORTH AMERICA INC
P.O. BOX 404753
ATLANTA, GA 30384-4753

Claim Number: 6694
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $20,365.85 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | |
|---|---|---|---|---|
| DAWES, CLIFFORD<br>251 ENCHANTED CT<br>GRAND PRAIRIE, TX 75050 | | Claim Number: 6695<br>Claim Date: 01/12/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $15,977.88 | | |
| LABADAN, RENATO<br>PSC 502, BOX 1<br>DPO, AP 96515 | | Claim Number: 6696<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $32,324.66 | Scheduled: | $32,324.66 UNLIQ |
| LABADAN, RENATO<br>PSC 502, BOX 1<br>DPO, AP 96515 | | Claim Number: 6697<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $32,324.66 | | |
| KETTLEDON, LORRAINE<br>1726 CORBIN AVE<br>NEW BRITAIN, CT 06053 | | Claim Number: 6698<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
| KETTLEDON, LORRAINE A<br>1726 CORBIN AVENUE<br>NEW BRITAIN, CT 06053 | | Claim Number: 6699<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| WININGER, STEVEN<br>306<br>440 S EL CIELO RD STE 3<br>PALM SPRINGS, CA 92262-7936 | | Claim Number: 6700<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $34,518.00 | | |
| CALMENSON, KENNETH<br>PO BOX 6488<br>DELRAY BEACH, FL 33482 | | Claim Number: 6701<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $20,000.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| EQUAL EMPLOYMENT OPPURTUNITY COMMISSION<br>ATTN: MALI KIGASARI, INVESTIGATOR<br>350 THE EMBARCADERO, SUITE 500<br>SAN FRANCISCO, CA 94105 | Claim Number: 6702<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3847 (08/27/2010) |
|---|---|

| UNSECURED | Claimed: | $547,954.60 |
|---|---|---|

---

| PIORKOWSKI, RICHARD<br>8256 E CULVER<br>MESA, AZ 85207 | Claim Number: 6703<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $21,000.00 |
|---|---|---|

---

| FARSHIDEH, JAHANI<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601-9515 | Claim Number: 6704<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,000.00 |
|---|---|---|

---

| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | Claim Number: 6705<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | Claim Number: 6706<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $125,000.00 |
|---|---|---|

---

| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | Claim Number: 6707<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $125,000.00 |
|---|---|---|

---

| CMP AMS<br>90 BEVIER ST<br>BINGHAMTON, NY 13904-1020 | Claim Number: 6708<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $41,632.50 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| QUEENS BALLPARK COMPANY, L.L.C.<br>ATTN: GENERAL COUNSEL<br>CITI FIELD<br>FLUSHING, NY 11368 | Claim Number: 6709<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $6,898,294.20 |

---

| MOTOROLA, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 6710<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 5155 (03/23/2011) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| PIORKOWSKI, RICHARD<br>8256 E CULVER<br>MESA, AZ 85207 | Claim Number: 6711<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| PRIORITY | Claimed: | $6,500.00 |

---

| WANG, YIPING<br>1617 NAVARRO DR.<br>ALLEN, TX 75013 | Claim Number: 6712<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $36,086.44 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROEL, ROBERTA C<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6713<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,110.00 |

---

| LEONARD, RUSSELL<br>1304 BLOSSOM LANE<br>FARMINGTON, MO 63640 | Claim Number: 6714<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $19,369.25 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

POTEET, MICHAEL
12839 PARAPET WAY
OAK HILL, VA 20171

Claim Number: 6715
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,860.06 |
|---|---|---|

FUTURE TELECOM INC
PO BOX 852728
MESQUITE, TX 75185

Claim Number: 6716
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $10,864.57 |
|---|---|---|

KING, DENNY
3710 SADDLE DR
CARLSBAD, CA 92008

Claim Number: 6717
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $71,901.91 |
|---|---|---|

SHAIKH, RAOUF
22756 HIGHCREST CIRCLE
ASHBURN, VA 20148

Claim Number: 6718
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $51,398.00 |
|---|---|---|
| UNSECURED | Claimed: | $19,615.83 |

HE, QIAN
4308 HELSTON DR
PLANO, TX 75024

Claim Number: 6719
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $38,571.34 |
|---|---|---|

DAVIS, MARK
4760 HAMPTONS DR
ALPHARETTA, GA 30004

Claim Number: 6720
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $56,720.19 |

SAUNDERCOOK, JOSEPH
1305 BROOKFIELD ROAD
RALEIGH, NC 27615

Claim Number: 6721
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $53,901.42 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FRASER OHMAN, MEREDITH<br>27 CORONET AVENUE<br>OTTAWA, ON K2G 6R8<br>CANADA | | Claim Number: 6722<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,039.50 |
| FRASER-OHMAN, MEREDITH<br>27 CORONET AVE<br>OTTAWA, ON K2G 6R8<br>CANADA | | Claim Number: 6723<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| ADMINISTRATIVE | Claimed: | $1,039.50 |
| KLEIN, JARED<br>8740 CYPRESS GROVE RUN<br>RALEIGH, NC 27612 | | Claim Number: 6724<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $20,780.00 |
| KLEIN, JARED<br>8740 CYPRESS GROVE RUN<br>RALEIGH, NC 27612 | | Claim Number: 6725<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $20,780.00 |
| SCOTT, DAVID H<br>2817 STEINHART CT<br>SANTA CLARA, CA 95051 | | Claim Number: 6726<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| PRIORITY<br>SECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $12,544.16   UNLIQ<br>$12,544.16   UNLIQ<br>$13,000.00   UNLIQ |
| SCOTT, DAVID H<br>2817 STEINHART CT<br>SANTA CLARA, CA 95051 | | Claim Number: 6727<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| ADMINISTRATIVE | Claimed: | $13,000.00   UNLIQ |
| BELANGER, MICHAEL<br>2549 GREEN OAK DRIVE<br>CARROLLTON, TX 75010 | | Claim Number: 6728<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $84,201.88 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

THOMAS, CISIRA L
1915 BERKNER DRIVE
RICHARDSON, TX 75081

Claim Number: 6729
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $199,536.14 |
|---|---|---|

---

THOMAS, CISIRA
1915 BERKNER DRIVE
RICHARDSON, TX 75081

Claim Number: 6730
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $199,536.14 |
|---|---|---|

---

FLANAGAN, HUGH E
3005 CAPODILE RD
BLOOMINGTON, IL 61705

Claim Number: 6731
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $737.74 |
|---|---|---|

---

FLANAGAN, HUGH E
3005  CAPODILE RD
BLOOMINGTON, IL 61705

Claim Number: 6732
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $737.74 |
|---|---|---|

---

SNYDER, TIMOTHY
ROBERT FERNICOLO, ESQ.
414 CORLIES AVE.
ALLENHURST, NJ 07711

Claim Number: 6733
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 7270 (02/24/2012)

| UNSECURED | Claimed: | $3,000,000.00 |
|---|---|---|

---

ETHOS DESIGN
THE STUDIO
FRIARS FARM
WORCESTER ROAD, HARVINGTON
WORCS, DY10 4NE
UNITED KINGDOM

Claim Number: 6734
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $6,267.24 |
|---|---|---|

---

ETHOS DESIGN
PO BOX 3226
STOURBRIDGE WE, DY9 7ZX
GREAT BRITAIN

Claim Number: 6735
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $6,267.24 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MACKAY, EVA
181 BERKELEY ROAD
NORTH ANDOVER, MA 01845

Claim Number: 6736
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| ADMINISTRATIVE | Claimed: | $10,297.11 |
|---|---|---|

---

MACKAY, EVA
181 BERKELEY ROAD
NORTH ANDOVER, MA 01845

Claim Number: 6737
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| UNSECURED | Claimed: | $10,297.11 |
|---|---|---|

---

THORBOURNE, STELLA & RONALD
NATIONAL BANK FINANCIAL
10180 - 101 ST
3500 MANULIFE PLACE
EDMONTON, AB T5J 3S4
CANADA

Claim Number: 6738
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $1,355.00 |
|---|---|---|

---

THORBOURNE, STELLA & RONALD
5012 - 143 AVE. NW
EDMONTON, AB T5A 4R8
CANADA

Claim Number: 6739
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $1,355.00 |
|---|---|---|

---

NEMERTES RESEARCH
19225 BLACKHAWK PARKWAY
MOKENA, IL 60448

Claim Number: 6740
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $1,200.73 |
|---|---|---|

---

NEMERTES RESEARCH
19225 BLACKHAWK PARKWAY
MOKENA, IL 60448

Claim Number: 6741
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $850.73 |
|---|---|---|

---

BASS, MICHELLE J.
5921 WHITE PINE DR.
MCKINNEY, TX 75070-9507

Claim Number: 6742
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $40,105.37 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BASS, MICHELLE J.<br>5921 WHITE PINE DR.<br>MCKINNEY, TX 75070 | | Claim Number: 6743<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | Claimed: | $40,105.37 |
|---|---|---|

---

| | | |
|---|---|---|
| HARLESTON, CHERYL<br>205 BOUNDARY TREE DR.<br>ELLENWOOD, GA 30294 | | Claim Number: 6744<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| JACKSON, CHERYL D<br>205 BOUNDARY TREE DR<br>ELLENWOOD, GA 30294 | | Claim Number: 6745<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| STORY, ROGER F.<br>428 KAYWOODY CT.<br>RALEIGH, NC 27615 | | Claim Number: 6746<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| ADMINISTRATIVE | Claimed: | $10,000.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| STORY, ROGER F<br>428 KAYWOODY CT<br>RALEIGH, NC 27615 | | Claim Number: 6747<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>CLAIMANT ALSO ASSERTS $125,000 LONGTER CARE CLAIM |

| UNSECURED | Claimed: | $10,000.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| POLITZ, JOHN B.<br>211 HILL ST.<br>FARMERSVILLE, TX 75442 | | Claim Number: 6748<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| POLITZ, JOHN<br>211 HILL STREET<br>FARMERSVILLE, TX 75442 | | Claim Number: 6749<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

VOGEL, VAL
NATIONAL BANK FINANCIAL
10180 - 101 ST
3500 MANULIFE PLACE
EDMONTON, AB T5J 3S4
CANADA

Claim Number: 6750
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $9,355.90 |
|---|---|---|

---

VOGEL, VAL
NATIONAL BANK FINANCIAL
10180 - 101 ST
3500 MANULIFE PLACE
EDMONTON, AB T5J 3S4
CANADA

Claim Number: 6751
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $9,355.90 |
|---|---|---|

---

CHONG, BAK LENG
19070 BROOKVIEW DRIVE
SARATOGA, CA 95070

Claim Number: 6752
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

CHONG, BAK LENG
19070 BROOKVIEW DRIVE
SARATOGA, CA 95070

Claim Number: 6753
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $28,807.69 |
|---|---|---|

---

CHONG, BAK LENG
19070 BROOKVIEW DRIVE
SARATOGA, CA 95070

Claim Number: 6754
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

CHONG, BAK LENG
19070 BROOKVIEW DRIVE
SARATOGA, CA 95070

Claim Number: 6755
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $28,807.69 |
|---|---|---|

---

CHONG, BAK LENG
19070 BROOKVIEW DRIVE
SARATOGA, CA 95070

Claim Number: 6756
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CHONG, BAK LENG<br>19070 BROOKVIEW DRIVE<br>SARATOGA, CA 95070 | Claim Number: 6757<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $28,807.69 |
|---|---|---|

---

| KELLEY, MATTHEW ADAMS<br>106 WILD BROOK COURT<br>CARY, NC 27519 | Claim Number: 6758<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $17,905.60 |
|---|---|---|
| UNSECURED | Claimed: | $44,311.44 |

---

| KELLEY, MATTHEW ADAMS<br>106 WILD BROOK COURT<br>CARY, NC 27519 | Claim Number: 6759<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $55,308.93 | Scheduled: | $5,829.01 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55,308.93 | Scheduled: | $53,310.84 |
| TOTAL | Claimed: | $55,308.93 | | |

---

| LEGER, JEAN-BERTIN J<br>612 WELLS COURT UNIT 202<br>CLEARWATER, FL 33756 | Claim Number: 6760<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $80,573.97 |
|---|---|---|

---

| LEGER, JEAN-BERTIN J<br>612 WELLS COURT UNIT 202<br>CLEARWATER, FL 33756 | Claim Number: 6761<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $80,573.97 |
|---|---|---|

---

| LEGER, JEAN-BERTIN J<br>612 WELLS COURT UNIT 202<br>CLEARWATER, FL 33756 | Claim Number: 6762<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $50,000.00 |
|---|---|---|
| SECURED | Claimed: | $50,000.00 |
| TOTAL | Claimed: | $50,000.00 |

---

| LEGER, JEAN-BERTIN J<br>612 WELLS COURT UNIT 202<br>CLEARWATER, FL 33756 | Claim Number: 6763<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $50,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LI, XING<br>3304 AQUA SPRINGS DR<br>PLANO, TX 75025 | | Claim Number: 6764<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $36,701.28 |
| UNSECURED | Claimed: | $42,306.52 |

| | | |
|---|---|---|
| SALZILLO, DALE<br>3110 SLEDGE ROAD<br>LOUISBURG, NC 27549 | | Claim Number: 6765<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $63,934.00 |

| | | |
|---|---|---|
| CHIRACHANCHAI, SUVANEE<br>2921 SHASTA DR.<br>PLANO, TX 75025 | | Claim Number: 6766<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,697.79 |

| | | |
|---|---|---|
| CHESNUT, GORDON<br>5800 NW 63RD PLACE<br>PARKLAND, FL 33067 | | Claim Number: 6767<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $30,996.00 |

| | | |
|---|---|---|
| SPERRY, ROBERT<br>566 CHESTNUT HILL CT<br>WOODSTOCK, GA 30189 | | Claim Number: 6768<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $26,938.46 |

| | | |
|---|---|---|
| SPERRY, ROBERT<br>566 CHESTNUT HILL CT<br>WOODSTOCK, GA 30189 | | Claim Number: 6769<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,938.46 |

| | | |
|---|---|---|
| WELSH, SUSAN C.<br>13501 MARR LODGE LN<br>BRISTOW, VA 20136 | | Claim Number: 6770<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,521.63   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WELSH, SUSAN C<br>13501 MARR LODGE LANE<br>BRISTOW, VA 20136 | Claim Number: 6771<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $15,521.63  UNLIQ |
|---|---|---|

| CITRIX SYSTEMS, INC.<br>ATTN: CORPORATE COUNSEL<br>4988 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | Claim Number: 6772<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $427,253.40  UNLIQ | Scheduled: | $31,111.00 |
|---|---|---|---|---|

| VERINT AMERICAS INC<br>ATTN: PAIGE HONEYCUTT / DAN BERTOLINO<br>300 COLONIAL CENTER PARKWAY, SUITE 600<br>ROSWELL, GA 30076 | Claim Number: 6773<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $44,572.00 |
|---|---|---|

| STEPHENS, INC.<br>111 CENTER STREET, SUITE 500<br>LITTLE ROCK, AR 72201 | Claim Number: 6774<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $142.00 |
|---|---|---|

| CHIRACHANCHAI, SUVANEE<br>2921 SHASTA DR.<br>PLANO, TX 75025 | Claim Number: 6775<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $10,197.00 |
|---|---|---|

| THOMPSON, TED<br>PO BOX 300150<br>MIDWEST CITY, OK 73140 | Claim Number: 6776<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $45,315.82 |
|---|---|---|

| WANG, YOLANDA<br>3820 SCOTT ST # 202<br>SAN FRANCISCO, CA 94123 | Claim Number: 6777<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $9,590.04 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,822.37 | Scheduled: | $9,590.04  UNLIQ |
| TOTAL | Claimed: | $9,822.37 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HEINRICH, CHRISTOPHER | Claim Number: 6778 |
| 3606 BOXWOOD DR. | Claim Date: 01/19/2010 |
| GARLAND, TX 75040 | Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $7,404.32 |

---

| SUNRISE CONTRACTING SERVICES, LLC | Claim Number: 6779 |
| 4603 HILLSBOROUGH RD STE H | Claim Date: 01/19/2010 |
| DURHAM, NC 27705 | Debtor: NORTEL NETWORKS (CALA) INC. |
| | Comments: EXPUNGED |
| | DOCKET: 4256 (11/08/2010) |

| UNSECURED | Claimed: | $37,000.00 |

---

| REBELSKY, RENATE | Claim Number: 6780 |
| KNIEBISWEG 2 | Claim Date: 01/19/2010 |
| NUFRINGEN, D-71154 | Debtor: NORTEL NETWORKS (CALA) INC. |
| GERMANY | Comments: EXPUNGED |
| | DOCKET: 3218 (06/24/2010) |

| UNSECURED | Claimed: | $15,052.80 |

---

| WANG, YIPING | Claim Number: 6781 |
| 1617 NEVARRO DR | Claim Date: 01/19/2010 |
| ALLEN, TX 75013-1187 | Debtor: NORTEL NETWORKS (CALA) INC. |

| PRIORITY | Claimed: | $36,086.44 |

---

| GREVE, DANIEL | Claim Number: 6782 |
| 480 LASSITER DRIVE | Claim Date: 01/19/2010 |
| HIGHLAND HEIGHTS, OH 44143 | Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $8,546.90 |

---

| HARPER, KERRIE | Claim Number: 6783 |
| 9312 CUTRIGHT DR | Claim Date: 01/19/2010 |
| RALEIGH, NC 27617 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $45,575.75 |

---

| YANG, STEVE | Claim Number: 6784 |
| 9 N. LONDON DR. | Claim Date: 01/19/2010 |
| NASHUA, NH 03062 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $15,680.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DEMIREKLER, LEVENT
12304 WAKE FOREST RD
CLARKSVILLE, MD 21029-1540

Claim Number: 6785
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $24,200.00  UNLIQ |
|---|---|---|

WEIGLER, SEAN
1301 CHICKASAW DRIVE
RICHARDSON, TX 75080

Claim Number: 6786
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $7,846.14 |
|---|---|---|

PRICE, HAROLD P
601 DYNASTY DR
CARY, NC 27513

Claim Number: 6787
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
CLAIM AMOUNT IS 4,500 PER MONTH

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

MCKINZIE, PHYLLIS A.
2306 HONEYSUCKLE DR
RICHARDSON, TX 75082-4399

Claim Number: 6788
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $27,826.56 |
|---|---|---|

MILARSKY, MORRIS SEAN
1701 SPARROW LANE
WESTON, FL 33327

Claim Number: 6789
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $0.00  CONT |
|---|---|---|

COMPUCOM SYSTEMS INC
COMPUCOM
P.O. BOX 951654
DALLAS, TX 75395-1654

Claim Number: 6790
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $18,732.35 |
|---|---|---|

ARENCIBIA, MAYTE
18334 NW 12 ST.
PEMBROKE PINES, FL 33029

Claim Number: 6791
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $0.00  CONT |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SIMES, TINA
PO BOX 131867
DALLAS, TX 75313-1867

Claim Number: 6792
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 3504 (07/09/2010)

| UNSECURED | Claimed: | $17,539.20 |
| --- | --- | --- |

---

SIMES, TINA
PO BOX 131867
DALLAS, TX 75313-1867

Claim Number: 6793
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 3504 (07/09/2010)

| UNSECURED | Claimed: | $17,539.20 |
| --- | --- | --- |

---

ADVATEL
133 MORAY ST
SOUTH MELBOURNE, VIC 3205
AUSTRALIA

Claim Number: 6794
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $3,896.00 |
| --- | --- | --- |

---

ADVATEL AUSTRALIA
133 MORAY STREET
SOUTH MELBOURNE, VIC 3205
AUSTRALIA

Claim Number: 6795
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $3,896.00 | Scheduled: | $0.00  UNLIQ |
| --- | --- | --- | --- | --- |

---

GARDENER, WILLIAM KENNETH
15 ENNISMORE MEWS
LONDON, SW7 1AP
UNITED KINGDOM

Claim Number: 6796
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

COZART, STEVEN
P O BOX 830058
RICHARDSON, TX 75083

Claim Number: 6797
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $219,336.78 |
| --- | --- | --- |

---

GARDENER, WILLIAM KENNETH
15 ENNISMORE MEWS
LONDON, SW7 1AP
UNITED KINGDOM

Claim Number: 6798
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $3,401,143.00 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ADAMICK, STANLEY M. JR.<br>7438 N OLEANDER<br>CHICAGO, IL 60631-4310 | | Claim Number: 6799<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $154,717.96 |
| ADAMICK, STANLEY M. JR.<br>7438 N OLEANDER<br>CHICAGO, IL 60631-4310 | | Claim Number: 6800<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim is for $665.56 per month for life |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NEAL, ROGER F<br>117 TROTTERS RIDGE<br>DR<br>RALEIGH, NC 27614 | | Claim Number: 6801<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $30,784.77 |
| NEAL, ROGER F.<br>117 TROTTERS RIDGE DRIVE<br>RALEIGH, NC 27614 | | Claim Number: 6802<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $30,784.77 |
| DOOLITTLE, JOHN M.<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M 2L7<br>CANADA | | Claim Number: 6803<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| DOOLITTLE, JOHN M.<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M 2L7<br>CANADA | | Claim Number: 6804<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| DOOLITTLE, JOHN MARSHALL<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M 2L7<br>CANADA | | Claim Number: 6805<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6806<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6807<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6808<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |
| GETABSTRACT INC<br>20900 NE 30TH AVE SUITE 315<br>AVENNTURA, FL 33180 | | Claim Number: 6809<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
| UNSECURED | Claimed: | $12,500.00 |
| GETABSTRACT INC.<br>20900 NE 30TH AVE SUITE 315<br>AVENTURA, FL 33180 | | Claim Number: 6810<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
| ADMINISTRATIVE | Claimed: | $12,500.00 |
| SODEXHO MARRIOTT SERVICES<br>SODEXHO<br>3500 CARLING AVE<br>OTTAWA, ON K2H 8E9<br>CANADA | | Claim Number: 6811<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) |
| UNSECURED | Claimed: | $8,145.21 |
| SODEXHO CANADA<br>3350 SOUTH SERVICE RD<br>BURLINTON, ON L7N 3M6<br>CANADA | | Claim Number: 6812<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) |
| ADMINISTRATIVE | Claimed: | $8,145.21 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: INJENTEK INJECT ENGINEERING
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6813
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,420.14 | Scheduled: | $5,420.14 |

---

SAIFULLAH, AKILA
33 MILLET STREET
DIX HILLS, NY 11746

Claim Number: 6814
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $32,506.29 |

---

KANADAY, CINDY F.
249 SPENCER CREEK RD
FRANKLIN, TN 37069

Claim Number: 6815
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $56,070.58 |

---

PAULK, PATRICIA
PO BOX 801433
SANTA CLARITA, CA 91380-1433

Claim Number: 6816
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,525.38 |

---

PAULK, PATRICIA
PO BOX 801433
SANTA CLARITA, CA 91380

Claim Number: 6817
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $12,525.38 |

---

GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD
C/O ANNA VENTRESCA, GENERAL COUNSEL
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 6818
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7888 (06/21/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,526.28 |
| UNSECURED | Claimed: | $40,406.88 |

---

SYBASE INC.
561 VIRGINIA ROAD
CONCORD, MA 01742

Claim Number: 6819
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $115,136.10 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

COFACE NORTH AMERICA INSURANCE COMPANY
TRANSFEROR: JACO ELECTRONICS, INC
50 MILLSTONE RD., BLDG. 100, STE 360
EAST WINDSOR, NJ 08520

Claim Number: 6820
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 7559 (04/18/2012)

| ADMINISTRATIVE | Claimed: | $479,290.00 |
|---|---|---|

---

BERMUDA TELEPHONE COMPANY LIMITED, THE
PRESIDENT & CEO
30 VICTORIA STREET
HAMILTON, HM 12
BERMUDA

Claim Number: 6821
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 3701 (07/20/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

KEY MANAGEMENT SERVICES LIMITED
VICE PRESIDENT
30 VICTORIA STREET
HAMILTON, HM 12
BERMUDA

Claim Number: 6822
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

STERLING NETWORKS CORP
701 45TH ST EAST
SASKATOON, SK S7K 0W4
CANADA

Claim Number: 6823
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $6,850.00 | Scheduled: | $6,850.00  DISP |
|---|---|---|---|---|

---

STERLING NETWORKS CORP
701 45TH ST EAST
SASKATOON, SK S7K 0W4
CANADA

Claim Number: 6824
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $8,160.00 | Scheduled: | $8,160.00  DISP |
|---|---|---|---|---|

---

ANSTEAD, VICTORIA
3894 RIDGE LEA RD APT A
AMHERST, NY 14228-2759

Claim Number: 6825
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $90,000.00   UNLIQ |
|---|---|---|

---

ANSTEAD, VICTORIA M.
3894 RIDGE LEA RD APT A
AMHERST, NY 14228-2759

Claim Number: 6826
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| TSC INC.<br>18 ALPHONSE CRES<br>MISSISSAUGA, ON L5M 1A5<br>CANADA | Claim Number: 6827<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $4,095.00 | |

| | | |
|---|---|---|
| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 108<br>QUITO,<br>ECUADOR | Claim Number: 6828<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |
| PRIORITY          Claimed: | $6,720.00 | |

| | | |
|---|---|---|
| TMFECUADOR CIA. LTDA.<br>REPUBLICA DEL SALVADOR<br>1082 NACIONES UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO,<br>ECUADOR | Claim Number: 6829-01<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) | |
| UNSECURED          Claimed: | $3,590.14 | |

| | | |
|---|---|---|
| TMFECUADOR CIA. LTDA.<br>REPUBLICA DEL SALVADOR<br>1082 NACIONES UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO,<br>ECUADOR | Claim Number: 6829-02<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | |
| UNSECURED          Claimed: | $3,129.86 | |

| | | |
|---|---|---|
| ANIXTER INC. & ANIXTER ARGENTINA SA<br>C/O JON VIGANO<br>SCHIFF HARDIN LLP<br>233 S. WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 6830<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 6445 (09/21/2011) | |
| UNSECURED          Claimed: | $613,782.00 | |

| | | |
|---|---|---|
| UNDERWOOD, WILMA FAYE<br>584 HERMITAGE DR<br>SAN JOSE, CA 95134 | Claim Number: 6831<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
| UNSECURED          Claimed: | $0.00   UNDET | |

| | | |
|---|---|---|
| DOGGETTE, KEVIN<br>6613 WESTBOROUGH DR<br>RALEIGH, NC 27612 | Claim Number: 6832<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
| ADMINISTRATIVE          Claimed: | $0.00   UNDET | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DOGGETTE, KEVIN<br>6613 WESTBOROUGH DR<br>RALEIGH, NC 27612 | | Claim Number: 6833<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| SECURED | Claimed: | $84,044.62 |

| HUB PROPERTIES TRUST<br>255 WASHINGTON ST STE 300<br>NEWTON, MA 02458-1634 | | Claim Number: 6834<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|---|
| SECURED | Claimed: | $75,000.00 |
| UNSECURED | Claimed: | $685,381.46 |

| GREER, NORMA<br>3201 TOLER ROAD<br>ROWLETT, TX 75089 | | Claim Number: 6835<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| PRIORITY | Claimed: | $98,976.42 |

| HINTON, WILLIAM<br>5311 PRATT RD<br>ANN ARBOR, MI 48103 | | Claim Number: 6836<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| HINTON, WILLIAM A<br>5311 PRATT RD<br>ANN ARBOR, MI 48103 | | Claim Number: 6837<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| SOWLES, JOHN<br>520 SUMMIT ROAD<br>WATSONVILLE, CA 95076 | | Claim Number: 6838<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|---|
| PRIORITY | Claimed: | $46,666.14 |

| SOWLES, JOHN W<br>520 SUMMIT ROAD<br>WATSONVILLE, CA 95076 | | Claim Number: 6839<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|---|
| PRIORITY | Claimed: | $46,666.14 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SOWLES, JOHN W
520 SUMMIT ROAD
WATSONVILLE, CA 95076

Claim Number: 6840
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $46,666.14 | Scheduled: | $46,666.14 |

---

MCEVILLA, KATIE
3019 MONROE
BELLWOOD, IL 60104

Claim Number: 6841
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

MCEVILLA, KATIE
3019 MONROE
BELLWOOD, IL 60104

Claim Number: 6842
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

LANDON, JAMES
105 SANDY BEACH RD
SHOHOLA, PA 18458

Claim Number: 6843
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
708.88 DOLLARS PER MONTH FOR LIFE.

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $77,240.00  UNLIQ |
|---|---|---|---|---|

---

LANDON, JAMES N
105 SANDY BEACH ROAD
SHOHOLA, PA 18458

Claim Number: 6844
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
708.88 PER MONTH FOR LIFE.

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

TANNOR PARTNERS CREDIT FUND, LP
TRANSFEROR: WJF TELECOM LLC
150 GRAND STREET, STE 401
WHITE PLAINS, NY 10601

Claim Number: 6845
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $5,305.00 |
|---|---|---|

---

LODER, KAREN T
183 LAGOON DR
NORTHFIELD, IL 60093

Claim Number: 6846
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $44,263.75 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ASM SIP, L.P.<br>TRANSFEROR: CLOUSE, GARY<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6847<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4126 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $39,787.26 |

---

| CLOUSE, GARY<br>250 PIT ROAD<br>CORDOVA, AL 35550 | Claim Number: 6848<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4132 |
|---|---|

| PRIORITY | Claimed: | $6,347.60 |

---

| LAVIAN, TAL<br>1640 MARIANI DRIVE<br>SUNNYVALE, CA 94087 | Claim Number: 6849<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $105,050.35 |

---

| NEARMUG<br>11 DOUGAL LANE<br>E. NORTHPORT, NY 11731 | Claim Number: 6850<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,514.10 |

---

| NEARMUG<br>ATTN: JILL A. ADLER, CMP, CONFERENCE<br>COORDINATOR<br>11 DOUGAL LANE<br>EAST NORTHPORT, NY 11731 | Claim Number: 6851<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $5,514.10 |

---

| KRAFT FOODS GLOBAL INC<br>JOHN J VERSCAJ<br>THREE LAKES DRIVE (NF594)<br>NORTHFIELD, IL 60093 | Claim Number: 6852<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 3824 (08/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PARKER, TIMOTHY<br>730 SUGAR PINE RD<br>SCOTTS VALLEY, CA 95066-3929 | Claim Number: 6853<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $15,081.29 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| PARKER, TIMOTHY<br>730 SUGAR PINE RD<br>SCOTTS VALLEY, CA 95066 | | Claim Number: 6854<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $42,411.66 | | |
| BARRAN, DANIEL<br>2616 N.E. 27TH TERRACE<br>FT. LAUDERDALE, FL 33306 | | Claim Number: 6855<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $20,178.04 | Scheduled: | $4,453.23 |
| UNSECURED | Claimed: | $48,418.17 | | |
| TOTAL | Claimed: | $48,418.17 | | |
| OWINGS, JOHN R.<br>8237 TREEMONT PLACE<br>FRISCO, TX 75034 | | Claim Number: 6856<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3255 | | |
| UNSECURED | Claimed: | $367,500.00 | | |
| CALA TELECOM SERVICES<br>CALA TELECOM SERVICES LTD<br>UNIT 27 SEYMOUR PARK<br>KINGSTON 6,<br>JAMAICA | | Claim Number: 6857<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $37,181.50 | | |
| CALA TELECOM SERVICES<br>CALA TELECOM SERVICES LTD<br>UNIT 27 SEYMOUR PARK<br>KINGSTON 6,<br>JAMAICA | | Claim Number: 6858<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $37,181.50 | | |
| ASTEC AMERICA, INC.<br>5810 VAN ALLEN WAY<br>CARLSBAD, CA 92008 | | Claim Number: 6859<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 6295 (09/02/2011) | | |
| UNSECURED | Claimed: | $9,039.32 | | |
| EMERSON NETWORK POWER - EMBEDDED<br>COMPUTING, INC. ("EMERSON")<br>2900 SOUTH DIABLO WAY<br>TEMPE, AZ 85282 | | Claim Number: 6860<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 6295 (09/02/2011) | | |
| UNSECURED | Claimed: | $530.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MILAN, NORBERTO
7 MINNETONKA ROAD
SEA RANCH LAKES, FL 33308

Claim Number: 6861
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.

---

ADMINISTRATIVE      Claimed:        $355,000.00

---

MILAN, NORBERTO
7 MINNETONKA RD
SEA RANCH LAKES, FL 33308

Claim Number: 6862
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.

---

PRIORITY            Claimed:        $355,000.00
UNSECURED                                     Scheduled:          $3,210.29  UNLIQ

---

MILAN, NORBERTO
7 MINNETONKA ROAD
SEA RANCH LAKES, FL 33308

Claim Number: 6863
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: POSSIBLE DUPLICATE OF 6861

---

ADMINISTRATIVE      Claimed:        $355,000.00

---

MILAN, NORBERTO
7 MINNETONKA ROAD
SEA RANCH LAKES, FL 33308

Claim Number: 6864
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: POSSIBLE DUPLICATE OF 6862

---

PRIORITY            Claimed:        $355,000.00

---

MILAN, NORBERTO
7 MINNETONKA RD
SEA RANCH LAKES, FL 33308

Claim Number: 6865
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: POSSIBLE DUPLICATE OF 6862

---

PRIORITY            Claimed:        $355,000.00

---

MILAN, NORBERTO
7 MINNETONKA ROAD
SEA RANCH LAKES, FL 33308

Claim Number: 6866
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: POSSIBLE DUPLICATE OF 6861

---

ADMINISTRATIVE      Claimed:        $355,000.00

---

WILLIAMS, CLARENCE M
514 CHINOOK CIRCLE
HARKER HEIGHTS, TX 76548

Claim Number: 6867
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

---

PRIORITY            Claimed:        $14,429.08

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WILLIAMS, CLARENCE
514 CHINOOK CIRCLE
HARKER HEIGHTS, TX 76548

Claim Number: 6868
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| ADMINISTRATIVE | Claimed: | $14,429.08 |

---

KLEBSCH, MICHAEL B
1803 MARTHA DR.
LITTLE ROCK, AR 72212

Claim Number: 6869
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $159,829.52 |

---

KLEBSCH, MICHAEL B
1803 MARTHA DR.
LITTLE ROCK, AR 72212

Claim Number: 6870
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| ADMINISTRATIVE | Claimed: | $159,829.52 |

---

ASM CAPITAL IV, L.P.
TRANSFEROR: KLEBSCH, MICHAEL B
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6871
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| ADMINISTRATIVE | Claimed: | $27,984.88 |

---

ASM CAPITAL IV, L.P.
TRANSFEROR: KLEBSCH, MICHAEL B
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6872
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $27,984.88 | | |
| UNSECURED | | | Scheduled: | $40,133.08 |

---

SERVICES FOR ELECTRONIC MANUFACTURING
S.R.L.
VIA LECCO 61
VIMERCATE
MILANO, 20059
ITALY

Claim Number: 6873
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $42,302.84 |

---

SERVICES ELECTRONIC MANUFACTURING
SRL
VIA LECCO 61
VIMERCATE, 20059
ITALY

Claim Number: 6874
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $42,302.84 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PACIFIC GAS AND ELECTRIC COMPANY<br>ATTN: BARBARA DAMLOS, ESQ.<br>LAW DEPT.<br>PO BOX 7442<br>SAN FRANCISCO, CA 94120-7442 | Claim Number: 6875<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8713 (10/16/2012) |
|---|---|

| UNSECURED | Claimed: | $411,597.24 UNLIQ |
|---|---|---|

| HOELER, DONALD J. JR.<br>225 WHITE FALLS DRIVE<br>COLUMBIA, SC 29212 | Claim Number: 6876<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

| WEARE, MARK<br>1 HAPPY AVE<br>DERRY, NH 03038 | Claim Number: 6877<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $77,440.00 |
|---|---|---|

| WEARE, MARK<br>1 HAPPY AVE<br>DERRY, NH 03038 | Claim Number: 6878<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: POSSIBLE DUPLICATE OF 6877 |
|---|---|

| PRIORITY | Claimed: | $77,440.00 |
|---|---|---|

| WRIGHT, NATASHA<br>3215 KIRBY STREET<br>DURHAM, NC 27713 | Claim Number: 6879<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|
| SECURED | Claimed: | $0.00 UNDET |

| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S. DENVER<br>TULSA, OK 74103 | Claim Number: 6880<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2673 (03/09/2010) |
|---|---|

| PRIORITY | Claimed: | $1,810.00 |
|---|---|---|

| PRECISION COMMUNICATION SERVICES, INC.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6881<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6424 (09/20/2011) |
|---|---|

| SECURED | Claimed: | $4,736,419.28 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PRECISION COMMUNICATION SERVICES CORPORATION C/O VEDDER PRICE P.C., ATTN: MICHAEL L. SCHEIN, ESQ., 1633 BROADWAY, 47TH FLOOR NEW YORK, NY 10019 | Claim Number: 6882 Claim Date: 01/25/2010 Debtor: NORTEL NETWORKS (CALA) INC. Comments: WITHDRAWN DOCKET: 6424 (09/20/2011) |

| SECURED | Claimed: | $4,739,639.80 |
| UNSECURED | Claimed: | $0.00 |

---

| TELMAR NETWORK TECHNOLOGY, INC. C/O VEDDER PRICE P.C. ATTN: MICHAEL L. SCHEIN, ESQ. 1633 BROADWAY, 47TH FLOOR NEW YORK, NY 10019 | Claim Number: 6883 Claim Date: 01/25/2010 Debtor: NORTEL NETWORKS (CALA) INC. Comments: WITHDRAWN DOCKET: 6424 (09/20/2011) |

| SECURED | Claimed: | $4,912,581.68 |

---

| GIESLER, DEBORAH 610 WARWICK RD DEERFIELD, IL 60015 | Claim Number: 6884 Claim Date: 01/25/2010 Debtor: NORTEL NETWORKS (CALA) INC. Comments: EXPUNGED DOCKET: 7432 (03/22/2012) |

| PRIORITY | Claimed: | $9,618.41 |

---

| GIESLER, DEBORAH M 610 WARWICK RD DEERFIELD, IL 60015 | Claim Number: 6885 Claim Date: 01/25/2010 Debtor: NORTEL NETWORKS (CALA) INC. Comments: EXPUNGED DOCKET: 7432 (03/22/2012) |

| ADMINISTRATIVE | Claimed: | $9,618.41 |

---

| DINAPOLI, VINCENT A 48 HALF MOON TRAIL S KINGSTON, RI 02879 | Claim Number: 6886 Claim Date: 01/25/2010 Debtor: NORTEL NETWORKS (CALA) INC. |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| CURTIS STRAUSS LLC 527 GREAT ROAD LITTLETON, MA 01460-1208 | Claim Number: 6887 Claim Date: 01/25/2010 Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $42,067.50 | Scheduled: | $42,067.50 |

---

| DUNSTON, BARBARA 261 MCNAIR DR HENDERSON, NC 27537 | Claim Number: 6888 Claim Date: 01/25/2010 Debtor: NORTEL NETWORKS (CALA) INC. Comments: 464.06 per month |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| DUNSTON, BARBARA<br>261 MCNAIR DR<br>HENDERSON, NC 27537 | | Claim Number: 6889<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>464.06 PER MONTH. |

| PRIORITY | Claimed: | $38,981.04 |
|---|---|---|

| | | |
|---|---|---|
| GIBSON DUNN CRUTCHER LLP<br>DEPT 0723<br>LOS ANGELES, CA 90084-0723 | | Claim Number: 6890<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $33,852.67 |
|---|---|---|

| | | |
|---|---|---|
| STRAUSS, CURTIS<br>1 DISTRIBUTION WAY<br>LITTLETON, MA 01460 | | Claim Number: 6891<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

| | | |
|---|---|---|
| WILCOX, REGINALD<br>22 EWING COURT<br>LUCAS, TX 75002 | | Claim Number: 6892<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $82,152.39 |
|---|---|---|

| | | |
|---|---|---|
| DESERT PALACE, INC., DBA CAESAR'S PALACE<br>HOTEL & CASINO<br>ROBERT G. AISENSTEIN, ESQ.<br>2114 FOUNTAIN SPRINGS DRIVE<br>HENDERSON, NV 89074 | | Claim Number: 6893<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |

| UNSECURED | Claimed: | $155,533.06 |
|---|---|---|

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: OWENS, RAYMOND<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 6894<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $80,209.94 |
|---|---|---|

| | | |
|---|---|---|
| J MOCK & CO SA<br>NO 15A JARDINES DE ALMA ROSA<br>SANTO DOMINGO,<br>DOMINICAN REPUBLIC | | Claim Number: 6895<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $70,598.00 | Scheduled: | $49,948.80  DISP |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| WHITLOCK, CLARENCE<br>1473 MARYDALE DRIVE<br>LILBURN, GA 30047 | | Claim Number: 6896<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: VIGREUX, GILBERT<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6897<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3098 | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $42,661.12 | | |
| CABRAL, JUSTO<br>PO BOX 8650<br>BAYAMON, PR 9608650 | | Claim Number: 6898<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $7,153.85 | | |
| HOVIS, MARY ANN<br>2700 GREEN HOLLY<br>SPRINGS COURT<br>OAKTON, VA 22124 | | Claim Number: 6899<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| HOVIS, MARY ANN<br>2700 GREEN HOLLY<br>SPRINGS COURT<br>OAKTON, VA 22124 | | Claim Number: 6900<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| BARRIOS, ALVIO S.<br>14351 S.W. 22ND ST.<br>MIAMI, FL 33175 | | Claim Number: 6901<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| PRIETO & CARRIZOSA SA<br>CRA 9 NO 74-08 OFIC<br>305 CONMUTADOR<br>BOGOTA,<br>COLOMBIA | | Claim Number: 6902-01<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012) | | |
| UNSECURED | Claimed: | $0.23 | Scheduled: | $7,789.39 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PRIETO & CARRIZOSA SA | | Claim Number: 6902-02 |
| CRA 9 NO 74-08 OFIC | | Claim Date: 01/25/2010 |
| 305 CONMUTADOR | | Debtor: NORTEL NETWORKS (CALA) INC. |
| BOGOTA, | | Comments: DOCKET: 7355 (03/08/2012) |
| COLOMBIA | | Paid and not entitled to any additional voting right or distribution |

| UNSECURED | Claimed: | $15,405.71 |

---

| ARCHIVE AMERICA, INC | | Claim Number: 6903 |
| C/O CONTRACT ADMINISTRATION | | Claim Date: 01/25/2010 |
| 3455 NW 54 STREET | | Debtor: NORTEL NETWORKS INC. |
| MIAMI, FL 33142 | | Comments: ALLOWED |
| | | DOCKET 7354 (03/08/2012) |

| SECURED | Claimed: | $16,622.67 |
| UNSECURED | Claimed: | $85,939.05 |

---

| SOBERAY, DETLEF | | Claim Number: 6904 |
| 4241 INWOOD RD | | Claim Date: 01/25/2010 |
| MINNETONKA, MN 55345-2525 | | Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $105,198.03 |

---

| EKAHAU INC | | Claim Number: 6905 |
| PO BOX 1240 | | Claim Date: 01/25/2010 |
| SANTA ROSA, CA 95402-1240 | | Debtor: NORTEL NETWORKS (CALA) INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 4163 (10/14/2010) |

| UNSECURED | Claimed: | $9,918.00 |

---

| OLEKSY, LOTTIE | | Claim Number: 6906 |
| 5741 N OKETO AVE | | Claim Date: 01/25/2010 |
| CHICAGO, IL 60631 | | Debtor: NORTEL NETWORKS (CALA) INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 8634 (10/03/2012) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |

---

| OLEKSY, LOTTIE | | Claim Number: 6907 |
| 5741 N OKETO AVE | | Claim Date: 01/25/2010 |
| CHICAGO, IL 60631 | | Debtor: NORTEL NETWORKS (CALA) INC. |
| | | Comments: WITHDRAWN |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| MCGEE, GERALDINE M. | | Claim Number: 6908 |
| 124 BURT STREET | | Claim Date: 01/25/2010 |
| APT. 25 | | Debtor: NORTEL NETWORKS (CALA) INC. |
| TECUMSEH, MI 49286-1172 | | Comments: EXPUNGED |
| | | DOCKET: 8634 (10/03/2012) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| MILLER, TERRENCE<br>38565 PIGGOTT BOTTOM RD<br>HAMILTON, VA 20158-9463 | Claim Number: 6909<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $637,269.00 |

| | | |
|---|---|---|
| MILLER, TERRENCE<br>38565 PIGGOTT BOTTOM RD<br>HAMILTON, VA 20158-9463 | Claim Number: 6910<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $309,500.00 |
| UNSECURED | Claimed: | $327,769.00 |

| | | |
|---|---|---|
| MCEACHRON, DAVID E<br>18966 SARATOGA GLEN PLACE<br>SARATOGA, CA 95070 | Claim Number: 6911<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $54,136.52 |

| | | |
|---|---|---|
| CONLEY ROSE PC<br>600 TRAVIS<br>HOUSTON, TX 77002 | Claim Number: 6912<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,626.00 | Scheduled: | $0.00 UNLIQ |

| | | |
|---|---|---|
| TOSHACH, DANIEL W<br>19135 CORCORAN RD<br>MANCHESTER, MI 48158 | Claim Number: 6913<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $27,631.00 |
| UNSECURED | Claimed: | $0.20 |

| | | |
|---|---|---|
| TOSHACH, DAN<br>19135 CORCORAN DR<br>MANCHESTER, MI 48158 | Claim Number: 6914<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $27,631.20 |

| | | |
|---|---|---|
| HUME, JAMES W<br>8700 BEAR CREEK DR.<br>MCKINNEY, TX 75070 | Claim Number: 6915<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,782.63 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| HUME, JAMES W.<br>8700 BEAR CREEK DR.<br>MCKINNEY, TX 75070 | | Claim Number: 6916<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $40,782.63 |
| THURMAN, MARIAN L<br>239 TAFT AVE<br>YPSILANTI, MI 48197 | | Claim Number: 6917<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY | Claimed: | $0.00   UNDET |
| THURMAN, MARIAN L<br>239 TAFT AVE<br>YPSILANTI, MI 48197 | | Claim Number: 6918<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| ADP NATIONAL ACCT SERVICES<br>PRO BUSINESS, INC.<br>MONETTE DAY<br>4125 HOPYARD RD<br>PLEASANTON, CA 94588 | | Claim Number: 6919<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $2,202.03 |
| ADP NATIONAL ACCT SERVICES<br>PRO BUSINESS, INC.<br>ATTN: MONETTE DAY<br>4125 HOPYARD RD<br>PLEASANTON, CA 94588 | | Claim Number: 6920<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
| ADMINISTRATIVE | Claimed: | $2,202.03 |
| THURMAN, MARIAN L<br>239 TAFT AVE<br>YPSILANTI, MI 48197 | | Claim Number: 6921<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY | Claimed: | $0.00   UNDET |
| THURMAN, MARIAN L<br>239 TAFT AVE<br>YPSILANTI, MI 48197 | | Claim Number: 6922<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ROBINSON, JACQUELINE B.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6923
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,325.73 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ROBINSON, JACQUELINE B.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6924
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| ADMINISTRATIVE | Claimed: | $42,275.73 |
|---|---|---|

---

GUNDELBACHER, BERNHARD
SEESTRASSE 2
SEEFELD, D-82229
GERMANY

Claim Number: 6925
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| SECURED | Claimed: | $1,493.00   UNDET |
|---|---|---|

---

GUNDELBACHER, BERNHARD
SEESTRASSE 2
SEEFELD-HECHENDORF, D-82229
GERMANY

Claim Number: 6926
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $1,493.00 |
|---|---|---|

---

SIERRA TELEPHONE CO INC
49150 ROAD 426, PO BOX 219
OAKHURST, CA 93644-0219

Claim Number: 6927
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $100.62 |
|---|---|---|

---

SIERRA TELEPHONE
PO BOX 219
OAKHURST, CA 93644

Claim Number: 6928
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| ADMINISTRATIVE | Claimed: | $100.62 |
|---|---|---|

---

BLAIR, LAWRENCE
2495 AQUASANTA
TUSTIN, CA 92782

Claim Number: 6929
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $16,954.12 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BLAIR, LAWRENCE
2495 AQUASANTA
TUSTIN, CA 92782

Claim Number: 6930
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $16,954.12 |
|---|---|---|

---

BLAIR, LAWRENCE
2495 AQUASANTA
TUSTIN, CA 92782

Claim Number: 6931
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $16,954.12 |
|---|---|---|

---

BLAIR, LAWRENCE D.
2495 AQUASANTA
TUSTIN, CA 92782

Claim Number: 6932
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $16,954.12 |
|---|---|---|

---

IACONA, FRANCESCO
RICHARD WAGNER STR 48
KOLN NRW
COLOGNE, 51145
GERMANY

Claim Number: 6933
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $3,063.00 |
|---|---|---|

---

IACONA, FRANCESCO
RICHARD WAGNER STR 48
KOLN NRW
COLOGNE, 51145
GERMANY

Claim Number: 6934
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $3,063.00 |
|---|---|---|

---

JONES, REBECCA
REBECCA (FURNESS) BOYCE
4225 MABRY ROAD
ROSWELL, GA 30075

Claim Number: 6935
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $29,414.15 |
|---|---|---|

---

JONES, REBECCA
4225 MABRY ROAD
ROSWELL, GA 30075

Claim Number: 6936
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| ADMINISTRATIVE | Claimed: | $29,414.15 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

JONES, REBECCA
4225 MABRY ROAD
ROSWELL, GA 30075

Claim Number: 6937
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $29,414.15 |
| --- | --- | --- |

---

JONES, REBECCA
4225 MABRY ROAD
ROSWELL, GA 30075

Claim Number: 6938
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| ADMINISTRATIVE | Claimed: | $29,414.15 |
| --- | --- | --- |

---

JONES, REBECCA
4225 MABRY ROAD
ROSWELL, GA 30075

Claim Number: 6939
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $29,414.15 | Scheduled: | $6,016.68 |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $25,346.80 |

---

JONES, REBECCA
4225 MABRY ROAD
ROSWELL, GA 30075

Claim Number: 6940
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| ADMINISTRATIVE | Claimed: | $29,414.15 |
| --- | --- | --- |

---

CHUCK DRAKE OF PWCS EDU
8217 SUNSET DRIVE
MANASSAS, VA 20110-3813

Claim Number: 6941
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $500.00 |
| --- | --- | --- |

---

ETAG
CHUCK DRAKE OF PWCS EDU
8217 SUNSET DRIVE
MANASSAS, VA 20110-3813

Claim Number: 6942
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $500.00 |
| --- | --- | --- |

---

SIMCLAR INTERCONNECT TECHNOLOGIES
1624 W. JACKSON
OZARK, MO 65721-9156

Claim Number: 6943
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $54,972.00 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SIMCLAR INTERCONNECT TECHNOLOGIES<br>1784 STANLEY AVE<br>DAYTON, OH 45404 | Claim Number: 6944<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $54,972.00 |

| TASHJIAN, ROBERT<br>35621 GALEN PLACE<br>FREMONT, CA 94536 | Claim Number: 6945<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $10,950.00<br>$7,013.06 |

| ALLIANCE FOR TELECOMMUNICATION<br>INDUSTRY SOLUTIONS ATIS<br>1200 G STREET NW<br>WASHINGTON, DC 20005 | Claim Number: 6946<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|
| UNSECURED          Claimed: | $4,875.00 |

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: HARTE-HANKS, INC. AND ITS AF<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6947<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |
|---|---|
| UNSECURED          Claimed: | $39,270.76 |

| UNISYS CORPORATION<br>123 S BROAD ST STE 2100<br>PHILADELPHIA, PA 19109-1042 | Claim Number: 6948<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7623 (05/09/2012) |
|---|---|
| UNSECURED          Claimed: | $377,058.65 |

| EMC CORPORATION<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 6949<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| ADMINISTRATIVE          Claimed: | $667,547.12 |

| CITY OF GOLDEN<br>SALES TAX DIVISION<br>ATTN: AMY CAPWELL<br>911 10TH STREET<br>GOLDEN, CO 80401 | Claim Number: 6950<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN |
|---|---|
| PRIORITY          Claimed:          $200.00          Scheduled:          $0.00  UNLIQ | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| FEIGEL, JAMES<br>3505 NORTH GRAVEL CIRCLE<br>SOUTHLAKE, TX 76092 | | Claim Number: 6951<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $6,692.31 |
| PERSHWITZ, EDWARD<br>2421 TROPHY DR<br>PLANO, TX 75025 | | Claim Number: 6952<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $44,430.64 |
| EBERTS, DANIEL G<br>28924 OLD TOWN FRONT ST STE 104<br>TEMECULA, CA 92590-2857 | | Claim Number: 6953<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| UNSECURED | Claimed: | $183.00 |
| SCHURR, KARL<br>FELDHUETER STR. 2<br>ALLING, D-82239<br>GERMANY | | Claim Number: 6954<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $22,305.00 |
| FLETCHER, ERIKA<br>2754 GRIMES RANCH ROAD<br>AUSTIN, TX 78732 | | Claim Number: 6955<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $17,500.00 |
| COOPER, MICHAEL<br>P.O. BOX 1056<br>MADISON, FL 32341 | | Claim Number: 6956<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $45,460.80 |
| MCQUEEN, LINDA C<br>4643 MALONE CT<br>RALEIGH, NC 27616-5473 | | Claim Number: 6957<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $3,611.45 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CHU, CHUN LING
810 S GARFIELD AVE
MONTEREY PARK, CA 91754

Claim Number: 6958
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,000.00 |

---

FOLEY, NANCY
22020 DE LA GUERRA
WOODLAND HILLS, CA 91364

Claim Number: 6959
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET |

---

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 6960
Claim Date: 01/25/2010
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $27,930.46 |
| UNSECURED | Claimed: | $4,933.50 |

---

KLINE, ANDRIA
7612 FLAMINGO WAY
SACRAMENTO, CA 95828-3430

Claim Number: 6961
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $40,000.00 |

---

KURTZ, DAVID L. JR.
3202 WAXHAW-MARVIN ROAD
WAXHAW, NC 28173

Claim Number: 6962
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $76,549.32 |
| UNSECURED | Claimed: | $76,549.32 |
| TOTAL | Claimed: | $76,549.32 |

---

DAS, DEEPANKAR
103 SERENA CT
MOUNTAIN VIEW, CA 94043

Claim Number: 6963
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57,300.00 |

---

GIPSON, MICHELLE R
P O BOX 250504
ATLANTA, GA 30325

Claim Number: 6964
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $30,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SPILLANE, DONALD<br>106 PURPLE SAGE CT.<br>CARY, NC 27513 | | Claim Number: 6965<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $69,038.25 | | |

| PETERSON, KAREN C.<br>335 HADLEY DRIVE<br>TRUMBULL, CT 06611 | | Claim Number: 6966<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Amends claim 1643 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $38,308.98 | | |

| DINH, VIET<br>11601 LAGO VIS W APT 1312<br>FARMERS BRNCH, TX 75234-6812 | | Claim Number: 6967<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $8,203.00 | Scheduled: | $18,028.20 |

| CROSSWIND TECHNOLOGIES INC<br>835 FERN RIDGE ROAD<br>FELTON, CA 95018 | | Claim Number: 6968<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | | |

| ZAR, SHAKEEL<br>1101 S. BOWSER ROAD<br>RICHARDSON, TX 75081 | | Claim Number: 6969<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,565.07 |
| UNSECURED | Claimed: | $30,410.00 | Scheduled: | $24,776.67 |

| SKINNER, FRANCIS E.<br>5312 EARLE RD<br>RALEIGH, NC 27606 | | Claim Number: 6970<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75,015.96 | | |

| MENCHACA, ARMANDO<br>8603 SUNVIEW PARK<br>SAN ANTONIO, TX 78224 | | Claim Number: 6971<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,000.00 | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VANISH, GEORGE<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6972<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: POSSIBLY AMENDED BY 7927 |
| UNSECURED | Claimed: | $81,529.00 |
| RUFF, GEOFFREY E<br>1029 RED BRICK ROAD<br>GARNER, NC 27529 | | Claim Number: 6973<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $47,572.60 |
| SUAREZ, JORGE HUMBERTO<br>14720 GLENCAIRN ROAD<br>MIAMI LAKES, FL 33016 | | Claim Number: 6974<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $1,000,000.00   UNLIQ |
| PIETRZAK, ANDREW<br>6 PECONIC LANE<br>SELDEN, NY 11784 | | Claim Number: 6975<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $13,456.12 |
| NORTEL NETWORKS DE ARGENTINA S.A.<br>TORRE BOUCHARD PLAZA<br>BOUCHARD 557/599, PISO 17<br>BUENOS AIRES, CP 1106<br>ARGENTINA | | Claim Number: 6976<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |
| ADMINISTRATIVE | Claimed: | $969,314.48   UNLIQ |
| SECURED | Claimed: | $4,327,627.65   UNLIQ |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ZHOU, JOANNA<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 6977<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8203 |
| PRIORITY | Claimed: | $21,936.66 |
| OMNITEL COMMUNICATIONS<br>608 E CONGRESS ST<br>NORA SPRINGS, IA 50458-8634 | | Claim Number: 6978<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution |
| UNSECURED | Claimed: | $735,114.08 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS UK PENSION TRUST LTD ET
AL, ATTN: DAVID DAVIES, CHAIRMAN
WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 6979
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: POSSIBLY AMENDED BY 8357

| SECURED | Claimed: | $0.00 UNLIQ CONT |
|---|---|---|

---

485 LEXINGTON OWNER LLC
STEMPEL BENNETT ET AL
675 THIRD AVE - 31ST FLOOR
NEW YORK, NY 10017

Claim Number: 6980-01
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6762 (11/14/2011)

ADMINISTRATIVE

| UNSECURED | Claimed: | $620,994.59 |
|---|---|---|

---

485 LEXINGTON OWNER LLC
STEMPEL BENNETT ET AL
675 THIRD AVE - 31ST FLOOR
NEW YORK, NY 10017

Claim Number: 6980-02
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6762 (11/14/2011)
Amends Claim 4855

| SECURED | Claimed: | $1,648,625.00 |
|---|---|---|

---

RECKSON OPERATING PARTNERSHIP L.P.
C/O STEMPEL BENNETT, ET AL
675 THIRD AVENUE - 31ST FLOOR
NEW YORK, NY 10017

Claim Number: 6981
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
Amends claim 5040

| UNSECURED | Claimed: | $360,789.72 |
|---|---|---|

---

INTECH GROUP, INC., THE
305 EXTON COMMONS
EXTON, PA 19341

Claim Number: 6982
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $32,475.00 |
|---|---|---|

---

SONAR CREDIT PARTNERS II, LLC
TRANSFEROR: MARTINGALE ROAD LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504

Claim Number: 6983
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $537,823.01 |
|---|---|---|

---

KRON, WILLI
C/O PETER KRON
556 E. NICHOLS DR.
LITTLETON, CO 80122

Claim Number: 6984
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KRON, WILLI
556 E NICHOLS DR
LITTLETON, CO 80122-2876

Claim Number: 6985
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MAYE, CLEVON J
1106 MAPLE AVE
APEX, NC 27502

Claim Number: 6986
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $600,000.00 |
|---|---|---|

MAYE, CLEVON J
1106 MAPLE AVE
APEX, NC 27502

Claim Number: 6987
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $600,000.00 |
|---|---|---|

BAYTECH PLASTICS INC
320 ELIZABETH STREET
MIDLAND, ON L4R 4L6
CANADA

Claim Number: 6988
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $4,117.44 |
|---|---|---|

BAYTECH PLASTICS INC
320 ELIZABETH STREET
MIDLAND, ON L4R 4L6
CANADA

Claim Number: 6989
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $4,117.44 |
|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TWYNHAM, ANDREW
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6990
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4100

| PRIORITY | Claimed: | $48,400.00 |
|---|---|---|
| UNSECURED | Claimed: | $119,318.40 |

LEAVELL, BRENT
13338 N HIGHWAY 23
OZARK, AR 72949-3989

Claim Number: 6991
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $138,237.69 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LEAVELL, BRENT<br>13338 N HIGHWAY 23<br>OZARK, AR 72949-3989 | | Claim Number: 6992<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $138,237.69 | | |
| UNSECURED | Claimed: | $138,237.69 | | |
| TOTAL | Claimed: | $138,237.69 | | |

---

| WOLFE, RICHARD<br>5917 RUSTIC WOOD LN<br>DURHAM, NC 27713 | | Claim Number: 6993<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,682.68 | | |

---

| WOLFE, RICHARD N.<br>5917 RUSTIC WOOD LN<br>DURHAM, NC 27717 | | Claim Number: 6994<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $41,682.68 | | |

---

| GOINS, PETRA B.<br>2982 MARLOW LANE<br>RICHARDSON, TX 75082 | | Claim Number: 6995<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,749.41 | | |
| UNSECURED | Claimed: | $2,388.08 | | |

---

| GOINS, PETRA B.<br>2982 MARLOW LANE<br>RICHARDSON, TX 75082 | | Claim Number: 6996<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,749.41 | | |
| UNSECURED | Claimed: | $2,388.08 | | |

---

| GOINS, PETRA B.<br>2982 MARLOW LANE<br>RICHARDSON, TX 75082 | | Claim Number: 6997<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,749.41 | | |
| UNSECURED | Claimed: | $2,388.08 | | |

---

| GOINS, PETRA B.<br>2982 MARLOW LANE<br>RICHARDSON, TX 75082 | | Claim Number: 6998<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,749.41 | Scheduled: | $5,555.63 |
| UNSECURED | Claimed: | $2,388.08 | Scheduled: | $13,883.54 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| HERRMANN, HANS<br>MOLTKESTRASSE 24/1<br>SONNENBUHL, D-72820<br>GERMANY | | Claim Number: 6999<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| HERRMANN, HANS<br>MOLTKESTRASSE 24/1<br>SONNENBUHL, D-72820<br>GERMANY | | Claim Number: 7000<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| ROSS, CINDY L<br>23750 OAK FLAT ROAD<br>LOS GATOS, CA 95033 | | Claim Number: 7001<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $13,715.94 |

---

| | | |
|---|---|---|
| ROSS, CINDY L.<br>23750 OAK FLAT ROAD<br>LOS GATOS, CA 95033 | | Claim Number: 7002<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $13,715.94 |

---

| | | |
|---|---|---|
| BENTIVEGNA, KAREN U.<br>17 IVY LEAGUE LANE<br>STONY BROOK, NY 11790 | | Claim Number: 7003<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $68,400.00 |

---

| | | |
|---|---|---|
| BENTIVEGNA, KAREN<br>17 IVY LEAGUE LANE<br>STONY BROOK, NY 11790 | | Claim Number: 7004<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $68,400.00 |

---

| | | |
|---|---|---|
| BENTIVEGNA, KAREN<br>17 IVY LEAGUE LANE<br>STONY BROOK, NY 11790 | | Claim Number: 7005<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $68,400.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BREIT, WILHELM
FRIEDHOFSTR. 69
STUTTGART, 70191
GERMANY

Claim Number: 7006
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

BREIT, WILHELM
FRIEDHOFSTR. 69
STUTTGART, 70191
GERMANY

Claim Number: 7007
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

GERLACH, KNUT, DR.
ERSTE OCHSENKOPPEL 4
LUEBECK, D-23566
GERMANY

Claim Number: 7008
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7686 (05/24/2012)

| ADMINISTRATIVE | Claimed: | $25,000.00 |

---

GERLACH, KNUT, DR.
ERSTE OCHSENKOPPEL 4
LUEBECK, D-23566
GERMANY

Claim Number: 7009
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7686 (05/24/2012)

| UNSECURED | Claimed: | $25,000.00 |

---

SPRINT NEXTEL CORPORATION
ATTN: JULIETTE MORROW CAMPBELL
10002 PARK MEADOWS DRIVE
LITTLETON, CO 80124

Claim Number: 7010
Claim Date: 01/27/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5067 (03/04/2011)

| ADMINISTRATIVE | Claimed: | $25,139.91   UNLIQ |

---

WIND TELECOM, S.A.
AVE 27 DE FEBRERO ESQ. I. AGUIAR
HERRERA
STO. DGO.,
DOMINICAN REPUBLIC

Claim Number: 7011
Claim Date: 01/27/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7112 (01/20/2012)

| ADMINISTRATIVE | Claimed: | $1,050,000.00 |

---

WIND TELECOM SA
AVE 27 DE FEBRERO ESQ ISABEL
SANTO DOMINGO,
DOMINICAN REPUBLIC

Claim Number: 7012
Claim Date: 01/27/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7112 (01/20/2012)

| UNSECURED | Claimed: | $1,050,000.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WILLIAMS, PAUL, JR.
5509 PINE DR
RALEIGH, NC 27606

Claim Number: 7013
Claim Date: 01/27/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7082

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,974.81 |
| UNSECURED | Claimed: | $52,581.42 |

---

FURLONG, PHILIP
380 HEARNE ST #202
POINTE CLAIRE, QC H9R 1K3
CANADA

Claim Number: 7014
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

JOHNSON, LINDA M.
5210 REDWOOD ROAD
DURHAM, NC 27704

Claim Number: 7015
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

JOHNSON, LINDA M
5210 REDWOOD RD
DURHAM, NC 27704

Claim Number: 7016
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |

---

JETTON, JOANIE D
704 CLAIBORNE STREET
APT B
GOLDSBORO, NC 27530

Claim Number: 7017
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

JETTON, JOANIE D.
704-B E. CLAIBORNE ST.
GOLDSBORO, NC 27530

Claim Number: 7018
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

CITY OF SANTA CLARA
BUSINESS LICENSE DIVISION
1500 WARBURTON AVENUE
SANTA CLARA, CA 95050

Claim Number: 7019
Claim Date: 01/28/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $347,982.20 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| CITY OF SANTA CLARA<br>BUSINESS LICENSE DIVISION<br>1500 WARBURTON AVENUE<br>SANTA CLARA, CA 95050 | | Claim Number: 7020<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| ADMINISTRATIVE | Claimed: | $347,982.20 |

---

| | | |
|---|---|---|
| MCKENNA, GREGORY<br>9272 CO RD 150<br>KENTON, OH 43326 | | Claim Number: 7021<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $56,755.20 |

---

| | | |
|---|---|---|
| MCKENNA, GREGORY<br>9272 CO RD 150<br>KENTON, OH 43326 | | Claim Number: 7022<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $56,755.20 |

---

| | | |
|---|---|---|
| ROBINSON, DOROTHY J<br>PO BOX 9394<br>RIVIERA BEACH, FL 33404 | | Claim Number: 7023<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| SECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| ROBINSON, DOROTHY<br>P.O. BOX 9394<br>RIVIERA BEACH, FL 33419 | | Claim Number: 7024<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| PHILLIPS, THERESA L<br>326 KILEY DRIVE<br>HOSCHTON, GA 30548 | | Claim Number: 7025<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| PHILLIPS, THERESA<br>326 KILEY DR<br>HOSCHTON, GA 30548 | | Claim Number: 7026<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| TRS<br>TRS REN TELCO<br>PO BOX 619260<br>DFW AIRPORT, TX 75261-9260 | Claim Number: 7027<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $5,391.86 |
|---|---|---|

| THOMPSON, RAYMOND R<br>4326 NEW BROAD ST. # 205<br>ORLANDO, FL 32814-6657 | Claim Number: 7028<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $35,000.00 |
|---|---|---|

| THOMPSON, RAYMOND R.<br>4326 NEW BROAD ST. # 205<br>ORLANDO, FL 32814-6657 | Claim Number: 7029<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $35,000.00 |
|---|---|---|

| VARMA, ANJALI<br>6035 MARQUITA AVE<br>DALLAS, TX 75206 | Claim Number: 7030<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $16,692.05 |
|---|---|---|
| UNSECURED | Claimed: | $38,740.73 |

| TERAN, CAROL<br>15676 SW 52ND COURT<br>MIRAMAR, FL 33027 | Claim Number: 7031<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $44,050.00 |

| NARDIELLO, ARTHUR L.<br>914 WEDGEWOOD WAY<br>RICHARDSON, TX 75080 | Claim Number: 7032<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,200.00 |
|---|---|---|

| HOWK, LARRY<br>4302 LAKE HILL DR<br>ROWLETT, TX 75089 | Claim Number: 7033<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $66,739.15 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CHISHOLM, ELAINE | Claim Number: 7034 |
| 3370 NE 190TH ST | Claim Date: 01/29/2010 |
| # 1012 | Debtor: NORTEL NETWORKS INC. |
| AVENTURA, FL 33180 | |

| UNSECURED | Claimed: | $55,033.00   CONT |

---

| BOEHLKE, MARK | Claim Number: 7035 |
| 607 HAMLET COURT | Claim Date: 01/29/2010 |
| FRUITLAND PARK, FL 34731 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $71,884.00 |

---

| VAUGHN, JERRY E | Claim Number: 7036 |
| 1431 KENSINGTON COURT | Claim Date: 01/29/2010 |
| SOUTHLAKE, TX 76092 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Claim out of balance |

| PRIORITY | Claimed: | $300,070.00 |
| SECURED | Claimed: | $300,070.00 |
| TOTAL | Claimed: | $300,070.00 |

---

| SAN PATRICIO PARKING SYSTEM | Claim Number: 7037 |
| PMB 436 1353 ROAD 19 | Claim Date: 01/29/2010 |
| GUAYNABO, PR 00966 | Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $1,800.00 |

---

| SAN PATRICIO PARKING SYSTEM | Claim Number: 7038 |
| PMB 436 1353 ROAD 19 | Claim Date: 01/29/2010 |
| GUAYNABO, PR 00966 | Debtor: NORTEL NETWORKS (CALA) INC. |
| | Comments: EXPUNGED |
| | DOCKET: 3799 (08/18/2010) |

| ADMINISTRATIVE | Claimed: | $1,800.00 |

---

| ASM SIP, L.P. | Claim Number: 7039 |
| TRANSFEROR: CRAWFORD, BLAKE | Claim Date: 01/29/2010 |
| ASM CAPITAL | Debtor: NORTEL NETWORKS INC. |
| 7600 JERICHO TURNPIKE SUITE 302 | |
| WOODBURY, NY 11797 | |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $32,210.74 |

---

| MIZERK, THOMAS | Claim Number: 7040 |
| 1220 FOXDALE DR. | Claim Date: 01/29/2010 |
| ADDISON, IL 60101 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $50,000.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 7041<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |

| UNSECURED | Claimed: | $50,000.00 | Scheduled: | $0.00  UNLIQ |

| MIZERK, THOMAS<br>1220 FOXDALE DR.<br>ADDISON, IL 60101 | | Claim Number: 7042<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 7043<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $176,206.63 |

| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 7044<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S DENVER<br>TULSA, OK 74103 | | Claim Number: 7045<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |

| PRIORITY | Claimed: | $1,810.00 |

| STRAUSS, CURTIS<br>1 DISTRIBUTION WAY<br>LITTLETON, MA 01460 | | Claim Number: 7046<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |

| UNSECURED | Claimed: | $1,000.00 |

| CAPORUSSO, DEBRA-JANE<br>4 FIELDHOUSE AVE<br>EAST SETAUKET, NY 11733 | | Claim Number: 7047<br>Claim Date: 02/02/2010<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $60,380.32 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| STATE OF NEW JERSEY, THE DIVISION OF EMPLOYER ACCOUNTS PO BOX 379 TRENTON, NJ 08625-0379 | Claim Number: 7048 Claim Date: 01/26/2010 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 4400 (11/23/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,250.00 |
|---|---|---|

---

| FRAME, DAVID 633 RAFORD HILL LN RICHARDSON, TX 75081 | Claim Number: 7049 Claim Date: 02/01/2010 Debtor: NORTEL NETWORKS INC. Comments: amends claim 4601 |
|---|---|

| UNSECURED | Claimed: | $15,748.94 |
|---|---|---|

---

| DUROSOMO, VICTOR I. 1881 SW 164TH AVENUE MIRAMAR, FL 33027 | Claim Number: 7050 Claim Date: 02/01/2010 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $40,607.28 |
|---|---|---|

---

| VENTURA, JAYNE 229 24TH STREET MANHATTAN BEACH, CA 90266 | Claim Number: 7051 Claim Date: 02/01/2010 Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $418,182.00 |
|---|---|---|

---

| VENTURA, JAYNE L. 229 24TH STREET MANHATTAN BEACH, CA 90266 | Claim Number: 7052 Claim Date: 02/01/2010 Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $418,182.00 |
|---|---|---|

---

| AEROFLEX AEROFLEX WEINSCHEL 5305 SPECTRUM DRIVE FREDERICK, MD 21703-7362 | Claim Number: 7053 Claim Date: 02/01/2010 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $1,100.00 |
|---|---|---|

---

| AEROFLEX WEINSCHEL, INC. 5305 SPECTRUM DR FREDERICK, MD 21703 | Claim Number: 7054 Claim Date: 02/01/2010 Debtor: NORTEL NETWORKS (CALA) INC. Comments: EXPUNGED DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,100.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LEU, YUH L<br>1624 BROADMOOR DRIVE<br>ALLEN, TX 75002 | Claim Number: 7055<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,093.60 |
|---|---|---|

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER<br>MEMBERS OF THE ACE GROUP OF COMPANIES<br>436 WALNUT STREET WA02J<br>PHILADELPHIA, PA 19106 | Claim Number: 7056<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4001 & 6513 |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| WILLIAMS, WILLIAM G.<br>P.O. BOX 1713<br>APEX, NC 27502 | Claim Number: 7057<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $70,720.00 |
|---|---|---|

---

| HORTON, GERALDINE B<br>1328 FOXRUN DR<br>RALEIGH, NC 27610 | Claim Number: 7058<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $15,240.00   UNDET |
|---|---|---|

---

| COWGILL, WILLIAM DANIEL<br>1157 NECK RD<br>PONTE VEDRA, FL 32082 | Claim Number: 7059<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $100,000.00 |
|---|---|---|

---

| STEVENS, DONALD<br>2737 STARBIRD DRIVE<br>COSTA MESA, CA 92626 | Claim Number: 7060<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. |
|---|---|

| UNSECURED | Claimed: | $56,250.00 |
|---|---|---|

---

| ESPINOSA, JOSE J.<br>840 FALLING WATER RD<br>WESTON, FL 33326 | Claim Number: 7061<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $14,320.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | | |
|---|---|---|---|---|---|
| RUUS, KIRSTEN<br>1451 NORTH WEST 108TH AVENUE<br>APT 303<br>PLANTATION, FL 33322 | | Claim Number: 7062<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $29,820.00 | |

---

| | | |
|---|---|---|
| DISANTO, DONALD A.<br>3017 REEVES RD<br>WILLOUGHBY, OH 44094 | | Claim Number: 7063<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 5846. Claim is for 10,304.40 per year priority. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |

---

| | | |
|---|---|---|
| JAMES, RYAN S.<br>805 BUFFALO SPRINGS DRIVE<br>ALLEN, TX 75013 | | Claim Number: 7064<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $85,495.00 |

---

| | | |
|---|---|---|
| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | | Claim Number: 7065<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $425,000.00 |

---

| | | |
|---|---|---|
| BGH SA<br>BRASIL 731<br>BUENOS AIRES B, 1154<br>ARGENTINA | | Claim Number: 7066<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,419.00 | Scheduled: | $0.00 UNLIQ |

---

| | | |
|---|---|---|
| LECOMPTE, ANITA<br>72 LOUIS STREET<br>TRENTON, ON K8V 2L1<br>CANADA | | Claim Number: 7067<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| LECOMPTE, ANITA<br>72 LOUIS STREET<br>TRENTON, ON K8V 2L1<br>CANADA | | Claim Number: 7068<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: WIND TELECOM SA
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 7069
Claim Date: 01/27/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7112 (01/20/2012)

| UNSECURED | Claimed: | $1,050,000.00 | Scheduled: | $1,050,000.00 DISP |
|---|---|---|---|---|

---

WIND TELECOM SA
AVE 27 DE FEBRERO ESQ I AGUIAR
SANTO DOMINGO,
DOMINICAN REP.

Claim Number: 7070
Claim Date: 01/27/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7112 (01/20/2012)

| ADMINISTRATIVE | Claimed: | $1,050,000.00 |
|---|---|---|

---

HABOSIAN, LEVON
600 TECHNOLOGY PARK
BILLERICA, MA 01821

Claim Number: 7071
Claim Date: 02/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,039.96 |

---

BEASLEY, PATSY J
P O BOX 935
CONYERS, GA 30012-0935

Claim Number: 7072
Claim Date: 02/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

BEASLEY, PATSY J
P O BOX 935
CONYERS, GA 30012-0935

Claim Number: 7073
Claim Date: 02/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

---

MAND, M G
618 BERWICK ROAD
WILMINGTON, DE 19803-2204

Claim Number: 7074
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8319

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DONOVAN, WILLIAM
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7075
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $390,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MONARCH MASTER FUNDING LTD<br>TRANSFEROR: RIVERSIDE CLAIMS LLC<br>C/O MONARCH ALTERNATIVE CAPITAL LP<br>535 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 7076<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7559 (04/18/2012)<br>Replaces claim 6820 and Amends claim 392 |
|---|---|
| ADMINISTRATIVE          Claimed: | $479,290.00 |

---

| GE FANUC INTELLIGENT PLATFORMS<br>ATTN: NATHAN B. SMITH, ESQ.<br>2500 AUSTIN DRIVE<br>CHARLOTTESVILLE, VA 22911 | Claim Number: 7077<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7557 (04/18/2012) |
|---|---|
| UNSECURED          Claimed: | $548,496.64 |

---

| EMERY, SEAN<br>4742 GREENWOOD DR<br>ALLISON PARK, PA 15101 | Claim Number: 7078<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $38,423.09 |

---

| ASM SIP, L.P.<br>TRANSFEROR: SYNROD, STEPHEN A.<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7079<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $34,957.53 |

---

| PARTON, JOYCE<br>211 PACE FOREST CT APT 413<br>RALEIGH, NC 27612-6430 | Claim Number: 7080<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|
| PRIORITY          Claimed: | $123,408.95 |

---

| BLANKENSHIP, STEPHANIE<br>1530 VIA CAMPO AUREO<br>SAN JOSE, CA 95120 | Claim Number: 7081<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed: | $8,432.37 |

---

| WILLIAMS, PAUL JR.<br>5509 PINE DR<br>RALEIGH, NC 27606 | Claim Number: 7082<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $4,974.81<br>$52,581.42 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LEXIS NEXIS CANADA INC<br>123 COMMERCE VALLEY DRIVE EAST<br>SUITE 700<br>MARKHAM, ON L3T 7W8<br>CANADA | Claim Number: 7083<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,396.28 |
|---|---|---|

---

| KEEGAN, SUSAN<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ 08822 | Claim Number: 7084<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $74,355.77 |
|---|---|---|

---

| KEEGAN, SUSAN M.<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ 08822 | Claim Number: 7085<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $74,355.77 |
|---|---|---|

---

| COAKLEY, BILLY W. SR.<br>573 VERONICA RD.<br>GEORGETOWN, SC 29440 | Claim Number: 7086<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $7,618.00 |
|---|---|---|

---

| COAKLEY, BILLY WAYNE SR.<br>573 VERONICA ROAD<br>GEORGETOWN, SC 29440 | Claim Number: 7087<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $7,618.00 |
|---|---|---|

---

| SKINNER, JOHN R.<br>4156 LAKE WILSON RD<br>WILSON, NC 27896 | Claim Number: 7088<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $237,124.80 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| CRESCENT CROWN PEAKVIEW TOWER, LLC<br>C/O CRESCENT REAL ESTATE EQUITIES, LLC<br>ATTN: C. ROBERT BAIRD, ESQ.<br>777 MAIN STREET, SUITE 2000<br>FORT WORTH, TX 76102 | Claim Number: 7089<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012) |
|---|---|

| UNSECURED | Claimed: | $337,442.75 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR RD<br>WANCHAI,<br>HONG KONG | | Claim Number: 7090<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
| UNSECURED | Claimed: | $36,400.30 |
| CHINA PATENT AGENT (H.K.) LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI,<br>HONG KONG | | Claim Number: 7091<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $36,400.30 |
| COPELAND, JEFFERY<br>4436 GOODMAN ROAD<br>ADAMS, TN 37010 | | Claim Number: 7092<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $63,583.24 |
| HUTCHINSON, THOMAS N<br>3433 MICHIGAN BLVD<br>RACINE, WI 53402-3823 | | Claim Number: 7093<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| SECURED | Claimed: | $0.00   UNDET |
| HUTCHINSON, THOMAS N.<br>3433 MICHIGAN BLVD<br>RACINE, WI 53402-3823 | | Claim Number: 7094<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHANG, KUO-LI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7095<br>Claim Date: 02/10/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | $6,387.21 |
| UNSECURED | Claimed: | $9,324.43 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHANG, KUO-LI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7096<br>Claim Date: 02/10/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | $6,387.21 |
| UNSECURED | Claimed: | $9,324.43 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHANG, KUO-LI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7097<br>Claim Date: 02/10/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| ADMINISTRATIVE | Claimed: | $15,711.64 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHANG, KUO-LI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7098<br>Claim Date: 02/10/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| ADMINISTRATIVE | Claimed: | $15,711.64 |
| SAIFEE, BENAZEER<br>99 MEROKE LN<br>EAST ISLIP, NY 11730 | | Claim Number: 7099<br>Claim Date: 02/11/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $23,675.47 |
| RAHMAN-WHITT, HAFEEZAH<br>3701 FARMSTONE DR<br>RALEIGH, NC 27603 | | Claim Number: 7100<br>Claim Date: 02/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,000.00 |
| FARVARDIN, ANOOSH<br>601 SNEAD DR<br>PLANO, TX 75025 | | Claim Number: 7101<br>Claim Date: 02/12/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $100,500.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KAZIMIERSKI, WLODZIMIERZ<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7102<br>Claim Date: 02/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7119 |
| UNSECURED | Claimed: | $87,746.00 |
| REEDSMITH LLP<br>PO BOX 360074M<br>PITTSBURGH, PA 15251-6074 | | Claim Number: 7103<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| UNSECURED | Claimed: | $2,060.10   UNDET |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BRENNION, JAMES
533 BIGELOW STREET
MARLBOROUGH, MA 01752

Claim Number: 7104
Claim Date: 02/16/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $55,534.82 |

---

MARDIROSIAN, PAUL
23 S OXFORD RD
MILLBURY, MA 01527

Claim Number: 7105
Claim Date: 02/16/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,000.00 |

---

INFORMA SUPPORT SERVICES, INC.
101 ARTHUR ANDERSEN PARKWAY, SUITE 100
SARASOTA, FL 34232

Claim Number: 7106
Claim Date: 02/16/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00 |

---

ROERTY, BARRY
26 DEHART RD.
MAPLEWOOD, NJ 07040

Claim Number: 7107
Claim Date: 02/17/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends Claims 1707

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $47,217.00 |

---

BOEHLKE, MARK
607 HAMLET COURT
FRUITLAND PARK, FL 34731

Claim Number: 7108
Claim Date: 02/17/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150,000.00 |

---

GERBEC, FRANK
260 GUELPH ST.
POB 74062
GEORGETOWN, ON L7G 5L1
CANADA

Claim Number: 7109
Claim Date: 02/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Amends Claim 6067

| | | |
|---|---|---|
| PRIORITY | Claimed: | $82,115.00 |
| UNSECURED | Claimed: | $13,570.00 |

---

VENTURINO, STEPHEN
1212 JOHNSON RD
PALMYRA, NY 14522

Claim Number: 7110
Claim Date: 02/18/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends Claim 2907

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $64,712.72 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ISOM, RON<br>1127 NORTH SHANNON DRIVE<br>FARMINGTON, UT 84025 | Claim Number: 7111<br>Claim Date: 02/19/2010<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $12,495.63 |
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 7112<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND | |
| TOTAL | Claimed: | $0.00 |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7113<br>Claim Date: 02/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7924 (06/29/2012) | |
| ADMINISTRATIVE | Claimed: | $277,192.08 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: FREEDOM CAD SERVICES INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7114<br>Claim Date: 02/22/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $92,180.00 |
| MONTES, TINA E<br>11351 NW 29 STREET<br>SUNRISE, FL 33323 | Claim Number: 7115<br>Claim Date: 02/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
| UNSECURED | Claimed: | $0.00   CONT |
| T-SYSTEMS NORTH AMERICA INC<br>701 WARRENVILLE ROAD<br>LISLE, IL 60532-1375 | Claim Number: 7116<br>Claim Date: 02/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) | |
| UNSECURED | Claimed: | $22,935.48 |
| AVERY, KAREN<br>4945 CHATSWORTH LN<br>SUWANEE, GA 30024-1384 | Claim Number: 7117<br>Claim Date: 02/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,983.50 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KLEIN, BRUCE L
8220 FOUNTAIN PARK
RALEIGH, NC 27613

Claim Number: 7118
Claim Date: 02/22/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 852

| PRIORITY | Claimed: | $118,255.75 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KAZIMIERSKI, WLODZIMIERZ
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7119
Claim Date: 02/22/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7102

| UNSECURED | Claimed: | $87,746.00 |
|---|---|---|

---

KAMBLE, KESHAV G
34243 KENWOOD DRIVE
FREMONT, CA 94555

Claim Number: 7120
Claim Date: 02/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $39,343.58 |
|---|---|---|

---

MONAHAN, MARY
7 1/2 CONDICT ST.
MORRIS PLAINS, NJ 07950

Claim Number: 7121
Claim Date: 02/23/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $20,880.00 |
|---|---|---|

---

SYBASE INC.
561 VIRGINIA ROAD
CONCORD, MA 01742

Claim Number: 7122
Claim Date: 02/24/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $115,136.10 |
|---|---|---|

---

ASSUMPTION PARISH
SALES AND USE TAX DEPARTMENT
P.O. BOX 920
NAPOLEONVILLE, LA 70390

Claim Number: 7123
Claim Date: 02/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|

---

HASSETT, CHRISTINE
47 RADBURN DRIVE
COMMACK, NY 11725

Claim Number: 7124
Claim Date: 02/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $34,408.95 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HASSETT, CHRISTINE<br>47 RADBURN DRIVE<br>COMMACK, NY 11725 | Claim Number: 7125<br>Claim Date: 02/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $34,408.95 |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 7126<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| MOREDIRECT<br>1001 NW 51ST ST STE 200<br>BOCA RATON, FL 33431-4403 | Claim Number: 7127<br>Claim Date: 03/02/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012) |
|---|---|

| UNSECURED | Claimed: | $1,227.10 |
|---|---|---|

| GOTTWALD, JOHN<br>25 AUTUMN LANE<br>READING, MA 01867 | Claim Number: 7128<br>Claim Date: 02/25/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $23,201.72 | Scheduled: | $16,569.15  UNLIQ |
|---|---|---|---|---|

| SCHWAB, CONNIE<br>225 SOUTHWIND DRIVE<br>BELLEVILLE, IL 62221 | Claim Number: 7129<br>Claim Date: 02/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $8,083.59 |

| ILSE, WARREN<br>6045 PILGRIM PT CIR<br>CUMMING, GA 30041 | Claim Number: 7130<br>Claim Date: 03/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $47,894.00 |
|---|---|---|

| CHICO, JUAN J<br>875 NANDINA DR.<br>WESTON, FL 33327 | Claim Number: 7131<br>Claim Date: 03/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $354,616.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | | Claim Number: 7132<br>Claim Date: 03/02/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.00 |
| WANG, YUN<br>102 MANOR GARDEN WAY<br>CARY, NC 27513 | | Claim Number: 7133<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $42,608.67 |
| WANG, YUN<br>102 MANOR GARDEN WAY<br>CARY, NC 27513 | | Claim Number: 7134<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $18,123.26 |
| PULASKI COUNTY TREASURER<br>PO BOX 430<br>LITTLE ROCK, AR 72203-8101 | | Claim Number: 7135<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3954 (09/16/2010) |
| PRIORITY | Claimed: | $400.80 |
| DOOLEY, KEVIN<br>6 LINDEN ST<br>CHELMSFORD, MA 01824 | | Claim Number: 7136<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,708.08 |
| HANLON, BRION R.<br>2728 WELBORN ST # 316<br>DALLAS, TX 75219 | | Claim Number: 7137<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $35,613.04 |
| WANG, YUN<br>102 MANOR GARDEN WAY<br>CARY, NC 27513 | | Claim Number: 7138<br>Claim Date: 03/09/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $1,912.15 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | | Claim Number: 7139<br>Claim Date: 03/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: POSSIBLY AMENDED BY 7215<br>Amends claim 4777 |
| UNSECURED | Claimed: | $52,434.35 |
| TIME MATTERS GMBH<br>GUTENBERGSTR 6<br>NEU - ISENBURG, 63263<br>GERMANY | | Claim Number: 7140<br>Claim Date: 03/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET 7353 (03/08/2012)<br>Claim amount of 2,400.00  CAD |
| UNSECURED | Claimed: | $2,117.76 |
| TIME:MATTERS<br>GUTENBERGSTRABE 6<br>NEU0ISENBURG, 63263<br>GERMANY | | Claim Number: 7141<br>Claim Date: 03/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET 7354 (03/08/2012) |
| ADMINISTRATIVE | Claimed: | $2,117.76   UNDET |
| HALE, DAVID<br>3104 PRESTONWOOD DR<br>PLANO, TX 75093-8855 | | Claim Number: 7142<br>Claim Date: 03/10/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4174 |
| PRIORITY | Claimed: | $6,248.06 |
| UNSECURED | Claimed: | $39,088.22 |
| PEEBLES, GLORIA V<br>137 DEREHAM LN<br>GARNER, NC 27529-6769 | | Claim Number: 7143<br>Claim Date: 03/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET 7620 (05/08/2012) |
| UNSECURED | Claimed: | $30,000.00 |
| KADI, SERGIO<br>17211 FRONT BEACH RD.<br>PANAMA CITY BEACH, FL 32413 | | Claim Number: 7144<br>Claim Date: 03/11/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $49,565.00 |
| NAGARAJ, KESAVAMURTHY<br>4201 WARMINSTER DR<br>PLANO, TX 75093 | | Claim Number: 7145<br>Claim Date: 03/12/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $9,879.47 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NAGARAJ, KESAVAMURTHY<br>4201 WARMINSTER DR<br>PLANO, TX 75093 | Claim Number: 7146<br>Claim Date: 03/12/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $9,879.47 | | |

---

| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7147<br>Claim Date: 03/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6763 (11/14/2011) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $5,838,967.02 | | |

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: COLLEVECCHIO ENTERPRISES, IN<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 7148<br>Claim Date: 03/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED          Claimed: | $248,942.30 | Scheduled: | $209,073.80 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ADEX CORPORATION<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7149<br>Claim Date: 03/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $305,181.93 | Scheduled: | $294,126.18 |

---

| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ADEX CORPORATION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 7150<br>Claim Date: 03/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $413,293.50 | | |

---

| JIMENEZ, JOSE A.<br>10 RIDGEWOOD TER<br>TARRYTOWN, NY 10591 | Claim Number: 7151<br>Claim Date: 03/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY          Claimed:<br>UNSECURED | $19,424.55 | | |

---

| HENNESSY, AILEEN<br>3520 NEIMAN ROAD<br>PLANO, TX 75025 | Claim Number: 7152<br>Claim Date: 03/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $42,384.59 | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LOCKE, TERRY<br>2004 WHITNEY LANE<br>MCKINNEY, TX 75070 | | Claim Number: 7153<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| PRIORITY | Claimed: | $49,376.00 |
| CABRAL, ROBERT<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7154<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 3140 |
| PRIORITY | Claimed: | $147,179.77 |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7155<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 3139 |
| PRIORITY | Claimed: | $38,363.04 |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7156<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7156<br>Amends Claim 713 |
| PRIORITY | Claimed: | $38,363.04 |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7157<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Asserts amending claim no. 464 filed on 3/4/2009 |
| PRIORITY | Claimed: | $147,179.77 |
| GOODWIN, KEN<br>747 HIGHLAND VIEW DR<br>CORONA, CA 92882 | | Claim Number: 7158<br>Claim Date: 03/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $20,000.00 |
| GOODWIN, KEN<br>747 HIGHLAND VIEW DR<br>CORONA, CA 92882 | | Claim Number: 7159<br>Claim Date: 03/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| SECURED | Claimed: | $20,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CARPENTER, DAVID<br>4 HAGWAGON CIR<br>WESTFORD, MA 01886 | | Claim Number: 7160<br>Claim Date: 03/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $30,097.29 |

| JHA, RASHMI<br>104 GLEN CAIRN CT.<br>APEX, NC 27502 | | Claim Number: 7161<br>Claim Date: 03/23/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8282 |
|---|---|---|
| UNSECURED | Claimed: | $54,263.28 |

| SIGLER, RICHARD W.<br>212 TRAILVIEW DRIVE<br>CARY, NC 27513 | | Claim Number: 7162<br>Claim Date: 03/23/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $46,575.90 |

| RADHAKRISHNAN, SUJITH<br>104 GLEN CAIRN CT.<br>APEX, NC 27502 | | Claim Number: 7163<br>Claim Date: 03/24/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8283 |
|---|---|---|
| UNSECURED | Claimed: | $48,010.91 |

| FARMER, C. GREGORY<br>621 A STREET NE<br>WASHINGTON, DC 20002 | | Claim Number: 7164<br>Claim Date: 03/24/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| PRIORITY | Claimed: | $723,054.69 |

| MARTIN, DAVID L<br>182 ROYCE DRIVE<br>BLOOMINGDALE, IL 60108 | | Claim Number: 7165<br>Claim Date: 03/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| UNSECURED | Claimed: | $48,800.00 |

| BALASA, LEONARD J.<br>204 W. BEECH DR<br>SCHAUMBURG, IL 60193 | | Claim Number: 7166<br>Claim Date: 03/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BALASA, LEONARD J
204 W BEECH DR
SCHAUMBURG, IL 60193

Claim Number: 7167
Claim Date: 03/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $19,000.00 | UNLIQ |
| SECURED | Claimed: | $19,000.00 | UNLIQ |
| TOTAL | Claimed: | $19,000.00 | UNLIQ |

---

SAENZ, DANIEL R
11 JONES STATION ROAD
ARNOLD, MD 21012

Claim Number: 7168
Claim Date: 03/26/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,637.47 |

---

JORGENSEN, LADELL
2130 WINGED FOOT ROAD
HALF MOON BAY, CA 94019

Claim Number: 7169
Claim Date: 03/26/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,009.96 |
| UNSECURED | Claimed: | $59,364.76 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: ANDRASSY, FRANK
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 7170
Claim Date: 03/29/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $96,920.00 |

---

WYCKOFF, JILL A
43122 W SUNLAND DR
MARICOPA, AZ 85138-1700

Claim Number: 7171
Claim Date: 03/29/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | | | |
| PRIORITY | | | |
| UNSECURED | Claimed: | $15,802.35 | UNLIQ |

---

COVEY, NIEL A.
23314 SE 13 CT
SAMMAMISH, WA 98075

Claim Number: 7172
Claim Date: 03/29/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $461,000.00 | UNLIQ |

---

WALTON, EDWARD
700 MARINER CIRCLE
WEBSTER, NY 14580

Claim Number: 7173
Claim Date: 03/29/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8398
Amends claim no. 3855

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $74,039.95 | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SYED, IQBAL | Claim Number: 7174 |
| 584 CAMBRIDGE DRIVE | Claim Date: 03/29/2010 |
| WESTON, FL 33326 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $58,364.29 |

---

| PONNUSAMY, SHANMUGASUNDARA | Claim Number: 7175 |
| 311 CONCORD STREET | Claim Date: 03/29/2010 |
| DIX HILLS, NY 11746 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $31,049.98 |

---

| SMITH, PATRICIA MUMLEY | Claim Number: 7176 |
| 42792 SYKES TERRACE | Claim Date: 03/29/2010 |
| SOUTH RIDING, VA 20152 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $40,323.27 |

---

| CURRLIN, GEORGE | Claim Number: 7177 |
| 37 PINE RIDGE DRIVE | Claim Date: 03/29/2010 |
| SMITHTOWN, NY 11787 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $13,074.52 |

---

| OWENS, LAUREN | Claim Number: 7178 |
| 7820 MILL COVE ROAD | Claim Date: 03/29/2010 |
| CUMMING, GA 30041 | Debtor: NORTEL NETWORKS INC. |

| SECURED | Claimed: | $57,310.78 |

---

| WELLS FARGO BANK AS SUCCESSOR BY MERGER | Claim Number: 7179 |
| ALSTON & BIRD LLP | Claim Date: 03/31/2010 |
| C/O JASON H. WATSON | Debtor: NORTEL NETWORKS INC. |
| 1201 WEST PEACHTREE STREET | Comments: ALLOWED |
| ATLANTA, GA 30309-3424 | DOCKET: 8070 (07/31/2012) |

ADMINISTRATIVE

| UNSECURED | Claimed: | $0.00   UNLIQ DISP |

---

| WATERSTONE MKT NEUTRAL MASTER FUND, LTD | Claim Number: 7179-01 |
| TRANSFEROR: WELLS FARGO BANK AS SUCCESSO | Claim Date: 03/31/2010 |
| C/O WATERSTONE CAPITAL MANAGEMENT, LP | Debtor: NORTEL NETWORKS INC. |
| ATN: CHRIS PARKS, 2 CARLSON PKWY, #260 | Comments: ALLOWED |
| PLYMOUTH, MN 55447 | DOCKET: 8070 (07/31/2012) |

| UNSECURED | Claimed: | $0.00   UNLIQ DISP |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | |
|---|---|
| WATERSTONE MF FUND, LTD<br>TRANSFEROR: WELLS FARGO BANK AS SUCCESSO<br>C/O WATERSTONE CAPITAL MANAGEMENT, LP<br>ATN: CHRIS PARKS; 2 CARLSON PKWY, #260<br>PLYMOUTH, MN 55447 | Claim Number: 7179-02<br>Claim Date: 03/31/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8070 (07/31/2012) |

UNSECURED          Claimed:                    $0.00   UNLIQ DISP

| | |
|---|---|
| WATERSTONE OFFSHORE AD FUND, LTD.<br>TRANSFEROR: WELLS FARGO BANK AS SUCCESSO<br>C/O WATERSTOME CAPITAL MANAGEMENT LP<br>2 CARLSON PKWY, SUITE 260<br>PLYMOUTH, MN 55447 | Claim Number: 7179-03<br>Claim Date: 03/31/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8070 (07/31/2012) |

UNSECURED          Claimed:                    $0.00   UNLIQ DISP

| | |
|---|---|
| WATERSTONE OFFSHORE ER FUND, LTD.<br>TRANSFEROR: WELLS FARGO BANK AS SUCCESSO<br>C/O WATERSTONE CAPITAL MANAGMENT LP<br>2 CARLSON PARKWAY, SUITE 260<br>PLYMOUTH, MN 55447 | Claim Number: 7179-04<br>Claim Date: 03/31/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8070 (07/31/2012) |

UNSECURED          Claimed:                    $0.00   UNLIQ DISP

| | |
|---|---|
| WATERSTONE DISTRESSED OPPORTUNITIES<br>TRANSFEROR: WELLS FARGO BANK AS SUCCESSO<br>MASTER FUND, LTD. C/O WATERSTONE CAPITAL<br>MANAGEMENT LP, 2 CARLSON PARKWAY,STE 260<br>PLYMOUTH, MN 55447 | Claim Number: 7179-05<br>Claim Date: 03/31/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8070 (07/31/2012) |

UNSECURED          Claimed:                    $0.00   UNLIQ DISP

| | |
|---|---|
| PRIME CAPITAL MASTER SPC, GOT WAT MAC<br>TRANSFEROR: WELLS FARGO BANK AS SUCCESSO<br>SEGREGATED PORTFOLIO<br>C/O WATERSTONE CAPITAL MANAGEMENT, L.P.<br>PLYMOUTH, MN 55447 | Claim Number: 7179-06<br>Claim Date: 03/31/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8070 (07/31/2012) |

UNSECURED          Claimed:                    $0.00   UNLIQ DISP

| | |
|---|---|
| HAYES, MICHAEL P.<br>128 AMESBURY LANE<br>CARY, NC 27511 | Claim Number: 7180<br>Claim Date: 04/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7318 |

UNSECURED          Claimed:                    $86,731.78

| | |
|---|---|
| COMTEL, S.A.<br>AVENIDA 4 SUR, NO. 30, BELLA VISTA<br>APARTADO 0823-05880<br>PANAMA,<br>PANAMA | Claim Number: 7181-01<br>Claim Date: 04/02/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |

UNSECURED          Claimed:                    $2,378.50

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

COMTEL, S.A.
AVENIDA 4 SUR, NO. 30, BELLA VISTA
APARTADO 0823-05880
PANAMA,
PANAMA

Claim Number: 7181-02
Claim Date: 04/02/2010
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,172.50 |

---

CROMER, ALTON NORTH
P.O. BOX 631
HENRICO, NC 27842

Claim Number: 7182
Claim Date: 04/02/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8285

| | | |
|---|---|---|
| UNSECURED | Claimed: | $42,600.00 |

---

HURST, SHAWN
13038 COBBLE STONE
AUBREY, TX 76227

Claim Number: 7183
Claim Date: 04/02/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $30,577.90 |

---

CHIZMAR, CHARLES E.
2503 ST. MARYS STREET
RALEIGH, NC 27609

Claim Number: 7184
Claim Date: 04/02/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $26,890.60 |

---

SALGADO, MARK
157 BELMONT LANE
VAN ALSTYNE, TX 75495

Claim Number: 7185
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $73,510.00 |

---

FROMMER, EARL J.
10 SPRUCE STREET
TOWNSEND, MA 01469

Claim Number: 7186
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $51,719.00   CONT |

---

RODELY, JOSEPH E.
3109 FELBRIGG DRIVE
RALEIGH, NC 27615

Claim Number: 7187
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $59,736.67 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GIGLIOTTI, THOMAS A
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7188
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7615
Revises claim no. 1471

| PRIORITY | Claimed: | $63,060.21 |
|---|---|---|

HASKINS, RANDY
4008 FIESTA ROAD
DURHAM, NC 27703

Claim Number: 7189
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $93,405.00 |
|---|---|---|

WOOTEN, JODI
904 CHESTNUT CT
MURPHY, TX 75094

Claim Number: 7190
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $25,846.10 |
|---|---|---|

WOOTEN, JODI
904 CHESTNUT CT
MURPHY, TX 75094

Claim Number: 7191
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | Claimed: | $25,846.10 |
|---|---|---|

CITY OF NEW YORK DEPARTMENT OF FINANCE
ATTN: BANKRUPTCY UNIT
AUDIT DIVISION
345 ADAMS STREET, 5TH FLOOR
BROOKLYN, NY 11201

Claim Number: 7192
Claim Date: 04/01/2010
Debtor: QTERA CORPORATION
Comments: WITHDRAWN
DOCKET: 3773 (08/11/2010)

| PRIORITY | Claimed: | $111,650.00   UNLIQ |
|---|---|---|

CITY OF NEW YORK DEPARTMENT OF FINANCE
ATTN: BANKRUPTCY UNIT
AUDIT DIVISION
345 ADAMS STREET, 5TH FLOOR
BROOKLYN, NY 11201

Claim Number: 7193
Claim Date: 04/01/2010
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: WITHDRAWN
DOCKET: 3773 (08/11/2010)

| PRIORITY | Claimed: | $111,650.00   UNLIQ |
|---|---|---|

RADISYS CORPORATION
P.O. BOX 952420
ST. LOUIS, MO 63195

Claim Number: 7194
Claim Date: 04/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
Amends claim no. 3735

ADMINISTRATIVE

| UNSECURED | Claimed: | $214,058.43 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MCGOWAN, ROSEMARY
1850 HAMMERLY DR
FAIRVIEW, TX 75069

Claim Number: 7195
Claim Date: 04/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $65,500.85

---

DECKER, STEVEN
6608 MISSION RIDGE
MCKINNEY, TX 75071

Claim Number: 7196
Claim Date: 04/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $57,427.97

---

SALTSMAN, ALTON
5205 THE DYKE
RALEIGH, NC 27606

Claim Number: 7197
Claim Date: 04/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $68,388.00

---

ELLIS, WILLIAM ROY
12151 NW 10TH STREET
CORAL SPRINGS, FL 33071

Claim Number: 7198
Claim Date: 04/09/2010
Debtor: NORTEL NETWORKS (CALA) INC.

UNSECURED          Claimed:          $145,213.00   CONT

---

HALE, MITCHELL E.
34 LISA BETH CIRCLE
DOVER, NH 03820

Claim Number: 7199
Claim Date: 04/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $43,853.44

---

MONK, APRIL J
449 ASHLEY PL
MURPHY, TX 75094

Claim Number: 7200
Claim Date: 04/12/2010
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $39,865.84

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BERG, KEN<br>5925 178TH STREET SE<br>SNOHOMISH, WA 98296 | Claim Number: 7201<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $47,539.42 |
|---|---|---|

---

| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | Claim Number: 7202<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>Amends Claims 1036 and 1083 |
|---|---|

| UNSECURED | Claimed: | $124,124.00 |
|---|---|---|

---

| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 7203<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7556 (04/18/2012) |
|---|---|

| PRIORITY | Claimed: | $61,640.37 |
|---|---|---|

---

| HOLLIDAY-MOSLEY, ANNETTE<br>5121 LONG NECK COURT<br>RALEIGH, NC 27604 | Claim Number: 7204<br>Claim Date: 04/13/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $31,361.47 |
|---|---|---|

---

| MACKIEL, JOAN<br>44 BOSTON AVENUE<br>NORTH ARLINGTON, NJ 07031 | Claim Number: 7205<br>Claim Date: 04/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $16,300.00   UNLIQ |
|---|---|---|

---

| BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>C/O ROBERT S MCWHORTER, ESQ<br>NOSSAMAN LLP<br>915 L STREET, SUITE 1000<br>SACRAMENTO, CA 95814 | Claim Number: 7206<br>Claim Date: 04/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7177 (02/07/2012) |
|---|---|

| UNSECURED | Claimed: | $331,065.09 |
|---|---|---|

---

| ACS CABLE SYSTEMS, INC<br>ASHBY & GEDDES, P.A.<br>GREGORY A. TAYLOR/ BENJAMIN W. KEENAN<br>500 DELWARE AVE, 8TH FL P.O. BOX 1150<br>WILMINGTON, DE 19899 | Claim Number: 7207<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5889 (07/06/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,105,055.50 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY 11201 | | Claim Number: 7208<br>Claim Date: 04/12/2010<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
| PRIORITY | Claimed: | $111,650.00   UNLIQ |

---

| | | |
|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY 11201 | | Claim Number: 7209<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
| PRIORITY | Claimed: | $111,650.00   UNLIQ |

---

| | | |
|---|---|---|
| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | | Claim Number: 7210<br>Claim Date: 04/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Amends claim nos. 1036 and 1083 |
| UNSECURED | Claimed: | $124,124.00 |

---

| | | |
|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094 | | Claim Number: 7211<br>Claim Date: 04/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5122 (03/18/2011) |
| ADMINISTRATIVE | Claimed: | $2,492,978.54 |
| SECURED | Claimed: | $0.00 |

---

| | | |
|---|---|---|
| WOOD, RICHARD<br>224 HOLLY GREEN LANE<br>HOLLY SPRINGS, NC 27540 | | Claim Number: 7212<br>Claim Date: 04/16/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $46,430.00 |

---

| | | |
|---|---|---|
| STERNS, BRENDA<br>16200 W. 76TH AVE<br>ARVADA, CO 80007 | | Claim Number: 7213<br>Claim Date: 04/16/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $46,498.83 |

---

| | | |
|---|---|---|
| MCNITT, STEVE<br>3441 SUNDANCE DR<br>GAINESVILLE, GA 30506 | | Claim Number: 7214<br>Claim Date: 04/16/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim no. 274 |
| PRIORITY | Claimed: | $410,966.17 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | | Claim Number: 7215<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 7139 | | | |
| UNSECURED | Claimed: | $56,283.80 | | | |
| DEMARTINO, FAYE<br>257 AVOCA AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 7216<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $36,617.75 | | | |
| WOOD, PATRICK<br>8500 KEMPTON ROAD<br>RALEIGH, NC 27615 | | Claim Number: 7217<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7369 | | | |
| UNSECURED | Claimed: | $74,938.05 | | | |
| RICHARDSON, STELLA<br>6137 S. RIVERBEND DR.<br>NASHVILLE, TN 37221 | | Claim Number: 7218<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $52,411.64 | | | |
| PLASTINA, FRANCO<br>306 POND BLUFF WAY<br>CARY, NC 27513 | | Claim Number: 7219<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,065.63 | Scheduled: | $10,065.63 UNLIQ | |
| TOOKE, RICHARD<br>2612 KINLAWTON PL<br>RALEIGH, NC 27614 | | Claim Number: 7220<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $32,308.00 | | | |
| TOOKE, RICHARD<br>2612 KINLAWTON PL<br>RALEIGH, NC 27614 | | Claim Number: 7221<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $32,308.00 | | | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: XETA TECHNOLOGIES, INC.<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | | Claim Number: 7222<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7559 (04/18/2012) |
| UNSECURED | Claimed: | $716,939.74 |
| BLANCO, JORGE<br>8101 SW 62ND PLACE<br>SOUTH MIAMI, FL 33143 | | Claim Number: 7223<br>Claim Date: 04/21/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $24,156.91 |
| MICROVISION, INC.<br>ATTN: THOMAS M. WALKER<br>6222  185TH AVE NE<br>REDMOND, WA 98052 | | Claim Number: 7224<br>Claim Date: 04/21/2010<br>Debtor: XROS, INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 7225<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND |
| TOTAL | Claimed: | $0.00 |
| KAZIMIERSKI, WLODZIMIERZ<br>7782 GEORGETOWN CHASE<br>ROSWELL, GA 30075 | | Claim Number: 7226<br>Claim Date: 04/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7806 (06/07/2012) |
| UNSECURED | Claimed: | $76,908.32 |
| KUBINA, GREG<br>38750 ADCOCK DR.<br>FREMONT, CA 94536 | | Claim Number: 7227<br>Claim Date: 04/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $66,458.00 |
| KAZIMIERSKI, WLODZIMIERZ<br>7782 GEORGETOWN CHASE<br>ROSWELL, GA 30075 | | Claim Number: 7228<br>Claim Date: 04/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7806 (06/07/2012) |
| UNSECURED | Claimed: | $360,773.26 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DAUTENHAHN, DAVID<br>13913 HAYES<br>OVERLAND PARK, KS 66221 | Claim Number: 7229<br>Claim Date: 04/23/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $457,676.48 UNLIQ |
| UNSECURED | Claimed: | $322,440.11 UNLIQ |

---

| SEELAENDER, ROGER<br>201 CREEKVIEW LN<br>LINCOLN, AL 35096-6069 | Claim Number: 7230<br>Claim Date: 04/23/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $88,793.34 |

---

| HUGHES, ROB<br>AKA ROBIN SCOTT HUGHES<br>521 SUNCREEK DR.<br>ALLEN, TX 75013 | Claim Number: 7231<br>Claim Date: 04/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,330.05 |
| UNSECURED | Claimed: | $41,788.82 | Scheduled: | $42,356.97 |

---

| MCDONALD COUNTY TELEPHONE COMPANY<br>PO BOX 207<br>PINEVILLE, MO 64856-0207 | Claim Number: 7232<br>Claim Date: 04/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) |
|---|---|

| UNSECURED | Claimed: | $99.01 |

---

| HESLOP, MICHAEL<br>8404 W. 127TH CIR<br>OVERLAND PARK, KS 66213 | Claim Number: 7233<br>Claim Date: 04/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2542 |
|---|---|

| PRIORITY | Claimed: | $132,074.13 |

---

| PLASTINA, FRANCO<br>306 POND BLUFF WAY<br>CARY, NC 27513 | Claim Number: 7234<br>Claim Date: 04/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $10,065.63 |

---

| GORHUM, JAMES WAYNE<br>2752 BANEBERRY CT.<br>HIGHLANDS RANCH, CO 80129 | Claim Number: 7235<br>Claim Date: 04/26/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $71,918.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PATEL, JAGDISH
4413 LAIRD CIRCLE
SANTA CLARA, CA 95054

Claim Number: 7236
Claim Date: 04/27/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $24,035.14 | | |
| UNSECURED | | | Scheduled: | $23,659.70 UNLIQ |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
PO BOX 9564
BOSTON, MA 02114-9564

Claim Number: 7237
Claim Date: 04/28/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 6542 (10/03/2011)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,441.09 | | |
| UNSECURED | Claimed: | $7,283.05 | Scheduled: | $260.00 |

SHIELDS, CAROLYN M.
11461 PURPLE BEECH DRIVE
RESTON, VA 20191

Claim Number: 7238
Claim Date: 04/29/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $39,170.00   UNLIQ CONT |

KRATZ, JOHN
505 E. BELOIT ST.
ORFORDVILLE, WI 53576

Claim Number: 7239
Claim Date: 04/29/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $19,425.60 |

BORIS, RICHARD A.
5208 BARTONS ENCLAVE LN.
RALEIGH, NC 27613

Claim Number: 7240
Claim Date: 04/30/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $45,050.00   UNLIQ CONT |

SCHUDDE, THOMAS
5897 PADDOCK COURT
CANANDAIGUA, NY 14424

Claim Number: 7241
Claim Date: 05/03/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $91,784.16 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>C/O DEBORAH B. WALDMEIR ASST. ATTY. GEN.<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | Claim Number: 7242<br>Claim Date: 05/03/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3771 (08/11/2010) | |

| ADMINISTRATIVE | Claimed: | $77,974.87   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 7243<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 7244<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| GORDON-GRANT, I. HYACINTH<br>4020 S.W. 151 TERRACE<br>MIRAMAR, FL 33027 | Claim Number: 7245<br>Claim Date: 05/03/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |

| PRIORITY | Claimed: | $23,690.00 |
|---|---|---|
| UNSECURED | Claimed: | $23,690.00 |
| TOTAL | Claimed: | $23,690.00 |

| | | |
|---|---|---|
| STREET, LINDSEY<br>5500 FORTUNES RIDGE DR. # 97B<br>DURHAM, NC 27713 | Claim Number: 7246<br>Claim Date: 05/03/2010<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $18,342.02 |
|---|---|---|

| | | |
|---|---|---|
| VIDETTO, RONALD<br>35 PINEDALE AVE.<br>FARMINGVILLE, NY 11738 | Claim Number: 7247<br>Claim Date: 05/03/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |

| ADMINISTRATIVE<br>PRIORITY | | |
|---|---|---|
| UNSECURED | Claimed: | $27,623.06 |

| | | |
|---|---|---|
| O'BRIEN, FRANCIS J.<br>10 DEER POND CT.<br>WARWICK, NY 10990-2313 | Claim Number: 7248<br>Claim Date: 05/03/2010<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $30,866.78 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | | |
|---|---|---|---|---|
| BENNEFELD, BRIAN<br>4705 W. ELGIN ST.<br>BROKEN ARROW, OK 74012 | | Claim Number: 7249<br>Claim Date: 05/04/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,210.73 | |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: OLSON, WILLIAM D.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7250<br>Claim Date: 05/05/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $70,244.17 | |

---

| | | | | |
|---|---|---|---|---|
| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 7251<br>Claim Date: 05/04/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 1078 | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $53,484.90 | | |
| UNSECURED | Claimed: | $275,170.21 | Scheduled: | $142,956.38 |

---

| | | | | |
|---|---|---|---|---|
| ALAZMA, MANAR<br>3109 KNOX ST. # 218<br>DALLAS, TX 75205 | | Claim Number: 7252<br>Claim Date: 05/06/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $117,321.35 | |

---

| | | | | |
|---|---|---|---|---|
| SOWARDS, ALAN<br>103 LINDENTHAL CT<br>CARY, NC 27513 | | Claim Number: 7253<br>Claim Date: 05/10/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim no. 235 | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $203,844.06 | |

---

| | | | | |
|---|---|---|---|---|
| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 7254<br>Claim Date: 05/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 7251<br>Amends claim no. 1078 | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $53,484.90 | |
| UNSECURED | Claimed: | $275,170.21 | |

---

| | | | | |
|---|---|---|---|---|
| COLLINS, TOMEKA<br>113 VISTA BROOKE DRIVE<br>MORRISVILLE, NC 27560 | | Claim Number: 7255<br>Claim Date: 05/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,374.00 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LANGEN, WILLIAM
21 CHERRY ST
LEOMINSTER, MA 01453

Claim Number: 7256
Claim Date: 05/14/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $25,945.78 |
|---|---|---|

PALOS, JOE
3204 WESTGATE LANE
RICHARDSON, TX 75082

Claim Number: 7257
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $45,052.21 |
|---|---|---|

JUDAH, WILLIAM A.
1733 TAKELA FOREST SE
FAIRMOUNT, GA 30139-2379

Claim Number: 7258
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $16,258.26 |
|---|---|---|

VOGEL, HERMAN
27207-28TH AVE NW
STANWOOD, WA 98292-9411

Claim Number: 7259
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FURLONG, PHILIP
380 HEARNE ST #202
POINT-CLAIRE, QC H9R1K3
CANADA

Claim Number: 7260
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

JETTON, JOANIE D
704 CLAIBORNE STREET
APT B
GOLDSBORO, NC 27530

Claim Number: 7261
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

JETTON, JOANIE D.
704-B E. CLAIBORNE ST.
GOLDSBORO, NC 27530

Claim Number: 7262
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

JOHNSON, LINDA M.
5210 REDWOOD ROAD
DURHAM, NC 27704

Claim Number: 7263
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

JOHNSON, LINDA M
5210 REDWOOD RD
DURHAM, NC 27704

Claim Number: 7264
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| SECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

SZAFRANSKI, KENNETH
2429 W CHESTNUT RD
MEQUON, WI 53092-3107

Claim Number: 7265
Claim Date: 05/24/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim no. 1689

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $36,864.66 |

---

ROCK, HELEN
108 CHADMORE DR
CARY, NC 27518

Claim Number: 7266
Claim Date: 05/24/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $12,119.39 |
| --- | --- | --- |
| UNSECURED | Claimed: | $44,337.33 |

---

NAYLOR, JERRY
6217 HAMPTON RIDGE ROAD
RALEIGH, NC 27603

Claim Number: 7267
Claim Date: 05/27/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $87,628.00 |
| --- | --- | --- |

---

DAVY, ERRINGTON TONY
1501 NW 108TH AVE, APT 329
PLANTATION, FL 33322

Claim Number: 7268
Claim Date: 05/27/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $70,756.17 |
| --- | --- | --- |

---

GREEN, STEPHANIE
1274 COUNTY ROAD 4205
BONHAM, TX 75418

Claim Number: 7269
Claim Date: 05/28/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
| --- | --- | --- |
| PRIORITY | | |
| UNSECURED | Claimed: | $610.35 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GREEN, STEPHANIE<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7269-01<br>Claim Date: 05/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $33,191.75 |
| CONKLIN, JOHN<br>751 WOODED LAKE DRIVE<br>APEX, NC 27523 | | Claim Number: 7270<br>Claim Date: 06/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $61,850.10 |
| LANGEN, WILLIAM F.<br>21 CHERRY ST.<br>LEOMINSTER, MA 01453 | | Claim Number: 7271<br>Claim Date: 06/01/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $25,945.78 |
| SCHUSTER, JAC<br>2305 SOUTH CUSTER ROAD<br>APT 204<br>MCKINNEY, TX 75070 | | Claim Number: 7272<br>Claim Date: 06/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $25,665.42 |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 7273<br>Claim Date: 06/01/2010<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| PRIORITY | Claimed: | $19,400.46 |
| UNSECURED | Claimed: | $3,933.50 |
| RYAN, JOHN JR<br>5 JOSEPH ROAD<br>HOPKINTON, MA 01748 | | Claim Number: 7274<br>Claim Date: 06/01/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,918.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KAKOU, JACOB<br>302 AFFINITY LANE<br>CARY, NC 27519 | Claim Number: 7275<br>Claim Date: 06/04/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7303 |
|---|---|

| UNSECURED | Claimed: | $58,070.81 |
|---|---|---|

| MUSKIEWICZ, STEPHEN<br>4 BEAN RD.<br>MERRIMACK, NH 03054-3049 | Claim Number: 7276<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $30,670.68 |
|---|---|---|

| TEKNOWLOGIC DOMINICANA C POR A<br>AV. 27 DE FEBRERO, ESQ., ABRAHAM LINCOLN<br>UNICENTRO PLAZA SUITE 25B<br>SANTO DOMINGO DN, 10127<br>DOMINICAN REPUBLIC | Claim Number: 7277<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $24,360.00 |
|---|---|---|

| ARMOUDIAN, ANTRANIK G.<br>P.O. BOX 938<br>MOUNDS, OK 74047 | Claim Number: 7278<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $101,313.75 |
|---|---|---|

| STODDARD, JULIA<br>110 SHADY CREEK TRAIL<br>CARY, NC 27513 | Claim Number: 7279<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $57,699.32 |
|---|---|---|

| EZUKA, ALVIN HIROSHI<br>16 GRIFFITH PL<br>DURHAM, NC 27703-4353 | Claim Number: 7280<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $26,550.00 |

| COLEMAN, STEPHEN M.<br>7000 KRISTI DRIVE<br>GARNER, NC 27529 | Claim Number: 7281<br>Claim Date: 06/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $63,808.18 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| I AND C, S.A.<br>25 CALLE 5-14, ZONA 14<br>GUATEMALA CITY,<br>GUATEMALA | | Claim Number: 7282-01<br>Claim Date: 06/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>AMENDS CLAIM 3251 |
| UNSECURED | Claimed: | $50,056.26 |
| I AND C, S.A.<br>25 CALLE 5-14, ZONA 14<br>GUATEMALA CITY,<br>GUATEMALA | | Claim Number: 7282-02<br>Claim Date: 06/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>AMENDS CLAIM 3251.  Paid and not entitled to any additional voting |
| UNSECURED | Claimed: | $15,321.74 |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ADEX CORPORATION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 7283<br>Claim Date: 06/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 7150 |
| UNSECURED | Claimed: | $387,503.42 |
| RIZO, NELSON E.<br>319 DACIAN AVE.<br>DURHAM, NC 27701 | | Claim Number: 7284<br>Claim Date: 06/02/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $51,573.76 |
| BLANKENSHIP, RICHARD L.<br>1841 BEARBERRY CIR APT 202<br>LUTZ, FL 33559-8774 | | Claim Number: 7285<br>Claim Date: 06/03/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $37,050.01 |
| MOLINA, FRANCISCO<br>5279 NW 117 AVE<br>CORAL SPRINGS, FL 33076 | | Claim Number: 7286<br>Claim Date: 06/10/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $15,638.80 |
| O'TOOL, ANDREW PAUL<br>1130 CALISTOGA WAY<br>SAN MARCOS, CA 92078 | | Claim Number: 7287<br>Claim Date: 06/10/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | | |
| UNSECURED | Claimed: | $51,923.08 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NEWMAN, ROBERT M.<br>4816 W. 162ND ST.<br>STILWELL, KS 66085 | | Claim Number: 7288<br>Claim Date: 06/10/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $54,935.76 |

| ACKLEY, RAYMOND<br>403 HICKORY ST<br>CARY, NC 27513 | | Claim Number: 7289<br>Claim Date: 06/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $11,725.00 |
| UNSECURED | Claimed: | $20,639.00 |

| MCLARENS CANADA<br>600 ALDEN RD., SUITE 600<br>MARKHAM, ON L3R 0E7<br>CANADA | | Claim Number: 7290<br>Claim Date: 06/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7686 (05/24/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,710.20 |

| MCLARENS CANADA<br>5915 AIRPORT RD<br>MISSISSAUGA, ON L4V 1T1<br>CANADA | | Claim Number: 7291<br>Claim Date: 06/14/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $6,710.20 |

| MEATON, MIHAELA<br>10015 OXFORD CHAPEL DRIVE<br>TAMPA, FL 33647 | | Claim Number: 7292<br>Claim Date: 06/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $50,592.45 |

| GRUENEICH, MYRON<br>364 WINDWARD DR<br>HENRICO, NC 27842 | | Claim Number: 7293<br>Claim Date: 06/15/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $83,325.68 |

| TESSY, LEITH<br>157 CEDAR STREET<br>LEXINGTON, MA 02421 | | Claim Number: 7294<br>Claim Date: 06/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 4755 |
|---|---|---|
| PRIORITY | Claimed: | $412,835.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GREENBERG TURNER
401 BAY STREET, SUITE 3000
TORONTO, ON M5H 2Y4
CANADA

Claim Number: 7295
Claim Date: 06/15/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

ADMINISTRATIVE          Claimed:              $6,981.98

---

MICKLOS, PAUL JAMES
1110 BUTTERNUT LANE
HOLLYWOOD, FL 33019

Claim Number: 7296
Claim Date: 06/16/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE          Claimed:              $69,445.44

---

MICKLOS, PAUL JAMES
1110 BUTTERNUT LANE
HOLLYWOOD, FL 33019

Claim Number: 7297
Claim Date: 06/16/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED              Claimed:              $69,445.44

---

CITY OF COLORADO SPRINGS SALES TAX
DIVISION, COLORADO SPRINGS CITY
ATTORNEY'S OFFICE, KENNETH HODGES, ESQ.
30 S. NEVADA, STE 501
COLORADO SPRINGS, CO 80903

Claim Number: 7298
Claim Date: 06/15/2010
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM 6042

PRIORITY                Claimed:              $2,286.47

---

SHEFFEY, RICKIE A.
1923 THORNBERRY DR.
MELISSA, TX 75454-3021

Claim Number: 7299
Claim Date: 06/17/2010
Debtor: NORTEL NETWORKS INC.

UNSECURED              Claimed:              $59,875.64

---

ALPEROVICH, ZHANNA
3109 PRESTON MEADOW DR
PLANO, TX 75093

Claim Number: 7300
Claim Date: 06/17/2010
Debtor: NORTEL NETWORKS INC.

UNSECURED              Claimed:              $72,636.04

---

TEXAS WORKFORCE COMMISSION
JOHN MOORE
REGULATORY INTEGRITY DIVISION
101 E 15TH STREET ROOM 556
AUSTIN, TX 78778-0001

Claim Number: 7301
Claim Date: 06/18/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4358 (11/19/2010)

ADMINISTRATIVE          Claimed:              $1,105.30   UNLIQ

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

JENNINGS, JEAN
410 BROOKHAVEN TRIAL
SMYRNA, TN 37167

Claim Number: 7302
Claim Date: 06/18/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $67,652.17 |

---

KAKOU, JACOB T
302 AFFINITY LANE
CARY, NC 27519

Claim Number: 7303
Claim Date: 06/18/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7275

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58,070.81 |

---

AD, YOUSSEF
1324 KENTSHIRE CIR
PLANO, TX 75025

Claim Number: 7304
Claim Date: 06/18/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $33,663.84 |

---

BLOW, SONYA
1004 FARNSWORTH ROAD
WAKE FOREST, NC 27587

Claim Number: 7305
Claim Date: 06/21/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $50,322.00 |

---

GREEN, JAMES A.
PO BOX 1470
JEFFERSON, NC 28640

Claim Number: 7306
Claim Date: 06/21/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $84,441.58 |

---

KIM, ETHAN K.
2102 CASTLEBURG DR.
APEX, NC 27523

Claim Number: 7307
Claim Date: 06/21/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $18,238.43 |

---

JANUSIS, CHARLES
247 WESTFORD RD
TYNGSBORO, MA 01879-2504

Claim Number: 7308
Claim Date: 06/21/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $56,834.61 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LEGNANTE, KRISTI
1153 MOORES POND ROAD
YOUNGSVILLE, NC 27596

Claim Number: 7309
Claim Date: 06/22/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $29,095.00 |
|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JOHNSON, EDDIE S. JR.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7310
Claim Date: 06/18/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $53,302.24 |
|---|---|---|

SCHROEDER, RICHARD
8120 NW 51 STREET
LAUDERHILL, FL 33351

Claim Number: 7311
Claim Date: 06/24/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $3,965.76 |
|---|---|---|

ASHCRAFT, RICHARD D.
6417 ROSEBUD DR.
ROWLETT, TX 75089

Claim Number: 7312
Claim Date: 06/24/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $27,280.88 |
|---|---|---|

LONG, ANDREW
1104 BAYFIELD DRIVE
RALEIGH, NC 27606

Claim Number: 7313
Claim Date: 06/24/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2532

| UNSECURED | Claimed: | $163,853.06 |
|---|---|---|

SCHROEDER, RICHARD
8120 NW 51 STREET
LAUDERHILL, FL 33351

Claim Number: 7314
Claim Date: 06/24/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $36,843.58 |
|---|---|---|

BROWN, ARTHUR
NORTEL EMPLOYEE # 1555528
395 MACMILLER RD
MORRISVILLE, VT 05661

Claim Number: 7315
Claim Date: 06/28/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7392

| UNSECURED | Claimed: | $67,056.99 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

JOHNSON, WILLIAM E.
2865 HORSEMANS RIDGE DR
CLAYTON, NC 27520

Claim Number: 7316
Claim Date: 06/29/2010
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $0.00 |
|---|---|---|

---

DAVISON, JANE C
138 STELLA CT.
MORRISVILLE, NC 27560

Claim Number: 7317
Claim Date: 06/29/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $72,514.00   UNLIQ CONT |

---

HAYES, MICHAEL P.
128 AMESBURY LANE
CARY, NC 27511

Claim Number: 7318
Claim Date: 07/01/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7180

| UNSECURED | Claimed: | $67,250.36 |
|---|---|---|

---

SCHESVOLD, BRUCE
5718 MARVIN LOVING DR # 119
GARLAND, TX 75043

Claim Number: 7319
Claim Date: 07/01/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $52,066.74 |
|---|---|---|

---

HOPKINS, RICHARD
125 MALTLAND DRIVE
CARY, NC 27518

Claim Number: 7320
Claim Date: 07/01/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $48,865.38 |
|---|---|---|

---

WILKE, THERESA C.
4012 FERN MEADOW DR
CARY, NC 27513-8114

Claim Number: 7321
Claim Date: 07/02/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $95,158.00 |
|---|---|---|

---

LITWINS, ROBERT
2413 CAMDEN COURT
PLANO, TX 75075

Claim Number: 7322
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $60,575.93 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ROSE, CHONG S.
701 LAKEBIRD DR.
SUNNYVALE, CA 94089

Claim Number: 7323
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3782 (08/16/2010)

| UNSECURED | Claimed: | $19,153.00 |
|---|---|---|

---

TAYLOR, BRIAN P.
16 PINESTRAW WAY
DURHAM, NC 27713

Claim Number: 7324
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,903.89 |
|---|---|---|

---

HEO, JOON
1409 CALLAWAY DR.
PLANO, TX 75075

Claim Number: 7325
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $28,490.00 |
|---|---|---|

---

MISSINI, DENNIS
616 RUSSETWOOD LANE
POWDER SPRINGS, GA 30127

Claim Number: 7326
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
May amend claims 2746 or 11

| UNSECURED | Claimed: | $39,440.44 |
|---|---|---|

---

KASPER, JAMES E. (0206746)
219 REMINGTON AVE
GALLATIN, TN 37066

Claim Number: 7327
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $47,176.80 |
|---|---|---|

---

BEAUCHAMP, JULIE A.
1912 KELLY GLEN DR.
APEX, NC 27502

Claim Number: 7328
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $31,011.36 |
|---|---|---|

---

REXROAD, MICHAEL
5244 LINWICK DR.
FUQUAY VARINA, NC 27526

Claim Number: 7329
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $62,884.61 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| REXROAD, MICHAEL<br>5244 LINWICK DR.<br>FUQUAY VARINA, NC 27526 | | Claim Number: 7330<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $188,535.00 |

---

| TILL, CHARLES<br>7516 CHIPPENHAM CT<br>RALEIGH, NC 27613 | | Claim Number: 7331<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $96,851.11 |

---

| ROBITALLE, STANLEY L<br>4835 OXFORD DRIVE<br>SARASOTA, FL 34242 | | Claim Number: 7332<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2204 |
|---|---|---|
| UNSECURED | Claimed: | $689,553.00 |

---

| WOODS, ALICIA<br>7609 WESTOVER DRIVE<br>ROWLETT, TX 75089 | | Claim Number: 7333<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $624.59 |
| UNSECURED | Claimed: | $20,819.90 |

---

| DOWELL, BETTY<br>17406 DOWELL CR<br>DALLAS, TX 75252 | | Claim Number: 7334<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $90,667.90 |

---

| JOHNSON, DONALD<br>2512 DANDELION LN<br>ROWLETT, TX 75089 | | Claim Number: 7335<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $48,746.82 |

---

| FLETCHER, BERT<br>35 BROOMHILL COURT<br>CLAYTON, NC 27527 | | Claim Number: 7336<br>Claim Date: 07/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $207,527.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GREEN, MARILYN
1106 BOSTON HOLLOW ROAD
ASHLAND CITY, TN 37015

Claim Number: 7337
Claim Date: 07/07/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $64,329.20 |
| UNSECURED | Claimed: | $64,329.20 |
| TOTAL | Claimed: | $64,329.20 |

---

GREEN, WILLIAM & MARILYN
1106 BOSTON HOLLOW RD
ASHLAND CITY, TN 37015

Claim Number: 7338
Claim Date: 07/07/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

JURASEVICH, MARIE
29210 GIMPL HILL ROAD
EUGENE, OR 97402

Claim Number: 7339
Claim Date: 07/08/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $55,680.00 |

---

MORDECAI, WILLIAM S.
33563 S. SPRING BAY ROAD
DE TOUR VILLAGE, MI 49725

Claim Number: 7340
Claim Date: 07/08/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,000.00 |

---

SHAVER, ALLEN DAVID
5939 MARTIN HILLS LN
HILLSBOROUGH, NC 27278

Claim Number: 7341
Claim Date: 07/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $73,796.18 |

---

GORDON-GRANT, I. HYACINTH
4020 S.W. 151 TERRACE
MIRAMAR, FL 33027

Claim Number: 7342
Claim Date: 07/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $23,690.00 |
| UNSECURED | | |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LEE, KENNETH G.
3904 OLD COACH ROAD
RALEIGH, NC 27616

Claim Number: 7343
Claim Date: 07/12/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $9,105.76 |
|---|---|---|

THORPE, WANDA M
6412 FAIRVIEW DR.
PENSACOLA, FL 32505

Claim Number: 7344
Claim Date: 07/12/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

COVACH, LOUIS W.
6305 SARATOGA CIR
DAVIE, FL 33331

Claim Number: 7345
Claim Date: 07/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $20,143.88 |

COVACH, LOURDES G.
6305 SARATOGA CIR
DAVIE, FL 33331

Claim Number: 7346
Claim Date: 07/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $50,210.18 |

RING, BRIAN
910 NORWOOD LANE
APEX, NC 27502

Claim Number: 7347
Claim Date: 07/15/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $53,707.28 |
|---|---|---|

MCWALTERS, MICHAEL
POB 338
ALVISO, CA 95002

Claim Number: 7348
Claim Date: 07/15/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $865,458.00 |
|---|---|---|

CRAIG, JAMES P.
42 E. CAVALIER RD
SCOTTSVILLE, NY 14546

Claim Number: 7349
Claim Date: 07/15/2010
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $33,161.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LEGER, ANTHONY
9409 STONE MOUNTAIN RD
RALEIGH, NC 27613

Claim Number: 7350
Claim Date: 07/16/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $90,461.57 |
|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: GANAPATHIRAMAN, SUJATHA
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7351
Claim Date: 07/19/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,307.68 |
|---|---|---|

JOHNSON, ROBERT
1 TURNBERRY CIRCLE
BEDFORD, NH 03110

Claim Number: 7352
Claim Date: 07/19/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $19,230.00 |
|---|---|---|

LUNA, MILLIE
2613 HEADS AND TAILS LN
MCKINNEY, TX 75071

Claim Number: 7353
Claim Date: 07/20/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $49,699.83 |
|---|---|---|

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: CARPENTER, EARL EDWARD III
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 7354
Claim Date: 07/22/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $71,670.64 |
|---|---|---|

DENT, ANDREW
5033 NW 121 DR
CORAL SPRINGS, FL 33076

Claim Number: 7355
Claim Date: 07/26/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $85,334.51 |
|---|---|---|

ALDERMAN, DONALD SANFORD
2605 IMAN DRIVE
RALEIGH, NC 27615-3876

Claim Number: 7356
Claim Date: 07/26/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $78,290.24 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CANADIAN RED CROSS
170 METCALFE STREET
OTTAWA, ON K2P 2P2
CANADA

Claim Number: 7357
Claim Date: 07/26/2010
Debtor: NORTEL NETWORKS INC.
Comments:
CLAIM AMOUNT IS 29,000 IN CANADIAN CURRENCY.

| UNSECURED | Claimed: | $23,205.80 | Scheduled: | $29,000.00 |
|---|---|---|---|---|

---

ELLIS, JOHN RANDALL
5 FIELDCREST COURT
DURHAM, NC 27713-8110

Claim Number: 7358
Claim Date: 07/26/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $73,086.09 |
|---|---|---|

---

LANDRY, ROSARIO
103 TRAILVIEW DRIVE
CARY, NC 27513

Claim Number: 7359
Claim Date: 07/26/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $317,903.72 |
|---|---|---|

---

CHARLOTTE MECKLENBURG COUNTY NC TAX
COLLECTOR
MECKLENBURG COUNTY GOVERNMENT
700 EAST STONEWALL ST. PO BOX 31457
CHARLOTTE, NC 28231

Claim Number: 7360
Claim Date: 07/26/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4128 (10/11/2010)

| ADMINISTRATIVE | Claimed: | $27.64 |
|---|---|---|

---

GRANT, SIDNEY BEAUSOLEIL
241 RAINBOW DRIVE #14143
LIVINGSTON, TX 77399

Claim Number: 7361
Claim Date: 07/27/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $90,588.00 | UNLIQ |

---

STARKS, LAWRENCE L
5149 WEST WASHINGTON STREET
CHICAGO, IL 60644

Claim Number: 7362
Claim Date: 07/29/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

---

SAWYER, NICOLE
4536 COTTENDALE DR.
DURHAM, NC 27703

Claim Number: 7363
Claim Date: 07/29/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $13,046.17 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| COX, JEFFREY<br>341 LINWOOD AVE APT 2<br>NEWTONVILLE, MA 2460 | | Claim Number: 7364<br>Claim Date: 07/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $56,690.00 |

---

| HOLT, MICHAEL<br>8236 CLARKS BRANCH DRIVE<br>RALEIGH, NC 27613 | | Claim Number: 7365<br>Claim Date: 07/30/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $32,873.94 |

---

| SPECK, BRUCE A<br>121 AUGUSTA CT<br>JUPITER, FL 33458 | | Claim Number: 7366<br>Claim Date: 07/30/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7441 |
|---|---|---|
| UNSECURED | Claimed: | $476,000.00 |

---

| DESOUSA, SALLY<br>5517 NETHERBY CT.<br>RALEIGH, NC 27613 | | Claim Number: 7367<br>Claim Date: 07/30/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $81,468.58 |

---

| MCDONALD, RODNEY<br>8690 NW 56TH ST<br>CORAL SPRINGS, FL 33067 | | Claim Number: 7368<br>Claim Date: 08/02/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,163.44 |

---

| WOOD, PATRICK<br>8500 KEMPTON ROAD<br>RALEIGH, NC 27615 | | Claim Number: 7369<br>Claim Date: 08/02/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7217 |
|---|---|---|
| UNSECURED | Claimed: | $54,279.80 |

---

| HODGES, WANDA B.<br>922 WOODRUFF ROAD<br>SELMA, NC 27576 | | Claim Number: 7370<br>Claim Date: 08/02/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $37,550.00 | UNLIQ CONT |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

VAUGHAN, DONNA ANN
272 MOUNTAIN BROOK RD.
ROUGEMONT, NC 27572

Claim Number: 7371
Claim Date: 08/03/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8240

| UNSECURED | Claimed: | $63,277.24 |
|---|---|---|

ROSS, TIMOTHY C.
2008 RANGECREST ROAD
RALEIGH, NC 27612

Claim Number: 7372
Claim Date: 08/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7375

| UNSECURED | Claimed: | $67,950.53 |
|---|---|---|

JABIL CIRCUIT
C/O HOLLAND & KNIGHT
ATTN: KEITH S. SHOTZBERGER, ESQ.
100 NORTH TAMPA STREET, SUITE 4100
TAMPA, FL 33602

Claim Number: 7373
Claim Date: 08/05/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Pursuant to Docket no. 5088 claim satisfied and released in full

| UNSECURED | Claimed: | $3,704,182.36 |
|---|---|---|

LANCASTER, KENNETH F
4116 BATTLE FIELD DRIVE
GARNER, NC 27529

Claim Number: 7374
Claim Date: 08/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $23,184.26 |
|---|---|---|

ROSS, TIMOTHY C.
2008 RANGECREST ROAD
RALEIGH, NC 27612

Claim Number: 7375
Claim Date: 08/09/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7372

| UNSECURED | Claimed: | $65,392.83 |
|---|---|---|

THOMPSON, JAYSON A.
1001 CHRISTOPHER DRIVE
CHAPEL HILL, NC 27517

Claim Number: 7376
Claim Date: 08/09/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,337.55 |
|---|---|---|

WALROD, DANIEL G.
206 RIGGSBEE FARM DR.
CARY, NC 27519

Claim Number: 7377
Claim Date: 08/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8192

| UNSECURED | Claimed: | $52,462.84 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

COZART, WILLIAM DAVID
108 COMBS COURT
WENDELL, NC 27591

Claim Number: 7378
Claim Date: 08/09/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $43,159.54 |

---

MCDANAL, JOHN D.
3512 NAPOLEON CT
PLANO, TX 75023

Claim Number: 7379
Claim Date: 08/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,564.49 |

---

BENTLEY, ANDREW
2513 DOUGLAS DR.
MCKINNEY, TX 75071

Claim Number: 7380
Claim Date: 08/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,646.48 |

---

PAYNE, BARBARA N
5006 REDVINE WAY
CHATTANOONA, TN 37343

Claim Number: 7381
Claim Date: 08/16/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $49,050.00 | UNLIQ CONT |

---

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 7382
Claim Date: 08/16/2010
Debtor: NORTEL ALTSYSTEMS INC.
Comments: WITHDRAWN
DOCKET: 4337 (11/16/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $17,323.39 |
| UNSECURED | Claimed: | $3,487.60 |

---

BELLAMY, DEBRA
1721 SAGAMORE CT
RALEIGH, NC 27604

Claim Number: 7383
Claim Date: 08/16/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $23,088.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| FOXCONN<br>ATTN: ANDY BURNS<br>PRAHA CITY CENTRE, KLIMENTSKA - 46<br>110 02 PRAHA 1<br><br>CZECH REPUBLIC | | Claim Number: 7384<br>Claim Date: 08/16/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7686 (05/24/2012) |
| UNSECURED | Claimed: | $8,290.23 |
| MADI, HAMID<br>4605 SPRINGERLY LANE<br>RALEIGH, NC 27612 | | Claim Number: 7385<br>Claim Date: 08/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $11,500.00 |
| NATARAJAN, GOVINDARAJAN T<br>7416 ANGEL FIRE DR<br>PLANO, TX 75025 | | Claim Number: 7386<br>Claim Date: 08/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $60,728.84 |
| MERCHUT, JOSEPH<br>207 GONDOLA PARK DR.<br>VENICE, FL 34292 | | Claim Number: 7387<br>Claim Date: 08/19/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $5,000.00 |
| TA, QUAN<br>112 PRINCE WILLIAM LANE<br>CARY, NC 27511 | | Claim Number: 7388<br>Claim Date: 08/20/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $15,505.48 |
| HINSON, NANCY C.<br>192 BRODIE PRIVETTE ROAD<br>ZEBULON, NC 27597 | | Claim Number: 7389<br>Claim Date: 08/20/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $14,665.00   UNLIQ CONT |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LANGUAGE LINE SERVICES<br>1 LOWER RAGSDALE DRIVE, BUILDING # 2<br>MONTEREY, CA 93940 | | Claim Number: 7390<br>Claim Date: 08/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|---|
| UNSECURED | Claimed: | $5,185.03 |

| CLAUSEN, LISA J.<br>6719 ST JOHNS CT.<br>RALEIGH, NC 27616 | | Claim Number: 7391<br>Claim Date: 08/23/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8211 |
|---|---|---|
| UNSECURED | Claimed: | $14,261.54 |

| BROWN, ARTHUR<br>NORTEL EMPLOYEE # 1555528<br>395 MACMILLER RD<br>MORRISVILLE, VT 05661 | | Claim Number: 7392<br>Claim Date: 08/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7315 |
|---|---|---|
| UNSECURED | Claimed: | $67,056.99 |

| MCDONALD, RODNEY<br>8690 NW 56TH ST<br>CORAL SPRINGS, FL 33067 | | Claim Number: 7393<br>Claim Date: 08/27/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $4,214.90 |

| BOLING, EDWARD D.<br>7312 MIDCREST COURT<br>MCKINNEY, TX 75070 | | Claim Number: 7394<br>Claim Date: 08/27/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $41,793.23 |

| HACKER, COLLEEN<br>3024 WYNTREE COURT<br>MATTHEWS, NC 28104 | | Claim Number: 7395<br>Claim Date: 08/30/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $19,672.75   UNLIQ CONT |

| ROOT, KAREN E.<br>14 UPSTONE DRIVE<br>NASHUA, NH 03063 | | Claim Number: 7396<br>Claim Date: 08/30/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $16,844.68   UNLIQ CONT |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| VALIA, ASHOWA<br>33 QUEEN ANNE ROAD<br>TORONTO, ON M8X 1T1<br>CANADA | | Claim Number: 7397<br>Claim Date: 08/30/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $50,202.78 |

| HOLLAND, MIKE<br>1716 WEST WILLIAMS ST.<br>APEX, NC 27523 | | Claim Number: 7398<br>Claim Date: 09/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $57,805.67 |

| PEDRAZA, RAUL<br>4960 SW 5 CT<br>MARGATE, FL 33068 | | Claim Number: 7399<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $12,550.00   UNLIQ CONT |

| HARPER, WILLIAM D. JR.<br>4017 BROWN PL<br>RALEIGH, NC 27604 | | Claim Number: 7400<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $52,238.01 |

| PLATT, DANIEL<br>112 MISTY RIDGE RD<br>DURHAM, NC 27712-9299 | | Claim Number: 7401<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $49,510.25 |

| DOXEY, EVELYN N.<br>741 GENERAL GEORGE PATTON RD.<br>NASHVILLE, TN 37221 | | Claim Number: 7402<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $103,451.93 |

| CITY OF GRAPEVINE<br>ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | | Claim Number: 7403<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4657 (12/28/2010) |
|---|---|---|
| SECURED | Claimed: | $152.42 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL
DISTRICT - ATTN: ELIZABETH BANDA CALVO
PERDUE, BRANDON, FIELDER, COLLINS & MOTT
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 7404
Claim Date: 09/07/2010
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $4,750.74 |
|---|---|---|

ORANGE COUNTY TREASURER-TAX COLLECTOR
CHRISS W. STREET
ATTN: BANKRUPTCY UNIT
PO BOX 1438
SANTA ANA, CA 92702-1438

Claim Number: 7405
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4656 (12/28/2010)

| ADMINISTRATIVE | Claimed: | $2,117.18   UNLIQ |
|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: DUN & BRADSTREET
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 7406
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6108 (08/09/2011)

| PRIORITY | Claimed: | $131,477.97 |
|---|---|---|
| UNSECURED | Claimed: | $42,469.21 |

BENSON, ROBERT A.
513 WESTBROOK DR.
RALEIGH, NC 27615

Claim Number: 7407
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $59,081.72 |
|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KAMER, BRADLEY S.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7408
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $5,510.50   UNLIQ CONT |

ZELENACK-TERRELL, LOUISE
3130 OLD HWY 31E
WESTMORELAND, TN 37186

Claim Number: 7409
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $12,308.67   UNLIQ CONT |

SCHOFIELD, BONNIE G.
4588 TANGLEWOOD DR.
PEGRAM, TN 37143

Claim Number: 7410
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $10,296.00   UNLIQ CONT |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HOLTON, RACHELLE
1070 DOAK DRIVE
PEGRAM, TN 37143

Claim Number: 7411
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $199.00 | UNLIQ |

WALSH, JOHN R.
316 LILLY LANE
MURFREESBORO, TN 37128

Claim Number: 7412
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $3,963.45 | UNLIQ CONT |

COOK, WAYNA MICHELLE
118 JUDSON DRIVE
HENDERSONVILLE, TN 37075

Claim Number: 7413
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $12,739.00 | UNLIQ CONT |

POTTS, KELLIE
953 BAY DR.
OLD HICKORY, TN 37138

Claim Number: 7414
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,680.00 |

RISNER, RENEA L.
1063 FAWN TRAIL
KINGSTON SPRINGS, TN 37082

Claim Number: 7415
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $23,050.00 | UNLIQ CONT |

BISHOP, CORDELL M
836 ALTAIRE WALK
PALO ALTO, CA 94303

Claim Number: 7416
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

BOYD, JUDY L.
2032 LUCILLE ST.
LEBANON, TN 37087

Claim Number: 7417
Claim Date: 09/14/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $1,065.00 | UNLIQ CONT |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BISHOP, CORDELL
836 ALTAIRE WALK
PALO ALTO, CA 94303

Claim Number: 7418
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

BISHOP, CORDELL
836 ALTAIRE WALK
PALO ALTO, CA 94303

Claim Number: 7419
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $33,482.89 |

KINGSLEY, SUSAN E.
644 HERMOSA AVENUE
HERMOSA BEACH, CA 90254

Claim Number: 7420
Claim Date: 09/16/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $18,500.00   UNLIQ CONT |

FERRELL, DWAYNE
103 BEECH FORGE DRIVE
ANTIOCH, TN 37013

Claim Number: 7421
Claim Date: 09/17/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,203.98 |

PIATT, JEFFERY W.
816 HOLT GROVE CT.
NASHVILLE, TN 37211

Claim Number: 7422
Claim Date: 09/17/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $11,818.85   UNLIQ CONT |

MCKISSACK, ROCHELLE
1205 ROSEBANK AVE
NASHVILLE, TN 37206

Claim Number: 7423
Claim Date: 09/17/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $2,316.40   UNLIQ CONT |

GOODMAN-PROCKNOW, DEBRA
3185 STONEHURST DRIVE
EL DORADO HILLS, CA 95762

Claim Number: 7424
Claim Date: 09/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $43,008.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GRAMAN, ROGER A.<br>204 FAISON RD.<br>CHAPEL HILL, NC 27517 | | Claim Number: 7425<br>Claim Date: 09/20/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $68,425.00 |

---

| PHELPS, BILLIE<br>160 MOLLY'S PLACE RD<br>ROXBORO, NC 27574 | | Claim Number: 7426<br>Claim Date: 09/20/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $25,050.00 |

---

| GUERRA SANZ, LUIS<br>15070 SW 37TH ST.<br>DAVIE, FL 33331 | | Claim Number: 7427<br>Claim Date: 09/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   CONT |
| UNSECURED | Claimed: | $460,578.00   CONT |

---

| SMITH, KATHLEEN E.<br>14 JARDINE RD<br>GARDINER, MT 59030-9400 | | Claim Number: 7428<br>Claim Date: 09/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7463<br>Amended by claim 7463 |
|---|---|---|
| UNSECURED | Claimed: | $26,450.00 |

---

| FORD, CATHY<br>3289 LEAH CT<br>LEBANON, TN 37087 | | Claim Number: 7429<br>Claim Date: 09/21/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $6,229.00   UNLIQ CONT |

---

| BISSONNETTE, PIERRE<br>912 NW 132 AVE<br>SUNRISE, FL 33325 | | Claim Number: 7430<br>Claim Date: 09/22/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $110,000.00 |

---

| SCHWERTNER, KRISTEN R.<br>119 STRAWBERRY DR.<br>LAKE JACKSON, TX 77566 | | Claim Number: 7431<br>Claim Date: 09/23/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,795.64 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ROLLINGS, LINDA K.
4545 RED BARK CT.
ANTIOCH, TN 37013

Claim Number: 7432
Claim Date: 09/23/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $14,050.00 | UNLIQ CONT |

---

CHUA, JUNNE W.
7629 BROWNLEY PLACE
PLANO, TX 75025

Claim Number: 7433
Claim Date: 09/24/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $16,893.00 |

---

ARELLANO, ALICIA
6206 FIREFLY DRIVE
SAN JOSE, CA 95120

Claim Number: 7434
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,033.85 |

---

HEARING, VERONICA
110 NEVERBREAK DRIVE
HENDERSONVILLE, TN 37075

Claim Number: 7435
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $7,871.52 |

---

BELMARES, NANCY J.
1816 BOSCOBEL ST
NASHVILLE, TN 37206

Claim Number: 7436
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $820.80 | UNLIQ CONT |

---

BAKER, RICHARD T.
1030 KENDALL FARMS DRIVE
HENDERSONVILLE, TN 37075

Claim Number: 7437
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $22,650.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ADAMS, DEBRA K.<br>5225 HICKORY RIDGE RD.<br>LEBANON, TN 37087 | Claim Number: 7438<br>Claim Date: 09/27/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| TOTAL | Claimed: | $9,927.30   UNLIQ CONT |

---

| ACORDA, AMELIA Q.<br>2257 LENOX PL.<br>SANTA CLARA, CA 95054 | Claim Number: 7439<br>Claim Date: 09/27/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,063.99 |

---

| MACAPULAY, SALLY Y.<br>1736 SEVILLE WAY<br>SAN JOSE, CA 95131 | Claim Number: 7440<br>Claim Date: 09/27/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $24,249.55 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SPECK, BRUCE A.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 7441<br>Claim Date: 09/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $93,826.92 |

---

| JOHN, PHILIP<br>1705 CRYSTAL WAY<br>PLANO, TX 75074 | Claim Number: 7442<br>Claim Date: 09/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8132 |
|---|---|

| UNSECURED | Claimed: | $19,999.77 |

---

| MACAPULAY, SALLY<br>1736 SEVILLE WAY<br>MILPITAS, CA 95036 | Claim Number: 7443<br>Claim Date: 09/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $24,249.55 |

---

| CARLSEN, ROGER GLEN<br>462 E CALLE DE OCASO<br>SAHUARITA, AZ 85629 | Claim Number: 7444<br>Claim Date: 09/30/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $686,769.88 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CHANDLER, MELANIE L.<br>801 HOLT GROVE CT.<br>NASHVILLE, TN 37211 | Claim Number: 7445<br>Claim Date: 10/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,384.90 |

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: STEWART, JOHN<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 7446<br>Claim Date: 10/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $65,755.76 |

---

| WALTER, VIRGINIA L.<br>156 GLENWOOD DR.<br>COPPELL, TX 75019 | Claim Number: 7447<br>Claim Date: 10/04/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| UNSECURED | Claimed: | $55,718.94 |

| STATE BOARD OF EQUALIZATION<br>ENVIRONMENTAL FEE DIVISION<br>SPECIAL OPERATIONS BRANCH, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279 | Claim Number: 7448<br>Claim Date: 10/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1641 |
|---|---|

| PRIORITY | Claimed: | $1,673,720.96 |
| UNSECURED | Claimed: | $180,763.48 |

| DEBOURG-BROWN, DEBORAH J.<br>2110 BUCK QUARTER FARM RD<br>HILLSBOROUGH, NC 27278 | Claim Number: 7449<br>Claim Date: 10/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8016 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

| LOS ANGELES COUNTY TREASURER & TAX<br>COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 7450<br>Claim Date: 10/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1325 |
|---|---|

| SECURED | Claimed: | $5,540.30 |

---

| BROWN, SHELIA A.<br>2003 CARNATION DRIVE<br>DURHAM, NC 27703 | Claim Number: 7451<br>Claim Date: 10/04/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $41,894.96 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HEIGHT, JOY
4200 MOUNTAIN BRANCH DRIVE
WAKE FOREST, NC 27587

Claim Number: 7452
Claim Date: 10/07/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7568

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,699.23 |

---

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 7453
Claim Date: 10/07/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4751 (01/25/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,624.62 |
| UNSECURED | Claimed: | $454.87 |

---

CORRE OPPORTUNITIES FUND LP
AS ASSIGNEE OF SASKEN COMMUNICATION
1370 AVENUE OF THE AMERICAS 29TH FL
NEW YORK, NY 10019

Claim Number: 7454
Claim Date: 10/07/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $17,200.00 |
| UNSECURED | Claimed: | $8,600.00 |

---

CORRE OPPORTUNITIES FUND LP
AS ASSIGNEE OF SASKEN COMMUNICATION
1370 AVENUE OF THE AMERICAS 29TH FL
NEW YORK, NY 10019

Claim Number: 7455
Claim Date: 10/07/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,200.00 |

---

REDMOND, YOLANDA T.
1603 BROOKVALLEY CIRCLE
MOUNT JULIET, TN 37122

Claim Number: 7456
Claim Date: 10/08/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $38,468.08 |

---

WILSON, JASON L.
6808 N. BASKET OAK DR.
EDWARDS, IL 61528

Claim Number: 7457
Claim Date: 10/08/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $2,434.62 | UNLIQ CONT |

---

PAYNE, TERESA L.
PO BOX 741
7429 BUCKINGHAM MOUNTAIN DR
SNOW CAMP, NC 27349

Claim Number: 7458
Claim Date: 10/08/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,840.20 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

VANBENSCHOTEN, GWENDOLYNN E.
7024 ZITHER LANE
LA VERGNE, TN 37086-5261

Claim Number: 7459
Claim Date: 10/08/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,000.00   UNLIQ CONT |

---

HOLLOMAN, BESSIE J.
473 EWING DRIVE
NASHVILLE, TN 37207

Claim Number: 7460
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $1,490.00   UNLIQ CONT |

---

RHEA, STEPHANIE
1701 W. BRIDLE DR.
ROGERS, AR 72758

Claim Number: 7461
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $6,050.00   UNLIQ CONT |

---

GAVASTO, PAULA M.
418 MINGOCREST DR
KNIGHTDALE, NC 27545

Claim Number: 7462
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

SMITH, KATHLEEN E.
14 JARDINE RD
GARDINER, MT 59030-9400

Claim Number: 7463
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7428

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,500.00 |

---

PELL, SHELIA A.
301 FOREST RETREAT RD
HENDERSONVILLE, TN 37075

Claim Number: 7464
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $40,602.68   UNLIQ CONT |

---

BIGGERS, TRACY
1779 MT ZION RD
ASHLAND CITY, TN 37015

Claim Number: 7465
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $11.52   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TANNOR PARTNERS CREDIT FUND II, LP AS
ASSIGNEE OF " THE BIG WORD "
200 BUSINESS PARK DRIVE, SUITE 200
ARMONK, NY 10504

Claim Number: 7466
Claim Date: 10/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,717.97 |

---

TANNOR PARTNERS CREDIT FUND II, LP AS
ASSIGNEE OF "TELESOFT "
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 7467
Claim Date: 10/13/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 3428

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,517.00 |

---

DEAN, NAJAM U.
6 AUGUSTA DR
MILLBURY, MA 01527

Claim Number: 7468
Claim Date: 10/18/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7848

| | | |
|---|---|---|
| UNSECURED | Claimed: | $617,534.00 |

---

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
BANKRUPTCY SECTION
P.O. BOX 161108
ATLANTA, GA 30321

Claim Number: 7469
Claim Date: 10/18/2010
Debtor: NORTEL ALTSYSTEMS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,173.51 |
| UNSECURED | Claimed: | $8,929.06 |

---

DELZER, MARCI
5016 VILLAGE LAWN DR
RALEIGH, NC 27613

Claim Number: 7470
Claim Date: 10/19/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $26,550.00 | UNLIQ CONT |

---

SNMP RESEARCH INTERNATIONAL INC
C/O CIARDI CIARDI & ASTIN
ATTN: CARL D. NETT
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 7471
Claim Date: 10/19/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7740
Amends claim 4625

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,517,038.00 | UNLIQ |

---

TRC MASTER FUND LLC
TRANSFEROR: MUNCK CARTER LLP
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 7472
Claim Date: 10/19/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $130,268.07 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| PETRYK, DIANA<br>8973 VANNS TAVERN RD<br>GAINESVILLE, GA 30506 | | Claim Number: 7473<br>Claim Date: 10/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $23,729.42 |

---

| | | |
|---|---|---|
| WHITTED BRASWELL, TASHA<br>2810 THOREAU DR<br>DURHAM, NC 27703 | | Claim Number: 7474<br>Claim Date: 10/22/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $18,415.10 |

---

| | | |
|---|---|---|
| HOLLOWELL, GAY<br>312  19TH ST.<br>BUTNER, NC 27509 | | Claim Number: 7475<br>Claim Date: 10/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7936 |
| UNSECURED | Claimed: | $46,340.89 |

---

| | | |
|---|---|---|
| JONES, DEBORAH M.M.<br>8 FAIRVIEW ACRES<br>WELLSBORO, PA 16901 | | Claim Number: 7476<br>Claim Date: 10/27/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $1,106,637.50   UNLIQ |

---

| | | |
|---|---|---|
| COMPTON, JAMES STRUDWICK<br>1317 MILL GLEN CIRCLE<br>RALEIGH, NC 27614 | | Claim Number: 7477<br>Claim Date: 10/28/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $35,000.00 |

---

| | | |
|---|---|---|
| HEIGHINGTON, SANDRA<br>PO BOX 868<br>MOUNT AIRY, NC 27030-0868 | | Claim Number: 7478<br>Claim Date: 10/29/2010<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| UNSECURED | Claimed: | $50,797.21 |

---

| | | |
|---|---|---|
| CLAY, RANDAL<br>436 FOX TRAIL<br>ALLEN, TX 75002 | | Claim Number: 7479<br>Claim Date: 10/29/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $54,992.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BARKER, BRYCE M. JR.<br>1323 RIDGE RD<br>RALEIGH, NC 27607 | | Claim Number: 7480<br>Claim Date: 11/01/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $28,000.00   UNLIQ |

| MOSS, WANDA G.<br>P.O. BOX 2343<br>SMYRNA, TN 37167 | | Claim Number: 7481<br>Claim Date: 11/04/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $390.42   UNLIQ CONT |

| FITZGERALD, DAVID A.<br>8216 INVERSTONE LN.<br>RALEIGH, NC 27606 | | Claim Number: 7482<br>Claim Date: 11/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $18,050.00   UNLIQ CONT |

| WILLIAMSON, PAMELA J.<br>1022 NEEDHAN DRIVE<br>SMYRNA, TN 37167 | | Claim Number: 7483<br>Claim Date: 11/05/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,212.67   UNLIQ CONT |

| NICHOLS, JOHN W.<br>11825 N. EXETER WAY<br>RALEIGH, NC 27613 | | Claim Number: 7484<br>Claim Date: 11/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $57,076.92 |

| STRAYHORN, ROY<br>4004 CAPUL ST.<br>DURHAM, NC 27703 | | Claim Number: 7485<br>Claim Date: 11/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $56,812.50 |

| SRIDARAN, JAYANTHI<br>6924 THREE BRIDGES CIRCLE<br>RALEIGH, NC 27613 | | Claim Number: 7486<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $44,050.00   UNLIQ CONT |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| HOBBY, LAURIE A.<br>521 DES MOINES DR<br>HERMITAGE, TN 37076 | | Claim Number: 7487<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $12,644.25   UNLIQ CONT |

| | | |
|---|---|---|
| MCADOO, JOHN G, II<br>506 DEPOT ST<br>WHITESBORO, TX 76273 | | Claim Number: 7488<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE<br>PRIORITY | | |
|---|---|---|
| UNSECURED | Claimed: | $9,665.28 |

| | | |
|---|---|---|
| MIR3 INC<br>3398 CARMEL MTN RD, SUITE 120<br>SAN DIEGO, CA 92121-1044 | | Claim Number: 7489<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $1,432.50 |
|---|---|---|

| | | |
|---|---|---|
| MIR3 INC<br>3398 CARMEL MOUNTAIN ROAD, SUITE 120<br>SAN DIEGO, CA 92121 | | Claim Number: 7490<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |

| ADMINISTRATIVE | Claimed: | $1,432.50 |
|---|---|---|

| | | |
|---|---|---|
| MIR3 INC<br>3398 CARMEL MTN RD, SUITE 120<br>SAN DIEGO, CA 92121-1044 | | Claim Number: 7491<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $1,424.69 |
|---|---|---|

| | | |
|---|---|---|
| MIR3 INC<br>3398 CARMEL MOUNTAIN ROAD, STE 120<br>SAN DIEGO, CA 92121 | | Claim Number: 7492<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |

| ADMINISTRATIVE | Claimed: | $1,424.69 |
|---|---|---|

| | | |
|---|---|---|
| COOPER, DONNA L.<br>5133 GRANDALE DRIVE<br>DURHAM, NC 27713 | | Claim Number: 7493<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |

| UNSECURED | Claimed: | $37,128.96 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LILLARD, CARLA A.<br>P.O. BOX 1727<br>MADISON, TN 37116-1727 | Claim Number: 7494<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $4,965.30 | UNLIQ CONT |

---

| EMBRY, SHARON V.<br>1538 HICKORY ST.<br>NICEVILLE, FL 32578 | Claim Number: 7495<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $24,605.92 | UNLIQ CONT |

---

| GANNON, CELESTE<br>4 GARY ST.,<br>ERVING, MA 01344 | Claim Number: 7496<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| --- | --- |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $20,254.00 | UNLIQ CONT |

---

| HOKANSON, DALE A.<br>640 SWEET GUM FOREST LANE<br>ALPHARETTA, GA 30005 | Claim Number: 7497<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| --- | --- |

| PRIORITY | Claimed: | $29,581.67 |
| UNSECURED | Claimed: | $29,581.67 |
| TOTAL | Claimed: | $29,581.67 |

---

| HOKANSON, DALE A.<br>640 SWEET GUM FOREST LANE<br>ALPHARETTA, GA 30005 | Claim Number: 7498<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| --- | --- |

| PRIORITY | Claimed: | $13,366.29 |
| UNSECURED | Claimed: | $13,366.29 |
| TOTAL | Claimed: | $13,366.29 |

---

| HARDY, SHARON H.<br>1006 GWENDOLYN DR<br>LEBANON, TN 37087-8478 | Claim Number: 7499<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $7,250.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ANDERSON, JULIE<br>212 BOG HILL LN<br>CARY, NC 27519 | | Claim Number: 7500<br>Claim Date: 11/16/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $36,050.00   UNLIQ CONT |

---

| BLANK, JOSEPH JOHN III<br>6018 SHERWOOD COURT<br>NASHVILLE, TN 37215 | | Claim Number: 7501<br>Claim Date: 11/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $40,965.53 |

---

| LAVIOLA, GINA M.<br>108 SUNSET PLACE<br>HENDERSONVILLE, TN 37075 | | Claim Number: 7502<br>Claim Date: 11/22/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $3,820.80   UNLIQ CONT |

---

| DOYLE, PAUL<br>438 WALDEN SHORES DRIVE<br>BRUNSWICK, GA 31525 | | Claim Number: 7503<br>Claim Date: 11/22/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $148,615.00 |

---

| REVIERE, LESA R.<br>204 IRONWOODS DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 7504<br>Claim Date: 11/22/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $9,050.00   UNLIQ CONT |

---

| HOSKINS, GEORGE B.<br>204 CHESTER STEPHENS RD.<br>FRANKLIN, TN 37067 | | Claim Number: 7505<br>Claim Date: 11/29/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $36,799.00   UNLIQ CONT |

---

| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 7506<br>Claim Date: 11/22/2010<br>Debtor: CORETEK, INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $100.65 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
PO BOX 9564
BOSTON, MA 02114-9564

Claim Number: 7507
Claim Date: 11/22/2010
Debtor: CORETEK, INC.
Comments:
Amends claim 1686

| | | |
|---|---|---|
| PRIORITY | Claimed: | $48.58 |
| UNSECURED | Claimed: | $540.00 |

---

POPE, VALERIE
416 HILL RD
NASHVILLE, TN 37220

Claim Number: 7508
Claim Date: 12/03/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $14,624.85 | UNLIQ CONT |

---

MERCURY COMMUNICATIONS SA
LEANDRO N ALEM 584
6 FLOOR CAPITAL FEDERAL
BUENOS AIRES, 1001
ARGENTINA

Claim Number: 7509
Claim Date: 12/03/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $82,722.00 |

---

MANNING, BRIAN
500 KINGS COUNTY CT
ALPHARETTA, GA 30004

Claim Number: 7510
Claim Date: 12/06/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,000.00 |

---

QUON, JULIE
310 COMMANDER LANE
REDWOOD CITY, CA 94065

Claim Number: 7511
Claim Date: 12/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $47,050.00 | UNLIQ |

---

WADLOW, JERRY
PO BOX 79
WEWOKA, OK 74884-0079

Claim Number: 7512
Claim Date: 12/15/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $604,252.93 | UNLIQ |

---

DAVY, ERRINGTON
1501 NW 108 AVE APT 329
PLANTATION, FL 33322

Claim Number: 7513
Claim Date: 12/16/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 4794

| | | |
|---|---|---|
| PRIORITY | Claimed: | $39,422.50 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DAVY, ERRINGTON<br>1501 NW 108 AVE APT 329<br>PLANTATION, FL 33322 | | Claim Number: 7514<br>Claim Date: 12/16/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4795 |
|---|---|---|
| PRIORITY | Claimed: | $308,841.17 |

---

| WOODLIEF, DARLENE C.<br>9100 WOODLIEF RD<br>WAKE FOREST, NC 27587 | | Claim Number: 7515<br>Claim Date: 12/16/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $20,281.00   UNLIQ CONT |

---

| ELTEK VALERE, INC.<br>CHRISTOPHER J. HORVAY/GOULD & RATNER LLP<br>222 N. LASALLE ST., SUITE 800<br>CHICAGO, IL 60601 | | Claim Number: 7516<br>Claim Date: 12/16/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|---|
| UNSECURED | Claimed: | $150,383.53 |

---

| WATSON, THELMA<br>P.O. BOX 971<br>BATH, SC 29816 | | Claim Number: 7517<br>Claim Date: 12/16/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8359 |
|---|---|---|
| UNSECURED | Claimed: | $87,638.88 |

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7518<br>Claim Date: 12/17/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4751 (01/25/2011) |
|---|---|---|
| PRIORITY | Claimed: | $918,501.62 |
| UNSECURED | Claimed: | $17,146.87 |

---

| MILLS, ALINA<br>352 INDIAN BRANCH DR<br>MORRISVILLE, NC 27560 | | Claim Number: 7519<br>Claim Date: 12/17/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $4,750.00   UNLIQ CONT |

---

| GRIFFIN, JIM L.<br>112 CROSSWIND DR.<br>CARY, NC 27513 | | Claim Number: 7520<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $6,050.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JUNIEL, LINDA M.<br>770 EMERALD SOUND BLVD.<br>OAK POINT, TX 75068 | Claim Number: 7521<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8193 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,627.62 | |

---

| WHITE, CARRIE S.<br>6301 WIDGEON DRIVE<br>PLANO, TX 75024 | Claim Number: 7522<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8241 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $25,602.00 | UNLIQ CONT |

---

| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884 | Claim Number: 7523<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 7512 |
|---|---|

| UNSECURED | Claimed: | $604,252.93 | UNLIQ |
|---|---|---|---|

---

| DAVILA, PRISCILLA C.<br>2302 TUCKER ROAD<br>HARLINGEN, TX 78552 | Claim Number: 7524<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $25,076.93 |
|---|---|---|

---

| TRAN-LEE, ANN N.<br>4421 BRINKER COURT<br>PLANO, TX 75024 | Claim Number: 7525<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,868.00 | |
| UNSECURED | Claimed: | $0.11 | |

---

| WAITE, LORI K.<br>156 EQUESTRIAN DR<br>ROCKWALL, TX 75032 | Claim Number: 7526<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $7,686.00 |
|---|---|---|

---

| DOTY, MICHAEL<br>182 STARK LN.<br>SHERMAN, TX 75090 | Claim Number: 7527<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $16,515.00 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ZHENG, DAIYAN
4893 ANNELISE DR.
HARRISBURG, NC 28075

Claim Number: 7528
Claim Date: 12/21/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,460.18 |

---

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 7529
Claim Date: 12/21/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7368 (03/12/2012)

| | | |
|---|---|---|
| SECURED | Claimed: | $437,866.52 |

---

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 7530
Claim Date: 12/21/2010
Debtor: NORTEL ALTSYSTEMS INC.
Comments: WITHDRAWN
DOCKET: 7368 (03/12/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,376.06 |
| SECURED | Claimed: | $2,054.51 |

---

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 7531
Claim Date: 12/21/2010
Debtor: SONOMA SYSTEMS
Comments: WITHDRAWN
DOCKET: 7368 (03/12/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |

---

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 7532
Claim Date: 12/21/2010
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 7368 (03/12/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |

---

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 7533
Claim Date: 12/21/2010
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 7368 (03/12/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |

---

REEVES, RITA
2734 MIDLAND ROAD
SHELBYVILLE, TN 37160

Claim Number: 7534
Claim Date: 12/23/2010
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,774.80 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 7535<br>Claim Date: 12/23/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4904 (02/08/2011) |
|---|---|

| PRIORITY | Claimed: | $912,896.62 |
|---|---|---|
| UNSECURED | Claimed: | $8,301.87 |

---

| DALRYMPLE, NEIL<br>4208 ANGELICO LANE<br>ROUND ROCK, TX 78681 | Claim Number: 7536<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $17,405.00 |
|---|---|---|

---

| MOLDREM, JILL P.<br>123 STANWICK DRIVE<br>FRANKLIN, TN 37067 | Claim Number: 7537<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $21,801.06 | UNLIQ CONT |

---

| HAMILTON, CHARLES<br>2005 SUNDAY SILENCE<br>GREENBRIER, TN 37073 | Claim Number: 7538<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,232.09 |
| TOTAL | Claimed: | $17,182.09 |

---

| MOORE, CURTIS W.<br>7231 TANGLEGLON DRIVE<br>DALLAS, TX 75248 | Claim Number: 7539<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8417 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $28,563.54 | UNLIQ CONT |

---

| WESTMAN, MARK A.<br>312 STROMER DRIVE<br>CARY, NC 27513 | Claim Number: 7540<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | UNDET |
|---|---|---|---|
| UNSECURED | Claimed: | $44,050.00 | UNDET |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| COBB, KERRI S.<br>2721 DUNBAR DRIVE<br>MCKINNEY, TX 75070 | | Claim Number: 7541<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $43,349.35 |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: HALL, ROBERT R.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7542<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $2,425.00 |
| UNSECURED | Claimed: | $69,326.88 |
| TOTAL | Claimed: | $69,326.88 |

---

| MCFARLAND, LISA C.<br>21 SUNNY OAKS PL<br>DURHAM, NC 27712 | | Claim Number: 7543<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $15,988.67 |

---

| GELL, NANCY F.<br>102 ROCK SPRING COURT<br>CARRBORO, NC 27510 | | Claim Number: 7544<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8196 |
|---|---|---|
| UNSECURED | Claimed: | $55,367.15 |

---

| TRAVIS COUNTY<br>C/O KARON Y. WRIGHT<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | | Claim Number: 7545<br>Claim Date: 12/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8360 (08/29/2012) |
|---|---|---|
| SECURED | Claimed: | $447.60 |

---

| HARTTER, WILLIAM<br>11 NEWCOMB DR<br>HILTON, NY 14468 | | Claim Number: 7546<br>Claim Date: 12/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $21,159.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| COLE, JANIE W.<br>12400 WHARTONS WAY<br>RALEIGH, NC 27613 | | Claim Number: 7547<br>Claim Date: 12/30/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $47,776.00 |
| CAIN-MURPHY, MARY<br>8320 LAKEWOOD DR<br>RALEIGH, NC 27613 | | Claim Number: 7548<br>Claim Date: 12/30/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $33,050.00   UNLIQ CONT |
| CHWEDCZUK, DAREK<br>P.O. BOX 4200<br>ALPHARETTA, GA 30023 | | Claim Number: 7549<br>Claim Date: 01/03/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $28,555.40 |
| ARTOLA, PATSY<br>10720 WINDING WOOD TRAIL<br>RALEIGH, NC 27613 | | Claim Number: 7550<br>Claim Date: 01/03/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $79,900.00 |
| KAUFMAN, AMY<br>8360 TIBET BUTLER DRIVE<br>WINDERMERE, FL 34786 | | Claim Number: 7551<br>Claim Date: 01/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,162.00 |
| MURASH, BARRY<br>11812 EAGLES GLEN DRIVE<br>AUSTIN, TX 78732 | | Claim Number: 7552<br>Claim Date: 01/05/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7724<br>Amends claim 4279 |
| PRIORITY | Claimed: | $303,531.73 |
| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | | Claim Number: 7553<br>Claim Date: 01/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7693 |
| UNSECURED | Claimed: | $59,337.33 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| HICKERSON, TAMI<br>531 BLUFF VIEW DRIVE<br>PEGRAM, TN 37143 | | Claim Number: 7554<br>Claim Date: 01/07/2011<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $15,130.17 | UNLIQ CONT |

| | | | |
|---|---|---|---|
| MCRITCHIE, MICHAEL J.<br>958 MCCUTCHEON CRES<br>MILTON, ON L9T 6M9<br>CANADA | | Claim Number: 7555<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $70,239.07 |

| | | |
|---|---|---|
| BRADLEY, JOYCE<br>3306 TOLER RD<br>ROWLETT, TX 75089 | | Claim Number: 7556<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $89,071.86 |
|---|---|---|

| | | |
|---|---|---|
| GEPPI, LEIGH ANNE<br>132 BLUE RIBBON TRAIL<br>CHRISTIANA, TN 37037 | | Claim Number: 7557<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $324.35 | UNLIQ CONT |

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7558<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $912,896.62 |
|---|---|---|
| UNSECURED | Claimed: | $8,301.87 |

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7559<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4904 (02/08/2011) |

| PRIORITY | Claimed: | $918,501.62 |
|---|---|---|
| UNSECURED | Claimed: | $17,146.87 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GARNER, JAMIE<br>880 STARK LN<br>SHERMAN, TX 75090 | | Claim Number: 7560<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $6,923.08   UNLIQ CONT |
|---|---|---|

| TAN-ATICHAT, EDDIE<br>46879 CRAWFORD ST<br>FREMONT, CA 94539 | | Claim Number: 7561<br>Claim Date: 01/11/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $65,702.69 |
|---|---|---|

| CITY AND COUNTY OF DENVER/ TREASURY<br>ATTN: KAREN KATROS, BANKRUPTCY ANALYST<br>201 W. COLFAX AVENUE, DEPARTMENT 1001<br>DENVER, CO 80202 | | Claim Number: 7562<br>Claim Date: 01/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|

| PRIORITY | Claimed: | $4,238.11 |
|---|---|---|
| SECURED | Claimed: | $4,238.11 |
| TOTAL | Claimed: | $4,238.11 |

| GLASS, DAVID J.<br>2313 LACEWOOD DRIVE<br>GARLAND, TX 75044-5527 | | Claim Number: 7563<br>Claim Date: 01/13/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8119 |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $46,999.70 |

| CLOUGH, DONALD<br>7 MILL HAVEN CT.<br>DURHAM, NC 27713 | | Claim Number: 7564<br>Claim Date: 01/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $44,134.55 |
|---|---|---|

| MARK, RAYMOND<br>1 RIVER PLACE APT. 1406<br>NEW YORK, NY 10036 | | Claim Number: 7565<br>Claim Date: 01/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 5903 |
|---|---|---|

| PRIORITY | Claimed: | $137,268.00 |
|---|---|---|

| HOLLIMAN, CHARA E.<br>3520 ROUNDWOOD FOREST DRIVE<br>ANTIOCH, TN 37013 | | Claim Number: 7566<br>Claim Date: 01/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $12,032.54   UNLIQ CONT |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ASM CAPITAL, L.P.
TRANSFEROR: PRESTIPINO, JAY R.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7567
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,692.33 |

---

HEIGHT, JOY
4200 MOUNTAIN BRANCH DRIVE
WAKE FOREST, NC 27587

Claim Number: 7568
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7452

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,826.08 |

---

PAOLETTI, MICHAEL
9211 CALABRIA DR
# 119
RALEIGH, NC 27617

Claim Number: 7569
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7673

| | | |
|---|---|---|
| PRIORITY | Claimed: | $107,692.27 |

---

HOOPER, WAYNE
1530 LAKE KOINONIA DRIVE
WOODSTOCK, GA 30189

Claim Number: 7570
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $64,479.58 |

---

PAPANTONIS, BASIL
515 BIRCHINGTON CLOSE
ALPHARETTA, GA 30022

Claim Number: 7571
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4779

| | | |
|---|---|---|
| PRIORITY | Claimed: | $430,256.73 |

---

AR GRAY & ASSOCIATES
265 HYMUS BOULEVARD
POINT CLARE, QC H9R 1G6
CANADA

Claim Number: 7572
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,850.00 | Scheduled: | $6,850.00 |

---

AR GRAY & ASSOCIATES
29 HANSEN
BEACONSFIELD
BEACONSFIELD, QC H9W 5P4
CANADA

Claim Number: 7573
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,850.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BULENGO, RAYMOND C.<br>748 HERITAGE WAY<br>WESTON, FL 33326 | | Claim Number: 7574<br>Claim Date: 01/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 66 |
|---|---|---|
| PRIORITY | Claimed: | $248,901.93 |

| DAVIS, LORRAINE D.<br>4637 HOLLY BROOK DR.<br>APEX, NC 27539 | | Claim Number: 7575<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $2,425.00 |
| UNSECURED | Claimed: | $48,886.34 |
| TOTAL | Claimed: | $48,886.34 |

| MASSENGILL, TERRY<br>126 KERRI DR<br>GARNER, NC 27529 | | Claim Number: 7576<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $263,092.00 |

| DAVIS, ANDREA<br>7003 CHARDONAY CT<br>SMYRNA, TN 37167 | | Claim Number: 7577<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $5,455.05   UNLIQ CONT |

| GRAY, STEVEN J.<br>317-411 W. MORGAN ST.<br>RALEIGH, NC 27601 | | Claim Number: 7578<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $22,550.00   UNLIQ CONT |

| O'MALLEY, JENNIFER<br>4313 MYSTIC VALLEY CT.<br>ANTIOCH, TN 37013 | | Claim Number: 7579<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,050.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| BENNETT, STEVEN E.<br>37052 CHESTNUT ST.<br>NEWARK, CA 94560 | | Claim Number: 7580<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $398,313.97 |

---

| | | |
|---|---|---|
| IACOVIELLO, VINCE<br>20 BROADVIEW AVE.<br>MADISON, NJ 07940 | | Claim Number: 7581<br>Claim Date: 01/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1633 |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $380,961.67 |

---

| | | |
|---|---|---|
| WHITFIELD, JAMES THOMAS, JR.<br>PO BOX 175<br>TIMBERLAKE, NC 27583 | | Claim Number: 7582<br>Claim Date: 01/28/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $85,889.06 |

---

| | | |
|---|---|---|
| LIMERICK, CURTIS P.<br>508 SAGINAW COURT<br>ALLEN, TX 75013 | | Claim Number: 7583<br>Claim Date: 01/28/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $57,507.36 |

---

| | | |
|---|---|---|
| NORMAN, GLEN<br>40425 CHAPEL WAY, # 307<br>FREMONT, CA 94538 | | Claim Number: 7584<br>Claim Date: 01/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $52,050.00   UNLIQ |

---

| | | |
|---|---|---|
| NGUYEN, NGA B.<br>8406 TRAIL LAKE DR.<br>ROWLETT, TX 75088 | | Claim Number: 7585<br>Claim Date: 01/31/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $44,965.53 |

---

| | | |
|---|---|---|
| WHITFIELD, JAMES THOMAS, JR.<br>PO BOX 175<br>TIMBERLAKE, NC 27583 | | Claim Number: 7586<br>Claim Date: 01/31/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,439.68 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY 12590 | | Claim Number: 7587<br>Claim Date: 02/02/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7633<br>amends claim 227 |
| PRIORITY | Claimed: | $147,735.63 |
| NIELSEN, GERALD T.<br>2920 CEDAR RIDGE DR.<br>MCKINNEY, TX 75070 | | Claim Number: 7588<br>Claim Date: 02/03/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $3,511.14 |
| WILKINS, REGINALD L.<br>317 CLARENDON CRESCENT<br>RALEIGH, NC 27610 | | Claim Number: 7589<br>Claim Date: 02/04/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $17,100.00   UNLIQ |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP, LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 7590<br>Claim Date: 02/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 943 |
| UNSECURED | Claimed: | $3,812.00 |
| WHITED, MORRIS N.<br>1713 FROSTY HOLLOW RD<br>WAKE FOREST, NC 27587 | | Claim Number: 7591<br>Claim Date: 02/07/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $66,770.33 |
| LORIMER, DEBORAH G.<br>226 APPLEBY COURT<br>SMYRNA, TN 37167 | | Claim Number: 7592<br>Claim Date: 02/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8179 |
| UNSECURED | Claimed: | $310,124.07 |
| BAKER, MELINDA P.<br>701 BENNINGTON DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 7593<br>Claim Date: 02/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8243 |
| UNSECURED | Claimed: | $97,552.58 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MCCOLGAN, GILLIAN<br>2 BIRCH ROAD<br>WILMINGTON, MA 01887 | Claim Number: 7594<br>Claim Date: 02/07/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| LANNOM, ANGELA<br>320 WATERS AVENUE<br>WATERTOWN, TN 37184 | Claim Number: 7595<br>Claim Date: 02/08/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $47,583.19   UNLIQ CONT |
|---|---|---|

| ASM SIP, L.P.<br>TRANSFEROR: FRENCH, CARRIE<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7596<br>Claim Date: 02/08/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $78,302.78 |
|---|---|---|

| SARMIENTO, CLAUDIA<br>4947 EVERGLADE COURT<br>SANTA ROSA, CA 95409 | Claim Number: 7597<br>Claim Date: 02/09/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $32,000.00 |
|---|---|---|

| SARMIENTO, CLAUDIA<br>4947 EVERGLADE COURT<br>SANTA ROSA, CA 95409 | Claim Number: 7598<br>Claim Date: 02/09/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $32,000.00 |
|---|---|---|

| VU, JESSICA<br>1472 MINOK PL<br>MORGAN HILL, CA 95037 | Claim Number: 7599<br>Claim Date: 02/09/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7830 |
|---|---|

| PRIORITY | Claimed: | $24,751.35 |
|---|---|---|

| CRANE, MICHAEL<br>1728 CALLANDALE AVE.<br>CARY, NC 27518 | Claim Number: 7600<br>Claim Date: 02/10/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,829.86 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| GRAMMER, WANDA<br>204 CROOKED CREEK LANE<br>HENDERSONVILLE, TN 37075 | | Claim Number: 7601<br>Claim Date: 02/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7868 |

| UNSECURED | Claimed: | $68,983.84 |
|---|---|---|

---

| | | |
|---|---|---|
| STATE OF IOWA<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 10471<br>DES MOINES, IA 50306 | | Claim Number: 7602<br>Claim Date: 02/17/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4910 (02/09/2011) |

| PRIORITY | Claimed: | $31,317.25 |
|---|---|---|
| UNSECURED | Claimed: | $288.00 |

---

| | | |
|---|---|---|
| FREY, MICHAEL SCOTT<br>107 THORESBY COURT<br>CARY, NC 27519 | | Claim Number: 7603<br>Claim Date: 02/17/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |

| UNSECURED | Claimed: | $12,562.00 |
|---|---|---|

---

| | | |
|---|---|---|
| LOGGINS, ESTELLE L.<br>6717 LATTA STREET<br>DALLAS, TX 75227 | | Claim Number: 7604<br>Claim Date: 02/21/2011<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $211,533.78 |
|---|---|---|

---

| | | |
|---|---|---|
| AUTOMOTIVE RENTALS, INC.<br>ATTN: RICHARD E. MOYER<br>4001 LEADENHALL ROAD,<br>PO BOX 5039<br>MOUNT LAUREL, NJ 08054-7555 | | Claim Number: 7605<br>Claim Date: 02/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5128 (03/21/2011) |

| UNSECURED | Claimed: | $101,988.12 |
|---|---|---|

---

| | | |
|---|---|---|
| AUTOMOTIVE RENTALS, INC.<br>ATTN: RICHARD MOYER<br>4001 LEADENHALL RD.,<br>MOUNT LAUREL, NJ 08054 | | Claim Number: 7606<br>Claim Date: 02/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5129 (03/21/2011) |

| ADMINISTRATIVE | Claimed: | $12,516.30 |
|---|---|---|

---

| | | |
|---|---|---|
| CARLSON, DANIEL JAMES<br>2924 CANIS CIRCLE<br>GARLAND, TX 75044 | | Claim Number: 7607<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $47,606.70 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| RATOO, KEVIN<br>315 NW 153 AVE<br>PEMBROKE PINES, FL 33028 | | Claim Number: 7608<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $78,464.00 |

| DANIEL, RICHARD<br>P.O. BOX 4276<br>CARY, NC 27519 | | Claim Number: 7609<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $88,949.95 |

| BOGEN, DONALD EUGENE<br>2719 JENNIE WELLS DR<br>MANSFIELD, TX 76063-7670 | | Claim Number: 7610<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,847.98 |

| LIGHTFOOT, THUY<br>3220 CEDAR RIDGE<br>RICHARDSON, TX 75082 | | Claim Number: 7611<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $83,162.18 |

| KNIGHT, STACY R.<br>4505 SUDBURY COURT<br>SUWANEE, GA 30024 | | Claim Number: 7612<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $82,494.00 |

| SCOTT, FLOY E.<br>13297 MINK LANE<br>CARMEL, IN 46074 | | Claim Number: 7613<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,711.90 |

| PEREZ, MILTON A.<br>3042 SW 189 AVE.<br>MIRAMAR, FL 33029 | | Claim Number: 7614<br>Claim Date: 02/25/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $105,095.38 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GIGLIOTTI, THOMAS A.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7615<br>Claim Date: 02/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7188 |
| UNSECURED | Claimed: | $73,371.77 |

---

| | | |
|---|---|---|
| UNITED STATES DEBT RECOVERY VIII, L.P.<br>ASSIGNEE OF HELLMUTH, OBATA & KASSABAUM<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 7616<br>Claim Date: 02/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 4783 |
| UNSECURED | Claimed: | $527,168.64 |

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: REECE, BRADLEY V.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7617<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $37,304.65   UNLIQ CONT |

---

| | | |
|---|---|---|
| HAMILL, TIMOTHY<br>104 BROWNFIELD CT.<br>CARY, NC 27511 | | Claim Number: 7618<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $24,820.00 |

---

| | | |
|---|---|---|
| HAWKINS, JOHN<br>1088 GEORGE BOYD ROAD<br>ASHLAND CITY, TN 37015 | | Claim Number: 7619<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7937 |
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $46,634.91   UNLIQ CONT |

---

| | | |
|---|---|---|
| AT&T CORP.<br>ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 7620<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $16,781.56 |

---

| | | |
|---|---|---|
| CAFFREY, RAYMOND F.<br>791 NONAVILLE RD<br>MT JULIET, TN 37122 | | Claim Number: 7621<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $60,329.34 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| SORENSEN, CRAIG<br>3203 WATERPARK DR.<br>WYLIE, TX 75098 | | Claim Number: 7622<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $39,767.24   UNLIQ CONT |

| PEACE, TONETTE P.<br>1425 VANGUARD PLACE<br>DURHAM, NC 27713 | | Claim Number: 7623<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $40,341.00 |

| ROPER, PATRICIA<br>305 MONTIBELLO DRIVE<br>CARY, NC 27513 | | Claim Number: 7624<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $14,868.17 |

| COMMERCE INSURANCE COMPANY<br>ATTN: PAT MORISSETTE<br>(PVA897-MKVY95)<br>11 GORE ROAD<br>WEBSTER, MA 01570 | | Claim Number: 7625<br>Claim Date: 02/24/2011<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |

| UNSECURED | Claimed: | $25,034.74 |

| GREER, DEBORAH A.<br>1609 WRENWOOD WAY<br>MOUNT JULIET, TN 37122 | | Claim Number: 7626<br>Claim Date: 03/03/2011<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $41,928.00   UNLIQ CONT |

| FIGUEROA, JOSE<br>2563 SW 157TH AVE<br>MIRAMAR, FL 33027 | | Claim Number: 7627<br>Claim Date: 03/04/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $29,182.80   UNLIQ CONT |

| HAUGHEY, KAREN D.<br>3024 OAKSIDE CIR.<br>ALPHARETTA, GA 30004 | | Claim Number: 7628<br>Claim Date: 03/04/2011<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $11,695.95 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| KEATES, ROB<br>10519 138 ST NW<br>EDMONTON, AB, T5N 2J5<br>CANADA | | Claim Number: 7629<br>Claim Date: 03/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 137 |
|---|---|---|
| PRIORITY | Claimed: | $205,092.33 |

---

| DAHLING, ALICIA<br>502 NE 7 AVE<br>UNIT # 1<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 7630<br>Claim Date: 03/07/2011<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $4,107.68   UNLIQ CONT |

---

| MACHALICEK, REBECCA<br>4708 RUSTIC RIDGE CT.<br>SACHSE, TX 75048 | | Claim Number: 7631<br>Claim Date: 03/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $39,346.23 |

---

| LARKIN, WILLIAM T.<br>2410 PRIMOSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 7632<br>Claim Date: 03/07/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $113,470.87 |

---

| ROSE, RICHARD M.<br>17 THERESA BLVD.<br>WAPPINGERS FALLS, NY 12590 | | Claim Number: 7633<br>Claim Date: 03/09/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7587 |
|---|---|---|
| PRIORITY | Claimed: | $163,194.84 |

---

| WHITEHURST, ANN<br>1305 PATTERSON GROVE RD<br>APEX, NC 27502 | | Claim Number: 7634<br>Claim Date: 03/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $7,963.07 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

COOK, JERRY ALLEN
212 OVERLOOK DRIVE
WOODSTOCK, GA 30188

Claim Number: 7635
Claim Date: 03/10/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,767.32 |

---

LIU, WEIHUA
26 CLARENDON ST # 2L
MALDEN, MA 02148

Claim Number: 7636
Claim Date: 03/11/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,028.00 |

---

ALLEN, JOHN B.
3190 ALSTON CHAPEL RD
PITTSBORO, NC 27312

Claim Number: 7637
Claim Date: 03/11/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $80,766.00 | UNLIQ CONT |

---

WARREN, BEN
37 CREST LN
WATSONVILLE, CA 95076

Claim Number: 7638
Claim Date: 03/04/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance; Amends claim 1813

| PRIORITY | Claimed: | $999,029.86 |
| UNSECURED | Claimed: | $999,029.86 |
| TOTAL | Claimed: | $999,029.86 |

---

WALKER, JUDITH F.
106 ASHMONT LANE
DURHAM, NC 27713

Claim Number: 7639
Claim Date: 03/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8008

| UNSECURED | Claimed: | $24,700.67 |

---

HERBISON, DANIEL A.
284 OLD HWY 47
CHARLOTTE, TN 37036

Claim Number: 7640
Claim Date: 03/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $16,024.65 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MOURSY, WANDA M.
5217 TRACKWAY DR.
KNIGHTDALE, NC 27545

Claim Number: 7641
Claim Date: 03/14/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $38,438.00 |

CALHOUN, RANDY
3420 FM 1461
MCKINNEY, TX 75071

Claim Number: 7642
Claim Date: 03/14/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $118,546.82 |

CALHOUN, RANDY
2500 S. MILLBEND DRIVE APT 7209
SPRING, TX 77380

Claim Number: 7643
Claim Date: 03/14/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $88,892.94 |

LUKER, OLIVER
BARIO SAN ROMANO
VILLANUEVA DE SANTO ADRIANO
ASTURIAS, 33115
SPAIN

Claim Number: 7644
Claim Date: 03/14/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $67,640.99 |

MOREE, MONTESCUE D.
3112 MILLS LAKE WYND
HOLLY SPRINGS, NC 27540

Claim Number: 7645
Claim Date: 03/15/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $109,995.00 |

PREO, DAVID W. JR.
6500 PLEASANT HILL CHURCH RD.
SILER CITY, NC 27344

Claim Number: 7646
Claim Date: 03/15/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8122

| UNSECURED | Claimed: | $78,297.21 |

CALHOUN, RANDY
2500 S. MILLBEND DRIVE APT 7209
SPRING, TX 77380

Claim Number: 7647
Claim Date: 03/15/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,355.06 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JANIS, MARK R.<br>193 VIA SODERINI<br>APTOS, CA 95003 | | Claim Number: 7648<br>Claim Date: 03/16/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1567 |
|---|---|---|
| PRIORITY | Claimed: | $23,923.91 |

---

| QUIHUIS, ANTHONY PHILIP<br>10100 LOGSDON LANE<br>RALEIGH, NC 27615 | | Claim Number: 7649<br>Claim Date: 03/17/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $58,903.00   UNLIQ CONT |

---

| NAM, HYEJIN<br>1709 COVENTRY LN<br>ALLEN, TX 75002 | | Claim Number: 7650<br>Claim Date: 03/17/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $5,405.77 |

---

| BARIAHTARIS, ROBERT<br>3344 POTTHAST CT<br>RALEIGH, NC 27616 | | Claim Number: 7651<br>Claim Date: 03/18/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   CONT |

---

| JENNINGS, JEAN<br>410 BROOKHAVEN TRAIL<br>SMYRNA, TN 37167 | | Claim Number: 7652<br>Claim Date: 03/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $56,702.17 |

---

| SALAZAR, SILVINA L.<br>3904 SANCTUARY DRIVE<br>CORAL SPRINGS, FL 33065 | | Claim Number: 7653<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $8,776.00   UNLIQ CONT |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| TWYMAN, STEVEN<br>3328 DAINGERFIELD DR<br>RALEIGH, NC 27616 | Claim Number: 7654<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $13,536.52 |

| GRANGER, KATHERINE<br>1201 CHICKERING WAY LN.<br>KNOXVILLE, TN 37923 | Claim Number: 7655<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $25,897.64 |
|---|---|---|

| BOYD, MELVIN E.<br>8205 N CREEK RUN<br>RALEIGH, NC 27613 | Claim Number: 7656<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $272,703.21 |
|---|---|---|

| BOYD, MELVIN E.<br>8205 N CREEK RUN<br>RALEIGH, NC 27613 | Claim Number: 7657<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $272,703.21 |
|---|---|---|

| CARDO, MARY-BETH<br>113 SYCAMORE RIDGE LANE<br>HOLLY SPRINGS, NC 27540 | Claim Number: 7658<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $15,312.61 |
|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: ABBOTT, HARVEY F.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7659<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7823 |
|---|---|

| UNSECURED | Claimed: | $24,625.52 |
|---|---|---|

| BLANK, JOSEPH JOHN III<br>6018 SHERWOOD COURT<br>NASHVILLE, TN 37215 | Claim Number: 7660<br>Claim Date: 03/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $48,089.97 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| COOK, SANDRA<br>145 WOODLAWN RD<br>MEBANE, NC 27302 | | Claim Number: 7661<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $60,212.25 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: TAYLOE, GORDON B.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7662<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 3938 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $20,715.00 |

---

| DEALMEIDA, HYACINTH<br>1428 WESTMONT DR<br>ALLEN, TX 75013 | | Claim Number: 7663<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7670<br>Amends claim 7670 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $107,942.00 |

---

| SMITH, JAMES E.<br>2285 BRIARWOOD TRAIL<br>CUMMING, GA 30041 | | Claim Number: 7664<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8374 |
|---|---|---|
| UNSECURED | Claimed: | $107,153.60 |

---

| BEASLEY, TIMOTHY H.<br>3417 SONG SPARROW DRIVE<br>WAKE FOREST, NC 27587 | | Claim Number: 7665<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $100,902.82 |

---

| LEBLANC, MARY JO A.<br>1030 FOREST EDGE DRIVE<br>CORALVILLE, IA 52241 | | Claim Number: 7666<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $69,230.76 |

---

| FREY, MICHAEL SCOTT<br>107 THORESBY COURT<br>CARY, NC 27519 | | Claim Number: 7667<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,612.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

KING, JAMES R. JR.
4133 SETTLEMENT DR.
DURHAM, NC 27713-9153

Claim Number: 7668
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $73,309.62 |
|---|---|---|

---

SUSIENKA, JOSEPH R. JR.
53 PLUMMER PARK
WHITINSVILLE, MA 01588

Claim Number: 7669
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $43,614.12 |
|---|---|---|

---

DEALMEIDA, HYACINTH
1428 WESTMONT DR
ALLEN, TX 75013

Claim Number: 7670
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 0

| UNSECURED | Claimed: | $1,000,000.00   UNLIQ |
|---|---|---|

---

SMITH, TRACY ELIZABETH
201 INDEPENDENCE ST.
SPRINGFIELD, TN 37172

Claim Number: 7671
Claim Date: 03/29/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $41,439.29 |

---

BERRY, JOYCE
PO BOX 2784
LEBANON, TN 37088

Claim Number: 7672
Claim Date: 03/29/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $45,946.91   UNLIQ CONT |

---

PAOLETTI, MICHAEL
9211 CALABRIA DR UNIT 119
RALEIGH, NC 27617

Claim Number: 7673
Claim Date: 03/30/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7569

| PRIORITY | Claimed: | $107,692.27 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

CAREY, RAYMOND J.
820 HEDGCOXE RD
PLANO, TX 75025

Claim Number: 7674
Claim Date: 03/31/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,309.92 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| O'KEEFE, CHRISTINE<br>11 PEDESTAL ROCK LANE<br>DURHAM, NC 27719 | | Claim Number: 7675<br>Claim Date: 03/31/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,662.50 |

| | | |
|---|---|---|
| ERKEL, ENIS<br>FATMAKADIN SOK. MARMARA<br>APT. NO: 14/29<br>SUADIYE<br>ISTANBUL,<br>TURKEY | | Claim Number: 7676<br>Claim Date: 03/31/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 627 and 6091 |
| PRIORITY | Claimed: | $668,221.43 |

| | | |
|---|---|---|
| ALFORD, MARIANNE P.<br>1520 BROKEN BOW TRAIL<br>CARROLLTON, TX 75007 | | Claim Number: 7677<br>Claim Date: 04/01/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,167.00   UNLIQ CONT |
| UNSECURED | Claimed: | $1,015.88   UNLIQ CONT |

| | | |
|---|---|---|
| MERTELY, MELISSA<br>1110 GLENMONT CT.<br>ALLEN, TX 75013 | | Claim Number: 7678<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $29,192.35 |

| | | |
|---|---|---|
| ROWAN, LYNN P.<br>25 WESTVIEW RD.<br>BROOKLINE, NH 03033 | | Claim Number: 7679<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $55,384.56 |

| | | |
|---|---|---|
| OTIS, KIRK<br>PO BOX 25-1193<br>PLANO, TX 75025-1193 | | Claim Number: 7680<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $47,010.00 |

| | | |
|---|---|---|
| DEALTO, ANDREA C.<br>9100 GRASSINGTON WAY<br>RALEIGH, NC 27615 | | Claim Number: 7681<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,550.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FERRELA, CHRISTOPHER J.<br>2 CREEK ROAD<br>WHITEHOUSE STATION, NJ 08889 | Claim Number: 7682<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $7,497.25 |
|---|---|---|

| FREY, MICHAEL SCOTT<br>107 THORESBY COURT<br>CARY, NC 27519 | Claim Number: 7683<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,765.00 |

| WOLF, BILL<br>1825 WESCOTT DR<br>RALEIGH, NC 27614 | Claim Number: 7684<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,810.38 |
|---|---|---|

| PAYLOR, TONYA<br>615 OXFORD DRIVE<br>WYLIE, TX 75098 | Claim Number: 7685<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8232 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $3,006.64 |

| HOCKADAY, KELLY H.<br>6816 INDIAN WELLS ROAD<br>CARY, NC 27519 | Claim Number: 7686<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $57,419.38 |
|---|---|---|

| JACKSON, JONATHAN S.<br>822 2ND ST NW<br>HICKORY, NC 28601 | Claim Number: 7687<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $44,485.81 |
|---|---|---|

| CABAN, BRENDA<br>995 CORAL CLUB DR.<br>CORAL SPRINGS, FL 33071 | Claim Number: 7688<br>Claim Date: 04/05/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $18,071.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PETERS, MICHAEL ALFRED
7201 NORTHERN LIGHTS COURT
PLANO, TX 75074

Claim Number: 7689
Claim Date: 04/05/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $43,492.33 |
|---|---|---|

ANDERSON, STUART
178 RUE ROBERT DORION EAST
GATINEAU, QC 69H 7A5
CANADA

Claim Number: 7690
Claim Date: 04/06/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $119,147.51 |
|---|---|---|

LEE, JAY
1300 KELLY RD
GARNER, NC 27529

Claim Number: 7691
Claim Date: 04/06/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $20,623.29 |
|---|---|---|
| UNSECURED | Claimed: | $20,623.29 |
| TOTAL | Claimed: | $20,623.29 |

ARTOLA, PATSY
10720 WINDING WOOD TRAIL
RALEIGH, NC 27613

Claim Number: 7692
Claim Date: 04/07/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,787.00 |
|---|---|---|

SUN, MOSES
9208 STONEBROOK DR.
COLLEGE STATION, TX 77845

Claim Number: 7693
Claim Date: 04/07/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7553

| UNSECURED | Claimed: | $60,877.14 |
|---|---|---|

HESTER, BOB
517 N WILSON BLVD
NASHVILLE, TN 37205

Claim Number: 7694
Claim Date: 04/08/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $85,085.44 |
|---|---|---|

MCCOLLOM, MOLLY
19 PARK PLACE
RICHARDSON, TX 75081

Claim Number: 7695
Claim Date: 04/11/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $13,954.93 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MCCOLLOM, MOLLY<br>19 PARK PLACE<br>RICHARDSON, TX 75081 | | Claim Number: 7696<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 7695 |
|---|---|---|
| UNSECURED | Claimed: | $13,954.93 |

| GAGLIONE, MICHAEL<br>7613 SILVER VIEW LANE<br>RALEIGH, NC 27613 | | Claim Number: 7697<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $15,500.00 |

| WARD, WENDY<br>555 STALLION DR.<br>LUCAS, TX 75002 | | Claim Number: 7698<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8230 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $12,086.48 |

| BARIAHTARIS, ROBERT<br>3344 POTTHAST CT<br>RALEIGH, NC 27616 | | Claim Number: 7699<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7899 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   CONT |

| TEO, KA<br>2009 GLENMERE DRIVE<br>ALLEN, TX 75013 | | Claim Number: 7700<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $33,163.24 |

| IOVANNI, BARRY<br>75 SLEEPER CIRCLE<br>FREMONT, NH 03044 | | Claim Number: 7701<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $11,725.00 |
| UNSECURED | Claimed: | $1,123.38 |

| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIVISION - BANKRUPTCY SECTION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | | Claim Number: 7702<br>Claim Date: 04/13/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7202 (02/10/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $141,369.93 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DE ALMEIDA, HYACINTH G.
1428 WESTMONT DR
ALLEN, TX 75013

Claim Number: 7703
Claim Date: 04/14/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $102,699.00 |

DE ALMEIDA, HYACINTH G.
1428 WESTMONT DR
ALLEN, TX 75013

Claim Number: 7704
Claim Date: 04/14/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $300,000.00   UNLIQ |

---

TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL
OFFICE OF THE ATTORNEY GENERAL
COLLECTION DIVISION - BANKRUPTCY SECTION
P.O. BOX 12548
AUSTIN, TX 78711-2548

Claim Number: 7705
Claim Date: 04/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7924 (06/29/2012)

| ADMINISTRATIVE | Claimed: | $2,193,167.64 |

MAYNOR, PAUL
1421 HATHERLEIGH CT.
RALEIGH, NC 27612

Claim Number: 7706
Claim Date: 04/15/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $79,168.00 |

---

ROWAN, LYNN P.
25 WESTVIEW RD.
BROOKLINE, NH 03033

Claim Number: 7707
Claim Date: 04/15/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $55,384.56 |

---

BIJALA, USHA LEELA
140 STEDMAN STREET, UNIT # 1
CHELMSFORD, MA 01824

Claim Number: 7708
Claim Date: 04/15/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $19,498.50 |

---

WONG, SYLVIA
14739 TURNBRIDGE DRIVE
FRISCO, TX 75035

Claim Number: 7709
Claim Date: 04/15/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $14,174.13 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PARBHOO, DINESH | Claim Number: 7710 |
| 5841 BERKSHIRE LN | Claim Date: 04/18/2011 |
| DALLAS, TX 75209 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $34,795.64 |

---

| SUAREZ, LIANA | Claim Number: 7711 |
| 8047 LAGOS DE CAMPO BLVD | Claim Date: 04/18/2011 |
| TAMARAC, FL 33073 | Debtor: NORTEL NETWORKS (CALA) INC. |

| PRIORITY | Claimed: | $9,230.00 |

---

| OULLETTE, PAUL | Claim Number: 7712 |
| 55 ROBINHOOD RD | Claim Date: 04/19/2011 |
| NASHUA, NH 03062 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $61,040.94 |

---

| DETMER, KEVIN | Claim Number: 7713 |
| 175 WALTON STREET | Claim Date: 04/19/2011 |
| FITCHBURG, MA 01420 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $22,163.08 |

---

| CONNOR, DANIEL J. | Claim Number: 7714 |
| 13282 TORRINGTON DRIVE | Claim Date: 04/21/2011 |
| FRISCO, TX 75035 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $365,284.32 |

---

| TAYLOR, INA C. | Claim Number: 7715 |
| 106 WILLOWCROFT COURT | Claim Date: 04/21/2011 |
| GARNER, NC 27529 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $82,287.50 |

---

| SOOTS, RUSSELL | Claim Number: 7716 |
| 5220 KNIGHTSBRIDGE WAY | Claim Date: 04/25/2011 |
| RALEIGH, NC 27604 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $32,134.60 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

FISHMAN, ROBERT L.
PO BOX 4
PLYMOUTH, VT 05056

Claim Number: 7717
Claim Date: 04/25/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7748

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,000,000.00   UNLIQ |

---

HAYES, KENNETH
1671 LITTLE RIVER DR.
SALINAS, CA 93906

Claim Number: 7718
Claim Date: 04/25/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $62,542.27 |

---

STATE OF MICHIGAN, DEPT. OF TREASURY
BILL SCHUETTE, ATTORNEY GENERAL
CADILLAC PLACE, STE 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202

Claim Number: 7719
Claim Date: 04/27/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5190 (03/31/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,486,114.81 |

---

ESTATE OF JOHN DEREK MANSELL DAVIES
C/O GERALD K. GIMMEL, PERSONAL REP.
4 PROFESSIONAL DR., SUITE 145
GAITHERSBURG, MD 20879

Claim Number: 7720
Claim Date: 04/28/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $248,000.00 |

---

HARDY, BRIAN
10935 PARKER VISTA PLACE
PARKER, CO 80138

Claim Number: 7721
Claim Date: 04/28/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $21,983.94   UNLIQ CONT |

---

COPELAND, JEFFERY
4436 GOODMAN ROAD
ADAMS, TN 37010

Claim Number: 7722
Claim Date: 05/02/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $87,323.61 |

---

ZAMCHELLI, MICHAEL T.
330 FELSPAR WAY
CARY, NC 27518

Claim Number: 7723
Claim Date: 05/02/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY | Claimed: | $12,276.92 |
| UNSECURED | Claimed: | $3,507.70 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MURASH, BARRY<br>11812 EAGLES GLEN DRIVE<br>AUSTIN, TX 78732 | | Claim Number: 7724<br>Claim Date: 05/02/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8333<br>amends claim 7552 |
|---|---|---|
| PRIORITY | Claimed: | $303,531.73 |

| DAS, JAYA V<br>11712 BROADFIELD CT.<br>RALEIGH, NC 27617 | | Claim Number: 7725<br>Claim Date: 05/02/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $20,002.51 |

| MORRIS, STEVEN<br>13045 TOWNFIELD DR<br>RALEIGH, NC 27614 | | Claim Number: 7726<br>Claim Date: 05/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4335 |
|---|---|---|
| UNSECURED | Claimed: | $31,922.02 |

| ZHAO, KE<br>61 COUNTRY LANE<br>HANSON, MA 02341 | | Claim Number: 7727<br>Claim Date: 05/04/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $28,454.40 |

| WALKER, JAMIE L.<br>1542 MARLY DRIVE<br>DURHAM, NC 27703 | | Claim Number: 7728<br>Claim Date: 05/05/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $19,819.20 |

| STORM TECHNOLOGY LTD<br>GALWAY BUSINESS PARK<br>UPPER NEWCASTLE RD<br>GALWAY,<br>IRELAND | | Claim Number: 7729<br>Claim Date: 05/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|---|
| UNSECURED | Claimed: | $28,130.48   UNLIQ |

| MCRITCHIE, MICHAEL J.<br>958 MCCUTCHEON CRES<br>MILTON, ON L9T 6M9<br>CANADA | | Claim Number: 7730<br>Claim Date: 05/06/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $78,637.94 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NOBLE, AMBER<br>2114 COLEY FOREST PL.<br>RALEIGH, NC 27607 | Claim Number: 7731<br>Claim Date: 05/09/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| UNSECURED          Claimed: | $10,695.19 |

---

| UNITED BUSINESS MEDIA LLC<br>DBA UBM TECHWEB,<br>LIGHT READING/ HEAVEY READING<br>P.O. BOX 9064<br>NEW YORK, NY 10087-9064 | Claim Number: 7732<br>Claim Date: 05/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|
| UNSECURED          Claimed: | $77,262.50 |

---

| SHORT, BRIAN<br>215 JULIET CR<br>CARY, NC 27513 | Claim Number: 7733<br>Claim Date: 05/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE          Claimed: | $17,788.00 |

---

| SHORT, BRIAN<br>215 JULIET CR<br>CARY, NC 27513 | Claim Number: 7734<br>Claim Date: 05/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $7,403.00 |

---

| SWANSON, THOMAS H.<br>8820 FOGGY BOTTOM DRIVE<br>RALEIGH, NC 27613 | Claim Number: 7735<br>Claim Date: 05/17/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $27,649.54 |

---

| PANKO, JOHN S.<br>3623 COURTLAND DRIVE<br>DURHAM, NC 27707 | Claim Number: 7736<br>Claim Date: 05/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| PRIORITY          Claimed: | $58,440.00 |

---

| TARSITANO, YVETTE<br>1420 NORWOOD CREST CT<br>RALEIGH, NC 27614 | Claim Number: 7737<br>Claim Date: 05/20/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $8,462.90 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TILLMAN, BARRY
1700 AUBURN DR.
RICHARDSON, TX 75081

Claim Number: 7738
Claim Date: 05/23/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY          Claimed:
UNSECURED                          $14,400.00

---

HAMRICK, EILEEN C.
4125 LASSITER ROAD
WAKE FOREST, NC 27587-8478

Claim Number: 7739
Claim Date: 05/23/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

PRIORITY          Claimed:          $1,978.00
UNSECURED         Claimed:          $29,035.00

---

SNMP RESEARCH INTERNATIONAL, INC.
CIARDI CIARDI & ASTIN
ATTN: JOSEPH MCMAHON, ESQ.
919 N. MARKET STREET, STE. 700
WILMINGTON, DE 19801

Claim Number: 7740
Claim Date: 05/26/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7923
amends claim 7471

UNSECURED          Claimed:          $5,370,594.00

---

LUBKE, JERRI
12509 TAPPERSFIELD COURT
RALEIGH, NC 27613

Claim Number: 7741
Claim Date: 05/26/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $10,997.89

---

SCHMAL, KAREN L.
26 MONTROSE AVE
WAKEFIELD, MA 01880

Claim Number: 7742
Claim Date: 05/31/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE          Claimed:          $22,707.68

---

SCHMAL, KAREN L.
26 MONTROSE AVE
WAKEFIELD, MA 01880

Claim Number: 7743
Claim Date: 05/31/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $22,708.00

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| GOODIN, VICKIE<br>104 POLLY PLACE<br>CLAYTON, NC 27520 | | Claim Number: 7744<br>Claim Date: 05/31/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $35,386.86 |
| SHAREE JOPLIN<br>1253 VZ COUNTY ROAD 1412<br>VAN, TX 75790-3177 | | Claim Number: 7745<br>Claim Date: 05/31/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $51,907.83 |
| PAPPAS, NICHOLAS<br>21 LISAND DRIVE<br>FAIRPORT, NY 14450 | | Claim Number: 7746<br>Claim Date: 06/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $63,872.00   UNLIQ CONT |
| COLGAN, KEVIN<br>1201 PARK DRIVE<br>RALEIGH, NC 27605 | | Claim Number: 7747<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $12,886.00   UNLIQ CONT |
| FISHMAN, ROBERT L.<br>P.O. BOX 4<br>PLYMOUTH, VT 05056 | | Claim Number: 7748<br>Claim Date: 06/02/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7717 |
| UNSECURED | Claimed: | $1,150,038.23 |
| ZACCHILLI, DENISE M.<br>107 CLINTON STREET<br>MARLBORO, MA 01752 | | Claim Number: 7749<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $29,481.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS SLOVENSKO SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7750
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,100,000.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL S.A., ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7751
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $4,626,914.08 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE/KEVIN LLOYD
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7752
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $5,600,000.00 | UNLIQ |

---

NORTEL NETWORKS OY, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL- BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7753
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $67,946.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7754
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $9,700,000.00 | UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7755
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,812,693.88 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS ENGINEERING SVC KFT,ETAL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7756
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,100,000.00 | UNLIQ |

---

NORTEL NETWORKS UK LTD, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7757
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,232,779.50 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7758
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $4,555.93 | UNLIQ |

---

NORTEL GMBH, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7759
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $211,219.64 | UNLIQ |

---

NORTEL NETWORKS SA, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7760
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $100,602.50 | UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7761
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,155,742.06 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS AS, ET AL
ATTN: STEPHEN GALE/KEVIN LLOYD
HERBERT SMITH LLP, EXCHANGE HOUSE
PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7762
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $614,231.00 | UNLIQ |

---

NORTEL NETWORKS BV, ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 7763
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $6,119.50 | UNLIQ |

---

NORTEL NETWORKS FRANCE S.A.S
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7764
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $8,785.22 | UNLIQ |

---

NORTEL NETWORKS FRANCE S.A.S, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7765
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $673,116.78 | UNLIQ |

---

NORTEL NETWORKS OPTICAL COMPONENTS LTD
HERBERT SMITH LLP
ATTN: STEPHEN GALE/KEVIN LLOYD
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7766
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $6,761,714.06 | UNLIQ |

---

NORTEL NETWORKS UK LTD, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7767
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $293,967.40 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS SA, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7768
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $4,489,257.18 | UNLIQ |

---

NORTEL NETWORKS UK LTD
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7769
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $3,474,984.25 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 7770
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $2,055,016.24 | UNLIQ |

---

NORTHERN TELECOM PCN LIMITED, ET AL
HERBERT SMITH LLP / KEVIN LLOYD
EXCHANGE HOUSE
PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7771
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $17,964.73 | UNLIQ |

---

NORTEL NETWORKS OPTICAL COMPONENTS LTD
HERBERT SMITH LLP
ATTN: STEPHEN GALE / KVIN LLOYD
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7772
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

NORTEL NETWORKS SO. AFRICA (PROPRIETARY)
LIMITED, ET AL
HERBERT SMITH-STEPHEN GALE / KEVIN LLOYD
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7773
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS (IRELAND) LIMITED
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7774
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7404 (03/20/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $291,169,949.90 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 7775
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $42,895,855.09 | UNLIQ |

---

NORTEL NETWORKS INTERNATIONAL INC.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7776
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $389,997,164.67 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
FTPA
ATTN: RAJEEV SHARMA FOKKER/EDOUARD FABRE
1 BIS AVENUE FOCH
PARIS, 75116
FRANCE

Claim Number: 7777
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

NORTEL GMBH, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7778
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $5,341,266.56 | UNLIQ |

---

NORTEL NETWORKS AB, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7779
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,500,000.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS BV, ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 7780
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $24,670,097.67 | UNLIQ |

---

NORTEL NETWORKS NV, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7781
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $11,763,470.58 | UNLIQ |

---

NORTEL NETORKS S.R.O., ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7782
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,814,052.63 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 7783
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $127,000.00 | UNLIQ |

---

NORTEL NETWORKS SA (FRENCH LIQUIDATORS)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7784
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7404 (03/20/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $473,400,776.91 | UNLIQ |

---

NORTEL NETWORKS SA, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7785
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7404 (03/20/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $473,400,776.91 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | |
|---|---|---|---|
| NORTEL NETWORKS UK LTD<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | | Claim Number: 7786<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET 7404 (03/20/2012) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $2,470,352,582.31 | UNLIQ |
| NORTEL NETWORKS HISPANIA, S.A., ETAL<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | | Claim Number: 7787<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $33,303,067.63 | UNLIQ |
| MAYO, JOANNE D.<br>102 PINEHILL WAY<br>CARY, NC 27513 | | Claim Number: 7788<br>Claim Date: 06/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,439.60 | |
| WOOD, JEFFREY T.<br>248 STAR MAGNOLIA DR.<br>MORRISVILLE, NC 27560 | | Claim Number: 7789<br>Claim Date: 06/06/2011<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $26,352.68 | |
| DEAN, JACKIE S.<br>1510 NORTHSIDE ROAD<br>CREEDMOOR, NC 27522 | | Claim Number: 7790<br>Claim Date: 06/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |
| UNSECURED | Claimed: | $31,694.40 | |
| CHRISTNER, TIMOTHY A.<br>355 JUNCTION TRACK<br>ROSWELL, GA 30075 | | Claim Number: 7791<br>Claim Date: 06/13/2011<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $61,511.02 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BOURGEOIS, GEORGE H. JR.
8713 SILVERTHORNE DR.
RALEIGH, NC 27612

Claim Number: 7792
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16,121.04 |
| UNSECURED | Claimed: | $17,192.40 |

---

EVANS, DANIEL B.
11908 FAIRLIE PLACE
RALEIGH, NC 27613

Claim Number: 7793
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $88,256.66 |

---

POORMON, MELISSA
8321 TIMBER CREST DR., APT. # 301
RALEIGH, NC 27617

Claim Number: 7794
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7807

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,141.05 |

---

LEWIS, SANDRA
6 BEVEL COURT
DURHAM, NC 27703

Claim Number: 7795
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,191.60 |

---

BUHLER, AARON
5269 NW 112TH WAY
CORAL SPRINGS, FL 33076

Claim Number: 7796
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,144.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $30,856.00 | UNLIQ CONT |

---

GREEN, MARILYN
1106 BOSTON HOLLOW ROAD
ASHLAND CITY, TN 37015

Claim Number: 7797
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $193,263.20 |

---

PANKO, JOHN S.
3623 COURTLAND DRIVE
DURHAM, NC 27707

Claim Number: 7798
Claim Date: 06/20/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $58,440.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

TRC MASTER FUND LLC
TRANSFEROR: AXXION GROUP CORPORATION
ATTN: TERREL ROSS
336 ATLANTIC AVENUE SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 7799
Claim Date: 06/21/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $57,000.00 |
|---|---|---|

---

SHEEHAN, FLOR B.
1302 NORTHPARK DRIVE
RICHARDSON, TX 75081

Claim Number: 7800
Claim Date: 06/21/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $20,480.77 |

---

TA, QUAN
112 PRINCE WILLIAM LANE
CARY, NC 27511

Claim Number: 7801
Claim Date: 06/24/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7388

| UNSECURED | Claimed: | $45,230.14 |
|---|---|---|

---

VAUGHAN, DEBORAH
237 HERBEA HILL DRIVE
TIMBERLAKE, NC 27583

Claim Number: 7802
Claim Date: 06/24/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $7,400.00 |
|---|---|---|

---

SLAUGHTER, SHARON
12325 INGLEHURST DRIVE
RALEIGH, NC 27613

Claim Number: 7803
Claim Date: 06/24/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY |  |  |
|---|---|---|
| UNSECURED | Claimed: | $56,586.40 |

---

TARLTON, JASON
3805 CHIMNEY RIDGE PL. # 201
DURHAM, NC 27713

Claim Number: 7804
Claim Date: 06/27/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY |  |  |
|---|---|---|
| UNSECURED | Claimed: | $13,846.15 |

---

INTEL AMERICAS, INC.
ATTN: ROBERT PACILEO, ESQ.
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95054

Claim Number: 7805
Claim Date: 06/27/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $450,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: CRITICAL PATH STRATEGIES INC
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 7806
Claim Date: 06/29/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $48,000.00 |
|---|---|---|

---

POORMON, MELISSA
8341 TIMBER CREST DR., APT. # 101
RALEIGH, NC 27617

Claim Number: 7807
Claim Date: 07/01/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7794

| UNSECURED | Claimed: | $19,141.05 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANLEY, CHRISTOPHER N.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7808
Claim Date: 07/05/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $60,576.93 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $60,576.90 |

---

STORR, GARY
11416 JOHN ALLEN ROAD
RALEIGH, NC 27614

Claim Number: 7809
Claim Date: 07/05/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8006

| UNSECURED | Claimed: | $65,061.12 |
|---|---|---|

---

MASON, TIINA
2 CAROL ANN LN
AMHERST, NH 03031

Claim Number: 7810
Claim Date: 07/05/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $70,834.00 |
|---|---|---|

---

CONNOLLY, JAMES
353 ABBOTT ST
NORTH ANDOVER, MA 01845

Claim Number: 7811
Claim Date: 07/05/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $59,782.86 |
|---|---|---|

---

RAVENSCRAFT, ALEX
604 YACE ST.
RALEIGH, NC 22609

Claim Number: 7812
Claim Date: 07/05/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DONATO, RICHARD<br>308 ROSE PETAL RUN<br>WAKE FOREST, NC 27587 | | Claim Number: 7813<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8217 |
|---|---|---|
| UNSECURED | Claimed: | $121,225.00 |

---

| JACOTA, OANA<br>800 RONI COURT<br>CARY, NC 27519 | | Claim Number: 7814<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $9,464.00 |
| UNSECURED | Claimed: | $3,000.00 |

---

| LLOYD, JESSICA A.<br>48 BRINDLEY CIRCLE<br>CLAYTON, NC 27520 | | Claim Number: 7815<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $20,746.15 |

---

| DUBAL, PRAVINA K.<br>113 FROHLICH DR.<br>CARY, NC 27513 | | Claim Number: 7816<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $9,665.28 |

---

| LANGAN, THOMAS C.<br>16 COACH DRIVE<br>DRACUT, MA 01826 | | Claim Number: 7817<br>Claim Date: 07/07/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $38,606.00 |

---

| LOCKHART, LEWIS<br>1600 LIATRIS LANE<br>RALEIGH, NC 27613 | | Claim Number: 7818<br>Claim Date: 07/07/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $426,000.00 |

---

| ASM CAPITAL, SUCCESSOR BY ASSIGNMENT TO<br>CARLSON MARKETING CANADA LTD.<br>ATTN: ADAM MOSKOWITZ, MANAGING GEN PRTNR<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7819<br>Claim Date: 06/20/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7625 (05/09/2012)<br>Amends claim 1359 |
|---|---|---|
| UNSECURED | Claimed: | $556,172.57 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| TERAN, CAROL<br>15676 SW 52 COURT<br>MIRAMAR, FL 33027 | | Claim Number: 7820<br>Claim Date: 07/08/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $59,052.20 |
| LI, RICHARD<br>32 NORMAN RD<br>SOUTH HAMILTON, MA 01982 | | Claim Number: 7821<br>Claim Date: 07/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8182 |
| UNSECURED | Claimed: | $46,381.76 |
| SALIBI, CAMILLE<br>6811 N WOODRIDGE DR<br>PARKLAND, FL 33067 | | Claim Number: 7822<br>Claim Date: 07/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $548,203.12 |
| UNSECURED | Claimed: | $548,203.12 |
| TOTAL | Claimed: | $548,203.12 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ABBOTT, HARVEY F.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7823<br>Claim Date: 07/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7659 |
| UNSECURED | Claimed: | $26,027.64 |
| EVERETT, EDWARD E. JR.<br>4505 MANOR CREEK DRIVE<br>CUMMING, GA 30040 | | Claim Number: 7824<br>Claim Date: 07/11/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $143,016.00   UNLIQ |
| NORTHERN TRUST COMPANY<br>C/O CLARKE GAGLIARDI<br>50 SOUTH LA SALLE ST.<br>CHICAGO, IL 60603 | | Claim Number: 7825<br>Claim Date: 07/11/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $28,913.18 |
| LYNCH, ARNOLD<br>5512 NORTH HILLS DRIVE<br>RALEIGH, NC 27612 | | Claim Number: 7826<br>Claim Date: 07/11/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $67,058.10 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DENNIS, LOUISE
13927 E QUAIL TRACK RD
SCOTTSDALE, AZ 85262

Claim Number: 7827
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $38,150.78 |

---

NOBLE, AMBER
2114 COLEY FOREST PL.
RALEIGH, NC 27607

Claim Number: 7828
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,695.19 |
| UNSECURED | Claimed: | $5,020.19 |

---

HOHNHOLT, RICHARD
624 BRIARGLEN DR.
COPPELL, TX 75019

Claim Number: 7829
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $59,884.65 |

---

VU, JESSICA
1472 MINOK PL
MORGAN HILL, CA 95037

Claim Number: 7830
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7599

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $16,835.67 |

---

CAO, BETTY L.
9241 MIRANDA DRIVE
RALEIGH, NC 27617

Claim Number: 7831
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $11,306.35 |

---

HANSEN, KRISTEN
2658 LONG POINTE
ROSWELL, GA 30076

Claim Number: 7832
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,729.93 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LANE, ALLAN G.
601  15TH STREET
BUTNER, NC 27509

Claim Number: 7833
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $96,944.41 |
|---|---|---|

REPPE, GREGORY OLE
664 BALDRIDGE LN
BURLESON, TX 76028

Claim Number: 7834
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $17,477.20 |
|---|---|---|

WINN, KEVIN J.
113 SEQUOIA DR.
TYNGSBORO, MA 1879

Claim Number: 7835
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY | | |
|---|---|---|
| UNSECURED | Claimed: | $26,680.82 |

TRATE, MICHAEL
2962 BELT LINE RD
APT. 1313
GARLAND, TX 75044

Claim Number: 7836
Claim Date: 07/12/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $17,555.00 |
|---|---|---|

MARTIN, JOHN
12 HARDENBERGH STREET
SOMERSET, NJ 08873

Claim Number: 7837
Claim Date: 07/12/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1639

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $298,269.92 |

BUTNER, BRENDA R.
514 SHASTEEN BEND DRIVE
WINCHESTER, TN 37398

Claim Number: 7838
Claim Date: 07/13/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8239

| UNSECURED | Claimed: | $83,375.22 |
|---|---|---|

LINGEN, RICHARD A.
473 HARRISON AVE
MILLER PLACE, NY 11764

Claim Number: 7839
Claim Date: 07/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $75,358.06 | Scheduled: | $44,565.34 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CONNOR, DANIEL J.<br>13282 TORRINGTON DRIVE<br>FRISCO, TX 75035 | Claim Number: 7840<br>Claim Date: 07/15/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1198 |
|---|---|

| PRIORITY | Claimed: | $685,771.22 |
|---|---|---|

| PETTY, CATHERINE M.<br>1029 HEMINGWAY DRIVE<br>RALEIGH, NC 27609 | Claim Number: 7841<br>Claim Date: 07/15/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,566.54 |
|---|---|---|

| ASM CAPITAL, L.P.<br>TRANSFEROR: GRAY, MICHAEL S.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7842<br>Claim Date: 07/15/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1428 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $24,316.43 |

| ALEXANDER, STACIE<br>338 MELVIN JACKSON DR.<br>CARY, NC 27519 | Claim Number: 7843<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $44,307.72 |
|---|---|---|

| HOUSTON, WENDY<br>4213 HOPPER ST.<br>RALEIGH, NC 27616 | Claim Number: 7844<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $23,663.12 |
|---|---|---|

| PUTMAN, ROBERT J.<br>2681 SAM MOSS HAYES RD.<br>CREEDMOOR, NC 27522 | Claim Number: 7845<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $72,519.23 |
|---|---|---|

| GORDON, DAVID<br>113 WHEATLEY WAY<br>CARY, NC 27513 | Claim Number: 7846<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,936.90 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| BERLANGA, MIGUEL<br>529 ROTHSCHILD LN<br>MURPHY, TX 75094 | Claim Number: 7847<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $15,360.00 |
|---|---|---|

---

| DEAN, NAJAM U.<br>6 AUGUSTA DR<br>MILLBURY, MA 01527 | Claim Number: 7848<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8212<br>Amends claim 7468 |
|---|---|

| UNSECURED | Claimed: | $605,437.05 |
|---|---|---|

---

| ASM SIP, L.P.<br>TRANSFEROR: JUNOR, ROBERT MARK<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7849<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $16,872.27 |

---

| WADLOW, JERRY<br>P.O. BOX 79<br>WEWOKA, OK 74884 | Claim Number: 7850<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8306 |
|---|---|

| UNSECURED | Claimed: | $662,144.72   UNLIQ |
|---|---|---|

---

| AVERY, KAREN L.<br>4945 CHATSWORTH LANE<br>SUWANEE, GA 30024-1384 | Claim Number: 7851<br>Claim Date: 07/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7117 |
|---|---|

| UNSECURED | Claimed: | $27,043.09 |
|---|---|---|

---

| CHANDLER, DAWN M.<br>989 W. GREEN ST<br>FRANKLINTON, NC 27525 | Claim Number: 7852<br>Claim Date: 07/19/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $13,951.21 |
|---|---|---|

---

| RAY, DANIEL G.<br>4401 GLENDALE SQUARE<br>NASHVILLE, TN 37204 | Claim Number: 7853<br>Claim Date: 07/19/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $75,901.40 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| DAY, MARILYN<br>2020 FOX GLEN DR.<br>ALLEN, TX 75013 | | Claim Number: 7854<br>Claim Date: 07/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8280 |
| UNSECURED | Claimed: | $347,801.84   UNLIQ |
| CLOUGH, DONALD<br>7 MILL HAVEN CT.<br>DURHAM, NC 27713 | | Claim Number: 7855<br>Claim Date: 07/20/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $12,577.93 |
| JORDAN, WILLIAM D.<br>1608 STONEY CREEK DR.<br>FREDERICKSBURG, VA 22407 | | Claim Number: 7856<br>Claim Date: 07/20/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $8,556.80 |
| UNSECURED | Claimed: | $19,252.00 |
| RIDDICK, ANGELA E.<br>11801 PEMBRIDGE LANE<br>RALEIGH, NC 27613 | | Claim Number: 7857<br>Claim Date: 07/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $18,173.00 |
| OLSON, ERIC<br>2060 BOONE CIRCLE<br>FRISCO, TX 75033 | | Claim Number: 7858<br>Claim Date: 07/21/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $38,374.95 |
| ARNOLD, JEFFREY<br>20903 W. 48TH ST<br>SHAWNEE, KS 66218 | | Claim Number: 7859<br>Claim Date: 07/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2232 |
| UNSECURED | Claimed: | $6,765.00 |
| ARNOLD, JEFFREY J.<br>20903 W. 48TH ST<br>SHAWNEE, KS 66218 | | Claim Number: 7860<br>Claim Date: 07/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>May amend 2233 |
| UNSECURED | Claimed: | $67,307.70 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| TRATE, MICHAEL<br>2962 BELT LINE RD<br>APT. 1313<br>GARLAND, TX 75044 | | Claim Number: 7861<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $17,555.00 |
|---|---|---|

| | | |
|---|---|---|
| MORRISON, PAUL E.<br>2241 COLLEGE AVE.<br>QUINCY, IL 62301-3231 | | Claim Number: 7862<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $1,309,310.84   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| NIESHALLA, MARK<br>8521 HARBOR DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 7863<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $19,169.17 |
|---|---|---|

| | | |
|---|---|---|
| GUVENC, AYDIN A.<br>100 HORSEPOND CT.<br>CARY, NC 27513 | | Claim Number: 7864<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8318 |

| UNSECURED | Claimed: | $38,765.40 |
|---|---|---|

| | | |
|---|---|---|
| MUNIZ, RUEBEN<br>5200 N MEADOW RIDGE CIRCLE<br>MCKINNEY, TX 75070 | | Claim Number: 7865<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $78,031.25 |
|---|---|---|

| | | |
|---|---|---|
| REPPE, GREGORY OLE<br>664 BALDRIDGE LN<br>BURLESON, TX 76028 | | Claim Number: 7866<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $17,477.20 |
|---|---|---|

| | | |
|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: ROBBINS, ARLENE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7867<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 938 |

| PRIORITY | Claimed: | $29,879.10 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| GRAMMER, WANDA R.<br>204 CROOKED CREEK LANE<br>HENDERSONVILLE, TN 37075 | Claim Number: 7868<br>Claim Date: 07/26/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7601 |
|---|---|
| UNSECURED          Claimed: | $68,983.84 |

---

| WELLS, TODD<br>26675 WESTBROOK CT<br>SUN CITY, CA 92586 | Claim Number: 7869<br>Claim Date: 07/27/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $40,150.43 |

---

| AMATO, DEBRA A.<br>9053 GRASSEY CREEK ROAD<br>BULLOCK, NC 27507 | Claim Number: 7870<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| YOUNG, DAVID<br>2528 SADDLERIDGE ROAD<br>RALEIGH, NC 27615 | Claim Number: 7871<br>Claim Date: 07/29/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY          Claimed: | $94,036.80 |

---

| ONE CAPITAL MALL INVESTORS, L.P.<br>THOMAS P. GRIFFIN, JR.<br>HEFNER, STARK & MAROIS, LLP<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA 95833 | Claim Number: 7872<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1440 |
|---|---|
| UNSECURED          Claimed: | $41,510.40 |

---

| LATORRE-PARRA, HUMBERTO<br>597 HONEYSUCKLE LANE<br>WESTON, FL 33327 | Claim Number: 7873<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|
| UNSECURED          Claimed: | $56,601.00 |

---

| LANEY, MICHAEL<br>5515 CRABTREE PARK CT.<br>RALEIGH, NC 27612 | Claim Number: 7874<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $8,499.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JOHNSON, BARRY<br>3700 GLENROCK CIRCLE<br>RALEIGH, NC 27613-4435 | | Claim Number: 7875<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| HIX, SHIRLEY A<br>2709 SAFARI CIR<br>PLANO, TX 75025 | | Claim Number: 7876<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $67,000.00 |

---

| HIX, JAMES G.<br>2709 SAFARI CIR<br>PLANO, TX 75025 | | Claim Number: 7877<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $72,500.00 |

---

| FABRICIO, PATRICIA LARA<br>5104 WHITE OAK LANE<br>TAMARAC, FL 33319 | | Claim Number: 7878<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $17,666.13 |

---

| DEAN, JACKIE S.<br>1510 NORTHSIDE ROAD<br>CREEDMOOR, NC 27522 | | Claim Number: 7879<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,779.45 |

---

| GAUDREAULT, CARMEN<br>817 CARPENTER TOWN LANE<br>CARY, NC 27519 | | Claim Number: 7880<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $16,778.83 |

---

| BEENE, CINDY J.<br>7908 SAN ISABEL DR.<br>PLANO, TX 75025 | | Claim Number: 7881<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $17,824.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| NAPIER, SUSAN A<br>406 BAKER DR<br>WEST PALM BEACH, FL 33409 | | Claim Number: 7882<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LARJ, MICHAEL G.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7883<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 879 |

| UNSECURED | Claimed: | $54,931.54 |
|---|---|---|

| | | |
|---|---|---|
| MCROBERTS, CHRISTOPHER<br>119 W. HALL ST.<br>GRAPEVINE, TX 76051 | | Claim Number: 7884<br>Claim Date: 08/02/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8385 |

| UNSECURED | Claimed: | $33,593.20 |
|---|---|---|

| | | |
|---|---|---|
| MANN, WENDY BOSWELL<br>2114 CLARET LANE<br>MORRISVILLE, NC 27560 | | Claim Number: 7885<br>Claim Date: 08/02/2011<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $458,898.13 |
|---|---|---|

| | | |
|---|---|---|
| EMBRY, SHARON V.<br>1538 HICKORY ST.<br>NICEVILLE, FL 32578 | | Claim Number: 7886<br>Claim Date: 08/03/2011<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $27,150.21 |

| | | |
|---|---|---|
| MASTERS, SANDRA L.<br>227 WALFORD WAY<br>CARY, NC 27519 | | Claim Number: 7887<br>Claim Date: 08/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $23,076.92 |
|---|---|---|

| | | |
|---|---|---|
| ROWAN, LYNN P.<br>25 WESTVIEW RD.<br>BROOKLINE, NH 03033 | | Claim Number: 7888<br>Claim Date: 08/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $55,384.56 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CLUNAN, PATRICK H.<br>1607 SHELBY TRACE<br>MOUNT JULIET, TN 37122 | | Claim Number: 7889<br>Claim Date: 08/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $18,616.16   UNLIQ CONT |

---

| NIESHALLA, MARK<br>8521 HARBOR DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 7890<br>Claim Date: 08/05/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $53,062.61 |

---

| BRANTLEY, L. KATHERINE<br>3703 HIGHGATE DR APT E<br>DURHAM, NC 27713 | | Claim Number: 7891<br>Claim Date: 08/05/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $13,750.00 |

---

| BROWN, SHELIA ANN<br>2003 CARNATION DRIVE<br>DURHAM, NC 27703 | | Claim Number: 7892<br>Claim Date: 08/05/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $53,754.00 |

---

| JANKOWSKY, DEBRA<br>11 ROSEWOOD CT.<br>EPPING, NH 03042 | | Claim Number: 7893<br>Claim Date: 08/05/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $16,864.96 |

---

| IBM CANADA LIMITED<br>ATTN: PAUL E. FIRESTONE<br>1800 STELES AVENUE EAST<br>MARKHAM, ON L3R 9Z7<br>CANADA | | Claim Number: 7894-01<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6977 (12/14/2011) |
|---|---|---|
| SECURED | Claimed: | $576,343.04   UNLIQ |

---

| IBM CANADA LIMITED<br>ATTN: PAUL E. FIRESTONE<br>1800 STELES AVENUE EAST<br>MARKHAM, ON L3R 9Z7<br>CANADA | | Claim Number: 7894-02<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6977 (12/14/2011) |
|---|---|---|
| SECURED | Claimed: | $1,821,078.24 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| IBM GLOBAL SERVICES (CHINA) CO., LTD.<br>ATTN: R.S. STAHEL<br>1503 LBJ FREEWAY, 3RD FLOOR<br>DALLAS, TX 75234 | | Claim Number: 7895<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6977 (12/14/2011) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $485,751.28 |
| IBM CREDIT, LLC<br>ATTN: B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | | Claim Number: 7896<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6977 (12/14/2011) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $13,411.80 |
| DEUTSCHE BANK SECURITIES INC.<br>TRANSFEROR: INTL BUSINESS MACHINES CORP<br>ATTN: JEFFREY OLINSKY<br>60 WALL STREET, 3RD FLOOR<br>NEW YORK, NY 10005 | | Claim Number: 7897<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6977 (12/14/2011) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $30,005,119.45 |
| MARBLEGATE SPECIAL OPP. MASTER FUND LP<br>TRANSFEROR: DEUTSCHE BANK SECURITIES INC<br>ATTN: MARK E. ZOLDAN<br>80 FIELD POINT ROAD<br>GREENWICH, CT 06830 | | Claim Number: 7897-01<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6977 (12/14/2011) |
| UNSECURED | Claimed: | $3,000,000.00 |
| DANIEL, DAVID D.<br>11928 SINGING BROOK RD.<br>FRISCO, TX 75081 | | Claim Number: 7898<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $36,018.84 |
| BARIAHTARIS, ROBERT<br>3344 POTTHAST CT<br>RALEIGH, NC 27616 | | Claim Number: 7899<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8314<br>Amends claim 7699 |
| PRIORITY | Claimed: | $10,950.00   CONT |
| UNSECURED | Claimed: | $36,357.69   CONT |
| CHRISTENSEN, STEPHEN<br>6745 RIDGEFIELD DR<br>ALPHARETTA, GA 30005 | | Claim Number: 7900<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $200,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CHRISTENSEN, STEPHEN<br>6745 RIDGEFIELD DR<br>ALPHARETTA, GA 30005 | Claim Number: 7901<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $76,847.52 |
|---|---|---|

---

| PAMPERIN, RAY<br>10308 HY 9<br>MOUNTAIN VIEW, AR 72560 | Claim Number: 7902<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $77,438.00 |
|---|---|---|

---

| BERLANGA, MIGUEL<br>529 ROTHSCHILD LN<br>MURPHY, TX 75094 | Claim Number: 7903<br>Claim Date: 08/09/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $15,360.00 |
|---|---|---|

---

| FISHER, WILLIAM H. III<br>605 LAKE ROAD<br>CREEDMOOR, NC 27522 | Claim Number: 7904<br>Claim Date: 08/09/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $41,712.00 |
|---|---|---|

---

| DELTRAP, CHRISTINE<br>3274 W SHADOWLAWN AVE NE<br>ATLANTA, GA 30305 | Claim Number: 7905<br>Claim Date: 08/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $135,652.41 | Scheduled: | $48,234.86 |
|---|---|---|---|---|

---

| BOLING, LAYLA<br>1908 EASTSIDE AVE<br>NASHVILLE, TN 37206 | Claim Number: 7906<br>Claim Date: 08/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $20,616.00 |
|---|---|---|

---

| KHANNA, BAKUL<br>58 BLAKE ROAD<br>LEXINGTON, MA 02420 | Claim Number: 7907<br>Claim Date: 08/16/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $170,370.88 | Scheduled: | $109,862.46 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| FLOOD, DEBORAH<br>3 BARTLETT ST<br>MELROSE, MA 02176 | | Claim Number: 7908<br>Claim Date: 08/17/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | | |
| UNSECURED | Claimed: | $32,914.33 |

---

| | | |
|---|---|---|
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W. AVERELL HARRIMAN STATE OFC BLDG<br>CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | | Claim Number: 7909<br>Claim Date: 08/16/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6543 (10/03/2011) |
| ADMINISTRATIVE | Claimed: | $9,281.30 |

---

| | | |
|---|---|---|
| NATIONAL GRID<br>300 ERIE BLVD WEST<br>SYRACUSE, NY 13202 | | Claim Number: 7910<br>Claim Date: 08/16/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $126,758.26 |

---

| | | |
|---|---|---|
| CREASY, JEFFREY<br>2001 SMITH DRIVE<br>CLAYTON, NC 27520 | | Claim Number: 7911<br>Claim Date: 08/18/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $89,234.81 |

---

| | | |
|---|---|---|
| US CUSTOMS SERVICE<br>ATTN: REVENUE DIVISION, BANKRUPTCY TEAM<br>6650 TELECOM DR., SUITE 100<br>INDIANAPOLIS, IN 46278 | | Claim Number: 7912<br>Claim Date: 08/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4711 |
| PRIORITY | Claimed: | $0.00   UNLIQ CONT |

---

| | | |
|---|---|---|
| ONE CAPITAL MALL INVESTORS, L.P.<br>THOMAS P. GRIFFIN, JR.<br>HEFNER, STARK & MAROIS, LLP<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA 95833 | | Claim Number: 7913<br>Claim Date: 08/19/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $44,443.20 |

---

| | | |
|---|---|---|
| SIMMONS, LORAINE<br>324-3 MONA DRIVE<br>DOTHAN, AL 36303 | | Claim Number: 7914<br>Claim Date: 08/23/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ANIXTER INC<br>ATTN: STEVE BALK, VP GLOBAL SHARED SRVCS<br>2301 PATRIOT BOULEVARD<br>MAIL STOP 2N<br>GLENVIEW, IL 60026 | | Claim Number: 7915<br>Claim Date: 08/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 754 (05/14/2009) |
| ADMINISTRATIVE | Claimed: | $279,615.74 |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: MCKINSEY & COMPANY, INC.<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 7916<br>Claim Date: 07/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6019 (07/22/2011) |
| UNSECURED | Claimed: | $1,680,000.00 |
| SPECK, BRUCE A.<br>121 AUGUSTA CT.<br>JUPITER, FL 33458 | | Claim Number: 7917<br>Claim Date: 08/25/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $60,000.00 |
| KENNEDY, JACLYN A.<br>1606 ROLLINS DR<br>ALLEN, TX 75013 | | Claim Number: 7918<br>Claim Date: 08/25/2011<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
| UNSECURED | Claimed: | $78,367.41 |
| LEWIS, SANDRA<br>6 BEVEL COURT<br>DURHAM, NC 27703 | | Claim Number: 7919<br>Claim Date: 08/26/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,191.60 |
| DEMOTSES, KAREN<br>95 SUMMER STREET<br>NORTH ANDOVER, MA 01845 | | Claim Number: 7920<br>Claim Date: 08/26/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $67,447.90 |
| JOHNSON, BARRY<br>3700 GLENROCK CIRCLE<br>RALEIGH, NC 27613-4435 | | Claim Number: 7921<br>Claim Date: 08/30/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7875 |
| UNSECURED | Claimed: | $47,556.34 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CAFFRY, ANNABELLE, INDIVIDUALLY AND AS TRUSTEE OF THE JOHN W. CAFFREY TRUST C/O PATRICIA ANTONELLI, PARTRIDGE SNOW 180 SOUTH MAIN STREET PROVIDENCE, RI 02903 | Claim Number: 7922 Claim Date: 08/31/2011 Debtor: NORTEL NETWORKS INC. Comments: amends claim 4507 |
|---|---|

| SECURED | Claimed: | $868,467.46 |
|---|---|---|

---

| SNMP RESEARCH INTERNATIONAL, INC. ATTN: JOHN L. WOOD, ESQ. EGERTON MCAFEE ARMISTEAD & DAVIS PC 900 S. GAY STREET, STE 1400 KNOXVILLE, TN 37902 | Claim Number: 7923 Claim Date: 09/02/2011 Debtor: NORTEL NETWORKS INC. Comments: POSSIBLY AMENDED BY 8422 amends claim 7740 |
|---|---|

| UNSECURED | Claimed: | $7,549,323.00   UNLIQ |
|---|---|---|

---

| RIEDEL, GEORGE A. 1 MEADOWBROOK RD WESTON, MA 02493 | Claim Number: 7924 Claim Date: 09/02/2011 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 7457 (03/27/2012) |
|---|---|

| UNSECURED | Claimed: | $1,222,349.08 |
|---|---|---|

---

| SIEGEL, GARY 621 TAYLOR TR. MURPHY, TX 75094 | Claim Number: 7925 Claim Date: 09/06/2011 Debtor: NORTEL NETWORKS INC. Comments: amends claim 914 and 6022 |
|---|---|

| UNSECURED | Claimed: | $49,551.24 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. AS ASSIGNEE OF ANDY N. VO ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07601 | Claim Number: 7926 Claim Date: 09/06/2011 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $450.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,300.00 | Scheduled: | $22,948.52 |

---

| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: VANISH, GEORGE ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | Claim Number: 7927 Claim Date: 09/06/2011 Debtor: NORTEL NETWORKS INC. Comments: amends claim 6972 |
|---|---|

| UNSECURED | Claimed: | $81,521.13 |
|---|---|---|

---

| HAMRICK, EILEEN C. 4125 LASSITER ROAD WAKE FOREST, NC 27587-8478 | Claim Number: 7928 Claim Date: 09/06/2011 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,978.00 | UNLIQ |
| UNSECURED | Claimed: | $29,035.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
KUO-LI CHANG
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 7929
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,387.21 | | |
| UNSECURED | Claimed: | $9,324.43 | Scheduled: | $16,037.89 |

---

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
JON P. WARNICK
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 7930
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claims 6559 and 6560

| | | |
|---|---|---|
| UNSECURED | Claimed: | $167,907.73 |

---

WHITNEY, DAVID
208 HALEY HOUSE LANE
CARY, NC 27519

Claim Number: 7931
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

WILLIS, KENNETH A.
1875 GREENMEADOW DR.
WALLED LAKE, MI 48390

Claim Number: 7932
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $19,754.64 |

---

CORCORAN, CINDY
820 CARDENS CREEK DR
DURHAM, NC 27712

Claim Number: 7933
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35,494.75 |

---

RABON, LYNN
1226 MELISSA DRIVE
ROANOKE, TX 76262

Claim Number: 7934
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $24,516.00 | | |
| UNSECURED | | | Scheduled: | $24,516.00 |

---

DALTON-LAY, ANDREA LYNETTE
3275 WOOD BRANCH DR.
ALPHARETTA, GA 30004

Claim Number: 7935
Claim Date: 09/09/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $68,600.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HOLLOWELL, GAY
312 19TH ST.
BUTNER, NC 27509

Claim Number: 7936
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7475

| | | |
|---|---|---|
| UNSECURED | Claimed: | $46,340.89 |

---

HAWKINS, JOHN
1088 GEORGE BOYD ROAD
ASHLAND CITY, TN 37015

Claim Number: 7937
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8123
amends claim 7619

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $56,298.83 | UNLIQ CONT |

---

ALLEN, JOHN B.
3190 ALSTON CHAPEL RD
PITTSBORO, NC 27312

Claim Number: 7938
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $80,766.00 | UNLIQ CONT |

---

CHOI, SEUNGCHUL
202 CAVISTON WAY
CARY, NC 27519

Claim Number: 7939
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 3464

| | | |
|---|---|---|
| UNSECURED | Claimed: | $424,948.05 |

---

STRATTON, MARK E.
3617 LOFTWOOD LN
WAKE FOREST, NC 27587

Claim Number: 7940
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $71,367.35 |

---

BURTON, JR. ROBERT ALLEN
2901 CREEK VALLEY DRIVE
GARLAND, TX 75040

Claim Number: 7941
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $38,815.38 |

---

WHITFIELD, RONALD BRUCE
4707 BAHAMA RD
ROUGEMONT, NC 27572

Claim Number: 7942
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $79,527.80 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PRUNEDA, FERNANDO
2905 CLEARMEADOW DR.
MESQUITE, TX 75181

Claim Number: 7943
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $31,364.59 |
|---|---|---|

RAJAGOPALAN, SRINATH
7017 CANYONBROOK DR
PLANO, TX 75074

Claim Number: 7944
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8347

---

| UNSECURED | Claimed: | $37,394.18 |
|---|---|---|

SALLESE, CATHERINE
95 KENWOOD ROAD
METHUEN, MA 01844

Claim Number: 7945
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $39,689.46 |
|---|---|---|

REICHERT, GEORGE
220 BEACON FALLS CT.
CARY, NC 27519

Claim Number: 7946
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $346,383.12 |
|---|---|---|

JENKINS, FREDERIC H.
242 OLD FOREST CREEK DR.
CHAPEL HILL, NC 27514

Claim Number: 7947
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8256

---

| UNSECURED | Claimed: | $108,615.60 |
|---|---|---|

VEALS, PERCY
3100 INDEPENDENCE PKWY # 311268
PLANO, TX 75075

Claim Number: 7948
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $62,748.16 |
|---|---|---|

KOERNER, FLOYD
212 VICTORY LN
ERWIN, NC 28339

Claim Number: 7949
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $72,093.42 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DISE, ROGER
6909 WEDGESTONE DR.
PLANO, TX 75023

Claim Number: 7950
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $39,458.00 |
|---|---|---|

HANSEN, MELISSA
673 BLACKBERRY TR.
LAWRENCEVILLE, GA 30043

Claim Number: 7951
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $89,699.00 |
|---|---|---|

HYDE, JONATHAN KELLY
3001 KINGSBROOK DRIVE
WYLIE, TX 75098

Claim Number: 7952
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $28,793.57 |
|---|---|---|

SNIPES, DONNA
103 HOUSTON CIRCLE
CARY, NC 27513

Claim Number: 7953
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $59,217.00 |
|---|---|---|

BUCHANAN, CATHERINE C.
1329 CHICOTA DR.
PLANO, TX 75023

Claim Number: 7954
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $61,018.92 |
|---|---|---|

TIPPING, CHRIS
14011 NW CR 4050
BLOOMING GROVE, TX 76626

Claim Number: 7955
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $54,560.28 |
|---|---|---|

ELLIS, SUSAN RENEE
PO BOX 405
BAHAMA, NC 27503

Claim Number: 7956
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $60,922.80 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

POWNALL, JOHANNA
3216 BRENNAN DR.
RALEIGH, NC 27613

Claim Number: 7957
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,219.69 |
|---|---|---|

GREENLEAVES, NEIL
910 ROBLE LANE
SANTA BARBARA, CA 93103

Claim Number: 7958
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $56,467.53 |
|---|---|---|

JONES, D.J.
12425 CILCAIN CT.
RALEIGH, NC 27614

Claim Number: 7959
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $96,823.54 |
|---|---|---|

BROWN, SANDRA
4655 LOWER RIVER ROAD
LEWISTON, NY 14092

Claim Number: 7960
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $105,896.69 |
|---|---|---|

WATTS, JUDITH
19251 PRESTON RD APT # 915
DALLAS, TX 75252

Claim Number: 7961
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $54,414.75 |
|---|---|---|

HITCHINGS, GAYLA LINDSAY
203 BENEDETTI CT.
CARY, NC 27513

Claim Number: 7962
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $62,607.50 |
|---|---|---|

CORBETT, JAMES F.
60 BARE HILL ROAD
TOPSFIELD, MA 01983

Claim Number: 7963
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CONTINUOUS COMPUTING CORPORATION<br>C/O ROBERT L. EISENBACH III<br>COOLEY LLP<br>101 CALIFORNIA STREET, 5TH FLOOR<br>SAN FRANCISCO, CA 94111-5800 | | Claim Number: 7964<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|---|
| UNSECURED | Claimed: | $41,000.00 |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: MOORE III, JAMES V.<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7965<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $35,694.00 |

---

| KHAN, JAWAD<br>16877 NE 42ND CT<br>REDMOND, WA 98052 | | Claim Number: 7966<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $33,724.88 |

---

| SMART, BRADLY R.<br>3309 LORRAINE ST.<br>ANN ARBOR, MI 48108-1969 | | Claim Number: 7967<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $63,311.55 |

---

| STERANTINO, SANDRA<br>1112 SUDBURY CT<br>RALEIGH, NC 27609-5457 | | Claim Number: 7968<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $1,259.44 |
| UNSECURED | Claimed: | $31,513.81 |

---

| MCCONNELL, JAMES EARL<br>319 EAST CHATHAM ST.<br>APEX, NC 27502 | | Claim Number: 7969<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $47,460.00 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HEALD JR., RICHARD D.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7970<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $47,676.89 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ADAMS, BRIAN GLENN<br>345 LYNCH RD.<br>SELMA, NC 27576 | | Claim Number: 7971<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $19,658.10 |

---

| WEEKS, THOMAS B.<br>1566 POPE RD. PO BOX 587<br>CREEDMOOR, NC 27522 | | Claim Number: 7972<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $98,002.40 |

---

| TYNDALL, RONALD<br>90 CALICO DRIVE<br>APEX, NC 27523 | | Claim Number: 7973<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8420 |
|---|---|---|
| UNSECURED | Claimed: | $36,749.79 |

---

| TUCKER, PAMELA H.<br>6600 PENNY ROAD<br>RALEIGH, NC 27606 | | Claim Number: 7974<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $229,377.76 |

---

| WEISBARTH, THEODORE R.<br>103 COVE CREEK DR.<br>CARY, NC 27519 | | Claim Number: 7975<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $16,752.82 |

---

| RATTRAY, STEPHEN A.<br>4308 DENSIFLORUM COURT<br>WILMINGTON, NC 28412 | | Claim Number: 7976<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8259 |
|---|---|---|
| UNSECURED | Claimed: | $1,897,848.02 |

---

| MOETTELI, ROBERT<br>3928 WALNUT PARK CIR<br>GARLAND, TX 75042 | | Claim Number: 7977<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $24,192.31 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

AMINZADEH, HOSSAIN
106 MOONLIGHT DRIVE
MURPHY, TX 75094

Claim Number: 7978
Claim Date: 09/14/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $11,598.06 |
|---|---|---|

PETTY, MELISSA J.
417 CANDLER TRAIL
CANTON, GA 30115

Claim Number: 7979
Claim Date: 09/14/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,114.20 |
|---|---|---|

PIERCE, MICHAEL J.
3790 CREEKWOOD DRIVE
LOGANVILLE, GA 30052

Claim Number: 7980
Claim Date: 09/14/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $71,428.51 |
|---|---|---|

MAZIARZ, THOMAS P.
7 EARLE DRIVE
LEE, NH 03861-6234

Claim Number: 7981
Claim Date: 09/15/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,825.33 |
|---|---|---|

BARFKNECHT, JOHN D.
3020 AMYX HILL ROAD
PONDER, TX 76259

Claim Number: 7982
Claim Date: 09/15/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,230.40 |
|---|---|---|

TURRAVILLE, TERESA L
912 ARBOR CREST BLVD
ANTIOCH, TN 37013

Claim Number: 7983
Claim Date: 09/15/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,040.00   UNLIQ CONT |
|---|---|---|

WILLIAMS, DEBORAH W.
6805 COOL POND ROAD
RALEIGH, NC 27613

Claim Number: 7984
Claim Date: 09/15/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $35,272.20 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| LESANE, BARBARA<br>2906 HOLBROOK ST<br>DURHAM, NC 27704 | | Claim Number: 7985<br>Claim Date: 09/16/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $14,595.00 |
| TRUESDALE, JEFFREY LOUIS<br>510 CHADBOURNE DR.<br>DURHAM, NC 27703 | | Claim Number: 7986<br>Claim Date: 09/16/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $59,504.90 |
| TOLF, ERIK S.<br>32 OLD FARM ROAD<br>BEDFORD, NH 03110 | | Claim Number: 7987<br>Claim Date: 09/16/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $45,344.14 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WHITAKER, SUSAN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7988<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $38,159.45 |
| DOYLE, DANIEL<br>88 FRANCIS WYMAN RD<br>BURLINGTON, MA 01803 | | Claim Number: 7989<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $35,521.00 |
| BOLEN, PETER M.<br>7342 DOVERTON CT<br>RALEIGH, NC 27615 | | Claim Number: 7990<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $17,250.00 |
| BERLANGA, MIGUEL<br>529 ROTHSCHILD LN<br>MURPHY, TX 75094 | | Claim Number: 7991<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $22,320.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ANDERSON, BRYAN A.<br>19 FROTHINGHAM ROAD<br>BURLINGTON, MA 01803 | | Claim Number: 7992<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $43,461.60 |

| NADOLNY, ARNO<br>9600 COIT ROAD, #915<br>PLANO, TX 75025 | | Claim Number: 7993<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8322 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $100,644.23 |

| MCCLAIN, STERLIN<br>12713 SOFT BREEZE LN<br>WAKE FOREST, NC 27587 | | Claim Number: 7994<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8395 |
|---|---|---|
| UNSECURED | Claimed: | $41,137.50 |

| KUMHYR, VALERIE<br>1304 FAIRFAX DR<br>RALEIGH, NC 27609 | | Claim Number: 7995<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $41,933.75 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WILLIAMS, JEANETTE<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7996<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $38,056.90 |

| BROGDEN, JAMES EDWARD JR.<br>2530 SAM MOSS HAYES RD.<br>CREEDMOOR, NC 27522-9334 | | Claim Number: 7997<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8198 |
|---|---|---|
| UNSECURED | Claimed: | $24,138.37 |

| WILDEE, CHANDARA<br>4821 BASILDON CT<br>APEX, NC 27539 | | Claim Number: 7998<br>Claim Date: 09/20/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8270 |
|---|---|---|
| UNSECURED | Claimed: | $31,628.80 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| VANLEEUWEN, NICK<br>210 OXCROFT STREET<br>CARY, NC 27519 | | Claim Number: 7999<br>Claim Date: 09/22/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $33,294.00 |
| PAGE, CHRISTOPHER LEE<br>2920 LAUREN OAKS DRIVE<br>RALEIGH, NC 27616 | | Claim Number: 8000<br>Claim Date: 09/22/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $65,227.21 |
| GAUGHAN, JEROME<br>5616 ROSLYN RD.<br>DURHAM, NC 27712 | | Claim Number: 8001<br>Claim Date: 09/26/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $13,003.62 |
| DELCAMP, LISA<br>6 MORNING DOVE CT.<br>CLAYTON, NC 27520 | | Claim Number: 8002<br>Claim Date: 09/26/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $8,504.50 |
| YOE, DIEDRA S.<br>3762 MALLORY COURT<br>HILLSBOROUGH, NC 27278 | | Claim Number: 8003<br>Claim Date: 09/26/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 8429 (09/13/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $12,980.76 |
| HARTSHORN, TEFFIE<br>1311 PENNYROYAL CT.<br>PATTERSON, CA 95363 | | Claim Number: 8004<br>Claim Date: 09/26/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $16,249.24 |
| SEAMAN, HAROLD<br>118 WEST CODA CIRCLE<br>DELRAY BEACH, FL 33444 | | Claim Number: 8005<br>Claim Date: 09/26/2011<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>amends claim 3967 |
| UNSECURED | Claimed: | $71,644.51 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

STORR, GARY
11416 JOHN ALLEN ROAD
RALEIGH, NC 27614

Claim Number: 8006
Claim Date: 09/27/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7809

| UNSECURED | Claimed: | $92,217.67 |
|---|---|---|

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 8007
Claim Date: 09/28/2011
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $1,836,290.00 |
|---|---|---|

WALKER, JUDITH F.
106 ASHMONT LANE
DURHAM, NC 27713

Claim Number: 8008
Claim Date: 09/28/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7639

| UNSECURED | Claimed: | $24,700.67 |
|---|---|---|

SHAW, RICHELLE F.
1400 SCHOOL HOUSE RD
RICHMOND, VA 23231

Claim Number: 8009
Claim Date: 09/30/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $13,988.00 |
|---|---|---|

KAPLAN, JULIE GRAFFAM
10 FLETCHER RD.
WINDHAM, NH 03087

Claim Number: 8010
Claim Date: 10/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8236

| UNSECURED | Claimed: | $78,176.65 |
|---|---|---|

MORRIS, DON
1609 RICHLAND DR
RICHARDSON, TX 75081

Claim Number: 8011
Claim Date: 10/03/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $106,825.72 |
|---|---|---|

LOWMAN, TERESITA (SITA)
2649 FAIRWAY RIDGE
MCKINNEY, TX 75070

Claim Number: 8012
Claim Date: 10/03/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $55,667.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 8013 |
|---|---|---|
| TRANSFEROR: MCARTHUR, BRANT | | Claim Date: 10/03/2011 |
| ONE UNIVERSITY PLAZA | | Debtor: NORTEL NETWORKS INC. |
| SUITE 312 | | |
| HACKENSACK, NJ 07601 | | |
| UNSECURED | Claimed: | $75,279.65 |

---

| CALVA, CINDY | | Claim Number: 8014 |
|---|---|---|
| 622 HALCYON MEADOW | | Claim Date: 10/03/2011 |
| CARY, NC 27519 | | Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $168,000.00 |

---

| PUTMAN, ROBERT | | Claim Number: 8015 |
|---|---|---|
| 2681 SAM MOSS HAYES RD. | | Claim Date: 10/03/2011 |
| CREEDMOOR, NC 27522 | | Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $97,343.62 |

---

| DEBOURG-BROWN, DEBORAH J. | | Claim Number: 8016 |
|---|---|---|
| 2110 BUCK QUARTER FARM RD | | Claim Date: 10/04/2011 |
| HILLSBOROUGH, NC 27278 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: |
| | | amends claim 7449 |
| UNSECURED | Claimed: | $32,602.00 |

---

| PULLIAM, KIMBELY M. | | Claim Number: 8017 |
|---|---|---|
| PO BOX 317 | | Claim Date: 10/07/2011 |
| CREEDMOOR, NC 27522 | | Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $21,499.40 |

---

| ORLANDO, CHRISTINE | | Claim Number: 8018 |
|---|---|---|
| P.O. BOX 851192 | | Claim Date: 10/07/2011 |
| RICHARDSON, TX 75085-1192 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: ALLOWED |
| | | DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $9,809.00 |
| UNSECURED | | |

---

| LOWE MARTIN GROUP | | Claim Number: 8019 |
|---|---|---|
| PO BOX 9702, TERMINAL | | Claim Date: 10/11/2011 |
| OTTAWA, ON K1G 4E9 | | Debtor: NORTEL NETWORKS INC. |
| CANADA | | Comments: |
| | | Claim amount is CAD $64,721.00 |
| UNSECURED | Claimed: | $51,783.27 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| RYAN, RONALD<br>7609 CALCUTTA RUN<br>JONESTOWN, TX 78645 | | Claim Number: 8020<br>Claim Date: 10/11/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $70,000.00 |

| STANULIS, ROBERT<br>2312 WARRINGTON AVE.<br>FLOWER MOUND, TX 75028 | | Claim Number: 8021<br>Claim Date: 10/11/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $100,442.88 |

| PORTER, HUI<br>17319 CALLA DRIVE<br>DALLAS, TX 75252 | | Claim Number: 8022<br>Claim Date: 10/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $61,087.52 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROOTS, RONALD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8023<br>Claim Date: 10/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $65,838.00   UNLIQ CONT |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: JACKSON, JAMES E. JR.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8024<br>Claim Date: 10/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $95,550.00 |

| CADENCE DESIGN SYSTEMS INC<br>ATTN: ROBERT GARCIA<br>2655 SEELY ROAD<br>BUILDING 5<br>SAN JOSE, CA 95134 | | Claim Number: 8025<br>Claim Date: 10/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012)<br>amends claim 2339 |
|---|---|---|
| UNSECURED | Claimed: | $52,148.31 |

| UNITED STATES DEBT RECOVERY X, L.P.<br>ASSIGNEE OF KHADBAI, AZIZ<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 8026<br>Claim Date: 10/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4219 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $390,034.09 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ORLANDO, MICHAEL
2321 UNIVERSITY CLUB DR.
AUSTIN, TX 78732

Claim Number: 8027
Claim Date: 10/17/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $46,249.97

---

KOHLMAN, TARALYN
5800 NW 83RD TERRACE
PARKLAND, FL 33067

Claim Number: 8028
Claim Date: 10/18/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $47,273.05

---

ASM CAPITAL IV, L.P.
TRANSFEROR: FORTUNE, SHERRY-ANN
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8029
Claim Date: 10/24/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $29,224.91

---

NGUYEN, LY T
322 GOODWIN ROAD
DURHAM, NC 27712

Claim Number: 8030
Claim Date: 10/24/2011
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $24,624.99

---

KNAPP, WILLIAM A.
506 DEKEMONT LN.
BRENTWOOD, TN 37027

Claim Number: 8031
Claim Date: 10/24/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4475

PRIORITY          Claimed:          $466,235.40    UNLIQ

---

ASM SIP, L.P.
TRANSFEROR: WALTON, PATRICIA B.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 8032
Claim Date: 10/24/2011
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $13,877.61

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| MORSE, JOHN<br>5438 HUNTER RD<br>OOLTEWAH, TN 37363 | | Claim Number: 8033<br>Claim Date: 10/28/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $72,720.00 |
| HILGER, DAVID J.<br>3748 CREEKSIDE CT.<br>ANN ARBOR, MI 48105 | | Claim Number: 8034<br>Claim Date: 10/31/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| NIESHALLA, MARK<br>8521 HARBOR DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 8035<br>Claim Date: 11/01/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $8,798.05 |
| STEPLER, PAUL<br>1816 COTTON MILL DRIVE<br>MCKINNEY, TX 75070 | | Claim Number: 8036<br>Claim Date: 11/02/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $133,484.88 |
| NETAS TELEKOMUNIKASYON A.S.<br>ALENDAG CAD. NO. 171<br>UMRANIYE<br>ISTANBUL, 34768<br>TURKEY | | Claim Number: 8037<br>Claim Date: 11/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2876 |
| UNSECURED | Claimed: | $87,760.50 |
| NETAS TELEKOMUNIKASYON A.S.<br>ALENDAG CAD. NO. 171<br>UMRANIYE<br>ISTANBUL, 34768<br>TURKEY | | Claim Number: 8038<br>Claim Date: 11/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2878 |
| UNSECURED | Claimed: | $14,261,663.01 |
| DIBLER, TONY<br>9001 E 77TH ST. SOUTH<br>TULSA, OK 74133 | | Claim Number: 8039<br>Claim Date: 11/03/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $75,041.82 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MORSE, JOHN C.<br>5438 HUNTER RD.<br>OOLTEWAH, TN 37363 | | Claim Number: 8040<br>Claim Date: 11/07/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $72,732.00 |

| PARSONS, PAUL A.<br>539 HESWELL COURT<br>ROLESVILLE, NC 27571 | | Claim Number: 8041<br>Claim Date: 11/07/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $64,884.00 |

| MORSE, JOHN C.<br>5438 HUNTER RD.<br>OOLTEWAH, TN 37363 | | Claim Number: 8042<br>Claim Date: 11/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 0 |
|---|---|---|
| UNSECURED | Claimed: | $72,732.00 |

| DHOKIA, ANILA<br>10613 RIVER FOREST DR<br>RALEIGH, NC 27614 | | Claim Number: 8043<br>Claim Date: 11/10/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $69,675.00   UNLIQ CONT |

| ZAFIROVSKI, MIKE<br>1291 N. GREEN BAY ROAD<br>LAKE FOREST, IL 60045 | | Claim Number: 8044<br>Claim Date: 11/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 5533 |
|---|---|---|
| UNSECURED | Claimed: | $12,250,543.48   UNLIQ |

| NORTEL NETWORKS(ASIA) LIMITED (ACTING<br>THROUGH ITS TAIWAN BRANCH)<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 8045<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $2,452,022.56   UNLIQ |

| NORTEL NETWORKS (ASIA) LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 8046<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7985 (07/11/2012) |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $1,850,427.45   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

NORTEL NETWORKS(ASIA) LIMITED (ACTING
THROUGH ITS PAKISTAN BRANCH)
C/O ANNA VENTRESCA, GENERAL COUNSEL
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8047
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7985 (07/11/2012)

| | Claimed: | |
|---|---|---|
| SECURED | | $0.00   UNLIQ |
| UNSECURED | Claimed: | $25,803.09   UNLIQ |

---

NORTEL NETWORKS NEW ZEALAND LIMITED
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8048
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7985 (07/11/2012)

| | Claimed: | |
|---|---|---|
| SECURED | | $0.00   UNLIQ |
| UNSECURED | Claimed: | $18,014.95   UNLIQ |

---

NORTEL NETWORKS MALAYSIA SDN. BHD.
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8049
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7985 (07/11/2012)

| | Claimed: | |
|---|---|---|
| SECURED | | $0.00   UNLIQ |
| UNSECURED | Claimed: | $1,105,232.78   UNLIQ |

---

NORTEL NETWORKS KOREA LIMITED
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8050
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7985 (07/11/2012)

| | Claimed: | |
|---|---|---|
| SECURED | | $0.00   UNLIQ |
| UNSECURED | Claimed: | $4,915,009.99   UNLIQ |

---

PT NORTEL NETWORKS INDONESIA
C/O ANNA VENTRESCA , GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8051
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7985 (07/11/2012)

| | Claimed: | |
|---|---|---|
| SECURED | | $0.00   UNLIQ |
| UNSECURED | Claimed: | $24,973.76   UNLIQ |

---

NORTEL NETWORKS (INDIA) PRIVATE LIMITED
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8052-01
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7985 (07/11/2012)

| UNSECURED | Claimed: | $167,634.00   UNLIQ |
|---|---|---|

---

NORTEL NETWORKS (INDIA) PRIVATE LIMITED
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8052-02
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: ALLOWED
DOCKET: 7985 (07/11/2012)

| UNSECURED | Claimed: | $17,184.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS AUSTRALIA PTY. LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8053<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $634,988.76   UNLIQ |

---

| NORTEL NETWORKS SINGAPORE PTE. LIMITED<br>ACTING THROUGH ITS PHILIPINES BRANCH<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8054<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $28,768.41   UNLIQ |

---

| NORTEL NETWORKS SINGAPORE PTE. LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8055<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $267,714.38   UNLIQ |

---

| NORTEL NETWORKS (THAILAND) LTD<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8056<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $857,139.67   UNLIQ |

---

| NORTEL VIETNAM LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8057<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $75,469.40   UNLIQ |

---

| NORTEL NETWORKS (CHINA) LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8058<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $2,540,277.97   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT ( SHANGHAI ) CO., LTD C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8059 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7985 (07/11/2012) | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $21,440.30   UNLIQ |
| GUANGDONG NORTEL TELECOMMUNICATIONS EQUIPMENT CO., LTD. C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8060 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 7888 (06/21/2012) | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $12,036,479.75   UNLIQ |
| NORTEL NETWORKS DE ARGENTINA S.A. C/O ANNA VENTRESCA, GENERAL COUNSEL CORPORATE AND CORPORATE SECRETARY 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8061 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS (CALA) INC. Comments: EXPUNGED DOCKET: 7985 (07/11/2012) | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $5,122,384.83   UNLIQ |
| NORTEL NETWORKS DE ARGENTINA S.A. C/O ANNA VENTRESCA, GENERAL COUNSEL CORPORATE AND CORPORATE SECRETARY 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8062 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7985 (07/11/2012) | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $424,731.58   UNLIQ |
| NORTEL NETWORKS CHILE S.A. C/O ANNA VENTRESCA, GENERAL COUNSEL CORPORATE AND CORPORATE SECRETARY 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8063 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7985 (07/11/2012) | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $20,221.54   UNLIQ |
| NORTEL NETWORKS CHILE S.A. C/O ANNA VENTRESCA, GENERAL COUNSEL CORPORATE AND CORPORATE SECRETARY 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8064 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS (CALA) INC. Comments: EXPUNGED DOCKET: 7985 (07/11/2012) | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $756,623.93   UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL NETWORKS DEL ECUADOR S.A. | Claim Number: 8065 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS (CALA) INC. |
| 5945 AIRPORT ROAD | Comments: EXPUNGED |
| MISSISSAUGA, ON L4V 1R9 | DOCKET: 7985 (07/11/2012) |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $588,950.16 UNLIQ |

| NORTEL NETWORKS DEL ECUADOR S.A. | Claim Number: 8066 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS INC. |
| 5945 AIRPORT ROAD | Comments: EXPUNGED |
| MISSISSAUGA, ON L4V 1R9 | DOCKET: 7985 (07/11/2012) |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $654,421.05 UNLIQ |

| NORTEL DE MEXICO, S. DE R.L. DE C.V. | Claim Number: 8067 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL ALTSYSTEMS INC. |
| 5945 AIRPORT ROAD | Comments: ALLOWED |
| MISSISSAUGA, ON L4V 1R9 | DOCKET: 7985 (07/11/2012) |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $10,360.95 UNLIQ |

| NORTEL DE MEXICO, S. DE R.L. DE C.V. | Claim Number: 8068 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS (CALA) INC. |
| 5945 AIRPORT ROAD | Comments: ALLOWED |
| MISSISSAUGA, ON L4V 1R9 | DOCKET: 7985 (07/11/2012) |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $3,717,471.94 UNLIQ |

| NORTEL NETWORKS DE MEXICO, S.A. DE C.V. | Claim Number: 8069 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS (CALA) INC. |
| 5945 AIRPORT ROAD | Comments: ALLOWED |
| MISSISSAUGA, ON L4V 1R9 | DOCKET: 7985 (07/11/2012) |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $6,074,772.72 UNLIQ |

| NORTEL NETWORKS DE MEXICO, S.A. DE C.V. | Claim Number: 8070 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS INC. |
| 5945 AIRPORT ROAD | Comments: EXPUNGED |
| MISSISSAUGA, ON L4V 1R9 | DOCKET: 7985 (07/11/2012) |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $308,341.55 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORTEL DE MEXICO, S. DE R.L. DE C.V. | Claim Number: 8071 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS INC. |
| 5945 AIRPORT ROAD | Comments: ALLOWED |
| MISSISSAUGA, ON L4V 1R9 | DOCKET: 7985 (07/11/2012) |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $5,783,321.78 UNLIQ |

---

| NORTEL DE MEXICO, S. DE R.L. DE C.V. | Claim Number: 8072 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| 5945 AIRPORT ROAD | Comments: ALLOWED |
| MISSISSAUGA, ON L4V 1R9 | DOCKET: 7985 (07/11/2012) |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $835.66 UNLIQ |

---

| NORTEL NETWORKS PERU S.A.C. | Claim Number: 8073 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS (CALA) INC. |
| 5945 AIRPORT ROAD | Comments: ALLOWED |
| MISSISSAUGA, ON L4V 1R9 | DOCKET: 7985 (07/11/2012) |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $987,835.90 UNLIQ |

---

| NORTEL NETWORKS DEL URUGUAY, S.A. | Claim Number: 8074 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS (CALA) INC. |
| 5945 AIRPORT ROAD | Comments: EXPUNGED |
| MISSISSAUGA, ON L4V 1R9 | DOCKET: 7985 (07/11/2012) |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $232,141.40 UNLIQ |

---

| NORTEL NETWORKS DEL URUGUAY, S.A. | Claim Number: 8075 |
|---|---|
| C/O ANNA VENTRESCA, GENERAL COUNSEL | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | Debtor: NORTEL NETWORKS (CALA) INC. |
| 5945 AIRPORT ROAD | Comments: EXPUNGED |
| MISSISSAUGA, ON L4V 1R9 | DOCKET: 7985 (07/11/2012) |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| DOOLITTLE, JOHN | Claim Number: 8076 |
|---|---|
| 1284 FIELDCREST LANE | Claim Date: 11/14/2011 |
| OAKVILLE, ON L6M2L7 | Debtor: NORTEL NETWORKS (CALA) INC. |
| CANADA | |

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | |
|---|---|---|---|
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8077<br>Claim Date: 11/14/2011<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8078<br>Claim Date: 11/14/2011<br>Debtor: CORETEK, INC. | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8079<br>Claim Date: 11/14/2011<br>Debtor: NORTEL ALTSYSTEMS INC. | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8080<br>Claim Date: 11/14/2011<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8081<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8082<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

DOOLITTLE, JOHN
1284 FIELDCREST LANE
OAKVILLE, ON L6M2L7
CANADA

Claim Number: 8083
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

DOOLITTLE, JOHN
1284 FIELDCREST LANE
OAKVILLE, ON L6M2L7
CANADA

Claim Number: 8084
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

DOOLITTLE, JOHN
1284 FIELDCREST LANE
OAKVILLE, ON L6M2L7
CANADA

Claim Number: 8085
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS HPOCS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

DOOLITTLE, JOHN
1284 FIELDCREST LANE
OAKVILLE, ON L6M2L7
CANADA

Claim Number: 8086
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

DOOLITTLE, JOHN
1284 FIELDCREST LANE
OAKVILLE, ON L6M2L7
CANADA

Claim Number: 8087
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

DOOLITTLE, JOHN
1284 FIELDCREST LANE
OAKVILLE, ON L6M2L7
CANADA

Claim Number: 8088
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8089<br>Claim Date: 11/14/2011<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8090<br>Claim Date: 11/14/2011<br>Debtor: QTERA CORPORATION |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8091<br>Claim Date: 11/14/2011<br>Debtor: SONOMA SYSTEMS |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8092<br>Claim Date: 11/14/2011<br>Debtor: XROS, INC. |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| SIVAJI, SELVA<br>PMB 206<br>4474 WESTON RD.<br>DAVIE, FL 33331 | | Claim Number: 8093<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $99,624.82 |

| CAREY, DENNIS<br>1179 ROSEWOOD DRIVE<br>ATLANTA, GA 30306 | | Claim Number: 8094<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 5534 |
|---|---|---|
| UNSECURED | Claimed: | $1,151,730.00  UNLIQ |

| DOWDY, JILL<br>445 B HALLTOWN ROAD<br>PORTLAND, TN 37148 | | Claim Number: 8095<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $63,916.06 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| NORWOOD, CHRISTINE<br>7421 BRIGHTON HILL LN<br>RALEIGH, NC 27616 | | Claim Number: 8096<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,000.00 | | |

| ADCOX, SARA<br>100 CROSSWIND DRIVE<br>CARY, NC 27513 | | Claim Number: 8097<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,682.09 | | |

| WALSER, DONNA P.<br>7323 APPLE MILL RD<br>EFLAND, NC 27243 | | Claim Number: 8098<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,557.82 | | |

| VERNON, KAREN SUE<br>4507 SPRINGHILL ESTATES DRIVE<br>PARKER, TX 75002 | | Claim Number: 8099<br>Claim Date: 11/15/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,059.67 | | |

| PIERCE, DAVID<br>3813 MERRIMAN DRIVE<br>PLANO, TX 75074 | | Claim Number: 8100<br>Claim Date: 11/15/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $22,870.15 | | |

| LEKICH, IVO A.<br>1235 VICTORIA LN.<br>WEST CHESTER, PA 19380-4046 | | Claim Number: 8101<br>Claim Date: 11/17/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $33,167.65 | | |

| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF<br>EDGAR MURPHY III<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8102<br>Claim Date: 11/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 286 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,302.02 | Scheduled: | $6,302.02 |
| UNSECURED | Claimed: | $72,175.83 | Scheduled: | $72,175.83 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MCKENNA, DONALD R.<br>65 PEMBROKE ROAD<br>DARIEN, CT 06820 | | Claim Number: 8103<br>Claim Date: 11/18/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $2,643.00 |

| MCKENNA, DONALD R.<br>65 PEMBROKE ROAD<br>DARIEN, CT 06820 | | Claim Number: 8104<br>Claim Date: 11/18/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $16,186.00 |

| PHELPS, BILLIE G.<br>160 MOLLY'S PLACE RD<br>ROXBORO, NC 27574 | | Claim Number: 8105<br>Claim Date: 11/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $14,954.70 |

| TELLEZ, RAUL<br>6927 TREERIDGE DRIVE<br>CINCINNATI, OH 45244 | | Claim Number: 8106<br>Claim Date: 11/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $29,661.51 |

| BOWENS, LEONARDO D.<br>801 PENSBY COURT<br>HOLLY SPRINGS, NC 27540 | | Claim Number: 8107<br>Claim Date: 11/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $51,699.00 |

| MORSE, JOHN<br>5438 HUNTER RD<br>OOLTEWAH, TN 37363 | | Claim Number: 8108<br>Claim Date: 11/29/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $70,799.50 |

| PERRY, ROY F.<br>6719 WALKER CT<br>LONGMONT, CO 80503 | | Claim Number: 8109<br>Claim Date: 12/05/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $1,453.26 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

PORWAL, SAKET
4312 NARBERTH DR.
PLANO, TX 75024

Claim Number: 8110
Claim Date: 12/05/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,870.68 | | |
| UNSECURED | | | Scheduled: | $8,852.99 |

---

SMOOK, GREGORY J
11517 AUTUMNWOOD WAY
GLEN ALLEN, VA 23059

Claim Number: 8111
Claim Date: 12/06/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $200,000.00 |

---

SMOOK, GREGORY J
11517 AUTUMNWOOD WAY
GLEN ALLEN, VA 23059

Claim Number: 8112
Claim Date: 12/06/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $200,000.00 |

---

ASM CAPITAL IV, L.P.
TRANSFEROR: YI QUN ZHU
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 8113
Claim Date: 12/10/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,910.25 | Scheduled: | $1,910.25 |
| UNSECURED | Claimed: | $24,621.49 | Scheduled: | $24,621.49 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ARGENTO, BENNY J. JR.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 8114
Claim Date: 12/10/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,245.57 | | |
| UNSECURED | | | Scheduled: | $2,247.57 |

---

CLAIMS RECOVERY GROUP, LLC
AS ASSIGNEE OF:
DONALD M. MOSS
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 8115
Claim Date: 12/16/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,230.80 | Scheduled: | $59,230.80 |

---

REMICK, RONALD
2732 MCDOWELL RD
DURHAM, NC 27705

Claim Number: 8116
Claim Date: 12/16/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,860.87 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ALEJO, LUCINDA M.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8117<br>Claim Date: 12/19/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $18,843.75 |

---

| JIMENEZ, JEANETTE<br>4451 SW 132 AVENUE<br>MIAMI, FL 33175 | Claim Number: 8118<br>Claim Date: 12/19/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $38,776.98 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GLASS, DAVID J.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8119<br>Claim Date: 12/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7563 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $55,513.02 |

---

| PEARSON, HARRIET E.<br>11108 COACHMAN'S WAY<br>RALEIGH, NC 27614 | Claim Number: 8120<br>Claim Date: 12/20/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $3,887.90   UNLIQ |

---

| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: BWCS, LTD.<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8121<br>Claim Date: 12/22/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $40,000.00 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PREO, DAVID W. JR.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8122<br>Claim Date: 12/23/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7646 |
|---|---|

| UNSECURED | Claimed: | $78,297.21 |
|---|---|---|

---

| HAWKINS, JOHN<br>1088 GEORGE BOYD ROAD<br>ASHLAND CITY, TN 37015 | Claim Number: 8123<br>Claim Date: 12/27/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7937 |
|---|---|

| UNSECURED | Claimed: | $67,248.83 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| GUTTSCHALK-POWER, LORI<br>108 LOCKFIELD DRIVE<br>CLAYTON, NC 27520 | Claim Number: 8124<br>Claim Date: 12/27/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $52,050.00 | UNLIQ CONT |

| POWER, RUSSELL<br>108 LOCKFIELD DRIVE<br>CLAYTON, NC 27520 | Claim Number: 8125<br>Claim Date: 12/27/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $19,850.00 | UNLIQ CONT |

| DEBON, PASCAL<br>12, RUE DES POISSONNIERS<br>NEUILLY-SUR-SEINE, 92200<br>FRANCE | Claim Number: 8126<br>Claim Date: 12/27/2011<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $1,255,279.14 |

| STETTEN, CLAIRE<br>15 BIS RUE DE L'EGLISE<br>CHAMPIGNY-SUR-MARNE, 94500<br>FRANCE | Claim Number: 8127<br>Claim Date: 12/27/2011<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $15,396.07 |

| MOORE, FREDERICK I.<br>5100 WOODFIELD LN<br>KNIGHTDALE, NC 27545 | Claim Number: 8128<br>Claim Date: 12/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | |
|---|---|---|
| PRIORITY | Claimed: | $2,425.00 |
| UNSECURED | Claimed: | $71,384.61 |
| TOTAL | Claimed: | $71,384.61 |

| REED, WILLIAM E.<br>5199 JESSICA LANE<br>COOKEVILLE, TN 38506 | Claim Number: 8129<br>Claim Date: 12/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8288<br>amends claim 4192 | |
|---|---|---|
| UNSECURED | Claimed: | $100,961.70 |

| TAYLOR, AUDREY<br>4333 ANGELINA DR<br>PLANO, TX 75074 | Claim Number: 8130<br>Claim Date: 12/29/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,235.38 | |
| SECURED | Claimed: | $6,235.38 | |
| UNSECURED | Claimed: | $14,880.39 | Scheduled: $22,306.76 |
| TOTAL | Claimed: | $21,115.77 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ROBINSON, JACQUELINE B.<br>3933 LOST CREEK DR.<br>PLANO, TX 75074 | Claim Number: 8131<br>Claim Date: 12/30/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |

| PRIORITY | Claimed: | $7,264.72 |
| UNSECURED | Claimed: | $42,643.38 |

---

| JOHN, PHILIP<br>1705 CRYSTAL WAY<br>PLANO, TX 75074 | Claim Number: 8132<br>Claim Date: 12/30/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7442 |

| UNSECURED | Claimed: | $24,285.45 |

---

| COOPER, DONNA L.<br>5133 GRANDALE DRIVE<br>DURHAM, NC 27713 | Claim Number: 8133<br>Claim Date: 01/03/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $40,223.04 |

---

| STEELMAN, ALLISON<br>230 WOODCREST<br>RICHARDSON, TX 75080 | Claim Number: 8134<br>Claim Date: 01/03/2012<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| RECTOR, JENNIFER COX<br>8208 WEST CHASE COURT<br>NASHVILLE, TN 37221 | Claim Number: 8135<br>Claim Date: 01/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) |

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $25,146.00 | Scheduled: | $36,095.67 |

---

| ABEDI, BEHZAD S.<br>114 PINNACLE RIDGE<br>DANVILLE, CA 94506 | Claim Number: 8136<br>Claim Date: 01/04/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $67,776.04 | Scheduled: | $63,997.81 |

---

| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>DENNIS DEBORD<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8137<br>Claim Date: 01/05/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2867 |

| PRIORITY | Claimed: | $60,000.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | | | | |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>YVONNE M. SANKS AKA GID 0187231<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8138<br>Claim Date: 01/05/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>amends claim 174 | | | |
| PRIORITY | Claimed: | $6,084.72 | Scheduled: | $6,084.72 |
| UNSECURED | Claimed: | $84,602.68 | Scheduled: | $84,602.68 |
| FAIR HARBOR CAPITAL, LLC AS<br>ASSIGNEE OF DARRYL SMITH<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8139<br>Claim Date: 01/06/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2683 | | | |
| UNSECURED | Claimed: | $26,117.81 | Scheduled: | $26,117.81 |
| FAIR HARBOR CAPITAL, LLC AS<br>ASSIGNEE OF JACQUELINE ROBINSON<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8140<br>Claim Date: 01/06/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2670 | | | |
| UNSECURED | Claimed: | $45,776.44 | Scheduled: | $45,776.44 |
| FAIR HARBOR CAPITAL, LLC AS<br>ASSIGNEE OF KHAI VO<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8141<br>Claim Date: 01/06/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 397 | | | |
| PRIORITY | Claimed: | $1,663.62 | Scheduled: | $1,663.62 |
| UNSECURED | Claimed: | $29,801.87 | Scheduled: | $29,801.87 |
| FAIR HARBOR CAPITAL, LLC AS<br>ASSIGNEE OF LINDA CHMIELESKI<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8142<br>Claim Date: 01/06/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2072 | | | |
| PRIORITY | Claimed: | $7,294.07 | Scheduled: | $7,294.07 |
| UNSECURED | Claimed: | $11,912.39 | Scheduled: | $11,912.39 |
| FRETTE, LEE B.<br>3692 SHEARMAN RD.<br>PERRY, NY 14530 | | Claim Number: 8143<br>Claim Date: 01/06/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8180 | | | |
| UNSECURED | Claimed: | $34,462.89 | | |
| WALTERS, PEGGY<br>1012 BARRYMORE LN<br>ALLEN, TX 75013 | | Claim Number: 8144<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 992 | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,164.84 |
| UNSECURED | Claimed: | $82,371.16 | Scheduled: | $88,677.81 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| KUO, CATHY<br>1509 ANGLEBLUFF LANE<br>PLANO, TX 75093 | | Claim Number: 8145<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,261.37 | | |
| SECURED | Claimed: | $35,261.37 | | |
| UNSECURED | | | Scheduled: | $36,661.53 |
| TOTAL | Claimed: | $35,261.37 | | |

| DEPEW, BRUCE<br>516 NANTAHALA DR<br>DURHAM, NC 27713 | | Claim Number: 8146<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $16,693.05 | Scheduled: | $28,502.79 |

| AROCHA, JANET<br>720 WEST 74TH PLACE<br>HIALEAH, FL 33014 | | Claim Number: 8147<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $21,190.92 | |

| ASM SIP, L.P.<br>TRANSFEROR: FISCHER, TIM<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8148<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 551 | |
|---|---|---|---|
| UNSECURED | Claimed: | $42,464.00 | |

| ASM SIP, L.P.<br>TRANSFEROR: FISCHER, TIM<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8149<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 551 | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,383.00 | |

| XU, YUE<br>47 ABBEY RD.<br>EULESS, TX 76039 | | Claim Number: 8150<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,363.12 | Scheduled: | $3,270.31 |
| UNSECURED | Claimed: | $22,023.63 | Scheduled: | $22,766.02 |

| ROBINSON, ROBERT J. III<br>625 OCCONEECHEE DRIVE<br>FUQUAY VARINA, NC 27526 | | Claim Number: 8151<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $66,000.00 | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
JAMES W. ROWAN
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 8152
Claim Date: 01/10/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 243

| UNSECURED | Claimed: | $38,521.80 | Scheduled: | $38,521.80 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
ANTHONY E HOLLAND
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 8153
Claim Date: 01/10/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
amends claim 593

| UNSECURED | Claimed: | $31,785.72 | Scheduled: | $31,785.72 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
ALBERT FINCH
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 8154
Claim Date: 01/10/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | | | Scheduled: | $1,435.79 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $63,240.25 | Scheduled: | $61,804.45 |

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
EDUARDO ALVAREZ
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 8155
Claim Date: 01/10/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
amends claim 6203

| UNSECURED | Claimed: | $44,195.67 | Scheduled: | $44,195.67 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
KAREN DARDEN
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 8156
Claim Date: 01/10/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
amends claim 4054

| UNSECURED | Claimed: | $36,361.75 | Scheduled: | $36,361.75 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
VINCENT T. DOAN
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 8157
Claim Date: 01/10/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
amends claim 3861

| UNSECURED | Claimed: | $10,255.22 | Scheduled: | $10,255.22 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
LINH T. NGUYEN
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 8158
Claim Date: 01/10/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
amends claim 5860

| UNSECURED | Claimed: | $17,784.26 | Scheduled: | $17,784.26 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
THU-ANH T. TRAN
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 8159
Claim Date: 01/10/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 3148

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,276.36 | Scheduled: | $8,276.36 |

---

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
KEITH MARSHALL
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 8160
Claim Date: 01/10/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
amends claim 73

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,000.04 | Scheduled: | $37,000.04 |

---

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
CHARLES R. BRIDGES
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 8161
Claim Date: 01/10/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
amends claim 2929

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56,005.17 | Scheduled: | $56,005.17 |

---

NORBURY, THOMAS
59 THUNDER RD
MILLER PLACE, NY 11764

Claim Number: 8162
Claim Date: 01/11/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,136.97 |
| SECURED | Claimed: | $110,464.04 | | |
| UNSECURED | | | Scheduled: | $104,946.92 |
| TOTAL | Claimed: | $110,464.04 | | |

---

PILCH, DONNA
BOX 4616
CARY, NC 27519

Claim Number: 8163
Claim Date: 01/12/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7620 (05/08/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,747.92 | Scheduled: | $7,448.11 |
| SECURED | Claimed: | $7,747.92 | | |
| UNSECURED | Claimed: | $9,862.31 | Scheduled: | $9,862.31 |
| TOTAL | Claimed: | $17,310.42 | | |

---

BENSON, ALBERT W.
195 GALLUP ROAD
SPENCERPORT, NY 14559

Claim Number: 8164
Claim Date: 01/12/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $59,926.02 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE PO BOX 280946 HARRISBURG, PA 17128-0946 | Claim Number: 8165 Claim Date: 01/13/2012 Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $922,253.00 |

---

| HOWARD-SHANKS, STACY 2002 DRAKE RICHARDSON, TX 75081 | Claim Number: 8166 Claim Date: 01/17/2012 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 7431 (03/22/2012) |

| PRIORITY | Claimed: | $7,501.40 | Scheduled: | $3,810.28 |
| SECURED | Claimed: | $18,724.00 | | |
| UNSECURED | | | Scheduled: | $21,582.00 |

---

| VAUGHAN, DEBORAH 237 HERBET HILL DRIVE TIMBERLAKE, NC 27583 | Claim Number: 8167 Claim Date: 01/17/2012 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $7,400.00 |

---

| DENG, HUI 1820 RICE CT. ALLEN, TX 75013 | Claim Number: 8168 Claim Date: 01/17/2012 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 7431 (03/22/2012) |

| PRIORITY | Claimed: | $11,021.89 | | |
| UNSECURED | | | Scheduled: | $11,021.89 |

---

| IAGER, CARIN 7525 STUART DRIVE RALEIGH, NC 27615 | Claim Number: 8169 Claim Date: 01/17/2012 Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $20,770.60 |

---

| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | Claim Number: 8170 Claim Date: 01/17/2012 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 7150 (02/02/2012) |

| ADMINISTRATIVE | Claimed: | $0.00 |

---

| STATE OF NEW JERSEY DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON, NJ 08695 | Claim Number: 8171 Claim Date: 01/17/2012 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 7150 (02/02/2012) |

| UNSECURED | Claimed: | $0.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08695

Claim Number: 8172
Claim Date: 01/17/2012
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7150 (02/02/2012)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

---

MOSCA, MICHELE
115 CHATHAM FOREST DRIVE
PITTSBORO, NC 27312

Claim Number: 8173
Claim Date: 01/20/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $1,923.06 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $396.58 | Scheduled: | $2,319.64 |

---

BUENAVENTURA, YVELISSE
2056 SHERRY LYNNE DRIVE
GARNER, NC 27529

Claim Number: 8174
Claim Date: 01/23/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $15,271.36 |
|---|---|---|

---

NEELY, ED
600 LAKESHORE LN
CHAPEL HILL, NC 27514

Claim Number: 8175
Claim Date: 01/23/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $29,294.33 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: MCCAULEY, JOEL SR.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8176
Claim Date: 01/23/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $72,369.23 |
|---|---|---|

---

SHIPE, DAVID
104 HARDAWAY PT
CLAYTON, NC 27527

Claim Number: 8177
Claim Date: 01/23/2012
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $50,859.20 |
|---|---|---|

---

PEZZULLO, WILLIAM
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 8178
Claim Date: 01/23/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 5

| PRIORITY | Claimed: | $18,911.76 | Scheduled: | $5,224.58 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $65,104.21 | Scheduled: | $68,089.20 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LORIMER, DEBORAH G.<br>226 APPLEBY COURT<br>SMYRNA, TN 37167 | | Claim Number: 8179<br>Claim Date: 01/24/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7592 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $334,546.37 | | |

---

| FRETTE, LEE B.<br>3692 SHEARMAN RD.<br>PERRY, NY 14530 | | Claim Number: 8180<br>Claim Date: 01/25/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 8143 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,462.89 | | |

---

| MANTON, PAM<br>5910 DERBY ROCK LOOP<br>MANITOU SPRINGS, CO 80829 | | Claim Number: 8181<br>Claim Date: 01/26/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $6,048.20 | | |

---

| LI, RICHARD<br>32 NORMAN RD.<br>SOUTH HAMILTON, MA 01982 | | Claim Number: 8182<br>Claim Date: 01/26/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7821 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,653.44 | | |

---

| STATE OF MINNESOTA DEPARTMENT OF REVENUE<br>COLLECTION DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 64447 - BKY<br>SAINT PAUL, MN 55164-0447 | | Claim Number: 8183<br>Claim Date: 01/24/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,399.43 | | |
| UNSECURED | Claimed: | $26,774.25 | | |

---

| STATE OF MINNESOTA DEPARTMENT OF REVENUE<br>COLLECTION DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 64447 - BKY<br>SAINT PAUL, MN 55164-0447 | | Claim Number: 8184<br>Claim Date: 01/26/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7686 (05/24/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,921.28 | | |

---

| BRAND, RICHARD C.<br>281 ADDISON AVE.<br>PALO ALTO, CA 94301 | | Claim Number: 8185<br>Claim Date: 01/30/2012<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>amends claim 322 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,340.00 | | |
| UNSECURED | Claimed: | $26,780.00 | Scheduled: | $39,522.70 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

BASSO, WILLY
6588 BUENA VISTA DR
MARGATE, FL 33063

Claim Number: 8186
Claim Date: 01/30/2012
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $30,038.24 |
|---|---|---|

---

COLE, JANIE W.
3305 AMBASSADOR DRIVE
DURHAM, NC 27703

Claim Number: 8187
Claim Date: 01/30/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $47,776.00 |
|---|---|---|

---

WARNER, DUSTIN
961 CASTLEWOOD CANYON ROAD
FRANKTOWN, CO 80116

Claim Number: 8188
Claim Date: 01/30/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $57,525.82 |
|---|---|---|

---

COPELAND, JEFFERY
4436 GOODMAN ROAD
ADAMS, TN 37010

Claim Number: 8189
Claim Date: 01/30/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $112,244.41 |
|---|---|---|

---

STONE, LISA S. KAY
1810 LAKE TAWAKONI
ALLEN, TX 75002

Claim Number: 8190
Claim Date: 01/31/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $26,159.78 |
|---|---|---|

---

HOLLEY, CHAUNTELE M.
149 SMITH ROCK DRIVE
HOLLY SPRINGS, NC 27540

Claim Number: 8191
Claim Date: 02/03/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,835.73 |
|---|---|---|

---

WALROD, DANIEL G.
206 RIGGSBEE FARM DR.
CARY, NC 27519

Claim Number: 8192
Claim Date: 02/06/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7377

| UNSECURED | Claimed: | $61,199.09 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

JUNIEL, LINDA M.
770 EMERALD SOUND BLVD.
OAK POINT, TX 75068

Claim Number: 8193
Claim Date: 02/06/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7521

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $11,844.22 |

---

SAKHONKO, MALTI
7200 WELSHMAN DRIVE
FORT WORTH, TX 76137

Claim Number: 8194
Claim Date: 02/08/2012
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $11,923.69 | UNLIQ CONT |

---

DIMILLO, STEVEN
7765 SILVER CREEK RD
DAWSONVILLE, GA 30534

Claim Number: 8195
Claim Date: 02/14/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $60,456.75 |

---

GELL, NANCY F.
102 ROCK SPRING COURT
CARRBORO, NC 27510

Claim Number: 8196
Claim Date: 02/16/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7544

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,771.74 |

---

MERA NN
13 DELOVAYA ST.
NIZHNY NOVGOROD, 603163
RUSSIA

Claim Number: 8197
Claim Date: 02/16/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 544

| | | |
|---|---|---|
| UNSECURED | Claimed: | $489,123.25 |

---

BROGDEN, JAMES EDWARD JR.
2530 SAM MOSS HAYES RD.
CREEDMOOR, NC 27522-9334

Claim Number: 8198
Claim Date: 02/16/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7997

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,801.48 |

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: WIND TELECOM, S.A.
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 8199
Claim Date: 02/21/2012
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $200,000.00 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ARICENT TECHNOLOGIES HOLDINGS LTD<br>ATTN: SHAWN M. SODERBERG<br>660 THIRD STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94107 | | Claim Number: 8200<br>Claim Date: 02/21/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $50,000.00 |
| EVERHART, DONNA<br>303 WEST PEARSALL STREET<br>DUNN, NC 28334 | | Claim Number: 8201<br>Claim Date: 02/27/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $60,737.65 |
| FAIR HARBOR CAPITAL, LLC AS<br>ASSIGNEE OF BRUCE PAWELK (GID 191069)<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8202<br>Claim Date: 02/27/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4845 |
| ADMINISTRATIVE | Claimed: | $48,716.00 |
| FAIR HARBOR CAPITAL, LLC AS<br>ASSIGNEE OF JOANNA ZHOU (GID 0532561)<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8203<br>Claim Date: 02/27/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 6977 |
| ADMINISTRATIVE | Claimed: | $21,936.66 |
| HAITHCOCK, PEGGY MELINDA<br>5021 MONRING EDGE DR<br>RALEIGH, NC 27613 | | Claim Number: 8204<br>Claim Date: 02/27/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $21,930.64 |
| MARTIN, GAY L.<br>293 BLACKSTONE BLVD.<br>PROVIDENCE, RI 02906 | | Claim Number: 8205<br>Claim Date: 02/29/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7686 (05/24/2012) |
| UNSECURED | Claimed: | $8,443.09 |
| GILLETTE, KATHRYN H.<br>2212 EFFINGHAM CIRCLE<br>RALEIGH, NC 27615 | | Claim Number: 8206<br>Claim Date: 03/01/2012<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $93,761.54 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MILLS, CHRISTINE A. | Claim Number: 8207 |
| 3325 N. MOUNTAIN VIEW DR. | Claim Date: 03/05/2012 |
| PRESCOTT VALLEY, AZ 86314 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $40,557.70 |

---

| I AND C, S.A. | Claim Number: 8208 |
| 25 CALLE 5-14, ZONA 14 | Claim Date: 03/08/2012 |
| GUATEMALA CITY, | Debtor: NORTEL NETWORKS (CALA) INC. |
| GUATEMALA | Comments: EXPUNGED |
| | DOCKET: 7686 (05/24/2012) |

| UNSECURED | Claimed: | $174,185.00 |

---

| I AND C, S.A. | Claim Number: 8209 |
| 25 CALLE 5-14, ZONA 14 | Claim Date: 03/08/2012 |
| GUATEMALA CITY, | Debtor: NORTEL NETWORKS (CALA) INC. |
| GUATEMALA | Comments: EXPUNGED |
| | DOCKET: 7686 (05/24/2012) |

| UNSECURED | Claimed: | $5,056.26 |

---

| RUTLEDGE, DEBBIE J | Claim Number: 8210 |
| 305 TANGLEWOOD DRIVE | Claim Date: 03/09/2012 |
| MOUNT JULIET, TN 37122-2821 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $56,037.69 |

---

| CLAUSEN, LISA | Claim Number: 8211 |
| 6719 ST JOHNS CT | Claim Date: 03/09/2012 |
| RALEIGH, NC 27616 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | AMENDS CLAIM #7391 |

| UNSECURED | Claimed: | $24,231.00   UNLIQ CONT |

---

| DEAN, NAJAM U | Claim Number: 8212 |
| 6 AUGUSTA DR | Claim Date: 03/12/2012 |
| MILLBURY, MA 01527 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | AMENDS CLAIM #7848 |

| UNSECURED | Claimed: | $672,859.57   UNLIQ |

---

| HUDSON, JO DEE | Claim Number: 8213 |
| 2471 GENITO JACK CIRCLE | Claim Date: 03/12/2012 |
| POWHATAN, VA 23139 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $51,787.81 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| PARKER, DEBORAH<br>117 ANTLER PT. DR<br>CARY, NC 27513 | Claim Number: 8214<br>Claim Date: 03/12/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $26,538.84 |
|---|---|---|

---

| BROWN, PAMELA M<br>17211 FRONT BEACH RD<br>PANAMA CITY BEACH, FL 32413 | Claim Number: 8215<br>Claim Date: 03/13/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $562,480.58 |
|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: KLINGLER, PAUL R.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8216<br>Claim Date: 03/15/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $39,050.00   UNLIQ |

---

| DONATO, RICHARD A.<br>308 ROSE PETAL RUN<br>WAKE FOREST, NC 27587 | Claim Number: 8217<br>Claim Date: 03/15/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7813 |
|---|---|

| UNSECURED | Claimed: | $100,547.00 |
|---|---|---|

---

| GENNETT, SCOTT S.<br>16 WILDWOOD STREET<br>LAKE GROVE, NY 11755 | Claim Number: 8218<br>Claim Date: 03/15/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,009,789.79   UNLIQ |
|---|---|---|

---

| HILLIS, RUTH<br>1811 BLAIR BLVD.<br>NASHVILLE, TN 37212 | Claim Number: 8219<br>Claim Date: 03/16/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #3775 |
|---|---|

| PRIORITY | Claimed: | $82,021.13 |
|---|---|---|

---

| SMOOK, GREGORY J.<br>11517 AUTUMNWOOD WAY<br>GLEN ALLEN, VA 23059 | Claim Number: 8220<br>Claim Date: 03/19/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|

| UNSECURED | Claimed: | $44,706.62 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ESTES, JEFFREY S. | Claim Number: 8221 |
| 1474 BEECHUM WOODS CT. | Claim Date: 03/19/2012 |
| LAWRENCEVILLE, GA 30043 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $18,750.00 |
| UNSECURED | Claimed: | $131,237.00 |

---

| WALTON, WILLIAM | Claim Number: 8222 |
| 10210 ARROW CREEK DR # 107 | Claim Date: 03/19/2012 |
| RALEIGH, NC 27617 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| WALTER, VIRGINIA L. | Claim Number: 8223 |
| 156 GLENWOOD DR. | Claim Date: 03/19/2012 |
| COPPELL, TX 75019 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE |
| PRIORITY |
| UNSECURED | Claimed: | $55,718.94 |

---

| DEBOURG-BROWN, DEBORAH J. | Claim Number: 8224 |
| 2110 BUCK QUARTER FARM RD | Claim Date: 03/20/2012 |
| HILLSBOROUGH, NC 27278 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | AMENDS CLAIM #7449 |

| UNSECURED | Claimed: | $34,520.00 |

---

| IZZARD, RANDAL S. | Claim Number: 8225 |
| 2605 NAVASOTA DRIVE | Claim Date: 03/23/2012 |
| LITTLE ELM, TX 75068 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $51,913.90 |

---

| CAUDILL, ROGER W. JR | Claim Number: 8226 |
| 8228 STONE CELLAR DR. | Claim Date: 03/26/2012 |
| RALEIGH, NC 27613 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $22,025.47 |

---

| WALTON, WILLIAM | Claim Number: 8227 |
| 10210 ARROW CREEK DR # 107 | Claim Date: 03/26/2012 |
| RALEIGH, NC 27617 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $14,249.30 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

ROSE, RONALD J. JR.
26 PHEASANT RUN
BALLSTON SPA, NY 12020

Claim Number: 8228
Claim Date: 03/26/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $770,926.71   UNLIQ |

---

ERKEL, ENIS
FATMAKADIN SOK. MARMARA APT. NO. 14/29
SUADIYE
ISTANBUL, 34740
TURKEY

Claim Number: 8229
Claim Date: 03/28/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #2478 & 6092

| | | |
|---|---|---|
| PRIORITY | Claimed: | $336,812.34 |

---

WARD, WENDY
555 STALLION DR.
LUCAS, TX 75002

Claim Number: 8230
Claim Date: 04/02/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7698

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $14,390.13   UNLIQ CONT |

---

BROGDEN, DEBORAH GOSS
2530 SAM MOSS HAYES RD.
CREEDMOOR, NC 27522-9334

Claim Number: 8231
Claim Date: 04/02/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,698.90 |

---

PAYLOR, TONYA
615 OXFORD DRIVE
WYLIE, TX 75098

Claim Number: 8232
Claim Date: 04/02/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7685

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,554.00 |

---

DODD, RANDY
111 FAIRWAY DRIVE
WHITEFISH, MT 59937

Claim Number: 8233
Claim Date: 04/05/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $369,930.23 |

---

KUROWSKI, LISA
8512 ZINFANDEL PLACE
RALEIGH, NC 27615

Claim Number: 8234
Claim Date: 04/02/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $78,867.82 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| LORIMER, DEBORAH G.<br>226 APPLEBY COURT<br>SMYRNA, TN 37167 | Claim Number: 8235<br>Claim Date: 04/02/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #8179 |
|---|---|

| UNSECURED | Claimed: | $334,546.37 |
|---|---|---|

---

| KAPLAN, JULIE GRAFFAM<br>10 FLETCHER RD.<br>WINDHAM, NH 03087 | Claim Number: 8236<br>Claim Date: 04/03/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #8010 |
|---|---|

| UNSECURED | Claimed: | $81,905.94 |
|---|---|---|

---

| DODD, RANDY<br>111 FAIRWAY DRIVE<br>WHITEFISH, MT 59937 | Claim Number: 8237<br>Claim Date: 04/05/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $17,935.45 |
|---|---|---|

---

| SMITH, SHELLIE B.<br>PO BOX 1967<br>COPPELL, TX 75019 | Claim Number: 8238<br>Claim Date: 04/05/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $81,997.05 |
|---|---|---|

---

| BUTNER, BRENDA R.<br>514 SHASTEEN BEND DRIVE<br>WINCHESTER, TN 37398 | Claim Number: 8239<br>Claim Date: 04/05/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7838 |
|---|---|

| UNSECURED | Claimed: | $100,932.65 |
|---|---|---|

---

| VAUGHAN, DONNA ANN<br>272 MOUNTAIN BROOK RD.<br>ROUGEMONT, NC 27572 | Claim Number: 8240<br>Claim Date: 04/06/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7371 |
|---|---|

| UNSECURED | Claimed: | $63,277.24 |
|---|---|---|

---

| WHITE, CARRIE S.<br>6301 WIDGEON DRIVE<br>PLANO, TX 75024 | Claim Number: 8241<br>Claim Date: 04/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7522 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $35,645.00 | UNLIQ |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| CARR, STEVEN M.<br>37 BRAMS HILL DR<br>MAHWAH, NJ 07430 | | Claim Number: 8242<br>Claim Date: 04/10/2012<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>AMENDS CLAIM #1516 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $33,923.96 |

| BAKER, MELINDA P.<br>701 BENNINGTON DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 8243<br>Claim Date: 04/13/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7593 |
|---|---|---|
| UNSECURED | Claimed: | $124,371.62   UNLIQ |

| STODDARD, JULIA<br>110 SHADY CREEK TRAIL<br>CARY, NC 27513 | | Claim Number: 8244<br>Claim Date: 04/16/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $57,699.32 |

| KIDD, GAIL B.<br>5512 ORCHARD ORIOLE TR<br>WAKE FOREST, NC 27587 | | Claim Number: 8245<br>Claim Date: 04/16/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $1,535.54   UNLIQ |
| UNSECURED | Claimed: | $10,748.78   UNLIQ |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PARENTON, ROBERT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8246<br>Claim Date: 04/16/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $9,856.00 |

| AMICK, LINDA HOLLENBEC<br>4605 LEXINGTON RD.<br>ATHENS, GA 30605 | | Claim Number: 8247<br>Claim Date: 04/26/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $61,936.00 |

| BURKERT, WILLIAM KENNETH, JR.<br>104 KHALSA COURT<br>DURHAM, NC 27713 | | Claim Number: 8248<br>Claim Date: 04/26/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #3283 |
|---|---|---|
| UNSECURED | Claimed: | $125,226.39 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | | |
|---|---|---|---|
| FIG, SAMMIE R.<br>107 OXFORD CIRCLE<br>KNIGHTDALE, NC 27545 | | Claim Number: 8249<br>Claim Date: 04/27/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8337 | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CALLANAN, RICHARD P
29 SYCAMORE LN
RIDGEFIELD, CT 06877

Claim Number: 8250
Claim Date: 04/30/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #330

| PRIORITY | Claimed: | $61,068.00 |
|---|---|---|

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPCTY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 8251
Claim Date: 04/30/2012
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7720 (05/29/2012)

| ADMINISTRATIVE | Claimed: | $150.00 |
|---|---|---|

---

SEARCY, BONNIE L.
6204 WYCKHURST COURT
RALEIGH, NC 27609-3517

Claim Number: 8252
Claim Date: 05/03/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $54,336.49 |
|---|---|---|

---

GARWATOSKI, HEIDI
1722 ASHLEY DOWNS DRIVE
APEX, NC 27502

Claim Number: 8253
Claim Date: 05/03/2012
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8369

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $14,039.99 |

---

HEINBAUGH, ALAN
19816 COLBY CT.
SARATOGA, CA 95070

Claim Number: 8254
Claim Date: 05/04/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,168,638.07   UNLIQ |
|---|---|---|

---

HUTCHINS, JEFFREY, L.
715 PLEASANT DR.
DURHAM, NC 27703

Claim Number: 8255
Claim Date: 05/11/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $32,242.60 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| JENKINS, FREDERIC, H. | Claim Number: 8256 |
| 242 OLD FOREST CREEK DR. | Claim Date: 05/11/2012 |
| CHAPEL HILL, NC 27514 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | AMENDS CLAIM #7947 |

| UNSECURED | Claimed: | $108,627.60 |

---

| LARKIN, WILLIAM T. | Claim Number: 8257 |
| 2410 PRIMOSE DR. | Claim Date: 05/14/2012 |
| RICHARDSON, TX 75082 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $16,667.60 |

---

| ASM CAPITAL, L.P. | Claim Number: 8258 |
| TRANSFEROR: PRESTIPINO, JAY R | Claim Date: 05/14/2012 |
| ATTN: ADAM MOSKOWITZ | Debtor: NORTEL NETWORKS INC. |
| 7600 JERICHO TURNPIKE, SUITE 302 | Comments: |
| WOODBURY, NY 11797 | AMENDS CLAIM #7567 |

| UNSECURED | Claimed: | $27,692.33 |

---

| RATTRAY, STEPHEN A. | Claim Number: 8259 |
| 4308 DENSIFLORUM COURT | Claim Date: 05/14/2012 |
| WILMINGTON, NC 28412 | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| | Comments: |
| | AMENDS CLAIM #7976 |

| UNSECURED | Claimed: | $1,322,725.00 |

---

| RATTRAY, STEPHEN A. | Claim Number: 8260 |
| 4308 DENSIFLORUM COURT | Claim Date: 05/14/2012 |
| WILMINGTON, NC 28412 | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| | Comments: |
| | AMENDS CLAIM #7976 |

| UNSECURED | Claimed: | $466,134.00 |

---

| RATTRAY, STEPHEN A. | Claim Number: 8261 |
| 4308 DENSIFLORUM COURT | Claim Date: 05/14/2012 |
| WILMINGTON, NC 28412 | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| | Comments: |
| | AMENDS CLAIM #7976 |

| UNSECURED | Claimed: | $309,815.14 |

---

| ASM CAPITAL, L.P. | Claim Number: 8262 |
| TRANSFEROR: RATTRAY, STEPHEN A. | Claim Date: 05/14/2012 |
| ATTN: ADAM MOSKOWITZ | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| 7600 JERICHO TURNPIKE, SUITE 302 | Comments: |
| WOODBURY, NY 11797 | AMENDS CLAIM #7976 |

| UNSECURED | Claimed: | $121,098.64 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MCBRIDE, ROBERT O.
4308 DENSIFLORUM CT
WILMINGTON, NC 28412

Claim Number: 8263
Claim Date: 05/17/2012
Debtor: NORTHERN TELECOM INTERNATIONAL INC.

---

| UNSECURED | Claimed: | $140,574.55 |
|---|---|---|

ASM CAPITAL IV, L.P.
TRANSFEROR: HALL, ROBERT R.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8264
Claim Date: 05/18/2012
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
AMENDS CLAIM #7542

---

| UNSECURED | Claimed: | $69,326.88 |
|---|---|---|

DUBAY, MARY LOUISE
2428 MCCARRAN DRIVE
PLANO, TX 75025-6090

Claim Number: 8265
Claim Date: 05/21/2012
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $177,298.00 |

ASM SIP, L.P.
TRANSFEROR: EDWIN, FADI
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 8266
Claim Date: 05/21/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #1899

---

| UNSECURED | Claimed: | $70,531.72 |
|---|---|---|

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
BANKRUPTCY UNIT, 7TH FLOOR
100 CAMBRIDGE ST - P.O. BOX 9564
BOSTON, MA 02114-9564

Claim Number: 8267
Claim Date: 05/21/2012
Debtor: CORETEK, INC.

---

| ADMINISTRATIVE | Claimed: | $626.49 |
|---|---|---|

GLASS, CHARLES THOMAS
2605 TIMOTHY DRIVE
FUQUAY VARINA, NC 27526

Claim Number: 8268
Claim Date: 05/21/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $46,532.19 |
|---|---|---|

MCCARTHY, AUDREY A.
537 N MERCER STREET
ROCKY MOUNT, NC 27801

Claim Number: 8269
Claim Date: 05/21/2012
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $2,395.20 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| ASM SIP, L.P.<br>TRANSFEROR: WILDEE, CHANDRA<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8270<br>Claim Date: 05/23/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7998 |
| UNSECURED | Claimed: | $35,350.77 |
| SCHATZ, BOBBIE F.<br>10118 BARNHART WAY<br>RALEIGH, NC 27617 | | Claim Number: 8271<br>Claim Date: 05/24/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $28,250.00 |
| EDWIN, FADI<br>6220 BENTWOOD TRAIL # 1101<br>DALLAS, TX 75252 | | Claim Number: 8272<br>Claim Date: 05/21/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #1899 |
| UNSECURED | Claimed: | $8,255.00 |
| EDWIN, FADI<br>6220 BENTWOOD TRAIL # 1101<br>DALLAS, TX 75252 | | Claim Number: 8273<br>Claim Date: 05/21/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #1899 |
| UNSECURED | Claimed: | $10,075.96 |
| CONRAD, LARRY G.<br>7704 TYLERTON DR.<br>RALEIGH, NC 27613 | | Claim Number: 8274<br>Claim Date: 05/29/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1388 |
| UNSECURED | Claimed: | $72,166.00 |
| MCARTHUR, BRANT<br>11500 AUTUMN OAKS LANE<br>RALEIGH, NC 27614 | | Claim Number: 8275<br>Claim Date: 05/29/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $7,339.09 |
| BOECK, DALE<br>100 SOUTHWICK COURT<br>CARY, NC 27513 | | Claim Number: 8276<br>Claim Date: 05/29/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $61,783.32 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ASM SIP, L.P.<br>TRANSFEROR: DUBAY, MARY LOUISE<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8277<br>Claim Date: 05/29/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #1527 |
|---|---|

| UNSECURED | Claimed: | $174,802.00 |
|---|---|---|

| DUBAY, MARY LOUISE<br>2428 MCCARRAN DRIVE<br>PLANO, TX 75025 | Claim Number: 8278<br>Claim Date: 05/29/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #1527 |
|---|---|

| PRIORITY | Claimed: | $13,446.00 |
|---|---|---|

| RIMICCI, LEONARD<br>144 SURFSIDE AVE.<br>SANTA CRUZ, CA 95060 | Claim Number: 8279<br>Claim Date: 05/29/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|

| UNSECURED | Claimed: | $144,000.00 |
|---|---|---|

| DAY, MARILYN<br>2020 FOX GLEN DR.<br>ALLEN, TX 75013 | Claim Number: 8280<br>Claim Date: 05/29/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7854 |
|---|---|

| UNSECURED | Claimed: | $347,801.84 |
|---|---|---|

| CONTROS, JACQUELINE<br>11 SCHOOL ST.<br>DOUGLASSVILLE, PA 19518 | Claim Number: 8281<br>Claim Date: 06/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #5623 |
|---|---|

| UNSECURED | Claimed: | $47,331.52 |
|---|---|---|

| JHA, RASHMI<br>104 GLEN CAIRN CT.<br>APEX, NC 27502 | Claim Number: 8282<br>Claim Date: 06/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7161 |
|---|---|

| UNSECURED | Claimed: | $54,263.28 |
|---|---|---|

| RADHAKRISHNAN, SUJITH<br>104 GLEN CAIRN CT.<br>APEX, NC 27502 | Claim Number: 8283<br>Claim Date: 06/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7163 |
|---|---|

| UNSECURED | Claimed: | $48,010.91 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| WEVER, JOHN P<br>8817 WOODYHILL RD<br>RALEIGH, NC 27613 | | Claim Number: 8284<br>Claim Date: 06/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #1099 |
|---|---|---|
| UNSECURED | Claimed: | $61,332.21 |

| CROMER, ALTON N.<br>PO BOX 631<br>HENRICO, NC 27842 | | Claim Number: 8285<br>Claim Date: 06/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7182 |
|---|---|---|
| UNSECURED | Claimed: | $43,882.00 |

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: ORY, DENIS<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8286<br>Claim Date: 06/04/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $48,621.00 |

| HORTON, JOYCE<br>301 WESTCHESTER DRIVE<br>NASHVILLE, TN 37210 | | Claim Number: 8287<br>Claim Date: 06/07/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $32,558.12 |

| REED, WILLIAM E.<br>5199 JESSICA LANE<br>COOKEVILLE, TN 38506 | | Claim Number: 8288<br>Claim Date: 06/07/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #8129 |
|---|---|---|
| UNSECURED | Claimed: | $100,961.70 |

| HONG, CUONG D.<br>5374 NW 118TH AVENUE<br>CORAL SPRINGS, FL 33076 | | Claim Number: 8289<br>Claim Date: 06/08/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $81,828.00 |

| SWANSON, WILLIAM C.<br>12046 RIDGEVIEW LN<br>PARKER, CO 80138 | | Claim Number: 8290<br>Claim Date: 06/08/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #421 |
|---|---|---|
| PRIORITY | Claimed: | $170,620.50 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: KENAS, ROBERT
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 8291
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #612

| UNSECURED | Claimed: | $52,300.00 |
|---|---|---|

---

BEST, ROBERT
808 NORTHCLIFT DR
RALEIGH, NC 27609

Claim Number: 8292
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #4208

| UNSECURED | Claimed: | $47,651.99 |
|---|---|---|

---

BEST, ROBERT
808 NORTHCLIFT DR
RALEIGH, NC 27609

Claim Number: 8293
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #4061

| PRIORITY | Claimed: | $2,859.11 |
|---|---|---|

---

ROSSI, JOHN J.
1568 WOODCREST DR.
WOOSTER, OH 44691

Claim Number: 8294
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8416

| UNSECURED | Claimed: | $262,690.18 |
|---|---|---|

---

GARRETT, TONY L.
1825 NEW HOPE CHURCH RD
APEX, NC 27523

Claim Number: 8295
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $92,776.81 |
|---|---|---|

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: GARRETT, ROBIN
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 8296
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $198,003.68 |
|---|---|---|

---

SWANSON, WILLIAM C.
12046 RIDGEVIEW LN
PARKER, CO 80138

Claim Number: 8297
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #421

| PRIORITY | Claimed: | $170,620.50 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| FRISBY, GARY GRAYSON<br>2100 KATESBRIDGE LANE<br>RALEIGH, NC 27614 | Claim Number: 8298<br>Claim Date: 06/11/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $19,731.00 |
|---|---|---|

| DAVID, DANIEL<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC 27587 | Claim Number: 8299<br>Claim Date: 06/11/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #3052 |
|---|---|

| UNSECURED | Claimed: | $15,191.57 |
|---|---|---|

| DAVID, DANIEL<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC 27587 | Claim Number: 8300<br>Claim Date: 06/11/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #3052 |
|---|---|

| UNSECURED | Claimed: | $276,322.30 |
|---|---|---|

| DAVID, DANIEL<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC 27587 | Claim Number: 8301<br>Claim Date: 06/11/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #3052 |
|---|---|

| UNSECURED | Claimed: | $9,690.41 |
|---|---|---|

| REED, WILLIAM E.<br>5199 JESSICA LANE<br>COOKEVILLE, TN 38506 | Claim Number: 8302<br>Claim Date: 06/07/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #4193 |
|---|---|

| UNSECURED | Claimed: | $57,188.58 |
|---|---|---|

| WALTER, VIRGINIA L.<br>156 GLENWOOD DR.<br>COPPELL, TX 75019 | Claim Number: 8303<br>Claim Date: 06/18/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #S 7447 & 8223 |
|---|---|

| UNSECURED | Claimed: | $59,313.54 |
|---|---|---|

| JAMES, JOSEPH M.<br>309 S. 62ND ST.<br>BROKEN ARROW, OK 74014 | Claim Number: 8304<br>Claim Date: 06/18/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #1020 |
|---|---|

| UNSECURED | Claimed: | $15,273.60 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CORN, DAVID H.<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 8305<br>Claim Date: 06/19/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $109,605.47 |
|---|---|---|

---

| | | |
|---|---|---|
| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884 | | Claim Number: 8306<br>Claim Date: 06/25/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7850 |

| UNSECURED | Claimed: | $641,826.04   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| ROGERS, RON<br>8810 DAVIS ST.<br>ROWLETT, TX 75088 | | Claim Number: 8307<br>Claim Date: 06/25/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $21,120.00 |
|---|---|---|

---

| | | |
|---|---|---|
| BOWEN, KAY L.<br>617 LINDLEY DR.<br>DURHAM, NC 27703 | | Claim Number: 8308<br>Claim Date: 07/02/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $46,792.00 |
|---|---|---|

---

| | | |
|---|---|---|
| SWANSON, WILLIAM C.<br>12046 RIDGEVIEW LN<br>PARKER, CO 80138 | | Claim Number: 8309<br>Claim Date: 07/05/2012<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $55,191.95 |
|---|---|---|

---

| | | |
|---|---|---|
| LONG, TAMMY M.<br>3218 FOY JANE TRAIL<br>BURLINGTON, NC 27217 | | Claim Number: 8310<br>Claim Date: 07/09/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $13,976.52 |
|---|---|---|

---

| | | |
|---|---|---|
| BRYAN, BRANDY<br>506 GOLDEN BELL DR<br>GLENN HEIGHTS, TX 75154 | | Claim Number: 8311<br>Claim Date: 07/09/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $26,500.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

MOSELEY, ROBERT J.
7718 MEADOWHAVEN DR.
DALLAS, TX 75254

Claim Number: 8312
Claim Date: 07/09/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #955

| PRIORITY | Claimed: | $29,369.84 |
| --- | --- | --- |

---

DILEN, GREGG R.
1003 QUEENSFERRY RD.
CARY, NC 27511

Claim Number: 8313
Claim Date: 07/13/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,942.31 |
| --- | --- | --- |

---

BARIAHTARIS, ROBERT
3000 EAST SUNRISE BLVD, UNIT 12E
FORT LAUDERDALE, FL 33304

Claim Number: 8314
Claim Date: 07/16/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7899

| PRIORITY | Claimed: | $10,950.00 | CONT |
| --- | --- | --- | --- |
| UNSECURED | Claimed: | $36,357.69 | CONT |

---

PERKINS, VANDORA S.
3924 BENTLEY BRIDGE RD.
RALEIGH, NC 27612

Claim Number: 8315
Claim Date: 07/16/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $22,041.32 |
| --- | --- | --- |

---

PEEBLES, MICHELLE M.
1044 SOMERSET RD.
RALEIGH, NC 27610

Claim Number: 8316
Claim Date: 07/16/2012
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $15,854.66 |
| --- | --- | --- |

---

BUTLER, CALVIN
156 CASALITA DR.
GARLAND, TX 75040

Claim Number: 8317
Claim Date: 07/16/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,000.00 |
| --- | --- | --- |

---

GUVENC, AYDIN A.
100 HORSEPOND CT.
CARY, NC 27513

Claim Number: 8318
Claim Date: 07/17/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7864

| UNSECURED | Claimed: | $38,765.40 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| MAND, MARTIN G.<br>618 BERWICK ROAD<br>WILMINGTON, DE 19803-2204 | | Claim Number: 8319<br>Claim Date: 07/18/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7074 |
| UNSECURED | Claimed: | $360,000.00 |
| ****CLAIM NUMBER VOIDED BY AGENT**** | | Claim Number: 8320<br>Claim Date:  /  /<br>Debtor: DEBTOR NOT FOUND |
| TOTAL | Claimed: | $0.00 |
| HUDGINS, CECIL I<br>104 EAST G STREET<br>BUTNER, NC 27509 | | Claim Number: 8321<br>Claim Date: 07/19/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $65,698.54 |
| NADOLNY, ARNO<br>9600 COLT ROAD<br>APT 915<br>PLANO, TX 75025 | | Claim Number: 8322<br>Claim Date: 07/19/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7993 |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $100,644.23 |
| MCCLUNEY, FRANCINE<br>1006 STONES LANDING<br>KNIGHTDALE, NC 27545 | | Claim Number: 8323<br>Claim Date: 07/20/2012<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,694.20 |
| MITCHELL, RANDOLPH<br>1617 WENDY LANE<br>EFLAND, NC 27243 | | Claim Number: 8324<br>Claim Date: 07/20/2012<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $43,137.69   UNLIQ |
| WILLIAMS, JEFFREY E.<br>201 WINDY KNOLL LN.<br>WYLIE, TX 75098 | | Claim Number: 8325<br>Claim Date: 07/23/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $50,076.96 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

CATALE, MARIA
18545 SW 42ND ST
MIRAMAR, FL 33029

Claim Number: 8326
Claim Date: 07/20/2012
Debtor: NORTEL NETWORKS (CALA) INC.

---

| UNSECURED | Claimed: | $15,691.69 |

MILLER, LINDA G.
8912 COLESBURY DRIVE
RALEIGH, NC 27615

Claim Number: 8327
Claim Date: 07/27/2012
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8368

---

| UNSECURED | Claimed: | $40,118.53 |

CHURCHILL, PATRICIA T.
2622 RED PINE RD
HILLSBOROUGH, NC 27278

Claim Number: 8328
Claim Date: 07/27/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $12,837.83 |

REEVES, FRANK
4904 OXTEN CIRCLE
MCKINNEY, TX 75070

Claim Number: 8329
Claim Date: 07/30/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $22,519.32   UNLIQ |

WENTZ, CALVIN
2326 GLENDALE AVE
DURHAM, NC 27704

Claim Number: 8330
Claim Date: 08/02/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $20,250.00 |

CHURCHILL, PATRICIA T.
2622 RED PINE RD
HILLSBOROUGH, NC 27278

Claim Number: 8331
Claim Date: 08/03/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $17,455.80 |

TEK-PUENTES, FIGEN
13110 MEADOWRIDGE DRIVE
ROUGEMONT, NC 27572

Claim Number: 8332
Claim Date: 08/06/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $26,991.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MURASH, BARRY<br>11812 EAGLES GLEN DRIVE<br>AUSTIN, TX 78732 | | Claim Number: 8333<br>Claim Date: 08/07/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7724 |
|---|---|---|
| UNSECURED | Claimed: | $510,337.03 |
| LOEN, ERIK<br>7 RED BIRCH COURT<br>DANVILLE, CA 94506 | | Claim Number: 8334<br>Claim Date: 08/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance; amends claim 2255 |
| PRIORITY | Claimed: | $10,950.00 |
| TOTAL | Claimed: | $8,161.21 |
| MCGONAGLE, NANCY S.<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | | Claim Number: 8335<br>Claim Date: 08/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4323 |
| PRIORITY | Claimed: | $48,412.00 |
| MCGONAGLE, NANCY S.<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | | Claim Number: 8336<br>Claim Date: 08/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4322 |
| PRIORITY | Claimed: | $51,225.72 |
| FIG, SAMMIE R.<br>107 OXFORD CIRCLE<br>KNIGHTDALE, NC 27545 | | Claim Number: 8337<br>Claim Date: 08/13/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 8249 |
| UNSECURED | Claimed: | $49,311.60 |
| THOMPSON, ALEX J.<br>207 LAURIE LANE<br>CARY, NC 27513 | | Claim Number: 8338<br>Claim Date: 08/13/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $53,492.13 |
| APTER, WILLIAM<br>6908 ELECTRA DR<br>RALEIGH, NC 27607 | | Claim Number: 8339<br>Claim Date: 08/13/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $85,000.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

WADFORD, DEBORAH B.
319 SHERRON RD.
DURHAM, NC 27703

Claim Number: 8340
Claim Date: 08/13/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35,772.99 |

---

JOHNSON, KEITH
2230 BENT CREEK MANOR
ALPHARETTA, GA 30005

Claim Number: 8341
Claim Date: 08/14/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 3879

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,500.00 |
| UNSECURED | Claimed: | $72,644.00 |

---

JOHNSON, KEITH
2230 BENT CREEK MANOR
ALPHARETTA, GA 30005

Claim Number: 8342
Claim Date: 08/14/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 3879

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,600.00 |
| UNSECURED | Claimed: | $60,967.00 |

---

WHITTON, MARK
19206 MILLE SITE PL.
LEESBURG, VA 20176

Claim Number: 8343
Claim Date: 08/16/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 216

| | | |
|---|---|---|
| UNSECURED | Claimed: | $84,311.25 |

---

FOSTER, KAREN D.
9231 VINEWOOD DRIVE
DALLAS, TX 75228

Claim Number: 8344
Claim Date: 08/20/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 3381

| | | |
|---|---|---|
| PRIORITY | Claimed: | $67,596.00 |

---

COOPER, LINDA F.
PO BOX 70126
NASHVILLE, TN 37207

Claim Number: 8345
Claim Date: 08/20/2012
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $13,798.78 | UNLIQ CONT |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: WHITE, JAMES
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8346
Claim Date: 08/20/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $62,919.15 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

RAJAGOPALAN, SRINATH
7017 CANYONBROOK DR
PLANO, TX 75074

Claim Number: 8347
Claim Date: 08/20/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7944

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $24,093.97 |

---

THOMPSON, ALEX J.
207 LAURIE LANE
CARY, NC 27513

Claim Number: 8348
Claim Date: 08/23/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $77,246.40 |

---

KEITH, ERNEST
802 MILLER ROAD
HILLSBOROUGH, NC 27278

Claim Number: 8349
Claim Date: 08/24/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $39,724.56 |

---

HOGAN, ROBERT A.
3830 SWEETEN CREEK ROAD
CHAPEL HILL, NC 27514

Claim Number: 8350
Claim Date: 08/27/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $496,743.20 |

---

WOODLIEF, DAVID W.
4141 SUMMER RIDGE CT.
APEX, NC 27539

Claim Number: 8351
Claim Date: 08/30/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $62,000.00 |

---

CALMENSON, KENNETH
PO BOX 6488
DELRAY BEACH, FL 33482

Claim Number: 8352
Claim Date: 08/31/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

---

SHAPIRO, CHARLES R.
5000 LARCHMONT DRIVE
RALEIGH, NC 27612-2718

Claim Number: 8353
Claim Date: 09/04/2012
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $52,769.22 |
| TOTAL | Claimed: | $2,755.38 |

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SHAPIRO, CHARLES R.
5000 LARCHMONT DRIVE
RALEIGH, NC 27612-2718

Claim Number: 8354
Claim Date: 09/04/2012
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $52,769.22 |
|---|---|---|

---

CANTWELL, JAMES J., SR.
2524 HEATH PLACE
RESTON, VA 20191-4224

Claim Number: 8355
Claim Date: 09/04/2012
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,262.38 |
|---|---|---|

---

CANTWELL, JAMES J., SR.
2524 HEATH PLACE
RESTON, VA 20191-4224

Claim Number: 8356
Claim Date: 09/04/2012
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 6293

| PRIORITY | Claimed: | $160,981.79 |
|---|---|---|

---

NORTEL NETWORKS UK PENSION TRUST LTD ET
AL, ATTN: DAVID DAVIES, CHAIRMAN
WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 8357
Claim Date: 09/05/2012
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Amends claim 6979

| SECURED | Claimed: | $1,335,000,000.00   UNLIQ |
|---|---|---|

---

NORTEL NETWORKS UK PENSION TRUST LTD ET
AL, ATTN: DAVID DAVIES, CHAIRMAN
WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 8358
Claim Date: 09/05/2012
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 5573

| SECURED | Claimed: | $1,335,000,000.00   UNLIQ |
|---|---|---|

---

WATSON, THELMA
P.O. BOX 971
BATH, SC 29816

Claim Number: 8359
Claim Date: 09/10/2012
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7517

| UNSECURED | Claimed: | $117,781.08 |
|---|---|---|

---

DO, THUC
5811 MANDARIN LN
SACHSE, TX 75048

Claim Number: 8360
Claim Date: 09/10/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,259.87 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| JOYNER, KATINA<br>2105 WHEELERBROOK COURT<br>RALEIGH, NC 27603 | | Claim Number: 8361<br>Claim Date: 09/11/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $42,827.00 |
|---|---|---|

| | | |
|---|---|---|
| TRAN, THANH T<br>2013 BROOK TREE DR.<br>GARLAND, TX 75040 | | Claim Number: 8362<br>Claim Date: 09/12/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| SECURED | Claimed: | $7,991.98 |
|---|---|---|
| UNSECURED | Claimed: | $2,650.18 |

| | | |
|---|---|---|
| ANSTEAD, VICTORIA<br>3894 RIDGE LEA RD., APT. A<br>AMHERST, NY 14228 | | Claim Number: 8363<br>Claim Date: 09/07/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $1,063.40 |
|---|---|---|

| | | |
|---|---|---|
| TRAN, THANH T.<br>2013 BROOK TREE DR<br>GARLAND, TX 75040 | | Claim Number: 8364<br>Claim Date: 09/12/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| ADMINISTRATIVE | Claimed: | $10,642.16 |
|---|---|---|

| | | |
|---|---|---|
| GEORGE, SHINOY<br>298 WATERFORD LN.<br>SUNNYVALE, TX 75182 | | Claim Number: 8365<br>Claim Date: 09/13/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $30,463.72   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| TRUEBA-GARZON, LAURA<br>723 JUNIPER LN.<br>WESTON, FL 33327 | | Claim Number: 8366<br>Claim Date: 09/14/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $38,846.20 |
|---|---|---|

| | | |
|---|---|---|
| LEDFORD, BRUCE<br>PO BOX 881<br>SANFORD, NC 27330 | | Claim Number: 8367<br>Claim Date: 09/14/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2834 |

| UNSECURED | Claimed: | $65,504.11 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| MILLER, LINDA G.<br>8912 COLESBURY DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 8368<br>Claim Date: 09/14/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 8327 |
| UNSECURED | Claimed: | $40,118.53 |
| GARWATOSKI, HEIDI<br>1722 ASHLEY DOWNS DRIVE<br>APEX, NC 27502 | | Claim Number: 8369<br>Claim Date: 09/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 8253 |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $14,039.99 |
| COUCH, SHARLENE S.<br>6525 BATTLEFORD DRIVE<br>RALEIGH, NC 27613 | | Claim Number: 8370<br>Claim Date: 09/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1706 |
| UNSECURED | Claimed: | $104,420.10 |
| LEUTERITZ, MARK<br>332 MARKETVIEW<br>IRVINE, CA 92602 | | Claim Number: 8371<br>Claim Date: 09/18/2012<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $41,104.00 |
| UNSECURED | Claimed: | $12,646.00 |
| LADD, BECCA<br>3313 LEMMONTREE LN<br>PLANO, TX 75074 | | Claim Number: 8372<br>Claim Date: 09/20/2012<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $4,900.00 |
| SILVERNALE, ROBERT<br>94 ELM STREET<br>GOFFSTOWN, NH 03045 | | Claim Number: 8373<br>Claim Date: 09/21/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2652 |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $40,095.00 |
| SMITH, JAMES E.<br>1881 REGENCY WALK<br>BOGART, GA 30622 | | Claim Number: 8374<br>Claim Date: 09/24/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7664 |
| UNSECURED | Claimed: | $109,122.08 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| HARRIS, EARL, JR.<br>PO BOX 71844<br>DURHAM, NC 27722 | | Claim Number: 8375<br>Claim Date: 09/27/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $65,000.00 |
| NABORS, CALVIN<br>1724 CRYSTAL CREEK DR.<br>DURHAM, NC 27712 | | Claim Number: 8376<br>Claim Date: 09/28/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $66,850.00 |
| CROSBY, JOHN, JR.<br>1006 BLUE RIDGE PLACE<br>RICHARDSON, TX 75080 | | Claim Number: 8377<br>Claim Date: 09/28/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $29,204.65 |
| CROSS, PATRICIA A.<br>1704 CASTALIA DR<br>CARY, NC 27513 | | Claim Number: 8378<br>Claim Date: 09/28/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $15,651.00 |
| DOVEL, JULIA<br>7921 BLANEY FRANKS ROAD<br>APEX, NC 27539 | | Claim Number: 8379<br>Claim Date: 10/01/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $41,003.67 |
| SOURCE PHOTONICS (MACAO COMMERCIAL<br>OFFSHORE) LIMITED F/K/A FIBERXON LIMITED<br>6TH FLOOR, EYANG BUILDING, NO. 3<br>QIMIN RD, LANGSHAN 2ND STREET, NANSHAN<br>SHENZHEN, 518057<br>CHINA | | Claim Number: 8380<br>Claim Date: 10/01/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $552.00 |
| RAPHAEL, JEROME M<br>250 JEFFERSON AVE<br>HADDONFIELD, NJ 08033 | | Claim Number: 8381<br>Claim Date: 10/01/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $106,500.00 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| | | |
|---|---|---|
| HANSEN, CRAIG R.<br>5 LONGMEADOW LANE<br>PEPPERELL, MA 01463 | | Claim Number: 8382<br>Claim Date: 10/01/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $37,295.54 |
|---|---|---|

| | | |
|---|---|---|
| TOWNSEND, GREGORY<br>823 THATCHER WAY<br>FRANKLIN, TN 37064 | | Claim Number: 8383<br>Claim Date: 10/02/2012<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $20,849.24 |

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: MEGASON, SAMUEL T.<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 8384<br>Claim Date: 10/02/2012<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $51,550.00 |

| | | |
|---|---|---|
| MCROBERTS, CHRISTOPHER<br>3403 RED BIRD LN.<br>GRAPEVINE, TX 76051 | | Claim Number: 8385<br>Claim Date: 10/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7884 |

| UNSECURED | Claimed: | $33,593.20 |
|---|---|---|

| | | |
|---|---|---|
| HEALY, BLANCHE<br>353 JOANNE CT<br>BARTONSVILLE, PA 18321 | | Claim Number: 8386<br>Claim Date: 10/09/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $26,291.07 |
|---|---|---|

| | | |
|---|---|---|
| SHAPIRO, CHARLES R.<br>5000 LARCHMONT DRIVE<br>RALEIGH, NC 27612-2718 | | Claim Number: 8387<br>Claim Date: 10/09/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $2,755.38 |
|---|---|---|

| | | |
|---|---|---|
| NORTH, THERESA J.<br>5008 NORTH HILLS DR<br>RALEIGH, NC 27612 | | Claim Number: 8388<br>Claim Date: 10/09/2012<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $59,568.08 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| HICE, JAN<br>6215 WILLIAM EDGAR DRIVE<br>ALEXANDRIA, VA 22310 | | Claim Number: 8389<br>Claim Date: 10/12/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 730 |
|---|---|---|
| PRIORITY | Claimed: | $14,242.67 |

| KEMP, CHRISTAL<br>1257 MOHR CIRCLE<br>MANTECA, CA 95337 | | Claim Number: 8390<br>Claim Date: 10/12/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $35,568.06 |
| SECURED | Claimed: | $35,568.06 |
| TOTAL | Claimed: | $35,568.06 |

| GORDON, DOUGLAS S.<br>3904 SADDLEHEAD DRIVE<br>PLANO, TX 75075 | | Claim Number: 8391<br>Claim Date: 10/15/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $32,992.53 |

| WHITWORTH, MARY JANE<br>9215 WOODLAND TREE LANE<br>CUMMING, GA 30028 | | Claim Number: 8392<br>Claim Date: 10/18/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $33,369.26 |

| GREEN, MARILYN<br>1106 BOSTON HOLLOW ROAD<br>ASHLAND CITY, TN 37015 | | Claim Number: 8393<br>Claim Date: 10/18/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $171,326.91 |
| UNSECURED | Claimed: | $171,326.91 |
| TOTAL | Claimed: | $171,326.91 |

| GREEN, MARILYN<br>C/O WILLIAM GREEN<br>1106 BOSTON HOLLOW RD<br>ASHLAND CITY, TN 37015 | | Claim Number: 8394<br>Claim Date: 10/18/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| MCCLAIN, STERLIN<br>12713 SOFT BREEZE LN<br>WAKE FOREST, NC 27587 | | Claim Number: 8395<br>Claim Date: 10/22/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7994 |
|---|---|---|
| UNSECURED | Claimed: | $41,137.50 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

HONEYCUTT, WILLIAM DANIEL
137 NICKLAUS DR
GARNER, NC 27529

Claim Number: 8396
Claim Date: 10/26/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $52,498.80 |
|---|---|---|

ELLERMAN, SUSAN
8009 ROBINCREST CT
FUQUAY, NC 27526

Claim Number: 8397
Claim Date: 11/06/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $100,153.85 |
|---|---|---|

WALTON, EDWARD
700 MARINER CIRCLE
WEBSTER, NY 14580

Claim Number: 8398
Claim Date: 11/06/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7173

| PRIORITY | Claimed: | $139,207.00 |
|---|---|---|
| UNSECURED | Claimed: | $74,040.54 |

VANDERHOFF, MICHAEL
3665 TW HENDERSON RD
CUMMING, GA 30041

Claim Number: 8399
Claim Date: 11/07/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $21,915.32 |
|---|---|---|

POOLE, GINA R.
620 E. PARKWAY ESTATES DR.
OAK CREEK, WI 53154

Claim Number: 8400
Claim Date: 11/13/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $22,721.09 |
|---|---|---|

SMITH, DAWN
107 CRAFTON PARK LANE
CARY, NC 27519

Claim Number: 8401
Claim Date: 11/13/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $41,835.71 |
|---|---|---|

CASE, CHAD
501 SUTTER GATE LN
MORRISVILLE, NC 27560

Claim Number: 8402
Claim Date: 11/16/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $23,191.98 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: KENAS, ROBERT<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 8403<br>Claim Date: 11/16/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 8291 |
| PRIORITY | Claimed: | $5,719.09 |
| UNSECURED | Claimed: | $50,052.19 |
| BHARGAVA, AKHIL<br>37 FAIRCHILD DR<br>READING, MA 01867 | | Claim Number: 8404<br>Claim Date: 11/16/2012<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $1,661.82   UNDET |
| UNSECURED | Claimed: | $16,618.21   UNDET |
| FLANAGAN, MAUREEN<br>C/O TARA STUKONIS<br>1330 2ND STREET<br>WEST BABYLON, NY 11704 | | Claim Number: 8405<br>Claim Date: 11/12/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| FRYE, LINDA<br>P.O. BOX 1175<br>CENTRAL ISLIP, NY 11722 | | Claim Number: 8406<br>Claim Date: 11/19/2012<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $177.32 |
| UNSECURED | Claimed: | $1,773.23 |
| GREGORY, DANIELLE<br>624 NW 27TH STREET<br>OKLAHOMA CITY, OK 73103 | | Claim Number: 8407<br>Claim Date: 11/19/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $10,950.00 |
| BENDER, ALBERT<br>7313 SPYGLASS WAY<br>RALEIGH, NC 27615 | | Claim Number: 8408<br>Claim Date: 11/19/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $16,985.72 |
| YOUNG, DANIEL F.<br>2784 KINSINGTON CIRCLE<br>WESTON, FL 33332 | | Claim Number: 8409<br>Claim Date: 11/19/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $90,720.01 |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| ROLANDE, YALE<br>1115 DE LA ROUSSELIERE<br>MONTREAL, QC HIA 2X3<br>CANADA | Claim Number: 8410<br>Claim Date: 11/19/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>CLAIM AMOUNT IS 25,374.64 CANADIAN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| HILTS, LEE<br>8608 ERINSBROOK DRIVE<br>RALEIGH, NC 27617 | Claim Number: 8411<br>Claim Date: 11/27/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $35,000.00 |
|---|---|---|

| GRUNBAUM, DAVID<br>23 WOODLAND DR.<br>MARLBOROUGH, MA 01752-1653 | Claim Number: 8412<br>Claim Date: 11/29/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $16,256.41 |
|---|---|---|

| RANDALL, GARY<br>18461 CREEK DR<br>FT MYERS, FL 33908 | Claim Number: 8413<br>Claim Date: 12/03/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $6,910.23 | Scheduled: | $6,910.23  UNLIQ |
|---|---|---|---|---|

| PRITCHARD, ALAN W.<br>1423 LUCKENBACH DRIVE<br>ALLEN, TX 75013 | Claim Number: 8414<br>Claim Date: 12/11/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $200,000.00   UNLIQ |
|---|---|---|

| RAPHAEL, JEROME M.<br>250 JEFFERSON AVE<br>HADDONFIELD, NJ 08033 | Claim Number: 8415<br>Claim Date: 12/14/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $260,397.99 |
|---|---|---|

| ROSSI, JOHN J.<br>1568 WOODCREST DR.<br>WOOSTER, OH 44691 | Claim Number: 8416<br>Claim Date: 12/14/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 8294 |
|---|---|

| UNSECURED | Claimed: | $44,665.00 |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

| MOORE, CURTIS W.<br>7231 TANGLEGLON DRIVE<br>DALLAS, TX 75248 | Claim Number: 8417<br>Claim Date: 12/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7539 |
|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $37,454.81   UNLIQ CONT |

---

| ROSSI, JOHN J.<br>1568 WOODCREST DR.<br>WOOSTER, OH 44691 | Claim Number: 8418<br>Claim Date: 12/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 8294 |
|---|---|

| UNSECURED | Claimed: | $307,355.18 |
|---|---|---|

---

| BORCHERS, WALTER SCOTT<br>2233 WEST VILLAGE LN. SE<br>SMYRNA, GA 30080 | Claim Number: 8419<br>Claim Date: 12/19/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $12,293.43 |
|---|---|---|

---

| TYNDALL, RONALD<br>90 CALICO DRIVE<br>APEX, NC 27523 | Claim Number: 8420<br>Claim Date: 12/19/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7973 |
|---|---|

| UNSECURED | Claimed: | $36,749.79 |
|---|---|---|

---

| WEISS, HOWARD ERIC<br>5385 PEACHTREE DUNWOODY ROAD<br>APT #109<br>ATLANTA, GA 30342 | Claim Number: 8421<br>Claim Date: 12/21/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2367 |
|---|---|

| UNSECURED | Claimed: | $31,536.47 |
|---|---|---|

---

| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8422<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7923 |
|---|---|

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
|---|---|---|

---

| SIKRI, TILAK<br>8235 SAINT MARLO FAIRWAY DR<br>DULUTH, GA 30097 | Claim Number: 8423<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $135,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| KO, DAVID<br>920 BROOKLINE WAY<br>ALPHARETTA, GA 30022 | Claim Number: 8424<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $135,000.00 |
|---|---|---|

| | | |
|---|---|---|
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8425<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments:<br>amends claim 4624 | |

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8426<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments:<br>amends claim 4626 | |

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8427<br>Claim Date: 12/26/2012<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments:<br>amends claim 4627 | |

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8428<br>Claim Date: 12/26/2012<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments:<br>amends claim 4628 | |

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8429<br>Claim Date: 12/26/2012<br>Debtor: XROS, INC.<br>Comments:<br>amends claim 4629 | |

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8430<br>Claim Date: 12/26/2012<br>Debtor: SONOMA SYSTEMS<br>Comments:<br>amends claim 4630 | |

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

| | | |
|---|---|---|
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8431<br>Claim Date: 12/26/2012<br>Debtor: QTERA CORPORATION<br>Comments:<br>amends claim 4631 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8432<br>Claim Date: 12/26/2012<br>Debtor: CORETEK, INC.<br>Comments:<br>amends claim 4632 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8433<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>amends claim 4633 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8434<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments:<br>amends claim 4634 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8435<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments:<br>amends claim 4635 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8436<br>Claim Date: 12/26/2012<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments:<br>amends claim 4636 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8437<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments:<br>amends claim 4637 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

---

SNMP RESEARCH INTERNATIONAL INC
3001 KIMBERLIN HEIGHTS ROAD
KNOXVILLE, TN 37920

Claim Number: 8438
Claim Date: 12/26/2012
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments:
amends claim 4638

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
|---|---|---|

---

TARDIFF, THOMAS D.
C/O HAIN CAPITAL HOLDINGS, LTD, ASSIGNEE
301 ROUTE 17 NORTH, 7TH FLOOR
RUTHERFORD, NJ 07055

Claim Number: 8439
Claim Date: 12/28/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $82,697.33 |
|---|---|---|

---

MEGASON, SAMUEL T.
C/O HAIN CAPITAL HOLDINGS, LLC, ASSIGNEE
301 ROUTE 17 NORTH, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 8440
Claim Date: 12/28/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $65,654.03 |
|---|---|---|

---

RATTRAY, STEPHEN A.
4308 DENSIFLORUM COURT
WILMINGTON, NC 28412

Claim Number: 8441
Claim Date: 01/02/2013
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,128,921.00 |
|---|---|---|

---

RATTRAY, STEPHEN A.
4308 DENSIFLORUM COURT
WILMINGTON, NC 28412

Claim Number: 8442
Claim Date: 01/02/2013
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $814,207.86 |
|---|---|---|

---

GEORGE, PATRICIA NICHOLS
3109 MEGWOOD COURT
APEX, NC 27539

Claim Number: 8443
Claim Date: 01/02/2013
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $78,118.78 |
|---|---|---|

---

ARMSTRONG, DRURY P
15625 ANDOVER LN
WAKE FOREST, NC 27587

Claim Number: 8444
Claim Date: 01/03/2013
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,078.40 |
|---|---|---|

---

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

LAYMAN, SARAH
1200 PARKROW PLACE
IRVING, TX 75060

Claim Number: 8445
Claim Date: 01/07/2013
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:           $55,343.89

NORTEL NETWORKS INC.
Numerical Claims Register for NORTEL NETWORKS INC. (ALL DEBTORS)

## Summary Page

Total Number of Filed Claims:          8533

|  | Claimed Amount |  |
|---|---|---|
| Administrative: | $12,862,079,553.77 |  |
| Priority: | $3,270,806,665.62 |  |
| Secured: | $2,788,209,386.03 |  |
| Unsecured: | $15,518,577,635.54 |  |
| Total: | $34,439,673,240.97 |  |