01-14-2013

I Ronald Elias formerly Object to the current motion being filed by Nortel. This motion will be a hardship on my current situation.

Ronald A Elias
(615) 500-4991  #246 AV
Address: 1309 N Meridian
Oklahoma City. OK. 7310

Att: James L. Bromley
Lisa M. Schweitzer