IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 9261, 9265-9269 & 9273 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 16, 2012, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kerry O'Neil

Sworn to before me this
17th day of January, 2013

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

　　To:　BARTON, WILLIAM C.
　　　　2135 N. FRONTIER LN.
　　　　FRANKTOWN, CO 80116

Please note that your claim # 944 in the above referenced case and in the amount of
　　$238,669.00 has been transferred **(unless previously expunged by court order)** to:

　　　　CRT SPECIAL INVESTMENTS LLC
　　　　TRANSFEROR: BARTON, WILLIAM C.
　　　　JOSEPH E. SARACHEK
　　　　262 HARBOR DRIVE
　　　　STAMFORD, CT 06902

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　District of Delaware
　　　　　　　　824 Market Street, Fifth Floor
　　　　　　　　Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9268　　in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/16/2013　　　　　　　　　　　　David D. Bird, Clerk of Court

　　　　　　　　　　　　　　　　　　　　/s/ Tim Conklin
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 16, 2013.

**EXHIBIT B**

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

```
TIME: 13:48:24                                          NORTEL NETWORKS INC.
DATE: 01/16/13                                            CREDITOR LISTING                                                          PAGE:    1

Name                                       Address
BARTON, WILLIAM C.                         2135 N. FRONTIER LN. FRANKTOWN CO 80116
CRT SPECIAL INVESTMENTS LLC                TRANSFEROR: BARTON, WILLIAM C. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
CRT SPECIAL INVESTMENTS LLC                TRANSFEROR: GREEN, JAMES A. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
CRT SPECIAL INVESTMENTS LLC                TRANSFEROR: LOCKE, TERRY JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
CRT SPECIAL INVESTMENTS LLC                TRANSFEROR: MOORE, JOE T., III JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
FAIR HARBOR CAPITAL, LLC                   TRANSFEROR: SHIRALLIE, KAMYAR ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FARALLON CAPITAL INSTITUTION PART., L.P.   TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
GREEN, JAMES A.                            PO BOX 1470 JEFFERSON NC 28640
HAIN CAPITAL HOLDINGS, LLC                 TRANSFEROR: TEKSYSTEMS, INC ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
LOCKE, TERRY                               2004 WHITNEY LANE MCKINNEY TX 75070
MOORE, JOE T., III                         186 FARMINGTON RD. GAFFNEY SC 29341
NOONDAY OFFSHORE, INC.                     TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC C/O FARALLON CAP MAN., LLC. ATTN:K BINIE ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
PALMER, GARY                               3131 WINDING LAKE DR GAINESVILLE GA 30504
PAYNE, PAUL S.                             4911 CHATAM WALK GAINESVILLE GA 30504
SHIRALLIE, KAMYAR                          5350 PEBBLETREE WAY SAN JOSE CA 95111
UNTIED STATES DEBT RECOVERY XI, LP         TRANSFEROR: PALMER, GARY 5575 KIETZKE LANE SUITE A RENO NV 89511
UNTIED STATES DEBT RECOVERY XI, LP         TRANSFEROR: PAYNE, PAUL S. 5575 KIETZKE LANE SUITE A RENO NV 89511

Total Number of Records Printed        17
```

EPIQ BANKRUPTCY SOLUTIONS, LLC