IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: Chapter 11
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
  Debtors. :
: **RE: D.I. 9229**
:
---------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING THE PROPOSED ORDER APPROVING THE STIPULATION RESOLVING CLAIMS WITH UNITED STATES DEBT RECOVERY III, L.P.

I, Tamara K. Minott, counsel for Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), hereby certify as follows regarding the proposed order Approving The Stipulation Resolving Claims With United States Debt Recovery III, L.P. ("USDR") [D.I. 9229] (the "Proposed Order"), attached as **Exhibit A** hereto:

1. The Debtors have filed voluntary petitions under Chapter 11. Pursuant to orders of the Court, the Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered under Case No. 09-10138 (KG).

2. On January 2, 2013, the Debtors filed the Debtors' Motion Pursuant To Bankruptcy Rule 9019 For Entry Of An Order Approving The Stipulation Resolving Claims

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

With United States Debt Recovery III, L.P. (the "Motion", D.I. 9229), which sought this Court's approval of a stipulation (the "Stipulation") settling certain claims held by USDR on the terms set forth in the Stipulation.

3. Subsequent to the filing of the Motion, the Debtors received certain informal comments to the proposed order annexed to the Motion from Telrad Networks Ltd. requesting the addition of language to clarify that such Stipulation does not affect or compromise the claims filed by Telrad Networks Ltd. against the Canadian Debtors (as defined in the Motion) and does not constitute a release or discharge of the Debtors by Telrad Networks Ltd. other than with respect to Claim No. 2560 (as defined in the Motion).

4. The Proposed Order attached hereto as **Exhibit A** has been amended to reflect the comments that were received from Telrad Networks Ltd. USDR has consented to the addition of the language that has been added to the Proposed Order. A blackline of the Proposed Order against the version of such proposed order annexed to the Motion is attached hereto as **Exhibit B**.

5. The objection deadline with respect to the Motion was January 16, 2013 at 4:00 p.m. (ET), which passed without objection to the Motion.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Order attached hereto as **Exhibit A** approving the Motion and (ii) grant such other and further relief as is just and proper.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 18, 2013  
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

  - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*