IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
In re                                                      :   Chapter 11
                                                           :
Nortel Networks Inc., et al.,¹                             :   Case No. 09-10138 (KG)
                                                           :
            Debtors.                                       :   Jointly Administered
                                                           :
-----------------------------------------------------------X
```

## NOTICE OF AMENDED² AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 23, 2013 AT 11:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## UNCONTESTED MATTERS GOING FORWARD

1. Joint Motion for Order: (I) Approving Compromise Among the Debtors, the Official Committee of Unsecured Creditors, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (for Themselves and All Similarly Situated Participants in and Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan) Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; (II) Directing Payments Pursuant to 11 U.S.C. § 503(b)(1)(A) and Rule 9019; (III) Directing U.S. Bank National Association to Turn Over Assets to the Debtors; and (IV) Releasing and Settling Claims of the Deferred Compensation Plan Participants (D.I. 9127, Filed 12/14/12).

    Objection Deadline: January 9, 2013 at 4:00 p.m. (ET).

    Responses Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

    (a)    Informal comments from U.S. Bank National Association.

Related Pleadings:

    (a)    Notice of Filing of Revised Proposed Order (D.I. 9281, Filed 1/16/12).

Status: The hearing on this matter will go forward.

2. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Claims with United States Debt Recovery III, L.P. (D.I. 9229, Filed 1/2/13).

    Objection Deadline:  January 16, 2013 at 4:00 p.m. (ET).

    Responses Received:

    (a)    Informal comments from Telrad Networks Ltd.

    Related Pleadings:

    **(a)**    **Certification of Counsel Regarding Order Approving the Stipulation Resolving Claims with United States Debt Recovery III, L.P. (D.I. 9301, Filed 1/18/13).**

    Status:  The Debtors have resolved the informal comments and **have submitted an agreed proposed form of order under Certification of Counsel.**

**CONTESTED MATTERS GOING FORWARD**

3. Debtors' Motion for Entry of an Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks Inc. Incentive Plan; and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9163, Filed 12/19/12).

    Objection Deadline:  January 2, 2013 at 4:00 p.m. (ET).  Extended to January 4, 2013 at 4:00 p.m. (ET) for the United States Trustee.

    Responses Received:

    (a)    United States Trustee's Objection to Debtors' Motion for Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks, Inc. Incentive Plan, and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9236, Filed 1/4/13).

    Related Pleadings:

    (a)    Debtors' Reply in Further Support of their Motion for Entry of an Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks Inc.

        Incentive Plan; and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9290, Filed 1/17/13);

(b)    Declaration of John Dempsey in Support of Debtors' Motion for Entry of an Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks Inc. Incentive Plan; and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9291, Filed 1/17/13); and

**(c)    Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion for Entry of an Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks Inc. Incentive Plan; and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9295, Filed 1/18/13).**

Status: The hearing on this matter will go forward.

4. Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9224, Filed 12/31/12).

Objection Deadline: January 16, 2013 at 4:00 p.m. (ET).[3]

Responses Received:

(a)    Objection to Debtors' Motion for Entry of Orders (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement Agreement with the Official Committee of Retired Employees. Filed by Ronald P. Elias (D.I. 9285, Filed 1/17/13).

Related Pleadings:

(a)    Declaration of John J. Ray III in Support of Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9225, Filed 12/31/12).

Status: The hearing on this matter will go forward.

---

[3]    This date relates only to the hearing with respect to approval of the settlement notification procedures. As set forth in the Motion, separate notice will be provided regarding the hearing date and objection deadline with respect to the approval of the Settlement Agreement (as defined in the Motion).

3

| | |
|---|---|
| Dated: January 18, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

6959242.1