**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* <br> Nortel Networks Inc., *et al.*,[1] <br>                 Debtors. | : : : : : : | Chapter 11 <br> Case No. 09-10138 (KG) <br> Jointly Administered <br> **Related D.I.: 8067** |
| OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS, <br>                 Plaintiffs, <br> v. <br> NORTEL NETWORKS INC., *et al.*, <br>                 Defendants. | : : : : : : : : : : : : : | Adv. Proc. No. 12-50995 (KG) <br> **Related D.I.: 1** <br> **Preliminary Hearing Date: February 14, 2013 at 10:00 am (EST);** <br> **Preliminary Hearing Objections Due: February 4, 2013 at 4:00 pm (EST)** |

**NOTICE OF JOINT MOTION PURSUANT TO SECTIONS 363 AND 105 OF THE
BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023
TO (I)(A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT
REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS,
(B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT PURPOSES ONLY,
(C) APPROVE THE NOTICE PROCEDURES, AND (D) SCHEDULE A FAIRNESS
HEARING; AND (II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT,
(B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS
<u>TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF</u>**

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE MOTION AND THE
DOCUMENTS CONTAINED IN THIS PACKAGE VERY CAREFULLY AS YOUR
RIGHTS MAY BE AFFECTED BY THIS MOTION.**

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (b), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE NOTICE that Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Long Term Disability Participants (the "LTD Committee" together with the Debtors the "Movants") have today filed the attached *Joint Motion Pursuant To Sections 363 And 105 Of The Bankruptcy Code, And Bankruptcy Rules 9019 And 7023 To (I)(A) Preliminarily Approve The Settlement Agreement Regarding Long-Term Disability Plans And Claims, (B) Conditionally Certify A Class For Settlement Purposes Only, (C) Approve The Notice Procedures, And (D) Schedule A Fairness Hearing; And (II)(A) Finally Approve The Settlement Agreement, (B) Finally Certify A Class, (C) Authorize The Debtors To Terminate The Ltd Plans, And (D) Grant Related Relief* ("Joint Motion").  A true and correct copy of the Joint Motion is attached hereto.  The Joint Motion seeks entry of an order approving certain notice procedures and forms of notice regarding a settlement (the "Settlement Agreement") that, if approved by the Bankruptcy Court, would settle the LTD Termination Motion[2] and the Adversary Proceeding and provide for the termination of the LTD Plans with respect to all plan participants, including the LTD Employees, Active Employees and COBRA Participants.  The Joint Motion also seeks the conditional certification of a Settlement Class consisting of all LTD Employees as of the Termination Date for settlement purposes only, and conditional appointment of Class Representatives and Class Counsel for settlement purposes only, and requests that a second hearing be scheduled for the Court to consider the final approval of the Settlement Agreement (the "Fairness Hearing").  If approved, the Settlement Agreement will resolve all of the Settlement Class members' claims arising out of or related to the termination of the LTD Plans.

**PLEASE TAKE FURTHER NOTICE that all LTD Employees, Active Employees and COBRA Participants are encouraged to read the entire Joint Motion and its attachments.  Reviewing any summary of the Settlement Agreement is not a substitute for reviewing the Joint Motion and its attachments.  If approved, additional notices regarding the Settlement Agreement will be sent to the LTD Employees.  In part, as described more fully in the Settlement Agreement, all members of the Settlement Class will have their LTD Claims against the Debtors and other third parties released and expunged, subject only to their entitlement (if any) to receive payment of a portion of the Settlement Amount, in accordance with the Allocation Methodology described in the Settlement Agreement.**

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving certain notice procedures and forms of notice regarding the Settlement Agreement and scheduling the Approval Hearing, must file a response or objection to the Motion ("Objection"), if any, with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the objection deadline of **February 4, 2013 at 4:00 pm (prevailing Eastern time)** (the "Objection Deadline").  The Objection Deadline does not apply to objections to the Settlement Agreement, for which a later date will be set in connection with scheduling the Fairness Hearing.

---

[2]   All capitalized terms utilized, but not defined herein shall have the meaning given to them in the Joint Motion.

At the same time, you must serve such Objection on counsel for the Movants so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE PORTION OF THE MOTION RELATING TO THE APPROVAL OF THE SETTLEMENT NOTIFICATION PROCEDURES AND SCHEDULING OF THE FAIRNESS HEARING WILL BE HELD ON **FEBRUARY 14, at 10:00 AM (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.  AS SET FORTH IN THE MOTION, SEPARATE NOTICE WILL BE PROVIDED REGARDING THE HEARING DATE AND OBJECTION DEADLINE WITH RESPECT TO THE APPROVAL OF THE SETTLEMENT AGREEMENT.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE JOINT MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 18, 2013
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989
*Counsel for the Debtors and the Debtors in Possession*

-and-

ELLIOTT GREENLEAF

*/s/ Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Margaret S. Curran (PA No. 62136)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email msc@elliottgreenleaf.com
*Counsel to the LTD Committee and Proposed Class Counsel*