**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

---

**DECLARATION OF JOHN J. RAY III IN SUPPORT OF
JOINT MOTION PURSUANT TO SECTIONS 363 AND 105 OF THE
BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023 TO
(I)(A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT REGARDING
LONG-TERM DISABILITY PLANS AND CLAIMS, (B) CONDITIONALLY CERTIFY
A CLASS FOR SETTLEMENT PURPOSES ONLY, (C) APPROVE THE NOTICE
PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND
(II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT, (B) FINALLY
CERTIFY A CLASS, (C) AUTHORIZE THE
<u>DEBTORS TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF</u>**

I, John J. Ray III, declare under penalty of perjury as follows:

1. On January 6, 2010, upon the motion of Nortel Networks Inc. ("<u>NNI</u>") and the other above-captioned debtors (together, the "<u>Debtors</u>"), I was appointed by this court as Debtors' Principal Officer, *nunc pro tunc* to December 7, 2009. I am also Senior Managing Director and the sole member of Avidity Partners, LLC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.      Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by other members of the Debtors' management and professionals based on, among other things, a review of the Debtors' files, books and records, or learned from my review of relevant documents or are based upon my opinion, which is founded upon my experience and knowledge of the Debtors' operations.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.  I am authorized to submit this declaration.

3.      I submit this declaration in support of the joint motion (the "<u>Joint Motion</u>")[2] pursuant to sections 363 and 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to (i)(a) preliminarily approve the Settlement Agreement regarding long-term disability plans and claims; (ii) conditionally certify a class for settlement purposes only; (iii) approve the Notice Procedures, and (iv) schedule a fairness hearing; and (ii)(a) finally approve the Settlement Agreement; (ii) finally certifying a Class; (iii) authorize the Debtors to terminate the LTD Plans; and (iv) grant related relief.

4.      True and complete copies of the following documents cited in the Joint Motion are attached to this declaration:

**Exhibit 1:**    1989 Nortel Networks Inc. Group Benefits Plan

**Exhibit 2:**    2004 Nortel Networks Inc. Medical Plan Summary Plan Description

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Joint Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  January 17, 2013

                                              */s/ John J. Ray III*
                                              John J. Ray III