# SERVICE LIST

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

**VIA HAND DELIVERY AND EMAIL**

Elliott Greenleaf
Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

**VIA FIRST CLASS MAIL AND EMAIL**

Margaret S. Curran
Elliott Greenleaf
& Siedzikowski, P.C.
925 Harvest Drive
P.O. Box 3010
Blue Bell, PA 19422
Email: msc@elliottgreenleaf.com

**VIA EMAIL**

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
Email: collins@rlf.com
Email: samis@rlf.com

William F. Taylor Jr.
McCarter & English LLP
405 N. King St.; 8th Floor
Wilmington, DE 19801
Email: wtaylor@mccarter.com

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899
Email: jones@pszjlaw.com
Email: tcairns@pszjlaw.com

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Email: fhodara@akingump.com
Email: dbotter@akingump.com

Thomas R. Kreller
Milbank, Tweed, Hadley & Mcloy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017
Email: tkreller@milbank.com

Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119
Email: altogut@teamtogut.com
Email: neilberger@teamtogut.com

6960508.2