Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 11/01/12 | EH | Review notice of rescheduled 1/17/13 omnibus hearing; track continued hearing date | 0.10 |
| 11/16/12 | EH | Review agenda for 11/21/12 hearing | 0.10 |
| 11/20/12 | EH | Review agenda for 11/21/12 hearing | 0.10 |
| 11/29/12 | EH | Review 11/29/12 adversary status report | 0.10 |
| 12/03/12 | EH | Review agenda for 12/05/12 omnibus hearing | 0.10 |
| 12/05/12 | EH | Review notice of cancellation of 1/03/13 omnibus hearing; remove hearing from calendar | 0.10 |
| 12/05/12 | EH | Review clerk's minutes of 12/05/12 omnibus hearing | 0.10 |
| 12/05/12 | EH | Review ECF notices and download amended order setting omnibus hearing dates; review hearing dates and track additional January 2013 omnibus hearing | 0.10 |
| 12/07/12 | EH | Review ECF notices and download order setting omnibus hearing dates through June 2013; review order and track hearing dates | 0.20 |
| 12/18/12 | EH | Review ECF notices and download amended agenda for 12/18/12 hearing; review agenda | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 1.10 | $264.00 |
| | | | 1.10 | $264.00 |
| | | TOTAL: | 1.10 | $264.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 11/02/12 | RHL | Edit time for monthly fee application | 0.20 |
| 11/02/12 | LMS | Email to M. Cook regarding estimated accruals | 0.20 |
| 11/06/12 | LMS | Respond to inquiry from accounting regarding application of payment received | 0.10 |
| 11/07/12 | LMS | Attention to application of payments received | 0.70 |
| 11/08/12 | JRH | Emails with L. Behra regarding Nortel fee apps | 0.10 |
| 11/12/12 | LMS | Preparation of BFCA monthly fee application for September-October 2012 | 0.30 |
| 11/14/12 | RHL | Edit time for fee application | 0.20 |
| 11/14/12 | LMS | Telephone call with R. Lemisch regarding monthly and quarterly fee application | 0.10 |
| 11/16/12 | LMS | Preparation of monthly fee application for September through October 2012 | 0.30 |
| 11/16/12 | LMS | File BFCA monthly fee application for September through October 2012 | 0.10 |
| 11/16/12 | LMS | Docket objection deadline regarding BFCA monthly fee application for September through October 2012 | 0.10 |
| 11/16/12 | EH | Review ECF notices and download BFCA September - October 2012 monthly fee application | 0.10 |
| 11/16/12 | EH | Review ECF notices and download CNO to BFCA August 2012 monthly fee application | 0.10 |
| 11/19/12 | LMS | Prepare Ninth Quarterly Fee Application for August through October 2012 | 0.50 |
| 11/19/12 | LMS | File Ninth Quarterly Fee Application for August through October 2012 | 0.10 |
| 11/19/12 | LMS | Docket hearing date regarding Ninth Quarterly Fee Application for August through October 2012 | 0.10 |
| 11/19/12 | EH | Review ECF notices and download BFCA ninth quarterly fee application; track hearing date and objection deadline | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 11/28/12 | LMS | Prepare and file Amended Ninth Quarterly Fee Application | 0.80 |
| 12/06/12 | LMS | Email to M. Cook regarding Benesch estimated accruals for November 2012 | 0.10 |
| 12/12/12 | LMS | Review docket regarding objections to BFCA monthly fee application | 0.10 |
| 12/12/12 | LMS | Preparation of CNO regarding BFCA monthly fee application for September to October 2012 | 0.10 |
| 12/12/12 | LMS | File CNO regarding BFCA monthly fee application for September to October 2012 | 0.10 |
| 12/13/12 | LMS | Preparation of BFCA monthly fee application for November 2012 | 0.50 |
| 12/18/12 | EH | Review ECF notices and download fifteenth omnibus order approving fee applications; forward to L. Behra | 0.10 |
| 12/19/12 | LMS | Respond to email from J. Hoover regarding monthly fee application | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.10 | $39.50 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.40 | $250.00 |
| | | | 0.50 | $289.50 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 4.40 | $880.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.40 | $96.00 |
| | | | 4.80 | $976.00 |
| | | TOTAL: | 5.30 | $1,265.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 12/13/12 | EH | Email to S. Stafford regarding exhibits for motion for partial summary judgment | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.10 | $24.00 |
| | | | 0.10 | $24.00 |
| | | TOTAL: | 0.10 | $24.00 |

