# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., et al., ) | Case No. 09-10138 (KG) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on January 22, 2013, a true and correct copy of the foregoing document was served via overnight delivery or United States Mail, postage prepaid, upon all parties on the attached list.

Dated: January 22, 2013

        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
      Raymond H. Lemisch, Esquire (No. 4204)
      Jennifer R. Hoover, Esquire (No. 5111)
      222 Delaware Avenue, Suite 801
      Wilmington, DE 19801
      Telephone: (302) 442-7006
      Facsimile: (302) 442-7012
      rlemisch@beneschlaw.com
      jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
*Via Overnight Delivery*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*Via Overnight Delivery*

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709
*Via United States Mail*

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
*Via Overnight Delivery*

Derek C. Abbott
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
21st Floor
PO Box 1347
Wilmington, DE 19801
*Via Overnight Delivery*

7453718 v1