## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Second Amended Agenda of Matters Scheduled for Hearing on January 23, 2013 at 11:00 a.m. (Eastern Time)** was caused to be made on January 22, 2013, in the manner indicated upon the entities identified below.

Date: January 22, 2013　　　　　　　　　　　　　*/s/ Tamara K. Minott*
Wilmington, DE　　　　　　　　　　　　　　　　Tamara K. Minott (No. 5643)

**Via Fax**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Fax: 212-610-6399

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519
Fax: 302-573-6497

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
Fax: 302-652-4400

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228
Fax: 302-552-4295

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
Fax: 302-651-7701

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Thomas R. Kreller
MILBANK, TWEED, HADLEY & MCLOY LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

4145343.24