# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 12/11/2012 | Weekly claims meeting with K. O'Neill of Cleary and M. Cilia of RLKS. | 0.5 | 420.00 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Cou | Coley P. Brown | 12/13/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.0 | 420.00 | 420.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 12/14/2012 | Updated monthly fee application documents and exhibits and provided to Huron MD for signature. | 1.5 | 420.00 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/3/2012 | Investigated certain employee claim items per request of A. Tsai of Epiq. | 1.0 | 420.00 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/3/2012 | Reconciled employee claim analysis and followed up with M. Cilia of RLKS regarding the same. | 1.7 | 420.00 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/4/2012 | Updated employee claim settlement notice per request of J. Croft of Cleary. | 2.3 | 420.00 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/4/2012 | Finalized employee claim settlement notice exhibit and provided to J. Croft of Cleary. | 1.7 | 420.00 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/6/2012 | Reviewed and updated employee claims analysis per request of J. Croft of Cleary. | 2.5 | 420.00 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/10/2012 | Worked with M. Cilia of RLKS and D. Parker of Nortel to investigate certain employee claim issues. | 3.2 | 420.00 | 1,344.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/11/2012 | Investigated certain employee claim issues per request of J. Croft of Cleary. | 1.0 | 420.00 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/12/2012 | Investigated employee claim issues per request of J. Croft and J. Kim of Cleary. | 2.0 | 420.00 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/12/2012 | Updated employee claims analysis based on information provided by D. Parker of Nortel. | 1.7 | 420.00 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/13/2012 | Investigated employee claim issues per request of J. Croft of Cleary. | 0.8 | 420.00 | 336.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/17/2012 | Reviewed employee claim issues and updated analysis per email from D. Parker of Nortel. | 2.0 | 420.00 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/20/2012 | Investigated employee claim issues per request of J. Croft of Cleary and M. Cilia of RLKS. | 1.5 | 420.00 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/21/2012 | Worked with Epiq to update employee claims analysis with contact information. | 1.0 | 420.00 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 12/21/2012 | Reviewed and updated employee claims analysis per request of J. Uziel of Cleary. | 2.0 | 420.00 | 840.00 |