# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| 12/4/2012 | Coley P. Brown | Parking & Tolls | Parking near Chicago office to transport case materials.: Parking: Chicago 12/04/2012 to 12/04/2012. | 14.00 |
| 12/10/2012 | Coley P. Brown | Parking & Tolls | Parking near Chicago office to transport case materials.: Parking: Chicago 12/10/2012 to 12/10/2012. | 20.00 |
| 12/17/2012 | Coley P. Brown | Parking & Tolls | Parking near Chicago office to transport case materials.: Parking: Chicago 12/17/2012 to 12/17/2012. | 20.00 |