# **<u>EXHIBIT A</u>**



**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

Page 1
January 22, 2013
Invoice 7831026

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


| | |
|---|---:|
| **TOTAL FEES** | $46,533.50 |
| **TOTAL DISBURSEMENTS** | 462.65 |
| **TOTAL DUE THIS INVOICE** | $46,996.15 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $133,655.50 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $180,651.65 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

Professional Services Recorded Through 12/31/2012

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 12/03/12 | LENGTHY CONFERENCE CALL WITH NEIL BERGER, STEPHANIE SKELLY, RON WINTERS AND DOUG GREER AND OTHER PROFESSIONALS DISCUSSING IN DETAIL THE TIMING ISSUES AND SCHEDULE OF ACTIVITIES RELATED TO THE SETTLEMENT AGREEMENT IMPLEMENTATION V PRESENTATION TO RETIREES AND THE AETNA PROPOSAL RELATED ISSUES. | 00952/MAD | 1.00 |
| 12/03/12 | CONFERENCE CALL WITH RON WINTERS AND RICHARD MIZAK OF A&M DISCUSSING ISSUES RELATED TO THE RECORD KEEPER FOR HRAS AND RELATED SERVICE PROVIDERS. | 00952/MAD | 0.30 |
| 12/03/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE PROVISIONS OF THE SETTLEMENT AGREEMENT OUTLINING THE TIMING WITH RESPECT TO THE ESTABLISHMENT OF THE VEBA AND THE LLC AND THE ALLOCATION OF THE SETTLEMENT PROCEEDS TO THE RETIREES IN PREPARATION FOR CONFERENCE CALL WITH THE PROFESSIONALS. | 00952/MAD | 0.80 |
| 12/03/12 | REVIEW OF EMAIL COMMUNICATION REGARDING AETNA PROPOSAL AND INSURANCE RELATED INFORMATION IN CONNECTION WITH THE UPCOMING MEETING. | 00952/MAD | 0.30 |
| 12/03/12 | REVIEW OPEN LLC-RELATED ISSUES. | 05237/AFK | 0.10 |
| 12/03/12 | OFFICE DISCUSSION WITH MARK DANIELE REGARDING LLC AND VEBA-RELATED STEPS. | 05237/AFK | 0.20 |
| 12/03/12 | EXAMINE AND ANALYZE REVISED SCHEDULING ORDER FOR THE TERMINATION OF RETIREES MOTION DEADLINES; CORRESPOND WITH CO COUNSEL RE ISSUES FOR SAME. | 02718/WFT | 0.30 |
| 12/03/12 | RECEIPT AND REVIEW OF DOCUMENTS FROM RETIREE NO. 191380 (0.4); CREATING RECORD OF DOCUMENTS FROM RETIREE NO. 191380 (0.3). | 04585/BDK | 0.70 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 12/04/12 | TELEPHONE CALL FROM NEIL BERGER AND RON WINTER DISCUSSING ISSUES RELATED TO THE MEETING WITH CLEARY REGARDING SETTLEMENT AGREEMENT AND RELATED ISSUES, PLAN TERMINATION ISSUES AND OTHER RELATED MATTERS. | 00952/MAD | 0.30 |
| 12/04/12 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MIZAK REGARDING ISSUES RELATED TO THE HRA AND VEBA ADMINISTRATION AND WHETHER THERE IS A CONSTRUCT RECEIPT ISSUE; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.20 |
| 12/04/12 | COMMUNICATING WITH RICH MIZAK REGARDING VENDORS FOR THE VEBA. | 00952/MAD | 0.20 |
| 12/04/12 | REVIEW OF THE ACTION LIST REGARDING THE VEBA AND REVISING THE SAME. | 00952/MAD | 1.00 |
| 12/04/12 | EXAMINE AND ANALYZE MOTION TO RECONSIDER BY MR ROSE ON FOR HEARING TOMORROW. | 02718/WFT | 0.30 |
| 12/04/12 | EXAMINE AND ANALYZE NORTELS OBJECTION AND RESPONSE TO THE MOTION TO RECONSIDER BY MR ROSE ON FOR HEARING TOMORROW. | 02718/WFT | 0.30 |
| 12/04/12 | EXAMINE AND ANALYZE AGENDA FOR NEXT HEARING TO DETERMINE WHAT MATTERS (IF ANY) AFFECTING RETIREES WILL BE BEFORE THE COURT. | 02718/WFT | 0.30 |
| 12/04/12 | CORRESPOND AND UPDATE WITH LEAD COUNSEL RE NEXT HEARING TO DETERMINE WHAT MATTERS (IF ANY) AFFECT RETIREES. | 02718/WFT | 0.30 |
| 12/04/12 | PREPARE TELEPHONIC APPEARANCE FOR COUNSEL FOR DECEMBER 5, 2012 HEARING; | 04990/JFS | 0.50 |
