# **EXHIBIT B**

ME1 14850829v.1

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 12/21/2012 | PHOTOCOPIES | 44.10 | |
| 12/26/2012 | PHOTOCOPIES | 3.15 | |
| 12/28/2012 | PHOTOCOPIES | 1.05 | |
| | **Total For: PHOTOCOPIES** | | **48.30** |
| 12/05/2012 | PHOTOCOPIES | 6.60 | |
| 12/12/2012 | PHOTOCOPIES | 0.60 | |
| 12/12/2012 | PHOTOCOPIES | 3.60 | |
| 12/26/2012 | PHOTOCOPIES | 148.50 | |
| | **Total For: PHOTOCOPIES** | | **159.30** |
| 12/23/2012 | DOCUMENT SCANNING EXPENSE TO SEND DOCUMENTS WITH COMMENTS TO NEIL BERGER TOTALING $9.08 | 9.08 | |
| | **Total For: OUTSIDE PHOTOCOPY SERVICES** | | **9.08** |
| 12/12/2012 | POSTAGE POSTAGE | 7.70 | |
| 12/21/2012 | POSTAGE POSTAGE | 16.10 | |
| 12/26/2012 | POSTAGE POSTAGE | 35.28 | |
| 12/28/2012 | POSTAGE POSTAGE | 1.30 | |
| | **Total For: POSTAGE** | | **60.38** |
| 11/09/2012 | TELEPHONIC COURT APPEARANCE | 44.00 | |
| | **Total For: SERVICES** | | **44.00** |
| 10/04/2012 | FEDERAL EXPRESS Delivery to: CURTIS BARLOW INFORMATION NOT SUPPLIED Tracking #: 799123496988 | 16.59 | |
| 10/05/2012 | FEDERAL EXPRESS Delivery to: Catherine Moreton Gray McCarter & English LLP Tracking #: 799123504762 | 13.69 | |
| 12/26/2012 | FEDERAL EXPRESS Delivery to: Susan Kane INFORMATION NOT SUPPLIED Tracking #: 794393576864 | 19.45 | |
| 12/26/2012 | FEDERAL EXPRESS Delivery to: John T Zalokar INFORMATION NOT SUPPLIED Tracking #: 794393607606 | 19.45 | |
| 12/26/2012 | FEDERAL EXPRESS Delivery to: Michael Ressner INFORMATION NOT SUPPLIED Tracking #: 794393652403 | 17.53 | |
| 12/26/2012 | FEDERAL EXPRESS Delivery to: Mark M Haupt, Sr INFORMATION NOT SUPPLIED Tracking #: 794393689157 | 18.33 | |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| | | |
|---|---|---:|
| 12/28/2012 | FEDERAL EXPRESS Delivery to: Gary Donahee INFORMATION NOT SUPPLIED Tracking #: 794407249185 | 36.55 |
| | **Total For: FEDERAL EXPRESS** | **141.59** |

**TOTAL DISBURSEMENTS** ............................................................ **$462.65**