# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 1/23/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Neil Berger | Togut, Segal & Segal LLP | Retiree Committee |
| Stephanie Skelly | Togut Segal & Segal LLP | Retiree Committee |
| Maris Kandestin | Young Conaway Stargatt - Taylor | UK Joint Administrators |
| William Taylor | McCarter & English | Retirees |
| Mark Daniele | " | " |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Brendan Gibbon | Cleary Gottlieb Steen & Hamilton | " |
| Lisa Schweitzer | " | " |
| Megan Fleming | " | " |
| Thomas Matz | Milbank Tweed | Bondholder Group |
| Fred Hodara | Akin Gump | Comm. Hse |
| Lisa Beckerman | " | " |
| David Bucchi | " | " |
| Chris Samis | Roberts, Layton | " |
| Mark Kenny | U.S. Trustee | US Trustee |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 1/23/13

(2)

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rafael Zahralddin | Elliott Greenleaf | LTD Comttee |
| Robert Keach | Bernstein Shur | Ad Hoc Committee of Retired Employees |
| Bonnie Fatell | Blank Rome | Diutsel Corp Employees |


Case 09-10138-MFW    Doc 9322-1    Filed 01/23/13    Page 3 of 4

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 01/23/2013
Calendar Time: 11:00 AM ET

Amended Calendar 01/22/2013 03:47 PM

Page 1 of 3

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Susan S. Chen | | Macquarie Capital (USA), Inc. | In Propria Persona, Susan S. Chen / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Commitee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Craig W. Dent | | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Paul McDonald | | Bernstein Shur Sawyer & Nelson | Creditor, Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Dennis Ruggere | | UBS Securities LLC | Creditor, UBS / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Hondo Sen | | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |


Peggy Drasal ext. 802                    CourtConfCal2012                    Page 1 of 3

| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Rebecca J. Song | Citi Capital Advisors | Interested Party, Citi Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |