SCHEDULE 1

Individual Distributions

| Employee ID | Greater of 97% Petition Date Balance and 73.65% Termination Date Balance |
|---|---|
| 806025 | $27,714.52 |
| 4721482 | $15,563.92 |
| 1552837 | $143,047.77 |
| 142575 | $4,827.30 |
| 4710636 | $257,143.30 |
| 133837 | $130,658.61 |
| 140653 | $177,123.63 |
| 187804 | $125,338.65 |
| 5091768 | $45,354.34 |
| 190649 | $205,771.01 |
| 1382203 | $141,374.52 |
| 528437 | $33,259.11 |
| 1523052 | $19,299.75 |
| 204685 | $106,614.02 |
| 131228 | $9,993.62 |
| 5088746 | $12,257.77 |
| 201678 | $19,976.95 |
| 187883 | $41,283.40 |
| 182514 | $7,726.11 |
| 5081088 | $41,076.92 |
| 4713630 | $12,808.02 |
| 5086970 | $470,124.76 |
| 1659101 | $65,880.06 |
| 192459 | $76,488.51 |
| 190205 | $32,193.41 |
| 191682 | $66,874.44 |
| 1513137 | $123,760.13 |
| 140089 | $188,944.59 |
| 205158 | $67,111.85 |
| 1507604 | $63,910.10 |
| 478620 | $13,613.26 |
| 286646 | $265,011.56 |
| 188535 | $2,622.40 |
| 193429 | $44,976.58 |
| 4722479 | $18,290.77 |
| 196007 | $173,466.06 |
| 60715 | $17,273.94 |
| 1587057 | $129,749.07 |
| 503352 | $60,327.03 |
| 1585787 | $40,569.89 |
| 187468 | $9,590.64 |
| 467001 | $74,042.85 |
| 531972 | $9,326.28 |

| Employee ID | Greater of 97% Petition Date Balance and 73.65% Termination Date Balance |
|---|---|
| 1542759 | $165,730.32 |
| 466754 | $22,907.17 |
| 4721921 | $9,678.26 |
| 191830 | $127,835.49 |
| 509539 | $30,134.94 |
| 200372 | $115,243.31 |
| 4712024 | $16,224.00 |
| 245910 | $12,907.76 |
| 242114 | $10,637.07 |
| 200945 | $217,299.24 |
| 4726450 | $69,727.82 |
| 1644236 | $8,112.58 |
| 483882 | $16,652.32 |
| 465306 | $37,160.65 |
| 146213 | $383,921.23 |
| 215745 | $578,654.04 |
| 4715473 | $72,140.48 |
| 200492 | $92,138.17 |
| 197964 | $331,094.85 |
| 5020551 | $57,977.78 |
| 1504848 | $2,679.50 |
| 2874691 | $13,111.72 |
| 244551 | $26,340.33 |
| 244575 | $330,065.62 |
| 200923 | $76,065.73 |
| 137173 | $150,367.51 |
| 233172 | $155,131.03 |
| 5081138 | $66,557.13 |
| 100276 | $364,954.78 |
| 87960 | $90,403.11 |
| 192348 | $76,032.32 |
| 249098 | $229,785.96 |
| 201270 | $43,808.41 |
| 4724437 | $219,732.38 |
| 192977 | $24,210.34 |
| 4722769 | $117,232.95 |
| 4721893 | $75,879.77 |
| 147803 | $363,865.76 |
| 4724537 | $11,791.81 |
| 191795 | $22,249.37 |
| 508522 | $7,686.00 |
| 201087 | $39,174.96 |
| 4725960 | $49,930.35 |

| Employee ID | Greater of 97% Petition Date Balance and 73.65% Termination Date Balance |
|---|---|
| 4734209 | $7,244.93 |
| 1107365 | $492,145.08 |
| 246095 | $74,415.02 |
| 223719 | $646,537.56 |
| 191898 | $83,751.29 |
| 4722261 | $65,834.38 |
| 1595826 | $51,524.39 |
| 190384 | $286,155.00 |
| 213915 | $4,210.19 |
| 190528 | $81,252.15 |
| 193442 | $5,229.44 |
| 195871 | $47,828.62 |
| 186437 | $16,441.73 |
| 141689 | $14,784.21 |
| 4726100 | $241,787.30 |
| 4713044 | $31,325.79 |
| 242813 | $39,018.62 |
| 512905 | $44,219.13 |
| 3201837 | $38,599.18 |
| 194737 | $153,327.27 |
| 135984 | $306,392.42 |
| 1604749 | $255,861.32 |
| 205621 | $29,332.17 |
| 1627977 | $72,121.35 |
| 233373 | $22,057.59 |
| 503674 | $103,573.33 |
| 46857 | $40,056.44 |
| 4722966 | $14,827.53 |
| 135230 | $2,807.96 |
| 4724354 | $27,038.86 |
| 190402 | $14,173.46 |
| 188598 | $27,884.20 |
| 121757 | $25,481.39 |
| 525403 | $18,280.38 |
| 187918 | $107,293.14 |
| 531057 | $18,646.95 |
| 1646864 | $305,502.30 |
| 1645482 | $56,041.49 |
| 1586144 | $46,027.32 |
| 4734545 | $23,989.79 |
| 207339 | $38,784.70 |
| 4726904 | $50,201.81 |
| 320660 | $279,092.88 |

