**Exhibit 5**

**Templates**

## Exhibit "1" Confidential Individual Claim Form

### INDIVIDUAL DATA[1]

Name: John Doe

| Demographic and Employment Data | |
|---|---|
| Nortel ID Number | XXXXXXXX |
| Participant Date Of Birth | MM/DD/YYYY |
| Spouse Date Of Birth | MM/DD/YYYY |
| Retirement Date | MM/DD/YYYY |
| Years Of Service Toward Retiree Benefits | XX |
| Retired Under Restructuring Program[2] | [Yes/No] |

| Existing Retiree Benefits | |
|---|---|
| Retirement Program[3] | [Balanced, Traditional, Traditional Grandfathered, Investor] |
| Medical Benefit Coverage Level | [None, Participant Only, Participant & Spouse, Participant & Child, Family, Surviving Spouse, Surviving Spouse & Family] |
| Life Insurance Benefit Amount | [None, $10,000 or $35,000] |
| Long-Term Care Benefit | [Retiree only: up to $100 per day up to a lifetime maximum of $180,000 or Retiree & spouse: up to $70 per day for retiree & spouse up to a combined lifetime maximum of $125,000] |

### ILLUSTRATIONS

I.  **If The Election Threshold Is Met, The VEBA Sponsored Medical Plan Is Offered And You Choose To Enroll In The VEBA Sponsored Medical Plan:[4]**

    A.  **Your medical subsidy amount is projected to be as illustrated in the "Amount Payable by VEBA" columns of the table below:**

| Medical Subsidy Amount *(in $ per month)* | | | | |
|---|---|---|---|---|
| | Subsidy Provided by Nortel Under Retiree Welfare Plans | | Projected Subsidy Amount Payable by VEBA[5] | |
| | If Pre-Medicare | If Medicare Eligible | If Pre-Medicare | If Medicare Eligible |
| **For You** (Found on Page XX) | | | | |
| **For Your Dependents** (Found on Page XX) | | | | |

---

[1]  The Retiree Committee relied upon individual data, including demographic and employment data and information concerning Nortel- sponsored benefits, including costs and subsidies, that the Debtors provided to the Retiree Committee.

[2]  "Yes" denotes retirement at age 50-54 in the 1995/96 Retirement Enhancement Program, in the 1998 Early Retirement Incentive Program, or under a similar program in 2000/2001.

[3]  Denotes the previously available Nortel Capital Accumulation and Retirement Program ("CARP") that you participated in and that governs your eligibility for and subsidy toward medical benefits.

[4]  If the election threshold is met, the VEBA Sponsored Medical Plan is offered and you choose not to enroll in the VEBA Sponsored Medical Plan, you will WAIVE your Medical Claim for all purposes.

[5]  The projected subsidy amount to be paid by the VEBA ("VEBA Medical Subsidy") is determined by multiplying the subsidy previously provided by Nortel ("Nortel Medical Subsidy") by [XX]% (the "Subsidy Ratio"). The Subsidy Ratio is equal to the Total Settlement Amount divided by the Total Claim Value and is the same for every retiree and dependent.

B. **The VEBA Medical Subsidy Will Be Used By The VEBA To Pay A Portion Of Your Monthly Health Insurance Premium as Illustrated Below:**

| VEBA Sponsored Medical Plan Cost *(examples shown in $ per month)* | | |
|---|---|---|
| | **Example 1**<br>**(If Pre-Medicare)**<br>*See Note A Below* | **Example 2**<br>**(If Medicare Eligible)**<br>*See Note B Below* |
| **For You**<br>Gross Cost (Before Subsidy) | $XXX.XX | $XXX.XX |
| Less Projected Subsidy<br>Amount Payable by VEBA | XXX.XX | XXX.XX |
| Net Cost to You (After Subsidy) | $XXX.XX | $XXX.XX |
| **For Your Dependents**<br>Gross Cost (Before Subsidy) | $XXX.XX | $XXX.XX |
| Less Projected Subsidy<br>Amount Payable by VEBA | XXX.XX | XXX.XX |
| Net Cost to You (After Subsidy) | $XXX.XX | $XXX.XX |

Note A:  Example A assumes ZZ medical plan and YY pharma plan.

Note B:  Example B assumes WW medical plan and VV pharma plan.

