**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

ashurst

**Interim** (S)

VAT Invoice Date: **22 January 2013** Our Ref: **GDB/CCN01.00001** Invoice No.: **341916**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 13,448.00 |
| For the period to 31 December 2012, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 12.60 |
| **Disbursements:** (NT) | | | |
| Fares | 0.00 | 0.00 | 41.76 |
| | 0.00 | | 13,502.36 |
| | | VAT | 0.00 |
| | | Total | 13,502.36 |
| | | **Balance Due** | **13,502.36** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 341916 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA BELGIUM CHINA FRANCE GERMANY HONG KONG SAR INDONESIA (ASSOCIATED OFFICE) ITALY JAPAN PAPUA NEW GUINEA SAUDI ARABIA SINGAPORE SPAIN SWEDEN UNITED ARAB EMIRATES UNITED KINGDOM UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.

The Official Unsecured Creditors Committee for Nortel Networks Inc

Re: BANKRUPTCY

GDB/GDB/CCN01.00001

For the period: to 31/12/2012

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.20 | 140.00 | (C0002) |
| | | 1.80 | 1,260.00 | (C0007) |
| | | 1.50 | 1,050.00 | (C0031) |
| | | **3.50** | **2,450.00** | |
| Partner: | Marcus Fink | 1.20 | 780.00 | (C0019) |
| | | **1.20** | **780.00** | |
| Partner: | Angela Pearson | 0.30 | 202.50 | (C0002) |
| | | 0.70 | 472.50 | (C0031) |
| | | **1.00** | **675.00** | |
| Senior Associate | Antonia Croke | 5.00 | 2,300.00 | (C0002) |
| | | 2.10 | 966.00 | (C0007) |
| | | 0.70 | 322.00 | (C0019) |
| | | 4.50 | 2,070.00 | (C0031) |
| | | **12.30** | **5,658.00** | |
| Junior Associate | Lindsey Roberts | 1.10 | 346.50 | (C0002) |
| | | 5.00 | 1,575.00 | (C0003) |
| | | 0.60 | 189.00 | (C0007) |
| | | 3.70 | 1,165.50 | (C0031) |
| | | **10.40** | **3,276.00** | |
| Junior Associate | Sophie Law | 0.10 | 29.00 | (C0002) |
| | | 2.00 | 580.00 | (C0007) |
| | | **2.10** | **609.00** | |
| | **TOTAL** | **30.50** | **13,448.00** | |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/12/2012

**Matter: CCN01.00001 - BANKRUPTCY**

**C0002 General Case Administration**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.30 | 675.00 | 202.50 |
| GDB | Giles Boothman | 0.20 | 700.00 | 140.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 5.00 | 460.00 | 2,300.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.10 | 315.00 | 346.50 |
| SLAW | Sophie Law | 0.10 | 290.00 | 29.00 |
| | | | Total | **3,018.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0002 General Case Administration**

| | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/12/2012 | Antonia Croke | DRFT | Email re mediation; confer AMP re same | 0.40 | 460.00 | 184.00 |
| 05/12/2012 | Antonia Croke | LETT | Emails LROBER re mediation | 0.10 | 460.00 | 46.00 |
| 05/12/2012 | Antonia Croke | LETT | Emails re mediation | 0.60 | 460.00 | 276.00 |
| 05/12/2012 | Angela Pearson | INTD | Discussion with ACROKE | 0.20 | 675.00 | 135.00 |
| 05/12/2012 | Lindsey Roberts | READ | Review of emails re: LTD mediation | 0.30 | 315.00 | 94.50 |
| 05/12/2012 | Lindsey Roberts | INTD | Emails to ACROKE re mediation | 0.10 | 315.00 | 31.50 |
| 05/12/2012 | Lindsey Roberts | INTD | Emails and telephone conversations with ACROKE re mediation | 0.20 | 315.00 | 63.00 |
| 06/12/2012 | Antonia Croke | LETT | Emails re mediation | 0.30 | 460.00 | 138.00 |
| 06/12/2012 | Antonia Croke | READ | Consider emails re Mediator | 0.40 | 460.00 | 184.00 |
| 06/12/2012 | Lindsey Roberts | LETT | Emails re mediation prep | 0.10 | 315.00 | 31.50 |
| 07/12/2012 | Giles Boothman | READ | Emails re mediation | 0.20 | 700.00 | 140.00 |
| 10/12/2012 | Antonia Croke | LETT | Consider emails; confer LROBER | 0.50 | 460.00 | 230.00 |
| 10/12/2012 | Lindsey Roberts | INTD | Confer with ACROKE | 0.30 | 315.00 | 94.50 |
| 12/12/2012 | Sophie Law | LETT | Emails re mediation | 0.10 | 290.00 | 29.00 |
| 13/12/2012 | Antonia Croke | LETT | Emails re mediation trip | 0.20 | 460.00 | 92.00 |
| 14/12/2012 | Antonia Croke | LETT | Emails re: mediation arrangements | 0.40 | 460.00 | 184.00 |
| 19/12/2012 | Antonia Croke | LETT | Email B Kahn | 0.10 | 460.00 | 46.00 |
| 19/12/2012 | Antonia Croke | READ | Consider mediation update | 0.20 | 460.00 | 92.00 |
| 19/12/2012 | Antonia Croke | LETT | Email M Fagan | 0.10 | 460.00 | 46.00 |
| 19/12/2012 | Lindsey Roberts | READ | Email re change in Canadian counsel | 0.10 | 315.00 | 31.50 |
| 20/12/2012 | Antonia Croke | LETT | Emails Akin re mediation plans | 0.40 | 460.00 | 184.00 |
| 21/12/2012 | Antonia Croke | INTD | Discussion with AMP | 0.10 | 460.00 | 46.00 |
| 21/12/2012 | Angela Pearson | INTD | Discussion with ACROKE | 0.10 | 675.00 | 67.50 |
| 24/12/2012 | Antonia Croke | LETT | Emails re travel arrangements to UCC meeting in NYC and mediation in Toronto | 0.70 | 460.00 | 322.00 |
| 27/12/2012 | Antonia Croke | LETT | Emails re travel arrangements for UCC in person meeting and mediation | 0.50 | 460.00 | 230.00 |
| | | | | | | **3,018.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0003 Ashurst Fee Application/Monthly Billing Reports**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 5.00 | 315.00 | 1,575.00 |
| | | | Total | **1,575.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/12/2012 | Lindsey Roberts | LETT | Email re: November fee estimates | 0.10 | 315.00 | 31.50 |
| 04/12/2012 | Lindsey Roberts | LETT | Email to B Kahn re: fee estimates for November | 0.10 | 315.00 | 31.50 |
| 10/12/2012 | Lindsey Roberts | DRFT | Amending the interim fee order to include exchange rate information | 0.30 | 315.00 | 94.50 |
| 10/12/2012 | Lindsey Roberts | INTD | Email to S Gibson re: fees and disbursements for interim fee application | 0.10 | 315.00 | 31.50 |
| 10/12/2012 | Lindsey Roberts | LETT | Email to B Witters | 0.10 | 315.00 | 31.50 |
| 12/12/2012 | Lindsey Roberts | INTD | Email to S Gibson re: monthly invoice | 0.10 | 315.00 | 31.50 |
| 12/12/2012 | Lindsey Roberts | DRFT | Amending draft invoice for monthly fee application | 0.60 | 315.00 | 189.00 |
| 18/12/2012 | Lindsey Roberts | LETT | Email to S Gibson re: draft invoice | 0.10 | 315.00 | 31.50 |
| 19/12/2012 | Lindsey Roberts | DRFT | Amending draft invoice | 0.60 | 315.00 | 189.00 |
| 19/12/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.50 | 315.00 | 157.50 |
| 20/12/2012 | Lindsey Roberts | LETT | Email GDB re: fee application | 0.10 | 315.00 | 31.50 |
| 20/12/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.70 | 315.00 | 220.50 |
| 21/12/2012 | Lindsey Roberts | DRFT | Finalising Monthly fee application | 1.40 | 315.00 | 441.00 |
| 21/12/2012 | Lindsey Roberts | LETT | Email B Kahn re: monthly fee application | 0.20 | 315.00 | 63.00 |
| | | | | | | **1,575.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0007 Creditors Committee Meetings**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 1.80 | 700.00 | 1,260.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.10 | 460.00 | 966.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.60 | 315.00 | 189.00 |
| SLAW | Sophie Law | 2.00 | 290.00 | 580.00 |
| | | | Total | **2,995.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/12/2012 | Giles Boothman | ATTD | UCC call | 0.60 | 700.00 | 420.00 |
| 06/12/2012 | Giles Boothman | ATTD | UCC call | 0.50 | 700.00 | 350.00 |
| 06/12/2012 | Lindsey Roberts | PHON | Weekly UCC call | 0.60 | 315.00 | 189.00 |
| 13/12/2012 | Antonia Croke | ATTD | Attend UCC in person meeting by phone | 2.10 | 460.00 | 966.00 |
| 13/12/2012 | Giles Boothman | ATTD | UCC meeting | 0.70 | 700.00 | 490.00 |
| 13/12/2012 | Sophie Law | ATTD | Committee call | 2.00 | 290.00 | 580.00 |
| | | | | | | **2,995.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019 Labor Issues/Employee Benefits**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| MDF | Marcus Fink | 1.20 | 650.00 | 780.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.70 | 460.00 | 322.00 |
| | | | Total | **1,102.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/12/2012 | Antonia Croke | LETT | Emails M Fink re meeting | 0.10 | 460.00 | 46.00 |
| 10/12/2012 | Antonia Croke | ATTD | Consider pensions issues with M Fink; emails re same | 0.60 | 460.00 | 276.00 |
| 10/12/2012 | Marcus Fink | INTD | Pension discussion with A Croke to brief A Croke for mediation discussions in January. Locate and print pension papers for AC review. | 1.20 | 650.00 | 780.00 |
| | | | | | | **1,102.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031 European Proceedings/Matters**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 0.70 | 675.00 | 472.50 |
| GDB | Giles Boothman | 1.50 | 700.00 | 1,050.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 4.50 | 460.00 | 2,070.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 3.70 | 315.00 | 1,165.50 |
| | | | Total | **4,758.00** |

## Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/12/2012 | Antonia Croke | READ | Consider emails re in person meeting | 0.20 | 460.00 | 92.00 |
| 03/12/2012 | Lindsey Roberts | READ | Email re: in-person meeting | 0.10 | 315.00 | 31.50 |
| 05/12/2012 | Antonia Croke | READ | Consider UCC agenda | 0.10 | 460.00 | 46.00 |
| 05/12/2012 | Antonia Croke | READ | Consider emails re LTD mediation issues | 0.90 | 460.00 | 414.00 |
| 05/12/2012 | Antonia Croke | READ | Emails re calls | 0.10 | 460.00 | 46.00 |
| 05/12/2012 | Angela Pearson | LETT | Email to Brad Kahn | 0.20 | 675.00 | 135.00 |
| 05/12/2012 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 05/12/2012 | Giles Boothman | READ | Read emails | 0.30 | 700.00 | 210.00 |
| 05/12/2012 | Lindsey Roberts | PHON | Nortel's Professional's call | 0.70 | 315.00 | 220.50 |
| 06/12/2012 | Giles Boothman | LETT | Emails | 0.20 | 700.00 | 140.00 |
| 07/12/2012 | Antonia Croke | LETT | Consider update re Towers Watson | 0.20 | 460.00 | 92.00 |
| 08/12/2012 | Antonia Croke | READ | Consider emails re LTD settlement | 0.40 | 460.00 | 184.00 |
| 10/12/2012 | Lindsey Roberts | PHON | Telephone conversation with Nortel Professionals | 2.50 | 315.00 | 787.50 |
| 10/12/2012 | Lindsey Roberts | READ | Read emails re: LTD/Retiree Mediation | 0.20 | 315.00 | 63.00 |
| 11/12/2012 | Angela Pearson | READ | Review emails | 0.20 | 675.00 | 135.00 |
| 12/12/2012 | Antonia Croke | READ | Consider email and attachments re: lease trade order | 0.40 | 460.00 | 184.00 |
| 12/12/2012 | Antonia Croke | READ | Review Agenda and supporting documents | 0.50 | 460.00 | 230.00 |
| 13/12/2012 | Antonia Croke | INTD | Confer LROBER and SLAW re calls | 0.20 | 460.00 | 92.00 |
| 13/12/2012 | Antonia Croke | ATTD | Attend pre-Committee call | 0.90 | 460.00 | 414.00 |
| 13/12/2012 | Antonia Croke | READ | Review docs for UCC meeting | 0.60 | 460.00 | 276.00 |
| 13/12/2012 | Giles Boothman | ATTD | Professionals pre call | 1.00 | 700.00 | 700.00 |
| 13/12/2012 | Lindsey Roberts | INTD | Discussion with ACROKE re UCC (in person meeting) | 0.20 | 315.00 | 63.00 |
| | | | | | | **4,758.00** |