Exhibit C

## DISBURSEMENT SUMMARY
## DECEMBER 01, 2012 THROUGH DECEMBER 31, 2012

| Document Production | £12.60 |
|---|---|
| Travel – Ground Transportation | £41.76 |
| **TOTAL** | **£54.36** |