**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production**                                                                                          12.60

**Fares, Courier Charges and Incidental Expenses (Taxis**

| 25/10/2012 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXNOV12 DATE: 26/11/2012 Expenses @ VERIFONE UXBRIDGE. (1 GOODS) 25/10/2012 ACROKE Taxi home - working late. | 41.76 |

                                                                                                                54.36