Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD DECEMBER 01, 2012 THROUGH DECEMBER 31, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £700 | 3.50 | £2,450.00 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £675 | 1.00 | 675.00 |
| Marcus Fink | Partner for 4 months; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £650 | 1.20 | 780.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £460 | 12.30 | 5,658.00 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £315 | 10.40 | 3,276.00 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Litigation Group, London | £290 | 2.10 | 609.00 |
| **TOTAL** | | | 30.50 | 13,448.00 |

25738389

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 01, 2012 THROUGH DECEMBER 31, 2012

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration | 6.70 | 3,018.00 |
| Ashurst Fee Application / Monthly Billing Reports | 5.00 | 1,575.00 |
| Creditors Committee Meetings | 6.50 | 2,995.00 |
| Labor Issues / Employee Benefits | 1.90 | 1,102.00 |
| European Proceedings / Matters | 10.40 | 4,758.00 |
| **TOTAL** | **30.50** | **13,448.00** |