**Exhibit 2 to the *Notice of Settlement Agreement in Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114***

**Claims Exhibit: Retiree Claims to be Expunged in their Entirety**

# Exhibit 2

## Nortel Retiree Claims to be Expunged in their Entirety

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| AMOSS, GEORGE B<br>P.O. BOX 13<br>MENDEN HALL, PA  19357 | 4457 | 9/29/09 | NO DEBTOR | Unspecified* |
| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC  27616 | 3189 | 9/18/09 | NO DEBTOR | - (S)<br>- (A)<br>$35,000.00 (P)<br>- (U)<br>$35,000.00 (T) |
| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC  27616 | 3190 | 9/18/09 | NO DEBTOR | Unspecified* |
| BOUDREAU, WILLIAM R<br>8149 STOCKHOLM ST<br>BROOKSVILLE, FL  34613 | 4804 | 9/29/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$59,000.00 (U)<br>$59,000.00 (T) |
| BOUDREAU, WILLIAM R<br>8149 STOCKHOLM ST<br>BROOKSVILLE, FL  34613 | 6492 | 12/29/09 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$59,000.00 (U)<br>$59,000.00 (T) |
| BOUDREAU, WILLIAM R<br>8149 STOCKHOLM ST<br>BROOKSVILLE, FL  34613 | 6493 | 12/29/09 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$59,000.00 (A)<br>- (P)<br>- (U)<br>$59,000.00 (T) |
| BOYD, KEN<br>30 DEER RIDGE LN<br>WEST CHAZY, NY  12992 | 3324 | 9/21/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$34,500.00 (U)<br>$34,500.00 (T) |
| CALMENSON, KENNETH<br>PO BOX 6488<br>DELRAY BEACH, FL  33482 | 6507 | 12/30/09 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| CALMENSON, KENNETH<br>PO BOX 6488<br>DELRAY BEACH, FL 33482 | 6701 | 1/13/10 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |
| CALMENSON, KENNETH<br>PO BOX 6488<br>DELRAY BEACH, FL 33482 | 8352 | 8/31/12 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| COMPTON, JAMES STRUDWICK<br>1317 MILL GLEN CIRCLE<br>RALEIGH, NC 27614 | 7477 | 10/28/10 | NO DEBTOR | - (S)<br>- (A)<br>$35,000.00 (P)<br>- (U)<br>$35,000.00 (T) |
| COWARD, L ANDREW<br>1988 DUNROBIN CRES<br>N VANCOUVER  V7H1N2<br>CANADA | 3244 | 9/21/09 | NO DEBTOR | Unspecified* |
| COWARD, L. ANDREW<br>1988 DUNROBIN CRESC<br>N. VANCOUVER, BC  V7H 1N2<br>CANADA | 3245 | 9/21/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$135,000.00 (U)<br>$135,000.00 (T) |
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | 2459 | 8/31/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>$85,269.00 (A)<br>- (P)<br>- (U)<br>$85,269.00 (T) |
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | 2460 | 8/31/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>$85,269.00 (A)<br>- (P)<br>- (U)<br>$85,269.00 (T) |
| DODD, ANNA<br>1310 CORELAND DR. APT 219<br>MADISON, TN 37115 | 6162 | 11/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>$35,000.00 (A)<br>- (P)<br>- (U)<br>$35,000.00 (T) |

