**Exhibit 3 to the *Notice of Settlement Agreement in Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114***

**Claims Exhibit:  Claims to be Partially Expunged on Account of Retiree Claims**

# Exhibit 3

## Nortel Claims to be Partially Expunged on Account of Retiree Claims

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow Retiree Claims included in the proofs of claim. The remaining claims asserted in the proof of claim that will not be disallowed through the entry of the Settlement Order are identified in the column entitled "Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds, and such claims may be separately disallowed, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to long-term disabled employees.

**Claim to be Partially Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim |
|---|---|---|---|---|---|
| AZIZ, FOUAD<br>110 CITADEL CREST CIRCLE NW<br>CALGARY, AB  T3G 4G3<br>CANADA | 2665 | 9/8/09 | NO DEBTOR | - (S)<br>- (A)<br>$24.34 (P)<br>- (U)<br>$24.34 (T) | TRA OF $24.24/MONTH, NORTEL NETWORKS RETIREMENT INCOME PLAN AND NORTEL NETWORKS RETIREMENT INCOME PLAN RESTORATION PLAN |
| BAKER, MELINDA P.<br>701 BENNINGTON DRIVE<br>RALEIGH, NC  27615 | 8243 | 4/13/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$124,371.62 (U)<br>$124,371.62 (T) | LOST SEVERANCE BENEFITS, LOST HEALTH & WELFARE BENEFITS DURING 60 DAY NON-WORKING NOTICE & SEVERANCE |
| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC  27616 | 3188 | 9/18/09 | NO DEBTOR | - (S)<br>- (A)<br>$573.58 (P)<br>- (U)<br>$573.58 (T) | JOINT AND SURVIVOR ANNUITY (NORTEL NETWORKS RETIREMENT INCOME PLAN) |
| BOYD, MELVIN E.<br>8205 N CREEK RUN<br>RALEIGH, NC  27613 | 7656 | 3/21/11 | NO DEBTOR | - (S)<br>- (A)<br>$272,703.21 (P)<br>- (U)<br>$272,703.21 (T) | SEVERANCE |
| BOYD, MELVIN E.<br>8205 N CREEK RUN<br>RALEIGH, NC  27613 | 7657 | 3/21/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>$272,703.21 (A)<br>- (P)<br>- (U)<br>$272,703.21 (T) | SEVERANCE |
| BRANT, H. PAUL<br>4919 SHALLOWBROOK TRAIL<br>RALEIGH, NC  27616-7838 | 3748 | 9/25/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$585,128.91 (U)<br>$585,128.91 (T) | MONTHLY PENSION PAYMENTS |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.

2) For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow Retiree Claims included in the proofs of claim. The remaining claims asserted in the proof of claim that will not be disallowed through the entry of the Settlement Order are identified in the column entitled "Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds, and such claims may be separately disallowed, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to long-term disabled employees.

