# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------- X | |
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*, [1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| ------------------------------------------------------------- X | **Re: D.I. 9327** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 23, 2013, a copy of the **Notice of Settlement Agreement in Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: January 23, 2013
Wilmington, Delaware

                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                        James L. Bromley (admitted pro hac vice)
                                        Lisa M. Schweitzer (admitted pro hac vice)
                                        One Liberty Plaza
                                        New York, NY 10006
                                        Telephone: (212) 225-2000
                                        Facsimile: (212) 225-3999

                                        and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                /s/ Ann C. Cordo
                Derek C. Abbott (No. 3376)
                Ann C. Cordo (No. 4817)
                Tamara K. Minott (No. 5643)
                1201 North Market Street, 18th Floor
                Wilmington, DE  19899-1347
                Telephone:  (302) 658-9200
                Facsimile:  (302) 425-4663

                *Counsel for the Debtors and Debtors in Possession*

6965863.1