IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NORTEL NETWORKS, INC., et al., | ) Case No. 09-10138 (KG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF ACS CABLE SYSTEMS, INC.**

Undersigned counsel for Creditor ACS Cable Systems, Inc. hereby withdraws their appearances in this matter (ACS's claim against the Debtors having been settled – see the March 9, 2011 order filed at Docket No. 587) and ask to be removed from all service lists related to this matter.

Dated: January 24, 2013

Respectfully submitted,

ASHBY & GEDDES, P.A.

/s/ Gregory A. Taylor
Gregory A. Taylor (#4008)
Benjamin W. Keenan (#4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
gtaylor@ashby-geddes.com
bkeenan@ashby-geddes.com

-and-

BIRCH, HORTON, BITTNER
& CHEROT, P.C.
/s/ James H. Lister
James H. Lister (admitted pro hac vice)
1155 Connecticut Ave., N.W., Suite 1200
Washington, D.C. 20036
Telephone: (202) 862-8368
Facsimile: (202) 659-1027
jlister@dc.bhb.com

Counsel for ACS Cable Systems, Inc.