## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2013, a copy of the foregoing Notice of Withdrawal of Appearance on behalf of ACS Cable Systems, Inc. was forwarded by first class mail to:

Megan Flemming-Delacruz, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Counsel for Debtors*

/s/ Gregory A. Taylor
Gregory A. Taylor (#4008)