IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks, Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Ashby & Geddes, P.A. and Jones Day hereby withdraw their appearances in the above-captioned cases on behalf of Beeline.com, Inc. and Modis, Inc., upon their consent, and hereby request removal from the service list.

Dated: January 24, 2013

Respectfully submitted,

/s/ *Amanda Winfree Herrmann*
William P. Bowden (#2553)
Amanda Winfree Herrmann (#4615)
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

Daniel J. Merrett
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Telephone: (404)521-3939
Facsimile: (404) 581-8330

*Attorneys for Beeline.com, Inc. and Modis, Inc.*

{00713573;v1 }