## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of January, 2013, a copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from Service List on behalf of Beeline.com, Inc. and Modis, Inc. was forwarded by first class mail to:

Megan Flemming-Delacruz, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Counsel for Debtors*

                                        /s/ *Amanda Winfree Herrmann*
                                        Amanda Winfree Herrmann (#4615)