Terry Locke
2004 Whitney Lane
McKinney, Texas 75070
January 22, 2013

TO:

United States Bankruptcy Court
District of Delaware
824 Market Street, Fifth Floor
Wilmington DE 19801-3577

Regarding:
Nortel Networks Inc
Chapter 11
Case No 09-10138 (KG)

RE: Filing of transfer of claim pursuant to federal rule of bankruptcy procedure 3001 (e)(2) or (4), transfer of claim notification. Claim # 7153 (internal control number 9267):

I, Terry Locke, am sending this letter to OBJECT to the transfer of my claim (ref #7153 internal control number 9267) to:

CRT Special Investment LLC
Joseph E. Sarachek
262 Harbor Drive
Stamford CT 06902

Regards

*[signature: Terry Locke]*

Terry Locke

Attch.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:

NORTEL NETWORKS INC., et al.,

                Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    LOCKE, TERRY
            2004 WHITNEY LANE
            MCKINNEY, TX 75070

Please note that your claim # 7153 in the above referenced case and in the amount of $49,376.00 allowed at $45,545.88 has been transferred (**unless previously expunged by court order**) to:

        CRT SPECIAL INVESTMENTS LLC
        TRANSFEROR: LOCKE, TERRY
        JOSEPH E. SARACHEK
        262 HARBOR DRIVE
        STAMFORD, CT 06902

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9267 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/16/2013                            David D. Bird, Clerk of Court

                                                  /s/ Tim Conklin

                                                  By: Epiq Bankruptcy Solutions, LLC
                                                     as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 16, 2013.