## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 12/1/2012 through 12/31/2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $795 | 16.00 | $12,720.00 |
| J. Borow | Executive Director | $795 | 36.00 | $28,620.00 |
| J. Hyland | Executive Director | $610 | 97.40 | $59,414.00 |
| A. Cowie | Managing Director | $550 | 1.60 | $880.00 |
| T. Morilla | Director | $360 | 89.60 | $32,256.00 |
| M. Haverkamp | Paraprofessional | $120 | 2.10 | $252.00 |
| **For the Period 12/1/2012 through 12/31/2012** | | | **242.70** | **$134,142.00** |