## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 12/1/2012 through 12/31/2012

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 39.50 | $23,031.00 |
| 05. Professional Retention/Fee Application Preparation | 6.30 | $2,414.00 |
| 08. Interaction/Mtgs w Creditors | 27.00 | $16,806.50 |
| 09. Employee Issues/KEIP | 22.00 | $11,745.00 |
| 10. Recovery/SubCon/Lien Analysis | 60.90 | $32,757.50 |
| 11. Claim Analysis/Accounting | 38.50 | $20,774.50 |
| 13. Intercompany Transactions/Bal | 2.40 | $864.00 |
| 18. Operating and Other Reports | 6.00 | $3,845.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 19.70 | $7,592.00 |
| 26. Tax Issues | 20.40 | $14,312.50 |
| **For the Period 12/1/2012 through 12/31/2012** | **242.70** | **$134,142.00** |

Capstone Advisory Group, LLC
Invoice for the 12/1/2012-12/31/2012 Fee Statement

Page 1 of 1