# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 12/1/2012 through 12/31/2012**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 12/3/2012 | J. Hyland | 2.30 | Continued analyzing allocation scenarios. |
| 12/3/2012 | J. Hyland | 2.90 | Analyzed allocation scenarios. |
| 12/4/2012 | C. Kearns | 0.50 | Outlined analysis and report for next in-person UCC meeting to prepare for upcoming mediation. |
| 12/4/2012 | T. Morilla | 1.90 | Continued to review the U.S. estate-owned assets. |
| 12/5/2012 | T. Morilla | 1.80 | Edited the estate-owned assets schedules based on comments. |
| 12/5/2012 | J. Hyland | 2.50 | Reviewed assets and claims analysis. |
| 12/6/2012 | C. Kearns | 0.70 | Reviewed report draft for UCC re: mediation planning. |
| 12/6/2012 | T. Morilla | 1.40 | Continued to edit the estate-owned assets document. |
| 12/6/2012 | C. Kearns | 1.80 | Prepared for (0.3) and participated in (1.5) meeting with counsel to discuss mediation planning and alternate path. |
| 12/11/2012 | J. Hyland | 2.70 | Continued reviewing proceeds allocation report for UCC. |
| 12/11/2012 | J. Hyland | 2.90 | Reviewed proceeds allocation report for UCC. |
| 12/12/2012 | J. Hyland | 0.10 | Conducted call with B. Kahn re: UCC report on proceeds allocation. |
| 12/12/2012 | J. Hyland | 0.40 | Conducted calls with M. Sandberg re: assets and claims. |
| 12/12/2012 | J. Hyland | 2.50 | Reviewed revised proceeds allocation analysis. |
| 12/12/2012 | J. Hyland | 2.70 | Continued analyzing assets and claims. |
| 12/12/2012 | J. Hyland | 2.90 | Analyzed assets and claims. |
| 12/13/2012 | C. Kearns | 0.30 | Reviewed status of mediation preparation. |
| 12/14/2012 | J. Hyland | 1.70 | Analyzed assets and claims data. |
| 12/17/2012 | T. Morilla | 1.90 | Analyzed asset and claims data. |

**Capstone Advisory Group, LLC**
Invoice for the 12/1/2012-12/31/2012 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/20/2012 | T. Morilla | 1.40 | Reviewed and analyzed allocation issues. |
| 12/20/2012 | J. Hyland | 1.90 | Participated in call with ad hoc advisors and counsel re: proceeds allocation and mediation. |
| 12/20/2012 | C. Kearns | 2.30 | Prepared for (0.4) and met with (1.9) Milbank and counsel to discuss next steps in mediation. |
| Subtotal | | 39.50 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/12/2012 | M. Haverkamp | 1.00 | Prepared November fee application. |
| 12/17/2012 | J. Hyland | 1.40 | Reviewed fee application. |
| 12/17/2012 | T. Morilla | 1.60 | Prepared the November fee application. |
| 12/18/2012 | J. Hyland | 0.80 | Reviewed fee application. |
| 12/19/2012 | J. Hyland | 0.40 | Reviewed revisions to fee application. |
| 12/19/2012 | M. Haverkamp | 1.10 | Prepared November fee application. |
| Subtotal | | 6.30 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/3/2012 | C. Kearns | 0.40 | Participated in call with counsel re: mediation next steps for in-person meeting with UCC and related follow up. |
| 12/5/2012 | C. Kearns | 0.60 | Outlined issues/ topics for upcoming working meeting with UCC. |
| 12/5/2012 | C. Kearns | 0.70 | Participated in call with counsel to discuss status of LTD and mediation. |
| 12/6/2012 | A. Cowie | 0.30 | Prepared discussion points for call with UCC. |
| 12/6/2012 | J. Hyland | 0.50 | Participated in weekly UCC call including UCC professionals. |
| 12/6/2012 | J. Hyland | 1.50 | Participated in post-UCC discussion with UCC professionals. |
| 12/6/2012 | J. Borow | 2.60 | Prepared for (0.8) and participated in (1.8) meetings with UCC and advisors to UCC. |
