**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 12/1/2012 through 12/31/2012**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 12/3/2012 | J. Hyland | Airfare to/from NY for LTD mediation. | $618.60 |
| 12/11/2012 | J. Hyland | Airfare for NYC trip for UCC meeting. | $694.60 |
| **Subtotal - Airfare/ Train** | | | **$1,313.20** |
| **Auto Rental/Taxi** | | | |
| 12/3/2012 | J. Hyland | Taxi during NY trip. | $46.70 |
| 12/4/2012 | J. Hyland | Taxi during NY trip. | $10.00 |
| 12/4/2012 | J. Hyland | Taxi during NY trip. | $8.90 |
| 12/5/2012 | J. Hyland | Taxi during NY trip. | $55.00 |
| 12/5/2012 | T. Morilla | Taxi due to working late. | $33.75 |
| 12/11/2012 | J. Hyland | Taxi during NYC trip for UCC meeting. | $35.90 |
| 12/13/2012 | J. Hyland | Taxi during NYC trip. | $96.00 |
| 12/13/2012 | J. Hyland | Taxi from airport for NYC trip. | $60.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$346.25** |
| **Hotel** | | | |
| 12/5/2012 | J. Hyland | Hotel during NY trip. | $1,594.88 |
| 12/13/2012 | J. Hyland | Hotel during NYC trip. | $1,255.56 |
| **Subtotal - Hotel** | | | **$2,850.44** |
| **Meals** | | | |

Capstone Advisory Group, LLC
Invoice for the 12/1/2012-12/31/2012 Fee Statement

Page 1 of 2

| Date | Professional | Description | Amount |
|---|---|---|---|
| 12/5/2012 | T. Morilla | Meal due to working late. | $23.18 |
| 12/6/2012 | T. Morilla | Meal due to working late. | $10.42 |
| 12/12/2012 | J. Hyland | Meal during NYC trip. | $22.87 |
| 12/12/2012 | J. Hyland | Meal during NYC trip. | $15.39 |
| **Subtotal - Meals** | | | **$71.86** |
| **Mileage** | | | |
| 12/3/2012 | J. Hyland | Local mileage to/from airport during NYC trip. | $23.31 |
| 12/5/2012 | J. Hyland | Local mileage to/from airport during NYC trip. | $23.31 |
| 12/11/2012 | J. Hyland | Local mileage to/from airport for NYC UCC meeting. | $23.31 |
| **Subtotal - Mileage** | | | **$69.93** |
| **Parking/ Tolls** | | | |
| 12/3/2012 | J. Hyland | Local tolls to/from airport for NYC trip. | $1.60 |
| 12/5/2012 | J. Hyland | Local tolls to/from airport for NYC trip. | $1.60 |
| 12/11/2012 | J. Hyland | Local tolls to/from airport for UCC meeting. | $1.60 |
| **Subtotal - Parking/ Tolls** | | | **$4.80** |
| **Telecom** | | | |
| 12/8/2012 | CAG Direct | Telecom for Nortel. | $279.11 |
| 12/21/2012 | J. Hyland | Long distance calls for Nortel. | $5.39 |
| **Subtotal - Telecom** | | | **$284.50** |
| **For the Period 12/1/2012 through 12/31/2012** | | | **$4,940.98** |