```
            IN THE UNITED STATES BANKRUPTCY COURT

                FOR THE DISTRICT OF DELAWARE

IN RE:                          )   Case No. 09-10138(KG)
                                )
NORTEL NETWORKS, INC.,          )   Chapter 11
        et al.,                 )
                                )   Jointly Administered
                                )
                                )   Courtroom 3
                                )   824 Market Street
            Debtors.            )   Wilmington, Delaware
                                )
                                )   January 23, 2013
                                )   11:00 a.m.

                 TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE KEVIN GROSS
             UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:          Morris Nichols Arsht & Tunnell
                          BY: ANNIE CORDO, ESQ.
                          BY: DEREK ABBOTT, ESQ.
                          1201 North Market St., 18TH Floor
                          Wilmington, DE 19899-1347
                          (302) 351-9461

                          Cleary Gottlieb Steen & Hamilton
                          BY: BRENDAN GIBBON, ESQ.
                          BY: LISA SCHWEITZER, ESQ.
                          BY: MEGAN FLEMING, ESQ.
                          One Liberty Plaza
                          New York, NY  10006
                          (212) 225-2000

ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES, LLC
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For the Creditors'<br>Committee: | Richards Layton & Finger<br>BY: CHRIS SAMIS, ESQ.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7531 |
| | Akin Gump Strauss Hauer & Feld<br>BY: LISA BECKERMAN, ESQ.<br>BY: ABID QURESHI, ESQ.<br>BY: FRED HODARA, ESQ.<br>One Bryant Park<br>New York, NY  10035<br>(212) 872-1000 |
| For UK Joint<br>Administrators: | Young Conaway Stargatt & Taylor,<br>LLP<br>BY: MARIS KANDESTIN, ESQ.<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware  19801<br>(302) 571-6712 |
| For U.S. Trustee: | U.S. Trustee<br>BY: MARK KENNEY, ESQ.<br>844 King Street<br>Wilmington, DE  19801<br>(302) 573-6491 |
| For Ad Hoc Committee: | Blank Rome, LLP<br>BY: BONNIE FATELL, ESQ.<br>1201 Market Street, Suite 800<br>Wilmington, DE  19801<br>(302) 425-6400 |
| | Bernstein Shur<br>BY: ROBERT KEACH, ESQ.<br>100 Middle Street<br>PO Box 9729<br>Portland, ME  04104<br>(207) 228-7334 |
| For LTD Committee: | Elliott Greenleaf<br>BY: RAFAEL ZAHRALDDIN, ESQ.<br>1105 Market Street, Suite 1700<br>Wilmington, DE  19801<br>(302) 384-9400 |

APPEARANCES:
(Continued)

For Retirees:            McCarter & English
                         BY: WILLIAM TAYLOR, ESQ.
                         BY: MARK DANIELS, ESQ.
                         Renaissance Centre
                         405 North King Street, 8th Floor
                         Wilmington, DE  19801
                         (302) 984-6300

For Retiree Committee:   Togut, Segal & Segal
                         BY: NEIL BERGER, ESQ.
                         BY: STEPHANIE SKELLY, ESQ.
                         One Penn Plaza, Suite 3335
                         New York, NY  10119
                         (212) 594-5000

For Bondholder Group:    Millbank Tweed Hadley & McCloy
                         BY: THOMAS MATZ, ESQ.
                         1 Chase Manhattan Plaza
                         New York, NY  10005
                         (212) 530-5000

TELEPHONIC APPEARANCES:

For Monitor, Ernst       Allen & Overy, LLP
& Young:                 BY: LISA KRAIDIN, ESQ.
                         (212) 610-7300

For Dow Jones & Co.:     Dow Jones & Co.
                         BY: PEG BRICKLEY, ESQ.
                         (215) 462-0953

For Ad Hoc Committee:    Milbank Tweed Hadley & McCloy
                         BY: CINDY CHEN DELANO, ESQ.
                         (212) 530-5501

For Law Debenture Trust: Patterson Belnap Webb & Tyler
                         BY: CRAIG W. DENT, ESQ.
                         (212) 336-2864

For UK Pentition Trust:  Willkie Farr & Gallagher, LLP
                         BY: ANDREW HANRAHAN, ESQ.
                         (212) 728-8170

For Macquarie Capital    In Propria Persona
(USA) Inc.               SUSAN S. CHEN
                         (212) 231-2386

TELEPHONIC APPEARANCES:
(Continued)

For Farallon Capital        BY: MICHAEL LINN, ESQ.
Management:                 (415) 421-2132

For Barclays Capital:       BY: OLIVIA MAURO, ESQ.
                            (212) 412-6773

For Ad Hoc Group:           Bernstein Shur
                            BY: PAUL MCDONALD, ESQ.
                            (207) 228-7260

For USB Securities:         BY: DENNIS RUGGERE, ESQ.
                            (203) 719-7875

For Hondo Sen:              Cetus Capital
                            BY: HONDO SEN
                            (203) 552-3528

For Citi Capital:           BY: REBECCA SONG, ESQ.
                            (212) 559-9933

For Aurelius Capital:       BY: MATTHEW ZIOTO, ESQ.
                            (646) 445-6518

1

1     WILMINGTON, DELAWARE, WED., JANUARY 23, 2013, 11:03 A.M.

2              THE CLERK:  Please rise.

3              THE COURT:  Good morning, everyone.  Thank you

4     and please be seated.  It's good to see you all.  Mr.

5     Abbott, good morning.

6              MR. ABBOTT:  Good morning, Your Honor.  Derek

7     Abbott of Morris Nichols here for the Debtors on what is a

8     bit of a red letter date, Your Honor.

9              THE COURT:  Yes.

10             MR. ABBOTT:  As you probably noticed from the

11    agenda, it's happily light on objection and full of good

12    news in terms of resolving, or at least starting the process

13    of resolving two of the handful of major issues that remain

14    in the case.

15             THE COURT:  Yes.

16             MR. ABBOTT:  We're hoping we can be brief and

17    efficient today, Your Honor.

18             Item No. 1 is the joint motion regarding the

19    deferred comp settlement.  And Your Honor will recall,

20    Brendan Gibbons from Cleary who's going to present that

21    motion.  I'll just cede the podium to him so we can get

22    right to the action.

23             THE COURT:  All right.  All right, Mr. Abbott,

24    thank you.

25             MR. ABBOTT:  Thank you, Your Honor.

1              THE COURT:  Mr. Gibbon, good to see you again.

2   Welcome back.

3              MR. GIBBON:  Good to see you, Your Honor.  Thank

4   you.  Your Honor, Brendan Gibbon, Cleary Gottlieb appearing

5   on behalf of the Debtors with regard to the deferred

6   compensation and Rule 9019 Motion.

7              THE COURT:  Yes.

8              MR. GIBBON:  The Debtors are very happy to

9   present the Court with the motion which has jointly been

10  filed by the Debtors, the Creditors' Committee, and members

11  of the Ad Hoc Group of participants in the deferred

12  compensation plan.

13             The motion seeks approval of a settlement of all

14  claims by all participants in the plan.  And brings to close

15  about two years of disputes regarding the plan.  We're very

16  pleased to report, there have been no objections to the

17  motion.

18             If it please the Court, I thought it might be

19  helpful to just provide a quick overview of the litigation

20  and the terms of the settlement.

21             THE COURT:  I think it would be helpful for the

22  record, Mr. Gibbons, certainly.

23             MR. GIBBON:  Great, Your Honor.

24             THE COURT:  Yes.

25             MR. GIBBON:  I also have in the Court today,

1    Ms. Cathy Schulte, who is serving as a representative of the

2    Debtors, and I would propose to make a proffer of her

3    testimony for the record, in a few moments, if that's --

4              THE COURT:  All right.  That will be fine.  We'll

5    see if anyone objects, but I suspect not, given the lack of

6    objections here.

7              MR. GIBBON:  Thank you, Your Honor.  As Your

8    Honor knows, Nortel had a deferred compensation plan for

9    certain employees that allowed them to defer portions of

10   their income and receive tax benefits.  In connection with

11   the plan, Nortel had set up what's called a Rabbi trust in

12   which it set aside funds that corresponded to the nominal

13   balances in those deferred compensation accounts, but under

14   the terms of the plan, documents and the trust documents,

15   those funds were to be made available to creditors in the

16   event of a bankruptcy.

17             THE COURT:  Right.

18             MR. GIBBON:  So the dispute over the plan began a

19   couple years -- approximately two years ago when the Debtors

20   filed the Turnover Motion seeking the turnover of trust

21   assets to the estate.  A number of individual participants

22   filed objections, including what would become the Ad Hoc

23   Group represented by the Bernstein Shur firm.  Those

24   objections essentially claim that the trust assets should

25   not be turned over to the estate because the Debtors had

1  failed to comply with the so called "Top Hat" provisions --

2              THE COURT:  Yes.

3              MR. GIBBON:  -- under ERISA.  The Debtors then

4  provided discovery to the Ad Hoc Group.  This resulted,

5  ultimately, in an adversary proceeding being filed by the Ad

6  Hoc Group, which made, essentially, the same allegations in

7  the complaint, which, of course, the Debtors disputed.

8              As Your Honor knows, the litigation's been

9  ongoing.  There was a pending Motion to Dismiss filed by the

10 Debtors.  The Ad Hoc Group had a pending Motion for a Class

11 Certification.  The parties had previous attempts to settle

12 in 2011, early 2012, and then re-engaged in settlement

13 negotiations starting the fall of 2012, which leads us to

14 the motion today.

15             THE COURT:  Yes.

16             MR. GIBBON:  Just to give the Court a very broad

17 overview of the terms of the settlement, which of course,

18 are set forth in the motion and in the agreement, the

19 settlement will resolve the claims of all 325 plan

20 participants, whether or not they are part of the Ad Hoc

21 Group who signed the settlement agreement.

22             The settlement will result in a cash distribution

23 to each of the participants in the aggregate amount of

24 approximately just under 31.2 million.  Each individual

25 participant's distribution is based upon their nominal

1    account balance as of a certain date.

2            And as you know, the disputes between the parties

3    were essentially, one, whether or not the participants had

4    unsecured claims in the bankruptcy or whether they had an

5    ownership interest in the trust estates as the Ad Hoc Group

6    contended.  And two, whether the balances should be

7    determined as of the petition date in January 2009 or as of

8    the termination date of the plan in December 2010.

9            So the settlement that the parties reached,

10   essentially requires the Debtors to pay the participants

11   either 97 percent of their petition date balance or

12   approximately 74 percent of the termination date balance.

13           THE COURT:  Yes.

14           MR. GIBBON:  In addition, the Debtors also agreed

15   to pay just under 3.1 million in attorney's fees to the Ad

16   Hoc Group.

17           In exchange, this resolves all disputes in

18   connection with the Turnover Motion with the adversary

19   proceeding and the complaint.  And the Debtors will receive

20   releases from all participants in the plan and their

21   transferees.

22           The motion was filed December 14, 2012.  It was

23   served on all 325 participants in the plans and their

24   transferees, along with a custom Notice of Motion that

25   stated that the settlement would bind all participants,

1    regardless or not of whether they were a member of the Ad

2    Hoc Group.  It contained each individual participant's

3    proposed cash distribution.  And it notified the

4    participants of the objection deadline and the hearing

5    deadline which were the objection deadline was 26 days after

6    the motion and the hearing today is 40 days after the

7    motion.

8              THE COURT:  Yes.

9              MR. GIBBON:  And again, we're happy to report

10   that no objections were received.

11             So the Debtors believe the settlement is fair and

12   reasonable and in the best interest of the Debtors' estates

13   and that they have satisfied the Martin factors for approval

14   of the motion as set -- more fully set forth in the motion.

15             As I mentioned earlier, Ms. Cathy Schulte is here

16   today as a representative of the Debtors and she's available

17   to testify as to the settlement.  Unless the Court or anyone

18   else has any objections, I would like to make a proffer of

19   her testimony for the record.

20             THE COURT:  All right.  Does anyone have any

21   objection to proceeding by proffer?

22                   (No audible response.)

23             THE COURT:  All right.  You may proceed that way

24   then, Mr. Gibbon, certainly.

25             MR. GIBBON:  Thank you, Your Honor.

1          THE COURT:  It's fine with the Court.

2          MR. GIBBON:  Your Honor, if called, Ms. Schulte

3    would testify that she is the Chief Operating Officer of

4    RLKS Executive Solutions, LLC.  Who are professionals that

5    have been retained as consultants to Nortel Networks, Inc.

6    She reports directly to John Wray, the principal officer of

7    the Debtors.

8          Ms. Schulte is familiar with the deferred

9    compensation plan, with the litigation in connection with

10   the plan, and with the terms of the settlement.

11         She would testify it is the view of the Debtors

12   that the settlement was entered into in good faith; that the

13   terms are fair and reasonable; that it is in the best

14   interest of the Debtors' estates and its creditors because

15   it resolved the turnover of the trust assets to the estate.

16   It resolves all claims against the estates in connection

17   with the plan.  And it avoids the need for further

18   litigation on the issues and the risks necessarily

19   associated with the litigation.

20         On that basis, I would move the proffer of Ms.

21   Schulte's testimony into evidence.

22         THE COURT:  Any objection?

23              (No audible response.)

24         THE COURT:  All right.  Hearing no one, it is

25   admitted Mr. Gibbon, thank you.

1          MR. GIBBON:  Thank you, Your Honor.  Your Honor,

2    I have a copy of the revised proposed order and the red line

3    that was filed last Wednesday, January 16, which was also

4    sent to all participants in the plan and their transferees.

5          THE COURT:  All right.

6          MR. GIBBON:  May I approach?

7          THE COURT:  Please, thank you.  Thank you, Mr.

8    Gibbon.

9          MR. GIBBON:  Your Honor, I'd be happy to walk you

10   through the changes that were made in the red line, if you'd

11   like.  They were largely changes proposed by U.S. Bank, the

12   Trustee --

13         THE COURT:  Of course.

14         MR. GIBBON:  -- to the order.

15         THE COURT:  Yes.  And those are the informal

16   comments, I think that you referred to in the agenda letter.

17         MR. GIBBON:  That's right, correct.

18         THE COURT:  Okay.  All right.  I'm going to

19   review those real quickly.

20         MR. GIBBON:  The changes were primarily two

21   changes.  I'm sorry, Paragraph 7 and 15.

22         THE COURT:  Okay, thank you.  Thank you, Mr.

23   Gibbon.  All right, thank you.  Those changes are certainly

24   acceptable, but let me give any other parties who wish to be

25   heard an opportunity to be heard when I'm sure -- when I'm

1   certain that you're finished.

2           MR. GIBBON:  Yes, Your Honor.  Based upon all the

3   arguments set forth in the motion and the proffer of

4   testimony, the Debtors respectfully request that the Court

5   grant the motion and enter the proposed order.  However, I

6   would cede the podium to counsel for the Ad Hoc Group and --

7           THE COURT:  You bet.

8           MR. GIBBON:  -- the committee, if they wish to be

9   heard.

10          THE COURT:  All right.  Thank you, Mr. Gibbon.

11          MR. GIBBON:  Thank you.

12          MR. KEACH:  Thank you, Your Honor.  Robert Keach

13  for the Ad Hoc Group of beneficiaries.

14          THE COURT:  Yes.

15          MR. KEACH:  I'll be very brief.  Mr. Gibbon has

16  done an excellent job of describing the benefit to the

17  settlement and we share in the description of those benefits

18  to all sides, including the Debtor and the Debtors' estates.

19          Let me simply add briefly that, Your Honor, that

20  that this was as Your Honor knows, an arduous process.

21  There were many negotiations --

22          THE COURT:  Yeah.

23          MR. KEACH:  -- an attempt at mediation and the

24  continued negotiations, but at the end of the day, we did

25  reach what we think is a very fair settlement for the

1  beneficiaries and the participants in the plan.  And we're

2  pleased to report, as is evidenced by the absence of

3  objection, that we think the entire class of participants

4  and beneficiaries is satisfied with the settlement.

5       I want to take a moment, frankly, to commend the

6  Debtors' counsel, Mr. Wray, and the committees'

7  professionals and the bondholders professionals, frankly,

8  for their good faith and persistence in getting to this

9  point.  It takes multiple parties in a deal like this to get

10 to the end and they're all to be -- their professionalism is

11 to be acknowledged and commended here.

12      I also want to take a moment to recognize our

13 Steering Committee, and in particular, Mr. Horn and Mr.

14 Young who are actually present today, Your Honor.

15      THE COURT:  Oh, good.

16      MR. KEACH:  Frankly --

17      THE COURT:  There they are, good morning and

18 congratulations.

19      MR. KEACH:  And frankly, without whose

20 persistence and dedication to this cause we wouldn't be

21 here.  So, they're both to be commended.

22      And I would be remiss if I didn't mention Charlie

23 Crisler [ph] who's also a member of the Steering Committee

24 who's been responsible for the organizational activity it

25 takes to move something like this forward, so.

1           We also, frankly, we thank the Court for its

2    timely intersession in the negotiations because I think that

3    managed to get us to the point where we're here.

4           But, we would second what Mr. Gibbons said.  If

5    they were required to testify, Mr. Young and Mr. Horn could

6    certainly testify to the path that brought us here and to

7    the arm's length negotiations that got us here and to the

8    benefit of the participants and beneficiaries.  But

9    obviously, we wholeheartedly support the settlement and ask

10   the Court to enter an order approving it.  Thank you.

11          THE COURT:  All right.  Thank you, thank you.

12   Ms. Beckerman?

13          MS. BECKERMAN:  Yes.

14          THE COURT:  Good morning.

15          MS. BECKERMAN:  Good morning.  Nice to see Your

16   Honor.

17          THE COURT:  Good to see you.

18          MS. BECKERMAN:  Happy New Year.

19          THE COURT:  Same to you, thank you.

20          MS. BECKERMAN:  Lisa Beckerman, from Akin Gump on

21   behalf of the Creditors' Committee.

22          Your Honor, I obviously echo the sentiments of

23   Mr. Keach as Your Honor knows only too well, given the

24   number of calls we had with you, particularly in December.

25          THE COURT:  Yes, yes.

1                          (Laughter)

2              MS. BECKERMAN:  It was quite an ordeal to get to

3    a settlement here.  And as Your Honor knows from the record,

4    we had tried mediation.  We had tried negotiation.  And we

5    decided that it was time to try negotiation again.  We

6    needed a little help.  So we do really appreciate that.

7              Obviously, it was because it was so difficult and

8    hard fought, I think that indicates that the fact that we

9    could come to an agreement, that this is, in fact, a very

10   good compromise for the estates.  Because I think a sign of

11   a good compromise is, A, when you can finally get to an

12   agreement after two years of litigation and many attempts at

13   trying to negotiate.  And all sides being very well

14   represented in arguing their points, not only with an

15   outside mediator, but obviously, amongst ourselves.

16             THE COURT:  Yes.

17             MS. BECKERMAN:  And then the fact that we filed

18   this motion and we didn't receive any objections, which I

19   also think shows that the settlement is extremely fair and

20   reasonable to all parties because it was recognized as well

21   by all the participants that this is a good compromise of

22   some difficult issues that would otherwise have to be

23   litigated in a, you know, pretty factual and full-blown

24   trial.

25             So from the Creditors' Committee's perspective,

1   you know, we feel that this is a very, you know, good

2   settlement for everybody involved.  Represents something

3   that's very beneficial to the creditors that are involved in

4   the estates and the creditor body as a whole.  I, obviously,

5   urge you all to -- urge the Court to please approve the

6   settlement.

7          I do also want to thank, obviously, my opposing

8   counsel and sometimes on the same side as well.  Where

9   sometimes people were nice enough to actually still take the

10  phone call after we had some heated conversation there.

11                    (Laughter)

12         MS. BECKERMAN:  Or sometimes where we would float

13  an idea, hoping that we could actually get something done.

14  So I really appreciate the fact that everyone was so

15  receptive from both the Debtors' counsel, the Noteholder

16  Committees' Counsel, and of course, the Ad Hoc Committees'

17  counsel as well in our reaching this agreement and would

18  urge your -- the Court to please approve the settlement.

19         THE COURT:  Thank you, Ms. Beckerman.  Anyone

20  else?

21                 (No audible response.)

22         THE COURT:  Well I am, of course, going to

23  approve the settlement.  I am fully familiar with this

24  litigation.

25                    (Laughter)

1              THE COURT:  And the difficulties involved.  I

2   certainly take great comfort from the skill and ability of

3   counsel.  The fact that there are no objections and that Mr.

4   Young and Mr. Horn, who really did bring great care to this

5   matter, are in Court today in support of the settlement.

6   And that is clearly something that the Court takes into

7   account.  And I am certainly satisfied based on my own

8   knowledge of the litigation and how hard fought it was, and

9   the support of the settlement by counsel, that it is fair

10  and reasonable and in the estate's best interest.  And

11  certainly, satisfies the test in the Third Circuit which has

12  been expressed in the *Myers Martin* case.  It clearly is

13  within the range of reasonableness and fairness and I'm --

14  I'll be pleased to sign the order in the form presented.

15  And I thank you all and congratulate all of you.  And let me

16  express my great respect and appreciation for your efforts

17  here.

18              MS. BECKERMAN:  Thank you, Your Honor.

19              THE COURT:  Ms. Schweitzer, good morning.

20              MS. SCHWEITZER:  Good morning, Your Honor.  For

21  the record, Lisa Schweitzer, from Cleary Gottlieb for the

22  Nortel Debtors.

23              As Your Honor is aware and Mr. Abbott pointed

24  out, the motion to approve the KEIP plan is adjourned now to

25  February 14.

1          THE COURT:  Yes.

2          MS. SCHWEITZER:  And you had entered the order on

3  the Debt Recovery Claims Motion.  So we are onto the Retiree

4  Committee settlement.  Which we're again, pleased, Your

5  Honor, to come before you with the first step in a two-step

6  process to approve the settlement of the retiree --

7  termination of the retiree plans, and the settlement of the

8  related claims.

9          Echoing what you heard a minute ago with respect

10 to the other employee issues, that this, too, has been a

11 long road to get to this point.  The committed efforts have

12 been in this case, the Debtors and the Retiree Committee,

13 both the members and the counsel, as well as, of course, the

14 efforts of the Unsecured Creditor Committee, the Ad Hoc

15 Bondholder Committee.  All have helped us to be able to

16 reach this settlement.  You'll remember that we first sought

17 termination of the benefits in 2010.

18          THE COURT:  Yes.

19                    (Laughter)

20          THE COURT:  I do.

21          MS. SCHWEITZER:  So all good things take time, so

22 I guess --

23                    (Laughter)

24          MS. SCHWEITZER:  -- we would have a good bottle

25 of wine if we were in a different business.

1            THE COURT:  Yes.

2                    (Laughter)

3            MS. SCHWEITZER:  But we had sought the

4    termination of benefits in 2010, at that time, identifying

5    alternative insurance arrangements for the retirees to fund

6    at their own cost.  Through the confluence of the formation

7    of the Ad Hoc Retiree Group, which has since been replaced,

8    but -- and their pursuit of Aviva alternative that

9    ultimately, they found to be infeasible, and the confluence

10   of that and the Third Circuit bestowing upon us the *Visteon*

11   ruling.

12           THE COURT:  Yes.

13           MS. SCHWEITZER:  Which encouraged us to go form

14   an 1114 Committee.  We stopped that effort, withdrew those

15   motions, and then came before you in 2012, to have the

16   committee formed.  So we have been with the current group of

17   people sitting in the courtroom today and the committee

18   members working at this for over a year now.  The committee

19   was formed in the middle of 2011 and discussions began in

20   the fall of 2000 -- late summer/fall of 2011.  Again, the

21   Debtors had at that time, identified a possible insurance

22   Again, we were proposing for the retirees to fund at their

23   own cost, but it was helpful in that it wound up ultimately

24   being one of the legs of the settlement that is now before

25   you as a possible component of the package the Retiree

1  Committee has set up.

2          We have been working regularly, consistently,

3  vigorously.

4                      (Laughter)

5          MS. SCHWEITZER:  We spent --

6          THE COURT:  Pushing here and there, I think.

7          MS. SCHWEITZER:  Yeah.

8                      (Laughter)

9          MS. SCHWEITZER:  Pushing, pulling, hugging --

10         THE COURT:  Yes.

11                     (Laughter)

12         MS. SCHWEITZER:  -- exchanging information since

13  that time.  As I again, said to the Debtors' Retiree

14  Committee and both of the other official committees and the

15  Official Committee and the Bondholder Committee and we

16  really do appreciate everyone's efforts, commitments, and

17  countless hours that it took to get us to this point.

