B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: Nortel Networks Inc                                Case No. 09-10138

# NOTICE OF WITHDRAWAL OF
# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CRT Special Investments LLC | Terry Locke |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Joseph E. Sarachek
262 Harbor Drive
Stamford, CT 06902

Court Claim # (if known): 7153
Amount of Claim: entire claim
Date Claim Filed: 03/19/2010

Phone: 203-548-8062
Last Four Digits of Acct #: _____

Phone:
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Joseph E Sarachek                                Date: 01/25/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.