**Exhibit A**

# Nortel LTD Employee Benefits Valuation Results

## nuary 14, 2009 Valuation Date Using Mercer's AA Yield Curve[1]
## Values in Millions

| Medical Plan: Medical Insurance[3] | Medical Plan: Prescription Drug Benefit | DVH Plan: Dental/Vision/Hearing | Medicare Part B Premium Reimbursement[4] | Medical Plan and DVH Plan: Employee Contributions[5] | Life Insurance Plan: Life Insurance[6] | Total |
|---|---|---|---|---|---|---|
| $4.9 | $5.3 | $0.3 | $1.0 | Included in Total | $3.4 | |
| $1.7 | $0.6 | $0.2 | N/A | Included in Total | N/A | |
| $0.7 | $0.1 | $0.1 | N/A | Included in Total | N/A | |
| $7.3 | $6.1 | $0.6 | $1.0 | ($2.1) | $3.4 | $34.4 |

mber 31, 2008. I understand that this is the standard AA yield curve that Mercer typically uses in its benefit valuations.

efit for eligible participants.

e of the Employee Assistance Program offered through OptumHealth Behavioral Solutions because the value of this benefit is minimal.

ledicare Part B Premium Reimbursement, I used the "SSDI Approval" variable in the census data.

d medical, dental, vision, and hearing coverage.  They are not broken down by employee versus spouse versus children, as the source data did not

benefits typically cost less than 5 cents per month per thousand of coverage.  Because the total value of AD&D benefit is small, I did not include it

ers.

come continuation and Medicare Part B Premium Reimbursements payable on or after April 1, 2013, payments for life insurance where death occurs
ments for services rendered on or after April 1, 2013 under other benefits (e.g., medical, dental, hearing, vision benefits).  I have excluded benefit
the date of Nortel's bankruptcy filing and the present and payments that may be made for services rendered before April 1, 2013.

sum of the individual amounts shown above due to rounding.

participant data for internal consistency and general reasonableness, but I have not verified or audited any of the data or information provided.  I have
solved anomalies in the census data.  I do not believe the resolution of these items would materially affect the valuation of the report. The anomalies
e insurance benefit amounts that are not integral multiples of their annual salaries; and (2) two employees have life insurance benefits less than
hile the core benefit is 1X annual salary.