# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

January 24, 2013
Invoice 423095
Page 2
Client # 732310

Matter # 165839

For services through December 31, 2012
relating to Case Administration

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 12/06/12 | Review docket (.1); Review and revise critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 12/10/12 | Maintain and organize original pleadings for retention | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| 12/20/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |

Total Fees for Professional Services          $451.00

TOTAL DUE FOR THIS INVOICE          **$451.00**
BALANCE BROUGHT FORWARD          $549.50

**TOTAL DUE FOR THIS MATTER**          **$1,000.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095

Page 3

Client #  732310

Matter # 165839

---

For services through December 31, 2012

relating to  Claims Administration

| 12/10/12 | Call to J. Dewey re: status of case and payment on unsecured claims | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

| Total Fees for Professional Services | $75.00 |
|---|---|

| TOTAL DUE FOR THIS INVOICE | **$75.00** |
|---|---|

| **TOTAL DUE FOR THIS MATTER** | **$75.00** |
|---|---|

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095

Page 4

Client #  732310

Matter # 165839

For services through December 31, 2012
relating to  Court Hearings

| | | | | |
|---|---|---|---|---|
| 12/03/12 | Attention to e-mail from C. Samis re: 12/3/12 hearing cancel Courtcall (.1); Telephone call to Courtcall re: cancellation of L. Beckerman, J. Sturm & C. Samis 12/3/12 telephonic appearances (.3); Retrieve and review re: 12/5/12 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |
| 12/03/12 | Participate in 12/3/12 telephonic conference with Court (.4); Prepare for 12/3/12 telephonic conference with Court (.2); Email B. Witters re: cancelling CourtCall for 12/3/12 telephonic conference with Court (.1); Emails to B. Kahn re: coverage of and preparation for 12/3/12 hearing (.3) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |
| 12/04/12 | Retrieve re: 12/5/12 agenda pleadings (.2); Prepare 12/5/12 hearing binder (.3) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 12/06/12 | E-mail to T. Semmelman re: covering 12/6/12 status conference on Deferred Compensation Litigation Settlement (.1); Meet with T. Semmelman re: outcome of 12/6/12 status conference on Deferred Compensation Litigation Settlement (.2) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 12/06/12 | Telephonic status conference re: dispute over employee payments (.6); Conference with C. Samis re: 12/6 telephonic status conference (.1) | | | |
| Associate | Tyler D. Semmelman | 0.70 hrs. | 300.00 | $210.00 |
| 12/14/12 | Retrieve and review re: 12/18/12 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 12/14/12 | Email to F. Hodara re: interim fee hearing on 12/18/12 | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095
Page 5
Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 12/17/12 | Telephone call to Courtcall re: M. Wunder 12/18/12 telephonic appearance (.1); E-mail to M. Wunder re: same (.1); Retrieve re: amended 12/18/12 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| | | | | |
| 12/17/12 | Call to A. Cordo re: cancellation of 12/18/12 hearing and professional fees | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

Total Fees for Professional Services $1,158.50

TOTAL DUE FOR THIS INVOICE **$1,158.50**

$5,138.50

**TOTAL DUE FOR THIS MATTER** **$6,297.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095
Page 6

Client #  732310

Matter # 165839

---

For services through December 31, 2012
relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 12/14/12 | Email to L. Beckerman re: authority to file deferred compensation litigation settlement motion (.1); Email to A. Cordo re: authority to file deferred compensation litigation settlement motion (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 12/27/12 | Emails to B. Witters re: hearing on settlement of deferred compensation adversary proceeding | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

Total Fees for Professional Services          $150.00

TOTAL DUE FOR THIS INVOICE                    **$150.00**

**TOTAL DUE FOR THIS MATTER**                 **$150.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095

Page 7

Client #  732310

Matter # 165839

---

For services through December 31, 2012
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 12/04/12 | E-mail to B. Kahn re: RLF November estimated fees and expenses | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 12/13/12 | Prepare cno re: RLF October fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 12/13/12 | Review revise and finalize CNO for 45th RL&F monthly fee application (.1); Email to B. Witters re: preparing CNO for 45th RL&F fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 12/17/12 | Retrieve re: RLF interim fee application, monthly fee applications and cnos (.2); Prepare RLF interim fee binder (.3) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 12/18/12 | Review RLF November bill memos | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 12/18/12 | Email to B. Witters re: status of November 2012 bill memo | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 12/26/12 | Finalize and file AOS re RLF 15th interim fee application | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 12/28/12 | Review and revise RLF November fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |

Total Fees for Professional Services          $625.00

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095
Page 8

Client #  732310

Matter # 165839

TOTAL DUE FOR THIS INVOICE                                       **$625.00**

$1,164.00

**TOTAL DUE FOR THIS MATTER**                                    **$1,789.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095
Page 9
Client #  732310

Matter # 165839

For services through December 31, 2012

relating to  Fee Applications of Others

| 12/03/12 | Prepare cno re: Akin Gump September fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone September fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 205.00 | $164.00 |
| 12/05/12 | Prepare cno re: Fraser Milner August fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 12/07/12 | Prepare draft Exhibit B to the 15th interim fee order (2.5); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 2.60 hrs. | 205.00 | $533.00 |
| 12/10/12 | Revise 15th interim fee order exchange rates for Ashurst (.3); E-mail to M. Wunder re: Fraser Milner exchange rates for the 15th interim fee order (.1); Revise 15th interim fee order exchange rates for Fraser Milner (.3); E-mail to M. Maddox re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 205.00 | $164.00 |
| 12/12/12 | Prepare cno re: Fraser Milner September fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 12/13/12 | Prepare cno re: Ashurst October fee application (.2); Finalize and file cno re same (.2); Prepare cno re: Akin Gump October fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone October fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Fraser Milner October fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 205.00 | $328.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095

Page 10

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 12/13/12 | Review revise and finalize CNO for 45th Ashurst monthly fee application (.1); Review revise and finalize CNO for 45th Capstone monthly fee application (.1); Review revise and finalize CNO for 45th Fraser monthly fee application (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 12/17/12 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| 12/17/12 | Emails to B. Kahn re: cancellation of 12/18/12 hearing and Committee professional fees | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 12/21/12 | Attention to e-mail from B. Kahn re: Ashurst November fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |

Total Fees for Professional Services            $2,053.00

TOTAL DUE FOR THIS INVOICE            **$2,053.00**

$3,550.00

**TOTAL DUE FOR THIS MATTER**            **$5,603.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095

Page 11

Client #  732310

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 15.50 | 205.00 | 3,177.50 |
| Christopher M. Samis | 3.00 | 375.00 | 1,125.00 |
| Tyler D. Semmelman | 0.70 | 300.00 | 210.00 |
| TOTAL | 19.20 | $235.03 | 4,512.50 |

**TOTAL DUE FOR THIS INVOICE**                        **$4,926.18**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310