# EXHIBIT B



RICHARDS
LAYTON &
FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

January 24, 2013
Invoice 423095

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through December 31, 2012
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $81.00 |
| Document Retrieval | $157.20 |
| Long distance telephone charges | $2.78 |
| Messenger and delivery service | $25.80 |
| Photocopying/Printing | $132.50 |
| 455 @ $.10/pg. / 870 @ $.10/pg. | |
| Postage | $14.40 |

Other Charges $413.68

TOTAL DUE FOR THIS INVOICE **$413.68**

BALANCE BROUGHT FORWARD $2,676.89

**TOTAL DUE FOR THIS MATTER** **$3,090.57**

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095
Page 12
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|--|----------------|
| 11/09/12 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $49.50 | |
| 12/03/12 | PACER | | DOCRETRI |
| | Amount = | $11.50 | |
| 12/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 12/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/04/12 | PACER | | DOCRETRI |
| | Amount = | $57.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095

Page 13

Client #  732310

| 12/04/12 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount = $0.80 | |
| 12/04/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/04/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 12/04/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/04/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/04/12 | Printing | | DUP.10CC |
| | | Amount = $38.00 | |
| 12/04/12 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 12/04/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/05/12 | PACER | | DOCRETRI |
| | | Amount = $6.00 | |
| 12/05/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/05/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/05/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/06/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/06/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/06/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 12/06/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/07/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 12/07/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095

Page 14

Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 12/07/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 12/10/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 12/11/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/12/12 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $31.50 | |
| 12/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095

Page 15

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 12/12/12 | Printing | | DUP.10CC |
| | | Amount = $4.40 | |
| 12/12/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/13/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/14/12 | Printing | | DUP.10CC |
| | | Amount = $2.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095
Page 16
Client #  732310

| 12/17/12 | 15166532476 Long Distance | | LD |
|---|---|---|---|
| | | Amount = $2.78 | |
| 12/17/12 | PACER | | DOCRETRI |
| | | Amount = $37.30 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $5.00 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $5.20 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $6.60 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 12/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

January 24, 2013
Invoice 423095

Page 17

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 12/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/20/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/21/12 | Photocopies | | DUP.10CC |
| | Amount = | $18.50 | |
| 12/21/12 | Messenger and delivery charges | | MESS |
| | Amount = | $12.90 | |
| 12/21/12 | Postage | | POST |
| | Amount = | $6.30 | |
| 12/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 12/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 12/21/12 | Printing | | DUP.10CC |
| | Amount = | $3.10 | |
| 12/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/21/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 12/27/12 | PACER | | DOCRETRI |
| | Amount = | $45.30 | |
| 12/28/12 | Photocopies | | DUP.10CC |
| | Amount = | $27.00 | |
| 12/28/12 | Messenger and delivery charges | | MESS |
| | Amount = | $12.90 | |
| 12/28/12 | Postage | | POST |
| | Amount = | $8.10 | |
| 12/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee                                        January 24, 2013
c/o Fred S. Hodara, Esq.                                          Invoice 423095
Akin Gump Strauss Hauer Feld LLP                                 Page 18
One Bryant Park
New York NY  10036                                               Client #  732310

| | | | |
|---|---|---|---|
| 12/28/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 12/28/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 12/28/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 12/28/12 | Printing | | DUP.10CC |
| | | Amount =  $2.00 | |
| 12/28/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 12/28/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 12/31/12 | Printing | | DUP.10CC |
| | | Amount =  $2.00 | |

TOTALS FOR   732310            Official Committee of the Board of Directors of Nortel
                               Networks Inc


Expenses     $413.68