IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 9277, 9278 & 9286 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 28, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
29th day of January, 2013

/s/ Notary
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                            Chapter 11

NORTEL NETWORKS INC., et al.,                     Case No. 09-10138 (KG)

            Debtors.                              Jointly Administered

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BRYAN, BRANDY
             506 GOLDEN BELL DR
             GLENN HEIGHTS, TX 75154

Please note that your claim # 8311 in the above referenced case and in the amount of
        $26,500.00 allowed at $29,155.18  has been transferred **(unless previously expunged by court order)** to:

             HAIN CAPITAL HOLDINGS, LLC
             TRANSFEROR: BRYAN, BRANDY
             301 ROUTE 17, 7TH FLOOR
             ATTN: GANNA LIBERCHUK
             RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9286    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2013                        David D. Bird, Clerk of Court

                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2013.

# EXHIBIT B

```
TIME: 11:49:32                                  NORTEL NETWORKS INC.
DATE: 01/28/13                                    CREDITOR LISTING                                              PAGE:    1
```

| Name | Address |
|---|---|
| BRYAN, BRANDY | 506 GOLDEN BELL DR GLENN HEIGHTS TX 75154 |
| CALMENSON, KENNETH | PO BOX 6488 DELRAY BEACH FL 33482 |
| DIMAGGIO, DIANE | 38 WINCHCOMBE WAY SCARSDALE NY 10583 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BRYAN, BRANDY 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CALMENSON, KENNETH ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DIMAGGIO, DIANE ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |

Total Number of Records Printed        6

EPIQ BANKRUPTCY SOLUTIONS, LLC

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006