# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**December 1, 2012 - December 31, 2012**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | December 2012 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 13.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 5.0 |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | 15.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 163.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 196.0 |

**Summary of Services Rendered by Professional**

| Name | December 2012 Hours |
|---|---|
| Michael Kennedy | 79.0 |
| Matthew Rosenberg | 46.0 |
| Aaron Taylor | 71.0 |
| **TOTAL** | 196.0 |

**Nortel Networks, Inc**
December 1, 2012 - December 31, 2012 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | December 2012 Hours | Code |
|---|---|---:|:---:|
| 12/3/2012 | Review RM Report | 2.0 | 1 |
| 12/3/2012 | Prepare, review and discuss material re allocation & mediation | 7.0 | 14 |
| 12/5/2012 | Receive cash flash report | 1.0 | 1 |
| 12/5/2012 | Review claim material & reports | 2.0 | 7 |
| 12/5/2012 | Communication with Cleary and review of claims re: litigation | 3.0 | 7 |
| 12/6/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 12/6/2012 | Review claim material re: litigation | 2.0 | 7 |
| 12/7/2012 | Communication w/ Cleary and review of claim litigation | 1.0 | 7 |
| 12/7/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 12/10/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 12/11/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 12/12/2012 | Review claim information | 1.0 | 7 |
| 12/13/2012 | Call w/ management re: mediation material | 2.0 | 14 |
| 12/13/2012 | Call w/ Cleary and advisors re: claim update and discussion | 2.0 | 7 |
| 12/13/2012 | Review US Debtor cash position | 1.0 | 1 |
| 12/14/2012 | Follow-up calls w/ management and Cleary re: Mexico | 4.0 | 7 |
| 12/15/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 12/17/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 12/18/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 12/21/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 12/21/2012 | Review Nortel cash forecast | 1.0 | 1 |
| 12/22/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 12/23/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 12/29/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 12/30/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| | **December 2012 Total** | **79.0** | |

**Nortel Networks, Inc**
December 1, 2012 - December 31, 2012 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | December 2012 Hours | Code |
|---|---|---|---|
| 12/3/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| 12/4/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| 12/6/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| 12/7/2012 | Analysis and discussion re claims, mediation, allocation and case management | 3.0 | 14 |
| 12/9/2012 | Analysis and discussion re claims, mediation, allocation and case management | 5.0 | 14 |
| 12/10/2012 | Analysis and discussion re claims, mediation, allocation and case management | 3.0 | 14 |
| 12/12/2012 | Analysis and discussion re claims, mediation, allocation and case management | 3.0 | 14 |
| 12/13/2012 | Analysis and discussion re claims, mediation, allocation and case management | 1.0 | 14 |
| 12/14/2012 | Analysis and discussion re claims, mediation, allocation and case management | 3.0 | 14 |
| 12/17/2012 | Analysis and discussion re claims, mediation, allocation and case management | 5.0 | 14 |
| 12/18/2012 | Analysis and discussion re claims, mediation, allocation and case management | 3.0 | 14 |
| 12/19/2012 | Analysis and discussion re claims, mediation, allocation and case management | 4.0 | 14 |
| 12/20/2012 | Analysis and discussion re claims, mediation, allocation and case management | 3.0 | 14 |
| 12/21/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| 12/28/2012 | Analysis and discussion re claims, mediation, allocation and case management | 3.0 | 14 |
| 12/30/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| **December 2012 Total** | | **46.0** | |

**Nortel Networks, Inc**
December 1, 2012 - December 31, 2012 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor</u>

| Date | Description of Work | December 2012 Hours | Code |
|---|---|---:|---:|
| 12/3/2012 | Review RM Report | 1.0 | 1 |
| 12/3/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 12/4/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 12/5/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 12/10/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 12/11/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 12/11/2012 | Review intercompany accounts | 4.0 | 1 |
| 12/12/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 12/12/2012 | Review intercompany accounts | 2.0 | 1 |
| 12/13/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 12/13/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 12/13/2012 | Call with management re: mediation | 2.0 | 5 |
| 12/14/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 12/14/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 12/17/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 12/18/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 12/19/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 12/20/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 12/20/2012 | Cash Flow Review | 1.0 | 1 |
| 12/21/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 12/27/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| | **December 2012 Total** | **71.0** | |