# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Corporation, *et al.*, ) | Case No. 09-10138(KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## ORDER

WHEREAS:

A.  These cases have now reached a critical juncture with the failure of the parties' mediation efforts. It is readily evident that this Court and the esteemed Canadian Court must address common issues which will require expedition and coordination.

B.  On January 31, 2013, the Canadian Court issued an Endorsement which, *inter alia*, provides that:

> [12]  Going forward, all parties are required to submit a list of what they consider to be current, outstanding issues. These lists will be reviewed and further scheduling directions will be provided. These lists are to be submitted by Friday, February 8, 2013.

C.  This Court needs the same information being provided to the Canadian Court.

IT IS THEREFORE ORDERED that the parties who participated in the mediation with Chief Justice Winkler shall submit statements identifying the outstanding motions and issues and a proposal for scheduling, including discovery deadlines and hearing dates. The Court, in cooperation with the Canadian Court, seeks to issue the most expeditious, efficient and realistic schedule and the parties' submissions should further that goal. The submissions should not address the merits of the pending matters and should not exceed five (5) pages. The parties should also file their submissions.

The Court will consult with the Canadian Court and will determine whether or not to conduct a scheduling hearing before issuing a scheduling order.

Dated: January 31, 2013

_____
KEVIN GROSS, U.S.B.J.