IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*  : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]  : Case No. 09-10138 (KG)
:
              Debtors.  : Jointly Administered
:
:
------------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING
AMENDED SCHEDULING ORDER FOR HEARING ON
DEBTORS' PROCESS TO TERMINATE LONG-TERM DISABILITY BENEFITS**

    I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits*, attached as **Exhibit A** hereto:

    1.    On July 30, 2012, the Debtors filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees* [D.I. 8067] (the "LTD Termination Motion").

    2.    On August 1, 2012, the Court entered the *Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 105(a), 363 and 1108* [D.I.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

...

8085] (as amended from time to time, the "Scheduling Order"), which was subsequently amended by the *Order Granting Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees and (B) Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Benefits*, dated September 20, 2012 [D.I. 8562], the *Amended Scheduling Order for Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees*, dated October 17, 2012 [D.I. 8722], the *Order Approving Debtors' Motion for Entry of an Order Further Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits*, dated November 6, 2012 [D.I. 8886], the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits*, dated December 13, 2012 [D.I. 9113], the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits*, dated December 21, 2012 [D.I. 9174] and the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits*, dated January 22, 2013 [D.I. 9319].

3. On January 18, 2013, the Debtors and the Official Committee of Long Term Disability Participants (the "LTD Committee") filed the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement,*

*(B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief* [D.I. 9304] (the "LTD Settlement Motion").

4. As a result of the filing of the LTD Settlement Motion and discussions among the parties, the parties have agreed to suspend the dates in the Scheduling Order as set forth in the proposed amended scheduling order (the "Proposed Amended Scheduling Order") attached hereto.

5. The Debtors have circulated the Proposed Amended Scheduling Order to counsel to the LTD Committee. Counsel to the LTD Committee, as well as counsel to the Official Committee of Unsecured Creditors and the Ad Hoc Group of Bondholders, have reviewed the Proposed Amended Scheduling Order and have no objection to its entry.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Amended Scheduling Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated: January 31, 2013
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)

Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*