IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
*In re*  : Chapter 11
:
Nortel Networks Inc., *et al.*, [1] : Case No. 09-10138 (KG)
:
            Debtors. : Jointly Administered
:
: **Re: D.I. 9353**
------------------------------------------------------------ x

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on January 31, 2013, a copy of the **Certification of Counsel Regarding Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: January 31, 2013
Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP
      James L. Bromley (admitted pro hac vice)
      Lisa M. Schweitzer (admitted pro hac vice)
      One Liberty Plaza
      New York, NY 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999

      and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Ann C. Cordo*
------------------------------------------------
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6980522.1