## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
               :

In re                         :          Chapter 11
               :

Nortel Networks Inc., *et al.*,[1]     :          Case No. 09-10138 (KG)
               :

         Debtors.         :          Jointly Administered
               :

---------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 5, 2013 AT 10:00 A.M. (EASTERN TIME)

> **AT THE REQUEST OF THE PARTIES AND BY THE APPROVAL OF THE COURT, THE HEARING SCHEDULED FOR FEBRUARY 5, 2013 AT 10:00 A.M. (EASTERN TIME) HAS BEEN CANCELLED.**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## ADJOURNED MATTER

1.    Debtors' Twenty-Second Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I. 7183, Filed 2/7/12).

    Objection Deadline:  February 23, 2012 at 4:00 p.m. (ET). Extended for ASM Capital regarding Claim No. 7819 to May 27, 2013 at 4:00 p.m. (ET). Extended for Coface North America Insurance Company, Jaco Electronics, Inc. and Monarch Master Funding LTD regarding Claim Nos. 392, 6820, and 7076 to March 12, 2013 at 4:00 p.m. (ET).

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).    Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Remaining Responses Received:

(a)     Informal Response of ASM Capital Regarding Claim No. 7819; and

(b)     Informal Response of Coface North America Insurance Company, Jaco
        Electronics, Inc., and Monarch Master Funding LTD Regarding Claim Nos. 392,
        6820, and 7076.

Related Pleading:

(a)     Order Granting Debtors' Twenty-Second Omnibus Objection (Substantive) To
        Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del.
        L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims, Redundant Claims,
        Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I. 7354, Entered
        3/8/12);

(b)     First Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection
        (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P.
        3007 And Del. L.R. 3007-1 (No Liability Claims, Reduce And Allow Claims,
        Redundant Claims, Wrong Debtor Claims And No-Basis 503(b)(9) Claims) (D.I.
        7430, Entered 3/22/12);

(c)     Second Supplemental Order Granting Debtors' Twenty-Second Omnibus
        Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R.
        Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow
        Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9)
        Claims) (D.I. 7559, Entered 4/18/12);

(d)     Third Supplemental Order Granting Debtors' Twenty-Second Omnibus Objection
        (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P.
        3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow Claims,
        Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9) Claims) (D.I.
        7626, Entered 5/9/12); and

(e)     Fourth Supplemental Order Granting Debtors' Twenty-Second Omnibus
        Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R.
        Bankr. P. 3007 and Del. L.R. 3007-1 (No Liability Claims, Reduce and Allow
        Claims, Redundant Claims, Wrong Debtor Claims and No-Basis 503(b)(9)
        Claims) (D.I. 8273, Entered 8/22/12).

Status: The hearing on the Objections with respect to response (a) has been adjourned to
        the hearing scheduled for June 11, 2013 at 10:00 a.m. (ET).  The hearing on the
        Objections with respect to response (b) has been adjourned to the hearing
        scheduled for March 26, 2013 at 10:00 a.m. (ET).

**PRETRIAL CONFERENCE**

2.      Pretrial Conference in the Adversary Proceeding (See Exhibit A, hereto).

  Status: The pretrial conference with respect to SNMP Research International, Inc.
  (Adversary Case No. 11-53454), Commonwealth of Virginia Department of
  Taxation (Adversary Case No. 12-50608), and State of Michigan Department of
  Treasury (Adversary Case No. 12-50773) has been adjourned to April 9, 2013 at
  10:00 a.m. (ET).

Dated: February 1, 2013   CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE     James L. Bromley (admitted *pro hac vice*)
         Lisa M. Schweitzer (admitted *pro hac vice*)
         One Liberty Plaza
         New York, New York 10006
         Telephone:  (212) 225-2000
         Facsimile:  (212) 225-3999

         - and -

         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

         */s/ Tamara K. Minott*
         Eric D. Schwartz (No. 3134)
         Derek C. Abbott (No. 3376)
         Ann C. Cordo (No. 4817)
         Tamara K. Minott (No. 5643)
         1201 North Market Street, 18th Floor
         Wilmington, DE  19899-1347
         Telephone:  (302) 658-9200
         Facsimile:  (302) 425-4663

         *Counsel for the Debtors and Debtors in Possession*

6964111.4