# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>               Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> Re: D.I. 9355 |
| SNMP Research International, Inc. et al v. Nortel Networks Inc. et al | Adv. Proc. 11-53454 (KG) <br><br> Re: D.I. 62 |
| Nortel Networks, Inc. v. Commonwealth of Virginia Department of Taxation | Adv. Proc. 12-50608 (KG) <br><br> Re: D.I. 24 |
| Nortel Networks Inc. v. State of Michigan Department of Treasury | Adv. Proc. 12-50773 (KG) <br><br> Re: D.I. 42 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 1, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On February 5, 2013 At 10:00 a.m. (Eastern**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**Time)** was served in the manner indicated upon the individuals identified below and on the attached service list.

<u>**Via Fax**</u>

Karen M. Grivner
Thorp Reed & Armstrong, LLP
824 Market Street, Suite 710
Wilmington, DE 19801
Fax: 302-421-9439

Jeffrey A. Scharf
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294
Fax: 804-440-1171

Allison M. Dietz
Heather L. Donald
State of Michigan
Department of Attorney General
303 W. Grand Blvd.
Suite 10-200
Detroit, MI 48202
Fax: 313-456-0141

<u>**Via Overnight Mail**</u>

Coface North America, Inc.
Attn: Managing Partner
50 Millstone Rd.
Bldg. 100; Ste. 360
East Windsor, NJ 08520

ASM Capital
ATTN: ADAM MOSKOWITZ
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY 10022

Dated: February 1, 2013
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　 */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)

Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.7