IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
:
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
:
:
:
------------------------------------------------------------X

**SEVENTH SUPPLEMENTAL DECLARATION OF JAMES E. SCOTT PURSUANT TO FED. R. BANKR. P. 2014 AND ORDER AUTHORIZING DEBTORS TO EMPLOY, ERNST & YOUNG LLP UNDER §§ 327 AND 238 OF THE BANKRUPTCY CODE**

James Scott deposes and says:

1.  I am a partner of Ernst & Young LLP ("EY LLP"), with an office at 4130 ParkLake Avenue, Suite 500, Raleigh, NC 27612-2299.  I provide this seventh supplemental declaration (the "Supplemental Declaration") on behalf of EY LLP in further support of the retention of EY LLP by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") pursuant to the order approving the Debtors' original application to employ EY LLP under sections 327 and 328 of the Bankruptcy Code, dated March 23, 2011 (the "Original EY Employment Order").  This Supplemental Affidavit supplements my prior declaration filed on February 18, 2011 [D.I. 4958], which itself incorporates prior affidavits and declarations, as previously supplemented by my first supplemental declaration on March 8, 2011 [D.I. 5080], my

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4828-9602-8946.1

second supplemental declaration on April 6, 2011 [D.I. 5228], my third supplemental declaration on July 1, 2011 [D.I. 5862], my fourth supplemental declaration on August 16, 2011 [D.I. 6160], my fifth supplemental declaration on March 29, 2012 [D.I. 7467], which itself incorporates prior affidavits and declarations, and my sixth supplemental declaration on August 16, 2012 [D.I. 8186].

2. Except as otherwise indicated, all facts set forth in this Supplemental Declaration are based upon my personal knowledge, information and belief, information supplied to me by other partners and/or employees of EY LLP, information learned from client matter records kept in the ordinary course of business that were reviewed by me or other employees of EY LLP under my supervision and direction, my experience and knowledge of the Debtors' operations, and/or my experience from working on matters similar to this engagement. If called as a witness, I would testify competently to the matters set forth herein.

3. EY LLP has provided services in the past to one of its clients, Cricket Communications, Inc ("Cricket"). The Debtors were a vendor to Cricket in respect of certain communications equipment. Cricket requested that EY LLP review purchases from its vendors that may qualify as non-taxable technology transfer agreements pursuant to California law, and assist Cricket in submitting tax refund claims through vendors. EY LLP has determined that it will not provide such services to Cricket in respect of purchases from the Debtors.

*{Signature Page Follows}*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/20 , 2013

_____
**James Scott**