## BANKRUPTCY COURT CHANGE OF ADDRESS - **CREDITOR**

Debtor's Name(s): Nortel Networks

Case Number: 09-10138

Chapter: 11

Creditor's Name: SEE ATTACHED SPREADSHEET

Old Address: Restoration Capital Management LLC
325 Greenwich Avenue – 3rd Floor
Greenwich, CT 06830

New Address: c/o Distressed Line II Fund, L.P.
Attention: Pamela M. Lawrence
One Dock Street, Suite #304
Stamford, Ct 06902

Change
Requested By: Pamela M, Lawrence
Managing Member

_____
Signature

FILED
2013 JAN 31 AM 10: 40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

This notice is provided pursuant to 11 USC § 342(e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

**Restoration Capital Management LLC to Distressed Line II Fund, L.P.**

| CASE | CASE NUMBER | ORIGINAL CREDITOR | CLAIM AMOUNT |
|---|---|---|---|
| Nortel Networks | 09-10138 | Blanca Alonso | 1,191.45 |
| Nortel Networks | 09-10138 | Bristol Capital | 1,885.00 |
| Nortel Networks | 09-10138 | Computer Market Research Ltd | 5,950.00 |
| Nortel Networks | 09-10138 | Precision Machine Fabrication | 747 |
| Nortel Networks | 09-10138 | Ricoh P R | 747 |
| Nortel Networks | 09-10138 | Silvercom Inc | 4,128.00 |
| Nortel Networks | 09-10138 | Somerset Group Consulting | 15,918.10 |
| Nortel Networks | 09-10138 | South Carolina Telephone Assoc | 1,200.00 |
| Nortel Networks | 09-10138 | The Voice Factory | 500 |
| | | | 32,266.55 |