IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

In re                                          : Chapter 11
                                               :
Nortel Networks Inc., et al.,[1]               : Case No. 09-10138 (KG)
                                               :
              Debtors.                         : Jointly Administered
                                               :
                                               : RE: D.I.s 8067, 8085, 8562, 8722, 8886,
                                               :     9113, 9174, 9319

------------------------------------------------------------X

## AMENDED SCHEDULING ORDER FOR HEARING ON DEBTORS' PROCESS TO TERMINATE LONG-TERM DISABILITY BENEFITS

WHEREAS, on July 30, 2012, the Debtors filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees* [D.I. 8067] (the "LTD Termination Motion").

WHEREAS, on August 1, 2012, the Court entered the *Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 105(a), 363 and 1108* [D.I. 8085] (as amended from time to time, the "Scheduling Order"), which was subsequently amended by the *Order Granting Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors'*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Long-Term Disability Plans and the Employment of the LTD Employees and (B) Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Benefits*, dated September 20, 2012 [D.I. 8562], the *Amended Scheduling Order for Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees*, dated October 17, 2012 [D.I. 8722], the *Order Approving Debtors' Motion for Entry of an Order Further Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits*, dated November 6, 2012 [D.I. 8886], the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits*, dated December 13, 2012 [D.I. 9113], the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits*, dated December 21, 2012 [D.I. 9174] and the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits*, dated January 22, 2013 [D.I. 9319].

WHEREAS, on January 18, 2013, the Debtors and the Official Committee of Long Term Disability Participants (the "LTD Committee") filed the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief* [D.I. 9304].

WHEREAS, counsel for the LTD Committee, as well as counsel to the Official Committee of Unsecured Creditors and the Ad Hoc Group of Bondholders, have reviewed the

proposed amended scheduling order (the "Proposed Amended Scheduling Order") and the parties have agreed to amend the Scheduling Order as set forth below.

NOW THEREFORE, IT IS HEREBY ORDERED, that the following shall apply:

1. The deadlines set forth in the Scheduling Order that have not already occurred are suspended. The parties shall return to the Court at a later date to seek entry by the Court of an order establishing new dates for the remaining deadlines set forth in the Scheduling Order as necessary.

2. For the avoidance of doubt, the suspension of all deadlines set forth in the Scheduling Order that have not already occurred is also applicable to the LTD Employees in their individual capacity.

3. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: Feb. 1, 2013
Wilmington, DE

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

3