# SERVICE LIST

**VIA OVERNIGHT MAIL, HAND DELIVERY & EMAIL**

Elliott Greenleaf
Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
1105 N. Market Street
Suite 1700
Wilmington, DE 19801
Email: rxza@elliottgreenleaf.com

**VIA HAND DELIVERY & OVERNIGHT MAIL**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Mary F. Caloway, Esq.
Mona A. Parikh, Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801

**VIA OVERNIGHT MAIL & FAX**

Margaret S. Curran
Elliott Greenleaf & Siedzikowski, P.C.
925 Harvest Drive
P.O. Box 3010
Blue Bell, PA 19422
Fax: 215-977-1099

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Fax: 212-610-6399

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Thomas R. Kreller
Milbank, Tweed, Hadley & Mcloy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

6960443.1