**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**<br><br>**NORTEL NETWORKS, INC.,** *et al.*,[1]<br><br>          **Debtors.** | **Chapter 11**<br><br>**Case No. 09-10138 (KG)**<br>**Jointly Administered**<br><br>Objections Due:  February 12, 2013 at 4pm<br>Hearing Date:  February 19, 2013 at 10am |

## NOTICE OF MOTION

TO:    **Office of the United States Trustee and all parties requesting notice pursuant to Bankruptcy Rule 2002.**

     The Ad Hoc Committee of Canadian Employees Terminated Pre-Petition ("Ad Hoc Committee" or "Movant") have filed their Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (the "Motion") which seeks an order authorizing Movants to file their proofs of claim after the established proof of claim deadline.

     Any responses or objections thereto must be filed **on or before February 12, 2013 at 4:00 p.m.** At the same time, you must also serve a copy of the response upon the following:

                     **MONZACK MERSKY McLAUGHLIN**
                     **AND BROWDER, P.A.**
                     Rachel B. Mersky, Esquire
                     1201 N. Orange Street, Suite 400
                     Wilmington, DE 19801
                     Telephone: (302) 656-8162
                     Facsimile: (302) 656-2769
                     Email:  rmersky@monlaw.com

     If any responses or objections are timely filed, a hearing on this matter will be held on **February 19, 2013 at 10:00 a.m.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 1, 2013                    MONZACK MERSKY McLAUGHLIN
                                              AND BROWDER, P.A.

                                              */s/ Rachel B. Mersky*
                                              Rachel B. Mersky (DE #2049)
                                              1201 N. Orange Street, Suite 400
                                              Wilmington, DE 19801
                                              Tel:   (302) 656-8162
                                              Fax:   (302) 656-2769
                                              Email: rmersky@monlaw.com

                                              **Attorneys for Ad Hoc Committee of**
                                              **Canadian Employees Terminated Pre-Petition**