IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**NORTEL NETWORKS, INC.,** *et al.*,[1]<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 09-10138 (KG)**<br>**Jointly Administered**<br><br>Related to Docket No. _____ |

**ORDER APPROVING MOTION OF AD HOC COMMITTEE
OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION
FOR ENTRY OF AN ORDER ALLOWING LATE FILED CLAIMS**

Upon the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims, dated February 1, 2013 (the "Motion"), for entry of an order allowing members of the Ad Hoc Committee[2] to file their proofs of claim subsequent to the previously established proof of claim deadline; and it appearing that this Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interest of the Ad Hoc Committee; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Ad Hoc Committee be granted until the date which is thirty (30) days after the date of entry of this Order to file their proofs of claim; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Items not defined herein are given the meaning ascribed to them in the Motion.

#150420

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: February _____, 2013
       Wilmington, DE                                        The Honorable Kevin Gross

#150420