IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NORTEL NETWORKS, INC.,** *et al.*,[1]<br><br>           **Debtors.** | **Chapter 11**<br><br>Case No. 09-10138 (KG)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Shelley A. Losito, certify that I am not less than 18 years of age, and that I caused service of the **Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims** to be made on February 1, 2013 upon all parties on the attached service list via first class mail.

I further certify that the foregoing was also served electronically on the CM/ECF System.

Date:  February 1, 2013                    */s/ Shelley A. Losito*
                                                                Shelley A. Losito, Paralegal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

#150419