IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2013 FEB -4  AM 10: 09

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
|  | Jointly Administered |
| Debtors. | Related D.I.:8067 |
|  | RE:           D.I. # 9304 |
|  | Preliminary Hearing Date: February 14, 2013 at 10:00 am (EST); |
|  | Preliminary Hearing Objections Due: February 4, 2013 at 4:00 pm (EST) |

**OBJECTION TO DEBTORS' MOTION OF PURSUANT TO SECTIONS 363 AND 105 OF THE
BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023
TO (I)(A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT
REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS,
(B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT
PURPOSES ONLY, (C) APPROVE THE NOTICE
PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND
(II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT,
(B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS
TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF**

I, Paul E. Morrison, a disabled LTD employee of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors and the Official Committee of Long Term Disability Participants (the "LTD Committee") Motion [D.I. 9304] to

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

(I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, 3(B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (the "LTD Settlement Motion").

In support of this Objection, Paul E. Morrison respectfully represents as follows:

## BACKGROUND

1. On January 14, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. On June 3, 2011, a significant number of LTD Participants filed a joinder to the Retiree Committee Appointment Motion [D.I. 5595]. Contemporaneously, certain LTD Participants filed a motion seeking appointment of a committee as the official representative for LTD Participants [D.I. 5595] (the "LTD Committee Appointment Motion"). Additionally, multiple other LTD Participants filed correspondence with the Court supporting the relief sought in the Retiree and LTD Committee Appointment Motions. (See, e.g., Docket Nos.5659-61, 5670-76, 5678-81, 5694-5701, 5703-5708, 5712-5716 and 5760-5764).

3. On August 2, 2011, the United States Trustee appointed the members of the LTD Committee [D.I. 6073], as amended on August 4, 2011 [D.I. 6080];

4. The LTD committee by-laws were drafted and the LTD committee selected the legal representation of Elliot-Greenleaf as their Attorney on August 5, 2011.

5. On July 30, 2012 Debtors filed Motion for entry of an order pursuant to 11 US. C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long Term Disability Plans and the Employment of the LTD Employees (D.I. 8067).

## RELIEF REQUESTED

1. I respectfully request that the court deny Debtor's Motion [D.I. 9304].

2. I respectfully request that the disbursement of settlement funds be audited by an independent auditor not currently employed by the Debtors.

3. I respectfully request that the Certification of LTD Class [D.I. 9304] not be implemented.

## BASIS FOR RELIEF

1. If the Court allows this action to be Certified as a Class Action, individual LTD Employees, who suffer from various serious ailments, will have limited opportunities to object or audit the disbursement allocation.

2. All or most of the LTD committee members are dealing with their disabilities and coping with sometimes harsh side effects of drugs they are prescribed. However, the Debtors' in their Motion [D.I.9304] have put the LTD committee members in a position to deal with issues which require full attention of an able and qualified worker. Therefore, they should not be given the responsibility of the

disbursement of the settlement funds. And an independent audit should be ordered for verification of the disbursement of funds by an independent auditor/actuary who is not currently an employee of the Debtors'.

3. I pray that justice and fairness will prevail in this case.

## **NOTICE**

1. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system.

2. Paul E. Morrison respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

3. **WHEREFORE**, Paul E. Morrison respectfully requests the entry of an Order, in the form attached, providing for the Debtors to provide an independent audit.

Dated: February 02, 2013

Paul E. Morrison

Telephone: 217-223-3920
Facsimile: N/A
Email: pemqcy@gmail.com

*Appearing Pro Se*