# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------x
In re:                                          :      Chapter 11
                                                :
Nortel Networks Inc., et. al.,                  :      Case No. 09-10138 (KG)
                                                :
                                                :
                    Debtors.                    :      Jointly Administered
--------------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF PAPERS AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Moses & Singer LLP and Amphenol Corporation hereby withdraw their appearances in the above-captioned cases on behalf of Amphenol Corporation and its various subsidiaries, upon their consent, and hereby request removal from the service list.

Dated:  New York, New York
        February 4, 2013

MOSES & SINGER LLP


By:   /s/ Christopher J. Caruso
        Alan Kolod, Esq.
        Christopher J. Caruso
        Kent C. Kolbig, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 554-7800
Fax: (212) 554-7700

        and

Amphenol Corporation
Attn: Edward C. Wetmore
VP, Secretary, General Counsel
358 Hall Avenue
Wallingford, CT 06492
Phone: (203) 265-8634
Fax: (203) 265-8827

Counsel for Amphenol Corporation

976322v1  011991.0101