IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
Nortel Networks Inc., *et. al.*,                               :    Case No. 09-10138 (KG)
                                                               :
                    Debtors.                                   :    Jointly Administered
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 4th day of February, 2013, he caused copies of the:

**Notice of Withdrawal of Request for Service of Papers and Request for Removal from Service List on behalf of Amphenol Corporation and its various subsidiaries**

to be served, by First Class Mail, on the parties list blow at the addresses designated by them for such service:

| | |
|---|---|
| Megan Flemming-Delacruz, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | Epiq Systems, Inc.<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017<br>Attn: Nortel Networks, Inc., et al. Service List |

                                                              /s/ Don K. Kick
                                                                 Don K. Kick

Sworn to before me on February 4, 2013

      /s/ Marie S. Leybag
Notary Public

        Marie S. Leybag
  Notary Public, State of New York
        No. 01LE5060744
    Qualified in Queens County
  Commission Expires: May 20, 2014

976335v1  011991.0101