EXHIBIT B

Refer to Docket 9342

Objection to Debtors Motion to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B)Conditionally Certify a Class for Settlement Purposes Only, (C)Approve the Notice Procedures and (D)Scheduling a Fairness Hearing and (II)(A)Finally Approve the Settlement Agreement (B)Finally Certify a Class (C)Authorize the Debtors to Terminate the LTD Plans and (D)Grant Related Relief (related document(s)[9304]) Filed by Daniel D. David (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Proposed Form of Order) (SB)

My Exhibit B is a duplicate of this Exhibit B.