# EXHIBIT D

Excerpt from Form 5500 year 2010 for Nortel Networks, Inc. page 67.

| Form 5500<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security<br>Administration<br><br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), and 6058(a) of the Internal Revenue Code (the Code)<br><br>▶ Complete all entries in accordance with the instructions to the Form 5500 | OMB Nos. 1210-0110<br>1210-0089<br><br>**2010**<br><br>This Form is Open to Public Inspection |
|---|---|---|

**NORTEL NETWORKS WELFARE BENEFITS PLAN**

Statement of Changes in Benefit Obligations

Year ended December 31, 2010

| | |
|---|---:|
| Amount currently payable to or for participants, beneficiaries, and dependents: | |
| Balance at beginning of year | $ 7,445,672 |
| Claims reported and approved for payment | 50,599,964 |
| Claims paid | (51,790,723) |
| Claims incurred but not reported | (5,020,000) |
| Insurance premiums incurred | 2,330,082 |
| Insurance premiums paid | (2,330,082) |
| | 1,234,913 |
| Other obligations for current benefit coverage, at present value of estimated amounts: | |
| Balance at beginning of year | 78,126,000 |
| Net change during year: | |
| Long-term disability benefit obligation — income and life insurance | (4,402,026) |
| Long-term disability, severance, and COBRA benefit obligations – health care benefits | (1,560,974) |
| Balance, end of year | 72,163,000 |
| Postretirement benefit obligations: | |
| Balance at beginning of year | 252,328,394 |
| Increase (decrease) during the year primarily attributable to: | |
| Benefits earned | 14,366,412 |
| Plan participant contributions | 9,253,025 |
| Plan curtailment | (13,329,544) |
| Actuarial (gain) loss | (15,057,565) |
| Benefits classified to amounts currently payable | (21,092,281) |
| Balance, end of year | 226,468,441 |
| Total benefit obligations, end of year | $ 299,866,354 |

See accompanying notes to financial statements.

5

NNI-LTD-00002888