To Mr. David D. Bird, Clerk of Court

United States Bankruptcy Court

District of Delaware

824 North Market Street, 3rd Floor

Wilmington, Delaware 19801


January 29, 2013


In regards to submitting Marilyn Day Objection of Motion 9304, I will provide a copy via FAX or email to the following parties:

Cleary Gottlieb Steen & Hamilton LLP

Attn: James L. Bromley and Lisa M. Schweitzer

One Liberty Plaza,

New York, New York 10006

Fax: (212) 225-3999


Morris, Nichols, Arsht & Tunnell LLP

(Attention: Derek C. Abbott)

1201 North Market Street,

Wilmington, Delaware 19801,

Fax: (302) 658-3989


Elliott Greenleaf,

Attn: Rafael Zahralddin, Esq.,

1105 Market Street, Suite 1700,

Wilmington, Delaware 19801

*pg 2 of 2*

Akin Gump Strauss Hauer & Feld LLP

Attn: Lisa Beckerman, Esq.,

One Bryant Park,

New York, New York 10036,

Facsimile: (212) 872-1002,


Bondholder Group:

Milbank, Tweed, Hadley & McCloy LLP,

Attn: Thomas J. Matz, Esq.,

One Chase Manhattan Plaza,

New York, New York 10005

Facsimile: (212) 822-5885


Office of the United States Trustee:

Attn: Mark Kenney, Esq.,

844 King Street, Suite 2207, Lockbox 35,

Wilmington, Delaware 19801,

Facsimile: (302) 573-6497.

Thank you.

Marilyn Day

2020 Fox Glen Dr.
Allen, TX. 75013
469-675-3612
mardiday@yahoo.com