John J. Rossi
1568 Woodcrest Dr.
Wooster, Ohio 44691

'13 FEB -5 AM 8: 52
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 30, 2013

Chapter 11
Case No. 09-10138 (KG)
Jointly Administered
**Related D.I.: 8067**

Judge Gross
824 N. Market St.
Wilmington, De. 19801

**DECLARATION OF JOHN J ROSSI OBJECTION TO DEBTORS'
JOINT MOTION PURSUANT TO SECTIONS 363 AND 105 OF THE
BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023
TO (I)(A) DENIE THE SETTLEMENT AGREEMENT
REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, (B)
CONDITIONALLY CERTIFY A CLASS
FOR SETTLEMENT PURPOSES ONLY, (C) DENIE THE NOTICE
PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND
(II)(A) DENIE THE SETTLEMENT AGREEMENT,
(B)DENIE CERTIFY A CLASS, (C) DENIE THE DEBTORS
TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF**

My Name is John Rossi I had liver cancer and had a liver transplant due to Hep-C infection of the liver which I must have gotten in Vietnam since its Geno type only comes from there. I am on anti-rejection meds for the rest of my life.

I would like to support the objection Of Daniel David (9342) against Nortel Networks motion (9304). This is for current issues and that I reserve my rights for future benefits. I know that there is mediation but nothing is allowed to come out from those meetings.

All this confidential requirements are not helpful at all. And from the beginning I question the Trustee, who was picked on the LTD committee and will copy emails sent to Him. I also feel that the Present Committee does not have my Best Interest at heart in these settlement talks why they are so confidential is beyond me.

these settlement talks why they are so confidential is beyond me. John Ray quotes (9304) The 1989 and 2004 in settlement papers which really is like apples and oranges to me as I went out in 2001 and Nothing says in SPD that I lose my benefits.

Now I see that even on the so called LTD Committee that there are 5 out of the 7 who are not in the same plan years as myself are there no rules on this an is it ethical . So I support Dan David's Objection.   All I want is what Nortel owes me my claim which was in effect from 2001. I would like to have my day in court if I may and will try to come in person and let Your Honor decide. All this time all I see are lawyers putting in for payment and getting outrageous fees up on docket. Sorry But No one should get paid over $1000 dollars an hour for what is beyond anything I can think of as I do not see a cure or anything produced by them with all due respect to Your Honor. A expert getting over $675 dollars an hour and all he used were documents prepared by Nortel Lawyers so I ask this what did he do because I can add also and I do not get paid like that.

Sincerely Yours,

John J. Rossi   ( Pro Se )