# EXHIBIT A

## No-Basis Claims

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| CHAPMAN, JAMES L<br>P.O. BOX 1111<br>CREEDMOOR, NC  27522 | 2728<br>9/8/09<br>NO DEBTOR | $149,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$149,000.00 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| CIRILO, ELLEN P<br>1045 E. GREEN ST.<br>PASADENA, CA  91106 | 2117<br>8/24/09<br>NO DEBTOR | Unspecified* | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| CLAY, RANDAL<br>436 FOX TRAIL<br>ALLEN, TX  75002 | 7479<br>10/29/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>- (P)<br>$54,992.00 (U)<br>$54,992.00 (T) | The Claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| COAKLEY, BILLY W. SR.<br>573 VERONICA RD.<br>GEORGETOWN, SC  29440 | 2885<br>9/14/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,666.00 (P)<br>$7,666.00 (U)<br>$7,666.00 (T) | The Claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| COAKLEY, BILLY W. SR.<br>573 VERONICA RD.<br>GEORGETOWN, SC  29440 | 7086<br>2/8/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$7,618.00 (P)<br>- (U)<br>$7,618.00 (T) | The Claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| COAKLEY, BILLY WAYNE SR.<br>573 VERONICA ROAD<br>GEORGETOWN, SC  29440 | 7087<br>2/8/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$7,618.00 (A)<br>- (P)<br>- (U)<br>$7,618.00 (T) | The Claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| GOMEZ, MAGDALENA<br>22 - 406 AVE DES PINS OUEST<br>MONTREAL, QC  H2W 1S2<br>CANADA | 2961<br>9/14/09<br>NO DEBTOR | Unspecified* | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| CITIZEN BANK<br>(FILED BY HALLORAN, ROBERT J.)<br>2 COLE ST.<br>SALEM, NH  03079 | 6315<br>12/18/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>$122,000.00 (A)<br>- (P)<br>- (U)<br>$122,000.00 (T) | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| HALLORAN, ROBERT J<br>2 COLE ST<br>SALEM, NH  03079 | 2203<br>8/26/09<br>NO DEBTOR | Unspecified* | The Claim asserts liability for "mortgage".<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| HALLORAN, ROBERT J<br>2 COLE ST<br>SALEM, NH  03079 | 6314<br>12/18/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The Claim asserts benefits/payments related to, among other things, house, mortgage, taxes and car insurance.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| HAYDOCK, JOSEPH<br>613 ARCHIE PLACE<br>SYCAMORE, IL  60178 | 2188<br>8/25/09<br>NO DEBTOR | - (S)<br>- (A)<br>$60,000.00 (P)<br>- (U)<br>$60,000.00 (T) | The Claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| KLINE, ANDRIA<br>7612 FLAMINGO WAY<br>SACRAMENTO, CA  95828-3430 | 6961<br>1/25/10<br>09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$40,000.00 (P)<br>- (U)<br>$40,000.00 (T) | The Claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| REYMANN, MICHAEL H<br>37805 REMINGTON DR<br>PURCELLVILLE, VA  22132 | 1742<br>8/17/09<br>NO DEBTOR | Unspecified* | The Claim asserts liability for contributions to employee benefit plans.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| SEPULVEDA (CIRILO), ELLEN<br>1045 E GREEN STREET<br>PASADENA, CA  91106 | 2116<br>8/24/09<br>09-10138<br>Nortel Networks Inc. | Unspecified* | Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| SIMMONS, LORAINE<br>324-3 MONA DRIVE<br>DOTHAN, AL  36303 | 7914<br>8/23/11<br>NO DEBTOR | Unspecified* | The Claim asserts liability for services performed.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| THOMAS, DELORIS F<br>101 EAST TIFFANY LAKES DR., APT. 4<br>WEST PALM BEACH, FL  33407 | 2103<br>8/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$18,000.00 (U)<br>$18,000.00 (T) | The Claim asserts liability for benefits/payments related to, among other things, medical, loans, mortgage, goods, condo repairs and domestic support obligations.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| THOMAS, DELORIS F<br>101 EAST TIFFANY LAKES DR APT 4<br>WEST PALM BEACH, FL  33407 | 6576<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The Claim asserts liability for benefits/payments related to, among other things, medical, loans, mortgage, goods, condo repairs and domestic support obligations.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 4 of 6*

## Exhibit A

### No-Basis Claims

| Claim to be Expunged |||||
|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number<br>Date Filed<br>Case Info** | **Total Amount<br>Claimed** | **Reason for<br>Disallowance** |
| THOMAS, DELORIS F<br>101 EAST TIFFANY LAKES DR., APT 4<br>WEST PALM BEACH, FL 33407 | 6577<br>1/4/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$300,000.00 (P)<br>- (U)<br>$300,000.00 (T) | The Claim asserts liability for benefits/payments related to, among other things, medical, loans, mortgage, goods, condo repairs and domestic support obligations.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| THOMAS, DELORIS S.<br>101 EAST TIFFANY DRIVE APT# 4<br>WEST PALM BEACH, FL 33407 | 2102<br>8/24/09<br>09-10146<br>Nortel Networks<br>Applications<br>Management<br>Solutions Inc. | Unspecified* | The Claim asserts liability for benefits/payments related to, among other things, medical, loans, mortgage, goods, condo repairs and domestic support obligations.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| VAN, RICHARD A<br>42106 COSMIC DR<br>TEMECULA, CA 92592-3279 | 1724<br>8/17/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$40,000.00 (U)<br>$40,000.00 (T) | The Claim asserts liability for services performed.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |
| WATSON, JOHN JR<br>4638 COLONIAL AVE<br>JACKSONVILLE, FL 32210 | 3289<br>9/21/09<br>NO DEBTOR | - (S)<br>- (A)<br>$23,000.00 (P)<br>- (U)<br>$23,000.00 (T) | The Claim asserts liability for termination benefits.<br><br>Based on careful review of the Debtors' Books and Records, their Schedules, and the proofs of claim, including any supporting documentation provided by the claimant, the Debtors have determined that there is no amount due and owing by any of the Debtors to the claimant with respect to such claim and none of the Debtors in these chapter 11 cases is liable for the claim. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit A

### No-Basis Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| **Totals:** | **21 Claims** | $149,000.00 (S)<br>$129,618.00 (A)<br>$438,284.00 (P)<br>$120,658.00 (U)<br>$829,894.00 (T) | |

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 6 of 6*