## **EXHIBIT B**

**Modified, Reclassified and/or Wrong Debtor and Allowed Claims and Amended or Superseded, Redundant, No-Basis 503(b)(9) and No-Basis Pension Claims**

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| BUI, TAM B 1991 UPHALL COURT SAN JOSE, CA 95121 | 6665 1/11/10 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $5,142.77 (U) $5,142.77 (T) | - (S) - (A) - (P) $5,589.80 (U) $5,589.80 (T) | 09-10140 Nortel Altsystems Inc. | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Claim Amount.  Wrong or No Debtor. Based on a careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors believe that the Claim should be asserted against the Identified Debtor. |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF KHAI VO PO BOX 237037 NEW YORK, NY 10023 | 8141 1/6/12 09-10138 Nortel Networks Inc. | - (S) - (A) $1,663.62 (P) $29,801.87 (U) $31,465.49 (T) | - (S) - (A) $1,663.62 (P) $29,801.88 (U) $31,465.50 (T) | | The Claim asserts liability for termination benefits.  Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Claim Amount. |
| GAO, LANYUN 4405 BELVEDERE DR. PLANO, TX 75093 | 411 2/26/09 NO DEBTOR | - (S) - (A) $35,510.28 (P) - (U) $35,510.28 (T) | Disallowed | | Claim is redundant of claim 2573 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 2573 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| GAO, LANYUN<br>4405 BELVEDERE DR.<br>PLANO, TX 75093 | 2573<br>9/3/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$35,510.28 (P)<br>- (U)<br>$35,510.28 (T) | - (S)<br>- (A)<br>- (P)<br>$19,512.43 (U)<br>$19,512.43 (T) | | The Claim asserts liability for termination benefits.<br><br>Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount.<br><br>Reclassify and Allow. Section 503(b) and 507(a)(4) govern the administrative status and priority of claims, respectively. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, and pursuant to the requirements of sections 503(b) and 507(a)(4) of the Bankruptcy Code, the administrative status (if applicable) and priority status of the claim has been reclassified, and the reclassified amount is reflected in the column entitled Modified Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Modified Claim<br>Amount or<br>Disallowed Claim | New Case Info and<br>Identified Debtor | Reason for Modification<br>or Disallowance |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BARTLETT, ELLEN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 282<br>2/13/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,882.36 (U)<br>$17,882.36 (T) | - (S)<br>- (A)<br>- (P)<br>$9,491.71 (U)<br>$9,491.71 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Claim Amount.<br><br>Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates |
| LOPEZ, RICARDO<br>C5 CALLE 6<br>BAYAMON, PR 00959-8140 | 2298<br>8/28/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$43,290.00 (U)<br>$43,290.00 (T) | Disallowed | | Claim is redundant of claim 6361 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6361 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| LOPEZ, RICARDO A C5 CALLE 6 BAYAMON, PR 00959-8140 | 6361 12/22/09 09-12515 Nortel Networks (CALA), Inc. | - (S) - (A) - (P) $40,274.97 (U) $40,274.97 (T) | - (S) - (A) - (P) $43,528.03 (U) $43,528.03 (T) | | The Claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Claim Amount. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates |
| LOPEZ, RICARDO A CALLE 6C-5 ALT DE FLAMBOYAN BAYAMON, PR 00959 | 6362 12/22/09 09-12515 Nortel Networks (CALA), Inc. | - (S) $40,274.97 (A) - (P) - (U) $40,274.97 (T) | Disallowed | | Claim is redundant of claim 6361 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 6361 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| NAQVI, JAFFAR 13 SUVA CT. SAN RAMON, CA 94582 | 2366 8/31/09 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $24,751.72 (U) $24,751.72 (T) | - (S) - (A) $1,949.80 (P) $25,763.68 (U) $27,713.48 (T) | | Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. Claim Amount. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Exhibit B

### Modified, Reclassified and/or Wrong Debtor and Allowed Claims
### and
### Amended or Superseded, Redundant and No-Basis 503(b)(9) Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number Date Filed Case Info | Total Amount Claimed | Modified Claim Amount or Disallowed Claim | New Case Info and Identified Debtor | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| TRAN, THANH T 2013 BROOK TREE DR. GARLAND, TX 75040 | 8362 9/12/12 09-12515 Nortel Networks (CALA), Inc. | $7,991.98 (S) - (A) - (P) $2,650.18 (U) $10,642.16 (T) | - (S) - (A) - (P) $11,634.74 (U) $11,634.74 (T) | | The Claim asserts liability for termination benefits. Modify and Allow. Based on careful review of the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the Claimant, the Debtors have determined the claim amount should be adjusted from the amount listed in the column entitled Total Amount Claimed to the amount listed in the column entitled Modified Claim Amount. |
| TRAN, THANH T. 2013 BROOK TREE DR GARLAND, TX 75040 | 8364 9/12/12 09-12515 Nortel Networks (CALA), Inc. | - (S) $10,642.16 (A) - (P) - (U) $10,642.16 (T) | Disallowed | | Claim is redundant of claim 8362 filed by the claimant or an affiliate of the claimant asserting the same underlying liability. Remaining claim 8364 has also been modified, reclassified and/or applied to the correct debtor on this Exhibit. |
| **Totals:** | **11 Claims** | **$7,991.98 (S) $50,917.13 (A) $72,684.18 (P) $163,793.87 (U) $295,387.16 (T)** | **$7,991.98 (S) - (A) $39,123.70 (P) $228,522.39 (U) $275,638.07 (T)** | | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed