# EXHIBIT C

## No-Basis Pension Claims

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| ATALLA, ASHRAF W<br>15 WAVERLY PL<br>SOUTH BRUNSWICK, NJ  08852 | 1819<br>8/19/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| AVERY, BARBARA A<br>411 PLAZA DR<br>GARNER, NC  27529 | 1913<br>8/20/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BALL, LORETTA E<br>1709 ENON RD.<br>OXFORD, NC  27565 | 6655<br>1/11/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BALL, LORETTA E<br>1709 ENON ROAD<br>OXFORD, NC  27565 | 6656<br>1/11/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BEASLEY, PATSY J<br>P O BOX 935<br>CONYERS, GA  30012-0935 | 7072<br>2/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| BEASLEY, PATSY J<br>P O BOX 935<br>CONYERS, GA  30012-0935 | 7073<br>2/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 1 of 8*

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| BRACE, L STEPHEN<br>76 METROPOLITAN AVE<br>ASHLAND, MA  01721 | 6304<br>12/18/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$10,000.00 (P)<br>$6,326.38 (U)<br>$16,326.38 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DANIELS, TANYA<br>2676 BERMAN ROAD<br>NORTH AURORA, IL  60542 | 2820<br>9/11/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| DINAPOLI, VINCENT A<br>48 HALF MOON TRAIL<br>S KINGSTON, RI  02879 | 6886<br>1/25/10<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| EUBANKS, GAYLA E<br>1193 ADAMS MOUNTAIN RD.<br>STEM, NC  27581 | 2588<br>9/3/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| FOSTER, KAREN D.<br>9231 VINEWOOD DRIVE<br>DALLAS, TX  75228 | 8344<br>8/20/12<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$67,596.00 (P)<br>- (U)<br>$67,596.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| GODFREY, CLAUDE W<br>4809 34TH AVE N<br>GOLDEN VALLEY, MN  55422 | 2361<br>8/31/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| GOODE, TERESA V<br>2661 NEW HP CH RD<br>RALEIGH, NC  27604 | 2056<br>8/24/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HOPKINS, DAWN<br>1212 TEMPLE CREST DRIVE<br>FRANKLIN, TN  37069 | 6551<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| HOPKINS, DAWN<br>1212 TEMPLE CREST DR<br>FRANKLIN, TN  37069-7219 | 6552<br>1/4/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JETTON, JOANIE D<br>704 CLAIBORNE STREET<br>APT B<br>GOLDSBORO, NC  27530 | 7017<br>1/26/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JETTON, JOANIE D<br>704 CLAIBORNE STREET<br>APT B<br>GOLDSBORO, NC  27530 | 7261<br>5/17/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| JETTON, JOANIE D.<br>704-B E. CLAIBORNE ST.<br>GOLDSBORO, NC  27530 | 7018<br>1/26/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| JETTON, JOANIE D.<br>704-B E. CLAIBORNE ST.<br>GOLDSBORO, NC  27530 | 7262<br>5/17/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KENNEDY, LOUISE N<br>3512 SCENIC DR<br>DENVILLE, NJ  07834 | 2622<br>9/4/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KETTLEDON, LORRAINE<br>1726 CORBIN AVE<br>NEW BRITAIN, CT  06053 | 6698<br>1/13/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KETTLEDON, LORRAINE A<br>1726 CORBIN AVENUE<br>NEW BRITAIN, CT  06053 | 6699<br>1/13/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| KLAMMER, DALE N.<br>11044 TERRACE RD. NE<br>MINNEAPOLIS, MN  55434 | 2699<br>9/8/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LA CHAPELLE, DONNA<br>23 SIROS<br>LAGUNA NIGUEL, CA  92677 | 5422<br>9/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$304,517.00 (P)<br>- (U)<br>$304,517.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| LARA, ENRIQUE<br>17042 WESTGROVE DR.<br>ADDISON, TX  75001 | 1221<br>5/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$27,500.00 (P)<br>- (U)<br>$27,500.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LE, JOHN Q.<br>4417 KELLY DR.<br>RICHARDSON, TX  75082 | 3783<br>9/25/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LITTLE, DONNA<br>PO BOX 1082<br>SPRINGFIELD, TN  37172 | 6431<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LITTLE, DONNA M<br>PO BOX 1082<br>SPRINGFIELD, TN  37172 | 5787<br>10/1/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LITTLE, DONNA M.<br>PO BOX 1082<br>SPRINGFIELD, TN  37172 | 6432<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| LUBBERS, THOMAS<br>5607 GREEN CIRCLE DRIVE<br>APT 1<br>MINNETONKA, MN  55343 | 6500<br>12/29/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

