# Exhibit A

# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bugda, Lisa M. | Paralegal | $ 200.00 | 15.60 | $ 3,120.00 |
| Cupingood, Dara J. | Paralegal | $ 200.00 | .60 | $ 120.00 |
| Dallas, Heidi R. | Paralegal | $ 200.00 | 4.20 | $ 840.00 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 30.10 | $ 6,772.50 |
| Snow, Theresa M. | Paralegal | $ 225.00 | 132.30 | $ 29,767.50 |
| Tighe, Alison K. | Paralegal | $ 200.00 | 1.80 | $ 360.00 |
| Braverman, Michael R. | Associate | $ 200.00 | 98.90 | $ 19,780.00 |
| Stemerman, Jonathan M. | Associate | $ 375.00 | 10.30 | $ 3,862.50 |
| Curran, Margaret S. | Of Counsel | $ 138.00 | 2.00 | $ 275.00 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 87.20 | $ 23,980.00 |
| Kinsella, Shelley A. | Of Counsel | $ 0.00 | .20 | $ 0.00 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 93.80 | $ 39,396.00 |
| Kohart, Mary E. | Of Counsel | $ 230.00 | 1.5 | $ 345.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 30.70 | $ 14,122.00 |
| Sutty, Eric M. | Of Counsel | $ 450.00 | 70.90 | $ 31,905.00 |
| Siedzikowski, Henry F. | Shareholder | $ 565.00 | 3.10 | $ 1,751.50 |
| Simon, Debbie H. | Shareholder | $ 260.00 | 98.20 | $ 25,532.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 98.50 | $ 60,085.00 |
| **Total:** | | | 779.90 | $ 262,014.00 |
| **Blended Rate:** | | $ 335.96 | | |