# Exhibit C

## EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Expense Category | Total Expenses |
|---|---|
| Dockets/Research | $ 178.09 |
| Copying | $ 540.20 |
| Delivery/Courier Service | $ 75.00 |
| Expert Witness/Fees | $ 8,280.00 |
| Express Mail | $ 35.96 |
| Postage | $ 236.39 |
| Telephone | $ 638.22 |
| TOTAL: | $ 9,983.86 |

WLM: 25088 v1