# Exhibit A

## EXHIBIT A

### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bugda, Lisa M. | Paralegal | $ 200.00 | 5.00 | $ 1,000.00 |
| Cupingood, Dara J. | Paralegal | $ 200.00 | 1.80 | $ 360.00 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 12.40 | $ 2,790.00 |
| Snow, Theresa M. | Paralegal | $ 225.00 | 17.90 | $ 4,027.50 |
| Braverman, Michael R. | Associate | $ 200.00 | 9.20 | $ 1,840.00 |
| Stemerman, Jonathan M. | Associate | $ 375.00 | 5.5 | $ 2,062.50 |
| Curran, Margaret S. | Of Counsel | $ 138.00 | 4.80 | $ 660.00 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 26.70 | $ 7,342.50 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 26.20 | $ 11,004.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 2.60 | $ 1,196.00 |
| Sutty, Eric M. | Of Counsel | $ 225.00 | 4.50 | $ 1,012.50 |
| Sutty, Eric M. | Of Counsel | $ 450.00 | 26.20 | $ 11,790.00 |
| Siedzikowski, Henry F. | Shareholder | $ 565.00 | 1.20 | $ 678.00 |
| Simon, Debbie H. | Shareholder | $ 260.00 | 19.70 | $ 5,122.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 305.00 | 5.00 | $ 1,525.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 123.10 | $ 75,091.00 |
| **Total:** | | | **291.80** | **$ 127,501.00** |
| **Blended Rate:** | | **$ 436.95** | | |