# Exhibit B

## EXHIBIT B

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | | | |
|---|---:|---|---:|
| Case Administration | $ | 337.50 | $ 30,572.50 |
| Asset Disposition | | | $ 104.50 |
| Meetings of and Comm. With Creditors | $ | 10,659.00 | $ 202,479.00 |
| EG Retention | | | $ 43,186.00 |
| Employment & Retention Application - Other | $ | 3,283.00 | $ 15,574.00 |
| EG Fee Applications | $ | 1,285.50 | $ 66,424.00 |
| EG Fee Objections | $ | 567.00 | $ 5,197.50 |
| Fee Applications and Invoices -Other | $ | 2,629.00 | $ 23,411.50 |
| Fee Objections - Others | | | $ 4,441.50 |
| Non-Working Travel | $ | 3,197.50 | $ 13,826.00 |
| Claims Administration and Objections | | | $ 2,885.50 |
| Business Operations | $ | 90.00 | $ 1,464.00 |
| Employee Benefits/Pensions | $ | 42,793.50 | $ 452,275.50 |
| Plan and Disclosure Statement | | | $ 1,057.00 |
| Financing/Cash Collections | | | $ 67.50 |
| Court Hearings | $ | 566.00 | $ 38,902.50 |
| Labor Issues | | | $ 350.00 |
| Litigation | $ | 62,093.00 | $ 940,299.50 |
| Research | | | $ 1,020.00 |
| **Total Fees** | $ | **127,501.00** | $ **1,843,538.00** |



www.elliottgreenleaf.com

ELLIOTT GREENLEAF
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable
Nortel Networks
PO Box 13010
Suite 300

RTP NC 27709

February 1, 2013

Bill Number 113476

File Number 60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through December 31, 2012

<u>Case Administration</u>

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/12 | AXL | [B110-] Update 2002 Service List | 1.50 Hrs | |
| | | Totals | 1.50 Hrs | $337.50 |
| | | Case Administration Totals | 1.50 Hrs | $337.50 |

<u>Meetings of and Communications with Creditors</u>

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/03/12 | TMS | [B150-] Telephone conference with V. Reid regarding 2012 benefits statement worksheet | 0.10 Hrs |
| 12/03/12 | MSC | [B150-] Conference call with LTD Committee regarding position in mediation | 1.50 Hrs |
| 12/03/12 | JXS | [B150-] Telephone conference with S. Bloom regarding confidentiality agreement and stipulation | 0.10 Hrs |
| 12/03/12 | SAK | [B150-] Telephone conference with LTD Committee re upcoming mediation and expert report issues | 1.50 Hrs |
| 12/04/12 | SAK | [B150-] Instructions to T. Snow re LTD Committee telephonic participation requested for mediation (.2); multiple email exchanges with R. Zahralddin re same (.2) | 0.40 Hrs |
| 12/04/12 | TMS | [B150-] Email from C. Addison regarding various issues (Kra report, discovery dispute, etc.) | 0.10 Hrs |

Page 1

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| 12/04/12 | TMS | [B150-] Numerous conferences, emails and telephone calls with Committee members and Committee Professionals regarding mediation and outstanding issues | 1.80 Hrs | |
| 12/04/12 | SAK | [B150-] Telephonic conference with co-counsel and LTD Committee re new proposed settlement terms | 0.90 Hrs | |
| 12/05/12 | SAK | [B150-] Communication to LTD Committee members re confidentiality requirements (.1); instructions from R. Zahralddin re same and related matters (.1) | 0.20 Hrs | |
| 12/05/12 | RXZ | [B150-] 1102 Conference Call with constituency | 2.50 Hrs | |
| 12/06/12 | EMS | [B150-] Review emails from committee members regarding confidential communications | 0.30 Hrs | |
| 12/06/12 | RXZ | [B150-] Call with committee regarding update on settlement and confidentiality concerns | 1.50 Hrs | |
| 12/10/12 | RXZ | [B150-] Prepare for committee call | 1.70 Hrs | |
| 12/10/12 | RXZ | [B150-] Committee conference call to discuss methodology, settlement term sheet and presentation of proposed methodology re: same | 2.50 Hrs | |
| 12/11/12 | TMS | [B150-] Telephone conference with P. Moon regarding confidentiality issues | 0.10 Hrs | |
| 12/13/12 | TMS | [B150-] Telephone conference with C. Addison regarding benefits statement, status of case, miscellaneous | 0.20 Hrs | |
| 12/14/12 | EMS | [B150-] Review emails from committee members re allocation methodology of settlement proceeds | 0.30 Hrs | |
| 12/14/12 | RXZ | [B150-] Committee conference call re: methodology and settlement form issues | 1.30 Hrs | |
| 12/14/12 | RXZ | [B150-] Prepare for committee conference call re: methodology and settlement form issues | 1.00 Hrs | |
| 12/17/12 | EMS | [B150-] Review emails from committee members re allocation methodology of settlement proceeds | 0.30 Hrs | |
| 12/17/12 | RXZ | [B150-] Prepare for committee call (.7); committee conference call (1.2) | 1.90 Hrs | |
| 12/18/12 | RXZ | [B150-] E-mail and call from B. Lewis re: retirement transition | 0.20 Hrs | |
| 12/19/12 | RXZ | [B150-] Call from Y. Sharron re: general creditor inquiry (mother's passing) | 0.30 Hrs | |
| 12/20/12 | TMS | [B150-] Numerous emails from N. Aurbulach to LTD plan participants regarding disputes (.3); email to B. Gallagher regarding email from N. Aurbulach regarding documents produced on November 30, 2012 and uploaded onto VDR (.2) | 0.50 Hrs | |
| 12/21/12 | TMS | [B150-] Telephone conference with L. Adams regarding recent documents received and email from N. Aurbulach regarding status of personnel files and dispute issues | 0.20 Hrs | |
| | Totals | | 21.40 Hrs | $10,659.00 |
| | Meetings of and Communications with Creditors Totals | | 21.40 Hrs | $10,659.00 |

Employment & Retention Application Other

| | | | | |
|---|---|---|---|---|
| 12/10/12 | SAK | [B165-] Review draft DaVinci declarations | 0.20 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| 12/12/12 | RXZ | [B165-] Analyze Towers Watson conflict issues as related to litigation concerns (.7); analyze supplemental declaration in support (.4); calls to and from M. Kohart (.3); and related e-mails (.3) | 1.70 Hrs | |
| 12/13/12 | SAK | [B165-] Multiple email exchanges with co-counsel and professionals re DaVinci retention issues (.3); review proposed pleadings re same (.2) | 0.50 Hrs | |
| 12/13/12 | RXZ | [B165-] Negotiations (.8); drafting of language to address open issues on waivers (.6); follow up e-mails and calls with retiree counsel, counsel to Towers Watson and (.3) | 1.70 Hrs | |
| 12/17/12 | RXZ | [B165-] Further comments and e-mails from A&M counsel (.2); and Towers Watson counsel (.2) re: waiver issue | 0.40 Hrs | |
| 12/19/12 | RXZ | [B165-] Calls and e-mails from counsel to A&M re: waiver issues | 0.50 Hrs | |
| 12/21/12 | RXZ | [B165-] E-mails and calls with D. Feigenbaum and N. Berger re: Towers Watson issues | 0.60 Hrs | |
| | | Totals | 5.60 Hrs | $3,283.00 |
| | | Employment & Retention Application Other Totals | 5.60 Hrs | $3,283.00 |

EG Fee Applications

| | | | | |
|---|---|---|---|---|
| 12/10/12 | TMS | [B170-] Emails to/from M. Maddox regarding Elliott Greenleaf's 15th omnibus order re: quarterly fee figures and review of files regarding same | 0.30 Hrs | |
| 12/17/12 | SAK | [B170-] Analyze Debtors' Certification of Counsel re proposed Omnibus Fee Application Order and related documents | 0.10 Hrs | |
| 12/17/12 | SAK | [B170-] Analyze Order entered approving 15th Omnibus Fee Application Order and instructions to T. Snow re same | 0.20 Hrs | |
| 12/21/12 | SAK | [B170-] Review and edit Exhibit B for Elliott Greenleaf's November monthly fee application | 2.60 Hrs | |
| | | Totals | 3.20 Hrs | $1,285.50 |
| | | EG Fee Applications Totals | 3.20 Hrs | $1,285.50 |

Fee Objections EGS

| | | | | |
|---|---|---|---|---|
| 12/05/12 | TMS | [B171-] Review docket for objections and prepare CNO for EG's 13th fee application (.2); prepare for filing and file (.1) | 0.30 Hrs | |
| 12/12/12 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 13th Monthly Fee Application (.1); instructions to T. Snow re same (.1) | 0.20 Hrs | |
| 12/12/12 | TMS | [B171-] Prepare certificate of no objection for Elliott Greenleaf's 13th fee application (.1); file same (.1) | 0.20 Hrs | |
| 12/18/12 | TMS | [B171-] Prepare certificate of no objection for Elliott Greenleaf's 14th fee application (.2); file same (.1) | 0.30 Hrs | |
| 12/18/12 | TMS | [B171-] Prepare certificate of no objection for Elliott Greenleaf's 15th fee application (.2); file same (.1) | 0.30 Hrs | |
| 12/18/12 | TMS | [B171-] Prepare certificate of no objection for Elliott Greenleaf's 5th quarterly fee application (.2); file same (.1) | 0.30 Hrs | |
| 12/18/12 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 14th Monthly Fee Application | 0.10 Hrs | |
| 12/18/12 | SAK | [B171-] Finalize Certificate of No Objection re 15th Monthly Fee Application (.1); instructions to T. Snow re revisions to same (.1) | 0.20 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 12/18/12 | SAK | [B171-] Finalize Certificate of No Objection re Elliott Greenleaf's 5th Quarterly Fee Application | 0.10 Hrs | |
|---|---|---|---|---|
| | Totals | | 2.00 Hrs | $567.00 |
| | Fee Objections EGS Totals | | 2.00 Hrs | $567.00 |

Fee Applications and Invoices - Other

| 12/03/12 | AXL | [B175-] Instructions from T. Snow (.3); draft LTD Committee Fee Request (2.4) | 2.70 Hrs | |
|---|---|---|---|---|
| 12/03/12 | RXZ | [B175-] Finalize request for committee expenses (.3); supervise filing and revise re: same (.3) | 0.60 Hrs | |
| 12/04/12 | AXL | [B175-] Instructions from T. Snow (.1); revise Sixth Application Of The Official Committee Of Long Term Disability Participants For Reimbursement Of Expenses Incurred By Committee Members (.8); prepare 2002 Service List (.2); file same (.2); catalog record internally (.1) | 1.40 Hrs | |
| 12/05/12 | AXL | [B175-] Instructions from T. Snow (.1); prepare final draft of Sixth Application of the Official Committee of Long Term Disability Participants For Reimbursement of Expenses Incurred By Committee Members (.6) | 0.70 Hrs | |
| 12/05/12 | TMS | [B175-] Emails and conferences with Committee Professionals regarding expert's invoices | 0.10 Hrs | |
| 12/11/12 | TMS | [B175-] Emails to/from M. Maddox regarding Elliott Greenleaf's Alvarez & Marsal's 15th omnibus order re: quarterly fee figures | 0.10 Hrs | |
| 12/11/12 | TMS | [B175-] Supplement sixth LTD Committee reimbursement application | 0.50 Hrs | |
| 12/11/12 | SAK | [B175-] Instructions to T. Snow re expert reimbursements | 0.10 Hrs | |
| 12/12/12 | TMS | [B175-] Supplement 6th LTD Committee reimbursement application and prepare exhibit (.8); prepare certificate of service (.1); prepare for filing and file (.2); effectuate service (.8) | 1.90 Hrs | |
| 12/17/12 | SAK | [B175-] Review email from Debtors' counsel re Omnibus Fee Application proposed Order (.1); instructions and email exchange with T. Snow re same (.1) | 0.20 Hrs | |
| 12/17/12 | RXZ | [B175-] E-mails to A. Lyles re: status of fee order (.1); analyze same (.1); follow up re: same (.2) | 0.40 Hrs | |
| 12/17/12 | RXZ | [B175-] E-mails with A. Cordo and T. Snow re: A&M numbers for omnibus fee order | 0.30 Hrs | |
| 12/19/12 | AXL | [B175-] Instructions from R. Zahralddin and email communications regarding (FIFTEENTH OMNIBUS) Allowing Certain Professional Interim Compensation for Services Rendered and Reimbursement of Expenses to professionals (.1); catalog record internally (.1) | 0.20 Hrs | |
| | Totals | | 9.20 Hrs | $2,629.00 |
| | Fee Applications and Invoices - Other Totals | | 9.20 Hrs | $2,629.00 |

Non-Working Travel

| 12/04/12 | EMS | [B195-] Travel to and from New York for mediation [half-time] | 4.50 Hrs | |
|---|---|---|---|---|
| 12/04/12 | MSC | [B195-] Travel to and from New York for mediation session [half-time] | 4.80 Hrs | |
| 12/04/12 | RXZ | [B195-] Travel to and from New York for mediation session [half-time] | 5.00 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

|  | | | | |
|---|---|---|---|---|
| | Totals | | 14.30 Hrs | $3,197.50 |
| | Non-Working Travel Totals | | 14.30 Hrs | $3,197.50 |

### Business Operations

| | | | | |
|---|---|---|---|---|
| 12/05/12 | TMS | [B210-] Email to Debtors forwarding estimated fees and expenses for November 2012 for budgeting purposes | 0.10 Hrs | |
| 12/28/12 | AXL | [B210-] Instructions from R. Zahralddin and email communication to E. Sutty re Debtor-In-Possession Monthly Operating Report for Filing Period November 1, 2012 - November 30, 2012 (.2); catalog record internally (.1) | 0.30 Hrs | |
| | Totals | | 0.40 Hrs | $90.00 |
| | Business Operations Totals | | 0.40 Hrs | $90.00 |

### Employee Benefits/Pensions

| | | | | |
|---|---|---|---|---|
| 12/01/12 | DHS | [B220-] Draft analysis of impact of termination motion and discovery issues on strategy for prosecuting adversary complaint and for upcoming mediation | 0.60 Hrs | |
| 12/01/12 | DHS | [B220-] Review and analyze bullet points for upcoming mediation and thereafter revise and comment upon document | 0.70 Hrs | |
| 12/02/12 | RXZ | [B220-] Prepare for mediation (analyze issues related to damages (4.7); analyze research forwarded by litigation team (2.4); analyze prior settlement and actuarial methodologies forwarded by debtors (3.2); analyze current document production excerpts and relevant documents forwarded by litigation team and discovery team (2.3)) | 12.60 Hrs | |
| 12/03/12 | TMS | [B220-] Numerous emails and conferences with committee professionals regarding mediation and assist attorney's in preparation of same (1.4); numerous emails regarding premediation conferences and scheduling same (.1); emails and conferences with Committee professionals and Debtors' regarding attendees of mediation and planning of same (.2) | 1.70 Hrs | |
| 12/03/12 | TMS | [B220-] Numerous emails to/from Committee members, Committee Professionals, and actuaries regarding Debtors' expert report and comments to same | 0.40 Hrs | |
| 12/03/12 | TMS | [B220-] Email from R. Zahralddin regarding ERISA insurance research and prepare record of same | 0.10 Hrs | |
| 12/03/12 | SAK | [B220-] Telephone conference with M. Curran re upcoming mediation | 0.10 Hrs | |
| 12/03/12 | MSC | [B220-] Conference call with R. Zahralddin, S. Kinsella, E. Sutty, D. Simon regarding case strategy and preparation for mediation session | 2.40 Hrs | |
| 12/03/12 | MSC | [B220-] Conference call with Alvarez & Marsal and actuaries regarding mediation | 0.50 Hrs | |
| 12/03/12 | MSC | [B220-] Revised and supplemented position statement for mediator | 0.60 Hrs | |
| 12/03/12 | DHS | [B220-] Review mediation outline | 0.30 Hrs | |
| 12/03/12 | DHS | [B220-] Provide analysis of termination premium issues as relates to termination of LTD plan | 0.80 Hrs | |
| 12/03/12 | RXZ | [B220-] E-mails to and from A&M and DaVinci re: updated reconciliation and bridge documents of Mercer actuary report and LTD Committee Actuary report (.4); analyze same (.3) | 0.70 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 12/03/12 | RXZ | [B220-] Finalize mediation statement for mediator eyes only (.5); finalize mediation settlement position and forward for approval by client and litigation team (.6) | 1.10 Hrs |
| 12/04/12 | TMS | [B220-] Emails to/from Committee Professionals regarding amended scheduling order of motion to terminate retiree benefits | 0.10 Hrs |
| 12/04/12 | MSC | [B220-] Attend mediation session in Debtors' offices in New York [half-time] | 9.80 Hrs |
| 12/04/12 | HFS | [B220-] Call from R. Zahralddin regarding settlement in principal and Term Sheet | 0.30 Hrs |
| 12/04/12 | DHS | [B220-] Examine and evaluate Debtors' communications with clients relating to confirmation of benefits | 0.50 Hrs |
| 12/05/12 | EMS | [B220-] Call with R. Winters regarding value of claims | 0.20 Hrs |
| 12/05/12 | MSC | [B220-] Call with R. Winters of Alvarez & Marsal regarding potential selling of claim in tentative settlement | 0.30 Hrs |
| 12/05/12 | HFS | [B220-] Coordinate with M. Curran on Term Sheet issues | 0.50 Hrs |
| 12/06/12 | RXZ | [B220-] Calls and e-mails with D. David and other committee members re: issues with confidentiality over settlement | 0.90 Hrs |
| 12/07/12 | MSC | [B220-] Review, analyze and comment on settlement term sheet (.7); call with R. Zahralddin regarding settlement term sheet (.8); call with R. Zahralddin and R. Winters of Alvarez & Marsal regarding claim (.3) | 1.80 Hrs |
| 12/07/12 | RXZ | [B220-] Call with A&M re: term sheet and deadlines (1.4); follow up e-mails and related correspondence (.4) | 1.80 Hrs |
| 12/07/12 | RXZ | [B220-] Update, solicit and incorporate comments from committee members and committee professionals including methodology, due process concerns, concerns on exclusions to settlement amounts, execution and distribution and administrative costs and related analysis and preparation of term sheet re: same | 7.20 Hrs |
| 12/09/12 | RXZ | [B220-] Further calls, e-mails (1.8); and adjustments to term sheets and analysis of research and record re: same (5.0) | 5.80 Hrs |
| 12/10/12 | RXZ | [B220-] Analyze methodology report prepared by Towers Watson | 0.60 Hrs |
| 12/10/12 | MSC | [B220-] Conference call with LTD Committee regarding allocation method for settlement term sheet (2.0); and analysis of 2012 Medical Plan SPD to determine appropriate run-off period for term sheet (.8) | 2.80 Hrs |
| 12/10/12 | DHS | [B220-] Review, analyze and research issue relating to run-off period for submitting medical claims in conjunction with addressing terms of settlement and contents of term sheet | 1.30 Hrs |
| 12/10/12 | DHS | [B220-] Evaluate and research scope of release as related to potential benefits in ERISA plans and potential claims for severance and vacation benefits | 1.10 Hrs |
| 12/10/12 | DHS | [B220-] Draft analysis of plan contents bearing on terms of settlement in term sheet | 0.70 Hrs |
| 12/10/12 | DHS | [B220-] Analyze documents relating to severance and vacation benefits for purpose of determining impact upon terms of settlement | 0.50 Hrs |
| 12/10/12 | RXZ | [B220-] Analysis of emails and record re: income discrepancies in actuarial data (.8); calls and e-mails with committee members (.4); updates to interested parties on progress with committee (.4) | 1.60 Hrs |
| 12/10/12 | RXZ | [B220-] Analyze comments from D. Jones re: basis for actuarial methodology re medical claims and dependents and income replacement (.4); follow up with A&M (.3) | 0.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 12/11/12 | RXZ | [B220-] Call from S. Friedburg re: claim issues and potential purchase | 0.60 Hrs |
| 12/11/12 | MSC | [B220-] Conference call with R. Zahralddin and D. Simon regarding issues of settlement term sheet (1.0); telephone call with D. Greer of Alvarez & Marsal regarding data used to calculate LTD benefits claim (.2); and analysis of allocation issue for settlement term sheet, including review of emails from Committee and actuaries regarding allocation method (1.0) | 2.20 Hrs |
| 12/11/12 | DHS | [B220-] Participate in discussions related to term sheet and tax issues relating to settlement | 1.20 Hrs |
| 12/11/12 | DHS | [B220-] Review and analyze basic issues involved in IRS treatment of settlement proceeds and of payments for employee benefits for purpose of determining necessity of securing tax advice and additionally providing suggestions relating to possible terms in settlement providing employer indemnification from tax claims | 1.20 Hrs |
| 12/12/12 | MSC | [B220-] Telephone call with expert regarding status of expert report (.1); conference call with LTD Committee members D. David and P. Morrison and actuary professionals regarding data issues provided by Debtors used in calculation of LTD benefits (1.1); call with R. Zahralddin updating status of call with actuary professionals and LTD Committee members (.1); conference call with full LTD Committee and actuary professionals regarding allocation method (1.8) | 3.10 Hrs |
| 12/12/12 | RXZ | [B220-] Analyze tax issues and research forwarded by Elliott Greenleaf's litigation team regarding settlement as income | 1.30 Hrs |
| 12/12/12 | DHS | [B220-] Analyze issues relating to settlement and allocation of settlement | 1.20 Hrs |
| 12/12/12 | DHS | [B220-] Review potential impact of tax issues on allocation methodology and timing of decision on allocation | 0.70 Hrs |
| 12/12/12 | DHS | [B220-] Review declarations and analyze potential conflict issues involving actuarial consultants | 0.80 Hrs |
| 12/12/12 | RXZ | [B220-] Calls with M. Curran re: data point analysis | 0.40 Hrs |
| 12/13/12 | MSC | [B220-] Conference call with R. Zahralddin and D. Simon and actuary professionals regarding allocation method | 1.30 Hrs |
| 12/13/12 | RXZ | [B220-] Call with committee professionals re: allocation methodology for settlement | 1.50 Hrs |
| 12/13/12 | DHS | [B220-] Analyze allocation issues and prepare for telephone call with actuarial experts | 0.70 Hrs |
| 12/13/12 | DHS | [B220-] Participate in conference call with actuarial experts regarding allocation issues | 1.40 Hrs |
| 12/13/12 | DHS | [B220-] Review and revise draft of communication to committee regarding class certification issues and decision relating to allocation | 1.10 Hrs |
| 12/14/12 | SAK | [B220-] Analyze A&M's medical cost analysis | 0.20 Hrs |
| 12/14/12 | RXZ | [B220-] E-mails from D. Jones re: actuarial analysis and data points | 0.30 Hrs |
| 12/14/12 | DHS | [B220-] Review communications relating to allocation methodology and committee issues and concerns | 0.60 Hrs |
| 12/17/12 | EMS | [B220-] Attention to claims trading prices | 0.40 Hrs |
| 12/17/12 | RXZ | [B220-] Calls to and from third party claims purchasers for quotes | 1.60 Hrs |
| 12/17/12 | RXZ | [B220-] Calls and e-mails with M. Arnaoudona re: claims qoutes | 0.30 Hrs |
| 12/17/12 | RXZ | [B220-] Analyze various COBRA inquiries from B. Gallagher (.2); e-mails to and from M. Curran and related follow up from B. Gallagher (.2) | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| 12/17/12 | RXZ | [B220-] E-mails from D. Jones re: follow up on data issues with sources for benefits and income projections and related responses from Towers Watson | 0.30 Hrs | |
| 12/18/12 | RXZ | [B220-] Update, revise term sheet (.8); analyze elated record and A&M memos (1.4); further revisions to term sheet and circulate to Elliott Greenleaf's team (1.2) | 3.40 Hrs | |
| 12/18/12 | RXZ | [B220-] Call from A&M re: claims purchase (.2); analyze spreadsheet and memo re: same from A&M (.3); related follow up (.2) | 0.70 Hrs | |
| 12/19/12 | RXZ | [B220-] Analyze comments from litigation team re: term sheet | 0.70 Hrs | |
| 12/21/12 | RXZ | [B220-] Call with Debtors' counsel re: updated settlement term sheet | 0.40 Hrs | |
| 12/21/12 | RXZ | [B220-] E-mail from M. Fleming re: data points for distribution and other purposes (.1); related follow up with A&M and Towers (.6); analyze related documents and compare to record (1.2) | 1.90 Hrs | |
| 12/21/12 | RXZ | [B220-] Analyze settlement agreement | 0.80 Hrs | |
| 12/27/12 | RXZ | [B220-] Analyze settlement motion (1.2); and settlement agreement drafts forwarded by Debtors (1.0) | 2.20 Hrs | |
| 12/29/12 | HFS | [B220-] Coordinate with R. Zahralddin and M. Kohart on Class Action background | 0.40 Hrs | |
| | | Totals | 94.40 Hrs | $42,793.50 |
| | | Employee Benefits/Pensions Totals | 94.40 Hrs | $42,793.50 |

Court Hearings

| | | | | |
|---|---|---|---|---|
| 12/03/12 | EMS | [B430-] Review agenda for 12/5 hearing | 0.20 Hrs | |
| 12/03/12 | SAK | [B430-] Review Notice of Agenda | 0.10 Hrs | |
| 12/06/12 | AXL | [B430-] Instructions from R. Zahralddin (.1); analyze Amended Omnibus Hearing Order (.2); email professionals re same (.2) | 0.50 Hrs | |
| 12/17/12 | SAK | [B430-] Analyze Notice of Agenda for adjourned hearing | 0.10 Hrs | |
| 12/17/12 | RXZ | [B430-] Analyze Notice of Agenda for 12/18/2012 at 10:00 AM hearing (.1); follow up with committee (.1) | 0.20 Hrs | |
| 12/19/12 | AXL | [B430-] Instructions from R. Zahralddin (.1); email communications regarding the Deferred Compensation Hearing to professionals (.2); catalog record internally (.1) | 0.40 Hrs | |
| 12/20/12 | AXL | [B430-] Instructions from R. Zahralddin and email communications regarding Certification of Counsel Regarding Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits to professionals (.2); catalog record internally (.1) | 0.30 Hrs | |
| | | Totals | 1.80 Hrs | $566.00 |
| | | Court Hearings Totals | 1.80 Hrs | $566.00 |

Litigation

| | | | | |
|---|---|---|---|---|
| 12/01/12 | RXZ | [B600-] Analyze research forwarded by paralegals and litigation team re: discount rate and date of application of same | 7.10 Hrs | |
| 12/02/12 | RXZ | [B600-] Analyze Ethan Kra expert opinion (.8); analyze materials from A&M (.7) | 1.50 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 12/03/12 | AXL | [B600-] Analyze returned LTD Participant mailing (.1); update address and resend (.5) | 0.60 Hrs |
| 12/03/12 | DC1 | [B600-] Retrieve case law on Westlaw (.5); legal research re: Federal Rule of Civil Procedure 23(b)(3) in Supreme Court and Third Circuit bankruptcy cases (1.3) | 1.80 Hrs |
| 12/03/12 | EMS | [B600-] Conference call with R. Zahalddin, S. Kinsella, M. Curran and D. Simon regarding Debtors' expert report | 2.50 Hrs |
| 12/03/12 | EMS | [B600-] Research and analyze discount rates in Debtors' expert report | 2.00 Hrs |
| 12/03/12 | EMS | [B600-] Conference call with A&M and DeVinci regarding Debtors' expert report | 0.50 Hrs |
| 12/03/12 | EMS | [B600-] Committee conference call regarding mediation | 1.50 Hrs |
| 12/03/12 | EMS | [B600-] Draft email to R. Levin regarding settlement position | 0.40 Hrs |
| 12/03/12 | MRB | [B600-] Review multiple discovery files (call trax, internal emails and other files) re Nortel HR/Benefits Reps representations about extension of LTD benefits or statements about how LTD employees would be treated/classified | 3.00 Hrs |
| 12/03/12 | SAK | [B600-] Conference with E. Sutty re discount rate legal issues | 0.20 Hrs |
| 12/03/12 | SAK | [B600-] Email exchange with M. Curran re discovery needed (.1); instructions to A. Lyles re same (.1) | 0.20 Hrs |
| 12/03/12 | SAK | [B600-] Teleconference with co-counsel re upcoming mediation and Debtors' expert report issues | 2.50 Hrs |
| 12/03/12 | SAK | [B600-] Revise Mediation Bullet Points and terms (.3); conference with R. Zahralddin and E. Sutty re same (.2) | 0.50 Hrs |
| 12/03/12 | SAK | [B600-] Multiple email exchanges re Export Report issues and Debtors' expert | 0.30 Hrs |
| 12/03/12 | SAK | [B600-] Review A&M initial analysis re Debtors' Expert Report and multiple email exchanges with LTD Committee and co-counsel re same | 0.40 Hrs |
| 12/03/12 | SAK | [B600-] Multiple email exchanges with M. Curran re previous settlement terms and related matters | 0.30 Hrs |
| 12/03/12 | SAK | [B600-] Finalize Notice of Withdrawal of Adversary Proceeding TRO (.1); instructions to T. Snow re same (.1) | 0.20 Hrs |
| 12/03/12 | TMS | [B600-] Convert discovery files to be searchable text | 3.40 Hrs |
| 12/03/12 | TMS | [B600-] Numerous emails to/from Committee members and Committee regarding Nortel facility closures and conference with M. Curran regarding same | 0.30 Hrs |
| 12/03/12 | TMS | [B600-] Emails to/from M. Curran regarding objection summaries and review chart of same | 0.30 Hrs |
| 12/03/12 | TMS | [B600-] Numerous emails regarding organ transplant letters and LTD constituent mortgage letters and review files regarding same | 0.40 Hrs |
| 12/03/12 | TMS | [B600-] Instructions from S. Kinsella regarding notice of withdrawal of TRO motion (.1); prepare notice of withdrawal of TRO motion (.2) prepare certificate of service (.1); prepare for filing and file (.2); email to Debtors' forwarding same and effectuate local service (.2) | 0.80 Hrs |
| 12/03/12 | MEK | [B600-] Telephone call with R. Zahralddin regarding mediation session for 12/4 and discuss merits/approaches | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 12/03/12 | MSC | [B600-] Draft document for use in litigation identifying LTD participants ▮▮▮ | 0.40 Hrs |
| 12/03/12 | DHS | [B600-] Participate in phone call to discuss strategy for upcoming mediation | 2.10 Hrs |
| 12/03/12 | DHS | [B600-] Review and analyze issue relating to use of factual information provided for purposes of evaluating settlement offer and admissibility against debtor in subsequent negotiation | 0.60 Hrs |
| 12/03/12 | DHS | [B600-] Draft comments on Nortel expert report and review committee comments | 0.60 Hrs |
| 12/03/12 | DHS | [B600-] Review communications from and with mediator | 0.30 Hrs |
| 12/03/12 | SAK | [B600-] Telephone conference with co-counsel and financial professionals re upcoming mediation and actuarial issues | 0.60 Hrs |
| 12/03/12 | SAK | [B600-] Telephone conference with M. Curran re preparation of materials for upcoming mediation as requested by mediator | 0.20 Hrs |
| 12/03/12 | RXZ | [B600-] Prepare for call (1.2); call with legal team re: litigation schedule and expert report filed by debtors, mediation, and related motions (2.5); call with actuary and A&M re: mediation and report (.5) | 4.20 Hrs |
| 12/03/12 | RXZ | [B600-] Analyze research on rates and actuarial methods | 2.50 Hrs |
| 12/04/12 | LMB | [B600-] Review list of documents examined by Nortel's expert and compare to lengthy index of documents sent to plaintiff's expert- noting additional documents to send to expert (4.6); scan and email marked list to M. Curran (.2) | 4.80 Hrs |
| 12/04/12 | MRB | [B600-] Review multiple discovery filed (call trax, internal emails and other files) re Nortel HR/Benefits Reps representations about the extension of LTD benefits beyond bankruptcy or made statements about how LTD employees would be treated/classified during/as result of bankruptcy (4.0); drafting chart describing findings in HR call trax logs with LTD employees (2.2) | 6.20 Hrs |
| 12/04/12 | SAK | [B600-] Email exchange with R. Zahraddin re mediation proceedings | 0.20 Hrs |
| 12/04/12 | SAK | [B600-] Discovery review pursuant to instructions from M. Curran (2.3); conference with T. Snow re same (.1) | 2.40 Hrs |
| 12/04/12 | SAK | [B600-] Telephone conference with R. Zahralddin re mediation matters | 0.10 Hrs |
| 12/04/12 | SAK | [B600-] Conference calls with LTD Committee and co-counsel/professionals re mediation proceedings and settlement proposal | 1.00 Hrs |
| 12/04/12 | EMS | [B600-] Research and analyze Debtors' expert report | 2.00 Hrs |
| 12/04/12 | EMS | [B600-] Research regarding class action class certification | 1.20 Hrs |
| 12/04/12 | EMS | [B600-] Attend mediation | 9.80 Hrs |
| 12/04/12 | TMS | [B600-] Upload G-39900 onto VDR (.2); upload and organize discovery of 11/20 and 11/30 (.4); update record regarding same (.3) | 0.90 Hrs |
| 12/04/12 | RXZ | [B600-] Prepare for mediation (1.5); attend mediation and reach agreement with parties (9.0) | 10.50 Hrs |
| 12/04/12 | SAK | [B600-] Analyze email requests and comments from R. Levin re upcoming mediation and conference with R. Zahralddin re same | 0.30 Hrs |
| 12/05/12 | LMB | [B600-] Conference with M. Curran re: settlement and related discovery matters | 0.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 12/05/12 | SAK | [B600-] Email exchange with co-counsel re staying of discovery deadlines | 0.20 Hrs |
| 12/05/12 | SAK | [B600-] Multiple teleconferences with M. Curran re settlement issues and items to be completed in order to finalize settlement | 0.60 Hrs |
| 12/05/12 | SAK | [B600-] Telephone conferences (x2) with M. Curran re settlement issues | 0.60 Hrs |
| 12/05/12 | TMS | [B600-] Convert discovery files to be searchable text | 2.10 Hrs |
| 12/05/12 | EMS | [B600-] Call with various claims traders regarding purchase price information | 0.80 Hrs |
| 12/05/12 | MEK | [B600-] Discuss details of mediation session and agreements reached at session with R. Zahralddin and M. Curran (.40); list steps required to finalize settlement and ensure that all litigation tasks cease (.80) | 1.20 Hrs |
| 12/05/12 | SAK | [B600-] Review term sheet versions (.4); conference with R. Zahralddin re same (.1) | 0.50 Hrs |
| 12/05/12 | RXZ | [B600-] Calls and e-mails to debtors re: settlement issues (.5); follow up with A&M (.6); and committee (.3) | 1.40 Hrs |
| 12/06/12 | AXL | [B600-] Instructions from R. Zahralddin (.1); catalog documents for professionals (.1) | 0.20 Hrs |
| 12/06/12 | SAK | [B600-] Analyze benefit documentation forwarded by Debtors (.1); email from R. Zahralddin re same (.1) | 0.20 Hrs |
| 12/06/12 | SAK | [B600-] Communications with Debtors re confidentiality issues; email to Committee members re same | 0.30 Hrs |
| 12/06/12 | SAK | [B600-] Telephone conference with M. Curran re settlement issues (.1); telephone conferences with R. Zahralddin re same (.2) | 0.30 Hrs |
| 12/06/12 | SAK | [B600-] Multiple email exchanges with LTD Committee members re settlement and related issues, including confidentiality matters (.4); review revised term sheet and comments from R. Zahralddin re settlement (.2) | 0.60 Hrs |
| 12/06/12 | SAK | [B600-] Multiple communications re claims trading issues (.1); conference with E. Sutty re same (.1) | 0.20 Hrs |
| 12/06/12 | DHS | [B600-] Review correspondence relating to confidentiality obligations | 0.30 Hrs |
| 12/06/12 | MEK | [B600-] Review emails re confidentiality and discuss potential issues related to settlement with D. Simon | 0.20 Hrs |
| 12/06/12 | RXZ | [B600-] Call with Debtors re: update on settlement | 0.40 Hrs |
| 12/06/12 | RXZ | [B600-] Update to settlement term sheet | 1.30 Hrs |
| 12/06/12 | RXZ | [B600-] Updates to settlement term sheet and related analysis of record and forward with comments to committee and committee professionals | 1.20 Hrs |
| 12/07/12 | SAK | [B600-] Analyze multiple communications for LTD Committee professionals and members re settlement terms and related methodology issues (.4); review comments from M. Curran re term sheet (.1) | 0.50 Hrs |
| 12/07/12 | SAK | [B600-] Review comments from accurarial re term sheet and related analysis; review comments from A&M re same | 0.30 Hrs |
| 12/07/12 | SAK | [B600-] Analyze A&M claims trading analysis and comments re same | 0.20 Hrs |
| 12/07/12 | AXL | [B600-] Instructions from R. Zahralddin and prepare settlement record for R. Zahralddin re: comments from A&M (.2); prepare record for R. Zahralddin re comments from M. Curran re same (.2) | 0.40 Hrs |
| 12/07/12 | MEK | [B600-] Review Amended Scheduling Order (.3); speak to M. Curran regarding potential complications if settlement not consummated (.5) | 0.80 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 12/07/12 | EMS | [B600-] Review term sheet and comments | 0.80 Hrs |
|---|---|---|---|
| 12/08/12 | SAK | [B600-] Multiple email exchanges with co-counsel, LTD Committee, Debtors and Unsecured Committee re settlement term issues (.4); conference with R. Zahralddin re same (.1) | 0.50 Hrs |
| 12/08/12 | RXZ | [B600-] Calls and e-mails with various committee professionals re: term sheet and detail of settlement (2.6); update and revise term sheet (5.0) | 7.60 Hrs |
| 12/09/12 | SAK | [B600-] Multiple email exchanges with co-counsel and LTD Committee (.3); review revised term sheet and comments (.2) | 0.50 Hrs |
| 12/10/12 | SAK | [B600-] Email exchanges re claims trading and scheduling issues | 0.30 Hrs |
| 12/10/12 | SAK | [B600-] Multiple email exchanges with LTD Committee and co-counsel re settlement issues (.2); review analysis from D. Simon re same (.1) | 0.30 Hrs |
| 12/10/12 | MEK | [B600-] Review R. Zahralddin's update to debtors on progress of settlement details | 0.20 Hrs |
| 12/10/12 | JXS | [B600-] Meeting with R. Zahralddin re: income continuation calculation | 0.10 Hrs |
| 12/11/12 | SAK | [B600-] Email exchange and conference with E. Sutty re claims trading issues | 0.20 Hrs |
| 12/11/12 | SAK | [B600-] Conference with J. Stemerman re offset and related settlement issues (.1); conference with R. Zahralddin re same (.1) | 0.20 Hrs |
| 12/11/12 | JXS | [B600-] Begin analysis of documents re: income continuation calculation | 2.20 Hrs |
| 12/12/12 | SAK | [B600-] Analyze Certification of Counsel re amended Scheduling Order for Motion to Terminate LTD Benefits and proposed form of Order and related email from Debtors' counsel | 0.20 Hrs |
| 12/12/12 | SAK | [B600-] Analyze email from R. Zahralddin re settlement tax issues (.1) review comments from M. Curran re same (.1) | 0.20 Hrs |
| 12/12/12 | JXS | [B600-] Continue income continuation analysis | 1.20 Hrs |
| 12/12/12 | RXZ | [B600-] Prepare for committee call re: settlement | 1.50 Hrs |
| 12/12/12 | RXZ | [B600-] Committee call re: settlement and related Towers Watson presentation on methodology and data points | 2.00 Hrs |
| 12/13/12 | SAK | [B600-] Analyze entered Order amending Scheduling Order re Debtors' Motion to Terminate LTD Benefits | 0.10 Hrs |
| 12/13/12 | SAK | [B600-] Analyze email from R. Zahralddin re settlement issues | 0.10 Hrs |
| 12/13/12 | RXZ | [B600-] Prepare draft summary of issues related to settlement for committee (.7); circulate to Elliott Greenleaf's team for comment and revise and update based on comments (.6); finalize and forward to committee (.3) | 1.60 Hrs |
| 12/13/12 | RXZ | [B600-] E-mails and instructions re: scheduling order to T. Snow | 0.20 Hrs |
| 12/13/12 | RXZ | [B600-] Calls with Debtors re: settlement issues | 0.60 Hrs |
| 12/13/12 | RXZ | [B600-] Calls with M. Kohart re: class certification issues (.3); and related analysis and research forwarded by D. Simon and M. Curran and updates to same (.6) | 0.90 Hrs |
| 12/13/12 | RXZ | [B600-] E-mail from A. Cordo re: amended scheduling order and forward same to paralegals for handling | 0.20 Hrs |
| 12/13/12 | JXS | [B600-] Continue income continuation analysis | 1.90 Hrs |
| 12/14/12 | EMS | [B600-] Review emails from committee members regarding allocation | 0.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 12/14/12 | SAK | [B600-] Review Joint Motion for Order: (I) Approving Compromise Among the Debtors, the Official Committee of Unsecured Creditors, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan and Notice of Hearing of the same | 0.40 Hrs |
| 12/14/12 | RXZ | [B600-] E-mails to and from Committee members re: settment issues | 0.40 Hrs |
| 12/14/12 | RXZ | [B600-] E-mails and calls to Debtors' counsel re: settlement methodology and other committee decision in continued negotiations over term sheet | 0.60 Hrs |
| 12/17/12 | RXZ | [B600-] E-mails to and from potential experts re: litigation schedule (.4); follow up with Elliott Greenleaf's litigators (.3) | 0.70 Hrs |
| 12/17/12 | RXZ | [B600-] E-mails and related follow up with Rust Omni and B. Gallagher re: deferred compensation settlement | 0.40 Hrs |
| 12/18/12 | SAK | [B600-] Review Certification of Counsel and proposed form of Order re Amended Scheduling Order for Hearing on Debtors Process to Terminate Retiree Benefits | 0.20 Hrs |
| 12/19/12 | AXL | [B600-] Instructions from R. Zahralddin (.1); email communication regarding amended scheduling order to professionals (.2); catalog record internally (.1) | 0.40 Hrs |
| 12/19/12 | AXL | [B600-] Instructions from R. Zahralddin (.1); e-mail communications to professionals regarding the mediation between Canada, U.K. and the U.S. Estates (.2) | 0.30 Hrs |
| 12/19/12 | AXL | [B600-] Catalog records internally | 0.20 Hrs |
| 12/19/12 | RXZ | [B600-] Analyze Amended Scheduling Order For Hearing on Debtors' Process to Terminate Retiree Benefits and forward to A. Lyles for handling | 0.20 Hrs |
| 12/19/12 | SAK | [B600-] Review Order entered amending scheduling order re Debtors' Motion to Terminate Retiree Benefits | 0.10 Hrs |
| 12/19/12 | SAK | [B600-] Analyze proposed revisions to term sheet and email exchange re same | 0.20 Hrs |
| 12/19/12 | EMS | [B600-] Review draft amended scheduling order and comments | 0.30 Hrs |
| 12/19/12 | DHS | [B600-] Review communications relating to scheduling order and discuss issue of timing for expert report | 0.40 Hrs |
| 12/20/12 | SAK | [B600-] Analyze revised term sheet and emails re same | 0.20 Hrs |
| 12/20/12 | SAK | [B600-] Review Certification of Counsel and proposed form of Order re amended Scheduling Order | 0.10 Hrs |
| 12/20/12 | EMS | [B600-] Review and revise term sheet | 0.80 Hrs |
| 12/20/12 | EMS | [B600-] Various emails from N. Abularach regarding discovery disputes | 0.60 Hrs |
| 12/20/12 | RXZ | [B600-] Finalize certification of counsel and proposed scheduling order and forward comments to Debtors (.3); update to committee on litigation schedule (.2) | 0.50 Hrs |
| 12/21/12 | AXL | [B600-] Continue to catalog records internally | 2.00 Hrs |
| 12/21/12 | SAK | [B600-] Review Amended Scheduling Order entered regarding Debtors' Motion to Terminate LTD benefits | 0.10 Hrs |
| 12/21/12 | EMS | [B600-] Review amended scheduling order | 0.20 Hrs |
| 12/21/12 | EMS | [B600-] Review continuance stipulation from D. Weinstein and related emails | 0.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Init | Description | Hours |
|---|---|---|---|
| 12/21/12 | RXZ | [B600-] E-mails to and from J. Uziel and S. Kinsella re: service issues and binding issues for constituency (.2); analyze materials forwarded by debtors and compare to record re: service for LTD participants (.8) | 1.00 Hrs |
| 12/21/12 | RXZ | [B600-] E-mails and calls re: updates with proposed expert and Elliott Greenleaf's litigators on schedule (.2); and substantive issues (.6) | 0.80 Hrs |
| 12/28/12 | RXZ | [B600-] Discuss service issues with E. Sutty and binding mechanism to be used for possible settlement | 0.20 Hrs |
| 12/28/12 | AXL | [B600-] Instructions from R. Zahralddin (.1); email communication with professionals re LTD Settlement - Term Sheet conference call (.2) | 0.30 Hrs |
| 12/29/12 | RXZ | [B600-] Analyze and update settlement motion, orders, settlement agreement and related record (3.6); and related e-mails and follow up with Committee professionals (.7); e-mails to and from Debtors with updates on joint documents (.2) | 4.50 Hrs |
| 12/31/12 | SAK | [B600-] Review draft settlement agreement and comments re same per instructions from R. Zahralddin | 0.40 Hrs |

| | | Hours | Amount |
|---|---|---|---|
| Totals | | 138.00 Hrs | $62,093.00 |
| Litigation Totals | | 138.00 Hrs | $62,093.00 |

TOTAL LEGAL SERVICES    $127,501.00

**LEGAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CURRAN, MARGARET S. | 4.80 Hrs | 138 /hr | $660.00 |
| Braverman, Michael R. | 9.20 Hrs | 200 /hr | $1,840.00 |
| BUGDA, LISA M. | 5.00 Hrs | 200 /hr | $1,000.00 |
| Cupingood, Dara J | 1.80 Hrs | 200 /hr | $360.00 |
| Lyles, Aurelia X | 12.40 Hrs | 225 /hr | $2,790.00 |
| Snow, Theresa M | 17.90 Hrs | 225 /hr | $4,027.50 |
| Sutty, Eric M | 4.50 Hrs | 225 /hr | $1,012.50 |
| SIMON, DEBBIE H. | 19.70 Hrs | 260 /hr | $5,122.00 |
| CURRAN, MARGARET S. | 26.70 Hrs | 275 /hr | $7,342.50 |
| Zahralddin-Aravena, Rafael X. | 5.00 Hrs | 305 /hr | $1,525.00 |
| Stemerman, Jonathan M. | 5.50 Hrs | 375 /hr | $2,062.50 |
| Kinsella, Shelley A. | 26.20 Hrs | 420 /hr | $11,004.00 |
| Sutty, Eric M | 26.20 Hrs | 450 /hr | $11,790.00 |
| Kohart, Mary E. | 2.60 Hrs | 460 /hr | $1,196.00 |
| SIEDZIKOWSKI, Henry F. | 1.20 Hrs | 565 /hr | $678.00 |
| Zahralddin-Aravena, Rafael X. | 123.10 Hrs | 610 /hr | $75,091.00 |
| | 291.80 Hrs | | $127,501.00 |

**Reimbursement for out of pocket expenses**

COMPUTERIZED LEGAL RESEARCH

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 12/12/12 | [] LEXISNEXIS RISK DATA MANAGEMENT INC---INV #20121130 DTD 11/30/12: ACCURINT LEGAL RESEARCH: PERSON SEARCH | 31.75 |
| 12/12/12 | [] LEXISNEXIS RISK DATA MANAGEMENT INC---INV #20121130 DTD 11/30/12: ACCURINT LEGAL RESEARCH: PERSON SEARCH | 19.05 |
| | | $50.80 |

COMPUTERIZED LEGAL RESEARCH

| | | |
|---|---|---|
| 12/18/12 | [] WEST GROUP (BB/WB/SC/DE)---INV #826192115 DTD 12/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: NOV 01, 2012 - NOV 30, 2012 | 21.14 |
| 12/18/12 | [] WEST GROUP (BB/WB/SC/DE)---INV #826192115 DTD 12/01/12: WESTLAW LEGAL RESEARCH FOR THE PERIOD: NOV 01, 2012 - NOV 30, 2012 | 11.63 |
| | | $32.77 |

COPYING

| | | |
|---|---|---|
| 12/04/12 | [] Device Cost | 0.10 |
| 12/04/12 | [] Device Cost | 0.20 |
| 12/12/12 | [] Device Cost | 60.00 |
| 12/17/12 | [] Device Cost | 2.00 |
| | | $62.30 |

DELIVERY/COURIER SERVICE

| | | |
|---|---|---|
| 12/05/12 | [] RELIABLE WILMINGTON---INV #WL037758 DTD 11/30/12: PROFESSIONAL SERVICE PERIOD: 11/16-11/30/12: GROSS ON 11/19/12 FOR EMS | 7.50 |
| 12/05/12 | [] RELIABLE WILMINGTON---INV #WL037758 DTD 11/30/12: PROFESSIONAL SERVICE PERIOD: 11/16-11/30/12: 4 HD ON 11/27/12 FOR RXZ | 30.00 |
| | | $37.50 |

EXPRESS MAIL

| | | |
|---|---|---|
| 12/14/12 | [] FEDERAL EXPRESS (DE)---INV#2-101-95917 DTD 12/04/12 OVERNIGHT PACKAGE DELIVERY TO MIRIAM STEWART BENSON, NC ON 11/05/12 FROM HRS | 24.95 |
| 12/17/12 | [] FEDERAL EXPRESS CORPORATION (BB)---INV # 2-101-38154 DTD 12/04/12  OVERNIGHT PACKAGE DELIVERY TO FRANK CUMMINGS, ESQ WASHINGTON, DE ON 11/30/12 FROM MSC | 39.42 |
| | | $64.37 |

FILING FEES

(Nortel) Official Committee of Long Term Disability Plan Participants

| 12/03/12 | [] BUSINESS CARD (VISA-BANK OF AMERICA)---INV # 11/20/12 DTD 11/20/12 MONTHLY EXPENSES FOR THE PERIOD: 10/21/12-11/20/12 COURTS/US BANKRUPTCY COURT - DE---FILING FEE FOR MOTION ON 11/19/12 SAK | 293.00 | |
|---|---|---|---|
| | | | $293.00 |

FILING FEES

| 12/31/12 | [] BUSINESS CARD (VISA-BANK OF AMERICA)---INV #12/12/12 DTD 12/12/12 MONTHLY EXPENSES FOR THE PERIOD: 11/21/12-12/20/12 COURTS/USDC-DE---FILING FEE FOR PRO HAC VICE MOTION ON 11/20/12 MEK | 25.00 | |
|---|---|---|---|
| | | | $25.00 |

MEALS

| 12/05/12 | [] RXZ---INV #11/21/12 RXZ DTD 11/30/12 EXPENSE VOUCHER LUNCH FOR HEARING | 66.50 | |
|---|---|---|---|
| 12/05/12 | [] RXZ---INV #11/09 & 09/06/12 RXZ DTD 12/03/12 EXPENSE VOUCHER WORKING LUNCH | 80.00 | |
| 12/20/12 | [] EMS---INV #12/14/12 EMS DTD 12/10/12 EXPENSE VOUCHER RAILROAD FARE/PARKING/MEALS NYC MEDIATION | 15.25 | |
| | | | $161.75 |

MILEAGE

| 12/04/12 | [] MEK---INV #11/21/12 MEK DTD 11/30/12 EXPENSE VOUCHER HEARING IN WILMINGTON, DE | 58.14 | |
|---|---|---|---|
| | | | $58.14 |

OUTSIDE PROFESSIONAL SVCES

| 12/11/12 | [] KURTZMAN CARSON CONSULTANTS LLC---INV #US_KCC471751 DTD 11/27/12 PROFESSIONAL SERVICES FOR THE PERIOD: OCT 1, 2012-OCT 31, 2012 | 6,303.14 | |
|---|---|---|---|
| 12/11/12 | [] RUST CONSULTING / OMNI BANKRUPTCY---INV #543 DTD 10/17/12 PROFESSIONAL SERVICES FOR THE PERIOD: SEP 01, 2012 - SEP 30, 2012 (RXZ) | 455.75 | |
| 12/11/12 | [] RUST CONSULTING / OMNI BANKRUPTCY---INV #599 DTD 11/13/12 PROFESSIONAL SERVICES FOR THE PERIOD: OCT 01, 2012- oCT 31, 2012 | 512.46 | |
| 12/31/12 | [] BUSINESS CARD (VISA-BANK OF AMERICA)---INV #12/12/12 DTD 12/12/12 MONTHLY EXPENSES FOR THE PERIOD: 11/21/12-12/20/12 COURT CALL, LLC---INV#5289029 DTD 11/27/12 COURT TELEPHONIC CONFERENCE APPEARANCE FEE ON 11/21/12 RXZ | 72.00 | |
| | | | $7,343.35 |

PARKING

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | |
|---|---|---|
| 12/10/12 | [] MSC---INV #12/04 & 12/05/12 MSC DTD 12/05/12 EXPENSE VOUCHER PARKING AND TRAIN FARE TO GO TO NEW YORK ON 12/04/12 | 28.00 |
| 12/20/12 | [] EMS---INV #12/14/12 EMS DTD 12/10/12 EXPENSE VOUCHER RAILROAD FARE/PARKING/MEALS NYC MEDIATION | 8.00 |
| | | $36.00 |

**POSTAGE**

| | | |
|---|---|---|
| 12/03/12 | [] Postage | 8.40 |
| | | $8.40 |

**TAXI**

| | | |
|---|---|---|
| 12/10/12 | [] MSC---INV #12/04 & 12/05/12 MSC DTD 12/05/12 EXPENSE VOUCHER PARKING AND TRAIN FARE TO GO TO NEW YORK ON 12/04/12 | 15.50 |
| 12/20/12 | [] RXZ---INV #09/21/12 RXZ DTD 12/10/12 EXPENSE VOUCHER TAXI SERVICE FEE WHILE IN NYC | 18.00 |
| | | $33.50 |

**TELEPHONE**

| | | |
|---|---|---|
| 12/19/12 | [] THE CONFERENCE GROUP, LLC---INV#144 - NOV 2012 DTD 12/01/12 DE CONFERENCE CALL FEES FOR THE PERIOD: 1/01/12-11/30/12 RXZ | 303.45 |
| 12/19/12 | [] THE CONFERENCE GROUP, LLC---INV#143-OCT 2012 DTD DE CONFERENCE CALL FEES FOR THE PERIOD: 10/01/12-10/31/12 RXZ | 230.25 |
| | | $533.70 |

**TRAVEL - RAILROAD**

| | | |
|---|---|---|
| 12/10/12 | [] MSC---INV #12/04 & 12/05/12 MSC DTD 12/05/12 EXPENSE VOUCHER PARKING AND TRAIN FARE TO GO TO NEW YORK ON 12/04/12 | 187.00 |
| 12/20/12 | [] EMS---INV #12/14/12 EMS DTD 12/10/12 EXPENSE VOUCHER RAILROAD FARE/PARKING/MEALS NYC MEDIATION | 288.00 |
| | | $475.00 |

| | |
|---|---|
| Total Reimbursement for out of pocket expenses | $9,215.58 |

| | |
|---|---|
| TOTAL THIS BILL | $136,716.58 |

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 113461 | 02/01/13 | 271,997.86 |
| | | $271,997.86 |

| | |
|---|---|
| GRAND TOTAL DUE | $408,714.44 |

(Nortel) Official Committee of Long Term Disability Plan Participants

**PREVIOUS BILLS OUTSTANDING**

| | | |
|---|---|---|
| 113461 | 02/01/13 | 271,997.86 |
| | | $271,997.86 |

**TOTAL DUE**    $408,714.44

(Nortel) Official Committee of Long Term Disability Plan Participants

**Task Billing Summary Page**

Re:  In re Nortel 09-10138(KG)

|  |  | Current Bill |
|---|---|---|
| Case Administration | | |
| | | $337.50 |
| | Subtotals | $337.50 |
| Meetings of and Communications with Creditors | | |
| | | $10,659.00 |
| | Subtotals | $10,659.00 |
| Employment & Retention Application Other | | |
| | | $3,283.00 |
| | Subtotals | $3,283.00 |
| EG Fee Applications | | |
| | | $1,285.50 |
| | Subtotals | $1,285.50 |
| Fee Objections EGS | | |
| | | $567.00 |
| | Subtotals | $567.00 |
| Fee Applications and Invoices - Other | | |
| | | $2,629.00 |
| | Subtotals | $2,629.00 |
| Non-Working Travel | | |
| | | $3,197.50 |
| | Subtotals | $3,197.50 |
| Business Operations | | |
| | | $90.00 |
| | Subtotals | $90.00 |
| Employee Benefits/Pensions | | |
| | | $42,793.50 |
| | Subtotals | $42,793.50 |
| Court Hearings | | |
| | | $566.00 |
| | Subtotals | $566.00 |
| Litigation | | |

(Nortel) Official Committee of Long Term Disability Plan Participants

|  |  |  |
|---|---|---|
|  |  | $62,093.00 |
| Subtotals |  | $62,093.00 |
|  | Totals | $127,501.00 |

Amounts outstanding over 30 days are subject to 1 1/4% interest per month.
Payments received after prior posting may not be reflected.
**WE NOW ACCEPT PAYMENT BY CREDIT CARD. IF INTERESTED
PLEASE CONTACT PAT ROONEY AT (215) 977-1014***