# Exhibit C

## EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Expense Category | Total Expenses |
|---|---|
| Dockets/Research | $ 83.57 |
| Copying | $ 62.30 |
| Delivery/Courier Service | $ 37.50 |
| Express Mail | $ 64.37 |
| Filing Fees | $ 318.00 |
| Meals | $ 161.75 |
| Mileage | $ 58.14 |
| Outside Professional Services | $ 7,343.35 |
| Parking | $ 36.00 |
| Postage | $ 8.40 |
| Taxi | $ 33.50 |
| Telephone | $ 533.70 |
| Railroad | $ 475.00 |
| TOTAL: | $ 9,215.58 |

WLM: 24701 v1

2