# EXHIBIT B



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---:|
| Invoice Number | 1463194 |
| Invoice Date | 01/31/13 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---:|---:|
| 0002 | General Case Administration | 4.50 | $2,470.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 6.30 | $2,975.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 0.80 | $650.00 |
| 0006 | Retention of Professionals | 1.90 | $1,485.50 |
| 0007 | Creditors Committee Meetings | 69.80 | $50,321.50 |
| 0008 | Court Hearings | 3.60 | $3,034.50 |
| 0009 | Financial Reports and Analysis | 0.10 | $105.00 |
| 0012 | General Claims Analysis/Claims Objections | 5.40 | $3,916.50 |
| 0014 | Canadian Proceedings/Matters | 4.50 | $4,046.50 |
| 0017 | General Adversary Proceedings | 34.50 | $19,007.50 |
| 0018 | Tax Issues | 186.50 | $106,628.00 |
| 0019 | Labor Issues/Employee Benefits | 159.10 | $116,075.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.30 | $172.50 |
| 0029 | Intercompany Analysis | 58.50 | $48,936.00 |
| | TOTAL | 535.80 | $359,824.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                      Page 2
Invoice Number: 1463194                                                 January 31, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/02/12 | FSH | 0002 | Consider creditor inquiry and reply to same. | 0.20 |
| 12/03/12 | BMK | 0002 | Analyze committee and case organizational matters | 1.40 |
| 12/07/12 | BMK | 0002 | TC with unsecured creditor re: case status | 0.20 |
| 12/20/12 | FSH | 0002 | Communications w/ creditor. | 0.10 |
| 12/26/12 | FSH | 0002 | Update contact info. | 0.10 |
| 12/26/12 | BMK | 0002 | Attention to case administration issues | 0.40 |
| 12/26/12 | JYS | 0002 | Responding to creditor inquiry (0.5). | 0.50 |
| 12/26/12 | MCF | 0002 | Update contact list (1.1) and communications with B. Kahn (.1)(.1)(.1)(.1) and F. Hodara (.1) re same | 1.60 |
| 12/04/12 | BMK | 0003 | Review November invoice | 0.80 |
| 12/11/12 | BMK | 0003 | Review November invoice | 0.90 |
| 12/13/12 | PJS | 0003 | Review and prepare documents re monthly fee statement. | 2.90 |
| 12/27/12 | BMK | 0003 | Draft November fee application and related exhibits | 1.20 |
| 12/31/12 | FSH | 0003 | Review monthly fee application and communicate w/ B. Kahn re same. | 0.50 |
| 12/04/12 | FSH | 0004 | Review fee information. | 0.20 |
| 12/18/12 | FSH | 0004 | Review fee applications. | 0.20 |
| 12/26/12 | BMK | 0004 | Review and comment on Capstone fee application | 0.40 |
| 12/07/12 | LGB | 0006 | Review declarations re Davinci/Towers merger (.3); T/C with Sturm re same (.1). | 0.40 |
| 12/07/12 | DHB | 0006 | Email communications re DaVinci/Towers merger (.2); review and revise memo re same (.1). | 0.30 |
| 12/17/12 | MCF | 0006 | Communications with B. Kahn (.1) and Akin Team (.2) re Sixth Amendment to Statemetn of Work Entered into Pursuant to Tax Services Agreement with Ernst & Young | 0.30 |
| 12/18/12 | FSH | 0006 | Analyze EY amendment and communications w/ working group re same. | 0.20 |
| 12/18/12 | KMR | 0006 | Reviewed materials relating to extension of the EY tax arrangement (0.2); related email exchanges (0.3). | 0.50 |
| 12/21/12 | JYS | 0006 | Corr w. Towers Perrin re declarations (0.2). | 0.20 |
| 12/02/12 | FSH | 0007 | Work on in-person Committee meeting. | 0.20 |
| 12/03/12 | FSH | 0007 | Communications w/ Committee members and advisors re meeting. | 0.20 |
| 12/03/12 | BMK | 0007 | Review committee meeting minutes | 0.70 |
| 12/04/12 | FSH | 0007 | Communications w/ working group re upcoming meeting. | 0.20 |
| 12/04/12 | BMK | 0007 | Review issues for upcoming committee call | 0.40 |
| 12/04/12 | BMK | 0007 | Review committee meeting minutes | 0.90 |
| 12/05/12 | SLS | 0007 | Participate in professionals' call (.8); related follow-up communications (.9). | 1.70 |
| 12/05/12 | LGB | 0007 | Review agenda for UCC call (.1); e-mail Kahn re comments to same (.1). | 0.20 |
| 12/05/12 | FSH | 0007 | Communications re agenda (.2) Meeting of advisors re pending issues (.8). Review materials re same (.3). | 1.30 |
| 12/05/12 | DHB | 0007 | Professionals pre-call and follow-up. | 1.00 |
| 12/05/12 | BMK | 0007 | Attend professionals' call (0.8); follow up to same (0.2); draft/edit agenda (0.2) | 1.20 |
| 12/05/12 | JYS | 0007 | Professionals Call. | 0.80 |
| 12/05/12 | GDB | 0007 | Emails re professionals call (0.2); Professionals call (0.8). | 1.00 |
| 12/05/12 | MCF | 0007 | Attend Professionals' Call (.8). | 0.80 |
| 12/06/12 | SLS | 0007 | Participate in UCC call (.8); participate in professionals' post-call (partial) (.8). | 1.60 |
| 12/06/12 | LGB | 0007 | Participate in UCC call (.8). | 0.80 |
| 12/06/12 | FSH | 0007 | Prepare for Committee meeting (.2). Attend same (.8). | 1.00 |
| 12/06/12 | AQ | 0007 | Attend Committee call. | 0.80 |
| 12/06/12 | AQ | 0007 | Professionals' meeting. | 1.40 |
| 12/06/12 | DHB | 0007 | Prepare for and attend Committee meeting. | 0.80 |
| 12/06/12 | BMK | 0007 | Attend committee call (0.8); participate in UCC professionals' call to | 2.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1463194

Page 3  
January 31, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | prepare for upcoming committee meeting (1.5) | |
| 12/06/12 | KMR | 0007 | Attended creditors committee meeting. | 0.80 |
| 12/06/12 | JYS | 0007 | Attend Committee Call (0.8); Follow up with CTE professionals (1.4). | 2.20 |
| 12/06/12 | MCF | 0007 | Prepare for (.4)(.1) and participate in Committee Call (.8) and post-call discussion with professionals (.8); minutes re committee call (.5) | 2.60 |
| 12/07/12 | BMK | 0007 | Review committee meeting minutes | 0.20 |
| 12/07/12 | MCF | 0007 | Nortel 12/6 minutes (.3) + communications w B. Kahn re same (.1); revise minutes (.1) | 0.50 |
| 12/07/12 | MCF | 0007 | Prepare for in-person committee call (.2) | 0.20 |
| 12/10/12 | FSH | 0007 | Work on agenda for in-person meeting. | 0.20 |
| 12/10/12 | BMK | 0007 | Draft agenda for in-person committee meeting | 0.20 |
| 12/11/12 | BMK | 0007 | TC with committee member re: upcoming meeting | 0.20 |
| 12/12/12 | FSH | 0007 | Communications re upcoming meeting of Committee. | 0.20 |
| 12/12/12 | BMK | 0007 | Review and comment on materials for in-person committee meeting (3.7); tc's with Capstone re: same (0.4) | 4.10 |
| 12/13/12 | SLS | 0007 | Participate in professionals' meeting to prepare for UCC meeting (1.0); participate in UCC meeting (partial) (2.0). | 3.00 |
| 12/13/12 | FSH | 0007 | Prep for in-person meeting (.3). Meet w/ working group (1.0). Attend meeting (3.3). | 4.60 |
| 12/13/12 | AQ | 0007 | Attend Professionals' meeting. | 1.00 |
| 12/13/12 | AQ | 0007 | Attend In-person committee meeting. | 3.30 |
| 12/13/12 | AQ | 0007 | Review final tax presentation prepared for committee meeting. | 0.50 |
| 12/13/12 | DHB | 0007 | Prepare for Committee meeting (.8); pre-meeting with professionals (1.0); attend same (3.3) and follow-up (1.2). | 6.30 |
| 12/13/12 | SBK | 0007 | Attend pre-call re prep for committee meeting (.90) and meeting w/Committee (partial) (.40) | 1.30 |
| 12/13/12 | BMK | 0007 | Attend professionals' meeting in advance of committee meeting (1.0); attend in-person committee meeting (3.3); follow up with F. Hodara and D. Botter re: same (0.5) | 4.80 |
| 12/13/12 | KMR | 0007 | Meeting among professionals before committee meeting (1.0); Meeting with committee to review mediation strategy (3.3). | 4.30 |
| 12/13/12 | JYS | 0007 | Professionals precall (1.0); Committee Meeting (telephonic participation) (3.3). | 4.30 |
| 12/13/12 | MCF | 0007 | Participate in pre-call (1) and committee call (3.3); prepare for committee call (.6) | 4.90 |
| 12/18/12 | FSH | 0007 | Outline agenda for Committee (.1). Confer w/ BK and DB re same (.2). | 0.30 |
| 12/20/12 | GDB | 0007 | Emails re UCC calls and hearings (0.3) | 0.30 |
| 12/31/12 | FSH | 0007 | Review matters for Committee meeting. | 0.20 |
| 12/03/12 | LGB | 0008 | Participate in status conference with Judge Gross (.6); review e-mails from Kim/Keach re same (.1); e-mail Samis re same (.1); review e-mail from Kahn re 12/5 hearing (.1); respond to same (.1); T/C with Matz re conference (.2). | 1.20 |
| 12/03/12 | FSH | 0008 | Communications re upcoming hearing. | 0.10 |
| 12/03/12 | JYS | 0008 | Court Conference Call re Deferred Comp settlement (0.5). | 0.50 |
| 12/05/12 | MCF | 0008 | Update hearing schedule (.4) and communications with B. Kahn (.2) re same | 0.60 |
| 12/06/12 | LGB | 0008 | Participate on status conference with court re deferred comp. litigation (.6); T/C with Schweitzer/Herrington re same (.2); T/C with Hodara re same (.1). | 0.90 |
| 12/14/12 | FSH | 0008 | Review agenda and communications w/ C. Samis and Cleary re same. | 0.20 |
| 12/17/12 | FSH | 0008 | Communications re agenda. | 0.10 |
| 12/26/12 | FSH | 0009 | Review MOR. | 0.10 |
| 12/04/12 | BMK | 0012 | Review claims settlement issues | 0.60 |
| 12/06/12 | FSH | 0012 | Confer w/ B. Kahn re claims issue. | 0.10 |
| 12/06/12 | BMK | 0012 | TC with committee member re: claim issue (0.1); tc with F. Hodara re: same (0.1) | 0.20 |
| 12/11/12 | FSH | 0012 | Review claim settlement issues. | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1463194

Page 4  
January 31, 2013

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 12/16/12 | FSH | 0012 | Review claim inquiry. | 0.10 |
| 12/18/12 | BMK | 0012 | Review claims settlement issues | 0.40 |
| 12/19/12 | FSH | 0012 | Review claims analysis and communications re same (.1). Communications re claims pleading w/ BK and DB (.2). | 0.30 |
| 12/19/12 | DHB | 0012 | Review IT's motion re amended claim and office conference with B. Kahn re same (.4); telephone call with N. Patterson re same (.2) and emails re same (.1). | 0.70 |
| 12/19/12 | BMK | 0012 | Review draft motion to amend claim (0.5); conf with D. Botter re: same (0.2); tc with PBWT re: same (0.2); emails with S. Schultz re: same (0.2); analysis of bond claim issues (0.7) | 1.80 |
| 12/20/12 | BMK | 0012 | Review filed motion to amend Law Deb claim | 0.40 |
| 12/20/12 | GDB | 0012 | Emails re Law Debenture filings (0.2). | 0.20 |
| 12/21/12 | FSH | 0012 | Review claim settlement matters. | 0.20 |
| 12/28/12 | DHB | 0012 | Email communications re status and claims transfers. | 0.20 |
| 12/10/12 | FSH | 0014 | Examine NNL motion re appointment of representative and confer w/ Frasers re same. | 0.20 |
| 12/11/12 | FSH | 0014 | Review Canadian cease trading order and communications w/ working group re same. | 0.50 |
| 12/11/12 | DHB | 0014 | Telephone call with creditor re cease trade order (.1); office conference with S. Kuhn re same (.1); telephone call with FMC re same (.1); review same (.4) and follow-up emails (.2) and calls with Canadian counsel (.2) and S. Kuhn (.1); review memo re same and emails re same (.4). | 1.60 |
| 12/11/12 | SBK | 0014 | TCs w/Botter and FMC re OSC cease trading order (.2); Review same (.2). | 0.40 |
| 12/11/12 | BMK | 0014 | Review Canadian cease trade order | 0.30 |
| 12/12/12 | FSH | 0014 | Communications re cease trade order summary. | 0.10 |
| 12/12/12 | SBK | 0014 | Emails/TC w/Wunder & Botter re OSC cease trading order (.20); Review/comment on proposed memo to Committee re same (.30) | 0.50 |
| 12/13/12 | FSH | 0014 | Follow-up re court order. | 0.10 |
| 12/16/12 | FSH | 0014 | Examine info re Canadian motion and analyze issues re same. | 0.20 |
| 12/18/12 | BMK | 0014 | Analyze impact of Canadian environmental ruling | 0.30 |
| 12/20/12 | GDB | 0014 | Emails re Canadian filings (0.2). | 0.20 |
| 12/21/12 | FSH | 0014 | Examine Canadian precedent. | 0.10 |
| 12/05/12 | FSH | 0017 | Confer w/ J. Sturm re adversary proceeding (.1). Review misc. pleadings (.1). | 0.20 |
| 12/05/12 | BMK | 0017 | Draft memo re: settlement issues | 3.10 |
| 12/06/12 | BMK | 0017 | Research and draft memo re: settlement issues | 3.70 |
| 12/07/12 | BMK | 0017 | Draft and research settlement issue memo | 4.20 |
| 12/07/12 | MCF | 0017 | Communications w/ B. Kahn re substantive pleadings (.1) | 0.10 |
| 12/08/12 | BMK | 0017 | Edit settlement issue memo | 1.80 |
| 12/10/12 | BMK | 0017 | Edit and revise settlement issue memo | 1.30 |
| 12/10/12 | MCF | 0017 | Confer w. B. Kahn re 9019 memo (.2); review 9019 memo (.7) | 0.90 |
| 12/12/12 | AQ | 0017 | Review and analyze draft memo regarding 9019. | 0.70 |
| 12/13/12 | DHB | 0017 | Begin review of 9019 memo. | 0.50 |
| 12/14/12 | DHB | 0017 | Continue review of 9019 and mediation issues (.5). | 0.50 |
| 12/26/12 | DHB | 0017 | Attention to 9019 issues and memo (.5). | 0.50 |
| 12/26/12 | BMK | 0017 | Conf with F. Hodara and M. Fagen re: settlement memo (1.0); follow up analysis of settlement issues (1.2) | 2.20 |
| 12/26/12 | MCF | 0017 | Discussion with F. Hodara and B. Kahn re 9019 memo (1.0); prepare for 9019 discussion with team (.2). | 1.20 |
| 12/27/12 | BMK | 0017 | Review settlement memo issues (0.9); confs with M. Fagen re: same (0.6); emails with FMC re: Canadian analysis of same (0.2) | 1.70 |
| 12/27/12 | MCF | 0017 | Communications with B. Kahn re 9019 memo (.4), research re same (1.2) and revise 9019 memo (1.8) | 3.40 |
| 12/28/12 | BMK | 0017 | Research and revise settlement issue memo (3.7); confs with M. Fagen re: same (0.5) | 4.20 |
| 12/28/12 | MCF | 0017 | Revise 9019 memo (1.2) (.3) (.2) (.2) and communications with B. Kahn | 2.90 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | re same (.4) (.3)(.2)(.1). | |
| 12/30/12 | BMK | 0017 | Analysis of settlement memo issues | 1.40 |
| 12/05/12 | KMR | 0018 | Began reviewing tax issues in connection with power point presentation (0.5). | 0.50 |
| 12/07/12 | FSH | 0018 | Review retiree committee motion and employee litigation (.2). Review L. Beckerman summary and follow up (.2). | 0.40 |
| 12/07/12 | KMR | 0018 | Work on power point presentation on tax issues going into mediation. | 1.00 |
| 12/08/12 | KMR | 0018 | Work on presentation on tax issues. | 6.50 |
| 12/10/12 | SLS | 0018 | Participate in allocation meeting regarding tax issues. | 2.30 |
| 12/10/12 | FSH | 0018 | Review tax issues for meeting w/ working group (.3). Attend same (2.5). | 2.80 |
| 12/10/12 | AQ | 0018 | Attend meeting with Capstone regarding tax issues for mediation. | 2.50 |
| 12/10/12 | BMK | 0018 | Comment on tax presentation (0.6); attend UCC professionals' meeting re: tax issues (2.5) | 3.10 |
| 12/10/12 | KMR | 0018 | Work on power point presentation re: tax issues relating to the mediation (3.0); reviewed power point presentation with professionals (2.5). | 5.50 |
| 12/10/12 | MCF | 0018 | Participate in discussion w/ Akin and Capstone re tax issues in settlement (2.4); confer w/ K. Rower re preparations (.1) | 2.50 |
| 12/11/12 | FSH | 0018 | Confer w/ B. Kahn re tax research. | 0.20 |
| 12/11/12 | BMK | 0018 | Conf with K. Manoukian re: tax jurisdiction issues (0.8); analysis of same (0.4) | 1.20 |
| 12/11/12 | KMR | 0018 | Work on bullet point tax presentation for the committee (2.5); discussion with B. Kahn and D. Botter re: tax exposure under various mediation scenarios (0.2). | 2.70 |
| 12/11/12 | ASK | 0018 | Review and edit powerpoint summarizing tax issues. | 2.10 |
| 12/11/12 | KGM | 0018 | Conference with B. Kahn re: research re: tax claim (.7); research re: same (1.5). | 2.20 |
| 12/12/12 | BMK | 0018 | TC with A. Krotman re: tax presentation (0.2); tc with D. Botter and K. Rowe re: tax presentation (0.3) | 0.50 |
| 12/12/12 | KMR | 0018 | Work on presentation for the committee on tax issues (2.5);discussions with D. Botter and B. Kahn re: same (0.3); began follow up analysis re: same (1.2). | 4.00 |
| 12/12/12 | ASK | 0018 | Review and edit powerpoint summarizing tax issues. | 6.10 |
| 12/12/12 | KGM | 0018 | Research re: jurisdiction over tax claims and related issues. | 0.70 |
| 12/13/12 | KMR | 0018 | Reviewed tax presentation (0.5); discussion with B. McRae re: status of tax issues (0.3); follow up analysis of open transaction issue (0.5). | 1.30 |
| 12/13/12 | ASK | 0018 | Tax research re ability to take research and development tax credit under US federal alternative minimum tax. | 3.90 |
| 12/14/12 | DHB | 0018 | Email communications re tax mediation-related issues and consider same (.4). | 0.40 |
| 12/14/12 | KMR | 0018 | Drafted email and follow up work relating to discussion with McRae. | 1.00 |
| 12/14/12 | KGM | 0018 | Research re: jurisdiction over tax claim and related issues. | 1.70 |
| 12/17/12 | KMR | 0018 | Continued review of tax issues. | 0.70 |
| 12/17/12 | KGM | 0018 | Research re: jurisdiction over tax claim and related issues. | 5.00 |
| 12/18/12 | KGM | 0018 | Research re: jurisdiction over tax claim and related issues. | 6.20 |
| 12/19/12 | KGM | 0018 | Research re: adjudication of tax claims and related issues. | 7.70 |
| 12/20/12 | BMK | 0018 | Review tax research issues | 0.60 |
| 12/20/12 | GDB | 0018 | Emails re tax presentation and related tax issues (0.2). | 0.20 |
| 12/20/12 | KGM | 0018 | Research re: adjudication of tax claims and related issues and draft memo re: same. | 8.50 |
| 12/20/12 | JAS | 0018 | Legal research (.6); e-mail cases to K. Manoukian (.1). | 0.70 |
| 12/21/12 | KGM | 0018 | Research re: adjudication of tax claims and related issues and draft memo re: same. | 9.50 |
| 12/23/12 | KGM | 0018 | Research re: adjudication of tax claims and related issues and draft memo re: same. | 5.50 |
| 12/24/12 | KGM | 0018 | Research re: adjudication of tax claims and related issues and draft memo re: same. | 9.00 |
| 12/26/12 | FSH | 0018 | Review tax issues. | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1463194

Page 6  
January 31, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/26/12 | KGM | 0018 | Research re: adjudication of tax claims and related issues and draft memo re: same. | 11.30 |
| 12/27/12 | KGM | 0018 | Research re: adjudication of tax claims and related issues and draft memo re: same. | 16.00 |
| 12/28/12 | TS | 0018 | Cite check and blue book memo re tax claims for K. Manoukian re tax claims including verifying pin cites (6.0); email to K. Manoukian re same (.1); cite check additional section of same (.7). | 6.80 |
| 12/28/12 | KGM | 0018 | Research re: adjudication of tax claims and related issues and draft memo re: same. | 13.80 |
| 12/28/12 | JAS | 0018 | Cite check memo re jurisdiction over tax claims. | 3.30 |
| 12/30/12 | KGM | 0018 | Research re: adjudication of tax claims and related issues and draft memo re: same. | 14.50 |
| 12/31/12 | TS | 0018 | Cite check and blue book additional section of tax claims memo, including verifying pin cites (3.4); email to K. Manoukian re same (.1). | 3.50 |
| 12/31/12 | BMK | 0018 | Review and comment on tax issue memo | 3.80 |
| 12/31/12 | KGM | 0018 | Research re: adjudication of tax claims and related issues and draft memo re: same. | 4.50 |
| 12/02/12 | LGB | 0019 | Review Koo/Foster re LTD document production (.1); review e-mail from Schweitzer re status conference (.1). | 0.20 |
| 12/02/12 | ALK | 0019 | Reviewed email from team regarding supplemental documents from LTD Committee (0.1). Reviewed pleadings/filings/ production documents for upcoming deposition prep (3.6). | 3.70 |
| 12/03/12 | LGB | 0019 | Meet with Sturm/Lilling re preparation for mediation (.8); prepare for same (.5); comment on retiree committee mark up of settlement agreement (.5); e-mail Sturm/Lilling re same (.1); T/C with Lilling re same (.2); revise same (.2); e-mail Ryan re same (.1); T/C with Keach re settlement (.3); review notices of deposition/e-mail from Fleming re same (.2); T/C with Schweitzer re various matters (.4); e-mail Koo/Foster re depositions (.1); review expert report re LTD expert (.6); review revised LTD term sheet and mark up same (1.0); e-mail Fleming re same (.1); review revised version of LTD term sheet (.8); e-mail Hyland re same (.1); review e-mail from Schweitzer re same (.1); review e-mail from Matz in response (.1); respond to same (.1); review e-mail from Schweitzer re retiree settlement agreement (.1); review e-mail from Koo/Qureshi re LTD depositions (.1); review e-mail from Schweitzer re LTD term sheet (.1); review 9019 motion (.5). | 7.10 |
| 12/03/12 | AQ | 0019 | E-mails regarding depositions and discovery. | 0.20 |
| 12/03/12 | ALK | 0019 | Confer w/ Cleary counsel regarding discovery/depo (0.5). Emails w/ team regarding same (0.6). Reviewed pleadings/production documents for upcoming deposition prep (2.5). | 3.60 |
| 12/03/12 | ASL | 0019 | Review and comment on retiree settlement agreement markup and confer with L. Beckerman (.6); review LTD term sheet comments and LTD term sheet draft (.6); confer with L. Beckerman and J. Sturm re: LTD arbitration (.7); research and prepare summary email re: LTD (1.1). | 3.00 |
| 12/03/12 | JYS | 0019 | Review retiree committee settlement (1.1); O/C w. L. Beckerman and A. Lilling re mediation (0.7); Prep for mediation (1.4); Review LTD TS (1.2); Coordination re depos (0.2); Review email re ERISA issues (0.5). | 5.10 |
| 12/03/12 | DBI | 0019 | Download produced LTD documents (.5); convert, OCR and load files to the ringtail database (1.0). | 1.50 |
| 12/04/12 | LGB | 0019 | Review e-mail from Lilling re various ERISA issues (.5); T/C with Lilling re same (.2); participate in mediation (8.0); e-mail UCC re same/status conference with Gross (.7); e-mail UCC re stand by re mediation (.1); review Kim mark up of 9019 motion and settlement agreement (1.3); e-mail Kim re same (.1); review response to same (.1); review e-mail from Keach re same (.1); respond to same (.1); T/C with Koo re LTD litigation (.2); e-mail Lee/Matz re meeting to discuss retiree settlement agreement (.1); review e-mail from Hodara re settlement with | 11.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | LTD participant (.1); O/C with Sturm re same (.1); review revised scheduling order re deferred comp litigation (.1). | |
| 12/04/12 | FSH | 0019 | Communications w/ LB re mediation and monitor same. | 0.50 |
| 12/04/12 | DZV | 0019 | Preparation of long term disability cases for mediation (0.9); conference with A. Lilling regarding same (0.2). | 1.10 |
| 12/04/12 | ALK | 0019 | Coordination of document uploading/review (1). Document review and analysis (0.7). Reviewed email from F. Hodara regarding settlement issue and responded to same (0.4). Confer w/ L. Beckerman regarding mediation (0.5). Deposition prep (1.1). | 3.70 |
| 12/04/12 | ASL | 0019 | Attention to L. Beckerman query (.2); review expert report (.8); mediation (8.9). | 9.90 |
| 12/04/12 | JYS | 0019 | Attend Mediation re Retiree /LTD Claims (8.0) ; Prep for same (1.3); Review proposed LTD settlement (0.3) | 9.60 |
| 12/04/12 | KF | 0019 | conf w/ A. Koo re debtor's production and settlement offer (.3); review key documents in re potential settlement (.8); conf w/ J. Cuatt re documents in production(.5); conf w/ D. Iofe re production (.6); | 2.20 |
| 12/04/12 | JLC | 0019 | Review and summarize new documents (2.0); phone call with K. Foster re same (0.2); review dockets and obtain copies of filings (0.5). | 2.70 |
| 12/04/12 | DBI | 0019 | Download produced LTD documents (.5); convert, OCR and load files to the ringtail database (1.5); find and replaced the requested documents (1.0). | 3.00 |
| 12/05/12 | LGB | 0019 | T/C with Berger, Fleming, Schweitzer, Lee re retiree settlement (3.0); T/C with Berger, Fleming, Schweitzer, Lee re same (.8); T/C with Keach/Schweitzer, Herrington and others re deferred comp settlement (1.0); review e-mail from Hodara re 9019 (.1); respond to same (.1); review Keach mark up of settlement agreement (.4); review Keach mark up of 9019 motion (.1); review e-mail from Keach re settlement (.1); respond to same (.1); review e-mail from Kim re deferred comp settlement (.1); respond to same (.1); T/C with Kim re same (.5); review e-mail from Keach re same (.1); respond to same (.1); review e-mail from Anderson re Molodetskiy settlement (.1); O/C with Sturm re same (.1); review e-mail from Schweitzer to Zahralddin re term sheet/consideration (.1). | 6.90 |
| 12/05/12 | FSH | 0019 | Communications w/ parties re employee matters. | 0.20 |
| 12/05/12 | DHB | 0019 | Email communications re LTD status (.2) (.1). | 0.30 |
| 12/05/12 | ALK | 0019 | Reviewed documents regarding Molodetskiy issue (0.7). Confer w/ K. Foster regarding same (0.2). Confer w/ L. Beckerman | 0.90 |
| 12/05/12 | ASL | 0019 | Attention to deferred comp matters and call prep (.5); Keach call (1.2); attention to emails (.4); attention to reporting issues (.7). | 2.80 |
| 12/05/12 | JYS | 0019 | T/C w. CG re Deferred Comp Settlement Agreement (1.2); Follow up w. L. Beckerman (0.3); Corr w. AG team re mediation/settlement mechanics (0.4) | 1.90 |
| 12/05/12 | GDB | 0019 | Emails re deferred compensation mediation (0.2) | 0.20 |
| 12/06/12 | LGB | 0019 | Participate on call with Keach/Herrington/others re settlement agreement (.5); T/C with Keach re same (.5); review e-mail from Schweitzer re same (.1); respond to same (.1); review response to same (.1); respond to same (.1); review e-mail from Matz re same (.1). | 1.50 |
| 12/06/12 | FSH | 0019 | Confer w/ L. Beckerman re Deferred Comp issue. | 0.20 |
| 12/06/12 | ALK | 0019 | Reviewed emails and deferred comp pleadings sent from J. Sturm (0.9). | 0.90 |
| 12/06/12 | ALK | 0019 | Attended court call (0.6). Confer w/ team regarding same (0.3). Reviewed emails from L. Beckerman and debtors regarding same (0.3). | 1.20 |
| 12/06/12 | ASL | 0019 | Call with B Keach .(.3); review settlement offer (.1). | 0.40 |
| 12/06/12 | JYS | 0019 | O/C w. L. Beckerman and A. Koo re ordinary course settlement (0.4); Conference with Court re Deferred Comp Claimants (0.5); T/C w. Clear re same (0.3). | 1.20 |
| 12/07/12 | LGB | 0019 | Review certificate of counsel/revised LTD scheduling order (.1); e-mail Uziel re same (.1); e-mail Fleming/Schweitzer re LTD term sheet/retiree | 1.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1463194

Page 8  
January 31, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | settlement (.1); review e-mail from Schweitzer Keach proposal (.1); respond to same (.1); review e-mail from Schweitzer re proposed deferred comp litigation settlement (.1); e-mail UCC re deferred comp litigation/status conference, proposed settlement (.7); review e-mail re same (.1); respond to same (.1). | |
| 12/07/12 | BMK | 0019 | TC with L. Beckerman re: deferred comp adversary proceeding | 0.10 |
| 12/07/12 | ALK | 0019 | Confer w/ debtors' counsel regarding potential settlement (0.5). Legal research and analysis regarding same (.8). Reviewed pleadings regarding same (1). Drafted recommendation to F. Hodara and team (1). Reviewed emails from L. Beckerman regarding amended scheduling and call w/ court (0.3). | 3.60 |
| 12/08/12 | LGB | 0019 | Review email from Levin re tax discussion re LTD settlement (.1); respond to same (.1); review e-mail from Lilling re same (.1); respond to same (.1). | 0.40 |
| 12/09/12 | LGB | 0019 | Review mark up of LTD term sheet from LTD committee (.7); e-mail Schweitzer re retiree settlement (.1); review revised scheduling order re deferred comp litigation (.1). | 0.90 |
| 12/09/12 | ASL | 0019 | Attention to LTD email, term sheet and scheduling order. | 0.50 |
| 12/10/12 | LGB | 0019 | Review revised retiree settlement agreement (.9); e-mail Ryan re same (.1); review deferred comp settlement agreement, motion, order, notice (1.7); review e-mail from Zahralddin re LTD committee/settlement (.1); O/C with Sturm re same (.7); e-mail Lilling re same (.1); review stip with US Bank (.2); e-mail Sturm re same (.1); review mark up of order, notice, motion, settlement agreement and mark up same (.7). | 4.60 |
| 12/10/12 | ASL | 0019 | Attention to term sheet (1.1); review deferred compensation materials and comment on same (1). | 2.10 |
| 12/10/12 | JYS | 0019 | Comment on DCP settlement docs (1.8); O/C w. L. Beckerman re same (0.3) | 2.10 |
| 12/10/12 | GDB | 0019 | Emails re compensation litigation (0.3) | 0.30 |
| 12/11/12 | LGB | 0019 | Review Lilling comments to DCP documents (.1); e-mail Sturm/Lilling re same (.1); e-mail Schweitzer, Kim, Matz, Lee re DCP settlement (.1); e-mail Ryan retiree settlement agreement (.1); review response to same (.1); respond to same (.1); e-mail Keach/McDonald re DCP settlement (.1); review McDonald's comments to DCP settlement agreement, motion, notice, order (.8); review e-mail from Sturm (.1); respond to same (.1). | 1.70 |
| 12/11/12 | ALK | 0019 | Reviewed emails and proposal relating to deferred comp. | 0.30 |
| 12/11/12 | ASL | 0019 | Consider LTD tax issues (1.5); review PM markup of DC materials (.2). | 1.70 |
| 12/11/12 | JYS | 0019 | Comment on DCP settlement docs (1.0); T/C w. J. Kim re same (0.1); Corr and T/Cs w. Davinci re proposed declarations (0.4) | 1.50 |
| 12/12/12 | LGB | 0019 | Review revised drafts of DCP settlement agreement, motion, notice, order (1.0); review McDonald e-mail re comments to same (.1); O/C with Sturm re same (.3); review e-mail from Sturm re same (.1); respond to same (.1); review revised LTD term sheet (.7); review comments from Lilling to same (.3); e-mail Lilling/Sturm re same (.1); review cumulative LTD term sheet mark up (.5); e-mail Sturm/Lilling re same (.1). | 3.30 |
| 12/12/12 | ASL | 0019 | Review drafts of deferred comp settlement papers (.6); review LTD term sheet (.9); research related issues (1.4). | 2.90 |
| 12/12/12 | JYS | 0019 | o/c w. L. Beckerman re LTD settlement update (0.4); Review LTD TS (1.2); Corr w. AG team re same (0.3); Corr w. CG re same (0.3); Review DCP materials (1.4); Corr w. CG re same (0.5) | 4.10 |
| 12/13/12 | LGB | 0019 | Review retiree settlement and notices (.7); review e-mail from Lilling re same (.1); respond to same (.1); review e-mail from Sturm re same (.1); respond to same (.1). | 1.10 |
| 12/13/12 | ASL | 0019 | Review Retiree settlement drafts. | 0.40 |
| 12/13/12 | JYS | 0019 | Review retiree settlement docs (0.5); Review davinci declarations (0.2) | 0.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/14/12 | LGB | 0019 | Review final DCP motion, settlement agreement, notices, order (.7); e-mail Sturm, Lilling re same (.1); review response to same (.1); e-mail Kim re same (.1); e-mail Keach, Kim, McDonald re settlement agreement (.1); review e-mail from Samis re same (.1); respond to same (.1); review e-mail from Keach re DCP documents (.1); review e-mail from Matz re same (.1). | 1.50 |
| 12/14/12 | ASL | 0019 | Review deferred comp papers and email correspondence. | 0.50 |
| 12/15/12 | LGB | 0019 | E-mail Sturm re deferred comp. litigation settlement (.1); review response to same (.1); review e-mail from Kim re same (.1). | 0.30 |
| 12/15/12 | ALK | 0019 | Reviewed emails and motions regarding deferred comp settlement. | 0.60 |
| 12/15/12 | JYS | 0019 | Corr w AG team re Deferred Comp settlement pleadings (0.5); Review of same (0.2) | 0.70 |
| 12/15/12 | JYS | 0019 | Corr w. J. Kim and L. Beckerman re DCP settlement (0.3); Corr w. AG team re same (0.3) | 0.60 |
| 12/17/12 | LGB | 0019 | Review revised LTD term sheet (.5); e-mail Sturm/Lilling re same (.1); review e-mail from Lilling re same (.1); respond to same (.1); e-mail Fleming re same (.1); review e-mail from Schweitzer re same (.1); review revised scheduling for LTD/retiree motion (.1); review e-mail from Sturm re same (.1); respond to same (.1). | 1.30 |
| 12/17/12 | FSH | 0019 | Attention to deferred comp motion. | 0.10 |
| 12/17/12 | ALK | 0019 | Reviewed emails from team and amended scheduling orders. | 0.30 |
| 12/17/12 | ASL | 0019 | Research employee-related issues (1.8); review settlement motion (.6); review LTD term sheet and emails (.3). | 2.70 |
| 12/17/12 | JYS | 0019 | Review LTD term sheet (0.3); Review amended scheduling orders (0.3). | 0.60 |
| 12/18/12 | LGB | 0019 | Review e-mail from Lilling re retiree settlement motion (.1); review same (.9); O/C with Sturm re same (.6); review revised retiree settlement agreement (.5); O/C with Sturm re same (.2); review mark up of retiree settlement motion (.6); T/C with Sturm re same (.1). | 3.00 |
| 12/18/12 | JYS | 0019 | T/C w. L. Beckerman re retiree motion (0.4); Review of same (1.1); O/C w. L. Beckerman re same (0.5); Comments on same (1.1); Corr w. L. Beckerman re comments (0.3); Corr w. Cleary re same (0.2). | 3.60 |
| 12/18/12 | MCF | 0019 | Communications with B. Kahn (.1) and Akin Team (.2) re Amended Scheduling Order for Hearing on Debtors' Process to Termiante Retiree Benefits | 0.30 |
| 12/19/12 | LGB | 0019 | Review e-mail from Sturm re comments to retiree settlement agreement (.1); e-mail Lilling re same (.1); T/C with Schweitzer re retiree settlement motion (.3); review revised draft of retiree settlement motion (.6); e-mail Uziel re comments to same (.1.); review e-mail from Sturm re retiree settlement agreement (.1); review reponse from Schweitzer re same (.1). | 1.40 |
| 12/19/12 | BMK | 0019 | Review incentive plan motion draft. | 0.50 |
| 12/19/12 | ASL | 0019 | Review retiree settlement draft. | 0.20 |
| 12/19/12 | ASL | 0019 | Review retiree settlement document drafts and attention to same. | 0.90 |
| 12/19/12 | JYS | 0019 | Review Retiree settlement (0.6); Corr w. AG team re same (0.2); Corr w. CG re same (0.4). | 1.20 |
| 12/19/12 | MCF | 0019 | Communications with B. Kahn (.1) and Akin Team (.2) regarding recently filed motion related to employee matters | 0.30 |
| 12/20/12 | LGB | 0019 | Review e-mail from Fagen re DCP adversary proceeding notices (.1); review e-mail from Matz re retiree settlement motion (.1). | 0.20 |
| 12/20/12 | ASL | 0019 | Attention to settlement papers. | 2.70 |
| 12/20/12 | GDB | 0019 | Emails re key employees motion (0.3) Emails re retiree benefits and long-term disability filings (0.3) | 0.60 |
| 12/21/12 | LGB | 0019 | Review revised retiree settlement agreement (.6); e-mail Lilling/Sturm re same (.1); review LTD settlement agreement (.8); e-mail Lilling re same (.1); e-mail Abularach re retiree settlement agreement (.1); review e-mail from Schweitzer re hearing (.1); respond to same (.1); T/C with Lilling re LTD settlement agreement (.4); review/revise mark up of same (.6); | 3.80 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | review revised LTD settlement agreement (.6); e-mail Lilling/Sturm re same (.1); review response from Lilling re same (.1); e-mail Stein re same (.1). | |
| 12/21/12 | ASL | 0019 | Attention to settlement papers (2.2); call with L. Beckerman (.2); review and attention to revised draft (.6). | 3.00 |
| 12/24/12 | LGB | 0019 | Review LTD motion and orders. | 1.30 |
| 12/26/12 | LGB | 0019 | T/C with Lilling re LTD motion (.5); review e-mail re Peters settlement (.1); e-mail Kahn re same (.1); review LTD motion (.8); mark up same (.4); e-mail Stein re same (.1); e-mail Abularach re retiree settlement motion (.1); review response from Schweitzer (.1). | 2.20 |
| 12/26/12 | ASL | 0019 | Review motion (3); call with L. Beckerman (.3). | 3.30 |
| 12/27/12 | JYS | 0019 | Corr w. B. Kahn re Deferred Comp Motion. | 0.20 |
| 12/27/12 | BMK | 0024 | Review response to Radware demand letter | 0.30 |
| 12/03/12 | FSH | 0029 | Confer w/ DB re mediation issues (.2). TC Committee member and DB re same (.2). TC Milbank re same (.5). | 0.90 |
| 12/03/12 | DHB | 0029 | Office conferences with F. Hodara and B. Kahn re Nortel status (.1) (.2); telephone call with S. Kelly re same (.2); conference call with Milbank re same (.5); meeting with B. Kahn re mediation preparation (.5) and attention to same (.2). | 1.70 |
| 12/03/12 | BMK | 0029 | Conf with D. Botter: allocation research issues (0.3); begin researching allocation issues (1.1) | 1.40 |
| 12/04/12 | FSH | 0029 | Communications re mediation. | 0.20 |
| 12/04/12 | AQ | 0029 | Confer with Capstone re mediation. | 0.20 |
| 12/04/12 | DHB | 0029 | Email communications re mediation next steps. | 0.10 |
| 12/04/12 | BMK | 0029 | Research allocation issues | 1.30 |
| 12/05/12 | FSH | 0029 | Communications w/ working group re allocation concepts and analyze same (.3). Communications re mediation session w/ working group (.4). | 0.70 |
| 12/05/12 | KMR | 0029 | Professionals meeting and follow up meeting (0.8). | 0.80 |
| 12/06/12 | FSH | 0029 | Communications w/ working group re mediation developments (.3). Meet w/ working group re allocation and mediation issues (1.4). Follow-up (.2). | 1.90 |
| 12/06/12 | AQ | 0029 | Review 9019 case law. | 0.80 |
| 12/06/12 | DHB | 0029 | Meet with professionals to begin mediation preparation (1.2); emails re same (.2). | 1.40 |
| 12/06/12 | KMR | 0029 | Meeting among professionals regarding mediation. | 1.00 |
| 12/06/12 | GDB | 0029 | Emails re mediation discussions (0.3) | 0.30 |
| 12/09/12 | FSH | 0029 | Work on concepts for mediation. | 0.70 |
| 12/10/12 | DHB | 0029 | Professionals mediation meeting preparation. | 2.50 |
| 12/11/12 | DHB | 0029 | Office conference with B. Kahn re Capstone scenarios (.1); follow-up with K. Rowe re same (.4). | 0.50 |
| 12/11/12 | BMK | 0029 | Analysis of allocation issues (0.6); tc with D. Botter and K. Rowe re: same (0.2); tc's with Capstone re: same (0.3) | 1.10 |
| 12/12/12 | SLS | 0029 | Review Capstone allocation deck. | 1.10 |
| 12/12/12 | FSH | 0029 | Confer w/ working group re allocation presentation and related issues (.8). Communications w/ parties re mediation matters (.4). | 1.20 |
| 12/12/12 | AQ | 0029 | Review and analyze draft Capstone presentation re mediation scenarios for in-person committee meeting. | 0.80 |
| 12/12/12 | AQ | 0029 | Review and analyze e-mails regarding Capstone committee presentation. | 0.20 |
| 12/12/12 | DHB | 0029 | Detailed review of Capstone work product on scenarios (1.5); consider implications of same and emails related thereto (.5); office conference with B. Kahn re same (.2) (.1); extensive emails with team re same (.5); telephone call with C. Kearns re presentation and scenarios (.5); review tax implication presentation and revise (.6); telephone call with B. Kahn and K. Rowe re same (.5); continue analysis re same (.3); office conference with F. Hodara re mediation and telephone call with D. Schaible (.4). | 5.10 |
| 12/12/12 | BMK | 0029 | Review emails re: allocation mediation issues | 0.40 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 12/13/12 | FSH | 0029 | Analyze allocation issues raised by Committee (.4). Meet w/ DB and BK re same (.8). Further analysis (.2). | 1.40 |
| 12/17/12 | FSH | 0029 | Communicate w/ Committee member re mediation (.1). Attention to logistics (.2). Communications w/ D. Botter, A. Pisa re meetings (.2). | 0.50 |
| 12/17/12 | DHB | 0029 | Email communications re mediation preparation. | 0.20 |
| 12/18/12 | FSH | 0029 | Communications re meeting w/ Ad Hocs (.2). TC P. LeVay re mediation (.2). Follow-up communications w/ working group (.8) TC D. Schaible (.2). Communicate w/ Committee re mediation matters (.3). | 1.70 |
| 12/18/12 | DHB | 0029 | Office conference with B. Kahn re mediation issues (.3); emails re same (.1) (.1). | 0.50 |
| 12/18/12 | BMK | 0029 | Prepare for January mediation session (1.9); confs with F. Hodara and D. Botter re: mediation issues (0.4); draft email to UCC re: mediation (0.3); conf with E. Vonnegut re: same (0.1); conf with M. Fagen re: mediation prep (0.1) | 2.80 |
| 12/19/12 | FSH | 0029 | Review mediation information (.2). Communications w/ Frasers re meetings (.1). Confer w/ DG re foregoing (.2). Confer w/ M. Fagen (.1). Communicate w/ Committee member (.1). Communications re meeting w/ Ad Hoc group re mediation (.3). | 1.00 |
| 12/19/12 | DHB | 0029 | Email communications re Bond issues (.1); office conference with B. Kahn re same and P. LaVay (.1); emails with Frasers re same (.1). | 0.30 |
| 12/19/12 | BMK | 0029 | Analysis of allocation mediation issues | 0.40 |
| 12/19/12 | MCF | 0029 | Prepare for mediation (.5)(.3) discussions with B. Kahn (.1)(.2) and F. Hodara (.2) re same | 1.30 |
| 12/20/12 | FSH | 0029 | Review materials for meeting w/ Ad Hoc Committee and communications re same (.6). Attend same (2.0). Follow-up (.9). | 3.50 |
| 12/20/12 | AQ | 0029 | Attend meeting with Milbank and FTI re preparation for mediation (2.0); follow up to same (.2). | 2.20 |
| 12/20/12 | DHB | 0029 | Meet with Ad Hocs in preparation for mediation (2.0); follow-up re same (.5); telephone calls with creditors re status and mediation (.4) (.1). | 3.00 |
| 12/20/12 | BMK | 0029 | Attend meeting with ad hoc professionals re: allocation mediation (2.0); follow up discussions with Akin team re: same (0.4) | 2.40 |
| 12/20/12 | GDB | 0029 | Emails re mediation and discussions with Davis Polk (0.3). | 0.30 |
| 12/20/12 | MCF | 0029 | Participate in meeting with Ad Hocs re mediation (2); prepare for mediation (.3)(.4) and discussions with F. Hodara and B. Khan re same (.3) and discussions with Ashhurst (.1)(.1) re same | 3.20 |
| 12/21/12 | MCF | 0029 | Prepare for mediation allocation (.7) and communications with F. Hodara, D. Botter, A. Qureshi and B. Kahn re same (.2) | 0.90 |
| 12/26/12 | FSH | 0029 | Communications w/ Committee members and working group re upcoming mediation (.3). Planning and preparation for same (.3). Work on materials (.2). Review draft memorandum (2.3). Meet w/B. Kahn and M. Fagen re same (.9). Further communications re same (.2). | 4.20 |
| 12/26/12 | DHB | 0029 | Email communications re mediation status and next steps (.2). | 0.20 |
| 12/26/12 | MCF | 0029 | Prepare for allocation mediation (.4) and communications with F. Hodara (.2) and A. Croke (.2) re same. | 0.80 |
| 12/27/12 | FSH | 0029 | Calls re mediation (.4). Review info from Capstone (.2). | 0.60 |
| 12/28/12 | FSH | 0029 | Attention to mediation information. | 0.20 |
| 12/28/12 | MCF | 0029 | Prepare for mediation (.2)(.2) and communciations with M. Riela re same (.2). | 0.60 |

|  |  |  | Total Hours | 535.80 |