# EXHIBIT C

## DISBURSEMENT SUMMARY
## DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $5,748.42 |
| Conference Call /Telephone/Video Conferencing | $2,667.05 |
| Duplicating (billed at $.10 per page) | $420.70 |
| Meals/Committee Meeting Expenses | $472.59 |
| Travel Expenses – Ground Transportation | $1,844.30 |
| Travel Expenses – Train Fare | $188.00 |
| **TOTAL** | **$11,341.06** |