# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1463194 |
| ATTN: JOHN DOLITTLE | Invoice Date 01/31/13 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/19/12 | Travel - Ground Transportation  Late working taxi.; NYC Taxi | $14.30 |
| 09/21/12 | Travel - Ground Transportation  Taxi from meeting with client to train station.; New Haven Car Service | $35.00 |
| 10/18/12 | Meals (100%)  Late working dinner.; Lisa Beckerman; Late working dinner.; Sri Thai | $52.00 |
| 10/22/12 | Meals (100%)  Late working dinner.; Lisa Beckerman; Late working dinner.; Zena Grocery and Deli | $50.00 |
| 10/26/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034019542 DATE: 11/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $11.23 |
| 10/26/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034019542 DATE: 11/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.16 |
| 10/28/12 | Meals (100%)  Late working meal.; Lisa Beckerman; Late working meal.; Off the Wall | $50.00 |
| 10/29/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034019542 DATE: 11/24/2012 Multi-office omnibus teleconference | $2.22 |

One Bryant Park / New York, NY 10036 / 212.872.1000 / fax 212.872.1002 / www.akingump.com

| Date | Description | Amount |
|---|---|---|
| 11/05/12 | invoice. Account# 205134736<br>Audio and Web Conference Services<br>VENDOR: GLOBAL CROSSING<br>CONFERENCING INVOICE#:<br>9034019542 DATE: 11/24/2012<br>Multi-office omnibus teleconference<br>invoice. Account# 205134736 | $3.14 |
| 11/06/12 | Travel - Train Fare  VENDOR: DINERS<br>CLUB INVOICE#: NOV12-<br>53062500000206 DATE: 11/25/2012<br>PASSENGER: Koo Angeline La<br>TICKET #: 0580748483 DEPARTURE<br>DATE: 11/06/2012 ROUTE: NYC/WIL | $37.00 |
| 11/06/12 | Travel - Train Fare  VENDOR: DINERS<br>CLUB INVOICE#: NOV12-<br>53062500000206 DATE: 11/25/2012<br>PASSENGER: Koo Angeline La<br>TICKET #:  DEPARTURE DATE:<br>11/07/2012 ROUTE: NYP/WIL | $151.00 |
| 11/06/12 | Audio and Web Conference Services<br>VENDOR: GLOBAL CROSSING<br>CONFERENCING INVOICE#:<br>9034019542 DATE: 11/24/2012<br>Multi-office omnibus teleconference<br>invoice. Account# 205134736 | $11.01 |
| 11/12/12 | Travel - Ground Transportation  Late<br>working taxi home.; NYC Taxi | $16.10 |
| 11/12/12 | Audio and Web Conference Services<br>VENDOR: GLOBAL CROSSING<br>CONFERENCING INVOICE#:<br>9034019542 DATE: 11/24/2012<br>Multi-office omnibus teleconference<br>invoice. Account# 205134736 | $12.30 |
| 11/12/12 | Audio and Web Conference Services<br>VENDOR: GLOBAL CROSSING<br>CONFERENCING INVOICE#:<br>9034019542 DATE: 11/24/2012<br>Multi-office omnibus teleconference<br>invoice. Account# 205134736 | $10.04 |
| 11/14/12 | Audio and Web Conference Services<br>VENDOR: GLOBAL CROSSING<br>CONFERENCING INVOICE#:<br>9034019542 DATE: 11/24/2012<br>Multi-office omnibus teleconference<br>invoice. Account# 205134736 | $4.44 |
| 11/19/12 | Travel - Ground Transportation  Late<br>working taxi.; NYC Taxi | $15.50 |
| 11/19/12 | Audio and Web Conference Services<br>VENDOR: GLOBAL CROSSING<br>CONFERENCING INVOICE#:<br>9034019542 DATE: 11/24/2012<br>Multi-office omnibus teleconference<br>invoice. Account# 205134736 | $6.68 |
| 11/20/12 | Meals (100%) 11/19/12 - M. Fagen -<br>Meeting with ad hoc professionals<br>working meal (8 people)<br>VENDOR: RESTAURANT<br>ASSOCIATES; INVOICE#: | $43.55 |

| Date | Description | Amount |
|---|---|---|
| 11/24/12 | 2033800216; DATE: 11/20/2012<br>Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: 1154190 DATE: 12/12/2012<br>Vendor: Dial Car Voucher #: DLA3294476 Date: 11/24/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3294476 Date: 11/24/2012 Name: Lisa Beckerman | $70.03 |
| 11/25/12 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: 1154190 DATE: 12/12/2012<br>Vendor: Dial Car Voucher #: DLA3569742 Date: 11/25/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3569742 Date: 11/25/2012 Name: Lisa Beckerman | $70.03 |
| 11/27/12 | Travel - Ground Transportation Taxi returning from client meeting.; NYC Taxi | $45.95 |
| 11/29/12 | Meals (100%) 11/29/12 M. Fagen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800217; DATE: 11/29/2012 | $92.54 |
| 11/29/12 | Meals (100%) 11/29/12 J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800217; DATE: 11/29/2012 | $22.86 |
| 11/30/12 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: 1154190 DATE: 12/12/2012<br>Vendor: Dial Car Voucher #: DLA3692936 Date: 11/30/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3692936 Date: 11/30/2012 Name: Lisa Beckerman | $74.11 |
| 11/30/12 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: 1154487 DATE: 12/19/2012<br>Vendor: Dial Car Voucher #: DLA3370009 Date: 11/30/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3370009 Date: 11/30/2012 Name: Lisa Beckerman | $82.27 |
| 12/03/12 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 12/3/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $93.73 |
| 12/03/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1316818 DATE: 12/9/2012<br>Lilling Austin - The Mean Fiddler - 12/03/2012 | $34.46 |
| 12/03/12 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 694108 DATE: 12/13/2012<br>Vendor: Executive Royal Voucher #: | $67.99 |

| Date | Description | Amount |
|---|---|---|
| 12/03/12 | 377562 Date: 12/03/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 377562 Date: 12/03/2012 Name: Lisa Beckerman Travel - Ground Transportation Late working taxi home.; NYC Taxi | $12.50 |
| 12/04/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FENER SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 12/04/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FENER SCOTT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $27.00 |
| 12/04/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 694108 DATE: 12/13/2012 Vendor: Executive Royal Voucher #: 428460 Date: 12/04/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 428460 Date: 12/04/2012 Name: Lisa Beckerman | $69.01 |
| 12/04/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1154487 DATE: 12/19/2012 Vendor: Dial Car Voucher #: DLA3612189 Date: 12/04/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3612189 Date: 12/04/2012 Name: Austin Lilling | $193.25 |
| 12/04/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1154487 DATE: 12/19/2012 Vendor: Dial Car Voucher #: DLRVWCC3B1D8 Date: 12/04/2012 Name: Joshua Sturm\|\|Car Service, Vendor: Dial Car Voucher #: DLRVWCC3B1D8 Date: 12/04/2012 Name: Joshua Sturm | $38.01 |
| 12/04/12 | Document Production - In House REQUESTOR: J STURM; DESCRIPTION: COLOR COPIES; QUANTITY: 17; DATE ORDERED: 12/4/12 | $1.70 |
| 12/04/12 | Travel - Ground Transportation Late working taxi home.; NYC Taxi | $14.90 |
| 12/05/12 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 12001-01001-12; DATE: 12/5/2012 | $2,604.83 |
| 12/05/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1316818 DATE: 12/9/2012 Catering Akin Gump - Mendy's Kosher Restaurant - 12/05/2012 | $28.25 |
| 12/06/12 | Computerized Legal Research - Westlaw | $134.82 |

| Date | Description | Amount |
|---|---|---|
| | User: KAHN,BRAD Date: 12/6/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 12/07/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 12/7/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $6.40 |
| 12/09/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 694108 DATE: 12/13/2012 Vendor: Executive Royal Voucher #: 389345 Date: 12/09/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 389345 Date: 12/09/2012 Name: Lisa Beckerman | $69.01 |
| 12/09/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 694343 DATE: 12/21/2012 Vendor: Executive Royal Voucher #: 227375 Date: 12/09/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 227375 Date: 12/09/2012 Name: Lisa Beckerman | $69.01 |
| 12/10/12 | Travel - Ground Transportation Late working taxi home.; NYC Taxi | $16.20 |
| 12/10/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 694343 DATE: 12/21/2012 Vendor: Executive Royal Voucher #: 385971 Date: 12/10/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 385971 Date: 12/10/2012 Name: Lisa Beckerman | $69.01 |
| 12/11/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 694108 DATE: 12/13/2012 Vendor: Executive Royal Voucher #: 378352 Date: 12/11/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 378352 Date: 12/11/2012 Name: Lisa Beckerman | $69.01 |
| 12/12/12 | Duplication - In House Photocopy - User # 990100, NY, 2075 page(s) | $207.50 |
| 12/12/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1318645 DATE: 12/16/2012 Sturm Joshua - Abigael's on Broadway - 12/12/2012 | $32.69 |
| 12/12/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1318645 DATE: 12/16/2012 Catering Akin Gump - Mendy's Kosher Restaurant - 12/12/2012 | $34.14 |
| 12/12/12 | Travel - Ground Transportation | $69.01 |

| Date | Description | Amount |
|---|---|---|
| 12/12/12 | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 694343 DATE: 12/21/2012 Vendor: Executive Royal Voucher #: 298890 Date: 12/12/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 298890 Date: 12/12/2012 Name: Lisa Beckerman Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 2025; DATE ORDERED: 12/12/12 | $202.50 |
| 12/17/12 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 12/17/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $543.94 |
| 12/17/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1322719 DATE: 12/23/2012 Lilling Austin - Haru On Broadway - 12/17/2012 | $32.10 |
| 12/19/12 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 12/19/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $218.86 |
| 12/20/12 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 12/20/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $169.80 |
| 12/20/12 | Computerized Legal Research - Westlaw User: SAMPER,JONATHAN Date: 12/20/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $105.17 |
| 12/20/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1155875 DATE: 1/9/2013 Vendor: Dial Car Voucher #: DLA3743413 Date: 12/20/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3743413 Date: 12/20/2012 Name: Austin Lilling | $192.99 |
| 12/21/12 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 12/21/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $59.30 |
| 12/21/12 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: BECKERMAN LISA; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 6.0 | $210.60 |
| 12/21/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 18.0 | $1,058.40 |
| 12/21/12 | Computerized Legal Research - Lexis | $13.50 |

|  |  |  |
|---|---|---|
|  | Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 |  |
| 12/23/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 694609 DATE: 12/28/2012 Vendor: Executive Royal Voucher #: 385504 Date: 12/23/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 385504 Date: 12/23/2012 Name: Lisa Beckerman | $72.99 |
| 12/23/12 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 12/23/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $773.05 |
| 12/24/12 | Travel - Ground Transportation  Taxi for holiday weekend for work at office; NYC Taxi Receipt | $12.60 |
| 12/24/12 | Travel - Ground Transportation  Taxi from office to home for holiday weekend work; NYC Taxi Receipt | $13.70 |
| 12/26/12 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 12/26/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $265.36 |
| 12/26/12 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 90; DATE ORDERED: 12/26/12 | $9.00 |
| 12/26/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1155989 DATE: 1/16/2013 Vendor: Dial Car Voucher #: DLA3666155 Date: 12/26/2012 Name: Kristine Manoukian\|\|Car Service, Vendor: Dial Car Voucher #: DLA3666155 Date: 12/26/2012 Name: Kristine Manoukian | $52.43 |
| 12/26/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1155989 DATE: 1/16/2013 Vendor: Dial Car Voucher #: DLA3736417 Date: 12/26/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3736417 Date: 12/26/2012 Name: Austin Lilling | $193.25 |
| 12/27/12 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 12/27/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $6.40 |
| 12/27/12 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 12/27/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $165.53 |
| 12/28/12 | Computerized Legal Research - Westlaw | $534.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1463194

Page 8  
January 31, 2013

| Date | Description | Amount |
|---|---|---|
| 12/28/12 | Computerized Legal Research - Westlaw User: SOUTHWELL,TRACY Date: 12/28/2012 AcctNumber: 1000045367 ConnectTime: 0.0 | $105.38 |
| 12/28/12 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 12/28/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $427.90 |
| 12/28/12 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 12/28/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $714.66 |
| 12/28/12 | Computerized Legal Research - Westlaw User: SAMPER,JONATHAN Date: 12/28/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $34.69 |
| 12/28/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1155875 DATE: 1/9/2013 Vendor: Dial Car Voucher #: DLA3812362 Date: 12/28/2012 Name: Kristine Manoukian\|\|Car Service, Vendor: Dial Car Voucher #: DLA3812362 Date: 12/28/2012 Name: Kristine Manoukian | |
| 12/28/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1155989 DATE: 1/16/2013 Vendor: Dial Car Voucher #: DLA3826386 Date: 12/28/2012 Name: Kristine Manoukian\|\|Car Service, Vendor: Dial Car Voucher #: DLA3826386 Date: 12/28/2012 Name: Kristine Manoukian | $43.56 |
| 12/30/12 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 12/30/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $38.82 |
| 12/30/12 | Travel - Ground Transportation Taxi to office on weekend re: Nortel; NYC Taxi Receipt | $13.20 |
| 12/31/12 | Computerized Legal Research - Westlaw User: SOUTHWELL,TRACY Date: 12/31/2012 AcctNumber: 1000045367 ConnectTime: 0.0 | $42.00 |
| 12/31/12 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 12/31/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $6.40 |
| 12/31/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1155875 DATE: 1/9/2013 Vendor: Dial Car Voucher #: DLA3746997 Date: 12/31/2012 Name: Kristine Manoukian\|\|Car Service, Vendor: Dial Car Voucher #: DLA3746997 Date: 12/31/2012 Name: Kristine Manoukian | $34.69 |

Current Expenses        $11,341.06