# EXHIBIT E

Case 09-10138-MFW   Doc 9379-6   Filed 02/06/13   Page 2 of 3

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 13 years; Admitted in 1989; Financial Restructuring Department | $995 | 59.40 | $59,103.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $975 | 28.60 | $27,885.00 |
| Fred S. Hodara | Partner for 23 years; Admitted in 1982; Financial Restructuring Department | $1,050 | 36.10 | $37,905.00 |
| Stephen B. Kuhn | Partner for 12 years; Admitted in 1991; Corporate Department | $825 | 2.20 | $1,815.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $825 | 14.60 | $12,045.00 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $775 | 9.70 | $7,517.50 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $625 | 37.00 | $23,125.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $705 | 30.60 | $21,573.00 |
| Angeline L. Koo | Counsel for 2 years; Admitted in 2005; Litigation Department | $625 | 18.80 | $11,750.00 |
| Graeme D. Bell | International Law Advisor for 4 years; Admitted in 2003; Financial Restructuring Department | $695 | 3.60 | $2,502.00 |
| Daniel Z. Vira | Senior Attorney for 1 year; Admitted in 1993; ERISA Department | $630 | 1.10 | $693.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Matthew C. Fagen | Associate for 1 years; Not Yet Admitted; Financial Restructuring Department | $375 | 29.90 | $11,212.50 |
| Brad M. Kahn | Associate for 5 years; Admitted in 2008; Financial Restructuring Department | $575 | 67.80 | $38,985.00 |
| Adam S. Krotman | Associate for 2 years; Admitted in 2010. Tax Department | $475 | 12.10 | $5,747.50 |
| Kristine G. Manoukian | Associate for 4 years; Admitted in 2008; Financial Restructuring Department | $575 | 116.10 | $66,757.50 |
| Joshua Y. Sturm | Associate for 6 years; Admitted in 2007; Financial Restructuring Department | $600 | 41.60 | $24,960.00 |
| Kemoy Foster | Staff Attorney for 2 years; Admitted in 2007; Litigation Department | $275 | 2.20 | $605.00 |
| Jennifer L. Cuatt | Legal Assistant for 6 years; Litigation Department | $210 | 2.70 | $567.00 |
| Dmitry B. Iofe | Legal Assistant for 3 years; Litigation Department | $225 | 4.50 | $1,012.50 |
| Jonathan A. Samper | Legal Assistant for 1 year; Financial Restructuring Department | $215 | 4.00 | $860.00 |
| Tracy Southwell | Legal Assistant for 20 years; Financial Restructuring Department | $235 | 10.30 | $2,420.50 |
| Peter J. Sprofera | Legal Assistant for 36 years; Financial Restructuring Department | $270 | 2.90 | $783.00 |

Total Amount of Fees:   $359,824.00
Total Number of Hours:  535.80
Blended Hourly Rate:    $671.56