## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 9341 & 9345** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On February 1, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_Carol Zhang_
Carol Zhang

Sworn to before me this
6th  day of February, 2013

_Peter Caris_
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | | Chapter 11 |
|---|---|---|
| NORTEL NETWORKS INC., et al., | | Case No. 09-10138 (KG) |
| Debtors. | | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DAGG, DAVID A. - PATENT ATTORNE
         44 CHAPIN RD
         NEWTON CENTRE, MA 02459

Please note that your claim # 5376 in the above referenced case and in the amount of
      $7,709.00 allowed at $1,500.00  has been transferred **(unless previously expunged by court order)** to:

         TANNOR PARTNERS CREDIT FUND, LP
         TRANSFEROR: DAGG, DAVID A. - PATENT ATTO
         150 GRAND STREET, STE 401
         WHITE PLAINS, NY 10601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9341      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/01/2013                      David D. Bird, Clerk of Court

                                      /s/ Tim Conklin
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 1, 2013.

**EXHIBIT B**

```
TIME: 11:32:00
DATE: 02/01/13                                                                    PAGE:    1

                                          NORTEL NETWORKS INC.
                                          CREDITOR LISTING

Name                         Address
ASM CAPITAL, L.P.            TRANSFEROR: DAVIS, BRIAN P ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
DAGG, DAVID A. - PATENT ATTORNE   44 CHAPIN RD NEWTON CENTRE MA 02459
DAVIS, BRIAN P              101 ATLANTIC AVE SPRING LAKE NJ 07762
TANNOR PARTNERS CREDIT FUND, LP   TRANSFEROR: DAGG, DAVID A. - PATENT ATTO 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601


Total Number of Records Printed      4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
**ATTN: JAMES BROMLEY**
**ONE LIBERTY PLAZA**
**NEW YORK, NY 10006**