IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administrated |
| Debtors. | ) | Related D.I.:8067 |
| | ) | |
| | ) | RE:                D.I. # 9304,9342 |
| | ) | |
| | ) | Preliminary Hearing Date: February 14, |
| | ) | 2013 at 10:00 am (EST); |
| | ) | |
| | ) | Preliminary Hearing Objections Due: |
| | ) | February 4, 2013 at 4:00 pm (EST) |
| | ) | |
| | ) | |

**DECLARATION OF ERNEST DEMEL IN SUPPORT OF DANIEL D. DAVID'S
OBJECTION TO DEBTORS' MOTION OF PURSUANT TO SECTIONS 363 AND 105
OF THE
BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023
TO (I) (A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT
REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS,
(B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT
PURPOSES ONLY, (C) APPROVE THE NOTICE
PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND
(II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT,
(B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS
TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF**

Ernest Demel hereby declares the following under penalty of perjury:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

I, Ernest Demel, a disabled LTD employee, hereby submits this in support of class of Daniel D David's Objection to Debtors' Motion to (A) Preliminary approve the settlement agreement regarding long-term Disability plans and claims; (B) conditional certification of class for settlement purposes only; (C) conditional Appointment of class representatives regarding the settlement proposed in regards to the Debtors Motion to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees.

## MY BASES FOR RELIEF

Nortel seek an order approving the stipulation resolving claim No.4643 filed by Ernest Demel. The Debtors seek a settlement reflected in the stipulation eliminates a purported, $1,924,557.70 LTD claim against Nortel, in the lesser amount of $125,000.00 avoiding the uncertainty of litigation. U S Bankruptcy Courts Judge the Honorable Kavin Gross Granted the parties to enter into a stipulation, on October 14, 2010. It stated in the Order that the Debtor are not subjected to any stay in the implementation, enforcement or realization of the relief granted in this Order and the Debtors to take any action to perform any act authorized in the Order without further delay.

**27 Months has passed** since the date of the agreement, the Debtors have not paid any money to me, and to take effect of the stipulation, therefor the total original LTD claim $1,924,557.70 is not resolved. I respectfully request that the Debtors' should provide 100 percent of the past outstanding LTD amount.

On March 30, 2012 the Honorable Judge George B, Daniels, US District Court – Southern District of New York, ( case N0: 07-CV-0189 ) issued a memorandum of decision and order, granting Plaintiff's summary judgment and denying all other summary judgment motions. (Docket #73.page.10) *"Pursuant to the SSA ALJ's November 22, 1999 decision, Plaintiff became eligible for disability benefits beginning at the time of his accident on February 3, 1984. Thus Plaintiff became totally and permanently disable under the terms of the Plan as of that date".*

**THEREFOR I SUBMIT MY OBJECTION TO DEBTORS' MOTION OF PURSUANT TO SECTIONS 363 AND 105, OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023.**

## RELIEF REQUESTED

1. I respectfully request that the court deny Debtor's Motion [D.I. 9304].
2. I respectfully request that the Debtors' provide 100 percent of 1981-2001 LTD group's already incurred LTD income continuation claims based on their actuarial value paid in cash to each individual participant (including myself) at the time all the LTD associated plans (the Nortel Networks Inc. Medical Plan, the Nortel Networks Inc. Dental, Vision, and Hearing Care Plan, the Nortel Networks Inc. Life Insurance Plan, the Nortel Networks Inc. AD&D Insurance Plan, the Nortel Networks Inc. Health Care Reimbursement Account Plan, the Nortel Networks Business Travel Accident Insurance Plan, the Nortel Networks Inc. Dependent Day Care Reimbursement Account Plan, the Nortel Networks Inc. Long-Term Investment Plan,) are terminated.
3. I respectfully request that the Debtors re-negotiate the LTD associated plan's settlement and I feel the result in this case should be similar to the Nortel retiree settlement.
4. I bring up these observations and discrepancies in hopes that justice and fairness will prevail in this case.

Dated: January, 31, 2013

_____

Ernest Demel

*Appearing Pro Se*


Ernest Demel, C/O Ms. Librata Aldana, 530 West 55 Street, 13 K, New York N Y 10019.
Tel: 1 646 559 9992   Email. ernestdemel@ymail.com

## CERTIFICATE OF SERVICE

I Ernest Demel hereby certify that a copy of the foregoing documents sent to the following parties by USPS. Certified mail on 02/03/13 and I am over 18 years of age.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 N Market St,
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Ms. Ann C. Cordo
1201 N Market St
P.O.Box 1347
Wilmington
DELAWARE  19801


Ms. Lisa M Schweitzer
CLEARY GOTTLIBE STEEN & HAMILTON LLP
One Liberty Plaza,
New York N Y 10006

By------------------------------

Ernest Demel 02/03/13
Tel 1646 559 9992

Email: ernestdemel@ymal.com    RCS Box 426, NYC, NY 10101-0426