# CERTIFICATE OF SERVICE

I Ernest Demel hereby certify that a copy of the foregoing documents sent to the following parties by USPS. Certified mail on 02/03/13 and I am over 18 years of age.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 N Market St,
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Ms. Ann C. Cordo
1201 N Market St
P.O.Box 1347
Wilmington
DELAWARE 19801


Ms. Lisa M Schweitzer
CLEARY GOTTLIBE STEEN & HAMILTON LLP
One Liberty Plaza,
New York N Y 10006

By-----------------------

Ernest Demel 02/03/13
Tel 1646 559 9992

Email: ernestdemel@ymal.com    RCS Box 426, NYC, NY 10101-0426