# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 9360 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                              ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2013, I caused to be served the "Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits," dated February 1, 2013 [Docket No. 9360], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, (Filed Under Seal).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
4th day of February, 2013

_____
Notary Public

> PANAGIOTIS CARIS
> NOTARY PUBLIC STATE OF NEW YORK
> QUEENS COUNTY
> LIC. #01CA6237515
> COMM. EXP. MARCH 21, 2015

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ADELLA VENNEMAN | 5269 RIO GRANDE DRIVE SAN JOSE CA 95136 |
| ALAN HEINBAUGH | 19816 COLBY CT. SARATOGA CA 95070 |
| BARBARA CARR | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| BARBARA GALLAGHER | 410 WEST ACRES ROAD WHITESBORO TX 76273 |
| BERT FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BONNIE BOYER | 305 W JUNIPER AVE STERLING VA 20164-3724 |
| BRAD HENRY | 11596 W. SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BRUCE FRANCIS | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| BRUCE TURNER | 8 SUNSET DRIVE HOMER NY 13077 |
| CARMEL TOTMAN | 164 BERTON STREET BOONE NC 28607 |
| CAROL RAYMOND | 7962 S.W. 185 ST. MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| CHAD SORIANO | 8974 HICKORY AVE. HESPERIA CA 92345 |
| CHAE ROOB | 8584 CHANHASSEN HILLS DRIVE SOUTH CHANHASSEN MN 55317 |
| CHARLES BARRY | 4090 OLD FRANKLINTON ROAD FRANKLINTON NC 27525 |
| CHARLES SANDNER | 1970 N LESLIE #3779 PAHRUMP NV 89060 |
| CHARLES SHIPMAN | 1081 GRAZER LANE PRESCOTT AZ 86301 |
| CLARENCE E. ADAMS | 432 LOWER THRIFT ROAD NEW HILL NC 27562 |
| CLAUDIA VIDMER | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| CRICKETT GRISSOM | 2580 W. PORTER CREEK AVE PORTERVILLE CA 93257 |
| CYNTHIA ANN SCHMIDT | PO BOX 119 OREGON HOUSE CA 95962 |
| CYNTHIA RICHARDSON | 5717 CYPRESS DRIVE ROWLETT TX 75089 |
| DANIEL D. DAVID | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DANIEL OWENBY | 2136 SAPELO CT. FERNANDINA BEACH FL 32034 |
| DAVID FOX | 1607 HAVEN PL ALLEN TX 75002 |
| DAVID LITZ | 316 N MANUS DR. DALLAS TX 75224 |
| DAVID MORRISON | 3278 PINE TERRACE APT#1 EVERGREEN HILLS MACEDON NY 14502 |
| DEBORAH JONES | PO BOX 458 WILLOW SPRING NC 27592 |
| DEBRA VEGA | 818 GLENCO RD DURHAM NC 27703 |
| DIANNA IRISH | 235 ATRIUM COURT WARNER ROBINS GA 31088-5600 |
| EDWARD G. GUEVARRA | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| EMILY CULLEN | 100 TELMEW CT CARY NC 27518 |
| ERNEST DEMEL | RCS BOX 426 NEW YORK NY 10101-0426 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| FELICIA JONES MANN | 525 N. ACADEMY STREET CARY NC 27513 |
| FRED LINDOW | PO BOX 33206 LOS GATOS CA 95031-3206 |
| GARY W. GARRETT | 4093 HOGAN DR. APT. 4114 TYLER TX 75709 |
| GEORGE HOVATER JR | 9009 CASALS ST. UNIT #1 SACRAMENTO CA 95826 |
| GERALD UTPADEL | 4627 GREENMEADOWS AVE. TORRANCE CA 90505 |
| GLORIA BENSON | 1824 WILSON PIKE BRENTWOOD TN 37027 |
| HERBERT STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| JAMES CRAIG | 42 EAST CAVALIER RD SCOTTSVILLE NY 14546 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES JEROME LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANE NEUMANN | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| JANET BASS | 1228 MOULTRIE COURT RALEIGH NC 27615 |
| JANETTA HAMES | 649 FOSSIL WOOD DRIVE SAGINAW TX 76179 |

| Claim Name | Address Information |
|---|---|
| JANETTE HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JEFFREY B. BORRON | 13851 TANGLEWOOD DR. FARMERS BRANCH TX 75234 |
| JERRY WADLOW | PO BOX 79 WEWOKA OK 74884 |
| JOHN J. ROSSI | 1568 WOODCREST DR. WOOSTER OH 44691 |
| JOHN MERCER | 121 MONASTERY RD. PINE CITY NY 14871 |
| JOHN PAYNE | 2 ORANGE AVE NEW HARTFORD NY 13413 |
| JOHN S. ELLIOTT | 6 GROUSE LANE MERRIMACK NH 03054 |
| JOYCE ROBERTSON | 604 SOUTH PEEDIN STREET SELMA NC 27576 |
| JUDY A. SCHULTHEIS | 2201 SWEETBRIAR DRIVE ALEXANDRIA VA 22307-1523 |
| KATHLEEN REESE | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. APT. # 1023 DALLAS TX 75248 |
| KENNETH HAZELRIG | 8170 SOLWAY CT WINSTON GA 30187 |
| KERRY LOGAN | 1207 HIGH HAMMOCK DRIVE #102 TAMPA FL 33619 |
| KERRY LOGAN | 16449 NELSON PARK DR APT# 105 CLERMONT FL 34714 |
| KIM M. YATES | 207 TOMATO HILL ROAD LEESBURG FL 34748 |
| KIM NGUYEN | 684 GRAND FIR AVE APT #2 SUNNYVALE CA 94086 |
| LAURIE ADAMS | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| LEAH MCCAFFREY | 7139 DEBBE DR DALLAS TX 75252 |
| LEONA PURDUM | 2532 N. 4TH STREET #254 FLAGSTAFF AZ 86004 |
| LOIS UPHOLD | 201 CAMDEN PARK DR GOLDSBORO NC 27530 |
| LOTTIE CHAMBERS | 2716 DALFORD CT. RALEIGH NC 27604 |
| LYNETTE KAY SEYMOUR | 11671 RIVENDELL LANE AUSTIN TX 78737 |
| MANUEL SEGURA | 215 SHERIDAN STREET APT. #B-43 PERTH AMBOY NJ 08861 |
| MARILYN DAY | 2020 FOX GLEN DR. ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW RD. ASHLAND CITY TN 37015 |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARY HOLBROOK | 1181 GREY FOX CT. FOLSOM CA 95630 |
| MICHAEL ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MICHAEL D. REXROAD | 5244 LINWICK DRIVE FUQUAY VARINA NC 27526 |
| MICHAEL R. THOMPSON | OLD 564 CANDIA ROAD CANDIA NH 03034 |
| MICHAEL S. MCWALTERS | PO BOX 338 ALVISO CA 95002 |
| MICHAEL STUTTS | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| MIRIAM STEWART | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| NAJAM U. DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NANCY WILSON | 7101 CHASE OAKS BLVD #1637 PLANO TX 75025 |
| NANETTE FAISON | 981 KITTRELL ROAD KITTRELL NC 27544 |
| NORMA DEKEL | 12 HEINE SQ. HAIFA 34485 ISRAEL |
| OLIVE STEPP | 470 FAIRVIEW RD ASHEVILLE NC 28803 |
| PAMELA POWELL | 676 BROOKVIEW DRIVE CHAPEL HILL NC 27514 |
| PATRICK MERWIN | 206 AMBERGLOW PLACE CARY NC 27513 |
| PAUL D. WOLFE | 113 RED DRUM LN GLOUCESTER NC 28528 |
| PAUL MORRISON | 2241 COLLEGE AVE QUINCY IL 62301 |
| PETER LAWRENCE | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| RALPH MACIVER | 116 HONEYCOMB LANE MORRISVILLE NC 27560 |
| REID MULLETT | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| REMAJOS BROWN | 2353 SWORD DR. GARLAND TX 75044-6036 |
| RICHARD B. HODGES | 913 WINDMERE LANE WAKE FOREST NC 27587 |
| RICHARD ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |

| Claim Name | Address Information |
| --- | --- |
| RICHARD HODGES | 4707 PEACH TREE LANE SACHSE TX 75048 |
| ROBERT DOVER | 2509 QUAIL RIDGE RD MELISSA TX 75454 |
| ROBERT MARTEL | 200 LIGHTHOUSE LANE APT B3 CEDAR POINT NC 28584 |
| ROGER CARLSEN | 462 E CALLE DE OCASO SAHUARITA AZ 85629 |
| ROGER G. CARLSEN | 390 E. PASEO CELESTIAL SAHUARITA AZ 85629 |
| RONALD ELIAS | 8300 NW 10TH #156 OKLAHOMA CITY OK 73127 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| RUSSELL L. MCCALLUM | 103 CEDARPOST DRIVE CARY NC 27513 |
| SANDRA AIKEN | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| SCOTT GENNETT | 16 WILDWOOD STREET LAKE GROVE NY 11755 |
| SCOTT HOWARD | 2050 CABIAO ROAD PLACERVILLE CA 95667 |
| SHIRLEY BLOOM | 151 E. 31 ST. #22E NEW YORK NY 10016 |
| STEVEN ADDISON | P.O. BOX 164275 FORT WORTH TX 76161 |
| STEVEN BENNETT | 37052 CHESTNUT ST NEWARK CA 94560 |
| SUE WIDENER | 260 N. TOMAHAWK ISLAND DR PORTLAND OR 97217 |
| SUSAN PAPERNO | 1632 JULIUS BRIDGE RD BALL GROUND GA 30107 |
| TERRY MASSENGILL | 126 KERI DR. GARNER NC 27529 |
| THELMA WATSON | PO BOX 971 BATH SC 29816 |
| THOMAS DIKENS | 2612 BENGAL LANE PLANO TX 75023 |
| VADA WILSON | 101 TENY'S LANE ROUGEMONT NC 27572 |
| VERNON LONG | 4929 KELSO LANE GARLAND TX 75043 |
| VICTORIA ANSTEAD | 3894 RIDGE LEA RD APT A AMHERST NY 14228 |
| WAYNE SCHMIDT | 5346 S. MOHAVE SAGE DRIVE GOLD CANYON AZ 85118 |
| WENDY BOSWELL MANN | 2114 CLARET LANE MORRISVILLE NC 27560 |
| WILLIAM A. REED | 7810 HEATON DRIVE THEODORE AL 36582-2362 |
| WILLIAM JOHNSON | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |

**Total Creditor count  124**

**EXHIBIT B**

FILED UNDER SEAL