

**Fw: Settlement ??**  
From: "THOMAS CHERRY" <cherry_thomas@bellsouth.net>  
To: neilberger@teamtogut.com

Thursday, February 7, 2013 6:57 PM

PS; I will also Fax this to the office of; James L. Bromley and Derek C. Abbott.

Attn: Mr. Bromley and Mr. Abbott,
Please read the following email to Mr. Berger concerning the Nortel settlement and how this will in effect not compensate me in any way. Thomas Cherry

--- On Thu, 2/7/13, THOMAS CHERRY <cherry_thomas@bellsouth.net> wrote:

> From: THOMAS CHERRY <cherry_thomas@bellsouth.net>
> Subject: Settlement ??
> To: neilberger@teamtogut.com
> Date: Thursday, February 7, 2013, 6:04 PM
>
> Attn: Neil Berger and Albert Togut,
>
>   I received a packet covering the Nortel settlement. The sheet that showed my settlement leaves some questions. I had a paid up insurance policy for $35,000. Do I get a cash settlement or is this put into a medical Health Reimbursement Account ?
>   I have medical coverage, to put this into a HRA for me, would be of no value to me at all. Unless it is a cash settlement or some continued life insurance coverage, your agreement is of no value to me.
>   Please address this and provide me with something of value.
>
> Thomas Cherry  Nortel ID # 202773

http://us.mc1811.mail.yahoo.com/mc/showMessage?sMid=1&fid=Sent&filterBy=&.rand=4... 2/7/2013

```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED           REMOTE CSID         DURATION    PAGES   STATUS
February 7, 2013 8:18:43 PM EST   8282651772      31        1     Received
02/07/2013  08:19PM  8282651772              CHERRY                      PAGE  01/01
```