IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
:
------------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER AUTHORIZING THE DEBTORS AND THE RETIREE COMMITTEE TO FILE UNDER SEAL CERTIFICATES OF SERVICE RELATED TO LTD EMPLOYEES

I, Kate Roggio Buck, counsel for the Official Committee of Retired Employees (the "Retiree Committee") in the above-captioned cases hereby certify as follows regarding the *Amended Order Authorizing the Debtors and the Retiree Committee to File Under Seal Certificates of Service Related to LTD Employees* (the "Proposed Amended Sealing Order"), attached as **Exhibit A** hereto:

1. On July 30, 2012, Nortel Networks Inc. ("NNI") and certain of its affiliates as debtors and debtors in possession in the above captioned cases (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees* [D.I. 8068] (the "Sealing Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ME1 15035160v.1

2. On August 27, 2012, the Court entered the *Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees* [D.I. 8327] (the "Sealing Order").

3. On December 31, 2012, the Debtors filed the *Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Retiree Notice Procedures Motion").

4. On January 23, 2013, the Court entered the *Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving Forms and Methods of Notice of Hearing to Consider Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9324] (the "Retiree Notice Procedures Order").

5. The Retiree Notice Procedures Order requires the Retiree Committee (or its Agent) to serve certain documents upon persons who are receiving, or persons who may be eligible to receive, benefits under the Retiree Welfare Plans, which includes service upon LTD Employees (as defined in the Sealing Motion).

6. As a result of the service requirements that are contained in the Retiree Notice Procedures Order, the parties have agreed to amend the Sealing Order as set forth in the Proposed Amended Sealing Order attached hereto.

7. The Retiree Committee has circulated the Proposed Amended Sealing Order to counsel to the Debtors, the LTD Committee, Official Committee of Unsecured Creditors and the Ad Hoc Group of Bondholders, all of whom have reviewed the Proposed Amended Sealing Order and have no objection to its entry.

WHEREFORE, the Retiree Committee respectfully requests that the Court (i) enter the Proposed Amended Sealing Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

Dated: February 8, 2013
      Wilmington, Delaware

McCARTER & ENGLISH, LLP

By: /s/ Kate R. Buck
William F. Taylor, Jr. (DE #2936)
Kate R. Buck (DE #5140)
919 North Market Street, Suite 1800
Wilmington, Delaware 19899
Telephone: 302-984-6313

- and -

TOGUT, SEGAL & SEGAL LLP

One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
ALBERT TOGUT
NEIL BERGER

*Counsel for The Official Committee of Retired Employees*