IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
In re                                                       :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                          :   Case No. 09-10138 (KG)
:
:   Jointly Administered
            Debtors.                                        :
:
:   Related Docket Nos. 8068, 8327 & 9388
:
-----------------------------------------------------------X

### AMENDED ORDER AUTHORIZING THE DEBTORS AND THE RETIREE COMMITTEE TO FILE UNDER SEAL CERTIFICATES OF SERVICE RELATED TO LTD EMPLOYEES

WHEREAS, on July 30, 2012, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees* [D.I. 8068] (the "Sealing Motion").

WHEREAS, on August 27, 2012, the Court entered the *Order Authorizing the Debtors to File Under Seal Certificates of Service Related to LTD Employees* [D.I. 8327] (the "Sealing Order").

WHEREAS, on December 31, 2012, the Debtors filed the *Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 15035160v.1

*Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Retiree Notice Procedures Motion").

WHEREAS, on January 23, 2013, the Court entered the Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving Forms and Methods of Notice of Hearing to Consider Settlement Agreement with the Official Committee of Retired Employees [D.I. 9324] (the "Retiree Notice Procedures Order").

WHEREAS, counsel for the Debtors, the Official Committee of Retired Employees, the LTD Committee, as well as counsel to the Official Committee of Unsecured Creditors and the Ad Hoc Group of Bondholders, have reviewed this order (the "Proposed Amended Sealing Order") and the parties have agreed to amend the Sealing Order as set forth below.

NOW THEREFORE, IT IS HEREBY ORDERED, that the following shall apply:

1. Any and all certificates of service, including but not limited to certificates of service related to the LTD Plan Termination Motion, the Retiree Plan Termination Motion, and the Retiree Notice Procedures Order containing the names and addresses of the LTD Employees, delivered to the Court by the Debtors or the Retiree Committee, shall be kept segregated and under seal by the Clerk of Court and shall not be made publicly available pursuant to sections 105(a) and 107(c) of the Bankruptcy Code, Bankruptcy Rule 9018 and 9037 and Local Rule 9018-1(b).

2. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Amended Sealing Order shall be immediately effective and enforceable upon its entry, (ii) the Debtors and the Retiree Committee are not subject to any stay in the implementation, enforcement or realization of the relief granted in this

3

Amended Sealing Order, and (iii) the Debtors and the Retiree Committee may, in their discretion and without further delay, take any action and perform any act authorized under this Amended Sealing Order.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Amended Sealing Order.

Dated: February 8, 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE