## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------X
                                            :
                                            :    Chapter 11
In re                                       :
                                            :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al., [1]           :
                                            :    Jointly Administered
                          Debtors.          :
                                            :    Re:  Docket No. 9352
                                            :
--------------------------------------------------------X
```

## STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS REGARDING OUTSTANDING MOTIONS AND ISSUES

In response to the Court's Order dated January 31, 2013 [D.I. 9352], the Official

Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc. ("NNI") and its

affiliated debtors (collectively, the "Debtors"), submits this statement (the "Statement")

regarding the outstanding motions and issues in these cases.  In support of the Statement, the

Committee respectfully submits as follows:

1.    There are three material outstanding matters that require resolution by this Court

in order to bring these insolvency proceedings to a conclusion.  These material outstanding

matters are as follows:

- determining the validity of the remaining intercompany claims and causes of

   action asserted by the joint administrators for certain of the Debtors' European

   affiliates (the "Remaining EMEA Claims");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

- determining the validity of the claims (the "UK Pension Claims") asserted by the Nortel Networks UK Pension Trust Limited (as trustee of the Nortel Networks UK Pension Plan) and The Board of the Pension Protection Fund; and

- resolving the dispute regarding allocation of proceeds of the sales of business units and other assets (the "Allocation Dispute").

2.      The Committee believes that these matters must be adjudicated as expeditiously and efficiently as practically possible, and respectfully submits that the litigation of each of these matters can and should be scheduled so that the trial of such matters is concluded in this calendar year.  The Committee further submits that the evidentiary hearings on the Remaining EMEA Claims and UK Pension Claims should be heard prior to any evidentiary hearing to resolve the Allocation Dispute but that all pre-trial matters should be conducted simultaneously.  In light of the current procedural posture of the various disputes and the likely overlapping facts and arguments at issue, the Committee believes that sequencing the evidentiary hearings in this order will allow these litigations to be conducted in a manner that is both judicially efficient and cost-effective.

3.      As it has demonstrated throughout these cases, the Committee is ready, willing and able to work with the Court and the other parties to advance these matters and bring these cases to a successful conclusion.

RLF1 8091158v.1

Dated: February 8, 2013
      Wilmington, Delaware

Respectfully submitted,

By: _____
    Mark D. Collins (No. 2981)
    Christopher M. Samis (No. 4909)
    Richards, Layton & Finger, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, DE  19801
    Telephone:  (302) 651-7700

    and

    Fred S. Hodara (*pro hac vice*)
    David H. Botter (*pro hac vice*)
    Brad M. Kahn (*pro hac vice*)
    Akin Gump Strauss Hauer & Feld LLP
    One Bryant Park
    New York, NY  10036
    Telephone:  (212) 872-1000

    Co-counsel to the Committee

RLF1 8091158v.1