## Annex A

## Proposed Litigation Schedule

| | Proposed Schedule to Resolve the EMEA Claims and U.K. Pension Claim | |
|---|---|---|
| | **Date** | **Action** |
| Fact Discovery | Friday, March 8, 2013 | Deadline for service of reasonable requests for the production of non-privileged documents, including any third-party document requests |
| | | Propound no more than twenty (20) interrogatories including sub-parts |
| | Friday, March 22, 2013 | Deadline for service of objections and responses to the document requests and interrogatories |
| | | Commence rolling productions of documents in response to the requests for production to the extent not objected to, working in good faith to produce all requested documents at the earliest practicable date |
| | Friday, April 19, 2013 | Complete production of all responsive documents, except as directed by the Court in response to properly submitted disputes |
| | Wednesday, April 24, 2013 | Deadline to identify fact witnesses |
| | Friday, May 24, 2013 | Deadline to complete all fact depositions |
| Expert discovery | Friday, May 17, 2013 | Deadline to identify experts and subject matter of their testimony |
| | Friday, May 31, 2013 | Deadline for expert reports (including exhibits) |
| | Friday, June 14, 2013 | Deadline to identify rebuttal experts and subject matter of their testimony |
| | Friday, June 28, 2013 | Deadline for rebuttal expert reports (including exhibits) |
| | Friday, July 19, 2013 | Deadline for the completion of expert depositions |
| Pre-trial Submissions | Friday, August 2, 2013 | Deadline for the pre-trial submissions and fact affidavits to accompany those submissions, which shall constitute the direct testimony of each fact witness |
| | Friday, August 23, 2013 | Deadline for reply submissions (including exhibits and reply fact affidavits) |
| Hearing | September 2-6, 2013 | Evidentiary hearing before the U.S. Court |

| Proposed Schedule to Resolve the Allocation Dispute | | |
|---|---|---|
| | **Date** | **Action** |
| Opening Submissions | Friday, March 1, 2013 | Deadline for opening submissions (including exhibits) setting forth the parties' allocation positions |
| Fact Discovery | Friday, March 8, 2013 | Deadline for service of limited reasonable requests for the production of non-privileged documents on the applicable Nortel estates relating to allocation issues only |
| | Friday, March 22, 2013 | Deadline for objections to any party's document requests concerning allocation |
| | | Commence rolling productions of documents in response to the requests for production to the extent not objected to, working in good faith to produce all requested documents at the earliest practicable date |
| | Friday, April 19, 2013 | Complete production of all responsive documents, except as directed by the Court in response to properly submitted disputes |
| | Wednesday, April 24, 2013 | Deadline to identify fact witnesses |
| | Friday, May 31, 2013 | Deadline to complete all fact depositions |
| Expert discovery | Friday, May 31, 2013 | Deadline to identify experts and subject matter of their testimony |
| | Friday, June 14, 2013 | Deadline for expert reports (including exhibits) |
| | Friday, June 28, 2013 | Deadline to identify rebuttal experts and subject matter of their testimony |
| | Friday, July 12, 2013 | Deadline for rebuttal expert reports (including exhibits) |
| | Friday, August 2, 2013 | Deadline for the completion of expert depositions |
| Pre-trial Submissions | Friday, August 23, 2013 | Deadline for the pre-trial submissions and fact affidavits to accompany those submissions, which shall constitute the direct testimony of each fact witness |
| | Wednesday, September 11, 2013 | Deadline for reply submissions (including exhibits and reply fact affidavits) |
| Joint Hearing | September 16-20, 2013 | Joint evidentiary hearing before the U.S. and Canadian Courts |