IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

NOTICE OF FILING OF MONITOR'S RESPONSE ON BEHALF OF ITSELF AND
THE CANADIAN DEBTORS TO THE REQUEST OF MR. JUSTICE MORAWETZ AS
OUTLINED IN HIS ENDORSEMENT DATED JANUARY 31, 2013
IN THE CANADIAN PROCEEDINGS

PLEASE TAKE NOTICE that on February 8, 2013, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (together, the "**Canadian Debtors**"), in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), by its undersigned counsel, filed, in the above-captioned cases, a copy of the *Monitor's Response on Behalf of Itself and the Canadian Debtors to the Request of Mr. Justice Morawetz as Outlined In His Endorsement Dated January 31, 2013* dated February 8, 2013 (the "**Monitor's Response**").[2]  A copy of the Monitor's Response is annexed hereto as Exhibit A.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] The Monitor's Response was filed in the Canadian Proceedings in response to the Ontario Court's request that the parties submit a list of current, outstanding issues.  On January 31, 2013, this Court entered an order in the above-captioned cases requesting similar information, among other things.  The Monitor therefore files the annexed copy of the Monitor's Response in these cases.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Monitor's Response is also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: Wilmington, Delaware
February 8, 2013

ALLEN & OVERY LLP

Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, New York  10020
Telephone (212) 610-6300
Facsimile (212) 610-6399
ken.coleman@allenovery.com
daniel.guyder@allenovery.com

-and-

BUCHANAN INGERSOLL & ROONEY

By: /s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com

Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian Debtors