UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.,*[1] | Case No. 09-10138-KG |
| Debtors. | (Jointly Administered) |

### STATEMENT OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC NOTES, PURSUANT TO ORDER REGARDING SCHEDULING OF KEY OUTSTANDING MATTERS

Law Debenture Trust Company of New York ("Law Debenture"), as indenture trustee for the NNCC Notes (as defined below), by and through its attorneys, Patterson Belknap Webb & Tyler LLP and Morris James LLP, hereby submits this statement ("Statement") pursuant to this Court's *Order Regarding Scheduling of Key Outstanding Matters*, dated January 31, 2013 (Dkt. No. 9352) (the "Order"). Law Debenture respectfully states that:

1.      Pursuant to an indenture, dated as of February 15, 1996 (the "Indenture"), by and among Nortel Networks Limited (f/k/a Northern Telecom Limited), as issuer and guarantor, Nortel Networks Capital Corporation (f/k/a Northern Telecom Capital Corporation), as issuer, and The Bank of New York, as trustee, NNCC issued $150 million in aggregate principal amount of 7.875% Notes Due 2026 (the "NNCC Notes"). Pursuant to an Agreement of Resignation, Appointment and Acceptance, dated as of February 12, 2009, Law Debenture

---

[1]    The debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), NNCC (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567) (collectively, the "U.S. Debtors").

6102857

- 2 -

became successor trustee under the Indenture.  Law Debenture is entitled to assert claims and

take other actions on behalf of the holders of the NNCC Notes.

2.    Three attempts to resolve these cases through mediation have failed.  The

Court now looks to the parties who participated in the mediation with Chief Justice Winkler to

submit "statements identifying the outstanding motions and issues and a proposal for scheduling,

including discovery deadlines and hearing dates."  Order at 1.

3.    Law Debenture participated in the mediation and submits this Statement,

pursuant to the Order, in its capacity as Indenture Trustee.[2]

4.    Law Debenture has reviewed the statements filed today by the U.S.

Debtors, the Committee, and the ad hoc group of Nortel bondholders (the "Ad Hoc Group").

Significantly, these entities agree (a) on the issues that should be adjudicated, and (b) that trials

to resolve these issues should take place as soon as possible and certainly this year.

5.    Law Debenture submits that the U.S. Debtors, the Committee and the Ad

Hoc Group have identified the three most crucial issues for adjudication: (a) the proofs of claim

filed on behalf of the so-called "EMEA Claimants," (b) the amended proofs of claims filed by

the Nortel Networks UK Pension Trust Limited and The Board of the Pension Protection Fund,

and (c) the allocation of proceeds of the Debtors' sales of business units and other assets

(collectively, the "Key Issues").

6.    Law Debenture notes that the U.S. Debtors and the Ad Hoc Group propose

slightly different litigation schedules.  Law Debenture respectfully requests that the Court set a

schedule that adjudicates the Key Issues as expeditiously as possible, given the demands on the

Court's time.

---

[2]    Law Debenture is a member of the Official Committee of Unsecured Creditors ("Committee"), but submits this
Statement solely in its capacity as representative of the interests of the holders of the NNCC Notes.

6102857

7.     Law Debenture – along with every other party involved in these cases – is mindful that these cases are now more than four years old.  Billions of dollars that ultimately will be distributed to creditors remain in escrow.  Significant administrative fees continue to accrue.  Ideally, the upcoming litigation will be put on a fast track.  Accordingly, Law Debenture respectfully urges the Court to set as an aggressive litigation schedule on the three Key Issues as its calendar can accommodate.

Dated: Wilmington, Delaware
       February 8, 2013

                **MORRIS JAMES LLP**

                By:  Stephen M. Miller (DE Bar No. 2610)
                   Courtney R. Hamilton (DE Bar No. 5432)
                500 Delaware Avenue, Suite 1500
                P.O. Box 2306
                Wilmington, Delaware  19899-2306
                Telephone:  (302) 888-6800
                Facsimile:   (302) 571-1750
                Email:  smiller@morrisjames.com
                      chamilton@morrisjames.com

                - and -

                Daniel A. Lowenthal
                Brian P. Guiney
                PATTERSON BELKNAP WEBB & TYLER LLP
                1133 Avenue of the Americas
                New York, NY  10036-6710
                Telephone:  (212) 336-2000
                Facsimile:   (212) 336-2222

                *Attorneys for Law Debenture Trust Company of New York*

6102857