UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------------------x
In re:                                              :    Chapter 11 Case No.
                                                    :
NORTEL NETWORKS, INC.                               :    09-10138 (KG)
                                                    :
                    Debtor.                         :
------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **WB Claims Holding – Nortel, LLC** | **United States Debt Recovery III LP** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   c/o Whitebox Advisors, LLC
   3033 Excelsior Blvd., Suite 300
   Minneapolis, MN 55416-4675
   Attn: Dale Willenbring
   Tel: (612) 253-6068
   Email: dwillenbring@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 2560
Amount of Claim as Filed: $2,857,588.17
Allowed Amount of Claim against Debtor: $2,709,607.17
Amount of Claim to be Transferred: $2,709,607.17
Debtor: Nortel Networks, Inc.

Date Claim Filed: September 3, 2009

Name and Address of Transferor:

5575 Kietzke Lane, Suite A
Reno NV 89511
Attn: Nathan Jones

**PLEASE SEE ATTACHED EXHIBITS**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: February 7, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## Exhibit A

Evidence of Transfer of Claim

## EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery III LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February _7_, 2013, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding- Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 2560 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $2,709,607.17.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _5_ day of February, 2013.

| (Assignor) | (Assignee) |
|---|---|
| **United States Debt Recovery III LP** | **WB Claims Holding - Nortel, LLC** |
| | By: Whitebox Advisors, LLC |
| By: _[signature]_ | By: _____ |
| Name: NATHAN F. Jones | Name: |
| Title: Managing Director | Title: |

EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery III LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 7, 2013, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding- Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 2560 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $2,709,607.17.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 7th day of February, 2013.

| (Assignor) | (Assignee) |
|---|---|
| **United States Debt Recovery III LP** | **WB Claims Holding - Nortel, LLC** |
| | By: Whitebox Advisors, LLC |
| By: _____ | By: _____ |
| Name: | Name: Mark Strefling |
| Title: | Title: Chief Legal Officer |

Exhibit B

Proof of Claim

| United States Bankruptcy Court for the District of Delaware | | PROOF OF CLAIM |
|---|---|---|
| Nortel Networks Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)    0000002560 |
| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | |
| Name of Debtor Against Which Claim is Held<br>NORTEL NETWORKS INC | Case No. of Debtor<br>09-10138 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TELRAD NETWORKS LTD.
1, BAT SHEVA STREET, P.O. Box 228
LOD, 71100 ISRAEL

Telephone number: 972-73-2467474    Email Address: rbukshpan@telrad.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 2,857,588.17

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: GOODS AND EQUIPMENT SOLD AND DELIVERED TO DEBTOR.
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| Date:<br>23 AUGUST, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Telrad Networks Ltd.<br>By: RAN BUKSHPAN, CEO. | FOR COURT USE ONLY<br><br>FILED / RECEIVED<br>SEP 0 3 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| # open<br># Overdue | # Parked<br># Due | # Cleared<br># Not due | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | 600 | 260750 | | | | | | | | | | | |
| 01.06.2009 | | Nortel Networks Inc. (0501/2001) | | | | | | | | | 1 | | |

| ssignment | DocumentNo | Typ | Doc..Date | Net due dt | S | DD | Amt in loc.cur. | LCurr | Amt loc.curr.2 | LCur2 | Clrng doc. | Text | Amount in DC | User name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1130083 | 1200001798 | SA | 11.03.2009 | 11.03.2009 | | # | 305,640.00 | ILS | 72,000.00 | USD | | *הזנה ה 29069# | 72,000.00 | ZEHAVAS |
| 32006403 | 41129020 | RR | 17.12.2008 | 04.03.2009 | | # | 2,874,750.00 | ILS | 750,000.00 | USD | | 0041129020 | 750,000.00 | DEVORAK |
| 503449316 | 41129356 | RR | 06.01.2009 | 20.02.2009 | | # | 40,186.79 | ILS | 10,430.00 | USD | | 0041129356 | 10,430.00 | DEVORAK |
| 503471244 | 41129298 | RR | 30.12.2008 | 13.02.2009 | | # | 68,132.69 | ILS | 17,706.00 | USD | | 0041129298 | 17,706.00 | DEVORAK |
| 503485523 | 41129302 | RR | 30.12.2008 | 13.02.2009 | | # | 181,687.17 | ILS | 47,216.00 | USD | | 0041129302 | 47,216.00 | DEVORAK |
| 503449308 | 41129186 | RR | 28.12.2008 | 11.02.2009 | | # | 433,930.92 | ILS | 112,040.00 | USD | | 0041129186 | 112,040.00 | DEVORAK |
| 320062671 | 41128791 | RR | 04.12.2008 | 07.02.2009 | | # | 1,629,597.76 | ILS | 409,652.53 | USD | | 0041128791 | 409,652.53 | DEVORAK |
| 503191979 | 41129175 | RR | 24.12.2008 | 07.02.2009 | | # | 17,167.61 | ILS | 4,476.56 | USD | | 0041129175 | 4,476.56 | DEVORAK |
| 503520229 | 41129068 | RR | 22.12.2008 | 05.02.2009 | | # | 1,927.78 | ILS | 516.00 | USD | | 0041129068 | 516.00 | DEVORAK |
| 503520229 | 41129069 | RR | 22.12.2008 | 05.02.2009 | | # | 1,479.46 | ILS | 396.00 | USD | | 0041129069 | 396.00 | DEVORAK |
| 503198888 | 41129071 | RR | 22.12.2008 | 05.02.2009 | | # | 131,918.16 | ILS | 35,310.00 | USD | | 0041129071 | 35,310.00 | DEVORAK |
| 503198891 | 41129072 | RR | 22.12.2008 | 05.02.2009 | | # | 43,972.72 | ILS | 11,770.00 | USD | | 0041129072 | 11,770.00 | DEVORAK |
| 503449313 | 41129073 | RR | 22.12.2008 | 05.02.2009 | | # | 87,945.44 | ILS | 23,540.00 | USD | | 0041129073 | 23,540.00 | DEVORAK |
| 503198889 | 41129074 | RR | 22.12.2008 | 05.02.2009 | | # | 43,972.72 | ILS | 11,770.00 | USD | | 0041129074 | 11,770.00 | DEVORAK |
| 503471243 | 41129075 | RR | 22.12.2008 | 05.02.2009 | | # | 40,535.60 | ILS | 10,850.00 | USD | | 0041129075 | 10,850.00 | DEVORAK |
| 503408825 | 41129076 | RR | 22.12.2008 | 05.02.2009 | | # | 40,535.60 | ILS | 10,850.00 | USD | | 0041129076 | 10,850.00 | DEVORAK |
| 503449297 | 41129033 | RR | 21.12.2008 | 04.02.2009 | | # | 33,074.81 | ILS | 8,853.00 | USD | | 0041129033 | 8,853.00 | DEVORAK |
| 503449299 | 41129034 | RR | 21.12.2008 | 04.02.2009 | | # | 22,049.87 | ILS | 5,902.00 | USD | | 0041129034 | 5,902.00 | DEVORAK |
| 503449298 | 41129035 | RR | 21.12.2008 | 04.02.2009 | | # | 44,099.74 | ILS | 11,804.00 | USD | | 0041129035 | 11,804.00 | DEVORAK |
| 503449299 | 41129007 | RR | 17.12.2008 | 31.01.2009 | | # | 158,356.56 | ILS | 41,314.00 | USD | | 0041129007 | 41,314.00 | DEVORAK |
| 503449308 | 41129008 | RR | 17.12.2008 | 31.01.2009 | | # | 107,362.33 | ILS | 28,010.00 | USD | | 0041129008 | 28,010.00 | DEVORAK |
| 503191979 | 41129016 | RR | 17.12.2008 | 31.01.2009 | | # | 51,475.96 | ILS | 13,429.68 | USD | | 0041129016 | 13,429.68 | DEVORAK |
| D000091274 | 41128994 | RR | 15.12.2008 | 29.01.2009 | | # | 147,929.10 | ILS | 37,950.00 | USD | | 0041128994 | 37,950.00 | DEVORAK |
| 503449311 | 41128948 | RR | 14.12.2008 | 28.01.2009 | | # | 174,883.49 | ILS | 44,715.80 | USD | | 0041128948 | 44,715.80 | DEVORAK |
| 503449312 | 41128950 | RR | 14.12.2008 | 28.01.2009 | | # | 174,883.49 | ILS | 44,715.80 | USD | | 0041128950 | 44,715.80 | DEVORAK |
| 503191979 | 41128951 | RR | 14.12.2008 | 28.01.2009 | | # | 35,015.65 | ILS | 8,953.12 | USD | | 0041128951 | 8,953.12 | DEVORAK |
| 503371462 | 41128952 | RR | 14.12.2008 | 28.01.2009 | | # | 174,883.49 | ILS | 44,715.80 | USD | | 0041128952 | 44,715.80 | DEVORAK |
| 503449308 | 41128957 | RR | 14.12.2008 | 28.01.2009 | | # | 273,867.78 | ILS | 70,025.00 | USD | | 0041128957 | 70,025.00 | DEVORAK |
| 503449300 | 41128958 | RR | 14.12.2008 | 28.01.2009 | | # | 346,240.83 | ILS | 88,530.00 | USD | | 0041128958 | 88,530.00 | DEVORAK |
| 503217492 | 41128935 | RR | 14.12.2008 | 28.01.2009 | | # | 5,465.60 | ILS | 1,400.00 | USD | | 0041128935 | 1,400.00 | DEVORAK |
| 503449303 | 41128939 | RR | 11.12.2008 | 25.01.2009 | | # | 46,082.82 | ILS | 11,804.00 | USD | | 0041128939 | 11,804.00 | DEVORAK |
| 503463932 | 41128940 | RR | 11.12.2008 | 25.01.2009 | | # | 126,727.74 | ILS | 32,461.00 | USD | | 0041128940 | 32,461.00 | DEVORAK |
| 503449302 | 41128941 | RR | 11.12.2008 | 25.01.2009 | | # | 115,207.04 | ILS | 29,510.00 | USD | | 0041128941 | 29,510.00 | DEVORAK |
| 503449305 | 41128942 | RR | 11.12.2008 | 25.01.2009 | | # | 43,740.42 | ILS | 11,204.00 | USD | | 0041128942 | 11,204.00 | DEVORAK |
| 503449307 | 41128943 | RR | 11.12.2008 | 25.01.2009 | | # | 10,935.10 | ILS | 2,801.00 | USD | | 0041128943 | 2,801.00 | DEVORAK |
| 503414555 | 41128945 | RR | 11.12.2008 | 25.01.2009 | | # | 5,465.60 | ILS | 1,400.00 | USD | | 0041128945 | 1,400.00 | DEVORAK |
| D000090969 | 41128878 | RR | 09.12.2008 | 23.01.2009 | | # | 149,333.25 | ILS | 37,950.00 | USD | | 0041128878 | 37,950.00 | DEVORAK |
| 503449302 | 41128811 | RR | 07.12.2008 | 21.01.2009 | | # | 117,479.31 | ILS | 29,510.00 | USD | | 0041128811 | 29,510.00 | DEVORAK |
| 503449301 | 41128812 | RR | 07.12.2008 | 21.01.2009 | | # | 422,925.52 | ILS | 106,236.00 | USD | | 0041128812 | 106,236.00 | DEVORAK |
| 503449306 | 41128813 | RR | 07.12.2008 | 21.01.2009 | | # | 33,452.34 | ILS | 8,403.00 | USD | | 0041128813 | 8,403.00 | DEVORAK |
| 503520229 | 41128793 | RR | 04.12.2008 | 18.01.2009 | | # | 4,479.23 | ILS | 1,126.00 | USD | | 0041128793 | 1,126.00 | DEVORAK |
| 503449306 | 41128794 | RR | 04.12.2008 | 18.01.2009 | | # | 6,086.34 | ILS | 1,530.00 | USD | | 0041128794 | 1,530.00 | DEVORAK |
| 503520229 | 41128795 | RR | 04.12.2008 | 18.01.2009 | | # | 8,107.16 | ILS | 2,038.00 | USD | | 0041128795 | 2,038.00 | DEVORAK |
| 503520229 | 41128796 | RR | 04.12.2008 | 18.01.2009 | | # | 5,601.02 | ILS | 1,408.00 | USD | | 0041128796 | 1,408.00 | DEVORAK |
| 503520229 | 41128797 | RR | 04.12.2008 | 18.01.2009 | | # | 5,340.47 | ILS | 1,342.50 | USD | | 0041128797 | 1,342.50 | DEVORAK |

Code  600   260750
01.06.2009   Nortel Networks Inc.(0501/2001)   2

| Assignment | DocumentNo | Typ | Doc..Date | Net due dt | S | DD | Amt in loc.cur. | LCurr | Amt loc.curr.2 | LCur2 | Clrng doc. | Text | Amount in DC | User name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1503520229 | 41128798 | RR | 04.12.2008 | 18.01.2009 | | ## | 36,446.44 | ILS | 9,162.00 | USD | | 0041128798 | 9,162.00 | DEVORAK |
| 1503520229 | 41128799 | RR | 04.12.2008 | 18.01.2009 | | ## | 1,877.62 | ILS | 472.00 | USD | | 0041128799 | 472.00 | DEVORAK |
| 1503517642 | 41128809 | RR | 04.12.2008 | 18.01.2009 | | ## | 9,495.49 | ILS | 2,387.00 | USD | | 0041128809 | 2,387.00 | DEVORAK |
| 1503539120 | 41128810 | RR | 04.12.2008 | 18.01.2009 | | ## | 12,331.80 | ILS | 3,100.00 | USD | | 0041128810 | 3,100.00 | DEVORAK |
| 1503439776 | 41128785 | RR | 03.12.2008 | 17.01.2009 | | ## | 8,867.11 | ILS | 2,242.00 | USD | | 0041128785 | 2,242.00 | DEVORAK |
| 1503182249 | 41128786 | RR | 03.12.2008 | 17.01.2009 | | ## | 4,797.42 | ILS | 1,213.00 | USD | | 0041128786 | 1,213.00 | RITAO |
| 1503449307 | 41128760 | RR | 02.12.2008 | 16.01.2009 | | ## | 156,463.86 | ILS | 39,214.00 | USD | | 0041128760 | 39,214.00 | DEVORAK |
| 1503463933 | 41128761 | RR | 02.12.2008 | 16.01.2009 | | ## | 11,774.49 | ILS | 2,951.00 | USD | | 0041128761 | 2,951.00 | DEVORAK |
| 1503402868 | 41128762 | RR | 02.12.2008 | 16.01.2009 | | ## | 47,097.96 | ILS | 11,804.00 | USD | | 0041128762 | 11,804.00 | DEVORAK |
| 1503434159 | 41128763 | RR | 02.12.2008 | 16.01.2009 | | ## | 23,548.98 | ILS | 5,902.00 | USD | | 0041128763 | 5,902.00 | DEVORAK |
| 1503444747 | 41128764 | RR | 02.12.2008 | 16.01.2009 | | ## | 23,548.98 | ILS | 5,902.00 | USD | | 0041128764 | 5,902.00 | DEVORAK |
| 1503444574 | 41128765 | RR | 02.12.2008 | 16.01.2009 | | ## | 47,097.96 | ILS | 11,804.00 | USD | | 0041128765 | 11,804.00 | DEVORAK |
| 1503449304 | 41128694 | RR | 02.12.2008 | 16.01.2009 | | ## | 223,519.80 | ILS | 56,020.00 | USD | | 0041128694 | 56,020.00 | DEVORAK |
| 1503524278 | 41128695 | RR | 30.11.2008 | 14.01.2009 | | ## | 55,076.00 | ILS | 14,050.00 | USD | | 0041128695 | 14,050.00 | DEVORAK |
| 1503481343 | 41128699 | RR | 30.11.2008 | 14.01.2009 | | ## | 87,886.40 | ILS | 22,420.00 | USD | | 0041128699 | 22,420.00 | DEVORAK |
| 1503453723 | 41128718 | RR | 30.11.2008 | 14.01.2009 | | ## | 6,726.72 | ILS | 1,716.00 | USD | | 0041128718 | 1,716.00 | DEVORAK |
| 1503166968 | 41128719 | RR | 30.11.2008 | 14.01.2009 | | ## | 5,997.60 | ILS | 1,530.00 | USD | | 0041128719 | 1,530.00 | DEVORAK |
| 1503508167 | 41128721 | RR | 30.11.2008 | 14.01.2009 | | ## | 7,761.60 | ILS | 1,980.00 | USD | | 0041128721 | 1,980.00 | DEVORAK |
| 11129523 | 1200001946 | SA | 14.01.2009 | 14.01.2009 | | ## | 162,257.18 | ILS | 41,445.00 | USD | | *הזמנ ל-26075# | 41,445.00 | ZEHAVAS |
| 1503449304 | 41128663 | RR | 27.11.2008 | 11.01.2009 | | ## | 111,171.69 | ILS | 28,010.00 | USD | | 0041128663 | 28,010.00 | DEVORAK |
| 1503449316 | 41128667 | RR | 27.11.2008 | 11.01.2009 | | ## | 81,145.40 | ILS | 20,860.00 | USD | | 0041128667 | 20,860.00 | DEVORAK |
| 1503128571 | 41128641 | RR | 26.11.2008 | 10.01.2009 | | ## | 41,646.99 | ILS | 10,430.00 | USD | | 0041128641 | 10,430.00 | DEVORAK |
| 1503166968 | 41128642 | RR | 26.11.2008 | 10.01.2009 | | ## | 41,646.99 | ILS | 10,430.00 | USD | | 0041128642 | 10,430.00 | DEVORAK |
| 1503434161 | 41128643 | RR | 26.11.2008 | 10.01.2009 | | ## | 41,646.99 | ILS | 10,430.00 | USD | | 0041128643 | 10,430.00 | DEVORAK |
| 1503481345 | 41128646 | RR | 26.11.2008 | 10.01.2009 | | ## | 30,177.90 | ILS | 7,557.70 | USD | | 0041128646 | 7,557.70 | DEVORAK |
| 1503481345 | 41128647 | RR | 26.11.2008 | 10.01.2009 | | ## | 12,071.16 | ILS | 3,023.08 | USD | | 0041128647 | 3,023.08 | DEVORAK |
| הזמנת רכש | 1000000055 | AB | 08.01.2009 | 08.01.2009 | | ## | 17,294.79- | ILS | 4,484.00- | USD | | הזמנה שלנו# | 4,484.00- | MARYS |
| 1503439776 | 41128488 | RR | 17.11.2008 | 01.01.2009 | | ## | 87,056.86 | ILS | 22,420.00 | USD | | 0041128488 | 22,420.00 | DEVORAK |
| 1503449304 | 41128508 | RR | 17.11.2008 | 01.01.2009 | | ## | 108,762.83 | ILS | 28,010.00 | USD | | 0041128508 | 28,010.00 | DEVORAK |
| 1320056909 | 41128271 | RR | 06.11.2008 | 21.12.2008 | | ## | 36,245.52 | ILS | 9,471.00 | USD | | 0041128271 | 9,471.00 | DEVORAK |
| 1503482860 | 41128230 | RR | 05.11.2008 | 20.12.2008 | | ## | 45,827.14 | ILS | 12,130.00 | USD | | 0041128230 | 12,130.00 | DEVORAK |
| 1503482153 | 41128187 | RR | 04.11.2008 | 19.12.2008 | | ## | 5,491.02 | ILS | 1,451.50 | USD | | 0041128187 | 1,451.50 | DEVORAK |
| 1503160720 | 41128042 | RR | 27.10.2008 | 11.12.2008 | | ## | 1,338.22 | ILS | 344.99 | USD | | 0041128042 | 344.99 | ALFREDC |
| 1503481345 | 41128009 | RR | 22.10.2008 | 06.12.2008 | | ## | 70,645.60 | ILS | 18,894.25 | USD | | 0041128009 | 18,894.25 | DEVORAK |
| 1503458775 | 41127997 | RR | 16.10.2008 | 30.11.2008 | | ## | 56,804.74 | ILS | 15,653.00 | USD | | 0041127997 | 15,653.00 | DEVORAK |
| 1503353887 | 41127793 | RR | 24.09.2008 | 08.11.2008 | | ## | 9,764.29 | ILS | 2,801.00 | USD | | 0041127793 | 2,801.00 | RITAO |
| 1503332964 | 41127776 | RR | 23.09.2008 | 07.11.2008 | | ## | 390,131.93 | ILS | 111,913.92 | USD | | 0041127776 | 111,913.92 | RITAO |
| 1503332964 | 41127790 | RR | 23.09.2008 | 07.11.2008 | | ## | 15,631.22 | ILS | 4,484.00 | USD | | 0041127790 | 4,484.00 | RITAO |
| 1503163086 | 41127205 | RR | 17.08.2008 | 01.10.2008 | | ## | 49,563.54 | ILS | 13,806.00 | USD | | 0041127205 | 13,806.00 | DEVORAK |
| 1503163758 | 41127017 | RR | 27.07.2008 | 10.09.2008 | | ## | 46,588.30 | ILS | 13,364.40 | USD | | 0041127017 | 13,364.40 | RITAO |
| 1503026142 | 41126694 | RR | 26.06.2008 | 10.08.2008 | | ## | 1,302.45 | ILS | 384.43 | USD | | 0041126694 | 384.43 | ALFREDC |
| 4502860257 | 41126599 | RR | 17.06.2008 | 01.08.2008 | | ## | 824.73 | ILS | 241.29 | USD | | 0041126599 | 241.29 | ALFREDC |
| 4502860257 | 41126600 | RR | 17.06.2008 | 01.08.2008 | | ## | 2,627.96 | ILS | 768.86 | USD | | 0041126600 | 768.86 | ALFREDC |
| 4502679638 | 41126601 | RR | 17.06.2008 | 01.08.2008 | | ## | 1,313.98 | ILS | 384.43 | USD | | 0041126601 | 384.43 | ALFREDC |
| 4502679638 | 41126438 | RR | 01.06.2008 | 16.07.2008 | | ## | 4,199.57 | ILS | 1,298.97 | USD | | 0041126438 | 1,298.97 | ALFREDC |
| 4502679638 | 41126439 | RR | 01.06.2008 | 16.07.2008 | | ## | 8,002.10 | ILS | 2,475.13 | USD | | 0041126439 | 2,475.13 | ALFREDC |
| 4502679638 | 41126440 | RR | 01.06.2008 | 16.07.2008 | | ## | 10,421.83 | ILS | 3,223.58 | USD | | 0041126440 | 3,223.58 | ALFREDC |

Code        600    260750

Nortel Networks Inc. (0501/2001)                3

01.06.2009

| Assignment | DocumentNo | Typ | Doc..Date | Net due dt | S | DD | Amt in loc.cur. | LCurr | Amt loc.curr.2 | LCur2 | Clrng doc. | Text | Amount in DC | User name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1502860257 | 41126295 | RR | 25.05.2008 | 09.07.2008 | | # | 2,835.88 | ILS | 850.85 | USD | | 0041126295 | 850.85 | ALFREDC |
| | | | | | | # | 11,079,173.93 | ILS | 2,857,557.17 | USD | | | 2,857,557.17 | |
| | | | | | | | 11,079,173.93 | ILS | 2,857,557.17 | USD | | | 2,857,557.17 | |

$$\begin{array}{r} 31.00 \\ + \underline{\phantom{xxxxxx}} \\ \$2,857,588.17 \end{array}$$



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DR. LIPA MEIR | IRIT MEVORACH | ADMIT COHEN | GUY CARMI | גאי כרמי | אדמית כהן | אירית מבורך | ד"ר ליפא מאיר |
| ZURIEL LAVIE | EREZ DAR LULU | MEIR ELBAUM | AYANA WECHSLER | עיינה וקסלר | מאיר אלבוים | ארז דר לולו | צוריאל לביא |
| ISRAEL AZIEL | YARIV SHALOM | TALI LEV(ii) | YAEL LEVY | יעל לוי | טלי לב (ii) | יריב שלום | ישראל עזיאל |
| ALON POMERANC | RAZ NAVON | DANIEL HADASH | SHIMRIT CARMY | שמרית כרמי | דניאל חדש | רז נבון | אלון פומרנץ |
| AARON ABRAMOVICH | DAN TZAFRIR | LIA ANDEL-KATZ | ADIEL KIVITI | עדיאל קוויתי | ליה אנדל כץ | דן צפריר | אהרון אברמוביץ |
| ARTHUR MOHER(I) | DAPHNA FUCHS | EYAL ZALIKHA | OMER MEIRI | עומר מאירי | אייל זליכה | דפנה פוקס | ארתור מוהר (I) |
| UZI MOR | ALONA SHAY ZALESKY | AMIT SELA | NIR INBAR | ניר ענבר | עמית סלע | אלונה שי זלסקי | עוזי מור |
| AMIR BARTOV | SHIRLEY IFRACH AZOR | SYLVIA GAL | INBAL GEDALIA(III) | ענבל גדליה (III) | סילביה גל | שירלי יפרח אזור | אמיר ברטוב |
| GARY COPELOVITZ | GALI OPINSKY | SHAY TAMAR | DANIELLE VARDI | דניאל ורדי | שי תמר | גלי אופינסקי | גרי קופלוביץ |
| GAD AZOR | DAVID WEINSTEIN | ANAT BENZON | KARNIT AKRISH | קרנית אקריש | ענת בנזון | דוד וינשטיין | גד אזור |
| ANAT KENET | DANIT RIMON | ROY AIZ | DR. YEHUDA BEN MEIR (IV) | ד"ר יהודה בן מאיר (IV) | רועי אייז | דנית רימון | ענת קנת |

4 ITAMAR BEN AVI ST. TEL AVIV 64736 ISRAEL FAX:+972-3-6070666    פקס    PHONE: +972-3-6070600    טלפון 64736 תל אביב 4    רחוב איתמר בן אב"י

Nortel Networks Inc., Claims Processing  
c/o Epiq Bankruptcy Solutions LLC  
FDR Station, P.O.Box 5075  
New York, N.Y. 10150-5075  
U.S.A.

24 August 2009  
No. 1171

Dear Sirs/Madam,

Re:   Nortel Networks Inc. (under Chapter 11 Bankruptcy Administration) - Proof of Claim

On behalf of our client, Telrad Networks Ltd., an unsecured creditor of the above referenced Debtor corporation, I hereby submit Telrad's proof of claim in the amount of USD $ 2,857,588.17 for goods and equipment sold and delivered to Nortel Networks Inc.

Please acknowledge receipt of this claim and kindly let me know when you anticipate that the Administrators will be dealing with the claims of the unsecured creditors.

Yours sincerely,

Arthur Moher, Advocate & Notary  
Lipa Meir & Co.

c.c. Ruthy Smadja, CFO  
Telrad Networks Ltd.

**[Note: The remainder of this Proof of Claim was redacted by Transferee due to volume, and is available from Transferee upon request.]**