UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                                            :   Chapter 11 Case No.
                                                                  :
NORTEL NETWORKS, INC.                                             :   09-10138 (KG)
                                                                  :
                          Debtor.                                 :
------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **WB Claims Holding – Nortel, LLC** | **United States Debt Recovery III LP** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   c/o Whitebox Advisors, LLC
   3033 Excelsior Blvd., Suite 300
   Minneapolis, MN 55416-4675
   Attn: Dale Willenbring
   Tel: (612) 253-6068
   Email: dwillenbring@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 163
Amount of Claim as Filed: $19,500.00
Allowed Amount of Claim against Debtor: $19,500.00
Amount of Claim to be Transferred: $19,500.00
Debtor: Nortel Networks, Inc.

Date Claim Filed: February 9, 2009

Name and Address of Transferor:

5575 Kietzke Lane, Suite A
Reno NV 89511
Attn: Nathan Jones

**PLEASE SEE ATTACHED EXHIBITS**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _(signature)_                                     Date: February 7, 2013
   Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

<u>Exhibit A</u>

Evidence of Transfer of Claim

## EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery III LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February _7_ 2013, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding- Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 163 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $19,500.00.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _5_ day of February, 2013.

| (Assignor) | (Assignee) |
|---|---|
| **United States Debt Recovery III LP** | **WB Claims Holding - Nortel, LLC** |
| | By: Whitebox Advisors, LLC |
| By: _/s/ Nath E. Jor_ | By: _____ |
| Name: NATHAN E. JONES | Name: |
| Title: Managing Director | Title: |

## EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery III LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 7, 2013, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding- Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 163 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $19,500.00.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 7th day of February, 2013.

**(Assignor)**
**United States Debt Recovery III LP**

By: _____
Name:
Title:

**(Assignee)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name: Mark Strefling
Title: Chief Legal Officer

Exhibit B

Proof of Claim

| United States Bankruptcy Court for the District of Delaware<br>Nortel Networks Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5075<br>New York, NY 10150-5075 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Nortel Networks Inc., et al.<br>     Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered | Filed: USBC - District of Delaware<br>Nortel Networks Inc., Et Al.<br>09-10138 (KG)    0000000163 |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Elizabeth Brennan
Brennan Consulting Service
1219 Maple St
Lake Oswego, OR 97034
503-635-5900    Libby@brennancs.com
Telephone number:      Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____ (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:      Email Address:

1. Amount of Claim as of Date Case Filed: $ 19,500.00

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: Unpaid fee for consulting service
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 1889
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   
   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____ Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____ Basis for perfection: _____
   
   Amount of Secured Claim: $_____    Amount Unsecured: $ 19,500

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   
   ☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   
   **Amount entitled to priority:**
   
   $ 10,950

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**

FEB - 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 2-1-09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Elizabeth E. Brennan

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Invoic

**Brennan Consulting Services, Inc**

1219 Maple Street
Lake Oswego, OR 97034

| Date | Invoice # |
|---|---|
| 12/10/2008 | Ntel-08-0 |

**Bill To**

Wendy McIntire
Nortel
4001 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

| P.O. Number | Terms |
|---|---|
| 4230061889 | Due on receipt |

| Item | Description | Quantity | Daily Rate | Amount |
|---|---|---|---|---|
| isulting Services | Outline for successful proposal recommendation<br><br>Competitive analysis including:<br><br>-Pricing<br>-Nortel offer gaps<br>-Recommendations<br>-Identify and Analyze strength and weaknesses of competitors by region EMEA, NA, CALA and APAC | 13 | 1,500.00 | 19,500. |

**Total** $19,500.

| Project number | Project Description | Time Estimate | Fee | Start Date | Expected Completion Date |
|---|---|---|---|---|---|
| 1 | 4 hour interview/tutorial on the video/telepresence industry with Hugh McCullen. Working session to help identify opportunities and obstacles to success | 1/2 day | | 10/14/08 | to be scheduled by Hugh McCullen |
| 2 | Provide an outline of a successful Managed Telepresence/Video Proposal | 1/2 day | | 10/15/08 | 10/15/08 |
| | **Project 1 & 2 Total** | **1 day** | **$1,500** | **10/14/08** | **10/15/08** |
| 3 | Analysis of BT/WireOne, HP Halo, Cisco VNOC, Iformata, Glowpoint will include: Side by side comparison of their service offering against Nortel's offer

 MSRP and typical customer price where available

 Identification of Nortel offer gaps and recommendation of ways to leap frog competition

Identify top 5 competitors to Nortel (for selling the MMS product/services solution set) by region (EMEA, NA, CALA, and APAC). Identifying strengths and weaknesses | | | | |
| | **Project 3 Total** | **12 days** | **$18,000** | **10/22/08** | **12/1/08** |
| | **Grand Total** | **13 days** | **$19,500** | | |

| Fee Structure | |
|---|---|
| Hourly rate | $250 |
| 1/2 day minimum | |
| Day rate | $1,500 |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number.

| | | | |
|---|---|---|---|
| 09-10138 | Nortel Networks Inc. | 09-10146 | Nortel Networks Applications Management Solutions |
| 09-10139 | Nortel Networks Capital Corporation | 09-10147 | Nortel Networks Optical Components Inc. |
| 09-10140 | Alteon WebSystems, Inc. | 09-10148 | Nortel Networks HPOCS Inc. |
| 09-10141 | Alteon Websystems International, Inc. | 09-10149 | Architel Systems (U.S.) Corporation |
| 09-10142 | Xros, Inc. | 09-10150 | Nortel Networks International Inc. |
| 09-10143 | Sonoma Systems | 09-10151 | Northern Telecom International Inc. |
| 09-10144 | Qtera Corporation | 09-10152 | Nortel Networks Cable Solutions Inc. |
| 09-10145 | CoreTek, Inc. | | |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
**Nortel Networks Inc. Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5075**
**New York, NY 10150-5075**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's system (http://chapter11.epiqsystems.com/nortel) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



Brenna
1249 m
Lake Q

RECEIVED
FEB 09 2009
BY: ..........

7008 3230 0001 0953 1055

CERTIFIED MAIL

CPU U.S. POSTAGE
$ 3.49°
MAILED FEB 04 2009
97034
PB 1P 000
3657352
FCML

U.S. Bankruptcy Court for Dist. of
Delaware
Nortel Networks Inc. Claims Process
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NJ 10150-5075