UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------x
In re:                                                          :     Chapter 11 Case No.
                                                                :
NORTEL NETWORKS, INC.                                           :     09-10138 (KG)
                                                                :
                                    Debtor.                     :
----------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **WB Claims Holding – Nortel, LLC** | **United States Debt Recovery III LP** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Whitebox Advisors, LLC
3033 Excelsior Blvd., Suite 300
Minneapolis, MN 55416-4675
Attn: Dale Willenbring
Tel: (612) 253-6068
Email: dwillenbring@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 3050
Amount of Claim as Filed: $10,845.00
Allowed Amount of Claim against Debtor: $10,845.00
Amount of Claim to be Transferred: $10,845.00
Debtor: Nortel Networks, Inc.

Date Claim Filed: September 16, 2009

Name and Address of Transferor:

5575 Kietzke Lane, Suite A
Reno NV 89511
Attn: Nathan Jones

**PLEASE SEE ATTACHED EXHIBITS**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: February 7, 2013

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

<u>Exhibit A</u>

Evidence of Transfer of Claim

## EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery III LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 7, 2013, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding- Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 3050 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $10,845.00.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 5 day of February, 2013.

(Assignor)  
**United States Debt Recovery III LP**

By: _____  
Name: NATHAN E. JONES  
Title: Managing Director

(Assignee)  
**WB Claims Holding - Nortel, LLC**  
By: Whitebox Advisors, LLC

By: _____  
Name:  
Title:

## EVIDENCE OF TRANSFER OF CLAIM

**United States Debt Recovery III LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 7, 2013, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding- Nortel, LLC**, its successors and assigns (collectively, "Assignee") the proof of claim No. 3050 (the "Claim") attached hereto, in the entire allowed general unsecured amount of $10,845.00.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 7th day of February, 2013.

**(Assignor)**
**United States Debt Recovery III LP**

By: _____
Name:
Title:

**(Assignee)**
**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name: Mark Strefling
Title: Chief Legal Officer

Exhibit B

Proof of Claim

Case 09-10138-MFW    Doc 9400    Filed 02/11/13    Page 5 of 11

# PROOF OF CLAIM

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

| In Re: Nortel Networks Inc., et al. Debtors. | Chapter 11 Case No. 09-10138 (KG) Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held NORTEL NETWORKS INC. | Case No. of Debtor 09-10138 (KG) |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000003050

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
NNI (MERGE2.DBF,SCHED_NO) SCHEDULE #: 100779080*****
MRV COMMUNICATIONS INC
295 FOSTER STREET
LITTLETON, MA 01460-2004

Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

Your claim is scheduled by the Debtor as:
**$10,845.00 UNSECURED**

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. **Amount of Claim as of Date Case Filed: $ _10,845-_**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** _Goods Sold_
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _NORT 14358_
   3a. Debtor may have scheduled account as: _n/a_
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____  Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 1 6 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: _9/8/09_

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    _978-952-4435_

_Joel Freedenberg_   Joel Freedenberg, Director Finance

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Nortel Networks Tech. Corp**
**U.S. Division only**
**Unpaid invoices prior to Chapter 11**

| Doc # | Doc Date | PO # | $$ Amt | |
|---|---|---|---|---|
| 232464 | 12/10/08 | 4503494911 | 6,395.00 | |
| 232470 | 12/10/08 | 4503542588 | 1,918.50 | |
| 232471 | 12/10/08 | 4503546171 | 5,755.50 | |
| | | | 14,069.00 | CLAIM 1 |
| | | | | |
| 230948 | 09/15/08 | 4503149838 | 999.00 | |
| 232014 | 11/12/08 | 4320060395 | 4,788.00 | |
| 232447 | 12/05/08 | 4320062332 | 5,058.00 | |
| | | | 10,845.00 | CLAIM 2 |
| | | | | |
| 206474 | 03/04/05 | CLD027706 | 227.17 | |
| 225725 | 12/18/07 | 4320016834 | 80.00 | |
| 232042 | 11/13/08 | 4320060396 | 2,425.10 | |
| 232869 | 01/09/09 | 4320066293 | 4,560.00 | |
| 233071 | 01/23/09 | DVH000006 | 15.64 | |
| 233183 | 01/29/09 | DVH000006 | 1,797.00 | |
| | | | 9,104.91 | CLAIM 3 |



**MRV Communications, Inc.**

295 Foster St., Littleton, MA 01460
Tele: (978) 952-4700  Fax: (978) 952-5432

# Invoice

| INVOICE NO. | INVOICE DATE | PAGE |
|---|---|---|
| 230948 | 09/15/08 | 1 |

| SALES ORDER NO. | DATE SHIPPED | BILL OF LADING |
|---|---|---|
| REPL050884 | 09/15/08 | |

| METHOD OF SHIPMENT | FREIGHT TERMS |
|---|---|
| DHL 1 | Prepaid |

| SALES AGENT | ORDER DATE | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|
| ZZREPAIRS | 09/12/08 | 4503149838 |

| PAYMENT TERMS | |
|---|---|
| Net 60 | NONE |

**BILL TO:**
Nortel Networks Tech. Corp.
PO Box 280510
Attn: Accounts Payable
NASHVILLE, TN
U.S.A.                      37228-0510

**SHIP TO:**
CTDI
640 Massman Dr
NASHVILLE, TN
U.S.A.                      37210

RESALE NUMBER: MultiPPuos/BC Pst         TAX CODE: TN

| BILL TO CUSTOMER | SHIP TO CUSTOMER |
|---|---|
| NORT14358 | CTDI35352 |

| ITEM | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | UNIT PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 1 | REP-STD-OUT-W | 999.00 | EA | 1.0000 | 999.00 | N |
| | Repair Defective Prod, Out of W | 0.00 | | | CTDI35352 | |
| | Shipment: 243047 | | | | | |
| | | | | | US $    999.00 | |

PLEASE REMIT TO: P.O. BOX 3598, BOSTON MA 02241-3598.
MRV Communications - Boston Division Inc.
FEIN 04-2737835
****PLEASE VISIT OUR WEB SITE AT WWW.MRV.COM****
Any Questions Please Contact...
A/R - email dgarcia@mrv.com or call Deb @ 978 952-4937
Sales Operations email om@mrv.com
CUSTOMER SERVICE - Toll Free 800-435-7997
Overdue accts. are subject to a 1.5% monthly finance charge.



**MRV Communications, Inc.**

295 Foster St., Littleton, MA 01460
Tele: (978) 952-4700  Fax: (978) 952-5432

# Invoice

| INVOICE NO. | INVOICE DATE | PAGE |
|---|---|---|
| 232014 | 11/12/08 | 1 |

| SALES ORDER NO. | DATE SHIPPED | BILL OF LADING |
|---|---|---|
| 155894 | 11/12/08 | |

| METHOD OF SHIPMENT | FREIGHT TERMS |
|---|---|
| UPSGND E35A22 | Collect |

| SALES AGENT | ORDER DATE | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|
| HALLR | 11/07/08 | 4320060395 |

| PAYMENT TERMS | |
|---|---|
| Net 60 | NONE |

**BILL TO:**
Nortel Networks Tech. Corp.
PO Box 280510
Attn: Accounts Payable
NASHVILLE, TN
U.S.A.                37228-0510

**SHIP TO:**
Nortel c/o K&N Logistics
4001 E. Chapel Hill
Nelson Highway
RTP, NC
U.S.A.                27709

RESALE NUMBER: MultiPPuos/BC Pst

TAX CODE: NC

| BILL TO CUSTOMER | SHIP TO CUSTOMER |
|---|---|
| NORT14358 | NORT12132 |

| ITEM | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | UNIT PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 1 | LX-4048T-001AC  Console Svr, 48 Ports, AC  Shipment: 244178 | 2.00 / 0.00 | EA | 2394.0000 | 4788.00  NORT12132 | N |
| .01 | LX-151-0001R  LX 115v AC 10AMP LineCord RoHS  Shipment: 244178 | 2.00 / 0.00 | EA | 0.0000 | 0.00  NORT12132 | N |
| .02 | LX-MED-01  LX Software CD Kit  Shipment: 244178 | 2.00 / 0.00 | EA | 0.0000 | 0.00  NORT12132 | N |
| | | | | US $ | 4788.00 | |

PLEASE REMIT TO: P.O. BOX 3598, BOSTON MA 02241-3598.
MRV Communications - Boston Division Inc.
FEIN 04-2737835
****PLEASE VISIT OUR WEB SITE AT WWW.MRV.COM****
Any Questions Please Contact...
A/R - email dgarcia@mrv.com or call Deb @ 978 952-4937
Sales Operations email om@mrv.com
CUSTOMER SERVICE - Toll Free 800-435-7997
Overdue accts. are subject to a 1.5% monthly finance charge.



**MRV Communications, Inc.**
295 Foster St., Littleton, MA 01460
Tele: (978) 952-4700  Fax: (978) 952-5432

# Invoice

| INVOICE NO. | INVOICE DATE | PAGE |
|---|---|---|
| 232447 | 12/05/08 | 1 |

| SALES ORDER NO. | DATE SHIPPED | BILL OF LADING |
|---|---|---|
| 156113 | 12/05/08 | |

| METHOD OF SHIPMENT | FREIGHT TERMS |
|---|---|
| UPS GND E35A22 | Collect |

| SALES AGENT | ORDER DATE | CUSTOMER PURCHASE ORDER NUMBER |
|---|---|---|
| HALL.R | 12/02/08 | 4320062332 |

| PAYMENT TERMS | |
|---|---|
| Net 60 | NONE |

**BILL TO:**
Nortel Networks Tech. Corp.
PO Box 280510
Attn: Accounts Payable
NASHVILLE, TN
U.S.A.          37228-0510

**SHIP TO:**
Nortel Networks, Inc.
1361 N. Glenville Drive
RICHARDSON, TX
U.S.A.          75081

RESALE NUMBER: MultiPPuos/BC Pst          TAX CODE: TX:RICHARD

| BILL TO CUSTOMER | SHIP TO CUSTOMER |
|---|---|
| NORT14358 | NORT35569 |

| ITEM | PRODUCT NUMBER / PRODUCT DESCRIPTION | QTY. INVOICED / QTY. BACKORDERED | UOM | UNIT PRICE | NET EXTENSION | TAX |
|---|---|---|---|---|---|---|
| 1 | LX-4032T-001AC<br>Console Svr, 32 Ports, AC<br>Shipment: 244618 | 3.00<br>0.00 | EA | 1686.0000 | 5058.00<br>NORT35569 | N |
| .01 | LX-151-0001R<br>LX 115v AC 10AMP LineCord RoHS<br>Shipment: 244618 | 3.00<br>0.00 | EA | 0.0000 | 0.00<br>NORT35569 | N |
| .02 | LX-MED-01<br>LX Software CD Kit<br>Shipment: 244618 | 3.00<br>0.00 | EA | 0.0000 | 0.00<br>NORT35569 | N |

                                                  US $    5058.00

PLEASE REMIT TO: P.O. BOX 3598, BOSTON MA 02241-3598.
MRV Communications - Boston Division Inc.
FEIN 04-2737835
****PLEASE VISIT OUR WEB SITE AT WWW.MRV.COM****
Any Questions Please Contact...
A/R - email dgarcia@mrv.com or call Deb @ 978 952-4937
Sales Operations email om@mrv.com
CUSTOMER SERVICE - Toll Free 800-435-7997
Overdue accts. are subject to a 1.5% monthly finance charge.



United States Bankruptcy Court for
the District of Delaware
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

RECEIVED
SEP 16 2009

295 Foster Street, Littleton, MA 01460
MRV