UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------x
In re:                                                        :   Chapter 11 Case No.
                                                              :
NORTEL NETWORKS, INC.                                         :   09-10138 (KG)
                                                              :
                              Debtor.                         :
----------------------------------------------------------------x

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>WB Claims Holding – Nortel, LLC</u> | <u>Polycom, Inc.</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    c/o Whitebox Advisors, LLC
    3033 Excelsior Blvd., Suite 300
    Minneapolis, MN 55416-4675
    Attn: Dale Willenbring
    Tel: (612) 253-6068
    Email: dwillenbring@whiteboxadvisors.com

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 1155
Amount of Claim as Filed: $1,601,424.84

Allowed Claim Amount: $1,093,763.82 general unsecured claim
Amount of Claim to be Transferred: $1,093,763.82, or 100.00% of the Allowed Claim Amount

Date Claim Filed: May 11, 2009

Name and Address of Transferor:
Polycom, Inc.
6001 America Center Drive
San Jose, CA 95164
Attn: Jamie O'Sullivan

**PLEASE SEE ATTACHED EXHIBITS**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____                           Date: February 7, 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Exhibit A

Evidence of Transfer of Claim

Schedule 2

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

Polycom, Inc., its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 7, 2013, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignee") 100% of proof of claim number 1155 (the "Claim") attached hereto, in the stipulated general unsecured amount of $1,093,763.82.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 4 day of ~~January~~ Feb 2013.

**Polycom, Inc.**

By: _____
Name: Eric Brown
Title: COO/CFO

**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name:
Title:

## Schedule 2

### FORM OF EVIDENCE OF TRANSFER OF CLAIM

**Polycom, Inc.,** its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 7, 2013, has hereby absolutely and unconditionally sold, transferred and assigned to **WB Claims Holding - Nortel, LLC**, its successors and assigns (collectively, "Assignee") 100% of proof of claim number 1155 (the "Claim") attached hereto, in the stipulated general unsecured amount of $1,093,763.82.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 7 day of February 2013.

**Polycom, Inc.**

By: _____
Name:
Title:

**WB Claims Holding - Nortel, LLC**
By: Whitebox Advisors, LLC

By: _____
Name: Mark Strefling
Title: Chief Legal Officer

<u>Exhibit B</u>

Proof of Claim

**[Note: This Exhibit is not publicly available. If required, please contact Transferee.]**