# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------- X
In re                                              :    Chapter 11
Nortel Networks Inc., et al., 1                    :    Case No. 09-10138 (KG)
                              Debtors.             :    Jointly Administered
                                                   :    Related D.I.: 8067, 9304
                                                   :
-----------------------------------------------------------X
OFFICIAL COMMITTEE OF LONG TERM                    :    Adv. Proc. No. 12-50995 (KG)
DISABILITY PLAN PARTICIPANTS, on behalf of         :    Related D.I.: 1, 15
and as agent for a class of individual participants and :
beneficiaries under various NORTEL NETWORKS        :
HEALTH AND WELFARE BENEFIT PLANS,                  :
                                                   :
                              Plaintiffs,          :
                                                   :
                      v.                           :
                                                   :
NORTEL NETWORKS INC., et al.,                      :
                              Defendants.          :
-----------------------------------------------------------X
```

## NOTICE OF FILING OF REVISED EXHIBITS TO JOINT MOTION PURSUANT TO SECTIONS 363 AND 105 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023 TO (I)(A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, (B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT PURPOSES ONLY, (C) APPROVE THE NOTICE PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND (II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT, (B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF

PLEASE TAKE NOTICE that on January 18, 2013, Nortel Networks Inc.

("NNI") and certain of its affiliates that are debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors") and the Official Committee of Long Term

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Disability Participants (the "LTD Committee," and, together with the Debtors, the "Movants") filed the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule A Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief* [D.I. 9304] (the "Joint Motion").[2]

PLEASE TAKE FURTHER NOTICE THAT pursuant to discussion among the Parties, the Parties have agreed to amend the Original Settlement Agreement (as defined below), the Preliminary Settlement Approval Order and the Settlement Notifications to, among other things, clarify certain rights of those LTD Employees who elect to participate in the Proposed Retiree Settlement Agreement, modify the proposed disclosure relating to the sale and assignment of the LTD General Unsecured Claim and the potential proceeds therefrom, and amend the process for approval of the final schedule to be filed by the LTD Committee detailing the calculation of the proportional share of the Settlement Amount to be allocated to each eligible LTD Employee.

PLEASE TAKE FURTHER NOTICE THAT attached to the Joint Motion as Exhibit A is a settlement agreement among the Parties, dated January 17, 2013 (the "Original Settlement Agreement").

PLEASE TAKE FURTHER NOTICE THAT attached hereto as Exhibit A is an amended and restated settlement agreement among the Parties, dated February 11, 2013 (the "Amended and Restated Settlement Agreement"), and attached hereto as Exhibit F is a blackline

---

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Joint Motion.

comparing the Amended and Restated Settlement Agreement with the Original Settlement Agreement filed with the Joint Motion.[3]

        PLEASE TAKE FURTHER NOTICE THAT attached to the Joint Motion as Exhibit B is a proposed form of preliminary order that the Movants, through the Joint Motion, requested that the Court enter, which would grant the preliminary relief sought in the Joint Motion (the "Preliminary Settlement Approval Order").

        PLEASE TAKE FURTHER NOTICE THAT attached hereto as Exhibit B is a revised proposed form of preliminary order, without the related exhibits attached (the "Revised Preliminary Settlement Approval Order"), and attached hereto as Exhibit G is a blackline comparing the Revised Preliminary Settlement Approval Order to the Preliminary Settlement Approval Order filed with the Joint Motion.

        PLEASE TAKE FURTHER NOTICE THAT attached to the Preliminary Settlement Approval Order as Exhibits 1, 2 and 3 respectively are the form of proposed Settlement Notice (the "Settlement Notice"),  the form of proposed Publication Notice (the "Publication Notice") and the form of proposed Individualized Settlement Notice (the "Individualized Settlement Notice," and together with the Settlement Notice and the Publication Notice, the "Settlement Notifications") that the Movants, through the Joint Motion, requested that the Court approve.

        PLEASE TAKE FURTHER NOTICE THAT attached hereto as Exhibits C, D and E respectively are a revised form of Settlement Notice (the "Revised Settlement Notice"), revised form of Publication Notice (the "Revised Publication Notice") and revised form of Individualized Settlement Notice (the "Revised Individualized Settlement Notice," and together with the Revised Settlement Notice and the Revised Publication Notice, the "Revised Settlement

---

[3]      Please note that given the volume of this notice and the attached exhibits, service copies of this notice will only contain blacklines of the revised exhibits to the Joint Motion.

Notifications"), and attached hereto as <u>Exhibits H, I and J</u> respectively are blacklines comparing the Revised Settlement Notifications to the Settlement Notifications filed with the Joint Motion.

PLEASE TAKE FURTHER NOTICE THAT the objection deadline for the preliminary hearing on the Joint Motion was February 4, 2013, at 4:00 p.m. (ET) and a preliminary hearing on the Joint Motion will be held on February 14, 2013, at 10:00 a.m. (ET).

[*Remainder of Page Intentionally Left Blank*]

Dated:  February 11, 2013
         Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and the Debtors in Possession*

-and-

ELLIOTT GREENLEAF

*Rafael X. Zahralldin-Aravena*
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Margaret S. Curran (PA No. 62136)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email msc@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term
Disability Participants and Proposed Class Counsel*