# EXHIBIT D
## Revised Publication Notice

EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* <br> Nortel Networks Inc., *et al.*, <br> Debtors. | X <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **RE: 9304, [•]** |
| ------------------------------------------------------------ <br> OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS, <br> Plaintiffs, <br> v. <br> NORTEL NETWORKS INC., *et al*., <br> Defendants. <br> ------------------------------------------------------------ | X <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> X | |

**NOTICE OF PROPOSED SETTLEMENT AGREEMENT
REGARDING LONG-TERM DISABILITY PLANS
AND CLAIMS, CONDITIONAL CERTIFICATION
OF A CLASS FOR SETTLEMENT PURPOSES ONLY AND TERMINATION OF
BENEFITS UNDER CERTAIN NORTEL BENEFIT PLANS**

  **PLEASE TAKE NOTICE** that the Debtors in the above-captioned cases (the "Debtors" or "Nortel") have provided certain benefits, including income continuation and medical coverage, to the Debtors' long-term disabled employees (the "LTD Employees"), and provided certain of these benefits to individuals who were not LTD Employees, including the Debtors' active employees (the "Active Employees") and those receiving (or eligible to receive) benefits under the plans providing medical, dental, vision and hearing coverage pursuant to the Consolidated Omnibus Budget Reconciliation Act (the "COBRA Participants"). These various benefits are offered under formal and informal benefits plans, agreements and programs, which are referred to as the "LTD Plans" in this notice.

  **PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the LTD Plans and the benefits that LTD Employees ("LTD Benefits"), the Active Employees and the COBRA Participants receive or are eligible to receive under the LTD Plans. A committee of LTD Employees (the "LTD Committee") was appointed in August 2011 to represent the interests of all LTD Employees with respect to the proposed termination of the LTD Plans and the LTD Benefits and to negotiate on their behalf.

EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

**PLEASE TAKE NOTICE** that on November 19, 2012, the LTD Committee, on behalf of a class of all LTD Employees filed a complaint against the Debtors alleging various claims for declaratory and injunctive relief regarding the LTD Plans (the "Class Complaint").

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the LTD Committee, including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (as amended and restated as of February 11, 2013, the "Settlement Agreement")[1] that, if approved by the Bankruptcy Court, would result in the issuance of an Order allowing Nortel to terminate the LTD Plans in exchange for allowing a general non-priority, unsecured claim in favor of the LTD Committee in the gross amount of $28 million based on a hypothetical termination date of March 31, 2013, minus the costs (for purposes of settlement, calculated as $680,000 per month) for the transition period of April 1, 2013 through May 31, 2013, resulting in an allowed general non-priority, unsecured claim in the gross amount of $26,640,000, the proceeds of the sale or distribution of which, less certain settlement administration costs of the LTD Committee and any applicable taxes, will be distributed among the LTD Employees in a manner determined by the LTD Committee after consultation with its professionals, including actuarial and financial professionals.  Pursuant to the LTD Committee's right to sell, assign or convey such general unsecured claim under the Settlement Agreement, the LTD Committee has negotiated a term sheet with SPCP Group, LLC ("SPCP") to sell and assign the general unsecured claim, the net proceeds of which sale will be distributed among the LTD Employees.  The assignment of claim agreement between the LTD Committee and SPCP is not yet a final agreement and remains subject to (1) satisfactory documentation, (2) the form of the proposed Order approving the Settlement Agreement, (3) agreement on certain other issues, including, but not limited to, resolution of certain taxation issues and (4) final approval by the Bankruptcy Court of the terms of the Settlement Agreement.  Therefore, please note that if the Settlement Agreement is approved by the Bankruptcy Court and the general unsecured claim is sold subject to the terms and conditions of such term sheet, the general unsecured claim allowed in favor of the LTD Committee will be sold for an amount in cash less than the face amount of the allowed general unsecured claim.  The Settlement Agreement is available at http://dm.epiq11.com/NNI/Project# or by request to Epiq Systems, the Debtors' claims and noticing agent, at 646-282-2400.

**PLEASE TAKE NOTICE** that on January 18, 2013, Nortel and the LTD Committee jointly filed the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (b) Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief* [D.I. 9304] (the "Approval Motion"), asking the Bankruptcy Court to approve the Settlement Agreement and conditionally certify the Class (consisting of all LTD Employees) in connection with the settlement.  On **April 30, 2013 at 10:00 am (prevailing Eastern time)**, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved.  If approved, the Settlement Agreement will authorize Nortel to terminate the LTD Plans as of May 31, 2013, and

---

[1] Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

2

EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

discontinue providing benefits thereunder and the LTD Employees and related parties will release Nortel and other third parties from liability related to the LTD Plans and LTD Benefits. If you are an LTD Employee, or if you are not an LTD Employee but have been receiving benefits or are eligible to receive benefits under one or more of the LTD Plans, your rights will be affected. The Settlement Agreement also will finally resolve the Class Complaint and any objections(s) you have filed in opposition to the LTD Termination Motion. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any person wishing to object to the Settlement Agreement or the termination of the LTD Plans for any reason whatsoever must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **April 19, 2013 at 4:00 pm (prevailing Eastern time)** (the "Objection Deadline") that is served of the following parties so as to be received on or before **April 19, 2013 at 4:00 pm (prevailing Eastern time)**: (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801, Fax: (302) 658-3989 (Attention: Derek C. Abbott); (ii) counsel to the LTD Committee: Elliott Greenleaf, Attn: Rafael Zahralddin, Esq., 1105 North Market Street, Suite 1700, Wilmington, DE 19801, Facsimile: (302) 384-9399; (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002; (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885; and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497. If your Objection contains personally identifiable information that you wish to file with the Bankruptcy Court under seal so that it is not publicly available, please contact Elliott Greenleaf, proposed class counsel to the LTD Committee, at their address set forth herein for assistance.

**ANY LTD EMPLOYEE WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT OR THE TREATMENT OF HIS OR HER CLAIM THEREUNDER (INCLUDING THE RELEASE OF CLAIMS) BY APRIL 19, 2013 AT 4:00 PM (PREVAILING EASTERN TIME) IN COMPLIANCE WITH THE PROCEDURES SET OUT ABOVE, AND ANY LTD EMPLOYEE WHO PROPERLY FILES AN OBJECTION THAT THE BANKRUPTCY COURT OVERRULES, WILL BE BOUND BY THE TERMS OF THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM UNDER THE LTD PLANS WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. LTD EMPLOYEES WHO DO NOT TIMELY AND PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED BY THE BANKRUPTCY COURT WILL NOT BE ABLE TO OPT OUT OF THE SETTLEMENT, OR SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS, THE LTD COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT AGREEMENT, OR AGAINST THE LTD GENERAL UNSECURED CLAIM GRANTED BY THE DEBTORS TO THE LTD COMMITTEE OR THE SETTLEMENT AMOUNT. THE TERMINATION OF THE LTD PLANS AND THE ALLOWANCE OF THE LTD GENERAL UNSECURED CLAIM SHALL FULLY SATISFY THE LTD EMPLOYEES' LTD CLAIMS, AND THE LTD EMPLOYEES**

**SHALL BE BARRED FROM ASSERTING ANY FURTHER LTD CLAIMS AGAINST THE DEBTORS OR THE OTHER PARTIES BEING RELEASED.**

**IN ADDITION, UPON FINAL BANKRUPTCY COURT APPROVAL OF THE SETTLEMENT, THE DEBTORS WILL BE AUTHORIZED TO TERMINATE ALL LTD PLANS IN THEIR ENTIRETY AS OF MAY 31, 2013, WHICH WILL BIND ALL INDIVIDUALS RECEIVING OR ELIGIBLE TO RECEIVE BENEFITS UNDER THE LTD PLANS, WHETHER OR NOT THEY ARE LTD EMPLOYEES, INCLUDING THE DEBTORS' ACTIVE EMPLOYEES AND COBRA PARTICIPANTS.  ANY PERSON WHO IS NOT AN LTD EMPLOYEE BUT WHOSE RIGHTS ARE AFFECTED BY TERMINATION OF THE LTD PLANS AND WHO DOES NOT TIMELY AND PROPERLY OBJECT TO THE SETTLEMENT IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE OR WHOSE OBJECTION IS OVERRULED BY THE BANKRUPTCY COURT, WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE REMEDY AGAINST THE DEBTORS, THE LTD COMMITTEE, OR AGAINST ANY OTHER PARTY, OR AGAINST THE LTD GENERAL UNSECURED CLAIM ALLOWED BY THE DEBTORS IN FAVOR OF THE LTD COMMITTEE (OR THE SETTLEMENT AMOUNT RECEIVED THEREFROM).**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801

EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

        Telephone:  (302) 658-9200
        Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

-and-

ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Margaret S. Curran (PA No. 62136)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: msc@elliottgreenleaf.com

*Counsel to the LTD Committee and Class Counsel, for Settlement Purposes Only*