IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Debbie Laskin, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Joint Administrators being duly sworn according to law, deposes and says that on February 8, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

Notice of EMEA Debtors' Submission Regarding Outstanding Issues and Proposed Scheduling [D.I. 9392]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 11th day of February 2013.

_____
Notary Public
My Commission Expires: 9/6/2013

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

## SERVICE LIST

Derek C. Abbott, Esq.
Anne Cordo, Esq.
Thomas F. Driscoll, III, Esq.
Ann C. Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
(Chapter 11 Debtors)
*Hand Delivery*

Mary F. Caloway
Buchanan Ingersoll & Rooney
1105 North Market Street, Suite 1900
Wilmington, DE 19801
(Ernst & Young Inc., Monitor and Foreign Rep - Canadian Nortel)
*Hand Delivery*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005
(Ad Hoc Group of Bondholders)
*First Class Mail*

Laura D. Jones, Esq
Pachulski Stang Ziehl Jones LLP
919 N. Market Street, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705
(Ad Hoc Committee Noteholders)
*Hand Delivery*

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Chapter 11 Debtors
*First Class Mail*

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
(Ernst & Young Inc., as Monitor)
*First Class Mail*

Charlene D. Davis, Esq.
Justin R. Alberto, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Hand Delivery*

Fred S. Hodara, Esq.
David Botter, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Official Committee of Unsecured Creditors)
*First Class Mail*

Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*Hand Delivery*

Stephen M. Miller, Esq
Courtney R. Hamilton, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(Law Debenture Trust Company of New York)
*Hand Delivery*

Rafael X. Zahralddin-Aravena, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
P.O. Box 2327
Wilmington, DE 19801
(Committee of Long Term Disability Participants)
*Hand Delivery*

Daniel A. Lowenthal, Esq.
Brian P. Guiney, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(Law Debenture Trust Company of New York)
*First Class Mail*

William F. Taylor, Esq
McCarter & English, LLP
405 North King Street, 8th Floor
Renaissance Centre
Wilmington, DE 19899
Retirees Committee
*Hand Delivery*

Albert Togut, Esq.
Neil Berger, Esq.
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119
(Retirees Committee)
*First Class Mail*

Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(Trustee Nortel Networks UK Pension Plan)
*First Class Mail*