**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- X
*In re*                                                          :   Chapter 11
                                                                 :
Nortel Networks Inc., *et al.*, [1]                              :   Case No. 09-10138 (KG)
                    Debtors.                                     :   Jointly Administered
                                                                 :
                                                                 :   **Related D.I. Nos: 9402, 9403**
                                                                 :
                                                                 :
---------------------------------------------------------------- X
                                                                 :
OFFICIAL COMMITTEE OF LONG TERM                                  :   Adv. Proc. No. 12-50995 (KG)
DISABILITY PLAN PARTICIPANTS, on behalf of                       :
and as agent for a class of individual participants and          :   **Related D.I. Nos: 19, 20**
beneficiaries under various NORTEL NETWORKS                      :
HEALTH AND WELFARE BENEFIT PLANS,                                :
             Plaintiffs,                                         :
                                                                 :
        v.                                                       :
                                                                 :
NORTEL NETWORKS INC., *et al.*,                                  :
             Defendants.                                         :
---------------------------------------------------------------- X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 11, 2013, copies of **Debtors' Reply in Further Support of the Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing (Main Case D.I. 9402, Adv. Proc. Case D.I. 19)** and **Notice of Filing of Revised Exhibits to Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 9403, Adv. Proc. Case D.I. 20)** were served in the manner indicated upon the individuals identified on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: February 11, 2013
Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    James L. Bromley (admitted pro hac vice)
    Lisa M. Schweitzer (admitted pro hac vice)
    One Liberty Plaza
    New York, NY 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    and

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ Ann C. Cordo
    Derek C. Abbott (No. 3376)
    Ann C. Cordo (No. 4817)
    Tamara K. Minott (No. 5643)
    1201 North Market Street, 18th Floor
    Wilmington, DE  19899-1347
    Telephone:  (302) 658-9200
    Facsimile:  (302) 425-4663

    *Counsel for the Debtors and Debtors in Possession*

6961736.6