**Via Email and Hand Delivery**

Elliott Greenleaf
Rafael X. Zahralddin-Aravena
(rxza@elliottgreenleaf.com)
1105 N. Market Street
Suite 1700
Wilmington, DE 19801

**Via Hand Delivery**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones (ljones@pszjlaw.com)
Timothy P. Cairns (tcairns@pszjlaw.com)
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899

Mark D. Collins Esq. (collins@rlf.com)
Christopher M. Samis Esq. (samis@rlf.com)
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Mary F. Caloway, Esq.
(mary.caloway@bipc.com)
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801

Margaret S. Curran
(msc@elliottgreenleaf.com)
Elliott Greenleaf & Siedzikowski, P.C.
925 Harvest Drive
P.O. Box 3010
Blue Bell, PA 19422

Ken Coleman, Esq.
(ken.coleman@allenovery.com)
Lisa J.P. Kraidin, Esq.
(lisa.kraidin@allenovery.com)
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
(fhodara@akingump.com)
David H. Botter Esq.
(dbotter@akingump.com)
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller (tkreller@milbank.com)
Milbank, Tweed, Hadley & Mcloy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017

William F. Taylor Jr.
(wtaylor@mccarter.com)
McCarter & English LLP
405 N. King St 8th Floor
Renaissance Centre
Wilmington, DE 19801

Neil Berger (neilberger@teamtogut.com)
Stephanie Skelly (sskelly@teamtogut.com)
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119