## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
                                          :
In re                                     :        Chapter 11
                                          :
Nortel Networks Inc., *et al.*,[1]        :        Case No. 09-10138 (KG)
                                          :
            Debtors.                      :        Jointly Administered
                                          :
--------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 14, 2013 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## ADJOURNED MATTER

1.      Debtors' Motion for Entry of an Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks Inc. Incentive Plan; and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9163, Filed 12/19/12).

        Objection Deadline:  January 2, 2013 at 4:00 p.m. (ET). Extended to January 4, 2013 at 4:00 p.m. (ET) for the United States Trustee.

        Responses Received:

        (a)     United States Trustee's Objection to Debtors' Motion for Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks, Inc. Incentive Plan, and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9236, Filed 1/4/13).

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Related Pleadings:

(a)     Debtors' Reply in Further Support of their Motion for Entry of an Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks Inc. Incentive Plan; and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9290, Filed 1/17/13);

(b)     Declaration of John Dempsey in Support of Debtors' Motion for Entry of an Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks Inc. Incentive Plan; and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9291, Filed 1/17/13); and

(c)     Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion for Entry of an Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks Inc. Incentive Plan; and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9295, Filed 1/18/13).

Status: The hearing on this matter has been adjourned to a date to be determined.

## CONTESTED MATTER GOING FORWARD

*Official Committee of Long Term Disability Plan Participants v. Nortel Networks Inc., et al.;*
*Adv. Proc. Case No. 12-50995 (KG)*

2.     Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 9304, Adv. Proc. Case D.I. 15, Filed 1/18/13).

Objection Deadline:  February 4, 2013 at 4:00 p.m. (ET).

Responses Received:

(a)     Motion of Stephen Paroski for the Order Promissory Estoppel Order Authorizing and Approving Procedures Funding or Buyout Ericsson Inc. and Telefonaktiebolaget LM Ericission and Nortel (D.I. 7886, Filed 6/19/12);

(b)     Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the

Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Daniel D. David (D.I. 9342, Filed 1/28/13);

(c)     Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Paul E. Morrison (D.I. 9366, Filed 2/4/13);

(d)     Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Jerry Wadlow (D.I. 9367, Filed 2/4/13);

(e)     Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Marilyn Day (D.I. 9370, Filed 2/5/13);

(f)     Declaration of John J Rossi Objection to Debtors' Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Denie the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Denie the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Denie the Settlement Agreement, (B) Denie Certify a Class, (C) Denie the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (D.I. 9371, Filed 2/5/13);

(g)     Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the

Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Charles V. Barry (D.I. 9372, Filed 2/5/13);

(h)     Declaration of Ernest Demel in Support of Daniel D. David's Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (D.I. 9382, Filed 2/7/13); and

(i)     Objection of Stephen Paroski to Long Term Disability Proposed Settlement and Motion of Stephen Paroski for Order Directing Ericsson Inc and Telefonaktiebolaget LM Ericsson to Contribute to Long Term Disability Proposed Settlement (D.I. 9384, Filed 2/7/13).

Related Pleadings:

(a)     Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees (D.I. 8067, Filed 7/30/12);

(b)     Order Denying Motion of Stephen Paroski for the Order Promissory Estoppel Order Authorizing and Approving Procedures Funding or Buyout Ericsson Inc. and Telefonaktiebolaget LM Ericsson and Nortel (D.I. 8274, Filed 8/22/12);

(c)     Verified Complaint for Declaratory and Injunctive Relief (Main Case D.I. 8961, Adv. Proc. Case D.I. 1, Filed 11/19/12);

(d)     Declaration of John J. Ray III in Support of Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 9305, Adv. Proc. Case D.I. 17, Filed 1/18/13);

(e)     Declaration of Rafael X. Zahralddin in Support of Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans,

and (D) Grant Related Relief (Main Case D.I. 9306, Adv. Proc. Case D.I. 16, Filed 1/18/13);

(f)     Debtors' Reply in Further Support of the Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing (Main Case D.I. 9402, Adv. Proc. Case D.I. 19, Filed 2/11/13);

(g)     Notice of Filing of Revised Exhibits to Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 9403, Adv. Proc. Case D.I. 20, Filed 2/11/13); and

(h)     Omnibus Reply of the Official Committee of Long Term Disability Participants in Support of the Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 9406, Adv. Proc. Case D.I. 21, Filed 2/11/13).

Status: The hearing on this matter will go forward.

Dated: February 12, 2013       CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                James L. Bromley (admitted *pro hac vice*)
                              Lisa M. Schweitzer (admitted *pro hac vice*)
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone: (212) 225-2000
                              Facsimile: (212) 225-3999

                              - and –

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Tamara K. Minott*
                              Eric D. Schwartz (No. 3134)
                              Derek C. Abbott (No. 3376)

Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

6979407.5

*Counsel for the Debtors and Debtors in Possession*