# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

January 1, 2013 through January 31, 2013

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date **1/2/13** — End Date **1/25/13**

**Enter Billing Rate/Hr:** **540.00**

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 73.5 | $540.00 | $39,690.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | | | |
| 5 | Fee Applications | 2.5 | $540.00 | $1,350.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 4.0 | $270.00 | $1,080.00 |
| | **Hours/Billing Amount for Period:** | **80.0** | | **$42,120.00** |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Enter Start Time Hour (1-23) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/2/13 | Fee application preparation | 5 | 1 | 2.5 |
| 1/3/13 | Retiree and LTD matters | 3 | 1 | 3.0 |
| 1/10/13 | Mediation preparation | 3 | 1 | 3.0 |
| 1/12/13 | Mediation preparation | 3 | 1 | 3.0 |
| 1/13/13 | Mediation preparation | 3 | 1 | 6.0 |
| 1/14/13 | Mediation attendence | 3 | 1 | 14.0 |
| 1/15/13 | Mediation attendence | 3 | 1 | 14.0 |
| 1/16/13 | Mediation attendence | 3 | 1 | 16.0 |
| 1/17/13 | Mediation attendence | 3 | 1 | 13.0 |
| 1/18/13 | Travel from mediation | 7 | 1 | 4.0 |
| 1/25/13 | LTD matters | 3 | 1 | 1.5 |