**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

January 1, 2013 through January 31, 2013

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $   1,688.06 |
| Travel – Lodging | | 3,549.27 |
| Travel – Meals | | 252.57 |
| Travel – Car Service | | 214.56 |
| Travel – Parking | | 80.00 |
| Office supplies, shipping, and other office related expenses | | - |
| PACER | | - |
| TOTAL | | $   5,784.46 |

## NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Enter Start Time Hour (1-23) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/2/13 | Fee application preparation | 5 | 1 | 2.5 |
| 1/3/13 | Retiree and LTD matters | 3 | 1 | 3.0 |
| 1/10/13 | Mediation preparation | 3 | 1 | 3.0 |
| 1/12/13 | Mediation preparation | 3 | 1 | 3.0 |
| 1/13/13 | Mediation preparation | 3 | 1 | 6.0 |
| 1/14/13 | Mediation attendence | 3 | 1 | 14.0 |
| 1/15/13 | Mediation attendence | 3 | 1 | 14.0 |
| 1/16/13 | Mediation attendence | 3 | 1 | 16.0 |
| 1/17/13 | Mediation attendence | 3 | 1 | 13.0 |
| 1/18/13 | Travel from mediation | 7 | 1 | 4.0 |
| 1/25/13 | LTD matters | 3 | 1 | 1.5 |