Karen L. Duncan
108 Eagle Ridge Drive
Parachute, CO  81635

February 8, 2012

FILED
13 FEB 12  AM 10: 16
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Kevin Gross
United States Bankruptcy Court
For the District of Delaware
824 Market Street, 6th Floor, Courtroom #3
Wilmington, DE  19801

RE:   Case No. 09-10138 (KG)
      Nortel Networks Chapter 11
      LTD Disability Plans and
      Employment of the LTD Employees

## TEMPORARY CHANGE OF ADDRESS

To Whom it May Concern:

Effective IMMEDIATELY, for correspondence from the courts concerning this case, please send all correspondence to:

Karen Duncan
c/o Ben Duncan
26431 El Mar
Mission Viejo, CA  92691

This includes the correspondence I receive via UPS and USPS. I have no idea how you determine or who sends materials via which carrier, so please make sure this gets passed on to all appropriate parties.

My contact phone # is 970-985-9804. I will contact you when this address will fall back to my Colorado address, but anticipate this to be in May, and hope that this will be over with, but I should clarify this is May, 2013, but still think that we should be through with this by then. Certainly no one but the attorneys are gaining money by now, I would think.

Thank you,

*Karen Duncan*

Karen Duncan

---