# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>                Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> Re: D.I. 9419 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 14, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On February 19, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified below and on the attached service list.

**Via Overnight Mail**

Coface North America, Inc.  
Attn: Managing Partner  
50 Millstone Rd.  
Bldg. 100; Ste. 360  
East Windsor, NJ 08520

Monarch Master Funding LTD  
Attn: Managing Partner  
535 Madison Ave.  
New York, NY 10022

ASM Capital  
ATTN: ADAM MOSKOWITZ  
7600 Jericho Turnpike, Suite 302  
Woodbury, NY 11797

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Dated: February 14, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>      */s/ Tamara K. Minott*      <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

6145770.9