# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 14, 2013 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

1) LONG TERM DISABLILITY ; Incentive Plan;
   **R / M #:**   9,408 / 0

2) **ADV: 1-12-50995**
   **Official Committee of Long Term Disabili vs Nortel Networks Inc., et al.**
   Long Term Disability Plan;
   **R / M #:**   23 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to date to be determined
#2 - 12-50995 - Preliminarily Approve Settlement Agreement - Approved - ORDER SIGNED