# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.  
**CASE NO.:** 09-10138 / 12-50995 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 2/14/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Annie Cordo | Morris Nichols Arsht + Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen + Hamilton | " |
| Rafer Cozen | " | " |
| Megan Fleming | " | " |
| Thomas Matz | Milbank Tweed Hadley + McCloy | Bondholder Group |
| Nick Bassett | " | " |
| Lisa Beckerman | Akin Gump Strauss Hauer & Feld | UCC |
| Joseph Sturm | " | UCC |
| Rafael Zahralddin | Elliott Greenleaf | LTD Committee |
| Shelley Kinsella | Elliott Greenleaf | LTD Committee |
| Mark Kenney | US Department of Justice | US Trustee |
| Chris Samis | Richards Layton | " |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Tim Brinkley | Jeep Gottkies | Webster |
| John Dorsey | Young Conaway | EMEA Debtors |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

**Calendar Date:** 02/14/2013
**Calendar Time:** 10:00 AM ET

*Amended Calendar 02/14/2013 06:24 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Eric Bilmes | | HBK Capital Management | Interested Party, HBK Capital Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Philip E Brown | | PSAM, LP | Interested Party, PSAM, LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, LLI | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Marilyn Day | | Marilyn Day - In Pro Per/Pro Se | Interested Party, Marilyn Day / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Craig W. Dent | | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Daniel Guyder | | Allen & Overy, LLP | Monitor, Ernst & Young / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pension Plan / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Janette Head | | Janette Head - In Pro Per/Pro Se | In Propria Persona, Janette Head / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Dan Hertz | | Dan Hertz - In Pro Per/Pro Se | Interested Party, Dan Hertz / LISTEN ONLY |

Peggy Drasal ext. 802    CourtConfCal2012    Page 1 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Fred S. Hodara | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Mark R. Janis | Mark R. Janis - In Pro Per/Pro Se | Interested Party, Mark Janis / LIVE |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Deborah M. Jones | Deborah M. Jones - In Pro Per/Pro Se | In Propria Persona, Deb Jones (Employee) / LIVE |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Lisa Kraidin | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Peter Lawrence | Peter Lawrence - In Pro Per/Pro Se | Creditor, Peter Lawrence / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Michael Linn | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Brian Moore | Togut, Segal & Segal LLP | Creditor, Official Committee of Retirees / LIVE |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Paul Morrison | Paul Morrison - In Pro Per/Pro Se | Pro Se, Paul Morrison / LIVE |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Carol Raymond | Nortel Networks Inc. | In Propria Persona, Carol Raymond / LIVE |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Brenda Rohrbaugh | Brenda Rohrbaugh - In Pro Per/Pro Se | In Propria Persona, Brenda Rohrbaugh / LIVE |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ John J. Rossi | John J. Rossi - In Pro Per/Pro Se | In Propria Persona, John J. Rossi / LIVE |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Hondo Sen | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Rebecca J. Song | Citi Capital Advisors | Creditor, Citi Capital Advisors / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ William F. Taylor, Jr. | McCarter & English | Creditor, Official Committee of Retirees / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | ▬ Nancy A. Wilson | Nancy A. Wilson - In Pro Per/Pro Se | In Propria Persona, Nancy A. Wilson / LISTEN ONLY |

| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |