EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

***THE DEBTORS RESERVE THE RIGHT TO WITHHOLD TAXES FROM ANY DISTRIBUTIONS MADE ON THE LTD GENERAL UNSECURED CLAIM GRANTED UNDER THIS SETTLEMENT***

You are encouraged to read the Settlement Agreement in its entirety and to contact counsel to the LTD Committee, or to consult with your own lawyer if you so choose, if you have any additional questions. PLEASE CONTACT COUNSEL TO THE LTD COMMITTEE RATHER THAN THE CLERK OF THE BANKRUPTCY COURT, IN THE FIRST INSTANCE, WITH QUESTIONS REGARDING THE TERMS OF THE SETTLEMENT.

While the Bankruptcy Court has approved the sending of this Notice, such approval does not indicate, and is not intended to indicate, that the Bankruptcy Court has rendered any opinion as to the merits of the respective claims or defenses asserted by the parties in the Adversary Proceeding or the LTD Termination Motion.

Dated: [●], 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

-and-

ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Margaret Curran (PA No. 62136)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email : msc@elliottgreenleaf.com

20

EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

*Counsel to the Official Committee of Long-Term Disability Participants and Class Counsel, for Settlement Purposes Only*

<u>**Exhibit 1 to the Notice** *of (A) Proposed Settlement Agreement Regarding Long-Term Disability Plans and Claims; (B) Conditional Certification of a Class for Settlement Purposes Only; (C) Conditional Appointment of Class Counsel and Class Representatives; (D) Scheduled Date of Fairness Hearing for Final Approval of Proposed Settlement*</u>

**Settlement Agreement Attached as Exhibit 4
to Preliminary Settlement Approval Order**

**Exhibit 2 to the *Notice of (A) Proposed Settlement Agreement Regarding Long-Term Disability Plans and Claims; (B) Conditional Certification of a Class for Settlement Purposes Only; (C) Conditional Appointment of Class Counsel and Class Representatives; (D) Scheduled Date of Fairness Hearing for Final Approval of Proposed Settlement***

**Claims Exhibit: LTD Claims to be Expunged in their Entirety**

# Exhibit 2

## Nortel LTD Claims to be Expunged in their Entirety

### Claim to be Expunged

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| ALMS, MICHAEL<br>4944 ELM ISLAND CIRCLE<br>WATERFORD, WI  53185 | 3784 | 9/25/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$79,638.00 (P)<br>- (U)<br>$79,638.00 (T) |
| ALMS, MICHAEL<br>4944 ELM ISLAND CIRCLE<br>WATERFORD, WI  53185 | 6110 | 11/9/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$443,167.20 (P)<br>- (U)<br>$443,167.20 (T) |
| BROWN, PAMELA<br>17211 FRONT BEACH RD.<br>PANAMA CITY BEACH, FL  32413 | 4253 | 9/28/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$379,926.00 (U)<br>$379,926.00 (T) |
| CARLSEN, ROGER GLEN<br>462 E CALLE DE OCASO<br>SAHUARITA, AZ  85629 | 7444 | 9/30/10 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$686,769.88 (U)<br>$686,769.88 (T) |
| DAVID, DANIEL<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC  27587 | 8299 | 6/11/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,191.57 (U)<br>$15,191.57 (T) |
| DIKENS, THOMAS<br>2612 BENGAL LN<br>PLANO, TX  75023 | 4210 | 9/28/09 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$200,000.00 (U)<br>$200,000.00 (T) |
| DUNSTON, BARBARA<br>261 MCNAIR DR<br>HENDERSON, NC  27537 | 6888 | 1/25/10 | 09-12515<br>Nortel Networks (CALA), Inc. | Unspecified* |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

## Claim to be Expunged

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| DUNSTON, BARBARA<br>261 MCNAIR DR<br>HENDERSON, NC 27537 | 6889 | 1/25/10 | 09-12515<br>Nortel Networks (CALA), Inc. | - (S)<br>- (A)<br>$38,981.04 (P)<br>- (U)<br>$38,981.04 (T) |
| FLETCHER, BERT<br>35 BROOMHILL COURT<br>CLAYTON, NC 27527 | 7336 | 7/7/10 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>$207,527.00 (P)<br>$207,527.00 (U)<br>$207,527.00 (T) |
| IRISH, DIANNA L.<br>235 ATRIUM CT<br>WARNER ROBINS, GA 31088-5600 | 5551 | 9/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$13.76 (P)<br>$845.93 (U)<br>$859.69 (T) |
| IRISH, DIANNA L.<br>235 ATRIUM CT<br>WARNER ROBINS, GA 31088-5600 | 5552 | 9/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$242.19 (P)<br>$11,811.13 (U)<br>$12,053.32 (T) |
| IRISH, DIANNA L.<br>235 ATRIUM CT<br>WARNER ROBINS, GA 31088-5600 | 5553 | 9/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,738.36 (P)<br>$116,469.70 (U)<br>$118,208.06 (T) |
| IRISH, DIANNA L.<br>235 ATRIUM CT<br>WARNER ROBINS, GA 31088-5600 | 5554 | 9/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$840.00 (P)<br>$8,240.32 (U)<br>$9,080.32 (T) |
| IRISH, DIANNA L.<br>235 ATRIUM CT<br>WARNER ROBINS, GA 31088-5600 | 5555 | 9/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,290.40 (P)<br>$82,694.40 (U)<br>$88,984.80 (T) |
| MANN, WENDY<br>2114 CLARET LANE<br>MORRISVILLE, NC 27560 | 5386 | 9/30/09 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>$80,753.40 (P)<br>- (U)<br>$80,753.40 (T) |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| MANN, WENDY BOSWELL<br>2114 CLARET LANE<br>MORRISVILLE, NC 27560 | 7885 | 8/2/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$458,898.13 (U)<br>$458,898.13 (T) |
| NEUMANN, JANE<br>11730 COUNTY RD 24<br>WATERTOWN, MN 55388 | 3022 | 9/15/09 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | Unspecified* |
| REXROAD, MICHAEL<br>5244 LINWICK DR.<br>FUQUAY VARINA, NC 27526 | 7330 | 7/6/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$188,535.00 (U)<br>$188,535.00 (T) |
| ROSSI, JOHN J.<br>1568 WOODCREST DR.<br>WOOSTER, OH 44691 | 8416 | 12/14/12 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$44,665.00 (U)<br>$44,665.00 (T) |
| ROSSI, JOHN J.<br>1568 WOODCREST DR.<br>WOOSTER, OH 44691 | 8418 | 12/17/12 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$307,355.18 (U)<br>$307,355.18 (T) |
| WATSON, THELMA<br>P.O. BOX 971<br>BATH, SC 29816 | 7517 | 12/16/10 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$87,638.88 (U)<br>$87,638.88 (T) |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| Totals: | 21 Claims | | | - (S) <br> - (A) <br> $651,664.35 (P) <br> $2,796,568.12 (U) <br> $3,448,232.47 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Exhibit 3 to the *Notice of (A) Proposed Settlement Agreement Regarding Long-Term Disability Plans and Claims; (B) Conditional Certification of a Class for Settlement Purposes Only; (C) Conditional Appointment of Class Counsel and Class Representatives; (D) Scheduled Date of Fairness Hearing for Final Approval of Proposed Settlement***

**Claims Exhibit: Claims to be Partially Expunged on Account of LTD Claims**

# Exhibit 3

## Nortel Claims to be Partially Expunged on Account of LTD Claims

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed and expunged in the proofs of claim in the proof of claim. The remaining claims asserted in the proofs of claim that may be separately disallowed and expunged, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to retired employees (the "Proposed Retiree Settlement Agreement") are identified in the column entitled "Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement." The other remaining claims asserted in the proofs of claim that will not be disallowed through an order approving the Settlement Agreement or an order approving the Proposed Retiree Settlement Agreement are identified in the column entitled "Other Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds.

### Claim to be Partially Expunged

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement | Other Remaining Assertions in Claim |
|---|---|---|---|---|---|---|
| BENNETT, STEVEN E. 37052 CHESTNUT ST. NEWARK, CA 94560 | 7580 | 1/24/11 | 09-10138 Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$398,313.97 (U)<br>$398,313.97 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | NONE |
| BROWN, PAMELA M 17211 FRONT BEACH RD PANAMA CITY BEACH, FL 32413 | 8215 | 3/13/12 | 09-10138 Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$562,480.58 (U)<br>$562,480.58 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | SEVERANCE |
| DAVID, DANIEL 2105 POSSUM TROT RD WAKE FOREST, NC 27587 | 8300 | 6/11/12 | 09-10138 Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$276,322.30 (U)<br>$276,322.30 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | NONE |
| DAVID, DANIEL D. 2105 POSSUM TROT RD. WAKE FOREST, NC 27587 | 3052 | 9/16/09 | NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$382,679.61 (U)<br>$382,679.61 (T) | | VACATION PAY, PENSION PLAN BENEFITS |
| DAY, MARILYN 2020 FOX GLEN DR. ALLEN, TX 75013 | 7854 | 7/19/11 | NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$347,801.84 (U)<br>$347,801.84 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | SEVERANCE, PENSION |
| DAY, MARILYN 2020 FOX GLEN DR. ALLEN, TX 75013 | 8280 | 5/29/12 | 09-10138 Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$347,801.84 (U)<br>$347,801.84 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | SEVERANCE, PENSION |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed and expunged, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to retired employees (the "Proposed Retiree Settlement Agreement") are identified in the column entitled "Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement." The other remaining claims asserted in the proofs of claim that will not be disallowed through an order approving the Settlement Agreement or an order approving the Proposed Retiree Settlement Agreement are identified in the column entitled "Other Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds.

## Claim to be Partially Expunged

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement | Other Remaining Assertions in Claim |
|---|---|---|---|---|---|---|
| DEAN, NAJAM U. 6 AUGUSTA DR MILLBURY, MA 01527 | 7468 | 10/18/10 | NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S) - (A) - (P) $617,534.00 (U) $617,534.00 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | SEVERANCE |
| DEAN, NAJAM U. 6 AUGUSTA DR MILLBURY, MA 01527 | 7848 | 7/18/11 | NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S) - (A) - (P) $605,437.05 (U) $605,437.05 (T) | | SEVERANCE |
| DEAN, NAJAM U. 6 AUGUSTA DR MILLBURY, MA 01527 | 8212 | 3/12/12 | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $672,859.57 (U) $672,859.57 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | SEVERANCE, PENSION |
| GENNETT, SCOTT S. 16 WILDWOOD STREET LAKE GROVE, NY 11755 | 8218 | 3/15/12 | 09-10138 Nortel Networks Inc. | - (S) - (A) - (P) $1,009,789.79 (U) $1,009,789.79 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | PENSION, UNPAID VACATION |
| GREEN, MARILYN 1106 BOSTON HOLLOW ROAD ASHLAND CITY, TN 37015 | 7337 | 7/7/10 | NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S) - (A) $64,329.20 (P) $64,329.20 (U) $64,329.20 (T) | | SEVERANCE |
| GREEN, MARILYN 1106 BOSTON HOLLOW ROAD ASHLAND CITY, TN 37015 | 7797 | 6/13/11 | NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S) - (A) - (P) $193,263.20 (U) $193,263.20 (T) | | SEVERANCE |
| GREEN, MARILYN 1106 BOSTON HOLLOW ROAD ASHLAND CITY, TN 37015 | 8393 | 10/18/12 | NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S) - (A) $171,326.91 (P) $171,326.91 (U) $171,326.91 (T) | | SEVERANCE |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow LTD Claims in the proof of claim. The remaining claims asserted in the proofs of claim that may be separately disallowed and expunged, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to retired employees (the "Proposed Retiree Settlement Agreement") are identified in the column entitled "Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement." The other remaining claims asserted in the proofs of claim that will not be disallowed through an order approving the Settlement Agreement or an order approving the Proposed Retiree Settlement Agreement are identified in the column entitled "Other Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds.

## Claim to be Partially Expunged

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement | Other Remaining Assertions in Claim |
|---|---|---|---|---|---|---|
| HEINBAUGH, ALAN<br>19816 COLBY CT.<br>SARATOGA, CA 95070 | 8254 | 5/4/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,168,638.07 (U)<br>$1,168,638.07 (T) | | SEVERANCE |
| JONES, DEBORAH M.M.<br>8 FAIRVIEW ACRES<br>WELLSBORO, PA 16901 | 7476 | 10/27/10 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$1,106,637.50 (U)<br>$1,106,637.50 (T) | | PENSION, SEVERANCE |
| MASSENGILL, TERRY<br>126 KERRI DR<br>GARNER, NC 27529 | 7576 | 1/24/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$263,092.00 (U)<br>$263,092.00 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | NONE |
| MCWALTERS, MICHAEL<br>POB 338<br>ALVISO, CA 95002 | 7348 | 7/15/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$865,458.00 (U)<br>$865,458.00 (T) | | SEVERANCE |
| MORRISON, PAUL E.<br>2241 COLLEGE AVE.<br>QUINCY, IL 62301-3231 | 7862 | 7/25/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,309,310.84 (U)<br>$1,309,310.84 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | PENSION, SEVERANCE |
| ROSE, RONALD J. JR.<br>26 PHEASANT RUN<br>BALLSTON SPA, NY 12020 | 8228 | 3/26/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$770,926.71 (U)<br>$770,926.71 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | PENSION, SEVERANCE |
| ROSSI, JOHN J.<br>1568 WOODCREST DR.<br>WOOSTER, OH 44691 | 8294 | 6/11/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$262,690.18 (U)<br>$262,690.18 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | NONE |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed and expunged to disallow LTD Claims in the proof of claim. The remaining claims asserted in the proofs of claim that may be separately disallowed and expunged, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to retired employees (the "Proposed Retiree Settlement Agreement") are identified in the column entitled "Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement." The other remaining claims asserted in the proofs of claim that will not be disallowed through an order approving the Settlement Agreement or an order approving the Proposed Retiree Settlement Agreement are identified in the column entitled "Other Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds.

## Claim to be Partially Expunged

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement | Other Remaining Assertions in Claim |
|---|---|---|---|---|---|---|
| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884-0079 | 7512 | 12/15/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$604,252.93 (U)<br>$604,252.93 (T) | | PENSION |
| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884 | 7523 | 12/20/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$604,252.93 (U)<br>$604,252.93 (T) | | PENSION |
| WADLOW, JERRY<br>P.O. BOX 79<br>WEWOKA, OK 74884 | 7850 | 7/18/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$662,144.72 (U)<br>$662,144.72 (T) | | PENSION |
| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884 | 8306 | 6/25/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$641,826.04 (U)<br>$641,826.04 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | PENSION, SEVERANCE |
| WATSON, THELMA<br>P.O. BOX 971<br>BATH, SC 29816 | 8359 | 9/10/12 | NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$117,781.08 (U)<br>$117,781.08 (T) | | SEVERANCE |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed and expunged. The remaining claims asserted in the proofs of claim that may be separately disallowed and expunged, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to retired employees (the "Proposed Retiree Settlement Agreement") are identified in the column entitled "Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement." The other remaining claims asserted in the proofs of claim that will not be disallowed through an order approving the Settlement Agreement or an order approving the Proposed Retiree Settlement Agreement are identified in the column entitled "Other Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds.

## Claim to be Partially Expunged

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement | Other Remaining Assertions in Claim |
|---|---|---|---|---|---|---|
| Totals: | | | 25 Claims | | | |
| (S) - Secured | | | | | - (S) | |
| (A) - Administrative | | | | | - (A) | |
| (P) - Priority | | | | | $235,656.11 (P) | |
| (U) - Unsecured | | | | | $14,026,950.86 (U) | |
| (T) - Total Claimed | | | | | $14,026,950.86 (T) | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.