**EXHIBIT 3**
*Form of Individualized Settlement Notice*

EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Nortel Networks Inc., *et al.*,[1]<br>　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>RE: 9304, [•] |
| OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS,<br>　　　　　Plaintiffs,<br>　　v.<br>NORTEL NETWORKS INC., *et al.*,<br>　　　　　Defendants. | |

## Estimate of Individual Allocation of Settlement Amount

For informational purposes only, this exhibit projects your estimated share of the Settlement Amount[2] as determined by the apportionment methodology set forth in the Settlement Agreement and presented to the United States Bankruptcy Court for the District of Delaware for approval (your "Estimated Individual Settlement Amount"). The LTD Committee has directed its professionals, including, but not limited to its actuaries and financial advisors, to adjust your share to account for any corrections or adjustments in the valuation of LTD Claims, as necessary. Please review this exhibit carefully.

THE SETTLEMENT AGREEMENT IS THE CONTROLLING DOCUMENT. YOU SHOULD CAREFULLY REVIEW AND CONSIDER THE SETTLEMENT AGREEMENT, INCLUDING THE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (b), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Settlement Agreement, as amended and restated on February 11, 2013. In the event of any inconsistency, the terms of the Settlement Agreement govern.

Page 1

EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

## APPORTIONMENT METHODOLOGY, RELEASE, EXCULPATION AND INJUNCTION PROVISIONS CONTAINED IN THE SETTLEMENT AGREEMENT.

**APPORTIONMENT METHODOLOGY**

Based on the benefits you currently receive under the LTD Plans, and the assumption that you would continue to receive those same benefits if Nortel's businesses continued to operate, the LTD Committee directed its actuarial advisors to determine a value, which is the present value of your expected future LTD Benefits from now until the end of the period that you are entitled to the benefits under the terms of the governing LTD Plans ("Individual Claim"). Even if the Debtors' request to terminate the LTD Plans was not granted, your receipt of LTD Benefits in the future is not a certainty, but is subject to your likelihood of recovering or dying during the benefit period. The present value of your LTD Benefits, used as the basis for your Estimated Individual Settlement Amount, takes into account these actuarial assumptions, as well as the time value of money. This present value estimate constitutes your projected Individual Claim for LTD Benefits. The sum of all of the LTD Employees' Individual Claims was used by the LTD Committee for the purposes of negotiating a settlement with the Debtors. Advisors to the LTD Committee have calculated these amounts and in entering into the Settlement Agreement, the Debtors are not admitting that they are liable for the Individual Claims or that either the Individual Claims or the Estimated Individual Settlement Amounts would constitute obligations or claims against the Debtors for any purposes other than for settlement.

Pursuant to the LTD Committee's right to sell, assign or convey the LTD General Unsecured Claim under the Settlement Agreement, the LTD Committee has negotiated a term sheet with SPCP Group, LLC ("SPCP") to sell and assign the LTD General Unsecured Claim to SPCP (the "Term Sheet"), the proceeds of which sale will be distributed among the members of the Settlement Class if the sale occurs.[3] The agreement contained in the Term Sheet remains subject to (1) satisfactory documentation, (2) the form of the proposed Order approving the Settlement Agreement, (3) agreement on certain other issues, including, but not limited to, resolution of certain taxation issues and (4) final approval by the Bankruptcy Court of the terms of the Settlement Agreement. Please note that if the Settlement Agreement is approved by the Bankruptcy Court and the LTD General Unsecured Claim is sold subject to the Term Sheet, the LTD General Unsecured Claim will be sold to SPCP for an amount that is less than the full amount of the LTD General Unsecured Claim. Your Estimated Individual Settlement Amount, as projected below, takes the expected estimated recovery from the sale of the LTD General Unsecured Claim, pursuant to the terms of the Term Sheet, estimated potential tax withholdings and estimated settlement administration costs into account; however, the amount you ultimately receive may vary from the Estimated Individual Settlement Amount including based on changes to these estimates and based on changes in the group of LTD Employees participating in the settlement.

Your Estimated Individual Settlement Amount is equal to your Individual Claim times the ratio of (i) the LTD General Unsecured Claim, to (ii) the value of the aggregate of all of the LTD Employees' Individual Claims (the "Estimated Settlement Ratio"), multiplied by a reserve for the estimated recovery on the LTD General Unsecured Claim based on the terms of the Term Sheet,[4] estimated tax withholding and estimated

---

[3] In the event that the Debtors and the LTD Committee agree in writing to extend the Termination Date from May 31, 2013 to June 30, 2013, the LTD General Unsecured Claim would be reduced in an amount equal to $680,000 and the purchase price for the LTD General Unsecured Claim would be reduced proportionally.

[4] If the Settlement Agreement is approved by the Bankruptcy Court and the LTD General Unsecured Claim is sold and assigned pursuant to the terms of the Term Sheet, the Settlement Amount will equal the purchase price received by

Page 2

EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

administrative costs necessary to administer and implement the Settlement Agreement (the "Reserve").[5]

Please note that under the proposed settlement agreement between the Debtors and the Official Committee of Retired Employees (the "Proposed Retiree Settlement Agreement"), if approved by the Bankruptcy Court, those LTD Employees who are receiving LTD Benefits under the LTD Plans as of the Termination Date and have met the service requirements for retirement as of January 31, 2013 (in accordance with the eligibility criteria set forth in the Proposed Retiree Settlement Agreement) can elect to participate in the Proposed Retiree Settlement Agreement if they elect to retire and relinquish their right to receive continued benefits under the LTD Plans after the termination date of the Retiree Welfare Plans, which is proposed to be May 31, 2013 pursuant to the Proposed Retiree Settlement Agreement. Should you voluntarily terminate your employment with the Debtors and waive your right to receive LTD Benefits under the LTD Plans, you will waive your right to receive any distribution on the Estimated Individual Settlement Amount projected in this notice. Your Estimated Individual Settlement Amount is subject to satisfactory compliance with all applicable federal withholding requirements for income tax purposes, as applicable, and any settlement administration costs, as applicable.

---

the LTD Committee for the sale and assignment of the LTD General Unsecured Claim, less the Settlement Administration Costs. However, in the event that an agreement to sell and assign the LTD General Unsecured Claim does not become effective or the LTD General Unsecured Claim is not otherwise sold, assigned or conveyed, the Settlement Amount will depend, among other things, on the amount of distributions made by Nortel Networks Inc. on the LTD General Unsecured Claim under a plan of reorganization. Accordingly, your Estimated Individual Settlement Amount is dependent, among other things, on the completion of the sale of the LTD General Unsecured Claim by the LTD Committee at the price and pursuant to the terms contained in the Term Sheet.

[5] The LTD Committee strives to reduce or eliminate any administrative costs related to the settlement. The Estimated Individual Settlement Amount and the aggregate Settlement Amount will be approved by the Court on a final basis at the final hearing on the settlement and the Debtors' estates will bear the costs of administration through the date such order becomes final and non-appealable. However, the settlement is a matter still pending before the Bankruptcy Court and until the Bankruptcy Court approves the settlement administrative costs are uncertain. The Debtors reserve the right to challenge the fee applications submitted by the LTD Committee and its advisors.

EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

**PERSONAL DATA USED TO DETERMINE YOUR ESTIMATED INDIVIDUAL SETTLEMENT AMOUNT[6]**

**Name: John Doe**

| Personal Information | |
|---|---|
| Nortel ID Number | XXXXXX |
| Employee Date Of Birth | MM/DD/YYYY |
| Spouse Date Of Birth | MM/DD/YYYY |
| Dependent Child #1 Date of Birth | MM/DD/YYYY |
| Dependent Child #2 Date of Birth | MM/DD/YYYY |
| Dependent Child #3 Date of Birth | MM/DD/YYYY |
| Date of First Disability | MM/DD/YYYY |
| Remaining Months of Benefits | XX |

Any inquiries concerning your Estimated Individual Settlement Amount should be addressed to the attorneys for the LTD Committee, either by submitting such inquiries through the LTD Committee website (http://www.kccllc.net/nortelltd/) or by contacting the undersigned attorneys for the LTD Committee.

Dated: February __, 2013

**The Official Committee of Long Term Disability Participants**
**By its attorneys,**
**Elliott Greenleaf**
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
(302) 384-9400
Attn: Rafael X. Zahralddin-Aravena, Esq.
Shelley A. Kinsella, Esq.
Margaret S. Curran, Esq.

---

[6] The Debtors provided individual data, including demographic and employment data and information concerning Nortel sponsored benefits to the LTD Committee, up through and including 2013 United States Benefits Confirmation Statements.

EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

| Benefit Information | |
|---|---|
| Income Replacement Level (% of Benefit Earnings) | XX.X% |
| Cost of Living Adjustment on Income Replacement Benefit | Yes/No |
| Current Income Replacement Monthly Benefit Before Offsets | $X,XXX.XX |
| Scheduled Offset to Income Replacement Monthly Benefit | $X,XXX.XX |
| Medical Benefit Coverage Level | Employee/ Employee and Spouse / Family |
| Medicare Eligible? | Yes / No |
| Life Insurance Core Benefit on Employee | $XX,XXX |
| Life Insurance Optional Benefit on Employee | $XX,XXX |
| Accidental Dismemberment & Death Insurance Benefit | $XX,XXX |
| Long-Term Investment Plan Monthly Benefit | $XXX.XX |

**YOUR ESTIMATED INDIVIDUAL SETTLEMENT AMOUNT**

1. LTD General Unsecured Claim  $XX,XXX,XXX

2. Estimated Settlement Administrative Costs  $XX,XXX,XXX

3. Net LTD General Unsecured Claim  $XX,XXX,XXX ($XX,XXX,XXX – $XX,XXX,XXX)

4. Your Individual Claim Amount  $XXX,XXX (see below for a breakdown and explanation)

5. Aggregate LTD Claim  $XX,XXX,XXX

6. Estimated Ratio of LTD General Unsecured Claim to Aggregate LTD Claim  zz.zz%

7. Reserve for Tax Withholding, Settlement Administration Costs, and Estimated Recovery on General LTD Unsecured Claim  zz.zz%

8. Your Estimated Individual Settlement Amount  $XXX,XXX (Net LTD General Unsecured Claim)

**THE TERM SHEET CONTEMPLATES THAT THE LTD GENERAL UNSECURED CLAIM WILL BE SOLD FOR AN AMOUNT LESS THAN THE FACE VALUE OF THE LTD GENERAL UNSECURED CLAIM AND IS SUBJECT TO THAT PURCHASE PRICE.**

EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

**YOUR INDIVIDUAL CLAIM BY BENEFIT CATEGORY**

Your total Individual Claim is the sum of the claims for each of the categories[7] of LTD Benefits you are currently receiving under the LTD Plans. Your Individual Claim amount has been estimated by projecting the expected future benefits for each category of LTD Benefits and calculating their present value. The projection and present value calculation was based on actuarial assumptions regarding your likelihood of recovering or dying from actuarial tables published by the Society of Actuaries for disabled populations and by taking into account the time value of money.

The following table shows your Individual Claim for each benefit category and your Estimated Individual Estimated Settlement Amount:

| Benefit Category | Individual Claim Amount | Estimated Settlement Ratio | Reserve | Estimated Individual Settlement Amount |
|---|---|---|---|---|
| Income Replacement Monthly Benefit Net of Offset | $XX,XXX | zz.zz% | zz.zz% | $XX,XXX |
| Medical Benefit | $XX,XXX | zz.zz% | zz.zz% | $XX,XXX |
| Life Insurance | $XX,XXX | zz.zz% | zz.zz% | $XX,XXX |
| Accidental Dismemberment & Death Insurance | $XX,XXX | zz.zz% | zz.zz% | $XX,XXX |
| Long-Term Investment Plan Monthly Benefit | $XX,XXX | zz.zz% | zz.zz% | $XX,XXX |
| Total | $XX,XXX | zz.zz% | zz.zz% | $XX,XXX |

The attached table shows your Individual Claim and your share of the Estimated Individual Settlement Amount by benefit category in relation to other LTD Employees (without identifications). Your data and information are displayed in the row with index number yy.

Advisors to the LTD Committee have calculated the amounts set forth in the table above. The Estimated Settlement Ratio and your Estimated Individual Settlement Amount were calculated based on the assumption that all LTD Employees would participate in the Settlement Agreement. However, if individual LTD Employees elect to retire from the Debtors and waive their right to a share of the Settlement Amount, the

---

[7] There are five categories of benefits: income replacement, medical, life insurance, accidental death and dismemberment insurance and long-term investment plan.

# EXAMPLE OF NOTICE FORM - SUBJECT TO COURT APPROVAL

Estimated Settlement Ratio may vary and your Estimated Individual Settlement Amount and the actual distribution made to you may increase from the amounts listed in this notice and from the amounts approved by the Bankruptcy Court. The Term Sheet contemplates that the LTD General Unsecured Claim will be sold at an amount less than the face value of the claim. Therefore, the Estimated Individual Settlement Amount is subject to the Reserve, which represents the estimated discounted recovery on the LTD General Unsecured Claim based on the sale price for the LTD General Unsecured Claim compared to the total allowed amount of the LTD General Unsecured Claim (noting the sale price may differ from the amount of distributions the Debtors ultimately will make on such claim to SPCP) as well as an estimated reduction for potential tax withholdings and estimated potential settlement administration costs. The LTD Committee hopes to minimize the potential tax withholding pursuant to applicable law. The LTD Committee is trying to reduce or eliminate, if possible, potential Settlement Administration Costs. The LTD Committee reserves the right to file a revised schedule prior to the Fairness Hearing to account for any and all changes, and a supplemental revised schedule after the Fairness Hearing to reallocate distributions for changes to members of the Settlement Class.

**The information set forth in this Notice only determines your entitlement to receive a share of distributions of the Settlement Amount. The Settlement Amount will be based, among other things, on the completion of the sale of the LTD General Unsecured Claim by the LTD Committee at the price and pursuant to the terms contained in the Term Sheet or under an agreement with another party, and if applicable, on any taxes withheld by the Debtors or others. In the event that an agreement memorializing the terms of the Term Sheet does not become effective or the LTD General Unsecured Claim is not otherwise sold, assigned or conveyed, the Settlement Amount will depend, among other things, on the amount of distributions made by Nortel Networks Inc. on the LTD General Unsecured Claim under a plan of reorganization. No assurances can be provided as to the amount you may ultimately recover whether from a sale of the LTD General Unsecured Claim or a direct distribution under a plan of reorganization.**

**Additionally, your Estimated Individual Settlement Amount will vary based upon personal factors including, but not limited to, age, benefit elections, pre-disability income and number of dependents, if any, and is an estimate of the amount of money you will receive, before subtracting amounts owed for applicable taxes and settlement administration costs.**