IN WITNESS WHEREOF, and intending to be legally bound hereby, the Parties have executed this Settlement Agreement.

**The Official Committee of LTD Employees (executed by its Chair in accordance with its governing by-laws)**

By: ___/s/ Barbara Gallagher_____
Name: Barbara Gallagher
Title:   Chair of the LTD Committee


**Class Representatives for Settlement Purposes**

By:__/s/ Barbara Gallagher_____
Name: Barbara Gallagher


By:__/s/ Wendy Boswell Mann_____
Name: Wendy Boswell Mann


By:__/s/ Dianna L. Irish_____
Name: Dianna L. Irish


By:__/s/ Michael Stutts_____
Name: Michael Stutts


By:__/s/ Deborah Jones_____
Name: Deborah Jones

**NORTEL NETWORKS INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer


**NORTEL NETWORKS CAPITAL CORPORATION**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer


**NORTEL ALTSYSTEMS INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer


**NORTEL ALTSYSTEMS INTERNATIONAL INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer


**XROS, INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**SONOMA SYSTEMS**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**QTERA CORPORATION**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**CORETEK, INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**NORTEL NETWORKS APPLICATIONS MANAGEMENT SOLUTIONS INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**NORTEL NETWORKS OPTICAL COMPONENTS INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**NORTEL NETWORKS HPOCS INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**ARCHITEL SYSTEMS (U.S.) CORPORATION**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**NORTEL NETWORKS INTERNATIONAL INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**NORTHERN TELECOM INTERNATIONAL INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**NORTEL NETWORKS CABLE SOLUTIONS INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**NORTEL NETWORKS (CALA) INC.**

By: _/s/ John Ray_
Name: John Ray
Title: Principal Officer

**EXHIBIT A**

**The following is a list of LTD Plans and plan descriptions, in addition to the Nortel Networks Inc. Long-Term Disability Plan, Nortel Networks Inc. Short-Term Disability Plan, the Nortel Networks Inc. Medical Plan, the Nortel Networks Inc. Dental, Vision, and Hearing Care Plan, the Nortel Networks Inc. Life Insurance Plan, the Nortel Networks Inc. AD&D Insurance Plan, the Nortel Networks Inc. Health Care Reimbursement Account Plan, the Nortel Networks Business Travel Accident Insurance Plan, the Nortel Networks Inc. Dependent Day Care Reimbursement Account Plan, the Nortel Networks Inc. Long-Term Investment Plan, maintained by the Debtors:**

## Exhibit A

- Northern Telecom Inc. Salaried Plan, printed May 20, 1977

- Northern Telecom Inc. Plan Summary, dated 1982

- Northern Telecom Inc. Group Benefits Plan (Salaried Revised Plan), dated 1982

- Northern Telecom Inc. Group Benefits Plan (Hourly Revised Plan), dated 1982

- Northern Telecom Inc. Plan Summary (Salaried), dated 1984

- Northern Telecom Inc. Plan Summary, dated 1986

- Northern Telecom Inc. Group Benefits Plan, dated January 1, 1986

- Northern Telecom Inc. Group Benefits Plan, dated January 1, 1987

- Northern Telecom Inc. Group Benefits Plan, dated January 1, 1989

- Northern Telecom Inc. Plan Supplement, dated January 1, 1989

- Northern Telecom Inc. Weekly Disability and Long Term Disability Plan, dated January 1, 1991

- Northern Telecom Inc. Vision Care Plan and Dental Plan, dated January 1, 1991

- Northern Telecom Inc. Triple Option Medical Plan, dated January 1, 1991

- Northern Telecom Inc. Life Insurance and Accidental Death and Dismemberment Plan, dated January 1, 1991

1

- Vision Care Plan and Dental Plan Benefits Connection, dated April 1, 1992

- Life Insurance and Accidental Death & Dismemberment Plan Benefits Connection, dated April 1, 1992

- Northern Telecom/BNR U.S. Employee Benefits For Bargaining Unit Employees of Nynex Meridian Systems Benefits Connection - Plus Benefit Plan, Dental Plan, Vision Care Plan, Term Life Insurance and Accidental Death & Dismemberment Plan, Short-Term Disability Plan, Long-Term Disability Plan, dated January 1993

- Northern Telecom/BNR U.S. Employee Benefits For Bargaining Unit Employees of Nynex Meridian Systems Benefits Connection – The Medical Plan, Dental Plan, Term Life Insurance and Accidental Death & Dismemberment Plan, Short-Term Disability Plan, Long-Term Disability Plan, dated January 1993

- Northern Telecom Inc. Your Group Program, dated 1994 (including Employee Term Life, Accidental Death & Dismemberment Insurance, Dependents Term Life Insurance, and Long Term Care Coverage)

- Flex Overview Summary Plan Description Plan Year 1996

- Short-Term and Long-Term Disability Plan Summary Plan Description 1996

- Medical Plan Summary Plan Description 1996

- Health Care and Dependent Day Care Reimbursement Account Plan Summary Plan Description 1996

- Life Insurance and AD&D Insurance Plan Summary Plan Description 1996

- Dental, Vision and Hearing Care Plan Summary Plan Description, dated April 1997

- Long-Term Investment Plan Summary Plan Description 1998

- Flex Overview Summary Plan Description Plan Year 1999

- Medical Plan Summary Plan Description 1999

- Dental, Vision and Hearing Care Plan Summary Plan Description 1999

- Health Care and Dependent Day Care Reimbursement Account Plan Summary Plan Description 1999

- Short-Term and Long-Term Disability Plan Summary Plan Description 1999

- Life Insurance and AD&D Insurance Plan Summary Plan Description 1999

- Long-Term Investment Plan Summary Plan Description 1999

- 1999 Bay Benefits Source Summary Plan Description

- Flex Overview Summary Plan Description Plan Year 2000

- Short-Term And Long-Term Disability Plans Summary Plan Description 2002

- Medical Plan Summary Plan Description 2002

- Dental/Vision/Hearing Care Plan Summary Plan Description 2002

- Life & AD&D Insurance Plan and Business Travel Accident Insurance Plan Summary Plan Description 2002

- Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan Summary Plan Description 2003

- Nortel Networks Inc. Dental/Vision/Hearing Care Plan Summary Plan Description 2003

- Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan Summary Plan Description 2004

- Nortel Networks Inc. Medical Plan Summary Plan Description 2004

- Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan Summary Plan Description 2005

- Nortel Networks Inc. Medical Plan Summary Plan Description 2005

- Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan Summary Plan Description 2006

- Nortel Networks Inc. Medical Plan Summary Plan Description 2006

- Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan Summary Plan Description 2007

- Nortel Networks Inc. Medical Plan Summary Plan Description 2007

- Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan

Summary Plan Description 2008

- Nortel Networks Inc. Medical Plan Summary Plan Description 2008
- Nortel Networks Inc. Long-Term Disability Plan Summary Plan Description 2009
- Nortel Networks Inc. Medical Plan Summary Plan Description 2009
- Nortel Networks Welfare Benefits Plan, effective as of January 1, 2009
- Nortel Networks Inc. Long-Term Disability Plan Summary Plan Description 2010
- Nortel Networks Inc. Short-Term Disability Plan Summary Plan Description 2010
- Nortel Networks Inc. Medical Plan Summary Plan Description 2010
- Nortel Networks Inc. Medical Plan Summary Plan Description 2011
- FLEX Overview Summary Plan Description Plan Year 2012
- Nortel Networks Inc. Medical Plan Summary Plan Description 2012
- Nortel Networks Inc. Business Travel Accident Insurance Plan Summary Plan Description 2012
- Nortel Networks Inc. Dental/Vision/Hearing Care Plan Summary Plan Description 2012
- Nortel Networks Inc. Short-Term Disability Plan Summary Plan Description 2012
- Nortel Networks Inc. Life and Accidental Death & Dismemberment Insurance Plan Summary Plan Description 2012
- Weekly Disability and Long Term Disability Plan
- Weekly Disability and Long Term Disability Plan
- Weekly Disability and Long Term Disability Plan Benefits Connection

# EXHIBIT B

**Form of Settlement Notice Attached as Exhibit 1
to Preliminary Settlement Approval Order**

# EXHIBIT C

**Form of Publication Notice Attached as Exhibit 2
to Preliminary Settlement Approval Order**