Delaware Bankruptcy Court
824 N.Market Street
Third Floor
Wilmington. DE 19801

Thomas L. Cherry
Nortel ID # 202773
239 Raven Rock Drive
Boone, NC 28607

FEB 14  AM 9:31

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To the attention of Judge Kevin Gross

　I received a packet from Retiree Committee, containing their proposed settlement for Nortel employees. After reviewing the information, this is not in the best interest of the Nortel employees or retirees and should be rejected.

Here are two emails, one I sent to Neil Berger (Retiree Committee) and the other their response;

　I received a packet covering the Nortel settlement. The sheet that showed my settlement leaves some questions. I had a paid up insurance policy for $35,000. Do I get a cash settlement or is this put into a medical Health Reimbursement Account ? I have medical coverage, to put this into a HRA for me, would be of no value to me at all. Unless it is a cash settlement or some continued life insurance coverage, your agreement is of no value to me. Please address this and provide me with something of value.

This is the answer I received;

　Please be advised that we represent the Retiree Committee, not individual retirees, and we cannot provide you with legal or tax advice. If the proposed Settlement Agreement is approved, the retiree medical insurance, life insurance and long-term care insurance benefits provided by Nortel will terminate on May 31, 2013. The Retiree Committee was able to obtain only a single proposal for group health insurance and was not able to obtain any proposals for group life insurance or long-term care insurance.
　The Settlement Agreement provides that Nortel's Settlement Payment will be used to fund a Voluntary Employees' Beneficiary Association ("VEBA") that will be established by the Retiree Committee or its Successor. Because no group life insurance or long-term care insurance proposals were offered, the portion of the settlement amount allocated to you on account of these lost benefits will be automatically deposited into a health reimbursement arrangement("HRA"). HRAs are being contemplated because participating individuals are generally not taxed on reimbursements for eligible medical expenses received from an HRA.
　Please review the proposed Settlement Agreement and the Statement that was prepared by the Retiree Committee for additional information. We have also posted answers to Settlement Agreement FAQs on the website maintained by the Retiree Committee at www.kccllc.net/nortelretiree and address the creation of HRAs there.
***
　I have looked online for information on the Health Reimbursement Arrangement Account (HRA) and the offered settlement proposed by the Retiree Committee should never be accepted. (Please do not accept this offer)
　A (HRA) account is owned by the employer (in this case the Retiree Committee or who ever replaces them) NOT the employee. The account owner can cancel them at any time and claim the remaining funds. Also, the distribution of funds are very restrictive, and in my case I do not see that I could use them at all. My Medicare supplement is of no cost to me (retired military) including any medications, so I know of no time I would or could use a (HRA) account. I am sure there are others that would find this settlement unsatisfactory too.
　Why would the Retiree Committee's plan, deposit the employee settlement into a (HRA) account, which so restricts the employees access to their funds, where the account is owned by the employer (Retiree Committee) not the employee. And an account that can be cancelled at any time by the owner and the funds be removed by the owner. The funds can not be transferred to another type of plan, owned by the employee.
　Also, why are such a small percentage of the funds Nortel put up, being applied toward the employee's settlement? Thank you very much for reviewing my concerns, again, please do not agree to the settlement offered by the Retiree Committee.
　* My conclusion *
　　This settlement is not acceptable, I will not be able to used this fund. I am sure there are many others that also will not be able to access or use these funds. Why would the Retiree Committee select such an account? This is a disservice to the retiree. I do hope you will reject this settlement offer from the Retiree Committee, and require they offer a settlement that will serve the employee/retiree.

Thank you, Thomas L. Cherry  ID# 202773

*Thomas L. Cherry* (signature)