# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 9408 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 12, 2013, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on February 14, 2013 at 10:00 A.M. (Eastern Time)," dated February 12, 2013 [Docket No. 9408], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, (Filed Under Seal).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Carol Zhang

Sworn to before me this
14 day of February, 2013

Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ADELLA VENNEMAN | 5269 RIO GRANDE DRIVE SAN JOSE CA 95136 |
| ALAN HEINBAUGH | 19816 COLBY CT. SARATOGA CA 95070 |
| ALAN HEINBAUGH | 19816 COLBY COURT SARATOGA CA 95070 |
| ALEXANDER N ARENCIBIA | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| AMY MITCHELL | 1617 WENDY LN EFLAND NC 27243 |
| AMY RIEDEL | 1 MEADOWBROOK RD. WESTON MA 02493 |
| ANDREW BERNSTEIN | 8529 MOUNTAINHOLLY DRIVE PIKESVILLE MD 21208 |
| ANNA REICHERT | 220 BEACON FALLS CT. CARY NC 27519 |
| APRIL MITCHELL | 1617 WENDY LN EFLAND NC 27243 |
| ARLENE BOYD | PO BOX 458 STEM NC 27581 |
| ASHLEY PULLIAM | P.O. BOX 317 CREEDMOOR NC 27522 |
| BARBARA CARR | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| BARBARA DUNSTON | 261 MCNAIR DRIVE HENDERSON NC 27537 |
| BARBARA GALLAGHER | 410 WEST ACRES ROAD WHITESBORO TX 76273 |
| BERT FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BOBBYE KOPEC | 21 WEST ST PEPPERELL MA 01463 |
| BONNIE BOYER | 305 W JUNIPER AVE STERLING VA 20164-3724 |
| BRAD HENRY | 11596 W. SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| BRADLY SMART | 3309 LORRAINE ST ANN ARBOR MI 48108-1969 |
| BRANDON STONE | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| BRENDA BUTNER | 514 SHASTEEN BEND WINCHESTER TN 37398 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENDA SMART | 3309 LORRAINE ST ANN ARBOR MI 48108 |
| BRENDON HARDY | 10935 PARKER VISTA PL. PARKER CO 80138 |
| BRENT BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BRIAN HARDY | 10935 PARKER VISTA PL. PARKER CO 80138 |
| BRIAN STONE | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| BRITNEY MITCHELL | 1617 WENDY LN EFLAND NC 27243 |
| BRUCE A. SPECK | 121 AUGUSTA COURT JUPITER FL 33458 |
| BRUCE FRANCIS | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| BRUCE TURNER | 8 SUNSET DRIVE HOMER NY 13077 |
| BUNNY BERNSTEIN | 809 WHITTINGTON TERRACE SILVER SPRINGS MD 20901 |
| CANDACE GANN | 792 BRIDLEWOOD CT CHICO CA 95926 |
| CARMEL TOTMAN | 164 BERTON STREET BOONE NC 28607 |
| CAROL RAYMOND | 7962 S.W. 185 ST. MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| CATHERINE SALLESE | 95 KENWOOD ROAD METHUEN MA 01844 |
| CHAD CASE | 501 SUTTER GATE LANE MORRISVILLE NC 27560 |
| CHAD SORIANO | 8974 HICKORY AVE. HESPERIA CA 92345 |
| CHAE ROOB | 8584 CHANHASSEN HILLS DRIVE SOUTH CHANHASSEN MN 55317 |
| CHARLES BARRY | 4090 OLD FRANKLINTON ROAD FRANKLINTON NC 27525 |
| CHARLES SANDNER | 1970 N LESLIE #3779 PAHRUMP NV 89060 |
| CHARLES SHIPMAN | 1081 GRAZER LANE PRESCOTT AZ 86301 |
| CHERYL DYER HARDY | 10935 PARKER VISTA PL. PARKER CO 80138 |
| CHRISTIAN D ARENCIBIA | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| CHRISTOPHER PAGE | 2920 LAUREN OAKS DRIVE RALEIGH NC 27616 |
| CLAIRE RIEDEL | 1 MEADOWBROOK RD. WESTON MA 02493 |
| CLARENCE E. ADAMS | 432 LOWER THRIFT ROAD NEW HILL NC 27562 |
| CLAUDIA VIDMER | 213 ORCHARD LANE GLEN ELLYN IL 60137 |

| Claim Name | Address Information |
|---|---|
| COLLEEN DISANTO | 3017 REEVES ROAD WILLOUGHBY OH 44094 |
| CRICKETT GRISSOM | 2580 W. PORTER CREEK AVE PORTERVILLE CA 93257 |
| CURTIS MOORE | 7231 TANGLEGLEN DR DALLAS TX 75248 |
| CYNTHIA ANN SCHMIDT | PO BOX 119 OREGON HOUSE CA 95962 |
| CYNTHIA RICHARDSON | 5717 CYPRESS DRIVE ROWLETT TX 75089 |
| DANIEL D. DAVID | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DANIEL D. DAVID | 215 POSSUM TROT ROAD WAKE FOREST NC 27587 |
| DANIEL OWENBY | 2136 SAPELO CT. FERNANDINA BEACH FL 32034 |
| DANIEL RAY | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| DAVID FOX | 1607 HAVEN PL ALLEN TX 75002 |
| DAVID LITZ | 316 N MANUS DR. DALLAS TX 75224 |
| DAVID MORRISON | 3278 PINE TERRACE APT#1 EVERGREEN HILLS MACEDON NY 14502 |
| DEBORAH JONES | PO BOX 458 WILLOW SPRING NC 27592 |
| DEBORAH M.M. JONES | 8 FAIRVIEW ACRES WELLSBORO PA 16901 |
| DEBRA JANKOWSKY | 11 ROSEWOOD CT. EPPING NH 03042 |
| DEBRA VEGA | 818 GLENCO RD DURHAM NC 27703 |
| DELORIS F. THOMAS | 101 EAST TIFFANY LAKES DRIVE APARTMENT 4 WEST PALM BEACH FL 33407 |
| DIANE ALLEN | 1516 MARSH COVE LN WILMINGTON NC 28409 |
| DIANNA IRISH | 235 ATRIUM COURT WARNER ROBINS GA 31088 |
| DIANNA IRISH | 235 ATRIUM COURT WARNER ROBINS GA 31088-5600 |
| EDWARD G. GUEVARRA | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| EILEEN HALL | 928 UNION ST BOONE IA 50036 |
| ELIZABETH RIEDEL | 1 MEADOWBROOK RD. WESTON MA 02493 |
| EMILY CULLEN | 100 TELMEW CT CARY NC 27518 |
| ERIK TOLF | 32 OLD FARM ROAD BEDFORD NH 03110 |
| ERNEST DEMEL | 280 9TH AVENUE APT. 5F NEW YORK NY 10001 |
| ERNEST DEMEL | C/O MS. LIBRATA ALDANA 530 WEST 55 STREET, 13K NEW YORK NY 10019 |
| ERNEST DEMEL | RCS BOX 426 NEW YORK NY 10101 |
| ERNEST DEMEL | RCS BOX 426 NEW YORK NY 10101-0426 |
| ESTELLE LOGGINS | 250 OLD MILL LANE DALLAS TX 75217 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| ESTELLE LOGGINS | 6717 LATTA STREET DALLAS TX 75227 |
| EUGENE YAP | 8608 LAKEWOOD DRIVE RALEIGH NC 27613 |
| FELICIA JONES MANN | 525 N. ACADEMY STREET CARY NC 27513 |
| FRED LINDOW | PO BOX 33206 LOS GATOS CA 95031-3206 |
| GABRIEL WELLS | 26675 WESTBROOK CT SUN CITY CA 92586 |
| GABRIELLE LI | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| GARY W. GARRETT | 4093 HOGAN DR. APT. 4114 TYLER TX 75709 |
| GAY HOLLOWELL | 312 19TH ST BUTNER NC 27509 |
| GEOFFREY V. WHITE, ESQ. | LAW OFFICE OF GEOFFREY V. WHITE 351 CALIFORNIA ST., SUITE 1500 SAN FRANCISCO CA 94104 |
| GEORGE HOVATER JR | 9009 CASALS ST. UNIT #1 SACRAMENTO CA 95826 |
| GEORGE REICHERT | 220 BEACON FALLS CT. CARY NC 27519 |
| GEORGE RIEDEL | 1 MEADOWBROOK RD. WESTON MA 02493 |
| GERALD UTPADEL | 4627 GREENMEADOWS AVE. TORRANCE CA 90505 |
| GLEN NORMAN | 40425 CHAPEL WY #307 FREMONT CA 94538 |
| GLORIA BENSON | 1824 WILSON PIKE BRENTWOOD TN 37027 |
| GRAYSON HARDY | 10935 PARKER VISTA PL. PARKER CO 80138 |
| GWEN MOORE | 7231 TANGLEGLEN DR DALLAS TX 75248 |

| Claim Name | Address Information |
|---|---|
| HAILEY ALLEN | 3190 ALSTON CHAPEL R PITTSBORO NC 27312 |
| HERBERT STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| JAMES CRAIG | 42 EAST CAVALIER RD SCOTTSVILLE NY 14546 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES JEROME LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JAMES STANULIS | 2312 WARRINGTON AVE. FLOWER MOUND TX 75028 |
| JANE LOCKHART | 1600 LIATRIS LANE RALEIGH NC 27613 |
| JANE NEUMANN | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| JANE NEUMANN | 1773 COUNTY ROAD 24 WATERTOWN MN 55388 |
| JANET ALLEN | 3190 ALSTON CHAPEL R PITTSBORO NC 27312 |
| JANET BASS | 1228 MOULTRIE COURT RALEIGH NC 27615 |
| JANETTA HAMES | 649 FOSSIL WOOD DRIVE SAGINAW TX 76179 |
| JANETTE HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JASON A. NEWFIELD | FRANKEL & NEWFIELD P.C. 585 STEWART AVENUE, SUITE 301 GARDEN CITY NY 11530 |
| JEFFREY B. BORRON | 13851 TANGLEWOOD DR. FARMERS BRANCH TX 75234 |
| JEFFREY CREASY | 2001 SMITH DRIVE CLAYTON NC 27520 |
| JEREMY BORDELON, ESQ. | PO BOX 11208 CHATTANOOGA TN 37401 |
| JERRY PULLIAM | P.O. BOX 317 CREEDMOOR NC 27522 |
| JERRY WADLOW | PO BOX 79 WEWOKA OK 74884 |
| JESSICA LIGHTFOOT | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| JIMMY BAKER | 701 BENNINGTON DR RALEIGH NC 27615 |
| JO HUDSON | 2471 GENITO JACK CIRCLE POWHATAN VA 23139 |
| JOANNA BERNSTEIN | 809 WHITTINGTON TERRACE SILVER SPRINGS MD 20901 |
| JOHN ALLEN | 3190 ALSTON CHAPEL R PITTSBORO NC 27312 |
| JOHN HALL | 928 UNION ST BOONE IA 50036 |
| JOHN J. ROSSI | 1568 WOODCREST DR. WOOSTER OH 44691 |
| JOHN LIGHTFOOT | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| JOHN MERCER | 121 MONASTERY RD. PINE CITY NY 14871 |
| JOHN PAYNE | 2 ORANGE AVE NEW HARTFORD NY 13413 |
| JOHN S. ELLIOTT | 6 GROUSE LANE MERRIMACK NH 03054 |
| JOYCE ROBERTSON | 604 SOUTH PEEDIN STREET SELMA NC 27576 |
| JUDITH WATTS | 155 EDGEWATER DRIVE BRYAN OH 43506 |
| JUDY A. SCHULTHEIS | 2201 SWEETBRIAR DRIVE ALEXANDRIA VA 22307-1523 |
| JULIANNA SMITH | 134 MARVIN ST MILAN MI 48160 |
| KATHLEEN REESE | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| KATHLEEN SMITH | 14 JARDINE RD GARDINER MT 59030 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. APT. # 1023 DALLAS TX 75248 |
| KENNETH HAZELRIG | 8170 SOLWAY CT WINSTON GA 30187 |
| KERRY LOGAN | 1207 HIGH HAMMOCK DRIVE #102 TAMPA FL 33619 |
| KERRY LOGAN | 16449 NELSON PARK DR APT# 105 CLERMONT FL 34714 |
| KEVIN THOMAS | 2920 LAUREN OAKS DRIVE RALEIGH NC 27616 |
| KIM M. YATES | 207 TOMATO HILL ROAD LEESBURG FL 34748 |
| KIM NGUYEN | 684 GRAND FIR AVE APT #2 SUNNYVALE CA 94086 |
| KIMBERLY PULLIAM | P.O. BOX 317 CREEDMOOR NC 27522 |
| KRISTI MOORE | 7231 TANGLEGLEN DR DALLAS TX 75248 |
| KRISTIE PULLIAM | P.O. BOX 317 CREEDMOOR NC 27522 |
| KRYSTIE REICHERT | 220 BEACON FALLS CT. CARY NC 27519 |
| L KATHERINE BRANTLEY | 3703 HIGHGATE DRIVE APT 3 DURHAM NC 27713 |
| LAURA LOCKHART | 1600 LIATRIS LANE RALEIGH NC 27613 |

| Claim Name | Address Information |
|---|---|
| LAURA REICHERT | 220 BEACON FALLS CT. CARY NC 27519 |
| LAUREN LI | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LAUREN RAY | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| LAURIE ADAMS | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| LEAH MCCAFFREY | 7139 DEBBE DR DALLAS TX 75252 |
| LEOLIA STRICKLAND | 101 LANSING DR BENSON NC 27504 |
| LEONA PURDUM | 2532 N. 4TH STREET #254 FLAGSTAFF AZ 86004 |
| LEWIS LOCKHART | 1600 LIATRIS LANE RALEIGH NC 27613 |
| LILLIE DAVIS | 15 SKYLARK COURT NEW BRITIAN CT 06053 |
| LISA PURVIS | 100 FIELDSPRING LANE RALEIGH NC 27606 |
| LISA STONE | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| LOIS UPHOLD | 201 CAMDEN PARK DR GOLDSBORO NC 27530 |
| LONNIE BUTNER | 514 SHASTEEN BEND WINCHESTER TN 37398 |
| LORRAINE LANGAN | 16 COACH DR DRACUT MA 01826 |
| LOTTIE CHAMBERS | 2716 DALFORD CT. RALEIGH NC 27604 |
| LOU ANN LOWE | 3516 ARROWWOOD DR RALEIGH NC 27604-2562 |
| LYNETTE KAY SEYMOUR | 11671 RIVENDELL LANE AUSTIN TX 78737 |
| MADAN KHATRI | 760 EASTON LANE ELK GROVE VILLAGE IL 60007 |
| MANUEL SEGURA | 215 SHERIDAN STREET APT. #B-43 PERTH AMBOY NJ 08861 |
| MARILYN DAY | 2020 FOX GLEN DR. ALLEN TX 75013 |
| MARILYN DAY | 22 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW RD. ASHLAND CITY TN 37015 |
| MARILYN GREEN | 116 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARK STRATTON | 3617 LOFTWOOD LANE WAKE FOREST NC 27587 |
| MARY ELLEN PERRY | 1019 S. MAIN STREET FUQUAY VARINA NC 27526 |
| MARY FARRENKOPF | 1011 BUCKEYE LANE VILLA RICA GA 30180 |
| MARY HOLBROOK | 1181 GREY FOX CT. FOLSOM CA 95630 |
| MARY JOHNSON | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| MARY RAY | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| MATTHEW STONE | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| MAX COOK | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| MAYTE ARENCIBIA | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| MELINDA BAKER | 6516 BROWNLEE DRIVE NASHVILLE TN 37205 |
| MELISSA JASON | 809 WHITTINGTON TERRACE SILVER SPRINGS MD 20901 |
| MICHAEL ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MICHAEL D. REXROAD | 5244 LINWICK DRIVE FUQUAY VARINA NC 27526 |
| MICHAEL MAZIARZ | 7 EARLE DRIVE LEE NH 03861-6234 |
| MICHAEL MCWALTERS | P.O. BOX 338 ALVISO CA 95002 |
| MICHAEL R. THOMPSON | OLD 564 CANDIA ROAD CANDIA NH 03034 |
| MICHAEL REXROAD | 5244 LINWICK DRIVE FUQUAY VARINA NC 27526 |
| MICHAEL S. MCWALTERS | PO BOX 338 ALVISO CA 95002 |
| MICHAEL STUTTS | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| MICHELLE COOK | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| MIRIAM STEWART | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| MITCHELL LI | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| NAJAM U. DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NANCY WILSON | 7101 CHASE OAKS BLVD #1637 PLANO TX 75025 |

| Claim Name | Address Information |
|---|---|
| NANETTE FAISON | 981 KITTRELL ROAD KITTRELL NC 27544 |
| NATHANIEL PERKINSON | 104 NATHANIEL CT CARY NC 27511 |
| NICOLE SALLESE | 95 KENWOOD ROAD METHUEN MA 01844 |
| NORMA DEKEL | 12 HEINE SQ. HAIFA 34485 ISRAEL |
| OLIVE STEPP | 470 FAIRVIEW RD ASHEVILLE NC 28803 |
| OLIVIA LIGHTFOOT | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| PAMELA BROWN | 17211 FRONT BEACH ROAD PANAMA CITY BEACH FL 32413 |
| PAMELA BROWN | 17550 SUNTIME STREET PANAMA CITY BEACH FL 32413-2022 |
| PAMELA POWELL | 676 BROOKVIEW DRIVE CHAPEL HILL NC 27514 |
| PATRICK MERWIN | 206 AMBERGLOW PLACE CARY NC 27513 |
| PAUL D. WOLFE | 113 RED DRUM LN GLOUCESTER NC 28528 |
| PAUL E. MORRISON | 2241 COLLEGE AVENUE QUINCY IL 62301 |
| PAUL MORRISON | 2241 COLLEGE AVE QUINCY IL 62301 |
| PAULA HART | 5601 FARMRIDGE RD RALEIGH NC 27617 |
| PETER COHEN | 33 WELLINGTON ROAD MATINECOCK NY 11560 |
| PETER LAWRENCE | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| PRESTON HARDY | 10935 PARKER VISTA PL. PARKER CO 80138 |
| RALPH MACIVER | 116 HONEYCOMB LANE MORRISVILLE NC 27560 |
| RANDOLPH MITCHELL | 1617 WENDY LN EFLAND NC 27243 |
| RAYMOND PAMPERIN JR | 10308 HIGHWAY 9 MOUNTAIN VIEW AR 72560 |
| REED MOORE | 7231 TANGLEGLEN DR DALLAS TX 75248 |
| REID MULLETT | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| REMAJOS BROWN | 2353 SWORD DR. GARLAND TX 75044-6036 |
| RICARDO ARENCIBIA | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| RICHARD B. HODGES | 913 WINDMERE LANE WAKE FOREST NC 27587 |
| RICHARD ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| RICHARD HODGES | 4707 PEACH TREE LANE SACHSE TX 75048 |
| RICHARD LI | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| ROBERT BARIAHTARIS | 3000 EAST SUNRISE BLVD UNTI 12-E FT LAUDERDALE FL 33304 |
| ROBERT DOVER | 2509 QUAIL RIDGE RD MELISSA TX 75454 |
| ROBERT MARTEL | 200 LIGHTHOUSE LANE APT B3 CEDAR POINT NC 28584 |
| ROBERT STANULIS | 2312 WARRINGTON AVE. FLOWER MOUND TX 75028 |
| RODRIGUEZ MCLAURIN | 2607 DEARBORN DR DURHAM NC 27704 |
| ROGER CARLSEN | 462 E CALLE DE OCASO SAHUARITA AZ 85629 |
| ROGER G. CARLSEN | 390 E. PASEO CELESTIAL SAHUARITA AZ 85629 |
| ROGER GLEN CARLSEN | 462 E. CALLE DE OCASO SAHUARITA AZ 85629 |
| RONALD ELIAS | 8300 NW 10TH #156 OKLAHOMA CITY OK 73127 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| RUSSELL L. MCCALLUM | 103 CEDARPOST DRIVE CARY NC 27513 |
| RUSSELL SOOTS | 5220 KNIGHTSBRIDGE WAY RALEIGH NC 27604 |
| RYAN STRATTON | 3617 LOFTWOOD LANE WAKE FOREST NC 27587 |
| SANDRA AIKEN | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| SARAH RAY | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| SCOTT GENNETT | 16 WILDWOOD STREET LAKE GROVE NY 11755 |
| SCOTT HOWARD | 2050 CABIAO ROAD PLACERVILLE CA 95667 |
| SCOTT S. GENNETT | 16 WILDWOOD STREET LAKE GROVE NY 11755 |
| SEAN LI | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| SETH COOK | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| SHARON CREASY | 2001 SMITH DRIVE CLAYTON NC 27520 |

| Claim Name | Address Information |
|---|---|
| SHIRLEY BLOOM | 151 E. 31 ST. #22E NEW YORK NY 10016 |
| STACEY JASON | 809 WHITTINGTON TERRACE SILVER SPRINGS MD 20901 |
| STANLEY KOPEC | 21 WEST ST PEPPERELL MA 01463 |
| STEVEN ADDISON | P.O. BOX 164275 FORT WORTH TX 76161 |
| STEVEN BENNETT | 37052 CHESTNUT ST NEWARK CA 94560 |
| STEVEN E. BENNETT | 3752 CHESTNUT STREET NEWARK CA 94560 |
| STEVEN SALLESE JR | 95 KENWOOD ROAD METHUEN MA 01844 |
| SUE WIDENER | 260 N. TOMAHAWK ISLAND DR PORTLAND OR 97217 |
| SUSAN CUMMINS | 607 ARKLAND PLACE NASHVILLE TN 37215 |
| SUSAN PAPERNO | 1632 JULIUS BRIDGE RD BALL GROUND GA 30107 |
| SUSAN WIDENER | 260 N TOMAHAWK ISLAND DR PORTLAND OR 97217 |
| SUZANNE LI | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| TERESA STANULIS | 2312 WARRINGTON AVE. FLOWER MOUND TX 75028 |
| TERRY MASSENGILL | 126 KERI DR. GARNER NC 27529 |
| TERRY MASSENGILL | 126 KERRI DRIVE GARNER NC 27529 |
| TERRY PERKINSON | 104 NATHANIEL CT CARY NC 27511 |
| THELMA WATSON | PO BOX 971 BATH SC 29816 |
| THOMAS DIKENS | 2612 BENGAL LANE PLANO TX 75023 |
| THOMAS LANGAN | 16 COACH DR DRACUT MA 01826 |
| THOMAS MAZIARZ | 7 EARLE DRIVE LEE NH 03861-6234 |
| THUY LIGHTFOOT | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| TIMOTHY BERNSTEIN | 10800 TENBROOK DRIVE SILVER SPRING MD 20901 |
| TIMOTHY LIGHTFOOT | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| TINA WELLS | 26675 WESTBROOK CT SUN CITY CA 92586 |
| TODD WELLS | 26675 WESTBROOK CT SUN CITY CA 92586 |
| TOMMY HENSON | 250 OLD MILL LANE DALLAS TX 75217 |
| TRAVIS RUNYAN | 182 ARKOTA SHORES HOT SPRINGS AZ 71913 |
| VADA WILSON | 101 TENY'S LANE ROUGEMONT NC 27572 |
| VERNON LONG | 4929 KELSO LANE GARLAND TX 75043 |
| VICTORIA ANSTEAD | 3894 RIDGE LEA RD APT A AMHERST NY 14228 |
| VIRGINIA DAVIS | 61 ALTA VISTA WAY DALY CITY CA 94014 |
| WAYNE SCHMIDT | 5346 S. MOHAVE SAGE DRIVE GOLD CANYON AZ 85118 |
| WENDY BOSWELL MANN | 2114 CLARET LANE MORRISVILLE NC 27560 |
| WENDY MANN | 2114 CLARET LANE MORRISVILLE NC 27560 |
| WILLIAM & MARILYN GREEN | 116 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| WILLIAM A. REED | 7810 HEATON DRIVE THEODORE AL 36582-2362 |
| WILLIAM E. JOHNSON | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| WILLIAM JOHNSON | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| WILLIAM STONE | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| WILLIAM WALTON | 10210 ARROW CREEK DR. APT. 10 RALEIGH NC 27617 |
| ZACHARY COOK | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| ZACHARY STONE | 1810 LAKE TAWAKONI ALLEN TX 75002 |

**Total Creditor count  286**

# EXHIBIT B

FILED UNDER SEAL