# EXHIBIT A



# McCARTER & ENGLISH
## ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment  Instructions
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

February 14, 2013
Invoice 7834985

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---|
| **TOTAL FEES**.................................................................. | $113,651.50 |
| **TOTAL DISBURSEMENTS**........................................................ | 849.50 |
| **TOTAL DUE THIS INVOICE** ..................................................... | $114,501.00 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $63,670.85 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $178,171.85 |

Please include this page with your remittance. Thank you.



# McCARTER & ENGLISH
### ATTORNEYS AT LAW

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Page 1
February 14, 2013
Invoice 7834985

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---|
| **TOTAL FEES**............................................................................. | $113,651.50 |
| **TOTAL DISBURSEMENTS**......................................................... | 849.50 |
| **TOTAL DUE THIS INVOICE** ...................................................... | $114,501.00 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $63,670.85 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $178,171.85 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

Professional Services Recorded Through 01/31/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/02/13 | CONSIDERATION OF LEGAL ISSUES AND COMMENCE PREPARATION OF A CHECKLIST REGARDING PLAN GOVERNANCE ISSUES WITH RESPECT TO THE VEBA. | 00952/MAD | 1.00 |
| 01/02/13 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER FORWARDING THE 1114 MOTION AND THE DECLARATION AND COMMENCE REVIEW OF THE SAME. | 00952/MAD | 0.50 |
| 01/02/13 | REVIEW OF IRS PRONOUNCEMENTS REGARDING PRIVATE LETTER RULING REQUEST AS IT RELATES THE VEBA. | 00952/MAD | 0.30 |
| 01/02/13 | REVIEW IRS RULING REQUEST PROCEDURES RE: VEBA/LLC SETTLEMENT STRUCTURE, EMAIL MARK DANIELE REGARDING SAME. | 05237/AFK | 0.20 |
| 01/02/13 | EXAMINE AND ANALYZE THE MOTION FOR RETIREE SETTLEMENT (WITH EXHIBITS) (175 PAGES) AND THE DECLARATION OF MR RAY (WITH EXHIBITS) (200 PAGES) AS THEY RELATE TO THE PROPOSED SETTLEMENT OF RETIREE CLAIMS AND PROCESSES GOING FORWARD. | 02718/WFT | 1.50 |
| 01/02/13 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (3 WEEKS WORTH) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.30 |
| 01/02/13 | EXAMINE AND ANALYZE SETTLEMENT MATERIALS RE RETIREE BENEFITS. | 03706/KRB | 0.80 |
| 01/03/13 | REVIEW OF EMAIL COMMUNICATION FROM RON WINTERS REGARDING THE AETNA PROPOSAL AND CHANGES RELATED TO THE SAME; CONSIDERATION OF LEGAL ISSUES RELATED TO THE SAME. | 00952/MAD | 0.30 |
| 01/03/13 | REVIEW OF EMAIL COMMUNICATION FROM DOUG GREER REGARDING ISSUES RELATED TO THE PROPOSED SETTLEMENT AND WHETHER | 00952/MAD | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001      NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | NEW INSURANCE WOULD APPLY TO THOSE RETIREES UNDER AGE 65 WHO ARE NOT ELIGIBLE FOR MEDICARE AND WOULD BE REINSTATED IF THEY GAVE UP THEIR COVERAGE. | | |
| 01/03/13 | CONFERENCE CALL REGARDING DISCUSSIONS RELATED TO THE VEBA AND THE IMPLEMENTATION ACTION ITEMS. | 00952/MAD | 1.20 |
| 01/03/13 | REVIEW OF EMAIL COMMUNICATION FROM RON WINTERS REGARDING VEBA SERVICE PROVIDED ISSUES. | 00952/MAD | 0.30 |
| 01/03/13 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY REGARDING INQUIRY FROM RETIREE WHO IS CURRENTLY ENROLLED IN THE MEDICARE PLAN WHOSE WIFE DECLINED COVERAGE AND THE IMPLICATIONS FOR THE SETTLEMENT; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.80 |
| 01/03/13 | REVIEW OF EMAIL COMMUNICATION FROM DOUG GREER OF A&M REGARDING A MODIFICATION OF THE ACTION ITEM LIST FOR THE VENDOR SELECTION PROCESS AND THE VEBA OPERATING AGREEMENT AND CONSIDERATION OF LEGAL WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 01/03/13 | FOLLOW UP W/ J. ALEXANDER AND TEAM RE: INQUIRES FROM RETIREES RE: SETTLEMENT. | 04841/NMI | 0.50 |
| 01/03/13 | CALL WITH LEAD COUNSEL TO DISCUSS HANDLING THE ISSUES OF THE ASSIGNMENT OF DA VINCI AGREEMENT WITH THE UST. | 02718/WFT | 0.30 |
| 01/03/13 | EXAMINE AND ANALYZE 20 PAGES OF EMAIL TRAFFIC ON ASSIGNMENT OF DA VINCI AGREEMENT AND DOCUMENTATION OF SAME. | 02718/WFT | 0.20 |
| 01/03/13 | RECEIPT OF FORWARDED EMAIL REGARDING RETIREE QUESTIONS (.1); INTERNAL EMAILS AND DISCUSSIONS CONCERNING RETIREE QUESTIONS ABOUT SETTLEMENT (.7). | 02323/JMA | 0.80 |
| 01/03/13 | CONFERENCE CALL REGARDING VEBA ACTION ITEMS. | 03651/KAB | 1.20 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/03/13 | COMMUNICATIONS WITH COUNSEL REGARDING STATUS OF CASE FOR RELAY TO RETIREE. | 04575/B-C | 0.10 |
| 01/04/13 | MEETING WITH J. ALEXANDER AND N. INSUA RE: RETIREES. | 01584/LAC | 0.30 |
| 01/04/13 | CONSIDERATION OF LEGAL ISSUES REGARDING QUESTIONS RAISED BY RETIREE'S UPON REVIEW OF THE MOTION PAPERS; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.80 |
| 01/04/13 | CORRESPOND WITH DEBTORS COUNSEL RE HANDLING THE DA VINCI ISSUES. | 02718/WFT | 0.20 |
| 01/04/13 | CORRESPOND WITH LEAD COUNSEL ON THE TASK OF UPDATING THE UST ON THE DA VINCI ISSUES. | 02718/WFT | 0.30 |
| 01/04/13 | EXAMINE AND ANALYZE 13TH APPLICATION OF TS&S AND REVISE SAME TO REFLECT CURRENT SERVICE LIST AND OTHER CHANGES AND APPROVE FOR FILING. | 02718/WFT | 0.30 |
| 01/04/13 | REVIEW OF EMAIL FROM COUNSEL FOR THE COMMITTEE REGARDING ABILITY OF RETIREES TO "GAME" THE SETTLEMENT BY VOLUNTARILY DISCONTINUING COVERAGE UNDER ANOTHER HEALTH PLAN AND RE-ENROLLING IN THE NORTEL RETIREE WELFARE PLAN. | 02298/JSK | 0.20 |
| 01/04/13 | MEETING AND DISCUSSING WITH COLLEAGUES PROTOCOL FOR RETIREE QUESTIONS CONCERNING SETTLEMENT; CONSIDERING SAME AND CONSULTING PRIOR PROTOCOL. | 02323/JMA | 0.50 |
| 01/04/13 | DRAFTING CHART OF VEBA PLAN DESIGN ISSUES, AND LEGAL RESEARCH REGARDING THE SAME. | 03651/KAB | 7.20 |
| 01/04/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING THIRTEENTH MONTHLY FEE APPLICATION OF TSS; PREPARE SERVICE OF SAME; | 04990/JFS | 0.50 |
| 01/05/13 | CONTINUED PREPARATION OF THE VEBA IMPLEMENTATION SCHEDULE AND PLANNED | 00952/MAD | 1.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | GOVERNANCE ISSUES FOR THE TRUST. | | |
| 01/06/13 | REVIEW OF THE FILE IN CONNECTION WITH DETERMINING THE APPLICABLE RETIREE WELFARE PLAN PROVISIONS GOVERNING THE ABILITY OF RETIREES TO RE-ENROLL AND TO PARTICIPATE IN THE RETIREE MEDICAL PLAN. | 02298/JSK | 1.10 |
| 01/06/13 | PREPARATION OF EMAIL RESPONSE TO COUNSEL FOR THE COMMITTEE REGARDING THE ABILITY OF A RETIREE TO RE-ENROLL IN THE NORTEL RETIREE WELFARE PLAN IN ORDER TO SHARE IN A PORTION OF THE SETTLEMENT AWARD. | 02298/JSK | 0.20 |
| 01/06/13 | EVALUATING THE RIGHTS OF VARIOUS GROUPS OF RETIREES TO RE-ENROLL IN THE RETIREE WELFARE PLAN IN ORDER TO SHARE IN THE SETTLEMENT AWARD INCLUDING CONSIDERATION AS TO THE PROVISIONS IN THE NORTEL RETIREE WELFARE PLAN DOCUMENT GOVERNING ELIGIBILITY AND PARTICIPATION (INCLUDING THE AMENDMENT ADOPTED IN DECEMBER 2003). | 02298/JSK | 1.50 |
| 01/07/13 | REVIEWING AND DRAFTING CORRESPONDENCE. | 01584/LAC | 1.00 |
| 01/07/13 | CONSIDERING ISSUES RE: SAME. | 01584/LAC | 0.30 |
| 01/07/13 | REVIEW OF THE SUMMARY PLAN DESCRIPTION REGARDING GRANDFATHER PARTICIPANTS FOR RETIREE MEDICAL IN RESPONSE TO INQUIRIES BY RETIREES IN THE EMAIL COMMUNICATION TO STEPHANIE SKELLY REGARDING THE SAME. | 00952/MAD | 0.70 |
| 01/07/13 | CONFERENCE CALL WITH THE PROFESSIONALS DISCUSSING VEBA IMPLEMENTATION AND THE PRE ENROLLMENT ELECTION FORMS AND OTHER RELATED ISSUES IN CONNECTION WITH THE SETTLEMENT PROCESS. | 00952/MAD | 1.00 |
| 01/07/13 | CONTINUED PREPARATION OF THE VEBA BENEFIT PLAN IMPLEMENTATION SCHEDULE; CONFERRING WITH RESPECT TO VARIOUS ADMINISTRATIVE ISSUES RELATED TO THE VEBA AND THE ESTABLISHMENT OF THE SAME. | 00952/MAD | 2.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
| --- | --- | --- | --- |
| 01/07/13 | REVIEW INQUIRIES FROM RETIREES; EXCHANGE EMAILS W/ TEAM RE: SAME. | 04841/NMI | 0.50 |
| 01/07/13 | EXAMINE AND ANALYZE THE LENGTHY AND DETAILED DECLARATION OF MR REARDON OF TOWERS WATSON RE CONFLICT ISSUES THAT I HAVE BEEN ASKED TO BRING TO THE ATTENTION OF THE UST'S OFFICE. | 02718/WFT | 0.50 |
| 01/07/13 | EXAMINE AND ANALYZE THE LENGTHY AND DETAILED DECLARATION OF MR BODNAR OF TOWERS WATSON RE CONFLICT ISSUES THAT I HAVE BEEN ASKED TO BRING TO THE ATTENTION OF THE UST'S OFFICE. | 02718/WFT | 0.50 |
| 01/07/13 | OFFICE CONSIDERATION OF NORTEL RETIREE WELFARE PLAN AMENDMENT RESTRICTING ELIGIBILITY TO ENROLL IN THE RETIREE MEDICAL PLAN. | 02298/JSK | 0.20 |
| 01/07/13 | DRAFTING EMAIL TO ATTORNEY CALL TEAM CONCERTING STATUS OF SETTLEMENT AND PROCEDURE IF CONTACTED BY RETIREES WITH QUESTIONS CONCERNING SETTLEMENT (.5); EMAILS FROM TEAM MEMBERS REGARDING SUCH CONTACT BY RETIREES (.2); CHECKING OFFICIAL WEBSITE AND REVIEWING DOCUMENTS CONCERNING SETTLEMENT (.5); REVISING EMAIL PER PARTNER COMMENTS AND WEBSITE (.2); EMAIL FROM CO-COUNSEL (.1). | 02323/JMA | 1.50 |
| 01/07/13 | CONFERENCE CALL REGARDING VEBA IMPLEMENTATION. | 03651/KAB | 1.00 |
| 01/07/13 | OFFICE CONFERENCE REGARDING VEBA/BENEFIT PLAN IMPLEMENTATION AND REVISING DRAFT OF IMPLEMENTATION CHECKLIST. | 03651/KAB | 3.00 |
| 01/07/13 | FURTHER CONSIDERATIONS WITH RESPECT TO VEBA IMPLEMENTATION AND OFFICE CONFERENCE REGARDING THE SAME. | 03651/KAB | 1.00 |
| 01/07/13 | EXAMINE AND ANALYZE DECLARATIONS OF REARDON AND BODNAR RE TOWERS CONFLICT ISSUES. | 03706/KRB | 0.60 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/07/13 | P/C WITH NORTEL RETIREE ID NO. 200137 REGARDING STATUS UPDATE. | 04575/B-C | 0.10 |
| 01/08/13 | OFFICE CONFERENCE REGARDING IMPLEMENTATION OF THE VEBA AND THE PRIVATE RULING REQUEST ISSUES. | 00952/MAD | 0.20 |
| 01/08/13 | CONSIDERATION OF LEGAL ISSUES REGARDING GOVERNANCE MATTERS WITH RESPECT TO THE IMPLEMENTATION OF THE VEBA. | 00952/MAD | 0.50 |
| 01/08/13 | REVIEW OF MATERIALS IN PREPARATION FOR THE RETIREE COMMITTEE CALL. | 00952/MAD | 0.50 |
| 01/08/13 | CONSIDERATION OF LEGAL ISSUES REGARDING THE INDIVIDUAL CLAIM FORMS AND THE REVISIONS THERETO. | 00952/MAD | 0.30 |
| 01/08/13 | REVIEW OF EMAIL COMMUNICATION FROM DOUG GREER REGARDING COMMENTS RELATED TO THE RE ENROLLMENT PROCESS FOR RETIREES; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 01/08/13 | OFFICE DISCUSSION WITH MARK DANIELE REGARDING FORMATION OF VEBA TRUST, IRS RULING REQUEST REGARDING SAME. | 05237/AFK | 0.20 |
| 01/08/13 | CORRESPOND WITH COUNSEL FOR THE UCC RE PROPOSED DECLARATIONS DEALING WITH THE DA VINCI ISSUES AND TAKING MATTER UP WITH THE UST. | 02718/WFT | 0.20 |
| 01/08/13 | CORRESPONDENCE FROM LTD COUNSEL TO ALL INTERESTED PARTIES RE PROPOSED DECLARATIONS DEALING WITH THE DA VINCI ISSUES. | 02718/WFT | 0.30 |
| 01/08/13 | CORRESPONDENCE FORM LEAD COUNSEL TO ALL INTERESTED PARTIES RE PROPOSED DECLARATIONS DEALING WITH THE DA VINCI ISSUES. | 02718/WFT | 0.30 |
| 01/08/13 | CORRESPOND WITH LEAD COUNSEL PROPOSED DECLARATIONS DEALING WITH THE DA VINCI ISSUES AND TAKING MATTER UP WITH THE UST. | 02718/WFT | 0.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/08/13 | CORRESPONDENCE FROM A&M TO ALL INTERESTED PARTIES RE PROPOSED DECLARATIONS DEALING WITH THE DA VINCI ISSUES. | 02718/WFT | 0.30 |
| 01/08/13 | RECEIPT AND REVIEW OF EMAIL FROM RETIREE WITH QUESTIONS ON SETTLEMENT; CONSIDERING RESPONSE TO SAME. | 02323/JMA | 0.20 |
| 01/08/13 | LEGAL RESEARCH REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT AND GOVERNANCE ISSUES. | 03651/KAB | 2.50 |
| 01/08/13 | EXAMINE AND ANALYZE RECENT ELECTRONIC FILINGS FOR IMPACT ON POTENTIAL RETIREE CLAIMS/SETTLEMENT. | 03706/KRB | 0.30 |
| 01/08/13 | CONFERRING WITH M&E ATTORNEYS REGARDING STATUS OF CASE AND RETIREE INQUIRIES (0.2); BRIEF REVIEW OF SETTLEMENT DOCUMENTS (0.3); CONSIDERATION OF ISSUES REGARDING RESPONDING TO RETIREE INQUIRIES (0.2). | 04585/BDK | 0.70 |
| 01/08/13 | RESEARCH ON PACER TO OBTAIN THE VEBA MOTION ,SETTLEMENT AND VEBA TRUST AGREEMENT REGARDING THE HAYES LEMMERZ INTERNATIONAL, INC. BANKRUPTCY. | 00216/JJG | 0.30 |
| 01/09/13 | REVIEWING AND DRAFTING CORRESPONDENCE RE: RETIREE INQUIRIES. | 01584/LAC | 0.50 |
| 01/09/13 | TELEPHONE CONFERENCE WITH THE PROFESSIONALS REGARDING ISSUES RELATED TO THE JANUARY 31 CUTOFF DATE FOR CERTAIN GRANDFATHER EMPLOYEES PARTICIPATING IN THE PLAN (.50); FURTHER REVIEW OF THE DOCUMENTATION AND THE AMENDMENT TO THE RETIREE MEDICAL PLAN WITH RESPECT TO THE SAME. (.50) | 00952/MAD | 1.00 |
| 01/09/13 | FURTHER REVIEW OF THE VEBA BENEFIT PLAN IMPLEMENTATION PROGRAM AND ACTION LIST. | 00952/MAD | 1.00 |
| 01/09/13 | REVIEW OF THE EMAIL COMMUNICATION REGARDING THE FORM OF LETTER FROM NORTEL TO RETIREES REGARDING THE LIFE INSURANCE CONVERSION RIGHT AND | 00952/MAD | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME AND CONFERRING WITH STEPHANIE SKELLY REGARDING THE SAME. | | |
| 01/09/13 | ATTENTION TO ISSUES RELATED TO THE PREPARATION OF THE PRIVATE LETTER RULING REGARDING THE SETTLEMENT IMPLEMENTATION. | 00952/MAD | 0.50 |
| 01/09/13 | CONFERRING WITH RESPECT TO ISSUES RELATED TO THE FORM OF SUMMARY OF ELIGIBLE EXPENSES FOR THE HRA. | 00952/MAD | 0.50 |
| 01/09/13 | CONFERENCE CALL WITH RETIREE COMMITTEE REGARDING THE VEBA. | 00952/MAD | 1.00 |
| 01/09/13 | REVIEW OF FORM OF HRA PLAN IN RESPONSE TO INQUIRIES BY COMMITTEE MEMBERS. | 00952/MAD | 0.50 |
| 01/09/13 | EXCHANGE AND REVIEW EMAILS RE: RESPONSE TO RETIREE ABOUT SETTLEMENT QUESTIONS. | 04841/NMI | 0.30 |
| 01/09/13 | DRAFTING RESPONSE TO RETIREE INQUIRY INQUIRING WITH RESPECT TO SETTLEMENT. | 02323/JMA | 0.50 |
| 01/09/13 | CONFERENCE CALL WITH RETIREE COMMITTEE REGARDING VEBA IMPLEMENTATION. | 03651/KAB | 1.00 |
| 01/09/13 | OFFICE CONFERENCE REGARDING VEBA IMPLEMENTATION. | 03651/KAB | 0.50 |
| 01/09/13 | PREPARING LIST OF ELIGIBLE EXPENSES, AND CONSIDERATIONS WITH RESPECT TO SETTLEMENT AGREEMENT IMPLEMENTATION AND COMPENSATING VEBA COMMITTEE MEMBERS. | 03651/KAB | 2.50 |
| 01/09/13 | EXAMINE AND ANALYZE RECENT FILINGS FOR IMPACT ON RETIREES. | 03706/KRB | 0.30 |
| 01/09/13 | CONDUCTING RESEARCH ON GUIDESTAR TO OBTAIN THE MOST RECENT IRS FORM 990S REGARDING NUMEROUS VEBAS. | 00216/JJG | 1.00 |
| 01/10/13 | ATTENTION TO ISSUES RELATED TO THE PRIVATE LETTER RULING REQUEST FOR VEBA AND THE FORM OF THE RULINGS REQUESTED. | 00952/MAD | 0.50 |

Page 10
Invoice 7834985

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/10/13 | REVIEW DRAFTS OF DOCUMENTS RELATING TO IRS RULING REQUEST. | 05237/AFK | 0.60 |
| 01/10/13 | OFFICE DISCUSSIONS WITH MARK DANIELE AND KEVIN BROWN REGARDING STATUS OF IRS RULING REQUEST TO ADDRESS VEBA/LLC SETTLEMENT STRUCTURE. | 05237/AFK | 0.30 |
| 01/10/13 | DISCUSSING WITH COLLEAGUES RETIREE QUESTIONS CONCERNING SETTLEMENT. | 02323/JMA | 0.20 |
| 01/10/13 | IMPLEMENTATION OF SETTLEMENT AGREEMENT. | 03651/KAB | 4.50 |
| 01/10/13 | LEGAL RESEARCH REGARDING VEBA ESTABLISHMENT AND IMPLEMENTATION OF SETTLEMENT AGREEMENT. | 03651/KAB | 2.70 |
| 01/10/13 | OFFICE CONFERENCE REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT. | 03651/KAB | 0.70 |
| 01/10/13 | REVIEW AND ANALYSIS OF SETTLEMENT DOCUMENTS IN PREPARATION FOR RESPONDING TO RETIREE INQUIRIES (0.4); PREPARING FOR AND SPEAKING WITH RETIREE NO. 188889 REGARDING STATUS OF SETTLEMENT AND RELATED ISSUES (0.5); PREPARING FOR AND CALLING RETIREE NO. 191226 (0.1); PREPARING FOR AND SPEAKING WITH RETIREE NO. 204736 REGARDING STATUS OF SETTLEMENT AND RELATED ISSUES (0.2). | 04585/BDK | 1.20 |
| 01/10/13 | CONFER WITH CO-COUNSEL REGARDING POSSIBLE FILING OF FEE APPLICATIONS; | 04990/JFS | 0.30 |
| 01/11/13 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MIZAK AND CONSIDERATION OF LEGAL ISSUES REGARDING THE TIMING OF THE HRA ADMINISTRATIVE INTERVIEWS AND THE ADOPTION OF THE TRUST HEARING. | 00952/MAD | 0.50 |
| 01/11/13 | CONSIDERATION OF ISSUES REGARDING THE FORM 1024 AND THE FORM OF THE VEBA AGREEMENT AND REVIEW OF THE SAME. | 00952/MAD | 0.80 |
| 01/11/13 | REVIEW OPEN ISSUES FOR RULING REQUEST ADDRESSING VEBA/LLC SETTLEMENT | 05237/AFK | 1.20 |

Page 11
Invoice 7834985

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | STRUCTURE; DISCUSSION WITH KEVIN BROWN REGARDING SAME. | | |
| 01/11/13 | IMPLEMENTATION OF SETTLEMENT AGREEMENT. | 03651/KAB | 4.40 |
| 01/11/13 | REVIEW OF CORRESPONDENCE (0.1); RETURN CALL TO RETIREE REGARDING SETTLEMENT (0.4); PREPARATION OF CORRESPONDENCE TO RETIREE REGARDING WEBSITE AND CO-COUNSEL CONTACT (0.2). | 02153/DAT | 0.70 |
| 01/12/13 | FURTHER CONSIDERATION OF LEGAL ISSUE RELATED TO THE VEBA IMPLEMENTATION; REVIEW OF IMPLEMENTATION STEPS. | 00952/MAD | 1.00 |
| 01/14/13 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE (2+ WEEKS) IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.90 |
| 01/14/13 | EXAMINE AND ANALYZE RECENT FILINGS FOR IMPACT/RELEVANCE TO RETIREES. | 03706/KRB | 0.70 |
| 01/15/13 | ATTENTION TO VARIOUS DETAILS IN CONNECTION WITH THE IMPLEMENTATION OF THE SETTLEMENT AGREEMENT INCLUDING TRANSFER FUNDS VEHICLE FOR THE RECEIPT OF SUCH FUNDS AND OTHER RELATED MATTERS. | 00952/MAD | 0.50 |
| 01/15/13 | COMMUNICATING WITH STEPHANIE SKELLY REGARDING INQUIRIES WITH RESPECT TO THE DEDUCTIBLE FOR REIMBURSABLE EXPENSES UNDER THE HRA. | 00952/MAD | 0.50 |
| 01/15/13 | TELEPHONE CONFERENCE WITH PROFESSIONALS REGARDING THE AETNA PROPOSAL TO PROVIDE GROUP INSURANCE AND DISCUSSING OTHER RELATED ISSUES. | 00952/MAD | 1.00 |
| 01/15/13 | REVIEW OPEN ISSUES FOR IRS RULING REQUEST AND EMAILS WITH MARK DANIELE AND KEVIN BROWN REGARDING SAME; REVIEW TAX-RELATED ASPECTS OF SETTLEMENT AGREEMENT; REVISE DRAFTS OF LLC DOCUMENTS. | 05237/AFK | 3.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/15/13 | MEETING WITH MARK DANIELE AND KEVIN BROWN REGARDING OPEN ISSUES FOR IRS RULING REQUEST ON VEBA/LLC SETTLEMENT STRUCTURE; FURTHER DISCUSSION WITH KEVIN BROWN REGARDING SAME. | 05237/AFK | 1.50 |
| 01/15/13 | CONTINUED CORRESPONDENCE TO ALL COUNSEL FROM RETIREES COUNSEL RE STATUS OF THE NEGOTIATIONS CONCERNING THE DECLARATIONS AND THE SUBCONTRACT ISSUES IN CASE. | 02718/WFT | 0.20 |
| 01/15/13 | CORRESPOND WITH COMMITTEE COUNSEL FOR RETIREES AND LTD RE STATUS OF EFFORTS TO DISCUSS DA VINCI ISSUES WITH UST. | 02718/WFT | 0.30 |
| 01/15/13 | CORRESPONDENCE AMONGST ALL COUNSEL TO THE COMMITTEES IN THIS CASE RE THE DECLARATIONS OF TOWER AND EFFECT ON HEARING NEXT WEEK. | 02718/WFT | 0.20 |
| 01/15/13 | CORRESPONDENCE TO ALL COUNSEL FROM TOWERWATSON RE STATUS OF THE NEGOTIATIONS CONCERNING THE DECLARATIONS AND THE SUBCONTRACT ISSUES IN CASE. | 02718/WFT | 0.30 |
| 01/15/13 | CORRESPONDENCE TO ALL COUNSEL FROM A&M FOLLOWING UP ON THE TOWERWATSON RE STATUS OF THE NEGOTIATIONS CONCERNING THE DECLARATIONS AND THE SUBCONTRACT ISSUES IN CASE. | 02718/WFT | 0.30 |
| 01/15/13 | CORRESPOND WITH TS&S REGARDING FOLLOW UP ON THE HEARING NEXT WEEK ON SETTLEMENT. | 02718/WFT | 0.20 |
| 01/15/13 | CORRESPONDENCE TO ALL COUNSEL FROM LTD COUNSEL RE TOWERSWATSON STATUS CONCERNING THE DECLARATIONS AND THE SUBCONTRACT ISSUES IN CASE. | 02718/WFT | 0.30 |
| 01/15/13 | CORRESPOND WITH TS&S FOLLOWING UP ON THE CORRESPONDENCE FROM LTD COUNSEL RE TOWERSWATSON STATUS CONCERNING THE DECLARATIONS AND THE SUBCONTRACT ISSUES IN CASE. | 02718/WFT | 0.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/15/13 | CALL WITH TS&S TO DISCUSS DECLARATIONS AND HEARING NEXT WEEK ON SETTLEMENT. | 02718/WFT | 0.30 |
| 01/15/13 | CORRESPOND WITH LEAD COUNSEL TO RETIREES RE STATUS OF THE NEGOTIATIONS CONCERNING THE DECLARATIONS AND THE SUBCONTRACT ISSUES IN CASE. | 02718/WFT | 0.20 |
| 01/15/13 | CONTINUED CORRESPONDENCE TO ALL COUNSEL FROM TOWERSWATSON RE STATUS OF THE NEGOTIATIONS CONCERNING THE DECLARATIONS AND THE SUBCONTRACT ISSUES IN CASE. | 02718/WFT | 0.20 |
| 01/15/13 | CORRESPONDENCE WITH TS&S RE DETAILS AND ARRANGEMENTS IN PREPARATION FOR SETTLEMENT HEARING NEXT WEEK. | 02718/WFT | 0.30 |
| 01/15/13 | REVIEW AND ANALYZE THE DECLARATIONS FOR THE DA VINCI ISSUES IN PREPARATION TO CALL (MADE) TO UST ON THE CASE. | 02718/WFT | 0.50 |
| 01/15/13 | EXAMINE AND ANALYZE PROPOSED CNO FOR M&E 15TH MONTHLY; DRAFT, REVISE AND FINALIZE SAME FOR FILING. | 02718/WFT | 0.30 |
| 01/15/13 | IMPLEMENTATION OF SETTLEMENT AGREEMENT. | 03651/KAB | 3.50 |
| 01/15/13 | CONFER WITH COUNSEL REGARDING PREPARATION OF JANUARY 2013 HEARING; | 04990/JFS | 0.40 |
| 01/15/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH'S FIFTEENTH MONTHLY FEE APPLICATION; | 04990/JFS | 0.40 |
| 01/15/13 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING TSS 14TH MONTHLY FEE APPLICATION; FORWARD TO CO-0COUNSEL FOR REVIEW; | 04990/JFS | 0.40 |
| 01/16/13 | LENGTHY CONFERENCE CALL WITH THE PROFESSIONALS AND TIM LEOB OF AETNA AND OTHER MEMBERS OF THE AETNA STAFF REGARDING THE TIMING OF THE APPROVAL OF THE SETTLEMENT AND THE OFFERING TO PARTICIPANTS OF THE AETNA GROUP HEALTH PLAN UNDER THE VEBA; REVIEW AND | 00952/MAD | 1.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | FOLLOWUP WITH GROUP HEALTH PLAN INFORMATION. | | |
| 01/16/13 | REVIEW OF THE VEBA RELATED DOCUMENTS AND REVISING THE SAME AND CONSIDERATION OF LEGAL ISSUES REGARDING THE GOVERNANCE ISSUES AND THE TRANSITION FROM THE RETIREE COMMITTEE TO THE VEBA COMMITTEE. | 00952/MAD | 1.00 |
| 01/16/13 | CONSIDERATION OF LEGAL ISSUES REGARDING THE TIME LINE FOR THE OPEN ENROLLMENT FOR THE GROUP HEALTH PLAN. | 00952/MAD | 0.50 |
| 01/16/13 | MEETING WITH KEVIN BROWN TO DISCUSS LEGAL ANALYSIS IN RULING REQUEST. | 05237/AFK | 1.00 |
| 01/16/13 | REVIEW/PROOFREAD PORTIONS OF RULING REQUEST, INCLUDING REVIEW OF IRS RULING GUIDELINES. | 05237/AFK | 1.20 |
| 01/16/13 | FOLLOW-UP WITH MARGARET MORIARTY REGARDING PREPARATION OF POWER OF ATTORNEY FOR IRS RULING REQUEST ON VEBA/LLC SETTLEMENT STRUCTURE. | 05237/AFK | 0.10 |
| 01/16/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM TOWERS WATSON AND REVISED DECLARATIONS ON THE DA VINCI ISSUE. | 02718/WFT | 0.20 |
| 01/16/13 | CORRESPOND WITH TS&S RE HEARING DETAILS AND PREPARATION FOR SAME FOR NEXT WEEK'S SETTLEMENT MOTION. | 02718/WFT | 0.30 |
| 01/16/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM A&M RESPONDING TO THE REVISED DECLARATIONS ON THE DA VINCI ISSUE. | 02718/WFT | 0.20 |
| 01/16/13 | WORK WITH M&E BILLING TO CLEAR UP A PROBLEM OF A NORTEL OVERPAYMENT TO M&E; CORRESPOND AND UPDATE DEBTORS ON THE ISSUE AND HOW TO ADDRESS SAME. | 02718/WFT | 0.60 |
| 01/16/13 | CORRESPONDENCE FROM RETIREES COMMITTEE TO ALL INTERESTED COUNSEL CONCERNING STATUS OF THE DA VINCI DECLARATIONS AND INSTRUCTIONS ON HOW TO FOLLOW UP THE MATTER. | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/16/13 | RESPOND TO ALL COUNSEL ON THE STATUS OF THE REVISED DECLARATIONS ON THE DA VINCI ISSUE AND CONTACTING THE UST. | 02718/WFT | 0.20 |
| 01/16/13 | CORRESPONDENCE FROM NORTEL RESPONDING TO THE PROBLEM OF A NORTEL OVERPAYMENT TO M&E AND HOW TO ADDRESS SAME. | 02718/WFT | 0.30 |
| 01/16/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM RETIREES COMMITTEE RESPONDING TO THE REVISED DECLARATIONS ON THE DA VINCI ISSUE. | 02718/WFT | 0.20 |
| 01/16/13 | CORRESPOND WITH TS&S RE HEARING NEXT WEEK ON SETTLEMENT AND PREPARATION FOR SAME. | 02718/WFT | 0.30 |
| 01/16/13 | CORRESPONDENCE FROM LTD COMMITTEE RESPONDING TO ALL INTERESTED COUNSEL CONCERNING STATUS OF THE DA VINCI DECLARATIONS AND INSTRUCTIONS ON HOW TO FOLLOW UP THE MATTER. | 02718/WFT | 0.30 |
| 01/16/13 | DRAFT REVISE UNDERLYING DOCUMENTATION NEEDED FOR NEXT M&E MONTHLY FEE APPLICATION AND CORRESPOND WITH VARIOUS COUNSEL RE ISSUES FOR SAME. | 02718/WFT | 1.30 |
| 01/16/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM TOWERS WATSON PROVIDING THE NOW REVISED AND FINALIZED PROPOSED DECLARATIONS ON THE DA VINCI ISSUE AND REVIEW THE DECLARATIONS THEMSELVES FOR CHANGES. | 02718/WFT | 0.80 |
| 01/16/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM LTD COMMITTEE TO THE VARIOUS COUNSEL CONCERNING EFFORTS TO UPDATE UST ON THE DA VINCI ISSUES. | 02718/WFT | 0.20 |
| 01/16/13 | CORRESPONDENCE FROM TOWERS WATSON RESPONDING TO THE RETIREES COMMITTEE AND ALL INTERESTED COUNSEL CONCERNING STATUS OF THE DA VINCI DECLARATIONS AND INSTRUCTIONS ON HOW TO FOLLOW UP THE MATTER. | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/16/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM LTD COMMITTEE RESPONDING TO THE REVISED DECLARATIONS ON THE DA VINCI ISSUE. | 02718/WFT | 0.20 |
| 01/16/13 | IMPLEMENTATION OF SETTLEMENT AGREEMENT (DRAFTING RULING REQUEST). | 03651/KAB | 4.00 |
| 01/16/13 | RETURN CALL TO RETIREE REGARDING SETTLEMENT INQUIRY (0.4); PREPARATION OF EMAIL TO RETIREE REGARDING WEBSITE AND NAME OF CO-COUNSEL (0.1). | 02153/DAT | 0.50 |
| 01/16/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING MCCARTER & ENGLISH'S FIFTEENTH MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 01/17/13 | ATTENTION TO IMPLEMENTATION OF THE SETTLEMENT AGREEMENT AS IT RELATES TO THE TRANSFER OF FUNDS AND THE ESTABLISHMENT OF THE HRAS. | 00952/MAD | 0.50 |
| 01/17/13 | CONTINUED VEBA IMPLEMENTATION PLAN OF ACTION IN PREPARATION FOR THE RETIREE COMMITTEE MEETING; REVIEW OF PRIOR VEBA TRANSACTIONS IN BANKRUPTCY; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO STATE LAW AND ERISA FIDUCIARY OBLIGATIONS OF THE TRUSTEES AND THE VEBA COMMITTEE; REVIEWING AND REVISING THE IMPLEMENTATION ACTION PLAN. | 00952/MAD | 3.50 |
| 01/17/13 | CONSIDERATION OF ISSUES WITH RESPECT TO THE INQUIRIES BY PARTICIPANTS REGARDING THE FORM OF NOTICES AND THE GROUP HELD PLAN AND THE HRA INQUIRIES. | 00952/MAD | 0.50 |
| 01/17/13 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (SEVERAL WEEKS) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 2.50 |
| 01/17/13 | IMPLEMENTATION OF SETTLEMENT AGREEMENT (DRAFTING RULING REQUEST). | 03651/KAB | 8.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/17/13 | EXAMINE AND ANALYZE RECENT FILINGS FOR IMPACT ON RETIREES. | 03706/KRB | 0.20 |
| 01/17/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING TSS 14TH MONTHLY FEE APPLICATION; FORWARD TO CO-0COUNSEL FOR REVIEW; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 01/18/13 | REVIEWING AND REVISING THE VEBA IMPLEMENTATION ACTION ITEM UPDATE; COMMUNICATING WITH STEPHANIE SKELLY OF TOGUT FORWARDING THE REVISED IMPLEMENTATION PLAN FOR INCLUSION IN THE UPCOMING RETIREE MEETING. | 00952/MAD | 2.00 |
| 01/18/13 | MEETING WITH K. BROWN REGARDING PREPARATION OF RULING REQUEST. | 05237/AFK | 1.00 |
| 01/18/13 | DRAFTING OF RULING REQUEST REGARDING VEBA/LLC SETTLEMENT STRUCTURE; REVIEW APPLICABLE IRS REVENUE PROCEDURES REGARDING RULING REQUEST. | 05237/AFK | 4.00 |
| 01/18/13 | CORRESPONDENCE FROM / TO ALL INTERESTED COUNSEL FROM COUNSEL TOWERS WATSON RESPONDING TO STATUS OF THE DA VINCI DECLARATIONS FOR FILING. | 02718/WFT | 0.30 |
| 01/18/13 | CORRESPONDENCE FROM / TO ALL INTERESTED COUNSEL FROM COUNSEL FOR LTD RESPONDING TO TOWERS WATSON RE STATUS OF THE DA VINCI DECLARATIONS FOR FILING. | 02718/WFT | 0.20 |
| 01/18/13 | CORRESPONDENCE FROM / TO ALL INTERESTED COUNSEL FROM COUNSEL FOR A&M RE STATUS OF THE DA VINCI DECLARATIONS FOR FILING. | 02718/WFT | 0.30 |
| 01/18/13 | CORRESPOND WITH DEBTORS AND WITH RETIREES COMMITTEE ON CHANGED DATE FOR HEARING ON SETTLEMENT MOTION. | 02718/WFT | 0.20 |
| 01/18/13 | CORRESPONDENCE FROM / TO ALL INTERESTED COUNSEL FROM COUNSEL A&M TO LTD RESPONDING TO STATUS OF THE DA VINCI DECLARATIONS FOR FILING. | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/18/13 | CORRESPONDENCE FROM / TO ALL INTERESTED COUNSEL FROM COUNSEL FOR TOWERS WATSON RE STATUS OF THE DA VINCI DECLARATIONS FOR FILING. | 02718/WFT | 0.20 |
| 01/18/13 | IMPLEMENTATION OF SETTLEMENT AGREEMENT (DRAFTING RULING REQUEST). | 03651/KAB | 2.50 |
| 01/18/13 | CONFER WITH COUNSEL AND DEBTORS COUNSEL REGARDING QUARTERLY FEE APPLICATION MARCH 2013 HEARING; | 04990/JFS | 0.40 |
| 01/21/13 | FOLLOW UP DISCUSSION ON ACTION ITEMS RELATED TO RETIREE COMMITTEE REQUESTS. | 00952/MAD | 0.50 |
| 01/21/13 | CONFERRING WITH NEIL BERGER REGARDING IN PERSON PRESENTATION TO RETIREES AND THE PREPARATION OF QUESTIONS AND ANSWERS AND COMMENCE PREPARATION OF SAME. | 00952/MAD | 0.50 |
| 01/21/13 | PARTICIPATING IN RETIREE COMMITTEE MEETING. | 00952/MAD | 1.30 |
| 01/21/13 | REVIEW OF VEBA TRUST AND CONFERRING WITH RESPECT TO PROPOSED REVISIONS TO TRUST TO INCORPORATE RETIREE COMMITTEE DISCUSSIONS. | 00952/MAD | 0.80 |
| 01/21/13 | DISCUSSION REGARDING SETTLEMENT IMPLEMENTATION AND PLR REQUEST RESULTING FROM LLC STRUCTURE REQUESTED BY DEBTORS. | 00952/MAD | 0.50 |
| 01/21/13 | REVIEW OF IMPLEMENTATION DOCUMENTS AND PREPARING FOR RETIREE COMMITTEE MEETING. | 00952/MAD | 0.80 |
| 01/21/13 | REVIEW OPEN ISSUES REGARDING IRS RULING REQUEST IN CONNECTION WITH LLC/VEBA SETTLEMENT STRUCTURE. | 05237/AFK | 0.30 |
| 01/21/13 | IMPLEMENTATION OF SETTLEMENT AGREEMENT (DRAFTING RULING REQUEST). | 03651/KAB | 6.00 |
| 01/21/13 | CONFERENCE CALL WITH RETIREE COMMITTEE REGARDING SETTLEMENT AGREEMENT | 03651/KAB | 1.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | IMPLEMENTATION. | | |
| 01/21/13 | OFFICE CONFERENCE REGARDING VEBA IMPLEMENTATION. | 03651/KAB | 0.20 |
| 01/22/13 | REVIEW OF EMAIL COMMUNICATION FROM LINDA WHITMAN REGARDING INFORMATION RELATED TO THE AETNA PROPOSAL. | 00952/MAD | 0.20 |
| 01/22/13 | TRAVEL TO WILMINGTON, DELAWARE FOR NORTEL HEARING (50% OF TRAVEL 2.50). | 00952/MAD | 1.20 |
| 01/22/13 | REVIEW ISSUES IN RULING REQUEST TO ADDRESS SETTLEMENT STRUCTURE. | 05237/AFK | 0.20 |
| 01/22/13 | OFFICE DISCUSSION WITH KEVIN BROWN REGARDING IRS RULING REQUEST TO ADDRESS VEBA/LLC SETTLEMENT STRUCTURE. | 05237/AFK | 1.10 |
| 01/22/13 | EXAMINE AND ANALYZE THE DECLARATIONS RECEIVED INT HE MAIL TODAY ON THE DA VINCI ISSUES. | 02718/WFT | 0.20 |
| 01/22/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM COUNSEL FOR THE RETIREES TO ALL COUNSEL INVOLVED IN THE DA VINCI ISSUES ON THE STATUS OF THE DECLARATIONS. | 02718/WFT | 0.30 |
| 01/22/13 | EXAMINE AND ANALYZE THE (1) JOINT MOTION PURSUANT TO SECTIONS 363 AND 105 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023 TO (I)(A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, (B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT PURPOSES ONLY, (C) APPROVE THE NOTICE PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND (II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT, (B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF D.I. 9304 ; (2) THE DECLARATION OF JOHN J. RAY III IN SUPPORT OF JOINT MOTION PURSUANT TO SECTIONS 363 AND 105 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023 TO (I)(A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, (B) | 02718/WFT | 2.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
| --- | --- | --- | --- |
| | CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT PURPOSES ONLY, (C) APPROVE THE NOTICE PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND (II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT, (B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF D.I. 9305 AND; (3) THE DECLARATION OF RAFAEL X. ZAHRALDDIN IN SUPPORT OF JOINT MOTION PURSUANT TO SECTIONS 363 AND 105 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023 TO (I)(A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, (B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT PURPOSES ONLY, (C) APPROVE THE NOTICE PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND (II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT, (B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF D.I. 9306 THAT WERE FILED TODAY IN IN RE NORTEL NETWORKS INC., ET AL., CASE NO. 09-10138 AND IN OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS V. NORTEL NETWORKS, ADVERSARY PROCEEDING NO. 12-50995 TO DETERMINE STATUS AND EFFECT ON RETIREES. | | |
| 01/22/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM COUNSEL FOR THE LTD'S ALL COUNSEL INVOLVED RESPONDING TO THE DA VINCI ISSUES ON THE STATUS OF THE DECLARATIONS. | 02718/WFT | 0.20 |
| 01/22/13 | CORRESPONDENCE FORM TOWERS WATSON TO ALL COUNSEL INVOLVED IN THE DA VINCI ISSUES ON THE STATUS OF THE DECLARATIONS. | 02718/WFT | 0.30 |
| 01/22/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM COUNSEL FOR THE LTD'S TO ALL COUNSEL INVOLVED IN THE DA VINCI ISSUES ON THE STATUS OF THE DECLARATIONS. | 02718/WFT | 0.20 |
| 01/22/13 | DRAFT REVISE AND REDRAFT 16TH MONTHLY FIX ERRORS AND MAKE CORRECTIONS FOR ENTRIES THAT SHOULD NOT HAVE BEEN | 02718/WFT | 1.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | INCLUDED. | | |
| 01/22/13 | CORRESPOND WITH TOWERS WATSON ON THE STATUS OF FILING THE DECLARATIONS ON THE DA VINCI ISSUES. | 02718/WFT | 0.20 |
| 01/22/13 | EXAMINE AND ANALYZE CORRESPONDENCE FROM TOWERS WATSON TO ALL COUNSEL INVOLVED RESPONDING TO THE DA VINCI ISSUES ON THE STATUS OF THE DECLARATIONS. | 02718/WFT | 0.30 |
| 01/22/13 | EXAMINE AND ANALYZE THE CERTIFICATION OF COUNSEL AND THE REVISED SCHEDULING ORDER TO CONTROL AND AMEND PRIOR ORDERS ON THE RETIREE TERMINATION MOTION. | 02718/WFT | 0.20 |
| 01/22/13 | CORRESPOND WITH LEAD COUNSEL RE PREPARATIONS FOR MEETING TONIGHT TO PREPARE FOR HEARING ON SETTLEMENT MOTION TOMORROW. | 02718/WFT | 0.30 |
| 01/22/13 | IMPLEMENTATION OF SETTLEMENT AGREEMENT (DRAFTING RULING REQUEST). | 03651/KAB | 9.20 |
| 01/22/13 | EXAMINE AND ANALYZE THE (1) JOINT MOTION PURSUANT TO SECTIONS 363 AND 105 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023 AND RELATED DECLARATIONS THERETO TO DETERMINE IMPACT ON RETIREES. | 03706/KRB | 0.80 |
| 01/22/13 | EXAMINE AND ANALYZE THE CERTIFICATION OF COUNSEL AND THE REVISED SCHEDULING ORDER TO CONTROL AND AMEND PRIOR ORDERS ON THE RETIREE TERMINATION MOTION. | 03706/KRB | 0.20 |
| 01/22/13 | EXAMINE AND ANALYZE AGENDA FOR 1/23 HEARING; ADDRESS ISSUES IN PREPARATION FOR SETTLEMENT HEARING. | 03706/KRB | 0.30 |
| 01/22/13 | CONFER WITH COUNSEL AND DEBTORS COUNSEL REGARDING QUARTERLY FEE APPLICATION MARCH 2013 HEARING AND RELATED DEADLINES FOR FILING QUARTERLY FEE APPS; | 04990/JFS | 0.40 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/22/13 | DRAFT MCCARTER & ENGLISH'S SIXTEENTH MONTHLY FEE APPLICATION; | 04990/JFS | 0.60 |
| 01/22/13 | ELECTRONICALLY FILE DECLARATIONS REGARDING EMPLOYMENT OF TOWERS WATSON AND THE FORMER DAVINCI COMPANY; | 04990/JFS | 0.50 |
| 01/23/13 | REVIEW OF EMAIL FROM LINDA WHITMAN REGARDING MEDICAL CENSUS. | 00952/MAD | 0.30 |
| 01/23/13 | TRAVEL FROM WILMINGTON DELAWARE TO NEWARK NJ IN CONNECTION WITH COURT HEARING (TOTAL TIME2:00; BILL 1.00). | 00952/MAD | 1.00 |
| 01/23/13 | ATTENDING COURT HEARING REGARDING FORM OF NOTICE OF SETTLEMENT. | 00952/MAD | 1.50 |
| 01/23/13 | PREPARING FOR NORTEL RETIREE COMMITTEE HEARING IN DELAWARE; MEETING WITH PROFESSIONALS REGARDING SAME. | 00952/MAD | 2.50 |
| 01/23/13 | REVIEW TAX ASPECTS OF IRS RULING REQUEST REGARDING VEBA/LLC SETTLEMENT STRUCTURE. | 05237/AFK | 0.80 |
| 01/23/13 | OFFICE CONFERENCE WITH KEVIN BROWN REGARDING RULING REQUEST. | 05237/AFK | 0.70 |
| 01/23/13 | MEET WITH RETIREE COUNSEL AND ADVISORS IN ADVANCE OF HEARING; ATTEND RETIREE PROCEDURES HEARING; MEETING WITH UST ON DA VINCI ISSUE; CONFER WITH PROFESSIONALS ON STATUS OF THAT ISSUE. | 02718/WFT | 2.50 |
| 01/23/13 | PREPARE FOR HEARING ON RETIREE SETTLEMENT MOTION AND ASSIST AS DIRECTED LEAD COUNSEL WITH VARIOUS PROJECTS PREPARING FOR SAME. | 02718/WFT | 1.50 |
| 01/23/13 | IMPLEMENTATION OF SETTLEMENT AGREEMENT (DRAFTING RULING REQUEST). | 03651/KAB | 7.50 |
| 01/23/13 | CORRESPONDENCE WITH CO-COUNSEL REGARDING INDIVIDUAL OBJECTION TO SETTLEMENT AND COURT APPROVAL RE SAME. | 03706/KRB | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/23/13 | REVISE AND ELECTRONICALLY FILE MCCARTER & ENGLISH'S SIXTEENTH MONTHLY FEE APPLICATION; PREPARE SERVICE OF SAME; | 04990/JFS | 0.50 |
| 01/24/13 | REVIEW OF EMAIL COMMUNICATION FROM RICK MIZAK REGARDING HRA RUNOFF MODEL; REVIEW OF MODEL. | 00952/MAD | 0.50 |
| 01/24/13 | REVIEW OF EMAIL FROM BRIAN MOORE ON AETNA IMPLEMENTATION ISSUES. | 00952/MAD | 0.30 |
| 01/24/13 | REVIEW/REVISE DRAFT OF IRS RULING REQUEST REGARDING VEBA/LLC SETTLEMENT STRUCTURE. | 05237/AFK | 1.00 |
| 01/24/13 | CALL WITH DEBTORS AND M&E TO WORK THROUGH ISSUES AND PROBLEMS WITH PAYMENTS AND CREDITS DUE FROM DEBTORS FOR M&E INVOICES. | 02718/WFT | 0.50 |
| 01/24/13 | CORRESPOND WITH DEBTORS SEEKING ADVICE ON HOW TO PAY M&E MONTHLY NOW DUE. | 02718/WFT | 0.20 |
| 01/24/13 | CORRESPOND WITH COUNSEL ON THE STATUS OF M&E'S LATEST FEE APPLICATION AND IF FUNDS ARE TO BE RELEASED FOR SAME. | 02718/WFT | 0.30 |
| 01/24/13 | CORRESPOND RE STATUS OF THE M&E MONTHLY THAT IS NOW DUE AND WHAT FUNDS ARE AVAILABLE TO PAY SAME. | 02718/WFT | 0.30 |
| 01/24/13 | CORRESPOND WITH DEBTORS AND ALL RELEVANT COUNSEL ON THE SIGNED ORDER ON RETIREE NOTICE MOTION. | 02718/WFT | 0.20 |
| 01/24/13 | PREPARING FOR AND CALLING RETIREE NO. 197106 (0.3). | 04585/BDK | 0.30 |
| 01/25/13 | REVIEW AND REVISE DRAFT OF IRS RULING REQUEST REGARDING VEBA/LLC SETTLEMENT STRUCTURE. | 05237/AFK | 2.90 |
| 01/25/13 | LEGAL RESEARCH REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT AND APPLICABILITY AND REQUIREMENTS OF AFFORDABLE CARE ACT. | 03651/KAB | 4.20 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/25/13 | DRAFTING VEBA TRUST AGREEMENT. | 03651/KAB | 2.20 |
| 01/25/13 | CONFER WITH COUNSEL AND DEBTOR'S COUNSEL REGARDING TRANSCRIPT OF JANUARY 23, 2013 HEARING; | 04990/JFS | 0.30 |
| 01/26/13 | CONSIDERATION OF LEGAL ISSUES RELATED TO OBAMA CARE AND THE HRAS FEES. | 00952/MAD | 0.50 |
| 01/27/13 | REVIEW KEVIN BROWN'S REVISED DRAFT OF IRS RULING REQUEST REGARDING VEBA/LLC SETTLEMENT STRUCTURE; REVIEW APPLICABLE LEGAL AUTHORITIES AND REVISE RULING REQUEST. | 05237/AFK | 4.20 |
| 01/28/13 | OFFICE DISCUSSION WITH KEVIN BROWN REGARDING RULING REQUEST. | 05237/AFK | 0.20 |
| 01/28/13 | REVIEW AND REVISE IRS RULING REQUEST REGARDING VEBA/LLC STRUCTURE, INCLUDING REVIEW OF APPLICABLE LEGAL AUTHORITIES. | 05237/AFK | 5.40 |
| 01/28/13 | DRAFTING VEBA TRUST AGREEMENT. | 03651/KAB | 5.50 |
| 01/28/13 | DRAFTING SUMMARY OF SETTLEMENT AGREEMENT IMPLEMENTATION ITEMS. | 03651/KAB | 2.00 |
| 01/28/13 | REVIEW AND FORWARD RECEIVED TRANSCRIPT OF JANUARY 23, 2013 HEARING; | 04990/JFS | 0.20 |
| 01/29/13 | COMMENCE REVIEW OF THE FAQ'S REGARDING PROPOSED QUESTIONS TO BE PRESENTED TO THE RETIREES AT THE VARIOUS PRESENTATIONS AT THE OFF SITE LOCATIONS. | 00952/MAD | 0.50 |
| 01/29/13 | CONFERENCE CALL WITH RICHARD MIZAK AND ROBERT YEE DISCUSSING VARIOUS ISSUES RELATED TO THE VEBA IMPLEMENTATION AND THE STRUCTURED AND FEE RELATED FACTORS AS IT RELATES TO THE HRA ADMINISTRATION AUDIT. | 00952/MAD | 0.80 |
| 01/29/13 | CONFERRING WITH NEIL BERGER OF TOGUT REGARDING ISSUES RELATED TO THE IMPLICATIONS OF THE LTD SETTLEMENT PROVISIONS AND THE ABILITY OF LTD PARTICIPANTS TO ELECT THE RETIREE | 00952/MAD | 0.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | SETTLEMENT IF THEY TERMINATE SERVICE UPON THE EFFECTIVE DATE OF THE RETIREE 1114 SETTLEMENT AND THE IMPLICATIONS OF THE SAME. | | |
| 01/29/13 | OFFICE CONFERENCE REGARDING ISSUES RELATED TO THE IMPLEMENTATION OF THE VEBA AND THE TIMING OF THE TRANSFER OF FUNDS AND OTHER RELATED IMPLEMENTATION ISSUES. | 00952/MAD | 0.70 |
| 01/29/13 | REVIEW OF THE SETTLEMENT AGREEMENT AS IT RELATES TO THE ABILITY OF LTD RETIREES TO ELECT RETIREE MEDICAL LIFE AND LTC SETTLEMENT PROCEEDS. | 00952/MAD | 0.50 |
| 01/29/13 | CONSIDERATION OF ISSUES RELATED TO THE TYPE OF INFORMATION TO BE PRESENTED TO THE RETIREES AT THE OFF SITE LOCATIONS IN DALLAS, RALEIGH AND SAN JOSE AND COMMENCE PREPARATION OF THE LIST OF ISSUES. | 00952/MAD | 0.50 |
| 01/29/13 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY REGARDING HER QUESTIONS POSED BY RETIREES; REVIEWING AND REVISING OUR RESPONSES TO THE RETIREES AND CONSIDERATION OF ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 01/29/13 | OFFICE DISCUSSION WITH KEVIN BROWN REGARDING LEGAL ANALYSIS IN IRS RULING REQUEST. | 05237/AFK | 0.40 |
| 01/29/13 | DRAFT/REVISE RULING REQUEST. | 05237/AFK | 3.80 |
| 01/29/13 | OFFICE CONSIDERATION OF APPLICATION OF VARIOUS AFFORDABLE CARE ACT TAXES AND PENALTIES UPON THE PROPOSED HEALTH REIMBURSEMENT ACCOUNT ARRANGEMENT AND ANY GROUP MEDICAL PLAN ESTABLISHED UNDER THE VEBA. | 02298/JSK | 0.50 |
| 01/29/13 | CONFERENCE CALL WITH A&M REGARDING SETTLEMENT IMPLEMENTATION, AND CONSIDERATIONS WITH RESPECT THERETO. | 03651/KAB | 1.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/29/13 | OFFICE CONFERENCE REGARDING SETTLEMENT IMPLEMENTATION. | 03651/KAB | 0.50 |
| 01/29/13 | REVIEWING AND REVISING RESPONSES TO QUESTIONS FROM RETIREES REGARDING VEBA. | 03651/KAB | 0.50 |
| 01/29/13 | SPEAKING WITH NORTEL RETIREE NO. 197106 (0.3) | 04585/BDK | 0.30 |
| 01/29/13 | CONFER WITH COUNSEL AND DEBTOR'S COUNSEL REGARDING FEE APPLICATIONS AND APPROACHING DEADLINE FOR QUARTERLY FEE APPLICATIONS; | 04990/JFS | 0.30 |
| 01/30/13 | REVIEW OF FAQS AND PREPARATION OF COMMENTS. | 00952/MAD | 0.80 |
| 01/30/13 | OFFICE DISCUSSIONS WITH KEVIN BROWN, MARK DANIELE REGARDING TOGUT FIRM'S DRAFT Q&A. | 05237/AFK | 1.30 |
| 01/30/13 | REVIEW TOGUT FIRM'S DRAFT OF Q&A REGARDING SETTLEMENT; REVIEW KEVIN BROWN'S MARK-UP OF SAME. | 05237/AFK | 0.90 |
| 01/30/13 | REVISIONS TO Q&A FOR RETIREES REGARDING SETTLEMENT AGREEMENT IMPLEMENTATION. | 03651/KAB | 8.20 |
| 01/31/13 | FURTHER REVIEW OF DRAFT OF FAQS FOR THE RETIREES REGARDING THE SETTLEMENT; OFFICE CONFERENCE REGARDING COMMENTS TO THE FAQ. | 00952/MAD | 1.00 |
| 01/31/13 | REVISE DRAFT OF IRS RULING REQUEST RE: VEBA/LLC SETTLEMENT STRUCTURE. | 05237/AFK | 0.20 |
| 01/31/13 | OFFICE DISCUSSIONS WITH MARK DANIELE AND KEVIN BROWN RE: TAX ASPECTS OF FAQ. | 05237/AFK | 1.30 |
| 01/31/13 | REVIEW AND REVISE TOGUT FIRM'S DRAFT OF FAQ (TO BE POSTED ON RC WEBSITE) TO REFLECT TAX/EMPLOYEE BENEFIT-RELATED COMMENTS. | 05237/AFK | 1.50 |
| 01/31/13 | OFFICE CONFERENCE REGARDING VEBA Q/A FOR RETIREES. | 03651/KAB | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 01/31/13 | CONSIDERATIONS WITH RESPECT TO AFFORDABLE CARE ACT FEES, AS APPLIES TO RETIREE HEALTH VEBA. | 03651/KAB | 0.50 |
| 01/31/13 | FURTHER REVIEW AND REVISION OF Q*A FOR RETIREES REGARDING SETTLEMENT AGREEMENT IMPLEMENTATION. | 03651/KAB | 2.50 |

TOTAL HOURS:                                    252.40


TOTAL FEES.......................................................    $113,651.50
TOTAL DISBURSEMENTS.....................................         849.50

TOTAL DUE THIS INVOICE .......................................    $114,501.00


AMOUNT OUTSTANDING FROM PRIOR INVOICES           $63,670.85

TOTAL AMOUNT DUE AS OF THIS INVOICE              $178,171.85

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| | | | HOURS | | RATE | VALUE |
|---|---|---|---|---|---|---|
| 00952 | MARK A. DANIELE | PARTNER | 50.70 | Hours @ | 525.00 | 26,617.50 |
| 01584 | LOUIS A. CHIAFULLO | PARTNER | 2.10 | Hours @ | 445.00 | 934.50 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 32.20 | Hours @ | 525.00 | 16,905.00 |
| 04841 | NICHOLAS M. INSUA | PARTNER | 1.30 | Hours @ | 420.00 | 546.00 |
| 05237 | ALAN F. KORNSTEIN | PARTNER | 40.80 | Hours @ | 520.00 | 21,216.00 |
| 02298 | JANE S. KIMBALL | SPEC COUNSEL | 3.70 | Hours @ | 400.00 | 1,480.00 |
| 02323 | JASON M. ALEXANDER | ASSOCIATE | 3.70 | Hours @ | 360.00 | 1,332.00 |
| 02153 | DAVID A. THOMAS | ASSOCIATE | 1.20 | Hours @ | 410.00 | 492.00 |
| 03651 | KEVIN A. BROWN | ASSOCIATE | 102.20 | Hours @ | 395.00 | 40,369.00 |
| 03706 | KATE R. BUCK | ASSOCIATE | 4.50 | Hours @ | 320.00 | 1,440.00 |
| 04575 | BRIAN CUNNINGHAM | ASSOCIATE | 0.20 | Hours @ | 360.00 | 72.00 |
| 04585 | BRETT D. KAHN | ASSOCIATE | 2.50 | Hours @ | 305.00 | 762.50 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 6.00 | Hours @ | 215.00 | 1,290.00 |
| 00216 | JAMES J. GREENSTONE | RESRCH ANALYST | 1.30 | Hours @ | 150.00 | 195.00 |

**ATTORNEY TOTALS:** 252.40                                113,651.50