# **<u>EXHIBIT B</u>**

ME1 15063520v.1

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 01/21/2013 | PHOTOCOPIES | 0.15 | |
| 01/23/2013 | PHOTOCOPIES | 33.30 | |
| | Total For: PHOTOCOPIES | | 33.45 |
| 01/02/2013 | PHOTOCOPIES | 25.80 | |
| 01/02/2013 | PHOTOCOPIES | 21.30 | |
| 01/09/2013 | PHOTOCOPIES | 4.35 | |
| 01/09/2013 | PHOTOCOPIES | 3.30 | |
| 01/09/2013 | PHOTOCOPIES | 6.45 | |
| 01/09/2013 | PHOTOCOPIES | 2.55 | |
| 01/09/2013 | PHOTOCOPIES | 3.30 | |
| 01/09/2013 | PHOTOCOPIES | 2.55 | |
| 01/09/2013 | PHOTOCOPIES | 3.30 | |
| 01/09/2013 | PHOTOCOPIES | 3.15 | |
| 01/09/2013 | PHOTOCOPIES | 3.00 | |
| 01/09/2013 | PHOTOCOPIES | 3.15 | |
| 01/09/2013 | PHOTOCOPIES | 3.75 | |
| 01/15/2013 | PHOTOCOPIES | 13.65 | |
| 01/15/2013 | PHOTOCOPIES | 0.30 | |
| 01/15/2013 | PHOTOCOPIES | 3.45 | |
| 01/15/2013 | PHOTOCOPIES | 0.30 | |
| 01/15/2013 | PHOTOCOPIES | 0.60 | |
| 01/16/2013 | PHOTOCOPIES | 0.60 | |
| 01/19/2013 | PHOTOCOPIES | 25.80 | |
| 01/22/2013 | PHOTOCOPIES | 21.30 | |
| 01/22/2013 | PHOTOCOPIES | 20.55 | |
| 01/23/2013 | PHOTOCOPIES | 5.55 | |
| 01/31/2013 | PHOTOCOPIES | 5.40 | |
| | Total For: PHOTOCOPIES | | 183.45 |
| 01/16/2013 | POSTAGE POSTAGE | 7.70 | |
| | Total For: POSTAGE | | 7.70 |
| 12/04/2012 | FILING FEES | 0.20 | |
| 12/17/2012 | FILING FEES | 4.10 | |
| 12/26/2012 | FILING FEES | 8.10 | |
| 12/31/2012 | FILING FEES | 4.50 | |
| | Total For: FILING FEES-MISC | | 16.90 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/23/2013 TEL: $1 | HOTEL EXPENSE AT BANKRUPTCY COURT HEARING IN WILMINGTON, DE ON 1/23/13 | 110.00 | |
| | **Total For: LODGING** | | **110.00** |
| 01/08/2013 | LIBRARY RESEARCH - PACER | 21.00 | |
| | **Total For: LIBRARY RESEARCH** | | **21.00** |
| 11/27/2012 | TELEPHONIC COURT APPEARANCE | 51.00 | |
| 11/27/2012 | TELEPHONIC COURT APPEARANCE | 79.00 | |
| 11/27/2012 | TELEPHONIC COURT APPEARANCE | 65.00 | |
| 12/07/2012 | TELEPHONIC COURT APPEARANCE | 30.00 | |
| | **Total For: SERVICES** | | **225.00** |
| 01/23/2013 TRAK ($1 | TRAVEL TO BANKRUPTCY COURT HEARING IN WILMINGTON DE ON 1/23/13. $59) = $252.00. | 252.00 | |
| | **Total For: TRAVEL** | | **252.00** |

**TOTAL DISBURSEMENTS** ............................................................. **$849.50**