**Exhibit 2 to the** *Notice of (A) Proposed Settlement Agreement Regarding Long-Term Disability Plans and Claims; (B) Conditional Certification of a Class for Settlement Purposes Only; (C) Conditional Appointment of Class Counsel and Class Representatives; (D) Scheduled Date of Fairness Hearing for Final Approval of Proposed Settlement*

**Claims Exhibit:  LTD Claims to be Expunged in their Entirety**

# Exhibit 2

## Nortel LTD Claims to be Expunged in their Entirety

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| ALMS, MICHAEL<br>4944 ELM ISLAND CIRCLE<br>WATERFORD, WI  53185 | 3784 | 9/25/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$79,638.00 (P)<br>- (U)<br>$79,638.00 (T) |
| ALMS, MICHAEL<br>4944 ELM ISLAND CIRCLE<br>WATERFORD, WI  53185 | 6110 | 11/9/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$443,167.20 (P)<br>- (U)<br>$443,167.20 (T) |
| BROWN, PAMELA<br>17211 FRONT BEACH RD.<br>PANAMA CITY BEACH, FL  32413 | 4253 | 9/28/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$379,926.00 (U)<br>$379,926.00 (T) |
| CARLSEN, ROGER GLEN<br>462 E CALLE DE OCASO<br>SAHUARITA, AZ  85629 | 7444 | 9/30/10 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$686,769.88 (U)<br>$686,769.88 (T) |
| DAVID, DANIEL<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC  27587 | 8299 | 6/11/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$15,191.57 (U)<br>$15,191.57 (T) |
| DIKENS, THOMAS<br>2612 BENGAL LN<br>PLANO, TX  75023 | 4210 | 9/28/09 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$200,000.00 (U)<br>$200,000.00 (T) |
| DUNSTON, BARBARA<br>261 MCNAIR DR<br>HENDERSON, NC  27537 | 6888 | 1/25/10 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | Unspecified* |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| DUNSTON, BARBARA<br>261 MCNAIR DR<br>HENDERSON, NC  27537 | 6889 | 1/25/10 | 09-12515<br>Nortel Networks<br>(CALA), Inc. | - (S)<br>- (A)<br>$38,981.04 (P)<br>- (U)<br>$38,981.04 (T) |
| FLETCHER, BERT<br>35 BROOMHILL COURT<br>CLAYTON, NC  27527 | 7336 | 7/7/10 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>- (P)<br>$207,527.00 (U)<br>$207,527.00 (T) |
| IRISH, DIANNA L.<br>235 ATRIUM CT<br>WARNER ROBINS, GA  31088-5600 | 5551 | 9/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$13.76 (P)<br>$845.93 (U)<br>$859.69 (T) |
| IRISH, DIANNA L.<br>235 ATRIUM CT<br>WARNER ROBINS, GA  31088-5600 | 5552 | 9/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$242.19 (P)<br>$11,811.13 (U)<br>$12,053.32 (T) |
| IRISH, DIANNA L.<br>235 ATRIUM CT<br>WARNER ROBINS, GA  31088-5600 | 5553 | 9/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$1,738.36 (P)<br>$116,469.70 (U)<br>$118,208.06 (T) |
| IRISH, DIANNA L.<br>235 ATRIUM CT<br>WARNER ROBINS, GA  31088-5600 | 5554 | 9/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$840.00 (P)<br>$8,240.32 (U)<br>$9,080.32 (T) |
| IRISH, DIANNA L.<br>235 ATRIUM CT<br>WARNER ROBINS, GA  31088-5600 | 5555 | 9/30/09 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$6,290.40 (P)<br>$82,694.40 (U)<br>$88,984.80 (T) |
| MANN, WENDY<br>2114 CLARET LANE<br>MORRISVILLE, NC  27560 | 5386 | 9/30/09 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY<br>CREDITOR | - (S)<br>- (A)<br>$80,753.40 (P)<br>- (U)<br>$80,753.40 (T) |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| MANN, WENDY BOSWELL<br>2114 CLARET LANE<br>MORRISVILLE, NC  27560 | 7885 | 8/2/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$458,898.13 (U)<br>$458,898.13 (T) |
| NEUMANN, JANE<br>11730 COUNTY RD 24<br>WATERTOWN, MN  55388 | 3022 | 9/15/09 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | Unspecified* |
| REXROAD, MICHAEL<br>5244 LINWICK DR.<br>FUQUAY VARINA, NC  27526 | 7330 | 7/6/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$188,535.00 (U)<br>$188,535.00 (T) |
| ROSSI, JOHN J.<br>1568 WOODCREST DR.<br>WOOSTER, OH  44691 | 8416 | 12/14/12 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$44,665.00 (U)<br>$44,665.00 (T) |
| ROSSI, JOHN J.<br>1568 WOODCREST DR.<br>WOOSTER, OH  44691 | 8418 | 12/17/12 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$307,355.18 (U)<br>$307,355.18 (T) |
| WATSON, THELMA<br>P.O. BOX 971<br>BATH, SC  29816 | 7517 | 12/16/10 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$87,638.88 (U)<br>$87,638.88 (T) |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| **Totals:** | 21  Claims | | | - (S) |
| | | | | - (A) |
| | | | | $651,664.35 (P) |
| | | | | $2,796,568.12 (U) |
| | | | | $3,448,232.47 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.