**Exhibit 3 to the** *Notice of (A) Proposed Settlement Agreement Regarding Long-Term Disability Plans and Claims; (B) Conditional Certification of a Class for Settlement Purposes Only; (C) Conditional Appointment of Class Counsel and Class Representatives; (D) Scheduled Date of Fairness Hearing for Final Approval of Proposed Settlement*

**Claims Exhibit:  Claims to be Partially Expunged on Account of LTD Claims**

# Exhibit 3

### Nortel Claims to be Partially Expunged on Account of LTD Claims

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow LTD Claims in the proof of claim. The remaining claims asserted in the proofs of claim that may be separately disallowed and expunged, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to retired employees (the "Proposed Retiree Settlement Agreement") are identified in the column entitled "Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement." The other remaining claims asserted in the proofs of claim that will not be disallowed through an order approving the Settlement Agreement or an order approving the Proposed Retiree Settlement Agreement are identified in the column entitled "Other Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds.

**Claim to be Partially Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement | Other Remaining Assertions in Claim |
|---|---|---|---|---|---|---|
| BENNETT, STEVEN E.<br>37052 CHESTNUT ST.<br>NEWARK, CA  94560 | 7580 | 1/24/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$398,313.97 (U)<br>$398,313.97 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | NONE |
| BROWN, PAMELA M<br>17211 FRONT BEACH RD<br>PANAMA CITY BEACH, FL  32413 | 8215 | 3/13/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$562,480.58 (U)<br>$562,480.58 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | SEVERANCE |
| DAVID, DANIEL<br>2105 POSSUM TROT RD<br>WAKE FOREST, NC  27587 | 8300 | 6/11/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$276,322.30 (U)<br>$276,322.30 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | NONE |
| DAVID, DANIEL D.<br>2105 POSSUM TROT RD.<br>WAKE FOREST, NC  27587 | 3052 | 9/16/09 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$382,679.61 (U)<br>$382,679.61 (T) | | VACATION PAY, PENSION PLAN BENEFITS |
| DAY, MARILYN<br>2020 FOX GLEN DR.<br>ALLEN, TX  75013 | 7854 | 7/19/11 | NO DEBTOR<br>NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$347,801.84 (U)<br>$347,801.84 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | SEVERANCE, PENSION |
| DAY, MARILYN<br>2020 FOX GLEN DR.<br>ALLEN, TX  75013 | 8280 | 5/29/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$347,801.84 (U)<br>$347,801.84 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | SEVERANCE, PENSION |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow LTD Claims in the proof of claim. The remaining claims asserted in the proofs of claim that may be separately disallowed and expunged, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to retired employees (the "Proposed Retiree Settlement Agreement") are identified in the column entitled "Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement." The other remaining claims asserted in the proofs of claim that will not be disallowed through an order approving the Settlement Agreement or an order approving the Proposed Retiree Settlement Agreement are identified in the column entitled "Other Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds.

### Claim to be Partially Expunged

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement | Other Remaining Assertions in Claim |
|---|---|---|---|---|---|---|
| DEAN, NAJAM U.<br>6 AUGUSTA DR<br>MILLBURY, MA  01527 | 7468 | 10/18/10 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$617,534.00 (U)<br>$617,534.00 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | SEVERANCE |
| DEAN, NAJAM U.<br>6 AUGUSTA DR<br>MILLBURY, MA  01527 | 7848 | 7/18/11 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$605,437.05 (U)<br>$605,437.05 (T) | | SEVERANCE |
| DEAN, NAJAM U.<br>6 AUGUSTA DR<br>MILLBURY, MA  01527 | 8212 | 3/12/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$672,859.57 (U)<br>$672,859.57 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | SEVERANCE, PENSION |
| GENNETT, SCOTT S.<br>16 WILDWOOD STREET<br>LAKE GROVE, NY  11755 | 8218 | 3/15/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,009,789.79 (U)<br>$1,009,789.79 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | PENSION, UNPAID VACATION |
| GREEN, MARILYN<br>1106 BOSTON HOLLOW ROAD<br>ASHLAND CITY, TN  37015 | 7337 | 7/7/10 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>$64,329.20 (P)<br>$64,329.20 (U)<br>$64,329.20 (T) | | SEVERANCE |
| GREEN, MARILYN<br>1106 BOSTON HOLLOW ROAD<br>ASHLAND CITY, TN  37015 | 7797 | 6/13/11 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$193,263.20 (U)<br>$193,263.20 (T) | | SEVERANCE |
| GREEN, MARILYN<br>1106 BOSTON HOLLOW ROAD<br>ASHLAND CITY, TN  37015 | 8393 | 10/18/12 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>$171,326.91 (P)<br>$171,326.91 (U)<br>$171,326.91 (T) | | SEVERANCE |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow LTD Claims in the proof of claim.  The remaining claims asserted in the proofs of claim that may be separately disallowed and expunged, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to retired employees (the "Proposed Retiree Settlement Agreement") are identified in the column entitled "Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement."  The other remaining claims asserted in the proofs of claim that will not be disallowed through an order approving the Settlement Agreement or an order approving the Proposed Retiree Settlement Agreement are identified in the column entitled "Other Remaining Assertions in Claim."  The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds.

**Claim to be Partially Expunged**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement | Other Remaining Assertions in Claim |
|---|---|---|---|---|---|---|
| HEINBAUGH, ALAN<br>19816 COLBY CT.<br>SARATOGA, CA  95070 | 8254 | 5/4/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,168,638.07 (U)<br>$1,168,638.07 (T) | | SEVERANCE |
| JONES, DEBORAH M.M.<br>8 FAIRVIEW ACRES<br>WELLSBORO, PA  16901 | 7476 | 10/27/10 | NO DEBTOR<br>NO DEBTOR<br>ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$1,106,637.50 (U)<br>$1,106,637.50 (T) | | PENSION, SEVERANCE |
| MASSENGILL, TERRY<br>126 KERRI DR<br>GARNER, NC  27529 | 7576 | 1/24/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$263,092.00 (U)<br>$263,092.00 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | NONE |
| MCWALTERS, MICHAEL<br>POB 338<br>ALVISO, CA  95002 | 7348 | 7/15/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$865,458.00 (U)<br>$865,458.00 (T) | | SEVERANCE |
| MORRISON, PAUL E.<br>2241 COLLEGE AVE.<br>QUINCY, IL  62301-3231 | 7862 | 7/25/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,309,310.84 (U)<br>$1,309,310.84 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | PENSION, SEVERANCE |
| ROSE, RONALD J. JR.<br>26 PHEASANT RUN<br>BALLSTON SPA, NY  12020 | 8228 | 3/26/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$770,926.71 (U)<br>$770,926.71 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | PENSION, SEVERANCE |
| ROSSI, JOHN J.<br>1568 WOODCREST DR.<br>WOOSTER, OH  44691 | 8294 | 6/11/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$262,690.18 (U)<br>$262,690.18 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | NONE |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow LTD Claims in the proof of claim. The remaining claims asserted in the proofs of claim that may be separately disallowed and expunged, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to retired employees (the "Proposed Retiree Settlement Agreement") are identified in the column entitled "Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement." The other remaining claims asserted in the proofs of claim that will not be disallowed through an order approving the Settlement Agreement or an order approving the Proposed Retiree Settlement Agreement are identified in the column entitled "Other Remaining Assertions in Claim." The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds.

### Claim to be Partially Expunged

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement | Other Remaining Assertions in Claim |
|---|---|---|---|---|---|---|
| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884-0079 | 7512 | 12/15/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$604,252.93 (U)<br>$604,252.93 (T) | | PENSION |
| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884 | 7523 | 12/20/10 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$604,252.93 (U)<br>$604,252.93 (T) | | PENSION |
| WADLOW, JERRY<br>P.O. BOX 79<br>WEWOKA, OK 74884 | 7850 | 7/18/11 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$662,144.72 (U)<br>$662,144.72 (T) | | PENSION |
| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884 | 8306 | 6/25/12 | 09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$641,826.04 (U)<br>$641,826.04 (T) | RETIREE MEDICAL BENEFIT, RETIREE LIFE INSURANCE BENEFIT, RETIREE LONG TERM CARE BENEFIT | PENSION, SEVERANCE |
| WATSON, THELMA<br>P.O. BOX 971<br>BATH, SC 29816 | 8359 | 9/10/12 | NO DEBTOR NO DEBTOR ASSERTED BY CREDITOR | - (S)<br>- (A)<br>- (P)<br>$117,781.08 (U)<br>$117,781.08 (T) | | SEVERANCE |

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims. The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.

Upon the occurrence of the Effective Date of the Settlement Agreement, the following proofs of claim will be partially disallowed to disallow LTD Claims in the proof of claim.  The remaining claims asserted in the proofs of claim that may be separately disallowed and expunged, in whole or in part, as part of any settlement that may be approved relating to the termination of benefits provided to retired employees (the "Proposed Retiree Settlement Agreement") are identified in the column entitled "Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement."  The other remaining claims asserted in the proofs of claim that will not be disallowed through an order approving the Settlement Agreement or an order approving the Proposed Retiree Settlement Agreement are identified in the column entitled "Other Remaining Assertions in Claim."  The Debtors reserve the right to object to the remaining claims asserted on any and all substantive and procedural grounds.

## Claim to be Partially Expunged

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Original Asserted Claim Amount | Remaining Assertions in Claim to be Expunged Through Proposed Retiree Settlement Agreement | Other Remaining Assertions in Claim |
|---|---|---|---|---|---|---|
| **Totals:** | | | 25  Claims | - (S)<br>- (A)<br>$235,656.11 (P)<br>$14,026,950.86 (U)<br>$14,026,950.86 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

1) The Debtors' omission of any proof of claim on this exhibit does not waive or prejudice the Debtors' right to expunge a proof of claim related to LTD Claims.  The Debtors reserve the right to object to and expunge any and all proofs of claim asserting LTD Claims, in whole or in part, on all substantive and procedural grounds, including based on the terms of the Settlement Agreement and any order approving the Settlement Agreement.
2) For the avoidance of doubt, any LTD Claims scheduled by the Debtors are also disallowed and expunged pursuant to the terms of the Settlement Agreement.