# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* <br> Nortel Networks Inc., *et al.*,[1] <br>              Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **RE: 9427, 9443** |
| OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS, <br>              Plaintiffs, <br>           v. <br> NORTEL NETWORKS INC., *et al.*, <br>              Defendants. | Adv. Proc. No. 12-50995 (KG) <br><br> **RE: 26, 28** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 15, 2013, copies of the following were served in the manner indicated upon the individuals identified on the attached service list.

1. Order (A) Preliminarily Approving the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certifying a Class for Settlement Purposes Only, (C) Approving the Notice Procedures, (D) Scheduling a Fairness Hearing and (E) Granting Related Relief (Main Case D.I. 9427, Adv. Proc. Case D.I. 26, Entered 2/14/13); and

2. Notice of (A) Proposed Settlement Agreement Regarding Long-Term Disability Plans and Claims; (B) Conditional Certification of a Class for Settlement Purposes Only; (C) Conditional Appointment of Class Counsel and Class Representatives; (D) Scheduled Date of Fairness Hearing for Final Approval of Proposed Settlement (Main Case D.I. 9443, Adv. Proc. Case D.I. 28, Filed 2/15/13).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: February 15, 2013
Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    James L. Bromley (admitted pro hac vice)
    Lisa M. Schweitzer (admitted pro hac vice)
    One Liberty Plaza
    New York, NY 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    and

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
    Derek C. Abbott (No. 3376)
    Ann C. Cordo (No. 4817)
    Tamara K. Minott (No. 5643)
    1201 North Market Street, 18th Floor
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 425-4663

    *Counsel for the Debtors and Debtors in Possession*

6963139.2

**Via Hand Delivery and Email**

Elliott Greenleaf
Rafael X. Zahralddin-Aravena
(rxza@elliottgreenleaf.com)
1105 N. Market Street
Suite 1700
Wilmington, DE 19801

**Via Hand Delivery**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

**Via Email**

Fred S. Hodara Esq.
(fhodara@akingump.com)
David H. Botter Esq.
(dbotter@akingump.com)
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller (tkreller@milbank.com)
Milbank, Tweed, Hadley & Mcloy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017

William F. Taylor Jr.
(wtaylor@mccarter.com)
McCarter & English LLP
405 N. King St 8th Floor
Renaissance Centre
Wilmington, DE 19801

Neil Berger (neilberger@teamtogut.com)
Stephanie Skelly (sskelly@teamtogut.com)
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119

Laura Davis Jones (ljones@pszjlaw.com)
Timothy P. Cairns (tcairns@pszjlaw.com)
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899

Mark D. Collins Esq. (collins@rlf.com)
Christopher M. Samis Esq. (samis@rlf.com)
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801