IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | Re: Docket No. 9441 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

    I, Annette F. Dye, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on February 15, 2013. I certify further that copies of the following document were served upon the parties identified on attached list via the manner indicated:

**STATEMENT AND RESERVATION OF RIGHTS OF THE MONITOR ON BEHALF OF THE CANADIAN NORTEL DEBTORS IN RELATION TO THE MOTION OF THE AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING LATE FILED CLAIMS**

/s/ Annette F. Dye
Annette F. Dye

SWORN TO AND SUBSCRIBED before me this 15 day of February, 2013.

KATHLEEN A. MURPHY
ATTORNEY AT LAW
Admitted by the Supreme Court of Delaware
to practice law in Delaware and authorized to perform
notarial acts pursuant to Title 29, Delaware Code, Chapter 43

/s/ Kathleen A. Murphy
Notary Public

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "US Debtors")

**SERVICE LIST**

**VIA HAND DELIVERY**

Monzack Mersky McLaughlin and Browder, P.A.
Rachel B. Mersky, Esquire
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

Derek C. Abbott
Eric D. Schwartz
Ann C. Cordo
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

Thomas P. Tinker, Esquire
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger
920 N. King Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

James L. Bromley
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Fred S. Hodara, Esquire
Ryan C. Jacobs, Esquire
David H. Botter, Esquire
Akin Gump
One Bryant Park
New York, NY 10036