**EXHIBIT B**

Nortel Networks Section 1114  
11/1/2012...11/30/2012

# Togut, Segal & Segal LLP
## Summary Report

*2/13/2013*  
*1:42:47 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---:|---:|
| Meals | | 0.0 | 148.35 |
| Telephone | | 0.0 | 752.90 |
| Travel-ground | | 0.0 | 839.96 |
| | Grand Total: | 0.0 | 1,741.21 |

1

**Togut, Segal & Segal LLP**
Client Billing Report

Nortel Networks Section 1114
11/1/2012...11/30/2012

*2/14/2013*
*3:02:15 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|

### Matter: General

| | | | | |
|---|---|---|---|---|
| 11/1/12 | sskelly / Telephone<br>General | E | 0.0<br>6.02 | 6.02<br>Billable |
| #621672 | Conference call held on 10/15/12 re retiree benefits. | | | |
| 11/1/12 | sskelly / Telephone<br>General | E | 0.0<br>1.68 | 1.68<br>Billable |
| #621673 | Conference call held on 10/18/12 re retiree benefits. | | | |
| 11/1/12 | nberger / Telephone<br>General | E | 0.0<br>34.30 | 34.30<br>Billable |
| #621675 | Conference call held on 10/12/12 re Nortel matters. | | | |
| 11/1/12 | nberger / Telephone<br>General | E | 0.0<br>154.98 | 154.98<br>Billable |
| #621677 | Conference call held on 10/16/12 re Nortel matters. | | | |
| 11/1/12 | nberger / Telephone<br>General | E | 0.0<br>156.38 | 156.38<br>Billable |
| #621679 | Conference call held on 10/17/12 re Nortel matters. | | | |
| 11/1/12 | nberger / Telephone<br>General | E | 0.0<br>126.14 | 126.14<br>Billable |
| #621680 | Conference call held on 11/1/12 re Nortel matters. | | | |
| 11/1/12 | atogut / Telephone<br>General | E | 0.0<br>5.44 | 5.44<br>Billable |
| #621775 | TS&S monthly telephone for November 2012. | | | |
| 11/1/12 | rmilin / Travel-ground<br>General | E | 0.0<br>10.50 | 10.50<br>Billable |
| #626505 | Taxi from office to home on 11/1/12 at 11:33pm-- worked late revising draft settlement agreement. | | | |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
11/1/2012...11/30/2012

2/14/2013
3:02:15 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 11/5/12 | nberger / Telephone<br>General | E | 0.0<br>134.68 | 134.68<br>Billable |
| #621681 | Conference call held on 11/5/12 re Nortel matters. | | | |
| 11/6/12 | nberger / Telephone<br>General | E | 0.0<br>5.18 | 5.18<br>Billable |
| #621682 | Two conference calls held on 11/6/12 re Nortel matters. | | | |
| 11/8/12 | bmoore / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #620324 | Car service from office to home on 11/8/12 after 10pm -- worked late re settlement. | | | |
| 11/8/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #620327 | Car service from office to home on 11/8/12 after 10pm -- worked late re Nortel matters. | | | |
| 11/8/12 | nberger / Travel-ground<br>General | E | 0.0<br>68.47 | 68.47<br>Billable |
| #620331 | Car service from office to home on 11/8/12 after 10pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel case). | | | |
| 11/8/12 | lmuchnik / Meals<br>General | E | 0.0<br>84.00 | 84.00<br>Billable |
| #626373 | Dinner on 11/8/12 for BM, SS and NB who worked late re retiree benefits. | | | |
| 11/8/12 | rmilin / Travel-ground<br>General | E | 0.0<br>8.50 | 8.50<br>Billable |
| #626507 | Taxi from office to home on 11/8/12 at 9:08pm -- worked late revising settlement agreement. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| 11/9/12 | bmoore / Travel-ground | E | 0.0 | 104.04 |
| | General | | 104.04 | Billable |
| #620322 | Car service from office to home on 11/9/12 after 8pm -- worked late re settlement. | | | |
| 11/9/12 | nberger / Travel-ground | E | 0.0 | 52.67 |
| | General | | 52.67 | Billable |
| #620328 | Car service from office to home on 11/9/12 after 8pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel case). | | | |
| 11/9/12 | nberger / Telephone | E | 0.0 | 120.68 |
| | General | | 120.68 | Billable |
| #621683 | Two conference calls held on 11/9/12 re Nortel matters. | | | |
| 11/13/12 | sskelly / Telephone | E | 0.0 | 7.42 |
| | General | | 7.42 | Billable |
| #621674 | Conference call held on 11/13/12 re retiree benefits. | | | |
| 11/20/12 | sskelly / Travel-ground | E | 0.0 | 104.81 |
| | General | | 104.81 | Billable |
| #624453 | Car service from office to home on 11/20/12 at 10:10pm -- worked late re retiree benefits. | | | |
| 11/27/12 | sskelly / Meals | E | 0.0 | 64.35 |
| | General | | 64.35 | Billable |
| #621652 | Dinner on 11/27/12 -- worked late re retiree benefits. | | | |
| 11/27/12 | sskelly / Travel-ground | E | 0.0 | 106.59 |
| | General | | 106.59 | Billable |
| #624454 | Car service from office to home on 11/27/12 at 10:10pm -- worked late re retiree benefits. | | | |
| 11/27/12 | nberger / Travel-ground | E | 0.0 | 121.41 |
| | General | | 121.41 | Billable |
| #627739 | Car service from office to home on 11/27/12 at 10:32pm -- worked late re Nortel matters . | | | |

| | Togut, Segal & Segal LLP | | | |
|---|---|---|---|---|
| Nortel Networks Section 1114 | Client Billing Report | | | *2/14/2013* |
| 11/1/2012...11/30/2012 | | | | *3:02:15 PM* |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 11/30/12 | nberger / Travel-ground<br>General | E | 0.0<br>54.89 | 54.89<br>Billable |
| #627740 | Car service from office to home on 11/30/12 after 8pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel case). | | | |
| | Matter Total: | | 0.00 | 1,741.21 |
| | Total Time Bill: | | | |
| | Total Time Non Bill: | | | |
| | Total Costs Bill: | | | 1,741.21 |
| | Total Costs Non Bill: | | | |
| | Total Non Billable: | | | |
| | Total Billable: | | | 1,741.21 |
| | Grand Total: | | | 1,741.21 |