## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTEL NETWORKS, INC., *et al.*, | : | Case No. 09-10138 (KG) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re Dkt Nos. 9352, 9390, 9391, 9392 & 9396** |

## ORDER

This Court and the Canadian Court (the "Courts") have scheduled a summary argument on the allocation issue for March 7, 2013, at 10:00 a.m.. The parties previously argued the issue on June 7, 2011. The Courts possess and will review the transcript of the previous argument.

IT IS THEREFORE ORDERED this 19th day of February 2013, that in order to use efficiently the parties' and the Courts' time and because this is a second argument of the issues, the Courts will hear argument from 10:00 a.m. to 1:00 p.m. The parties should therefore plan their arguments accordingly.

Following the argument, the Courts will adjourn to a time later on March 7, 2013, to be announced at the hearing. When the Courts reconvene they will issue oral rulings which will enable the parties to commence discovery. The Courts will thereafter issue written rulings.

_____
KEVIN GROSS, U.S.B.J.