# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** **RLKS Executive Solutions LLC**

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **11/1/2012** | **11/30/2012** |
| **Enter Billing Rate/Hr:** | **450.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 87.50 | $450.00 | $39,375.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 176.80 | $450.00 | $79,560.00 |
| 4 | Fee Apps | 5.00 | $450.00 | $2,250.00 |
| 5 | Non-working travel | 14.20 | $225.00 | $3,195.00 |
| 6 | Claims Administration | 45.40 | $450.00 | $20,430.00 |
| 7 | Tax/Finance Matters and Budget Projects | 21.00 | $450.00 | $9,450.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **349.90** | | **$154,260.00** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/1/2012 | ClearCase calls, Ring Fence Support | Raj Perubhatla | 1 | 2.5 |
| 11/1/2012 | Tape Backup discovery process research / documentation updates / Netbackup, BOXI backups | Brandon Bangerter | 1 | 5.0 |
| 11/1/2012 | Conference call re: weekly updates / livelink searches / Retiree LTD files research, posting | Brandon Bangerter | 1 | 3.0 |
| 11/2/2012 | Livelink search engine issue, troubleshooting / search and log of all instances | Brandon Bangerter | 1 | 2.5 |
| 11/2/2012 | Retiree LTD files upload, send / NetBackup configuration updates, cleanup of tapes and jobs | Brandon Bangerter | 1 | 4.0 |
| 11/3/2012 | Emails and IT Support | Raj Perubhatla | 1 | 0.5 |
| 11/4/2012 | Backup monitoring / Livelink questions / e-mail | Brandon Bangerter | 1 | 1.0 |
| 11/5/2012 | ILOM configuration changes / Tape library Media error / Disk provisioning, configuration to zrtps001 | Brandon Bangerter | 1 | 7.5 |
| 11/5/2012 | Correspondence received, reviewed, responded re Web Updates | Kathryn Schultea | 1 | 1.5 |
| 11/6/2012 | Cleary SNMP Meetings in NYC | Raj Perubhatla | 1 | 9.0 |
| 11/6/2012 | Storage provisioning for 003 / documentation updates / LTD files / Sun ILOM configuration changes | Brandon Bangerter | 1 | 6.5 |
| 11/7/2012 | Netbackup job/policy verification / e-mail issues and updates | Brandon Bangerter | 1 | 1.0 |
| 11/8/2012 | Conf call re:  ProBusiness server issues / netbackup job monitoring / e-mail udpates | Brandon Bangerter | 1 | 1.5 |
| 11/11/2012 | NetBackup job updates / tape cleanups, updates | Brandon Bangerter | 1 | 1.0 |
| 11/12/2012 | Livelink server issues with US instance / server config fixes, disk space issues, services updates | Brandon Bangerter | 1 | 3.5 |
| 11/12/2012 | Preparation for PST searches for retiree life-eligibilityy / Netbackup checks and updates | Brandon Bangerter | 1 | 1.5 |
| 11/13/2012 | Conference call re:  weekly updates / PST retiree searches for Life and LTC and eligibility | Brandon Bangerter | 1 | 4.0 |
| 11/14/2012 | Emails and IT Support | Raj Perubhatla | 1 | 0.5 |
| 11/14/2012 | Inventory of all LTD files sent to Cleary / file uploads / e-mail updates | Brandon Bangerter | 1 | 3.5 |
| 11/14/2012 | Storage provisioning procedure documentation updates / Netbackup monitoring, updates / Boxi backup | Brandon Bangerter | 1 | 3.5 |
| 11/15/2012 | Emails and IT Support | Raj Perubhatla | 1 | 1.0 |
| 11/15/2012 | Infrastructure requests / BOXI backups / Weekly update meeting, planning | Brandon Bangerter | 1 | 3.0 |
| 11/15/2012 | Tape Backup discovery process research / documentation updates | Brandon Bangerter | 1 | 2.0 |
| 11/16/2012 | Emails and IT Support | Raj Perubhatla | 1 | 1.0 |
| 11/16/2012 | Netbackup inventory of all backups on tape and NAS box / policy configuration changes / catalog changes | Brandon Bangerter | 1 | 4.0 |
| 11/19/2012 | Backup monitoring / Boxi backups / E-mail support updates / Infrastructure review for ILO | Brandon Bangerter | 1 | 3.5 |
| 11/20/2012 | Emails and IT Support | Raj Perubhatla | 1 | 1.0 |
| 11/20/2012 | Quickbooks profile issue / troubleshooting and testing / policy updates to netbackup | Brandon Bangerter | 1 | 3.5 |
| 11/21/2012 | Netbackup jobs monitoring / server updates and checks | Brandon Bangerter | 1 | 1.0 |
| 11/27/2012 | IT Ring Fence Meetings; emails etc | Raj Perubhatla | 1 | 0.5 |
| 11/27/2012 | Weekly update conference call / Backup monitoring | Brandon Bangerter | 1 | 1.0 |
| 11/29/2012 | Weekly update conference call / Backup monitoring | Brandon Bangerter | 1 | 1.0 |
| 11/30/2012 | Netbackup job configuration changes / troubleshooting issues on Netbackup master server | Brandon Bangerter | 1 | 2.0 |
| 11/1/2012 | Conference Call re Nortel Benefits Updates | Kathryn Schultea | 3 | 3.0 |
| 11/1/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 2.3 |
| 11/2/2012 | HR Year Annual Enrollment Development | Raj Perubhatla | 3 | 4.0 |
| 11/2/2012 | Conference Call re Weekly HR Touchpoint | Kathryn Schultea | 3 | 0.6 |
| 11/2/2012 | Conference Call re Residual Company Staff Meeting | Kathryn Schultea | 3 | 1.1 |
| 11/2/2012 | Correspondence received, reviewed, responded re LTD Discussion | Kathryn Schultea | 3 | 1.5 |
| 11/3/2012 | HR Year Annual Enrollment Development | Raj Perubhatla | 3 | 3.5 |
| 11/4/2012 | HR Year Annual Enrollment Development | Raj Perubhatla | 3 | 8.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/5/2012 | Correspondence received, reviewed, responded re Help Desk Call Center | Kathryn Schultea | 3 | 0.7 |
| 11/5/2012 | Correspondence received, reviewed, responded re  Retiree Committee Follow-up Questions | Kathryn Schultea | 3 | 1.8 |
| 11/6/2012 | Correspondence received, reviewed, responded re LTD Files | Kathryn Schultea | 3 | 2.7 |
| 11/6/2012 | Correspondence received, reviewed, responded re Nortel Retirement Plan | Kathryn Schultea | 3 | 0.5 |
| 11/6/2012 | Correspondence received, reviewed, responded re LTIP Discussion | Kathryn Schultea | 3 | 1.1 |
| 11/7/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 3.6 |
| 11/7/2012 | Correspondence received, reviewed, responded re Benefits | Kathryn Schultea | 3 | 1.4 |
| 11/8/2012 | Correspondence received, reviewed, responded re  Retiree Committee Follow-up Questions | Kathryn Schultea | 3 | 2.3 |
| 11/8/2012 | Correspondence received, reviewed, responded re  Prudential Discussion | Kathryn Schultea | 3 | 0.8 |
| 11/9/2012 | Conference Call re: Retiree Committee Follow-up Questions | Kathryn Schultea | 3 | 1.2 |
| 11/9/2012 | Correspondence received, reviewed, responded re  Help Desk Call Center & History | Kathryn Schultea | 3 | 0.6 |
| 11/9/2012 | Correspondence received, reviewed, responded re  HR Matters | Kathryn Schultea | 3 | 1.8 |
| 11/12/2012 | Conference Call re: Weekly Update Calls | Kathryn Schultea | 3 | 0.8 |
| 11/12/2012 | Correspondence received, reviewed, responded re LTIP Discussion | Kathryn Schultea | 3 | 1.2 |
| 11/12/2012 | Correspondence received, reviewed, responded re Retiree Committee Follow-up Discussion | Kathryn Schultea | 3 | 1.3 |
| 11/13/2012 | Correspondence received, reviewed, responded re Nortel HR Related Matters | Kathryn Schultea | 3 | 4.5 |
| 11/14/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 1.5 |
| 11/14/2012 | Correspondence received, reviewed, responded re Nortel Retirees | Kathryn Schultea | 3 | 2.7 |
| 11/14/2012 | Correspondence received, reviewed, responded re LTD Files | Kathryn Schultea | 3 | 0.3 |
| 11/14/2012 | Correspondence received, reviewed, responded re Benefits Discussion | Kathryn Schultea | 3 | 1.8 |
| 11/15/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 2.0 |
| 11/15/2012 | Correspondence received, reviewed, responded re Nortel Retirees Discussion | Kathryn Schultea | 3 | 3.2 |
| 11/15/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 2.0 |
| 11/16/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 7.0 |
| 11/16/2012 | Correspondence received, reviewed, responded re LTD Committee | Kathryn Schultea | 3 | 1.2 |
| 11/16/2012 | Correspondence received, reviewed, responded re Nortel Stock Fund | Kathryn Schultea | 3 | 1.0 |
| 11/16/2012 | Correspondence received, reviewed, responded re Employee Benefits | Kathryn Schultea | 3 | 2.7 |
| 11/17/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 10.0 |
| 11/18/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 8.0 |
| 11/19/2012 | Conference Call re: Weekly HR Touchpoint | Kathryn Schultea | 3 | 1.3 |
| 11/19/2012 | Correspondence received, reviewed, responded re LTD/Retiree Discussion | Kathryn Schultea | 3 | 1.8 |
| 11/19/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 0.8 |
| 11/20/2012 | Conference Call re: Weekly Update Calls | Kathryn Schultea | 3 | 0.6 |
| 11/20/2012 | Correspondence received, reviewed, responded re Benefits Issues | Kathryn Schultea | 3 | 0.4 |
| 11/20/2012 | Correspondence received, reviewed, responded re LTD/Retiree Discussions | Kathryn Schultea | 3 | 4.0 |
| 11/21/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 7.0 |
| 11/21/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 0.7 |
| 11/21/2012 | Correspondence received, reviewed, responded re Vendor Discussion | Kathryn Schultea | 3 | 0.3 |
| 11/21/2012 | Correspondence received, reviewed, responded re LTD Discussion | Kathryn Schultea | 3 | 1.3 |
| 11/21/2012 | Correspondence received, reviewed, responded re Retiree Committee Follow-up Discussion | Kathryn Schultea | 3 | 2.0 |
| 11/22/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 8.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/22/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 0.5 |
| 11/23/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 8.0 |
| 11/23/2012 | Correspondence received, reviewed, responded re Benefits Data | Kathryn Schultea | 3 | 1.0 |
| 11/23/2012 | Correspondence received, reviewed, responded re NNI Discussion | Kathryn Schultea | 3 | 0.5 |
| 11/23/2012 | Correspondence received, reviewed, responded re LTD Discussion | Kathryn Schultea | 3 | 1.4 |
| 11/24/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 8.0 |
| 11/25/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 7.0 |
| 11/26/2012 | Correspondence received, reviewed, responded re LTD Discussion | Kathryn Schultea | 3 | 3.3 |
| 11/26/2012 | Correspondence received, reviewed, responded re Benefits Update | Kathryn Schultea | 3 | 0.4 |
| 11/26/2012 | Correspondence received, reviewed, responded re NNI Discussion | Kathryn Schultea | 3 | 0.5 |
| 11/27/2012 | Onsite at Raleigh - RTP - HR Matters & LTD Discussion | Kathryn Schultea | 3 | 9.0 |
| 11/28/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 1.0 |
| 11/28/2012 | Correspondence received, reviewed, responded re LTD Discussion | Kathryn Schultea | 3 | 2.5 |
| 11/28/2012 | Correspondence received, reviewed, responded re Retiree Review Summary | Kathryn Schultea | 3 | 1.5 |
| 11/28/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.0 |
| 11/29/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 2.0 |
| 11/29/2012 | Correspondence received, reviewed, responded re LTD Discussion | Kathryn Schultea | 3 | 1.5 |
| 11/29/2012 | Correspondence received, reviewed, responded re Employee Benefits Issues | Kathryn Schultea | 3 | 1.0 |
| 11/29/2012 | Correspondence received, reviewed, responded re Retiree Committee Follow-up Discussion | Kathryn Schultea | 3 | 0.5 |
| 11/30/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 4.0 |
| 11/30/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 0.3 |
| 11/30/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 5.0 |
| 11/5/2012 | Non-working travel:  Houston to RTP | Brandon Bangerter | 5 | 5.5 |
| 11/6/2012 | Non-working travel:  RTP to Houston | Brandon Bangerter | 5 | 5.5 |
| 11/27/2012 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 1.6 |
| 11/27/2012 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 1.6 |
| 11/1/2012 | Claims Development | Raj Perubhatla | 6 | 3.0 |
| 11/2/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 11/3/2012 | Claims Development and Administration | Raj Perubhatla | 6 | 4.0 |
| 11/5/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 11/5/2012 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 0.8 |
| 11/6/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 11/6/2012 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 0.5 |
| 11/10/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 11/12/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 11/12/2012 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 3.8 |
| 11/13/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 11/14/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 11/15/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 11/19/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 11/21/2012 | Claims Database Loads | Raj Perubhatla | 6 | 4.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 11/21/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.5 |
| 11/23/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.0 |
| 11/24/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.8 |
| 11/25/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 11/25/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 5.3 |
| 11/26/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 11/27/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 11/27/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 1.5 |
| 11/27/2012 | Conference Call and Prep/Follow-up re: Non-Employee Claims Status | Mary Cilia | 6 | 0.8 |
| 11/28/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 11/29/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 11/29/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 1.5 |
| 11/30/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 11/2/2012 | EY update | Richard Lydecker | 7 | 1.0 |
| 11/9/2012 | EY update | Richard Lydecker | 7 | 1.0 |
| 11/13/2012 | Review 2013 engagement proposal and tax models | Richard Lydecker | 7 | 2.0 |
| 11/13/2012 | Meeting on 2013 engagement proposal and tax models | Richard Lydecker | 7 | 2.5 |
| 11/14/2012 | Model | Richard Lydecker | 7 | 1.5 |
| 11/15/2012 | Model | Richard Lydecker | 7 | 1.0 |
| 11/19/2012 | Model | Richard Lydecker | 7 | 2.0 |
| 11/19/2012 | EY call on model | Richard Lydecker | 7 | 1.0 |
| 11/20/2012 | Tax model | Richard Lydecker | 7 | 3.0 |
| 11/20/2012 | Engagement and fee proposal EY | Richard Lydecker | 7 | 2.0 |
| 11/30/2012 | State tax issues | Richard Lydecker | 7 | 1.0 |
| 11/30/2012 | Tax model | Richard Lydecker | 7 | 3.0 |