# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**November 1, 2012 through November 30, 2012**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | $ | 2,686.50 |
| Travel – Lodging | | 213.57 |
| Travel – Transportation | | 602.37 |
| Travel – Meals | | 57.04 |
| Office Expenses | | - |
| TOTAL | $ | 3,559.48 |
| | | |

# Nortel Expense Report

**PERIOD:** November 1, 2012 through November 30, 2012

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 11/5-11/6 | Travel Houston/Raleigh | $ 1,608.90 | $ 213.57 | $ 57.04 | $ 172.87 | | Brandon Bangerter |
| 11/27/2012 | Travel NYC/Raleigh | $ 1,077.60 | | | $ 429.50 | | Kathryn Schultea |
| | | | | | | | |
| | | | | | | | |
| | | $ 2,686.50 | $ 213.57 | $ 57.04 | $ 602.37 | $  - | |