# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 12/1/2012 | 12/31/2012 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 63.40 | $450.00 | $28,530.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 98.50 | $450.00 | $44,325.00 |
| 4 | Fee Apps | 4.00 | $450.00 | $1,800.00 |
| 5 | Non-working travel | 4.50 | $225.00 | $1,012.50 |
| 6 | Claims Administration | 46.00 | $450.00 | $20,700.00 |
| 7 | Tax/Finance Matters and Budget Projects | 20.90 | $450.00 | $9,405.00 |
| 8 | Misc Debtor Issues and Communications | 1.10 | $450.00 | $495.00 |
| | **Hours/Billing Amount for Period:** | **238.40** | | **$106,267.50** |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/3/2012 | BOXI Report scheduling error, troubleshooting / Tape library hardware error, troubleshooting | Brandon Bangerter | 1 | 6.0 |
| 12/4/2012 | Troubleshooting hardware issues / Netbackup config on 4c0 / Weekly meeting / Boxi backups | Brandon Bangerter | 1 | 5.0 |
| 12/5/2012 | Netbackup monitoring / minor configuration changes | Brandon Bangerter | 1 | 1.0 |
| 12/6/2012 | Weekly meeting / livelink update , Backup jobs config changes for NAS backup from 001 | Brandon Bangerter | 1 | 2.0 |
| 12/7/2012 | Netbackup monitoring / changes to config for NAS backup over weekend | Brandon Bangerter | 1 | 1.0 |
| 12/8/2012 | Kickoff NAS backup / troubleshooting error messages / analysis / monitoring | Brandon Bangerter | 1 | 2.0 |
| 12/9/2012 | Netbackup monitoring / changes to config for NAS backup over weekend | Brandon Bangerter | 1 | 1.0 |
| 12/10/2012 | Troubleshooting issue on 001 Netbackup Master / Config backups for Offsite Nas server | Brandon Bangerter | 1 | 5.0 |
| 12/11/2012 | Troubleshooting / correcting error on Netbackup Tape library / offsite NAS backups | Brandon Bangerter | 1 | 3.0 |
| 12/12/2012 | Reconfigure Offsite NAS policies, expire images, kick off backups | Brandon Bangerter | 1 | 2.0 |
| 12/13/2012 | Monitoring of Offsite backups / identify and start file copies to NAS | Brandon Bangerter | 1 | 1.0 |
| 12/14/2012 | IT Maintenance | Raj Perubhatla | 1 | 3.0 |
| 12/14/2012 | Livelink search engine issue on RTP, asiapac access issue / BOXI backups / Offsite NAS continuation | Brandon Bangerter | 1 | 5.0 |
| 12/15/2012 | IT Maintenance | Raj Perubhatla | 1 | 4.0 |
| 12/18/2012 | End-user support and confirmation / Netbackup monitoring | Brandon Bangerter | 1 | 1.0 |
| 12/19/2012 | RTP livelink issue with search engine / drive out of space / file download | Brandon Bangerter | 1 | 2.0 |
| 12/19/2012 | Correspondence received, reviewed, responded re Retiree Data | Kathryn Schultea | 1 | 0.6 |
| 12/19/2012 | Correspondence received, reviewed, responded re Livelink Review | Kathryn Schultea | 1 | 0.8 |
| 12/20/2012 | Offsite NAS issues with backup, troubleshooting / completion of backups and copies to move offsite | Brandon Bangerter | 1 | 5.0 |
| 12/21/2012 | Monitoring of backups / tape assignment | Brandon Bangerter | 1 | 1.0 |
| 12/22/2012 | HR and IT Maintenance | Raj Perubhatla | 1 | 2.0 |
| 12/24/2012 | Monitoring of backups / tape assignment / configuration of backup policies | Brandon Bangerter | 1 | 1.0 |
| 12/26/2012 | Monitoring of backups / tape assignment / configuration of backup policies | Brandon Bangerter | 1 | 1.0 |
| 12/27/2012 | Server coordination / backup policy modifications / monitoring | Brandon Bangerter | 1 | 2.0 |
| 12/28/2012 | Hardware discussion for configuration of new environment / Netbackup jobs monitoring | Brandon Bangerter | 1 | 2.0 |
| 12/29/2012 | Infrastructure set up, configuration, and testing in new environment | Brandon Bangerter | 1 | 2.0 |
| 12/30/2012 | IT Maintenance | Raj Perubhatla | 1 | 2.0 |
| 12/1/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 10.0 |
| 12/2/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 8.0 |
| 12/3/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 1.0 |
| 12/3/2012 | Correspondence received, reviewed, responded re NNI Mediation | Kathryn Schultea | 3 | 3.3 |
| 12/4/2012 | HR Year End Annual Enrollment Development | Raj Perubhatla | 3 | 2.0 |
| 12/4/2012 | NNI Mediation | Kathryn Schultea | 3 | 8.0 |
| 12/5/2012 | Correspondence received, reviewed, responded re NNI Mediation | Kathryn Schultea | 3 | 2.5 |
| 12/5/2012 | Conference Call re  HR Matters | Kathryn Schultea | 3 | 1.2 |
| 12/6/2012 | Conference Call re NNI HR & DC Correspondence | Kathryn Schultea | 3 | 3.0 |
| 12/6/2012 | Conference Call re HR Matters | Kathryn Schultea | 3 | 1.3 |
| 12/6/2012 | Conference Call re HR Touch Point | Kathryn Schultea | 3 | 1.2 |
| 12/7/2012 | Correspondence received, reviewed, responded re Employee Benefits and Plans | Kathryn Schultea | 3 | 0.5 |
| 12/10/2012 | HR Support | Raj Perubhatla | 3 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/10/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 1.4 |
| 12/10/2012 | Correspondence received, reviewed, responded re Nortel Tax Questions | Kathryn Schultea | 3 | 1.0 |
| 12/10/2012 | Correspondence received, reviewed, responded re Benefits Issues | Kathryn Schultea | 3 | 2.5 |
| 12/11/2012 | Conference Call re: LTD Benefits | Kathryn Schultea | 3 | 0.8 |
| 12/11/2012 | Correspondence received, reviewed, responded re Discovery Discussion | Kathryn Schultea | 3 | 1.2 |
| 12/11/2012 | Correspondence received, reviewed, responded re LTD/Retiree Discussion | Kathryn Schultea | 3 | 1.6 |
| 12/12/2012 | HR Interfaces Troubleshooting | Raj Perubhatla | 3 | 2.0 |
| 12/12/2012 | Correspondence received, reviewed, responded re Benefits Questions | Kathryn Schultea | 3 | 3.3 |
| 12/13/2012 | HR Support | Raj Perubhatla | 3 | 2.0 |
| 12/13/2012 | Correspondence received, reviewed, responded re Deferred Comp / LTD | Kathryn Schultea | 3 | 2.3 |
| 12/14/2012 | HR Interfaces Troubleshooting | Raj Perubhatla | 3 | 3.0 |
| 12/14/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 4.0 |
| 12/17/2012 | Conference Call re LTD Discussion | Kathryn Schultea | 3 | 1.2 |
| 12/17/2012 | Correspondence received, reviewed, responded re Retiree Enrollment | Kathryn Schultea | 3 | 1.5 |
| 12/18/2012 | Correspondence received, reviewed, responded re Nortel Stock Fund | Kathryn Schultea | 3 | 2.3 |
| 12/18/2012 | Correspondence received, reviewed, responded re LTIP | Kathryn Schultea | 3 | 0.8 |
| 12/18/2012 | Correspondence received, reviewed, responded re Retiree Discussion | Kathryn Schultea | 3 | 0.6 |
| 12/19/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 1.2 |
| 12/20/2012 | Conference Call re: HR | Kathryn Schultea | 3 | 0.5 |
| 12/20/2012 | Conference Call re: Year End Update | Kathryn Schultea | 3 | 0.7 |
| 12/20/2012 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.3 |
| 12/26/2012 | Correspondence received, reviewed, responded re Benefits Update | Kathryn Schultea | 3 | 0.5 |
| 12/26/2012 | Correspondence received, reviewed, responded re LTIP | Kathryn Schultea | 3 | 1.7 |
| 12/28/2012 | Correspondence received, reviewed, responded re LTIP Discussion | Kathryn Schultea | 3 | 1.5 |
| 12/28/2012 | Correspondence received, reviewed, responded re Nortel HR Matters | Kathryn Schultea | 3 | 2.2 |
| 12/29/2012 | HR Year End Annual Enrollment Development to Reverse interfaces | Raj Perubhatla | 3 | 8.0 |
| 12/30/2012 | Correspondence received, reviewed, responded re LTIP Update | Kathryn Schultea | 3 | 0.6 |
| 12/30/2012 | Correspondence received, reviewed, responded re NNI Discussion | Kathryn Schultea | 3 | 0.8 |
| 12/31/2012 | HR Year End Annual Enrollment Development to Reverse interfaces | Raj Perubhatla | 3 | 4.0 |
| 12/31/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 4.0 |
| 12/3/2012 | Non-working travel from Houston to New York | Kathryn Schultea | 5 | 4.5 |
| 12/6/2012 | Correspondence received, reviewed and responded re: Round 2 Post-Petition Settlement Letters | Mary Cilia | 6 | 0.5 |
| 12/6/2012 | Correspondence received, reviewed and responded re: Severance Waivers | Mary Cilia | 6 | 0.8 |
| 12/7/2012 | Claims Development and Administration | Raj Perubhatla | 6 | 3.0 |
| 12/7/2012 | Correspondence received, reviewed and responded re: Severance Waivers | Mary Cilia | 6 | 0.8 |
| 12/7/2012 | Correspondence received, reviewed, responded re Nortel Claims | Kathryn Schultea | 6 | 2.7 |
| 12/8/2012 | Claims Development and Administration | Raj Perubhatla | 6 | 5.0 |
| 12/10/2012 | Conference Call and Prep/Follow-up re: Non-Employee Claims | Mary Cilia | 6 | 2.3 |
| 12/11/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 0.8 |
| 12/11/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 12/12/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 12/13/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 12/14/2012 | Correspondence received, reviewed, responded re Nortel Claims | Kathryn Schultea | 6 | 1.2 |
| 12/17/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 12/18/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 12/19/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 12/20/2012 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 2.3 |
| 12/21/2012 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 5.5 |
| 12/26/2012 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 2.5 |
| 12/26/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 12/27/2012 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 3.8 |
| 12/27/2012 | Correspondence received, reviewed, responded re Claims Report | Kathryn Schultea | 6 | 3.3 |
| 12/28/2012 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 4.3 |
| 12/3/2012 | EY 2013 proposal | Richard Lydecker | 7 | 1.0 |
| 12/3/2012 | Tax model | Richard Lydecker | 7 | 3.0 |
| 12/4/2012 | Cash flow modeling | Richard Lydecker | 7 | 1.0 |
| 12/4/2012 | Tax model | Richard Lydecker | 7 | 0.8 |
| 12/5/2012 | Tax model | Richard Lydecker | 7 | 1.5 |
| 12/6/2012 | Cash flow modeling | Richard Lydecker | 7 | 1.0 |
| 12/7/2012 | EY update call | Richard Lydecker | 7 | 1.0 |
| 12/10/2012 | Strategy presentation | Richard Lydecker | 7 | 2.0 |
| 12/11/2012 | Model and presentation | Richard Lydecker | 7 | 2.5 |
| 12/12/2012 | Presentation | Richard Lydecker | 7 | 1.0 |
| 12/12/2012 | EY 2013 engagement and fees | Richard Lydecker | 7 | 1.0 |
| 12/12/2012 | Cash flow modeling and estimated tax | Richard Lydecker | 7 | 0.8 |
| 12/13/2012 | JR and Cleary call preparation re tax modeling and estimated tax | Richard Lydecker | 7 | 1.5 |
| 12/13/2012 | JR and Cleary call re tax modeling and estimated tax | Richard Lydecker | 7 | 1.5 |
| 12/14/2012 | EY update call | Richard Lydecker | 7 | 0.8 |
| 12/21/2012 | EY update call | Richard Lydecker | 7 | 0.5 |
| 12/7/2012 | Correspondence received, reviewed, responded re NNI Discussion | Kathryn Schultea | 8 | 1.1 |