# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**December 1, 2012 through December 31, 2012**

| Expense Category | Total Expenses |
|---|---|
| Travel – Airline | $ 1,042.05 |
| Travel – Lodging | - |
| Travel – Transportation | - |
| Travel – Meals | 498.19 |
| Office Expenses | - |
| TOTAL | $ 1,540.24 |
| | |

## Nortel Expense Report

**PERIOD:** **December 1, 2012 through December 31, 2012**

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 12/3/2012 | Travel to New York | $ 1,042.05 | | $ 498.19 | | | Kathryn Schultea |
| | | $ 1,042.05 | $ - | $ 498.19 | $ - | $ - | |