# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

**Working Dates:** Start Date 1/1/2013 — End Date 1/31/2013

**Enter Billing Rate/Hr:** 450.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 67.70 | $450.00 | $30,465.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 104.80 | $450.00 | $47,160.00 |
| 4 | Fee Apps | 4.00 | $450.00 | $1,800.00 |
| 5 | Non-working travel | 5.50 | $225.00 | $1,237.50 |
| 6 | Claims Administration | 133.70 | $450.00 | $60,165.00 |
| 7 | Tax/Finance Matters and Budget Projects | 15.80 | $450.00 | $7,110.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **331.50** | | **$147,937.50** |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/1/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 1/2/2013 | Livelink server issues troubleshooting, implementing fixes | Brandon Bangerter | 1 | 6.5 |
| 1/3/2013 | Weekly meeting, Livelink server issues cont. / 0K1 server config changes / fixes | Brandon Bangerter | 1 | 6.0 |
| 1/3/2013 | HR, IT, Claims Tasks and meetings in RTP | Raj Perubhatla | 1 | 2.0 |
| 1/4/2013 | Livelink testing / Netbackup monitoring / end-user support | Brandon Bangerter | 1 | 2.5 |
| 1/7/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 1/8/2013 | Livelink issues, DARE Reports troubleshooting | Brandon Bangerter | 1 | 3.5 |
| 1/9/2013 | Backup monitoring / End-user support | Brandon Bangerter | 1 | 2.5 |
| 1/10/2013 | Weekly meeting / end-user support | Brandon Bangerter | 1 | 1.0 |
| 1/11/2013 | Monitoring netbackup jobs / policy changes | Brandon Bangerter | 1 | 1.0 |
| 1/14/2013 | End-user support / ProBiz issues / Drive mappings | Brandon Bangerter | 1 | 1.5 |
| 1/14/2013 | Correspondence received, reviewed, responded re LTD Data | Kathryn Schultea | 1 | 0.6 |
| 1/15/2013 | Weekly meeting / Livelink server issue / troubleshooting / testing | Brandon Bangerter | 1 | 2.0 |
| 1/15/2013 | IT Troubleshooting | Raj Perubhatla | 1 | 2.0 |
| 1/16/2013 | Monitoring Livelink server / Netbackup backups | Brandon Bangerter | 1 | 1.5 |
| 1/17/2013 | Weekly Meeting / Backup updates | Brandon Bangerter | 1 | 1.0 |
| 1/18/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.5 |
| 1/18/2013 | Correspondence received, reviewed, responded re NNI Tape Retrieval | Kathryn Schultea | 1 | 0.3 |
| 1/19/2013 | Backups/ verifications for Livelink 0K1 server / restore to new drive | Brandon Bangerter | 1 | 5.5 |
| 1/20/2013 | Livelink server issues / monitoring fixes | Brandon Bangerter | 1 | 2.0 |
| 1/21/2013 | Monitoring netbackup jobs / policy changes | Brandon Bangerter | 1 | 1.5 |
| 1/22/2013 | Weekly Meeting / Backup updates | Brandon Bangerter | 1 | 1.5 |
| 1/22/2013 | IT Support | Raj Perubhatla | 1 | 2.0 |
| 1/23/2013 | Backup monitoring / End-user support | Brandon Bangerter | 1 | 1.0 |
| 1/24/2013 | Weekly Meeting / Switch issues, research | Brandon Bangerter | 1 | 2.5 |
| 1/24/2013 | Conference Call re: retention issues | Kathryn Schultea | 1 | 1.3 |
| 1/25/2013 | Backup monitoring / End-user support | Brandon Bangerter | 1 | 1.0 |
| 1/25/2013 | IT Support | Raj Perubhatla | 1 | 2.0 |
| 1/26/2013 | HR Support and Development | Raj Perubhatla | 1 | 4.0 |
| 1/28/2013 | Livelink testing / Netbackup monitoring / end-user support | Brandon Bangerter | 1 | 1.0 |
| 1/28/2013 | IT Support | Raj Perubhatla | 1 | 1.0 |
| 1/29/2013 | Weekly Meeting / Backup updates | Brandon Bangerter | 1 | 1.5 |
| 1/30/2013 | Backup monitoring / End-user support | Brandon Bangerter | 1 | 1.0 |
| 1/31/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.5 |
| 1/2/2013 | Correspondence received, reviewed, responded re HR Matters (Incentive Plan Motion 2013) | Kathryn Schultea | 3 | 2.8 |
| 1/3/2013 | Conference Call re: New Year Update Call | Kathryn Schultea | 3 | 0.8 |
| 1/3/2013 | Conference Call re: Weekly Incentive Award Motion | Kathryn Schultea | 3 | 1.0 |
| 1/3/2013 | Correspondence received, reviewed, responded re LTIP Plan Status | Kathryn Schultea | 3 | 1.2 |
| 1/3/2013 | Correspondence received, reviewed, responded re HR Matters (Incentive Plan Motion) | Kathryn Schultea | 3 | 2.0 |
| 1/3/2013 | Correspondence received, reviewed, responded re QDRO List | Kathryn Schultea | 3 | 1.3 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/3/2013 | HR, IT, Claims Tasks and meetings in RTP | Raj Perubhatla | 3 | 4.0 |
| 1/4/2013 | Correspondence received, reviewed, responded re Adhoc Plan | Kathryn Schultea | 3 | 1.2 |
| 1/4/2013 | Correspondence received, reviewed, responded re QDRO list | Kathryn Schultea | 3 | 2.7 |
| 1/4/2013 | HR Support and Development | Raj Perubhatla | 3 | 5.0 |
| 1/5/2013 | HR Support and Development | Raj Perubhatla | 3 | 3.0 |
| 1/7/2013 | Conference Call re: HR Matters | Kathryn Schultea | 3 | 0.7 |
| 1/7/2013 | Correspondence received, reviewed, responded re Retiree Discussion | Kathryn Schultea | 3 | 1.1 |
| 1/7/2013 | Correspondence received, reviewed, responded re EE Benefits Issues | Kathryn Schultea | 3 | 2.5 |
| 1/8/2013 | Conference Call re: Mercer Update re LTIP | Kathryn Schultea | 3 | 1.0 |
| 1/8/2013 | Correspondence received, reviewed, responded re 2013 Residual Comp. | Kathryn Schultea | 3 | 0.7 |
| 1/8/2013 | Correspondence received, reviewed, responded re 2013 NNI Discussion | Kathryn Schultea | 3 | 1.5 |
| 1/8/2013 | Correspondence received, reviewed, responded re LTD/Retiree Discussion | Kathryn Schultea | 3 | 1.2 |
| 1/8/2013 | HR Support and Development | Raj Perubhatla | 3 | 3.0 |
| 1/9/2013 | Correspondence received, reviewed, responded re Nortel / Mercer discussion | Kathryn Schultea | 3 | 1.6 |
| 1/9/2013 | Correspondence received, reviewed, responded re LTD/Retiree Discussion | Kathryn Schultea | 3 | 1.3 |
| 1/9/2013 | Correspondence received, reviewed, responded re Nortel Key Priorities | Kathryn Schultea | 3 | 0.8 |
| 1/9/2013 | HR Support and Development | Raj Perubhatla | 3 | 2.0 |
| 1/10/2013 | Conference Call re: Nortel market pay update | Kathryn Schultea | 3 | 0.3 |
| 1/10/2013 | Correspondence received, reviewed, responded re Nortel Key Priorities | Kathryn Schultea | 3 | 0.7 |
| 1/10/2013 | Correspondence received, reviewed, responded re QDRO List | Kathryn Schultea | 3 | 1.2 |
| 1/10/2013 | Correspondence received, reviewed, responded re LTD followup | Kathryn Schultea | 3 | 0.7 |
| 1/11/2013 | Correspondence received, reviewed, responded re QDRO Update | Kathryn Schultea | 3 | 1.3 |
| 1/11/2013 | Correspondence received, reviewed, responded re LTD Benefits | Kathryn Schultea | 3 | 2.2 |
| 1/13/2013 | HR Support and Development | Raj Perubhatla | 3 | 4.0 |
| 1/14/2013 | Correspondence received, reviewed, responded re QDRO Update | Kathryn Schultea | 3 | 1.5 |
| 1/14/2013 | HR Support and Development | Raj Perubhatla | 3 | 2.0 |
| 1/15/2013 | Conference Call re: LTIP Weekly Call | Kathryn Schultea | 3 | 1.2 |
| 1/15/2013 | Conference Call re: Nortel NSIP Updates | Kathryn Schultea | 3 | 0.8 |
| 1/15/2013 | Correspondence received, reviewed, responded re NSIP Discussion at Cleary | Kathryn Schultea | 3 | 2.0 |
| 1/15/2013 | HR Support and Development | Raj Perubhatla | 3 | 2.0 |
| 1/16/2013 | Correspondence received, reviewed, responded re NSIP Discussion | Kathryn Schultea | 3 | 2.3 |
| 1/17/2013 | Correspondence received, reviewed, responded re LTD discussion | Kathryn Schultea | 3 | 1.5 |
| 1/17/2013 | Correspondence received, reviewed, responded re NSIP Discussion | Kathryn Schultea | 3 | 0.7 |
| 1/18/2013 | HR Support and Development | Raj Perubhatla | 3 | 1.0 |
| 1/19/2013 | HR Support and Development | Raj Perubhatla | 3 | 3.0 |
| 1/21/2013 | Correspondence received, reviewed, responded re Retiree Discussion | Kathryn Schultea | 3 | 1.3 |
| 1/21/2013 | Correspondence received, reviewed, responded re Nortel Documents | Kathryn Schultea | 3 | 1.8 |
| 1/22/2013 | Conference Call re: Payroll Discussion | Kathryn Schultea | 3 | 0.7 |
| 1/22/2013 | Correspondence received, reviewed, responded re Retiree Discussion/Hearing Preparation | Kathryn Schultea | 3 | 2.5 |
| 1/23/2013 | Hearing - HR Matters and follow-up re same | Kathryn Schultea | 3 | 9.0 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/23/2013 | HR Support and Development | Raj Perubhatla | 3 | 1.5 |
| 1/24/2013 | Conference Call re: Subbu | Kathryn Schultea | 3 | 0.4 |
| 1/24/2013 | Conference Call re: outsourcing options | Kathryn Schultea | 3 | 1.0 |
| 1/24/2013 | Correspondence received, reviewed, responded re EE Benefits Issues | Kathryn Schultea | 3 | 1.2 |
| 1/25/2013 | Conference Call re: HR Related Matters | Kathryn Schultea | 3 | 1.5 |
| 1/25/2013 | Correspondence received, reviewed, responded re Address Change Questions | Kathryn Schultea | 3 | 1.0 |
| 1/28/2013 | Conference Call re: Nortel Catch Up Discussion | Kathryn Schultea | 3 | 0.5 |
| 1/28/2013 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 1.3 |
| 1/29/2013 | Conference Call re: LTIP Weekly Call | Kathryn Schultea | 3 | 1.2 |
| 1/29/2013 | Correspondence received, reviewed, responded re Data Requests | Kathryn Schultea | 3 | 3.0 |
| 1/30/2013 | Conference Call re: Retiree Issues | Kathryn Schultea | 3 | 0.6 |
| 1/30/2013 | Correspondence received, reviewed, responded re EE Benefits | Kathryn Schultea | 3 | 1.2 |
| 1/30/2013 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 1.3 |
| 1/30/2013 | HR Support for Databases and Interfaces | Raj Perubhatla | 3 | 3.0 |
| 1/31/2013 | Monthly Fee Application Work | Kathryn Schultea | 4 | 4.0 |
| 1/3/2013 | Non-Working Travel | Raj Perubhatla | 5 | 5.5 |
| 1/1/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.5 |
| 1/2/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.5 |
| 1/3/2013 | Claim Reports for Cleary re: All Claims | Mary Cilia | 6 | 2.8 |
| 1/3/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.0 |
| 1/3/2013 | HR, IT, Claims Tasks and meetings in RTP | Raj Perubhatla | 6 | 3.80 |
| 1/4/2013 | Claim Reports for Cleary re: All Claims | Mary Cilia | 6 | 1.8 |
| 1/4/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.8 |
| 1/4/2013 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 2.0 |
| 1/5/2013 | Claims Database Updates | Mary Cilia | 6 | 3.3 |
| 1/5/2013 | Claims Administration Loads | Raj Perubhatla | 6 | 4.0 |
| 1/8/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 1.3 |
| 1/8/2013 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 1.5 |
| 1/9/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.8 |
| 1/9/2013 | Conference Call, Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 1.5 |
| 1/9/2013 | Claims Database Administration Loads | Raj Perubhatla | 6 | 2.0 |
| 1/10/2013 | Correspondence received, reviewed and responded re:Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 1/10/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 1.5 |
| 1/10/2013 | Claims Database Administration Loads | Raj Perubhatla | 6 | 4.0 |
| 1/11/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.5 |
| 1/11/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 1/12/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 1/14/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 1/14/2013 | Correspondence received, reviewed, responded re Claim Questions | Kathryn Schultea | 6 | 1.2 |
| 1/15/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/16/2013 | Claims Database Updates | Mary Cilia | 6 | 2.5 |
| 1/16/2013 | Claim Analysis and Review re:  Non-Employee Claims | Mary Cilia | 6 | 1.3 |
| 1/16/2013 | Claims Database Administration Loads | Raj Perubhatla | 6 | 4.0 |
| 1/17/2013 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 2.5 |
| 1/17/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.0 |
| 1/17/2013 | Claims Database Administration Loads | Raj Perubhatla | 6 | 4.0 |
| 1/18/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 1/19/2013 | Claim Analysis and Review re:  Non-Employee Claims | Mary Cilia | 6 | 2.8 |
| 1/19/2013 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 3.0 |
| 1/20/2013 | Claim Analysis and Review re:  Non-Employee Claims | Mary Cilia | 6 | 2.5 |
| 1/20/2013 | Claims Database Administration Loads | Raj Perubhatla | 6 | 4.0 |
| 1/21/2013 | Claims Database Updates | Mary Cilia | 6 | 3.5 |
| 1/21/2013 | Claim Reports for Cleary re:  All Claims | Mary Cilia | 6 | 1.5 |
| 1/21/2013 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 1.5 |
| 1/21/2013 | Claims Database Administration Loads | Raj Perubhatla | 6 | 2.0 |
| 1/22/2013 | Claims Database Updates | Mary Cilia | 6 | 2.5 |
| 1/22/2013 | Conference Call re:  Non-Employee Claims Status | Mary Cilia | 6 | 1.0 |
| 1/22/2013 | Conference Call w/ Jane Davison re: Claims Status | Mary Cilia | 6 | 1.0 |
| 1/23/2013 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 1.5 |
| 1/23/2013 | Claims Database Updates | Mary Cilia | 6 | 2.5 |
| 1/23/2013 | Claims Database Administration Loads | Raj Perubhatla | 6 | 2.0 |
| 1/24/2013 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 2.8 |
| 1/24/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 1/25/2013 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 1.5 |
| 1/25/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 1/26/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 1/26/2013 | Claims Database Administration Loads | Raj Perubhatla | 6 | 4.0 |
| 1/27/2013 | Claims Database Updates | Mary Cilia | 6 | 0.8 |
| 1/27/2013 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 1.8 |
| 1/28/2013 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 1.5 |
| 1/28/2013 | Claim Analysis and Review re:  Non-Employee Claims | Mary Cilia | 6 | 1.5 |
| 1/28/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 1/28/2013 | Claims Database Administration Loads | Raj Perubhatla | 6 | 2.0 |
| 1/29/2013 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 1.3 |
| 1/29/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 1/29/2013 | Claims Database Administration Loads | Raj Perubhatla | 6 | 3.0 |
| 1/30/2013 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 1.0 |
| 1/30/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 1/30/2013 | Claim Analysis and Review re:  Non-Employee Claims | Mary Cilia | 6 | 1.5 |
| 1/31/2013 | Claim Analysis and Review re:  Employee Claims | Mary Cilia | 6 | 2.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 1/4/2013 | Review summary of trusts and ruling requirements | Richard Lydecker | 7 | 1.5 |
| 1/7/2013 | Read LT reseach | Richard Lydecker | 7 | 1.8 |
| 1/8/2013 | Trust work | Richard Lydecker | 7 | 1.0 |
| 1/8/2013 | Trust work | Richard Lydecker | 7 | 0.1 |
| 1/9/2013 | Trust work | Richard Lydecker | 7 | 1.0 |
| 1/9/2013 | Trust work | Richard Lydecker | 7 | 1.3 |
| 1/9/2013 | Trust work | Richard Lydecker | 7 | 1.3 |
| 1/10/2013 | Trust work | Richard Lydecker | 7 | 0.5 |
| 1/11/2013 | Trust work | Richard Lydecker | 7 | 0.7 |
| 1/13/2013 | Trust work | Richard Lydecker | 7 | 0.8 |
| 1/15/2013 | EY trust call | Richard Lydecker | 7 | 1.5 |
| 1/15/2013 | Trust work | Richard Lydecker | 7 | 0.8 |
| 1/23/2013 | Trust e-mails | Richard Lydecker | 7 | 1.0 |
| 1/25/2013 | EY call | Richard Lydecker | 7 | 0.5 |
| 1/25/2013 | EY call | Richard Lydecker | 7 | 0.5 |
| 1/30/2013 | Trust work | Richard Lydecker | 7 | 1.5 |