# EXHIBIT B

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**January 1, 2013 through January 31, 2013**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | $ | 483.20 |
| Travel – Lodging | | - |
| Travel – Transportation | | 230.00 |
| Travel – Meals | | - |
| Office Expenses | | - |
| TOTAL | $ | 713.20 |
| | | |

# Nortel Expense Report

**PERIOD:** January 1, 2013 through January 31, 2013

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 1/3/2013 | Travel Houston/Raleigh | $ 483.20 | | | $ 230.00 | | Raj Perubhatla |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | $ 483.20 | $ - | $ - | $ 230.00 | $ - | |