# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 1/10/2013 | Weekly trade payable claims call with K. O'Neill of Cleary and J. Davison of Nortel. | 0.50 | 420 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 1/10/2013 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 2.00 | 420 | 840.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 1/16/2013 | Call with J. Croft of Cleary to discuss omnibus objection exhibits. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 1/17/2013 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 1/24/2013 | Call with J. Sherrett of Cleary to discuss preference matters. | 0.20 | 420 | 84.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/15/2013 | Call with J. Croft of Cleary to discuss employee claim objection exhibits. | 0.70 | 420 | 294.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/15/2013 | Updated omnibus objection exhibits per information provided by M. Cilia of RLKS. | 2.40 | 420 | 1,008.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/15/2013 | Reviewed and updated omnibus objection exhibit analysis and provided to A. Tsai of Epiq with instructions. | 1.90 | 420 | 798.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/16/2013 | Corresponded with M. Cilia of RLKS regarding claim objections. | 0.90 | 420 | 378.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/17/2013 | Updated omnibus claim objection exhibits with comments from J. Croft of Cleary. | 1.00 | 420 | 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/22/2013 | Reviewed 29th omnibus objection exhibits provided by A. Tsai of Epiq. | 1.70 | 420 | 714.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/29/2013 | Investigated noticing issues for purposes of the omnibus objection. | 0.60 | 420 | 252.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/29/2013 | Reviewed omnibus exhibit comments from J. Croft of Cleary and updated accordingly. | 2.10 | 420 | 882.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/30/2013 | Reviewed and updated employee claim exhibits per request from J. Uziel of Cleary. | 1.00 | 420 | 420.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 1/30/2013 | Reviewed and updated the employee claim exhibits and corresponded with A. Tsai of Epiq regarding the same. | 1.00 | 420 | 420.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 1/23/2013 | Nortel- prepare quarterly QR case report draft. | 0.20 | 725 | 145.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 1/22/2013 | Updated monthly fee application documents and exhibits and provided to Huron MD. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | James Lukenda | 1/22/2013 | Nortel- review and sign-off monthly statement | 0.20 | 725 | 145.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/16/2013 | Investigated various preference items for K. Sidhu of Cleary. | 0.50 | 420 | 210.00 |
| 15 | Avoidance Actions / Reclamation Analysis | Coley P. Brown | 1/25/2013 | Reconciled preference disclosure information per request of J. Sherrett of Cleary. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/2/2013 | Reviewed and updated employee claims analysis per request of J. Uziel of Cleary. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/2/2013 | Reviewed the employee claims analysis exhibits requested by J. Uziel of Cleary. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/3/2013 | Investigated employee claim issues per request of J. Kim of Cleary. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/4/2013 | Investigated employee claim issues per request of M. Cilia of RLKS. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/4/2013 | Reconciled employee claim issues per request of J. Kim and J. Croft of Cleary. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/4/2013 | Corresponded with D. Parker of Nortel regarding employee claim issues. | 0.50 | 420 | 210.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/4/2013 | Corresponded with A. Tsai of Epiq regarding employee claim exhibits. | 0.50 | 420 | 210.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/9/2013 | Updated employee claim calculations based on recent information provided by K. Ponder of Nortel. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/9/2013 | Provided Epiq with employee claims analysis for purposes of updating claims database. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/9/2013 | Reviewed employee claim communication documents provided by B. Hunt of Epiq. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/9/2013 | Reviewed employee claim exhibits provided by B. Tuttle of Epiq and documented notes. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/10/2013 | Prepared employee claim notice per request of J. Croft of Cleary. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/10/2013 | Reviewed the updated employee claim exhibits provided by B. Tuttle of Epiq. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/10/2013 | Reviewed the updated omnibus objection claims and employee communication lists provided by M. Cilia of RLKS. | 1.10 | 420 | 462.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/11/2013 | Corresponded with J. Uziel of Cleary regarding employee claims exhibits. | 0.60 | 420 | 252.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/11/2013 | Corresponded with T. Conklin of Epiq and J. Uziel of Cleary regarding various employee claim items. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/11/2013 | Updated employee claim exhibits per comments from J. Uziel of Cleary. | 1.60 | 420 | 672.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/11/2013 | Updated employee claims analysis per discussions with K. Ponder of Nortel. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/11/2013 | Reviewed updated employee claims exhibits provided by B. Tuttle of Epiq. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/15/2013 | Reviewed and updated employee claims analysis per information provided by D. Parker of Nortel. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/15/2013 | Reviewed and updated employee claims analysis per information provided by D. Ray of Nortel. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/16/2013 | Reviewed employee claim exhibits provided by A. Tsai of Epiq and incorporated comments from J. Uziel of Cleary. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/17/2013 | Reviewed employee claim exhibits provided by A. Tsai of Epiq. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/17/2013 | Reviewed updated claims database provided by B. Hunt of Epiq. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/21/2013 | Researched and provided claim information to C. Fischer of Cleary. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/21/2013 | Updated various employee claims analyses and provided to M. Cilia of RLKS. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/22/2013 | Reviewed employee claim exhibits provided by A. Tsai of Epiq and documented notes. | 1.00 | 420 | 420.00 |

**NORTEL EXHIBIT A - TIME DETAILS PERIOD JANUARY 1, 2013 THROUGH JANUARY 31, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/22/2013 | Investigated employee claim issues per request of M. Cilia of RLKS. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/24/2013 | Investigated claim issues per request of A. Cordo of MNAT. | 0.20 | 420 | 84.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/24/2013 | Updated employee claim communication docs and sent to A. Tsai of Epiq. | 0.50 | 420 | 210.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/29/2013 | Updated employee claim analysis and provided to A. Tsai of Epiq for notification. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 1/29/2013 | Investigated employee claim issues per request of J. Croft of Cleary. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 1/3/2013 | Nortel - update matter file and review correspondence re Huron manager and claims matters | 0.40 | 725 | 290.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 1/22/2013 | Nortel - call with Huron manager to review status of Huron work stream assistance, open matters, matters resolved | 0.30 | 725 | 217.50 |