# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD JANUARY 1, 2013 THROUGH JANUAYR 31, 2013**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
| | | | | $0.00 |