IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., <u>et al.</u>,<br><br>        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 9364, 9398-9401 & 9414 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
           ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 15, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                  /s/ Carol Zhang
                  Carol Zhang

Sworn to before me this
19th day of February, 2013

/s/ Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9364, 9398-9401 & 9414_2-15-13.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  LINEX TECHNOLOGIES, INC.
     C/O KENNETH R. HARTMANN, ESQ.
     KOZYAK TROPIN & THROCKMORTON, P.A.
     2525 PONCE DE LEON, 9TH FLOOR
     CORAL GABLES, FL 33134
```

Please note that your claim # 6137 in the above referenced case and in the amount of $3,500,000.00 allowed at $200,000.00  has been transferred **(unless previously expunged by court order)** to:

```
BOWERY OPPORTUNITY FUND, L.P.
TRANSFEROR: LINEX TECHNOLOGIES, INC.
1325 AVENUE OF AMERICAS, 28TH FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9364       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/15/2013                         David D. Bird, Clerk of Court

                                         /s/ Tim Conklin
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 15, 2013.

**EXHIBIT B**

| Name | Address |
|---|---|
| BOWERY OPPORTUNITY FUND, L.P. | TRANSFEROR: LINEX TECHNOLOGIES, INC. 1325 AVENUE OF AMERICAS, 28TH FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| BOWERY OPPORTUNITY FUND, L.P. | TRANSFEROR: ZOHO CORPORATION 1325 AVENUE OF AMERICAS, 28TH FLOOR ATTN: VLADIMIR JELISAVCIC NEW YORK NY 10019 |
| LINEX TECHNOLOGIES, INC. | C/O KENNETH R. HARTMANN, ESQ. KOZYAK TROPIN & THROCKMORTON, P.A. 2525 PONCE DE LEON, 9TH FLOOR CORAL GABLES FL 33134 |
| POLYCOM, INC. | C/O BIALSON, BERGEN & SCWAB ATTN: PATRICK COSTELLO 2600 EL CAMINO REAL, SUITE 300 PALO ALTO CA 94306 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: BRENNAN CONSULTING SERVICE 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: MRV COMMUNICATIONS, INC. 940 SOUTHWOOD BLVD, SUITE 101 INCLINE VILLAGE NV 89451 |
| UNITED STATES DEBT RECOVERY III LP | TRANSFEROR: TELRAD NETWORKS LTD 940 SOUTHWOOD BLVD., SUITE 101 INCLINE VILLAGE NV 89451 |
| WHITEBOX CLAIMS HOLDING - NORTEL, LLC | TRANSFEROR: POLYCOM, INC. C/O WHITEBOX ADVISORS, LLC 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS MN 55416-4675 |
| WHITEBOX CLAIMS HOLDING - NORTEL, LLC | TRANSFEROR: UNITED STATES DEBT RECOVERY C/O WHITEBOX ADVISORS, LLC 3033 EXCELSIOR BLVD., SUITE 300 MINNEAPOLIS MN 55416-4675 |
| ZOHO CORPORATION | 4900 HOPYARD ROAD STE 310 PLEASANTON CA 94588-7100 |

Total Number of Records Printed          10

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006