# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: <br><br> NORTEL NETWORKS, INC., *et al.* <br><br> Debtors | ) ) ) ) ) ) ) | Chapter 11 <br><br> Case No. 09-10138 (KG) <br> Jointly Administered |
| ROBERT HORNE, MASON JAMES YOUNG, ELLEN BOVARNICK, CHARLA CRISLER, BART KOHNHORST, BRIAN PAGE, BENJAMIN WARREN, and the AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN, For Themselves And All Others Similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> NORTEL NETWORKS INC., NORTEL NETWORKS CAPITAL CORPORATION, NORTEL ALTSYSTEMS INC., NORTEL ALTSYSTEMS INTERNATIONAL INC., XROS, INC., SONOMA SYSTEMS, QTERA CORPORATION, CORETEK, INC., NORTEL NETWORKS APPLICATIONS MANAGEMENT SOLUTIONS INC., NORTEL NETWORKS OPTICAL COMPONENTS INC., NORTEL NETWORKS HPOCS INC., ARCHITEL SYSTEMS (U.S.) CORPORATION, NORTEL NETWORKS INTERNATIONAL INC., NORTHERN TELECOM INTERNATIONAL INC., NORTEL NETWORKS CABLE SOLUTIONS INC., NORTEL NETWORKS (CALA) INC., <br><br> and <br><br> U.S. BANK, N.A., <br><br> and | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 11-54007 <br><br><br><br><br><br> **Re: Dkt. Nos. 1 & 97** |

136316.01600/40205401v.2

| | )|
|---|---|
|ROBERT ELLIS BROWN, FRANK C. CARLUCCI, L. YVES FORTIER, SHERWOOD HUBBARD SMITH, JR., LYNTON RONALD WILSON, WILLIAM ARTHUR OWENS, ROBERT ALEXANDER INGRAM, RICHARD DAVID MCCORMICK, HARRY JONATHAN PEARCE, JALYNN HAMILTON BENNETT, JOHN ALAN MACNAUGHTON, JOHN PAUL MANLEY, MANFRED BISCHOFF, AND KRISTINA MARY JOHNSON, In Their Capacities As Members Of The Board of Directors Compensation Committee That Functioned As The Plan Administrator Of The Nortel Networks U.S. Deferred Compensation Plan,|)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)|
|                        Defendants.|)<br>)|

## ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

Upon the Certification of Counsel[1] [Adv. Pro. D.I. 97] seeking dismissal with prejudice of the above-captioned adversary proceeding (the "Adversary Proceeding") and based upon the settlement between the Debtors, the Official Committee of Unsecured Creditors, and the Steering Committee and other members of the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (for Themselves and All Similarly Situated Participants in and Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan) as approved by this Court in its Order (I) Approving Compromise among the Debtors, the Official Committee of Unsecured Creditors, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (For Themselves and All Similarly Situated Participants in and Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan) Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; (II) Directing Payments Pursuant to 11 U.S.C. §

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to such terms in the Certification of Counsel.

503(B)(1)(A) and Rule 9019; (III) Directing U.S. Bank National Association to Turn Over Assets to the Debtors; and (IV) Releasing and Settling Claims of the Deferred Compensation Plan Participants [D.I. 9323]; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Adversary Proceeding is hereby DISMISSED, with prejudice.

2. Except as set forth in the Settlement Agreement, each party shall bear its own costs and expenses, including attorneys' fees.

3. This Court shall retain jurisdiction to interpret and implement the provisions of this Order.

Dated: February **20**, 2013

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

136316.01600/40205401v.2