AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared Mert Tezkol, Advertising Representative for The Dallas Morning News, being duly sworn by oath, states the attached advertisement of

**Nortel Networks**

was published in The Dallas Morning News on

January 30, 2013

_____
(Mert Tezkol)

Sworn to and subscribed before me this    February 12, 2013

_____
(Notary Public)

LYNDA F. BLACK
Notary Public, State of Texas
My Commission Expires
May 27, 2013

## Bids & Proposals

PO #1265-6116/DO 389691

CITY OF DALLAS
CONSTRUCTION
ADVERTISEMENT
FOR BIDS

Sealed bids will be received at the Office of Purchasing Agent of the City of Dallas, 1500 Marilla St., Room 3FN, Dallas, TX 75201, until 1:00 p.m. on Thursdays. The Bids will be publicly open at 2:00 p.m. on Thursdays in the Express Business Center, Rm L2ES at City Hall. Bid Openings can also be viewed on the City of Dallas Webcasting Website (www.dallascityhall.com click on City Meetings). Bid titles, department and dates of public opening are listed below. Bid packets and plans and specifications may be obtained from the department. For alternative plans and specifications pick up site, please contact department.

"PROJECT : COIT ROAD SIDEWALK ENHANCEMENT FROM SPRING VALLEY ROAD TO HAYMEADOW DRIVE - PB03P374
City of Dallas, Public Works Department, 320 E. Jefferson Boulevard, Room 307, Dallas, TX 75203. A Pre-bid conference will be held on TUESDAY, FEBRUARY 5TH, 2013 AT 10:00 A.M. AT 320 E. JEFFERSON BOULEVARD, ROOM 313, Dallas, TX 75203. Plans and specifications for this project are available at the office of Public Works Department, 320 E. Jefferson Blvd., Room 307, Dallas, TX 75203 beginning Wednesday, January 23, 2013. Contact: Front Desk, Phone: (214) 948-4250, Fax: (214) 948-4670. Cost of plans and specifications is $15.00 each, non-refundable. Sets must be purchased by Check or Money Order only, made payable to the City of Dallas. For information regarding this project, please contact Haytham Hassan, P.E. at Phone: (214) 948-4677, Fax: (214) 948-4670, or Email: haytham.hassan@dallascityhall.com.
Bid Due Date: February 14, 2013
Bid Opening Date: February 14, 2013

Watch news happen.
dallasnews.com

2013 Annual Requirements Contract for Street Rehabilitation - Bid No. 33-13
Sealed bids addressed to the Purchasing Manager for the City of Richardson, Texas, will be received at the Office of the City Purchasing Department, Suite 101, City Hall, 411 West Arapaho Road, Richardson, Texas, until Thursday, February 14, 2013, at 3:00 p.m., and will be opened and read aloud in Room 206, 30 minutes later that same day. One set of plans, specifications and bid documents may be secured from the Office of the City Engineer, Capital Projects Department in Room 204, of the Richardson Civic Center/City Hall, 411 West Arapaho Road, Richardson, Texas, beginning at 12:00 p.m. on Tuesday, January 29, 2013 upon a NON-REFUNDABLE FEE OF Fifty Dollars ($50.00) per set, payable to the City of Richardson, accompanied by the contractor's name, address, phone number, email address and FAX number. A pre-bid conference will be held Thursday, February 7, 2013 at 9:00 a.m., in Room 206, Richardson Civic Center/City Hall.

CPN 5751 Pub. 01/30/2013,02/06/2013

**LIVE BUS AUCTION- DALLAS COUNTY SCHOOLS**

LIVE BUS AUCTION- 21 each Buses, Running, As Is.
* Buses are 71 and 77 passenger. Year models range from 1995-1999 and the make on them is International.
* LOCATION- Dallas County Schools Kleberg Service Center, 12728 Garden Grove, Dallas, Tx 75253.
* DATE- Saturday, 02/02/13, 9:00am- 12:00pm.
* PREVIEW- Monday-Friday, 01/28/13- 02/01/13, 9:00am - 2:00 pm.
* CONTACTS for previewing- Amzad Hosein at 972-286-0093 or ahosein@dcschools.com at the Kleberg Service Center or Alan Hagy, Purchasing Manager at 214-944-4522 or ahagy@dcschools.com.

**Public Notice**

Upper Trinity Regional Water District, a political subdivision for the State of Texas, is currently seeking sealed bids for the following items:

**REQUEST FOR BID TRANSPORTATION OF WATER RECLAMATION PLANT LIQUID WASTE**

Sealed bids will be received by the Upper Trinity Regional Water District at 900 N. Kealy St., Lewisville, TX 75057 until 10:00am, local time, Friday, February 22, 2013. Specifications & bid packets may be obtained by sending your company's contact information to: Purchasing at either utrwdpurchasing@utrwd.com or fax to 972-219-7522.

## Bids & Proposals

NOTICE TO BIDDERS
The City of Richardson will accept sealed bids for Bid #29-13 for Annual Contract for Stages, Lighting, Sound, Backline, Misc. Structures & Stage Personnel for City Festivals until February 20, 2013 at 2:00 p.m. CST. Bids shall be received in the Office of the Purchasing Manager, Richardson City Hall, 411 W. Arapaho Road, Room 101, Richardson, Texas 75080. A pre-bid conference will be held on Thursday, February 7, 2013 @ 11:00 a.m. in the West Conference Room, Richardson Civic Center/City Hall, Richardson, Texas 75082.

CPN 5750 Pub. 01/30/2013 and 02/06/2013

## Legal Notices

CITY OF DALLAS

NOTICE

In accordance with the Texas Parks and Wildlife Code, Chapter 26, Section 26.001 through 26.004, notice is hereby given to the general public by the City Council of the City of Dallas, Texas, that a public hearing will be held to receive public comments related to the proposed surface use of locations within LB Houston Park for gas drilling and production. Such hearing shall be held in the City of Dallas City Council Chambers on the Sixth Floor of Dallas City Hall, 1500 Marilla Street, Dallas, Texas at 1:00 p.m. on Wednesday, February 13, 2013.

Unparalled updates.
dallasnews.com

Buy Me!
STANDOUT IN A CROWD
Ask your Representative
Call (214) 745-8123

## Legal Notices

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* Nortel Networks Inc., *et al.*, Debtors. | Chapter 11 • Case No. 09-10138 (KG) Jointly Administered • **RE: 9224, 9324** |

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*

**CITY PLAN COMMISSION PUBLIC HEARING POSTPONEMENT TO CONSIDER ADOPTION OF THE HUD CHALLENGE GRANT AREA PLANS**

The City Plan Commission of the City of Dallas, Texas was scheduled to hold a public hearing at 1:30 p.m., **Thursday, February 7, 2013**, in the Council Chambers in the Dallas City Hall to consider the adoption of the area plans related to the HUD Challenge Grant Dallas Transit Oriented Design (TOD) project. This consideration has been **postponed** to **Thursday, February 21, 2013.**

The area plans under consideration cover the following areas:
o An area generally a half mile around the Buckner DART Station located at the intersection of Buckner Boulevard and Elam Road
o An area generally a half mile around the Hatcher DART Station located near the intersection of Hatcher Street and Scyene Road
o An area generally a half mile around the MLK DART Station located near the intersection of South Trunk Avenue and Martin Luther King Jr. Boulevard
o The area generally within 1,800 feet of Lancaster Road between the VA Medical Center DART Station, located at South Lancaster Road and Mentor Avenue, and the Kiest DART Station, located south of Kiest Boulevard and South Lancaster Road, and an area generally within a half mile around those stations.
o The Vickery Meadow area, bounded by Walnut Hill to the North, Fair Oaks Park to the East, Northwest Highway to the South, and 75/Central to the West

If you have any questions regarding this matter, please call the Department of Sustainable Development & Construction at (214) 670-4209. Si desea información en español, favor de llamar a Luis Tamayo al (214) 670-5404.

**Application has been made with the Texas Alcoholic Beverage Commission for a mixed beverage restaurant permit with F.B. by Gaston Beverage, LLC. Doing business as J'M French Bistro - Main Street Bread Baking Company to be located at 215 S. Denton Tap Road, Coppell, Dallas County. Officer of said Gaston Beverage, LLC. Is Cynthia G. Gaston, Presidentp**

**Legal Notice**
**Application has been made with the Texas Alcoholic Beverage Commission for a Winery Permit (G) by Wine Poste LLC dba Wine Poste, to be located at 2001 Irving Boulevard, Suite 145, Dallas, Dallas County, TX 75207-6609. Officer of said corporation is James Mackey, owner.**

Download the lowdown.
Our all new iPad™ and iPhone® apps are now available at dallasnews.com

# PetPlex
dallasnews.com/petplex
Classified advertising
ADVERTISE TODAY 214.745.8123

**PETS & LIVESTOCK**
- Birds
- Cats
- Cattle
- Dogs
- Horses & Mules
- Other Animals
- Pets Found
- Pets Lost
- Services & Supplies

Due to potential misuse/abuse of pets, *The Dallas Morning News* suggests that advertisers charge a minimal fee for their pets. Every life has a value. Also, due to health risks to the pets, we recommend puppies and kittens are at least 8-12 weeks old before they are sold. Use caution when responding to pet ads that involve unusual payment plans or require long-distance shipping. Find your pet from a trustworthy source. If purchasing from a private party or breeder, ask to see where the dogs/ cats live to ensure the environment is a clean and healthy one. Reputable breeders will almost always provide detailed genealogical information and a health guarantee. You are encouraged to report suspected inhumane conditions and animal neglect and abuse to the SPCA of Texas and your local authorities.

### Cats

Persian Kittens flat faced, adorable, pets only, $450 Cheryl 469-855-6302

### Cattle

Registered Texas Longhorns
Affordable Price Call Billy
903-450-8725 or 903-355-1082

### Dogs

$200 OFF!!
A to Z
40+ Breeds Available
-Health 70+ Puppies Warranty
3 Free Vet Visits - Free Training DVD
☆ 100 % Financing Available!
PETLAND FRISCO
(972) 377-7233
2930 Preston Rd Ste.810

AKC Basset Hound Pups 4 wks, POS, tri-color & red/wht, S/W, Veterinarian owned/raised. $300 ea 903-335-0012

American Bulldog Puppies huffmansamericanbulldogs.com 903-374-2997

Aussie Aussie Aussie T-Cups & Toys merle's, black & white, tiny gorgeous puppies. 903-768-2928 or 903-768-2929

Australian Shepherd Puppies, 2 months, w/papers, $300/ea, 940-395-0524 or 940-612-1866

Australian Shepherd Registered Puppies Red&Blue Merles, Red&Black Tris. Ready for Valentines Day! $300-350 940-367-5938

A-Z Breeds !!! WOW !!!
www.DallasPetland.com
www.DallasPetland.com
www.DallasPetland.com
35-85% Off--ON Sale NOW
NW Preston & Forest
(972) 386-7387

### Dogs

Bassett Pups
AKC reg'd, shots & wormed. family raised. (940) 759-4510

Belgium Malinois
Quality Puppies
Xlnt Protectors
(940) 626-1443
collierkennels.com

Brussel Griffon Pups $450 belish M/tan M, both blk muzzle great travel dog, loving, lots energy, APRI Tricia 214-392-0104

AKC Blue French Bulldogs www.luckfrenchbulldogs.com 1 Blue Fawn Male d.o.b. 6-27-12. Ready Now! $4500 DNA 806 777 3606

Chihuahua's darling & small, pups, fem $250, males $150. Older pups $75. Shots, home raised. 940-206-0281

Dachshund AKC mini long hair pups pups home raised male/female $250-$400, will deliver dallas area cathey@tullyins.com 903-335-1328

Dachshund gorgeous Doxie's. Teacups & Toys. Gorgeous colors. 903-768-2928 or 903-768-2929

English Bulldog Puppy F, 14wks, all shots & wormed, AKC reg, $ 1250, 469-595-4804

### Dogs

ENGLISH BULLDOG
Pups. Reg'd, S/W, home raised, lots of wrinkles, very playful. $800. Call for email Pictures. 501-617-8482. Will meet

English Bulldogs puppies, gorgeous babies, great confirmation, short legs, plenty of wrinkles. 903-768-2928 or 903-768-2929

English Cream Golden Retriever Pups-AKC & champion sire. Show quality, light color, & great pedigree. Female ($2K) males ($1,700) 972-569-7562.

English Springer Spaniels AKC Reg'd, family raised, champion bloodlines. Pups ★available NOW! www.texasspringers.com (972) 492-9499

German bldline AKC German Shepherd pups, $750 or trade. 903-285-5121 www.texasgerman shepherds.co

Goldendoodles Champion bloodline Rare Chocolate & English Creams 8wks $800-$1100 972-689-1248

Golden Retriever AKC pups, POS, health guar, ready for Valentines! 20 min S. of Dal. See pics at dallasnewscom.214-537-5748

LABRADOR PUPS AKC • YELLOWS: Ready 2/1 $400 each • SILVERS: Ready 1/26 --$750 each. Microchipped; Quality pups. AKC Certified Kennel. TX Breeders License #210. 940-366-1624 940-845-2051

Labrador Pups
Quality, Guar'd Lab pups, chocolate. Excellent hunting & campanions.
(940) 626-1443
collierkennels.com

### Dogs

Labradors, Fox Red American English. Reg'd, mother is a good duck & dove hunting dog with great nose. (903) 802-4637

Lost male long hair'd Chihuahua, Reddish Tan w/White Missing 1/18 near Eastfield in Mesquite. $200 Reward (214) 874-8774

Maltese puppy female, 16wks old, very smallall shots and wormed $500 580-513-9991 or 580-513-1001

Maltipoo & Morkie Pups Cute M/F, Small S/W. 972-347-4323 See our Website: redriverpupsdfw.com

Championship English Mastiff Puppies, 220lb Sire; Gorgeous! kingofkingsmastiffs.com (254) 694-7652

Mini Schnauzers AKC $700. Liver/black. Health Guar'd, S/W, dewclaws removed, tails docked, ears natural. Adults available. Pics on website at: TwilightRunKennels.com 972-784-2008 Lic 204

Perfect for Valentines. Sweet, playful, loving, Male Biewer Yorkie La Pom Pon. Rare small Breed, DNA certified pure bred. $1200 Contact (479)462-8100 or cbled001@yahoo.com

### Dogs

Poodles Toy- Mini $600-$1200, Maltipoo m $600, Cavapoos $1000-$1800 Ready 2/15. Great Danes, UKC fawn m/f, $1600 cash carolskennel.com (817) 291-5492

Sheltie Puppies 972-285-0906

Sheltie pups, (mini collies), Young adults, extra nice, carefully raised SPECIAL, Guaranteed Starfireranch.50megs.com Starfireranch@texoma.net 1-903-664-2090

SHIH-TZU'S SHIH-TZU'S Tiny Little IMPERIALS Lots of colors 903-768-2928 or 903-768-2929

Siberian Husky Pups AKC. Home raised. BLUE EYES. Rare Snow White, popular black & white or unique cocoa & white. 903-387-6622

Tiny Teacups Maltese, Yorkie, Morkie Daisy, Shih Tzu, MaltiPoo, Chihuahua, Poodle, Poms Tiny Tea Cups & French Bulldogs TexasTeacups.com 1-972-552-1989 or 898-8495

### Dogs

YORKIE PUPPIES!! Health Guaranteed & affordable. ALL DETAILS @ www.RedRiverKennels.com Delivery to DFW area PLEASE SEE WEBSITE before calling, TX Lic #128 903-219-1863

Yorkies - 2 fem 1 male, $450, D.O.B. 12/8/12, Wormed & Shots 903-277-5040

### Pets Lost

LOST KITTY - N. Dallas Royal Ln & Boedecker. 7 mo. old female dilute tortoise shell (blue, pink & white), medium hair, de-clawed front, spayed, no collar. Last seen on Pagewood Dr. REWARD • 214-240-8826

### Services & Supplies

Coastal Hay, Round bales 4X5.5 second cut, Horse quality in the Barn 903-677-3333

HAY Square & Round Bales Fertilized. Horse & Cattle. Also, Hay w/weeds $30 per roll. VOLUME DISCOUNTS. Palmer, Tx 214-202-8741 or 972-845-3950

Heavily Fertilized Horse Quality Coastal Bermuda $6.95 Canton 1-800-775-4288

# Services
ADVERTISING SECTION
Classified advertising
ADVERTISE TODAY 214.745.8123

Call us about our exciting new online and print advertising opportunities!

### Air Conditioning/ Heating

www.ewingairconditioningheating.com
Residential & Comm'l
Over 35Yrs Exp
New A/C or Heater installed as low as $1,200 10yr/warr-used Trane Recond-Equip-W/Warr
- Same Day Repair
- All Brands
- Heat Pump Specialist
- Financing Available
- A+BBB Member

972-693-2343
TACLB018848E

### Appliance Repair

BBB
NEW FACTORY APPLIANCE PARTS (972) 567-8293 ASK ABOUT FREE DELIVERY

Appliance Repair Free service call w/repair and 6 month warr'ty 214-221-3931

### Auto Services

Transmission Problems? Rebuilts from $350, 40yrs exp incl 1 Master Kit, hard parts are extra, Bush Auto Repair 214-299-0098

### Bathrooms & Kitchens

★ Complete Kitchen and Bathroom Remodeling. Tubs, Showers, Granite, Marble & Tile & more! (214) 783-2981

### Brick, Stone Services

Brick Repair, Cracks, Mail Boxes, Etc. No Job Too Big or Small. 20 Yrs. Experience. Free Estimates. (469) 688-8836

Repairs By Scott Cracks, bricks, stone, pavers, fireplaces, etc. No job too big or small. Free est. 30 yrs exp. 214 707-8182 www.repairsbyscott.com

### Building/Remodeling

VINYL SIDING
• NEVER PAINT AGAIN •
No Middle Man Free Est
214-333-2664 or 972-228-5822

### Burglar Bars

Action Window Guards Burglar Bars, Iron Fences, Handrails, Security Doors, Residential/Commercial. Free Estimates
Now available: Folding gates (protect your storefront now)
972-488-2277

### Business Consulting

FAST LOCAL BUSINESS GROWTH through Search Engines. Free. 407-371-2903 www.loogler.comloogler.com

### Care Services - Adult

Paloma Home Health Ag Medicare Certified Health Care and Rehab Serving the Metroplex (19) Counties (972) 346-2013

### Carpet Cleaning

Off-duty Fireman. Carpet/ dryer vent cleaning, marble polishing. 24hr emergency water svc, truck mounted, quick dry. (972) 226-2437

New Carpet 6 Colors $0.99/sf installed w/pad 972-261-4038

• CARPET CLEANING • 3 rms $50. Stretch & repair. Truck mounted. 214-603-4132 donscarpetcleaningdfw.com

### Concrete

Crockett Const. Drive Replacement Structural Slab, Sidewalks Patios, Parking repair Prompt & Dependable Service. (972) 880-5353 30 yrs Exp- Guar Work
crockettconcrete.com

MartinezConcrete.com Driveways, Patios, Stamed, Pool decks, Stone Work ★ Quality Work, Affordable. 214-212-2980

Asphalt & Concrete Painting & Brickwork Commercial & Residential Free Estimates Call Danny ➡ 972-494-2926

☆QUALITY SERVICE ☆ Patios, Slabs, Driveway Extensions, Retaining Walls, Privacy Fencing. Free Est. 214-546-6480

★ CONCRETE WORK ★ Fixes & Repairs Many years exp. Leroy 214-463-4381

### Concrete

Concrete Work, Low rates. Free estimates. Patios, Driveways & more! 972-272-4468 214-674-1166

JUAN'S EXPRESS CONCRETE. Free est. Bonded. (972)-768-3793 ZantolloConcrete.com

### Electrical Services

VOLTAIC ELECTRICAL Residential / Commercial NO JOB TOO SMALL! Reasonable Prices (214) 554-5788 TECL# 20795

MASTER ELECTRICIAN Insured/TECL#22861 For All Your Electrical Needs, Big or Small! 214-793-7965

Cobalt Electric LLC

Quality Wk ★Affordable Comm/Resid; Any Size Job! Lic/Ins. TECL#27438 (469) 323-7921. Free est.

$50 Off on Service Call 24/7 Daniel's Electric Services TECL-24682 Visa/MC 214-317-5049

### Fencing/Repair

Super Fences **All Types** Decks & Patios Professional-Relia ble Free Est. 214-454-4847

GOOD Fences for LESS! Repairs - Replace Posts Installation ✓972-836-2116✓ ★ 682-558-3092★

### Fencing/Repair

HONEST FENCING Honest & Inexpensive. Just post, all repairs & Staining Install any type fencing Cedar Fencing $12/per ft 682-597-1031

### Firewood

Mill Creek Farms Split oak firewood $89 a 1/4 cord, $149 a 1/2 cord & full cords $250. Free Delivery! 903-385-2295

1st Quality Seasoned Oak, $279/cord-delivered and stacked. Since 1978. Prompt & dependable Svc. Rick Turner (903) 473-0202

Tall Oak Farms 100% Seasoned, 100% split, $250/cord. $150/half cord, Free delivery! Office 214-533-8908, Mobile 903-802-0419

### Firewood

FIREWOOD SALE Dallas & surrounding areas $175 + delivery 1/2 cords avail (214) 375-5220

### Flooring/Carpeting Service

Wood, Tile, Laminate & Stone Installation, Sand & Finish. $1.75 sq ft. Bonded & Insured. Roofing/remodels louisfloorsandremodel.com (469) 474-6141

### Firewood

AGED OAK FIREWOOD
4x4x18" - $89
4x8x18" - $149
4x16x18" $249
Del & Stacked Best Prices.
Rowdy 903-385-5886

### Garage Doors

Instald 16x7 $460 8x7 $290 All repairs $90 plus parts Lifetime GT Springs...$30 Free Est 972 263 3565

### Gutters/Drains

Have Your Gutters & Down Spouts cleaned and/or repaired by an off-duty Firefighter. Insured. Call Troy 972-977-6492 or James 469-386-6813 fora FREE est.

Subscribe to The Dallas Morning News.
Call 1.800.925.1500 or go to dallasnews.com/subscribe

### Handyman

Skilled & creative handyman for hire! Electrical, plumbing, carpentry, Drywall, painting, kitchen, Bathroom, decks & fence Free estimates 469-443-6739 amazinghandymanllc.com

All Types of home repair & Remodeling. Flooring, painting, carptentry, tile, electrical, Roofing & fencing. 214-674-1043

RELIABLE Home Repair Specialist Integrity, Since 1963 Lewisville, Flower Mound, Highland Vlg, 214-878-3869

### Hauling

TRASH HAULING comm, resid, Tractor work, Loam & Dirt. 7 Days, Trash Dumpters, Site Grading Free Estimates 214-394-7848

### Home Repairs

WE DO IT ALL 4 Le$$
•Tile • Flooring Kitchen & Bath Remodeling Experts
25 Years Experience
Roof Repair ★ Siding Painting ➡ SPECIALIZING in HANDICAP & Remodeling.
20% Senior Discount (over 55)
Also Available: Plumbing, Carpentry, Fences Residential & Commercial
IF Your Home Needs It We Can Fix It!! 24 hour Svc
Larry 972-333-5600
YesHomeRepairPlano.com

Painting, sheetrock repair, wallpaper removal, garage clnouts. 47 yrs exp. w/refs. Senior Discount. 972-642-5116

### House Foundation Repairs

Dodson Foundation & Drainage
40 years Exp Specializing all types of Piers & Drainage, Root Barriers.
FREE ESTIMATES
➡ Lifetime Warranty ⬅
➡ BBB/A+ Rated ⬅
Visa/MC/DC
www.DodsonFoundationAndDrainage.net
972-429-8888

Rock Foundation Repair Free Est; $125 pier & beam 214-489-5606 469-735-8572 dfw-foundationrepair.com Proud BBB Member

### Landscaping, Lawn & Garden

¶CHECK OUR PRICES! ¶ ON....Landscapes, sod, sprinklers & repairs, fences, outdoor kitchens & fireplaces, stone work, patio covers. 214-762-1371

### Moving/Storage

LukesAplusmoving.com Bonded & Insured Pianos & Antiques FREE Inhome Est. 972-865-7958

ABlaze Firefighter Moving Moving-Packing Res. & Comml. 972-418-6683 (MC-Visa-Amex-Dis)

### Music Services

Music lessons in your home. All ages and skill levels marthasangroula@yahoo.com214-984-0065

### Paint/Wallpaper

Refresh homeimprovement.com A+ BBB Rating. Interior/Exterior Painting, Complete Remodels, Free Estimates, 817-845-6805

★ Professional Painters ★ Int $75/rm -- Ext $800 Texture & Foux Finish 17 yrs experience Quality Guaranteed Jobs Free est. 940-300-6860

★J.D. Davis-Painting Int / Ext / Wallpaper Good Work & Fair Prices. Free Estimates (972) 494-5355

### Plumbing & Septic/ Drainage

Leak Snoopers Plumbing Sewer Video Inspections, Slab Leak Detection, Gas Tests & Repairs, Clogged Drains, Water & Sewer Lines Repaired. Lic# M18603 Quality & Affordable. Visa/MC (214)-363-1500

DISCOUNT DRAIN Service ★☆ Svc calls from $19.95☆★ Video/Camera Inspection Plumbing Repair M#37828 (214) 796-3557 www.discountdraindfw.com

### Plumbing & Septic/ Drainage

Water Leaks Repair GAS TESTS, Gas Leak Repair, Unclog Drains, Leak Detectors, Faucets, Water Heaters, Bath Remodels, Tubs. Free Est. 20% Off.(972) 800-3965

C PLUMBING Reliable-Professional Plumber Sewer & Sink Clean out special! water htr, faucets Gas Test. Call for all your plumbing needs! Lic & Ins 972-762-3128 ★ M-38831

Joe the Plumber Former Plumbing Inspector. Res/Comm. Free Est. 24/7. $20 Coup 214-642-1147 Water Heater Serv $100 coup Master License # 40192

Reeves Pro Plumbing Residential/Commercial Lic &Insured 214-693-0651 M-38264

### Roofing Repair

the warner company Residential & Commercial Roofing Quality Work with scheduled on time completion 214-207-7725 www.thewarnercompanytx.com

Warner Roofing Company ★ALL Types of Roofing!! Insurance Claims Welcome. FREE Estimates. Licensed & Fully Insured. ****BBB MEMBER**** (214) 207-7725

ROOF REPAIRS Leaks, Missing Shingles Wind Turbines, Gutter Cleaning. Wood Chimney Repairs. Greg 972-849-1845

Armor Roofing Comm/Res new roofs/repairs flat roofs or shingles, stop one leak for as little as $59 free estimates 214-994-3742

### Tree Service

Tree Remvl, Trim, Rake leaves, Stump Grind & Landscaping Reasonable, Ins Free Est. Have Workers comp & GL ins 972-413-1800 www.salasservices.com

Maya Tree Service TreeTrimmingTree Remov, sod Instal. and much more Insured-30 yrs exp. Credit Cards Accept.214-924-7058 or 214-770-2435