AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

MILLER ADV   25614821    16588224
RAN A LEGAL NOTICE
SIZE BEING: 3 X 5.0 I (15.0I)

| product | date | class | page |
|---|---|---|---|
| hc | Jan 30 2013 | 1245.0 | D_wedlg_4 |

*Pat Tackett*
NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this the 30th Day of January A.D. 2013

*Veronica M Tyrone*
Notary Public in and for the State of Texas

[Notary Seal: VERONICA M TYRONE, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES FEB. 10, 2016]

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re Nortel Networks Inc., et al.,  )  Chapter 11 · Case No. 09-10138 (KG)
           Debtors.                  )  Jointly Administered · RE: 9224, 9324

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at www.kccllc.net/nortelretiree/. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted pro hac vice), Lisa M. Schweitzer (admitted pro hac vice), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 -and- MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, Counsel for the Debtors and Debtors in Possession



# Legal Notices

**To place legal notices email legals@chron.com or call 713.224.6868.**

## NOTICE TO CREDITORS

**Notice to Creditors**
Notice is hereby given that original Letters Testamentary for the Estate of **Donald H. Clark, Deceased,** were issued on December 4, 2012, in Docket No. 417.655, pending in Probate Court No. 1 of Harris County, Texas, to:
James Russell Clark
1506 Hilton Head,
Missouri City, Texas 77459
All persons having claims against this estate which is currently being administered are required to present them within the time and in the manner prescribed by law. All persons having claims should address them in care of the representative at the address stated above.
**DATED** *the 28th day of January, 2013.*
/s/ CiCi Cunningham, Esq.
Tx Bar No. 24076979
LAW OFFICE OF
CiCi CUNNINGHAM
12006 Fall River Pass Lane
Humble, TX 77346
702-932-7763 office phone
702-818-1065 facsimile
CiCiEsq@cox.net
ATTORNEYS FOR
THE ESTATE

## BIDS & PROPOSALS

**INVITATION TO BIDDERS**
Sealed Bids, in duplicate, addressed to Montgomery County Municipal Utility District No. 113, Attention: Mr. David Garrett, President, Board of Directors, and MSEC Enterprises, Inc., will be received at the office of the Engineer, LJA Engineering, Inc., 2929 Briarpark Drive, Suite 500, Houston, Texas 77042, until 10:00 a.m. Local Time, Thursday, February 14, 2013, and then publicly opened and read for "Construction of the Water, Sanitary Sewer and Drainage Facilities to Serve Woodforest Section 30 for Montgomery County Municipal Utility District No. 113 and MSEC Enterprises, Inc., Montgomery County, Texas".
Scope of Work of the Contract includes the construction of water, sanitary sewer and drainage facilities to serve Woodforest Section 30.
Bids received after the closing time will be returned unopened. A non-mandatory pre-bid conference will be held on Thursday, February 7, 2013, at 10:00 a.m. Local Time, at 2929 Briarpark Drive, Suite 500, Houston, Texas 77042.
Each Bid must be accompanied by a bid bond or a certified or cashier's check, acceptable to the Owner, in an amount not less than 5 percent of the total amount bid, as a guarantee that the successful bidder will enter into the Contract and execute the Bonds on the forms provided and provide the required insurance certificates within 7 days after the date Contract Documents are received by the Contractor. Bidding documents may be examined at LJA Engineering, Inc., AGC of Texas, AGC Houston, and Amtek or may be obtained by prospective bidders or suppliers upon payment of ninety-five dollars ($95.00 non-refundable plus cost of delivery) ($50.00 for electronic copy) for each set of documents at LJA Engineering, Inc., 2929 Briarpark Drive, Suite 500, Houston, Texas 77042.
The Owner reserves the right to reject any or all Bids and to waive all defects and irregularities in bidding or bidding process except time of submitting a Bid. The Successful Bidder, if any, will be the responsible Bidder which in the Board's judgment will be most advantageous to the District and result in the best and most economical completion of the Project.
Montgomery County Municipal Utility District No. 113 and MSEC Enterprises, Inc.

**INVITATION TO BIDDERS**
Sealed Bids, in duplicate, addressed to Montgomery County Municipal Utility District No. 113, Attention: Mr. David Garrett, President, Board of Directors, and MSEC Enterprises, Inc., will be received at the office of the Engineer, LJA Engineering, Inc., 2929 Briarpark Drive, Suite 500, Houston, Texas 77042, until 10:30 a.m. Local Time, Thursday, February 21, 2013, and then publicly opened and read for "Construction of the Water, Sanitary Sewer and Drainage Facilities to Serve Woodforest Section 25 for Montgomery County Municipal Utility District No. 113 and MSEC Enterprises, Inc., Montgomery County, Texas".
Scope of Work of the Contract includes the construction of water, sanitary sewer and drainage facilities to serve Woodforest Section 25.
Bids received after the closing time will be returned unopened. A non-mandatory pre-bid conference will be held on Thursday, February 14, 2013, at 10:30 a.m. Local Time, at 2929 Briarpark Drive, Suite 500, Houston, Texas 77042.
Each Bid must be accompanied by a bid bond or a certified or cashier's check, acceptable to the Owner, in an amount not less than 5 percent of the total amount bid, as a guarantee that the successful bidder will enter into the Contract and execute the Bonds on the forms provided and provide the required insurance certificates within 7 days after the date Contract Documents are received by the Contractor. Bidding documents may be examined at LJA Engineering, Inc., AGC of Texas, AGC Houston, and Amtek or may be obtained by prospective bidders or suppliers upon payment of ninety-five dollars ($95.00 non-refundable plus cost of delivery) ($50.00 for electronic copy) for each set of documents at LJA Engineering, Inc., 2929 Briarpark Drive, Suite 500, Houston, Texas 77042.
The Owner reserves the right to reject any or all Bids and to waive all defects and irregularities in bidding or bidding process except time of submitting a Bid. The Successful Bidder, if any, will be the responsible Bidder which in the Board's judgment will be most advantageous to the District and result in the best and most economical completion of the Project.
Montgomery County Municipal Utility District No. 113 and MSEC Enterprises, Inc.

## BIDS & PROPOSALS

**Harmony Public Schools,** dba Harmony Science Academy - Houston will receive Statement of Qualifications from the Architectural Companies at the Central Office at 9321 W Sam Houston Pkwy S, 2nd floor, Houston, TX 77099 until Friday, Feb 8, 2013 at 4:00 p.m. for their upcoming School Construction Projects in Houston, TX. The work requires basic architectural service, including programming / schematic design, development, construction documents phase and construction administration. For further information regarding the project, contact Project Manager Mustafa Yaykiran at (713) 343-3333 Ext.2511 or myaykiran@harmonytx.org. All proposals must be delivered by U.S. Postal mail, courier, or hand delivery to the Harmony Public Schools Central Office Secretary at the above address on or before the date and time set to receive proposals.

**INVITATION TO BIDDERS**
Sealed Bids, in duplicate, addressed to Montgomery County Municipal Utility District No. 113, Attention: Mr. David Garrett, President, Board of Directors, and MSEC Enterprises, Inc., will be received at the office of the Engineer, LJA Engineering, Inc., 2929 Briarpark Drive, Suite 500, Houston, Texas 77042, until 10:30 a.m. Local Time, Thursday, February 14, 2013, and then publicly opened and read for "Construction of the Water, Sanitary Sewer and Drainage Facilities to Serve Woodforest Sections 32, 33 and Kinderwood Trail South for Montgomery County Municipal Utility District No. 113 and MSEC Enterprises, Inc., Montgomery County, Texas".
Scope of Work of the Contract includes the construction of water, sanitary sewer and drainage facilities to serve Woodforest Sections 32, 33 and Kinderwood Trail South.
Bids received after the closing time will be returned unopened. A non-mandatory pre-bid conference will be held on Thursday, February 7, 2013, at 10:30 a.m. Local Time, at 2929 Briarpark Drive, Suite 500, Houston, Texas 77042.
Each Bid must be accompanied by a bid bond or a certified or cashier's check, acceptable to the Owner, in an amount not less than 5 percent of the total amount bid, as a guarantee that the successful bidder will enter into the Contract and execute the Bonds on the forms provided and provide the required insurance certificates within 7 days after the date Contract Documents are received by the Contractor. Bidding documents may be examined at LJA Engineering, Inc., AGC of Texas, AGC Houston, and Amtek or may be obtained by prospective bidders or suppliers upon payment of ninety-five dollars ($95.00 non-refundable plus cost of delivery) ($50.00 for electronic copy) for each set of documents at LJA Engineering, Inc., 2929 Briarpark Drive, Suite 500, Houston, Texas 77042.
The Owner reserves the right to reject any or all Bids and to waive all defects and irregularities in bidding or bidding process except time of submitting a Bid. The Successful Bidder, if any, will be the responsible Bidder which in the Board's judgment will be most advantageous to the District and result in the best and most economical completion of the Project.
Montgomery County Municipal Utility District No. 113 and MSEC Enterprises, Inc.

**INVITATION TO BIDDERS**
Sealed Bids, in duplicate, addressed to Montgomery County Municipal Utility District No. 113, Attention: Mr. David Garrett, President, Board of Directors, and MSEC Enterprises, Inc., will be received at the office of the Engineer, LJA Engineering, Inc., 2929 Briarpark Drive, Suite 500, Houston, Texas 77042, until 10:00 a.m. Local Time, Thursday, February 21, 2013, and then publicly opened and read for "Construction of the Water, Sanitary Sewer and Drainage Facilities to Serve Woodforest Section 34 and Woodforest Parkway South and Kinderwood Trail South Extension for Montgomery County Municipal Utility District No. 113 and MSEC Enterprises, Inc., Montgomery County, Texas".
Scope of Work of the Contract includes the construction of water, sanitary sewer and drainage facilities to serve Woodforest Section 34 and Woodforest Parkway South and Kinderwood Trail South Extension.
Bids received after the closing time will be returned unopened. A non-mandatory pre-bid conference will be held on Thursday, February 14, 2013, at 10:00 a.m. Local Time, at 2929 Briarpark Drive, Suite 500, Houston, Texas 77042.
Each Bid must be accompanied by a bid bond or a certified or cashier's check, acceptable to the Owner, in an amount not less than 5 percent of the total amount bid, as a guarantee that the successful bidder will enter into the Contract and execute the Bonds on the forms provided and provide the required insurance certificates within 7 days after the date Contract Documents are received by the Contractor. Bidding documents may be examined at LJA Engineering, Inc., AGC of Texas, AGC Houston, and Amtek or may be obtained by prospective bidders or suppliers upon payment of ninety-five dollars ($95.00 non-refundable plus cost of delivery) ($50.00 for electronic copy) for each set of documents at LJA Engineering, Inc., 2929 Briarpark Drive, Suite 500, Houston, Texas 77042.
The Owner reserves the right to reject any or all Bids and to waive all defects and irregularities in bidding or bidding process except time of submitting a Bid. The Successful Bidder, if any, will be the responsible Bidder which in the Board's judgment will be most advantageous to the District and result in the best and most economical completion of the Project.
Montgomery County Municipal Utility District No. 113 and MSEC Enterprises, Inc.

## BIDS & PROPOSALS

**INVITATION TO BIDDERS**
Sealed Bids, in duplicate, addressed to Montgomery County Municipal Utility District No. 113, Attention: Mr. David Garrett, President, Board of Directors, and MSEC Enterprises, Inc., will be received at the office of the Engineer, LJA Engineering, Inc., 2929 Briarpark Drive, Suite 500, Houston, Texas 77042, until 11:00 a.m. Local Time, Thursday, February 21, 2013, and then publicly opened and read for "Construction of the Water, Sanitary Sewer and Drainage Facilities to Serve Woodforest Parkway West for Montgomery County Municipal Utility District No. 113 and MSEC Enterprises, Inc., Montgomery County, Texas".
Scope of Work of the Contract includes the construction of water, sanitary sewer and drainage facilities to serve Woodforest Parkway West.
Bids received after the closing time will be returned unopened. A non-mandatory pre-bid conference will be held on Thursday, February 14, 2013, at 11:00 a.m. Local Time, at 2929 Briarpark Drive, Suite 500, Houston, Texas 77042.
Each Bid must be accompanied by a bid bond or a certified or cashier's check, acceptable to the Owner, in an amount not less than 5 percent of the total amount bid, as a guarantee that the successful bidder will enter into the Contract and execute the Bonds on the forms provided and provide the required insurance certificates within 7 days after the date Contract Documents are received by the Contractor. Bidding documents may be examined at LJA Engineering, Inc., AGC of Texas, AGC Houston, and Amtek or may be obtained by prospective bidders or suppliers upon payment of ninety-five dollars ($95.00 non-refundable plus cost of delivery) ($50.00 for electronic copy) for each set of documents at LJA Engineering, Inc., 2929 Briarpark Drive, Suite 500, Houston, Texas 77042.
The Owner reserves the right to reject any or all Bids and to waive all defects and irregularities in bidding or bidding process except time of submitting a Bid. The Successful Bidder, if any, will be the responsible Bidder which in the Board's judgment will be most advantageous to the District and result in the best and most economical completion of the Project.
Montgomery County Municipal Utility District No. 113 and MSEC Enterprises, Inc.

**NOTICE TO BIDDERS**
1. Sealed bids will be received by Gulf Coast Waste Disposal Authority (GCA) at GCA's Office located at **910 Bay Area Boulevard, Houston, Texas 77058 until 10:00 a.m. on February 26th, 2013,** then publicly opened and read on that date for the **Blackhawk WWTP Package A: Ultraviolet (UV) Disinfection System Replacement and Traveling Bridge Filter Rehabilitation located at Blackhawk WWTP 3902 West Bay Area Boulevard, Friendswood, Texas 77546.**
2. The Ultraviolet Disinfection System Replacement and Traveling Bridge Filter Rehabilitation project includes installing Owner-Furnished equipment to replace the UV system and rehabilitate two effluent filters as specified in the Drawings and Specifications. Project includes:
• Removing existing UV system.
• Installing Owner-Furnished new UV system. Contractor is responsible for all mechanical, structural, electrical and control system equipment.
• Removing existing filter components.
• Installing Owner-Furnished Automatic Backwash Traveling Bridge Filter Components.
• Providing electric actuators on existing UV channel slide gate components.
• All the work as submitted and specified.
3. GCA purchased the equipment for both systems in two previous procurement contracts.
4. Bidders submitting the bids as General Contractor must have at least **five (5)** years of experience in water/wastewater rehabilitation projects including ultraviolet system installation and traveling bridge filter rehabilitation. Electrical Instrumentation Subcontractor to General Contractor must have at least **five (5)** years of experience in municipal and/or industrial water/wastewater installation projects.
5. Specifications and Bid Packages should be available on or about **January 29, 2013.** Specifications can be obtained from Klotz Associates (281-589-7257), Inc. at 1160 Dairy Ashford Road, #500, Houston, Texas 77079, between the hours of 7:00 a.m. and 5:00 p.m. CST, Monday through Friday. Packages can be obtained for a non-refundable cost of $50 each or PDF's can be emailed to Bidders at no cost.
6. A **mandatory** pre-bid conference will be held **on February 7th, 2013 at 9:00 a.m. at the Blackhawk WWTP, 3902 West Bay Area Boulevard, Friendswood, Texas 77546.** Attendance at this **mandatory** pre-bid conference is a prerequisite for award of the bid. An escorted walk-through of the site will be conducted at the Pre-bid Conference. Additional escorted walk-through of the site may be possible by contacting Mr. Jerald Landis at GCA at 281-488-4115.
7. A Bid Bond or Cashier's Check, in the amount of ten percent (10%) of the Bidder's maximum Bid price must be submitted with each bid.
8. Gulf Coast Waste Disposal Authority reserves the right to reject any or all bids or to accept any bid considered advantageous.
Dated this 29th day of January.
GULF COAST WASTE DISPOSAL AUTHORITY

**Get some fast cash on items you no longer need.** Have a garage sale! Your unwanted stuff could be another's treasure. And buyers will find you faster if you place a garage sale ad with **Chronicle Classifieds 713-224-6868.**

## LEGAL NOTICES

### LEGAL NOTICE

In accordance with article 18.17 of the Texas Code of Criminal Procedure, and Chapter 34 of the City of Houston Code of Ordinances, the Houston Police Department gives notice that within the next 90 days it expects to petition a municipal court to dispose of property that is currently held in the below listed cases. The Property Disposition Unit, located at 61 Riesner, is responsible for disposition of this property. If you believe that you may have a claim to any of the property described below, which is being held in one of these cases, or if your name is listed next to one of these cases, you are urged to contact Officer Benavidez of the Property Disposition Unit at 713-247-8988. The persons or businesses identified below in this notice may have a potential claim, but are in no way guaranteed to be awarded any of the property being held. Those persons listed are not necessarily criminal defendants, suspects, or targets of any investigation.

| CASE # | PERSONS/BUSINESS | PROPERTY DESCRIPTION |
|---|---|---|
| 011255709M | KEVIN MITCHELL | MEN'S GENERATION GOLD AND GREEN BICYCLE |
| 017767900V | JERRY MCKNIGHT | ELECTRONIC 12X, TOOLS2X, CLOTHES |
| 037755912Z | UNKNOWN OWNER | POWER DRILL |
| 049934510Z | CITY OF HOUSTON | 2 DVD PLAYERS / 5 BACK PACKS / ASSORTED JEWELRY / CELL PHONE |
| 059968606C | ROY HAM | SAW |
| 059968606C | CASH AMERICA | SAW |
| 059968606C | ALFONSO RODRIGUEZ | SAW |
| 068978911U | MINH A. PHAN | 2- SENTRY SAFES & ASSORTED DOCUMENTS |
| 074361104P | EDWARD BREWSTER | SADDLE |
| 074361104P | JAMES JOHNSON | SADDLE |
| 074361104P | FIESTA PAWN STORE | SADDLE |
| 090019412I | CITY OF HOUSTON | TEXTRON GOLF CART |
| 134888011L | unknown | 1-radio/dvd plr/ammo |
| 182541507O | Erin Hubert | 1-COIN PURSE & COSTUME JEWELRY |
| 192153906P | JOSE TREJO | air compressor |
| 192153906P | EZ PAWN | air compressor |

### NOTICE OF APPLICATION FOR GENERAL PERMIT TO REMOVE OR DISTURB SEDIMENTARY MATERIAL

ONEOK Sterling III Pipeline, L.L.C. has applied to the Texas Parks & Wildlife Department for a general permit to remove or disturb less than 1,000 cubic yards of sand and gravel from and within the beds of the following listed waterbodies in Liberty County. The locations of temporary disturbance are listed below. The purpose is to construct a new natural gas liquids (NGL) pipeline to transport NGL's from Medford, OK to processing facilities in Mont Belvieu, TX. Operations will begin no sooner than April 1, 2013.

| Waterbody Name | Location | |
|---|---|---|
| | Distance from nearest upstream hwy crossing | Distance from nearest downstream hwy crossing |
| Not Named | 0.2 mile from CR 2201 | 0.1 mile from CR 2200 |
| Marsh Branch | 1.5 miles from CR 308 | 0.1 mile from CR 308 |

Written comments on this application may be made by mail to the Texas Parks & Wildlife Department Executive Director, care of Mr. Tom Heger, 4200 Smith School Road, Austin, TX 78744, or by calling Mr. Heger at 512-389-4583, or by e-mailing tom.heger@tpwd.state.tx.us.

### IN THE UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS - HOUSTON DIVISION

In re: ATP Oil & Gas Corporation, Debtor. ) Chapter 11 • Case No.: 12-36187 ) Hon. Marvin Isgur

**NOTICE OF (I) SOLICITATION OF INITIAL BIDS; (II) BIDDING PROCEDURES; (III) AUCTION; (IV) SALE HEARING AND (V) RELATED RELIEF AND DATES**

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 17, 2012, ATP Oil & Gas Corporation, the debtor and debtors -in-possession in the above-captioned Chapter 11 case (the "**Debtor**") filed a voluntary petition for relief under Chapter 11 of Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on January 8, 2013 the Debtor filed its *Motion Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 and Bankruptcy Rules 2002, 6004 and 6006 for Orders (I)(A) Approving (i) Bidding Procedures; (ii) Bid Protections; (iii) Auction Procedures; and (iv) Assumption and Assignment Procedures; (B) Approving Notice Procedures for (i) the Solicitation of Bids; and (ii) an Auction; (C) Scheduling Hearings on Approval of a Sale or Sales of Substantially all of the Debtor's Shelf Property Assets; and (D) Granting Related Relief; and (II) (A) Approving the Sale or Sales of Substantially all of the Debtor's Shelf Property Assets Free and Clear of Claims and Liens and (B) Approving the Assumption and Assignment of Contracts and Leases* [Dkt. No. 1169] (the "**Motion**") with clerk of the Bankruptcy Court seeking, among other things, entry of an order (the "**Sale Order**") authorizing and approving: (a) the sale of substantially all of the Debtor's Shelf Properties and related assets (the "**Shelf Assets**") free and clear of liens, claims, encumbrances and other interests, with all such liens, claims, encumbrances and other interests attaching with the same validity and priority to the sale proceeds, to one or more purchasers submitting the highest or otherwise best offers therefor (the "**Sale**"); and (b) procedures for the assumption and assignment of executory contracts and unexpired leases (collectively, the "**Contracts**"). Please note that all capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that Debtor is soliciting offers for the purchase of substantially all of the Shelf Assets and assumption of substantially all of the liabilities of the Debtor with respect thereto consistent with the bidding procedures (the "**Bidding Procedures**") approved by the Bankruptcy Court by entry of an order dated January 24, 2013 (the "**Bidding Procedures Order**"). **All interested bidders should carefully read the Bidding Procedures and Bidding Procedures Order.** To the extent that there are any inconsistencies between this notice and the Bidding Procedures or Bidding Procedures Order, the Bidding Procedures or Bidding Procedures Order, as applicable, shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that, if the Debtor receives qualified bids within the requirements and time frame specified by the Bidding Procedures, the Debtor will conduct an auction (the "**Auction**") with respect to the Sale of the Shelf Assets on **February 26, 2012 at 9:00 a.m. (CST)**, at the offices of Mayer Brown LLP, 700 Louisiana Street, Suite 3400, Houston, Texas 77002, or such later date and time as selected by the Debtor. The Auction shall be conducted in a timely fashion according to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Sale of all or substantially all of the Shelf Assets to one or more Successful Bidder(s) (the "**Sale Hearing**") is presently scheduled to take place on **February 28, 2013 at 1:30 p.m. (CST)**, or as soon thereafter as counsel may be heard, before the Honorable Marvin Isgur in Courtroom 404 in the United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002, or before any other judge who may be sitting in his place and stead.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise set forth in the Bidding Procedures Order, objections, if any, to the Sale of the Shelf Assets, the assumption and assignment of the Contracts, or any relief requested in the Motion other than the relief granted by this Court in the Bidding Procedures Order **must** be: (a) in writing; (b) signed by counsel or attested to by the objecting party; (c) in conformity with the Bankruptcy Rules and the Local Rules; (d) filed with the Clerk of the Bankruptcy Court, 515 Rusk Avenue, Houston, Texas 77002 by no later than **4:00 p.m. (CST) on February 26, 2013** (the "**General Objection Deadline**"), or other applicable deadline as indicated in this Motion; and (e) served in accordance with the Local Rules so as to be received on or before the relevant objection deadline by the following (collectively, the "**Objection Notice Parties**"): (i) counsel for the Debtor: Mayer Brown LLP, 700 Louisiana Street, Suite 3400, Houston, Texas 77002, Attn: Charles S. Kelley, (CKelley@mayerbrown.com); (ii) investment banker for the Debtor: Jefferies & Company, Inc., 300 Crescent Court, Suite 500, Dallas, Texas 75201, Attn: Stephen Straty (sstraty@jefferies.com); (iii) counsel for the DIP Agent: Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Attn: Paul H. Zumbro (pzumbro@cravath.com); (iv) counsel to certain DIP Lenders: Bingham McCutchen LLP, 339 Park Avenue, New York, New York 10022, Attn: Ronald J. Silverman (ronald.silverman@bingham.com) and Winstead PC, 500 Winstead Building, 2728 N. Harwood Street, Dallas, Texas 75201, Attn: Phillip Lamberson, (plamberson@winstead.com); (v) counsel to the Creditors' Committee: Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Evan R. Fleck (efleck@milbank.com); (vi) counsel to the Equity Committee: Diamond McCarthy LLP, 909 Fannin Street, Suite 1500, Houston, Texas 77010, Attn: Kyung S. Lee (klee@diamondmccarthy.com); (vii) counsel to the Ad Hoc Committee of Second Lien Notes: Wachtell, Lipton, Rosen & Katz LLP, 51 West 52nd Street, New York, New York 10019, Attn: Scott K. Charles (skcharles@wlrk.com); and (viii) Office of the United States Trustee for the Southern District of Texas: 515 Rusk Avenue, Suite 3516, Houston, Texas 77002, Attn: Nancy Lynne Holley (Nancy.Holley@usdoj.gov) (these procedures are collectively referred to as the "**General Objection Procedures**"). Each objection shall state the legal and factual basis of such objection and may be orally supplemented at the relevant hearing.

**CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION**

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO THE SALE ON OR BEFORE THE GENERAL OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE SHELF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS SET FORTH IN THE APPLICABLE ASSET PURCHASE AGREEMENT RELATED THERETO. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT CERTAIN OF THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, and any exhibits thereto, including the Bidding Procedures Order, Bidding Procedures, the Form Purchase Agreement, and the proposed Sale Order, are available: (a) upon request to the Debtor's Noticing and Claims Agent, Kurtzman Carson Consultants, LLC ("**KCC**"), by calling (866) 381-9100; (b) at the Debtor's expense by visiting the website maintained by KCC in this Chapter 11 case at http://www.kccllc.net/atpog (the "**KCC Website**") or (c) for a fee via PACER by visiting http://ecf.txsb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned Chapter 11 case at the KCC Website.

Dated: Houston, Texas, January 24, 2013

Respectfully submitted, **MAYER BROWN LLP,** By: /s/ Charles S. Kelley, Charles S. Kelley, Attorney-in-Charge, State Bar No. 11199580, Southern District of Texas Bar No. 15344, 700 Louisiana Street, Suite 3400, Houston, TX 77002-2730, Telephone: 713 238-3000, Facsimile: 713 238-4888

### NOTICE OF RECEIPT OF APPLICATION AND INTENT TO OBTAIN WATER QUALITY PERMIT RENEWAL

**PERMIT NO. WQ0001000000**

**APPLICATION.** Total Petrochemicals & Refining USA, Inc , P.O. Box 888, Deer Park, Texas 77536, a polypropylene manufacturing plant, has applied to the Texas Commission on Environmental Quality (TCEQ) to renew Texas Pollutant Discharge Elimination System (TPDES) Permit No. WQ0001000000 (EPA I.D. No. TX0007421) to authorize the discharge of treated wastewater at a volume not to exceed a daily average flow of 1,700,000 gallons per day. The facility is located at 1818 Independence Parkway South, La Porte, in Harris County, Texas 77571. The discharge route is from Outfall 001 via a 24-inch pipe to an unnamed ditch; thence through a 36-inch culvert to Phillips Ditch; thence to Santa Anna Bayou; thence to the Houston Ship Channel/San Jacinto River Tidal; and from Outfall 002 via a 12-inch pipe to Phillips Ditch; thence to Santa Anna Bayou; thence to the Houston Ship Channel/San Jacinto River Tidal. TCEQ received this application on January 3, 2013. The permit application is available for viewing and copying at the La Porte Community Library, 600 South Broadway Street, La Porte, Texas. This link to an electronic map of the site or facility's general location is provided as a public courtesy and not part of the application or notice. For exact location, refer to application.
http://www.tceq.texas.gov/assets/public/hb610/index.html?lat=29.728086&lng=-95.085394&zoom=13&type=r

**ADDITIONAL NOTICE.** TCEQ's Executive Director has determined the application is administratively complete and will conduct a technical review of the application. After technical review of the application is complete, the Executive Director may prepare a draft permit and will issue a preliminary decision on the application. **Notice of the Application and Preliminary Decision will be published and mailed to those who are on the county-wide mailing list and to those who are on the mailing list for this application. That notice will contain the deadline for submitting public comments.**

**PUBLIC COMMENT / PUBLIC MEETING. You may submit public comments or request a public meeting on this application.** The purpose of a public meeting is to provide the opportunity to submit comments or to ask questions about the application. TCEQ will hold a public meeting if the Executive Director determines that there is a significant degree of public interest in the application or if requested by a local legislator. A public meeting is not a contested case hearing.

**OPPORTUNITY FOR A CONTESTED CASE HEARING.** After the deadline for submitting public comments, the Executive Director will consider all timely comments and prepare a response to all relevant and material, or significant public comments. **Unless the application is directly referred for a contested case hearing, the response to comments, and the Executive Director's decision on the application, will be mailed to everyone who submitted public comments and to those persons who are on the mailing list for this application. If comments are received, the mailing will also provide instructions for requesting reconsideration of the Executive Director's decision and for requesting a contested case hearing.** A contested case hearing is a legal proceeding similar to a civil trial in state district court.

**TO REQUEST A CONTESTED CASE HEARING, YOU MUST INCLUDE THE FOLLOWING ITEMS IN YOUR REQUEST: your name, address, phone number; applicant's name and proposed permit number; the location and distance of your property/activities relative to the proposed facility; a specific description of how you would be adversely affected by the facility in a way not common to the general public; and, the statement "[I/we] request a contested case hearing." If the request for contested case hearing is filed on behalf of a group or association, the request must designate the group's representative for receiving future correspondence; identify an individual member of the group who would be adversely affected by the proposed facility or activity; provide the information discussed above regarding the affected member's location and distance from the facility or activity; explain how and why the member would be affected; and explain how the interests the group seeks to protect are relevant to the group's purpose.**

Following the close of all applicable comment and request periods, the Executive Director will forward the application and any requests for reconsideration or for a contested case hearing to the TCEQ Commissioners for their consideration at a scheduled Commission meeting.

The Commission will only grant a contested case hearing on disputed issues of fact that are relevant and material to the Commission's decision on the application. Further, the Commission will only grant a hearing on issues that were raised in timely filed comments that were not subsequently withdrawn. **TCEQ may act on an application to renew a permit without providing an opportunity for a contested case hearing if certain criteria are met.**

**MAILING LIST.** If you submit public comments, a request for a contested case hearing or a reconsideration of the Executive Director's decision, you will be added to the mailing list for this specific application to receive future public notices mailed by the Office of the Chief Clerk. In addition, you may request to be placed on: (1) the permanent mailing list for a specific applicant name and permit number; and/or (2) the mailing list for a specific county. If you wish to be placed on the permanent and/or the county mailing list, clearly specify which list(s) and send your request to TCEQ Office of the Chief Clerk at the address below.

**AGENCY CONTACTS AND INFORMATION. All written public comments and requests must be submitted to the Office of the Chief Clerk, MC 105, TCEQ, P.O. Box 13087, Austin, TX 78711-3087 or electronically at www.tceq.state.tx.us/about/comments.html.** If you need more information about this permit application or the permitting process, please call TCEQ Office of Public Assistance, Toll Free, at 1-800-687-4040. Si desea informacion en Espanol, puede llamar al 1-800-687-4040. General information about TCEQ can be found at our web site at www.tceq.texas.gov.

Further information may also be obtained from the Total Petrochemicals & Refining USA, Inc. at the address stated above or by calling Mr. Ron Copeland, at 281-476-3762.

Issuance Date: January 18, 2013

## BIDS & PROPOSALS

**INVITATION TO BIDDERS**
Sealed Proposals for **Construction of Water Sanitary Sewer and Drainage Facilities to serve The Woodlands Metro Center 75 (0472-0875A),** will be received at the offices of Montgomery County Municipal Utility District No. 67, 2455 Lake Robbins Drive, The Woodlands, Texas 77380 until 1:00 pm., Thursday, February 14, 2013 and then be publicly opened. Instructions to Bidders and other bidding documents are available at the office of the Engineer, LJA Engineering, Inc., 2929 Briarpark Drive, Suite 500, Houston, Texas 77042-3703, 713.953.5200, upon a $115.00 non-refundable deposit ($50.00 for electronic copy), or may be examined at the offices of the Engineer. AGC, AGC of Texas, and Amtek Information Service, Inc. A non-mandatory pre-bid conference will be held at the offices of the Engineer February 7, 2013, Thursday, 10:00 a.m.

**PROFESSIONAL ASSISTANCE,** expert advice for all your Classified needs. Call **Chronicle Classifieds at 713-224-6868** and request help to write an ad that gets great results!

## BIDS & PROPOSALS

**PASADENA INDEPENDENT SCHOOL DISTRICT**
is requesting Sealed Bids for the **Sale of Land (ALTA VISTA ACRES, SECTION 2 Partial Replat of Lot 134 Vol. 9, Pg 41 H.C.M.R. 0.063 Acres 2,765 Square Feet),** Bid #13-026. Sealed Bids will be received at the Central Administration Building, Purchasing Department, Attn: Bid Clerk, 1515 Cherrybrook, Pasadena, Texas 77502, 713-740-0196, until **10:00 AM, Thursday, February 14, 2013**. Proposals may also be obtained from the above address, or on our website: http://pasadenatx.schoolwebpages.com/education/school/school.php?sectiondetailid=10415&

**RESULTS you can count** on from Houston's classified leader.
**Chronicle Classifieds 713-224-6868.**

**MAINTAIN A BRAIN. Please donate now** to support literacy and education programs in our community. Your donation will make a difference for many – just go to **www.readersareleadersfoundation.org**.
Readers Are Leaders FOUNDATION Supporting Literacy Through Newspapers In Education
HOUSTON CHRONICLE Chronicle In Education chron.com/cie

## LEGAL NOTICES

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

*In re* Nortel Networks Inc., *et al.*, Debtors. ) Chapter 11 • Case No. 09-10138 (KG) ) Jointly Administered • **RE: 9224, 9324**

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*

## NOTICE TO CREDITORS

## NOTICE TO CREDITORS

**Notice To Creditors Ad $69.00***
**+$5.00 Affidavit Fee**
**Call Cynthia**
**713-362-6435**
***$69.00 includes first 36 lines**
***$1.92 per line over 36 lines**

## LEGAL NOTICES

The Houston Planning Commission has received an application to allow the replatting of Lot 14 Block 10 of Lamar Terrace recorded in vol 32 page 68 of the Map Records of Harris County, Texas, for the purpose of configuring one lot into two lots
The new subdivision name is Carnegie Vistas at St George
The City will send out written notice of a public hearing to owners of property within the original plat boundary that is within 250 feet of the proposed replat and within 500 feet at the front of the street.
You may speak on this replat at the public hearing on Feburary 14, 2013 at 2:30 p.m. in the City Council Chamber, City Hall Annex, Public Level, 900 Bagby Street, Houston, Texas. Contact City planning department at (713) 837-7701 for information

THE STATE OF TEXAS
CITATION BY PUBLICATION

TO: PATRICK THESING

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of forty-two days from the date of issuance of this citation, same being February 04, 2013, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 301 Jackson, Richmond, Texas 77469, or by bringing it to the office. Our street address is 1422 Eugene Heimann Circle, Richmond, TX 77469. We are located on the first floor of the Justice Center building.

The case is presently pending before the 434TH JUDICIAL DISTRICT COURT of Fort Bend County sitting in Richmond, Texas, and was filed on June 01, 2012. It bears cause number 12-DCV-198563 and is styled:

Stewart Title Guaranty Company vs. Patrick Thesing and Carolyn Thesing

the name and address of the attorney for PLAINTIFF OR PETITIONER is:

**GLEN M. BOUDREAUX**
**JACKSON WALKER LLP**
**1401 MCKINNEY**
**SUITE 1900**
**HOUSTON, TX 77010**
**713-752-4200**

The nature of the demands of suit PLAINTIFF OR PETITIONER is as follows to wit: A LAWSUIT ALLEGING FRAUD, BREACH OF FIDUCIARY DUTY AND THEFT HAS BEEN FILED BY STEWART TITLE COMPANY AGAINST PATRICK THESING FOR THIS ACTIVITY

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court at Richmond, Texas, on this the 19th day of December, 2012.

**(SEAL)**

**DISTRICT CLERK**
**ANNIE REBECCA ELLIOTT**
**Fort Bend County, Texas**

By: /s/ Brittany Rebeles
Deputy District Clerk
Telephone: 9281) 633-7613

**WHENEVER YOU ARE** READY to place your classified ad, get the best professional assistance. Call **Chronicle Classifieds 713-224-6868.**

## LEGAL NOTICES

**NOTICE OF INTENT TO FOREIT**
NOTICE is hereby given of the seizure and intention of the U.S. Government to forfeit and sell, destroy or otherwise dispose of according to law the following merchandise seized for violation of the U.S. Customs and Border Protection and other Federal Agencies' laws and regulations. Under the Civil Asset Forfeiture Reform Act (CAFRA) regulations (18USC983), persons having claims against the merchandise in question are required to appear and file a claim to such property *without posting a bond* in default of which the property will be disposed of according to law. **Except**, the Tariff Act of 1930 or any other provision of law codified in Title 19; the Internal Revenue Code of 1986; the Federal Food, Drug, and Cosmetic Act; the Trading with the Enemy Act, 50USCApp1 et seq.; or, the Neutrality Act, 22USC401 in which persons having claims against the merchandise in question are required to appear and file a claim to such property *and a bond* in the sum of 10% of the value of the merchandise or $5,000, whichever is lower, but not less than $250 in default of which the property will be disposed of according to law. The claim must be filed with the Fines, Penalties, and Forfeitures Officer of Customs within 20 days from the date of first publication of this notice. The following was seized in Houston, TX: **2012530100044701** SZ 7/9/2012: 7,678 belts valued at $5,422 19USC1526(e). **2012530100046601** SZ 7/17/2012: $11,000 USD 8USC1324. **2012530900015801** SZ 9/16/2012: $7,804 USD 19USC1497. **2012530900016001** SZ 9/19/2012: $73,625 31USC5317/5316. **2012530900009101** SZ 4/15/2012: auto parts valued at $8,399 19USC1595a(d) 22USC401. **2013530100005114** SZ 10/17/2012: $180,227 USD, 2 handguns valued at $400 8USC1324, 18USC981/1956 **2013530100009901** SZ 11/16/2012: tapestry of Virgin & St. Vincent valued at $50,000 19USC1595A(C), 18USC545/2314. **2010530100031501** SZ 4/28/2010: 2007 Dodge Charger VIN 2B3KA43G37H759965, 2009 Ducati M/Cycle VIN ZDM1XBGV39B006782, tot. value $25,000 21USC881, 19USC1459. **2011530100040101** SZ 6/22/2011: 5,406 hats valued at $6,596 19USC1595A(C)/1304. **2011530100040501** SZ 6/24/2011: 2006 Honda Odyssey VIN 5FNRL38666B419750, 2010 Honda Accord VIN 5J6TF1H53AL010713, tot. value $18,300 19USC1595A(D) 22USC401. **2011530100042801** SZ 7/14/2011: 2009 Toyota Camry VIN 4T1BE46K29U841152 valued at $8,000 19USC1595A(D) 22USC401. **2012530100043301** SZ 6/25/2012: $57,940 USD 18USC981/1956. **2012530100044501** SZ 7/5/2012: $146,624 USD 19USC1595A(D), 22USC401, 18USC981. **2013530100006301** SZ 10/26/2012: $16,700 USD 18USC981/1956. **2013530100009101** SZ 11/16/2012: 1,580 pens, 720 hats, tot. value $50,390 19USC1595A(C)/1304/1526(e). **2013530100010001** SZ 11/19/2012: 1,799 toy gun sets valued at $10,579 19USC1595A(C), 15USC5001. **2012530100006301** SZ 11/3/2011: 500 tear gas shells valued at $20,975 19USC1595A(C) 22USC401. FPFO Celia Grau

**WHATEVER YOU'RE SELLING,** get friendly, professional advice and an affordable advertising price. **Call Chronicle Classifieds at 713-224-6868.** Houston's classified leader will help you write an ad that sells.

**CAUSE NUMBER: 2011-52813**
**IN THE 295th JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**
**Plaintiff: AMERICAN ALTERNATIVE INSURANCE CORPORATION THE REAL PARTY IN INTEREST AS SUBROGEE OF THE NAMED PLAINTIFF TNG UTILITY CORPORATION**
**vs.**
**Defendant: GERMAN MESA**
**CITATION BY PUBLICATION**
**THE STATE OF TEXAS**
**County of Harris**
**To: GERMAN MESA**
**YOU ARE HEREBY COMMANDED** to be and appear before the 295th Judicial District Court of Harris County, Texas in the Courthouse in the city of Houston, Texas at or before 10:00 o'clock A.M. Monday, the 11th day of February, 2013, being the Monday next after the expiration date of forty-two days after this citation is issued, and you are hereby commanded and required then and there to appear and file written answer to the Original Petition, filed in said Court on the 2ND day of SEPTEMBER, 2011, in a suit numbered 2011-52813 docket of said court, wherein AMERICAN ALTERNATIVE INSURANCE CORPORATION, the Plaintiff, and GERMAN MESA the Defendant, the nature of plaintiff's demand and the said petition alleging: PERSONAL INJURY AUTO
**SUMMARY**
On February 4, 2011, Steven Reifel ("Reifel") was traveling eastbound in a vehicle owned by TNG Utility Corporation on Spring Cypress Road in Houston, Texas. Defendant GERMAN MESA was traveling westbound in the opposite lane of traffic when ice, formed on the bridge, caused him to lose control of his car and spin into Reifel's lane. Reifel was unable to avoid the out-of-control vehicle and collided with Defendant's vehicle, causing significant damage to TNG's vehicle. The Peace Officer's Crash Report listed Defendant's inability to maintain a single marked lane as the cause of the accident.
Following this accident, TNG filed an insurance claim with its insurance carrier, AMERICAN ALTERNATIVE INSURANCE CORPORATION ("American"). Pursuant to the terms of the policy issued to TNG, American paid TNG for the damages it sustained due to the accident. Defendant GERMAN MESA was negligent and proximately caused Plaintiff's damages. American seeks reimbursement of those costs from Defendant GERMAN MESA.
Notice hereof shall be given by publishing this Citation once a week for four consecutive weeks previous to the day of February 8, 2013, in some newspaper published in the County of Harris, if there be a newspaper published therein, but if not, then the nearest county where a newspaper is published, and this Citation shall be returned on the 8th day of February, 2013, which is forty two days after the date it is issued, and the first publication shall be at least twenty-eight days before said return day.
**HEREIN FAIL NOT**, but have before said court on said return day this Writ with your return thereon, showing how you have executed same.
**WITNESS: Chris Daniel,** District Clerk, Harris County Texas
**GIVEN UNDER MY HAND AND SEAL OF SAID COURT** at Houston, Texas this 28th day of December, 2012.
(seal)
Chris Daniel,
District Clerk
Harris County, Texas
201 Caroline,
Houston, Texas 77002
P.O. Box 4651,
Houston, Texas 77210
By: /s/ Irma Medina,
Deputy District Clerk
Newspaper:
The Houston Chronicle
Issued at the request of :
Kevin R. Michaels
Address: 11767 Katy Freeway, Ste. 330
Houston, Texas 77079
(281) 496-9889
Bar Number: 00784598

**Lost pet?**
PetsHouston.com can help. Submit photo, pet's name and details at
petsHouston.com