1003896644

# Tampa Bay Times

**Published Daily**

**St. Petersburg, Pinellas County, Florida**

**STATE OF FLORIDA**
**COUNTY OF Pinellas** } **S.S.**

Before the undersigned authority personally appeared **B. Harr** who on oath says that he/she is **Legal Clerk** of the ***Tampa Bay Times*** a daily newspaper published at St. Petersburg, in Pinellas County, Florida; that the attached copy of advertisement, being a **Legal Notice** in the matter **RE: NOTICE OF PROPOSED SETTLEMENT - NORTEL NETWORKS CASE NO. 09-10138 (KG)** was published in said newspaper in the issues of **Main Times , 1/30/2013 .**

Affiant further says the said **Tampa Bay Times** is a newspaper published at St. Petersburg, in said Pinellas County, Florida and that the said newspaper has heretofore been continuously published in said Pinellas County, Florida, each day and has been entered as second class mail matter at the post office in St. Petersburg, in said Pinellas County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement, and affiant further says that he /she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

B. Harr

**Signature of Affiant**

Sworn to and subscribed before me this **30th** day of **January A.D.2013**

Joseph F. Fish

**Signature of Notary Public**

Personally known X or produced indentification ___

Type of indentification produced ______________

JOSEPH F. FISH
MY COMMISSION #DD976007
EXPIRES: JUN 23, 2014
Bonded through 1st State Insurance

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

*In re* Nortel Networks Inc., *et al.*, Debtors. ) Chapter 11 • Case No. 09-10138 (KG) ) Jointly Administered • RE: 9224, 9324

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*

1/30/2013 896644-01

Stock quotes: Go to money.tampabay.com

# MARKETS

| Dow 30 Industrials | S&P 500 | NASDAQ | Russell 2000 | Wilshire 5000 Total Market | Gold | Oil per barrel | Dollar vs. Canada | Dollar vs. Euro |
|---|---|---|---|---|---|---|---|---|
| + 72.49 | + 7.66 | – 0.64 | + 0.60 | + 51.04 | + $7.90 | + $1.13 | – 0.0041 | – 0.0017 |
| 13,954.42 | 1,507.84 | 3,153.66 | 907.31 | 15,909.10 | $1,660.80 | $97.57 | 1.0023 | 0.7415 |

## Pfizer puts Dow near 14,000

*Associated Press*

NEW YORK — Pfizer helped keep the stock market rally alive Tuesday. The drugmaker's stock gained after posting strong earnings, pushing the Dow Jones Industrial Average closer to 14,000.

The Dow rose 72.49 points to close at 13,954.42, ending higher for the seventh day in eight. The Standard and Poor's 500 also rose, adding 7.66 points to 1,507.84 points. The Nasdaq composite dropped 0.64 points to 3,153.66.

The Dow is 6.5 percent higher this month, and the S&P 500 is up 5.7 percent. Both indexes are at their highest levels in more than five years.

Pfizer was the biggest gainer in the Dow, advancing 86 cents, or 3.2 percent, to $27.70 after the company said its fourth-quarter profit more than quadrupled because of a $4.8 billion gain from selling its nutrition business and despite competition from generic drugs hurting sales.

Home builder D.R. Horton gained $2.51, or 11.8 percent, to $23.82 after it said that net income more than doubled as the housing recovery took hold. Improving home prices and better sales bolstered profits.

"The earnings season is not stellar, it's not gangbusters, but it's better than last quarter," said Quincy Krosby, a market strategist at Prudential.

Currently, analysts expect fourth-quarter earnings for 2012 to increase by an average of 4.7 percent for S&P 500 companies, according to the latest data from S&P Capital IQ. That's an improvement on the previous quarter, when profit grew by 2.4 percent.

The Federal Reserve started a two-day meeting Tuesday. Investors will be looking at the release of its statement today for clues about the outlook for the economy and interest rates.

### MARKET RECAP

S&P 500 — Close: 1,507.84 — Change: 7.66 (0.5%) — 10 DAYS

Nasdaq composite — Close: 3,153.66 — Change: -0.64 (flat) — 10 DAYS

### StocksRecap

| | NYSE | NASD |
|---|---|---|
| Vol. (in mil.) | 3,844 | 2,003 |
| Pvs. Volume | 3,278 | 1,890 |
| Advanced | 1762 | 1333 |
| Declined | 1269 | 1094 |
| New Highs | 302 | 177 |
| New Lows | 12 | 6 |

| | HIGH | LOW | CLOSE | CHG. | %CHG. | WK | MO | QTR | YTD |
|---|---|---|---|---|---|---|---|---|---|
| DOW | 13969.82 | 13881.29 | 13954.42 | +72.49 | +0.52% | ▲ | ▲ | ▲ | +6.49% |
| DOW Trans. | 5878.28 | 5840.50 | 5874.60 | -0.96 | -0.02% | ▲ | ▲ | ▲ | +10.70% |
| DOW Util. | 473.27 | 469.03 | 472.88 | +3.63 | +0.77% | ▲ | ▲ | ▼ | +4.37% |
| NYSE Comp. | 8941.14 | 8882.90 | 8935.64 | +55.62 | +0.63% | ▲ | ▲ | ▲ | +5.83% |
| NASDAQ | 3156.94 | 3133.11 | 3153.66 | -0.64 | -0.02% | ▲ | ▲ | ▲ | +4.44% |
| S&P 500 | 1509.35 | 1498.09 | 1507.84 | +7.66 | +0.51% | ▲ | ▲ | ▲ | +5.72% |
| S&P 400 | 1095.46 | 1090.65 | 1095.35 | +0.36 | +0.03% | ▲ | ▲ | ▲ | +7.34% |
| Wilshire 5000 | 15918.00 | 15817.51 | 15909.10 | +51.04 | +0.32% | ▲ | ▲ | ▲ | +6.10% |
| Russell 2000 | 907.31 | 902.62 | 907.31 | +0.60 | +0.07% | ▲ | ▲ | ▲ | +6.82% |

### GLOBAL MARKETS

| | YEST | CHG | %CHG |
|---|---|---|---|
| Frankfurt DAX | 7848.57 | +15.57 | +0.20% |
| London FTSE 100 | 6339.19 | +44.78 | +0.71% |
| Hong Kong Hang Seng | 23655.17 | -16.71 | -0.07% |
| Paris CAC-40 | 3785.82 | +4.93 | +0.13% |
| Tokyo Nikkei 225 | 10866.72 | +42.41 | +0.39% |
| Toronto | 12830.56 | +14.65 | +0.11% |

### FOREIGN EXCHANGE

| 1 US $ BUYS | CLOSE | PVS | %CHG |
|---|---|---|---|
| British Pound | .6346 | -.0026 | -.41% |
| Canadian Dollar | 1.0023 | -.0041 | -.41% |
| Euro | .7415 | -.0017 | -.23% |
| Japanese Yen | 90.69 | -.10 | -.11% |
| Mexican Peso | 12.7226 | -.0360 | -.28% |

### TAMPA BAY STOCKS

| NAME | TICKER | 52-WK RANGE LOW | HIGH | CLOSE | CHG |
|---|---|---|---|---|---|
| Aerosonic Corp | AIM | 2.32 | 4.44 | 3.85 | ... |
| Brown & Brown | BRO | 22.42 | 28.17 | 27.29 | +.16 |
| CF Industries | CF | 154.17 | 231.50 | 229.08 | +.89 |
| Duke Energy | DUK | 59.63 | 71.13 | 67.98 | +.35 |
| HSN Inc | HSNI | 34.95 | 60.87 | 59.72 | +.85 |
| Innovaro Inc | INV | 0.16 | 1.05 | .24 | -.01 |
| Jabil Circuit | JBL | 16.82 | 27.40 | 19.15 | -.45 |
| Kforce Inc | KFRC | 10.34 | 15.40 | 13.73 | -.13 |
| MarineMax Inc | HZO | 6.82 | 11.97 | 11.69 | -.06 |
| Nicholas Financial | NICK | 10.14 | 13.97 | 13.36 | -.01 |
| Odyssey Marine Exp | OMEX | 2.41 | 4.36 | 3.08 | ... |
| Quality Distribution | QLTY | 4.91 | 14.61 | 7.55 | -.22 |
| Raymond James Fncl | RJF | 30.99 | 44.64 | 45.21 | +.66 |
| Superior Uniform | SGC | 10.37 | 13.27 | 11.37 | +.03 |
| Sykes Enterprises | SYKE | 12.81 | 18.61 | 15.56 | +.01 |
| TECO Energy | TE | 16.12 | 18.64 | 17.78 | +.38 |
| Tech Data | TECD | 42.25 | 59.29 | 50.62 | -.37 |
| Walter Energy | WLT | 28.01 | 76.95 | 37.20 | -.39 |
| Walter Inv Mgmt | WAC | 17.87 | 49.67 | 43.32 | +.29 |
| Wellcare Hlth Plans | WCG | 44.75 | 74.41 | 50.59 | +.11 |

### INTEREST RATES

| PRIME RATE | YEST | 6 MO AGO | 1 YR AGO |
|---|---|---|---|
| | 3.25 | 3.25 | 3.25 |

| TREASURIES | YEST | PVS. | NET CHG |
|---|---|---|---|
| 3-month T-bill | .06 | 0.06 | ... |
| 2-year T-note | .28 | 0.28 | ... |
| 6-month T-bill | .11 | 0.11 | ... |
| 10-year T-note | 2.00 | 1.96 | +0.04 |
| 1-year T-note | .18 | 0.18 | ... |
| 30-year T-bond | 3.19 | 3.14 | +0.05 |
| 5-year T-note | .88 | 0.86 | +0.02 |

| BONDS | YEST | PVS. | NET CHG |
|---|---|---|---|
| Barclays LongT-BdIdx | 2.76 | 2.75 | +0.01 |
| Bond Buyer Muni Idx | 3.99 | 3.98 | +0.01 |
| Barclays USAggregate | 1.90 | 1.88 | +0.02 |
| Barclays US High Yield | 5.62 | 5.62 | ... |
| Moodys AAA Corp Idx | 3.87 | 3.85 | +0.02 |
| Barclays US Corp | 2.81 | 2.80 | +0.01 |
| PHLX Bank | 53.92 | 53.89 | +0.03 |

### OTHER STOCKS OF INTEREST

| NAME | TICKER | 52-WK RANGE LOW | HIGH | CLOSE | CHG |
|---|---|---|---|---|---|
| AT&T Inc | T | 29.02 | 38.58 | 34.68 | +.55 |
| Aegon | AEG | 3.93 | 6.77 | 6.67 | -.03 |
| AutoNatn | AN | 31.57 | 48.56 | 44.87 | +.01 |
| BB&T Cp | BBT | 26.61 | 34.37 | 30.93 | -.07 |
| BkofAm | BAC | 6.72 | 12.20 | 11.49 | +.01 |
| CVS Care | CVS | 41.48 | 52.73 | 51.34 | |
| Citigroup | C | 24.61 | 43.34 | 42.16 | -.18 |
| CocaCola s | KO | 33.52 | 41.25 | 37.42 | +.41 |
| Delhaize | DEG | 32.11 | 57.85 | 48.41 | -.15 |
| Dell Inc | DELL | 8.69 | 18.36 | 13.25 | +.21 |
| Dillards | DDS | 43.70 | 89.98 | 84.54 | +.51 |
| Disney | DIS | 38.38 | 54.87 | 53.99 | -.37 |
| EMC Cp | EMC | 22.77 | 30.00 | 24.18 | -1.02 |
| ExxonMbl | XOM | 77.13 | 93.67 | 91.76 | +.65 |
| FidlNFin | FNF | 17.14 | 26.41 | 25.01 | +.03 |
| FifthThird | FITB | 12.04 | 16.63 | 16.27 | +.09 |
| FordM | F | 8.82 | 14.30 | 13.14 | -.64 |
| FrankRes | BEN | 100.91 | 136.77 | 137.91 | +1.90 |
| GenElec | GE | 18.02 | 23.18 | 22.50 | |
| HancHld | HBHC | 27.96 | 36.73 | 30.01 | +.09 |
| HltMgmt | HMA | 5.92 | 10.43 | 10.11 | -.19 |
| HomeDp | HD | 44.22 | 68.15 | 67.20 | -.38 |
| HonwllIntl | HON | 52.21 | 69.25 | 69.09 | +.17 |
| Intel | INTC | 19.23 | 29.27 | 21.28 | +.23 |
| IBM | IBM | 181.85 | 211.79 | 203.90 | -1.03 |
| JPMorgCh | JPM | 30.83 | 47.16 | 47.12 | +.48 |
| Level3 | LVLT | 16.36 | 27.99 | 23.55 | -.56 |
| Lowes | LOW | 24.76 | 39.26 | 38.23 | -.12 |
| Macys | M | 32.31 | 42.17 | 39.95 | +.56 |
| MarIntA | MAR | 33.93 | 41.84 | 40.21 | +.11 |
| McDnlds | MCD | 83.31 | 101.29 | 94.92 | +.56 |
| MetLife | MET | 27.60 | 39.55 | 37.72 | +.09 |
| NextEraEn | NEE | 59.10 | 72.85 | 72.61 | +.21 |
| NorTrst | NTRS | 40.90 | 53.50 | 51.77 | +.23 |
| Penney | JCP | 15.69 | 43.18 | 21.01 | +1.79 |
| Pfizer | PFE | 20.75 | 27.30 | 27.70 | +.86 |
| Raytheon | RTN | 47.50 | 59.34 | 54.90 | +.03 |
| RegionsFn | RF | 5.12 | 7.85 | 7.71 | |
| RschMotn | RIMM | 6.22 | 18.32 | 15.66 | -.52 |
| SearsHldgs | SHLD | 38.40 | 85.90 | 47.39 | -.53 |
| SwstAirl | LUV | 7.76 | 11.62 | 11.33 | -.10 |
| SprintNex | S | 2.10 | 6.04 | 5.64 | +.08 |
| SunTrst | STI | 20.06 | 30.79 | 28.89 | -.38 |
| Synovus | SNV | 1.65 | 2.82 | 2.50 | -.04 |
| Target | TGT | 49.75 | 65.80 | 61.34 | +.21 |
| Toyota | TM | 72.04 | 97.55 | 95.60 | +.82 |
| VerizonCm | VZ | 36.80 | 48.77 | 43.50 | +.73 |
| WalMart | WMT | 57.18 | 77.60 | 69.89 | +.54 |
| Walgrn | WAG | 28.53 | 40.31 | 40.06 | -.04 |
| WellsFargo | WFC | 28.98 | 36.60 | 35.27 | +.16 |

### TOP MUTUAL FUNDS

| | NAV | NET CHG | TOTAL YTD | 52Wk RET(%) |
|---|---|---|---|---|
| **American Funds** | | | | |
| BalA m | 21.24 | +.05 | +4.1 | +14.6 |
| BondA m | 12.85 | -.02 | -.6 | +4.1 |
| CapIncBuA m | 54.36 | +.29 | +3.0 | +14.1 |
| CpWldGrIA m | 38.93 | +.19 | +4.7 | +18.5 |
| EurPacGrA m | 42.77 | +.26 | +3.8 | +15.4 |
| FnInvA m | 42.99 | +.15 | +5.4 | +16.9 |
| GrthAmA m | 36.10 | +.06 | +5.1 | +18.0 |
| IncAmerA m | 18.75 | +.08 | +3.8 | +13.9 |
| InvCoAmA m | 31.77 | +.13 | +5.3 | +16.4 |
| NewPerspA m | 32.81 | +.14 | +5.0 | +18.6 |
| WAMutInvA m | 32.80 | +.18 | +5.1 | +15.3 |
| **BlackRock** | | | | |
| GlobAlcA m | 20.29 | +.09 | +2.8 | +7.6 |
| **DFA** | | | | |
| EmMktVal | 30.55 | +.23 | +2.4 | +7.3 |
| **Dodge & Cox** | | | | |
| Income | 13.86 | | | +6.0 |
| IntlStk | 36.34 | +.15 | +4.9 | +18.1 |
| Stock | 130.40 | +.50 | +7.0 | +22.9 |
| **Fidelity** | | | | |
| Contra | 80.97 | +.30 | +4.4 | +15.5 |
| GrowCo | 97.49 | -.02 | +4.6 | +13.8 |
| LowPriStk d | 41.66 | -.02 | +5.5 | +17.2 |
| **Fidelity Spartan** | | | | |
| 500IdxAdvtg | 53.43 | +.27 | +5.8 | +17.1 |
| **FrankTemp-Franklin** | | | | |
| Income A m | 2.31 | | +3.6 | +15.0 |
| Income C m | 2.34 | +.01 | +4.0 | +14.8 |
| **FrankTemp-Templeton** | | | | |
| GlBond A m | 13.42 | +.03 | +.6 | +10.3 |
| GlBondAdv | 13.37 | +.03 | +.5 | +10.6 |
| **Harbor** | | | | |
| IntlInstl d | 64.36 | +.60 | +3.6 | +14.7 |
| **Oakmark** | | | | |
| EqIncI | 29.67 | +.12 | +4.1 | +9.8 |
| **PIMCO** | | | | |
| TotRetA m | 11.19 | -.01 | -.3 | +7.3 |
| TotRetrnD b | 11.19 | -.01 | -.3 | +7.4 |
| **Permanent** | | | | |
| Portfolio | 49.64 | +.21 | +2.1 | +3.1 |
| **T Rowe Price** | | | | |
| EqtyInc | 28.04 | +.15 | +6.0 | +18.7 |
| GrowStk | 39.39 | -.02 | +4.3 | +16.1 |
| MidCpGr | 60.25 | +.11 | +6.7 | +13.9 |
| NewIncome | 9.78 | -.01 | -.5 | +4.6 |
| **Vanguard** | | | | |
| 500Adml | 139.03 | +.71 | +5.8 | +17.1 |
| 500Inv | 139.02 | +.71 | +5.8 | +17.0 |
| GNMAAdml | 10.83 | | -.6 | +1.6 |
| MuIntAdml | 14.41 | -.01 | +.4 | +4.4 |
| STGradeAd | 10.82 | | +.1 | +3.7 |
| TgtRe2015 | 13.72 | +.03 | +2.5 | +10.1 |
| TgtRe2020 | 24.57 | +.08 | +3.1 | +11.2 |
| Tgtet2025 | 14.07 | +.05 | +3.5 | +12.2 |
| TotBdAdml | 10.99 | -.01 | -.7 | +2.9 |
| TotIntl | 15.51 | +.13 | +3.5 | +13.3 |
| TotStIAdm | 37.82 | +.16 | +6.1 | +17.1 |
| TotStIdx | 37.80 | +.15 | +6.1 | +16.9 |
| WellsIAdm | 59.46 | +.12 | +1.8 | +10.3 |
| Welltn | 35.20 | +.10 | +4.0 | +13.3 |
| WelltnAdm | 60.80 | +.18 | +4.0 | +13.4 |
| WndsIIAdm | 55.04 | +.34 | +5.6 | +18.6 |

» BLACKBERRY continued from 4B

## Software previews got good reviews

looked ancient.

In the United States, according to research firm IDC, shipments of BlackBerry phones plummeted from 46 percent of the market in 2008 to 2 percent in 2012. Most phones in use today are either iPhones or Android devices.

RIM promised a new system to catch up, using technology it got through its 2010 purchase of QNX Software Systems. RIM initially said BlackBerry 10 would come by early 2012, but then the company changed that to late 2012. A few months later, that date was pushed further, to early 2013, missing the lucrative holiday season.

Heins finally will showcase a complete system at today's event. Devices will go on sale soon after. The exact date and prices are expected to be announced today.

RIM redesigned the system to embrace the multimedia, apps and touch-screen experience prevalent today.

The new operating system promises better multitasking than either the iPhone or Android. Simply swipe a finger across the phone's display screen to switch to another program.

All emails and notifications from such applications as Twitter and Facebook go to the BlackBerry Hub, a nerve center accessible with a finger swipe even if you have another application open. One can peek into it and open an email, or return to the previous application without opening the email.

The BlackBerry's touch-screen keyboard promises to learn a user's writing style and suggest words and phrases to complete, going beyond typo corrections offered by rivals.

The first BlackBerry 10 phone will have only a touch screen. RIM

## Consumer confidence declines in Florida, U.S.

The national slide is steep. The state's outlook is mixed.

BY JEFF HARRINGTON
*Times Staff Writer*

Consumer confidence fell slightly in Florida and hit a 14-month low nationally in January based on separate reports released Tuesday.

Florida consumer confidence dipped one point to a reading of 75, far better than levels during the recession but still relatively low, according to a University of Florida survey.

Chris McCarty, director of UF's Survey Research Center, said confidence has been rather flat since the November election, with gradually improving economic conditions countered by prolonged political debate over the federal government's budget and other fiscal pressures.

The telephone survey indicated mixed perceptions, with respondents less likely to say they feel better off than a year ago (down 3 points), but more optimistic their personal finances will be improve by this time next year (up 1 point).

Higher payroll taxes that went into effect in January may explain one big divergence, McCarty said. Consumer confidence fell 7 points among Florida's more affluent households but rose 5 points for those making less than $30,000 a year.

Separately, the Conference Board said its gauge of U.S. consumer confidence fell to 58.6 in January, down significantly from 66.7 in December. Conference Board economist Lynn Franco cited the higher payroll taxes as a key reason for the drop.

» TEASERS continued from 4B

## Advertisers' pregame tease

Some companies have been successful using Super Bowl teasers in the past. Last year, Volkswagen's teaser that showed dogs barking *The Imperial March* from the *Star Wars* movie was a hit. Both the teaser and the Super Bowl ad itself received about 16 million views on YouTube.com.

But no matter how carefully marketers try to control pregame buzz, sometimes it gets away from them. Volkswagen, following its past success with *The Imperial March*, teaser, is facing some backlash this year.

On Monday, it released its Super Bowl ad showing a Minnesota office worker who adopts a Jamaican accent because he's so happy with his car. Some online columnists called it culturally insensitive since it shows a white man adopting an accent associated with black Jamaicans.

Volkswagen responded that the accent is intended to convey a "relaxed cheerful demeanor."

Still, some ad experts say by releasing the ad early, Volkswagen might have spared itself backlash later. After all, now it has time to tinker with the spot before it airs.

» CHICK-FIL-A continued from 4B

## Gay rights figure notes chain's progress

of a brand," said Tim Calkins, a branding expert at Northwestern University's Kellogg School of Management in Chicago. "You only see the real impact on branding over time."

Meanwhile, Shane Windmeyer, executive director for the gay and lesbian student group Campus Pride, said he has been meeting with Cathy since August to talk about the gay community's concerns and the

Windmeyer said he has been shown tax records indicating Chick-fil-A had pulled its support of groups opposing gay marriage — including the Family Research Council, the Eagle Forum and Exodus International — as early as 2011. He said he has circulated that information among gay advocacy groups to show the chain's willingness to change.

"I think the flap last summer

open stores, they hire 50 or 60 people, and that is good for the community. That means jobs."

Windmeyer said he is still concerned that the company backs the Fellowship of Christian Athletes, which promotes Christian ideals on school campuses and through summer camps, but which gay rights groups say promotes homophobia in schools.

"It's complicated," he said of

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

*In re* Nortel Networks Inc., *et al.*, Debtors. ) Chapter 11 • Case No. 09-10138 (KG) ) Jointly Administered • **RE: 9224, 9324**

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* (D.I. 9224) (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*

1/30/2013 896644-01

BBVA Compass

1.25%

24 month CD - 1.25% APY

In today's environment, a competitive rate is hard to find. Until Now.

1-800-COMPASS • bbvacompass.com

banking built for you.

Accounts subject to approval. $500 minimum balance required to earn the advertised Annual Percentage Yield (APY). APY accurate as of 11/1/2012. Rates are subject to change. Substantial penalty for early withdrawal. Fees could reduce earnings on accounts. Other limitations may apply. See branch for details. BBVA Compass opens CD accounts that have no certificate known as Time Deposits or TDs. CDs are FDIC insured up to applicable limits. BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

distributed by NewspaperDirect US/Can: 1.877.980.4040 Intern: 800.6364.6364 COPYRIGHT AND PROTECTED BY APPLICABLE LAW



will have only a touch screen. RIM has said it will release a version with a physical keyboard soon. That's an area RIM has excelled at, and it's one reason many BlackBerry users have remained loyal.

community's concerns and the company's plans.

The two have become friends, Windmeyer said. He even attended the Chick-fil-A Bowl in Atlanta as Cathy's guest.

"I think the flap last summer will not have any effect at all long term," said Georgia State University marketing professor Ken Bernhardt, who consults for the company. "When they

"It's complicated," he said of the gay community's relationship with the company. "It's not yes or no (answer). What matters is there is a conversation. It's a positive step forward."

890559-01

Breaking News – delivered as it happens.

Sign up for our informative newsletters at tampabay.com/enews

Printed and distributed by www.newspaperdirect.com COPYRIGHT AND PROTECTED BY APPLICABLE LAW