**EXHIBIT B**

 **FMC**
— LAW —

Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN   416 863 4511
FAX    416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2956700**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| <u>Date</u> | <u>Matter Number</u> | <u>Lawyer</u> |
|---|---|---|
| January 28, 2013 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 84,199.50 |
| Disbursements | | 288.14 |
| **Total Amount Due** | **$** | **84,487.64 CAD** |

**FRASER MILNER CASGRAIN LLP**

Per: _____

Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions.  Your payee is Fraser Milner Casgrain and
your account number is 538462.  Please email us at acctrecedm@fmc-law.com
referencing invoice number and payment amount.
**Credit Card:**
Payments are accepted via telephone, email or fax.  We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

**Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.**
**Payment due on receipt.  Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.**

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2956700
Page 2 of 12
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Nov-12 | RSK | 0029 | Review of update on LTD termination motion. | 0.2 |
| 01-Nov-12 | MJW | 0032 | Review UCC statement to be filed in connection with LTD termination motion. | 0.2 |
| 01-Nov-12 | RCJ | 0012 | Detailed analysis of claims issues relative to allocation mediation. | 2.6 |
| 01-Nov-12 | RCJ | 0031 | Development of mediation arguments and related analysis. | 3.1 |
| 02-Nov-12 | RCJ | 0029 | Analysis of mediation issues. | 2.3 |
| 02-Nov-12 | RCJ | 0029 | Review drafts of mediation arguments and working models. | 3.1 |
| 02-Nov-12 | RCJ | 0012 | Analysis of claims calculation issues and related arguments. | 1.1 |
| 05-Nov-12 | RSK | 0029 | Review of Akin and Capstone emails regarding status of mediation and next steps. | 0.4 |
| 05-Nov-12 | RSK | 0029 | Review of email from Davis Polk regarding financial information and models. | 0.1 |
| 05-Nov-12 | RSK | 0029 | Review of mediation submission of NNI and related email correspondence. | 0.5 |
| 05-Nov-12 | MJW | 0029 | Review email summary from M. Picard regarding Canadian pension claims, in connection with allocation analysis, and review mediation submissions regarding same. | 0.3 |
| 05-Nov-12 | MJW | 0029 | Review allocation analysis and related creditor recovery issues. | 1.4 |
| 05-Nov-12 | MJW | 0029 | Email from Capstone regarding mediation proposals and analysis. | 0.2 |
| 05-Nov-12 | MJW | 0029 | Review and analyze material regarding mediation submissions. | 0.3 |
| 05-Nov-12 | RCJ | 0029 | Review and consider mediation issues and approaches. | 1.7 |
| 05-Nov-12 | RCJ | 0014 | Review Canadian court pleadings and Monitor's reports. | 1.6 |
| 05-Nov-12 | RCJ | 0012 | Analysis of bond claim issues. | 1.8 |
| 05-Nov-12 | NEL | 0029 | Review e-mail from Akin Gump regarding mediation issues. | 0.1 |
| 06-Nov-12 | RSK | 0029 | Review of Capstone analysis regarding allocation models. | 0.4 |
| 06-Nov-12 | RSK | 0029 | Participated in UCC advisor call to discuss NNI mediation submission. | 1.0 |
| 06-Nov-12 | RSK | 0029 | Due diligence regarding mediator and mediation process. | 0.4 |
| 06-Nov-12 | RSK | 0029 | Review of update regarding discussions between Akin Gump and counsel for bondholders. | 0.2 |
| 06-Nov-12 | MJW | 0029 | Email exchange with UCC advisors regarding allocation issues and analyses. | 0.6 |
| 06-Nov-12 | MJW | 0029 | Conference call with UCC advisors regarding allocation | 1.0 |

FRASER MILNER CASGRAIN LLP                                  INVOICE 2956700
The Official Committee of Unsecured Creditors                      Page 3 of 12
Re: Nortel Networks Inc., et al.                          Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|--------------------|-------|
| | | | mediation status and action items. | |
| 06-Nov-12 | RCJ | 0031 | Review mediation submissions and related issues. | 0.9 |
| 06-Nov-12 | RCJ | 0031 | Email correspondence with Akin Gump and Capstone teams regarding mediation submissions and models. | 0.3 |
| 06-Nov-12 | RCJ | 0007 | UCC professionals call regarding mediation issues. | 0.4 |
| 06-Nov-12 | NEL | 0029 | Review Debtor's mediation materials. | 0.1 |
| 06-Nov-12 | NEL | 0029 | Participate in conference call with UCC and advisors to discuss mediation issues. | 1.0 |
| 07-Nov-12 | RSK | 0029 | Review of settlement proposals comparison chart. | 0.3 |
| 07-Nov-12 | RSK | 0029 | Review of mediation submissions and legal issues. | 0.5 |
| 07-Nov-12 | RCJ | 0007 | Professionals pre-call for Committee call. | 0.3 |
| 07-Nov-12 | RCJ | 0012 | Consider claims calculation and allocation issues. | 2.8 |
| 08-Nov-12 | RSK | 0029 | Review of follow-up questions from Davis Polk regarding UCC Mediation submission and related emails from Akin Gump. | 0.4 |
| 08-Nov-12 | MJW | 0007 | Attend on Committee call. | 0.7 |
| 08-Nov-12 | MJW | 0029 | Email correspondence with Committee advisors regarding allocation issues, including review of email correspondence from advisor to mediator. | 0.2 |
| 08-Nov-12 | RCJ | 0007 | Participate in Committee call. | 0.7 |
| 08-Nov-12 | RCJ | 0012 | Analysis of claims and related issues. | 1.3 |
| 08-Nov-12 | RCJ | 0029 | Prep work for mediation prep session. | 2.2 |
| 08-Nov-12 | NEL | 0007 | Participate in Committee call. | 0.7 |
| 09-Nov-12 | RSK | 0029 | Review of emails from Capstone and Akin Gump regarding allocation issues and questions from Mediator's advisors. | 0.5 |
| 09-Nov-12 | RSK | 0029 | Review of email from Randy Bennett regarding status of Nortel mediation and proposed mediation session in Toronto. | 0.2 |
| 09-Nov-12 | RSK | 0029 | Review of Akin Gump emails to Committee et al. regarding mediation process and discussions with Randy Bennett. | 0.5 |
| 09-Nov-12 | RSK | 0029 | Review of report from Chris Kearns regarding discussions with Davis Polk on mediation issues. | 0.2 |
| 09-Nov-12 | MJW | 0029 | Email correspondence from mediator's counsel regarding mediation process, and email exchange with UCC advisors regarding mediation meetings. | 0.6 |
| 09-Nov-12 | MJW | 0029 | Review Canadian claims analysis ncluding calculationg issues and related allocation issues. | 1.8 |
| 09-Nov-12 | RCJ | 0029 | Diligence and prep work for upcoming mediation including review of allocation distribution analysis. | 2.9 |
| 09-Nov-12 | RCJ | 0029 | Review allocation recovery models and provide input on assumptions. | 0.9 |
| 09-Nov-12 | NEL | 0029 | E-mails with UCC professionals regarding mediation status. | 0.3 |
| 12-Nov-12 | RSK | 0029 | Review of Akin Gump and Capstone emails regarding | 0.2 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | mediation strategy. | |
| 12-Nov-12 | RSK | 0029 | Review of Capstone analysis of blended recovery percentages. | 0.5 |
| 12-Nov-12 | MJW | 0029 | Review analysis regarding allocation recoveries, and email exchange with UCC advisors. | 0.4 |
| 12-Nov-12 | MJW | 0029 | Attend on UCC advisor call to discuss allocation mediation issues and analysis. | 1.0 |
| 12-Nov-12 | RCJ | 0031 | Analysis of Canadian issues for upcoming mediation. | 1.7 |
| 12-Nov-12 | RCJ | 0029 | Discussions with FMC team regarding Canadian issues for upcoming mediation. | 0.4 |
| 12-Nov-12 | NEL | 0029 | Participate in UCC advisor call (part) to discuss mediation issues. | 0.5 |
| 13-Nov-12 | RSK | 0029 | Review of emails regarding allocation of excess proceeds and legal research. | 0.4 |
| 13-Nov-12 | MJW | 0029 | Email exchanges with UCC advisors regarding allocation issues and analysis. | 0.6 |
| 13-Nov-12 | MJW | 0029 | Review allocation analysis and consider Canadian claims and estate distribution issues. | 0.8 |
| 13-Nov-12 | RCJ | 0031 | Review detailed email memo from Akin Gump regarding mediation issues and allocation. | 0.8 |
| 13-Nov-12 | RCJ | 0031 | Analysis of Canadian allocation issues. | 1.8 |
| 14-Nov-12 | RSK | 0007 | Participated in UCC professionals call. | 0.6 |
| 14-Nov-12 | MJW | 0007 | Attend on UCC advisor call to prepare for Committee meeting. | 0.6 |
| 14-Nov-12 | MJW | 0029 | Allocation analysis regarding Canadian claims issues and assessment of mediation strategies. | 2.1 |
| 14-Nov-12 | RCJ | 0031 | Continue work on analysis of issues for mediation prep. | 2.5 |
| 14-Nov-12 | RCJ | 0007 | UCC professionals' pre-call in prep for Committee call. | 0.6 |
| 14-Nov-12 | NEL | 0007 | Participate in UCC professionals call. | 0.6 |
| 15-Nov-12 | RSK | 0029 | Review of allocation update from Akin Gump and related emails. | 0.2 |
| 15-Nov-12 | MJW | 0007 | Attend on UCC call. | 0.7 |
| 15-Nov-12 | MJW | 0029 | Emails with Committee advisors regarding allocation mediation and allocation theories. | 0.4 |
| 15-Nov-12 | RCJ | 0007 | Participate in Committee call. | 0.7 |
| 15-Nov-12 | RCJ | 0031 | Review email memo from F. Hodara regarding mediation and allocation issues. | 0.4 |
| 15-Nov-12 | RCJ | 0029 | Consider allocation issues in preparation for mediation. | 1.6 |
| 16-Nov-12 | RSK | 0031 | Review of Monitor's motion record (including 88th Report) regarding cease trade issues. | 0.8 |
| 16-Nov-12 | RSK | 0031 | Review of decision regarding Chartis litigation. | 0.5 |
| 16-Nov-12 | MJW | 0003 | Prepare October 2012 account. | 0.6 |
| 16-Nov-12 | MJW | 0003 | Prepare October 2012 fee application. | 1.4 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2956700
Page 5 of 12
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 16-Nov-12 | MJW | 0031 | Review Canadian motion record regarding lift stay for securities trading cease trade orders including Monitor's report. | 0.8 |
| 16-Nov-12 | MJW | 0031 | Conference with R. Jacobs regarding Canadian motion. | 0.3 |
| 16-Nov-12 | MJW | 0031 | Forward report to UCC advisors regarding Canadian motion record and cease trade order issues. | 0.4 |
| 16-Nov-12 | RCJ | 0031 | Review and analysis of Monitor's motion record regarding Canadian securities regulator lift stay issue. | 0.7 |
| 16-Nov-12 | RCJ | 0023 | Discussions with M. Wunder regarding Canadian securities regulator lift stay issue. | 0.3 |
| 16-Nov-12 | RCJ | 0012 | Detailed analysis and review of claims issues and allocation. | 1.9 |
| 17-Nov-12 | MJW | 0031 | Call with R. Shay to discuss Canadian motion and issues regarding trading of Nortel securities in Canada and related OSC orders. | 0.3 |
| 17-Nov-12 | RHS | 0031 | Review of Motion Record of Monitor's court motion to lift the stay of proceedings to permit Canadian securities regulators to issue cease trade orders. | 0.9 |
| 17-Nov-12 | RHS | 0023 | Discussion with M. Wunder regarding issues relating to the Monitor's court application to lift the stay of proceedings to permit Canadian securities regulators to issue cease trade orders. | 0.2 |
| 19-Nov-12 | RSK | 0029 | Review of Akin and Capstone emails regarding joint recovery model. | 0.3 |
| 19-Nov-12 | RSK | 0029 | Review of Capstone comparison of recovery models. | 0.3 |
| 19-Nov-12 | RSK | 0031 | Review of summary of Nortel/Monitor motion regarding OSC cease trade restrictions. | 0.2 |
| 19-Nov-12 | MJW | 0029 | Multiple email correspondence with UCC advisors regarding allocation mediation issues and analysis. | 0.4 |
| 19-Nov-12 | MJW | 0029 | Review draft allocation models and analysis. | 0.3 |
| 19-Nov-12 | MJW | 0031 | Review Canadian court material including Monitor's reports regarding securities trading and anticipated cease trade orders from OSC, in connection with upcoming Canadian motion. | 0.4 |
| 20-Nov-12 | RSK | 0031 | Review of emails from Akin and FMC regarding motion on OSC cease trade issue. | 0.2 |
| 20-Nov-12 | MJW | 0029 | Email correspondence with Committee advisors regarding allocation issues and review of recovery analysis. | 0.7 |
| 20-Nov-12 | MJW | 0031 | Calls with Canadian counsel for Monitor and NNI regarding Canadian lift stay motion. | 0.3 |
| 20-Nov-12 | MJW | 0003 | Prepare September 2012 fee application. | 1.4 |
| 20-Nov-12 | RCJ | 0012 | Consider claims and allocation sensitivities and allocation dispute issues. | 1.7 |
| 20-Nov-12 | RCJ | 0029 | Examine outstanding true-up obligations regarding allocation settlements. | 1.6 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| 20-Nov-12 | NEL | 0029 | E-mails with U.S. counsel regarding mediation models. | 0.2 |
| 21-Nov-12 | RSK | 0029 | Review of recovery models with explanatory notes. | 0.6 |
| 21-Nov-12 | RSK | 0031 | Review of report from Michael Wunder regarding motion to lift stay for cease trade orders and related emails from Akin. | 0.2 |
| 21-Nov-12 | RSK | 0029 | Review of Capstone and Akin Gump emails regarding joint recovery model. | 0.3 |
| 21-Nov-12 | RSK | 0029 | Review of further revised joint recovery model. | 0.3 |
| 21-Nov-12 | MJW | 0031 | Email correspondence with UCC advisors regarding Canadian motion. | 0.4 |
| 21-Nov-12 | MJW | 0003 | Complete preparation of October 2012 fee account. | 0.5 |
| 21-Nov-12 | MJW | 0003 | Prepare FMC October 2012 fee application. | 1.5 |
| 21-Nov-12 | MJW | 0003 | Prepare quarterly fee application. | 0.4 |
| 21-Nov-12 | MJW | 0029 | Email correspondence with UCC advisors regarding allocation mediation analysis, and review revised summary charts. | 0.8 |
| 21-Nov-12 | RCJ | 0029 | Review and analyze recovery models and sensitivities. | 2.3 |
| 21-Nov-12 | RCJ | 0029 | Continue analysis of arguments and prep work for mediation. | 2.9 |
| 21-Nov-12 | NEL | 0029 | E-mails regarding mediation models and review allocation recovery models. | 0.5 |
| 22-Nov-12 | MJW | 0031 | Prepare for Canadian court hearing for CCAA list stay order regarding Ontario Securities Commission cease trade order, including review of motion record and draft order. | 0.6 |
| 22-Nov-12 | RCJ | 0031 | Continue diligence in preparation for mediation sessions in Toronto. | 2.5 |
| 23-Nov-12 | RSK | 0031 | Review of Canadian court endorsement and order from limited purpose lift stay hearing. | 0.2 |
| 23-Nov-12 | RSK | 0031 | Exchange of emails with Michael Wunder regarding Chartis insurance decision. | 0.2 |
| 23-Nov-12 | MJW | 0008 | Attend to Canadian court hearing for CCAA lift stay motion. | 1.5 |
| 23-Nov-12 | MJW | 0031 | Review issued court order and endorsement, and report to UCC advisors regarding Canadian court hearing. | 0.2 |
| 23-Nov-12 | MJW | 0029 | Review allocation and recovery analysis, and analyze related Canadian claims issues. | 1.7 |
| 23-Nov-12 | RCJ | 0029 | Continue analysis of Canadian allocation issues. | 1.1 |
| 23-Nov-12 | RCJ | 0029 | Due diligence of Canadian public records regarding allocation mediation. | 1.2 |
| 26-Nov-12 | RCJ | 0029 | Continued diligence and prep work for mediation sessions. | 2.6 |
| 27-Nov-12 | MJW | 0029 | Review claims and allocation models and analysis, and commentary from UCC advisors, and prepare for allocation mediation including review of allocation mediation submissions and statements. | 3.2 |
| 28-Nov-12 | RSK | 0029 | Review of "Common Language Model" for recovery analysis. | 0.3 |

FRASER MILNER CASGRAIN LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 28-Nov-12 | MJW | 0031 | Email correspondence with NNI's Canadian counsel regarding Canadian securities trading issues. | 0.2 |
| 28-Nov-12 | MJW | 0029 | Review email correspondence regarding allocation mediation issues. | 0.2 |
| 29-Nov-12 | RSK | 0029 | Review of mediation update from Akin Gump. | 0.1 |
| 29-Nov-12 | MJW | 0029 | Review email correspondence from Akin Gump and other UCC advisors regarding allocation and impending mediation session in Toronto. | 0.2 |
| 29-Nov-12 | MJW | 0031 | Review and analyze Canadian court decision and background pleadings for Chartis insurance motion. | 0.7 |
| 29-Nov-12 | NEL | 0007 | Participate in Committee pre-call with UCC advisors. | 0.5 |
| 29-Nov-12 | NEL | 0007 | Participate in Committee call. | 0.9 |
| 29-Nov-12 | NEL | 0029 | Review e-mail from Akin Gump regarding mediation issues. | 0.1 |
| 30-Nov-12 | MJW | 0029 | Review material and analysis in connection with allocation mediation. | 0.7 |
| 30-Nov-12 | MJW | 0031 | Email exchange with Canadian counsel for NNI regarding Canadian proceeding issues. | 0.2 |
| | | | **Total** | **112.3** |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2956700
Page 8 of 12
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 34.2 | $785.00 | $26,847.00 |
| Natalie Levine | Consultant | Financial Restructuring | | 5.5 | $500.00 | $2,750.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 1.1 | $850.00 | $935.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 59.3 | $725.00 | $42,992.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 12.2 | $875.00 | $10,675.00 |
| | | | | | | |
| TOTAL | | | | 112.3 | CDN. | $84,199.50 |

**TOTAL PROFESSIONAL FEES**                                $    84,199.50

**NON-TAXABLE DISBURSEMENTS**

    Long Distance Telephone Calls                     $         27.03
    Meals                                                                    13.38
    Photocopy & Printing Charges                                173.85
    Transportation Costs                                           73.88
**TOTAL NON-TAXABLE DISBURSEMENTS**              $        288.14

**TOTAL DISBURSEMENTS**                                             288.14

**TOTAL AMOUNT DUE**

                                                       $    84,487.64 CAD

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2956700
Page 9 of 12
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0003 | FMC Fee Application/Monthly Billing Reports | 5.8 | 4,553.00 |
| 0007 | Creditors Committee Meetings | 8.0 | 5,402.50 |
| 0008 | Court Hearings | 1.5 | 1,177.50 |
| 0012 | General Claims Analysis/Claims Objections | 13.2 | 9,570.00 |
| 0014 | CCAA Order/Court-Ordered Charges/Canadian Analysis | 1.6 | 1,160.00 |
| 0023 | Telecommunications/Regulatory | 0.5 | 387.50 |
| 0029 | Intercompany Analysis | 58.8 | 44,589.00 |
| 0031 | Canadian Proceedings/Matters | 22.7 | 17,203.00 |
| 0032 | U.S. Proceedings/Matters | 0.2 | 157.00 |
| | **Total** | **112.3** | **$84,199.50** |

FRASER MILNER CASGRAIN LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

**DISBURSEMENT DETAILS:**

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 12-Oct-12 | Telephone;12128728121;New YorkNY;3451 | 1.00 | 12.75 |
| 01-Nov-12 | Laser Copy;jacobsr | 17.00 | 1.70 |
| 01-Nov-12 | Laser Copy;NELSON M | 6.00 | 0.60 |
| 02-Nov-12 | Laser Copy;jacobsr | 61.00 | 6.10 |
| 02-Nov-12 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 05-Nov-12 | Laser Copy;jacobsr | 31.00 | 3.10 |
| 05-Nov-12 | Laser Copy;NELSON M | 22.00 | 2.20 |
| 06-Nov-12 | Laser Copy;NELSON M | 11.00 | 1.10 |
| 06-Nov-12 | Laser Copy;jacobsr | 72.00 | 7.20 |
| 06-Nov-12 | Laser Copy;KARTASHM | 7.00 | 0.70 |
| 07-Nov-12 | Laser Copy;NELSON M | 22.00 | 2.20 |
| 08-Nov-12 | Laser Copy;NELSON M | 24.00 | 2.40 |
| 08-Nov-12 | Laser Copy;KUKULOWI | 23.00 | 2.30 |
| 09-Nov-12 | Laser Copy;KUKULOWI | 24.00 | 2.40 |
| 12-Nov-12 | Laser Copy;KUKULOWI | 12.00 | 1.20 |
| 12-Nov-12 | Laser Copy;NELSON M | 128.00 | 12.80 |
| 14-Nov-12 | Telephone;12128728121;New YorkNY;3451 | 1.00 | 10.20 |
| 15-Nov-12 | Laser Copy;NELSON M | 7.00 | 0.70 |
| 15-Nov-12 | Laser Copy;KUKULOWI | 13.00 | 1.30 |
| 16-Nov-12 | Laser Copy;NELSON M | 114.00 | 11.40 |
| 16-Nov-12 | Laser Copy;BOWLES-D | 112.00 | 11.20 |
| 16-Nov-12 | Laser Copy;KUKULOWI | 25.00 | 2.50 |
| 16-Nov-12 | Telephone;12128728121;New YorkNY;3451 | 1.00 | 4.08 |
| 19-Nov-12 | Laser Copy;NELSON M | 54.00 | 5.40 |
| 20-Nov-12 | Laser Copy;KUKULOWI | 22.00 | 2.20 |
| 20-Nov-12 | Laser Copy;NELSON M | 197.00 | 19.70 |
| 20-Nov-12 | Taxi from airport after in-person Committee meeting in New York for R. Jacobs on Sept. 11/12; 2012-9-11 | 1.00 | 54.02 |
| 20-Nov-12 | Breakfast at Wichcraft while traveling in New York for in person Committee meeting for R. Jacobs on Sept. 11/12; 2012-9-11 | 1.00 | 13.38 |
| 21-Nov-12 | Laser Copy;LEVINE, N | 2.00 | 0.20 |
| 21-Nov-12 | Laser Copy;NELSON M | 16.00 | 4.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 11.00 | 2.75 |
| 21-Nov-12 | Laser Copy;NELSON M | 13.00 | 3.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | Description | Qty | Amt |
|------|-------------|------|------|
| 21-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 23.00 | 5.75 |
| 21-Nov-12 | Laser Copy;NELSON M | 20.00 | 5.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 23.00 | 5.75 |
| 21-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 6.00 | 1.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 21-Nov-12 | Laser Copy;NELSON M | 24.00 | 6.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 8.00 | 2.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 22-Nov-12 | Laser Copy;NELSON M | 11.00 | 2.75 |
| 22-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 11.00 | 2.75 |
| 23-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 23-Nov-12 | Laser Copy;NELSON M | 6.00 | 1.50 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 23-Nov-12 | Laser Copy;NELSON M | 6.00 | 1.50 |
| 23-Nov-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 26-Nov-12 | Laser Copy;KUKULOWI | 12.00 | 1.20 |
| 29-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 29-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 29-Nov-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 29-Nov-12 | Laser Copy;NELSON M | 11.00 | 2.75 |
| 30-Nov-12 | Beck Taxi/Inv/1721-047/M J Wunder Nov 23/12 | 1.00 | 6.54 |
| 30-Nov-12 | Beck Taxi/Inv/1721-047/M Wunder Nov 8/12 | 1.00 | 13.32 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$288.14** |