# EXHIBIT C

## DISBURSEMENT SUMMARY
## NOVEMBER 1 TO NOVEMBER 30, 2012
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>
| | |
|---|---|
| Long Distance Telephone Calls | $ 27.03 |
| Meals & Beverages | $ 13.38 |
| Photocopy & Printing Charges | $ 173.85 |
| Transportation Costs | $ 73.88 |
| Total Non-Taxable Disbursements | $ 288.14 CDN. |

12137831_1|TORDOCS