# EXHIBIT D

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2956700  
Page 10 of 12  
Matter # 538462-000001

**DISBURSEMENT DETAILS:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 12-Oct-12 | Telephone;12128728121;New YorkNY;3451 | 1.00 | 12.75 |
| 01-Nov-12 | Laser Copy;jacobsr | 17.00 | 1.70 |
| 01-Nov-12 | Laser Copy;NELSON M | 6.00 | 0.60 |
| 02-Nov-12 | Laser Copy;jacobsr | 61.00 | 6.10 |
| 02-Nov-12 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 05-Nov-12 | Laser Copy;jacobsr | 31.00 | 3.10 |
| 05-Nov-12 | Laser Copy;NELSON M | 22.00 | 2.20 |
| 06-Nov-12 | Laser Copy;NELSON M | 11.00 | 1.10 |
| 06-Nov-12 | Laser Copy;jacobsr | 72.00 | 7.20 |
| 06-Nov-12 | Laser Copy;KARTASHM | 7.00 | 0.70 |
| 07-Nov-12 | Laser Copy;NELSON M | 22.00 | 2.20 |
| 08-Nov-12 | Laser Copy;NELSON M | 24.00 | 2.40 |
| 08-Nov-12 | Laser Copy;KUKULOWI | 23.00 | 2.30 |
| 09-Nov-12 | Laser Copy;KUKULOWI | 24.00 | 2.40 |
| 12-Nov-12 | Laser Copy;KUKULOWI | 12.00 | 1.20 |
| 12-Nov-12 | Laser Copy;NELSON M | 128.00 | 12.80 |
| 14-Nov-12 | Telephone;12128728121;New YorkNY;3451 | 1.00 | 10.20 |
| 15-Nov-12 | Laser Copy;NELSON M | 7.00 | 0.70 |
| 15-Nov-12 | Laser Copy;KUKULOWI | 13.00 | 1.30 |
| 16-Nov-12 | Laser Copy;NELSON M | 114.00 | 11.40 |
| 16-Nov-12 | Laser Copy;BOWLES-D | 112.00 | 11.20 |
| 16-Nov-12 | Laser Copy;KUKULOWI | 25.00 | 2.50 |
| 16-Nov-12 | Telephone;12128728121;New YorkNY;3451 | 1.00 | 4.08 |
| 19-Nov-12 | Laser Copy;NELSON M | 54.00 | 5.40 |
| 20-Nov-12 | Laser Copy;KUKULOWI | 22.00 | 2.20 |
| 20-Nov-12 | Laser Copy;NELSON M | 197.00 | 19.70 |
| 20-Nov-12 | Taxi from airport after in-person Committee meeting in New York for R. Jacobs on Sept. 11/12; 2012-9-11 | 1.00 | 54.02 |
| 20-Nov-12 | Breakfast at Wichcraft while traveling in New York for in person Committee meeting for R. Jacobs on Sept. 11/12; 2012-9-11 | 1.00 | 13.38 |
| 21-Nov-12 | Laser Copy;LEVINE, N | 2.00 | 0.20 |
| 21-Nov-12 | Laser Copy;NELSON M | 16.00 | 4.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 11.00 | 2.75 |
| 21-Nov-12 | Laser Copy;NELSON M | 13.00 | 3.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2956700  
Page 11 of 12  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 21-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 23.00 | 5.75 |
| 21-Nov-12 | Laser Copy;NELSON M | 20.00 | 5.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 23.00 | 5.75 |
| 21-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 6.00 | 1.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 21-Nov-12 | Laser Copy;NELSON M | 24.00 | 6.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 8.00 | 2.00 |
| 21-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 21-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Nov-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 22-Nov-12 | Laser Copy;NELSON M | 11.00 | 2.75 |
| 22-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 22-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 22-Nov-12 | Laser Copy;NELSON M | 11.00 | 2.75 |
| 23-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 23-Nov-12 | Laser Copy;NELSON M | 6.00 | 1.50 |

FRASER MILNER CASGRAIN LLP                                    INVOICE 2956700
The Official Committee of Unsecured Creditors                 Page 12 of 12
Re: Nortel Networks Inc., et al.                              Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 23-Nov-12 | Laser Copy;NELSON M | 6.00 | 1.50 |
| 23-Nov-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 26-Nov-12 | Laser Copy;KUKULOWI | 12.00 | 1.20 |
| 29-Nov-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 29-Nov-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 29-Nov-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 29-Nov-12 | Laser Copy;NELSON M | 11.00 | 2.75 |
| 30-Nov-12 | Beck Taxi/Inv/1721-047/M J Wunder Nov 23/12 | 1.00 | 6.54 |
| 30-Nov-12 | Beck Taxi/Inv/1721-047/M Wunder Nov 8/12 | 1.00 | 13.32 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$288.14** |