# EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS
RENDERING SERVICES DURING THE PERIOD
NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012
(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|--------------|
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 34.2 | $785.00 | $ 26,847.00 |
| Natalie Levine | Consultant | Financial Restructuring | | 5.5 | $500.00 | $ 2,750.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 1.1 | $850.00 | $ 935.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 59.3 | $725.00 | $ 42,992.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 12.2 | $875.00 | $ 10,675.00 |
| | | | | | | |
| TOTAL | | | | 112.3 | CDN. | $ 84,199.50 |