**AFFIDAVIT OF PUBLICATION**

**Re: Nortel Networks**

I, Patricia Tabone, of the City of Toronto, in the Province of Ontario, AFFIRM THAT:

1. I am employed by The Globe and Mail Inc. and my current job title is Advertising Services Representative.

2. The Globe and Mail is a media organization with its head office in Toronto, Ontario. The Globe and Mail publishes and distributes a print edition newspaper from Monday to Saturday which is simultaneously printed in the cities of Halifax, Anjou, Toronto, Estevan, Calgary, and Vancouver, and is distributed and circulated in all provinces of Canada.

3. The advertisement attached to my affidavit as Exhibit "A" is a true and correct copy and was published in the form attached to my affidavit in print editions of The Globe and Mail newspaper published on the following date(s): January 30, 2013

Patti Tabone

Patricia Tabone

Affirmed before me at the City of Toronto, in the Province of Ontario on January 30, 2013.

Commissioner for Taking Affidavits

This is Exhibit "A" to the
Affidavit of Patricia Tabone, affirmed before me
in the City of Toronto, in the Province of Ontario,
on January 30, 2013.

[signature]

Commissioner for Taking Affidavits

THE WALL STREET JOURNAL.

DOWJONES

WSJ.COM

© 2013 DOW JONES & CO., INC.. REPRINTED WITH PERMISSION

Sales in Europe's 19 largest auto markets will likely be lower than 13.5 million units, hitting a nearly 20-year low. LAURENT DUBRULE/REUTERS

AUTO MAKING

# European woes pile up for Detroit Three

## Ford, GM and Chrysler rely on North American results to bolster profits

MIKE RAMSEY J
EFF BENNETT

Europe's worsening economic conditions present a growing problem for the big three U.S. auto makers with North American units increasingly counted on to produce nearly all their profits this year.

**Ford Motor Co.** warned on Tuesday that its operating losses in Europe this year would hit $2-billion (U.S.) – $500-million more than it estimated only three months ago – on weaker sales than it had forecast. Meanwhile, **General Motors Co.** recently indicated it hopes to speed up a plant closing in Germany, which could result in hefty severance and closing expenses this year.

While Ford and GM aim to cut costs in Europe through capacity reductions, **Chrysler Group LLC's** output is helping offset majority owner Fiat SpA's plunging sales in southern Europe. Fiat is to report fourth-quarter earnings results Wednesday.

Ford chief financial officer Bob Shanks said a plan to cut 18 per cent of its European capacity and close three plants by 2014 is on track and deeper cuts could come if necessary. Ford expects to spend about $500-million on restructuring its European operations this year.

"Clearly we have a lot of difficult times ahead of us" in Europe, he said. "We do think it will probably bottom this year and start to go up."

Sales in Europe's 19 largest auto markets this year likely will be lower than 13.5 million units, nearly a 20-year low.

Europe's woes are sure to play prominently in GM's fourth-quarter results, which are expected to be released on Feb. 14. The company said in October its European operations could lose between $1.5-billion and $1.8-billion for 2012 depending on restructuring costs in the fourth quarter. Last year it lost $747-million. The region isn't expected to return to break-even on an operating basis until mid-decade.

Earlier this month, GM raised a warning flag that its struggles there may be increasing. GM chief executive Dan Akerson told reporters he was worried that Germany, home of its struggling Adam Opel unit, also may be slipping into a recession.

GM vice-chairman Stephen Girsky has said he is considering closing Opel's Bochum, Germany, plant by 2015, nearly two years earlier than planned, unless executives and unions can wring out more costs. The plant employs about 3,000 workers.

While Europe is a sore sport, both auto makers continue to generate hefty profits in North America, where a rebounding economy is driving sales. Ford's fourth quarter pretax earnings of $1.87-billion in its home market were a record, propelling Ford to overall net income of $1.6-billion in its fourth quarter.

Full year and quarterly results for the auto maker were lower than in 2011, before the onset of big losses in Europe and difficult market conditions in South America. Ford earned $13.62-billion in the fourth quarter of 2011 and $20.2-billion in the full year. More than half of the 2012 profit was due to a one-time, noncash tax benefit.

The Dearborn, Mich.-based company forecast that its total 2013 operating results will be about the same as 2012's $7.96-billion.

Revenue rose 1.9 per cent to $36.5-billion, driven by jumps in Asia and North America that outweighed falling sales in Europe.

Its South American operations had a quarterly pretax profit of $145-million, compared with $108-million a year earlier. For the year, its South American operations reported a pretax profit of $213-million compared with $861-million in 2011. Mr. Shanks said currency devaluation in Venezuela and Argentina are likely to hurt profits in 2013.

Asian operations turned in a profit of $39-million, compared with a loss of $83-million a year earlier. For the year, Asia lost a pretax $77-million, compared with a $92-million loss a year earlier. Ford expects its Asian operations to be about break-even this year due to investments in plants and engineering.

Ford's financing arm, Ford Motor Credit, earned $414-million on a pretax basis, compared with $506-million a year ago. For the year, profits fell to $1.7-billion, compared with $2.4-billion in 2011.

**Ford (F)**
*Close: $13.14 (U.S.), down 64¢*
**General Motors (GM)**
*Close: $28.45, down 38¢*

E-COMMERCE

# Expansion costs weigh down Amazon after strong holiday sales

BEN FOX RUBIN

**Amazon.com Inc.'s** fourth-quarter profit shrank 45 per cent as a strong sales gain during the crucial holiday season were counterbalanced by the costs of its expansion push.

Shares jumped more than 8 per cent after hours to $282 (U.S.) as operating results beat the company's earlier guidance. As of Tuesday's close in New York, the stock was up 9.3 per cent over the past three months.

For the current quarter, Amazon forecast operating results ranging from a profit of $65-million to a loss of $285-million, and revenue of $15-billion to $16.6-billion. Analysts polled by Thomson Reuters had been expecting, on average, revenue of $16.86-billion.

Amazon's profit has declined for several quarters as it made huge investments in its future, including building out new fulfilment centres to speed up shipments to customers, rapidly expanding its Prime video-streaming service and cultivating its line of Kindle tablets.

For the third quarter Amazon reported its first quarterly loss in nearly a decade amid all the expansion efforts.

The company is also quickly losing an advantage over brick-and-mortar stores as more states require it to collect sales taxes.

Still, despite the company's tight margins, Amazon's stock has risen sharply as many investors have bet that the expansion plans and continually growing revenue will boost profit in the long run.

Amazon profit dropped to $97-million or 21 cents a share, from $177-million or 38 cents a year earlier. Analysts had expected a profit of 28 cents a share.

Sales grew 22 per cent to $21.27-billion. The company had forecast sales in a range of $20.25-billion to $22.75-billion.

Operating expenses were up 22 per cent in the latest quarter. Its operating profit rose 56 per cent to $405-million, compared with the company's October prediction of results ranging from a profit of $310-million to a loss of $490-million.

Fulfilment costs rose to $2.26-billion from $1.66-billion.

Technology and content costs, which include Kindle-related expenses and media licensing such as video streamed through the Prime service, rose to $1.35-billion from $862-million.

# BUSINESS CLASSIFIED

TO PLACE AN AD CALL: 1-866-999-9ADS (9237) » EMAIL: ADVERTISING@GLOBEANDMAIL.COM

## LEGALS

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

*In re* Nortel Networks Inc., *et al.*, Debtors. ) Chapter 11 • Case No. 09-10138 (KG) ) Jointly Administered • **RE: 9224, 9324**

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*

## BUSINESS TO BUSINESS

**BUSINESS TO BUSINESS**

**ATTN EXECS:** earning $10-20K/mo. income but no time freedom? There is a better way. www.executivefreedom.net

**BUSINESS OPPORTUNITIES**

**77 TOWNHOUSE COMPLEX.** 6.6 % C.R. Condo approved. Wind Star Rlty. 416-730-8484. mnanavati@sympatico.ca

## TENDERS

**REQUEST FOR PROPOSALS (RFP) #13-1683**

**HOTEL/COMMERCIAL DEVELOPMENT IN COLLEGE QUARTER NORTH EAST PRECINCT SASKATOON, SASKATCHEWAN**

The University of Saskatchewan is seeking proposals from qualified parties to plan, design, finance, develop, build, own and operate a hotel/commercial project, on a long-term land lease arrangement. The project shall be located on a 2.19 acres parcel on College Drive.

RFP documents may be requested from:

PURCHASING SERVICES, UNIVERSITY OF SASKATCHEWAN
E150 – 105 ADMINISTRATION PLACE, SASKATOON SK S7N 5A2
PHONE: (306) 966-2252 EMAIL: CAMMIE.MORGAN@USASK.CA
**Proposals are due at Purchasing Services by 2:00 p.m. C.S.T. on April 2, 2013.**

**BUSINESS OPPORTUNITIES**

**GOLF COURSE** - own your own 9 holes in Nova Scotia - Perfect Owner/Operator — Good Cash Flow. 866-242-4494 Ged@StonehouseGolf.ca.

**Looking to buy or sell a business?** Call TCL in strict confidence, 416-736-1367 Norman Jacobs.

**Unlimited Income 24/7** - Our proprietary unique marketing technology automatically cranks out a portfolio of highly effective keywords that generate "targeted local results". Collect your own "Pay-Per-Click Income 24/7" with our "Keywords Portfolio Technology" when people conduct searches on search engines! Available in any city in Canada & United States. Min Inv $25,000. info@keywordsbank.com

**CAPITAL WANTED/AVAILABLE**

**$50-$350K 1st/2nd** mortgage financing required for rental properties in SW Ontario, 80-85% LTV, 8-12% return, 6-24 month term. 416-625-1112.

**INVESTMENT OPPORTUNITIES**

**CANADIAN FARMLAND INVESTMENT OPPORTUNITY** 10.6% annual growth over the last decade. Inflation protection, hard asset. Contact AGInvest Properties Canada www.aginvestcanada.com.

**SALES PARTNER,** investor, web based opportunity $250k for 50% of US expansion program. www.webopportunity.info