# The Orlando Sentinel

633 North Orange Avenue
MP 130
Orlando, FL 32801

**Account Name: Miller Legal Services**
**Account Number: CU00211419**

To Whom It May Concern:

This is to confirm that the advertisement for **Nortel Networks** published in *The Orlando Sentinel* on the following date.

**Publication Date: Jan. 30, 2013**

**Ad Caption: Notice of Proposed Settlement and Termination of Debtors/Retiree Benefits**

**Section: E4**

**Size: 2x6**

**Job: 1183055**

Should you need further information, please feel free to contact me.

Sincerely,

*Kitty Cooper Kovic*
**Kitty Cooper-Kovic**
Account Representative Assistant
The Orlando Sentinel

/mdu

---

State of Florida
County of Orange

The foregoing instrument was acknowledged before me this **30th** day of **2013**, by **Kitty Cooper Kovic**, who is personally known to me.

Notary Public
State of Florida at Large

DEBORAH M. TONE
NOTARY PUBLIC
STATE OF FLORIDA
Comm# DD938557
Expires 11/16/20

Ad Number: 1183055-1
Insertion Number:
Size: 2 x 6
Color Type: B&W
Client Name: Miller Advertising Agency Inc
Advertiser: Nortel Networks
Section/Page/Zone: Classified/E004/FLA
Description: legal ad/notice of proposed settlem

Orlando Sentinel
Publication Date: 01/30/2013

This E-Sheet(R) is provided as conclusive evidence that the ad appeared in The Orlando Sentinel on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

alorica
B2B SOLUTIONS
SIGN ON BONUS!!
APPLY TODAY! | www.aloricajobs.com

Inside Sales Consultants

- Internationally Known Financial Product
- Business-to-Business Customer Base
- 25K Base Salary + Commission (Top Performers Average 35K - 45K First Year!)

OPEN HOUSE
Wednesday 1/30/13 -Thursday 1/31/13
9:00AM - 4:00PM
2180 SR 434 West, Suite 3170
Longwood, FL 32779
407-682-HIRE(4473)

$250 Sign On Bonus

Work. Life. Balance.
Financial Opportunity

- Paid Training
- No Weekends
- Make Your Own 40 Hour Flex Schedule Between 9am-8pm After Training
- Comprehensive Benefits Program including Medical, Paid Holidays, PTO and 401K with Company Match
- Professional Environment
- Strong Internal Promote From Within Policy

WYNDHAM
VACATION OWNERSHIP®
VACATION SALES SPECIALIST
FORTUNE RECOGNIZES WYNDHAM WORLDWIDE AS THE MOST ADMIRED COMPANY IN THE HOSPITALITY INDUSTRY
Join our exceptional team of Sales Professionals and earn between $600 to $1500 per week!
Now Hiring for All Shifts

INTERVIEWING ON
Wednesday, January 30th
Call 407-967-4820 to schedule
Your interview today!
APPLY ONLINE AT
Wyndhamworldwide.com/careers
JOBCODE #1300831
Competitive Base Salary Plus Commission • Resort/Hotel Discounts
Career Growth Opportunities • Tuition Reimbursement Program
Full Time Benefits within 30 days • Six-Hour Shifts • Referral Program
EOE People Make the Difference

LEXUS OF ORLANDO
Building Relationships Through Better Service®

*Lexus of Orlando is GROWING again!* We are seeking highly motivated and progressive individuals to fill IMMEDIATE openings at our facility. If you possess excellent customer service skills and have a proven track record for success then apply TODAY. Eligible candidates must pass background screenings and have a clean driving record. DFWP/EOE

**Limited Positions Available**

If you desire unlimited earning potential and want to represent Central Florida's Premium Luxury Dealership then please **APPLY IN PERSON** at 305 N. Semoran Blvd, Winter Park, FL for one of the following positions and ask for Dan Warren.

Luxury Automotive Sales Consultants

Remember to **DRESS TO IMPRESS!**

If you are looking to join an award-winning service team and work in a modern air-conditioned facility then please APPLY ONLINE at www.lexusoforlando.com for one of the following positions.

Service Technicians
Service Call Center Representatives
Service Greeters

HYATT
RESIDENCE CLUB

We are currently seeking self-motivated, highly energetic people to join our team in Key West, Florida in the following positions:

SALES REPRESENTATIVES
OPC MARKETING REPRESENTATIVES
OPC MARKETING MANAGER

Come be a part of the Conch Republic's premiere Vacation Club and earn strong commissions with guaranteed pay while working in a fun and dynamic atmosphere. Our generous benefits package includes paid training, medical insurance, a 401k retirement savings plan and discounts at Hyatt properties.

Apply online at www.hyatt.jobs
Keyword "Key West"
EOE

Orange Lake RESORTS | Holiday Inn Club Vacations

Don't miss your chance to be a part of another record breaking sales year!

Enjoy all that we have to offer:

- Steady Tour Flow
- Full time benefits & Top of the Line Reward and Recognition
- Excellent financing with no credit checks
- Highly competitive commission and bonus structure
- Paid Training
- Excellent benefits, including substantial travel discounts
- FL Real Estate license required

We are currently hiring Timeshare Sales Consultants!

For more information, contact Carolyn Argo at 407-905-1456 or cargo@orangelake.com

Orange Lake Resort is a drug free workplace & an equal opportunity employer. EOE

Orange Lake Career Center
14928 East Orange Lake Blvd., Kissimmee, FL 34714

# LegalNotices

## Fictitious Name

**NOTICE UNDER FICTITIOUS NAME STATUTE**

TO WHOM IT MAY CONCERN:
Notice is hereby given that the undersigned pursuant to the "Fictitious Name Statute", Chapter 865.09, Florida Statutes, will register with the Division of Corporations, Department of State, State of Florida upon receipt of proof of the publication of this notice, the fictitious name, to-wit:
**Good Dog Gone Bad Enterprises**
under which (I am) (we are) engaged in business at 848 Bending Oak Trail, Winter Garden, FL 34787. That the (party) (parties) interested in said business enterprise is as follows:
**Zane Gray**
Dated at Winter Park, Orange County, Florida, January 25, 2013.

COR1222772 01/30/2013

**NOTICE UNDER FICTITIOUS NAME STATUTE**

TO WHOM IT MAY CONCERN:
Notice is hereby given that the undersigned pursuant to the "Fictitious Name Statute", Chapter 865.09, Florida Statutes, will register with the Division of Corporations, Department of State, State of Florida upon receipt of proof of the publication of this notice, the fictitious name, to-wit:
**Iron Ion Design**
under which (I am) (we are) engaged in business at : 1375 Stellar Drive,Oviedo, Seminole. That the (party) (parties) interested in said business enterprise is as follows:
**Khanh Mai**
Dated at Oviedo , Seminole County, Florida, 1/25/13.

CSE1222777 1/30/2013

## Notice of Administration

**IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, FLORIDA PROBATE DIVISION**
**FILE NO. 2012 CP 000658 PR**
**IN RE: ESTATE OF SHRADHANAND OUTAR, DECEASED.**

**NOTICE TO CREDITORS**

The administration of the estate of SHRADHANAND OUTAR, deceased, whose date of death was December 18, 2011 and whose social security number is 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, is pending in the Circuit Court for Osceola County, Florida, Probate Division, the address of which is 2 Courthouse Square, Kissimmee, Florida 34741. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF THREE (3) MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against the decedent's estate, must file their claims with this court WITHIN THREE (3) MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS DET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOT WITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of the first publication of this Notice is January 30, 2013.

Attorney for Personal Representative:
/s/ C. MICHAEL MAGRUDER, ESQ
203 S. CLYDE AVENUE
KISSIMMEE, FL 34741
Telephone: (407) 870-8900
FLORIDA BAR NO.: 842052

Personal Representative:
BIBI FAIDYA LATIFF OUTAR
3522 WARBLER WAY
KISSIMMEE, FL 34746

OSC1222822 1/30, 2/6/2013

## Public Hearing Notices

**NOTICE OF PUBLIC RULE DEVELOPMENT WORK SESSION (NORTH PHASE SCHOOLS STUDENT ATTENDANCE ZONE REVISION)**

The School Board of Seminole County, Florida hereby gives notice that it will hold a public rule development work session for the purpose of receiving input from affected persons and others, including the North Phase Core Committee, regarding changes to the attendance zones for schools located in the North Phase (Bentley Elementary, Crystal Lake Elementary, Heathrow Elementary, Highlands Elementary, Idyllwilde Elementary, Lake Mary Elementary, Layer Elementary, Wicklow Elementary, Wilson Elementary, Winter Springs Elementary and Woodlands Elementary). The work session will be held on February 6, 2013 at 6:00 p.m., in the School Board meeting room, Educational Support Center, 400 E. Lake Mary Blvd., Sanford, Florida 32773. If you wish to obtain a copy of the agenda please contact Jill Mahramus, Clerk to the School Board, 407/320-0241. Persons with disabilities requiring assistance to attend the meeting should contact Ron Pinnell, 407/320-0321, TDD 407/320-0273 or Florida Relay (v) 800/955-8770. NOTICE: If a person decides to appeal any decision made by the School Board, agency or commission with respect to any matter considered at such meeting or hearing, he or she will need a record of the proceedings, and that for such purpose, he or she will need to insure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based. F.S. 286.0105.

CSE1222884 1/30/2013

**PUBLIC MEETING NOTICE**

The Valencia College District Board of Trustees announces a meeting to which the public is invited:

DATE AND TIME: Tuesday, February 12, 2013 @ 8:30 a.m.

PLACE: Valencia College - Criminal Justice Institute Auditorium
8600 Valencia College Lane
Orlando, FL 32825

PURPOSE: General Business of the Valencia College District Board of Trustees

Any person who decides to appeal a decision made by the Board with respect to any matter considered at this meeting, will need to ensure that a verbatim record of the proceedings is made, which includes the testimony and evidence upon which the appeal is to be based.

A copy of the agenda may be obtained by writing: Office of the President, Valencia College, Post Office Box 3028, Orlando, Florida 32802.

For further information contact: Dr. Sanford C. Shugart, Secretary to the District Board of Trustees, Valencia College, Post Office Box 3028, Orlando, Florida 32802.

COR1222838 1/30/2013

**Look for Orlando Sentinel CareerBuilder in Sunday's paper and on OrlandoSentinel.com everyday.**

## Sale Notices

**Claim of Lien Notice**

You and each of you are hereby notified that on February 12th, 2013 at 10:00 am, the vehicle (s) described below will be sold. Location 6512 ½ Old Cheney Hwy. Orlando, Fl. 32807, Orange County .

**00 Chevy Monte Carlo 2G1WW12E7Y9233245**

**96 Ford Explorer 1FMCU22XXTUD48761**

COR1222882 1/31/2013

**NOTICE OF SALE**

Notice is hereby given that on **February 7th, 2013** and continuing from day to day, until all goods are sold or otherwise disposed of at the following CubeSmart sites, the undersigned will sell at public sale by competitive bidding, the personal property and household items heretofore stored with the undersigned by:

**12:00 P.M. CubeSmart - Store # 695**
**4554 E. Hoffner Ave, Orlando, Fl 32812**

Noris F Rivera / Jose' F Rivera/ Noris Adela Franco / Jose' / Noris Franco F Rivera — Cube # 0302

Michael J Anderson / Florida Premier Golf Cars — Cube # 0416

Michael Coyne / Michael L Coyne — Cube # 0452

Daniel M Long / Daniel Harry Long — Cube # 0703

Cristina Gonzales / Cristina Gonzalez — Cube # 1421

Michael A Leon / Michael Albert Leon — Cube # 1603

William W Pugh / William Wade Pugh — Cube # 1619

Fedrick Cardona / Fredick Cardona Rosado — Cube # 1774

COR1220280 01/23,30/2013

**NOTICE OF SALE**

Legal Ad Placement P.O. Box 51380 Colorado Springs, CO 80949 Phone: (719) 535-2915 Fax: (719) 352-3583 Vince Maione - vm@legaladplacement.com INSERTION ORDER Orlando Sentinel-Employment and Legal Contact Name: Kitty Cooper Phone Number: (407) 420-6051 Email: kcooper@orlandosentinel.com Order Number: 8654 Ad Run Dates: The run dates are 01/30 and 02/06. Special Instructions: Please confirm receipt of email. If Affidavit is more than $10.00, please do not include....!!!!!! PLEASE RESPOND WITH NET OR GROSS PRICES!!! Run as a run on with colons in between. If we are on a pre-pay, ads must run, CALL ME FOR A CREDIT CARD. IF YOU HAVE credit card, simply email me to confirm last 4 digits and I will APPROVE. THANKS. PLEASE EMAIL ad copy before ad runs. Section: Legals Ad Copy: NOTICE OF SALE PODS of Orlando hereby publishes notice, as required by the Florida Self-Storage Facilities Act (FL Stat. 83.806) of a public sale of the property listed below to satisfy a landlord lien. All sales are for cash to the highest bidder and are considered final. PODS of Orlando reserves the right to reject any bids. The sale shall be held at 601 Gills Dr Suite 120 Orlando FL 32824 on Thursday, February 14, 2013 at 3:00 p.m. CUSTOMER CONTAINER# Brown, Morris 8011B4Calhoun, Lucy 8A4Community Concepts Services Inc, Toni Shinn 1136B4,781B4Coombs, Shannon669B4Day, Michael 357A4Giraldo, Fabio 293A4Hargreaves, J Scott 47A4Johnson, Ivan 8059B4Lu, Jk 1202B4,489B4McKinney, Louis 367A4Perez, Randal 8168B4Sandoval, Mary Sue339A4Schulz, Nick1139B4Simon, Jennifer8008B4Thomas, William674B4,709B4Ty Lin International, Jackie Moore1131B4Williams-Pugh, Yarbough 673B4Xtreme Chemicals, Inc, Bryan319A4Contents include but not limited to: Household items, books, exercise equipment, stereo equipment and more.

COR1222575 1/30/13; 2/6/13

**INTERNET ADVERTISING** — Ask your Classified sales rep how to include your ad online. 800-669-5757

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* Nortel Networks Inc., *et al.*, Debtors. | Chapter 11 • Case No. 09-10138 (KG) Jointly Administered • **RE: 9224, 9324** |

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*