

7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400

# VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, January 30, 2013** the following legal advertisement – ***In re* Nortel Networks Inc., *et al.*** – was published in the national edition of **USA TODAY.**

Principal Clerk of USA TODAY
January 30, 2013

This 30th day of January month
2013 year.

Notary Public



BEHAVIOR

# 'A new normal' can surface in grief's wake

## Compassionate Friends supports families who have lost a child

Gary Stoller
@garystoller
USA TODAY

NEWTOWN, CONN. Twenty children are gone, never to celebrate their seventh or eighth birthdays. The emotional burden leaves parents questioning whether they will ever smile again and wondering how to resume their lives.

Pat Loder knows their pain, but she says the struggle will ease for the families whose lives were forever changed on Dec. 14, when a gunman killed their children at Sandy Hook Elementary School.

Loder is executive director of The Compassionate Friends, a non-profit organization that offers emotional support to families after a child dies. She says it took her three or four years to find "a new normal" after her 8-year-old daughter, Stephanie, and 5-year-old son, Stephen, were killed in a car accident in 1991. She survived.

Sandy Hook parents can't see how they will ever get past the tragedy, but they "will eventually be able to get through this," says Loder, who lives in Milford, Mich. "The turning point comes when you wake up and think about how your child lived — not how they died."

The 20 children killed at Sandy Hook Elementary School were 6 and 7 years old. Police say they and six adults were slain by 20-year-old Adam Lanza, a former student at the school, after he killed his mother, Nancy, in their home. Lanza committed suicide at the school.

Loder says she and her organization would like to come to Newtown to provide support whenever the families are ready.

She says she had therapy with a psychologist after her children were killed, but The Compassionate Friends "saved my life."

The organization "gave me a place to go to, where your tears can freely flow," Loder says.

Compassionate Friends was founded in England in 1969 by Simon Stephens, a hospital chaplain who realized that families who lost a child could counsel other such families better than he could.

The organization is in at least 30 countries, and the U.S. organization has more than 650 chapters in all 50 states, Washington, D.C., Puerto Rico and Guam. Members pay no dues.

### TOO SOON IN SANDY HOOK?

It is premature to assume that one month after the shootings, the healing process has begun for Sandy Hook parents who lost a child, says member Cindy Baum of West Kendall, Fla., whose daughter, Lisa Ellen, died soon after birth in 1969, and 30-year-old son, Evan, died of a heart malfunction in 2001.

"They're still in shock," Baum says. "It's too soon to be healing."

She believes parents who lose a child in a homicide or suicide experience "extra layers of grief."

The Sandy Hook parents have a rough road ahead, she says. They will face "firsts" — the child's birthday, holidays and other family occasions.

Sandy Hook families may be wondering what to do with their deceased child's belongings, Baum says, but a decision does not have to be made so soon.

"Pack them away and deal with them later," she advises. "I still get great comfort going into my son's room and lying on his bed."

The beginning of Year 2 "may be more difficult than Year 1," she says. Relatives, friends and others are "emotionally generous" during the first year, but then they move on.

Friendships can be lost, because friends may be uncomfortable socializing with parents who lost a child.

KIMBERLY P. MITCHELL, DETROIT FREE PRESS

**Pat Loder is executive director of The Compassionate Friends. She joined the group after losing her two children in a car accident in 1991. "Being around other people who truly understood how we felt was so good. ... I'd say it saved my life," she says.**

> **Compassionate Friends "is about transforming the pain of grief into the elixir of hope."**
>
> Mary Lemley

"The word thrown around by everyone is 'closure,' but there is no closure," she says.

"It's not a linear journey. It's more of a roller coaster."

### KEEPING MEMORIES ALIVE

As Sandy Hook parents try to move forward, it's important that they keep using their child's name in conversations, Baum says.

"Although you may cry when the name is mentioned, it is way more hurtful to have said nothing," says Mary Lemley, a member of Compassionate Friends in Stratford, Conn., 25 miles from Newtown. Her 20-year-old son, Christopher, died in 2004, about three months after his family became aware of a drug addiction.

It's also important that friends remember the child's birthday, Baum says. "Don't send a happy birthday card, but send a card saying 'I'm thinking of you and your child,' " she says. "It means the child lives on."

Loder says the families can be helped through grief by sharing their stories with others, including members of The Compassionate Friends.

The Compassionate Friends "is about transforming the pain of grief into the elixir of hope," Lemley says. "As awful as things are now, the pain will not always be as intense. The edges will soften some in time."

Gibson says the Sandy Hook families shared a common tragedy, so "it may be more helpful in the beginning for them to talk to one another over and over again."

In the future, she hopes, the families will find support through The Compassionate Friends.

"There is one particular watchword that, to us, speaks of what we're about: 'We need not walk alone.' "

HEALTH

YUJI SAKAI, GETTY IMAGES

Study examines the link between the timing of meals and its effect on weight loss

# On a diet? Early birds may drop the pounds

Nanci Hellmich
@nancihellmich
USA TODAY

Dieters have long been told not to consume too many calories late in the day.

Now, a new study suggests dieters who eat lunch early lose more weight than those who eat a late lunch.

"We should start to consider meal timing in addition to calories and meal composition when thinking about weight loss," says study senior author Frank Scheer an associate neuroscientist at Brigham and Women's Hospital and an assistant professor of medicine at Harvard Medical School.

Scheer and researchers at the University of Murcia in Spain and Tufts University in Boston studied 420 overweight and obese people who participated in a 20-week weight-loss program in Spain.

The midday meal is often the biggest one of the day in the Mediterranean culture. Participants consumed about 40% of their daily calories (roughly 550 to 570) at lunch.

Half were considered early eaters, downing lunch before 3 p.m. Half were classified as late eaters, grabbing their midday meal after 3 p.m.

Overall, participants consumed about 1,400 calories a day. There was no significant difference in caloric intake or energy expenditure between late-lunch and early-lunch eaters.

Among the findings reported Tuesday in the *International Journal of Obesity*:

▶ Those who ate lunch earlier in the day lost an average of 22 pounds in 20 weeks; those who ate lunch later lost about 17 pounds.

▶ The late eaters consumed fewer calories during breakfast and were more likely to skip breakfast than early eaters.

▶ The late-lunch eaters had lower insulin sensitivity, which is a risk factor for diabetes.

"We cannot directly translate these findings to Americans, but we would expect that a later dinner — the main meal for most Americans — might similarly impair weight loss," Scheer says. "But research is required to test that."

He says researchers don't know why weight loss was greater in the early eaters, but one hypothesis is that glucose (sugar) is processed differently depending on the time of day. Another theory is that the timing of meals can affect the circadian system (the body's clock), which may disrupt the proper function of the liver and fat cells, Scheer says.

Elizabeth Ward, a registered dietitian in Boston and author of *MyPlate for Moms: How to Feed Yourself and Your Family Better*, says the study is "interesting, but it's an observational study, so it doesn't prove cause and effect. If you cut back on your calories at any time of the day, you will lose weight."

Still, the research indicates that if you consume your calories earlier in the day, it may give you an edge with weight loss, Ward says.

She says there may be some truth to the old adage "Eat breakfast like a king, lunch like a prince and dinner like a pauper."

RELATIONSHIPS

# 'Sandwich generation' is spread pretty thin

## Adults help kids, parents — and are happy to do it

Cathy Payne
@cathyapayne
USA TODAY

The financial burdens on middle-aged caregivers — the "sandwich generation" — are increasing, a new survey finds.

About 15% of U.S. adults in their 40s and 50s provided financial support to both an aging parent and a child in 2012, according to a survey of 2,511 adults from the Pew Social and Demographic Trends Project. That's up from 12% in 2005. And 47% of those now raising or supporting a child have a parent 65 or older still living who may need future help.

But more emphasis is on supporting grown children. About 48% of adults ages 40-59 provided financial aid to grown children in 2012, the survey shows, up from 42% in 2005. That's a reflection of the economy, says Pew's Kim Parker: "Grown children are struggling to find jobs and establish themselves."

> **15%** of U.S. adults in their 40s and 50s provide financial support to both a child and an aging parent.
>
> SOURCE: PEW RESEARCH CENTER

Findings suggest that middle-aged caregivers are just as happy as other adults: 31% say they are very happy with their lives, vs. 28% of other adults. But 31% of those in the sandwich generation say they always feel rushed, vs. 23% of other adults.

What happens when the burdens rain down? Stephanie Coontz, director of research at the Council on Contemporary Families at the University of Miami, says that the stress can damage relationships but that many families say they are closer.

"We have developed much higher standards of family relationships and much higher expectations of family cooperation," says Coontz, who was not involved in Pew's report. "I wouldn't call that a silver lining, but I would call it an umbrella."

MARKETPLACE TODAY

For advertising information: 1.800.397.0070 www.russelljohns.com/usatoday

NOTICES

LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

*In re* Nortel Networks Inc., *et al.*, Debtors. ) Chapter 11 • Case No. 09-10138 (KG) ) Jointly Administered • **RE: 9224, 9324**

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*

Advertise in America's number one choice in a daily print newspaper.
Advertise in USA TODAY!
1-800-397-0070
USATODAY@russelljohns.com