

**PUBLISHED DAILY**
**MIAMI-DADE-FLORIDA**

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Before the undersigned authority personally appeared:

**JEANNETTE MARTINEZ**

Who on oath says that he/she is

**CUSTODIAN OF RECORDS**

of The Miami Herald, a daily newspaper published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement was published in said newspaper in the issues of:

January 30, 2013

Affiant further says that the said The Miami Herald is a newspaper published at Miami, in the said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida each day and has been entered as second class mail matter at the post office in Miami, in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspapers(s).

[signature]

Sworn to and subscribed before me this
30th day of January 2013

My Commission
Expires: April 20, 2013

Orfinda E. Arieta

[signature]

Notary

ORFINDA E ARRIETA
MY COMMISSION # DD941057
EXPIRES April 20, 2013
(407)398-0153 NotaryOfAmerica.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* Nortel Networks Inc., *et al.*, Debtors. | Chapter 11 • Case No. 09-10138 (KG) Jointly Administered • **RE: 9224, 9324** |

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 -*and*- MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*


# THE MIAMI HERALD CLASSIFIEDS

To advertise, please call 1-866-860-6000 or visit MiamiHerald.com/classifieds

## LEGAL NOTICES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

*In re* Nortel Networks Inc., *et al.*, Debtors. ) Chapter 11 • Case No. 09-10138 (KG) ) Jointly Administered • **RE: 9224, 9324**

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*

## LEGALS

@MIAMIHERALD.COM/CLASSIFIEDS

## LEGAL NOTICES

**ELC OF BROWARD COUNTY** seeking Competitive Sealed Replies to an ITN for delivery of Early Care and Education Services. Services to procure include coordinated system of early care and education services and supports for children and may include services for Child Screening System Coordination; Child Outcome Development; and Scholarship Administration. **Expected release: Jan 28, 2013 at 2:00 p.m. EST at www.elcbroward.org. All requirements for response will be posted on the web-site.**

**JEWISH COMMUNITY SERVICES OF SOUTH FLORIDA, INC.**

**INVITATION TO BID CONSTRUCTION MANAGEMENT PROJECT-AT-RISK WITH A GUARANTEED MAXIMUM PRICE AT THE MIAMI BEACH SENIOR CENTER Addendum**

A mandatory pre-proposal meeting and site visit was held on Monday, December 3, 2012 at 3:00 p.m. at the Miami Beach Senior Center located at 610 Espanola Way, Miami Beach, FL 33139. Firms that did not attend the Pre-proposal Conference Meeting on December 3, 2012 WILL NOT BE CONSIDERED. Pre-bid conference will be held on Monday, February 4, 2013 at 3:00 p.m. All bidding subcontractors are welcome to attend; although not mandatory, all potential bidders are encouraged to attend. One original and four (4) bound copies as well as a compact disk containing all of the bid requirements must be received in a sealed package on Monday, March 4, 2013 at 12:00 p.m., to the attention of Sara Jimenez at AECOM for Jewish Community Services of South Florida, 800 Douglas Entrance, North Tower, 2nd Floor, Coral Gables, FL 33134. Telephone number is 305-444-4691. Questions regarding bidding should be directed to Sara Jimenez, Project Manager at AECOM 305-444-4691. The full text of the ITB and all addenda can be requested by email to **Sara.Jimenez@aecom.com**.

**NOTICE OF PUBLIC SALE**

P&W JT8D-217A will be sold for cash at public auction to satisfy a mechanics' lien in favor of Global Engine Maintenance, LLC. 10:00 a.m., February 4, 2013 at the offices of Weiss Serota Helfman, 2525 Ponce de Leon Blvd., #700, Coral Gables, Florida 33134. Contact Eric P. Hockman at 305-854-0800 to arrange preview.

Promote your auction in print and online. **305-376-4614**

## LEGAL NOTICES

**PLACE YOUR LEGAL NOTICE IN THE MIAMI HERALD**

Reach over 1.5 million weekly readers by placing your legal notice for:
**Adoption**
**Bid/Proposal Notice**
**Court Order**
**Divorce ***
**Notice of Sale**
**Public Hearing**

**$6.00 per line (local) (package includes El Nuevo Herald)**
**$9.05/$8.15 per line (national)**
**$ 2.00 affidavit**
*** Special divorce rate: $89.00, first 25 lines for 4 insertions**

For more information, or to place a legal notice, please calln (305) 376-2684 in Miami-Dade, (954) 764-7026, ext. 2684 in Broward, or toll free (800) 678-2527, ext. 2684.

## FICTITIOUS NAMES

**FICTITIOUS NAME** Notice is hereby given that SATIN IMAGE CONSULTING has been registered as a fictitious name with the Florida Department of State, Division of Corporations by GERI SATIN LLC

**NOTICE IS HEREBY GIVEN**
that the undersigned, desiring to engage in business under the Fictitious Name of **Arena Media** with a mailing address of **195 Broadway, NY, NY 10007** intends to register the said name with the FL Dept. of State, Div. of Corps., Tallahassee, FL. **Owner: Arena Media LLC**

**NOTICE IS HEREBY GIVEN**
that the undersigned, desiring to engage in business under the Fictitious Name of **Arena** with a mailing address of **195 Broadway, NY, NY 10007** intends to register the said name with the FL Dept. of State, Div. of Corps., Tallahassee, FL.
**Owner: Arena Media LLC**

**NOTICE IS HEREBY GIVEN**
that the undersigned, desiring to engage in business under the Fictitious Name of **INTERNET REALTY VENTURES** located at **500 E. Broward Blvd., Fort Lauderdale, Broward Cnty., FL 33394** intends to register the said name with the FL Dept. of State, Div. of Corps., Tallahassee, FL. Dated: 1/25/2013.
Owner: **Forsalebyowner.com Referral Services, LLC**

**Notice of Fictitious Name**
**Van Heusen #267 Off-Site**
Nob Hill Business Plaza
10096 NW 53rd Street
Bay 25
Sunrise FL 33351
has been registered as a fictitious name with the Fla Department of State

**RAM-SON MEDIA LLC** wishes to register **El Horizonte New** located at 8588 NW 70th St Miami FL 33166 as a Fictitious Name.

## TALK LINES

*18+
FREE TRIAL
QuestChat
**305.892.1111**
Broward 954.749.1111
Other Cities 1.888.257.5757
AHORA EN ESPAÑOL
DOWNLOAD FREE APP
questchat.com

## FICTITIOUS NAMES

**Notice Under Fictitious Name Law**
Notice is hereby given that the undersigned pursuant to Section 865.09 Florida Statutes will register with the Division of Corporations of the Department of State the following fictitious names here listed:

Rachael Soto intends to register House of Hair as a fictitious name.

**SUBLIME COMMODITIES** Notice is hereby given that the undersigned has been registered with The FL Department Of State, Division Of Corporations: "SUBLIME COMMODITIES"

## ANNOUNCEMENTS

@MIAMIHERALD.COM/CLASSIFIEDS

## PERSONAL

**PHOTOGRAPHY**

**37th FPCC PHOTO**
Equipment Flea Market
Sat.& Sun. Feb 2 & 3, 10-3pm
Ramada Inn, Hialeah 33012
1950 W 49 st (Nw 103 st)
**FREE CAMERA CHECK**
Digital Sensor Cleaning $30
Adm. $6.25 W/Ad.
Info. ☎ 954-564-1022

## ENTERTAINMENT

@MIAMIHERALD.COM/CLASSIFIEDS

## ENTERTAINMENT

**LOCAL GAY & BI CHATLINE**
Browse Voice Ads FREE!
305-250-9909, Code 7945

**Meet** Sexy Local Singles FREE!! 18+ 305-921-4755

## PETS / ANIMALS

@MIAMIHERALD.COM/CLASSIFIEDS

## DOGS

**ALL BREEDS MOVING SALE**
$199 n up ☎ 786-337-2644

**Cavalier King Charles**
beautiful 4-year-old blehimn (tan&white) $475 954-639-2601

**For Sale** Rawiller puppies.
786-663-8943 ☎ 305-222-9233

**FRENCH** BULLDOG
Great Colors & Heads Mini's
Health Grtd. 954-353-7864

Golden Retriever English Cream Pups, AKC $1,000. 954-261-6224

**MALTESE** Beautiful T-Cup, Toys Stunning Coats 9 1/2 Wks Health Grtd. 954-353-7864

**POMERANIAN** T-Cup, Toys Teddy Bear Faces Rare Colors Health Grtd. 954-353-7864

**POODLES** T-Cup, Toys Baby Dolls Gorgeous Colors & Coats Health Grtd. 954-353-7864

**Pugs Chuncky adorables**, black, beautiful face, fun breed (954) 865-5216

**SHIH-TZU** Specializing in Tiny Imperials Gorgeous Colors, Coats. Health. 954-353-7864

**YORKIES** Specializing T-Cups & Toys, Baby Dolls Faces Health Guarantee. 954-353-7864

## PETS LOST & FOUND

**Lost Female Beagle** Vicinity of 163St & NE 6 Ave wearing collar w/ NC tag. Needs Medication. Reward 305-527-0626

**LOST POODLE** 01/21. White Area Virginia St & C.Grove. Reward $100 ☎ 305-586-0464

## MISCELLANEOUS

Looking for **ENGLISH BUDGIES**
Prefer Breeder's,
Call John ☎ 954-523-2723.
johnjmakos@bellsouth.net

Promote your auction in print and online.
**305-376-4614**

# SERVICE DIRECTORY

305-350-2222 MiamiHerald.com/classifieds

## SERVICES

@MIAMIHERALD.COM/CLASSIFIEDS

## CHILDREN'S EDUCATION / RECREATION

**LICENSED & INSURED**

**FCAT, SAT, AND ACT** Intensive Tutoring Available Call 305-720-1853

## ENTERTAINMENT

**ATTENTION:**
**HOTEL, RESTAURANT OWNERS** Experiencing financial or operational difficulties? If so, contact us to solve them. Noga Enterprises LLC 908-379-7411 or noga3@verizon.net

Promote your auction in print and online.
**305-376-4614**

## EQUIPMENT / APPLIANCE REPAIR

**A/C & APPLIANCE SERVICES** all makes, same day service, Please call (954)773-7807 or (786)393-0479

## HOME IMPROVEMENT

**AAA1A** Roofs/Construction ALL 24/7 786-308-8281. ccc1423119

**ALBERT HANDYMAN** WE DO IT ALL FROM A-Z 786-385-7936

**FLOORING SALES & INSTALL** CARPET, HARDWOOD, VCT PAINTING SERVICES, Best Prices! Ask for Harold 786-499-5702

**24 7**

**ROOF REPAIRS** ARROW ROOFING, serving all Miami-Dade County since 1977. All types of roof repairs. Roof Leak Specialist. Call (305)252-9007. 305-252-9007 arrowroofing@aol.com

## INSTRUCTION / TUTORING

**CONCEALED** WEAPONS CLASSES. N.R.A. Lic. # 8857512 ☎ 786-486-0513 ☎

## INSTRUCTION / TUTORING

**CNA LICENSE**
No HS/GED Req
30 HR Program
Classes Avail. In Spanish
954-921-9577

## MUSICAL SERVICES

**Valentine Day Piano Sale**
**STEINWAY SPECIALIST**
Tune, repair, move, refinish, sale or rent - Layaway
300 NW 54th ST
$500/up sell on consignment
305-751-7502, since 1939
www.victorpianos.com

## PHOTOGRAPHY

**37th FPCC PHOTO**
Equipment Flea Market
Sat.& Sun. Feb. 2 & 3, 10-3pm
Ramada Inn, Hialeah 33012
1950 W 49 st (Nw 103 st)
**FREE CAMERA CHECK**
Digital Sensor Cleaning $30
Adm. $6.25 W/Ad.
Info. ☎ 954-564-1022