Case 09-10138-MFW   Doc 9479   Filed 02/21/13   Page 1 of 2

Legal No.   0004750675

# San Jose Mercury News

750 RIDDER PARK DRIVE
SAN JOSE, CALIFORNIA 95190
408-920-5332

# PROOF OF PUBLICATION

## IN THE
## CITY OF SAN JOSE
## STATE OF CALIFORNIA
## COUNTY OF SANTA CLARA

MILLER ADVERTISING
71 FIFTH AVE
NEW YORK NY 10003-0000

### FILE NO. R1240078

In the matter of

The San Jose Mercury News

The undersigned, being first duly sworn, deposes and says: That at all times hereinafter mentioned affiant was and still is a citizen of the United States, over the age of eighteen years, and not a party to or interested in the above entitled proceedings; and was at and during all said times and still is the principal clerk of the printer and publisher of the San Jose Mercury News, a newspaper of general circulation printed and published daily in the city of San Jose in said County of Santa Clara, State of California as determined by the court's decree dated June 27, 1952, case numbers 84096 and 84097, and that said San Jose Mercury News is and was at all times herein mentioned a newspaper of general circulation as that term is defined by Sections 6000 and following, of the Government Code of the State of California and, as provided by said sections, is published for the dissemination of local or telegraphic news and intelligence of a general character, having a bona fide subscription list of paying subscribers, and is not devoted to the interests or published for the entertainment or instruction of a particular class, professional, trade, calling, race or denomination, or for the entertainment and instruction of any number of such classes, professionals, trades, callings, races or denominations; that at all times said newspaper has been established, printed and published in the said city of San Jose in said County and State at regular intervals for more than one year preceding the first publication of the notice herein mentioned. Said decree has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a true printed copy, has been published in each regular or entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

1/30/2013

Dated at San Jose, California
01/30/13

I declare under penalty of perjury that the foregoing is true and correct.

Signed _____

Principal clerk of the printer and publisher of the San Jose Mercury News.

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

*In re* Nortel Networks Inc., *et al.*,  )  Chapter 11 • Case No. 09-10138 (KG)
            Debtors.                     )  Jointly Administered • RE: 9224, 9324

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS'
RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

PLEASE TAKE NOTICE that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

PLEASE TAKE NOTICE that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

PLEASE TAKE NOTICE that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at www.kccllc.net/nortelretiree/. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

PLEASE TAKE NOTICE that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

PLEASE TAKE NOTICE that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013: counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5805 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 -and- MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*

# Movie showtimes

Movies that make up a double feature are separated by a semicolon. Theaters with a ★ in their address have special accommodations for hearing-impaired patrons. Note: If you find mistakes or omissions in these listings, call 408-278-3480.

## SANTA CLARA COUNTY

**CAMPBELL**

**CAMERA 7** (★ 1875 S. Bascom Ave., 408-559-6900) **Amour** 10:50, 1:30, 4:10, 6:50, 9:30. **The Impossible** 11:20, 1:50, 4:30, 7:15, 9:45. **Les Miserables** 10:55, 2:10, 5:25, 8:40. **Lincoln** 11:05, 5:10, 8:20. **Quartet** 12:05, 2:20, 4:40, 7, 9:20. **Silver Linings Playbook** 11:05, 1:40, 4:20, 7:10, 9:50. **Zero Dark Thirty** 10:45, 2, 5:15, 8:30.

**CINELUX PLAZA THEATRE** (★ 2501 S. Winchester Blvd., 408-378-2425) **Broken City** 11:45, 2:20, 4:55, 7:40, 10:15. **Gangster Squad** 7:40, 10:15. **Hansel & Gretel: Witch Hunters** 10. **Hansel & Gretel: Witch Hunters 3-D** 11:30, 1:45, 4:20, 7. **Parental Guidance** 2:20, 4:55. **Silver Linings Playbook** 2:45, 6:45, 9:30. **Wreck-It Ralph** 11:45. **Zero Dark Thirty** 11:15, 3, 6:30, 9:15.

**CUPERTINO**

**BLUELIGHT CINEMAS 5** (★ 21275 Stevens Creek Blvd., 408-255-2552) **Anna Karenina** 4, 8:35. **Beasts of the Southern Wild** 2, 6:35. **Cloud Atlas** 5:45, 9. **Flight** 3:55. **The Guilt Trip** 1:10, 9:40. **Not Fade Away** 9:10. **Promised Land** 3:10, 5:20, 7:30. **Rise of the Guardians** 1, 3, 5, 7. **This Is 40** 1:15, 9:35. **The Twilight Saga: Breaking Dawn — Part 2** 1:05, 3:25.

**AMC CUPERTINO SQUARE 16** (Off Wolfe Road and Stevens Creek Boulevard near Interstate 280, 888-262-4386) **Broken City** 11:25, 2, 4:35, 7:15, 9:50. **Django Unchained** 11:50, 3:20, 7, 10:35. **Gangster Squad** 12, 10. **Hansel & Gretel: Witch Hunters** 11:55, 2:20, 7, 9:30. **Hansel & Gretel: Witch Hunters IMAX 3-D** 4:45. **Hansel & Gretel: Witch Hunters 3-D** 12:30, 3, 5:15, 7:40, 10:05. **A Haunted House** 10:45. **The Hobbit: An Unexpected Journey** 11:35, 3:15, 7:05. **The Impossible** 4:50, 10:40. **Jack Reacher** 4. **The Last Stand** 12:15, 2:50, 5:25, 8, 10:35. **Les Miserables** 11:55, 3:25, 7:25, 10:50. **Life of Pi** 1:30, 7:35. **Life of Pi 3-D** 4:25, 10:30. **Lincoln** 12:30, 3:50, 7:10, 10:25. **Mama** 12:15, 2:45, 5:15, 7:45, 10:15. **Movie 43** 11:45, 2:15, 4:45, 7:15, 9:45. **ONE NIGHT STAND: Overnight Musicals** 7:30. **Parker** 11:30, 2:15, 5, 7:45, 10:30. **Silver Linings Playbook** 11:30, 2:20, 5:10, 8, 10:50. **Skyfall** 1:40, 7:30. **Zero Dark Thirty** 12:30, 3:55, 7:20, 10:45.

**GILROY**

**PLATINUM THEATRES** (★ 6851 Monterey St., 408-846-6843) **Broken City** 1:30, 4, 6:15, 8:45. **Gangster Squad** 4:05, 9. **Hansel & Gretel: Witch Hunters 3-D** 1:45, 7, 9:15. **A Haunted House** 1:40, 6:30. **The Last Stand** 1:10, 3:50, 6:10, 8:55. **Mama** 1:20, 4:25, 7:10, 9:10. **Movie 43** 1:50, 4:10, 7:20, 9:25. **Zero Dark Thirty** 3:40, 6:35, 9:30.

**MILPITAS**

**CENTURY 20 GREAT MALL** (★ 1010 Great Mall Drive, 800-FAN-DANG 940#) **Broken City** 11:10, 2:15, 4:55, 7:45, 10:30. **Butch Cassidy and the Sundance Kid** 2, 7. **Django Unchained** 11:05, 2:45, 6:55, 10:35. **Gangster Squad** 11:20, 2:05, 4:55, 7:55, 10:40. **Hansel & Gretel: Witch Hunters** 10:50, 3:45, 9:20. **Hansel & Gretel: Witch Hunters 3-D** 10:30, noon, 1:15, 2:30, 5, 6:45, 7:55. **A Haunted House** 11:35, 2:25, 5:30, 7:50, 10:20. **The Impossible** 10:55. **The Last Stand** 11, 1:45, 4:30, 7:10, 10. **Les Miserables** 11:40, 3:05, 6:40, 10:10. **Life of Pi** 12:30, 3:35, 6:35. **Lincoln** 12:05, 3:30, 7:15, 10:40. **Mama** 11:55, 1:35, 2:35, 4:05, 5:10, 7, 8, 9:45, 10:45. **Matru Ki Bijlee Ka Mandola** 12:15, 3:40, 7:05, 10:25. **Movie 43** 11:15, 1:50, 4:15, 7:20, 10, 6:50, 9:50. **Parental Guidance** 10:35. **Parker** 10:30, 1:30, 4:35, 7:35, 10:50. **Silver Linings Playbook** 11:10, 1:55, 4:40, 7:25, 10:15. **Zero Dark Thirty** 10:45, 2:10, 5:45, 9:15, 10:05.

**MORGAN HILL**

**CINELUX TENNANT STATION STADIUM 11** (★ 750 Tennant Ave., 408-778-6500) **Broken City** 11:20, 2, 4:40, 7:20, 10. **Django Unchained** 1, 4:45, 8:30. **Gangster Squad** 8:45. **3:55, 10:10. Hansel & Gretel: Witch Hunters** 11:30, 1:45, 4:10, 6:30, 11:30, 1:45, 4:10, 6:30. **Hansel & Gretel: Witch Hunters 3-D** 2:30, 5, 7:30, 9:55. **The Last Stand** 11:30, 2, 4:30, 7, 10:15. **Les Miserables** 6:45. **Mama** 11:55, 2:30, 5:15, 7:45, 10. **Movie 43** 11:40, 2:15, 4:45, 7:30, 10. **Parental Guidance** 11, 1:30. **Parker** 11, 1:45, 4:30, 7:10, 9:55. **Silver Linings Playbook** 12:45, 3:45, 6:45, 9:45. **Wreck-It Ralph** 11:30, 3, 6:30, 9:30.

**MOUNTAIN VIEW**

**CENTURY CINEMAS 16** (★ 1500 N. Shoreline Blvd., 800-FAN-DANG 910#) **Argo** 4:05. **Broken City** 12:20, 3:30, 7:10, 10:05. **Butch Cassidy and the Sundance Kid** 2, 7. **Django Unchained** 11:50, 3:50, 8:10. **Gangster Squad** 11:10, 1:50, 4:30, 7:30, 10:25. **Hansel & Gretel: Witch Hunters** 1:30, noon, 1:30, 2:30, 4, 7, 9:50. **Hansel & Gretel: Witch Hunters 3-D** 12:40. **The Hobbit: An Unexpected Journey IMAX 3-D** 11:40, 7:30. **The Hobbit: An Unexpected Journey** 3:40. **The Last Stand** 12:20, 3:20, 7:10, 9:55. **Les Miserables** 11, 2:25, 6:05, 9:30. **Lincoln** 11:20, 2:40, 6:05, 9:20. **Mama** 11:30, 2, 4:50, 7:50, 10:30. **Movie 43** 11:20, 2:50, 7:40, 10:30. **ONE NIGHT STAND: Overnight Musicals** 7:30. **Parker** 12:30, 3:35, 7:15, 10:25. **Silver Linings Playbook** 12:10, 3:10, 6:40, 9:40. **Zero Dark Thirty** 11:10, 2:25, 6:20, 10:05.

**PALO ALTO**

**AQUARIUS** (★ 430 Emerson St., 650-266-9260) **The Impossible** 4:15, 9:45. **Quartet** 3:30, 6, 8:30.

**CINEARTS @ PALO ALTO SQUARE** (★ 3000 El Camino Real, 800-FAN-DANG 914#) **Hyde Park on Hudson** 1:30, 4:30, 7:25. **Life of Pi** 1. **Life of Pi 3-D** 4, 7.

**STANFORD THEATRE** (221 University Ave., 650-324-3700) **Imitation of Life** 7:30. **Written on the Wind** 5:40, 9:45.

**SAN JOSE**

**ALMADEN CINEMA 5** (★ 2306 Almaden Road, 408-265-7373) **Gangster Squad** 4:40, 9:55. **Hansel & Gretel: Witch Hunters** 9:45. **Hansel & Gretel: Witch Hunters 3-D** 12:45, 3, 5:10, 7:30. **The Last Stand** 11:15, 2:10, 4:15, 7:20, 10. **Life of Pi** 6:45. **Mama** 12:15, 2:45, 5:20, 7:45, 10:15. **Parental Guidance** 1:45. **Wreck-It Ralph** 11:30, 5. **Zero Dark Thirty** 11:30, 3, 6:30, 9:40.

**AMC EASTRIDGE 15** (★ 2190 Eastridge Loop, 408-274-2274) **Broken City** 11:40, 2:20, 5, 7:35, 10:15. **Django Unchained** 11:10, 2:40, 6:15,
9:45. **Gangster Squad** 11:05, 1:50, 4:40, 7:25, 10:20. **Hansel & Gretel: Witch Hunters** 11:15, 1:30, 3:45, 8:15, 10:30. **Hansel & Gretel: Witch Hunters 3-D** 6. **Hansel & Gretel: Witch Hunters IMAX 3-D** 10:45, 1, 3:15, 5:30, 7:45, 10. **A Haunted House** 11:55, 2:15, 4:55, 7:10, 9:20. **The Hobbit: An Unexpected Journey** 6:10, 9:45. **Jack Reacher** 4:10, 7:15. **The Last Stand** 11, 1:45, 4:55, 7:25, 10:15. **Mama** 11:35, 2:05, 4:35, 7:05, 7:30, 9:30, 10:05. **Monsters, Inc. 3-D** 10:55, 1:25, 3:45. **Movie 43** 11:25, 2, 4:30, 7, 9:35, 10:05. **Parental Guidance** 11:30, 1:55, 4:20. **Parker** 10:45, 1:30, 4:15, 7, 9:50. **Silver Linings Playbook** 10:50, 1:35, 4:25, 7:20, 10:10. **Wreck-It Ralph** 1:20. **Zero Dark Thirty** 11:20, 2:50, 6:30, 9:55.

**AMC SARATOGA** (★ Saratoga and Campbell avenues, 888-AMC-4FUN) **Broken City** 1:55, 4:30, 7:10, 9:55. **Django Unchained** 11:15, 2:40, 6:10, 9:15. **Gangster Squad** 4:20. **Hansel & Gretel: Witch Hunters** 5:20, 7:50, 10:15. **Hansel & Gretel: Witch Hunters IMAX 3-D** 11:40, 2, 4:25, 7, 8:45. **A Haunted House** 2:05, 10:05. **The Hobbit: An Unexpected Journey** 5:45, 9:20. **Jack Reacher** 12:05. **The Last Stand** 11:30, 7:20, 9:45. **Les Miserables** 1:10, 4:50, 8:30. **Life of Pi** 3:30. **Life of Pi 3-D** 12:40, 6:15. **Lincoln** 12:15, 3:20, 6:35, 9:40. **Mama** 2:25, 5:10, 7:40, 10:10. **Movie 43** 11:45, 2:15, 5, 7:30, 10. **Parental Guidance** 12:50, 3:15. **Parker** 11:15, 1:20, 4:10, 7, 9:50. **Silver Linings Playbook** 11:40, 1, 3:50, 6:45, 9:35. **Zero Dark Thirty** 11:30, 3, 6:30, 9:30.

**CAMERA 12** (★ 201 S. Second St., 408-998-3300) **Argo** 6:45, 9:20. **Broken City** 4:40, 7:05, 9:30. **Django Unchained** 4:55, 8:20. **Gangster Squad** 4:45, 7:15, 9:55. **Hansel & Gretel: Witch Hunters** 5:15. **Hansel & Gretel: Witch Hunters 3-D** 7:30, 9:50. **A Haunted House** 5:20, 7:30, 9:30. **The Last Stand** 4:50, 7:15, 9:45. **Les Miserables** Pi 4. **Mama** 5:05, 7:20, 9:40. **Movie 43** 5:10, 9:25. **Parker** 4:20, 7, 9:45. **Silver Linings Playbook** 4:15, 6:55, 9:35. **Zero Dark Thirty** 5:10, 8:25.

**CAMERA 3** (★ 288 S. Second St., 408-998-3300) **Hitchcock** 6:40. **Hyde Park on Hudson** 8:50. **Rust & Bone (De rouille et d'os)** 6:30, 9.

**CENTURY 24** (★ 741 S. Winchester Blvd., 800-FAN-DANG 927#) **Hansel & Gretel: Witch Hunters** 5. **Hansel & Gretel: Witch Hunters 3-D** 7:45. **Mama** 4:30, 7:15.

**CENTURY OAKRIDGE** (★ 925 Blossom Hill Road, 800-FAN-DANG 972#) **Argo** 7:35, 10:30. **Broken City** 11:35, 2:25, 5:20, 8:05, 10:50. **Butch Cassidy and the Sundance Kid** 2, 7. **Django Unchained** 11:35, 3:20, 7, 10:35. **Gangster Squad** 11:10, 2, 7:10, 4:35, 7:30, 10:30. **Hansel & Gretel: Witch Hunters** 4:40, 5:40. **Hansel & Gretel: Witch Hunters 3-D** 11:40, 9:50, 11, 1:30, 2:20, 3:10, 4, 4:50, 5:30, 7:20, 8:10, 10:40. **A Haunted House** 10:55, 1:15, 3:35, 5:55, 8:15, 10:35. **The Hobbit: An Unexpected Journey IMAX 3-D** 11:30. **The Hobbit: An Unexpected Journey** 3:15, 7:50, 10:45. **Jack Reacher** 9. **The Last Stand** 11:40, 2:20, 5, 7:40, 10:20. **Les Miserables** 11:55, 3:25, 7:05, 10:35. **Lincoln** 12:15, 3:40, 7:05, 10:30. **Mama** 10:55, 12:10, 1:30, 2:45, 4:05, 5:20, 6:40, 7:55, 9:15, 10:30. **Movie 43** 11:20, 2:30, 5, 7:30, 10. **ONE NIGHT STAND: Overnight Musicals** 7:30. **Parental Guidance** 11:20, 2, 4:40. **Parker** 11, 1:55, 4:50, 7:45, 10:45. **Rise of the Guardians** 11:50. **Silver Linings Playbook** 11:35, 2:25, 5:15, 8, 10:55. **This Is 40** 1:05. **Zero Dark**

**Thirty** 12:10, 3:40, 7:10, 10:40.

**CINEARTS@SANTANA ROW** (★ 3088 Olsen Drive and Winchester Boulevard, 800-FAN-DANG 983#) **Butch Cassidy and the Sundance Kid** 2, 7. **Django Unchained** 11:40, 3:20, 9:45. **The Impossible** 11:20, 4:45, 7:30, 10:15. **Les Miserables** 11:35, 3:25, 7:10, 10:40. **Quartet** noon, 2:35, 5:15, 7:50, 10:15. **Silver Linings Playbook** 11:25, 2:10, 4:55, 7:40, 10. **Zero Dark Thirty** 11:50, 3:40, 7:20, 10:45.

**INDIA MOVIE CENTER** (★ 1433 The Alameda, 408-293-5034) **Kanna Laddu Thinna Aasaiya** 4. **Seethamma Vakitlo Sirimalle Chettu** 7:20. **Vishwaroopam (Tamil)** 4:15, 6:30, 1.

**THE TECH MUSEUM IMAX DOME THEATER** (201 S. Market St., 408-294-8324) **Hubble** noon. **Rocky Mountain Express** 1, 3. **Under the Sea** 2, 4.

**WINCHESTER 21** (★ 3161 Olsen Drive, 800- FAN-DANG 924#) **Django Unchained** 12:30. **Zero Dark Thirty** 4, 8.

**WINCHESTER 22** (★ 3162 Olin Ave., 800- FAN-DANG 925#) **Gangster Squad** 1:15, 5, 8:15. **Lincoln** 1, 4:45, 8:15. **Parker** 1:30, 5:15, 8.

**WINCHESTER 23** (★ 3164 Olsen Drive, 800-FAN-DANG 926#) **Broken City** 1:15, 5:15, 8. **The Hobbit: An Unexpected Journey** 3:30. **The Last Stand** 1, 7:45.

## SANTA CLARA

**AMC MERCADO 20** (★ Highway 101 and Great America Parkway, 888-262-4386) **Argo** noon, 2:45, 5:35, 8:30. **Broken City** 1:05, 3:40, 6:30, 9:10. **Django Unchained** 1, 4:35, 8:10. **Gangster Squad** 12:30, 3:10, 6:05, 8:45. **Hansel & Gretel: Witch Hunters** 3, 5:40, 7:10, 8, 10:15. **Hansel & Gretel: Witch Hunters 3-D** 12:20, 4:20. **Hansel & Gretel: Witch Hunters IMAX 3-D** 11:45, 2, 4:15, 6:40, 9. **A Haunted House** 12:05, 2:25, 4:40, 9:40. **The Hobbit: An Unexpected Journey** 2:15, 6:20, 10. **The Impossible** 11:55, 5:55. **Jack Reacher** 11:40, 4:20, 7, 9:45. **The Last Stand** 12:55, 3:45, 6:25, 9:20. **Les Miserables** 12, 3:35, 7. **Life of Pi** 11:45, 5:25. **Life of Pi 3-D** 2:35, 8:15. **Lincoln** 2:50, 6:10, 9:25. **Mama** 12:50, 3:20, 5:50, 8:20. **Matru Ki Bijlee Ka Mandola** 1:10, 4:25, 7:40. **Movie 43** 11:50, 2:30, 5:10, 7:30. **Parker** 2:20, 5:20, 8:50. **Race 2** 12:20, 4:05, 7:20. **Seethamma Vakitlo Sirimalle Chettu** 2:40, 6:15, 9:30. **Zero Dark Thirty** 1:20, 4:50, 8:20, 8:40.

## ALAMEDA COUNTY

**CASTRO VALLEY**

**CINELUX CHABOT CINEMA** (★ 2853 Castro Valley Blvd., 510-582-2555) **Zero Dark Thirty** 4, 7:30.

**FREMONT**

**CENTURY AT PACIFIC COMMONS** (★ 43917 Pacific Commons Blvd., 800-326-3264) **Argo** 11:10, 6:50. **Broken City** 11:05, 1:50, 4:35, 7:20, 10:05. **Butch Cassidy and the Sundance Kid** 2, 7. **Django Unchained** 11:35, 3:15, 6:55, 10:35. **Gangster Squad** 10:55, 1:45, 4:40, 7:35, 10:25. **Hansel & Gretel: Witch Hunters** noon, 4:50. **Hansel & Gretel: Witch Hunters 3-D** 10:55, 10:50, 1:15, 2:25, 4:25, 7:10, 7:20, 9:30, 10:40. **The Hobbit: An Unexpected Journey** 3:05, 10:35. **Jack Reacher** 1:25. **The Last Stand** 5:15, 8, 10:45. **Les Miserables** 11:25, 3:10, 6:50, 10:25. **Mama** 11:45, 2:20, 4:55, 7:30, 8:10. **A Haunted House** 11:30, 2, 4:40, 7:15, 9:50. **The Hobbit: An Unexpected Journey IMAX 3-D** 11:50, 7. **The Hobbit: An Unexpected Journey** 3:25, 10:35. **The Impossible** 11:20, 4:50, 10:20. **Jack Reacher** 10:30. **The Last Stand** 11:20, 1:55, 4:30, 7:05, 9:40. **Les Miserables** 12:05, 3:35, 7:05, 10:35. **Lincoln** 12:15, 3:40, 7:10, 10:40. **Mama** 11:30, 12:50, 2:15, 3:30, 4:50, 6:10, 7:30, 8:50, 10:15. **Movie 43** 11:50, 2:20, 4:50, 7:20, 9:45. **Parker** 11, 1:50, 4:40, 7:35, 10:25. **Silver Linings Playbook** 11:05, 1:55, 4:45, 7:35, 10:25. **The Tower** 11, 1:50, 4:45, 7:40, 10:30. **Zero Dark Thirty** 11, 2, 5:25, 6, 9:35, 10:35.

**MENLO PARK**

**GUILD** (★ 949 El Camino Real, 650-266-9260) **Amour** 1:15, 4:30, 7:45.

**REDWOOD CITY**

**CENTURY REDWOOD CITY 20** (825 Middlefield Road, 800-FAN-

DANG 990#) **Argo** 4:45, 7:35, 10:20. **Broken City** 11:30, 2, 4:55, 7:30, 10:10. **Butch Cassidy and the Sundance Kid** 2, 7. **Django Unchained** 11:10, 2:50, 6:25, 10. **Gangster Squad** 11:30, 2:10, 5:05, 7:45, 10:30. **Hansel & Gretel: Witch Hunters** 11:25, 9:05. **Hansel & Gretel: Witch Hunters 3-D** 12:50, 2:40, 4:10, 5, 6:40, 7:25, 11:40, 4:35, 10:35. **A Haunted House** 11:05, 1:20, 3:30, 5:45, 8, 10:15. **The Hobbit: An Unexpected Journey IMAX 3-D** 2:35, 6:15, 9:55. **The Hobbit: An Unexpected Journey** 11. **The Impossible** 11:35, 2:35, 5:15, 7:55, 10:35. **Jack Reacher** 11:40, 9:50. **The Last Stand** 1:10, 7:05. **Les Miserables** 11:20, 3, 6:35, 10:05. **Life of Pi** 1:25. **Life of Pi 3-D** 4:20, 7:20, 10:20. **Lincoln** 12:20, 3:35, 6:55, 10:15. **Mama** 11:25, 2:10, 4:50, 7:40, 10:30. **Movie 43** 12:45, 3:10, 5:35, 8:10, 10:35. **ONE NIGHT STAND: Overnight Musicals** 7:30. **Parental Guidance** 11:45, 2:15. **Parker** 11:25, 2:10, 4:50, 7:40, 10:30. **Silver Linings Playbook** 1, 2, 4:50, 7:35, 10:25. **Skyfall** 3:50, 9:45. **Zero Dark Thirty** 11:05, 1:15, 2:30, 4:40, 8:20, 10:10.

**SAN BRUNO**

**CENTURY AT TANFORAN** (★ El Camino Real, 650-588-6052) **Argo** 10:20, 1:05, 3:50, 9:45. **Broken City** noon, 2:50, 5:30, 8:10, 10:50. **Butch Cassidy and the Sundance Kid** 2, 7. **Django Unchained** 11:45, 3:25, 7:15, 10:50. **Gangster Squad** 11:25, 2:20, 5:15, 8, 10:55. **Hansel & Gretel: Witch Hunters** 5:45. **Hansel & Gretel: Witch Hunters 3-D** 11:30, 4:30, 9:30, 10:15, 2, 3:15, 7, 8:15, 10:45. **A Haunted House** 10:45, 12:55, 3:10, 5:35, 7:45, 10. **The Hobbit: An Unexpected Journey** 11:50, 3:30, 7:05, 10:40. **The Impossible** 2:30, 8:05. **Jack Reacher** 10:45, 2:10, 4:50, 7:35, 10:10. **Les Miserables** 11:55, 3:35, 7:10, 10:35. **Life of Pi** 10, 1, 4, 6:55, 9:55. **Lincoln** 12:25, 3:25, 7:20, 10:35. **Mama** 10:10, 12:35, 3, 5:25, 7:55, 10:25. **Movie 43** 10:05, 12:30, 2:55, 5:20, 7:50, 10:15. **One More Try** 11:20, 2:15, 4:55, 7:30, 10:05. **ONE NIGHT STAND: Overnight Musicals** 7:30. **Parker** 11, 1:50, 4:45, 7:40, 10:30. **Silver Linings Playbook** 10:55, 1:55, 4:40, 7:25, 10:10. **Wreck-It Ralph** 10:50, 4:15. **Zero Dark Thirty** 10, 1:30, 5, 8:30, 10:20.

**SAN MATEO**

**CENTURY SAN MATEO 12** (320 E. Second Ave., 800-FAN-DANG 968#) **Broken City** 11:05, 1:55, 4:40, 7:20, 10:05. **Butch Cassidy and the Sundance Kid** 2, 7. **Django Unchained** 11:10, 2:50, 6:40, 10:20. **Gangster Squad** 11:15, 2, 4:45, 7:30, 10:25. **Hansel & Gretel: Witch Hunters** 11:40. **Hansel & Gretel: Witch Hunters 3-D** 12:50, 2:10, 3:20, 4:35, 5:50, 7:10, 8:30, 9:45. **The Last Stand** 10:10. **Les Miserables** 11:30, 3:10, 7, 10:35. **Lincoln** 12:15, 3:45, 7:15, 10:40. **Mama** 12:10, 2:45, 5:20, 8, 10:30. **Movie 43** 12:05, 2:40, 5:15, 7:50, 10:15. **Silver Linings Playbook** 11:50, 1:50, 4:45, 7:40, 10:25. **Zero Dark Thirty** 11:45, 3:25, 7:05, 10:40.

## SAN BENITO COUNTY

**HOLLISTER**

**PREMIERE CINEMAS — HOLLISTER** (★ 581A McCray St., 831-638-1800) **Broken City** 1:30, 3:45, 6:05, 8:30. **Gangster Squad** 1:30, 3:45, 6:10, 8:35. **Hansel & Gretel: Witch Hunters 4-20**. **Hansel & Gretel: Witch Hunters 3-D** 2:20, 6:25, 8:40. **A Haunted House** 2:10, 4:15, 6:30, 8:40. **The Last Stand** 1:35, 3:50, 6:15, 8:40. **Mama** 1:30, 3:50, 6:20, 8:30. **Movie 43** 1:40, 3:50, 6:10, 8:35. **Parker** 1:30, 3:50, 6:20, 8:30. **Silver Linings Playbook** 3:15, 6, 8:35. **Zero Dark Thirty** 1:50, 5, 8:10.

## DRIVE-INS

**SAN JOSE**

**WEST WIND CAPITOL 6 DRIVE-IN** (Capitol Expressway and Snell Avenue., 408-226-2251) **Broken City; Django Unchained. Django Unchained** 9:10; **Broken City. Gangster Squad** 8:50; **Parker. Hansel & Gretel: Witch Hunters** 6:30, 8:20, 10:10. **A Haunted House** 8:40; **The Last Stand** 10:20. **The Last Stand** 6:30; **A Haunted House. Mama** 6:30; **Wreck-It Ralph. Movie 43** 6:30; **This Is 40** 10:55. **Parker** 6:30; **Gangster Squad. This Is 40** 8:25; **Movie 43. Wreck-It Ralph** 6:30; **Mama.**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re Nortel Networks Inc., et al., Debtors.  Chapter 11 – Case No. 09-10138 (KG)  Jointly Administered – RE: 9224, 9324

NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114

PLEASE TAKE NOTICE that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as "the Retiree Welfare Plans" in this notice.

PLEASE TAKE NOTICE that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and their eligible dependents.

PLEASE TAKE NOTICE that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner approved by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors who may be entitled to receive any of the benefits under the Retiree Welfare Plans. The Settlement Agreement is available at www.kccllc.net/nortelretiree/. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

PLEASE TAKE NOTICE that on December 31, 2012, Nortel filed the Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9224) (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read this notice carefully.

PLEASE TAKE NOTICE that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801, on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 N. Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5194, and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER RIGHT TO RECEIVE RETIREE BENEFITS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR RELIEF AGAINST THE DEBTORS OR ANY OTHER PARTY BECAUSE OF THE RELEASES PROVIDED BY THE DEBTORS TO THE RETIREE BENEFITS.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted pro hac vice), Lisa M. Schweitzer (admitted pro hac vice), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 -and- MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, Counsel for the Debtors and Debtors in Possession

## THE DAILY COMMUTER

**ACROSS**
1 Sty resident
4 Incensed
9 Pres. William Howard __
13 Skunk's defense
15 Snouts
16 Hideous
17 Entreaty
18 Canonized one
19 Gather crops
20 Wide seafront walkway
22 On __; jittery
23 Skillets
24 Storm center
26 Block
29 Uniformity; lack of variety
34 __ products: milk, cheese, butter, etc.
35 Lassos
36 Consumed
37 Blyth & Sothern
38 Uninterested
39 __ a blank; be unable to think of something
40 Garden tool
41 __ up; prepares
42 "The Divine Comedy" poet
43 So-so
45 __ around; gave orders to
46 Mongrel
47 Near
48 __ of Good Hope
51 Placating
56 Region
57 Chicago team
58 __ as a pin
60 Air pollution
61 Depart
62 Celebration
63 Arches Daily
64 Miscalculated
65 Allow

**DOWN**
1 "__! Goes the Weasel"
2 Lolling around
3 __ over; reviews

4 Bananas
5 Reddish horses
6 Iran's continent
7 Take care of
8 Highly respected
9 Large soup container
10 Elderly
11 "Old Glory"
12 Sort; variety
14 Snoop Dog and LL Cool J
21 Woman
25 Affirmative
26 Coeur d'Alene's state
27 Grand home on an estate
28 Longed
29 Word of apology
30 Gorillas
31 Works for, as a salary
32 Ohio or Oregon
33 Sutured
35 Laugh loudly
38 Tolerable

39 Chic; dazzling
41 African antelope
42 Terriers & pugs
44 Cold geological period
45 Unfair; slanted
47 Chutzpah
48 Throw

49 Fighting force
50 Lowly laborer
52 British noble
53 Jack, once of late-night TV
54 Actor __ McDonough
55 Strong wind
59 Tit for __



Created by Jacqueline E. Mathews   1/30/13

**Tuesday's Puzzle Solved**

(c) 2013 Tribune Media Services, Inc. All Rights Reserved.

## SAN MATEO COUNTY

**DALY CITY**

**CENTURY 20 DALY CITY AND XD** (1901 Junipero Serra Blvd., 650-994-7469) **Argo** 2, 7:35. **Broken City** 11:05, 1:45, 4:35, 7:25, 10:15. **Butch Cassidy and the Sundance Kid** 2, 7. **Django Unchained** 11:40, 3:20, 7, 10:35. **Gangster Squad** 11:10, 2, 4:55, 7:45, 10:30. **Hansel & Gretel: Witch Hunters** 11:10, 4:10, 9:10. **Hansel & Gretel: Witch Hunters 3-D** 10. noon, 12:50, 1:40, 2:30, 3:20, 5, 5:50, 6:40, 7:30, 8:10. **A Haunted House** 11:10, 2, 4:40, 7:15, 9:50. **The Hobbit: An Unexpected Journey IMAX 3-D** 11:50, 7. **The Hobbit: An Unexpected Journey** 3:25, 10:35. **The Impossible** 11:20, 4:50, 10:20. **Jack Reacher** 10:30. **The Last Stand** 11:20, 1:55, 4:30, 7:05, 9:40. **Les Miserables** 12:05, 3:35, 7:05, 10:35. **Lincoln** 12:15, 3:40, 7:10, 10:40. **Mama** 11:30, 12:50, 2:15, 3:30, 4:50, 6:10, 7:30, 8:50, 10:15. **Movie 43** 11:50, 2:20, 4:50, 7:20, 9:45. **Parker** 11, 1:50, 4:40, 7:35, 10:25. **Silver Linings Playbook** 11:05, 1:55, 4:45, 7:35, 10:25. **The Tower** 11, 1:50, 4:45, 7:40, 10:30. **Zero Dark Thirty** 11, 2, 5:25, 6, 9:35, 10:35.

**HAYWARD**

**CENTURY AT HAYWARD** (★ 1069 B St., 800-FAN-DANG) **Broken City** 11:15, 1:55, 4:45, 7:40, 10:20. **Butch Cassidy and the Sundance Kid** 2, 7. **Django Unchained** 11:45, 3:25, 7, 10:30. **Gangster Squad** 11:05, 1:45, 4:35, 7:15, 10. **Hansel & Gretel: Witch Hunters** 2:20, 4:50, 9:45. **Hansel & Gretel: Witch Hunters 3-D** 11, 1:20, 3:45, 6, 7:15, 8:15, 10:30. **A Haunted House** 12:10, 2:30, 4:45, 7:30, 9:55. **Jack Reacher** 11:15. **The Last Stand** 11:40, 2:20, 5, 7:40, 10:20. **Les Miserables** 12:05, 3:35, 7:05, 10:35. **Lincoln** 12:15, 3:40, 7:10, 10:40. **Mama** 11:30, 12:50, 3:30, 4:50, 6:10, 7:30, 8:50, 10:15. **Movie 43** 11:20, 2:50, 4:50, 7:20, 9:45. **Parker** 11, 1:50, 4:40, 7:25, 10:25. **Silver Linings Playbook** 11:05, 1:55, 4:45, 7:35, 10:25. **The Tower** 11, 1:50, 4:45, 7:40, 10:30. **Zero Dark Thirty** 11, 2, 5:25, 6, 9:35, 10:35.

## SANTA CRUZ COUNTY

**APTOS**

**THE APTOS CINEMAS** (★ 122

Rancho Del Mar, 831-426-7500) **Lincoln** 12:45, 4, 7:15. **Zero Dark Thirty** 1:15, 4:30, 7:45.

**CAPITOLA**

**CINELUX 41ST AVENUE CINEMA** (1475 41st Ave., 831-479-3504) **Argo** 2, 7:30. **Gangster Squad** 12:15, 10:15. **Les Miserables** 12:30. **Life of Pi** 4:45, 9:55. **Parental Guidance** 11:30. **Silver Linings Playbook** 1, 4, 7, 9:45.

**SANTA CRUZ**

**REGAL CINEMAS RIVERFRONT STADIUM TWIN** (★ 155 S. River St., 800-326-3264 #1701) **Movie 43** 3, 5:15, 7:30, 9:45. **Zero Dark Thirty** 4, 8.

**REGAL CINEMAS SANTA CRUZ 9** (★ 1405 Pacific Ave., 800-326-3264 #1700) **Broken City** 1:10, 4, 7, 10. **Django Unchained** 12:10, 2:45, 5:20, 8, 10:40. **Hansel & Gretel: Witch Hunters 2:30**. **Hansel & Gretel: Witch Hunters 3-D** 12:15, 4:45, 7:30, 10. **A Haunted House** 12:20, 5:10, 10:30. **The Hobbit: An Unexpected Journey** 12:30, 4:10, 8:15. **The Last Stand** 2:40, 7:35. **Life of Pi 3-D** 1, 3:50, 6:55, 10:10. **Mama** noon, 2:35, 5, 7:45, 10:20. **Parker** 1:40, 4:40, 7:15, 9:55.

**THE DEL MAR** (★ 1124 Pacific Ave., 831-426-7500) **Argo** 2:10, 4:40, 7:15, 9:40. **The Impossible** 1:50, 4:20, 7, 9:30. **Les Miserables** 12:45, 4, 7:30.

**THE NICKELODEON** (★ 210 Lincoln St., 831-426-7500) **Hyde Park on Hudson** 1, 3, 7:30. **Lincoln** 12:30, 3:30, 6:30, 9:30. **Quartet** 1:40, 3:45, 6:15, 8:30. **Rust & Bone (De rouille et d'os)** 5, 9:40. **Silver Linings Playbook** 1:20, 4, 6:40, 9:10.

**SCOTTS VALLEY**

**CINELUX SCOTTS VALLEY CINEMA** (★ 226 Mount Hermon Road, 831-438-3260) **Argo** 3:30, 9:55. **Broken City** 11:10, 1:45, 4:30, 7:30, 10:10. **Hansel & Gretel: Witch Hunters** 9:45. **Hansel & Gretel: Witch Hunters 3-D** 11:55, 2:20, 4:55, 7:30. **The Hobbit: An Unexpected Journey** 2:30, 9:20. **The Impossible** 11, 1:40, 4:20, 7, 9:45. **The Last Stand** 11:20, 2, 4:45, 7:20, 10. **Les Miserables** 1:15, 6:30. **Life of Pi** 6:30. **Mama** 11:40, 2:10, 4:40, 7:10, 9:40. **Movie 43** 11:45, 2:15, 4:55, 7:25, 10:10. **Parental Guidance** 11:45. **Silver Linings Playbook** 12:45, 3:45, 6:45, 9:30. **Zero Dark Thirty** 11:30, 3, 6:30, 10.

**WATSONVILLE**

**GREEN VALLEY CINEMA 8** (★ 1125 S. Green Valley Road, 831-761-8200) **Broken City** 11:15, 3:45, 6:50, 9:30. **Gangster Squad** 7, 9:45. **Hansel & Gretel: Witch Hunters 1**. **Hansel & Gretel: Witch Hunters 3-D** 3, 5:05, 7:15, 9:45. **A Haunted House** 1, 3, 5, 05, 7:15, 10. **The Last Stand** 1:15, 4, 6:50, 9:30. **Mama** 1, 4, 7:15, 9:45. **Movie 43** 12:55, 3, 5:05, 7:15, 9:45. **Parental Guidance** 1:15, 3:45. **Zero Dark Thirty** 12:15, 3:30, 6:45, 10.