North Carolina } ss

Mecklenburg County }

The Charlotte Observer Publishing Co.
Charlotte, NC
Affidavit of Publication

Charlotte Observer

REFERENCE: 143589 MILLER ADVERTISING

0000363854 IO R1240072

Before the undersigned, a Notary Public of said County and State, duly authorized to administer oaths affirmations, etc., personally appeared, being duly sworn or affirmed according to law, doth depose and say that he/she is a representative of The Charlotte Observer Publishing Company, a corporation organized and doing business under the laws of the State of Delaware, and publishing a newspaper known as The Charlotte Observer in the city of Charlotte, County of Mecklenburg, and State of North Carolina and that as such he/she is familiar with the books, records, files, and business of said Corporation and by reference to the files of said publication, the attached advertisement was inserted. The following is correctly copied from the books and files of the aforesaid Corporation and Publication.

PUBLISHED ON: 01/30/2013

AD SPACE: 11.00 INCHES

FILED ON: 02/12/2013

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

*In re* Nortel Networks Inc., *et al.*, Debtors. ) Chapter 11 • Case No. 09-10138 (KG) ) Jointly Administered • **RE: 9224, 9324**

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners, and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*

NAME: Kendra J. McCorkle TITLE: Acct. Clerk

DATE: Feb. 12, 2013

In Testimony Whereof I have hereunto set my hand and affixed my seal, the day and year aforesaid.

Notary: [signature] My commission Expires: ___/___/___

My Commission Expires May 27, 2016

# Pardons create furor in S. Korea

By Choe Sang-Hun
New York Times

SEOUL, South Korea — With less than one month left in office, the departing president of South Korea, Lee Myung-bak, granted special pardons Tuesday to political allies, a longtime friend and dozens of others who have been convicted of corruption and other crimes. The pardons ignited a rare quarrel between him and the president-elect.

The office of the incoming president, Park Geun-hye, had warned Lee for days not to "abuse his presidential power" by granting pardons in his last days in office.

Lee ignored that appeal.

"This is not an abuse of presidential authority," Lee was quoted by his office as saying during a Cabinet meeting Tuesday.

His office said Lee noted that far fewer people had been granted presidential clemency during his five years in office than under his predecessors.

Presidents typically issue pardons several times during their terms, often just before national holidays, and hundreds or thousands of people at a time may be freed.

But the beneficiaries have often been prominent politicians, big businessmen and close associates of the president. Civic groups and others complain that such pardons help foster persistent corruption among the country's political and business elite by allowing the well-connected to escape justice.

# MCCRORY

■ from 1A

private school and take it. But I don't want to subsidize that if that's not going to get someone a job."

In an apparent contradiction, McCrory, who was a political science and education major at the private Catawba College, said he does believe in a liberal arts education.

UNC system faculty argued that higher education is about more than job skills.

Altha Cravey, an associate professor of geography at UNC, said she thinks it's clear McCrory has already made up his mind about which programs have value and which don't.

"I don't think that's the governor's job," she said. "He was elected to represent all the taxpayers. He was not elected to decide what has intellectual value and what does not."

Cravey said a national push for performance-based funding in higher education rewards programs that provide immediate jobs while undercutting the liberal arts and humanities programs.

Andrew Perrin, a UNC sociology professor, said McCrory's comments show a "fundamental misunderstanding" of the purpose of higher education.

"The reality is that nobody has a clear sense of what good jobs will require 10, 20 or 30 years down the road," he said. "A strong, diverse and challenging liberal arts education like the one we provide at Chapel Hill is the best possible resource for dealing with the reality of uncertain futures and the changing economy, society and world."

## Board set to adopt plan

McCrory's comments came a week before the UNC system's Board of Governors is due to adopt a five-year strategy that aims to increase the percentage of the state's population with four-year degrees and to target money to certain research fields that could stimulate North Carolina's economy.

The plan also will stress "performance funding" that provides incentives to campuses to improve productivity and graduation rates.

Faculty have worried that the plan could de-emphasize liberal arts education, though business leaders advising UNC have hammered the theme that broad education promotes essential critical-thinking and problem-solving skills in today's job market.

After McCrory's remarks Tuesday, UNC President Tom Ross said in a statement that the system's proposals would set the right direction for the university and the state.

"The University's value to North Carolina should not be measured by jobs filled alone," Ross' statement said.

He said the university system is committed to working with McCrory and the Republican-led legislature to develop the well-educated and skilled talent pool that North Carolina needs to compete and win.

"Our campuses are committed to academic quality and to graduating students who are adaptable, creative, innovative, and equipped to succeed in the workforce and to conduct the cutting-edge research that enables North Carolina to develop, attract, and retain industry, businesses, and good-paying jobs," Ross said.

On the campaign trail and since taking office, McCrory has made a point to emphasize vocational education that teaches skills. But his comments in the radio interview went beyond that message, both in substance and in tone.

Late Tuesday, aides said McCrory's comprehensive education policy is still being crafted. It will examine all aspects, from pre-K to K-12 to community colleges and universities, spokesman Chris Walker said, adding that the university funding idea is just one idea of many.

"It's part of an overall, overarching strategy to say, 'We need to look at all options to get people back to work,'" Walker said.

## Tillis: 'Measure results'

McCrory has allies in the legislature who also want to make changes in higher education. House Speaker Thom Tillis echoed McCrory's comments Tuesday, telling reporters that lawmakers want to "measure results" when it comes to universities in North Carolina. As for liberal arts courses, Tillis said they are important to a point.

"I obviously believe a well-rounded education is a very important part of what we produce out of university systems and community college systems, and that will necessarily involve a focus on liberal arts to an extent," Tillis said. "But at the end of the day, you have to get students aligned with the skills necessary to do the job."

McCrory spoke of mismatches in the current economy. He said North Carolina still has the fifth-highest unemployment rate, yet employers can't find workers with the right skills.

"To me that means we have a major disconnect between the education establishment and commerce," he said to Bennett. "So I'm going to adjust my education curriculum to what business and commerce needs to get our kids jobs as opposed to moving back in with their parents after they graduate with debt."

Later in the interview, he said, "Right now I'm looking for engineers, I'm looking for technicians, I'm looking for mechanics."

Karey Harwood, associate professor of religious studies and women's and gender studies at N.C. State University, said the vocational focus is short-sighted.

"I don't know what kinds of jobs McCrory wishes for UNC graduates, but his comments certainly suggest that he has low expectations for UNC students and for the state of North Carolina, which is disappointing – and insulting," Harwood said.

## Women vs. men

McCrory also zeroed in on the fact that men are underrepresented in the state's community college system.

"Most people don't realize two-thirds of my students are women," McCrory said. "Most of them are either going into health care or taking junior college programs, when in fact, I've got a lot of unemployed men who typically go into technology or mechanics ... or welding or something. If they do, they can get six-figure pay right now, but instead they're on unemployment."

A community college system spokeswoman said about 61 percent of the system's curriculum students are women, and of those, about 60 percent major in arts and sciences or health care programs.

Bennett, who earned a Ph.D. in philosophy from the University of Texas and once led the National Endowment for the Humanities, poked fun at his own field and asked, "How many Ph.D.s in philosophy do I need to subsidize?"

"You and I agree," McCrory added.

The governor also used the academic scandal at UNC involving athletes to drive his point.

"It's even hit our athletic departments," McCrory said. "Sad to say, at Carolina, our great basketball program, they took Swahili on a night study course where they didn't have to do any work and they got B-pluses. What are we teaching these courses for if they are not going to help get a job?"

Stancill: 919-829-4559

## Top majors at UNC Chapel Hill

The top majors of UNC Chapel Hill's recent graduates:

| Major | Graduates |
|---|---|
| Biology | 2,101 |
| Journalism and Mass Communication | 1,054 |
| Exercise and Sport Science | 1,046 |
| Economics | 998 |
| Political Science | 958 |
| Psychology | 945 |
| Chemistry | 732 |
| Global Studies | 729 |
| Communication Studies | 715 |
| Business Administration | 660 |
| History | 583 |
| English | 581 |
| Nursing | 539 |

MICHAEL J WIESEHAHN, CPA

Full Service Accounting - Bookkeeping - Tax Planning And Preparation For Small Businesses And Individuals
Workers' Compensation Insurance Premium Audit Services And Consulting

1320 Matthews Mint Hill Rd
Suite 101
Matthews, NC 28105

(704) 780-7589
info@cpa-mjw.com
www.cpa-mjw.com

361205-01-1

SAVE 40%
ON TAX PREPARATION*
Low Prices
Free Electonic Filing
Free Direct Deposit
in 2 Weeks or Less
Accuracy Guarantee
Walk-In or Schedule an Appointment
Professional Service
Private Consultation
BLACKWELL'S
TAX SERVICE
803-547-1956
111 Springs Street, Downtown Fort Mill
One Block from Main Street
*New clients only. Based on H&R Block, Jackson-Hewitt, or Liberty Tax.
Must bring in a copy of previous year's return and receipt to qualify.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

*In re* Nortel Networks Inc., *et al.*, Debtors. ) Chapter 11 • Case No. 09-10138 (KG) ) Jointly Administered • **RE: 9224, 9324**

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*

The Learning Society
of Queens presents
DR. SANJAY
GUPTA
FEBRUARY 20
7PM
QUEENS UNIVERSITY
OF CHARLOTTE

CNN's Chief Medical Correspondent
Multiple Emmy® Award Winner
Contributor to 60 Minutes
Practicing Neurosurgeon
White House Fellow

*Knight Theater at Levine Center for the Arts*
*carolinatix.org or 704-372-1000*

*Media Sponsor:*
The Charlotte Observer
charlotteobserver.com

*Presenting Sponsor:*

Levine Cancer Institute

Dillard's

TODAY, JANUARY 30 ONLY!
CARDHOLDER EXCLUSIVE SHOPPING DAY!

Use your Dillard's Credit Card on today's purchases and

TAKE AN EXTRA 30% OFF

ENTIRE STOCK PERMANENTLY REDUCED MERCHANDISE

*Don't have a Dillard's Credit Card?*
*Apply today to take advantage of the Dillard's Cardholder Preview Shopping Day.*
Receive a 10% Off All-Day Welcome Shopping Pass in your 1st statement when you spend $100 on your Dillard's Card the day you open your account.

Maximum discount $100. Offer good only when using your Dillard's Credit Card.