# AFFIDAVIT OF PUBLICATION

STATE OF NORTH CAROLINA
COUNTY OF WAKE

Ad Number
0000363498

Advertiser Name: MILLER ADVERTISING
Address: 71 FIFTH AVE
NEW YORK, NY 10003

Before the undersigned, a Notary Public of Wake County North Carolina, duly commissioned and authorized to administer oaths, affirmations, etc., personally appeared TIM WINSLOW, who being duly sworn or affirmed, according to law, doth depose and say that he or she is Accounts Receivable Specialist of The News & Observer a corporation organized and doing business under the Laws of the State of North Carolina, and publishing a newspaper known as The News & Observer, in the City of Raleigh, Wake County and State aforesaid, the said newspaper in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all of the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina, and that as such he or she makes this affidavit; and is familiar with the books, files and business of said corporation and by reference to the files of said publication the attached advertisement for MILLER ADVERTISING was inserted in the aforesaid newspaper on dates as follows:

01/30/2013

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

*In re* Nortel Networks Inc., *et al.*, Debtors. ) Chapter 11 • Case No. 09-10138 (KG) ) Jointly Administered • **RE: 9224, 9324**

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviviog spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kcdlc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley ([illegible]) Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone [illegible] NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), E[illegible] Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Te[illegible] *for the Debtors and Debtors in Possession*

WENDY D. HAKEM
Notary Public
Wake County
NORTH CAROLINA

TIM WINSLOW, Accounts Receivable Specialist
Wake County, North Carolina

Sworn to and subscribed before me
This 30th day of January, 2013

My Commission Expires: 2/17/15

Notary Signature

2/4/13

The News & Observer, Raleigh NC, 1-30-2013

THE NEWS & OBSERVER Pets
AN ADVERTISING FEATURE

# How to care for your pet gerbil

NORTH CAROLINA VETERINARY MEDICAL ASSOCIATION

Small, soft, gentle and friendly, a gerbil makes a good pet for a family. Gerbils require little space and food, most household gerbils sleep at night and they can be held if the handler is careful.

Pet gerbils live an average of two to four years. Gerbils are social creatures and thrive when they live with another gerbil. From a respectable breeder or pet store, try to get two gerbils of the same sex and from the same family group. Male gerbils tend to fight when they mature, whereas female gerbils are tamer.

Gerbils should be adopted when they are 4 to 6 weeks old, after they are weaned from their mother. To ensure that you have a healthy and happy pet gerbil, keep the following items in mind:

## The Cage

Keep your gerbils in pairs or trios in a 10-gallon aquarium. The enclosure should include a well-ventilated top that keeps your gerbil from escaping. Wire cages can injure the gerbils' feet and legs. The aquarium should be placed away from direct sunlight and drafts, and lined with absorbent bedding. Remove soiled bedding, droppings and any uneaten food every day. Clean the cage completely once a week by replacing dirty bedding and scrubbing the bottom of the cage using warm water and liquid soap that is safe for animals.

## Bedding

Shredded or recycled paper, from newspapers or paper towels, is the best bedding option for a gerbil. Wood shavings can release an odor that can be harmful to your gerbil.

## Toys

Gerbils love to burrow and play. To keep your pet happy, make a mound of bedding in a corner and install a smooth-sided exercise wheel. Wheels that are not smooth-sided, like a wire wheel, can injure a gerbil's feet and legs. Gerbils like to chew; a wooden chew toy made specifically for gerbils is a great addition to any cage. An exercise ball is convenient when you want to clean your gerbil's cage. It allows your gerbil to move around the room without escaping. Empty paper towel or toilet paper rolls are also fun for your gerbil to tunnel in. Lastly, a smooth stone or rock can act as a lookout for your curious gerbil.

## Food and Water

Your gerbil's enclosure should include a gravity water bottle that attaches to the side of the aquarium. Fill up the water bottle with fresh water every day. A weighted, tip-proof bowl is the best way to feed them. A good commercial gerbil seed mix with a protein concentration of 12 percent and a fat concentration in the six to eight percent range is ideal. You can also supplement your gerbil's food by adding a small amount of fresh vegetables. Carrots, leaf lettuces, turnips and broccoli are good choices.

## Keeping Your Gerbil Safe and Healthy

Gerbils need to get used to being handled. Start by feeding them small treats. When your gerbil is comfortable with that, you can pick them up by scooping them into your hand. Never pick up a gerbil by the tail, as this can cause injury.

Taking proper care of your pet is one of the most certain ways to ensure its happiness. As an important new member of your family, your gerbil will need lots of attention and love, and following these steps will help it stay healthy and feel safe in your home.

# dogs&pets

## pets & animals

### cats 5004

FREE YOUNG fem, nice, playful 10mo tabby. Spayed, vac, litter trained. 550-6482

### dogs 5006

AKC GOLDEN RETRIEVER PUPS

Champ FT & Hunt Ped. Sire & Dame OFA Cert. Exc. Hips and Elb. $650, 910-990-5132

AUSTRALIAN SHEPHERD AKC PUP, beautiful blue merle, loving male, 10 mons., current health, $650, 919-496-4852

BASSET HOUND 4 month old tri female. Includes shots Well socialized $450, 919-306-7760

BASSET HOUND AKC Basset Hound Pup-Tri Colored Male-shots&wormed-long ears-big feet-very sweet $350 252-205-0121

BEAGLES: (4) ADULT DOGS - FREE to good home; (3) puppies $75/ea 919-795-9129

BLACK RUSSIAN TERRIER AKC. Beautiful, Loving, Very Rare! $1500 919-819-0554

CHIHUAHUA PUPS CKC TEACUPS. Pics: www.puppiesgonewild.biz. 919-219-3902.

DACHSHUND (MINIATURE- AKC) Female, beautiful blue eyed baby! Parents on site. $250. Call 910-464-1067.

DASCHUND MINIATURE Pups, male, One Yorkiepoo, male, $100, 919-738-2357.

DOBERMANS, Regis. Ears/Tails Done. Home Raised/Training Started. 919-819-0554

ENGLISH BULLDOG for Sale. Born January, 2012. Male stud, all white with brown marking on back. Very good temperment, house broken and loves children. All vet records and shots are up to date. Certificate of Authenticity and Pedigree. Having to sale because i'm moving to an apartment and can not have animals. $1200, jsumm1911@hotmail.com 252-396-5311

ENGLISH SPRINGER SPANIELS Beautiful Pups! AKC registered-6 males/1 female, all black and white. Parents on site. $650 fivepupmom@yahoo.com

GERMAN SHEPHERD PUPS AKC, Black, shots, wormed, top bred. $800. 252-562-4799

GERMAN SHEPHER Pups AKC. Ready now or Valentines 910-892-7691/910-263-0787

GERMAN SHEPHERD

AKC German Shepherd 5M/1F, 6 weeks, first shots. Derrick 252.908.0940 $500

GOLDENDOODLES F1B

6 F1B GOLDENDOODLE puppies. Caitlyn-Call/Text 919-889-6939

GOLDENDOODLE

goldendoodles, reg. goldendoodles vet checked 600. ready 2/2/13 919-554-3965

HAVANESE PUPS, health guar, non shedding. honeyshavanese.com 919-400-9117.

LABRADOODLE Beautiful & smart 3 month old chocolate male. Includes vaccines $750, 919-306-7760

LABRADOR RETRIEVER PUPS-AKC, white, blk & choc. All ages. luvmylabs.com 434-724-2161.

LOST PET? Check your local animal shelters! Wake County sponsors a free website to reunite lost pets with their owners. www.trianglelostpets.com

### dogs 5006

MINIATURE SCHNAUZER AKC One male mega coat liver pepper and 1 solid chocolate male super coat. smithlandschnauzers@gmail.com $750, 336-570-2290

SHELTIES

AKC Sable & White Shelties. Vet checked. 7 wks. Call 252-355-1793 or 919-395-2327.

SHIH TZU PUPPY, AKC, 1 female, 1st shots, wormed, $450, Call 919-631-4023.

SIBERIAN HUSKY

1whitepup-$600$blk&wht.$500Full AKC. sgtdanks@yahoo.com 910-564-6959

YORKIE - UKC, gold male, 10 weeks old, 1st shots. $600. 919-772-2592

### pets 5010

ENGLISH BULLDOG PUPS - AKC REG

fabulous, 10-13wks, F only, $1250, current shots, healthy, credit cards, 9192231895

GOLDENDOODLE

F1b Goldendoodles; f($1000), m($900). knightdoodles@gmail.com 919-771-4643

### pets 5010

LAB AKC Pups yellow litter ready Jan 26th. Deposit to hold.$800 (252) 492-5946 www.castlerocklabs.com.

SHIH-TZU PUPS, SO CUTE, AKC $400

Purebreed pups, 6 wks, M&F, $400, current shots, healthy, credit cards, 9192231895

### pets lost & found 5100

FOUND Black Female Puppy 01/21 Found in the Southview P1 subdivision Fuquay Varina (south side) a young female puppy. jpauley2@nc.rr.com 919-285-2109

FOUND Found female cat Found a female black and white tuxedo cat in Morrisville, NC near the McCrimmon subdivision on 1/22/2013. rkfbacct@gmail.com 919-535-5569

FOUND DOG, Dachshund, black with white shoulders, UNC collar, 919-676-4969.

LOST LOST CHOC LAB RALEIGH, NC. Last seen on Brooks Ave near NCSU jacklin0823@yahoo.com 757-620-7643

LOST Lost Chocolate Lab - 7 month old chocolate lab responds to Hunter or Hunt. Coral chacos collar. No tag and no microchip. Last seen on corner of Brooks and Vanderbilt near NCSU. On Friday 1/25 AM jacklin0823@yahoo.com 757-620-7643

LOST PITBULLS in Wake Forest area: 1 Blue Nose, just under 2 yrs, named Kilo, 1 Brindle, 6 mos, named King. Reward! Call David 919-625-4244 or Alex 919-608-3521

BUYING OR SELLING A HANDGUN? Whether you are an individual or business, you are required by law to obtain a valid pistol permit. Any questions should be directed to your local Sheriff Dept. The News & Observer will not knowingly accept ads from private and/or commercial entities who do not comply with handgun laws.

Search Area Listings,
New Construction,
Classified, and National
Property Listings
all from one easy to use
real estate search.
www.triangle.com/realestate
HomeFinder
National Property Search
newsobserver.com N&O

JOBS AUTOS REAL ESTATE PETS SERVICES
THE NEWS & OBSERVER Classified
classified.triangle.com
919-829-4600 Fax: 919-829-4626 • E-mail: placeads@nando.com

## legals

### legals/public notices 301

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

*In re* Nortel Networks Inc., *et al.*, Debtors. ) Chapter 11 • Case No. 09-10138 (KG) ) Jointly Administered • **RE: 9224, 9324**

**NOTICE OF PROPOSED SETTLEMENT AND TERMINATION OF DEBTORS' RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114**

**PLEASE TAKE NOTICE** that the above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefit plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" in this notice.

**PLEASE TAKE NOTICE** that in January 2009, Nortel filed for bankruptcy relief in the Bankruptcy Court for the District of Delaware. Since that time, Nortel has sold off its active businesses and terminated almost its entire workforce. In connection with its wind down, Nortel has sought to terminate the benefits that retirees have been receiving under the Retiree Welfare Plans ("Retiree Benefits"). A committee of retirees (the "Retiree Committee") was appointed in August 2011 to represent the interests of all of the Debtors' retired employees and negotiate on their behalf.

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the Retiree Committee including negotiations under the supervision of a Bankruptcy Court-appointed Mediator, the parties have reached a settlement agreement (the "Settlement Agreement") that would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment that will be distributed among the Retirees in the manner determined by the Retiree Committee as set forth in the Settlement Agreement. For purposes of the Settlement Agreement, "Retirees" shall include the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents, and current employees of the Debtors (including, for the avoidance of doubt, LTD Employees) who may be eligible for benefits under the Retiree Welfare Plans. The Settlement Agreement is available at **www.kccllc.net/nortelretiree/**. Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.

**PLEASE TAKE NOTICE** that on December 31, 2012, Nortel filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Approval Motion"), asking the Court to approve the Settlement Agreement. On April 2, 2013, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the Retiree Welfare Plans as of May 31, 2013, and to discontinue providing benefits thereunder and release Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits. If you are a Retiree or may be entitled to benefits under the Retiree Welfare Plans, your rights will be affected. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any party wishing to object to the Settlement Agreement for any reason whatsoever, must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before March 12, 2013 (the "Objection Deadline") that is served on the following parties so as to be received on or before March 12, 2013 (i) counsel to the Debtors: Cleary Gottlieb Steen & Hamilton LLP, Attn: Lisa M. Schweitzer, Esq., One Liberty Plaza, New York, New York 10006, Facsimile: (212) 225-3999 and Morris, Nichols, Arsht & Tunnell LLP, Attn: Derek C. Abbott Esq., 1201 North Market Street, Wilmington, Delaware, 19801, Fax: (302) 658-3989, (ii) counsel to the Retiree Committee: Togut, Segal & Segal LLP, Attn: Albert Togut, Esq. and Neil Berger, Esq., One Penn Plaza, Suite 3335, New York, New York 10119, Facsimile: (212) 967-4258, (iii) counsel to the Unsecured Creditors Committee: Akin Gump Strauss Hauer & Feld LLP, Attn: Lisa Beckerman, Esq., One Bryant Park, New York, New York 10036, Facsimile: (212) 872-1002, (iv) counsel to the Bondholder Group: Milbank, Tweed, Hadley & McCloy LLP, Attn: Thomas J. Matz, Esq., One Chase Manhattan Plaza, New York, New York 10005, Facsimile: (212) 822-5885 and (v) the Office of the United States Trustee: Attn: Mark Kenney, Esq., 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Facsimile: (302) 573-6497.

**ANY PARTY WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT, THE RESOLUTION OF HIS OR HER CLAIM (INCLUDING THE RELEASE OF CLAIMS) BY MARCH 12, 2013 AND ANY PARTY WHO PROPERLY FILES AN OBJECTION THAT THE COURT OVERRULES, WILL BE BOUND TO THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. PARTIES WHO DO NOT PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS (AS DEFINED BELOW), THE RETIREE COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT, OR THE SETTLEMENT AMOUNT PAID BY THE DEBTORS TO THE RETIREE COMMITTEE.**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted *pro hac vice*), Lisa M. Schweitzer (admitted *pro hac vice*), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 *-and-* MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, *Counsel for the Debtors and Debtors in Possession*

## CLASSIFIED DEADLINES

Sunday — **Friday, 4:30 pm**
Monday — **Friday, 4:30 pm**
Tuesday — **Monday, 3:30 pm**
Wednesday — **Tuesday, 3:30 pm**
Thursday — **Wednesday, 3:30 pm**
Friday — **Thursday, 1:30 pm**
Saturday, Real Estate — **Thursday, 1:30 pm**
Saturday — **Friday, 10:30 am**

**NOTE:** The online self-serve site deadlines 2 hours prior to the deadlines above. For commercial and display advertising, call for deadlines.

### business opportunities 450

RETAIL GIFT BUSINESS FOR SALE! Well known & established in Goldsboro, NC, with a large & loyal customer based. Inventory and display fixtures included in sale. Current owner will assist in transition. For more info email yourneworshop @hotmail.com or Business Owner, PO Box 10415, Goldsboro, NC 27532.

## employment

### admin/clerical 1025

**Customer Service Pro/ Leith Toyota**

Leith Toyota is looking for someone with a commitment to customer service. Liaison with service and sales. Good computer and communication skills req. Attractive hourly pay Plus incentives. Full time. Benefits. Send resume to: david.kane@leithmail.com No calls please.

### automotive 1050

**Jaguar/Porsche/Audi Sales - Cary**

Leith Imports in the Cary Auto Mall is looking for one person to join its elite sales team. No prev. auto sales exper. is required. We're looking for someone for a track record of sales accomplishments. Unlimited earnings! Comp. benefits package No Sundays. Career Growth. Send resume to david.kane@leithmail.com

### education 1175

CLEVELAND CHILDCARE is looking for Credentialed 3-year old Teachers, Full-time Floater & Afternoon P/T Teacher. Please call to set appointment. 919-661-2373

Weldon City Schools is seeking highly qualified applicants for the following positions:

**High School Assistant Principal**
**Support Coordinator**

Job descriptions and the application process may be viewed at www.district.weldoncityschools.org

Weldon City Schools is an equal opportunity employer.

### healthcare 1300

VASCULAR ULTRASOUND TECH for a Office setting, 3 days a week. Please send resume to: sgoud25714@aol.com.

### professional services 1450

BARBER NEEDED FT/PT in estab. shop in Chapel Hill area. Call Russ: 919-942-6921.

### sales 1500

**Carillon Assisted Living**, a leader in senior living services in North Carolina, has begun the next phase of our growth in **North Raleigh**. We are currently seeking a highly motivated sales professional to join our team. Must have 2+ years of sales experience and willing to learn the long term care business for the following position:

**Marketing Director**

You may e-mail your resume to: hr.manager@carillonassistedliving.com

**Inside Sales/ Appointment Setter**

Must have telephone sales/ appointment setting experience. Sat 9am-5pm and Sun 11am-5pm. **If interested, email resume to: Jobs@bathfitterusa.net or fax to 704-749-1448**

### skilled labor trades 1525

**Installer**

Seeking individs to install our product. Must have carpentry exp, plumbing a +. Email to: Jobs@bathfitterusa.net or fax resume to 704-749-1448

### transportation 1575

**New Today TRANSPORT SERVICE CO.**

**HAS AN IMMEDIATE NEED FOR CLASS A CDL DRIVER BUTNER, NC**

We offer long haul positions, competitive pay, medical benefits for you and our family, paid training on product handling, paid uniforms, paid vacations, **401K & MORE!**

**Requirements:** 1 year Tractor-Trailer experience, Tank endorsement (or ability to obtain) & Safe Driving Record.

**APPLY NOW at TheKAG.com Or call Recruiting at (800) 871-4581**

### situations/emp wanted 1825

MULTI-TASK CAREGIVER, does most anything for seniors, classic American cook, seeks work Sat & Sun, 919-266-1948.

### schools & instruction 1850

AAA RALEIGH'S BARTENDING SCHOOL Earn $20-$35/hr. 100% job placement assistance. Finan. Avail. (919) 676-0774 www.cocktailmixer.com

BETTER YARD SALE DEADLINES-The deadline for Friday's Classified line ads is now THURSDAY at 1:30 pm. Please call 829-4600 before 1:30 for any ads to be published in Friday's paper, the deadline for Saturday's paper is Friday at 10:30 am.