2/17/2013

United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington Delaware 19801

Cc:
Cleary Gottlieb Steen & Hamilton LLP
James Bromley
ATTN: James Croft
One Liberty Plaza
New York, New York 10006

Dear Clerk of Court:

I hereby file an objection ("Response") to the Twenty-Ninth Omnibus Objection Docket 9373 in regards to NNI – Nortel Networks Inc. Case No. 09-10138. I have passed further information to Nortel's counsel and I would like to have an opportunity to acquire my own lawyer to investigate further. This docket was only received by 2/10/13 and I hope this objection finds its way to the court by the 21st. This is in regards to my claim #7479 filed on 10/29/10 against Nortel Networks.

Please consider my objection.

Thanks

Randal Scott Clay
436 Fox Trail
Allen TX 75002
GID: 0247044
H) 972.678.1035
C) 214.448.7268
yalcttocs@yahoo.com