**EXHIBIT B**

11957585_3|TorDocs


**FMC**
— LAW —

Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN  416 863 4511
FAX   416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2960373**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| January 31, 2013 | 538462-000001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | |
|---|---|
| Professional Fees | $ 70,845.75 |
| Disbursements | 917.75 |
| **Total Amount Due** | **$ 71,763.50 CDN.** |

FRASER MILNER CASGRAIN LLP

Per: _____
Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 2 of 13  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 03-Dec-12 | RSK | 0007 | Review of emails from Committee advisors regarding in person meeting with Committee to prepare for mediation. | 0.2 |
| 03-Dec-12 | MJW | 0031 | Review Canadian court decision and reasons regarding Chartis insurance motion, and prepare and forward report to UCC advisors. | 0.7 |
| 03-Dec-12 | RCJ | 0007 | Email correspondence with FMC team regarding in person Committee meeting. | 0.2 |
| 04-Dec-12 | MJW | 0007 | Email correspondence with UCC members and advisors regarding in-person Committee meeting. | 0.1 |
| 04-Dec-12 | MJW | 0029 | Review and analyze claims and Canadian estate distribution issues in preparation for allocation mediation. | 1.2 |
| 05-Dec-12 | RSK | 0007 | Participate in Committee advisor status call. | 0.7 |
| 05-Dec-12 | RSK | 0019 | Review of emails from Akin retiree settlement. | 0.3 |
| 05-Dec-12 | MJW | 0007 | Attend on UCC advisor call to prepare for UCC meeting. | 0.7 |
| 05-Dec-12 | MJW | 0029 | Email exchange with UCC advisors regarding allocation mediation issues, and analyze related Canadian estate distribution issues. | 0.6 |
| 05-Dec-12 | RCJ | 0007 | Participate in professionals' pre-call in advance of Committee call. | 0.7 |
| 05-Dec-12 | RCJ | 0029 | Analysis of allocation issues in preparation for allocation mediation. | 1.9 |
| 05-Dec-12 | NEL | 0007 | Participate in Committee professionals pre-call. | 0.7 |
| 06-Dec-12 | RSK | 0007 | Participate in Committee meeting (part). | 1.0 |
| 06-Dec-12 | RSK | 0029 | Review of Akin emails regarding allocation mediation and mediator. | 0.2 |
| 06-Dec-12 | MJW | 0007 | Attend on Committee call, and follow-up call with Committee advisors to discuss allocation mediation issues. | 2.0 |
| 06-Dec-12 | MJW | 0029 | Email correspondence with Committee advisors regarding allocation issues. | 0.2 |
| 06-Dec-12 | RCJ | 0007 | Participation in Committee call. | 0.8 |
| 06-Dec-12 | RCJ | 0029 | Continued analysis of mediation issues and allocation scenarios. | 1.6 |
| 06-Dec-12 | NEL | 0007 | Participate in committee call (part). | 0.9 |
| 07-Dec-12 | MJW | 0032 | Email report regarding negotiations regarding deferred comp settlement negotiations. | 0.1 |
| 07-Dec-12 | RCJ | 0029 | Participate in Committee professionals call regarding allocation issues. | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 3 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 10-Dec-12 | RSK | 0029 | Participate in Nortel professionals call regarding allocation tax issues (part). | 0.7 |
| 10-Dec-12 | RSK | 0031 | Review of Monitor's Motion Record (including Ninetieth Report) regarding appointment of Compensation Claims Officers. | 0.8 |
| 10-Dec-12 | RSK | 0029 | Review of Akin tax presentation on Nortel allocation. | 0.4 |
| 10-Dec-12 | MJW | 0029 | Review allocation mediation prep materials and consider Canadian issues. | 0.5 |
| 10-Dec-12 | MJW | 0029 | Attend on UCC advisor mediation preparation call. | 2.5 |
| 10-Dec-12 | MJW | 0031 | Review Canadian motion record regarding appointment of claims officers for adjudication of Canadian employee compensation claims. | 0.7 |
| 10-Dec-12 | MJW | 0031 | Calls with Akin Gump and NNI's Canadian counsel to discuss Canadian motion record and claims officers. | 0.4 |
| 10-Dec-12 | MJW | 0031 | Call with NNI's Canadian counsel to discuss Canadian securities trading issues. | 0.3 |
| 10-Dec-12 | MJW | 0003 | Review draft court order and schedule for 15th interim fee approval, and review and revise schedule, and forward to Delaware counsel. | 0.3 |
| 10-Dec-12 | RCJ | 0031 | Review Canadian motion record and Monitor's reports. | 1.3 |
| 10-Dec-12 | NEL | 0029 | Participate in mediation preparation call with UCC advisors. | 2.5 |
| 11-Dec-12 | RSK | 0031 | Review of OSC cease trade order and related emails with Akin Gump and FMC. | 0.6 |
| 11-Dec-12 | MJW | 0031 | Review Canadian motion record and draft order regarding appointment of claims officer. | 0.8 |
| 11-Dec-12 | MJW | 0031 | Emails and calls with Canadian counsel regarding appointment of claims officer in Canadian proceeding. | 0.4 |
| 11-Dec-12 | MJW | 0031 | Call with NNI's Canadian counsel regarding Canadian claims officer appointment. | 0.2 |
| 11-Dec-12 | MJW | 0031 | Review and analyze OSC cease trade order and related material. | 0.8 |
| 11-Dec-12 | MJW | 0031 | Emails and calls with Akin Gump and R. Shay regarding Canadian securities cease trade order. | 0.7 |
| 11-Dec-12 | MJW | 0031 | Review and analyze "accredited investor" definition in connection with cease trade order. | 0.2 |
| 11-Dec-12 | MJW | 0031 | Prepare and forward report to UCC regarding Canadian securities cease trade order. | 1.2 |
| 11-Dec-12 | RHS | 0023 | Review of the Notice and Temporary Order and Hearing, the Temporary Order issued by the Ontario Securities Commission cease trading the securities of Nortel Networks Corporation and Nortel Networks Limited, and background materials. | 0.3 |
| 11-Dec-12 | RHS | 0023 | Discussion with M. Wunder regarding the issues raised by the Ontario Securities Commission cease trade order. | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 4 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 11-Dec-12 | RHS | 0023 | Review and comment on report to the Committee setting out the implications of the Ontario Securities Commission cease trade order. | 0.2 |
| 11-Dec-12 | RCJ | 0031 | Analysis of securities cease trade issues. | 0.3 |
| 11-Dec-12 | RCJ | 0031 | Discussions with R. Shay regarding securities cease trade issues. | 0.2 |
| 12-Dec-12 | JLM | 0029 | Telephone call with S. Kukulowicz to discuss Nortel allocation mediation. | 0.0 |
| 12-Dec-12 | RSK | 0031 | Review of further emails between Akin and FMC regarding cease trade order. | 0.3 |
| 12-Dec-12 | RSK | 0025 | Travelled to New York for committee meeting. | 3.0 |
| 12-Dec-12 | RSK | 0029 | Conducted due diligence on mediator history and analyze allocation issues and scenarios. | 2.0 |
| 12-Dec-12 | MJW | 0031 | Emails with Akin Gump regarding OSC cease trade order issues. | 0.4 |
| 12-Dec-12 | MJW | 0031 | Due diligence regarding OSC cease trade order issues and review Nortel press release, and reporting to Akin Gump regarding action items for cease trade order. | 0.5 |
| 12-Dec-12 | MJW | 0031 | Prepare report for Committee regarding OSC cease trade order issues. | 0.3 |
| 12-Dec-12 | MJW | 0025 | Travel to New York for in-person Committee meeting. | 3.5 |
| 12-Dec-12 | RHS | 0023 | Review and respond to email correspondence from M. Wunder on comparison of Canadian and U.S. securities law definitions in connection with Ontario Securities Commission cease trade order. | 0.2 |
| 12-Dec-12 | RCJ | 0029 | Detailed prep work for allocation mediation. | 1.8 |
| 13-Dec-12 | RSK | 0031 | Review of further emails from Akin Gump and Committee members regarding OSC cease trade order. | 0.3 |
| 13-Dec-12 | RSK | 0007 | Participated in UCC advisor pre-meeting and in person Committee meeting. | 4.8 |
| 13-Dec-12 | RSK | 0025 | Travelled back to Toronto after Committee meeting in New York. | 3.7 |
| 13-Dec-12 | MJW | 0031 | Emails and correspondence with Akin Gump and FMC regarding Canadian securities issues. | 0.3 |
| 13-Dec-12 | MJW | 0031 | Confer with R. Shay regarding Canadian securities cease trade order issues. | 0.3 |
| 13-Dec-12 | MJW | 0007 | Meeting with UCC advisors to prepare for in-person Committee meeting. | 1.0 |
| 13-Dec-12 | MJW | 0007 | Attend in-person Committee meeting at Akin Gump to prepare for allocation mediation, and follow-up meeting with Committee advisors regarding Canadian action items. | 3.8 |
| 13-Dec-12 | MJW | 0025 | Return travel to Toronto from New York after Committee meeting. | 3.7 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 5 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 13-Dec-12 | RHS | 0007 | Attend on Committee call to discuss implications of the Ontario Securities Commission cease trade order. | 0.2 |
| 13-Dec-12 | RCJ | 0012 | Analysis of claims and allocation scenarios. | 2.7 |
| 14-Dec-12 | MJW | 0031 | Review Supreme Court of Canada environmental decision summary and forward to UCC advisors with update regarding Nortel outstanding appeal by Ontario Ministry of Environment. | 0.8 |
| 17-Dec-12 | RSK | 0031 | Further review of Canadian Motion Record regarding compensation claims officers. | 0.6 |
| 17-Dec-12 | RSK | 0031 | Review of emails from M. Wunder regarding court hearing on compensation claims officers. | 0.2 |
| 17-Dec-12 | RSK | 0031 | Review of draft endorsement regarding Claims Officer Order from counsel for NNI. | 0.2 |
| 17-Dec-12 | MJW | 0031 | Calls to Canadian counsel for stakeholders regarding motion to approve appointment of claims officers for compensation claims process, and email with S. Kukulowicz regarding Canadian court attendance for claims officers appointment motion. | 0.3 |
| 17-Dec-12 | RCJ | 0029 | Extensive diligence in connection with allocation mediation prep. | 2.9 |
| 18-Dec-12 | RSK | 0008 | Attended Court hearing regarding appointment of Compensation Claims Officers. | 1.7 |
| 18-Dec-12 | RSK | 0029 | Prepared issues list for mediation. | 0.8 |
| 18-Dec-12 | RSK | 0029 | Review of emails from Akin Gump regarding mediation replacement for Randy Bennett. | 0.3 |
| 18-Dec-12 | MJW | 0031 | Complete report to UCC advisors regarding Supreme Court environmental decision, and review of decision. | 0.4 |
| 18-Dec-12 | MJW | 0029 | Call with Akin Gump to discuss mediation and due diligence issues. | 0.2 |
| 18-Dec-12 | MJW | 0029 | Email correspondence with FMC lawyers regarding replacement Canadian counsel for mediator. | 0.3 |
| 19-Dec-12 | JLM | 0029 | Meeting with Michael Wunder to discuss allocation mediation and new Canadian counsel for mediator. | 0.4 |
| 19-Dec-12 | JLM | 0029 | Conference call with S. Kukulowicz and M. Wunder regarding mediation. | 1.0 |
| 19-Dec-12 | JLM | 0029 | Analyzing mediation strategies. | 0.4 |
| 19-Dec-12 | RSK | 0029 | Review of biography replacement for Randy Bennett in mediation and related correspondence. | 0.4 |
| 19-Dec-12 | RSK | 0029 | Review of email from Akin Gump regarding Paul Le Vay and mediation update. | 0.2 |
| 19-Dec-12 | RSK | 0029 | Office conference with M. Wunder regarding mediator's counsel and review of report to Akin Gump. | 0.3 |
| 19-Dec-12 | RSK | 0031 | Email to Akin Gump regarding additional information from | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 6 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | December 18 hearing. | |
| 19-Dec-12 | RSK | 0029 | Discussions with J.L. McDougall and M. Wunder regarding mediation strategy. | 1.0 |
| 19-Dec-12 | MJW | 0029 | Email correspondence with Committee advisors to prepare for allocation mediation in Toronto. | 0.6 |
| 19-Dec-12 | MJW | 0029 | Conference with JL McDougall and S. Kukulowicz regarding mediation prep (1.0), and report to Committee advisors (0.6), and due diligence to prepare for allocation mediation including review of mediation submissions (0.6). | 2.2 |
| 19-Dec-12 | MJW | 0029 | Review issued Canadian court order and endorsement regarding claims officer appointment, and forward to Committee advisors with commentary regarding court hearing. | 0.3 |
| 20-Dec-12 | RSK | 0029 | Conference call with UCC and bond advisors. | 1.4 |
| 20-Dec-12 | RSK | 0031 | Review of notice of motion for leave to appeal by Chartis Insurance Co. | 0.4 |
| 20-Dec-12 | RSK | 0031 | Review of emails from Torys and M. Wunder regarding Chartis motion. | 0.3 |
| 20-Dec-12 | RSK | 0029 | Exchanged emails with Akin Gump regarding Canadian and UK mediation positions. | 0.3 |
| 20-Dec-12 | MJW | 0029 | Attend on conference call with UCC and bond advisors in preparation for allocation mediation. | 1.4 |
| 20-Dec-12 | MJW | 0029 | Conference with FMC lawyers regarding mediation participants, and email report to Akin Gump. | 0.7 |
| 20-Dec-12 | MJW | 0031 | Review leave for appeal request filed by Chartis in Canadian proceeding regarding Chartis insurance policy decision, and review Chartis decision in connection with appeal request. | 0.8 |
| 21-Dec-12 | RSK | 0029 | Office conference with M. Wunder regarding additional information regarding mediation participants and mediator's counsel. | 0.3 |
| 21-Dec-12 | MJW | 0031 | Call with NNI's Canadian counsel regarding Chartis request for appeal of Chartis insurance decision by Canadian court. | 0.2 |
| 21-Dec-12 | MJW | 0031 | Review and analyze Canadian case law regarding Chartis request for appeal of Chartis insurance decision by Canadian court. | 0.6 |
| 21-Dec-12 | MJW | 0029 | Conferences with FMC lawyers regarding mediation issues, and forward update email correspondence to Committee advisors. | 0.6 |
| 27-Dec-12 | RSK | 0031 | Review of email regarding Northstar/Nortel joint environmental appeal and copy of Court of Appeal leave endorsement. | 0.4 |
| 27-Dec-12 | RSK | 0031 | Review of emails from counsel for NNI and Monitor regarding scheduling of Nortel environmental appeal. | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 7 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 27-Dec-12 | RSK | 0031 | Review of press release regarding permanent OSC cease trade order. | 0.2 |
| 27-Dec-12 | RSK | 0029 | Preparation for allocation mediation. | 0.8 |
| 28-Dec-12 | RSK | 0031 | Exchange of emails with FMC team regarding CCAA settlement standards and Canadian research. | 0.2 |
| 28-Dec-12 | RSK | 0031 | Office conference with Michael Wunder regarding memo relating to CCAA settlements. | 0.2 |
| 28-Dec-12 | RSK | 0031 | Review of motion and factum for leave to appeal and extension of time regarding Chartis appeal. | 0.9 |
| 28-Dec-12 | MJW | 0029 | Call and email correspondence with T. Banks regarding Canadian case research in connection with allocation. | 0.6 |
| 28-Dec-12 | RCJ | 0031 | Email exchange with S. Kukulowicz and M. Wunder regarding Canadian settlement issues and research. | 0.2 |
| 29-Dec-12 | RCJ | 0029 | Research regarding CCAA settlement issues in connection with allocation. | 3.4 |
| 30-Dec-12 | TMB | 0031 | Preparation for and attendance on call with M. Wunder regarding settlement approval process within CCAA proceedings. | 0.3 |
| 31-Dec-12 | RSK | 0031 | Review of summary of environmental appeal proceedings. | 0.2 |
| 31-Dec-12 | MJW | 0031 | Review Court of Appeal endorsement regarding Northstar Aerospace request for leave to appeal Canadian environmental order and direction to hear appeal with Northstar appeal, and email correspondence and calls with Canadian counsel regarding same. | 0.4 |
| 31-Dec-12 | MJW | 0031 | Review and analyze Northstar Canadian environmental appeal pleadings. | 0.6 |
| 31-Dec-12 | MJW | 0031 | Report to UCC advisors regarding Northstar request for appeal and status of appeal of Nortel environmental order. | 0.4 |
| 31-Dec-12 | TMB | 0031 | Analysing settlement approval issues in CCAA proceedings. | 0.6 |
| | | | **Total** | **96.6** |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 8 of 13  
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| John Lorn McDougall | Counsel | Litigation | Ontario - 1968 | 1.8 | $950.00 | $1,710.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 39.8 | $785.00 | $31,243.00 |
| Natalie Levine | Consultant | Financial Restructuring | | 4.1 | $500.00 | $2,050.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 1.1 | $850.00 | $935.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 18.2 | $725.00 | $13,195.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 30.7 | $875.00 | $26,862.50 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 0.9 | $675.00 | $607.50 |
| | | | | | | |
| TOTAL | | | | 96.6 | CDN. | $76,603.00 |
| | Less: Non-Working Travel Time Discount (50% of $11,514.50) | | | | | ($5,757.25) |
| TOTAL | | | | 96.6 | CDN. | $70,845.75 |

**TOTAL PROFESSIONAL FEES** $ 76,603.00  
**Less: Non-Working Travel Time Discount (50% of $11,514.50)** (5,757.25)  
**NET PROFESSIONAL FEES** $ 70,845.75

**NON-TAXABLE DISBURSEMENTS**

| | |
|---|---|
| Airfare/Travel | $ 659.13 |
| Binding Books / Documents | 5.40 |
| Conference Call charges | 1.45 |
| Long Distance Telephone Calls | 29.12 |
| Meals & Beverages | 12.85 |
| Photocopy & Printing Charges | 209.80 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | $ 917.75 |

**TOTAL DISBURSEMENTS** 917.75

**TOTAL AMOUNT DUE** $ **71,763.50** CDN.

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2960373
Page 9 of 13
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0003 | FMC Fee Application/Monthly Billing Reports | 0.3 | 235.50 |
| 0007 | Creditors Committee Meetings | 17.8 | 14,031.00 |
| 0008 | Court Hearings | 1.7 | 1,487.50 |
| 0012 | General Claims Analysis/Claims Objections | 2.7 | 1,957.50 |
| 0019 | Labor Issues/Employee Benefits | 0.3 | 262.50 |
| 0023 | Telecommunications/Regulatory | 0.9 | 765.00 |
| 0025 | Travel | 13.9 | 11,514.50 |
| 0029 | Intercompany Analysis | 37.1 | 28,819.00 |
| 0031 | Canadian Proceedings/Matters | 21.8 | 17,452.00 |
| 0032 | U.S. Proceedings/Matters | 0.1 | 78.50 |
| | Total | 96.6 | $76,603.00 |
| | Less: Non-Working Travel Time Discount (50% of $11,514.50) | | (5,757.25) |
| | Total | | $70,845.75 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 10 of 13  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 03-Dec-12 | Laser Copy;NELSON M | 11.00 | 2.75 |
| 03-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 04-Dec-12 | Laser Copy;KUKULOWI | 12.00 | 1.20 |
| 04-Dec-12 | Air Canada return flight to New York for R. Jacobs on Dec. 12-13/12; 2012-12-12 | 1.00 | 424.17 |
| 05-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 05-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 05-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 06-Dec-12 | Telephone;12124656741;New YorkNY;4715 | 1.00 | 1.02 |
| 06-Dec-12 | Telephone;12124656741;New YorkNY;4715 | 1.00 | 0.51 |
| 06-Dec-12 | Telephone;12124656741;New YorkNY;4715 | 1.00 | 8.67 |
| 07-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 07-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 07-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 07-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 07-Dec-12 | Laser Copy;KUKULOWI | 57.00 | 5.70 |
| 07-Dec-12 | Lunch at Starbucks for working meeting for M. Wunder on Nov. 22/12; 2012-11-22 | 1.00 | 6.85 |
| 10-Dec-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 10-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 10-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 10-Dec-12 | Laser Copy;NELSON M | 8.00 | 2.00 |
| 10-Dec-12 | Laser Copy;NELSON M | 60.00 | 15.00 |
| 10-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 10-Dec-12 | Dining Room Expense - Michael Wunder | 1.00 | 6.00 |
| 10-Dec-12 | Laser Copy;NELSON M | 106.00 | 26.50 |
| 11-Dec-12 | Laser Copy;KUKULOWI | 5.00 | 0.50 |
| 11-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 11-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 11-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 11-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 11-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 11-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 11-Dec-12 | Telephone;12128721055;New YorkNY;4715 | 1.00 | 3.57 |
| 11-Dec-12 | Telephone;12122455000;New YorkNY;4715 | 1.00 | 1.53 |
| 11-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 11 of 13  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 11-Dec-12 | Laser Copy;LEVINE, N | 1.00 | 0.10 |
| 12-Dec-12 | Calls while travelling for M. Wunder Nov. 15/12; 2012-11-15 | 1.00 | 13.31 |
| 12-Dec-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 12-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 12-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 12-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 12-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 12-Dec-12 | Air Canada change fee for flight to New York for R. Jacobs on Dec. 13/12; 2012-12-13 | 1.00 | 234.96 |
| 12-Dec-12 | Laser Copy;NELSON M | 7.00 | 1.75 |
| 12-Dec-12 | Laser Copy;NELSON M | 7.00 | 1.75 |
| 13-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 13-Dec-12 | Laser Copy;NELSON M | 12.00 | 3.00 |
| 13-Dec-12 | Laser Copy;NELSON M | 36.00 | 9.00 |
| 13-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 13-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 13-Dec-12 | Laser Copy;NELSON M | 14.00 | 3.50 |
| 13-Dec-12 | Laser Copy;NELSON M | 98.00 | 24.50 |
| 14-Dec-12 | Laser Copy;NELSON M | 21.00 | 5.25 |
| 14-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 14-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 14-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 14-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 14-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 16-Dec-12 | Conference Call Charges | 1.00 | 1.45 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 42.00 | 10.50 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 6.00 | 1.50 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 2.00 | 0.50 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 2.00 | 0.50 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 7.00 | 1.75 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 12.00 | 3.00 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 1.00 | 0.25 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 30.00 | 7.50 |
| 17-Dec-12 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 7.00 | 1.75 |
| 17-Dec-12 | Tabs / Cerlox / Clear Cover | 1.00 | 5.40 |
| 18-Dec-12 | Laser Copy;NELSON M | 106.00 | 26.50 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 12 of 13  
Matter # 538462-000001

| Date | Description | Qty | Amt |
| --- | --- | --- | --- |
| 18-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 18-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 18-Dec-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 18-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 18-Dec-12 | Laser Copy;NELSON M | 7.00 | 1.75 |
| 18-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 18-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 18-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 18-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 18-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 19-Dec-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 19-Dec-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 19-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 19-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 19-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 19-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 19-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 19-Dec-12 | Laser Copy;NELSON M | 25.00 | 6.25 |
| 19-Dec-12 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 19-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 19-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 20-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 20-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 20-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 20-Dec-12 | Laser Copy;KARTASHM | 4.00 | 1.00 |
| 20-Dec-12 | Laser Copy;KARTASHM | 2.00 | 0.50 |
| 20-Dec-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 20-Dec-12 | Laser Copy;NELSON M | 9.00 | 2.25 |
| 20-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 20-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 20-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 20-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 21-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 21-Dec-12 | Laser Copy;NELSON M | 7.00 | 1.75 |
| 21-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Dec-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 21-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 13 of 13  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 21-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Dec-12 | Telephone;12127459781;New YorkNY;4740 | 1.00 | 0.51 |
| 21-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 21-Dec-12 | Laser Copy;NELSON M | 6.00 | 1.50 |
| 28-Dec-12 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| **TOTAL DISBURSEMENTS** | | $ | 917.75 |