**EXHIBIT C**

## DISBURSEMENT SUMMARY
## DECEMBER 1 TO DECEMBER 31, 2012
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Airfare/Travel | $ 659.13 |
| Binding Books/Documents | $ 5.40 |
| Conference Call charges | $ 1.45 |
| Long Distance Telephone Calls | $ 29.12 |
| Meals & Beverages | $ 12.85 |
| Photocopy & Printing Charges | $ 209.80 |
| Total Non-Taxable Disbursements | **$ 917.75 CDN.** |

12149706_1|TORDOCS