**EXHIBIT D**

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 10 of 13  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 03-Dec-12 | Laser Copy;NELSON M | 11.00 | 2.75 |
| 03-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 04-Dec-12 | Laser Copy;KUKULOWI | 12.00 | 1.20 |
| 04-Dec-12 | Air Canada return flight to New York for R. Jacobs on Dec. 12-13/12; 2012-12-12 | 1.00 | 424.17 |
| 05-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 05-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 05-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 06-Dec-12 | Telephone;12124656741;New YorkNY;4715 | 1.00 | 1.02 |
| 06-Dec-12 | Telephone;12124656741;New YorkNY;4715 | 1.00 | 0.51 |
| 06-Dec-12 | Telephone;12124656741;New YorkNY;4715 | 1.00 | 8.67 |
| 07-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 07-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 07-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 07-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 07-Dec-12 | Laser Copy;KUKULOWI | 57.00 | 5.70 |
| 07-Dec-12 | Lunch at Starbucks for working meeting for M. Wunder on Nov. 22/12; 2012-11-22 | 1.00 | 6.85 |
| 10-Dec-12 | Laser Copy;KUKULOWI | 4.00 | 0.40 |
| 10-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 10-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 10-Dec-12 | Laser Copy;NELSON M | 8.00 | 2.00 |
| 10-Dec-12 | Laser Copy;NELSON M | 60.00 | 15.00 |
| 10-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 10-Dec-12 | Dining Room Expense - Michael Wunder | 1.00 | 6.00 |
| 10-Dec-12 | Laser Copy;NELSON M | 106.00 | 26.50 |
| 11-Dec-12 | Laser Copy;KUKULOWI | 5.00 | 0.50 |
| 11-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 11-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 11-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 11-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 11-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 11-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 11-Dec-12 | Telephone;12128721055;New YorkNY;4715 | 1.00 | 3.57 |
| 11-Dec-12 | Telephone;12122455000;New YorkNY;4715 | 1.00 | 1.53 |
| 11-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 11 of 13  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 11-Dec-12 | Laser Copy;LEVINE, N | 1.00 | 0.10 |
| 12-Dec-12 | Calls while travelling for M. Wunder Nov. 15/12; 2012-11-15 | 1.00 | 13.31 |
| 12-Dec-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 12-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 12-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 12-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 12-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 12-Dec-12 | Air Canada change fee for flight to New York for R. Jacobs on Dec. 13/12; 2012-12-13 | 1.00 | 234.96 |
| 12-Dec-12 | Laser Copy;NELSON M | 7.00 | 1.75 |
| 12-Dec-12 | Laser Copy;NELSON M | 7.00 | 1.75 |
| 13-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 13-Dec-12 | Laser Copy;NELSON M | 12.00 | 3.00 |
| 13-Dec-12 | Laser Copy;NELSON M | 36.00 | 9.00 |
| 13-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 13-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 13-Dec-12 | Laser Copy;NELSON M | 14.00 | 3.50 |
| 13-Dec-12 | Laser Copy;NELSON M | 98.00 | 24.50 |
| 14-Dec-12 | Laser Copy;NELSON M | 21.00 | 5.25 |
| 14-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 14-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 14-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 14-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 14-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 16-Dec-12 | Conference Call Charges | 1.00 | 1.45 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 42.00 | 10.50 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 6.00 | 1.50 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 2.00 | 0.50 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 2.00 | 0.50 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 7.00 | 1.75 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 12.00 | 3.00 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 1.00 | 0.25 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 30.00 | 7.50 |
| 17-Dec-12 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 17-Dec-12 | Laser Copy;Erandio, N. | 7.00 | 1.75 |
| 17-Dec-12 | Tabs / Cerlox / Clear Cover | 1.00 | 5.40 |
| 18-Dec-12 | Laser Copy;NELSON M | 106.00 | 26.50 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 12 of 13  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 18-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 18-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 18-Dec-12 | Laser Copy;NELSON M | 5.00 | 1.25 |
| 18-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 18-Dec-12 | Laser Copy;NELSON M | 7.00 | 1.75 |
| 18-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 18-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 18-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 18-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 18-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 19-Dec-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 19-Dec-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 19-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 19-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 19-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 19-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 19-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 19-Dec-12 | Laser Copy;NELSON M | 25.00 | 6.25 |
| 19-Dec-12 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 19-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 19-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 20-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 20-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 20-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 20-Dec-12 | Laser Copy;KARTASHM | 4.00 | 1.00 |
| 20-Dec-12 | Laser Copy;KARTASHM | 2.00 | 0.50 |
| 20-Dec-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 20-Dec-12 | Laser Copy;NELSON M | 9.00 | 2.25 |
| 20-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 20-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 20-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 20-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 21-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 21-Dec-12 | Laser Copy;NELSON M | 7.00 | 1.75 |
| 21-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Dec-12 | Laser Copy;NELSON M | 4.00 | 1.00 |
| 21-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2960373  
Page 13 of 13  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 21-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Dec-12 | Laser Copy;NELSON M | 1.00 | 0.25 |
| 21-Dec-12 | Laser Copy;NELSON M | 2.00 | 0.50 |
| 21-Dec-12 | Telephone;12127459781;New YorkNY;4740 | 1.00 | 0.51 |
| 21-Dec-12 | Laser Copy;NELSON M | 3.00 | 0.75 |
| 21-Dec-12 | Laser Copy;NELSON M | 6.00 | 1.50 |
| 28-Dec-12 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| **TOTAL DISBURSEMENTS** | | **$** | **917.75** |