**EXHIBIT E**

11957585_3|TorDocs

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| John Lorn McDougall | Counsel | Litigation | Ontario - 1968 | 1.8 | $950.00 | $1,710.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 39.8 | $785.00 | $31,243.00 |
| Natalie Levine | Consultant | Financial Restructuring |  | 4.1 | $500.00 | $2,050.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 1.1 | $850.00 | $935.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 18.2 | $725.00 | $13,195.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 30.7 | $875.00 | $26,862.50 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 0.9 | $675.00 | $607.50 |
|  |  |  |  |  |  |  |
| TOTAL |  |  |  | 96.6 | CDN. | $76,603.00 |
|  | Less: Non-Working Travel Time Discount (50% of $11,514.50) |  |  |  |  | (5,757.25) |
| TOTAL |  |  |  | 96.6 | CDN. | $70,845.75 |

12149706_1|TORDOCS