# EXHIBIT A

Nortel Networks Inc., *et al.*
Punter Southall LLC

November 1, 2012 Through January 31, 2013

**Summary of Services Rendered by Project**

| Project | Project Description | November 2012 – January 2013 |
|---|---|---|
| 1 | Pension Advisory | 3.50 |
| 2 | Fee Applications | 2.00 |
| **TOTAL** | | **5.50** |

**Summary of Services Rendered by Professional**

| Name | November 2012 – January 2013 |
|---|---|
| Richard Jones (Principal – London) | 1.50 |
| James Saunders (Principal – London) | 1.00 |
| Ryan McGlothlin (Managing Director – Boston) | 2.00 |
| Chris Parlour (Senior Consultant – London) | 1.00 |
| **TOTAL** | **5.50** |

Punter Southall LLC
Time Detail
November 1, 2012 through January 31, 2013

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 1/2/2013 | Conference Calls/Document Review | 0.50 | 1 | RJ |
| 1/14/2013 | Conference Calls/Document Review | 0.50 | 1 | RJ |
| 1/15/2013 | Conference Calls/Document Review | 1.00 | 1 | CP |
| 1/15/2013 | Conference Calls/Document Review | 1.00 | 1 | JS |
| 1/15/2013 | Conference Calls/Document Review | 0.50 | 1 | RJ |
| | Total Activity 1 | 3.5 | | |

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 2/21/2013 | Preparation of filings | 2.0 | 2 | RDM |
| | Total Activity 2 | 2.0 | | |
| | Total Activity 1 & 2 | 5.50 | | |