# EXHIBIT B



# Akin Gump
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1465590 |
| ATTN: JOHN DOLITTLE | Invoice Date 02/19/13 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 3.80 | $3,697.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 5.10 | $2,864.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.10 | $495.00 |
| 0006 | Retention of Professionals | 0.30 | $250.00 |
| 0007 | Creditors Committee Meetings | 65.00 | $49,415.50 |
| 0008 | Court Hearings | 7.20 | $7,320.00 |
| 0009 | Financial Reports and Analysis | 0.30 | $300.00 |
| 0012 | General Claims Analysis/Claims Objections | 5.80 | $4,787.50 |
| 0014 | Canadian Proceedings/Matters | 10.10 | $9,535.00 |
| 0017 | General Adversary Proceedings | 22.50 | $14,585.00 |
| 0018 | Tax Issues | 134.20 | $78,840.50 |
| 0019 | Labor Issues/Employee Benefits | 64.90 | $50,780.50 |
| 0020 | Real Estate Issues/Leases | 0.40 | $400.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.10 | $70.00 |
| 0025 | Travel | 23.45 | $20,887.50 |
| 0029 | Intercompany Analysis | 395.90 | $336,743.50 |
| 0031 | European Proceedings/Matters | 0.90 | $820.00 |
| | TOTAL | 741.05 | $581,792.00 |

| Date | Tkpr | Task | Description | Hours |
|------|------|------|-------------|-------|
| 01/07/13 | FSH | 0002 | Respond to calls of creditors. | 0.50 |
| 01/07/13 | BMK | 0002 | attention to committee organizational matters | 0.40 |
| 01/08/13 | FSH | 0002 | Respond to call of creditor. | 0.20 |
| 01/16/13 | SLS | 0002 | Telephone call with creditor regarding case status. | 0.40 |
| 01/25/13 | FSH | 0002 | Respond to numerous creditor calls. | 0.70 |
| 01/25/13 | BMK | 0002 | Respond to creditor inquiries re: case status | 0.50 |
| 01/30/13 | FSH | 0002 | Respond to calls of creditors. | 0.20 |
| 01/31/13 | FSH | 0002 | Respond to calls of creditors. | 0.90 |
| 01/02/13 | BMK | 0003 | Finalize November fee application for filing | 0.30 |
| 01/10/13 | FSH | 0003 | Work on monthly invoice. | 0.20 |
| 01/23/13 | BMK | 0003 | Review December invoice | 0.90 |
| 01/25/13 | BMK | 0003 | Review December invoice | 1.20 |
| 01/31/13 | PJS | 0003 | Review and prepare documents re fee application. | 1.70 |
| 01/31/13 | BMK | 0003 | Draft December fee application | 0.80 |
| 01/28/13 | MCF | 0004 | Review (.8) Cleary's November invoice and email to F. Hodara and D. Botter re same (.3) | 1.10 |
| 01/08/13 | JYS | 0006 | Corr w. Towers/Da Vinci re retention. | 0.20 |
| 01/12/13 | FSH | 0006 | Attention to Cleary declaration. | 0.10 |
| 01/02/13 | FSH | 0007 | Communications re Committee meeting. | 0.20 |
| 01/10/13 | FSH | 0007 | Numerous communications and preparation for in-person Committee meeting. | 0.30 |
| 01/10/13 | AQ | 0007 | Professionals' pre-call to prepare for in-person committee meeting. | 1.00 |
| 01/10/13 | DHB | 0007 | Professionals pre-call (.5); communications re Committee meeting issues (.2). | 0.70 |
| 01/10/13 | BMK | 0007 | Review materials and agenda for committee meeting | 0.90 |
| 01/10/13 | KMR | 0007 | Attended professionals meeting. | 1.00 |
| 01/10/13 | JYS | 0007 | Attend Professionals Call. | 1.00 |
| 01/10/13 | MCF | 0007 | Attend Professionals' Call re Committee Call (1) and communications with B. Kahn re same (.3); email committee re committe calll (.4) | 1.70 |
| 01/11/13 | SLS | 0007 | Participate in in-person UCC meeting (telephonic/partial). | 1.80 |
| 01/11/13 | FSH | 0007 | Work on materials for Committee meeting (.4). Attend same (2.4). | 2.80 |
| 01/11/13 | AQ | 0007 | Prepare for in-person committee meeting. | 0.30 |
| 01/11/13 | AQ | 0007 | Attend in-person committee meeting. | 2.40 |
| 01/11/13 | DHB | 0007 | Prepare for Committee meeting (.6); attend same and follow-up (2.4). | 3.00 |
| 01/11/13 | BMK | 0007 | Prepare for committee meeting (0.6); attend committee meeting (2.4); follow up with D. Botter (0.4) | 3.40 |
| 01/11/13 | KMR | 0007 | Meeting with creditors committee to prepare for Toronto mediation. | 2.40 |
| 01/11/13 | JYS | 0007 | Attend Committee Meeting (telephonic attendance). | 2.40 |
| 01/11/13 | MCF | 0007 | Attend in-person committee meeting (2.4) and post-call discussion (.4) and post call discussion with V. Murrell (.3) | 3.10 |
| 01/21/13 | FSH | 0007 | Communications re Committee meeting. | 0.20 |
| 01/22/13 | SLS | 0007 | Participate in UCC call (.5); participate in second UCC call (.4). | 0.90 |
| 01/22/13 | LGB | 0007 | Review materials for UCC call (.6); participate in UCC call (.5); participate in subsequent UCC call (.4). | 1.50 |
| 01/22/13 | FSH | 0007 | Prep for call w/ Committee (.1). Attend same (.5). Follow up (.2). Call of Committee (.4). | 1.20 |
| 01/22/13 | AQ | 0007 | Attend Committee call. | 0.50 |
| 01/22/13 | DHB | 0007 | Prepare for and attend Committee calls (.5)(.4) and follow-up (1.1). | 2.00 |
| 01/22/13 | BMK | 0007 | Attend committee calls (.5)(.4). | 0.80 |
| 01/22/13 | KMR | 0007 | Attended creditors committee meetings to review settlement proposals (.5)(.4); follow up to same (.5). | 1.40 |
| 01/22/13 | JYS | 0007 | Committee Call re mediation (0.5); Follow up Committee Call re same (0.4); follow up to same (0.3). | 1.20 |
| 01/22/13 | MCF | 0007 | Prepare for (.5) and participate in Committee call (.5); prepare for call with mediator (.4); participate in committee call (.4) and post-call discussion (.9) | 2.70 |
| 01/23/13 | FSH | 0007 | Attend Committee call. | 0.40 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 01/23/13 | KMR | 0007 | Participated in conference call with creditors committee. | 0.40 |
| 01/23/13 | JYS | 0007 | Attend Committee Call re mediation. | 0.40 |
| 01/24/13 | MCF | 0007 | Prepare for committee calls and professionals' call (.8) and communications with B. Kahn (.2)(.2) and F. Hodara (.2) re same | 1.40 |
| 01/25/13 | KMR | 0007 | Participated in part of professionals meeting re: mediation. | 0.80 |
| 01/25/13 | JYS | 0007 | Professionals Call following up on mediation. | 1.40 |
| 01/25/13 | MCF | 0007 | Prepare for (.2) and participate in professionals' call re: mediation (1.5). | 1.70 |
| 01/28/13 | BMK | 0007 | Review and comment on committee call materials | 0.60 |
| 01/28/13 | MCF | 0007 | Communications with T. Morilla (.2)(.1) and B. Kahn re Capstone deck; review Capstone deck (.5) and communications with F. Hodara re committee call (.2) | 1.00 |
| 01/29/13 | SLS | 0007 | Participate in professionals' pre-call (.3) and committee call (.9). | 1.20 |
| 01/29/13 | LGB | 0007 | Participate on Nortel committee call (.9); review materials re same (.3). | 1.20 |
| 01/29/13 | FSH | 0007 | Communications w/ working group re materials and other matters for committee meeting (.5). Review materials and prepare presentation for same (.5). Meet w/ working group (.3). Participate in meeting (.9). | 2.20 |
| 01/29/13 | AQ | 0007 | Attend Committee call. | 0.90 |
| 01/29/13 | AQ | 0007 | Attend Professionals' meeting to prepare for committee call. | 0.30 |
| 01/29/13 | DHB | 0007 | Prepare for Committee meeting (.5); attend same (.9) and follow-up (.5). | 1.90 |
| 01/29/13 | BMK | 0007 | Review and distribute committee call materials (0.4); emails with F. Hodara and D. Botter re: committee call (0.3) attend pre-call (0.3); attend committee call (portion)(0.5); follow up discussion with A. Qureshi re: same (0.1) | 1.60 |
| 01/29/13 | KMR | 0007 | Attended creditors committee meeting (.9) and pre-call professionals meeting (.3). | 1.20 |
| 01/29/13 | JYS | 0007 | Attend Committee Call (0.9); review Capstone presentation in prep for same (0.3). | 1.20 |
| 01/29/13 | GDB | 0007 | Attend UCC call. | 0.90 |
| 01/29/13 | MCF | 0007 | Review committee presentation (.6) and communications with T. Morilla re same (.2); prepare for (.5) and participate in pre-call (.3) and committee call (.9) and post-call discussions (.7); prepare minutes re committee call (.3) | 3.50 |
| 01/07/13 | FSH | 0008 | Communications re upcoming hearing. | 0.20 |
| 01/09/13 | FSH | 0008 | Review revised agenda and info re hearing cancellation. | 0.10 |
| 01/17/13 | LGB | 0008 | E-mail Fagen re 1/23 hearing (.1); review response to same (.1). | 0.20 |
| 01/18/13 | LGB | 0008 | Review e-mail from Fleming re call with Chambers (.1); respond to same (.1); participate in call with Chambers re LTD motion (.3); review agenda for 1/23 hearing (.1). | 0.60 |
| 01/22/13 | LGB | 0008 | Prepare for 1/23 hearing (.5); e-mail Samis re same (.1). | 0.60 |
| 01/22/13 | FSH | 0008 | Review agenda and arrangements for hearing. | 0.20 |
| 01/23/13 | LGB | 0008 | Participate in hearing (1.7); e-mail UCC report re same (.3). | 2.00 |
| 01/23/13 | FSH | 0008 | Review materials for court hearing (.4). Confer w/ parties in advance of hearing (.2). Attend same (1.3). Follow-up (.1). | 2.00 |
| 01/23/13 | AQ | 0008 | Attend court hearing. | 1.30 |
| 01/09/13 | DHB | 0009 | Email communications re KEIP issues and US Trustee objection. | 0.30 |
| 01/02/13 | FSH | 0012 | Review claim issue and communications re same. | 0.20 |
| 01/02/13 | FSH | 0012 | Analyze claim issue and confer w/ B. Kahn re same. | 0.20 |
| 01/02/13 | BMK | 0012 | TC with F. Hodara re: claims issue (0.1); review filed claims settlement motion (0.3) | 0.40 |
| 01/03/13 | FSH | 0012 | Review claim motion (.1). Confer w/ B. Kahn re claim issue. | 0.20 |
| 01/03/13 | DHB | 0012 | Review correspondence re Law Debenture claim and revised order. | 0.20 |
| 01/08/13 | FSH | 0012 | Meet w/ Capstone re claims issue. | 0.70 |
| 01/09/13 | BMK | 0012 | Research and analysis of claims issue | 1.20 |
| 01/18/13 | FSH | 0012 | Examine claims issues. | 0.30 |
| 01/24/13 | BMK | 0012 | Review cross-border claims issues | 0.40 |
| 01/28/13 | FSH | 0012 | Review claims issues. | 0.20 |
| 01/30/13 | FSH | 0012 | Confer w/ B. Kahn re claim issue. | 0.10 |
| 01/30/13 | BMK | 0012 | Review of claims analysis (0.6); emails re: same (0.2) | 0.80 |
| 01/31/13 | BMK | 0012 | Analyze bond claim issues | 0.90 |
| 01/02/13 | FSH | 0014 | Examine analysis of pending Canadian environmental issues. | 0.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/08/13 | FSH | 0014 | Review Canadian appeal info. | 0.10 |
| 01/11/13 | AQ | 0014 | Review and analyze FMC memo re Canadian settlements. | 0.30 |
| 01/25/13 | FSH | 0014 | Review 91st Monitor report (.4). Analyze claims issues (.2). | 0.60 |
| 01/25/13 | DHB | 0014 | Email communications re Canadian stay hearing. | 0.40 |
| 01/25/13 | BMK | 0014 | Review new monitor report | 0.70 |
| 01/27/13 | DHB | 0014 | Review Monitor's ninety-first report and emails re same. | 1.00 |
| 01/28/13 | AQ | 0014 | E-mails regarding Canadian court hearing. | 0.20 |
| 01/28/13 | DHB | 0014 | Extensive email communications re Canadian stay hearing (.4). | 0.40 |
| 01/29/13 | FSH | 0014 | Attention to cross-border aspects of insurance settlement. | 0.10 |
| 01/29/13 | FSH | 0014 | Communicate w/ S. Kukolowcz, M. Wunder, D. Botter and AQ re upcoming hearing in Toronto. | 0.40 |
| 01/30/13 | FSH | 0014 | Review Ad Hoc pleading in Canada (.2). Communications w/ parties re same (.1). Meet w/ DB and AQ re same (.4). | 0.70 |
| 01/30/13 | AQ | 0014 | Conference call with FMC re Canadian stay hearing. | 0.40 |
| 01/30/13 | AQ | 0014 | Review and analyze noteholder statement filed in Canadian court. | 0.20 |
| 01/30/13 | AQ | 0014 | Confer with D. Botter and F. Hodara re noteholder statement in Canada. | 0.20 |
| 01/30/13 | DHB | 0014 | Review Ad Hoc submissions in Canada (.5); emails re same (.2); conference with A. Qureshi and F. Hodara re same (.5); telephone call with FMC re preparation for hearing (.3). | 1.50 |
| 01/30/13 | BMK | 0014 | Review emails re: Canadian hearing prep (0.4); calls with FMC re: same (0.4); confs with Akin team re: same (0.3); review ad hoc pleading in Canada (0.4) | 1.50 |
| 01/31/13 | FSH | 0014 | Communications w/ working group re stay hearing in Toronto (.5). Review orders (.2). | 0.70 |
| 01/31/13 | DHB | 0014 | Email communications re Canadian stay hearing (.4) (.1). | 0.50 |
| 01/02/13 | BMK | 0017 | Research and edit settlement issue memo | 3.50 |
| 01/03/13 | BMK | 0017 | Revise and draft settlement issue memo | 2.90 |
| 01/03/13 | MCF | 0017 | Revise 9019 memo (.8) and research re same (1.2) | 2.00 |
| 01/04/13 | BMK | 0017 | Review and revise settlement issue memo | 1.30 |
| 01/04/13 | MCF | 0017 | Revise 9019 memo (.9) and communications with B. Kahn re same (.3) | 1.20 |
| 01/06/13 | DHB | 0017 | Attention to 9019 issues (1.0). | 1.00 |
| 01/07/13 | AQ | 0017 | Team meeting regarding 9019 and related mediation issues. | 1.60 |
| 01/07/13 | AQ | 0017 | Review and analyze revised 9019 memo. | 0.60 |
| 01/07/13 | BMK | 0017 | Prepare for settlement issues meeting (0.8); attend same (1.5); follow up with M. Fagen re: same (0.2) | 2.50 |
| 01/07/13 | MCF | 0017 | Prepare for (1.0) and participate in (1.5) 9019 discussion with F. Hodara, D. Botter, A. Qureshi and B. Kahn. | 2.50 |
| 01/08/13 | MCF | 0017 | Revise 9019 memo (2.0). | 2.00 |
| 01/09/13 | BMK | 0017 | Confs with M. Fagen re: settlement memo (0.2); review same (0.2) | 0.40 |
| 01/25/13 | RHP | 0017 | Telephone call with Qureshi re: arbitration questions and follow up re: same. | 0.50 |
| 01/31/13 | FSH | 0017 | Review order of Judge Gross re pending litigation and numerous communications re same. | 0.50 |
| 01/01/13 | BMK | 0018 | Review and comment on tax issue memo | 1.80 |
| 01/01/13 | KGM | 0018 | Review, revise and finalize memo re: adjudication of tax claim. | 8.20 |
| 01/02/13 | KGM | 0018 | Further revise tax memo based on comments from B. Kahn. | 9.50 |
| 01/04/13 | FSH | 0018 | Review and edit tax research. | 1.40 |
| 01/07/13 | FSH | 0018 | Meet w/ B. Kahn, K. Manoukian re tax analysis (.4). Follow-up re tax issues (.3). | 0.70 |
| 01/07/13 | BMK | 0018 | Review comments to tax memo (0.3); conf with F. Hodara and K. Manoukian re: same (0.6) | 0.90 |
| 01/07/13 | KGM | 0018 | Review F. Hodara's comments re: tax memo (.3); conference with F. Hodara and B. Kahn re: same (.6). | 0.90 |
| 01/07/13 | YKL | 0018 | Research case law on withdrawal of reference in response to the motion filed by the IRS. | 2.80 |
| 01/08/13 | KMR | 0018 | Discussions with A Krotman re: research project on IRS closing agreements (0.3); discussions with A. Krotman and preliminary research re: limitations on Bankruptcy Court's jurisdiction over tax issues (0.5). | 0.80 |
| 01/08/13 | RA | 0018 | Research to locate higher court opinions reviewing lower court decisions issued by Judge Kevin Gross that address abstention, withdrawal of | 0.80 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | reference or stay motions pending the withdrawal of reference motion. Requested by Lee. PACER, CourtLink, WestlawNext | |
| 01/08/13 | ASK | 0018 | Research and discussion re U.S. tax issue (4.2); discuss material tax issues with K. Manoukian and review memorandum re withdrawal of reference (0.6). | 4.80 |
| 01/08/13 | KGM | 0018 | Revise tax memo (3.5); teleconference with A. Krotman re: tax issues (.6); teleconference with A. Krotman and K. Rowe re: same (.4). | 4.50 |
| 01/08/13 | YKL | 0018 | Research case law on withdrawal of reference in response to the motion filed by the IRS. | 7.50 |
| 01/08/13 | OH | 0018 | Review memo and an article w/r/t IRS issue. | 1.10 |
| 01/09/13 | KMR | 0018 | Internal discussions re: analysis of procedural tax issues (0.4); research re: withdrawal of reference authority pertaining to tax issues (0.8); continued review of transfer pricing issues (1.0). | 2.20 |
| 01/09/13 | ASK | 0018 | Research and analysis re withdrawal of the reference with respect to NNI's potential tax matters. | 4.90 |
| 01/09/13 | KGM | 0018 | Revise tax memo. | 5.70 |
| 01/09/13 | YKL | 0018 | Research case law on withdrawal of reference in response to the motion filed by the IRS. | 4.30 |
| 01/09/13 | OH | 0018 | Research tax issues (1.1); conference w/ K. Rowe and A. Krotman re: same (.3); research withdrawal of reference (1.0); review case law and memo re: same (1.8). | 5.10 |
| 01/10/13 | KMR | 0018 | Discussions with A. Krotman and O. Halabi re: research re: withdrawal of reference cases involving tax issues (0.4); research re: withdrawal of reference involving tax issues and review memo by K. Manoukian bankruptcy procedural issues (1.8); continued review of tax issues (1.2); discussions with A. Krotman and related review re: same (0.7). | 4.10 |
| 01/10/13 | ASK | 0018 | Research, analyze and prepare memorandum re withdrawal of the reference with respect to NNI's potential tax matters. | 7.90 |
| 01/10/13 | KGM | 0018 | Revise tax memo. | 2.50 |
| 01/10/13 | YKL | 0018 | Research case law on withdrawal of reference in response to the motion filed by the IRS. | 10.60 |
| 01/10/13 | OH | 0018 | Review court cases w/r/t withdrawal of the reference as ruled in tax matters. | 4.20 |
| 01/11/13 | KMR | 0018 | Continued work on memo on bankruptcy tax issues (.9); internal discussions re: same (.3). | 1.20 |
| 01/11/13 | ASK | 0018 | Research, analyze and prepare memorandum re withdrawal of the reference with respect to NNI's potential tax matters. | 1.10 |
| 01/11/13 | KGM | 0018 | Research additional issues and revise tax memo. | 12.00 |
| 01/11/13 | OH | 0018 | Review draft memo w/r/t withdrawal of the reference in tax cases. | 1.30 |
| 01/12/13 | KGM | 0018 | Research additional issues and finalize tax memo. | 4.80 |
| 01/14/13 | KMR | 0018 | Drafted email re: Canadian tax issues (0.4); follow up review of files on Canadian tax issues (0.7); discussion with M. Peters of FMC re: Canadian tax issues (0.2); reviewed and revised memo on litigation of tax issues (0.7); continued review of transfer pricing issues i(0.8). | 2.80 |
| 01/14/13 | ASK | 0018 | Research, analyze and prepare memorandum re withdrawal of the reference with respect to NNI's potential tax matters. | 1.20 |
| 01/14/13 | KGM | 0018 | Review and further revise tax memo to incorporate analysis from tax team. | 3.70 |
| 01/14/13 | OH | 0018 | Review draft memo and associated comments to Kristine G. Manoukian | 0.80 |
| 01/15/13 | KMR | 0018 | Reviewed memo on procedural issues in litigation of tax issues (0.5); reviewed Canadian tax attributes (0.4); Continued review of transfer pricing issues (1.7). | 2.60 |
| 01/15/13 | ASK | 0018 | Research, analyze and prepare memorandum re withdrawal of the reference with respect to NNI's potential tax matters. | 1.10 |
| 01/15/13 | KGM | 0018 | Further revise tax memo and circulate same to team. | 0.60 |
| 01/16/13 | KMR | 0018 | Continued review of APA settlement and its impact on a potential settlement. | 1.00 |
| 01/16/13 | ASK | 0018 | Research and analysis re tax consequences of potential future payment by NNI of guarantee payments to liquidating trust. | 2.60 |
| 01/23/13 | FSH | 0018 | Review tax research. | 0.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/02/13 | FSH | 0019 | Attention to retiree motion. | 0.10 |
| 01/02/13 | ASL | 0019 | Review LTD materials. | 1.50 |
| 01/03/13 | LGB | 0019 | T/C with Schweitzer re LTD motion (.4); review LTD motion, settlement agreement, order, notice and mark up same (1.2); review comments from Lilling re same (.6); e-mail Sturm/Lilling re same (.1); review Sturm's comments to same (.4); T/C with Sturm same (.1). | 2.80 |
| 01/03/13 | ASL | 0019 | Confer with L. Beckerman (.2); prepare comments to LTD documents (.8); review associate comments (.4). | 1.40 |
| 01/03/13 | JYS | 0019 | Comment on Notice of LTD Settlement (1.2); Review LTD settlement procedures motion (0.4); Corr w. AG team re same (0.3); Corr w. CG re same (0.3) | 2.20 |
| 01/04/13 | FSH | 0019 | Attention to MIP issues. | 0.20 |
| 01/04/13 | DHB | 0019 | Review US Trustee objection to 2013 incentive plan and emails re same. | 0.40 |
| 01/04/13 | MCF | 0019 | Summarize UST's Objection to Incentive Motion (.6) and communications with team re same (.2) | 0.80 |
| 01/06/13 | ALK | 0019 | Reviewed email from L. Beckerman regarding deferred comp objections. | 0.10 |
| 01/08/13 | LGB | 0019 | Review mark up from US Bank re proposed order re DCP settlement (.2); e-mail Lilling/Sturm re same (.1); review response to same (.1); respond to same (.1); e-mail Fleming re same (.1); review revised LTD motion, orders and settlement agreement (1.2); T/C with Schweitzer re status of LTD committee discussions (.3); e-mail Lilling/Sturm re meeting to discuss LTD motion, orders and settlement agreement (.1); review response to same (.1); respond to same (.1); review e-mail from McDonald re US Bank's mark up of the order (.1); review Matz's e-mail re same (.1). | 2.60 |
| 01/08/13 | ASL | 0019 | Review US Bank comments to DC order (.1); review LTD markups (.3). | 0.40 |
| 01/08/13 | JYS | 0019 | Review US Bank comments to approval order (0.3); Review LTD comments to motion (0.8); Review LTD Settlement notices (0.7). | 1.80 |
| 01/09/13 | LGB | 0019 | T/C with Lilling/Sturm re LTD motion, orders, agreement, notices (.9); mark-up documents re collective comments (.7); e-mail Uziel re same (.1); e-mail Fagen re DCP settlement (.1); review response to same (.1); T/C with Schweitzer re LTD settlement (.5); e-mail Hodara/Botter/Kahn re incentive plan motion (.1); review responses to same (.1); review Matz comments to LTD settlement agreement/motion (.1). | 2.70 |
| 01/09/13 | BMK | 0019 | Emails with Akin team re: incentive program motion | 0.30 |
| 01/09/13 | ASL | 0019 | Review LTD markups (1.7); confer with L. Beckerman and J. Sturm (.8); prepare for call (.5); review settlement notice (.4). | 3.40 |
| 01/09/13 | JYS | 0019 | Review LTD motion papers (2.1); T/Cs w. AG team re same (0.7); Review bond comments re same (0.2). | 3.00 |
| 01/09/13 | MCF | 0019 | Communications with L. Beckerman re deferred comp settlement (.2) | 0.20 |
| 01/10/13 | LGB | 0019 | Review revised settlement notice/publication notice re LTD motion (.6); review e-mail from Lilling re comments to same (.1); respond to same (.1); review e-mail from Sturm re same (.1); mark up settlement notice (.3); e-mail Uziel re same (.1). | 1.30 |
| 01/10/13 | FSH | 0019 | Communications w/ working group re KEIP. | 0.10 |
| 01/10/13 | DHB | 0019 | Consider Debtors' KEIP program and US Trustee response and emails re same. | 0.40 |
| 01/10/13 | JYS | 0019 | Review LTD settlement notices (0.4); Corr w. AG team re same (0.3). | 0.70 |
| 01/11/13 | BMK | 0019 | TC with J. Kim re: incentive plan response (0.4); conf with M. Fagen re: same (0.3) | 0.70 |
| 01/14/13 | LGB | 0019 | Review revised version of LTD motion, agreement, orders, notices (.8); review Sturm comments to same (.2); e-mail Sturm re same (.1); T/C with Fleming re same (.3); e-mail Sturm/Lilling re same (.1); e-mail Fleming re comments to motion/order (.2); review response from Lilling re comments (.1). | 1.80 |
| 01/14/13 | ASL | 0019 | Review LTD package. | 1.50 |
| 01/14/13 | JYS | 0019 | Review LTD Notices (1.2); Corr w. AG team re same (0.3). | 1.50 |
| 01/15/13 | LGB | 0019 | Review revised order (.1); e-mail Samis re same (.1); e-mail Keach/Kim re same (.1); review revised documents re LTD settlement (1.0); e-mail | 1.80 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Uziel re same (.1); e-mail Sturm/Lilling re same (.1); review e-mail from Sturm re same (.1); respond to same (.1); review e-mail from Lilling re same (.1). | |
| 01/15/13 | ASL | 0019 | Review LTD materials. | 0.80 |
| 01/15/13 | JYS | 0019 | Review Corr re DCP Approval Order (0.3); Review revised LTD pleadings (0.6); Corr w. AG team re same (0.3). | 1.20 |
| 01/16/13 | LGB | 0019 | Review e-mail from Schweitzer re the exhibit (.1); respond to same (.1); review response to same (.1); respond to same (.1); review revised scheduling order for the LTD termination motion and the 1114 motion (.2); e-mail Uziel re same (.1); e-mail Sturm re retiree settlement motion (.1); review response to same (.1); e-mail Hodara/Botter/Kahn re 1/23 hearing (.1); review e-mail from Fleming re language for LTD settlement agreement re GUC (.1); respond to same (.1); review response to same (.1); respond to same (.1); T/C with Fleming re same (.1); review e-mail from Schweitzer re same (.1); respond to same (.1); review e-mail from Sturm re retiree settlement motion (.1); review e-mail from Matz re scheduling orders re LTD termination motion and 1114 motion (.1). | 1.90 |
| 01/16/13 | DKB | 0019 | Confer with M. Fagen re revisions to NNI Incentive Plan (.1); review and revise the above (.5, .6); confer with attorney re status (.1). | 1.30 |
| 01/16/13 | ASL | 0019 | Review scheduling orders (.2); attention to language proposals (.4); review LTD package (.8). | 1.40 |
| 01/16/13 | JYS | 0019 | Corr w. CG re comments to LTD pleadings (0.2); Review LTD scheduling orders (0.2); Corr proposed change to LTD settlement agreement (0.2); Review retiree settlement pleadings (0.2). | 0.80 |
| 01/16/13 | MCF | 0019 | Revise statement in support of Incentive Motion. | 0.90 |
| 01/16/13 | JAS | 0019 | Confer with J. Sturm re objections to retiree settlement motion. | 0.10 |
| 01/17/13 | LGB | 0019 | Review revised LTD settlement documents (.8); review e-mail from Lilling re comments to same (.1); respond to same (.1); review e-mail from Sturm re comments to same (.1); respond to same (.1); T/C with Sturm re same (.1); review e-mail from Sturm re objection to 1114 motion (.1); respond to same (.1); review objection to 1114 motion (.1); review e-mail from Matz re revised LTD settlement documents (.1). | 1.70 |
| 01/17/13 | BMK | 0019 | Review and edit statement in support of incentive plan motion | 0.80 |
| 01/17/13 | JYS | 0019 | Review revised LTD pleadings (0.4); Corr w. AG team re same (0.2); T/C w. T. Matz re same (0.2); further Corr w. GC re same (0.1); review objection to retiree settlement (0.1); T/C w. L. Beckerman re same (0.1). | 1.10 |
| 01/18/13 | LGB | 0019 | Review revised LTD settlement documents (.8); review e-mail from Matz re comments to same (.1); e-mail Ryan with comments to same (.1); review final version of LTD settlement documents (.7). | 1.70 |
| 01/18/13 | ALK | 0019 | Reviewed LTD filings. | 0.80 |
| 01/18/13 | DKB | 0019 | Confer with M. Fagen re preparation of NNI Incentive Plan (.1); review and edit the document (.5); confer with attorney re status (.1). | 0.70 |
| 01/18/13 | ASL | 0019 | Review LTD package. | 0.30 |
| 01/18/13 | JYS | 0019 | T/C w. Chambers re LTD hearing (0.2); Review revised LTD settlement docs (0.4); Corr w. AG team, CG, and Milbank re same (0.2). | 0.80 |
| 01/22/13 | LGB | 0019 | Review revised notice, publication notice, order (.7); e-mail Fleming re exhibits (.1); review e-mail from Sturm re same (.1); respond to same (.1); e-mail Fleming re same (.1); review revised order (.2); e-mail Sturm/Lilling re same (.1); e-mail Fleming re same (.1); review revised statement/ballot for retiree committee (.4); review e-mail from Uziel re same (.1); review e-mail from Lilling re same (.1); respond to same (.1); e-mail Uziel re same (.1); T/C with Hyland re LTD/retiree settlement hearing dates (.1). | 2.40 |
| 01/22/13 | ASL | 0019 | Review retiree settlement/order docs (.4); review amended scheduling order (.1); review ballot and other documents (1). | 1.50 |
| 01/22/13 | JYS | 0019 | Review retiree motion, notices and letter. | 1.70 |
| 01/23/13 | LGB | 0019 | E-mail Uziel re retiree notices/order (.1); review response to same (.1). | 0.20 |
| 01/24/13 | LGB | 0019 | E-mail Sturm/Lilling re workers comp settlement (.1); review motion/settlement agreement/order re same (1.0); T/C with Lilling re | 2.20 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.4); review Matz's comments re same (.2); e-mail Schweitzer re same (.1); review e-mail from Schweitzer re same (.1); T/C with Schweitzer re same (.2); e-mail Wunder/Kukulowisz, Jacobs re Travelers motion (.1). | |
| 01/24/13 | ASL | 0019 | Attention to Travelers Workers Comp Settlement review and review papers (1.5); call with L. Beckerman (.1). | 1.60 |
| 01/25/13 | ALK | 0019 | Reviewed LTD settlement motion and current scheduling order. | 1.10 |
| 01/28/13 | ALK | 0019 | Reviewed emails/objections on LTD settlement. | 1.00 |
| 01/28/13 | ASL | 0019 | Review LTD objection. | 0.60 |
| 01/28/13 | JYS | 0019 | Review LTD objection (0.2); T/C and corr w. AG team re same (0.2). | 0.40 |
| 01/29/13 | LGB | 0019 | Review objection to LTD settlement motion (.5); review e-mail from Wunder re workers compensation motion (.1); respond to same (.1). | 0.70 |
| 01/29/13 | ALK | 0019 | Confer w/ J. Sturm regarding LTD objection. | 0.20 |
| 01/30/13 | LGB | 0019 | Review amended scheduling order re LTD termination motion (.1); review e-mail from Sturm re same (.1); respond to same (.1); e-mail Uziel re same (.1); T/C with Schweitzer re LTD settlement objections (.3); T/C with Sturm re same (.2). | 0.90 |
| 01/30/13 | ASL | 0019 | Review LTD certification. | 0.10 |
| 01/30/13 | JYS | 0019 | T/C w. L. Beckerman re LTD Objection. | 0.30 |
| 01/16/13 | LGB | 0020 | Review revised MSP term sheet (.2); review e-mail from Sturm re motion to approve (.1); respond to same (.1). | 0.40 |
| 01/08/13 | JYS | 0024 | Corr w. B. Cooper re payment from Wind Down escrow. | 0.10 |
| 01/13/13 | FSH | 0025 | Non-productive travel time to Toronto (Actual time - 2.4) | 1.20 |
| 01/13/13 | AQ | 0025 | Travel NY to Toronto. (Actual time - 3.5) | 1.75 |
| 01/13/13 | DHB | 0025 | Travel to Toronto (flight canceled). (Actual time - 2.0) | 1.00 |
| 01/13/13 | BMK | 0025 | Travel to Toronto for mediation sessions (Actual time - 2.6) | 1.30 |
| 01/13/13 | MCF | 0025 | Travel to Toronto for mediation. (Actual time - 3.0) | 1.50 |
| 01/14/13 | DHB | 0025 | Travel to Toronto. (Actual time - 2.5) | 1.25 |
| 01/15/13 | DHB | 0025 | Travel back to New York. (Actual time - 2.5) | 1.25 |
| 01/16/13 | DHB | 0025 | Travel to Toronto (extensive weather delays). (Actual time - 3.5) | 1.75 |
| 01/18/13 | FSH | 0025 | Non-productive travel time to Newark (Actual time - 2.4) | 1.20 |
| 01/18/13 | AQ | 0025 | Travel Toronto to New York. (Actual time - 3.8) | 1.90 |
| 01/18/13 | DHB | 0025 | Travel back to New York (Actual time - 3.5) | 1.75 |
| 01/18/13 | BMK | 0025 | Travel from Toronto mediation sessions (Actual time - 2.0) | 1.00 |
| 01/18/13 | MCF | 0025 | Travel from Toronto Mediation to New York (Actual time - 3.0) | 1.50 |
| 01/23/13 | LGB | 0025 | Travel to Delaware (2.0); travel from Delaware (2.0). (Actual time - 4.0) | 2.00 |
| 01/23/13 | FSH | 0025 | Non-productive travel time to Wilmington (1.8). Non-productive travel time on return to New York (.9). (Actual time - 2.7) | 1.35 |
| 01/23/13 | AQ | 0025 | Travel NY to Wilmington. (Actual time- 2.0) | 1.00 |
| 01/23/13 | AQ | 0025 | Travel Wilmington to NY. (Actual time - 1.5) | 0.75 |
| 01/02/13 | FSH | 0029 | Communications w/ working group re mediation prep (.8). Communicate w/ Cleary re same (.1). | 0.90 |
| 01/02/13 | DHB | 0029 | Email communications re mediation preparation (.2); continue same (.4). | 0.60 |
| 01/02/13 | BMK | 0029 | Prepare for mediation sessions | 0.60 |
| 01/02/13 | KMR | 0029 | Began review and preparation for January mediation. | 1.20 |
| 01/02/13 | MCF | 0029 | Prepare for mediation (.8) and communications with Akin team re same (.4) | 1.20 |
| 01/03/13 | FSH | 0029 | Communications w/ parties re mediation (.2). Review press report (.2). Confer w/ D. Botter (.1). TC J. Bromley (.1). Meet w/ B. Kahn re mediation and follow-up (.4). | 1.00 |
| 01/03/13 | DHB | 0029 | Office conference with F. Hodara re status and mediation next steps (.2); detailed message from D. Schaible re same (.1); review correspondence re mediation issues and French decision (.4); emails with D. Schaible (.1). | 0.80 |
| 01/03/13 | BMK | 0029 | Prepare for allocation mediation (0.3); conf with F. Hodara re: same (0.3) | 0.60 |
| 01/03/13 | KMR | 0029 | Continued review in preparation for the mediation. | 2.00 |
| 01/03/13 | MCF | 0029 | Prepare for make-whole/no-call discussion (.3) and communications with B. Kahn re same (.1) | 0.40 |
| 01/04/13 | FSH | 0029 | Work on outline (.5). Communications re mediation (.5). Meet w/ BK re | 1.40 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | pending issues (.4). | |
| 01/04/13 | DHB | 0029 | Meet with J. Borrow re mediation issues (.3); telephone call with R. Jacobs and M. Wunder re same and preparation (.3); office conference with B. Kahn re preparation (.1); emails re same (.1) (.2); email communications re French issues (.2). | 1.20 |
| 01/04/13 | BMK | 0029 | Conf with F. Hodara re: mediation prep materials (0.2); prepare same (0.3) | 0.50 |
| 01/04/13 | KMR | 0029 | Continued review of issues in preparation for the mediation sessions. | 3.70 |
| 01/05/13 | DHB | 0029 | Review and revise mediation script and emails re same. | 1.70 |
| 01/06/13 | FSH | 0029 | Communications w/ working group re mediation analyses, issues, planning (.7). Work on memorandum (1.0). | 1.70 |
| 01/06/13 | DHB | 0029 | Continue emails re mediation preparation (.2) (.3); review revised script (.5). | 1.00 |
| 01/06/13 | BMK | 0029 | Review and revise mediation prep materials | 0.70 |
| 01/06/13 | KMR | 0029 | Continued review of issues in connection with preparation for the mediation. | 1.20 |
| 01/06/13 | MCF | 0029 | Revise mediation prep script (1.5) and communications with B. Kahn (.1)(.1)(.1) and Akin Team (.2) re same | 2.00 |
| 01/07/13 | FSH | 0029 | Communications w/ parties re mediation (.4). Confer w/ DG re same (.1). Continue work on research issues (1.0). Meet w/ working group re same (1.5). | 3.00 |
| 01/07/13 | DHB | 0029 | Continue review of mediation materials and emails re same (.5) (.4) (.3); prepare for and attend meeting with team re same and mediation next steps and strategy (1.5); emails re schedules and next steps (.1) (.1); continue preparation (.8). | 3.70 |
| 01/07/13 | BMK | 0029 | Prepare materials for allocation mediation (0.7); confs with M. Fagen re: same (0.3) | 1.00 |
| 01/07/13 | KMR | 0029 | Continued review of issues in connection with mediation. | 2.80 |
| 01/07/13 | MCF | 0029 | Revise mediation script (.3) and communications with B. Kahn (.1) and F. Hodara (.1) re same; prepare for meeting with Debtors (.3) | 0.80 |
| 01/08/13 | SLS | 0029 | Participate in meeting with UCC and NNI advisors regarding allocation mediation preparation. | 1.50 |
| 01/08/13 | FSH | 0029 | Work on summary and other mediation materials. | 0.50 |
| 01/08/13 | FSH | 0029 | Meet w/ NNI re allocation matters. | 1.60 |
| 01/08/13 | AQ | 0029 | Attend meeting with Cleary and Chilmark re mediation preparation. | 1.50 |
| 01/08/13 | AQ | 0029 | Team meeting with Capstone regarding mediation issues. | 0.70 |
| 01/08/13 | AQ | 0029 | Review and analyze mediation talking points. | 0.50 |
| 01/08/13 | DHB | 0029 | Email communications re mediation strategy (.3); prepare for (.6), attend (1.7) and follow up meeting (.7) with U.S. Debtors re mediation strategy; emails following (.2). | 3.50 |
| 01/08/13 | BMK | 0029 | Attend allocation meeting with Debtors (1.7); follow up meeting with UCC professionals (0.7) | 2.40 |
| 01/08/13 | KMR | 0029 | Continued review of issues relating in preparation for the mediation (1.8); attended meeting with NNI and advisors re: mediation preparation (1.7); follow up meeting re: same (.7). | 4.20 |
| 01/08/13 | JYS | 0029 | T/C re mediation (partial attendance). | 1.30 |
| 01/08/13 | MCF | 0029 | In-Person Meeting with Cleary re mediation (1.7); discussion with Akin team and Capstone re same (.7). | 2.40 |
| 01/09/13 | FSH | 0029 | Communications w/ working group re mediation. | 0.40 |
| 01/09/13 | DHB | 0029 | Continue mediation preparation. | 0.60 |
| 01/09/13 | BMK | 0029 | Prepare for allocation mediation | 1.50 |
| 01/09/13 | MCF | 0029 | Prepare for mediation (.5); communications with J. Samper re mediation documents (.4); communications with B. Kahn re same (.2) | 1.10 |
| 01/09/13 | JAS | 0029 | Transfer important mediation documents to electronic storage spaces of F. Hodara and D. Botter. | 0.80 |
| 01/10/13 | FSH | 0029 | Communications w/ Committee members, working group re mediation (.5). Prepare materials for same (.3). Meet w/ working group (.6). TC A. Pisa (.4). Follow up (.2). | 2.00 |
| 01/10/13 | AQ | 0029 | Review final version of mediation talking points. | 0.30 |
| 01/10/13 | DHB | 0029 | Email communications re French decision (.2) (.1); continue mediation | 0.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | preparation and emails re same (.4). | |
| 01/10/13 | BMK | 0029 | Prepare for allocation mediation sessions | 1.30 |
| 01/11/13 | FSH | 0029 | Communications w/ P. LeVay re mediation (.1). Follow-up (.4). Work on mediation issues (.4). Review materials (2.2). Review Frasers analysis (.2). | 3.30 |
| 01/11/13 | BMK | 0029 | Prepare materials and analyze issues for mediation session | 3.10 |
| 01/11/13 | MCF | 0029 | Prepare for mediation/allocation (1.1) and communications with B. Kahn (.1)(.2)(.1) and F. Hodara (.1)(.3)(.2) re same | 2.10 |
| 01/11/13 | JAS | 0029 | Upload mediation docs to electronic files of F. Hodara of D. Botter. | 1.00 |
| 01/12/13 | DHB | 0029 | Continue mediation preparation. | 1.50 |
| 01/13/13 | FSH | 0029 | Communications re meeting in Toronto (.2). Review prior mediation proposals and submissions of parties and related materials (1.8). Confer w/ parties re issues (.5). | 2.50 |
| 01/13/13 | AQ | 0029 | Review materials in preparation for mediation. | 1.20 |
| 01/13/13 | DHB | 0029 | Continue mediation preparation (2.0); emails re same (.5). | 2.50 |
| 01/14/13 | FSH | 0029 | Confer w/ parties (.5). Attend mediation (8.2). Follow-up communications re same (.3). | 9.00 |
| 01/14/13 | AQ | 0029 | Attend mediation. | 8.50 |
| 01/14/13 | DHB | 0029 | Continue preparation (1.2) for mediation and attend day 1 of same (8.2) and follow-up (2.1). | 11.50 |
| 01/14/13 | BMK | 0029 | Prepare for and attend Nortel allocation mediation session. | 8.10 |
| 01/14/13 | MCF | 0029 | Participate in mediation. | 8.50 |
| 01/15/13 | FSH | 0029 | Attend all day mediation session. | 8.30 |
| 01/15/13 | AQ | 0029 | Attend mediation. | 4.50 |
| 01/15/13 | DHB | 0029 | Communications prior to start of day 2 (1.0) and attend day 2 of mediation (4.0); extensive follow-up with team (1.0). | 6.00 |
| 01/15/13 | BMK | 0029 | Attend Nortel allocation mediation session. | 7.20 |
| 01/15/13 | JYS | 0029 | Review corr re mediation status. | 0.30 |
| 01/15/13 | MCF | 0029 | Participate in mediation (9.5) | 9.50 |
| 01/16/13 | FSH | 0029 | Communications w/ UCC reps leading up to mediation session (.4). Attend same (12.8). | 13.20 |
| 01/16/13 | AQ | 0029 | Attend mediation. | 9.50 |
| 01/16/13 | DHB | 0029 | Day 3 of mediation. | 13.50 |
| 01/16/13 | BMK | 0029 | Attend Nortel mediation session | 12.90 |
| 01/16/13 | MCF | 0029 | Participate in Mediation | 11.00 |
| 01/17/13 | FSH | 0029 | Attend all day mediation session. | 13.30 |
| 01/17/13 | AQ | 0029 | Attend mediation. | 12.50 |
| 01/17/13 | DHB | 0029 | Attend Day 4 of mediation. | 12.50 |
| 01/17/13 | BMK | 0029 | Attend Nortel allocation mediation session | 9.80 |
| 01/17/13 | KMR | 0029 | Reviewed emails re: status of mediation (0.2); conference call with D. Botter and A. Qureshi re: same (0.3); discussion with B. McRae re: same (0.2); analysis of tax ramifications of allocation issues (3.0); drafted email re: McRae discussions (0.4). | 4.10 |
| 01/17/13 | MCF | 0029 | Participate in Mediation. | 13.50 |
| 01/18/13 | FSH | 0029 | Communications w/ representatives of NNL, UK pension, Ad Hoc Group, UCC re mediation matters, next steps (1.3). Analyze same (.4). | 1.70 |
| 01/18/13 | AQ | 0029 | E-mails re discussions with UK pension parties and confer with Capstone re same. | 0.20 |
| 01/18/13 | DHB | 0029 | Email communications re mediation next steps (.4); meet with UK pension professionals (1.0); emails with team as follow-up (.4) (.2). | 2.00 |
| 01/18/13 | KMR | 0029 | Reviewed emails relating to mediation (0.3); reviewed research re: allocation issues (0.4). | 0.70 |
| 01/18/13 | JYS | 0029 | Review corr re mediation update. | 0.10 |
| 01/20/13 | FSH | 0029 | TC A. Pisa (.3). Communications w/ DB and CK (.3). Follow up re UK and Canada issues (.5). Analyze next steps (.3). | 1.40 |
| 01/20/13 | DHB | 0029 | Extensive email communications re mediation issues and UK pension recoveries (.5); emails from mediator (.1) and responses thereto (.3); conference call with J. Bromley re same (.9); review new deck for Committee (.5). | 2.30 |
| 01/21/13 | LGB | 0029 | Review e-mail from Kahn re mediation. | 0.10 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/21/13 | FSH | 0029 | Communications w/ J. Carfagnini, C. Kearns, Ad Hocs, J. Bromley re mediation (.3). Communicate w/ C. Kearns re analysis (.2). Further communications w/ D. Botter and Capstone team re same (.5). Communications w/ working group re call with Mediator (.2). Conf. call w/ J. Bromley (.8). Examine Capstone deck and communications re same (.4). | 2.40 |
| 01/21/13 | AQ | 0029 | E-mails re mediation status. | 0.20 |
| 01/21/13 | AQ | 0029 | Review and analyze draft UCC presentation re mediation proposal. | 0.30 |
| 01/21/13 | BMK | 0029 | Review and comment on mediation related presentation (0.6); emails re: same (0.3) | 0.90 |
| 01/22/13 | FSH | 0029 | Review materials related to mediation (.7). Call w/ Milbank (.5). Review revised materials and communications re same (.2). Review and analyze mediation transmission (.5). Call w/ US parties re same (.8). Confer w/ working group(.5). All-hands call (.3). Review communication from Mediator and follow up (1.3). Numerous additional communications re foregoing (.4). | 5.20 |
| 01/22/13 | AQ | 0029 | Analyze additional mediator's proposal. | 0.30 |
| 01/22/13 | AQ | 0029 | Review and analyze Capstone analysis of proposal. | 0.30 |
| 01/22/13 | AQ | 0029 | Call with Cleary and Milbank re proposal. | 0.50 |
| 01/22/13 | AQ | 0029 | Confer with team and with Capstone re response to mediator's proposal. | 0.50 |
| 01/22/13 | DHB | 0029 | Email communications re mediation next steps (.5); conference call with Ad Hocs re same (.5); another conference call re new proposal (.6); mediator call and follow-up (.4); substantial work and call re new proposal (2.0) (.5). | 4.50 |
| 01/22/13 | BMK | 0029 | Participate in update call with ad hocs (0.3); Participate in call with Debtors and ad hocs re: mediator proposal (0.4); follow up to same (0.1); participate in call with mediator (0.2); emails with Committee re: mediation update (0.4); conf with Akin team re: next steps (0.4); review mediation proposal and presentations (0.8) | 2.60 |
| 01/22/13 | KMR | 0029 | Reviewed materials summarizing mediation proposals. | 1.50 |
| 01/23/13 | FSH | 0029 | Outline concepts for mediation (.6). Numerous communications w/ working group re same (2.3). Communications w/ NNI and Ad Hoc representatives (1.2). Numerous communications w/ Committee and working group re mediation matters (3). Call w/ NNI and Ad Hocs (.4). Follow up (.2). | 5.00 |
| 01/23/13 | AQ | 0029 | E-mails regarding mediation proposal. | 0.20 |
| 01/23/13 | AQ | 0029 | Conference call with Capstone regarding additional mediation proposal. | 0.40 |
| 01/23/13 | AQ | 0029 | Conference call with Cleary and Milbank regarding mediation proposal. | 0.50 |
| 01/23/13 | AQ | 0029 | E-mails regarding mediation proposal. | 0.20 |
| 01/23/13 | AQ | 0029 | Call with Cleary and Milbank re mediation proposal. | 0.50 |
| 01/23/13 | AQ | 0029 | Review and analyze US mediation proposal. | 0.20 |
| 01/23/13 | AQ | 0029 | Committee call re mediation proposal. | 0.30 |
| 01/23/13 | DHB | 0029 | Work with team re continuing mediation issues and proposals (1.0); calls with US Debtors and Bonds re proposals (.5) (.5); work re same (1.0); emails with team re same (.5); multiple calls with mediator counsel, Committee, Bond and Debtor professionals (1.5); review new proposal (.5); follow-on calls re same (1.0)and emails re same (.3) (.2). | 7.00 |
| 01/23/13 | BMK | 0029 | Review and analyze mediation proposals and issues (2.4); Calls with Debtors and Ad Hocs re: same (1.1); confs with F. Hodara, A. Qureshi and D. Botter re: same (0.4); emails to UCC re: same (0.4) | 4.30 |
| 01/23/13 | KMR | 0029 | Reviewed settlement proposals and related emails. | 1.50 |
| 01/23/13 | GDB | 0029 | Emails re mediation (0.3) | 0.30 |
| 01/24/13 | LGB | 0029 | Review mediation proposals (.2); review e-mail from Hodara re same (.1); review subsequent e-mail re same (.1); review additional e-mail re same (.1). | 0.50 |
| 01/24/13 | FSH | 0029 | Examine proposal (.2). Numerous communications w/ Committee members and representatives re same (1.8). Conf. call w/ NNI and Ad Hocs (.3). Further work on proposals and communications w/ parties and committee re same (1.7). | 4.00 |
| 01/24/13 | AQ | 0029 | Review and analyze proposal and e-mails regarding same. | 0.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 01/24/13 | AQ | 0029 | Call with Cleary and Milbank regarding proposal. | 0.30 |
| 01/24/13 | AQ | 0029 | Review Capstone analysis of proposal. | 0.20 |
| 01/24/13 | AQ | 0029 | Review and analyze further revised mediator proposal. | 0.30 |
| 01/24/13 | AQ | 0029 | Conference call with debtors and Milbank re further revised proposal. | 0.40 |
| 01/24/13 | AQ | 0029 | E-mails and confer with team re final mediation proposal. | 0.20 |
| 01/24/13 | DHB | 0029 | Extensive email communications re next steps (.4); review new proposal (.4); emails re same (.2) (.1); conference call with U.S. interests re same (.5); review language re response and comment on same (.3); emails re same (.2); final mediation work and extensive calls and emails (2.5). | 4.60 |
| 01/24/13 | BMK | 0029 | Review and analyze mediation proposals and related issues (3.6); calls with Debtor and Ad Hoc professionals re: same (0.7); committee calls and emails re: same (0.5); emails with RLF re: same (0.3) | 5.10 |
| 01/24/13 | KMR | 0029 | Reviewed mediation settlement proposal and revised and responded to emails re: mediation. | 1.80 |
| 01/24/13 | GDB | 0029 | Emails re mediation (0.4) | 0.40 |
| 01/25/13 | SLS | 0029 | Participate in professionals' call to discuss allocation. | 1.30 |
| 01/25/13 | FSH | 0029 | Outline next steps and analyze same (.9). Meet w/ working group re same (1.5). Analyze press statements of Canadian parties and communications re same (.3). Confer w/ R. Jacobs re: Canadian issues (.2). Follow-up (.1). Confer w/ G. Boothman re UK aspects and follow up (.2). TC J. Bromley re: pending issues (.2). | 3.40 |
| 01/25/13 | AQ | 0029 | Meet with Capstone re post-mediation strategy. | 1.50 |
| 01/25/13 | AQ | 0029 | Conference call with R. Pees re allocation issues. | 0.40 |
| 01/25/13 | AQ | 0029 | E-mails regarding mediation press coverage. | 0.20 |
| 01/25/13 | DHB | 0029 | Email communications re mediation results (.5); telephone calls with creditors re same (.2) (.1) (.2) (.2) (.1); meet with team re same (1.5); extensive follow-up re same (1.5). | 4.30 |
| 01/25/13 | BMK | 0029 | Attend team meeting re: allocation next steps (1.5); follow up to same (1.2); draft creditor response script (0.5) | 3.20 |
| 01/25/13 | MCF | 0029 | Prepare notebooks with hearing materials (1.5) and communications with A. Qureshi (.2)(.1) and B. Kahn (.2)(.1)(.2)(.2) re same | 2.50 |
| 01/26/13 | DHB | 0029 | Email communications re mediation next steps (.4) (.1); consider same (.7) including review of June 7 pleadings (.5). | 1.70 |
| 01/27/13 | FSH | 0029 | Communications w/ working group re next steps. | 0.30 |
| 01/27/13 | AQ | 0029 | Review and analyze press articles re mediation. | 0.20 |
| 01/27/13 | AQ | 0029 | E-mails with team and Capstone re mediation publicity. | 0.20 |
| 01/27/13 | AQ | 0029 | Call with Capstone re mediation. | 0.20 |
| 01/27/13 | DHB | 0029 | Emails re mediation next steps. | 0.40 |
| 01/28/13 | FSH | 0029 | Communications w/ committee members and representatives re allocation concepts (.8). Analyze same (.4). Communications w/ A. Pisa re: same (.1). Work on Capstone presentation (.7). Communications w/ J. Bromley re same (.1). | 2.10 |
| 01/28/13 | AQ | 0029 | Review and analyze draft Capstone committee presentation. | 0.30 |
| 01/28/13 | AQ | 0029 | Confer with F. Hodara and D. Botter regarding post-mediation strategy. | 0.30 |
| 01/28/13 | DHB | 0029 | Email communications re mediation next steps (.4); telephone calls with holders re same (.2); meet with F. Hodara and A. Qureshi re next steps (.4); review Capstone presentation and emails re same (1.0). | 2.00 |
| 01/28/13 | BMK | 0029 | Review emails re: allocation next steps | 0.50 |
| 01/29/13 | FSH | 0029 | Numerous communications w/ working group re next steps in allocation issues (.7). Communicate w/ J. Bromley re same (.1). Outline issues (.4). Confer w/ M. Fagen re mediation follow-up (.1). TC J. Bromley and J. Ray re pending issues (.2). Follow-up (.1). | 1.60 |
| 01/29/13 | AQ | 0029 | Review materials regarding allocation experts. | 0.60 |
| 01/29/13 | DHB | 0029 | Continue emails re mediation next steps and proposals (.6); consider same (.4); review final Capstone presentation (.4); telephone calls with creditors re status of mediation (.2). | 1.60 |
| 01/29/13 | BMK | 0029 | Analysis of allocation next step issues | 0.80 |
| 01/30/13 | FSH | 0029 | Work on protocol motion (.3). Confer w/ M. Fagen re same (.2). Confer w/ B. Kahn re same (.1). Confer w/ A. Qureshi re pending items (.2). Conf. call w/ Frasers re same (.5). Confer w/ DB (.1). Communicate w/ | 2.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Committee member (.1). Analyze issues re allocation (.2). Communicate w/ Cleary and Milbank re same (.1). Communications w/ working group re foregoing issues (.2). Conf. call w/ Frasers (.3). | |
| 01/30/13 | DHB | 0029 | Meetings with A. Qureshi and F. Hodara re mediation next steps (.4) and call with FMC (.4); telephone call with C. Delano re same (.2). | 1.00 |
| 01/30/13 | BMK | 0029 | Review and comment on case timeline for allocation analysis | 0.60 |
| 01/30/13 | MCF | 0029 | Attend to matter relating to January mediation. | 0.30 |
| 01/30/13 | MCF | 0029 | Prepare case timeline (.8) and communications with F. Hodara (.3) and B. Kahn (.1) re same | 1.20 |
| 01/31/13 | FSH | 0029 | Review protocol issues (.6). Communicate w/ working group re meeting (.1). Work on options (.8). | 1.50 |
| 01/31/13 | AQ | 0029 | E-mails regarding US court orders. | 0.20 |
| 01/31/13 | AQ | 0029 | Review Canadian and US court orders re scheduling of outstanding disputes. | 0.20 |
| 01/31/13 | DHB | 0029 | Review Court order re scheduling (.1); emails re same (.1); consider open issues for resolution (.5); begin preparation of list and emails re same (.5). | 1.20 |
| 01/31/13 | BMK | 0029 | Review US and Canadian orders re: allocation next steps (0.3); analyze outstanding issue list (0.6); emails with Akin team re: same (0.4); emails to UCC re: same (0.2); tc with N. Levine re: same (0.3); conf with F. Hodara re: same (0.1); confs with A. Qureshi re: same (0.2); tc with S. Schultz re: same (0.1) | 2.20 |
| 01/31/13 | MCF | 0029 | Attention to matter relating to January Mediation (.3) and communications with F. Hodara re same (.1)(.1) | 0.50 |
| 01/03/13 | BMK | 0031 | Review of French claim issues | 0.40 |
| 01/04/13 | FSH | 0031 | Analyze info re French claims and communications re same. | 0.20 |
| 01/10/13 | FSH | 0031 | Communications w/ Cleary, Ashursts, working group re French ruling on employees. | 0.30 |
| | | | Total Hours | 741.05 |