# EXHIBIT C

## DISBURSEMENT SUMMARY
## JANUARY 1, 2013 THROUGH JANUARY 31, 2013

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $3,914.34 |
| Conference Call /Telephone/Video Conferencing | $2,208.52 |
| Duplicating (billed at $.10 per page) | $888.50 |
| Meals/Committee Meeting Expenses | $6,860.96 |
| Travel Expenses – Airfare | $3,217.58 |
| Travel Expenses – Auto Rental | $472.76 |
| Travel Expenses – Ground Transportation | $1,625.67 |
| Travel Expenses – Incidentals | $183.48 |
| Travel Expenses – Lodging | $8,184.78 |
| Travel Expenses – Train Fare | $454.00 |
| **TOTAL** | **$28,010.59** |

104042173 v1