# EXHIBIT D



# Akin Gump
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1465590 |
| Invoice Date | 02/19/13 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/13 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 09/06/12 | Meals (100%) 9/4/12-Patricia Sanchez - Meeting w/Ad Hoc professionals - working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800205; DATE: 9/6/2012 | $299.84 |
| 09/06/12 | Meals (100%) 9/5/12-Patricia Sanchez - Committee call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800205; DATE: 9/6/2012 | $88.84 |
| 11/30/12 | Meals (100%) Late working meal.; .; .; Zena Grocery and Deli | $50.00 |
| 12/06/12 | Meals (100%) 12/3/12 J. Lee - Team meeting working meal (4 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800218; DATE: 12/6/2012 | $45.51 |
| 12/06/12 | Meals (100%) 12/5/12 M. Fagen - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800218; DATE: 12/6/2012 | $113.56 |
| 12/06/12 | Meals (100%) 12/6/12 M. Fagen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800218; DATE: 12/6/2012 | $65.33 |
| 12/06/12 | Meals (100%) 12/6/12 M. Fagen - Committee call working meal (12 people) VENDOR: RESTAURANT | $335.77 |

| Date | Description | Amount |
|---|---|---|
| 12/06/12 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800218; DATE: 12/6/2012 Meals (100%) 12/6/12 J. Lee - Team meeting working meal (5 people) | $37.02 |
| 12/13/12 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800218; DATE: 12/6/2012 Meals (100%) 12/10/12 M. Fagen - Team meeting working meal (6 people) | $116.93 |
| 12/13/12 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800219; DATE: 12/13/2012 Meals (100%) 12/13/12 M. Fagen - In-person committee meeting breakfast (25 people) | $194.89 |
| 12/13/12 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800219; DATE: 12/13/2012 Meals (100%) 12/13/12 M. Fagen - In-person committee meeting - lunch (25 people) | $413.73 |
| 12/20/12 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800219; DATE: 12/13/2012 Meals (100%) 12/20/12 M. Fagen - Meeting with Ad Hoc professionals working meal (12 people) | $146.16 |
| 12/26/12 | VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800220; DATE: 12/20/2012 Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SEARCHES; Quantity: 1.0 | $153.90 |
| 12/26/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 5.0 | $67.50 |
| 12/26/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 12/27/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 13.0 | $175.50 |
| 12/27/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 12/27/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1332856 DATE: 12/30/2012 Fagen Matthew - Haru On Broadway - 12/27/2012 | $24.06 |
| 12/28/12 | Computerized Legal Research - Lexis Service: BRIEFS PLEADINGS | $117.00 |

| Date | Description | Amount |
|---|---|---|
| | MOTIONS; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | |
| 12/28/12 | Computerized Legal Research - Lexis Service: LAW REVIEWS; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $13.50 |
| 12/28/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SEARCHES; Quantity: 3.0 | $461.70 |
| 12/28/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 8.0 | $108.00 |
| 12/28/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 3.0 | $20.93 |
| 12/28/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: SOUTHWELL TRACY; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $27.00 |
| 12/28/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1332856 DATE: 12/30/2012 Manoukian Kristine - Breeze Thai French Kitchen - 12/28/2012 | $16.10 |
| 12/30/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1332856 DATE: 12/30/2012 Manoukian Kristine - Uncle Nick's 9th Ave) - 12/30/2012 | $20.78 |
| 01/02/13 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 1/2/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $483.80 |
| 01/02/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SEARCHES; Quantity: 4.0 | $637.20 |
| 01/02/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $40.50 |
| 01/02/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1155989 DATE: 1/16/2013  Vendor: Dial Car Voucher #: DLA3569760 Date: 01/02/2013 Name: Kristine Manoukian\|\|Car Service, Vendor: Dial Car Voucher #: DLA3569760 Date: 01/02/2013 Name: Kristine Manoukian | $34.69 |
| 01/03/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge | $54.00 |

| Date | Description | Amount |
|---|---|---|
| 01/03/13 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | $6.98 |
| 01/03/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $953.20 |
| 01/04/13 | Document Retrieval In various courts - 10/1/12 to 12/31/12 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q42012; DATE: 1/3/2013 - ACCOUNT ID AG0054 | $27.00 |
| 01/05/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $2,196.55 |
| 01/07/13 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 01001-01001-13; DATE: 1/5/2013 | $67.99 |
| 01/07/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 695118 DATE: 1/10/2013 Vendor: Executive Royal Voucher #: 419721 Date: 01/07/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 419721 Date: 01/07/2013 Name: Lisa Beckerman | $39.60 |
| 01/07/13 | Computerized Legal Research - Westlaw User: LEE,KATIE Date: 1/7/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $15.36 |
| 01/07/13 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 1/7/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $40.50 |
| 01/07/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: DOCUMENT PRINTING; Quantity: 3.0 | $40.50 |
| 01/07/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $447.65 |
| 01/07/13 | Travel - Airfare Airfare to Tornoto to attend Nortel mediation; Travel to Toronto for Nortel mediation; Air Canada | $126.00 |
| 01/08/13 | Computerized Legal Research - Westlaw User: LEE,KATIE Date: 1/8/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $69.01 |
| 01/08/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 695343 DATE: 1/18/2013 Vendor: Executive Royal Voucher #: 426797 Date: 01/08/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: | |

| Date | Description | Amount |
|---|---|---|
| 01/09/13 | Executive Royal Voucher #: 426797 Date: 01/08/2013 Name: Lisa Beckerman Computerized Legal Research - Westlaw User: LEE,KATIE Date: 1/9/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $39.60 |
| 01/09/13 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 1/9/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $23.04 |
| 01/09/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1337029 DATE: 1/13/2013 Lilling Austin - Kodama Japanese - 01/09/2013 | $34.03 |
| 01/09/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 695343 DATE: 1/18/2013 Vendor: Executive Royal Voucher #: 388255 Date: 01/09/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 388255 Date: 01/09/2013 Name: Lisa Beckerman | $69.01 |
| 01/09/13 | Travel - Ground Transportation Taxi from office after late night work at office; NYC Taxi Receipt | $12.00 |
| 01/09/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1156620 DATE: 1/30/2013 Vendor: Dial Car Voucher #: DLA3749225 Date: 01/09/2013 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3749225 Date: 01/09/2013 Name: Austin Lilling | $193.25 |
| 01/10/13 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 1/10/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $104.95 |
| 01/10/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1337029 DATE: 1/13/2013 Kahn Brad - Szechuan Gourmet - 01/10/2013 | $25.21 |
| 01/10/13 | Meals (100%) 1/7/13 M. Fagen - Team meeting working meal (5 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800223; DATE: 1/10/2013 | $116.93 |
| 01/10/13 | Meals (100%) 1/8/13 M. Fagen - In-person meeting with Debtors working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800223; DATE: 1/10/2013 | $146.16 |
| 01/10/13 | Meals (100%) 1/10/13 M. Fagen - Professionals meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800223; DATE: 1/10/2013 | $212.74 |

| Date | Description | Amount |
|---|---|---|
| 01/10/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 695599 DATE: 1/24/2013 Vendor: Executive Royal Voucher #: 375025 Date: 01/10/2013 Name: Oz Halabi\|\|Car Service, Vendor: Executive Royal Voucher #: 375025 Date: 01/10/2013 Name: Oz Halabi | $87.37 |
| 01/10/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 940; DATE ORDERED: 1/10/13 | $94.00 |
| 01/10/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 325; DATE ORDERED: 1/10/13 | $32.50 |
| 01/11/13 | Computerized Legal Research - Westlaw User: MANOUKIAN,KRISTINE Date: 1/11/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $15.36 |
| 01/11/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LEE KATIE; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 01/11/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: LEE KATIE; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | $54.00 |
| 01/11/13 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: LEE KATIE; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 01/12/13 | Travel - Airfare Baggage fee for travel to Toronto to attend Nortel mediation; Baggage fee; Air Canada | $22.50 |
| 01/12/13 | Travel - Auto Rental Car Rental for trip to Toronto via Boston airport re: Nortel; Car Rental to Boston/Toronto; Avis Rental Agreement Receipt | $189.98 |
| 01/13/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC12-53062500000206 DATE: 12/25/2012 PASSENGER: BOTTER DAVID TICKET #: 0584806050 DEPARTURE DATE: 12/11/2012 ROUTE: LGA/YYZ | $45.00 |
| 01/13/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: DEC12-53062500000206 DATE: 12/25/2012 PASSENGER: BOTTER DAVID TICKET #: 7150305223 DEPARTURE DATE: 12/11/2012 ROUTE: LGA/YYZ | $878.86 |
| 01/13/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 695599 DATE: 1/24/2013 Vendor: Executive Royal Voucher #: | $114.16 |

| Date | Description | Amount |
|---|---|---|
| 01/13/13 | 375024 Date: 01/13/2013 Name: Matthew Fagen\|\|Car Service, Vendor: Executive Royal Voucher #: 375024 Date: 01/13/2013 Name: Matthew Fagen | $24.78 |
| 01/13/13 | Meals - Business  Meal at airport en route to mediation in Toronto; M. Fagen; Jet Rock Bar and Grill | $276.13 |
| 01/13/13 | Meals - Business  Meals in hotel during stay to attend Nortel mediation; M. Fagen; Shangri-La hotel | $2,153.89 |
| 01/13/13 | Travel - Lodging (Hotel, Apt, Other)  Hotel stay in Toronto to attend Nortel mediation; Hotel stay to attend mediation; Shangri-La hotel | $90.69 |
| 01/13/13 | Travel - Incidentals - Out-of-Town Travel  Laundry service during stay in Toronto for mediation; Shangri-La hotel | $11.97 |
| 01/13/13 | Telephone - Long Distance  Long distance calls in hotel during stay for mediation; Shangri-La hotel | $13.79 |
| 01/13/13 | Meals - Business  Meal before travel to Toronto for mediation; F. Hodara; Sam Adams | $2,153.89 |
| 01/13/13 | Travel - Lodging (Hotel, Apt, Other)  Hotel stay in Toronto to attend Nortel mediation; Hotel stay to attend Nortel mediation; Shangri-La hotel | $271.13 |
| 01/13/13 | Meals - Business  Meals with Committee representatives; F. Hodara and Nortel Committee representatives; Shangri-La hotel | |
| 01/13/13 | Travel - Airfare  Airfare to attend mediation.; .; Delta | $329.64 |
| 01/13/13 | Meals - Business  Dinner while attending out of state court hearing.; .; La Bettola Di Terroni | $83.00 |
| 01/14/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC12-53062500000206 DATE: 12/25/2012 PASSENGER: BOTTER DAVID TICKET #: 0584806053 DEPARTURE DATE: 12/11/2012 ROUTE: LGA/YYZ | $45.00 |
| 01/14/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: DEC12-53062500000206 DATE: 12/25/2012 PASSENGER: BOTTER DAVID TICKET #: 7150305228 DEPARTURE DATE: 12/11/2012 ROUTE: LGA/YYZ | $986.36 |
| 01/14/13 | Travel - Ground Transportation  VENDOR: DIAL CAR INC INVOICE#: 1156620 DATE: 1/30/2013  Vendor: Dial Car Voucher #: DLA3773544 Date: 01/14/2013 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3773544 Date: 01/14/2013 Name: David Botter | $118.69 |
| 01/14/13 | Meals - Business  Meals re: flight to Toronto to attend mediation.; D. Botter; Nortel - Cibo Market C | $7.34 |
| 01/14/13 | Meals - Business  Meals re: flight to Toronto to attend mediation.; D. Botter; | $8.24 |

| Date | Description | Amount |
|---|---|---|
| 01/14/13 | Nortel - Au Bon Pain Travel - Lodging (Hotel, Apt, Other) Hotel stay (1/14-18/2013) re: attendance at mediation in Toronto.; Shangri-La Hotel in Toronto; Nortel - Shangri-La Hotel | $1,723.11 |
| 01/14/13 | Meals - Business Hotel meals (1/14-18/2013) re: attendance at mediation in Toronto.; D. Botter; Nortel - Shangri-La Hotel Meals | $160.82 |
| 01/14/13 | Travel - Incidentals - Out-of-Town Travel Unreceipted tips in hotel from Jan. 14-18 during trip to attend mediation; Tips - no receipt | $10.03 |
| 01/14/13 | Meals - Business Nortel Committee - mediation dinner (16 people); Nortel Committee - mediation dinner (16 people); Noodle Bar - Momofuku Toronto | $630.54 |
| 01/15/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1156620 DATE: 1/30/2013 Vendor: Dial Car Voucher #: DLA3612537 Date: 01/15/2013 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3612537 Date: 01/15/2013 Name: David Botter | $123.39 |
| 01/15/13 | Travel - Incidentals - Out-of-Town Travel Hotel laundry & valet re: attendance at mediation in Toronto.; Nortel - Shangri-La Hotel Laundry | $61.22 |
| 01/15/13 | Meals - Business Dinner while attending client mediation.; .; Friday's American Grill | $30.32 |
| 01/16/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 695599 DATE: 1/24/2013 Vendor: Executive Royal Voucher #: 418169 Date: 01/16/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 418169 Date: 01/16/2013 Name: Lisa Beckerman | $69.01 |
| 01/16/13 | Meals - Business Meals re: flight to Toronto to attend mediation.; D. Botter; Nortel - Cibo Market C | $9.11 |
| 01/16/13 | Meals - Business Meal during Toronto trip to attend Nortel mediation; F. Hodara; Momofuku Toronto | $32.22 |
| 01/16/13 | Meals - Business Meal during trip to Toronto to attend Nortel mediation; F. Hodara; Ruth's Chris Steakhouse | $26.01 |
| 01/16/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1157506 DATE: 2/6/2013 Vendor: Dial Car Voucher #: DLA3776120 Date: 01/16/2013 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3776120 Date: 01/16/2013 Name: David Botter | $105.89 |
| 01/16/13 | Meals - Business Mediation working | $927.37 |

| Date | Description | Amount |
|---|---|---|
| | dinner.; Brad Kahn, Matt Fagan, David Botter, two persons from PBGC and 3 persons from Capstone.; Ruth's Chris Steakhouse | |
| 01/17/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 1/17/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $33.28 |
| 01/17/13 | Meals (100%) 01/11/13 M. Fagen - In-person committee meeting working meal (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800224; DATE: 1/17/2013 | $782.81 |
| 01/17/13 | Meals - Business Lunch re: attendance at mediation in Toronto (lost receipt).; D. Botter; Nortel - Lunch (Lost Receipt) | $20.06 |
| 01/17/13 | Meals - Business Dinner with Committee members re: attendance at mediation in Toronto.; D. Botter, Committee Members; Nortel - Ruth's Chris Steakhouse | $295.38 |
| 01/17/13 | Meals - Business Meal before attending Nortel mediation; M. Fagen; Toronto Hilton | $30.09 |
| 01/18/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 695599 DATE: 1/24/2013 Vendor: Executive Royal Voucher #: 395065 Date: 01/18/2013 Name: Matthew Fagen\|\|Car Service, Vendor: Executive Royal Voucher #: 395065 Date: 01/18/2013 Name: Matthew Fagen | $172.73 |
| 01/18/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 695599 DATE: 1/24/2013 Vendor: Executive Royal Voucher #: 386799 Date: 01/18/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 386799 Date: 01/18/2013 Name: Lisa Beckerman | $69.01 |
| 01/18/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1156620 DATE: 1/30/2013 Vendor: Dial Car Voucher #: DLA3777146 Date: 01/18/2013 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3777146 Date: 01/18/2013 Name: Abid Qureshi | $123.94 |
| 01/18/13 | Meals - Business Lunch re: attendance at mediation in Toronto.; D. Botter; Nortel - Fune Japanese Restaurant | $45.22 |
| 01/18/13 | Travel - Ground Transportation Taxi to airport to return to NY after attending Nortel mediation in Toronto; AAA Best Choice Taxi | $61.52 |
| 01/18/13 | Meals - Business Meal in Toronto airport after attending Nortel mediation; M. Fagen; Molson Pub | $37.28 |

| Date | Description | Amount |
|---|---|---|
| 01/18/13 | Travel - Airfare Fee for changing airline reservation; Air Canada fee for changing travel; Air Canada | $75.24 |
| 01/18/13 | Travel - Airfare Excess baggage fee; excess baggage fee; Air Canada | $25.08 |
| 01/18/13 | Travel - Ground Transportation Taxi home after returning from Toronto to attend Nortel mediation; Newark Cab Association | $55.00 |
| 01/18/13 | Meals - Business Lunch during Nortel mediation; F. Hodara; Billy Bishop Cafe | $12.47 |
| 01/18/13 | Travel - Lodging (Hotel, Apt, Other) Hotel Shangrila Lodging re: Nortel - 1/14-1/18/13; 1/13/13-1/18/18 Shangrila Hotel; Shangri-La Hotel Invoice | $2,153.89 |
| 01/18/13 | Meals - Business Hotel Breakfast charges re: Nortel Toronto meeting; Brad Kahn; Shangri-La Hotel Invoice | $210.94 |
| 01/18/13 | Travel - Incidentals - Out-of-Town Travel Travel - Incidental Laundry and Valet; Shangri-La Hotel Invoice | $21.54 |
| 01/18/13 | Travel - Airfare Airfare returning from DIP hearing.; .; Delta | $362.25 |
| 01/18/13 | Meals - Business Lunch while traveling to mediation.; .; Toronto Pearson Int'l | $37.14 |
| 01/20/13 | Travel - Auto Rental Car rental for travel from Boston to NY re: Nortel Toronto Meeting; Car rental for travel from Boston to NY; Budget Car Rental Receipt | $282.78 |
| 01/22/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 695599 DATE: 1/24/2013 Vendor: Executive Royal Voucher #: 395135 Date: 01/22/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 395135 Date: 01/22/2013 Name: Lisa Beckerman | $69.01 |
| 01/22/13 | Travel - Train Fare Train to Wilmington, CT for court appearance.; Amtrak | $244.00 |
| 01/22/13 | Travel - Train Fare Train returning from court hearing.; Amtrak | $210.00 |
| 01/23/13 | Travel - Ground Transportation Taxi from train station to client meeting.; Bright Star Taxi | $10.00 |
| 01/24/13 | Meals (100%) 01/22/13 M. Fagen - Nortel committee call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800225; DATE: 1/24/2013 | $97.44 |
| 01/24/13 | Meals (100%) 01/22/13 M. Fagen - Nortel committee call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800225; DATE: 1/24/2013 | $92.54 |
| 01/24/13 | Meals (100%) 01/24/13 M. Fagen - Team meeting/calls working meal (8 people) VENDOR: RESTAURANT | $146.16 |

| Date | Description | Amount |
|---|---|---|
| 01/24/13 | ASSOCIATES; INVOICE#: 2033800225; DATE: 1/24/2013 Meals (100%) 01/24/13 N. Kunen - Team meeting/calls working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800225; DATE: 1/24/2013 | $49.04 |
| 01/25/13 | Duplication - In House Photocopy - User # 990100, NY, 1671 page(s) | $167.10 |
| 01/25/13 | Duplication - In House Photocopy - User # 990100, NY, 5489 page(s) | $548.90 |
| 01/29/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 460; DATE ORDERED: 1/29/13 | $46.00 |

Current Expenses　　$28,010.59