# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JANUARY 1, 2013 THROUGH JANUARY 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2012 Hourly Billing Rate | 2013 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 14 years; Admitted in 1989; Financial Restructuring Department | $995 | $1,000 | 33.80 | $33,800.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $975 | $1,000 | 114.60 | $114,600.00 |
| Fred S. Hodara | Partner for 24 years; Admitted in 1982; Financial Restructuring Department | $1,050 | $1,100 | 117.75 | $129,525.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $825 | $900 | 65.40 | $58,860.00 |
| Robert H. Pees | Partner for 17 years; Admitted in 1988; Litigation Department; | $850 | $870 | 0.50 | $435.00 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $775 | $850 | 7.10 | $6,035.00 |
| Austin S. Lilling | Senior Counsel for 2 years; Admitted in 2001; Tax Department | $625 | $640 | 14.50 | $9,280.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $705 | $720 | 46.60 | $33,552.00 |
| Brad M. Kahn | Counsel for 1 years; Admitted in 2008; Financial Restructuring Department | $575 | $675 | 105.00 | $70,875.00 |
| Angeline L. Koo | Counsel for 3 years; Admitted in 2005; Litigation Department | $625 | $665 | 3.20 | $2,128.00 |
| Graeme D. Bell | International Law Advisor for 5 years; Admitted in 2003; Financial Restructuring Department | $695 | $760 | 1.60 | $1,216.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | 2012 Hourly Billing Rate | 2013 Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|---|
| Matthew C. Fagen | Associate for 2 years; Not Yet Admitted; Financial Restructuring Department | $375 | $450 | 85.80 | $38,610.00 |
| Oz Halabi | Associate for 2 years; Admitted in 2013; Tax Department | $375 | $440 | 12.50 | $5,500.00 |
| Adam S. Krotman | Associate for 3 years; Admitted in 2010. Tax Department | $475 | $545 | 23.60 | $12,862.00 |
| Yochun K. lee | Associate for 2 years; Admitted in 2012; Financial Restructuring Department | $360 | $400 | 25.20 | $10,080.00 |
| Kristine G. Manoukian | Associate for 5 years; Admitted in 2008; Financial Restructuring Department | $575 | $675 | 52.40 | $35,370.00 |
| Joshua Y. Sturm | Associate for 7 years; Admitted in 2007; Financial Restructuring Department | $600 | $700 | 25.10 | $17,570.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 24 years; Financial Restructuring Department | $235 | $245 | 2.00 | $490.00 |
| Jonathan A. Samper | Legal Assistant for 2 years; Financial Restructuring Department | $215 | $225 | 1.90 | $427.50 |
| Peter J. Sprofera | Legal Assistant for 37 years; Financial Restructuring Department | $270 | $285 | 1.70 | $484.50 |
| Refugio Acker-Ramirez | Librarian for 4 years | $105 | $115 | 0.80 | $92.00 |

Total Amount of Fees:     $581,792.00
Total Number of Hours:    741.05
Blended Hourly Rate:      $785.09

104042173 v1