IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc. et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Hearing Date: March 26, 2013 at 10:00 a.m. (ET)** |

## NOTICE OF SIXTEENTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 22, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2012 through January 31, 2013[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,233,030.25 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $58,530.01 |

This is (a)n:  _X_  interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's November and December 2012 and January 2013 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 1/2/13 Docket No. 9230 | 11/1/12 – 11/30/12 | $291,414.25 | $19,178.36 | $233,131.40 | $19,178.36 | $58,282.85 |
| Date Filed: 2/6/13 Docket No. 9379 | 12/1/12 – 12/31/12 | $359,824.00 | $11,341.06 | Pending Obj deadline $287,859.20 | Pending Obj deadline $11,341.06 | $71,964.80 |
| Date Filed: 2/22/13 Docket No. N/A | 1/1/13 – 1/31/13 | $581,792.00 | $28,010.59 | Pending Obj deadline $465,433.60 | Pending Obj deadline $28,010.59 | $116,358.40 |
| TOTALS: | | $1,233,030.25 | $58,530.01 | $986,424.20[3] | $58,530.01[4] | $246,606.05 |

Summary of any Objections to Fee Applications: None.

Dated: February 22, 2013
New York, New York

_____
Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.