# **EXHIBIT A**

RLF1 8169857v.1

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 21, 2013  
Invoice 425281  
Page 2  
Client #  732310  

Matter # 165839

For services through January 31, 2013  
relating to Case Administration

| Date | Description | | | | |
|---|---|---|---|---|---|
| 01/04/13 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | | $86.00 |
| 01/04/13 | Update and calendar critical dates | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | | $90.00 |
| 01/15/13 | Review docket (.1); Review and update critical dates (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | | $43.00 |
| 01/30/13 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | | $86.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $305.00 |
| TOTAL DUE FOR THIS INVOICE | **$305.00** |
| BALANCE BROUGHT FORWARD | $560.90 |
| **TOTAL DUE FOR THIS MATTER** | **$865.90** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

February 21, 2013
Invoice 425281
Page 3
Client # 732310

Matter # 165839

For services through January 31, 2013
relating to Claims Administration

| | | | | |
|---|---|---|---|---|
| 01/25/13 | Email to A. Cordo re: Skidmore claim inquiry | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |

| | |
|---|---|
| Total Fees for Professional Services | $45.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$45.00** |
| BALANCE BROUGHT FORWARD | $75.00 |
| **TOTAL DUE FOR THIS MATTER** | **$120.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 21, 2013  
Invoice 425281  
Page 4  

Client #  732310  

Matter #  165839  

For services through January 31, 2013  
relating to Court Hearings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/07/13 | Email correspondence with C. Samis re: 1/9 hearing (.1); Review agenda re: same (.2) | | | | |
| | Associate — Andrew C. Irgens | | 0.30 hrs. | 400.00 | $120.00 |
| 01/07/13 | Retrieve and review 1/9/13 agenda (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.20 hrs. | 215.00 | $43.00 |
| 01/07/13 | Email to A. Irgens re: covering 1/9/13 hearing (.1); Review agenda for 1/9/13 hearing (.2) | | | | |
| | Associate — Christopher M. Samis | | 0.30 hrs. | 450.00 | $135.00 |
| 01/08/13 | Review hearing binder re: 1/9 hearing | | | | |
| | Associate — Andrew C. Irgens | | 0.30 hrs. | 400.00 | $120.00 |
| 01/08/13 | Prepare 1/9/13 heairng binder (.2); Telephone call to Courtcall re: 1/9/13 telephonic appearances for B. Kahn and D. Botter (.2); E-mail to B. Kahn re: same (.1); Retrieve re: amended 1/9/13 agenda (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal — Barbara J. Witters | | 0.70 hrs. | 215.00 | $150.50 |
| 01/08/13 | Email to A. Cordo re: cancellation of 1/9/13 hearing | | | | |
| | Associate — Christopher M. Samis | | 0.10 hrs. | 450.00 | $45.00 |
| 01/09/13 | Email correspondence with C. Samis re: 1/9 hearing | | | | |
| | Associate — Andrew C. Irgens | | 0.10 hrs. | 400.00 | $40.00 |
| 01/17/13 | Review court schedule for hearings (.1); Email to C. Samis re: same (.1) | | | | |
| | Associate — Amanda R. Steele | | 0.20 hrs. | 350.00 | $70.00 |
| 01/17/13 | Email to B. Kahn re: rescheduled interim fee hearing | | | | |
| | Associate — Christopher M. Samis | | 0.10 hrs. | 450.00 | $45.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

February 21, 2013  
Invoice 425281  
Page 5  
Client # 732310  

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/18/13 | Retrieve and review re: 1/23/13 agenda (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal    Barbara J. Witters | | 0.20 hrs. | 215.00 | $43.00 |
| 01/22/13 | Retrieve and review re: 1/23/13 amended agenda (.1); E-mail to distribution re: same (.1);Retrieve re: 1/23/13 agenda pleadings (.2); Prepare 1/23/13 hearing binder (.5); Retrieve and review re: 1/23/13 second amended agenda (.1); E-mail to distribution re: same (.1); Revise 1/23/13 hearing binder (.3) | | | | |
| | Paralegal    Barbara J. Witters | | 1.40 hrs. | 215.00 | $301.00 |
| 01/22/13 | Prepare for 1/23/13 hearing (2.1); Email to L. Beckerman re: preparation for 1/23/12 hearing (.1); Emails to B. Witters re: preparation for 1/23/12 hearing (.2) | | | | |
| | Associate    Christopher M. Samis | | 2.40 hrs. | 450.00 | $1,080.00 |
| 01/23/13 | Prepare for 1/23/13 hearing | | | | |
| | Paralegal    Barbara J. Witters | | 0.20 hrs. | 215.00 | $43.00 |
| 01/23/13 | Attend 1/24/13 hearing (1.3); Pre-1/24/13 hearing meeting with L. Beckerman re: strategy for 1/23/13 hearing (.5); Prepare for 1/24/13 hearing (1.5) | | | | |
| | Associate    Christopher M. Samis | | 3.30 hrs. | 450.00 | $1,485.00 |

|  |  |
|---|---:|
| Total Fees for Professional Services | $3,720.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$3,720.50** |
| BALANCE BROUGHT FORWARD | $2,186.20 |
| **TOTAL DUE FOR THIS MATTER** | **$5,906.70** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

February 21, 2013
Invoice 425281

Page 6

Client # 732310

Matter # 165839

For services through January 31, 2013
relating to Employee Issues

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/15/13 | Email to A. Cordo re: authorization to file deferred compensation settlement motion (.1); Review changes to deferred compensation settlement order (.3) | Associate — Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |
| 01/18/13 | Attention to filing statement in support of incentive plan | Associate — Amanda R. Steele | 0.30 hrs. | 350.00 | $105.00 |
| 01/18/13 | Finalize and file re: statement in support of special incentive payment agreement (.2); Coordinate service re: same (.2); Prepare aos re: same (.2) | Paralegal — Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 01/18/13 | Review Committee statement in support of incentive plan (.6); Email to B. Kahn re: review of Committee statement in support of incentive plan (.1); Emails to A. Steele re: filing and service of Committee statement in support of incentive plan (.5); Call with Judge Gross and parties re: LTD settlement (.4); Prepare for 1/20/13 call with Judge Gross and parties re: LTD settlement (.3); Email to L. Beckerman re: LTD settlement (.1) | Associate — Christopher M. Samis | 2.00 hrs. | 450.00 | $900.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,314.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,314.00** |
| BALANCE BROUGHT FORWARD | $177.30 |
| **TOTAL DUE FOR THIS MATTER** | **$1,491.30** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 21, 2013
Invoice 425281
Page 7

Client #  732310

Matter #  165839

For services through January 31, 2013
relating to  Litigation/Adversary Proceedings

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/17/13 | Emails to B. Kahn re: teleconference with Judge Gross on mediation (.4); Call with F. Hodara B. Kahn and others re: teleconference with Judge Gross on mediation (.5); Call with B. Kahn re: teleconference with Judge Gross on mediation (.2); Emails to M. Collins re: teleconference with Judge Gross on mediation (.4); Prepare for call with F. Hodara, B. Kahn and others re: teleconference with Judge Gross on mediation (.3) | Associate — Christopher M. Samis | 1.80 hrs. | 450.00 | $810.00 |
| 01/17/13 | Call with F. Hodara, C. Samis and B. Kahn re: status of mediation and related issues | Director — Mark D. Collins | 0.50 hrs. | 775.00 | $387.50 |
| 01/24/13 | Review emails from F. Hodara and B. Kahn re: mediation results and next steps (.3); Participate in conference call with F. Hodara and others re: mediation results and next steps (.8); Emails to D. Abbott re: mediation results and next steps (.3); Emails to F. Hodara, B. Kahn and M. Collins re: mediation results and next steps (.3) | Associate — Christopher M. Samis | 1.70 hrs. | 450.00 | $765.00 |
| 01/25/13 | Allocation mediation strategy call with F. Hodara, D. Botter, B. Kahn and others (1.0); Email to B. Kahn re: allocation mediation strategy (.1) | Associate — Christopher M. Samis | 1.10 hrs. | 450.00 | $495.00 |

Total Fees for Professional Services          $2,457.50

TOTAL DUE FOR THIS INVOICE          **$2,457.50**
BALANCE BROUGHT FORWARD          $150.00

**TOTAL DUE FOR THIS MATTER**          **$2,607.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

February 21, 2013  
Invoice 425281  
Page 8  
Client # 732310

Matter # 165839

For services through January 31, 2013  
relating to RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/13 | E-mail to L. Stevenson re: RLF December fee and expense estimates (.1); E-mail to B. Kahn re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 01/17/13 | Review RLF December bill memos | Paralegal — Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| 01/23/13 | Prepare cno re: RLF November fee application (.2); Finalize and file cno re: same (.2) | Paralegal — Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 01/28/13 | Review and revise re: RLF December fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal — Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $408.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$408.50** |
| BALANCE BROUGHT FORWARD | $857.80 |
| **TOTAL DUE FOR THIS MATTER** | **$1,266.30** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 21, 2013  
Invoice 425281  
Page 9  
Client #  732310

Matter #  165839

---

For services through January 31, 2013  
relating to  Fee Applications of Others

| Date | Description | | | |
|---|---|---|---|---|
| 01/02/13 | Attention to e-mail from B. Kahn re: Akin Gump November fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 01/02/13 | Review, revise and finalize 46th monthly fee application of Akin | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 01/03/13 | Attention to e-mail from B. Kahn re: Capstone November fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 01/03/13 | Review, revise and finalize Capstone forty-sixth monthly fee application | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 01/07/13 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 01/16/13 | Prepare cno re: Ashurst November fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 01/23/13 | Attention to e-mail from B. Kahn re: Ashurst December fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 21, 2013
Invoice 425281
Page 10

Client #  732310

Matter #  165839

| Date | Description | | | Amount |
|---|---|---|---|---|
| 01/24/13 | Attention to e-mail from B. Kahn re: Capstone Advisory December fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 01/25/13 | Prepare cno re: Akin Gump Nov fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone Nov fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 215.00 | $172.00 |
| 01/28/13 | Emails to B. Kahn re: W-9 for Jefferies (.2); Emails to A. Cordo re: W-9 for Jefferies (.2) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |
| 01/31/13 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |

Total Fees for Professional Services    $1,716.50

TOTAL DUE FOR THIS INVOICE    **$1,716.50**
BALANCE BROUGHT FORWARD    $2,763.00

**TOTAL DUE FOR THIS MATTER**    **$4,479.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

February 21, 2013  
Invoice 425281  
Page 11  
Client # 732310

## Summary of Hours

|                     | Hours | Rate/Hr  | Dollars  |
|---------------------|-------|----------|----------|
| Amanda R. Steele    | 0.50  | 350.00   | 175.00   |
| Andrew C. Irgens    | 0.70  | 400.00   | 280.00   |
| Barbara J. Witters  | 12.30 | 215.00   | 2,644.50 |
| Christopher M. Samis| 14.40 | 450.00   | 6,480.00 |
| Mark D. Collins     | 0.50  | 775.00   | 387.50   |
| TOTAL               | 28.40 | $350.95  | 9,967.00 |

**TOTAL DUE FOR THIS INVOICE**                                $11,540.44

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310