# EXHIBIT B



**RICHARDS LAYTON & FINGER**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

February 21, 2013
Invoice 425281

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through January 31, 2013
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Business Meals | $187.01 |
| Conference Calling | $14.96 |
| Document Retrieval | $161.60 |
| Long distance telephone charges | $1.39 |
| Messenger and delivery service | $368.40 |
| Photocopying/Printing<br>4,109 @ $.10/pg. / 1,076 @ $.10/pg. | $518.50 |
| Postage | $321.58 |

| | |
|---|---|
| Other Charges | $1,573.44 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,573.44** |
| BALANCE BROUGHT FORWARD | $413.68 |
| **TOTAL DUE FOR THIS MATTER** | **$1,987.12** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 21, 2013
Invoice 425281
Page 12
Client #  732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Employee Issues
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|--|----------------|
| 01/02/13 | Photocopies | | DUP.10CC |
| | Amount = $35.50 | | |
| 01/02/13 | Messenger and delivery | | MESS |
| | Amount = $51.30 | | |
| 01/02/13 | Postage | | POST |
| | Amount = $9.90 | | |
| 01/02/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/02/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/02/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 01/02/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 01/02/13 | Printing | | DUP.10CC |
| | Amount = $0.90 | | |
| 01/02/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 01/02/13 | Printing | | DUP.10CC |
| | Amount = $3.60 | | |
| 01/02/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 21, 2013
Invoice 425281

Page 13

Client #  732310

| 01/02/13 | Printing | | DUP.10CC |
|---|---|---|---|
| | Amount = | $1.20 | |
| 01/02/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/03/13 | Messenger and delivery charges | | MESS |
| | Amount = | $12.90 | |
| 01/03/13 | Postage | | POST |
| | Amount = | $6.90 | |
| 01/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/03/13 | Printing | | DUP.10CC |
| | Amount = | $3.50 | |
| 01/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/03/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/04/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/04/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/07/13 | PACER | | DOCRETRI |
| | Amount = | $26.60 | |
| 01/07/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 21, 2013
Invoice 425281

Page 14

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 01/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/07/13 | Printing | | DUP.10CC |
| | | Amount = $7.00 | |
| 01/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/07/13 | Printing | | DUP.10CC |
| | | Amount = $1.50 | |
| 01/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/08/13 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 01/08/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/15/13 | PACER | | DOCRETRI |
| | | Amount = $19.00 | |
| 01/15/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 01/15/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 01/16/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 01/16/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/16/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/16/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Photocopies | | DUP.10CC |
| | | Amount = $0.60 | |
| 01/18/13 | Photocopies | | DUP.10CC |
| | | Amount = $175.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 21, 2013
Invoice 425281

Page 15

Client #  732310

| 01/18/13 | Messenger and delivery charges | | MESS |
| | | Amount = $258.00 | |
| 01/18/13 | PACER | | DOCRETRI |
| | | Amount = $9.60 | |
| 01/18/13 | Postage | | POST |
| | | Amount = $285.22 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $1.80 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $3.00 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 21, 2013
Invoice 425281
Page 16
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $3.00 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 01/22/13 | Photocopies | | DUP.10CC |
| | | Amount = $0.60 | |
| 01/22/13 | Photocopies | | DUP.10CC |
| | | Amount = $137.40 | |
| 01/22/13 | PACER | | DOCRETRI |
| | | Amount = $61.20 | |
| 01/22/13 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 01/22/13 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 01/22/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 01/22/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

February 21, 2013
Invoice 425281
Page 17
Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $2.60 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $0.80 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $0.90 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $2.30 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $14.20 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $17.20 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $1.10 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $9.60 | | |
| 01/22/13 | Printing | | DUP.10CC |
| | Amount = $4.00 | | |
| 01/23/13 | RODNEY GRILLE: CMS | | MEALSCL |
| | Amount = $83.51 | | |
| 01/23/13 | CAVANAUGH'S RESTAURANT: Food Service | | MEALSCL |
| | Amount = $103.50 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

February 21, 2013  
Invoice 425281  
Page 18  
Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 01/23/13 | Photocopies | Amount =  $18.00 | DUP.10CC |
| 01/23/13 | Photocopies | Amount =  $1.60 | DUP.10CC |
| 01/23/13 | Messenger and delivery charges | Amount =  $12.90 | MESS |
| 01/23/13 | Messenger and delivery | Amount =  $7.50 | MESS |
| 01/23/13 | PACER | Amount =  $37.80 | DOCRETRI |
| 01/23/13 | Postage | Amount =  $6.30 | POST |
| 01/23/13 | Printing | Amount =  $0.20 | DUP.10CC |
| 01/23/13 | Printing | Amount =  $0.30 | DUP.10CC |
| 01/23/13 | Printing | Amount =  $1.00 | DUP.10CC |
| 01/23/13 | Printing | Amount =  $1.10 | DUP.10CC |
| 01/23/13 | Printing | Amount =  $0.30 | DUP.10CC |
| 01/23/13 | Printing | Amount =  $0.10 | DUP.10CC |
| 01/23/13 | Printing | Amount =  $0.10 | DUP.10CC |
| 01/23/13 | Printing | Amount =  $0.10 | DUP.10CC |
| 01/23/13 | Printing | Amount =  $3.00 | DUP.10CC |
| 01/23/13 | Printing | Amount =  $0.10 | DUP.10CC |
| 01/23/13 | Printing | Amount =  $0.10 | DUP.10CC |
| 01/23/13 | Printing | Amount =  $0.10 | DUP.10CC |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 21, 2013
Invoice 425281

Page 19

Client #  732310

| 01/23/13 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $0.10 | |
| 01/24/13 | Photocopies | | DUP.10CC |
| | | Amount =  $20.00 | |
| 01/24/13 | Messenger and delivery charges | | MESS |
| | | Amount =  $12.90 | |
| 01/24/13 | Postage | | POST |
| | | Amount =  $6.30 | |
| 01/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 01/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 01/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 01/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 01/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 01/25/13 | 19132267476 Long Distance | | LD |
| | | Amount =  $1.39 | |
| 01/25/13 | PACER | | DOCRETRI |
| | | Amount =  $4.40 | |
| 01/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 01/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 01/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 01/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 01/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 01/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 01/28/13 | Photocopies | | DUP.10CC |
| | | Amount =  $22.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

February 21, 2013
Invoice 425281
Page 20
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 01/28/13 | Messenger and delivery charges | | MESS |
| | Amount = | $12.90 | |
| 01/28/13 | Postage | | POST |
| | Amount = | $6.96 | |
| 01/28/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/28/13 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 01/28/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/28/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/28/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/28/13 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 01/30/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/30/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/30/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 01/30/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 01/30/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 01/31/13 | Conference Calls for January Conference Calling | | CONFCALL |
| | Amount = | $14.96 | |
| 01/31/13 | Printing | | DUP.10CC |
| | Amount = | $1.10 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc

Expenses    $1,573.44