## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 1/1/2013 through 1/31/2013**

| Professional | Position | 2012 Billing Rate | Billing Rate Effective 1/1/13 | Hours | Fees |
|---|---|---|---|---|---|
| C. Kearns | Executive Director | $760 | $830 | 74.40 | $61,752.00 |
| J. Borow | Executive Director | $760 | $830 | 99.50 | $82,585.00 |
| J. Hyland | Executive Director | $595 | $635 | 163.00 | $103,505.00 |
| A. Cowie | Managing Director | $550 | $575 | 21.70 | $12,477.50 |
| T. Morilla | Director | $360 | $380 | 189.00 | $71,820.00 |
| M. Haverkamp | Paraprofessional | $120 | $120 | 2.90 | $348.00 |
| **For the Period 1/1/2013 through 1/31/2013** | | | | **550.50** | **$332,487.50** |