**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 1/1/2013 through 1/31/2013

| Task Code | Hours | Fees |
| --- | --- | --- |
| 01. Asset Acquisition/Disposition | 317.30 | $198,127.00 |
| 05. Professional Retention/Fee Application Preparation | 6.60 | $2,187.50 |
| 08. Interaction/Mtgs w Creditors | 39.00 | $28,402.50 |
| 09. Employee Issues/KEIP | 7.30 | $3,615.50 |
| 10. Recovery/SubCon/Lien Analysis | 106.80 | $60,400.50 |
| 11. Claim Analysis/Accounting | 59.80 | $32,955.50 |
| 18. Operating and Other Reports | 9.10 | $4,362.50 |
| 19. Cash Flow/Cash Mgmt Liquidity | 4.60 | $2,436.50 |
| **For the Period 1/1/2013 through 1/31/2013** | **550.50** | **$332,487.50** |

Capstone Advisory Group, LLC
Invoice for the 1/1/2013-1/31/2013 Fee Statement