**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 1/1/2013 through 1/31/2013

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 1/2/2013 | T. Morilla | 1.70 | Reviewed April 2011 mediation materials. |
| 1/2/2013 | J. Hyland | 2.10 | Reviewed proceeds allocation scenario. |
| 1/3/2013 | T. Morilla | 2.80 | Continued to review April 2011 mediation materials in preparation for the January mediation session. |
| 1/4/2013 | J. Hyland | 1.80 | Reviewed proceeds allocation matters. |
| 1/4/2013 | T. Morilla | 2.10 | Reviewed and analyzed previous US Debtor, UCC and Ad Hoc mediation submissions. |
| 1/4/2013 | T. Morilla | 2.30 | Continued to review and analyzed April 2011 mediation materials. |
| 1/7/2013 | J. Hyland | 0.40 | Reviewed real estate status. |
| 1/7/2013 | T. Morilla | 0.90 | Reviewed and analyzed mediation strategy. |
| 1/7/2013 | J. Hyland | 2.80 | Continued reviewing information for mediation. |
| 1/7/2013 | J. Hyland | 2.90 | Reviewed information for mediation. |
| 1/8/2013 | J. Hyland | 0.50 | Participated in call with counsel re: proceeds allocation. |
| 1/8/2013 | T. Morilla | 1.10 | Reviewed the Canadian estate-owned assets. |
| 1/8/2013 | J. Hyland | 1.50 | Participated in call with Cleary, J. Ray, Chilmark, counsel, and Frasers re: proceeds allocation mediation. |
| 1/8/2013 | J. Hyland | 1.70 | Conducted call with M. Sandberg re: assets and claims. |
| 1/8/2013 | J. Hyland | 2.40 | Reviewed mediation statements. |
| 1/8/2013 | J. Hyland | 2.60 | Analyzed assets and claims. |
| 1/9/2013 | C. Kearns | 0.20 | Reviewed latest mediation issues/script. |
| 1/9/2013 | T. Morilla | 2.70 | Reviewed and analyzed the November 2010 mediation materials. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/9/2013 | T. Morilla | 2.80 | Reviewed and analyzed mediation strategy. |
| 1/10/2013 | C. Kearns | 0.10 | Participated in call with Hodara and followed up with email re: contact with ad hocs for update on their approach to mediation. |
| 1/10/2013 | T. Morilla | 1.20 | Continued to review and analyze mediation strategy. |
| 1/10/2013 | J. Hyland | 2.50 | Reviewed allocation analysis. |
| 1/11/2013 | J. Hyland | 0.20 | Conducted call with M. Sandberg re: mediation. |
| 1/11/2013 | T. Morilla | 1.20 | Continued to review and analyze the mediation strategy. |
| 1/11/2013 | J. Hyland | 2.30 | Continued reviewing analyses for mediation. |
| 1/11/2013 | J. Hyland | 2.90 | Reviewed analyses for mediation. |
| 1/13/2013 | J. Hyland | 1.50 | Continued to prepare for mediation. |
| 1/13/2013 | J. Hyland | 2.90 | Prepared for mediation. |
| 1/14/2013 | C. Kearns | 1.20 | Prepared for mediation. |
| 1/14/2013 | T. Morilla | 2.30 | Continued to review and analyze previous mediation submissions. |
| 1/14/2013 | T. Morilla | 2.60 | Continued to review and analyze previous mediation submissions. |
| 1/14/2013 | T. Morilla | 2.90 | Reviewed and analyzed previous mediation submissions. |
| 1/14/2013 | C. Kearns | 7.70 | Attended a portion of the mediation in Toronto. |
| 1/14/2013 | J. Borow | 11.60 | Prepared for attended and participated in mediation in Toronto. |
| 1/14/2013 | J. Hyland | 11.60 | Attended mediation in Toronto. |
| 1/15/2013 | T. Morilla | 1.40 | Continued to review and analyze previous mediation submissions. |
| 1/15/2013 | T. Morilla | 1.60 | Continued to review and analyze the mediation proposal documents. |
| 1/15/2013 | T. Morilla | 2.50 | Reviewed and analyzed the estate-owned assets. |
| 1/15/2013 | T. Morilla | 2.80 | Continued to review and analyze previous mediation submissions. |
| 1/15/2013 | C. Kearns | 9.30 | Attended a portion of mediation day 2. |
| 1/15/2013 | J. Borow | 10.80 | Prepared for attended and participated in mediation in Toronto. |

**Capstone Advisory Group, LLC**  
**Invoice for the 1/1/2013-1/31/2013 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/15/2013 | J. Hyland | 10.80 | Attended mediation in Toronto. |
| 1/16/2013 | T. Morilla | 1.90 | Continued to review and analyzed the creditor recovery model. |
| 1/16/2013 | T. Morilla | 2.20 | Analyzed each estate's owned assets. |
| 1/16/2013 | T. Morilla | 2.50 | Reviewed and analyzed medation proposals. |
| 1/16/2013 | T. Morilla | 2.80 | Continued to review and analyze mediation proposals. |
| 1/16/2013 | C. Kearns | 12.50 | Attended a portion of mediation day 3. |
| 1/16/2013 | J. Borow | 16.50 | Prepared for attended and participated in mediation in Toronto. |
| 1/16/2013 | J. Hyland | 16.50 | Attended mediation in Toronto. |
| 1/17/2013 | T. Morilla | 2.50 | Continued to review and analyze the mediation proposal documents. |
| 1/17/2013 | T. Morilla | 2.90 | Continued to review and analyze the mediation proposal documents. |
| 1/17/2013 | C. Kearns | 10.20 | Attended a portion of mediation day 4. |
| 1/17/2013 | J. Borow | 13.00 | Prepared for attended and participated in mediation in Toronto. |
| 1/17/2013 | J. Hyland | 13.00 | Attended mediation in Toronto. |
| 1/18/2013 | T. Morilla | 1.70 | Continued to construct the mediation session summary presentation. |
| 1/18/2013 | C. Kearns | 2.00 | Debriefed from mediation. |
| 1/18/2013 | T. Morilla | 2.80 | Continued to review materials from the mediation session. |
| 1/18/2013 | T. Morilla | 2.80 | Began constructing the mediation session summary presentation. |
| 1/18/2013 | J. Hyland | 4.50 | Continued to review materials from the mediation session. |
| 1/18/2013 | J. Borow | 4.50 | Continued to review materials from the mediation session. |
| 1/19/2013 | C. Kearns | 0.60 | Reviewed analysis of mediation proposals and sensitivities. |
| 1/20/2013 | J. Hyland | 2.00 | Reviewed summary of mediation. |
| 1/20/2013 | J. Hyland | 2.80 | Analyzed mediation results. |
| 1/21/2013 | T. Morilla | 2.80 | Continued to revise the January mediation session presentation based on comments. |

Capstone Advisory Group, LLC                                                                            Page 3 of 13
Invoice for the 1/1/2013-1/31/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/21/2013 | J. Hyland | 2.90 | Reviewed UCC presentation. |
| 1/21/2013 | T. Morilla | 2.90 | Continued to prepare the January mediation session presentation. |
| 1/21/2013 | T. Morilla | 2.90 | Continued preparing the January mediation session presentation. |
| 1/22/2013 | C. Kearns | 0.80 | Reviewed and analyzed additional issues/needs to resolve mediation. |
| 1/22/2013 | T. Morilla | 1.20 | Revised the January mediation presentation based on edits. |
| 1/22/2013 | J. Borow | 1.30 | Prepared for and participated in discussions with UCC and advisors re: status of mediation and related issues. |
| 1/22/2013 | T. Morilla | 1.70 | Reviewed and analyzed the January mediation presentation. |
| 1/22/2013 | T. Morilla | 1.90 | Continued to edit the January mediation session presentation based on comments. |
| 1/22/2013 | T. Morilla | 2.60 | Continued to edit the January mediation presentation based on comments. |
| 1/22/2013 | J. Borow | 2.90 | Reviewed various analyses re mediation proposals and potential settlement. |
| 1/23/2013 | C. Kearns | 0.50 | Participated in two calls with Milbank and CGSH re: responses to mediator proposals. |
| 1/23/2013 | J. Hyland | 0.90 | Conducted call with M. Sandberg re: mediation proposals. |
| 1/23/2013 | T. Morilla | 2.10 | Reviewed and analyzed the January mediation presentation. |
| 1/23/2013 | J. Hyland | 2.70 | Analyzed potential mediation proposals. |
| 1/23/2013 | J. Borow | 2.90 | Reviewed analyses of potential settlement positions for mediation. |
| 1/24/2013 | C. Kearns | 1.00 | Participated in multiple calls with counsel, Milbank and CGSH to discuss two mediator proposals. |
| 1/24/2013 | T. Morilla | 1.50 | Continued to review additional proposal scenario. |
| 1/24/2013 | J. Borow | 2.90 | Reviewed analyses of potential settlement positions for mediation. |
| 1/25/2013 | C. Kearns | 0.50 | Responded to calls from holders re: Mediator's press release terminating the mediation. |
| 1/25/2013 | J. Borow | 1.40 | Prepared for and participated in meeting with professionals to UCC re: status of mediation and responses. |
| 1/25/2013 | T. Morilla | 1.70 | Reviewed post-mediation summary. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/25/2013 | T. Morilla | 2.30 | Continued putting together revised January mediation proposal presentation. |
| 1/25/2013 | T. Morilla | 2.50 | Continued revising the January mediation presentation. |
| 1/27/2013 | C. Kearns | 0.40 | Exchanged numerous emails with counsel and Frasers re: mediation debrief and tentative plan for upcoming hearings in Toronto and Wilmington. |
| 1/28/2013 | C. Kearns | 0.60 | Reviewed draft document for UCC re: mediation debrief. |
| 1/28/2013 | T. Morilla | 0.90 | Continued to review the estate-owned assets. |
| 1/28/2013 | T. Morilla | 1.90 | Continued to revise and edit the January mediation session presentation. |
| 1/28/2013 | T. Morilla | 2.10 | Continued to edit and revise the January mediation session presentation based on comments. |
| 1/28/2013 | T. Morilla | 2.20 | Continued to revise and edit the January mediation session presentation. |
| 1/28/2013 | T. Morilla | 2.80 | Revised and edited the January mediation session presentation. |
| 1/29/2013 | C. Kearns | 0.50 | Participated in pre-meeting with counsel to prepare for UCC meeting and review critical path. |
| 1/29/2013 | T. Morilla | 1.20 | Reviewed and analyzed the mediation proposals and go-forward strategy. |
| 1/29/2013 | T. Morilla | 2.80 | Continued to make edits to the January mediation sessions presentation. |
| 1/30/2013 | T. Morilla | 2.10 | Continued to revise and edit the January mediation session presentation. |
| 1/30/2013 | T. Morilla | 2.70 | Continued to review and edit the January mediation session presentation. |
| 1/31/2013 | J. Hyland | 0.90 | Reviewed Canadian court orders and analyzed impact on allocations. |
| Subtotal | | 317.30 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/2/2013 | J. Hyland | 0.40 | Prepared fee estimate for counsel. |
| 1/2/2013 | J. Hyland | 0.90 | Finalized fee application. |
| 1/10/2013 | M. Haverkamp | 1.80 | Prepared December 2012 fee application. |
| 1/10/2013 | T. Morilla | 2.00 | Reviewed the December fee application. |
| 1/18/2013 | M. Haverkamp | 1.10 | Prepared December fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/23/2013 | J. Hyland | 0.40 | Finalized fee application. |
| Subtotal | | 6.60 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/4/2013 | C. Kearns | 0.20 | Emailed with counsel re: mediation and related issues. |
| 1/7/2013 | J. Hyland | 0.40 | Conducted call with M. Sandberg re: mediation. |
| 1/7/2013 | J. Hyland | 0.40 | Conducted call with B. Kahn re: NNI compensation motion and proceeds allocation matters. |
| 1/8/2013 | A. Cowie | 1.10 | Prepared supporting documentation for UCC call. |
| 1/8/2013 | C. Kearns | 1.20 | Participated in follow-on meeting with counsel to discuss mediation and possible bond claims. |
| 1/8/2013 | C. Kearns | 1.80 | Prepared for (0.3) and met with counsel and Debtor (1.5) to discuss approach to upcoming mediation. |
| 1/9/2013 | C. Kearns | 0.20 | Emailed with counsel re: possible bond claims. |
| 1/10/2013 | J. Hyland | 0.10 | Conducted call with M. Fagen re: committee presentations. |
| 1/10/2013 | A. Cowie | 0.50 | Prepared supporting material and analyses for UCC call. |
| 1/10/2013 | J. Hyland | 0.70 | Participated in weekly professional call. |
| 1/10/2013 | C. Kearns | 0.70 | Participated in call with counsel and team to prepare for in-person meeting with committee. |
| 1/11/2013 | C. Kearns | 1.00 | Prepared for UCC strategy meeting. |
| 1/11/2013 | J. Hyland | 1.80 | Prepared for UCC call. |
| 1/11/2013 | J. Hyland | 2.50 | Participated in UCC call with UCC advisors. |
| 1/11/2013 | C. Kearns | 2.50 | Met with UCC to discuss final mediation preparation. |
| 1/11/2013 | A. Cowie | 2.80 | Prepared revised supporting documentation and recovery calculations for UCC meeting. |
| 1/11/2013 | J. Borow | 4.40 | Prepared for (1.9) and participated in (2.5) meeting with UCC and professionals to UCC to discuss mediation preparation and issues. |
| 1/21/2013 | C. Kearns | 0.90 | Participated in call with counsel and Bromley to prepare for call with Mediator and discuss next steps. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/22/2013 | C. Kearns | 0.50 | Followed up with counsel before call with mediator. |
| 1/22/2013 | J. Hyland | 0.60 | Participated on UCC call with UCC professionals. |
| 1/22/2013 | C. Kearns | 0.70 | Participated in call with counsel, CGSH and Milbank to respond to latest mediator proposal and analyze alternatives. |
| 1/22/2013 | A. Cowie | 1.10 | Analyzed recovery models and prepared supporting information for UCC call. |
| 1/22/2013 | C. Kearns | 1.30 | Participated in two calls with UCC re: mediation related issues and next |
| 1/22/2013 | J. Hyland | 1.70 | Prepared for UCC call. |
| 1/23/2013 | C. Kearns | 1.20 | Participated in two calls with UCC regarding responses to proposals. |
| 1/23/2013 | C. Kearns | 1.50 | Participated in calls and emailed with counsel re: ongoing mediator proposals and US responses. |
| 1/24/2013 | C. Kearns | 0.30 | Emailed with UCC to discuss status and recommendations. |
| 1/25/2013 | C. Kearns | 1.50 | Debriefed with counsel re: mediation, next steps and litigation strategy. |
| 1/28/2013 | C. Kearns | 0.20 | Emailed with counsel re: next steps for upcoming hearings. |
| 1/28/2013 | A. Cowie | 0.90 | Prepared supporting information and recovery charts for UCC meeting. |
| 1/29/2013 | J. Hyland | 0.80 | Participated in UCC meeting with UCC members and professionals. |
| 1/29/2013 | C. Kearns | 0.80 | Participated in call with UCC to discuss status and next steps re: allocation issue and upcoming hearings. |
| 1/29/2013 | A. Cowie | 0.90 | Prepared supporting information and recovery charts for UCC meeting. |
| 1/29/2013 | J. Hyland | 1.80 | Prepared for UCC meeting. |
| Subtotal | | 39.00 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/7/2013 | J. Hyland | 0.40 | Reviewed UST objection to NNI compensation motion. |
| 1/7/2013 | T. Morilla | 1.20 | Reviewed and analyzed certain EMEA employee issues. |
| 1/7/2013 | T. Morilla | 1.90 | Reviewed and analyzed the 2013 employee incentive plan. |
| 1/10/2013 | J. Hyland | 0.10 | Conducted call with M. Sandberg re: compensation and other case matters. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/10/2013 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: compensation and proceeds allocation. |
| 1/10/2013 | T. Morilla | 0.60 | Reviewed and analyzed employee incentive plan. |
| 1/10/2013 | J. Hyland | 2.70 | Analyzed employee compensation. |
| 1/29/2013 | T. Morilla | 0.30 | Reviewed and analyzed certain employee compensation issues. |
| Subtotal | | 7.30 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/2/2013 | C. Kearns | 0.50 | Prepared for mediation by analyzing and preparing recovery scenarios. |
| 1/2/2013 | J. Borow | 1.70 | Reviewed mediation recovery issues. |
| 1/2/2013 | T. Morilla | 2.80 | Continued to review and analyze certain recovery scenarios. |
| 1/3/2013 | J. Hyland | 2.30 | Analyzed proceeds allocation claims recoveries. |
| 1/8/2013 | A. Cowie | 0.80 | Analyzed creditor recovery model scenarios. |
| 1/8/2013 | T. Morilla | 2.80 | Reviewed and analyzed the mediation recovery model. |
| 1/9/2013 | J. Hyland | 2.80 | Analyzed recoveries for creditors. |
| 1/10/2013 | J. Borow | 2.60 | Reviewed various claim recoveries issues as they relate to mediation positions. |
| 1/10/2013 | J. Hyland | 2.80 | Reviewed claims recovery calculations. |
| 1/11/2013 | T. Morilla | 2.50 | Continued to review and analyze the intercompany recovery model. |
| 1/13/2013 | C. Kearns | 1.00 | Analyzed claim recoveries. |
| 1/14/2013 | C. Kearns | 1.30 | Analyzed claim recoveries. |
| 1/14/2013 | T. Morilla | 1.80 | Reviewed and analyzed creditor recovery model. |
| 1/14/2013 | T. Morilla | 2.00 | Continued to review and analyze the creditor recovery model. |
| 1/15/2013 | T. Morilla | 2.50 | Continued to review and analyze the creditor recovery model. |
| 1/16/2013 | T. Morilla | 2.10 | Reviewed and analyzed the creditor recovery model. |
| 1/16/2013 | T. Morilla | 2.70 | Reviewed and analyzed the recovery results from the mediation proposals. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/17/2013 | T. Morilla | 2.30 | Edited and revised the creditor recovery model. |
| 1/17/2013 | T. Morilla | 2.60 | Continued to review and analyze the recovery model results. |
| 1/21/2013 | C. Kearns | 1.70 | Reviewed update for UCC re: recoveries based on last round of mediation proposals. |
| 1/21/2013 | J. Hyland | 2.00 | Analyzed claim recoveries in scenarios. |
| 1/21/2013 | J. Borow | 2.40 | Analyzed recovery issues pertaining to mediation and potential settlement. |
| 1/22/2013 | T. Morilla | 1.70 | Reviewed and analyzed the mediator's supplemental recovery sheet. |
| 1/23/2013 | T. Morilla | 1.30 | Continued to run additional recovery scenarios. |
| 1/23/2013 | C. Kearns | 1.40 | Analyzed potential recoveries from various mediator proposals and possible responses. |
| 1/23/2013 | T. Morilla | 1.90 | Modeled recoveries for additional proposal scenario. |
| 1/23/2013 | T. Morilla | 1.90 | Continued to run additional recovery sensitivity analyses. |
| 1/23/2013 | A. Cowie | 2.00 | Prepared edits for UCC report on creditor recovery scenarios. |
| 1/23/2013 | T. Morilla | 2.10 | Continued to review certain recovery scenarios. |
| 1/23/2013 | J. Hyland | 2.50 | Continued to review claims recovery scenarios. |
| 1/23/2013 | J. Hyland | 2.70 | Reviewed claims recovery scenarios. |
| 1/23/2013 | A. Cowie | 2.80 | Analyzed creditor recovery model scenarios for UCC report. |
| 1/24/2013 | C. Kearns | 0.50 | Reviewed recovery analyses based on latest mediator proposals. |
| 1/24/2013 | A. Cowie | 1.80 | Prepared edits for UCC report on creditor recovery scenarios. |
| 1/24/2013 | T. Morilla | 2.10 | Continued to run additional recovery scenarios. |
| 1/24/2013 | A. Cowie | 2.10 | Continued to prepare edits for UCC report on creditor recovery scenarios. |
| 1/24/2013 | T. Morilla | 2.10 | Continued to model proposal recovery scenarios. |
| 1/24/2013 | T. Morilla | 2.30 | Continued modeling certain proposal recovery scenarios. |
| 1/28/2013 | J. Borow | 2.10 | Reviewed various analyses regarding recoveries scenarios for all creditor constituencies and summaries from mediation proceedings. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/28/2013 | J. Hyland | 2.60 | Continued reviewing claims recovery reports for UCC. |
| 1/28/2013 | J. Hyland | 2.80 | Reviewed claims recovery reports for UCC. |
| 1/28/2013 | A. Cowie | 2.80 | Continued to prepare edits for UCC report on creditor recovery scenarios. |
| 1/29/2013 | C. Kearns | 0.60 | Reviewed recovery analyses based on initial mediation proposals requested by counsel. |
| 1/29/2013 | T. Morilla | 1.80 | Ran additional recovery scenarios. |
| 1/29/2013 | J. Hyland | 2.50 | Reviewed claims recovery analyses for UCC. |
| 1/29/2013 | T. Morilla | 2.50 | Continued to review and analyze certain recovery scenarios. |
| 1/29/2013 | J. Hyland | 2.60 | Analyzed claims recovery discussions for UCC. |
| 1/29/2013 | J. Borow | 2.90 | Prepared and reviewed analysis of recovery scenarios and discussed with counsel and members of the UCC. |
| 1/30/2013 | C. Kearns | 0.40 | Continued analysis of recovery scenarios and next steps. |
| 1/30/2013 | T. Morilla | 0.90 | Reviewed and analyzed certain recovery scenarios. |
| 1/30/2013 | J. Borow | 2.50 | Prepared and reviewed analysis of recovery scenarios and discussed with counsel and members of the UCC. |
| 1/31/2013 | J. Borow | 2.60 | Prepared and reviewed analysis of recovery scenarios and discussed with counsel and members of the UCC. |
| Subtotal | | 106.80 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/2/2013 | J. Hyland | 0.50 | Reviewed claims in motion. |
| 1/2/2013 | T. Morilla | 1.20 | Reviewed certain US claims. |
| 1/2/2013 | T. Morilla | 1.80 | Continued to review and analyze certain cross-border claims. |
| 1/3/2013 | J. Hyland | 0.20 | Conducted call with J. Ray re: claims motion. |
| 1/3/2013 | C. Kearns | 0.30 | Reviewed range of estimated potential bond claims. |
| 1/3/2013 | J. Hyland | 1.00 | Analyzed cross-border claims in motion. |
| 1/3/2013 | T. Morilla | 1.10 | Reviewed and analyzed the US estate claims. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2013 | T. Morilla | 2.10 | Continued to review and analyze cross-border claims. |
| 1/3/2013 | T. Morilla | 2.20 | Reviewed certain EMEA employee claims. |
| 1/3/2013 | J. Borow | 2.20 | Reviewed bond issues and related computations. |
| 1/4/2013 | T. Morilla | 1.20 | Continued to review certain EMEA employee claims. |
| 1/4/2013 | J. Borow | 1.70 | Reviewed bond issues and related computations. |
| 1/7/2013 | J. Borow | 1.80 | Reviewed various claims issues as they relate to mediation positions and discussion with professionals in preparation for meeting with UCC. |
| 1/8/2013 | T. Morilla | 2.10 | Reviewed and analyzed the Canadian estate claims. |
| 1/9/2013 | T. Morilla | 0.20 | Reviewed and analyzed current Debtors' bond prices. |
| 1/9/2013 | T. Morilla | 1.10 | Reviewed and analyzed certain claim assumptions. |
| 1/9/2013 | J. Hyland | 2.40 | Continued analyzing estate claims. |
| 1/9/2013 | J. Borow | 2.70 | Reviewed various claims issues as they relate to mediation positions. |
| 1/9/2013 | J. Hyland | 2.90 | Analyzed estate claims. |
| 1/10/2013 | T. Morilla | 0.30 | Continued reviewing and analyzing Debtors' bond prices. |
| 1/10/2013 | C. Kearns | 0.80 | Reviewed and analyzed impact on NNSA claim base after French court decision on employee claims. |
| 1/10/2013 | T. Morilla | 1.00 | Reviewed and analyzed certain EMEA claims. |
| 1/10/2013 | J. Hyland | 1.20 | Reviewed claims analysis. |
| 1/10/2013 | T. Morilla | 1.50 | Continued to review certain EMEA claims. |
| 1/10/2013 | J. Borow | 2.10 | Reviewed various claims issues as they relate to mediation positions and discussion with professionals in preparation for meeting with UCC. |
| 1/10/2013 | T. Morilla | 2.30 | Revised schedule showing certain EMEA estate claims. |
| 1/11/2013 | T. Morilla | 1.20 | Constructed bond pricing charts for UCC meeting. |
| 1/11/2013 | T. Morilla | 1.30 | Reviewed and analyzed the Ad Hocs' 2019 statement. |
| 1/13/2013 | T. Morilla | 0.40 | Continued to review the Ad Hocs 9019 statement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/16/2013 | T. Morilla | 2.30 | Reviewed and analyzed estate claims. |
| 1/17/2013 | T. Morilla | 1.10 | Continued to review and analyze the estate claims. |
| 1/17/2013 | T. Morilla | 1.60 | Reviewed and analyzed the estate claims. |
| 1/22/2013 | J. Hyland | 1.30 | Continued to analyze claim scenarios. |
| 1/22/2013 | J. Hyland | 2.80 | Continued to analyze claim scenarios. |
| 1/22/2013 | J. Hyland | 2.90 | Analyzed claim scenarios. |
| 1/25/2013 | T. Morilla | 0.30 | Reviewed the current bond pricing. |
| 1/28/2013 | C. Kearns | 0.20 | Reviewed draft report for UCC on recent debt trading levels. |
| 1/30/2013 | T. Morilla | 0.30 | Reviewed Nortel's bond pricing. |
| 1/30/2013 | T. Morilla | 0.50 | Reviewed and edited bond claim analysis. |
| 1/30/2013 | T. Morilla | 1.60 | Continued to review the no-call analyses. |
| 1/30/2013 | J. Hyland | 2.10 | Analyzed claims for each estate. |
| 1/31/2013 | J. Hyland | 2.00 | Analyzed claims reporting. |
| Subtotal | | 59.80 | |

### 18. Operating and Other Reports

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/4/2013 | T. Morilla | 1.00 | Reviewed and analyzed the December restructuring manager's report. |
| 1/4/2013 | T. Morilla | 1.50 | Reviewed and analyzed certain EMEA admin reports. |
| 1/25/2013 | T. Morilla | 1.20 | Reviewed the 91st Monitor's Report. |
| 1/28/2013 | T. Morilla | 1.60 | Reviewed and analyzed the 91st Monitor's Report. |
| 1/28/2013 | A. Cowie | 2.10 | Prepared edits for UCC report on creditor recovery scenarios. |
| 1/30/2013 | C. Kearns | 0.60 | Read bondholder draft motion in Canada re: extension motion and possible impact on steps in US court. |
| 1/31/2013 | C. Kearns | 0.50 | Read Monitor's 91st report. |
| 1/31/2013 | T. Morilla | 0.60 | Reviewed topics discussed during the Toronto hearing. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 9.10 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/7/2013 | T. Morilla | 1.30 | Reviewed and analyzed the global cash flow forecast. |
| 1/30/2013 | T. Morilla | 0.30 | Reviewed and analyzed the January 25th cash flash. |
| 1/30/2013 | J. Hyland | 2.70 | Analyzed cash positions for each estate. |
| 1/31/2013 | T. Morilla | 0.30 | Reviewed the US cash flash. |
| Subtotal | | 4.60 | |
| **Total Hours** | | **550.50** | |