**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 1/1/2013 through 1/31/2013**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 1/2/2013 | J. Borow | Airfare to Toronto for mediation. | $303.65 |
| 1/4/2013 | T. Morilla | Airfare for trip to Toronto. | $437.92 |
| 1/4/2013 | T. Morilla | Foreign transaction fee for expense in Toronto. | $11.82 |
| 1/10/2013 | J. Hyland | Airfare for UCC meeting. | $671.80 |
| 1/13/2013 | J. Hyland | Airfare to Toronto. | $871.20 |
| 1/13/2013 | C. Kearns | Airfare for trip to Toronto. | $352.03 |
| 1/17/2013 | J. Borow | Change fee for flight to LGA. | $75.00 |
| 1/18/2013 | J. Hyland | Airfare ticket change fee and fare change due to mediation ending early. | $151.12 |
| 1/18/2013 | C. Kearns | Airfare change expense. | $75.00 |
| **Subtotal - Airfare/ Train** | | | **$2,949.54** |
| **Auto Rental/Taxi** | | | |
| 1/10/2013 | J. Hyland | Taxi from airport for cancelled trip. | $70.00 |
| 1/10/2013 | J. Hyland | Taxi to airport for cancelled trip. | $62.00 |
| 1/13/2013 | CAG Direct | Taxis to and from LGA (flight cancelled) | $194.48 |
| 1/13/2013 | T. Morilla | Taxi from the Toronto airport to the hotel. | $72.18 |
| 1/13/2013 | J. Hyland | Taxi during Toronto trip. | $68.86 |
| 1/13/2013 | J. Hyland | Taxi to airport for Toronto trip. | $52.00 |

Capstone Advisory Group, LLC
Invoice for the 1/1/2013-1/31/2013 Fee Statement

Page 1 of 3

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/13/2013 | T. Morilla | Taxi to the airport. | $40.00 |
| 1/14/2013 | CAG Direct | Taxi to LGA for Toronto trip | $97.13 |
| 1/17/2013 | J. Borow | Cab to airport in Toronto ($65); cabs to/from LGA (flight cancelled) ($164); and cabs to/from LGA ($164). | $393.00 |
| 1/18/2013 | CAG Direct | Taxi home following Toronto trip | $102.67 |
| 1/18/2013 | J. Hyland | Taxi to airport for Toronto trip. | $77.99 |
| 1/18/2013 | T. Morilla | Taxi from hotel to airport during Toronto trip. | $76.14 |
| 1/18/2013 | C. Kearns | Taxi expense from airport to hotel in Toronto. | $72.00 |
| 1/18/2013 | T. Morilla | Taxi from LGA airport to home. | $53.75 |
| 1/18/2013 | C. Kearns | Taxi expense. | $38.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$1,470.20** |
| **Hotel** | | | |
| 1/14/2013 | C. Kearns | Hotel expense during Toronto trip. | $1,717.60 |
| 1/18/2013 | T. Morilla | Hotel expense during Toronto trip. | $2,364.69 |
| 1/18/2013 | J. Hyland | Hotel during Toronto trip. | $2,346.66 |
| 1/18/2013 | J. Borow | Hotel expense during Toronto trip. | $1,765.00 |
| 1/18/2013 | T. Morilla | Foreign transaction fee for expense in Canada. | $63.84 |
| **Subtotal - Hotel** | | | **$8,257.79** |
| **Meals** | | | |
| 1/13/2013 | J. Hyland | Meal during Toronto trip. | $7.35 |
| 1/15/2013 | C. Kearns | Breakfast in Toronto with T. Morilla re: mediation prep. | $78.80 |
| 1/15/2013 | T. Morilla | Coffee during Toronto trip. | $4.94 |
| 1/16/2013 | T. Morilla | Meal for T. Morilla and UCC member during Toronto trip. | $18.22 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/16/2013 | T. Morilla | Foreign transaction fee for expense in Toronto. | $0.49 |
| 1/17/2013 | C. Kearns | Dinner with D. Botter, F. Hodara and counsel to discuss mediation proposal. | $293.38 |
| 1/17/2013 | J. Borow | Food for UCC in Toronto. | $62.00 |
| 1/17/2013 | T. Morilla | Meals during trip to Toronto. | $15.97 |
| 1/17/2013 | J. Hyland | Meals during Toronto trip. | $9.25 |
| 1/17/2013 | T. Morilla | Foreign transaction fee for expense in Toronto. | $2.16 |
| 1/18/2013 | C. Kearns | Breakfast during Toronto trip. | $34.38 |
| 1/18/2013 | T. Morilla | Meal for trip during Toronto. | $26.87 |
| 1/18/2013 | J. Borow | Breakfast at hotel. | $24.00 |
| 1/18/2013 | J. Hyland | Meal during Toronto trip. | $12.05 |
| 1/18/2013 | T. Morilla | Meal during trip to Toronto. | $9.85 |
| 1/28/2013 | T. Morilla | Meal due to working late. | $20.40 |
| **Subtotal - Meals** | | | **$620.11** |

**Mileage**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/18/2013 | J. Hyland | Local mileage for Toronto trip. | $23.73 |
| **Subtotal - Mileage** | | | **$23.73** |

**Parking/ Tolls**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/18/2013 | J. Hyland | Local tolls for Toronto trip. | $1.60 |
| **Subtotal - Parking/ Tolls** | | | **$1.60** |

**Telecom**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 1/31/2013 | J. Borow | Roaming telecom charges in Canada. | $526.92 |
| **Subtotal - Telecom** | | | **$526.92** |
| **For the Period 1/1/2013 through 1/31/2013** | | | **$13,849.89** |

Capstone Advisory Group, LLC
Invoice for the 1/1/2013-1/31/2013 Fee Statement