**EXHIBIT B**



**FMC — LAW —**

Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN  416 863 4511
FAX   416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2968957**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| February 22, 2013 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $ 255,994.50 |
| Disbursements | 3,745.07 |
| **Total Amount Due** | **$ 259,739.57** CDN |

FRASER MILNER CASGRAIN LLP

Per: _____
Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 2 of 19  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 02-Jan-13 | RSK | 0031 | Review of emails from counsel for NNI and NNL regarding Chartis motion for extension for leave to appeal. | 0.2 |
| 02-Jan-13 | MJW | 0031 | Review press release regarding permanent cease trade order issued by OSC. | 0.2 |
| 02-Jan-13 | MJW | 0029 | Review and analyze allocation and claims analysis in connection with preparation for allocation mediation. | 1.3 |
| 02-Jan-13 | MJW | 0029 | Conference with B. Moran regarding allocation issues, and review of Canadian law regarding settlements and CCAA proceedings. | 1.1 |
| 02-Jan-13 | MJW | 0031 | Review Canadian case law regarding extension of time to file motion for request for leave to appeal Canadian decisions. | 0.3 |
| 02-Jan-13 | RCJ | 0031 | Email correspondence with FMC team regarding Chartis Canadian motion and issues. | 0.2 |
| 02-Jan-13 | CBM | 0031 | Obtaining instructions and researching Canadian case law regarding CCAA settlements. | 2.0 |
| 02-Jan-13 | RP | 0031 | Analyze settlement agreement issues and review case law and secondary source material. | 3.3 |
| 03-Jan-13 | RSK | 0029 | Review press articles on mediation and related emails from Akin and Capstone. | 0.5 |
| 03-Jan-13 | RSK | 0029 | Preparation for mediation. | 1.1 |
| 03-Jan-13 | MJW | 0029 | Email correspondence with UCC advisors regarding allocation mediation and preparations. | 0.4 |
| 03-Jan-13 | MJW | 0029 | Call with Akin Gump regarding mediation issues. | 0.2 |
| 03-Jan-13 | MJW | 0031 | Emails with Canadian counsel regarding appeal request by Chartis in connection with Canadian Chartis insurance order. | 0.3 |
| 03-Jan-13 | MJW | 0031 | Report to Akin Gump regarding Canadian court order regarding Chartis insurance and Chartis appeal request. | 1.2 |
| 03-Jan-13 | RCJ | 0029 | Email correspondence with UCC advisor team regarding mediation preparation and issues. | 0.4 |
| 03-Jan-13 | CBM | 0031 | Researching and preparing draft memo regarding CCAA settlements. | 8.6 |
| 03-Jan-13 | CBM | 0031 | Reviewing and circulating cease trade order and call with M. Wunder to discuss. | 0.5 |
| 03-Jan-13 | RP | 0031 | Review research material regarding settlement agreements in CCAA and review and revise memorandum regarding CCAA settlement. | 2.4 |
| 04-Jan-13 | JLM | 0029 | Discussions with Shayne Kukulowicz and Michael Wunder | 1.1 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 3 of 19  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | regarding mediation issues. | |
| 04-Jan-13 | RSK | 0029 | Review of Akin Gump emails regarding Randy Bennett and scheduling for mediation. | 0.4 |
| 04-Jan-13 | RSK | 0031 | Review OSC cease trade order. | 0.3 |
| 04-Jan-13 | RSK | 0031 | Review of emails from counsel for NNI regarding Chartis Canadian extension motion. | 0.2 |
| 04-Jan-13 | RSK | 0031 | Review of notice of confirmation of Court of Appeal motion regarding Chartis. | 0.2 |
| 04-Jan-13 | RSK | 0029 | Further preparation for allocation mediation including discussions with J. L. McDougall. | 0.8 |
| 04-Jan-13 | RSK | 0029 | Review of issues regarding settlements under CCAA proceedings. | 0.3 |
| 04-Jan-13 | MJW | 0031 | Emails and calls regarding OSC permanent cease trade order, including conference with R. Shay and correspondence and call to counsel. | 0.7 |
| 04-Jan-13 | MJW | 0031 | Review OSC permanent cease trade order and consider securities trade issues with R. Shay. | 0.4 |
| 04-Jan-13 | MJW | 0029 | Email correspondence and calls with UCC advisors and FMC team regarding mediation scheduling. | 0.3 |
| 04-Jan-13 | MJW | 0029 | Conferences with S. Kukulowicz and R. Jacobs regarding preparation for allocation mediation. | 0.4 |
| 04-Jan-13 | MJW | 0031 | Multiple emails with Canadian counsel for various parties including Nortel Canada, NNI and others regarding Chartis request for extension of time to file request for leave to appeal Canadian insurance policy decision. | 0.3 |
| 04-Jan-13 | RHS | 0023 | Review the permanent Ontario Securities Commission cease trade order and compare same to temporary cease trade order. | 0.2 |
| 04-Jan-13 | RHS | 0023 | Review of press release issued by Nortel regarding the permanent cease trade order issued by the Ontario Securities Commission. | 0.1 |
| 04-Jan-13 | RHS | 0023 | Discussions with M. Wunder and Brian Guiney of Patterson Belknap Webb & Tyler LLP regarding permanent cease trade order issued by the Ontario Securities Commission. | 0.2 |
| 04-Jan-13 | RCJ | 0029 | Email correspondence with Akin Gump and FMC teams regarding mediation scheduling issues. | 0.1 |
| 04-Jan-13 | RCJ | 0029 | Mediation preparation including detailed discussions with J.L. McDougall. | 0.7 |
| 04-Jan-13 | RCJ | 0031 | Analysis of threshold CCAA issues for mediation. | 1.2 |
| 04-Jan-13 | TMB | 0031 | Reviewing and revising draft memorandum regarding CCAA settlements. | 1.2 |
| 04-Jan-13 | CBM | 0031 | Researching, drafting and revising memo regarding CCAA settlements. | 6.7 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 4 of 19  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 04-Jan-13 | RP | 0031 | Review Canadian research and case law regarding CCAA settlements, and assist to revise memo. | 1.3 |
| 06-Jan-13 | MJW | 0029 | Confer with B. Moran regarding Canadian case law research regarding allocation mediation issues. | 0.3 |
| 07-Jan-13 | RSK | 0031 | Review of draft CCAA memo and exchanged emails with FMC team regarding same. | 1.2 |
| 07-Jan-13 | RSK | 0031 | Review of case law regarding CCAA settlements. | 1.1 |
| 07-Jan-13 | RSK | 0029 | Review of email from Paul LeVay regarding Nortel mediation. | 0.2 |
| 07-Jan-13 | RSK | 0031 | Review and revise CCAA settlement memo and discussed same with Blake Moran. | 1.3 |
| 07-Jan-13 | RSK | 0031 | Review of NNL factum regarding Chartis motion for extension of time to file leave to appeal application. | 0.4 |
| 07-Jan-13 | MJW | 0031 | Emails and calls with Canadian counsel regarding Chartis insurance request for leave to appeal including review of Canadian cases. | 0.5 |
| 07-Jan-13 | MJW | 0031 | Report to UCC advisors regarding Chartis appeal status. | 0.7 |
| 07-Jan-13 | MJW | 0029 | Review and analyze claims and allocation models and analysis, and related Canadian legal issues. | 2.6 |
| 07-Jan-13 | MJW | 0029 | Review memo regarding Canadian legal issues relating to sales proceeds allocation, and email exchange with FMC team regarding same. | 1.3 |
| 07-Jan-13 | MJW | 0003 | Prepare November 2012 account. | 0.8 |
| 07-Jan-13 | RCJ | 0031 | Continue review and analysis of threshold CCAA issues in preparation for mediation. | 1.6 |
| 07-Jan-13 | TMB | 0031 | Reviewing and commenting on revised CCAA settlement memorandum. | 0.6 |
| 07-Jan-13 | CBM | 0031 | Revising memo regarding CCAA approval of settlements. | 1.9 |
| 08-Jan-13 | RSK | 0029 | Office conference with Michael Wunder and Blake Moran regarding CCAA settlement memo. | 0.8 |
| 08-Jan-13 | RSK | 0029 | Participated in call between Committee and NNI advisors to prepare for mediation, and post-call with Committee advisors. | 1.7 |
| 08-Jan-13 | MJW | 0031 | Prepare memo for UCC advisors regarding Canadian issues relevant to allocation, including meetings with S. Kukulowicz and B. Moran to discuss same. | 2.6 |
| 08-Jan-13 | MJW | 0031 | Email correspondence with Canadian counsel regarding Chartis appeal and terms for consent to extension of time to file leave request, and report to Akin Gump regarding same. | 0.3 |
| 08-Jan-13 | MJW | 0029 | Attend by phone to meeting with NNI and UCC advisors to prepare for allocation mediation, and follow-up call with UCC advisors. | 1.7 |
| 08-Jan-13 | RCJ | 0029 | Review and comment on draft memo to Akin Gump regarding CCAA threshold issues for mediation. | 1.6 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 5 of 19  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 08-Jan-13 | CBM | 0031 | Office meeting with Shayne Kukulowicz and Michael Wunder regarding revision to memo on settlement. | 0.3 |
| 09-Jan-13 | JLM | 0029 | Meet with Ryan Jacobs, Shayne Kukulowicz, and Michael Wunder to discuss forthcoming mediation. | 1.5 |
| 09-Jan-13 | RSK | 0029 | Office conference with J. L. McDougall regarding mediation preparation. | 1.0 |
| 09-Jan-13 | RSK | 0031 | Reviewed and revised CCAA settlement memo. | 1.8 |
| 09-Jan-13 | RSK | 0031 | Review of Ontario Court of Appeal endorsement and related emails regarding Chartis motion for leave to appeal. | 0.3 |
| 09-Jan-13 | MJW | 0031 | Review Court of Appeal endorsement regarding Chartis motion, report to UCC, and instructions to J. Dietrich regarding court attendance for motion to extend time to file request for leave to appeal motion. | 0.3 |
| 09-Jan-13 | MJW | 0029 | Meet with B. Moran regarding memo of Canadian issues relating to allocation and CCAA settlements and preparation of memo for UCC advisors. | 2.2 |
| 09-Jan-13 | MJW | 0029 | Email correspondence with UCC advisors regarding allocation mediation. | 0.2 |
| 09-Jan-13 | MJW | 0003 | Complete November 2012 account, and prepare November fee application. | 1.2 |
| 09-Jan-13 | MJW | 0029 | Meet with FMC lawyers and JL McDougall to prepare for allocation mediation. | 1.5 |
| 09-Jan-13 | RCJ | 0029 | Meet with J.L. McDougall regarding mediation preparation. | 0.4 |
| 09-Jan-13 | CBM | 0031 | Continued research and preparation of memo on CCAA settlements. | 4.6 |
| 10-Jan-13 | RSK | 0029 | Further review of and revisions to CCAA settlement memo. | 1.8 |
| 10-Jan-13 | RSK | 0029 | Participated in Committee advisors mediation preparation call. | 0.9 |
| 10-Jan-13 | RSK | 0029 | Review of update from Akin Gump regarding mediation positions and related correspondence. | 0.2 |
| 10-Jan-13 | RSK | 0012 | Review of Capstone emails regarding French Workers decision and impact on claims analysis. | 0.3 |
| 10-Jan-13 | RSK | 0029 | Review of material for mediation negotiations. | 0.8 |
| 10-Jan-13 | RSK | 0025 | Travelled to New York for mediation preparation session. | 3.0 |
| 10-Jan-13 | RSK | 0031 | Review of Court of Appeal endorsement regarding Chartis leave extension and review of draft Chartis Order and approved same. | 0.3 |
| 10-Jan-13 | MJW | 0007 | Attend on UCC advisor call to prepare for in person UCC meeting. | 0.9 |
| 10-Jan-13 | MJW | 0029 | Prepare memo of Canadian issues regarding allocation and review Canadian cases in connection with research. | 2.3 |
| 10-Jan-13 | MJW | 0029 | Review UCC advisor materials for preparation for allocation mediation, and analyze Canadian issues and allocation analysis | 1.8 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 6 of 19  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | to prepare for allocation mediation. | |
| 10-Jan-13 | MJW | 0025 | Travel from Toronto to New York for in person UCC meeting. | 3.4 |
| 10-Jan-13 | RCJ | 0031 | Revisions to CCAA memo regarding mediation issues. | 0.8 |
| 10-Jan-13 | RCJ | 0029 | Email correspondence with UCC advisors regarding allocation sensitivities. | 0.4 |
| 10-Jan-13 | TMB | 0031 | Reviewing and commenting on memorandum regarding CCAA settlements. | 0.2 |
| 10-Jan-13 | CBM | 0031 | Meetings and emails with Michael Wunder and Shayne Kukulowicz regarding Memo on settlements in a CCAA. | 0.4 |
| 10-Jan-13 | CBM | 0031 | Revising memo on settlements in a CCAA. | 2.6 |
| 11-Jan-13 | RSK | 0029 | Attended mediation preparation session with Committee and advisors in New York. | 2.9 |
| 11-Jan-13 | RSK | 0029 | Review of further revised CCAA settlement memo. | 0.7 |
| 11-Jan-13 | RSK | 0025 | Travelled back to Toronto from New York mediation preparation session. | 3.0 |
| 11-Jan-13 | MJW | 0029 | Continue preparation of memo for UCC advisors regarding Canadian issues related to allocation. | 1.8 |
| 11-Jan-13 | MJW | 0029 | Attend in-person UCC meeting at Akin Gump to prepare for allocation mediation, and follow-up meeting with Akin Gump lawyers. | 2.9 |
| 11-Jan-13 | MJW | 0025 | Return travel to Toronto after UCC in person meeting. | 3.4 |
| 11-Jan-13 | MJW | 0031 | Review draft Canadian order regarding Chartis insurance decision. | 0.2 |
| 11-Jan-13 | RCJ | 0029 | Attend mediation prep session with Committee and advisors at Akin Gump in New York. | 2.9 |
| 11-Jan-13 | RCJ | 0029 | Review Capstone sensitives analysis in preparation for mediation. | 1.3 |
| 13-Jan-13 | RSK | 0029 | Review multiple emails regarding NNL tax issues relative to allocation. | 0.6 |
| 13-Jan-13 | RSK | 0029 | Review of mediation submissions and legal memos in preparation for mediation. | 1.3 |
| 13-Jan-13 | MJW | 0029 | Email correspondence with UCC advisors to prepare for mediation including correspondence regarding tax issues. | 0.8 |
| 13-Jan-13 | MJW | 0029 | Review mediation submissions and recovery analyses, and analyze Canadian issues. | 1.8 |
| 13-Jan-13 | RCJ | 0029 | Preparation for mediation sessions. | 1.1 |
| 14-Jan-13 | JLM | 0029 | Attend in-person meeting with UCC at allocation mediation. | 1.5 |
| 14-Jan-13 | RSK | 0029 | Attended mediation. | 9.0 |
| 14-Jan-13 | MJW | 0029 | Attend allocation mediation in Toronto including meetings with mediator and US debtor group, and follow-up meetings/conferences with UCC advisors. | 9.4 |
| 14-Jan-13 | RCJ | 0031 | Attend mediation. | 8.0 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 7 of 19  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 14-Jan-13 | JOD | 0008 | Attend to Canadian court hearing regarding Chartis order to extend time for filing motion for request for leave to appeal. | 0.6 |
| 14-Jan-13 | MIP | 0018 | Corresponding with Ryan Jacobs, Michael Wunder and Kevin Rowe regarding Canadian and inter-co tax issues. | 1.5 |
| 15-Jan-13 | MMP | 0019 | Met in person with members of the Committee to discuss and analyze Canadian pension plans. | 1.6 |
| 15-Jan-13 | MMP | 0019 | Review and analyze information regarding Canadian Nortel pension plans, requested by members of the Committee. | 1.3 |
| 15-Jan-13 | RSK | 0029 | Review of email updates regarding mediation. | 0.3 |
| 15-Jan-13 | RSK | 0029 | Participated in mediation. | 8.5 |
| 15-Jan-13 | RSK | 0031 | Review of decision in Nortel criminal proceeding. | 0.6 |
| 15-Jan-13 | MJW | 0029 | Attend all day allocation mediation in Toronto. | 9.8 |
| 15-Jan-13 | RCJ | 0031 | Attend mediation. | 8.2 |
| 15-Jan-13 | MIP | 0018 | Review and analyze issues regarding inter-co tax matters. | 0.7 |
| 15-Jan-13 | JB | 0018 | Discussion with Matthew Peters and prepare memorandum regarding Canadian tax issues. | 1.8 |
| 15-Jan-13 | MJD | 0019 | Preparing summary of Quebec and Ontario pension law regarding Nortel insolvency including summary of Nortel registered pension plan membership. | 2.7 |
| 16-Jan-13 | MMP | 0019 | Email correspondence with FMC team relating to the registered pension plans of Nortel Canada. | 0.2 |
| 16-Jan-13 | RSK | 0029 | Attend mediation. | 13.5 |
| 16-Jan-13 | MJW | 0029 | Attend allocation mediation all day and late into the evening. | 13.3 |
| 16-Jan-13 | RCJ | 0031 | Attend mediation. | 10.2 |
| 16-Jan-13 | MIP | 0018 | Corresponding with Ryan Jacobs and Jesse Brodlieb. Revising draft memo regarding Canadian tax issues. | 1.3 |
| 16-Jan-13 | JB | 0018 | Research regarding Canadian tax issues and prepare memo. | 2.2 |
| 16-Jan-13 | MJD | 0019 | Continued preparation of summary of revised Quebec and Ontario pension law regarding Nortel insolvency and Nortel registered pension plan membership. | 1.7 |
| 17-Jan-13 | JLM | 0029 | Email and conference call with Shayne Kukulowicz regarding mediation status and issues. | 0.8 |
| 17-Jan-13 | RSK | 0029 | Attended Nortel mediation. | 13.5 |
| 17-Jan-13 | MJW | 0029 | Attend allocation mediation in Toronto all day and late into the evening. | 13.8 |
| 17-Jan-13 | RCJ | 0031 | Attend mediation. | 10.7 |
| 18-Jan-13 | JLM | 0029 | Confer with R. Jacobs about progress of mediation. | 0.5 |
| 18-Jan-13 | RSK | 0029 | Review correspondence from UCC advisors regarding status of mediation. | 0.4 |
| 18-Jan-13 | RSK | 0029 | Review of mediator's website update. | 0.2 |
| 18-Jan-13 | RSK | 0018 | Review of draft memo from Matt Peters regarding Canadian | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 8 of 19  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | tax issues. | |
| 18-Jan-13 | RSK | 0029 | Exchange of emails with J. L. McDougall regarding status of mediation and next steps. | 0.3 |
| 18-Jan-13 | MJW | 0029 | Conferences with FMC and Akin Gump regarding mediation negotiations, and claims and recovery analysis, and consider Canadian estate distribution issues in connection with allocation mediation. | 2.7 |
| 18-Jan-13 | MJW | 0029 | Email updates from Committee advisors regarding discussions with mediation parties, and updates to Committee. | 0.4 |
| 18-Jan-13 | MJW | 0003 | Prepare November 2012 account. | 0.4 |
| 18-Jan-13 | NEL | 0029 | Review e-mail correspondence regarding mediation status. | 0.2 |
| 19-Jan-13 | RSK | 0029 | Exchange of emails with Committee advisors regarding next steps in mediation. | 0.4 |
| 19-Jan-13 | MJW | 0029 | Emails correspondence with Akin and FMC team regarding allocation mediation status and next steps. | 0.3 |
| 21-Jan-13 | MMP | 0019 | Considered new regulatory relief (Ontario) that affects the administration of the wind-up of the Nortel pension plans. | 0.3 |
| 21-Jan-13 | RSK | 0031 | Review of order extending leave to appeal period regarding Chartis application. | 0.2 |
| 21-Jan-13 | RSK | 0029 | Review of email from Paul LeVay regarding call with mediator. | 0.2 |
| 21-Jan-13 | RSK | 0029 | Review of emails from Committee advisors regarding proposed call with mediator. | 0.3 |
| 21-Jan-13 | MJW | 0031 | Review Canadian Chartis insurance order regarding request for leave to appeal. | 0.2 |
| 21-Jan-13 | MJW | 0029 | Email exchanges with UCC advisors regarding allocation mediation, and reporting to Committee regarding same. | 0.6 |
| 21-Jan-13 | MJW | 0003 | Prepare November 2012 fee application. | 1.4 |
| 21-Jan-13 | MJW | 0029 | Review allocation and claims recovery analyses in connection with allocation proposals. | 2.2 |
| 21-Jan-13 | RCJ | 0029 | Email correspondence with UCC advisors regarding mediator communication. | 0.2 |
| 22-Jan-13 | MMP | 0019 | Researching information regarding Canadian legislative relief provided to members of the Nortel pension plans, to provide an update to the Committee. | 0.6 |
| 22-Jan-13 | RSK | 0029 | Review of Capstone analysis on various mediation proposals. | 0.4 |
| 22-Jan-13 | RSK | 0007 | Participated in Committee call regarding status of mediation. | 0.7 |
| 22-Jan-13 | RSK | 0029 | Exchanged emails and telephone attendance with R. Jacobs and Akin Gump regarding mediator call. | 0.5 |
| 22-Jan-13 | RSK | 0029 | Review of mediator's proposal. | 0.4 |
| 22-Jan-13 | RSK | 0029 | Review of reports regarding termination/continuation of mediation and related emails. | 0.7 |
| 22-Jan-13 | RSK | 0031 | Review of Notice of Appeal regarding Nortel/Northstar joint | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 9 of 19  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | environmental appeal. | |
| 22-Jan-13 | MJW | 0031 | Review notice of appeal filed by Ontario MOE in Northstar appeal to be heard with Nortel environmental appeal, and review MOE appeal filings in Nortel. | 1.1 |
| 22-Jan-13 | MJW | 0029 | Review allocation mediation material and analyses in preparation for Committee call. | 0.6 |
| 22-Jan-13 | MJW | 0029 | Attend on multiple calls with UCC and advisors to discuss allocation mediation and status. | 1.2 |
| 22-Jan-13 | MJW | 0029 | Conferences with S. Kukulowicz and R. Jacobs, and calls to Akin Gump to discuss mediation status and options. | 0.8 |
| 22-Jan-13 | RCJ | 0029 | Consider Capstone analysis regarding mediator proposals. | 0.4 |
| 22-Jan-13 | RCJ | 0008 | Participated in Committee call regarding mediation status. | 0.7 |
| 22-Jan-13 | RCJ | 0029 | Review mediator's proposal. | 0.4 |
| 22-Jan-13 | NEL | 0007 | Email correspondence with Committee regarding mediation status. | 0.1 |
| 23-Jan-13 | RSK | 0029 | Review of multiple emails from Akin and Capstone regarding status of mediation and revised proposals. | 1.2 |
| 23-Jan-13 | RSK | 0007 | Participated in committee call to review mediation proposals. | 0.6 |
| 23-Jan-13 | RSK | 0029 | Review of mediation proposal and Capstone analysis. | 0.5 |
| 23-Jan-13 | RSK | 0029 | Discussion with M. Wunder regarding settlement scenarios. | 0.4 |
| 23-Jan-13 | RSK | 0029 | Review of update from Akin Gump regarding discussions with advisors for U.S. parties. | 0.2 |
| 23-Jan-13 | MJW | 0029 | Calls and email with UCC advisors regarding allocation mediation, and claims and recovery analysis in connection with possible settlement scenarios. | 1.8 |
| 23-Jan-13 | MJW | 0029 | Review allocation scenario and email exchange with UCC and advisors regarding same. | 1.3 |
| 23-Jan-13 | MJW | 0029 | Attend on update call with Committee and advisors to discuss status and allocation negotiations. | 0.4 |
| 23-Jan-13 | RCJ | 0029 | Further email correspondence with UCC advisors regarding mediator proposals and potential termination of mediation. | 0.3 |
| 23-Jan-13 | RCJ | 0029 | Consider allocation proposals and related analysis. | 0.8 |
| 24-Jan-13 | MMP | 0019 | Prepare report to the Committee regarding status of wind-up of Canadian pension plans and pension regulatory relief provided by the Ontario and Quebec governments, related to the pension deficits. | 1.8 |
| 24-Jan-13 | RSK | 0029 | Review and analyze mediation proposal. | 0.8 |
| 24-Jan-13 | RSK | 0029 | Review of emails regarding Canadian mediation proposal and discussions with representatives of the UCC, NNI and noteholders. | 0.8 |
| 24-Jan-13 | RSK | 0029 | Review of mediation proposals and emails regarding proposed response and related mediation issues. | 0.5 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 10 of 19  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 24-Jan-13 | RSK | 0029 | Telephone attendance with Akin Gump regarding mediation issues. | 0.2 |
| 24-Jan-13 | RSK | 0029 | Review of Mediator's press release. | 0.1 |
| 24-Jan-13 | RSK | 0031 | Call with NNI's Canadian counsel regarding next steps in Canadian proceedings. | 0.8 |
| 24-Jan-13 | RSK | 0031 | Exchanged emails with FMC team regarding Canadian hearing. | 0.3 |
| 24-Jan-13 | RSK | 0029 | Review of press reports on Nortel mediation. | 0.3 |
| 24-Jan-13 | MJW | 0029 | Multiple emails and calls throughout the day in connection with allocation mediation process including with UCC advisors, FMC, NNI's Canadian counsel, and counsel for NNI and the bondholder group. | 2.2 |
| 24-Jan-13 | MJW | 0029 | Review and analyze mediation proposals. | 0.7 |
| 24-Jan-13 | MJW | 0029 | Email correspondence with various counsel regarding communications with mediator. | 0.4 |
| 24-Jan-13 | RCJ | 0029 | Review Canadian mediation proposal. | 0.9 |
| 24-Jan-13 | RCJ | 0029 | Review mediation proposal and related press release. | 0.4 |
| 24-Jan-13 | NEL | 0029 | E-mails with UCC advisors regarding mediation status and next steps. | 0.3 |
| 25-Jan-13 | RSK | 0029 | Review of multiple articles and press releases regarding mediation and effect on bond trading. | 0.6 |
| 25-Jan-13 | RSK | 0007 | Participated in Committee advisor call regarding termination of mediation and next steps. | 1.5 |
| 25-Jan-13 | RSK | 0031 | Review of Canadian and U.S. motion materials regarding approval of Travelers Settlement. | 0.5 |
| 25-Jan-13 | RSK | 0031 | Review of Nortel Canadian motion record for extension of CCAA stay and employee hardship program. | 0.6 |
| 25-Jan-13 | RSK | 0031 | Review of Monitor's report for CCAA stay extension. | 0.5 |
| 25-Jan-13 | RSK | 0031 | Emails with Akin Gump regarding January 31 CCAA stay extension hearing. | 0.4 |
| 25-Jan-13 | MJW | 0029 | Review press reports regarding allocation mediation, and email correspondence and conferences with Akin and FMC teams. | 0.7 |
| 25-Jan-13 | MJW | 0029 | Review summary of allocation analysis and proposals to prepare for UCC advisor call. | 0.5 |
| 25-Jan-13 | MJW | 0029 | Attend on conference call with UCC advisors to discuss case status and allocation. | 1.5 |
| 25-Jan-13 | MJW | 0029 | Analyze Canadian proceeding claims orders including cross-border claims protocol. | 1.3 |
| 25-Jan-13 | MJW | 0031 | Review of Canadian motion record for court hearing for extensions of CCAA stay and Canadian employee hardship programs, and email correspondence with Akin and FMC lawyers regarding same. | 0.5 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 11 of 19  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 25-Jan-13 | MJW | 0031 | Review draft (i) Canadian court material for motion regarding Travellers Insurance letters of credit and related Nortel Canada issues and (ii) related U.S. court material for same matter, and liaise with Akin Gump regarding same. | 1.2 |
| 25-Jan-13 | RCJ | 0029 | Participated in UCC advisors call (part call) regarding allocation next steps. | 0.5 |
| 25-Jan-13 | RCJ | 0031 | Review Monitor's report for stay extension. | 0.3 |
| 25-Jan-13 | NEL | 0029 | E-mail update regarding mediation. | 0.1 |
| 26-Jan-13 | MMP | 0019 | Prepare summary of Canadian pension plan wind-up deficit determination issues. | 1.2 |
| 26-Jan-13 | RSK | 0029 | Review of additional press reports regarding mediation and related emails from Akin Gump. | 0.4 |
| 26-Jan-13 | MJW | 0019 | Email correspondence with and instructions to M. Picard regarding Canadian pension issues. | 0.5 |
| 27-Jan-13 | RSK | 0031 | Review of further emails from Committee advisors regarding January 31 Canadian stay extension hearing. | 0.4 |
| 27-Jan-13 | RSK | 0002 | Review of press reports regarding complaints to Superintendent of Bankruptcy and U.S. Trustee by former Nortel employees. | 0.2 |
| 27-Jan-13 | MJW | 0029 | Email exchange with Committee advisors regarding allocation issues, and review news reports. | 0.3 |
| 28-Jan-13 | MMP | 0031 | Assisted Blake Moran with collection of publicly-available information regarding the positions taken and statements by Canadian creditors. | 0.2 |
| 28-Jan-13 | RSK | 0029 | Review of emails from Akin Gump and Capstone regarding public statements on mediation and position of parties. | 0.6 |
| 28-Jan-13 | RSK | 0031 | Review of emails from Capstone regarding analysis of Canadian claims information in Monitor's report. | 0.2 |
| 28-Jan-13 | RSK | 0031 | Review of Akin and Capstone emails regarding Canadian court hearing. | 0.4 |
| 28-Jan-13 | MJW | 0029 | Emails with UCC advisors regarding allocation and next steps. | 0.4 |
| 28-Jan-13 | MJW | 0029 | Instructions to B. Moran regarding due diligence related to allocation mediation issues, and conference with M. Picard regarding same. | 0.6 |
| 28-Jan-13 | MJW | 0031 | Review Canadian motion record and Monitor's report for CCAA stay and Canadian employee hardship extensions, and prepare report for UCC advisors regarding same. | 1.6 |
| 28-Jan-13 | MJW | 0031 | Email correspondence with UCC advisors regarding Canadian Stay extension motion and claims and asset data. | 0.3 |
| 28-Jan-13 | JOD | 0031 | Conference with S. Kukulowicz regarding CCAA stay extension motion. | 0.2 |
| 28-Jan-13 | CBM | 0031 | Meeting with Michael Wunder and conducting research regarding mediation. | 2.3 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2968957
Page 12 of 19
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 28-Jan-13 | NEL | 0029 | E-mail with Akin Gump regarding mediation issues. | 0.1 |
| 28-Jan-13 | NEL | 0029 | Review Committee member e-mails regarding mediation and next steps. | 0.2 |
| 29-Jan-13 | RSK | 0031 | Exchanged emails with Committee advisors and FMC team regarding Canadian stay extension hearing. | 0.6 |
| 29-Jan-13 | RSK | 0007 | Participated in UCC advisors status call. | 0.4 |
| 29-Jan-13 | RSK | 0007 | Participated in Committee call. | 0.9 |
| 29-Jan-13 | RSK | 0029 | Review of additional press reports regarding Nortel mediation and related emails from Akin Gump and Capstone. | 0.3 |
| 29-Jan-13 | RSK | 0031 | Review of update from Akin Gump regarding Canadian hearing. | 0.2 |
| 29-Jan-13 | MJW | 0031 | Email correspondence with UCC advisors regarding Canadian stay extension motion. | 0.5 |
| 29-Jan-13 | MJW | 0029 | Instructions to B. Moran regarding allocation mediation due diligence. | 0.3 |
| 29-Jan-13 | MJW | 0007 | Attend on advisor call (0.3) to prepare for Committee meeting, and attend on Committee meeting by phone (1.0). | 1.3 |
| 29-Jan-13 | MJW | 0031 | Conference with S. Kukulowicz regarding CCAA stay extension motion and UCC position. | 0.3 |
| 29-Jan-13 | MJW | 0031 | Review Monitor's report and prior reports to prepare for Canadian court hearing. | 0.6 |
| 29-Jan-13 | CBM | 0031 | Research regarding mediation and related public statements and press reports, and prepare summary for Committee advisors. | 3.7 |
| 29-Jan-13 | NEL | 0007 | Participate in Committee call. | 1.1 |
| 30-Jan-13 | RSK | 0031 | Exchanged emails and telephone attendance with Akin Gump regarding submissions at January 31 Canadian hearing. | 1.2 |
| 30-Jan-13 | RSK | 0031 | Telephone attendance with bondholder's Canadian counsel and review of bondholders' Canadian submissions for Canadian stay extension hearing. | 0.9 |
| 30-Jan-13 | RSK | 0031 | Exchanged emails and calls with NNI's Canadian counsel regarding stay extension hearing. | 0.3 |
| 30-Jan-13 | MJW | 0029 | Email correspondence with UCC advisors regarding next steps post mediation. | 0.4 |
| 30-Jan-13 | MJW | 0031 | Email correspondence with UCC advisors regarding Canadian CCAA stay extension hearing. | 0.4 |
| 30-Jan-13 | MJW | 0031 | Review and analyze written submissions by noteholders in connection with CCAA stay extension, and email correspondence with UCC advisors regarding same. | 0.8 |
| 30-Jan-13 | MJW | 0031 | Conference call with FMC and Akin Gump regarding Canadian court stay extension hearing and UCC position. | 0.4 |
| 31-Jan-13 | RSK | 0031 | Further review of noteholders Canadian submissions in | 0.3 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 13 of 19  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | preparation for Canadian stay extension hearing. | |
| 31-Jan-13 | RSK | 0008 | Attended Canadian court hearing for stay extension (part). | 0.7 |
| 31-Jan-13 | RSK | 0031 | Review of reports regarding Canadian hearing and related email exchange with Committee advisors. | 0.3 |
| 31-Jan-13 | RSK | 0031 | Review of Justice Morawetz' endorsement and U.S. Order regarding "issues list". | 0.7 |
| 31-Jan-13 | MJW | 0008 | Prepare for court hearing for CCAA stay extension including review of legal briefs. | 0.5 |
| 31-Jan-13 | MJW | 0008 | Attend Canadian court hearing for CCAA stay extension. | 3.0 |
| 31-Jan-13 | MJW | 0008 | Detailed report to UCC advisors regarding Canadian court hearing and next steps in Canadian cases, and follow-up email correspondence with UCC advisors with additional information regarding court hearing. | 0.8 |
| 31-Jan-13 | RCJ | 0031 | Email correspondence with FMC and Akin Gump teams regarding CCAA stay hearing. | 0.3 |
| 31-Jan-13 | NEL | 0029 | Call with Akin Gump regarding mediation issues. | 0.1 |
| 31-Jan-13 | NEL | 0031 | Review e-mail from Akin Gump regarding Canadian and U.S. court orders, and review orders. | 0.3 |
| | | | **Total** | **352.5** |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 14 of 19  
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Blake Moran | Associate | Financial Restructuring | Ontario - 2012 | 33.6 | $330.00 | $11,088.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 0.8 | $580.00 | $464.00 |
| Jesse Brodlieb | Associate | Taxation | Ontario - 2008 | 4.0 | $430.00 | $1,720.00 |
| John Lorn McDougall | Counsel | Litigation | Ontario - 1968 | 5.4 | $950.00 | $5,130.00 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 4.4 | $490.00 | $2,156.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 7.2 | $800.00 | $5,760.00 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 3.5 | $675.00 | $2,362.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 126.3 | $785.00 | $99,145.50 |
| Natalie Levine | Consultant | Financial Restructuring | | 2.5 | $500.00 | $1,250.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 7.0 | $400.00 | $2,800.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 0.5 | $850.00 | $425.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 55.0 | $725.00 | $39,875.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 100.3 | $875.00 | $87,762.50 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 2.0 | $675.00 | $1,350.00 |
| TOTAL | | | | 352.5 | CDN. | $261,288.50 |
| | Less: Non-Working Travel Time Discount (50% of $10,588.00) | | | | | ($5,294.00) |
| TOTAL | | | | 352.5 | CDN. | $255,994.50 |

**TOTAL PROFESSIONAL FEES**     $ 261,288.50  
**Less: Non-Working Travel Time Discount (50% of $10,588.00)**     (5,294.00)  
**NET PROFESSIONAL FEES**     $ 255,994.50

**NON-TAXABLE DISBURSEMENTS**

| | |
|---|---:|
| Airfare/Travel | $ 913.79 |
| Accommodations | 999.14 |
| Binding Books / Documents | 45.20 |
| Long Distance Telephone Calls | 30.20 |
| Meals & Beverages | 837.18 |
| Photocopy & Printing Charges | 548.20 |
| Transportation Costs | 371.36 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | $ 3,745.07 |

**TOTAL DISBURSEMENTS**     3,745.07

**TOTAL AMOUNT DUE**     $ 259,739.57 CDN.

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 15 of 19  
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 0.2 | 175.00 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 3.8 | 2,983.00 |
| 0007 | Creditors Committee Meetings | 7.5 | 5,914.50 |
| 0008 | Court Hearings | 6.3 | 4,843.50 |
| 0012 | General Claims Analysis/Claims Objections | 0.3 | 262.50 |
| 0018 | Tax Issues | 7.9 | 4,432.50 |
| 0019 | Labor Issues/Employee Benefits | 11.9 | 8,148.50 |
| 0023 | Telecommunications/Regulatory | 0.5 | 425.00 |
| 0025 | Travel | 12.8 | 10,588.00 |
| 0029 | Intercompany Analysis | 183.5 | 150,320.50 |
| 0031 | Canadian Proceedings/Matters | 117.8 | 73,195.50 |
|  | **Total** | **352.5** | **$261,288.50** |
|  | Less: Non-Working Travel Time Discount (50% of $10,588.00) |  | (5,294.00) |
|  | **Total** |  | **$255,994.50** |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 16 of 19  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 03-Jan-13 | Laser Copy;KUKULOWI | 9.00 | 0.90 |
| 03-Jan-13 | Laser Copy;NELSON M | 16.00 | 1.60 |
| 04-Jan-13 | Laser Copy;WUNDER M | 13.00 | 1.30 |
| 04-Jan-13 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 04-Jan-13 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 6.12 |
| 04-Jan-13 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 1.02 |
| 07-Jan-13 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 07-Jan-13 | Laser Copy;NELSON M | 58.00 | 5.80 |
| 07-Jan-13 | Laser Copy;WUNDER M | 29.00 | 2.90 |
| 07-Jan-13 | Laser Copy;Christopher Blake Mo | 45.00 | 4.50 |
| 07-Jan-13 | Laser Copy;jacobsr | 7.00 | 0.70 |
| 07-Jan-13 | Air Canada return flight from Toronto to New York for Committee meeting at Akin Gump for R. Jacobs on Jan. 11/12 ; 2013-1-11 | 1.00 | 455.27 |
| 08-Jan-13 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 08-Jan-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 09-Jan-13 | Laser Copy;WUNDER M | 37.00 | 3.70 |
| 09-Jan-13 | Telephone;16468403638;New YorkNY;4715 | 1.00 | 0.51 |
| 09-Jan-13 | Telephone;16468403638;New YorkNY;4715 | 1.00 | 1.53 |
| 09-Jan-13 | Laser Copy;Christopher Blake Mo | 26.00 | 2.60 |
| 09-Jan-13 | Laser Copy;NELSON M | 127.00 | 12.70 |
| 10-Jan-13 | Laser Copy;WUNDER M | 18.00 | 1.80 |
| 10-Jan-13 | Laser Copy;Christopher Blake Mo | 28.00 | 2.80 |
| 10-Jan-13 | Laser Copy;DamaniA | 99.00 | 9.90 |
| 10-Jan-13 | Laser Copy;Erandio, N. | 553.00 | 55.30 |
| 10-Jan-13 | Laser Copy;jacobsr | 5.00 | 0.50 |
| 10-Jan-13 | Laser Copy;KUKULOWI | 23.00 | 2.30 |
| 10-Jan-13 | Laser Copy;NELSON M | 341.00 | 34.10 |
| 10-Jan-13 | Tabs / Cerlox / Clear Cover | 1.00 | 4.40 |
| 11-Jan-13 | Tabs / Binders | 1.00 | 40.80 |
| 11-Jan-13 | Laser Copy;DamaniA | 427.00 | 42.70 |
| 11-Jan-13 | Laser Copy;NELSON M | 84.00 | 8.40 |
| 11-Jan-13 | Photocopy;WUNDER M | 921.00 | 92.10 |
| 11-Jan-13 | Photocopy;WUNDER M | 72.00 | 7.20 |
| 14-Jan-13 | Photocopy;NELSON M | 420.00 | 42.00 |
| 14-Jan-13 | Laser Copy;NELSON M | 37.00 | 3.70 |
| 14-Jan-13 | Laser Copy;KUKULOWI | 4.00 | 0.40 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2968957
Page 17 of 19
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 15-Jan-13 | Laser Copy;DUNSMUIM | 8.00 | 0.80 |
| 15-Jan-13 | Laser Copy;Erandio, N. | 82.00 | 8.20 |
| 15-Jan-13 | Laser Copy;jacobsr | 16.00 | 1.60 |
| 15-Jan-13 | Laser Copy;NELSON M | 51.00 | 5.10 |
| 16-Jan-13 | Laser Copy;KUKULOWI | 27.00 | 2.70 |
| 16-Jan-13 | Laser Copy;NELSON M | 31.00 | 3.10 |
| 16-Jan-13 | Laser Copy;DUNSMUIM | 13.00 | 1.30 |
| 17-Jan-13 | Laser Copy;NELSON M | 175.00 | 17.50 |
| 17-Jan-13 | Laser Copy;jacobsr | 47.00 | 4.70 |
| 17-Jan-13 | Laser Copy;KARTASHM | 4.00 | 0.40 |
| 17-Jan-13 | Lunch at the Tundra Restaurant (Hilton Toronto) on January 16, 2012 for Shayne Kukulowicz and counsel for NNI during the Nortel Mediation; 2013-1-16 for working lunch in Toronto on Jan. 14/13; 2013-1-14 | 1.00 | 60.00 |
| 18-Jan-13 | Laser Copy;NELSON M | 37.00 | 3.70 |
| 18-Jan-13 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 21-Jan-13 | Laser Copy;jacobsr | 14.00 | 1.40 |
| 21-Jan-13 | Laser Copy;NELSON M | 13.00 | 1.30 |
| 22-Jan-13 | Laser Copy;KUKULOWI | 30.00 | 3.00 |
| 22-Jan-13 | Coffee at Starbucks for UCC advisors during mediation in Toronto on Jan. 15/13; 2013-1-15 | 1.00 | 10.65 |
| 22-Jan-13 | Laser Copy;NELSON M | 121.00 | 12.10 |
| 22-Jan-13 | Working dinner at Hy's for M. Wunder in Toronto during allocation mediation on Jan. 16/13; 2013-1-16 | 1.00 | 55.91 |
| 22-Jan-13 | Dinner at Michael's on Simcoe for UCC advisors in Toronto during mediation (14 people) on Jan. 15/13; 2013-1-15 | 1.00 | 495.58 |
| 22-Jan-13 | Dinner at Mamma's Pizza for mediation in Toronto for UCC advisors (18 people) on Jan. 17/13; 2013-1-17 | 1.00 | 176.35 |
| 22-Jan-13 | Workin lunch at Aroma for M. Wunder on Jan. 18/13; 2013-1-18 | 1.00 | 8.20 |
| 22-Jan-13 | Coffee at Starbucks for UCC advisors during mediation in Toronto on Jan. 17/13; 2013-1-17 | 1.00 | 7.30 |
| 23-Jan-13 | Laser Copy;KUKULOWI | 19.00 | 1.90 |
| 23-Jan-13 | Laser Copy;NELSON M | 20.00 | 2.00 |
| 24-Jan-13 | Taxi from King St. W. to Eglinton for M. Wunder on Jan. 10/13; 2013-1-10 | 1.00 | 22.12 |
| 24-Jan-13 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 24-Jan-13 | Laser Copy;TaitT | 62.00 | 6.20 |
| 24-Jan-13 | Laser Copy;KUKULOWI | 36.00 | 3.60 |
| 24-Jan-13 | Air Canada flight from Toronto to New York return for M. Wunder on Jan. 10-11/13; 2013-1-10 | 1.00 | 458.52 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2968957
Page 18 of 19
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 24-Jan-13 | Telephone;12128728040;New YorkNY;4740 | 1.00 | 0.51 |
| 24-Jan-13 | Drinks at Hudson News while travelling in NYC for M. Wunder and R. Jacobs on Jan. 11/13; 2013-1-11 | 1.00 | 11.64 |
| 24-Jan-13 | Hotel room at Le Parker Meridien in New York for M. Wunder on Jan. 10-11/13 (see Visa); 2013-1-10 | 1.00 | 485.35 |
| 24-Jan-13 | Dinner at Pazza Notte in New York for M. Wunder on Jan. 10/13 (see Visa); 2013-1-10 | 1.00 | 30.00 |
| 24-Jan-13 | Coffee at Starbucks at Toronto Airport while travelling to New York for M. Wunder on Jan. 10/13; 2013-1-10 | 1.00 | 3.68 |
| 24-Jan-13 | Breakfast at 7th Street Deli in New York for M. Wunder and R. Jacobs on Jan. 11/13; 2013-1-11 | 1.00 | 13.00 |
| 24-Jan-13 | Taxi from Toronto Airport to Eglinton for M. Wunder on Jan. 11/13; 2013-1-11 | 1.00 | 57.44 |
| 24-Jan-13 | Taxi from New York Airport to Hotel for M. Wunder on Jan. 10/13 (see Visa); 2013-1-10 | 1.00 | 48.83 |
| 24-Jan-13 | Taxi from Akin Gump office to NYC Airport for M. Wunder on Jan. 11/13 (see Visa); 2013-1-11 | 1.00 | 45.34 |
| 25-Jan-13 | Laser Copy;jacobsr | 5.00 | 0.50 |
| 25-Jan-13 | Long distance cell phone charges for M. Wunder on Nov. 14 to Dec. 12/12; 2012-11-14 | 1.00 | 14.90 |
| 25-Jan-13 | Laser Copy;BOWLES-D | 336.00 | 33.60 |
| 25-Jan-13 | Laser Copy;BOWLES-D | 40.00 | 4.00 |
| 25-Jan-13 | Laser Copy;KUKULOWI | 51.00 | 5.10 |
| 25-Jan-13 | Laser Copy;NELSON M | 34.00 | 3.40 |
| 28-Jan-13 | Telephone;12127686701;New YorkNY;4740 | 1.00 | 4.59 |
| 28-Jan-13 | Laser Copy;NELSON M | 126.00 | 12.60 |
| 28-Jan-13 | Laser Copy;Christopher Blake Mo | 17.00 | 1.70 |
| 28-Jan-13 | Laser Copy;jacobsr | 12.00 | 1.20 |
| 28-Jan-13 | Laser Copy;KUKULOWI | 91.00 | 9.10 |
| 28-Jan-13 | Telephone;12127686701;New YorkNY;4740 | 1.00 | 1.02 |
| 29-Jan-13 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 29-Jan-13 | Laser Copy;Christopher Blake Mo | 28.00 | 2.80 |
| 29-Jan-13 | Laser Copy;TOBERGLUND | 17.00 | 1.70 |
| 29-Jan-13 | Laser Copy;NELSON M | 128.00 | 12.80 |
| 29-Jan-13 | Laser Copy;KUKULOWI | 30.00 | 3.00 |
| 30-Jan-13 | Laser Copy;NELSON M | 12.00 | 1.20 |
| 30-Jan-13 | Laser Copy;jacobsr | 207.00 | 20.70 |
| 31-Jan-13 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 31-Jan-13 | Laser Copy;NELSON M | 29.00 | 2.90 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2968957  
Page 19 of 19  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 31-Jan-13 | Taxi from Court to FMC office for M. Wunder on Jan. 31/13; 2013-1-31 | 1.00 | 7.08 |
| 31-Jan-13 | Taxi from FMC office to Court for M. Wunder on Jan. 31/13; 2013-1-31 | 1.00 | 7.08 |
| 31-Jan-13 | Taxi service from Toronto to Toronto Airport on December 12, 2012 to attend Akin Gump and Committee meeting in New York; Akin Gump; N/A; 2012-12-13 | 1.00 | 83.89 |
| 31-Jan-13 | Coffee at Starbucks for UCC Advisors during mediation for R. Jacobs on Jan. 14/13; 2013-1-14 | 1.00 | 11.10 |
| 31-Jan-13 | Le Parker Meridien hotel accommodation on January 10th to 11th, 2013 for Shayne Kukulowicz while attending meeting in New York with Akin Gump and Committee; Akin Gump; N/A; 2013-1-10 | 1.00 | 453.79 |
| 31-Jan-13 | Meals at Le Parker Meridien hotel on January 10th to 11th, 2013 for Shayne Kukulowicz while attending meeting in New York with Akin Gump and Committee; Akin Gump; N/A; 2013-1-10 | 1.00 | 60.00 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M.Wunder Jan 11/13 | 1.00 | 25.72 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M.Wunder Jan 10/13 | 1.00 | 59.84 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/Fred Hodara (M.Wunder) Ja | 1.00 | 14.02 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$3,745.07** |