**EXHIBIT C**

## DISBURSEMENT SUMMARY
## JANUARY 1 TO JANUARY 31, 2013
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Airfare/Travel | $ 913.79 |
| Accommodations | $ 999.14 |
| Binding Books/Documents | $ 45.20 |
| Long Distance Telephone Calls | $ 30.20 |
| Meals & Beverages | $ 837.18 |
| Photocopy & Printing Charges | $ 548.20 |
| Transportation Costs | $ 374.36 |
| Total Non-Taxable Disbursements | **$ 3,745.07 CDN.** |

12205832_1|TORDOCS