Document Reproduction

| Date | User | Description | Amount |
|---|---|---|---|
| 11/16/12 | LMS | Document Reproduction 56 copies | 5.60 |
| 11/16/12 | LMS | Document Reproduction 112 copies | 11.20 |
| 11/16/12 | LMS | Document Reproduction 4 copies | 0.40 |
| 11/19/12 | LMS | Document Reproduction 36 copies | 3.60 |
| 11/19/12 | LMS | Document Reproduction 9 copies | 0.90 |
| 11/28/12 | LMS | Document Reproduction 36 copies | 3.60 |
| 11/28/12 | LMS | Document Reproduction 9 copies | 0.90 |
| | | TOTAL: | $26.20 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 11/16/12 | LMS | Federal Express 11/16/12 Lisa M. Behra to Thomas P. Tinke | 12.63 |
| 11/16/12 | LMS | Federal Express 11/16/12 Lisa M. Behra to Derek C. Abbott | 12.63 |
| 11/16/12 | LMS | Federal Express 11/16/12 Lisa M. Behra to M. Collins Esq. | 12.63 |
| 11/16/12 | LMS | Federal Express 11/16/12 Lisa M. Behra to Fred S. Hodara | 12.63 |
| 11/19/12 | LMS | Federal Express 11/19/12 Lisa M. Behra to Thomas P. Tinke | 12.63 |
| 11/19/12 | LMS | Federal Express 11/19/12 Lisa M. Behra to Derek C. Abbott | 12.63 |
| 11/19/12 | LMS | Federal Express 11/19/12 Lisa M. Behra to M. Collins Esq. | 12.63 |
| 11/19/12 | LMS | Federal Express 11/19/12 Lisa M. Behra to Fred S. Hodara | 12.63 |
| 11/28/12 | LMS | Federal Express 11/28/12 Lisa M. Behra to Thomas P. Tinke | 12.63 |
| 11/28/12 | LMS | Federal Express 11/28/12 Lisa M. Behra to Derek C. Abbott | 12.63 |
| 11/28/12 | LMS | Federal Express 11/28/12 Lisa M. Behra to Mark Collins Ch | 12.63 |
| 11/28/12 | LMS | Federal Express 11/28/12 Lisa M. Behra to Fred S. Hodara | 12.63 |
| | | TOTAL: | $151.56 |

**Long Distance Calls**

| Date | User | Description | Amount |
|---|---|---|---|
| 11/28/12 | LMS | Long Distance Calls WILMINGT DE - EXT4653 3023519319 Duration: 00:01 | 0.35 |
| | | TOTAL: | $0.35 |

**Computer Research**

| Date | User | Description | | Amount |
|---|---|---|---|---|
| 10/23/12 | XXX | Computer Research - Pacer PACER 2012 25 PAGES | OCTOBER | 2.00 |
| 11/19/12 | XXX | Computer Research - Pacer PACER 2012 26 PAGES | NOVEMBER | 2.10 |
| 12/12/12 | XXX | Computer Research - Pacer PACER 2012 26 PAGES | DECEMBER | 2.10 |
| 12/18/12 | XXX | Computer Research - Pacer PACER 2012 5 PAGES | DECEMBER | 0.40 |
| 12/18/12 | XXX | Computer Research - Pacer PACER 2012 22 PAGES | DECEMBER | 1.80 |
| 12/18/12 | XXX | Computer Research - Pacer PACER 2012 2 PAGES | DECEMBER | 0.20 |
| 12/18/12 | XXX | Computer Research - Pacer PACER 2012 1 PAGES | DECEMBER | 0.10 |
| 12/18/12 | XXX | Computer Research - Pacer PACER 2012 4 PAGES | DECEMBER | 0.30 |
| 12/18/12 | XXX | Computer Research - Pacer PACER 2012 8 PAGES | DECEMBER | 0.60 |
| | | | TOTAL: | $9.60 |