| 12/05/12 | ATTEND / PARTICIPATE IN THE OMNIBUS MONTHLY HEARING IN THIS MATTER. | 02718/WFT | 0.40 |
| 12/05/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (2 WEEKS OR MORE) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS | 02718/WFT | 0.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | ARE AFFECTED BY SAME. | | |
| 12/05/12 | EXAMINE AND ANALYZE RECENT FILINGS FOR POTENTIAL IMPACT ON RETIREE ISSUES. | 03706/KRB | 0.60 |
| 12/05/12 | REVIEW AND CALENDAR OMNIBUS HEARING DATES; | 04990/JFS | 0.20 |
| 12/06/12 | CONSIDERATION OF LEGAL ISSUES RELATED TO NORTEL'S DESIRE TO HAVE THE MOTION FILED TO APPROVE FORM OF NOTICE BEFORE YEAR END AND THE TIMING OF THE NOTICES AND REVIEW OF REVISED STEP LIST FOR TRUST FORMATION. | 00952/MAD | 0.50 |
| 12/06/12 | CONFERRING WITH NEIL BERGER REGARDING THE STATUS OF THE UPDATE OF THE TERMS OF THE PROPOSED SETTLEMENT. | 00952/MAD | 0.20 |
| 12/06/12 | EXAMINE AND ANALYZE PROPOSED SEPTEMBER FEE APPLICATION OF TS&S AND EDIT AND REVISE SAME TO CORRECT VARIOUS INCONSISTENCIES CONTAINED WITHIN SAME. | 02718/WFT | 0.50 |
| 12/06/12 | REVISE AND ELECTRONICALLY FILE THIRTEENTH MONTHLY FEE APPLICATION OF TOGUT SEGAL & SEGAL; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.50 |
| 12/07/12 | PARTICIPATING IN A CONFERENCE CALL WITH PROFESSIONAL DISCUSSING THE TIMING OF THE MOTION OF THE REGARDING PUBLICATION NOTICE THE ELECTION FOR HEALTH BENEFITS AND OTHER RELATED DETAIL ISSUES. | 00952/MAD | 1.00 |
| 12/07/12 | FOLLOW UP DISCUSSION WITH STEPHANY SKELLY REGARDING THE STEP LIST AND THE TIME LINE FOR THE MOTION AND RELATED OTHER FILINGS. | 00952/MAD | 0.40 |
| 12/07/12 | REVIEW OF THE TASK LIST IN PREPARATION FOR THE PROFESSIONALS CALL IN CONSIDERATION OF LEGAL ISSUES REGARDING REVISIONS. | 00952/MAD | 0.30 |
| 12/07/12 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANY SKELLY FORWARDING THE MOST RECENT DRAFT OF THE SETTLEMENT | 00952/MAD | 0.50 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | AGREEMENT IN COMMENCE REVIEW OF THE SAME. | | |
| 12/09/12 | REVIEW OF MATERIALS FROM WAGE WORKS REGARDING HRA ADMINISTRATION. | 00952/MAD | 0.50 |
| 12/09/12 | REVIEW OF REVISED TIME LINE FOR THE MOTION TO TERMINATE THE RETIREE PLAN. | 00952/MAD | 0.20 |
| 12/10/12 | REVIEW OF THE RETIREE THRESHOLD ANALYSIS PREPARED BY A&M AND CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 12/10/12 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MIZAK OF A&M REGARDING THE INTERVIEW AND CONTACTS WITH THE HRA ADMINISTRATORS. | 00952/MAD | 0.30 |
| 12/10/12 | PARTICIPATING IN RETIREE COMMITTEE MEETING REGARDING SETTLEMENT AGREEMENT AND AETNA UPDATE. | 00952/MAD | 1.00 |
| 12/10/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE PROPOSED FORM OF THE PRE ENROLLMENT FORM FOR THE AETNA SUBSTITUTE PLAN; REVIEW OF COMMITTEE MEMBER ENROLLMENT FORMS FROM NORTEL. | 00952/MAD | 0.50 |
| 12/10/12 | REVIEW OF THE COMPARISON OF THE NORTEL RELEASE MEDICAL PLAN VERSUS AETNA PLAN COSTS. | 00952/MAD | 0.30 |
| 12/10/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (@ 2 WEEKS WORTH) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.80 |
| 12/11/12 | PARTICIPATING IN A LENGTHLY CONFERENCE CALL WITH THE PROFESSIONALS OUTLINING THE TASK LIST AND THE ACTION ITEMS WITH RESPECT TO THE UPCOMING MOTION. | 00952/MAD | 1.00 |
| 12/11/12 | REVIEW OF THE VENDOR REQUIREMENTS FOR HRA'S AND CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.30 |
| 12/11/12 | CONFERRING WITH RICHARD MIZAK REGARDING ISSUES RELATING TO THE AUDITOR VENDOR | 00952/MAD | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | AND THE TRUSTEE VENDOR AND HRA VENDOR. | | |
| 12/11/12 | EMAILS WITH MARK DANIELE REGARDING SETTLEMENT AGREEMENT COMMENTS. | 05237/AFK | 0.10 |
| 12/11/12 | CORRESPOND AND UPDATE LEAD COUNSEL ONT HE RESULTS OF THE RESEARCH THE ISSUE OF HOURLY RATE CHANGES AND RULE TO UPDATE COURT. | 02718/WFT | 0.30 |
| 12/11/12 | AT THE DIRECTION OF LEAD COUNSEL RESEARCH THE ISSUE OF HOURLY RATE CHANGES AND RULE TO UPDATE COURT. | 02718/WFT | 0.50 |
| 12/11/12 | CORRESPOND FROM LEAD COUNSEL ON RATE CHANGES AND RULE TO UPDATE COURT. | 02718/WFT | 0.30 |
| 12/11/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING FOURTH FEE APPLICATION OF MEMBERS OF THE COMMITTEE; | 04990/JFS | 0.50 |
| 12/11/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING THE THIRTEENTH MONTHLY FEE APPLICATION OF TOGUT SEGAL & SEGAL; | 04990/JFS | 0.30 |
| 12/11/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING FOURTEENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.40 |
| 12/12/12 | COMMUNICATING WITH RICH MIZAK REGARDING THE AUDIT ISSUES. | 00952/MAD | 0.30 |
| 12/12/12 | REVIEW OF EMAIL COMMUNICATION REGARDING NORTEL RETIREE PLAN FINANCIALS. | 00952/MAD | 0.20 |
| 12/12/12 | CONFERRING WITH DOUG GREER REGARDING THE RETIREE BALLOT TEMPLATE. | 00952/MAD | 0.20 |
| 12/12/12 | REVIEW OF EMAIL COMMUNICATION FROM ROBERT YU REGARDING HRA ISSUES. | 00952/MAD | 0.20 |
| 12/12/12 | COMMUNICATING WITH RICHARD MIZAK REGARDING TRUSTEE FEES WITH RESPECT TO A VEBA. | 00952/MAD | 0.30 |
| 12/12/12 | REVIEW OF THE PRE-ENROLLMENT ELECTION | 00952/MAD | 4.00 |

121032 OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | FORM AND NOTICES AND ANALYZING THEM REGARDING THE TIMING OF THE NOTICES TO RETIREES; PREPARATION OF DETAIL COMMENTS AND MARKUP OF THE FORM AND IMPLICATION OF THE SAME; CONFERRING WITH BRIAN MOORE AND NEIL BERGER ON VARIOUS OCCASIONS DISCUSSING THE COMMENTS AND THE ANALYSIS. | | |
| 12/12/12 | EXAMINE AND ANALYZE PROPOSED CNO FOR M&E'S 14TH MONTHLY AND DRAFT, REVISE AND FINALIZE FOR FILING. | 02718/WFT | 0.30 |
| 12/12/12 | EXAMINE AND ANALYZE PROPOSED CNO FOR COMMITTEE MEMBERS 4TH REQUEST FOR REIMBURSEMENT AND DRAFT, REVISE AND FINALIZE FOR FILING. | 02718/WFT | 0.30 |
| 12/12/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE OVER LAST TWO WEEKS IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.50 |
| 12/12/12 | REVIEW AND MARK-UP OF DRAFT FORM OF CONFIDENTIAL PRE-ELECTION BALLOT. | 02298/JSK | 1.50 |
| 12/12/12 | REVIEW OF DRAFT OF PRE-ENROLLMENT ELECTION BALLET, OFFICE CONFERENCE REGARDING THE SAME, AND REVISIONS TO THE SAME. | 03651/KAB | 5.50 |
| 12/12/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING FOURTEENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 12/12/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING FOURTH FEE APPLICATION OF MEMBERS OF THE COMMITTEE; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 12/13/12 | REVIEW OF EMAIL COMMUNICATION FROM KEVIN GREGSON REGARDING THE COMPARISON OF THE NORTEL TO AETNA OFFERINGS AND CONSIDERATION OF ISSUES WITH RESPECT TO SUBSIDY AMOUNT. | 00952/MAD | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 12/13/12 | REVIEW OF INFORMATION REGARDING THE JP MORGAN AS CUSTODIAN FOR THE VEBA. | 00952/MAD | 0.30 |
| 12/13/12 | REVIEW OF THE FINANCIAL STATEMENTS OF THE NORTEL WELFARE BENEFIT PLAN AND PROVIDING DETAIL COMMENTS TO THE COMMITTEE PROFESSIONAL WITH RESPECT TO THE SAME. | 00952/MAD | 1.50 |
| 12/13/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE PLAN DESIGN FOR THE HELP REIMBURSEMENT ARRANGEMENT PLAN AND THE IMPLICATIONS FOR THE USE BY THE VEBA. | 00952/MAD | 0.80 |
| 12/13/12 | REVIEW OF COMMENTS TO SETTLEMENT AGREEMENT. | 00952/MAD | 0.50 |
| 12/13/12 | COMMUNICATING WITH RESPECT TO ISSUES RELATED TO THE DETAIL ESTIMATE FOR THE VEBA PROFESSIONAL FEES. | 00952/MAD | 0.50 |
| 12/13/12 | REVIEW OF THE REVISED DRAFT OF THE PRE ENROLLMENT ELECTION FORM; PREPARATION OF DETAILED MARK UP; COMMUNICATING WITH THE BURGER SKEL AND MORE WITH RESPECT TO THE SAME. | 00952/MAD | 1.50 |
| 12/13/12 | REVIEW CLEARY'S REVISED DRAFT OF SETTLEMENT AGREEMENT; PROVIDE COMMENTS TO MARK DANIELE REGARDING SAME. | 05237/AFK | 1.40 |
| 12/13/12 | EXAMINE AND ANALYZE RECENT FILINGS FOR POTENTIAL IMPACT ON RETIREE ISSUES. | 03706/KRB | 0.80 |
| 12/14/12 | PARTICIPATING IN CONFERENCE CALL WITH PROFESSIONALS DISCUSSING THE AETNA PROPOSAL, PRE ELECTION BALLOT AND SETTLEMENT AGREEMENT AND OTHER RELATED ISSUES. | 00952/MAD | 1.00 |
| 12/14/12 | REVIEW OF THE ESTIMATED OF THE VEBA COSTS, EDITING THE SAME AND COMMUNICATION WITH RICHARD MIZAK OF A&M. | 00952/MAD | 0.50 |
| 12/14/12 | REVIEW OF EMAILS FROM KEVIN GREGSON REGARDING THE AETNA PROPOSAL AND THE 2012-12-14 RETIREE SUBSIDY ANALYSIS - | 00952/MAD | 0.60 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | CONSIDERATION OF ISSUES RELATED TO THE SAME AND THE TIM LEOB LETTER FROM AETNA | | |
| 12/14/12 | REVIEW OF THE REVISED DRAFT OF THE PRE ENROLLMENT BALLOT, MARKING UP THE SAME AND CONSIDERATION OF LEGAL ISSUE WITH RESPECT TO THE ALTERNATIVES. | 00952/MAD | 0.80 |
| 12/15/12 | PARTICIPATING IN A LENGTHY MEETING OF THE RETIREE COMMITTEE VIA CONFERENCE CALL DISCUSSING THE SETTLEMENT AGREEMENT, THE AETNA PROPOSAL AND OTHER RELATED ISSUES. | 00952/MAD | 2.00 |
| 12/17/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE FORM OF PRE ELECTION BALLOT; PREPARING A DECISION OUTLINE AND TIME LINE WITH RESPECT TO THE SAME. | 00952/MAD | 0.80 |
| 12/17/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE VEBA TERMS AND CONDITIONS OF THE TRUST. | 00952/MAD | 0.50 |
| 12/17/12 | CORRESPOND AND UPDATE TS&S (LEAD COUNSEL TO THE COMMITTEE) RE UPDATED STATUS OF HEARING TOMORROW AND PENDING MATTERS THAT MAY NOT NEED TO GO FORWARD AND HEARING CANCELED. | 02718/WFT | 0.30 |
| 12/17/12 | EXAMINE AND ANALYZE EACH FEE APPLICATION OF M&E FOR THE PENDING QUARTERLY APPLICATION HEARING TOMORROW TO INSURE ALL APPLICATIONS AND CORRECT AND PREPARED FOR ANY QUESTIONING BY THE COURT TOMORROW. | 02718/WFT | 0.80 |
| 12/17/12 | EXAMINE AND ANALYZE AGENDA FOR HEARING TOMORROW ON FEE APPLICATIONS; CORRESPOND AND UPDATE WITH TS&S RE STATUS OF SAME. | 02718/WFT | 0.30 |
| 12/17/12 | CORRESPOND FROM AND TO THE DEBTORS ON THE UPDATED STATUS OF HEARING TOMORROW AND PENDING MATTERS THAT MAY NOT NEED TO GO FORWARD AND HEARING CANCELED. | 02718/WFT | 0.30 |
| 12/17/12 | COORDINATE AND CORRESPOND IN HOUSE AT | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | M&E RE GETTING THE COMMITTEE MEMBERS PAID FOR THEIR EXPENSES AS A FIRST PRIORITY AS DIRECTED BY LEAD COUNSEL. | | |
| 12/17/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE (WEEK OF THEM) IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.70 |
| 12/17/12 | CORRESPOND WITH TS&S (LEAD COUNSEL TO THE COMMITTEE) RE GETTING THE COMMITTEE MEMBERS PAID FOR THEIR EXPENSES AS A FIRST PRIORITY. | 02718/WFT | 0.30 |
| 12/17/12 | PREPARE TELEPHONIC APPEARANCE FOR COUNSEL FOR DECEMBER 18, 2012 HEARING; | 04990/JFS | 0.30 |
| 12/17/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING FOURTH QUARTERLY FEE APPLICATION OF TSS; | 04990/JFS | 0.50 |
| 12/17/12 | ASSIST WITH PAYMENT TO COMMITTEE MEMBERS; | 04990/JFS | 0.30 |
| 12/18/12 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MIZAK OF A&M REGARDING THE NEED FOR ACTUARIAL SERVICES. | 00952/MAD | 0.30 |
| 12/18/12 | CONFERRING WITH NEIL BERGER REGARDING LANGUAGE IN THE SETTLEMENT AGREEMENT AND ANY TAX IMPLICATIONS. | 00952/MAD | 0.40 |
| 12/18/12 | REVIEW OF EMAIL FROM STEPHANIE SKELLY FORWARDING THE THIRD VERSION OF THE PRE ENROLLMENT BALLOT AND COMMENCE INITIAL REVIEW; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 12/18/12 | REVIEW OF THE DRAFT OF THE SETTLEMENT AGREEMENT, PREPARATION OF MARKUP AND PROVIDING COMMENTS AND MARKUP TO NEIL BERGER, REVIEW OF COMMENTS BY A&M. | 00952/MAD | 1.50 |
| 12/18/12 | REVIEW CLEARY'S REVISED DRAFT OF SETTLEMENT AGREEMENT; EMAILS WITH NEIL BERGER AND MARK DANIELE REGARDING SAME. | 05237/AFK | 1.10 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 12/18/12 | EXAMINE AND ANALYZE REVISED AGENDA FOR HEARING TODAY (CANCELED); CORRESPOND AND UPDATE LEAD COUNSEL ON THE STATUS OF THE MATTER. | 02718/WFT | 0.30 |
| 12/18/12 | EXAMINE AND ANALYZE DRAFT OF PROPOSES M&E 5TH QUARTERLY FEE CNO AND DRAFT, REVISE AND FINALIZE SAME FOR FILING. | 02718/WFT | 0.30 |
| 12/18/12 | EXAMINE AND ANALYZE THE PROPOSED CNO FOR TSS 4TH QUARTERLY; EDIT AND REVISE SAME IN ORDER TO FILE AND SERVE IT TODAY. | 02718/WFT | 0.30 |
| 12/18/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING FOURTH QUARTERLY FEE APPLICATION OF TSS; | 04990/JFS | 0.30 |
| 12/18/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING FIFTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.30 |
| 12/19/12 | REVIEWING DOCUMENTATION IN PREPARATION FOR THE RETIREE COMMITTEE CALL. | 00952/MAD | 0.50 |
| 12/19/12 | REVIEW OF VARIOUS COMMENTS TO THE SETTLEMENT AGREEMENT AND CONSIDERATION OF LEGAL ISSUES RELATED TO THE SAME. | 00952/MAD | 0.50 |
| 12/19/12 | PARTICIPATING IN THE RETIREE COMMITTEE CONFERENCE CALL. | 00952/MAD | 0.80 |
| 12/19/12 | XXXX PREPARATION OF FEE APPLICATION AND REVIEW OF DOCUMENTS. | 00952/MAD | 0.50 |
| 12/19/12 | CORRESPOND (ADDITIONAL) WITH DEBTORS ON PAYMENTS THAT ARE IN LINE FOR COMMITTEE MEMBERS AND PROFESSIONALS. | 02718/WFT | 0.30 |
| 12/19/12 | CORRESPOND WITH THE DEBTORS ON TIMING ISSUES FOR COMMITTEE MEMBERS REIMBURSEMENT OF EXPENSES. | 02718/WFT | 0.30 |
| 12/19/12 | EXAMINE AND ANALYZE ORDER AND SCHEDULE FOR APPROVAL OF PROFESSIONAL SERVICES PAYMENTS TO THE PROFESSIONALS REPRESENTING THE COMMITTEE AND | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | CONTRAST WITH AMOUNTS SHOWN AS DUE IN ORDER TO MAKE SURE THE SCHEDULE COMPORTS WITH THE AMOUNTS DUE. | | |
| 12/19/12 | CORRESPOND WITH COUNSEL RE STATUS OF FEE APPLICATIONS FOR NOVEMBER TIME AND TIMING OF FILING SAME. | 02718/WFT | 0.30 |
| 12/19/12 | FURTHER AND CONTINUED CORRESPONDENCE WITH COUNSEL RE STATUS OF FEE APPLICATIONS FOR NOVEMBER TIME AND TIMING OF FILING SAME. | 02718/WFT | 0.30 |
| 12/19/12 | CONFER WITH COUNSEL REGARDING STATUS OF REIMBURSEMENT OF 20% HOLD BACK FROM FEE APPLICATIONS AND COMMITTEE MEMBERS FEE APPLICATION; | 04990/JFS | 0.30 |
| 12/19/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING FIFTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 12/19/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING CERTIFICATE OF NO OBJECTION REGARDING FOURTH QUARTERLY FEE APPLICATION OF TSS; | 04990/JFS | 0.20 |
| 12/20/12 | DRAFTING AND REVISING THE NOVEMBER M&E FEE APPLICATION AND THE UNDERLYING DOCUMENTATION IN SUPPORT OF SAME. | 02718/WFT | 1.10 |
| 12/20/12 | PREPARE FIFTEENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.70 |
| 12/20/12 | REVIEW AND CALENDAR CRITICAL DATES RELATED TO AMENDED SCHEDULING ORDER FOR HEARING ON MOTION TO TERMINATE BENEFITS; | 04990/JFS | 0.40 |
| 12/21/12 | REVIEW OF EMAIL COMMUNICATION FROM ROBERT YEE OF TOWER SWANSON REGARDING THE ALLOCATION MATRICES. | 00952/MAD | 0.30 |
| 12/21/12 | CONFERRING WITH J. W. HODER BENEFIT CONCEPTS REGARDING HRA ADMINISTRATION RELATED ISSUES. | 00952/MAD | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 12/21/12 | COMMUNICATING WITH NEIL BERGER REGARDING THE COMMENTS TO RETIREE COMMITTEE STATEMENT. | 00952/MAD | 0.30 |
| 12/21/12 | CONTINUED MARKING UP AND EDITING THE OFFICIAL STATEMENT OF RETIREE COMMITTEE. | 00952/MAD | 2.50 |
| 12/21/12 | OFFICE DISCUSSION WITH MARK DANIELE REGARDING TAX ASPECTS OF DISCLOSURE TO RETIREES. | 05237/AFK | 0.20 |
| 12/21/12 | PREPARE DRAFT OF TAX-RELATED DISCLOSURE TO RETIREES. | 05237/AFK | 0.30 |
| 12/21/12 | EXAMINE AND ANALYZE REVISED SCHEDULE FOR LITIGATION OF THE TERMINATION MOTION AND INSURE THAT ALL COUNSEL ARE AWARE OF REVISED SCHEDULE. | 02718/WFT | 0.30 |
| 12/21/12 | ADDITIONAL CORRESPONDENCE WITH ALL COUNSEL (CO COUNSEL AND OPPOSING) AND THE COURT CONCERNING A HEARING TODAY ON THE ISSUE OF SETTLEMENT AND TRIAL STATUS AND HEARINGS FOR SAME. | 02718/WFT | 0.30 |
| 12/21/12 | CORRESPOND WITH ALL COUNSEL (CO COUNSEL AND OPPOSING) ON THE ISSUE OF SETTLEMENT AND TRIAL STATUS AND HEARINGS FOR SAME. | 02718/WFT | 0.30 |
| 12/21/12 | FURTHER AND CONTINUED CORRESPONDENCE WITH ALL COUNSEL (CO COUNSEL AND OPPOSING) ON THE ISSUE OF SETTLEMENT AND TRIAL STATUS AND HEARINGS FOR SAME. | 02718/WFT | 0.30 |
| 12/21/12 | FURTHER AND CONTINUED CORRESPONDENCE WITH ALL COUNSEL (CO COUNSEL AND OPPOSING) AND THE COURT CONCERNING A HEARING TODAY ON THE ISSUE OF SETTLEMENT AND TRIAL STATUS AND HEARINGS FOR SAME. | 02718/WFT | 0.30 |
| 12/21/12 | CALL WITH ALL COUNSEL AND THE COURT TO DISCUSS SETTLEMENT AND TRIAL ISSUES FOR CASE. | 02718/WFT | 0.30 |
| 12/21/12 | DRAFT, REVISE AND FINALIZE THE M&E 15TH MONTHLY APPLICATION AND INSURE ALL | 02718/WFT | 1.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | SUPPORTING DOCUMENTATION IS PROPER; APPROVE FOR FILING AND SERVICE. | | |
| 12/21/12 | OFFICE CONFERENCE REGARDING HRAS, AND FURTHER RESEARCH REGARDING THE SAME. | 03651/KAB | 1.00 |
| 12/21/12 | REVISE AND ELECTRONICALLY FILE FIFTEENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.60 |
| 12/23/12 | CONFERRING WITH NEIL BERGER REGARDING THE SETTLEMENT AGREEMENT; REVIEW OF THE OFFICIAL STATEMENT OF RELEASES, PREPARING A MARKUP WITH COMMENTS; EMAILING MARKUP TO NEIL AND STEPHAINE AT TOGUT. | 00952/MAD | 2.00 |
| 12/23/12 | PREPARING COMMENTS AND EDITS TO THE PRE-ELECTION BALLOT AND COMMUNICATING WITH STEPHANIE SKELLY REGARDING THE SAME. | 00952/MAD | 1.50 |
| 12/26/12 | CONSIDERATION OF LEGAL ISSUES REGARDING COMMENTS BY THE RETIREES WITH RESPECT TO SIMPLIFYING THE ELECTION FORM AND REVIEW OF THE SAME. | 00952/MAD | 0.50 |
| 12/26/12 | REVIEW OF THE PRE-ENROLLMENT BALLOT, THE PROPOSED EXPENSES REGARDING VEBA ADMINISTRATION AND THE OFFICIAL STATEMENT IN PREPARATION FOR THE CONFERENCE CALL WITH THE RETIREE COMMITTEE. | 00952/MAD | 0.50 |
| 12/26/12 | PARTICIPATING IN THE RETIREE CONFERENCE CALL MEETING. | 00952/MAD | 0.90 |
| 12/26/12 | CONFERENCE CALL WITH THE PROFESSIONALS REGARDING THE UPCOMING RETIREE COMMITTEE MEETING. | 00952/MAD | 0.50 |
| 12/26/12 | CORRESPOND WITH ALL COUNSEL AND WITH THE COURT RE HEARING DETAILS FOR THE MOTION FOR SETTLEMENT PROCEDURES FOR RETIREES. | 02718/WFT | 0.30 |
| 12/26/12 | CORRESPOND WITH RETIREE COMMITTEE MEMBER (ZOLOKAR) RE REIMBURSEMENT | 02718/WFT | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
|  | STATUS OF HIS EXPENSES INCURRED IN THE CASE. |  |  |
| 12/26/12 | DRAFT REVISE THE TSS 14TH MONTHLY AND CORRESPOND WITH TSS ABOUT OMISSIONS IN SAME THAT NEED CORRECTION FOR FILING. | 02718/WFT | 0.80 |
| 12/26/12 | CORRESPOND WITH ALL COUNSEL ON NEW HEARING DATES FOR CASE FOR PROPOSED SETTLEMENT PROCEDURES TO BE USED. | 02718/WFT | 0.30 |
| 12/26/12 | FURTHER CORRESPOND WITH STAFF AND TSS RE TSS 14TH MONTHLY AND OMISSIONS IN SAME THAT NEED CORRECTION FOR FILING. | 02718/WFT | 0.20 |
| 12/26/12 | FURTHER CORRESPOND WITH ALL COUNSEL ON SELECTION OF NEW HEARING DATE FOR PROPOSED SETTLEMENT PROCEDURES MOTION. | 02718/WFT | 0.30 |
| 12/26/12 | CORRESPOND WITH RETIREE COMMITTEE MEMBER (DONAHEE) RE REIMBURSEMENT STATUS OF HIS EXPENSES INCURRED IN THE CASE. | 02718/WFT | 0.20 |
| 12/26/12 | CORRESPOND WITH RETIREE COMMITTEE MEMBER (RESNER) RE REIMBURSEMENT STATUS OF HIS EXPENSES INCURRED IN THE CASE. | 02718/WFT | 0.30 |
| 12/26/12 | CORRESPOND WITH RETIREE COMMITTEE MEMBER (HAUPT) RE REIMBURSEMENT STATUS OF HIS EXPENSES INCURRED IN THE CASE. | 02718/WFT | 0.20 |
| 12/26/12 | CORRESPONDENCE RE PROCEDURES AND TIMING FOR RETIREE SETTLEMENT PROCEEDINGS. | 03706/KRB | 0.20 |
| 12/26/12 | FINALIZE AND FILE FEE APP | 05176/C-T | 1.00 |
| 12/27/12 | REVIEW OF THE REVISED DRAFT OF THE PRE-ENROLLMENT BALLOT IN PREPARATION OF COMMENTS THERETO AND COMMUNICATING WITH NEIL BERGER REGARDING THE SAME. | 00952/MAD | 0.80 |
| 12/27/12 | PARTICIPATING IN A CONFERENCE CALL WITH THE PROFESSIONALS DISCUSSING THE PRE-ENROLLMENT BALLOT AND PROPOSED | 00952/MAD | 0.80 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | CHANGES THERETO. | | |
| 12/27/12 | REVIEW OF EMAIL COMMUNICATION FROM ROBERT YEE REGARDING THE REVISED INDIVIDUAL EXAMPLES DISPLAYING THE MEDICAL SUBSIDIES AND THE MEDICAL PLAN PREMIUMS AND THE REVISED INDIVIDUAL CLAIM FORM; CONFERRING WITH NEIL BERGER REGARDING THE SAME. | 00952/MAD | 0.50 |
| 12/27/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING THE RETIREE STATEMENT; REVIEW OF THE STATEMENT IN PREPARATION OF COMMENTS THEREIN AND COMMUNICATING WITH NEIL BERGER WITH RESPECT TO THE SAME. | 00952/MAD | 1.00 |
| 12/27/12 | REVIEW AND MARK-UP OF THE INDIVIDUAL CLAIM FORM TEMPLATE FOR ELIGIBLE RETIREES. | 00952/MAD | 0.50 |
| 12/27/12 | REVIEW OF THE REVISED DRAFT OF THE RETIREE COMMITTEE STATEMENT AND PREPARATION OF COMMENTS THERETO AND FORWARDING THEIR COMMENTS TO NEIL BERGER. | 00952/MAD | 1.00 |
| 12/27/12 | CONFERENCE CALL WITH NORTEL RETIREE COMMITTEE ADVISORS REGARDING COMMUNICATION TO RETIREES AND ELECTION FORMS AND BALLOTS RELATED TO THEIR RETIREE SETTLEMENT. | 00952/MAD | 0.90 |
| 12/27/12 | EVENING CONFERENCE CALL WITH THE PROFESSIONALS DISCUSSING THE INDIVIDUAL CLAIM FORM AND THE PROPOSED REVISIONS THERETO WHICH WILL BE ATTACHED TO THE PRE-ENROLLMENT BALLOT. | 00952/MAD | 0.70 |
| 12/27/12 | CONFERRING WITH NEIL BERGER REGARDING THE INDIVIDUAL EXAMPLES FOR THE AETNA PROPOSAL AND PROPOSED CHANGES THERETO. | 00952/MAD | 0.30 |
| 12/27/12 | CONFERRING WITH NEIL BERGER REGARDING ADDITIONAL COMMENTS TO THE INDIVIDUAL CLAIM FORM PREPARED BY TOWERS WATSON. | 00952/MAD | 0.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
| --- | --- | --- | --- |
| 12/27/12 | CONFERRING WITH ISSUES RELATED TO THE POSSIBLE ELIMINATION OF THE SECOND VOTE IN THE BALLOT AND WHETHER THE AETNA PROPOSAL MAY BE ELIMINATED PRIOR TO THE BALLOT AND CONSIDERATION OF LEGAL IMPLICATIONS OF THE SAME. | 00952/MAD | 0.50 |
| 12/28/12 | REVIEW OF EMAIL COMMUNICATION WITH RONALD WINTERS AND DOUG GREER REGARDING THE INDIVIDUAL EXAMPLES THAT THE WILL BE PROVIDING RETIREES WITH RESPECT TO THE SUBSIDY UNDER THE PROPOSED AETNA PLAN. | 00952/MAD | 0.50 |
| 12/28/12 | REVIEW OF EMAIL COMMUNICATION FROM NIEL BERGER FORWARDING THE DOCUMENTS FOR THE RETIREE COMMITTEE CALL AND REVIEW OF THE SAME. | 00952/MAD | 0.50 |
| 12/28/12 | PARTICIPATING IN A RETIREE COMMITTEE CONFERENCE CALL REGARDING THE SETTLEMENT AGREEMENT, THE OFFICIAL STATEMENT OF THE RETIREE COMMITTEE, THE INCOME OF THE PRE-ENROLLMENT BALLOT, AND THE FORM OF INDIVIDUAL STATEMENT TO PROVIDE THESE PARTICIPANTS; COMMUNICATING WITH RESPECT TO ISSUES RELATED TO SAME. | 00952/MAD | 0.60 |
| 12/28/12 | REVIEW OF THE REVISED DRAFT OF THE RETIREE DOCUMENTS INCLUDING THE SETTLEMENT AGREEMENT, THE PRE-ENROLLMENT BALLOT AND THE OFFICIAL STATEMENT AND THE INDIVIDUAL CLAIM TEMPLATE; PREPARING MARKUP OF EACH. | 00952/MAD | 1.00 |
| 12/28/12 | REVIEW OF NUMEROUS EMAIL FROM A& M PROFESSIONALS REGARDING THE CALCULATIONS OF THE RETIREE SUBSIDY AND THE PROPORTIONATE SHARE OF THE TOTAL SETTLEMENT. CONSIDERATION OF LEGAL ISSUES RELATED TO THE SAME | 00952/MAD | 0.50 |
| 12/31/12 | CONFERRING WITH NEIL BERGER REGARDING CHANGES TO THE REFERENCE TO THE SUBSTITUTE MEDICAL PLAN IN THE RETIREE STATEMENT AND CHANGING IT TO THE VEBA'S MEDICAL PLAN. | 00952/MAD | 0.30 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 12/31/12 | EXAMINE AND ANALYZE REVISED PROPOSED TS&S 14TH MONTHLY FEE APPLICATION; FINALIZE AND APPROVE SAME FOR FILING AND SERVICE. | 02718/WFT | 0.50 |
| 12/31/12 | EXAMINE AND ANALYZE COURT NOTICE OF ACCEPTANCE OF THE TS&S 14TH MONTHLY FEE APPLICATION; CORRESPOND AND UPDATE TS&S RE STATUS OF SAME. | 02718/WFT | 0.30 |
| 12/31/12 | CONSIDERATIONS WITH RESPECT TO VEBA GOVERNANCE ISSUES. | 03651/KAB | 0.50 |
| 12/31/12 | INITIAL CONSIDERATIONS WITH RESPECT TO FORM 1024 VEBA FILING AND PREPARATION OF THE SAME. | 03651/KAB | 1.00 |
| | TOTAL HOURS: | | 97.00 |

**TOTAL FEES**.......................................................................................... $46,533.50
**TOTAL DISBURSEMENTS**.....................................................................    462.65

**TOTAL DUE THIS INVOICE** ................................................................. $46,996.15

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**          $133,655.50

**TOTAL AMOUNT DUE AS OF THIS INVOICE**              $180,651.65

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

|  |  |  | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 19.50 Hours @ | 525.00 | 10,237.50 |
| 00952 | MARK A. DANIELE | PARTNER | 53.80 Hours @ | 525.00 | 28,245.00 |
| 05237 | ALAN F. KORNSTEIN | PARTNER | 3.40 Hours @ | 520.00 | 1,768.00 |
| 02298 | JANE S. KIMBALL | SPEC COUNSEL | 1.50 Hours @ | 400.00 | 600.00 |
| 03651 | KEVIN A. BROWN | ASSOCIATE | 8.00 Hours @ | 395.00 | 3,160.00 |
| 03706 | KATE R. BUCK | ASSOCIATE | 1.60 Hours @ | 320.00 | 512.00 |
| 04585 | BRETT D. KAHN | ASSOCIATE | 0.70 Hours @ | 305.00 | 213.50 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 7.50 Hours @ | 215.00 | 1,612.50 |
| 05176 | CARRIE TAYLOR | PARALEGAL | 1.00 Hours @ | 185.00 | 185.00 |
| **ATTORNEY TOTALS:** |  |  | **97.00** |  | **46,533.50** |