| Employee ID | Greater of 97% Petition Date Balance and 73.65% Termination Date Balance |
|---|---|
| 505859 | $175,689.45 |
| 189067 | $92,110.62 |
| 213451 | $279,481.48 |
| 5088844 | $27,725.16 |
| 5068075 | $1,966.82 |
| 286565 | $274,724.75 |
| 4722617 | $291,528.93 |
| 474332 | $10,587.07 |
| 1750992 | $112,999.49 |
| 473736 | $17,619.96 |
| 188602 | $471,210.47 |
| 533312 | $68,065.01 |
| 1587399 | $30,618.43 |
| 147889 | $31,804.60 |
| 5087572 | $8,898.39 |
| 173780 | $9,496.16 |
| 524110 | $167,851.26 |
| 1663884 | $194,629.84 |
| 130939 | $95,998.83 |
| 139158 | $151,050.50 |
| 4722462 | $188,867.71 |
| 5087105 | $3,592.82 |
| 4721360 | $125,478.15 |
| 1637788 | $24,325.06 |
| 191297 | $107,674.81 |
| 140279 | $101,289.35 |
| 191860 | $20,275.24 |
| 511708 | $290,563.91 |
| 230561 | $36,321.46 |
| 4710786 | $45,616.10 |
| 6408827 | $50,992.95 |
| 1625958 | $21,215.55 |
| 4711940 | $57,916.00 |
| 5075415 | $35,157.75 |
| 4724256 | $19,805.05 |
| 324427 | $49,301.61 |
| 4710286 | $376,483.77 |
| 1520257 | $110,105.48 |
| 202917 | $204,051.84 |
| 191692 | $125,501.70 |
| 4711909 | $155,429.10 |
| 4713761 | $102,083.87 |
| 204937 | $15,175.32 |

| Employee ID | Greater of 97% Petition Date Balance and 73.65% Termination Date Balance |
|---|---|
| 4714673 | $39,268.49 |
| 4714175 | $5,674.90 |
| 1504964 | $71,120.47 |
| 5091201 | $24,427.97 |
| 211651 | $137,646.85 |
| 5086863 | $84,100.13 |
| 1668264 | $14,118.06 |
| 511416 | $860,770.32 |
| 247833 | $35,982.38 |
| 102043 | $88,875.07 |
| 241855 | $546,095.81 |
| 475966 | $188,159.44 |
| 200900 | $29,002.27 |
| 138899 | $221,087.19 |
| 1341000 | $752,700.56 |
| 1525436 | $19,906.31 |
| 1587413 | $112,459.89 |
| 113809 | $107,842.50 |
| 525029 | $11,300.07 |
| 201711 | $62,453.71 |
| 4727237 | $17,935.97 |
| 5085021 | $5,731.74 |
| 244098 | $17,828.45 |
| 4715860 | $66,859.36 |
| 2874808 | $66,193.07 |
| 119861 | $24,551.41 |
| 4723571 | $81,021.14 |
| 142045 | $116,980.17 |
| 5087192 | $9,472.77 |
| 207654 | $31,502.74 |
| 139020 | $21,830.94 |
| 4721911 | $14,665.45 |
| 186584 | $330,147.24 |
| 5095132 | $3,725.59 |
| 4710605 | $319,514.93 |
| 533248 | $26,303.02 |
| 5025671 | $29,064.66 |
| 191965 | $22,944.57 |
| 187096 | $18,259.14 |
| 324489 | $128,744.85 |
| 4725851 | $47,122.21 |
| 185668 | $32,159.29 |
| 4721817 | $52,385.98 |

| Employee ID | Greater of 97% Petition Date Balance and 73.65% Termination Date Balance |
|---|---|
| 2930865 | $343,345.26 |
| 4727314 | $29,501.96 |
| 526035 | $2,961.05 |
| 466625 | $8,586.58 |
| 141067 | $223,359.85 |
| 197019 | $13,380.95 |
| 211278 | $105,730.07 |
| 5032626 | $14,624.56 |
| 191747 | $13,702.10 |
| 1542304 | $34,966.00 |
| 4712086 | $111,629.25 |
| 191660 | $8,710.64 |
| 4726035 | $30,299.62 |
| 4722647 | $33,296.34 |
| 4734218 | $26,918.24 |
| 139739 | $17,083.95 |
| 192297 | $39,335.47 |
| 525637 | $35,573.73 |
| 186944 | $13,679.40 |
| 187050 | $306,477.23 |
| 4715986 | $16,198.09 |
| 1669774 | $22,949.91 |
| 1543407 | $81,273.54 |
| 189355 | $28,904.67 |
| 4725593 | $277,754.85 |
| 244184 | $17,120.91 |
| 5094112 | $1,440.76 |
| 197751 | $5,256.84 |
| 190514 | $124,829.84 |
| 5089244 | $117,128.52 |
| 139889 | $10,028.40 |
| 189074 | $103,028.68 |
| 521427 | $32,436.82 |
| 201509 | $72,497.65 |
| 481245 | $126,235.70 |
| 202782 | $165,336.13 |
| 4713838 | $22,166.48 |
| 5093206 | $16,101.25 |
| 142150 | $16,668.31 |
| 243079 | $4,049.14 |
| 1359306 | $29,382.25 |
| 206135 | $32,846.72 |
| 202030 | $17,465.66 |

| Employee ID | Greater of 97% Petition Date Balance and 73.65% Termination Date Balance |
|---|---|
| 193515 | $120,193.01 |
| 4722289 | $14,184.98 |
| 245192 | $12,192.01 |
| 133714 | $99,020.25 |
| 191920 | $96,187.33 |
| 94386 | $37,587.10 |
| 4727327 | $65,300.56 |
| 4737002 | $24,242.80 |
| 4726495 | $49,990.50 |
| 770437 | $55,663.79 |
| 247865 | $80,563.68 |
| 193337 | $1,623.14 |
| 4711791 | $152,320.60 |
| 4723554 | $32,578.55 |
| 140057 | $207,561.76 |
| 5076142 | $41,904.66 |
| 189317 | $54,966.31 |
| 232780 | $93,826.90 |
| 522278 | $11,521.38 |
| 4726654 | $11,886.01 |
| 146142 | $5,397.18 |
| 244561 | $6,666.68 |
| 524652 | $26,576.56 |
| 139859 | $80,228.42 |
| 533365 | $34,137.55 |
| 528474 | $123,313.12 |
| 4722400 | $165,842.51 |
| 192995 | $76,593.89 |
| 5085567 | $13,245.99 |
| 320680 | $656,641.58 |
| 244200 | $29,264.18 |
| 191880 | $75,415.80 |
| 509548 | $40,382.85 |
| 1573351 | $11,181.65 |
| 4723493 | $43,701.94 |
| 1512694 | $292,325.08 |
| 195812 | $54,767.29 |
| 243083 | $610,781.46 |
| 141164 | $66,294.85 |
| 5095801 | $1,825.28 |
| 247110 | $28,623.01 |
| 4710158 | $292,827.96 |
| 4723471 | $21,808.66 |

| Employee ID | Greater of 97% Petition Date Balance and 73.65% Termination Date Balance |
|---|---|
| 5085120 | $45,677.30 |
| 4710803 | $24,479.03 |
| 201567 | $123,613.14 |
| 245942 | $56,929.28 |
| 1645847 | $83,743.80 |
| 158120 | $69,752.75 |
| 130020 | $68,642.91 |
| 533416 | $8,097.32 |
| 187708 | $46,878.12 |
| 232299 | $38,059.74 |
| 189558 | $26,510.39 |
| 196991 | $8,550.84 |
| 4714697 | $695,379.59 |
| 467390 | $28,870.95 |
| 4722750 | $90,860.17 |
| 5022472 | $62,596.97 |
| 1609536 | $79,687.82 |
| 186527 | $104,797.48 |
| 1682388 | $52,917.44 |
| 1587262 | $17,850.84 |
| 4711942 | $52,135.76 |
| 506216 | $23,438.48 |
| 5036337 | $35,696.23 |
| 135129 | $29,865.85 |
|  | $31,166,369.13 |