Note C:  The rates and provisions provided here are for illustrative purposes only and do not constitute any assurance or solicitation of insurance coverage. Rates and provisions may be subject to change or availability based upon the results of the pre-enrollment election ballot and underwriting guidelines set by [Insurance Co.].

C. **In Addition, The Following Amounts Will Be Funded To A Health Reimbursement Arrangement/Account ("HRA") In Your Favor:**

| Benefit Type | Expected Settlement Value | Found on Page |
|---|---|---|
| Life Insurance | $x,xxx | YY |
| Long-Term Care | $x,xxx | YY |
| Total | $x,xxx | |

II. **If The Election Threshold Is Not Met, The VEBA Sponsored Medical Plan Will Not Be Offered And Your Settlement Value Will Be Funded To An HRA in Your Favor:**

| Claim Type | Settlement Value | Found on Page |
|---|---|---|
| Your Medical Claim | $x,xxx | YY |
| Your Dependents' Medical Claim | $x,xxx | YY |
| Life Insurance Claim | $x,xxx | YY |
| Long-Term Care Claim | $x,xxx | YY |
| Total Settlement Value | $x,xxx | |

Your expected total Settlement Value equals your allocated share of the total Settlement Amount (currently $66.879M).



**Traditional Retirement Program without Grandfathered Status**
**Settlement Amount Allocated on Account of a Female Participant**

Years of Service

| Year of Birth | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1914 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1915 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1916 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1917 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1918 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1919 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1920 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1921 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1922 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1923 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1924 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1925 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1926 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1927 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1928 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1929 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1930 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1931 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1932 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1933 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1934 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1935 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1936 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1937 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1938 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1939 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1940 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1941 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1942 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1943 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1944 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1945 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1946 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1947 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1948 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1949 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1950 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1951 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1952 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1953 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1954 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1955 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1956 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1957 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1958 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1959 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1960 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1961 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1962 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1963 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1964 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1965 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1966 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1967 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1968 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1969 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1970 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1971 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1972 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1973 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1974 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1975 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1976 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1977 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1978 | | | | | | | | | | | | | | | | | | | | | | | | | |

DRAFT



Traditional Retirement Program without Grandfathered Status
Settlement Amount Allocated on Account of a Surviving Spouse of a Female Participant
Years of Service



**Traditional Retirement Program without Grandfathered Status**
**Settlement Amount Allocated on Account of a Spouse of a Male Participant**

Year of Birth: 1914, 1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1923, 1924, 1925, 1926, 1927, 1928, 1929, 1930, 1931, 1932, 1933, 1934, 1935, 1936, 1937, 1938, 1939, 1940, 1941, 1942, 1943, 1944, 1945, 1946, 1947, 1948, 1949, 1950, 1951, 1952, 1953, 1954, 1955, 1956, 1957, 1958, 1959, 1960, 1961, 1962, 1963, 1964, 1965, 1966, 1967, 1968, 1969, 1970, 1971, 1972, 1973, 1974, 1975, 1976, 1977, 1978

Years of Service: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25

DRAFT



Traditional Retirement Program with Grandfathered Status and Retirement Date before May 1, 2000 - Retirement Program
Settlement Amount Allocated on Account of a Female Participant



Traditional Retirement Program with Grandfathered Status and Retirement Date before May 1, 2000 - Retirement Program
Settlement Amount Allocated on Account of a Surviving Spouse of a Female Participant

| Year of Birth | Years of Service | | | | | | | | | | | | | | | | | | | | | | | | |
|---|1|2|3|4|5|6|7|8|9|10|11|12|13|14|15|16|17|18|19|20|21|22|23|24|25|
| 1914 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1915 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1916 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1917 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1918 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1919 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1920 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1921 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1922 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1923 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1924 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1925 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1926 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1927 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1928 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1929 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1930 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1931 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1932 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1933 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1934 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1935 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1936 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1937 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1938 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1939 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1940 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1941 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1942 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1943 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1944 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1945 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1946 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1947 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1948 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1949 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1950 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1951 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1952 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1953 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1954 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1955 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1956 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1957 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1958 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1959 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1960 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1961 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1962 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1963 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1964 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1965 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1966 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1967 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1968 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1969 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1970 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1971 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1972 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1973 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1974 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1975 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1976 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1977 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1978 | | | | | | | | | | | | | | | | | | | | | | | | | |



Traditional Retirement Program with Grandfathered Status and Retirement Date before May 1, 2000 - Retirement Program
Settlement Amount Allocated on Account of a Spouse of a Male Participant

Years of Service

| Year of Birth | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1914 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1915 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1916 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1917 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1918 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1919 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1920 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1921 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1922 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1923 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1924 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1925 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1926 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1927 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1928 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1929 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1930 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1931 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1932 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1933 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1934 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1935 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1936 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1937 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1938 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1939 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1940 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1941 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1942 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1943 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1944 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1945 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1946 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1947 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1948 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1949 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1950 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1951 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1952 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1953 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1954 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1955 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1956 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1957 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1958 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1959 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1960 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1961 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1962 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1963 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1964 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1965 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1966 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1967 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1968 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1969 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1970 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1971 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1972 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1973 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1974 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1975 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1976 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1977 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1978 | | | | | | | | | | | | | | | | | | | | | | | | | |

DRAFT





Traditional Retirement Program with Grandfathered Status and Retirement Date after May 1, 2000 - Retirement Program
Settlement Amount Allocated on Account of a Surviving Spouse of a Female Participant

Years of Service

| Year of Birth | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1914 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1915 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1916 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1917 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1918 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1919 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1920 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1921 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1922 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1923 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1924 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1925 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1926 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1927 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1928 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1929 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1930 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1931 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1932 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1933 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1934 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1935 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1936 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1937 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1938 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1939 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1940 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1941 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1942 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1943 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1944 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1945 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1946 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1947 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1948 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1949 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1950 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1951 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1952 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1953 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1954 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1955 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1956 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1957 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1958 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1959 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1960 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1961 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1962 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1963 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1964 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1965 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1966 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1967 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1968 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1969 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1970 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1971 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1972 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1973 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1974 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1975 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1976 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1977 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1978 | | | | | | | | | | | | | | | | | | | | | | | | | |

DRAFT



Traditional Retirement Program with Grandfathered Status and Retirement Date after May 1, 2000 - Retirement Program
Settlement Amount Allocated on Account of a Spouse of a Male Participant

Year of
Birth

Years of Service
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25

1914 1915 1916 1917 1918 1919 1920 1921 1922 1923 1924 1925 1926 1927 1928 1929 1930 1931 1932 1933 1934 1935 1936 1937 1938 1939 1940 1941 1942 1943 1944 1945 1946 1947 1948 1949 1950 1951 1952 1953 1954 1955 1956 1957 1958 1959 1960 1961 1962 1963 1964 1965 1966 1967 1968 1969 1970 1971 1972 1973 1974 1975 1976 1977 1978



Balanced Retirement Program - Retirement Program
Settlement Amount Allocated on Account of a Female Participant



Balanced Retirement Program - Retirement Program
Settlement Amount Allocated on Account of a Surviving Spouse of a Female Participant

Years of Service

| Year of Birth | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1914 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1915 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1916 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1917 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1918 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1919 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1920 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1921 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1922 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1923 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1924 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1925 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1926 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1927 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1928 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1929 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1930 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1931 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1932 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1933 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1934 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1935 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1936 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1937 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1938 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1939 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1940 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1941 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1942 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1943 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1944 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1945 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1946 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1947 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1948 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1949 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1950 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1951 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1952 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1953 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1954 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1955 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1956 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1957 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1958 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1959 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1960 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1961 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1962 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1963 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1964 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1965 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1966 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1967 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1968 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1969 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1970 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1971 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1972 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1973 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1974 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1975 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1976 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1977 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1978 | | | | | | | | | | | | | | | | | | | | | | | | | |

DRAFT



Balanced Retirement Program - Retirement Program
Settlement Amount Allocated on Account of a Spouse of a Male Participant
Years of Service

| Year of Birth | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1914 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1915 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1916 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1917 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1918 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1919 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1920 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1921 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1922 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1923 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1924 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1925 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1926 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1927 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1928 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1929 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1930 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1931 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1932 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1933 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1934 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1935 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1936 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1937 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1938 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1939 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1940 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1941 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1942 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1943 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1944 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1945 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1946 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1947 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1948 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1949 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1950 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1951 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1952 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1953 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1954 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1955 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1956 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1957 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1958 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1959 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1960 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1961 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1962 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1963 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1964 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1965 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1966 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1967 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1968 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1969 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1970 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1971 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1972 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1973 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1974 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1975 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1976 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1977 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1978 | | | | | | | | | | | | | | | | | | | | | | | | | |

**Life Insurance Program - Settlement Amount Allocated to HRA**

| Year of Birth | Female Participant | | Male Participant | |
|---|---|---|---|---|
| | $10,000 Benefit | $35,000 Benefit | $10,000 Benefit | $35,000 Benefit |
| 1914 | | | | |
| 1915 | | | | |
| 1916 | | | | |
| 1917 | | | | |
| 1918 | | | | |
| 1919 | | | | |
| 1920 | | | | |
| 1921 | | | | |
| 1922 | | | | |
| 1923 | | | | |
| 1924 | | | | |
| 1925 | | | | |
| 1926 | | | | |
| 1927 | | | | |
| 1928 | | | | |
| 1929 | | | | |
| 1930 | | | | |
| 1931 | | | | |
| 1932 | | | | |
| 1933 | | | | |
| 1934 | | | | |
| 1935 | | | | |
| 1936 | | | | |
| 1937 | | | | |
| 1938 | | | | |
| 1939 | | | | |
| 1940 | | | | |
| 1941 | | | | |
| 1942 | | | | |
| 1943 | | | | |
| 1944 | | | | |
| 1945 | | | | |
| 1946 | | | | |
| 1947 | | | | |
| 1948 | | | | |
| 1949 | | | | |
| 1950 | | | | |
| 1951 | | | | |
| 1952 | | | | |
| 1953 | | | | |
| 1954 | | | | |
| 1955 | | | | |
| 1956 | | | | |
| 1957 | | | | |
| 1958 | | | | |
| 1959 | | | | |
| 1960 | | | | |
| 1961 | | | | |
| 1962 | | | | |
| 1963 | | | | |
| 1964 | | | | |
| 1965 | | | | |
| 1966 | | | | |
| 1967 | | | | |
| 1968 | | | | |
| 1969 | | | | |
| 1970 | | | | |
| 1971 | | | | |
| 1972 | | | | |
| 1973 | | | | |
| 1974 | | | | |
| 1975 | | | | |
| 1976 | | | | |
| 1977 | | | | |
| 1978 | | | | |

DRAFT



**Long Term Care Insurance Program - Settlement Amount Allocated to HRA**
**Male Participant**

| Year of Birth | Participant Benefit | | Spouse Benefit | Surviving Spouse Benefit |
|---|---|---|---|---|
| | $125,000 Maximium | $180,000 Maximium | $125,000 Maximum | $125,000 Maximum |
| 1914 | | | | |
| 1915 | | | | |
| 1916 | | | | |
| 1917 | | | | |
| 1918 | | | | |
| 1919 | | | | |
| 1920 | | | | |
| 1921 | | | | |
| 1922 | | | | |
| 1923 | | | | |
| 1924 | | | | |
| 1925 | | | | |
| 1926 | | | | |
| 1927 | | | | |
| 1928 | | | | |
| 1929 | | | | |
| 1930 | | | | |
| 1931 | | | | |
| 1932 | | | | |
| 1933 | | | | |
| 1934 | | | | |
| 1935 | | | | |
| 1936 | | | | |
| 1937 | | | | |
| 1938 | | | | |
| 1939 | | | | |
| 1940 | | | | |
| 1941 | | | | |
| 1942 | | | | |
| 1943 | | | | |
| 1944 | | | | |
| 1945 | | | | |
| 1946 | | | | |
| 1947 | | | | |
| 1948 | | | | |
| 1949 | | | | |
| 1950 | | | | |
| 1951 | | | | |
| 1952 | | | | |
| 1953 | | | | |
| 1954 | | | | |
| 1955 | | | | |
| 1956 | | | | |
| 1957 | | | | |
| 1958 | | | | |
| 1959 | | | | |
| 1960 | | | | |
| 1961 | | | | |
| 1962 | | | | |
| 1963 | | | | |
| 1964 | | | | |
| 1965 | | | | |
| 1966 | | | | |
| 1967 | | | | |
| 1968 | | | | |
| 1969 | | | | |
| 1970 | | | | |
| 1971 | | | | |
| 1972 | | | | |
| 1973 | | | | |
| 1974 | | | | |
| 1975 | | | | |
| 1976 | | | | |
| 1977 | | | | |
| 1978 | | | | |

DRAFT