1)  The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2)  For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| DODD, ANNA<br>1310 CORELAND DRIVE<br>APT 219<br>MADISON, TN  37115 | 6163 | 11/30/09 | NO DEBTOR | - (S)<br>- (A)<br>$35,000.00 (P)<br>- (U)<br>$35,000.00 (T) |
| DODD, ANNA<br>1310 CORELAND DRIVE<br>APT 219<br>MADISON, TN  37115 | 6374 | 12/22/09 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$35,000.00 (P)<br>- (U)<br>$35,000.00 (T) |
| DODD, ANNA<br>1310 CORELAND DR. APT 219<br>MADISON, TN  37115 | 6375 | 12/22/09 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$35,000.00 (A)<br>- (P)<br>- (U)<br>$35,000.00 (T) |
| DODD, ANNA<br>1310 CORELAND DR. APT 219<br>MADISON, TN  37115 | 6376 | 12/22/09 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$35,000.00 (P)<br>- (U)<br>$35,000.00 (T) |
| DODD, ANNA<br>1310 CORELAND DR. APT 219<br>MADISON, TN  37115 | 6377 | 12/22/09 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$35,000.00 (A)<br>- (P)<br>- (U)<br>$35,000.00 (T) |
| DUEPPEN, JAMES R<br>11428 116TH AVE<br>LARGO, FL  33778-3010 | 4775 | 9/29/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$509,264.00 (U)<br>$509,264.00 (T) |
| EDHOLM, PHILIP<br>9921 LONGVIEW LANE<br>PLEASANTON, CA  94588 | 4114 | 9/28/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$249,763.44 (P)<br>- (U)<br>$249,763.44 (T) |
| ESTATE OF JOHN DEREK MANSELL DAVIE<br>C/O GERALD K. GIMMEL, PERSONAL REP.<br>4 PROFESSIONAL DR., SUITE 145<br>GAITHERSBURG, MD  20879 | 7720 | 4/28/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$248,000.00 (U)<br>$248,000.00 (T) |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| ESTRADA, SARA S<br>7831 GLORIA LAKE AVE.<br>SAN DIEGO, CA  92119 | 2809 | 9/10/09 | NO DEBTOR | - (S)<br>- (A)<br>$35,000.00 (P)<br>- (U)<br>$35,000.00 (T) |
| FRANK, HERMAN C<br>664 HAMPTON WOODS DR<br>MARION, OH  43302-6465 | 2177 | 8/25/09 | NO DEBTOR | Unspecified* |
| FRASER, RUSSELL<br>12949 SW 57TH TERRACE<br>MIAMI, FL  33183 | 4760 | 9/29/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$386,000.00 (U)<br>$386,000.00 (T) |
| FRASER, RUSSELL<br>12949 SW 57TH TERRACE<br>MIAMI, FL  33183 | 6641 | 1/8/10 | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$386,000.00 (U)<br>$386,000.00 (T) |
| GORMAN, JOYCE F<br>5012 ENCLAVE CT<br>MCKINNEY, TX  75070 | 1656 | 8/7/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) |
| GUREVITCH, MORRIS<br>17890 ABERDEEN WAY<br>BOCA RATON, FL  33496 | 4131 | 9/28/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$235,000.00 (P)<br>- (U)<br>$235,000.00 (T) |
| HAWKINS, SHERMAN V.<br>1045 PINE GROVE PTE. DR.<br>ROSWELL, GA  30075-2704 | 3588 | 9/24/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$93,628.08 (U)<br>$93,628.08 (T) |
| HAYNES, DIANE<br>10533 DORCHESTER WAY<br>WOODSTOCK, MD  21163 | 4141 | 9/28/09 | NO DEBTOR | Unspecified* |

1)  The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2)  For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| HIX, JAMES G.<br>2709 SAFARI CIR<br>PLANO, TX  75025 | 7877 | 8/1/11 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$72,500.00 (U)<br>$72,500.00 (T) |
| HIX, SHIRLEY A<br>2709 SAFARI CIR<br>PLANO, TX  75025 | 7876 | 8/1/11 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$67,000.00 (U)<br>$67,000.00 (T) |
| HUTCHINSON, THOMAS N<br>3433 MICHIGAN BLVD<br>RACINE, WI  53402-3823 | 7093 | 2/9/10 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* |
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO  81601 | 6184 | 12/4/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) |
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO  81601 | 6185 | 12/4/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>$10,000.00 (A)<br>- (P)<br>- (U)<br>$10,000.00 (T) |
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO  81601 | 6186 | 12/4/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$125,000.00 (U)<br>$125,000.00 (T) |
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO  81601 | 6187 | 12/4/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>$125,000.00 (A)<br>- (P)<br>- (U)<br>$125,000.00 (T) |
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO  81601-9515 | 6704 | 1/14/10 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$10,000.00 (A)<br>- (P)<br>- (U)<br>$10,000.00 (T) |

1)  The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2)  For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO  81601 | 6705 | 1/14/10 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) |
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO  81601 | 6706 | 1/14/10 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$125,000.00 (A)<br>- (P)<br>- (U)<br>$125,000.00 (T) |
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO  81601 | 6707 | 1/14/10 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$125,000.00 (U)<br>$125,000.00 (T) |
| KEENE-MOORE, JENNIFER<br>3502 ASH CIRCLE<br>RICHARDSON, TX  75082 | 5053 | 9/30/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$250,351.05 (U)<br>$250,351.05 (T) |
| KUHN, MATTHEW<br>11 PINEY POINT<br>WHISPERING PINES, NC  28327 | 5494 | 9/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>$50,000.00 (A)<br>- (P)<br>- (U)<br>$50,000.00 (T) |
| LEGER, JEAN-BERTIN J<br>612 WELLS COURT UNIT 202<br>CLEARWATER, FL  33756 | 6762 | 1/19/10 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | $50,000.00 (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$50,000.00 (T) |
| LEGER, JEAN-BERTIN J<br>612 WELLS COURT UNIT 202<br>CLEARWATER, FL  33756 | 6763 | 1/19/10 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$50,000.00 (A)<br>- (P)<br>- (U)<br>$50,000.00 (T) |
| MAND, M G<br>618 BERWICK ROAD<br>WILMINGTON, DE  19803-2204 | 4397 | 9/28/09 | NO DEBTOR | Unspecified* |

1)  The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2)  For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| MAND, M G<br>618 BERWICK ROAD<br>WILMINGTON, DE  19803-2204 | 7074 | 2/5/10 | 09-10138<br>Nortel Networks Inc. | Unspecified* |
| MAND, MARTIN G.<br>618 BERWICK ROAD<br>WILMINGTON, DE  19803-2204 | 8319 | 7/18/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$360,000.00 (U)<br>$360,000.00 (T) |
| MAR, JUNG<br>355 ALDENSHIRE PL<br>ATLANTA, GA  30350 | 5767 | 10/1/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$120,000.00 (U)<br>$120,000.00 (T) |
| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA  98358 | 4323 | 9/28/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$48,412.00 (P)<br>$48,412.00 (U)<br>$48,412.00 (T) |
| MCGONAGLE, NANCY S.<br>35 LIP LIP LANE<br>NORDLAND, WA  98358 | 8335 | 8/9/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$48,412.00 (P)<br>- (U)<br>$48,412.00 (T) |
| MERCHUT, JOSEPH<br>207 GONDOLA PARK DR.<br>VENICE, FL  34292 | 7387 | 8/19/10 | NO DEBTOR | $5,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,000.00 (T) |
| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC  27517 | 7065 | 2/1/10 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$425,000.00 (U)<br>$425,000.00 (T) |
| MILLER, CLYDE E.<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC  27559 | 4121 | 9/28/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$135,000.00 (P)<br>- (U)<br>$135,000.00 (T) |

1)  The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2)  For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| MILLER, PHILIP W., JR.<br>35 MT. PLEASANT STREET<br>NORTH BILLERICA, MA  01862 | 3740 | 9/25/09 | NO DEBTOR | - (S)<br>- (A)<br>$35,000.00 (P)<br>- (U)<br>$35,000.00 (T) |
| MIZERK, THOMAS<br>1220 FOXDALE DR.<br>ADDISON, IL  60101 | 7040 | 1/29/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| MORDECAI, WILLIAM S.<br>33563 S. SPRING BAY ROAD<br>DE TOUR VILLAGE, MI  49725 | 7340 | 7/8/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$120,000.00 (P)<br>- (U)<br>$120,000.00 (T) |
| NARDIELLO, ARTHUR L.<br>914 WEDGEWOOD WAY<br>RICHARDSON, TX  75080 | 7032 | 1/28/10 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$43,200.00 (U)<br>$43,200.00 (T) |
| PRELL, MEREDITH A<br>10169 SARATOGA AVE.<br>MONTCLAIR, CA  91763 | 6671 | 1/11/10 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$190,000.00 (U)<br>$190,000.00 (T) |
| REVA, WALTER<br>1706 WAVERLY CT<br>RICHARDSON, TX  75082 | 5772 | 10/1/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$90,957.89 (U)<br>$90,957.89 (T) |
| ROCHE, BOB<br>59 COMMONWEALTH AVE<br>HAVERHILL, MA  01830 | 4105 | 9/28/09 | NO DEBTOR | - (S)<br>- (A)<br>$10,000.00 (P)<br>- (U)<br>$10,000.00 (T) |
| SALIBI, CAMILLE<br>6811 N WOODRIDGE DR<br>PARKLAND, FL  33067 | 7822 | 7/8/11 | NO DEBTOR | - (S)<br>- (A)<br>$548,203.12 (P)<br>$548,203.12 (U)<br>$548,203.12 (T) |

1)  The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2)  For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| SCHEER, JOHN<br>5736 CHADWICK LN<br>BRENTWOOD, TN  37027 | 3445 | 9/22/09 | NO DEBTOR | - (S)<br>- (A)<br>$423,176.64 (P)<br>- (U)<br>$423,176.64 (T) |
| SHAW, JACK J<br>4020 LANCASHIRE DRIVE<br>ANTIOCH, TN  37013 | 3377 | 9/21/09 | NO DEBTOR | - (S)<br>- (A)<br>$150,000.00 (P)<br>- (U)<br>$150,000.00 (T) |
| SJERPS, J<br>122 CHUZZLEWIT DOWN<br>BRENTWOOD, TN  37027 | 3204 | 9/18/09 | NO DEBTOR | - (S)<br>- (A)<br>$190,000.00 (P)<br>- (U)<br>$190,000.00 (T) |
| STOKES, DEBORAH<br>400 SMITH ROAD<br>MAYSVILLE, NC  28555 | 4476 | 9/29/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,059.00 (U)<br>$7,059.00 (T) |
| STORY, ROGER F<br>428 KAYWOODY CT<br>RALEIGH, NC  27615 | 6747 | 1/19/10 | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) |
| STORY, ROGER F.<br>428 KAYWOODY CT.<br>RALEIGH, NC  27615 | 6746 | 1/19/10 | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>$10,000.00 (A)<br>- (P)<br>- (U)<br>$10,000.00 (T) |
| SWANSON, WILLIAM C.<br>12046 RIDGEVIEW LN<br>PARKER, CO  80138 | 8309 | 7/5/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$55,191.95 (P)<br>- (U)<br>$55,191.95 (T) |
| THOMPSON, RAYMOND R<br>4326 NEW BROAD ST. # 205<br>ORLANDO, FL  32814-6657 | 7028 | 1/28/10 | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$35,000.00 (U)<br>$35,000.00 (T) |

1)  The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2)  For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| THOMPSON, RAYMOND R.<br>4326 NEW BROAD ST. # 205<br>ORLANDO, FL  32814-6657 | 7029 | 1/28/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>$35,000.00 (A)<br>- (P)<br>- (U)<br>$35,000.00 (T) |
| TZANETEAS, GEORGE<br>1033 NE 17TH WAY UNIT 1505<br>FT LAUDERDALE, FL  33304 | 2798 | 9/10/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$70,883.14 (P)<br>- (U)<br>$70,883.14 (T) |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX  75074 | 1493 | 7/9/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$51,100.00 (U)<br>$51,100.00 (T) |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX  75074 | 1500 | 7/9/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$75,600.00 (U)<br>$75,600.00 (T) |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX  75074 | 1503 | 7/9/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| WACKES, CHARLES F<br>PMB 21873<br>PO BOX 2428<br>PENSACOLA, FL  32513-2428 | 2052 | 8/24/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$35,000.00 (U)<br>$35,000.00 (T) |

1)  The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2)  For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| **Totals:** | 78  Claims | | | $55,000.00 (S) |
| | | | | $749,538.00 (A) |
| | | | | $2,579,042.29 (P) |
| | | | | $4,854,775.14 (U) |
| | | | | $7,591,740.31 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

1)  The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2)  For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.