**Claim to be Partially Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim |
|---|---|---|---|---|---|
| BROWN, PAMELA M<br>17211 FRONT BEACH RD<br>PANAMA CITY BEACH, FL 32413 | 8215 | 3/13/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$562,480.58 (U)<br>$562,480.58 (T) | LTD, MEDICAL INSURANCE, DENTAL/VISION PREMIUM, CORE LIFE INSURANCE PREMIUM, OPTIONAL LIFE INSURANCE, AD&D INSURANCE PREMIUM, COLA INCREASE, SEVERANCE |
| BUTNER, BRENDA R.<br>514 SHASTEEN BEND DRIVE<br>WINCHESTER, TN 37398 | 8239 | 4/5/12 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$100,932.65 (U)<br>$100,932.65 (T) | LOST PENSION, SEVERANCE, BENEFITS |
| CHAMBERS, JOSEPH T<br>8637 OVERLAND DR<br>FT WORTH, TX 76179 | 3430 | 9/22/09 | NO DEBTOR | - (S)<br>- (A)<br>$55,000.00 (P)<br>- (U)<br>$55,000.00 (T) | PENSION |
| CHAMBERS, JOSEPH T.<br>8637 OVERLAND DR.<br>FORT WORTH, TX 76179 | 6007 | 10/19/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$55,000.00 (P)<br>- (U)<br>$55,000.00 (T) | PENSION |
| DAVID, DANIEL<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC 27587 | 8300 | 6/11/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$276,322.30 (U)<br>$276,322.30 (T) | LTD, MEDICAL INSURANCE, DENTAL/VISION PREMIUM, CORE LIFE INSURANCE PREMIUM, OPTIONAL LIFE INSURANCE, AD&D INSURANCE PREMIUM |
| DAY, MARILYN<br>2020 FOX GLEN DR.<br>ALLEN, TX 75013 | 7854 | 7/19/11 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$347,801.84 (U)<br>$347,801.84 (T) | PENSION, LTD, MEDICAL INSURANCE, DENTAL/VISION PREMIUM, CORE LIFE INSURANCE PREMIUM, OPTIONAL LIFE INSURANCE, SPOUSE LIFE INSURANCE, DEPENDENT LIFE INSURANCE, AD&D INSURANCE PREMIUM, % OF SALARY TO 401K, SEVERANCE |
| DAY, MARILYN<br>2020 FOX GLEN DR.<br>ALLEN, TX 75013 | 8280 | 5/29/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$347,801.84 (U)<br>$347,801.84 (T) | PENSION, LTD, MEDICAL INSURANCE, DENTAL/VISION PREMIUM, CORE LIFE INSURANCE PREMIUM, OPTIONAL LIFE INSURANCE, SPOUSE LIFE INSURANCE, DEPENDENT LIFE INSURANCE, AD&D INSURANCE PREMIUM, % OF SALARY TO 401K, SEVERANCE |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.

2) For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow Retiree Claims included in the proofs of claim. The remaining claims asserted in the proof of claim that will not be disallowed through the entry of the Settlement Order are identified in the column entitled "Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds, and such claims may be separately disallowed, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to long-term disabled employees.

**Claim to be Partially Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim |
|---|---|---|---|---|---|
| DEAN, NAJAM U.<br>6 AUGUSTA DR<br>MILLBURY, MA  01527 | 7468 | 10/18/10 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$617,534.00 (U)<br>$617,534.00 (T) | SICK PAY, MEDICAL INSURANCE, DENTAL/VISION INSURANCE, LIFE INSURANCE, OPTIONAL LIFE INSURANCE, ACCIDENTAL DEATH & DISMEMBERMENT PREMIUM, LOSS OF 401K MATCH, CASH BALANCE PLAN CONTRIBUTIONS, SEVERANCE PAY, SHORT TERM DISABILITY PREMIUM, LONG TERM DISABILITY PREMIUM |
| DEAN, NAJAM U.<br>6 AUGUSTA DR<br>MILLBURY, MA  01527 | 8212 | 3/12/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$672,859.57 (U)<br>$672,859.57 (T) | PENSION, YEARLY CONTRIBUTION BY NORTEL INTO 401K (CARP), SEVERANCE PAY, LTD CLAIM BENEFITS, MEDICAL CARE, DENTAL/VISION/HEARING CARE, CORE EMPLOYEE LIFE INSURANCE, OPTIONAL EMPLOYEE LIFE INSURANCE, DEPENDENT LIFE INSURANCE - SPOUSE, DEPENDENT LIFE INSURANCE - CHILD(REN), ACCIDENTAL DEATH & DISMEMBERMENT |
| DEWART, JOHN<br>17 BYRSONIMA CT<br>SOUTH<br>HOMOSASSA, FL  34446 | 3210 | 9/18/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$507,285.00 (U)<br>$507,285.00 (T) | CONTINUED PENSION |
| DISNEY, JESSICA<br>1032 SOUZA DRIVE<br>EL DORADO HILLS, CA  95762 | 2234 | 8/27/09 | NO DEBTOR | Unspecified* | SEVERANCE |
| DOBYNS, NORMAN<br>PO BOX 47<br>WEEMS, VA  22576 | 2457 | 8/31/09 | 09-10138<br>Nortel Networks Inc. | Unspecified* | THRIFT/SAVINGS PLAN |
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA  22576 | 823 | 4/3/09 | 09-10138<br>Nortel Networks Inc. | Unspecified* | SERP PENSION AND SUNLIFE PENSION |
| EASLEY, HATTIE J<br>202 LYMAN PLACE<br>WEST PALM BEA, FL  33409 | 3814 | 9/25/09 | NO DEBTOR | Unspecified* | SECURED PENSION |
| EASLEY, HATTIE J.<br>202 LYMAN PLACE<br>WEST PALM BEACH, FL  33409 | 6686 | 1/12/10 | 09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | PENSION |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow Retiree Claims included in the proofs of claim. The remaining claims asserted in the proof of claim that will not be disallowed through the entry of the Settlement Order are identified in the column entitled "Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds, and such claims may be separately disallowed, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to long-term disabled employees.

**Claim to be Partially Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim |
|---|---|---|---|---|---|
| GENNETT, SCOTT S.<br>16 WILDWOOD STREET<br>LAKE GROVE, NY 11755 | 8218 | 3/15/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,009,789.79 (U)<br>$1,009,789.79 (T) | LTD, MEDICAL INSURANCE, DENTAL/VISION PREMIUM, CORE LIFE INSURANCE PREMIUM, OPTIONAL LIFE INSURANCE, AD&D INSURANCE PREMIUM, % OF SALARLY TO 401K CARP PROGRAM, PENSION, UNPAID VACATION |
| HAYNES, JOSEPH<br>10533 DORCHESTER WAY<br>WOODSTOCK, MD 21163 | 4143 | 9/28/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$116,403.29 (P)<br>- (U)<br>$116,403.29 (T) | NON-QUALIFIED PENSION |
| HAYNES, JOSEPH<br>10533 DORCHESTER WAY<br>WOODSTOCK, MD 21163 | 4482 | 9/29/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$122,728.16 (P)<br>- (U)<br>$122,728.16 (T) | NON-QUALIFIED PENSION |
| HUNTER, DAVID R<br>705 RAVEL ST<br>RALEIGH, NC 27606 | 4622 | 9/29/09 | NO DEBTOR | - (S)<br>- (A)<br>$10,000.00 (P)<br>$173,536.59 (U)<br>$183,536.59 (T) | PENSION |
| JACKSON, PALMA<br>553 FIRST AVE<br>PETROLIA, ON N0N 1R0<br>CANADA | 2057 | 8/24/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$347.00 (U)<br>$347.00 (T) | EXECUTIVE SUPPLEMENT PENSION |
| JASENOVIC, JOE<br>636 WEATHERBEATEN PL<br>HERMITAGE, TN 37076 | 3960 | 9/23/09 | NO DEBTOR | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$50,000.00 (T) | PENSION |
| KAAWALOA, SAMUEL K<br>P O BOX 433<br>6733 PRIVATE ROAD #132<br>ELIZABETH, CO 80107 | 3182 | 9/18/09 | NO DEBTOR | - (S)<br>- (A)<br>$90.94 (P)<br>- (U)<br>$90.94 (T) | MONTHLY RETIREMENT PAYMENT |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.

2) For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow Retiree Claims included in the proofs of claim.  The remaining claims asserted in the proof of claim that will not be disallowed through the entry of the Settlement Order are identified in the column entitled "Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds, and such claims may be separately disallowed, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to long-term disabled employees.

**Claim to be Partially Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim |
|---|---|---|---|---|---|
| KHATRI, MADAN<br>760 EASTON LANE<br>ELK GROVE VILLAGE, IL  60007 | 5870 | 10/5/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$150,000.00 (U)<br>$150,000.00 (T) | PENSION IN CANADA, STOCKS AND DISABILITY INSURANCE |
| KUCZYNSKI, ROBERT<br>150 BAYVIEW DR<br>NORTH HERO, VT  05474 | 970 | 4/9/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$11,201.00 (U)<br>$11,201.00 (T) | PENSION |
| LAWRENCE, JOHN M<br>1809 JASMINE TRAIL<br>SAVANNAH, TX  76227 | 3281 | 9/21/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$36,019.89 (U)<br>$36,019.89 (T) | QUALIFIED PENSION BENEFIT |
| LINCOLN, AGNES V<br>206 HAWK LANE<br>OAKTOWN, IN  47561 | 5433 | 9/30/09 | NO DEBTOR | Unspecified* | PENSION |
| LOGGINS, ESTELLE L.<br>6717 LATTA STREET<br>DALLAS, TX  75227 | 7604 | 2/21/11 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$211,533.78 (U)<br>$211,533.78 (T) | SEVERANCE, LTD, MEDICAL INSURANCE, DENTAL/VISION PREMIUM, OPTIONAL LIFE INSURANCE, SPOUSE LIFE INSURANCE |
| LORIMER, DEBORAH G.<br>226 APPLEBY COURT<br>SMYRNA, TN  37167 | 8179 | 1/24/12 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$334,546.37 (U)<br>$334,546.37 (T) | LOST PENSION BENEFITS, LOST SEVERANCE BENEFITS, LOST HEALTH & WELFARE BENEFITS DURING 60-DAY NON-WORKING NOTICE & SEVERANCE PERIODS |
| LORIMER, DEBORAH G.<br>226 APPLEBY COURT<br>SMYRNA, TN  37167 | 8235 | 4/2/12 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$334,546.37 (U)<br>$334,546.37 (T) | LOST PENSION BENEFITS, LOST SEVERANCE BENEFITS, LOST HEALTH & WELFARE BENEFITS DURING 60-DAY NON-WORKING NOTICE & SEVERANCE PERIODS |

1)  The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2)  For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow Retiree Claims included in the proofs of claim. The remaining claims asserted in the proof of claim that will not be disallowed through the entry of the Settlement Order are identified in the column entitled "Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds, and such claims may be separately disallowed, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to long-term disabled employees.

**Claim to be Partially Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim |
|---|---|---|---|---|---|
| MASSENGILL, TERRY<br>126 KERRI DR<br>GARNER, NC  27529 | 7576 | 1/24/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$263,092.00 (U)<br>$263,092.00 (T) | LONG TERM DISABILITY INSURANCE PLAN (LTD, MEDICAL INSURANCE AND DENTAL/VISION PREMIUM) |
| MCCALLUM, RUSSELL L.<br>103 CEDARPOST DRIVE<br>CARY, NC  27513 | 161 | 2/4/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$237,772.42 (P)<br>- (U)<br>$237,772.42 (T) | QUALIFIED PENSION |
| MENDEZ, GERARDO<br>APARTADO 368<br>ALAJUELA<br>COSTA RICA | 3890 | 9/25/09 | 09-10138<br>Nortel Networks Inc. | $14,805.00 (S)<br>- (A)<br>$14,805.00 (P)<br>- (U)<br>$14,805.00 (T) | PENSION |
| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL  60101 | 2137 | 8/24/09 | NO DEBTOR | - (S)<br>- (A)<br>$57,403.64 (P)<br>- (U)<br>$57,403.64 (T) | NON-COVERED PENSION |
| MORRISON, PAUL E.<br>2241 COLLEGE AVE.<br>QUINCY, IL  62301-3231 | 7862 | 7/25/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,309,310.84 (U)<br>$1,309,310.84 (T) | PENSION, LTD, MEDICAL INSURANCE, DENTAL/VISION PREMIUM, CORE LIFE INSURANCE PREMIUM, OPTIONAL LIFE INSURANCE, SPOUSE LIFE INSURANCE, DEPENDENT LIFE INSURANCE, AD&D INSURANCE PREMIUM, % OF SALARY TO 401K, SEVERANCE |
| NEWSOME, CHARLES E<br>11699 N.W NEWSOME RD<br>CLARKSVILLE, FL  32430-2633 | 6480 | 12/28/09 | 09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | $366.78 MONTHLY RETIREMENT FOR LIFE |
| OLSON, RUBY<br>1021 N. 4TH STREET<br>MONTEVIDEO, MN  56265 | 2715 | 9/8/09 | 09-10151<br>Northern Telecom International Inc. | - (S)<br>- (A)<br>$169.12 (P)<br>- (U)<br>$169.12 (T) | PENSION |
| PASCALE, ROBERT H<br>13459 LAKE SHORE DR<br>OAK HILL, VA  20171 | 2850 | 9/11/09 | NO DEBTOR | Unspecified* | RETIREMENT PENSION |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow Retiree Claims included in the proofs of claim.  The remaining claims asserted in the proof of claim that will not be disallowed through the entry of the Settlement Order are identified in the column entitled "Remaining Assertions in Claim."  The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds, and such claims may be separately disallowed, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to long-term disabled employees.

**Claim to be Partially Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim |
|---|---|---|---|---|---|
| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX  75025 | 2517 | 9/2/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$14,232.00 (P)<br>$24,408.00 (U)<br>$38,640.00 (T) | NOTICE PAY, SEVERANCE PAY AND BENEFITS (MEDICAL, DENTAL, VISION, HEARING AND LIFE INSURANCE) |
| POWELL, MARY K<br>PO BOX 846<br>SORRENTO, FL  32776-0846 | 2371 | 8/31/09 | NO DEBTOR | Unspecified* | NORTEL NETWORKS RETIREMENT INCOME PLAN |
| RATTRAY, STEPHEN A.<br>4308 DENSIFLORUM COURT<br>WILMINGTON, NC  28412 | 7976 | 9/13/11 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$1,897,848.02 (U)<br>$1,897,848.02 (T) | SEVERANCE AND PENSION PLAN |
| RESSNER, MICHAEL P<br>5909 APPLEGARTH LANE<br>RALEIGH, NC  27614 | 2744 | 9/8/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$583,306.08 (U)<br>$583,306.08 (T) | SERP PENSION, RESTORATION PLAN AND INDEMNIFICATION |
| ROBITALLE, STANLEY L<br>4835 OXFORD DRIVE<br>SARASOTA, FL  34242 | 7332 | 7/6/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$689,553.00 (U)<br>$689,553.00 (T) | SERP PENSION AND RESTORATION PLAN |
| ROSE, RONALD J. JR.<br>26 PHEASANT RUN<br>BALLSTON SPA, NY  12020 | 8228 | 3/26/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$770,926.71 (U)<br>$770,926.71 (T) | LTD, MEDICAL INSURANCE, DENTAL/VISION PREMIUM, CORE LIFE INSURANCE PREMIUM, AD&D INSURANCE PREMIUM, % OF SALARLY TO 401K CARP PROGRAM, SEVERANCE |
| ROSSI, JOHN J.<br>1568 WOODCREST DR.<br>WOOSTER, OH  44691 | 8294 | 6/11/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$262,690.18 (U)<br>$262,690.18 (T) | LTD, MEDICAL INSURANCE, DENTAL/VISION PREMIUM, CORE LIFE INSURANCE PREMIUM, OPTIONAL LIFE INSURANCE, AD&D INSURANCE PREMIUM, % OF SALARLY TO 401K CARP PROGRAM |

1)  The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2)  For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow Retiree Claims included in the proofs of claim. The remaining claims asserted in the proof of claim that will not be disallowed through the entry of the Settlement Order are identified in the column entitled "Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds, and such claims may be separately disallowed, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to long-term disabled employees.

**Claim to be Partially Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim |
|---|---|---|---|---|---|
| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884 | 8306 | 6/25/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$641,826.04 (U)<br>$641,826.04 (T) | LTD, MEDICAL INSURANCE, DENTAL/VISION PREMIUM, CORE LIFE INSURANCE PREMIUM, OPTIONAL LIFE INSURANCE, AD&D INSURANCE PREMIUM, % OF SALARY TO 401K CARP PROGRAM, SEVERANCE |
| WINTERBERG, NICHOLAS F.<br>P.O. BOX 3021<br>JOHNSON CITY, TN 37602 | 364 | 2/23/09 | NO DEBTOR | - (S)<br>- (A)<br>$267,386.00 (P)<br>$3,781,139.00 (U)<br>$4,048,525.00 (T) | PENSION |
| WOINSKY, MELVIN N<br>300 OCEAN AVE N #4B<br>LONGBRANCH, NJ 07740 | 4010 | 9/25/09 | NO DEBTOR | Unspecified* | PENSION AND $3,275,000 SHARES OF NT NOW LISTED AS NRTLO |
| YOAKUM, JOHN<br>1704 KILARNEY DRIVE<br>CARY, NC 27511 | 3732 | 9/25/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$545,841.00 (P)<br>- (U)<br>$545,841.00 (T) | PATENT AWARDS AND 401K LIQUIDATED ASSETS |
| Totals: | 54 Claims | | | $14,805.00 (S)<br>$272,703.21 (A)<br>$1,820,132.70 (P)<br>$16,628,138.97 (U)<br>$18,720,974.88 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to Retiree Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting Retiree Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any Retiree Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.