| 12/11/2012 | J. Hyland | 0.40 | Conducted call with M. Sandberg re: NNI 2013 proposed compensation, assets, and claims. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/12/2012 | C. Kearns | 0.50 | Called and emailed with D. Botter to discuss key issues for discussion with UCC re: mediation planning. |
| 12/13/2012 | T. Morilla | 1.00 | Participated in pre-call with UCC professionals. |
| 12/13/2012 | J. Hyland | 1.00 | Participated in meeting with counsel re: pre-UCC discussion. |
| 12/13/2012 | A. Cowie | 1.30 | Prepared supporting analyses for UCC in-person meeting. |
| 12/13/2012 | J. Hyland | 2.80 | Prepared for UCC meeting. |
| 12/13/2012 | J. Hyland | 4.00 | Participated in UCC meeting with UCC members and advisors and follow-up discussions with Committee members. |
| 12/13/2012 | T. Morilla | 4.30 | Prepared for (0.3) and participated in (4.0) in-person UCC meeting. |
| 12/13/2012 | J. Borow | 4.70 | Prepared for (0.7) and participated in (4.0) meeting with UCC and professionals to the UCC. |
| 12/14/2012 | J. Hyland | 0.40 | Conducted call with creditor. |
| Subtotal |  | 27.00 |  |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/4/2012 | T. Morilla | 2.20 | Reviewed and analyzed the employee retention plan. |
| 12/5/2012 | J. Hyland | 0.50 | Conducted call with A. Bifield re: personnel. |
| 12/6/2012 | T. Morilla | 0.50 | Reviewed LTD employee issues. |
| 12/7/2012 | J. Hyland | 1.40 | Analyzed 2012 compensation for NNI. |
| 12/7/2012 | J. Hyland | 2.00 | Analyzed 2013 proposed compensation plan for NNI. |
| 12/7/2012 | J. Hyland | 2.20 | Prepared UCC report for proposed 2013 NNI compensation. |
| 12/8/2012 | J. Hyland | 2.30 | Reviewed employee matters. |
| 12/10/2012 | T. Morilla | 0.70 | Continued to review the 2013 compensation issues. |
| 12/10/2012 | T. Morilla | 1.20 | Reviewed and analyzed the 2013 compensation plan. |
| 12/10/2012 | J. Hyland | 2.20 | Revised report on NNI 2013 proposed compensation. |
| 12/11/2012 | J. Hyland | 2.80 | Finalized NNI 2013 proposed compensation report for UCC. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/18/2012 | J. Hyland | 1.00 | Reviewed motion for NNI 2013 compensation. |
| 12/18/2012 | T. Morilla | 1.20 | Reviewed and analyzed the 2013 compensation plan. |
| 12/19/2012 | J. Hyland | 0.50 | Provided comments to counsel for NNI 2013 compensation plan. |
| 12/19/2012 | T. Morilla | 0.90 | Continued to analyze the 2013 compensation plan. |
| 12/20/2012 | J. Hyland | 0.40 | Reviewed LTD motion. |
| Subtotal | | 22.00 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/4/2012 | T. Morilla | 1.20 | Reviewed and analyzed the recovery scenarios. |
| 12/5/2012 | T. Morilla | 2.30 | Continued to run additional recovery analyses. |
| 12/5/2012 | J. Borow | 2.40 | Reviewed analyses of creditor recoveries re: mediation issues. |
| 12/5/2012 | J. Hyland | 2.70 | Analyzed claim recovery calculations. |
| 12/5/2012 | T. Morilla | 2.80 | Continued to run additional recovery scenarios. |
| 12/6/2012 | T. Morilla | 2.10 | Continued to prepare recovery scenarios. |
| 12/6/2012 | T. Morilla | 2.70 | Reviewed recovery scenarios to be shown during the in-person UCC meeting. |
| 12/7/2012 | J. Borow | 1.20 | Reviewed analyses of creditor recoveries re: mediation issues. |
| 12/7/2012 | T. Morilla | 1.30 | Continued to run additional recovery scenarios. |
| 12/7/2012 | T. Morilla | 1.90 | Continued to prepare recovery scenarios. |
| 12/10/2012 | T. Morilla | 2.30 | Continued preparing the preliminary recovery analyses report. |
| 12/11/2012 | T. Morilla | 1.20 | Continued to edit the preliminary recovery analyses document. |
| 12/11/2012 | T. Morilla | 1.90 | Continued to edit the recovery analyses presentation. |
| 12/11/2012 | T. Morilla | 2.10 | Continued to review and edit the preliminary recovery analyses report. |
| 12/11/2012 | T. Morilla | 2.80 | Continued to prepare the preliminary recovery analyses report. |
| 12/12/2012 | C. Kearns | 1.40 | Reviewed preliminary recovery report for UCC for mediation preparation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/12/2012 | T. Morilla | 1.60 | Continued to edit the preliminary recovery analyses. |
| 12/12/2012 | T. Morilla | 1.80 | Continued to edit the recovery analyses based on comments. |
| 12/12/2012 | J. Borow | 2.90 | Reviewed issues pertaining to recovery scenarios relating to mediation. |
| 12/13/2012 | J. Borow | 2.10 | Reviewed recovery scenarios and related issues. |
| 12/17/2012 | J. Borow | 1.40 | Reviewed and evaluated various recovery scenarios relating to mediation. |
| 12/17/2012 | J. Hyland | 2.30 | Reviewed recovery calculations. |
| 12/18/2012 | J. Borow | 1.10 | Reviewed and evaluated various recovery scenarios relating to mediation. |
| 12/19/2012 | T. Morilla | 1.90 | Reviewed and analyzed certain recovery scenarios. |
| 12/19/2012 | J. Borow | 2.10 | Reviewed and evaluated various recovery scenarios relating to mediation. |
| 12/19/2012 | J. Hyland | 2.70 | Reviewed creditor recovery calculations. |
| 12/20/2012 | J. Borow | 0.40 | Reviewed and evaluated various recovery scenarios relating to mediation. |
| 12/20/2012 | J. Hyland | 2.40 | Analyzed bond recovery calculations. |
| 12/21/2012 | T. Morilla | 1.80 | Continued to review recovery analyses. |
| 12/26/2012 | J. Borow | 1.40 | Reviewed issues pertaining to claims and related recoveries for various creditor constituencies. |
| 12/27/2012 | J. Borow | 1.20 | Reviewed issues pertaining to claims and related recoveries for various creditor constituencies. |
| 12/28/2012 | J. Borow | 1.50 | Reviewed recovery analyses and related issues relating to various creditor constituencies' recoveries. |
| Subtotal | | 60.90 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/4/2012 | C. Kearns | 0.20 | Monitored the status of the LTD mediation. |
| 12/4/2012 | T. Morilla | 1.40 | Continued to review the estate claims. |
| 12/4/2012 | J. Hyland | 2.80 | Prepared for LTD mediation and claims. |
| 12/4/2012 | J. Hyland | 8.50 | Participated in LTD mediation with Cleary, Milbank, counsel, J. Ray, and U.S. Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/5/2012 | T. Morilla | 1.20 | Continued to edit the estate claims schedules. |
| 12/5/2012 | J. Hyland | 2.60 | Reviewed claims detail. |
| 12/6/2012 | C. Kearns | 0.50 | Participated in weekly UCC call to discuss LTD claims and mediation planning. |
| 12/6/2012 | J. Hyland | 2.10 | Analyzed claims of estates. |
| 12/11/2012 | J. Borow | 2.30 | Reviewed claims analyses relating to mediation issues. |
| 12/14/2012 | T. Morilla | 1.30 | Continued to edit the post-petition claims analyses. |
| 12/14/2012 | T. Morilla | 1.70 | Continued to update certain post-petition claims analyses. |
| 12/14/2012 | T. Morilla | 1.90 | Updated certain U.S. post-petition claim analyses. |
| 12/14/2012 | J. Borow | 2.10 | Reviewed bondholder claims and related post-petition interest issues. |
| 12/17/2012 | T. Morilla | 1.80 | Continued to review and analyze certain post-petition claims. |
| 12/18/2012 | C. Kearns | 0.60 | Reviewed updated claims analysis for a scenario. |
| 12/18/2012 | T. Morilla | 1.70 | Continued to edit the post-petition claims analyses based on comments. |
| 12/18/2012 | T. Morilla | 2.10 | Edited the post-petition claims analyses based on comments. |
| 12/19/2012 | C. Kearns | 0.50 | Reviewed claims and other potential issues to be raised by noteholders. |
| 12/20/2012 | T. Morilla | 1.40 | Continued to analyze the post-petition claims analyses. |
| 12/21/2012 | T. Morilla | 1.30 | Continued to review post-petition claims analyses. |
| 12/26/2012 | C. Kearns | 0.50 | Reviewed updated claims analyses for a scenario. |
| Subtotal | | 38.50 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/3/2012 | T. Morilla | 2.40 | Continued to review and analyze the APAC and CALA intercompany cash flows. |
| Subtotal | | 2.40 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/6/2012 | J. Hyland | 2.30 | Analyzed reports for UCC meeting. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/11/2012 | C. Kearns | 1.00 | Reviewed draft decks for presentation at upcoming in-person UCC |
| 12/20/2012 | J. Hyland | 2.70 | Reviewed MOR. |
| Subtotal | | 6.00 | |

### 19. Cash Flow/Cash Mgmt Liquidity

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/3/2012 | T. Morilla | 1.40 | Reviewed and analyzed the global cash forecast. |
| 12/6/2012 | T. Morilla | 1.70 | Prepared the cash forecast report. |
| 12/10/2012 | T. Morilla | 0.30 | Reviewed the business unit divestiture escrows. |
| 12/10/2012 | T. Morilla | 1.80 | Continued preparing the cash forecast report. |
| 12/10/2012 | T. Morilla | 2.40 | Continued preparing the cash forecast report. |
| 12/11/2012 | T. Morilla | 0.80 | Reviewed and analyzed previous cash flashes. |
| 12/12/2012 | T. Morilla | 1.30 | Continued to edit the cash forecast report. |
| 12/12/2012 | J. Hyland | 2.00 | Reviewed cash report for UCC meeting. |
| 12/12/2012 | T. Morilla | 2.10 | Continued to edit the cash forecast report. |
| 12/13/2012 | T. Morilla | 0.30 | Reviewed and analyzed the U.S. cash flash. |
| 12/13/2012 | T. Morilla | 0.90 | Reviewed and analyzed the cash forecast report. |
| 12/19/2012 | T. Morilla | 0.20 | Reviewed the 12/14 global cash flash. |
| 12/19/2012 | T. Morilla | 1.90 | Continued to review and analyze the post-petition claims analyses. |
| 12/20/2012 | T. Morilla | 1.20 | Reviewed and analyzed previous cash forecast report. |
| 12/21/2012 | T. Morilla | 1.40 | Reviewed and analyzed the cash forecast. |
| Subtotal | | 19.70 | |

### 26. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/10/2012 | J. Hyland | 0.30 | Conducted call with K. Rowe re: tax presentation. |
| 12/10/2012 | J. Hyland | 1.40 | Reviewed tax presentation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/10/2012 | J. Hyland | 2.50 | Participated in call with counsel, Fraser, and Ashurst re: NNI taxes. |
| 12/10/2012 | J. Hyland | 2.60 | Analyzed NNI taxes. |
| 12/10/2012 | J. Borow | 2.70 | Prepared for (0.2) and participated in (2.5) meeting with professionals for UCC re: tax issues. |
| 12/10/2012 | C. Kearns | 3.50 | Prepared for (1.0) and met with (2.5) counsel to review tax analysis and other key issues in advance of in-person meeting with UCC. |
| 12/11/2012 | J. Borow | 1.80 | Reviewed tax issues and related issues pertaining to recovery scenarios and mediation. |
| 12/12/2012 | J. Hyland | 0.20 | Conducted call with K. Rowe re: U.S. taxes. |
| 12/12/2012 | J. Hyland | 1.40 | Reviewed U.S. tax report. |
| 12/12/2012 | J. Borow | 2.10 | Reviewed tax issues and related issues pertaining to recovery scenarios and mediation. |
| 12/13/2012 | J. Hyland | 1.90 | Reviewed tax analysis. |
| Subtotal | | 20.40 | |
| **Total Hours** | | **242.70** | |