18         It also should be said, while he's not in the

19  courtroom today, that the discussions definitely were

20  furthered by the helpful assistance of Rich Levin of

21  Cravath --

22         THE COURT:  Yes.

23         MS. SCHWEITZER:  -- who served as the mediator

24  for several months in 2012, and that definitely helped us

25  further our discussions.

1          THE COURT:  He hasn't spoken to me since.

2                    (Laughter)

3          MS. BECKERMAN:  And may never again.

4          THE COURT:  That's right.

5                    (Laughter)

6          MS. SCHWEITZER:  He's waiting --

7          THE COURT:  That's right.

8          MS. SCHWEITZER:  -- for the order to be entered.

9                    (Laughter)

10         THE COURT:  Yes, that's right.

11         MS. SCHWEITZER:  So now I can talk to you.  So,

12    but today, we're seeking approval not of the final

13    settlement, but the procedures to get us to the final

14    settlement.

15         THE COURT:  Right.

16         MS. SCHWEITZER:  Just for the record, again, is

17    that the basics of the settlement are proposed in the

18    motion, but that the termination of the retiree plans as of

19    May 31, 2013.  And then there'd be a cash payment to the

20    Retiree Committee of $66,879,000.  Which if it flexed over

21    one more month, there's an adjusted mechanism built that if

22    the settlement is pushed one more month to June, that we

23    have an economic deduction built into the agreement.  While,

24    although we strive in every which way to have this

25    terminated as of May 31.

1           THE COURT:  Yes.

2           MS. SCHWEITZER:  There's a full exchange of

3  releases by the Debtors and Debtor representatives and

4  certain other third parties in one hand getting releases and

5  giving releases to the retirees relating to the retirement

6  benefits.  We're also shortening the runoff of certain --

7  the ability to submit claims instead of retiree

8  reimbursement.  And the idea being, when we're done, we're

9  done.

10          THE COURT:  Right.

11          MS. SCHWEITZER:  So that period is now shortened

12  to six months, so it enables the Debtors to see the end of

13  the administration of the plan.

14          The cash payment that will be made to the Retiree

15  Committee, the Retiree Committee is responsible for

16  allocating among the different people who are entitled to

17  retiree benefits, according to what they call the allocation

18  methodology, and the description of it or summary of it is

19  set forth in the motion and some of the attachments and

20  notices that will go out to people.  And Mr. Berger can

21  address that more specifically.

22          THE COURT:  Sure.

23          MS. SCHWEITZER:  They also intend to form, our

24  understanding is, to form an LLC and ultimately Aviva that

25  will hold the money and possibly administer the medical

1    plan.   Again, I'll defer to Mr. Berger, who can talk about

2    that more specifically, and the requirements around that.

3    But the most important thing from the Debtors' side is that

4    when we're done, we're done.

5              THE COURT:   Yeah.

6              MS. SCHWEITZER:   This will be a full and final

7    settlement of the retiree plans and all claims relating to

8    the retiree plans that we may have.

9              And quite frankly, you know, as the long and

10   dedicated efforts of everyone show, that we all think this

11   is ultimately a beneficial settlement to both the Debtors

12   and the retirees in that it does provide for a substantial

13   cash payment to the retirees, but also enables the Debtors

14   to reach finality and further their wind down, given their

15   -- the stage of the case and the limited personnel resources

16   on hand at the Debtors.

17             So just to go through the noticing that's being

18   approved today.   We intend to mail notices to the retiree

19   population, as well as, the active employee population,

20   long-term disabled individuals, and people on the Rule 2002

21   service list.   And they'll be given the general form of

22   notice of the settlement that just summarizes settlement.

23   We'll also publish notice in several local and national

24   newspapers.   And as you'll recall, that this notice is in

25   addition to these folks already getting notice of all the

1  prior motions; a Termination Motion we filed last summer,

2  and the motion that was filed seeking approval of this.  So

3  we've made every effort to bring people out and let them

4  know that their rights are being compromised.

5           THE COURT:  Yes.

6           MS. SCHWEITZER:  And the settlement notice also

7  will provide a copy of the actual Settlement Agreement to

8  people so that they'll have that in their hand.  And then

9  what we'll do also, and I'll hand up the revised order that

10 has the completed exhibits that were also part of the

11 settlement, is that because claims are being compromised

12 and channeled to the Settlement Agreement, that we're

13 actually expunging the claims on the official claims

14 register.  So what we have done is created two exhibits; one

15 where the claims are fully expunged, because that's the only

16 claims included in the proof of claim or retiree claims, and

17 other forms where a retiree hypothetically put in a claim

18 for a 401(k) benefit or of something else that may or may

19 not be legitimate and also put in a retiree claim.  Then

20 we're only partially expunging and disallowing the amount

21 that relates to the retiree claim.  In most cases, there's

22 not actually a dollar amount.  So what we did was we said

23 this is partially expunged to wipe out all retiree claims

24 and described in words the nature of the claims that will

25 survive, because most of them are unliquidated, or

1  unidentified, or unseparated.  And the remaining claims will

2  be dealt with in further claims objections settlements or

3  ultimately allowed.  So everyone's rights are reserved with

4  respect to the rest of the claims.

5          Your Honor is also aware, that now as of last

6  Friday, we have filed a motion proposing a settlement with

7  the long-term disabled individuals.  And Mr. Zahralddin is

8  actually in the courtroom today.

9          THE COURT:  Yes.

10          MS. SCHWEITZER:  So we are graced with his

11  presence as well.  But that motion is separate.  But we did,

12  as you know, we've been working in parallel with the two

13  groups of employees and individuals.  And we have, in

14  preparing all these notices and the Settlement Agreement,

15  tried in every which way to telegraph to people what claims

16  are in, what claims are out.  What's, you know, what

17  benefits they get from the Debtors are not being

18  compromised.  And to work -- and the Retiree Committee has

19  proposed to make themselves available at informational

20  sessions that they'll organize so that people can come and

21  ask questions regarding the settlement.

22          So we -- and I think it's evidenced by the fact

23  that no one's objecting to these procedures, we made every

24  effort to account for feedback we've gotten in the past and

25  provide people full information with how these settlements

1  work and how they're going to work together.

2           I can hand up to you the revised notice of -- a

3  full clean order and the revised orders.  The revised orders

4  mostly account for slight changes in the settlement notices

5  to account for conforming changes, filling in dates and the

6  like.  But if I could approach, I'll hand you the clean and

7  the black lines.

8           THE COURT:  Yes, please, Ms. Schweitzer, thank

9  you.  Thank you.

10           MS. SCHWEITZER:  This is the clean.

11           THE COURT:  Okay.

12           MS. SCHWEITZER:  And this is the black line that

13  only has only has the change documents.  It doesn't have the

14  Settlement Agreement.

15           THE COURT:  Okay, all right, thank you.

16           MS. SCHWEITZER:  So, Your Honor, I've handed you

17  the clean full order that's as is revised.  And then I've

18  also handed you a black line of the documents that have been

19  changed.  It's noticeably thinner because it doesn't include

20  the full claims exhibit lists which are new, so we haven't

21  black lined them.  It also does not include, the black lines

22  don't include the Settlement Agreement that's contained in

23  the clean version of the order.

24           To walk you through the changes of the documents

25  as they appear, in the order, that the -- in Paragraph 7, we

1    just make more clear all of the documents which are included

2    in the notice, which include the retiree statement, the

3    ballots, and their own templates, as well as our publication

4    notice and our -- the coverage settlement notice, so that

5    those all constitute the notice being given to people.

6            Paragraph 9 just adds in something that was

7    implicit which is that the Retiree Committees' actually

8    directed to serve the statements in the form attached and

9    that are being approved on all retirees as -- because that

10   was obviously, implicit, but they have the charging language

11   there.

12           Morris Nichols is added as a notice party, and

13   then the Paragraph 13 just includes the Retiree Committee as

14   someone who is able to act upon the order once it's entered.

15           On the black line of the settlement notice

16   itself, there are different conforming changes to the motion

17   in -- with respect to the way and where the term retirees

18   are defined.  We've added in different dates now that we're

19   proposing to be set, including particularly, that a final

20   hearing be held on April 2.

21           THE COURT:  Um-hum.

22           MS. SCHWEITZER:  And that the objection deadline

23   be March 12.

24           And then the remainder of the changes, which I'm

25   happy to give you time to review, are simply conforming

1   changes or clean-up changes to the text, matching to count

2   for the fact that they're in a notice or to match them to

3   the Settlement Agreement.  As I said, it's not apparent in

4   the black line, but Exhibit 2 and 3 to the settlement notice

5   that will be served on everyone is just simply the exhibit

6   list that look similar to our claims objection exhibits --

7           THE COURT:  Right.

8           MS. SCHWEITZER: -- that list out the claims that

9   are being expunged and the identity of the Claimants.  And

10  with the ones that are partially expunged, the nature of the

11  remaining claims.

12          On the next black line you have is the black line

13  of the publication notice which is similar to the notice of

14  the settlement, just has conforming changes in it and fills

15  in the missing dates --

16          THE COURT:  Right.

17          MS. SCHWEITZER:  -- and information.  On the

18  black line of the Retiree Committees' statement, there's

19  just one or two word changes.  And again, typos and filling

20  in of missing dates and clarifying that Aetna would be the

21  provider of healthcare, if it's provided.

22          On the ballot, again, this is just -- this is the

23  ballot that would be sent with people to vote whether, in

24  fact, they want healthcare set up as part of the retiree

25  settlement.  And again, the only changes here are filling in

1  that Aetna is the provider, correcting one or two typos, and

2  filling in information about the dates and deadlines that

3  they have -- the forms have to be returned.

4          So those are the black lines to the documents

5  which are exhibits to the order and this is to the order

6  itself.

7          So, Your Honor, as I said, the general notice

8  will be served on all retirees, people that we've identified

9  as possibly eligible to get retiree benefits.  It will be

10  served on current employees, long-term disabled, anyone

11  receiving COBRA benefits, as well as, the Rule 2002 service

12  list.  We've tried in both given the type of notice and the

13  length of time that we're giving notice to accommodate the

14  standard practices under Rule 9019 --

15          THE COURT:  Right.

16          MS. SCHWEITZER:  -- and it's significantly in

17  excess of the time notice that you would normally give for

18  an 1114 settlement under the Code, only contemplates ten

19  days notice.

20          THE COURT:  Yes.

21          MS. SCHWEITZER:  We're obviously working under a

22  much longer deadline, so people have time to absorb the

23  information and also prepare for the ultimate termination of

24  the plans and make alternative arrangements.

25          There is only one objection filed by Mr. Ronald

1  Ellias.  And, Your Honor, Mr. Ronald Ellias is now a long-

2  term disabled employee.  He has not yet reached retirement

3  age.

4          THE COURT:  Okay.

5          MS. SCHWEITZER:  We -- it was announced to us and

6  it wasn't clear, the Long-Term Disability Motion hadn't been

7  filed.  So in an abundance of caution, we filed it as being

8  responsive to this.  We can, obviously, file it as being

9  responsive to other motions, if they -- or if he submits a

10 second letter.  Regardless, I think his statement was that a

11 settlement would be hardship to him.  And I don't think that

12 that goes to the noticing procedures.

13         THE COURT:  Exactly.

14         MS. SCHWEITZER:  So what we would propose is to

15 just carry it onto the -- as an objection to the final

16 settlement, and in an abundance of caution, keep it on the

17 retiree list, even though he, in fact, is not a current

18 retiree.

19         THE COURT:  Very well. I think that's correct,

20 yes.

21         MS. SCHWEITZER:  And then also in the courtroom

22 is Cathy Schulte who, again, is the Chief Operating Officer

23 of RK -- RLKS Executive Solutions, also involved in the

24 settlement discussions.  And she's familiar with the plans,

25 the way they're administered, and the claims that arise from

1   them.  I don't intend to proffer her testimony, but I wanted

2   to let you know she's available in case any individual

3   questions come up.

4              THE COURT:  Okay.

5              MS. SCHWEITZER:  And with that, we would

6   respectfully request that the procedures be approved.  But I

7   know that there's chorus of people who would like to be

8   heard as well.  We have Mr. Berger, and then Ms. Beckerman,

9   and Mr. Matz from the Committee.  And if Rafael Zaharalddin

10  wants to come as well, he's more than welcome.  And so I

11  will cede the podium.

12             THE COURT:  Thank you.  Thank you, Ms.

13  Schweitzer.

14             MS. SCHWEITZER:  Sure.

15             THE COURT:  Mr. Berger?

16             MR. BERGER:  Thank you, Judge.

17             THE COURT:  It's still morning.  Good morning to

18  you.

19             MR. BERGER:  Good morning, Judge.  It's good to

20  see you.

21             THE COURT:  Good to see you, thank you.  It's a

22  good -- it certainly is a healthy set of papers and --

23                      (Laughter)

24             THE COURT:  -- I'm glad that I'm not getting them

25  in the mail.

1          MR. BERGER:  We've got a cure for that.

2          THE COURT:  Yes.

3                    (Laughter)

4          THE COURT:  Okay, yes.

5          MR. BERGER:  Good morning, Your Honor.  Neil

6    Berger, Togut, Segal & Segal, for the Retiree Committee.

7          Your Honor, this is a significant juncture in the

8    case for retirees as Ms. Schweitzer said.  Although, the

9    Court won't be considering ultimate approval of the proposed

10   Settlement Agreement, this is the beginning.  Today's

11   hearing is the beginning of a process that's going to

12   provide some clarity and certainty to retirees who -- and

13   others who may be eligible to participate in the Retiree

14   Committee settlement concerning their benefits under the

15   Nortel retiree welfare plans.

16         Ms. Schweitzer did steal my thunder a bit, but

17   before I speak to the form and method of notice and the

18   communications that we're asking Your Honor to authorize, I

19   do want to pause to also acknowledge the efforts and

20   assistance by Mr. Levin, who Your Honor appointed as

21   mediator to assist the parties.  His assistance was, indeed,

22   helpful and beneficial.

23         THE COURT:  Good.

24         MR. BERGER:  At various points during our

25   negotiations, they became a little difficult.

1                          (Laughter)

2              MR. BERGER:  But we continued to talk.  And at

3    those points, Mr. Levin did provide some very useful

4    suggestions and incentives for all of us to continue to

5    negotiate and to keep momentum moving in the right direction

6    when it had the opportunity to move in the wrong direction.

7              THE COURT:  Yes.

8              MR. BERGER:  So, Your Honor, I'm sure we'll all

9    speak more about his services when we come back in April for

10   ultimate approval of the Settlement Agreement, but I did not

11   want this moment to pass without the parties, and especially

12   the Retiree Committee, extending their gratitude and

13   acknowledging his help because his services were beneficial.

14             THE COURT:  And again, since I will also say more

15   at the settlement hearing, but certainly, I acknowledge and

16   express the Court's appreciation for his efforts.

17             MR. BERGER:  Yes, Judge.  There are various forms

18   of notice and methods of notice that we're proposing to give

19   to parties.  This is an important decision in the lives of

20   thousands of people across our country.  As Ms. Schweitzer

21   said, we're -- we've mapped out a course that provides far

22   more notice than is required under the statute.  We

23   collectively understood that people needed an adequate

24   opportunity to review documents and information, to have an

25   opportunity to think through those issues, and we heard Your

1  Honor clearly when we were here before you on previous

2  occasions about that issue.  I won't go through the

3  significant or most significant terms of the settlement, the

4  proposed settlement, because Ms. Schweitzer has done so.

5          THE COURT:  Yes.

6          MR. BERGER:  But I will say, Your Honor, that the

7  forms of notice that we do propose to provide on behalf of

8  the Retiree Committee, contain those significant provisions

9  and how they work.  Ms. Schweitzer talked about actual

10  direct notice.  We participated in the forms of notice that

11  will be mailed out to the retirees by the Debtors.  We also

12  participated with the Debtors concerning the publication

13  notice.

14          THE COURT:  Which is -- and I see the publication

15  is in a number of newspapers.

16          MR. BERGER:  It's in a number of newspapers, Your

17  Honor.  There were a couple of guiding principles here; one,

18  the general guiding principle in bankruptcy,

19  [indiscernible], excuse me, provide as much notice as is

20  possible.  We also used the census that Nortel provided to

21  us to identify the areas where there's the greatest

22  population of retirees, where they reside.

23          THE COURT:  Um-hum.

24          MR. BERGER:  So by way of example, you see in --

25          THE COURT:  A lot of Florida.

1          MR. BERGER:  A lot of --

2                    (Laughter)

3          MR. BERGER:  I see some in Florida, North

4   Carolina, California.

5          THE COURT:  Yes.

6          MR. BERGER:  Places that much warmer than what

7   we're experiencing today.

8          THE COURT:  You bet.

9          MR. BERGER:  So we did try to direct not only

10  general national publication, but publication areas that we

11  thought people would be paying more attention to in areas

12  where they reside.

13          In addition to the forms of actual and

14  publication notice that the Debtors will provide, the

15  Retiree Committee, subject to Your Honor's approval, intends

16  to provide additional forms of notice and information to

17  retirees and eligible participants under our Settlement

18  Agreement.

19          THE COURT:  Yes.

20          MR. BERGER:  And if I can, Your Honor, for the

21  record on a -- of a general way, I'd like to walk you

22  through the different types of communication that we're

23  asking Your Honor to approve on --

24          THE COURT:  Sure.

25          MR. BERGER:  -- behalf of the Retiree Committee.

1   And I'm happy to answer any questions as we go along.

2            First, Your Honor, there is a statement of the

3   Retiree Committee in support of the settlement.  Obviously,

4   we support it and as part of the Settlement Agreement, we've

5   agreed to acknowledge our support.

6            In that retiree statement, we cover a number of

7   different things; who we are; who the Retiree Committee is,

8   what it's function is; that the Retiree Committee supports

9   approval of the settlement.  It contains a description of

10  the significant terms of the proposed Settlement Agreement.

11  And if people have already seen the Settlement Agreement,

12  they'll see it again.  How the settlement amount that Ms.

13  Schweitzer mentioned will be apportioned and distributed

14  among -- to retirees and others who may be eligible to

15  participate in the Settlement Agreement, including how

16  current employees, LTD employee -- LTD participants might

17  participate in the settlement.  It also describes the

18  establishment of Aviva and an insurance program, medical,

19  which I'll describe in a moment.

20            The apportionment methodology is set forth in our

21  Settlement Agreement.  It's set forth in the retiree

22  statement.  And what we tried to explain to folks who may be

23  eligible to participate in this settlement is how the

24  apportionment methodology works.  And just for the record,

25  what it is, it's an actuarial formula where the numerator,

1   the top number above the line, is the actuarial value of a

2   retiree's claim for certain welfare benefits.  And the

3   denominator for those listening on the phone, below the

4   line, is the aggregate actuarial value of all retirees and

5   that benefit.  And that same formula was used first to

6   determine the percentage of actuarial percentage of medical,

7   life, long-term care, different benefits under the welfare

8   plans.  Once we understood those, we also built up, from the

9   ground up, per individual, what their settlement amount is.

10           We've also described in the Retiree Committee

11  statement the establishment of health reimbursement

12  arrangement accounts, and I'll refer to those as HRA's.

13           THE COURT:  Yes.

14           MR. BERGER:  And that immediately is going to be

15  for life and long-term care claims.  And if a medical policy

16  isn't a contracted and offer for medical subsidy claims as

17  well.

18           THE COURT:  Tax efficient HRA's.

19           MR. BERGER:  Yes, Your Honor.

20           THE COURT:  Yes.

21           MR. BERGER:  That was an important driving --

22           THE COURT:  Yeah.

23           MR. BERGER:  -- consideration for the Retiree

24  Committee.  We've -- I'll speak to that again in a moment.

25           Our statement also describes whether and under

1    what circumstances retiree -- I'm sorry, replacement medical

2    insurance might be available when the Debtors terminate the

3    benefits under the retiree welfare plans.  It describes what

4    claims are being released as a result of the settlement, how

5    the settlement agreement was reached, and why the committee

6    supports the settlement.

7            As part of the Retiree Committee statement, each

8    retiree and eligible participant would receive an individual

9    claim form.  And that's been submitted as one of the

10   exhibits in support of our request for approval of the

11   notice procedures.  And that form will list, based upon the

12   census data provided by Nortel, each person's benefit

13   elections and other personal information.  And these

14   documents will be mailed to people in envelopes that are

15   prominently displayed as personal and confidential.

16           THE COURT:  Okay.

17           MR. BERGER:  So we're sensitive to personal

18   information.  And they'll contain each person's settlement

19   amount based upon their respective benefits.  Behind that,

20   there will be matrices where retirees will be able to find

21   his or her value based on his age, years of service, and

22   elections.  And those matrices will also enable retirees to

23   see that they are receiving similar treatment to retirees

24   and who may have similar settlement criteria.  We thought

25   that was important so that, again, transparency.

1              Alternative insurance, Your Honor.  The members

2    of the Retiree Committee have been very active in this

3    process.  And I do want to pause for a moment to acknowledge

4    how committed and focused each of them have been on their

5    fiduciary obligations in this case.  We -- they have come to

6    New York whenever called upon.  And we have regular

7    telephonic meetings.  They all participate.  They're all

8    very focused on their fiduciary obligations to the retiree

9    community and other eligible beneficiaries at large.

10              One of the goals that the Retiree Committee

11   sought from the very beginning was to achieve, to the extent

12   possible, to replicate the group insurance benefits that

13   have existed under the retiree welfare plans.  Through its

14   advisors, the Retiree Committee solicited proposals for

15   group medical, life, and long-term care insurance from the

16   insurance market.  No insurance provider offered group

17   policies for life or long-term care.

18              THE COURT:  Right.

19              MR. BERGER:  Long-term care is, I think in many

20   respects, a thing of the past.  As a result of a -- our

21   efforts though, we were able to solicit a proposal for group

22   medical insurance from Aetna Life Insurance.  I'll describe

23   that again in a moment.  In our retirement statement, we

24   describe the circumstances under which medical insurance may

25   be available, how the allocation methodology might work to

1    help subsidize premiums that may be due under that policy,

2    and how the apportionment methodologies apply to life and

3    long-term care claims which would go straight into HRA

4    accounts.

5              In seeking the Aetna life -- excuse me.   In

6    seeking the life -- Aetna Life Insurance Company medical

7    proposal, the Retiree Committee is sensitive to the notion

8    that certain retirees may want or need continuation of

9    medical insurance because of, among other things, pre-

10   existing conditions that might inhibit their ability to

11   obtain the replacement coverage in the open market after

12   Nortel terminates the retiree medical plan.  However, as we

13   described in the Retiree Committee statement, the Aetna

14   policy, while it may be a viable alternative, is more

15   expensive and the benefits under that policy may not be as

16   robust as what currently exists under the Nortel plan.

17   Notwithstanding, the Retiree Committee concluded that it

18   should disclose this possible alternative.  However, it also

19   recognized that many retirees may prefer to have a portion

20   of their settlement allocable to medical claims, put into an

21   HRA account.

22             THE COURT:  Okay.

23             MR. BERGER:  So that they can seek reimbursement

24   of qualified medical claims, rather than enrolling in this

25   Aetna proposal.  For that reason, we propose to said

1    retirees and others who may be eligible for medical benefits

2    under the plan as of January 31, 2013, a ballot which the

3    Retiree Committee will use to determine whether eligible

4    participants, as a whole, prefer to have their claims on

5    account of medical, lost medical, subsidies put into tax

6    efficient HRA's or to go forward and try to contract with

7    Aetna.

8            The form of ballot is attached to the proposed

9    Retiree Committee statement and it provides an explanation

10   of why it's being provide -- provided rather, and an

11   explanation of its purpose.  It also contains detailed

12   instructions to help retirees understand the consequences of

13   his or her vote and the March 12, 2013 deadline to submit a

14   completed ballot.  And those ballots, Your Honor, will go

15   only to persons who incentives are listed as being eligible

16   to receive medical benefits or currently receiving medical

17   benefits under the Nortel plans.  They'll be sent out

18   separately in the Retiree Committee statement with a return

19   postage prepaid envelope.  We're making it as easy as

20   possible for people to read the ballot and return it.

21           As I mentioned earlier, to assist them in making

22   their decision, when looking at the ballot, they'll -- each

23   person will receive an individualized claim form so that

24   they can understand the difference between the cost of this

25   possible Aviva replacement insurance and the amount of the

1    settlement value that could be funded into either partially

2    paying for a subsidy or into a tax efficient HRA account.

3            In addition, Your Honor, with our statement, we

4    will provide a detailed summary of the Aetna proposal.

5    People will be able to understand what types of benefits

6    Aetna was willing to make available and the costs.

7            The Retiree Committee statement and the ballot

8    both explain that the voting threshold that's described in a

9    number of different documents, what it is and how it must be

10   met before the Retiree Committee or its successor, Aviva

11   Committee, will formally seek to contract with Aetna and

12   offer this insurance policy.

13           Your Honor, in the absence of Non-Bankruptcy Law

14   Provisions, the Retiree Committee adopted the voting

15   thresholds that are contained in Bankruptcy Code Section

16   1126.  At least two-thirds an amount of the settlement value

17   allocable to medical claims and at least one-half of the

18   number of people voting.

19           The concept here, Your Honor, is that

20   acknowledging all of the different needs of many different

21   parts of the retiree community, the Retiree Committee

22   concluded that this is an appropriate and recognized metric

23   and it's designed to -- what it's designed to do is to

24   prevent a reallocation of value.  The same reason why 1126

25   was enacted for voting purposes in what you would ordinarily

1  see in the plan of reorganization.

2              THE COURT:  Yes.

3              MR. BERGER:  A very small select group shouldn't

4  carry the day against the wishes of the larger group.

5              That is a summary, believe it or not, it is a

6  summary of the Retiree Committee statement.  And in a

7  moment, I'll talk about how we intend to supplement.

8              In addition to the forms of notice that we've

9  just described, and the forms of notice that the Debtors

10 intend to give in actual notice and publication notice,

11 there are other ways that we intend to help and that do

12 exist to help retirees making this important decision.  Of

13 course, we do maintain an official website for the Retiree

14 Committee.  We -- and on that website, we provide current

15 updates, frequently asked questions, and we'll update that

16 after Your Honor approves, hopefully, the form of notice.

17             THE COURT:  Um-hum.

18             MR. BERGER:  It provides access to important

19 documents in the case.  And it also has a tab that enables

20 retirees to submit email questions to us privately.  We do

21 receive email inquiries routinely.  Since this motion was

22 filed, we've received somewhere in the range of 150 to 200

23 emails and telephone calls.  We've responded to every one of

24 those, usually within 24 to 48 hours.  The reason that we

25 have those email inquiries submitted to us privately and not

1  across the website entirely is that many of them contain

2  very personal information.

3          THE COURT:  Of course, yes.

4          MR. BERGER:  We're coordinating with the

5  attorneys for the LTD Committee because Section 8(A) of our

6  Settlement Agreement, does provide an opportunity for active

7  employees of the Debtors, the LTD participants, to

8  participate in a portion of the Retiree Committee abatement.

9          In addition, Your Honor, we intend to conduct

10  town hall meetings.  We thought about that early on in the

11  process.  I know that Judge Gropper brought that up in the

12  context of the 1114 process in the *Kodak* case.

13          THE COURT:  Sure.

14          MR. BERGER:  And so we think that would be very

15  helpful.  And we intend to do that sufficiently before

16  ballots and objections to the overall settlement are due.

17  We're currently intending to have those town hall meetings

18  in at least three areas where most of the Nortel retirees

19  reside; the Raleigh-Durham, North Carolina area, Dallas,

20  Texas, and San Jose or the Bay Are in California.  The dates

21  and times have not yet been coordinated, but they will be in

22  the near term and we'll provide notice of those meetings on

23  our website and direct mailings to all the retirees so they

24  understand when and where they are.  And we're also working

25  with KCC, the Retiree Committees' noticing agent.

1              THE COURT:  Right.

2              MR. BERGER:  To coordinate an 800 number, so that

3   if someone can't physically make it to a town hall meeting,

4   they can dial into that.  We are also contemplating other

5   ways where people can participate, perhaps emailing

6   questions to us during those meetings so that they're

7   organized and questions can be answered.

8              Those are the forms of notice that we seek to

9   have Your Honor approve today.  I do want to, again, state

10  that there is a significant amount of lead time.  Ms.

11  Schweitzer is correct.

12             THE COURT:  Yes.

13             MR. BERGER:  People knew of the -- of where this

14  was headed so far as a termination when the Debtors' filed

15  their motion.  They have a very good idea of what is

16  happening and what's been put in process by the motion

17  that's currently before Your Honor.

18             We understand that this is a significant and

19  important decision for people.  We're doing our best to

20  communicate as best as we can with the Debtors and on our

21  own to let people know what is happening, what they need to

22  do, and the dates by which they need to do those -- take

23  action.  We've worked with the Debtors to design a broad

24  array of forms of notice and we think that they're

25  sufficient.

1        Based upon all the foregoing, Your Honor, we'd be

2   joining the Debtors' application for approval of their forms

3   of notice.  And we ask that Your Honor approve the forms of

4   notice and communications that the Retiree Committee

5   proposes.

6        THE COURT:  All right.  All right, Mr. Berger,

7   thank you, sir.  Ms. Beckerman, for the committee?

8        MS. BECKERMAN:  Yes.  Your Honor, I think just

9   listening to Mr. Berger's statements, it sort of makes

10  almost what I've got to say redundant, but you can see that

11  Mr. Berger and Mr. Togut and his whole committee have worked

12  unbelievably diligently to get to this process, through this

13  process, and take this extremely seriously.  And I really

14  want to commend them for that.  They have a difficult job.

15     I, in my role, represent lots of diverse types of

16  creditors, including parties who are represented by Mr.

17  Berger and the retiree constituency.  And one of the things

18  that is so important, even among the 4,500 plus retirees

19  that he's dealing with and his constituency is acting as a

20  fiduciary for is that they have all different types of

21  potential, you know, claims and services that they're being

22  provided by the Debtor.

23        Mr. Berger addressed, you know, the medical and

24  the life and the long-term care.  And when we were having

25  our very many months of negotiations and mediation process,

1   I think one of the things you could always see is that they

2   really wanted to understand and get a handle on all of the

3   issues that were of importance to all the different types of

4   the retirees and make sure that all of those things were

5   addressed.

6            I think that what the settlement provides, and

7   I'm not going to spend too much time on the settlement,

8   since we're really here just about notice, but one of the

9   things you can see about it is, it also reflects the very

10  serious and thorough process that his committee went through

11  in trying to design a settlement that allows for there to be

12  tax efficiencies, that came up with a structure that I will

13  be the first one to say, we had some doubts that we might --

14  there might be some issues about when we started having a

15  discussion about it.  But we were, through all of our

16  discussions among ourselves, as well as, all the -- our

17  various tax colleagues that had to get involved in these

18  discussions, and ERISA colleagues, we were able to, you

19  know, come up with some kind of process for the settlement

20  that worked for us and worked for them.  I think the fact

21  that they've been -- taken so much effort and put so much

22  effort in trying to have an alternative for insurance, even

23  when it looked like that would be very difficult, if not

24  impossible, when they've tried to come up with a novel

25  concept of what to do with the rest of the money in a tax

1  efficient manner for these health reimbursement

2  arrangements.

3         So I really have to say that, you know, he has

4  worked tirelessly along with his colleagues and his

5  committee members to really come up with something that not

6  only satisfied what we needed on our side of the table from

7  the perspective of the benefit of the estates and all

8  creditors, but also, that really is, I think, a credit to

9  them that tries to address every issue and give people many

10  alternatives, or at least any alternatives that could be

11  there.  And to make sure that the money can be utilized

12  without having to have it dissipated by the tax issues.  And

13  I really have to say that that's, you know, a product of

14  many, many hours of work and innovative thinking and

15  creative thinking on his part.

16         So I wanted to make sure I started with that

17  because from my perspective, that's what I see.  And I --

18  being committee counsel on a lot of cases, I have to say,

19  you know, it's always a difficult situation when you're the

20  1114 committee counsel.  I get to see it from my side of the

21  aisle.  But I have to say, this is one of the more

22  complicated ones that we were dealing with here.  And I,

23  from my all my experience in other cases where this has been

24  an issue, and I do think he should be commended.

25         Also, obviously, I think that it was -- the

1  settlement is a product of a lot of hard work and I'm sure

2  we'll talk a lot more about the settlement when we're back

3  in April.  And I'm sure Your Honor understands from all the

4  rounds of mediation that we all went through and different

5  points of breaking off discussion and going back to

6  litigating and then going back to mediation, that this was

7  clearly something that was very well thought through and

8  negotiated.

9          The documentation itself, which is really the

10  notice process and the process that we're asking you to

11  approve, even that took a lot of time and was very

12  thoroughly thought through by all the parties, including, of

13  course, especially the Debtors and the Retiree Committee.

14  But also on -- with the Ad Hoc Committees' counsel for the

15  noteholders and myself because we were all concerned very

16  much, all of us, about due process and notice, particularly

17  with this constituency and, of course, when we have a

18  hearing in February, we'll be talking about the same issues

19  in the LTD process.

20          We wanted to make sure is that parties really

21  could have sufficient time.  That was clearly an important

22  part for all of us; that this not be rushed.  We wanted to

23  make sure that there was sufficient opportunity for people

24  to receive notice in multiple forms as Mr. Berger and Ms.

25  Schweitzer have spent a great deal of time expending.  The

1  parties started working on the documents in the fall.  And

2  we were able to finally file our motion in December, so

3  right before the New Year.

4        So I think that will give you a sense of how much

5  thought and effort went into coming up with a process and

6  making sure that the notices were written in ways that could

7  be understood.  Making sure that the publication notice

8  would work, considering other alternatives as Mr. Berger's

9  outlined that he's going to be doing.  And just making sure

10 that whatever we were putting before Your Honor as a

11 process, would satisfy Your Honor's concerns that you've

12 expressed to us many times, especially with this

13 constituency for due process and notice issues.  But also

14 just to give people, as Mr. Berger and Ms. Schweitzer have

15 said, enough time to understand what's going on and prepare

16 for the transition that was inevitable in this process.  And

17 I think that by having the motion filed in December and not

18 having a final hearing until the beginning of April --

19        THE COURT:  Yes.

20        MS. BECKERMAN:  -- we've certainly tried to

21 provide in this process for, you know, ample notice and

22 opportunity for people to raise their concerns and to ask

23 their questions.  And in the case of the ballots that Mr.

24 Berger's described, that they're going to be sent out to

25 actually elect certain options or to have a say in how

1  things may go, and what may be offered.  So I think that the

2  concerns about notice, but also participation, have been

3  considered.

4          And I think that with that, I would say that I

5  think the forms of notices, and the publication, and the

6  other sorts of town hall and other meetings all will --

7  should provide people with sufficient time to have their

8  questions answered and to raise any issues.  And I think

9  that it will then enable us when we're back here on April 2

10  and talking about the settlement, to -- for everyone to have

11  had their concerns addressed and to have ample opportunity

12  to raise any objections or concerns or have their questions

13  answered that they have.  And that's all that you can ask

14  for from notice and due process and I think that this does

15  that.

16          I also just wanted to say that I very much

17  appreciate all the hard work that, in addition to the

18  committee that I've talked about, but Ms. Schweitzer and her

19  team --

20          THE COURT:  Yes, yes.

21          MS. BECKERMAN:  -- in particular, Ms. Fleming and

22  Ms. Ezial [ph], and others, Mr. Ryan, have put in in

23  negotiating all of these documents.  It's been a long time

24  even just to go through that process from term sheet to

25  being here.  And there were a lot of concerns and, you know,

1  very serious business concerns and complex issues about, you

2  know, what we thought we could, you know, what we thought

3  would be an appropriate way of addressing certain of those

4  issues.  And I think that everybody has worked very hard,

5  even from the time that we had a handshake deal in a

6  conference room on a number, it's still been a lot of months

7  of hard work even from that point.  And I just wanted to

8  make sure that I acknowledge that, as well as, the work from

9  the Ad Hoc Committee counsel as well.

10          And with that, Your Honor, I would obviously ask

11  you to, on behalf of the Official Committee of Creditors,

12  ask you to approve the notice.  We believe that, and the

13  process that we're asking to go forward on the settlement,

14  we obviously believe that it does address all the due

15  process and notice concerns that Your Honor would have and

16  is designed to obviously give people an opportunity to raise

17  their concerns and objections.  And we'd ask you to sign the

18  order.

19          THE COURT:  All right.  Ms. Beckerman, thank you.

20  Mr. Goldman, nice to see, you sir.

21          MR. MATZ:  Good morning.  Probably good

22  afternoon, Your Honor.

23                    (Laughter)

24          THE COURT:  Yes, we're there.  We are there.

25          MR. MATZ:  Thomas Matz of Millbank Tweed --

1              THE COURT:  I'm sorry, Mr. Matz.

2              MR. MATZ:  -- for the Ad Hoc Group of

3    Bondholders.  Quite all right.

4              THE COURT:  I mistook you, forgive me.

5              MR. MATZ:  Quite all right.  I will be brief, but

6    there are -- I would like to do several things.  First, I'd

7    like to join in the submissions that have been made, that

8    have been previously made by counsel for the Debtors --

9              THE COURT:  Yes.

10             MR. MATZ:  -- the UCC, the Retiree Committee in

11   support of the motion.  And I'd like to second everybody's

12   comments about all the tireless efforts and hard work that

13   have gone into the resolution of this matter.

14             Second, I'd like to note that the Bondholder

15   Group is pleased to see that the process for approval of the

16   settlement is finally underway.

17             Third, I guess I'd really like to add my thanks

18   to Mr. Levin, the mediator.

19             THE COURT:  Yes.

20             MR. MATZ:  For his persistence, his patience, his

21   perspicacity --

22                            (Laughter)

23             MR. MATZ:  -- in seeing this matter to a

24   conclusion.

25             And I guess, finally, I'd like to join my fellow

1    counsel in wishing you a happy and healthy New Year.

2                    THE COURT:  Thank you.  Thank you, sir.

3                    MR. MATZ:  Thank you, Your Honor.

4                    THE COURT:  Thank you for that.  Ms. Schweitzer?

5                    MS. SCHWEITZER:  Your Honor, it's Lisa Schweitzer

6    again for the record.  Mr. Zahralddin had just given an

7    informal comment just so we say it on the record.  Which is

8    that for purposes of the retiree settlement, that I -- he's

9    not raising an objection to the notice or the form of

10   settlement.  What he's merely pointing out is that in

11   certain of the notices, that in the way a term is defined,

12   it says the Debtors' current employees including for

13   purposes -- avoids doubt, would include the LTD employees.

14   And just as definitions, you can write your definition any

15   way you want.

16                    THE COURT:  Right.

17                    MS. SCHWEITZER:  He wanted to make sure that it

18   said on the record that, obviously, the LTD Committee has,

19   from to time, taken a position or a reservation of rights

20   whether absent at settlement their employment status might

21   be an issue that could be litigated.

22                    THE COURT:  Okay.

23                    MS. SCHWEITZER:  So --

24                    THE COURT:  All right.

25                    MS. SCHWEITZER:  -- just for the record, the LTD

1  Committee has that issue.  Nothing in here is intended to

2  speak to that issue absent a settlement.  So we all reserve

3  our positions, absent a settlement being approved, but for

4  purpose -- it doesn't affect the substance of this

5  settlement at all.  It doesn't affect the substance of the

6  notice being given, but he just wanted to make sure that

7  there was no inadvertent waiver of positions.

8           THE COURT:  All right, thank you, Ms. Schweitzer.

9           MS. SCHWEITZER:  Okay.

10           THE COURT:  I certainly understand that, Mr.

11  Zahralddin and take note of the fact.

12           MR. ZAHRALDDIN:  Thank you, Your Honor.  That's

13  -- Rafael Zahralddin for the LTD Committee, that's really

14  only the issue we had and it's, you know, obviously, we've

15  been in contact with all the parties in terms of

16  coordinating parts of our constituency that overlap --

17           THE COURT:  Yes.

18           MR. ZAHRALDDIN:  -- or who are eligible.  And

19  we've been and will continue to work with -- as matter of

20  fact, I spoke with both Mr. Berger and Ms. Schweitzer this

21  morning about a couple of things here and there, but we have

22  no problem with any other part of it.  We did not object.

23  And this is simply because in our agreement, which is

24  already filed and public record, we indicate that certain

25  things in the Retiree Agreement will take precedent if it's

1  approved, you know, prior to ours.  And I wanted to make

2  sure that nothing wiped away one of our reservations of

3  rights that we already had in the agreement.

4            THE COURT:  You bet.

5            MR. ZAHRALDDIN:  That was it.

6            THE COURT:  All right.  Thank you for that.  I

7  appreciate your being careful and making the record clear on

8  that point.  Anyone else?

9                  (No audible response.)

10           THE COURT:  Well, let me just note, that really

11  what I am doing today is not dealing with the settlement

12  itself, but simply being -- I've been asked to approve the

13  form and method of notice.  And I am -- I really marvel at

14  what an exceedingly thorough and involved set of papers

15  these are.  I tried to read them very carefully and took a

16  great deal of time to read them.  Sort of from the

17  perspective of what the employees, retirees will be dealing

18  with.  And I would say that they are certainly documents

19  that can be understood.  They're not easy and it will take

20  time, but they're clear and thorough and state all sorts of

21  possibilities.  And I think enable all of the retirees to

22  make an informed decision which is really what the Court is

23  concerned about.  And the amount of time that's been

24  allotted to respond to these settlement papers is certainly

25  sufficient to provide more than adequate due process and the

1  Court really thanks Counsel for that effort.

2           I suspect there will be a lot of questions.  And

3  I'm certainly grateful that there will be the town meetings

4  and that the website provides an opportunity for retirees to

5  ask questions because they're not easy papers, but they're

6  good papers.  And I will be pleased to approve the form and

7  method of notice here.

8           I look forward to hearing the settlement being

9  presented in April.  I am available should issues arise, you

10 know, in the meantime.  But I think that I'm not being asked

11 to even preliminary approve the settlement itself, but I

12 certainly will note that it is an extremely carefully

13 negotiated settlement.  And I appreciate all of the parties'

14 involvement.  Certainly I recognize for example, that the

15 committee and the bondholders have made significant

16 concessions here.  The Debtor is certainly, I think, has

17 been litigating very forcefully.  And Mr. Berger and his co-

18 counsel and his committee have really, I think, achieved at

19 least in -- at least preliminarily, I will say, what appears

20 to be a very, very remarkable settlement.

21          And I do appreciate your creativity as Ms.

22 Beckerman noted, Mr. Berger, and your colleagues because

23 there is a tremendous amount of complexity here.  And you've

24 certainly dealt with those issues, so thank you for that.

25          And with that, I'll be pleased to sign the order

1  approving the method and notice and we'll get on with,

2  hopefully, a successful settlement.

3           MS. SCHWEITZER:  Thank you, Your Honor.

4           THE COURT:  Yes.

5           MR. BERGER:  Thank you, Judge.

6           THE COURT:  By the way, there are at the back, I

7  note, there are a number of pages that indicate draft, but I

8  assume that you really do want those attached to the papers

9  that will be filed with the Court.  Is that right?

10          MS. SCHWEITZER:  Your Honor, the documents that

11 are labeled draft are just forms of templates that will be

12 populated.

13          THE COURT:  Okay.

14          MS. SCHWEITZER:  When we had sent out the

15 original motion, there is certain questions that people

16 wondered why they were empty or whether they had to fill out

17 forms, so this time, we marked them as drafts so people

18 understood --

19          THE COURT:  Okay.

20          MS. SCHWEITZER:  -- that when they actually get

21 them in the mail, they'll be populated.

22          THE COURT:  Excellent.

23          MS. SCHWEITZER:  And that's the only thing the

24 draft watermark --

25          THE COURT:  All right.

1          MS. SCHWEITZER:  -- signifies.

2          MR. BERGER:  That's right, Your Honor.  By way of

3   a very good example is the individual claim form that's

4   a template.

5          THE COURT:  Yes.

6          MR. BERGER:  But will ultimately contain some

7   very personal sensitive, personally sensitive data in the

8   information that will be mailed privately to each retiree.

9          THE COURT:  All right.  Thank you, Mr. Berger.

10  Thank you, Ms. Schweitzer.  All right.  Is there anything

11  else?  Mr. Abbott, yes, sir.

12          MR. ABBOTT:  Your Honor, I don't believe so.

13  We've happily accomplished quite a bit today, so --

14          THE COURT:  It's been a very --

15          MR. ABBOTT:  -- in a relatively short time, so.

16          THE COURT:  It's been a good day.

17          MR. ABBOTT:  It has, Your Honor.

18          THE COURT:  That's for sure, yes.  All right,

19  Counsel.  Thank you all very much.

20          MR. ABBOTT:  Thank you.

21          THE COURT:  We'll stand in recess and good day to

22  everyone.

23          MR. BERGER:  Thank you.

24          MS. SCHWEITZER:  Thank you, Your Honor.

25      (Whereupon, at 12:10 p.m., the hearing was adjourned.)

1

2                          <u>CERTIFICATION</u>

3          I certify that the foregoing is a correct

4  transcript from the electronic sound recording of the

5  proceedings in the above-entitled matter.

6

7

8  _____          23 January 2013
9  Traci L. Calaman, Transcriber                 Date
10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(2) 1:15  5:1 | | **age**(2) 31:3  39:21 | | **and**(301) 5:4  5:11  5:16  5:19  6:6  6:10  6:14 | | **apportionmen**(3) 37:20  37:24  41:2 | |

**a.m**(2) 1:15  5:1
**abatement**(1) 45:8
**abbott**(14) 1:25  5:5  5:6  5:7  5:10  5:16  5:23  5:25  18:23  60:11  60:12  60:15  60:17  60:20
**abid**(1) 2:13
**ability**(3) 18:2  23:7  41:10
**able**(7) 19:15  28:14  39:20  40:21  43:5  48:18  51:2

**about**(22) 6:15  24:1  30:2  34:9  35:2  35:9  44:7  45:10  48:8  48:9  48:14  48:15  50:2  50:16  50:18  52:2  52:10  52:18  53:1  54:12  56:21  57:23

**above**(1) 38:1
**aboveentitled**  (1) 61:5
**absence**(2) 14:2  43:13
**absent**(3) 55:20  56:2  56:3
**absorb**(1) 30:22
**abundance**(2) 31:7  31:16
**acceptable**(1) 12:24
**access**(1) 44:18
**accommodat**(1) 30:13
**accomplished**(1) 60:13
**according**(1) 23:17
**account**(8) 9:1  18:7  26:24  27:4  27:5  41:21  42:5  43:2

**accounts**(3) 7:13  38:12  41:4
**achieve**(1) 40:11
**achieved**(1) 58:18
**acknowledge**(5) 33:19  34:15  37:5  40:3
**acknowledged**(1) 14:11
**acknowledging**(2) 34:13  43:20
**across**(2) 34:20  45:1
**act**(1) 28:14
**acting**(1) 47:19
**action**(2) 5:22  46:23
**active**(3) 24:19  40:2  45:6
**activity**(1) 14:24
**actual**(4) 25:7  35:9  36:13  44:10
**actually**(9) 14:14  17:9  17:13  25:13  25:22  26:8  28:7  51:25  52:16

**actuarial**(4) 37:25  38:1  38:4  38:6
**add**(2) 13:19  54:17
**added**(2) 28:12  28:18
**addition**(7) 9:14  24:25  36:13  43:3  44:8  45:9  52:17

**additional**(1) 36:16
**address**(3) 23:21  49:9  53:14
**addressed**(3) 47:23  48:5  52:11
**addressing**(1) 53:3
**adds**(1) 28:6
**adequate**(2) 34:23  57:25
**adjourned**(2) 18:24  60:25
**adjusted**(1) 22:21
**administer**(1) 23:25
**administered**(2) 1:8  31:25
**administration**(1) 23:13
**administrators**(1) 2:20
**admitted**(1) 11:25
**adopted**(1) 43:14
**adversary**(2) 8:5  9:18
**advisors**(1) 40:14
**aetna**(11) 29:20  30:1  40:22  41:5  41:6  41:13  41:25  42:7  43:4  43:6  43:11

**affect**(2) 56:4  56:5
**after**(6) 10:5  10:6  16:12  17:10  41:11  44:16
**afternoon**(1) 53:22
**again**(21) 6:1  10:9  16:5  19:4  20:20  20:22  21:13  22:3  22:16  24:1  29:19  29:22  29:25  31:22  34:14  37:12  38:24  39:25  40:23  46:9  55:6

**against**(2) 11:16  44:4

**age**(2) 31:3  39:21
**agenda**(2) 5:11  12:16
**agent**(1) 45:25
**aggregate**(2) 8:23  38:4
**ago**(2) 7:19  19:9
**agreed**(2) 9:14  37:5
**agreement**(25) 8:18  8:21  16:9  16:12  17:17  22:23  25:7  25:12  26:14  27:2  27:12  29:3  33:10  34:10  36:18  37:4  37:10  37:11  37:15  37:21  39:5  45:6  56:23  56:25  57:3

**aisle**(1) 49:21
**akin**(2) 2:11  15:20
**all**(89) 5:4  5:23  5:23  6:13  6:14  7:4  8:19  9:17  9:20  9:23  9:25  10:20  10:23  11:16  13:18  14:10  15:11  16:13  16:20  16:21  17:12  18:15  18:19  19:15  19:21  24:7  24:10  24:22  25:23  26:14  27:15  28:1  28:5  28:9  30:8  34:4  34:8  38:4  40:7  40:7  43:20  45:23  47:1  47:6  47:6  47:20  48:2  48:3  48:4  48:15  48:16  49:7  49:23  50:3  50:4  50:12  50:15  50:15  50:22  52:6  52:13  52:17  52:22  53:14  53:19  54:3  54:5  54:12  55:24  56:2  56:5  56:8  56:15  57:6  57:20  57:21  58:13  59:25  60:9  60:10  60:18  60:19

**allegations**(1) 8:6
**allen**(1) 3:27
**allocable**(2) 41:20  43:17
**allocating**(1) 23:16
**allocation**(2) 23:17  40:25
**allotted**(1) 57:24
**allowed**(2) 7:9  26:3
**allows**(1) 48:11
**almost**(1) 47:10
**along**(3) 9:24  37:1  49:4
**already**(4) 24:25  37:11  56:24  57:3
**also**(44) 6:25  9:14  12:3  14:12  14:23  15:1  16:19  17:7  21:18  23:6  23:23  24:13  24:23  25:6  25:9  25:10  25:19  26:5  27:18  27:21  30:23  31:21  31:23  33:19  34:14  35:11  35:20  37:17  38:8  38:10  38:25  39:22  41:18  42:11  44:19  45:24  46:4  48:9  49:8  49:25  50:14  51:13  52:2  52:16

**alternative**(7) 20:5  20:8  30:24  40:1  41:14  41:18  48:22

**alternatives**(3) 49:10  49:10  51:8
**although**(2) 22:24  33:8
**always**(2) 48:1  49:19
**among**(5) 23:16  37:14  41:9  47:18  48:16
**amongst**(1) 16:15
**amount**(11) 8:23  25:20  25:22  37:12  38:9  39:19  42:25  43:16  46:10  57:23  58:23
**ample**(2) 51:21  52:11

**and**(116) 47:21  47:23  47:24  47:24  47:25  48:2  48:4  48:6  48:10  48:18  48:20  48:21  49:4  49:7  49:9  49:11  49:12  49:14  49:14  49:22  49:24  50:1  50:3  50:4  50:5  50:6  50:7  50:10  50:11  50:12  50:15  50:16  50:17  50:24  51:1  51:5  51:5  51:9  51:13  51:14  51:15  51:16  51:17  51:21  51:22  51:23  52:1  52:4  52:5  52:5  52:6  52:8  52:8  52:10  52:11  52:13  52:14  52:14  52:18  52:21  52:22  52:25  52:25  53:1  53:4  53:7  53:10  53:13  53:12  53:13  53:15  53:17  53:17  54:11  54:12  54:15  55:1  55:14  56:11  56:14  56:18  56:19  56:20  56:21  56:23  56:24  57:7  57:7  57:13  57:13  57:14  57:15  57:18  57:19  57:20  57:20  57:21  57:23  57:25  58:2  58:4  58:6  58:6  58:13  58:15  58:17  58:17  58:18  58:21  58:22  58:23  58:25  59:1  59:1  59:23  60:21

**andrew**(1) 3:44
**annie**(1) 1:24
**announced**(1) 31:5
**answer**(1) 37:1
**answered**(3) 46:7  52:8  52:13
**any**(12) 10:18  10:20  11:12  12:24  16:18  32:2  37:1  49:10  52:8  52:12  55:14  56:22

**anyone**(6) 7:5  10:17  10:20  17:19  30:10
**anything**(1) 60:10
**apparent**(1) 29:3
**appear**(1) 27:25
**appearances**(2) 3:25  4:1
**appearing**(1) 6:4
**appears**(1) 58:19
**application**(1) 47:2
**apply**(1) 41:2
**appointed**(1) 33:20
**apportioned**(1) 37:13

**and**(301) 5:4  5:11  5:16  5:19  6:6  6:10  6:14  6:20  7:2  7:10  7:14  8:12  8:18  9:2  9:6  9:19  9:19  9:20  9:23  10:4  10:6  10:9  10:11  10:12  10:13  10:16  11:10  11:13  11:14  11:17  11:18  12:2  12:4  12:15  12:21  13:3  13:5  13:6  13:17  13:18  13:23  14:1  14:1  14:4  14:6  14:7  14:8  14:10  14:11  14:13  14:13  14:17  14:19  14:20  14:22  15:5  15:6  15:7  15:8  15:9  16:3  16:6  16:7  16:12  17:16  17:17  18:1  18:2  18:3  18:4  18:6  18:7  18:8  18:8  18:10  18:10  18:13  18:13  18:15  18:15  18:16  18:23  19:7  19:7  19:12  19:13  20:8  20:9  20:10  20:15  21:16  21:24  22:3  22:19  23:3  23:3  23:4  23:8  23:18  23:19  23:19  23:20  23:24  23:25  24:2  24:6  24:7  24:9  24:9  24:12  24:14  24:15  24:20  24:21  24:23  24:24  25:2  25:3  25:6  25:8  25:9  25:12  25:16  25:19  25:20  25:24  26:1  26:7  26:13  26:13  26:14  26:18  26:18  26:20  26:22  26:24  27:1  27:3  27:5  27:6  27:12  27:17  28:3  28:4  28:8  28:12  28:17  28:22  28:24  29:4  29:9  29:9  29:14  29:17  29:19  29:19  29:20  29:25  30:1  30:2  30:5  30:12  30:16  30:20  30:24  31:1  31:5  31:11  31:16  31:21  31:24  31:25  32:5  32:8  32:9  32:9  32:10  32:22  33:12  33:12  33:17  33:19  33:22  34:2  34:4  34:5  34:11  34:12  34:14  34:15  34:18  34:24  34:25  35:9  35:14  36:13  36:16  36:17  36:20  37:1  37:4  37:11  37:13  37:14  37:18  37:22  37:24  38:3  38:4  38:5  38:12  38:14  38:15  38:15  38:16  38:25  39:5  39:8  39:9  39:11  39:13  39:13  39:15  39:18  39:21  39:22  39:24  40:3  40:4  40:6  40:9  40:15  41:2  41:2  41:15  42:1  42:6  42:9  42:10  42:13  42:14  42:20  42:25  43:6  43:7  43:9  43:11  43:17  43:22  43:23  44:6  44:9  44:10  44:11  44:14  44:15  44:19  44:23  44:25  45:14  45:15  45:16  45:20  45:21  45:22  45:23  45:24  45:24  46:7  46:16  46:18  46:20  46:22  46:24  47:3  47:4  47:11  47:11  47:13  47:13  47:17  47:17  47:19

**apportionmen**(3) 37:20  37:24  41:2
**appreciate**(7) 16:6  17:14  21:16  52:17  57:7  58:13  58:21
**appreciation**(2) 18:16  34:16
**approach**(2) 12:6  27:6
**appropriate**(2) 43:22  53:3
**approval**(11) 6:13  10:13  22:12  25:2  33:9  34:10  36:15  37:9  39:10  47:2  54:15
**approve**(13) 17:5  17:18  17:23  18:24  19:6  36:23  46:9  47:3  50:11  53:12  57:12  58:6  58:11
**approved**(5) 24:18  28:9  32:6  56:3  57:1
**approves**(1) 44:16
**approving**(2) 15:10  59:1
**approximately**(3) 7:19  8:24  9:12
**april**(6) 28:20  34:9  50:3  51:18  52:9  58:9
**arduous**(1) 13:20
**are**(58) 6:8  8:18  8:20  11:4  11:13  12:15  12:23  14:14  14:17  17:3  18:3  18:5  19:3  22:17  23:16  25:4  25:11  25:15  25:25  26:3  26:10  26:16  26:16  26:17  27:20  28:1  28:9  28:16  28:18  28:25  29:9  29:10  29:25  30:4  30:5  34:17  37:7  39:4  39:14  39:23  42:15  43:15  44:11  45:16  45:20  45:24  46:4  46:8  47:16  53:24  54:6  56:18  57:15  57:18  59:6  59:7  59:11  59:11

**area**(1) 45:19
**areas**(4) 35:21  36:10  36:11  45:18
**arguing**(1) 16:14
**arguments**(1) 13:3
**arise**(2) 31:25  58:9
**arm's**(1) 15:7
**around**(1) 24:2
**arrangement**(1) 38:12
**arrangements**(3) 20:5  30:24  49:2
**array**(1) 46:24
**arsht**(1) 1:23
**aside**(1) 7:12
**ask**(9) 15:9  26:21  47:3  51:22  52:13  53:10  53:12  53:17  58:5

**asked**(3) 44:15  57:12  58:10
**asking**(4) 33:18  36:23  50:10  53:13
**assets**(3) 7:21  7:24  11:15
**assist**(2) 33:21  42:21
**assistance**(3) 21:20  33:20  33:21
**associated**(1) 11:19
**assume**(1) 59:8
**attached**(3) 28:8  42:8  59:9
**attachments**(1) 23:19
**attempt**(1) 13:23
**attempts**(2) 8:11  16:12
**attention**(1) 36:11
**attorney's**(1) 9:15
**attorneys**(1) 45:5
**audible**(4) 10:22  11:23  17:21  57:9
**aurelius**(1) 4:24
**authorize**(1) 33:18
**available**(8) 7:15  10:16  26:19  32:2  39:2  40:25  43:6  58:9
**aviva**(5) 20:8  23:24  37:18  42:25  43:10
**avoids**(2) 11:17  55:13
**aware**(2) 18:23  26:5
**away**(1) 57:23
**back**(7) 6:2  34:9  50:2  50:5  50:6  52:9  59:6
**balance**(3) 9:1  9:11  9:12
**balances**(2) 7:13  9:6
**ballot**(8) 29:22  29:23  42:2  42:8  42:14  42:20  42:22  43:7
**ballots**(4) 28:3  42:14  45:16  51:23
**bank**(1) 12:11
**bankruptcy**(6) 1:1  1:19  7:16  9:4  35:18  43:15

| Word | Page:Line |
|---|---|
| **barclays**(1) 4:7 | |
| **based**(7) 8:25 13:2 18:7 39:11 39:19 39:21 47:1 | |
| **basics**(1) 22:17 | |
| **basis**(1) 11:20 | |
| **bay**(1) 45:20 | |
| **became**(1) 33:25 | |
| **because**(20) 7:25 11:14 15:2 16:7 16:10 16:20 25:11 25:15 25:25 27:19 28:9 34:1 35:4 41:9 45:5 49:17 50:15 56:23 58:5 58:22 | |
| **beckerman**(20) 2:12 15:12 15:13 15:15 15:18 15:20 15:20 16:2 16:17 17:12 17:19 18:18 22:3 32:8 47:7 47:8 51:20 52:21 53:19 58:22 | |
| **become**(1) 7:22 | |
| **been**(33) 6:9 6:16 8:8 11:5 14:24 18:12 19:10 19:12 20:7 20:16 21:2 26:12 27:18 31:6 39:9 40:2 40:4 45:21 46:14 48:21 49:23 52:2 52:23 53:6 54:7 54:8 56:15 56:19 57:12 57:22 58:8 58:10 | |
| **before**(11) 1:18 19:5 20:15 20:24 33:17 35:1 43:10 45:15 46:17 51:3 51:10 | |
| **began**(2) 7:18 20:19 | |
| **beginning**(4) 33:10 33:11 40:11 51:18 | |
| **behalf**(5) 6:5 15:21 35:7 36:25 53:11 | |
| **behind**(1) 39:19 | |
| **being**(25) 8:5 16:13 20:24 23:8 24:17 25:4 25:11 26:17 28:5 28:9 29:9 31:7 31:8 39:4 42:10 42:15 47:21 49:18 52:22 56:3 56:6 57:7 57:12 58:8 58:10 | |
| **believe**(5) 10:11 44:5 53:12 53:14 60:12 | |
| **belnap**(1) 3:39 | |
| **below**(1) 38:3 | |
| **beneficial**(4) 17:3 24:11 33:22 34:13 | |
| **beneficiaries**(5) 13:13 14:1 14:4 15:8 40:9 | |
| **benefit**(6) 13:16 15:8 25:18 38:5 39:12 | |
| **benefits**(20) 7:10 13:17 19:17 20:4 23:6 23:17 26:17 30:9 30:11 33:14 38:2 38:7 39:3 39:19 40:12 41:15 42:1 42:16 42:17 43:5 | |
| **berger**(50) 3:13 23:20 24:1 32:8 32:15 32:16 32:19 33:1 33:5 33:6 33:24 34:2 34:8 34:17 35:6 35:16 35:24 36:1 36:3 36:6 36:9 36:20 36:25 38:14 38:19 38:21 38:23 39:17 40:19 41:23 44:3 44:18 45:4 45:14 46:2 46:13 47:6 47:11 47:17 47:23 50:24 51:14 56:8 58:17 58:22 59:5 60:2 60:6 60:9 60:23 | |
| **berger's**(3) 47:9 51:8 51:24 | |
| **bernstein**(3) 2:39 4:10 7:23 | |
| **best**(5) 10:12 11:13 18:10 46:19 46:20 | |
| **bestowing**(1) 20:10 | |
| **bet**(3) 13:7 36:8 57:4 | |
| **between**(2) 9:2 42:24 | |
| **bind**(1) 9:25 | |
| **bit**(3) 5:8 33:16 60:13 | |
| **black**(11) 27:7 27:12 27:18 27:21 27:21 28:15 29:4 29:12 29:12 29:18 30:4 | |
| **blank**(1) 2:33 | |
| **body**(1) 17:4 | |
| **bondholder**(4) 3:19 19:15 21:15 54:14 | |
| **bondholders**(3) 14:7 54:3 58:15 | |
| **bonnie**(1) 2:34 | |
| **both**(8) 14:21 17:15 19:13 21:14 24:11 30:12 43:8 56:20 | |
| **bottle**(1) 19:24 | |
| **box**(1) 2:42 | |
| **breaking**(1) 50:5 | |
| **brendan**(3) 1:31 5:20 6:4 | |
| **brickley**(1) 3:32 | |
| **brief**(3) 5:16 13:15 54:5 | |

| Word | Page:Line |
|---|---|
| **briefly**(1) 13:19 | |
| **bring**(2) 18:4 25:3 | |
| **brings**(1) 6:14 | |
| **broad**(2) 8:16 46:23 | |
| **brought**(2) 15:6 45:11 | |
| **bryant**(1) 2:15 | |
| **built**(3) 22:21 22:23 38:8 | |
| **business**(2) 19:25 53:1 | |
| **but**(49) 7:5 7:13 12:24 13:24 15:4 15:8 16:15 20:3 20:8 20:23 22:12 22:13 22:18 24:3 24:13 26:11 26:11 27:6 28:10 29:4 32:1 32:6 33:16 34:2 34:10 34:15 35:2 36:10 45:21 47:10 48:8 48:15 49:8 49:21 50:14 51:13 52:2 52:18 54:5 56:3 56:6 56:21 57:12 57:20 58:5 58:10 58:11 59:7 60:6 | |
| **calaman**(1) 61:9 | |
| **california**(2) 36:4 45:20 | |
| **call**(2) 17:10 23:17 | |
| **called**(4) 7:11 8:1 11:2 40:6 | |
| **calls**(2) 15:24 44:23 | |
| **came**(2) 20:15 48:12 | |
| **can**(22) 5:16 5:21 16:11 22:11 23:20 24:1 26:20 27:12 31:8 36:20 41:23 42:24 46:4 46:5 46:7 46:20 47:10 48:9 49:11 52:13 55:14 57:19 | |
| **can't**(1) 46:3 | |
| **capital**(5) 34:7 4:4 4:7 4:17 4:21 4:24 | |
| **care**(8) 18:4 38:7 38:15 40:15 40:17 40:19 41:3 47:24 | |
| **careful**(1) 57:7 | |
| **carefully**(2) 57:15 58:12 | |
| **carolina**(2) 36:4 45:19 | |
| **carry**(2) 31:15 44:4 | |
| **case**(11) 1:4 5:14 18:12 19:12 24:15 32:2 33:8 40:5 44:19 45:12 51:23 | |
| **cases**(3) 25:21 49:18 49:23 | |
| **cash**(5) 8:22 10:3 22:19 23:14 24:13 | |
| **cathy**(1) 7:1 10:15 31:22 | |
| **cause**(1) 14:20 | |
| **caution**(2) 31:7 31:16 | |
| **cede**(3) 5:21 13:6 32:11 | |
| **census**(2) 35:20 39:12 | |
| **centre**(1) 3:7 | |
| **certain**(12) 7:9 9:1 13:1 23:4 23:6 30:2 41:8 51:25 53:3 55:11 56:24 59:15 | |
| **certainly**(18) 6:22 10:24 12:23 15:6 18:2 18:7 18:11 22:22 34:15 51:20 56:10 57:18 57:24 58:3 58:12 58:14 58:16 58:24 | |
| **certainty**(1) 33:12 | |
| **certification**(2) 8:11 61:2 | |
| **certify**(1) 61:3 | |
| **cetus**(1) 4:17 | |
| **change**(1) 27:13 | |
| **changed**(1) 27:19 | |
| **changes**(15) 12:10 12:11 12:20 12:21 12:23 27:4 27:5 27:24 28:16 28:24 29:1 29:1 29:14 29:19 29:25 | |
| **channeled**(1) 25:12 | |
| **chapter**(1) 1:6 | |
| **charging**(1) 28:10 | |
| **charlie**(1) 14:22 | |
| **chase**(1) 3:21 | |
| **chen**(2) 3:36 3:48 | |
| **chief**(1) 11:3 31:22 | |
| **chorus**(1) 32:7 | |
| **chris**(1) 2:5 | |
| **cindy**(1) 3:36 | |
| **circuit**(2) 18:11 20:10 | |
| **circumstances**(2) 39:1 40:24 | |
| **citi**(1) 4:21 | |

| Word | Page:Line |
|---|---|
| **claim**(9) 7:24 25:16 25:17 25:19 25:21 38:2 39:9 42:23 60:3 | |
| **claimants**(1) 29:9 | |
| **claims**(35) 6:14 8:19 9:4 11:16 19:3 19:8 23:7 24:7 25:11 25:13 25:13 25:15 25:16 25:16 25:23 25:24 26:1 26:2 26:4 26:15 26:16 27:20 29:6 29:8 29:11 31:25 38:15 38:16 39:4 41:3 41:20 41:24 42:4 43:17 47:21 | |
| **clarifying**(1) 29:20 | |
| **clarity**(1) 33:12 | |
| **class**(2) 8:10 14:3 | |
| **clean**(5) 27:3 27:6 27:10 27:17 27:23 | |
| **clean-up**(1) 29:1 | |
| **clear**(4) 28:1 31:6 57:7 57:20 | |
| **clearly**(5) 18:6 18:12 35:1 50:7 50:21 | |
| **cleary**(4) 1:30 5:20 6:4 4:18 21 | |
| **clerk**(1) 5:2 | |
| **close**(1) 6:14 | |
| **cobra**(1) 30:11 | |
| **code**(2) 30:18 43:15 | |
| **colleagues**(4) 48:17 48:18 49:4 58:22 | |
| **collectively**(1) 34:23 | |
| **come**(10) 16:9 19:5 26:20 32:3 32:10 34:9 40:5 48:19 48:24 49:5 | |
| **comfort**(1) 18:2 | |
| **coming**(1) 51:5 | |
| **commend**(2) 14:5 47:14 | |
| **commended**(3) 14:11 14:21 49:24 | |
| **comment**(1) 55:7 | |
| **comments**(2) 12:16 54:12 | |
| **commitment**(1) 21:16 | |
| **committed**(2) 19:11 40:4 | |
| **committee**(76) 2:5 2:33 2:46 3:12 3:35 6:10 13:8 14:13 14:23 15:21 19:4 19:12 19:14 19:15 20:14 20:16 20:17 20:18 21:14 21:15 21:15 22:20 23:15 23:15 26:18 28:13 32:9 33:6 33:14 34:12 35:8 36:15 36:25 37:3 37:7 37:8 38:10 38:24 39:5 39:7 40:2 40:10 40:14 41:7 41:13 41:17 42:3 42:9 42:18 43:7 43:10 43:11 43:14 43:21 44:6 44:14 45:5 45:8 47:4 47:7 47:11 48:10 49:5 49:18 49:20 50:13 52:18 53:9 53:11 54:10 55:18 56:1 56:13 58:15 58:18 | |
| **committee's**(1) 16:25 | |
| **committees**(8) 14:6 17:16 17:16 21:14 28:7 29:18 45:25 50:14 | |
| **communicate**(1) 46:20 | |
| **communication**(1) 36:22 | |
| **communications**(2) 33:18 47:4 | |
| **community**(2) 40:9 43:21 | |
| **comp**(1) 5:19 | |
| **company**(1) 41:6 | |
| **compensation**(5) 6:6 6:12 7:8 7:13 11:9 | |
| **complaint**(2) 8:7 9:19 | |
| **completed**(2) 25:10 42:14 | |
| **complex**(1) 53:1 | |
| **complexity**(1) 58:23 | |
| **complicated**(1) 49:22 | |
| **comply**(1) 8:1 | |
| **component**(1) 20:25 | |
| **compromise**(3) 16:10 16:11 16:21 | |
| **compromised**(3) 25:4 25:11 26:18 | |
| **conaway**(1) 2:19 | |
| **concept**(2) 43:19 48:25 | |
| **concerned**(2) 50:15 57:23 | |
| **concerning**(2) 33:14 35:12 | |
| **concerns**(9) 51:11 52:12 52:2 52:11 52:12 52:25 53:1 53:15 53:17 | |
| **concessions**(1) 58:16 | |
| **concluded**(2) 41:17 43:22 | |
| **conclusion**(1) 54:24 | |
| **conditions**(1) 41:10 | |
| **conduct**(1) 45:9 | |

| Word | Page:Line |
|---|---|
| **conference**(1) 53:6 | |
| **confidential**(1) 39:15 | |
| **confluence**(2) 20:6 20:9 | |
| **conforming**(4) 27:5 28:16 28:25 29:14 | |
| **congratulate**(1) 18:15 | |
| **congratulations**(1) 14:18 | |
| **connection**(4) 7:10 9:18 11:9 11:16 | |
| **consequences**(1) 42:12 | |
| **consideration**(1) 38:23 | |
| **considered**(1) 52:3 | |
| **considering**(2) 33:9 51:8 | |
| **consistently**(1) 21:2 | |
| **constituency**(5) 47:17 47:19 50:17 51:13 56:16 | |
| **constitute**(1) 28:5 | |
| **consultants**(1) 11:5 | |
| **contact**(1) 56:15 | |
| **contain**(4) 35:8 39:18 45:1 60:6 | |
| **contained**(3) 10:2 27:22 43:15 | |
| **contains**(2) 37:9 42:11 | |
| **contemplates**(1) 30:18 | |
| **contemplating**(1) 46:4 | |
| **contended**(1) 9:6 | |
| **context**(1) 45:12 | |
| **continuation**(1) 41:8 | |
| **continue**(2) 34:4 56:19 | |
| **continued**(5) 2:2 3:2 4:2 13:24 34:2 | |
| **contract**(2) 42:6 43:11 | |
| **contracted**(1) 38:16 | |
| **conversation**(1) 17:10 | |
| **coordinate**(1) 46:2 | |
| **coordinated**(1) 45:21 | |
| **coordinating**(2) 45:4 56:16 | |
| **copy**(2) 12:2 25:7 | |
| **cordo**(1) 1:24 | |
| **correct**(4) 12:17 31:19 46:11 61:3 | |
| **correcting**(1) 30:1 | |
| **corresponded**(1) 7:12 | |
| **cost**(3) 20:6 20:23 42:24 | |
| **costs**(1) 43:6 | |
| **could**(11) 15:5 16:9 17:13 27:6 43:1 48:1 49:10 50:21 51:6 53:2 55:21 | |
| **counsel**(18) 13:6 14:6 17:8 17:15 17:16 17:17 18:3 18:9 19:13 49:18 49:20 50:14 53:9 54:8 55:1 58:1 58:20 60:19 | |
| **count**(1) 29:1 | |
| **countless**(1) 21:17 | |
| **country**(1) 34:20 | |
| **couple**(3) 7:19 35:17 56:21 | |
| **course**(7) 8:7 8:17 12:13 17:16 17:22 19:13 34:21 44:13 45:3 50:13 50:17 | |
| **court**(153) 1:11 5:3 5:9 5:15 5:23 6:1 6:7 6:9 6:18 6:21 6:24 6:25 7:4 7:17 8:2 8:15 8:16 9:13 10:8 10:17 10:20 10:23 11:1 11:1 11:22 11:24 12:5 12:7 12:12 12:15 12:18 12:22 13:4 13:7 13:10 13:14 13:22 14:15 14:17 15:1 15:10 15:11 15:14 15:17 15:19 15:25 16:16 17:5 17:18 17:19 17:22 18:1 18:5 18:6 18:19 19:1 19:18 19:20 20:1 20:12 21:6 21:10 21:22 22:1 22:4 22:7 22:10 22:15 23:1 23:10 23:24 24:5 25:5 26:9 27:8 27:11 27:18 27:25 28:21 29:7 29:16 30:15 30:20 31:4 31:13 31:19 32:4 32:12 32:15 32:17 32:21 32:24 33:2 33:4 33:9 33:23 34:7 34:14 35:5 35:14 35:23 35:25 36:5 36:6 36:9 36:24 38:13 38:18 38:20 38:22 39:16 40:18 41:22 44:2 44:17 45:3 45:13 46:1 46:12 47:6 51:19 52:20 53:19 53:24 54:1 54:4 54:9 54:19 55:2 55:4 55:16 55:22 55:24 56:8 56:10 56:17 57:4 57:6 57:10 57:22 58:1 59:4 59:6 59:9 59:13 59:19 59:22 59:25 60:5 60:9 60:14 60:16 60:18 60:21 | |
| **court's**(1) 34:16 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **courtroom**(5) 1:10 20:17 21:19 26:8 31:21 | | **dial**(1) 46:4 | | **efforts**(9) 18:16 19:11 19:14 21:16 24:10 33:19 34:16 40:21 54:12 | | **exists**(1) 41:16 | |
| **cover**(1) 37:6 | | **diaz**(1) 1:40 | | | | **expending**(1) 50:25 | |
| **coverage**(2) 28:4 41:11 | | **did**(9) 13:24 18:4 25:22 26:11 33:16 34:3 34:10 36:9 56:22 | | **either**(2) 9:11 43:1 | | **expensive**(1) 41:15 | |
| **craig**(1) 3:40 | | | | **elect**(1) 51:25 | | **experience**(1) 49:23 | |
| **cravath**(1) 21:21 | | | | **elections**(2) 39:13 39:22 | | **experiencing**(1) 36:7 | |
| **created**(1) 57:5 | | **didn't**(2) 14:22 16:18 | | **electronic**(1) 1:47 61:4 | | **explain**(2) 37:22 43:8 | |
| **creative**(1) 49:15 | | **difference**(1) 42:24 | | **eligible**(11) 30:9 33:13 36:17 37:14 37:23 39:8 40:9 42:1 42:3 42:15 56:18 | | **explanation**(2) 42:9 42:11 | |
| **creativity**(1) 58:21 | | **different**(13) 19:25 23:16 28:16 28:18 36:22 37:7 38:7 43:9 43:20 43:20 47:20 48:3 50:4 | | | | **express**(2) 18:16 34:16 | |
| **credit**(1) 49:8 | | | | | | **expressed**(2) 18:12 51:12 | |
| **creditor**(2) 17:4 19:14 | | | | **ellias**(2) 31:1 31:1 | | **expunged**(4) 25:15 25:23 29:9 29:10 | |
| **creditors**(6) 6:10 7:15 11:14 15:21 16:25 17:3 47:16 49:8 53:11 | | **difficult**(6) 16:7 16:22 33:25 47:14 48:23 49:19 | | **elliott**(1) 2:46 | | **expunging**(2) 25:13 25:20 | |
| | | | | **else**(5) 10:18 17:20 25:18 57:8 60:11 | | **extending**(1) 34:12 | |
| **creditors'**(1) 2:4 | | **difficulties**(1) 18:1 | | **email**(3) 44:20 44:21 44:25 | | **extent**(1) 40:11 | |
| **crisler**(1) 14:23 | | **diligently**(1) 47:12 | | **emailing**(1) 46:5 | | **extremely**(3) 16:19 47:13 58:12 | |
| **criteria**(1) 39:24 | | **direct**(3) 35:10 36:9 45:23 | | **emails**(1) 44:23 | | **ezial**(1) 52:22 | |
| **cure**(1) 33:1 | | **directed**(1) 28:8 | | **employee**(4) 19:10 24:19 31:2 37:16 | | | |
| **current**(6) 20:16 30:10 31:7 37:16 44:14 55:12 | | **direction**(2) 34:5 34:6 | | **employees**(8) 7:9 26:13 30:10 37:16 45:7 55:12 55:13 57:17 | | **fact**(12) 16:8 16:9 16:17 17:14 18:3 26:22 29:2 29:24 31:17 48:20 56:11 56:20 | |
| | | **directly**(1) 11:6 | | | | | |
| **currently**(4) 41:16 42:16 45:17 46:17 | | **disability**(1) 31:6 | | **employment**(1) 55:20 | | **factors**(1) 10:13 | |
| **custom**(1) 9:24 | | **disabled**(4) 24:20 26:7 30:10 31:2 | | **empty**(1) 59:16 | | **factual**(1) 16:23 | |
| | | **disallowing**(1) 25:20 | | **enable**(3) 39:22 52:9 57:21 | | **failed**(1) 8:1 | |
| **dallas**(1) 45:19 | | **disclose**(1) 41:18 | | **enables**(3) 23:12 24:13 44:19 | | **fair**(5) 10:11 11:13 13:25 16:19 18:9 | |
| **daniels**(1) 3:6 | | **discovery**(1) 8:4 | | **enacted**(1) 43:25 | | **fairness**(1) 18:13 | |
| **data**(3) 1:40 39:12 60:7 | | **discussion**(2) 48:15 50:5 | | **encouraged**(1) 20:13 | | **faith**(2) 11:12 14:8 | |
| **date**(7) 5:8 9:1 9:7 9:8 9:11 9:12 61:9 | | **discussions**(6) 20:19 21:19 21:25 31:24 48:16 48:18 | | **end**(3) 13:24 14:10 23:12 | | **fall**(3) 8:13 20:20 51:1 | |
| **dates**(7) 27:5 28:18 29:15 29:20 30:2 45:20 46:22 | | | | **english**(1) 3:4 | | **familiar**(3) 11:8 17:23 31:24 | |
| | | **dismiss**(1) 8:9 | | **enough**(2) 17:9 51:15 | | **far**(2) 34:21 46:14 | |
| **day**(4) 13:24 44:4 60:16 60:21 | | **displayed**(1) 39:15 | | **enrolling**(1) 41:24 | | **farallon**(1) 4:4 | |
| **days**(3) 10:5 10:6 30:8 | | **dispute**(1) 7:18 | | **enter**(3) 13:5 15:10 | | **farr**(1) 3:43 | |
| **deadline**(6) 10:4 10:5 10:5 28:22 30:22 42:13 | | **disputed**(1) 8:7 | | **entered**(4) 11:12 19:2 22:8 28:14 | | **fatell**(1) 2:34 | |
| | | **disputes**(3) 6:15 9:2 9:17 | | **entire**(1) 14:3 | | **february**(2) 18:25 50:18 | |
| **deadlines**(1) 30:2 | | **dissipated**(1) 49:12 | | **entirely**(1) 45:1 | | **feedback**(1) 26:24 | |
| **deal**(4) 14:9 50:25 53:5 57:16 | | **distributed**(1) 37:13 | | **entitled**(1) 23:16 | | **feel**(1) 17:1 | |
| **dealing**(4) 47:19 49:22 57:11 57:17 | | **distribution**(3) 8:22 8:25 10:3 | | **envelope**(1) 42:19 | | **fees**(1) 9:15 | |
| **dealt**(2) 26:2 58:14 | | **district**(1) 1:2 | | **envelopes**(1) 39:14 | | **feld**(1) 2:11 | |
| **debenture**(1) 3:39 | | **diverse**(1) 47:15 | | **erisa**(2) 8:3 48:18 | | **fellow**(1) 54:25 | |
| **debt**(1) 19:3 | | **documentation**(1) 50:9 | | **ernst**(1) 3:27 | | **few**(1) 7:3 | |
| **debtor**(4) 13:23 33:23 47:22 58:16 | | **documents**(15) 7:14 7:14 27:13 27:18 27:24 28:1 30:4 34:24 34:24 39:14 43:9 44:19 51:1 52:23 57:18 59:10 | | **esq**(30) 1:24 1:25 1:31 1:32 1:33 2:5 2:12 2:13 2:14 2:21 2:28 2:34 2:40 2:47 3:5 3:6 3:13 3:14 3:20 3:28 3:32 3:36 3:40 3:44 4:4 4:7 4:11 4:14 4:21 4:24 | | **fiduciary**(3) 40:5 40:8 47:20 | |
| **debtors**(49) 1:12 1:23 5:7 6:5 6:8 6:10 7:2 7:19 7:25 8:3 8:7 8:10 9:10 9:14 9:19 10:11 10:12 10:16 11:7 11:11 11:14 13:4 13:18 14:6 17:15 18:22 19:12 20:21 21:13 23:3 23:12 24:3 24:11 24:13 24:16 26:17 35:11 35:12 36:14 39:2 44:9 45:7 46:14 46:20 46:23 47:2 50:13 54:8 55:12 | | | | | | **file**(2) 31:8 51:2 | |
| | | | | | | **filed**(19) 6:10 7:20 7:22 8:5 8:9 9:22 12:3 16:17 25:1 25:2 26:6 30:25 31:7 31:7 44:22 44:16 54:17 56:24 59:9 | |
| | | **does**(6) 10:20 24:12 27:21 45:6 52:14 | | | | | |
| | | **doesn't**(4) 27:13 27:16 56:4 56:5 | | **essentially**(4) 7:24 8:6 9:3 9:10 | | **fill**(1) 59:16 | |
| | | **doing**(3) 46:19 51:9 57:11 | | **establishment**(2) 37:18 38:11 | | **filling**(4) 27:5 29:19 29:25 30:2 | |
| **december**(5) 9:8 9:22 15:24 51:2 51:17 | | **dollar**(1) 25:22 | | **estate**(3) 7:21 7:25 11:15 | | **fills**(1) 29:14 | |
| **decided**(1) 16:5 | | **don't**(4) 27:22 31:11 32:1 60:12 | | **estate's**(1) 18:10 | | **final**(6) 22:12 22:13 24:6 28:19 31:15 | |
| **decision**(5) 34:19 42:22 44:12 46:19 57:22 | | **done**(8) 13:16 17:13 23:8 23:9 24:4 24:4 25:14 35:4 | | **estates**(8) 9:5 10:12 11:14 11:16 13:18 16:10 17:4 49:7 | | **finality**(1) 24:14 | |
| **decision's**(1) 16:5 | | | | | | **finally**(4) 16:11 51:2 54:16 54:25 | |
| **dedicated**(1) 24:10 | | **doubt**(1) 55:13 | | **even**(8) 31:17 47:18 48:22 50:11 52:24 53:5 53:7 58:11 | | **find**(1) 39:20 | |
| **dedication**(1) 14:20 | | **doubts**(1) 48:13 | | | | **fine**(2) 7:4 11:1 | |
| **deduction**(1) 22:23 | | **dow**(2) 3:31 3:31 | | **event**(1) 7:16 | | **finger**(1) 2:4 | |
| **defer**(2) 7:9 24:1 | | **down**(1) 24:14 | | **every**(6) 22:24 25:3 26:15 26:23 44:23 | | **finished**(1) 13:1 | |
| **deferred**(6) 5:19 6:5 6:11 7:8 7:13 11:8 | | **draft**(3) 59:7 59:11 59:24 | | **everybody**(2) 17:2 53:4 | | **firm**(1) 7:23 | |
| **defined**(2) 28:18 55:11 | | **drafts**(1) 59:17 | | **everybody's**(1) 54:11 | | **first**(6) 19:5 19:16 37:2 38:5 48:13 54:6 | |
| **definitely**(2) 21:19 21:24 | | **driving**(1) 38:21 | | **everyone**(6) 5:3 17:14 24:10 29:5 52:10 60:22 | | **fleming**(1) 1:33 52:21 | |
| **definition**(1) 55:14 | | **due**(7) 41:1 45:16 50:16 51:13 52:14 53:14 57:25 | | | | **flexed**(1) 22:20 | |
| **definitions**(1) 55:14 | | | | **everyone's**(2) 21:16 26:3 | | **float**(1) 17:2 | |
| **delano**(1) 3:36 | | **during**(2) 33:24 46:6 | | **evidence**(1) 11:21 | | **floor**(1) 1:26 3:8 | |
| **delaware**(4) 1:2 1:12 2:24 5:1 | | | | **evidenced**(2) 14:2 26:22 | | **florida**(2) 35:25 36:3 | |
| **dennis**(1) 4:14 | | **each**(9) 8:23 8:24 10:2 39:7 39:12 39:18 40:4 42:22 60:8 | | **exactly**(1) 31:13 | | **focused**(2) 40:4 40:8 | |
| **denominator**(1) 38:3 | | | | **example**(3) 35:24 58:14 60:3 | | **folks**(2) 24:25 37:22 | |
| **dent**(1) 3:40 | | **earlier**(1) 10:15 42:21 | | **exceedingly**(1) 57:14 | | | |
| **derek**(2) 1:25 5:6 | | **early**(2) 8:12 45:10 | | **excellent**(2) 13:16 59:22 | | | |
| **describe**(3) 37:19 40:22 40:24 | | **easy**(3) 42:19 57:19 58:5 | | **excess**(1) 30:17 | | | |
| **described**(6) 25:24 38:10 41:13 43:8 44:9 51:24 | | **echo**(1) 15:22 | | **exchange**(1) 9:17 23:2 | | | |
| | | **echoing**(1) 19:9 | | **exchanging**(1) 21:12 | | | |
| **describes**(3) 37:17 38:25 39:3 | | **economic**(1) 22:23 | | **excuse**(2) 35:19 41:5 | | | |
| **describing**(1) 13:16 | | **ecro**(1) 1:38 | | **executive**(1) 11:4 31:23 | | | |
| **description**(3) 13:17 23:18 37:9 | | **efficiencies**(1) 48:12 | | **exhibit**(3) 27:20 29:4 29:5 | | | |
| **design**(2) 46:23 48:11 | | **efficient**(5) 5:17 38:18 42:6 43:2 49:1 | | **exhibits**(5) 25:10 25:14 29:6 30:5 39:10 | | | |
| **designed**(3) 43:23 43:23 53:16 | | **effort**(7) 20:14 25:3 26:24 48:21 48:22 51:5 58:1 | | **exist**(1) 44:12 | | | |
| **detailed**(2) 42:11 43:4 | | | | **existed**(1) 40:13 | | | |
| **determine**(2) 38:6 42:3 | | | | **existing**(1) 41:10 | | | |
| **determined**(1) 9:7 | | | | | | | |

| Word | Page:Line |
|---|---|

for(120) 1:2 1:23 2:4 2:19 2:27 2:33 2:46 3:4 3:12 3:19 3:27 3:31 3:35 3:39 3:43 3:47 4:4 4:7 4:10 4:14 4:17 4:21 4:24 5:2 6:21 7:3 7:8 8:10 10:13 10:19 11:11 13:13 13:25 14:8 14:24 15:1 16:10 17:2 18:16 18:20 18:21 20:5 20:18 20:21 21:24 22:8 22:16 23:15 24:12 25:18 26:24 27:4 27:5 29:2 30:17 30:23 33:1 33:6 33:8 34:4 34:9 34:16 36:20 37:24 38:2 38:3 38:15 38:16 38:23 39:10 40:3 40:14 40:17 40:21 41:25 42:1 42:20 43:2 43:25 44:13 45:5 45:6 46:19 47:2 47:7 47:14 47:20 48:11 48:19 48:20 48:22 49:1 50:11 50:22 50:23 51:11 51:16 51:21 51:22 52:10 52:14 54:2 54:8 54:15 54:20 55:4 55:6 55:8 55:12 55:25 56:3 56:13 57:6 58:1 58:4 58:14 58:24 60:18

forcefully(1) 58:17
foregoing(2) 47:1 61:3
forgive(1) 54:4
form(16) 18:14 20:13 23:23 23:24 24:21 28:8 33:17 38:9 39:11 42:8 42:23 44:16 55:9 57:13 58:6 60:3

formally(1) 43:11
formation(1) 20:6
formed(2) 20:16 20:19
forms(17) 25:17 30:3 34:17 35:7 35:10 36:13 36:16 44:8 44:9 46:8 46:24 47:2 47:3 50:24 52:5 59:11 59:17

formula(2) 37:25 38:5
forth(6) 8:18 10:14 13:3 23:19 37:20
forward(4) 14:25 42:6 53:13 58:8
fought(2) 16:8 18:8
found(1) 20:9
frankly(6) 14:5 14:7 14:16 14:19 15:1
fred(1) 2:14
frequently(1) 44:15
friday(1) 26:6
from(30) 5:10 5:20 9:20 15:20 16:3 16:25 17:15 18:2 18:21 24:3 26:17 31:25 32:9 38:8 40:11 40:15 40:22 49:6 49:17 49:20 49:23 50:3 52:14 52:24 53:5 53:7 53:8 55:19 57:16 61:4

full(7) 5:11 23:2 24:6 26:25 27:3 27:17 27:20

full-blown(1) 16:23
fully(3) 10:14 17:23 25:15
function(1) 37:8
fund(2) 20:5 20:22
funded(1) 43:1
funds(2) 7:12 7:15
further(4) 11:17 21:25 24:14 26:2
furthered(1) 21:20
gallagher(1) 3:43
general(5) 24:21 30:7 35:18 36:10 36:21
get(17) 5:21 14:9 15:3 16:2 16:11 17:13 19:11 21:17 22:13 26:17 30:9 47:12 48:2 48:17 49:20 59:1 59:20

getting(4) 14:8 23:4 24:25 32:24
gibbon(30) 1:31 6:1 6:3 6:4 6:8 6:23 6:25 7:7 7:18 8:3 8:16 9:14 10:9 10:24 10:25 11:2 11:25 12:1 12:6 12:8 12:9 12:14 12:17 12:20 12:23 13:2 13:8 13:10 13:11 13:15

gibbons(3) 5:20 6:22 15:4
ginger(1) 1:38
give(10) 8:11 12:24 28:25 30:17 34:18 44:10 49:9 51:4 51:14 53:16

given(8) 7:5 15:23 24:14 24:21 28:5 30:12 55:6 56:6

giving(2) 23:5 30:13
glad(1) 32:24

goals(1) 40:10
goes(1) 31:12
going(12) 5:20 12:18 17:22 27:1 33:11 38:14 48:7 50:5 50:6 51:9 51:15 51:24

goldman(1) 53:20
gone(1) 54:13
good(36) 5:3 5:4 5:5 5:6 5:11 6:1 6:3 11:12 14:8 14:15 14:17 15:14 15:15 15:17 16:10 16:11 16:21 17:1 18:19 18:20 19:2 19:24 32:17 32:19 32:19 32:21 32:22 33:3 33:23 46:15 53:21 53:21 58:6 60:3 60:16 60:21

got(3) 15:7 33:1 47:10
gotten(1) 26:24
gottlieb(3) 1:30 6:4 18:21
graced(1) 26:10
grant(1) 13:5
grateful(1) 58:3
gratitude(1) 34:12
great(6) 6:23 18:2 18:4 18:16 50:25 57:16
greatest(1) 35:21
greenleaf(1) 2:46
gropper(1) 45:11
gross(1) 1:18
ground(1) 38:9
group(23) 3:19 4:10 6:11 7:23 8:4 8:6 8:10 8:21 9:5 9:16 10:2 13:6 13:13 13:13 20:7 20:16 40:12 40:15 40:16 40:16 44:3 44:4 54:2 54:15 55:6 56:14

groups(1) 26:13
guess(3) 19:22 54:17 54:25
guiding(2) 35:17 35:18
gump(2) 2:11 15:20
had(24) 7:8 7:11 7:25 8:10 8:11 9:3 9:4 15:24 16:4 16:4 17:10 19:2 20:3 20:21 34:6 48:13 48:13 52:11 53:5 55:6 56:14 57:3 59:14 59:16

hadley(2) 3:19 3:35
hadn't(1) 31:6
hall(4) 45:10 45:17 46:3 52:6
hamilton(1) 1:30
hand(6) 23:4 24:16 25:8 25:9 27:2 27:6
handed(2) 27:16 27:18
handful(1) 5:13
handle(1) 48:2
handshake(1) 53:5
hanrahan(1) 3:44
happening(2) 46:16 46:21
happily(2) 5:11 60:13
happy(7) 6:8 10:9 12:9 15:18 28:25 37:1 55:1

hard(7) 16:8 18:8 50:1 52:17 53:4 53:7 54:12

hardship(1) 31:11
harrisburg(1) 1:42
has(22) 6:9 10:18 13:15 18:11 19:10 20:7 21:1 25:16 26:24 27:13 27:13 29:14 31:2 35:4 44:19 49:3 49:23 53:4 53:16 56:1 58:16 60:17

hasn't(1) 22:1
hat"(1) 8:1
hauer(1) 2:11
have(71) 6:16 6:25 10:13 10:20 11:5 12:2 16:22 19:11 19:15 19:24 20:15 20:16 21:17 22:23 22:24 24:8 25:8 25:14 26:6 26:13 27:13 27:18 28:10 28:10 29:12 30:3 30:22 32:8 34:24 37:11 39:24 40:2 40:4 40:5 40:6 40:6 40:13 41:19 42:4 42:14 47:14 47:20 48:22 49:3 49:19

haven't(1) 27:20
having(5) 47:24 48:14 49:12 51:17 51:18
he's(7) 21:18 22:6 32:10 47:19 51:9 55:8 55:10

headed(1) 46:14
health(2) 38:11 49:1
healthcare(2) 29:21 29:24
healthy(2) 32:22 55:1
heard(6) 12:25 12:25 13:9 19:9 32:8 34:21
hearing(10) 10:4 10:6 11:24 28:20 33:11 34:15 50:18 51:18 58:8 60:25

heated(1) 17:10
held(1) 20:9
help(6) 16:6 34:13 41:1 42:12 44:11 44:12
helped(2) 19:15 21:24
helpful(6) 6:19 6:21 20:23 21:20 33:22 45:15

her(6) 7:2 10:19 32:1 39:21 42:13 52:18
here(24) 5:7 7:6 10:15 14:11 14:21 15:3 15:6 15:7 16:3 18:17 21:6 29:25 35:1 35:17 43:19 48:8 49:22 52:9 55:25 56:1 56:21 58:7 58:16 58:23

him(5) 5:21 31:11
his(21) 26:10 31:10 33:21 34:9 34:13 34:13 34:16 39:21 39:21 42:13 47:11 47:19 48:10 49:4 49:4 49:15 54:20 54:20 54:20 58:17 58:18

hoc(20) 2:33 3:35 4:10 6:11 7:22 8:4 8:6 8:10 8:20 9:5 9:16 10:2 13:6 13:13 13:13 17:16 19:14 20:7 50:14 53:9 54:2

hodara(1) 2:14
hold(1) 23:25
hondo(2) 4:17 4:18
honor(71) 5:6 5:8 5:17 5:19 5:25 6:3 6:4 6:23 7:7 7:8 8:8 10:25 11:2 12:1 12:1 12:9 13:2 13:19 13:19 14:14 15:16 15:22 15:23 16:3 18:18 18:23 18:23 19:5 26:5 27:16 30:7 31:1 33:5 33:7 33:18 37:2 38:19 40:1 42:14 43:3 43:13 43:19 44:16 45:9 46:9 46:17 47:1 47:3 47:8 50:3 51:10 53:10 53:15 53:22 55:3 55:5 56:12 59:3 59:10 60:2 60:12 60:17 60:24

honor's(2) 36:15 51:11
honorable(1) 1:18
hopefully(2) 44:16 59:2
hoping(3) 5:16 17:13 18:4
horn(3) 14:13 15:5 18:4
hours(3) 21:17 44:24 49:14
how(15) 18:8 26:25 27:1 35:9 37:12 37:15 37:23 39:4 40:4 40:25 41:2 43:9 44:7 51:4 51:25

however(3) 13:5 41:12 41:18
hra(3) 41:3 41:21 43:2
hra's(3) 38:12 38:18 42:6
hugging(1) 21:9
hypothetically(1) 25:17
i'd(6) 36:21 54:6 54:11 54:14 54:17 54:25
i'll(12) 5:21 13:15 18:14 24:1 25:9 27:6 37:19 38:12 38:20 40:22 44:7 58:25

i'm(17) 12:18 12:21 12:25 18:13 18:24 32:24 32:24 34:8 37:1 39:1 48:7 50:1 50:3 54:1 58:2 58:10

i've(5) 27:16 27:17 47:10 52:18 57:12
idea(3) 17:13 23:8 46:15
identified(2) 20:21 30:8
identify(1) 35:21
identifying(1) 20:4
identity(1) 29:9
immediately(1) 38:14

implicit(2) 28:7 28:10
importance(1) 48:3
important(9) 24:3 34:19 38:21 39:25 44:12 44:18 46:19 47:18 50:21

impossible(1) 48:24
inadvertent(1) 56:7
inc(3) 1:6 3:48 11:5
incentives(2) 34:4 42:15
include(5) 27:19 27:21 27:22 28:2 55:13
included(2) 25:16 28:1
includes(1) 28:13
including(7) 7:22 13:18 28:19 37:15 47:16 50:12 55:12

income(1) 7:10
indeed(1) 33:21
indicate(2) 56:24 59:7
indicates(1) 16:8
indiscernible(1) 35:19
individual(7) 7:21 8:24 10:2 32:2 38:9 39:8 60:3

individualized(1) 42:23
individuals(3) 24:20 26:7 26:13
inevitable(1) 51:16
infeasible(1) 20:9
informal(2) 12:15 55:7
information(11) 21:12 26:25 29:17 30:2 30:23 34:24 36:16 39:13 39:18 42:5 60:8

informational(1) 26:19
informed(1) 57:22
inhibit(1) 41:10
innovative(1) 49:14
inquiries(2) 44:21 44:25
instead(1) 23:7
instructions(1) 42:12
insurance(17) 20:5 20:21 37:18 39:2 40:1 40:12 40:15 40:16 40:16 40:22 40:22 40:24 41:6 41:9 42:25 43:12 48:22

intend(8) 23:23 24:18 32:1 44:7 44:10 44:11 45:9 45:15

intended(1) 56:1
intending(1) 45:17
intends(1) 36:15
interest(4) 9:5 10:12 11:14 18:10
intersession(1) 15:2
into(12) 11:12 11:21 18:6 22:23 41:3 41:20 42:5 43:1 43:2 46:4 51:5 54:13

involved(6) 17:2 17:3 18:1 31:23 48:17 57:14

involvement(1) 58:14
isn't(1) 38:16
issue(7) 35:2 49:9 49:24 55:21 56:1 56:2 56:14

issues(15) 5:13 11:18 16:22 19:10 34:25 48:3 48:14 49:12 50:18 51:13 52:8 53:1 53:4 58:9 58:24

it's(27) 5:4 5:11 11:1 26:22 27:19 28:14 29:3 29:21 30:16 32:17 32:19 32:21 35:16 37:8 37:21 37:25 42:10 43:3 43:23 49:19 52:23 53:6 55:6 56:14 56:25 60:14 60:16

item(1) 5:18
its(15) 11:15 14:1 40:13 42:11 43:10
itself(5) 28:16 30:6 50:9 57:12 58:11
i'd(1) 12:9
january(6) 1:14 5:1 9:7 12:3 42:2 61:8
job(2) 13:16 47:14
john(1) 11:6
join(2) 54:7 54:25
joining(1) 47:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| joint(2) 2:19 5:18 | | listening(2) 38:3 47:9 | | meantime(1) 58:10 | | needs(1) 43:20 | |
| jointly(2) 1:8 6:9 | | lists(1) 27:20 | | mechanism(1) 22:21 | | negotiate(2) 16:13 34:5 | |
| jones(2) 3:31 3:31 | | litigated(2) 16:23 55:21 | | mediation(5) 13:23 16:4 47:25 50:4 50:6 | | negotiated(2) 50:8 58:13 | |
| jose(1) 45:20 | | litigating(2) 50:6 58:17 | | mediator(4) 16:15 21:23 33:21 54:18 | | negotiating(1) 52:23 | |
| judge(6) 1:19 32:16 32:19 34:17 45:11 | | litigation(7) 6:19 11:19 11:18 11:19 16:12 | | medical(21) 23:25 37:18 38:6 38:15 38:16 | | negotiation(2) 16:4 16:5 | |
| juncture(1) 33:7 | | 17:24 18:8 | | 39:1 40:15 40:22 40:24 41:6 41:9 41:12 | | negotiations(7) 8:13 13:21 13:24 15:2 15:7 | |
| june(1) 22:22 | | | | 41:20 41:24 42:1 42:5 42:5 42:16 42:16 | | 33:25 47:25 | |
| just(32) 5:21 6:19 8:16 8:24 9:15 22:16 | | litigation's(1) 8:8 | | 43:17 47:23 | | | |
| 24:17 24:22 28:1 28:6 28:13 29:5 29:14 | | little(1) 16:6 33:25 | | | | neil(2) 3:13 33:5 | |
| 29:19 29:22 31:15 37:24 44:9 47:8 48:8 | | lives(1) 34:19 | | meeting(1) 46:3 | | networks(2) 1:6 11:5 | |
| 51:9 51:14 52:16 52:24 53:7 55:6 55:7 | | llc(3) 1:40 11:4 23:24 | | meetings(7) 40:7 45:10 45:17 45:22 46:6 | | never(1) 22:3 | |
| 55:14 55:25 56:6 57:10 59:11 | | llp(4) 2:20 2:33 3:27 3:43 | | 52:6 58:3 | | new(9) 1:35 2:16 3:16 3:22 15:18 27:20 | |
| | | local(1) 24:23 | | | | 40:6 51:3 55:1 | |
| kandestin(1) 2:21 | | long(4) 19:11 24:9 31:1 52:23 | | megan(1) 1:33 | | | |
| kcc(1) 45:25 | | long-term(11) 24:20 26:7 30:10 31:6 38:7 | | member(2) 10:1 14:23 | | news(1) 5:12 | |
| keach(8) 2:40 13:12 13:12 13:15 13:23 | | 38:15 40:15 40:17 40:19 41:3 47:24 | | members(5) 6:10 19:13 20:18 40:1 49:5 | | newspapers(3) 24:24 35:15 35:16 | |
| 14:16 14:19 15:23 | | | | mention(1) 14:22 | | next(1) 29:12 | |
| | | longer(1) 30:22 | | mentioned(3) 10:15 37:13 42:21 | | nice(3) 15:15 17:9 53:20 | |
| keep(2) 31:16 34:5 | | look(2) 29:6 58:8 | | merely(1) 55:10 | | nichols(3) 1:23 5:7 28:12 | |
| keip(1) 18:24 | | looked(1) 48:23 | | met(1) 43:10 | | nominal(2) 7:12 8:25 | |
| kenney(1) 2:28 | | looking(1) 42:22 | | method(4) 33:17 57:13 58:7 59:1 | | non-bankruptcy(1) 43:13 | |
| kevin(1) 1:18 | | lost(1) 42:5 | | methodologies(1) 41:2 | | normally(1) 30:17 | |
| kind(1) 48:19 | | lot(9) 35:25 36:1 49:18 50:1 50:2 50:11 | | methodology(4) 23:18 37:20 37:24 40:25 | | nortel(12) 1:6 7:8 7:11 11:5 18:22 33:15 | |
| king(4) 2:7 2:23 2:29 3:8 | | 52:25 53:6 58:2 | | methods(1) 34:18 | | 35:20 39:12 41:12 41:16 42:17 45:18 | |
| knew(1) 46:13 | | | | metric(1) 43:22 | | | |
| know(25) 9:2 16:23 17:1 17:1 24:9 25:4 | | lots(1) 47:15 | | michael(1) 4:4 | | north(6) 1:26 2:7 2:23 3:8 36:3 45:19 | |
| 26:12 26:16 32:2 32:7 45:11 46:21 47:21 | | ltd(10) 2:46 37:16 37:16 45:5 45:7 50:19 | | middle(2) 2:41 20:19 | | not(33) 7:5 7:25 8:20 9:3 10:1 16:14 | |
| 47:23 48:19 49:3 49:13 49:13 51:21 52:2 | | 55:13 55:18 55:25 56:13 | | might(6) 6:18 37:16 39:2 40:25 41:10 | | 21:18 22:12 25:19 25:22 26:17 27:21 29:3 | |
| 53:2 53:2 56:14 57:1 58:10 | | | | 48:13 48:14 55:20 | | 31:2 31:17 32:24 34:10 36:9 41:15 44:5 | |
| | | mace(1) 1:38 | | | | 44:25 45:21 48:7 48:23 49:5 52:17 | |
| knowledge(1) 18:8 | | macquarie(1) 3:47 | | milbank(1) 3:35 | | 55:9 56:22 57:11 57:19 58:5 58:10 | |
| knows(5) 7:8 8:8 13:20 15:23 16:3 | | made(9) 7:15 8:6 12:10 23:14 25:3 26:23 | | millbank(3) 3:19 53:25 | | | |
| kodak(1) 45:12 | | 54:7 54:8 58:15 | | million(2) 8:24 9:15 | | note(5) 54:14 56:11 57:10 58:12 59:7 | |
| kraidin(1) 3:28 | | | | minute(1) 19:9 | | noted(1) 58:22 | |
| labeled(1) 59:11 | | mail(3) 24:18 32:25 59:21 | | missing(2) 29:15 29:20 | | noteholder(1) 17:15 | |
| lack(1) 7:5 | | mailed(3) 35:11 39:14 60:8 | | mistook(1) 54:4 | | noteholders(1) 50:15 | |
| language(1) 28:10 | | mailings(1) 45:23 | | moment(6) 14:5 14:12 34:11 37:19 38:24 | | nothing(2) 56:1 57:2 | |
| large(1) 40:9 | | maintain(1) 44:13 | | 40:3 40:23 44:7 | | notice(60) 9:24 24:22 24:23 24:24 24:25 | |
| largely(1) 12:11 | | major(1) 5:13 | | moments(1) 7:3 | | 25:6 27:2 28:2 28:4 28:4 28:5 28:12 | |
| larger(1) 44:4 | | make(17) 7:2 10:18 26:19 28:1 30:24 43:6 | | momentum(1) 34:5 | | 28:15 29:2 29:4 29:13 29:13 30:7 30:12 | |
| last(3) 12:3 25:1 26:5 | | 46:3 48:4 49:11 49:16 50:20 50:23 53:8 | | money(3) 23:25 48:25 49:11 | | 30:13 30:17 30:19 33:17 34:18 34:18 | |
| late(1) 20:20 | | 55:17 56:6 57:1 57:22 | | monitor(1) 3:27 | | 34:22 35:7 35:10 35:10 35:13 35:19 36:14 | |
| laughter(18) 16:1 17:11 17:25 19:19 19:23 | | | | months(2) 22:21 22:22 | | 36:16 39:11 44:8 44:9 44:10 44:10 44:16 | |
| 20:2 21:4 21:8 21:11 22:2 22:5 22:9 | | makes(1) 47:9 | | months(4) 21:24 23:12 47:25 53:6 | | 45:22 46:8 46:24 47:3 47:4 48:8 50:10 | |
| 32:23 33:3 34:1 36:2 53:23 54:22 | | making(7) 42:19 42:21 44:12 51:6 51:7 | | more(15) 10:14 22:21 22:22 23:21 24:2 | | 50:16 50:24 51:7 51:13 51:21 52:2 52:14 | |
| | | 51:9 57:7 | | 28:1 32:10 34:9 34:14 34:22 36:11 41:14 | | 53:12 53:15 55:9 56:6 57:13 58:7 59:1 | |
| law(2) 3:39 43:13 | | | | 49:21 50:2 57:25 | | | |
| layton(1) 2:4 | | managed(1) 15:3 | | | | noticeably(1) 27:19 | |
| lead(1) 46:10 | | managemen(1) 4:5 | | morning(14) 5:3 5:5 5:6 14:17 15:14 | | noticed(1) 5:10 | |
| leads(1) 8:13 | | manhattan(1) 3:21 | | 15:15 18:19 18:20 32:17 32:17 32:19 33:5 | | notices(7) 23:20 24:18 26:14 27:4 51:6 | |
| least(7) 5:12 43:16 43:17 45:18 49:10 | | manner(1) 49:1 | | 53:21 56:21 | | 52:5 55:11 | |
| 58:19 58:19 | | many(11) 13:21 16:12 40:19 41:19 43:20 | | | | | |
| | | 45:1 45:25 49:9 49:14 49:14 51:12 | | morris(1) 1:23 5:7 28:12 | | noticing(3) 24:17 31:12 45:25 | |
| legitimate(1) 25:19 | | | | most(5) 24:3 25:21 25:25 35:3 45:18 | | notified(1) 10:3 | |
| legs(1) 20:24 | | mapped(1) 34:21 | | mostly(1) 27:4 | | notion(1) 41:7 | |
| length(2) 15:7 30:13 | | march(2) 28:23 42:13 | | motion(38) 5:18 5:21 6:6 6:9 6:13 6:17 | | notwithstanding(1) 41:17 | |
| let(7) 12:24 13:19 18:15 25:3 32:2 46:21 | | maris(1) 2:21 | | 7:20 8:9 8:10 8:14 8:18 9:18 9:22 9:24 | | novel(1) 48:24 | |
| 57:10 | | mark(2) 2:28 3:6 | | 10:6 10:7 10:16 10:14 13:3 15:6 16:18 | | now(8) 18:24 20:18 20:24 22:11 23:11 | |
| | | marked(1) 59:17 | | 18:24 19:3 22:18 23:19 25:1 25:22 26:6 | | 26:5 28:18 31:1 | |
| letter(3) 5:8 12:16 31:10 | | market(6) 1:11 1:26 2:35 2:48 40:16 41:1 | | 26:11 28:16 31:6 44:21 46:15 46:16 51:2 | | | |
| levin(4) 21:20 33:20 34:3 54:18 | | martin(2) 10:13 18:12 | | 51:17 54:11 59:15 | | number(11) 7:21 15:24 35:15 35:16 37:6 | |
| liberty(1) 1:34 | | marvel(1) 57:13 | | | | 38:1 43:9 43:8 46:2 53:6 59:7 | |
| life(10) 38:7 38:15 40:15 40:17 40:22 41:2 | | match(1) 29:2 | | motions(3) 20:15 25:1 31:9 | | | |
| 41:5 41:6 41:6 47:24 | | matching(1) 29:1 | | move(3) 11:20 14:25 34:6 | | numerator(1) 37:25 | |
| | | matrices(2) 39:20 39:22 | | moving(1) 34:5 | | object(1) 56:22 | |
| light(1) 5:11 | | matter(5) 18:5 54:13 54:23 56:19 61:5 | | much(10) 30:22 35:19 36:6 48:7 48:21 | | objecting(1) 26:23 | |
| like(14) 10:18 12:11 14:9 14:25 27:6 32:7 | | matthew(1) 4:24 | | 48:21 50:16 51:4 52:16 60:19 | | objection(11) 5:11 10:4 10:5 10:21 11:22 | |
| 36:21 48:23 54:6 54:7 54:11 54:14 54:17 | | matz(12) 3:20 32:9 53:21 53:25 53:25 | | | | 14:3 28:22 29:6 30:25 31:15 55:9 | |
| 54:25 | | 54:1 54:2 54:5 54:10 54:20 54:23 55:3 | | multiple(2) 14:9 50:24 | | | |
| limited(1) 24:15 | | | | must(1) 43:9 | | objections(12) 6:16 7:6 7:22 7:24 10:10 | |
| line(11) 12:2 12:10 27:12 27:18 28:15 | | mauro(1) 4:7 | | myself(1) 50:15 | | 10:18 16:18 18:3 26:2 45:16 52:12 53:17 | |
| 29:4 29:12 29:12 29:18 38:1 38:4 | | may(21) 10:23 12:6 22:3 22:19 22:25 24:3 | | myers(1) 18:12 | | | |
| | | 25:18 25:18 33:13 37:14 37:22 39:24 | | national(2) 24:23 36:10 | | objects(1) 7:5 | |
| lined(1) 27:21 | | 40:24 41:1 41:8 41:14 41:15 41:19 42:1 | | nature(2) 25:24 29:10 | | obligations(2) 40:5 40:8 | |
| lines(3) 27:7 27:21 30:4 | | 52:1 52:1 | | near(1) 45:22 | | obtain(1) 41:11 | |
| linn(1) 4:4 | | | | necessarily(1) 11:18 | | obviously(16) 15:9 15:22 16:7 16:15 17:4 | |
| lisa(6) 1:32 2:12 3:28 15:20 18:21 55:5 | | mccarter(1) 3:4 | | need(4) 11:17 41:8 46:21 46:22 | | 17:7 28:10 30:21 31:8 37:3 49:25 53:10 | |
| list(6) 24:21 29:6 29:8 30:12 31:17 39:11 | | mccloy(2) 3:19 3:35 | | needed(3) 16:6 34:23 46:9 | | 53:14 53:16 55:18 56:14 | |
| listed(1) 42:15 | | mcdonald(1) 4:11 | | | | | |
| | | | | | | occasions(1) 35:2 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| off(1) 50:5 | | participant(1) 39:8 | | policy(5) 38:15 41:1 41:14 41:15 43:12 | | publication(10) 28:3 29:13 35:12 35:14 | |

off(1) 50:5
offer(2) 38:16 43:12
offered(2) 40:16 52:1
officer(3) 21:14 11:6 31:22
official(5) 21:14 21:15 25:13 44:13 53:11
okay(13) 12:18 12:22 27:11 27:15 31:4 32:4 33:4 39:16 41:22 55:22 56:9 59:13 59:19
olivia(1) 4:7
once(2) 38:14 38:8
one(24) 1:34 2:6 2:15 3:15 9:3 11:24 20:24 22:21 22:22 23:4 25:14 29:19 30:1 30:25 35:17 39:9 40:10 44:23 47:17 48:1 48:8 48:13 49:21 57:2

one's(1) 26:23
one-half(1) 43:17
ones(2) 29:10 49:22
ongoing(1) 8:9
only(14) 15:23 16:14 25:15 25:20 27:13 27:13 29:25 30:18 30:25 36:9 42:15 49:6 56:14 59:23

onto(2) 19:3 31:15
open(1) 41:11
operating(2) 11:3 31:22
opportunity(10) 12:25 34:6 34:24 34:25 45:6 50:23 51:22 52:11 53:16 58:4

opposing(1) 17:7
options(1) 51:25
ordeal(1) 16:2
order(17) 12:2 12:14 13:5 15:10 18:14 19:2 22:8 25:9 27:3 27:17 27:23 27:25 28:14 30:5 30:5 53:18 58:25

orders(1) 27:3 27:3
ordinarily(1) 43:25
organizational(1) 14:24
organize(1) 26:20
organized(1) 46:7

original(1) 59:15
other(16) 12:24 19:10 21:14 23:4 25:17 31:9 39:13 40:9 41:9 44:11 46:4 49:23 51:8 52:6 52:6 56:22

others(3) 14:13 37:14 42:1 52:22
otherwise(1) 16:22
our(30) 14:12 17:1 17:17 21:25 23:23 28:3 28:4 29:6 33:24 34:20 36:17 37:5 37:20 38:25 39:10 40:20 40:23 43:3 45:5 45:23 46:19 46:20 47:25 48:15 49:6 49:6 51:2 56:3 56:16 56:23 57:2

ours(1) 57:1
ourselves(2) 16:15 48:16
out(13) 18:24 23:20 25:3 25:23 26:16 29:8 34:21 35:11 42:17 51:24 55:10 59:14 59:16
outlined(1) 51:9
outside(1) 16:15
over(4) 7:18 7:25 20:18 22:20
overall(1) 45:16
overlap(1) 56:16
overview(2) 6:19 8:17
overy(1) 3:27
own(5) 18:7 20:6 20:23 28:3 46:21
ownership(1) 9:5
p.m(1) 60:25
package(1) 30:25
pages(1) 59:7
papers(6) 32:22 57:14 57:24 58:5 58:6
paragraph(4) 12:21 27:25 28:6 28:13
parallel(1) 26:12
park(1) 2:15
part(8) 8:20 25:10 29:24 37:4 39:7 49:15 50:22 56:22
partially(4) 25:20 25:23 29:10 43:1

participant's(2) 8:25 10:2
participants(20) 6:11 6:14 7:21 8:20 8:23 9:3 9:10 9:20 9:23 9:25 10:4 12:4 14:1 14:3 15:8 16:21 36:17 37:16 42:4 45:7

participate(7) 33:13 37:15 37:17 37:23 40:7 45:8 46:5

participated(2) 35:10 35:12
participation(1) 52:2
particular(2) 14:13 52:21
particularly(3) 15:24 28:19 50:16
parties(16) 8:11 9:2 9:9 12:24 14:9 16:20 23:4 33:21 34:11 34:19 47:16 50:12 50:24 51:1 56:15 58:13

parts(2) 43:21 56:16
party(1) 28:12
pass(1) 34:11
past(2) 26:24 40:20
path(1) 15:6
patience(1) 54:20
patterson(1) 3:39
paul(1) 4:11
pause(2) 33:19 40:3
pay(2) 9:10 9:15
paying(2) 36:11 43:2
payment(2) 23:14 24:13

peg(1) 3:32
pending(2) 8:9 8:10
penn(1) 3:15
pennsylvania(1) 1:42
pention(1) 3:43
people(35) 19:7 20:17 23:16 23:20 24:20 25:3 28:16 26:20 26:25 28:5 29:23 30:8 30:12 32:7 34:20 34:23 36:11 37:11 39:14 42:20 43:5 43:18 46:5 46:13 46:19 46:21 49:9 50:23 51:14 51:22 52:7 53:16 59:15 59:17

per(1) 38:9
percent(1) 9:11 9:12
percentage(2) 38:6 38:6
perhaps(1) 46:5
period(1) 23:11
persistence(1) 14:8 14:20 54:20
person(1) 42:23
person's(2) 39:12 39:18
personal(1) 3:47
personal(5) 39:13 39:15 39:17 45:2 60:7
personnel(1) 60:7
personnel(2) 24:15
persons(1) 42:15
perspective(4) 16:25 49:7 49:17 57:17
perspicacity(1) 54:21
petition(2) 9:7 9:11
phone(2) 17:10 38:3
physically(1) 46:3
places(1) 36:6
plan(22) 6:12 6:14 6:15 7:8 7:11 7:14 7:18 8:19 9:8 9:20 11:9 11:10 11:17 12:4 14:1 18:24 23:13 24:1 41:12 41:16 42:2 44:1

plans(12) 9:23 19:7 22:18 24:7 24:8 30:24 31:24 33:15 38:8 39:3 40:13 42:17

plaza(1) 1:34 3:15 3:21
please(7) 5:2 5:4 6:18 12:7 17:5 17:18
pleased(7) 6:16 14:2 18:14 19:4 54:15 58:6 58:25

plus(1) 47:18
podium(1) 52:1 13:6 32:11
point(6) 14:9 15:3 19:11 21:17 53:7 57:8
pointed(1) 18:23
pointing(1) 55:10
points(4) 16:14 33:24 34:3 50:5
policies(1) 40:17

policy(5) 38:15 41:1 41:14 41:15 43:12
populated(2) 59:12 59:21
population(2) 24:19 24:19 35:22
portion(2) 41:19 45:8
portions(1) 7:9
portland(1) 2:43
position(1) 55:19
positions(2) 56:3 56:7
possibilities(1) 57:21
possible(7) 20:21 20:25 35:20 40:12 41:18 42:20 42:25

possibly(2) 23:25 30:9
postage(1) 42:19
potential(1) 47:21
ppearances(3) 1:21 2:1 3:1
practices(1) 30:14
pre(1) 41:9
precedent(1) 56:25
prefer(2) 41:19 42:4
preliminarily(1) 58:19
preliminary(1) 58:11
premiums(1) 41:1
prepaid(1) 42:19
prepare(2) 30:23 51:15
preparing(1) 26:14
presence(1) 26:11
present(3) 5:20 6:9 14:14
presented(2) 18:14 58:9
pretty(1) 16:23
prevent(1) 43:24
previous(2) 8:11 35:1
previously(1) 54:8
primarily(1) 12:20
principal(1) 11:6
principle(1) 35:18
principles(1) 35:17
prior(2) 25:1 57:1
privately(1) 44:20 44:25 60:8
probably(5) 5:10 53:21
problem(1) 56:22

procedures(5) 22:13 26:23 31:12 32:6
proceed(1) 10:23
proceeding(3) 8:5 9:19 10:21
proceedings(3) 1:17 1:47 61:5
process(28) 5:12 13:20 19:6 33:11 40:3 45:11 45:12 46:16 47:12 47:13 47:25 48:10 48:19 50:10 50:10 50:16 50:19 51:51 51:11 51:13 51:16 51:21 52:14 53:13 53:15 54:15 57:25

produced(1) 1:48
product(2) 49:13 50:1
professionalism(1) 14:10
professionals(3) 11:4 14:7 14:7
proffer(6) 7:2 10:18 10:21 11:20 13:3 32: 34:3 35:7 35:19 36:14 36:16 42:10 43:4 44:14 45:6 45:22 51:21 52:7 57:25

provided(6) 8:4 29:21 35:20 39:12 42:10 47:22

provider(3) 29:21 30:1 40:16
provides(5) 34:21 42:9 44:18 48:6 58:4
provisions(3) 8:1 35:8 43:14
public(1) 56:24

publication(10) 28:3 29:13 35:12 35:14 36:10 36:10 36:14 44:10 51:7 52:5

publish(1) 24:23
pulling(1) 21:9
purpose(2) 42:11 56:4
purposes(3) 43:25 55:8 55:13
pursuit(1) 20:8
pushed(1) 22:22
pushing(2) 21:6 21:9
put(7) 25:17 25:19 41:20 42:5 46:16 48:21 52:22

putting(1) 51:10
qualified(1) 41:24
questions(13) 26:21 32:3 37:1 44:15 44:20 46:6 46:7 51:23 52:8 52:12 58:2 58:5 59:15

quick(1) 6:19
quickly(1) 12:19
quite(5) 16:2 24:9 54:3 54:5 60:13
qureshi(1) 2:13
rabbi(1) 7:11
rafael(3) 2:47 32:9 56:13
raise(4) 51:22 52:8 52:12 53:16
raising(1) 55:9
raleigh-durham(1) 45:19
range(2) 18:13 44:22
rather(2) 41:24 42:10
re-engaged(1) 8:12
reach(3) 13:25 19:16 24:14
reached(3) 9:9 31:2 39:5
reaching(1) 17:17
read(3) 42:20 57:15 57:16
real(1) 12:19
reallocation(1) 43:24
really(21) 16:6 17:14 18:4 21:16 47:13 48:2 48:8 49:3 49:5 49:8 49:13 50:9 50:20 54:17 56:13 57:10 57:13 57:22 58:1 58:18 59:8

reason(3) 41:25 43:24 44:24
reasonable(4) 10:12 11:13 16:20 18:10
reasonableness(1) 18:13
rebecca(1) 4:21
recall(2) 5:19 24:24
receive(8) 7:10 9:19 16:18 39:8 42:16 42:23 44:21 50:24

received(2) 10:10 44:22
receiving(3) 30:11 39:23 42:16
receptive(1) 17:15
recess(1) 60:21
recognize(2) 14:12 58:14
recognized(3) 16:20 41:19 43:22
record(14) 6:22 7:3 10:19 16:3 18:21 22:16 36:21 37:24 55:8 55:7 55:15 55:25 56:24 57:7

recorded(1) 1:47
recording(2) 1:47 61:4
recovery(1) 19:3
red(3) 5:8 12:2 12:10
redundant(1) 47:10
refer(1) 38:12
referred(1) 12:16
reflects(1) 48:9
regard(1) 6:5
regarding(5) 5:18 6:15 26:21
regardless(2) 10:1 31:10
register(1) 25:14
regular(1) 40:6
regularly(1) 21:2
reimbursement(4) 23:8 38:11 41:23 49:1
related(1) 19:8
relates(1) 25:21
relating(2) 23:5 24:7
relatively(1) 60:15
released(1) 39:4
releases(4) 9:20 23:3 23:4 23:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**remain**(1) 5:13
**remainder**(1) 28:24
**remaining**(2) 26:1 29:11
**remarkable**(1) 58:20
**remember**(1) 19:16
**remiss**(1) 14:22
**renaissance**(1) 3:7
**reorganization**(1) 44:1
**replaced**(1) 20:7
**replacement**(3) 39:1 41:11 42:25
**replicate**(1) 40:12
**report**(3) 6:16 10:9 14:2
**reports**(1) 11:6
**represent**(1) 47:15
**representative**(2) 7:1 10:16
**representatives**(1) 23:3
**represented**(3) 7:23 16:14 47:16
**represents**(1) 17:2
**request**(3) 13:4 32:6 39:10
**required**(2) 15:5 34:22
**requirements**(1) 24:2
**requires**(1) 9:10
**reservation**(1) 55:19
**reservations**(1) 57:2
**reserve**(1) 56:2
**reserved**(1) 26:3
**reside**(3) 35:22 36:12 45:19
**resolution**(1) 54:13
**resolve**(1) 8:19
**resolved**(1) 11:15
**resolves**(2) 9:17 11:16
**resolving**(2) 5:12 5:13
**resources**(1) 24:15
**respect**(4) 18:16 19:9 26:4 28:17
**respectfully**(2) 13:4 32:6
**respective**(1) 39:19
**respects**(1) 40:20
**respond**(1) 57:24
**responded**(1) 44:23
**response**(4) 10:22 11:23 17:21 57:9
**responsible**(2) 14:24 23:15
**responsive**(2) 31:8 31:9
**rest**(2) 26:4 48:25
**result**(3) 8:22 39:4 40:20
**resulted**(1) 8:4
**retained**(1) 11:5
**retiree**(77) 3:12 19:3 19:6 19:7 19:12 20:7 20:25 21:13 22:18 22:20 23:7 23:24 23:17 24:7 24:8 24:18 25:16 25:17 25:19 25:21 25:23 26:6 28:2 28:7 28:13 29:18 34:12 35:8 36:15 36:25 37:3 37:6 37:7 37:8 37:21 38:10 38:23 39:1 39:3 39:8 40:2 40:8 40:10 40:13 40:14 41:1 41:12 41:13 41:17 42:3 42:9 42:18 43:7 43:10 43:14 43:21 43:21 44:6 44:13 44:15 45:25 47:4 47:17 50:13 54:10 55:8 56:25 60:8
**retiree's**(1) 38:2
**retirees**(32) 3:4 20:5 20:22 23:5 24:12 24:13 28:9 31:17 30:8 33:8 33:12 35:11 35:22 36:17 37:14 38:4 39:20 39:22 39:22 41:8 41:19 42:1 42:12 44:12 44:20 45:18 45:23 47:18 48:4 57:17 57:21 58:4
**retirement**(3) 23:5 31:2 40:23
**return**(2) 42:18 42:20
**returned**(1) 30:3
**review**(3) 12:19 28:25 34:24
**revised**(6) 12:2 25:9 27:2 27:3 27:13 27:17
**rich**(1) 21:20
**richards**(1) 2:4
**right**(42) 5:22 5:23 5:23 7:4 7:17 10:20 10:23 11:24 12:5 12:17 12:18 12:23 13:10 15:11 22:4 22:7 22:10 22:15 23:10 27:15 29:7 29:16 30:13 34:5 44:3 44:6 46:1 47:6 47:6 51:3 53:19 54:3 54:5 55:16 55:24 56:8 57:6 59:9 59:25 60:2 60:9 60:10 60:18

**rights**(4) 25:4 26:3 55:19 57:3
**rise**(1) 5:2
**risks**(1) 11:18
**rlks**(2) 11:4 31:23
**road**(1) 19:11
**robert**(2) 2:40 13:12
**robust**(1) 41:16
**rodney**(2) 2:6 2:22
**role**(1) 47:15
**rome**(1) 2:33
**ronald**(2) 30:25 31:1
**room**(1) 53:6
**rounds**(1) 50:4
**routinely**(1) 44:21
**ruggere**(1) 4:14
**rule**(4) 6:6 24:20 30:11 30:14
**ruling**(1) 20:11
**runoff**(1) 23:6
**rushed**(1) 16:9
**ryan**(1) 52:22
**said**(11) 15:4 21:13 21:18 25:22 29:3 30:7 33:8 34:21 41:25 51:15 55:18

**same**(6) 8:6 15:19 17:8 38:5 43:24 50:18
**samis**(1) 2:5
**san**(1) 45:20
**satisfied**(4) 10:13 14:4 18:7 49:6
**satisfies**(1) 18:11
**satisfy**(1) 51:11
**say**(14) 34:14 35:6 47:10 48:13 49:3 49:1 49:18 49:21 51:25 52:4 52:16 55:7 57:18 58:19
**says**(1) 55:12
**schulte**(5) 7:1 10:15 11:2 11:8 31:22
**schulte's**(1) 11:21
**schuylkill**(1) 1:41
**schweitzer**(66) 3:22 18:19 18:20 18:21 19:2 19:21 19:24 20:3 20:13 21:5 21:7 21:9 21:12 21:22 22:6 22:8 22:11 22:16 23:2 23:11 23:23 24:6 25:6 26:10 27:8 27:10 27:12 27:16 28:22 29:9 30:13 30:21 31:5 31:14 31:21 32:5 32:13 32:14 33:8 33:16 34:20 35:4 35:9 37:18 43:1 50:25 51:14 52:18 55:4 55:5 55:5 55:17 55:23 55:25 56:8 56:9 56:20 59:3 59:10 59:14 59:20 59:23 60:1 60:10 60:24

**seated**(1) 5:4
**second**(4) 15:4 31:10 54:11 54:14
**section**(2) 43:15 45:5
**securities**(1) 4:14
**see**(20) 5:4 6:1 6:3 7:5 15:15 15:17 23:12 32:20 32:21 35:14 35:24 36:3 37:12 39:12 44:1 47:10 48:1 48:9 49:17 49:20 53:20 54:15
**seeing**(1) 54:23
**seek**(3) 41:23 43:11 46:8
**seeking**(5) 7:20 22:12 25:2 41:5 41:6
**seeks**(1) 6:13
**seen**(1) 37:11
**segal**(4) 3:12 3:12 33:6 33:6
**select**(1) 44:3
**sen**(2) 4:17 4:18
**sense**(1) 51:4
**sensitive**(4) 39:17 41:7 60:7 60:7
**sent**(5) 12:4 29:23 42:17 51:24 59:14
**sentiments**(1) 15:22
**separate**(1) 26:11
**separately**(1) 42:18
**serious**(2) 48:10 53:1
**seriously**(1) 47:13
**serve**(1) 28:8
**served**(5) 9:23 21:23 29:5 30:8 30:10
**service**(5) 1:40 1:48 24:21 30:11 39:21
**services**(1) 1:40 34:9 34:13 47:21
**serving**(1) 7:1
**sessions**(1) 26:20

**set**(14) 7:11 7:12 8:18 10:14 10:14 13:3 21:1 23:19 28:19 29:24 32:22 37:20 37:2 57:14

**settle**(1) 8:11
**settlement**(109) 5:19 6:13 6:20 8:12 8:17 8:19 8:21 8:22 9:9 9:25 10:11 10:17 11:10 11:12 13:17 13:25 14:4 15:9 16:3 16:19 17:2 17:6 17:18 17:23 18:5 18:9 19:4 19:6 19:7 19:16 20:24 22:13 22:14 22:17 22:22 24:7 24:11 24:22 24:22 25:6 25:7 25:11 25:12 26:6 26:14 26:21 27:4 27:14 27:22 28:4 28:15 29:3 29:4 29:14 29:25 30:18 31:11 31:16 31:24 33:10 33:14 34:10 34:15 35:3 35:4 36:17 37:3 37:4 37:9 37:10 37:11 37:12 37:15 37:17 37:21 37:23 38:9 39:4 39:5 39:6 39:18 39:24 41:20 43:1 43:16 45:6 45:16 46:8 48:7 48:11 48:19 50:1 50:2 52:10 53:13 54:16 55:8 55:10 55:20 56:2 56:3 56:5 57:11 57:24 58:8 58:11 58:13 58:20 59:2

**settlements**(2) 26:2 26:25
**several**(3) 21:24 24:23 54:6
**share**(1) 13:17
**she**(3) 11:3 11:6 11:11
**she's**(3) 10:16 31:24 32:2
**sheet**(1) 52:24
**short**(1) 60:15
**shortened**(1) 23:11
**shortening**(1) 23:6
**should**(7) 7:24 9:6 21:18 41:18 49:24 52:7 58:9

**shouldn't**(1) 44:3
**show**(1) 24:10
**shows**(1) 16:19
**shur**(3) 2:39 4:10 7:23
**side**(4) 17:8 24:3 49:6 49:20
**sides**(2) 13:18 16:13
**sign**(4) 16:10 18:14 53:17 58:25
**signed**(1) 8:21
**significant**(8) 33:7 35:3 35:3 35:8 37:10 46:10 46:18 58:15

**significantly**(1) 30:16
**signifies**(1) 60:1
**similar**(4) 29:6 29:13 39:23 39:24
**simply**(5) 13:19 28:25 29:5 56:23 57:12
**since**(6) 20:7 21:12 22:1 34:14 44:21 44:8
**sir**(4) 47:7 53:20 55:2 60:11
**sitting**(1) 20:17
**situation**(1) 49:19
**six**(1) 23:12
**skelly**(1) 3:14
**skill**(1) 18:2
**slight**(1) 27:4
**small**(1) 44:3
**solicit**(1) 40:21
**solicited**(1) 40:14
**solutions**(2) 11:4 31:23
**some**(10) 16:22 17:10 23:19 33:12 34:3 36:3 48:13 48:14 48:19 60:6

**someone**(2) 28:14 46:3
**something**(8) 14:25 17:2 17:13 18:6 25:18 28:6 49:5 50:7

**sometimes**(3) 17:8 17:9 17:12
**somewhere**(1) 44:22
**song**(1) 4:21
**sorry**(3) 12:21 39:1 54:1
**sort**(2) 47:9 57:16
**sorts**(2) 52:6 57:20
**sought**(3) 19:16 20:3 40:11
**sound**(2) 1:47 61:4
**speak**(4) 33:17 34:9 38:24 56:2
**specifically**(2) 23:21 24:2
**spend**(1) 48:7

**spent**(2) 21:5 50:25
**spoke**(1) 56:20
**spoken**(1) 22:1
**square**(2) 2:2 2:22
**stage**(1) 24:15
**stand**(1) 60:21
**standard**(1) 30:14
**stargatt**(1) 2:19
**started**(3) 48:14 49:16 51:1
**starting**(2) 5:12 8:13
**state**(2) 46:9 57:20
**stated**(1) 9:25
**statement**(16) 28:2 29:18 31:10 37:2 37:6 37:22 38:11 38:25 39:7 40:23 41:13 42:9 42:18 43:3 43:7 44:6

**statements**(2) 28:8 47:9
**states**(2) 1:1 1:19
**status**(1) 55:20
**statute**(1) 34:22
**steal**(1) 33:16
**steen**(1) 1:30
**steering**(2) 14:13 14:23
**step**(1) 19:5
**stephanie**(1) 3:14
**still**(3) 17:9 32:17 53:6
**stopped**(1) 20:14
**straight**(1) 41:3
**strauss**(1) 2:1
**street**(9) 1:11 1:41 2:7 2:23 2:29 2:35 2:41 2:48 3:8

**strive**(1) 22:24
**structure**(1) 48:12
**subject**(1) 36:15
**submissions**(1) 54:7
**submit**(3) 23:7 42:13 44:20
**submits**(1) 31:9
**submitted**(2) 39:9 44:25
**subsidies**(1) 42:5
**subsidize**(1) 41:1
**subsidy**(2) 38:16 43:2
**substance**(2) 56:4 56:5
**substantial**(1) 24:12
**successful**(1) 59:2
**successor**(1) 43:10
**sufficient**(5) 46:25 50:21 50:23 52:7 57:25
**sufficiently**(1) 45:15
**suggestion**(1) 34:4
**suite**(3) 2:35 2:48 3:15
**summarizes**(1) 24:22
**summary**(4) 23:18 43:4 44:5 44:6
**summer**(1) 25:1
**summer/fall**(1) 20:20
**supplement**(1) 44:7
**support**(8) 15:9 18:5 18:9 37:3 37:4 37:5 39:10 54:11

**supports**(2) 37:8 39:6
**sure**(21) 12:25 23:22 32:14 34:8 36:24 45:13 48:4 49:11 49:16 50:1 50:3 50:20 50:23 51:6 51:7 51:9 53:8 55:17 56:6 57:2 60:18
**survive**(1) 25:25
**susan**(1) 3:48
**suspect**(2) 7:5 58:2
**tab**(1) 44:19
**table**(1) 49:6
**take**(10) 14:5 14:12 17:9 18:2 19:21 46:22 47:13 56:11 56:25 57:19

**taken**(2) 48:21 55:19
**takes**(3) 14:9 14:25 18:6
**talk**(5) 22:11 24:1 34:2 44:7 50:2
**talked**(2) 35:9 52:18
**talking**(2) 50:18 52:10
**tax**(8) 7:10 38:18 42:5 43:2 48:12 48:17 48:25 49:12

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **taylor**(2) 2:19 3:5 | | **that**(13) 58:14 58:24 58:25 59:7 59:8 59:9 | | **the**(301) 19:17 19:18 19:20 20:1 20:3 20:5 | | **the**(301) 36:24 36:25 37:2 37:3 37:4 37:7 | |

taylor(2) 2:19 3:5
team(1) 52:19
telegraph(1) 26:15
telephone(1) 44:23
telephonic(3) 3:25 4:1 40:7
template(1) 60:4
templates(2) 28:3 59:11
ten(1) 30:18
term(5) 28:17 31:2 45:22 52:24 55:11
terminate(1) 39:2
terminated(1) 22:25
terminates(1) 41:12
termination(9) 9:8 9:12 19:7 19:17 20:4 22:18 25:1 30:23 46:14

terms(9) 5:12 6:20 7:14 8:17 11:10 11:13 35:3 37:10 56:15

test(1) 18:11
testify(5) 10:17 11:3 11:11 15:5 15:6
testimony(5) 7:3 10:19 11:21 13:4 32:1
texas(1) 45:20
text(1) 29:1
than(5) 32:10 34:22 36:6 41:24 57:25
thank(50) 5:3 5:4 5:25 6:3 7:7 10:25 11:25 12:1 12:7 12:7 12:22 12:22 12:23 13:10 13:11 13:12 15:1 15:10 15:11 15:1 15:19 17:7 17:19 18:15 18:18 27:8 27:9 27:15 32:12 32:12 32:16 32:21 47:7 53:19 55:2 55:2 55:3 55:4 56:8 56:12 57:6 58:24 59:3 59:5 60:9 60:10 60:19 60:20 60:23 60:24
thanks(2) 54:17 58:1
that(301) 5:13 5:20 7:4 7:9 7:12 7:24 9:9 9:24 9:25 10:10 10:13 10:23 11:3 11:4 11:12 11:12 11:13 11:20 12:3 12:10 12:10 13:1 13:4 13:19 13:19 13:20 14:3 15:2 15:6 15:7 16:5 16:6 16:8 16:8 16:8 16:9 16:17 16:19 16:21 16:22 17:1 17:3 17:13 17:14 18:3 18:3 18:6 18:6 18:9 19:10 19:16 20:4 20:8 20:10 20:14 20:21 20:23 20:24 21:13 21:17 21:19 21:24 22:17 22:18 22:21 22:22 23:4 23:14 23:20 23:21 23:24 24:2 24:2 24:3 24:8 24:10 24:12 24:22 24:24 25:2 25:4 25:8 25:8 25:9 25:10 25:11 25:12 25:18 25:21 25:24 26:5 26:11 26:20 26:23 27:12 27:18 27:25 28:4 28:6 28:7 28:9 28:9 28:18 28:19 28:22 29:2 29:5 29:6 29:8 29:8 29:10 29:20 29:23 30:1 30:2 30:13 30:17 31:10 31:11 31:12 31:25 32:5 32:6 32:7 32:24 33:1 33:18 34:18 34:21 34:23 35:2 35:6 35:7 35:10 35:20 36:6 36:10 36:14 36:22 37:6 37:8 37:12 38:5 38:14 38:21 38:24 39:11 39:14 39:19 39:23 39:25 39:25 40:10 40:12 40:23 41:1 41:1 41:8 41:10 41:15 41:17 41:19 41:23 41:25 42:23 43:1 43:8 43:15 43:19 43:22 44:5 44:8 44:9 44:11 44:11 44:14 44:15 44:19 44:24 45:1 45:10 45:11 45:11 45:14 45:15 46:2 46:6 46:6 46:8 46:10 46:18 46:24 47:3 47:4 47:10 47:14 47:18 47:19 47:20 47:21 48:1 48:3 48:4 48:6 48:10 48:11 48:12 48:12 48:13 48:17 48:20 48:21 48:23 49:3 49:4 49:9 49:11 49:11 49:13 49:16 49:22 49:25 50:4 50:6 50:7 50:10 50:11 50:20 50:21 50:22 50:23 51:4 51:6 51:6 51:7 51:9 51:10 51:11 51:16 51:17 51:23 51:24 52:1 52:4 52:4 52:9 52:13 52:13 52:14 52:15 52:16 52:17 52:18 52:24 53:4 53:5 53:7 53:8 53:8 53:10 53:12 53:13 53:14 53:15 54:7 54:7 54:12 54:14 54:15 55:4 55:8 55:10 55:11 55:17 55:18 55:21 56:1 56:2 56:6 56:10 56:16 56:24 57:2 57:3 57:5 57:6 57:8 57:10 57:18 57:19 58:1 58:3 58:4 58:10 58:12

that(13) 58:14 58:24 58:25 59:7 59:8 59:9 59:9 59:10 59:11 59:15 59:20 60:8 61:3

that's(25) 7:3 12:17 17:3 22:4 22:7 22:10 24:17 25:15 27:17 27:22 31:19 33:11 39:5 43:8 46:17 49:13 49:17 52:13 56:12 56:1 57:23 59:23 60:2 60:3 60:18

the(301) 1:1 1:2 1:18 1:23 2:4 5:2 5:3 5:3 5:9 5:10 5:12 5:13 5:14 5:15 5:18 5:18 5:21 5:22 5:23 6:1 6:5 6:5 6:7 6:8 6:9 6:9 6:10 6:10 6:11 6:11 6:13 6:14 6:15 6:16 6:18 6:19 6:20 6:20 6:21 6:21 6:24 6:25 7:1 7:3 7:4 7:5 7:11 7:12 7:14 7:14 7:14 7:15 7:17 7:18 7:18 7:19 7:20 7:20 7:21 7:22 7:23 7:24 7:25 7:25 8:1 8:2 8:4 8:5 8:6 8:7 8:7 8:8 8:9 8:10 8:11 8:13 8:14 8:15 8:16 8:17 8:17 8:18 8:18 8:18 8:19 8:20 8:21 8:22 8:23 8:23 9:2 9:2 9:3 9:4 9:5 9:5 9:6 9:7 9:8 9:8 9:9 9:9 9:10 9:10 9:12 9:13 9:14 9:15 9:18 9:18 9:19 9:19 9:20 9:22 9:23 9:25 10:1 10:3 10:4 10:4 10:5 10:6 10:6 10:6 10:8 10:11 10:11 10:12 10:12 10:13 10:14 10:14 10:16 10:17 10:17 10:19 10:20 10:23 11:1 11:1 11:3 11:6 11:7 11:8 11:9 11:10 11:10 11:10 11:11 11:11 11:12 11:12 11:13 11:14 11:15 11:15 11:15 11:16 11:17 11:17 11:18 11:18 11:19 11:20 11:22 11:24 12:2 12:2 12:4 12:5 12:7 12:10 12:10 12:11 12:13 12:14 12:15 12:15 12:16 12:18 12:20 12:22 13:2 13:3 13:3 13:4 13:4 13:5 13:5 13:6 13:7 13:8 13:10 13:13 13:14 13:16 13:16 13:17 13:18 13:18 13:22 13:23 13:24 13:24 13:25 14:1 14:1 14:2 14:3 14:4 14:5 14:6 14:7 14:10 14:15 14:17 14:23 14:24 15:1 15:2 15:3 15:6 15:7 15:7 15:8 15:9 15:10 15:11 15:14 15:15 15:18 15:19 15:21 15:22 15:23 15:25 16:3 16:8 16:10 16:16 16:17 16:19 16:21 16:25 17:3 17:4 17:4 17:5 17:5 17:8 17:9 17:14 17:15 17:16 17:17 17:17 17:18 17:18 17:19 17:22 17:23 18:1 18:1 18:2 18:3 18:5 18:6 18:8 18:9 18:9 18:10 18:11 18:11 18:12 18:13 18:14 18:14 18:19 18:21 18:21 18:24 18:24 19:1 19:2 19:3 19:3 19:5 19:6 19:6 19:7 19:7 19:7 19:10 19:11 19:12 19:12 19:13 19:13 19:13 19:14 19:14

the(301) 19:17 19:18 19:20 20:1 20:3 20:5 20:6 20:6 20:7 20:9 20:10 20:10 20:12 20:15 20:16 20:17 20:17 20:18 20:19 20:20 20:20 20:22 20:24 20:24 20:25 20:25 21:6 21:10 21:13 21:14 21:14 21:15 21:18 21:19 21:20 21:22 21:23 22:1 22:4 22:7 22:8 22:10 22:12 22:13 22:13 22:15 22:16 22:17 22:17 22:17 22:18 22:18 22:19 22:22 22:23 23:1 23:3 23:5 23:5 23:6 23:7 23:8 23:10 23:12 23:12 23:13 23:13 23:14 23:14 23:15 23:16 23:17 23:18 23:19 23:19 23:22 23:25 23:25 24:1 24:3 24:3 24:5 24:7 24:8 24:9 24:11 24:12 24:13 24:14 24:15 24:15 24:16 24:17 24:18 24:19 24:20 24:21 24:22 24:25 25:2 25:5 25:6 25:7 25:9 25:10 25:10 25:12 25:13 25:13 25:15 25:20 25:21 25:24 25:24 26:2 26:4 26:4 26:7 26:8 26:9 26:12 26:14 26:21 26:24 26:24 27:2 27:3 27:3 27:4 27:5 27:6 27:7 27:8 27:10 27:11 27:12 27:13 27:13 27:15 27:17 27:18 27:20 27:21 27:22 27:23 27:23 27:24 27:24 27:25 27:25 28:1 28:2 28:2 28:2 28:4 28:5 28:7 28:8 28:8 28:10 28:13 28:13 28:14 28:15 28:15 28:16 28:17 28:21 28:22 28:24 28:24 29:2 29:3 29:4 29:4 29:5 29:7 29:8 29:9 29:9 29:10 29:10 29:10 29:12 29:12 29:13 29:14 29:15 29:16 29:17 29:18 29:20 29:22 29:22 29:24 29:25 30:1 30:2 30:3 30:4 30:4 30:5 30:5 30:7 30:11 30:12 30:12 30:13 30:15 30:17 30:18 30:20 30:22 30:23 30:24 31:4 31:6 31:12 31:13 31:15 31:15 31:16 31:19 31:21 31:22 31:23 31:24 31:25 31:25 32:4 32:6 32:9 32:11 32:12 32:15 32:17 32:21 32:24 32:25 33:2 33:4 33:6 33:7 33:8 33:9 33:10 33:11 33:13 33:14 33:17 33:17 33:19 33:21 33:23 34:5 34:6 34:6 34:7 34:10 34:11 34:12 34:14 34:15 34:16 34:19 34:22 35:2 35:3 35:5 35:6 35:8 35:10 35:11 35:11 35:12 35:12 35:23 35:14 35:18 35:20 35:21 35:23 35:25 36:5 36:8 36:13 36:14 36:14 36:19 36:20 36:22

the(301) 36:24 36:25 37:2 37:3 37:4 37:7 37:8 37:9 37:10 37:10 37:11 37:12 37:15 37:17 37:17 37:20 37:21 37:23 37:24 37:25 38:1 38:1 38:2 38:3 38:3 38:4 38:6 38:7 38:8 38:10 38:11 38:13 38:18 38:20 38:22 38:23 39:2 39:2 39:3 39:4 39:5 39:5 39:6 39:7 39:9 39:10 39:11 39:16 40:1 40:2 40:8 40:10 40:10 40:11 40:11 40:12 40:13 40:14 40:15 40:18 40:20 40:24 40:25 41:2 41:5 41:6 41:7 41:7 41:11 41:11 41:12 41:13 41:13 41:15 41:16 41:17 41:22 42:2 42:2 42:8 42:12 42:13 42:17 42:18 42:20 42:22 42:24 42:24 42:25 42:25 43:4 43:6 43:7 43:7 43:8 43:10 43:13 43:14 43:14 43:16 43:17 43:19 43:20 43:21 43:21 43:24 44:2 44:4 44:4 44:4 44:6 44:8 44:9 44:9 44:13 44:16 44:17 44:19 44:24 45:1 45:3 45:4 45:5 45:7 45:7 45:8 45:10 45:11 45:12 45:12 45:13 45:16 45:18 45:19 45:20 45:20 45:22 45:23 45:25 46:1 46:8 46:12 46:14 46:16 46:16 46:20 46:22 46:23 47:1 47:2 47:3 47:4 47:6 47:7 47:17 47:17 47:18 47:22 47:23 47:24 47:24 48:1 48:2 48:3 48:4 48:6 48:7 48:8 48:9 48:13 48:16 48:19 48:20 48:25 48:25 49:6 49:7 49:7 49:7 49:11 49:12 49:19 49:20 49:21 49:25 50:2 50:3 50:9 50:9 50:10 50:12 50:13 50:13 50:14 50:14 50:18 50:19 50:25 51:1 51:1 51:3 51:6 51:7 51:16 51:17 51:18 51:19 51:23 51:23 52:1 52:5 52:5 52:5 52:10 52:17 52:17 52:20 53:5 53:8 53:9 53:11 53:12 53:12 53:13 53:14 53:17 53:19 53:24 59:9 54:3 54:2 54:4 54:7 54:8 54:9 54:10 54:10 54:11 54:12 54:13 54:14 54:15 54:15 54:18 54:19 55:2 55:4 55:6 55:7 55:8 55:9 55:9 55:11 55:11 55:13 55:13 55:16 55:18 55:18 55:22 55:24 55:25 55:25 56:4 56:5 56:5 56:8 56:10 56:11 56:13 56:14 56:15 56:17 56:25 57:3 57:4 57:6 57:7 57:10 57:11 57:12 57:16 57:17 57:21 57:22 57:23 57:25 58:3 58:4 58:6 58:8 58:10 58:11 58:13 58:14 58:15 58:16 58:25

the(29) 59:1 59:4 59:6 59:6 59:6 59:8 59:9 59:10 59:13 59:14 59:19 59:21 59:22 59:23 59:23 59:25 60:3 60:5 60:7 60:9 60:14 60:16 60:18 60:21 61:3 61:4 61:4 61:5

their(36) 7:10 8:25 9:11 9:20 9:23 12:4 14:8 14:10 16:14 20:6 20:8 20:22 24:14 24:14 25:4 25:8 28:3 33:14 34:12 38:9 39:19 40:4 40:8 41:10 41:20 42:4 42:22 46:15 47:2 51:22 51:23 52:7 52:11 52:12 53:17 55:20

them(17) 7:9 25:3 25:25 27:21 29:2 32:1 32:24 40:4 42:21 45:1 47:14 48:20 49:9 57:15 57:16 59:17 59:21

themselves(1) 26:19

then(15) 8:3 8:12 10:24 16:17 20:15 22:19 25:8 25:19 27:17 28:13 28:24 31:21 32:8 50:6 52:9

there(33) 6:16 8:9 13:21 14:17 17:10 18:3 21:6 28:11 28:16 30:25 34:17 35:17 37:2 39:20 44:11 46:8 48:11 48:14 49:11 50:23 52:25 53:24 53:24 54:6 56:7 56:21 58:2 58:3 58:23 59:6 59:7 59:15 60:10

there'd(1) 22:19
there's(6) 22:21 23:2 25:21 29:18 32:7 35:21

these(10) 24:25 26:14 26:23 26:25 39:13 48:17 49:1 52:23 57:15 57:24

| Word | Page:Line |
|---|---|
| **they**(41) 8:20 9:4 10:1 10:13 12:11 13:8 14:17 15:5 20:9 23:17 23:23 26:17 27:25 28:10 29:24 30:3 31:9 33:25 35:9 35:22 36:12 39:23 40:5 40:7 41:23 42:24 45:21 45:23 45:24 46:4 46:15 46:21 46:22 47:1 47:20 48:1 52:13 57:18 59:16 59:16 59:20 | |
| **they'll**(7) 24:21 25:8 26:20 37:12 42:17 42:22 59:21 | |
| **they're**(14) 14:10 14:21 27:1 29:2 31:25 40:7 46:6 46:24 47:21 51:24 57:19 57:20 58:5 58:5 | |
| **they've**(2) 48:21 48:24 | |
| **they'll**(1) 39:18 | |
| **thing**(3) 24:3 40:20 59:23 | |
| **things**(11) 19:21 37:7 41:9 47:17 48:1 48:4 48:9 52:1 54:6 56:21 56:25 | |
| **think**(37) 6:21 12:16 13:25 14:3 15:2 16:8 16:10 16:19 21:16 24:10 26:22 31:10 31:1 31:19 34:25 40:19 45:14 46:24 47:8 48:1 48:6 48:20 49:8 49:24 49:25 51:4 51:17 52:1 52:4 52:5 52:8 52:12 54:3 54:7 57:21 58:10 58:16 58:18 | |
| **thinking**(2) 49:14 49:15 | |
| **thinner**(1) 27:19 | |
| **third**(4) 18:11 20:10 23:4 54:17 | |
| **this**(66) 8:4 9:17 13:20 14:8 14:9 14:20 15:25 16:9 16:18 16:21 17:1 17:17 17:23 18:4 19:10 19:11 19:12 19:16 20:18 21:7 22:24 24:11 24:20 24:24 25:2 25:23 27:10 27:12 29:22 29:22 30:5 31:8 33:7 33:10 34:11 34:19 37:23 40:2 40:5 41:18 41:24 42:24 43:12 43:22 44:12 44:21 46:13 46:18 47:12 47:12 47:13 49:21 49:23 50:6 50:17 50:22 51:12 51:16 51:21 52:14 54:13 54:23 56:4 56:20 56:23 59:17 | |
| **thomas**(2) 3:20 53:25 | |
| **thorough**(3) 48:10 57:14 57:20 | |
| **thoroughly**(1) 50:12 | |
| **those**(29) 7:13 7:15 7:23 12:15 12:19 12:23 13:17 20:14 28:5 30:4 34:3 34:25 35:8 38:3 38:8 38:12 39:22 42:14 44:24 44:25 45:17 45:22 46:6 46:22 48:4 53:3 58:24 59:8 | |
| **though**(2) 31:17 40:21 | |
| **thought**(9) 6:18 36:11 39:24 45:10 50:7 50:12 51:5 53:2 53:2 | |
| **thousands**(1) 34:20 | |
| **three**(1) 45:18 | |
| **threshold**(1) 43:8 | |
| **thresholds**(1) 43:15 | |
| **through**(15) 12:10 20:6 24:17 27:24 34:25 35:2 36:22 40:13 47:12 48:10 48:15 50:4 50:7 50:12 52:24 | |
| **thunder**(1) 33:16 | |
| **time**(24) 16:5 19:21 20:4 20:21 21:13 28:25 30:13 30:17 30:22 46:10 48:7 50:1 50:21 50:25 51:15 52:7 52:23 53:5 57:19 57:16 57:20 57:23 59:17 60:15 | |
| **timely**(1) 15:2 | |
| **times**(2) 45:21 51:12 | |
| **tireless**(1) 54:12 | |
| **tirelessly**(1) 49:4 | |
| **today**(16) 5:17 6:25 8:14 10:6 10:16 14:14 18:5 20:17 21:19 22:12 24:18 26:8 36:7 46:9 57:11 60:13 | |
| **today's**(1) 33:10 | |
| **together**(1) 27:1 | |
| **togut**(3) 3:12 33:6 47:11 | |
| **too**(3) 15:23 19:10 48:7 | |

| Word | Page:Line |
|---|---|
| **took**(3) 21:17 50:11 57:15 | |
| **top**(2) 8:1 38:1 | |
| **town**(5) 45:10 45:17 46:3 52:6 58:3 | |
| **traci**(1) 61:9 | |
| **transcriber**(1) 61:9 | |
| **transcript**(3) 1:17 1:48 61:4 | |
| **transcription**(2) 1:40 1:48 | |
| **transferees**(3) 9:21 9:24 12:4 | |
| **transition**(1) 51:16 | |
| **transparency**(1) 39:25 | |
| **treatment**(1) 39:23 | |
| **tremendous**(1) 58:23 | |
| **trial**(1) 16:24 | |
| **tried**(8) 16:4 16:4 26:15 30:12 37:22 48:24 51:20 57:15 | |
| **tries**(1) 49:9 | |
| **trust**(8) 3:39 3:43 7:11 7:14 7:20 7:24 9:5 11:15 | |
| **trustee**(3) 2:27 2:27 12:12 | |
| **try**(3) 16:5 36:9 42:6 | |
| **trying**(3) 16:13 48:11 48:22 | |
| **tunnell**(1) 1:23 | |
| **turned**(1) 7:25 | |
| **turnover**(4) 7:20 7:20 9:18 11:15 | |
| **tweed**(3) 3:19 3:35 53:25 | |
| **two**(10) 5:13 6:15 7:19 9:6 12:20 16:12 25:14 26:22 29:19 30:1 | |
| **two-step**(1) 19:5 | |
| **two-thirds**(1) 43:16 | |
| **tyler**(1) 3:39 | |
| **type**(1) 30:12 | |
| **types**(5) 36:22 43:5 47:15 47:20 48:3 | |
| **typos**(2) 29:19 30:1 | |
| **u.s**(3) 2:27 2:27 12:11 | |
| **ucc**(1) 54:10 | |
| **ultimate**(3) 30:23 33:9 34:10 | |
| **ultimately**(7) 8:5 20:9 20:23 23:24 24:11 26:3 60:6 | |
| **um-hun**(3) 28:21 35:23 44:17 | |
| **unbelievably**(1) 47:12 | |
| **under**(20) 7:13 8:3 8:24 9:15 30:14 30:18 30:21 33:14 34:22 36:17 38:7 38:25 39:3 40:13 40:24 41:1 41:15 41:16 42:2 42:17 | |
| **understand**(8) 42:12 42:24 43:5 45:24 46:18 48:2 51:15 56:10 | |
| **understanding**(1) 23:24 | |
| **understands**(1) 50:3 | |
| **understood**(5) 34:23 38:8 51:7 57:19 59:1 | |
| **underway**(1) 54:16 | |
| **unidentified**(1) 26:1 | |
| **united**(3) 1:1 1:19 | |
| **unless**(1) 10:17 | |
| **unliquidated**(1) 25:25 | |
| **unsecured**(2) 9:4 19:14 | |
| **unseparated**(1) 26:1 | |
| **until**(1) 51:18 | |
| **update**(1) 44:15 | |
| **updates**(1) 44:15 | |
| **upon**(8) 8:25 13:2 20:10 28:14 39:11 39:19 40:6 47:1 | |
| **urge**(3) 17:5 17:5 17:18 | |
| **usa**(1) 3:48 | |
| **usb**(1) 4:14 | |
| **use**(1) 42:3 | |
| **used**(2) 35:20 38:5 | |
| **useful**(1) 34:3 | |
| **usually**(1) 44:24 | |
| **utilized**(1) 49:15 | |
| **value**(6) 38:1 38:4 39:21 43:1 43:16 43:24 | |
| **various**(3) 33:24 34:17 48:17 | |
| **version**(1) 27:23 | |

| Word | Page:Line |
|---|---|
| **very**(35) 6:8 6:15 8:16 13:15 13:25 16:9 16:13 17:1 17:3 31:19 34:3 40:2 40:8 40:11 44:3 45:2 45:14 46:15 47:25 48:9 48:23 50:7 50:11 50:15 52:16 53:1 53:4 57:15 58:17 58:20 58:20 60:3 60:7 60:14 60:19 | |
| **viable**(1) 41:14 | |
| **view**(1) 11:11 | |
| **vigorously**(1) 21:3 | |
| **visteon**(1) 21:10 | |
| **vote**(2) 29:23 42:13 | |
| **voting**(4) 43:8 43:14 43:18 43:25 | |
| **waiting**(1) 22:6 | |
| **waiver**(1) 56:7 | |
| **walk**(3) 12:9 27:24 36:21 | |
| **want**(12) 14:5 14:12 17:7 29:24 33:19 34:11 40:3 41:8 46:9 47:14 55:15 59:8 | |
| **wanted**(10) 32:1 48:2 49:16 50:20 50:22 52:16 53:7 55:17 56:6 57:1 | |
| **wants**(1) 32:10 | |
| **warmer**(1) 36:6 | |
| **was**(43) 8:9 9:22 9:22 10:5 11:12 12:3 12:3 13:20 16:2 16:5 16:7 16:7 16:20 17:14 18:8 20:19 20:23 25:2 25:22 28:6 28:10 31:5 31:10 33:2 33:25 39:5 39:25 40:11 43:6 43:25 44:21 46:14 49:25 50:6 50:7 50:11 50:21 50:23 51:16 56:7 57:5 60:25 | |
| **wasn't**(1) 31:6 | |
| **watermark**(1) 59:24 | |
| **way**(12) 10:23 22:24 26:15 28:17 31:25 35:24 36:21 53:3 55:11 55:15 59:6 60:2 | |
| **ways**(3) 44:11 46:5 51:6 | |
| **we'd**(2) 47:1 53:17 | |
| **we'll**(10) 7:4 24:23 25:9 34:8 44:15 45:22 50:2 50:18 59:1 60:21 | |
| **we're**(34) 5:16 6:15 10:9 14:1 15:3 19:4 22:12 23:6 23:8 23:8 24:4 24:4 25:12 25:20 28:18 30:13 30:21 33:18 34:8 34:21 36:7 36:22 39:17 42:19 45:4 45:17 45:24 46:19 48:8 50:2 50:10 52:9 53:13 53:24 | |
| **we've**(19) 25:3 26:12 26:24 28:18 30:8 30:12 33:1 34:21 37:4 38:10 38:24 44:8 44:22 44:23 46:23 51:20 56:14 56:19 60:13 | |
| **webb**(1) 3:39 | |
| **website**(5) 44:13 44:14 45:1 45:23 58:4 | |
| **wed**(1) 5:1 | |
| **wednesday**(1) 12:3 | |
| **welcome**(2) 6:2 32:10 | |
| **welfare**(5) 33:15 38:2 38:7 39:3 40:13 | |
| **well**(20) 15:23 16:13 16:20 17:8 17:17 17:22 19:13 24:19 26:11 28:3 30:11 31:15 32:8 32:10 38:17 48:16 50:7 53:8 53:9 57:10 | |
| **went**(3) 48:10 50:4 51:5 | |
| **were**(31) 7:15 9:3 10:1 10:5 10:10 12:10 12:11 12:20 13:21 15:1 15:25 19:20 22:2 21:19 25:10 34:13 35:1 35:17 40:21 47:24 48:3 48:4 48:15 48:18 49:22 50:15 51:2 51:6 51:10 52:25 59:16 | |
| **what**(42) 5:7 7:22 13:25 15:4 19:9 23:17 25:9 25:14 25:22 26:15 26:16 31:14 36:6 37:8 37:22 37:25 38:9 39:1 39:3 41:16 43:5 43:9 43:23 43:25 46:15 46:21 46:21 47:10 48:6 48:25 49:6 49:17 52:1 53:2 53:2 55:10 57:11 57:14 57:17 57:22 58:19 | |
| **what's**(4) 7:11 26:16 46:16 51:15 | |
| **whatever**(1) 51:10 | |

| Word | Page:Line |
|---|---|
| **when**(23) 7:19 12:25 12:25 16:11 23:8 24:4 34:6 34:9 35:1 39:2 42:22 43:7 46:14 47:14 48:14 48:23 48:24 49:19 50:2 50:17 52:9 59:14 59:20 | |
| **whenever**(1) 60:6 | |
| **where**(16) 15:3 17:8 17:12 25:15 25:17 28:17 35:21 35:22 36:12 37:25 39:20 45:18 45:24 46:5 46:13 49:23 | |
| **whereupon**(1) 60:25 | |
| **whether**(10) 8:20 9:3 9:4 9:6 10:1 29:23 38:25 42:3 55:9 59:16 | |
| **which**(33) 6:9 7:12 8:6 8:7 8:13 8:17 10:5 12:3 16:18 18:11 19:4 20:7 20:13 22:20 22:24 26:15 27:20 28:1 28:2 28:7 28:24 29:13 30:5 35:14 37:19 40:24 41:3 42:2 46:22 50:9 55:7 56:23 57:24 | |
| **while**(3) 21:18 22:23 41:14 | |
| **who**(24) 7:1 8:21 11:4 12:24 14:14 18:4 21:23 23:16 24:1 28:14 31:22 32:7 33:12 33:13 33:20 37:7 37:7 37:14 37:22 39:24 42:12 42:15 47:16 56:18 | |
| **who's**(3) 5:20 14:23 14:24 | |
| **whole**(3) 17:4 42:4 47:11 | |
| **wholeheartedly**(1) 15:9 | |
| **whose**(1) 14:19 | |
| **why**(4) 39:5 42:10 43:24 59:16 | |
| **will**(51) 5:19 7:4 8:19 8:22 9:19 23:14 23:20 23:25 24:6 25:7 25:24 26:1 29:5 30:8 30:9 32:11 34:14 35:6 35:11 36:14 37:13 39:11 39:14 39:20 39:20 39:22 42:3 42:14 42:23 43:4 43:5 43:11 45:21 48:12 51:4 52:6 52:9 54:5 56:19 56:25 57:17 57:19 58:2 58:3 58:6 58:12 58:19 59:9 59:11 60:6 60:8 | |
| **william**(1) 3:5 | |
| **willing**(1) 43:6 | |
| **willkie**(1) 3:43 | |
| **wilmington**(9) 1:12 1:27 2:8 2:24 2:30 2:36 2:49 3:9 5:1 | |
| **wind**(1) 24:14 | |
| **wine**(1) 19:25 | |
| **wipe**(1) 25:23 | |
| **wiped**(1) 57:2 | |
| **wish**(2) 12:24 13:8 | |
| **wishes**(1) 44:4 | |
| **wishing**(1) 55:1 | |
| **with**(67) 6:5 6:9 7:10 8:1 9:18 9:18 9:24 11:1 11:8 11:9 11:9 11:10 11:17 11:19 14:4 15:24 16:14 17:23 19:5 19:9 20:16 26:2 26:3 26:6 26:10 26:12 26:25 28:17 29:10 29:23 31:24 32:5 35:12 42:6 42:18 43:3 43:11 45:4 45:25 46:20 46:23 47:19 48:12 48:19 48:24 48:25 49:4 49:5 49:16 49:22 50:14 50:17 51:5 51:12 52:4 52:7 53:10 56:15 56:19 56:20 56:22 57:11 57:18 58:24 58:25 59:1 59:9 | |
| **withdrew**(1) 20:14 | |
| **within**(2) 18:13 44:24 | |
| **without**(3) 14:19 34:11 49:12 | |
| **won't**(2) 33:9 35:2 | |
| **wondered**(1) 59:16 | |
| **word**(1) 29:19 | |
| **words**(1) 25:24 | |
| **work**(23) 26:18 27:1 27:1 35:9 40:25 49:14 50:1 51:8 52:17 53:7 53:8 54:12 56:19 | |
| **worked**(6) 46:23 47:11 48:20 48:20 49:4 53:4 | |
| **working**(6) 20:18 21:2 26:12 30:21 45:24 51:1 | |

| Word | Page:Line |
|------|-----------|

**works**(1) 37:24
**would**(37) 6:21 7:2 7:22 9:25 10:18 11:3
11:11 11:20 13:6 14:22 15:4 16:22 17:12
17:17 19:24 29:20 29:23 30:17 31:11
31:14 32:5 32:7 36:11 39:8 41:3 43:25
45:14 48:23 51:8 51:11 52:4 53:3 53:10
53:15 54:6 55:13 57:18

**wouldn't**(1) 14:20
**wound**(1) 20:23
**wray**(2) 11:6 14:6
**write**(1) 55:14
**written**(1) 51:6
**wrong**(1) 34:6
**www.diazdata.com**(1) 1:44
**yeah**(4) 13:22 21:7 24:5 38:22
**year**(4) 15:18 20:18 51:3 55:1
**years**(5) 6:15 7:19 7:19 16:12 39:21
**yes**(53) 5:9 5:15 6:7 6:24 8:2 8:15 9:13
10:8 12:15 13:2 13:14 15:13 15:25 15:25
16:16 19:1 19:18 20:1 20:12 21:10 21:22
22:10 23:1 25:5 26:9 27:8 30:20 31:20
33:2 33:4 34:7 34:17 35:5 36:5 36:19
38:13 38:19 38:20 44:2 45:3 46:12 47:8
51:19 52:20 52:20 53:24 54:9 54:19 56:17
59:4 60:5 60:11 60:18

**yet**(2) 31:2 45:21
**york**(5) 1:35 2:16 3:16 3:22 40:6
**you**(121) 5:3 5:4 5:10 5:24 5:25 6:1 6:3
6:4 7:7 9:2 10:23 10:25 11:25 12:1 12:7
12:7 12:9 12:16 12:22 12:22 12:23 13:7
13:10 13:11 13:12 15:10 15:11 15:11
15:17 15:19 15:19 15:24 16:11 16:23 17:1
17:1 17:5 17:19 18:15 18:15 18:18 19:2
19:5 19:9 20:15 20:25 22:11 24:9 26:12
26:16 27:2 27:6 27:9 27:9 27:15 27:16
27:18 27:24 28:25 29:12 30:17 32:2 32:12
32:12 32:16 32:18 32:20 32:21 32:21 35:1
35:24 36:8 36:21 43:25 47:7 47:10 47:21
47:23 48:1 48:9 48:18 49:3 49:13 49:19
50:10 51:4 51:21 52:13 52:25 53:1 53:2
53:11 53:12 53:17 53:19 53:20 54:4 55:1
55:2 55:2 55:3 55:4 55:14 55:15 56:8
56:12 56:14 57:1 57:4 57:6 58:9 58:24
59:3 59:5 59:8 60:9 60:10 60:19 60:20
60:23 60:24

**you'd**(1) 12:10
**you'll**(2) 19:16 24:24
**you're**(2) 13:1 49:19
**you've**(2) 51:11 58:23
**young**(5) 2:19 3:28 14:14 15:5 18:4
**your**(79) 5:6 5:8 5:17 5:19 5:25 6:3 6:4
6:23 7:7 7:7 8:8 10:25 11:2 12:1 12:1
12:9 13:2 13:12 13:19 13:20 14:14 15:15
15:22 15:23 16:3 17:18 18:16 18:18 18:20
18:23 19:4 26:5 27:16 30:7 31:1 33:5
33:7 33:18 33:20 34:8 34:25 35:6 35:16
36:15 36:20 36:23 37:2 38:19 40:1 42:14
43:3 43:13 43:19 44:16 45:9 46:9 46:17
47:1 47:3 47:8 50:3 51:10 51:11 53:10
53:15 53:22 55:3 55:5 55:14 56:12 57:7
58:21 58:22 59:3 59:10 60:2 60:12 60:17
60:24
**zaharalddin**(1) 32:9
**zahralddin**(8) 2:47 26:7 55:6 56:11 56:12
56:13 56:18 57:5

**zioto**(1) 4:24