*Page 5 of 8*

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| LUBBERS, THOMAS F<br>5607 GREEN CIRCLE DR<br>APT 1<br>MINNETONKA, MN  55343 | 6499<br>12/29/09<br>09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| NGUYEN, LONG<br>2961 CRYSTAL SPRINGS LANE<br>RICHARDSON, TX  75082 | 5761<br>10/1/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$100,000.00 (P)<br>- (U)<br>$100,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| POLITZ, JOHN<br>211 HILL STREET<br>FARMERSVILLE, TX  75442 | 6749<br>1/19/10<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| POLITZ, JOHN B.<br>211 HILL ST.<br>FARMERSVILLE, TX  75442 | 6748<br>1/19/10<br>09-10138<br>Nortel Networks Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| PRESCOTT, SILVAN A<br>114 45 173 ST<br>ST ALBANS, NY  11434 | 2835<br>9/11/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SCOTT, RACHEL B<br>3321 EZELL ROAD<br>NASHVILLE, TN  37211 | 6133<br>11/16/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| SHARP, JOHN B III<br>2733 W AGATITE AVE<br>CHICAGO, IL 60625-3801 | 6369<br>12/22/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| SNYDER, TONY P<br>8317 OLD NC HWY 86<br>CHAPEL HILL, NC 27516 | 4331<br>9/28/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| STARKS, LAWRENCE L<br>5149 WEST WASHINGTON STREET<br>CHICAGO, IL 60644 | 7362<br>7/29/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| STOUT, NORMAN T<br>12138 CEMENT HILL RD<br>NEVADA CITY, CA 95959 | 1780<br>8/18/09<br>NO DEBTOR | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| TURNER, JUANITA M<br>7116 BLAYLOCK RD<br>BAHAMA, NC 27503 | 2374<br>8/31/09<br>NO DEBTOR | - (S)<br>- (A)<br>$21,000.00 (P)<br>- (U)<br>$21,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| UNDERWOOD, WILMA FAYE<br>584 HERMITAGE DR<br>SAN JOSE, CA 95134 | 6831<br>1/22/10<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Exhibit C

### No-Basis Pension Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Disallowance |
|---|---|---|---|
| WELSH, KELLY<br>32 VICTORIA RD<br>NORTH BABYLON, NY  11703 | 6278<br>12/15/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$26,296.94 (P)<br>- (U)<br>$26,296.94 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WONG, FREDDIE F<br>88 FRANCIS ST UNIT 1<br>WALTHAM, MA  02451-4366 | 6442<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| WONG, FREDDIE F<br>88 FRANCIS ST UNIT 1<br>WALTHAM, MA  02451-4366 | 6443<br>12/28/09<br>09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| YOUNG, TINA L<br>670 W. WALCOTT<br>PILOT POINT, TX  76258 | 3727<br>9/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>$1,000,000.00 (P)<br>- (U)<br>$1,000,000.00 (T) | The claim asserts liability for defined benefit pension benefits. Pursuant to ERISA, the Pension Benefit Guaranty Corporation is the sole authority to properly assert a claim on account of benefits under a single-employer pension plan. Therefore, claimant's No-Basis Pension Claim is not a liability of the Debtors or their estates. |
| **Totals:** | 46 Claims | - (S)<br>- (A)<br>$1,556,909.94 (P)<br>$6,326.38 (U)<br>$1,563,236.32 (T) | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed