# EXHIBIT D

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2968957
Page 16 of 19
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 03-Jan-13 | Laser Copy;KUKULOWI | 9.00 | 0.90 |
| 03-Jan-13 | Laser Copy;NELSON M | 16.00 | 1.60 |
| 04-Jan-13 | Laser Copy;WUNDER M | 13.00 | 1.30 |
| 04-Jan-13 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 04-Jan-13 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 6.12 |
| 04-Jan-13 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 1.02 |
| 07-Jan-13 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 07-Jan-13 | Laser Copy;NELSON M | 58.00 | 5.80 |
| 07-Jan-13 | Laser Copy;WUNDER M | 29.00 | 2.90 |
| 07-Jan-13 | Laser Copy;Christopher Blake Mo | 45.00 | 4.50 |
| 07-Jan-13 | Laser Copy;jacobsr | 7.00 | 0.70 |
| 07-Jan-13 | Air Canada return flight from Toronto to New York for Committee meeting at Akin Gump for R. Jacobs on Jan. 11/12 ; 2013-1-11 | 1.00 | 455.27 |
| 08-Jan-13 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 08-Jan-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 09-Jan-13 | Laser Copy;WUNDER M | 37.00 | 3.70 |
| 09-Jan-13 | Telephone;16468403638;New YorkNY;4715 | 1.00 | 0.51 |
| 09-Jan-13 | Telephone;16468403638;New YorkNY;4715 | 1.00 | 1.53 |
| 09-Jan-13 | Laser Copy;Christopher Blake Mo | 26.00 | 2.60 |
| 09-Jan-13 | Laser Copy;NELSON M | 127.00 | 12.70 |
| 10-Jan-13 | Laser Copy;WUNDER M | 18.00 | 1.80 |
| 10-Jan-13 | Laser Copy;Christopher Blake Mo | 28.00 | 2.80 |
| 10-Jan-13 | Laser Copy;DamaniA | 99.00 | 9.90 |
| 10-Jan-13 | Laser Copy;Erandio, N. | 553.00 | 55.30 |
| 10-Jan-13 | Laser Copy;jacobsr | 5.00 | 0.50 |
| 10-Jan-13 | Laser Copy;KUKULOWI | 23.00 | 2.30 |
| 10-Jan-13 | Laser Copy;NELSON M | 341.00 | 34.10 |
| 10-Jan-13 | Tabs / Cerlox / Clear Cover | 1.00 | 4.40 |
| 11-Jan-13 | Tabs / Binders | 1.00 | 40.80 |
| 11-Jan-13 | Laser Copy;DamaniA | 427.00 | 42.70 |
| 11-Jan-13 | Laser Copy;NELSON M | 84.00 | 8.40 |
| 11-Jan-13 | Photocopy;WUNDER M | 921.00 | 92.10 |
| 11-Jan-13 | Photocopy;WUNDER M | 72.00 | 7.20 |
| 14-Jan-13 | Photocopy;NELSON M | 420.00 | 42.00 |
| 14-Jan-13 | Laser Copy;NELSON M | 37.00 | 3.70 |
| 14-Jan-13 | Laser Copy;KUKULOWI | 4.00 | 0.40 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2968957
Page 17 of 19
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 15-Jan-13 | Laser Copy;DUNSMUIM | 8.00 | 0.80 |
| 15-Jan-13 | Laser Copy;Erandio, N. | 82.00 | 8.20 |
| 15-Jan-13 | Laser Copy;jacobsr | 16.00 | 1.60 |
| 15-Jan-13 | Laser Copy;NELSON M | 51.00 | 5.10 |
| 16-Jan-13 | Laser Copy;KUKULOWI | 27.00 | 2.70 |
| 16-Jan-13 | Laser Copy;NELSON M | 31.00 | 3.10 |
| 16-Jan-13 | Laser Copy;DUNSMUIM | 13.00 | 1.30 |
| 17-Jan-13 | Laser Copy;NELSON M | 175.00 | 17.50 |
| 17-Jan-13 | Laser Copy;jacobsr | 47.00 | 4.70 |
| 17-Jan-13 | Laser Copy;KARTASHM | 4.00 | 0.40 |
| 17-Jan-13 | Lunch at the Tundra Restaurant (Hilton Toronto) on January 16, 2012 for Shayne Kukulowicz and counsel for NNI during the Nortel Mediation; 2013-1-16 for working lunch in Toronto on Jan. 14/13; 2013-1-14 | 1.00 | 60.00 |
| 18-Jan-13 | Laser Copy;NELSON M | 37.00 | 3.70 |
| 18-Jan-13 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 21-Jan-13 | Laser Copy;jacobsr | 14.00 | 1.40 |
| 21-Jan-13 | Laser Copy;NELSON M | 13.00 | 1.30 |
| 22-Jan-13 | Laser Copy;KUKULOWI | 30.00 | 3.00 |
| 22-Jan-13 | Coffee at Starbucks for UCC advisors during mediation in Toronto on Jan. 15/13; 2013-1-15 | 1.00 | 10.65 |
| 22-Jan-13 | Laser Copy;NELSON M | 121.00 | 12.10 |
| 22-Jan-13 | Working dinner at Hy's for M. Wunder in Toronto during allocation mediation on Jan. 16/13; 2013-1-16 | 1.00 | 55.91 |
| 22-Jan-13 | Dinner at Michael's on Simcoe for UCC advisors in Toronto during mediation (14 people) on Jan. 15/13; 2013-1-15 | 1.00 | 495.58 |
| 22-Jan-13 | Dinner at Mamma's Pizza for mediation in Toronto for UCC advisors (18 people) on Jan. 17/13; 2013-1-17 | 1.00 | 176.35 |
| 22-Jan-13 | Workin lunch at Aroma for M. Wunder on Jan. 18/13; 2013-1-18 | 1.00 | 8.20 |
| 22-Jan-13 | Coffee at Starbucks for UCC advisors during mediation in Toronto on Jan. 17/13; 2013-1-17 | 1.00 | 7.30 |
| 23-Jan-13 | Laser Copy;KUKULOWI | 19.00 | 1.90 |
| 23-Jan-13 | Laser Copy;NELSON M | 20.00 | 2.00 |
| 24-Jan-13 | Taxi from King St. W. to Eglinton for M. Wunder on Jan. 10/13; 2013-1-10 | 1.00 | 22.12 |
| 24-Jan-13 | Laser Copy;NELSON M | 55.00 | 5.50 |
| 24-Jan-13 | Laser Copy;TaitT | 62.00 | 6.20 |
| 24-Jan-13 | Laser Copy;KUKULOWI | 36.00 | 3.60 |
| 24-Jan-13 | Air Canada flight from Toronto to New York return for M. Wunder on Jan. 10-11/13; 2013-1-10 | 1.00 | 458.52 |

MONTRÉAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER                         fmc-law.com

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2968957
Page 18 of 19
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 24-Jan-13 | Telephone;12128728040;New YorkNY;4740 | 1.00 | 0.51 |
| 24-Jan-13 | Drinks at Hudson News while travelling in NYC for M. Wunder and R. Jacobs on Jan. 11/13; 2013-1-11 | 1.00 | 11.64 |
| 24-Jan-13 | Hotel room at Le Parker Meridien in New York for M. Wunder on Jan. 10-11/13 (see Visa); 2013-1-10 | 1.00 | 485.35 |
| 24-Jan-13 | Dinner at Pazza Notte in New York for M. Wunder on Jan. 10/13 (see Visa); 2013-1-10 | 1.00 | 30.00 |
| 24-Jan-13 | Coffee at Starbucks at Toronto Airport while travelling to New York for M. Wunder on Jan. 10/13; 2013-1-10 | 1.00 | 3.68 |
| 24-Jan-13 | Breakfast at 7th Street Deli in New York for M. Wunder and R. Jacobs on Jan. 11/13; 2013-1-11 | 1.00 | 13.00 |
| 24-Jan-13 | Taxi from Toronto Airport to Eglinton for M. Wunder on Jan. 11/13; 2013-1-11 | 1.00 | 57.44 |
| 24-Jan-13 | Taxi from New York Airport to Hotel for M. Wunder on Jan. 10/13 (see Visa); 2013-1-10 | 1.00 | 48.83 |
| 24-Jan-13 | Taxi from Akin Gump office to NYC Airport for M. Wunder on Jan. 11/13 (see Visa); 2013-1-11 | 1.00 | 45.34 |
| 25-Jan-13 | Laser Copy;jacobsr | 5.00 | 0.50 |
| 25-Jan-13 | Long distance cell phone charges for M. Wunder on Nov. 14 to Dec. 12/12; 2012-11-14 | 1.00 | 14.90 |
| 25-Jan-13 | Laser Copy;BOWLES-D | 336.00 | 33.60 |
| 25-Jan-13 | Laser Copy;BOWLES-D | 40.00 | 4.00 |
| 25-Jan-13 | Laser Copy;KUKULOWI | 51.00 | 5.10 |
| 25-Jan-13 | Laser Copy;NELSON M | 34.00 | 3.40 |
| 28-Jan-13 | Telephone;12127686701;New YorkNY;4740 | 1.00 | 4.59 |
| 28-Jan-13 | Laser Copy;NELSON M | 126.00 | 12.60 |
| 28-Jan-13 | Laser Copy;Christopher Blake Mo | 17.00 | 1.70 |
| 28-Jan-13 | Laser Copy;jacobsr | 12.00 | 1.20 |
| 28-Jan-13 | Laser Copy;KUKULOWI | 91.00 | 9.10 |
| 28-Jan-13 | Telephone;12127686701;New YorkNY;4740 | 1.00 | 1.02 |
| 29-Jan-13 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 29-Jan-13 | Laser Copy;Christopher Blake Mo | 28.00 | 2.80 |
| 29-Jan-13 | Laser Copy;TOBERGLUND | 17.00 | 1.70 |
| 29-Jan-13 | Laser Copy;NELSON M | 128.00 | 12.80 |
| 29-Jan-13 | Laser Copy;KUKULOWI | 30.00 | 3.00 |
| 30-Jan-13 | Laser Copy;NELSON M | 12.00 | 1.20 |
| 30-Jan-13 | Laser Copy;jacobsr | 207.00 | 20.70 |
| 31-Jan-13 | Laser Copy;jacobsr | 6.00 | 0.60 |
| 31-Jan-13 | Laser Copy;NELSON M | 29.00 | 2.90 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2968957
Page 19 of 19
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 31-Jan-13 | Taxi from Court to FMC office for M. Wunder on Jan. 31/13; 2013-1-31 | 1.00 | 7.08 |
| 31-Jan-13 | Taxi from FMC office to Court for M. Wunder on Jan. 31/13; 2013-1-31 | 1.00 | 7.08 |
| 31-Jan-13 | Taxi service from Toronto to Toronto Airport on December 12, 2012 to attend Akin Gump and Committee meeting in New York; Akin Gump; N/A; 2012-12-13 | 1.00 | 83.89 |
| 31-Jan-13 | Coffee at Starbucks for UCC Advisors during mediation for R. Jacobs on Jan. 14/13; 2013-1-14 | 1.00 | 11.10 |
| 31-Jan-13 | Le Parker Meridien hotel accommodation on January 10th to 11th, 2013 for Shayne Kukulowicz while attending meeting in New York with Akin Gump and Committee; Akin Gump; N/A; 2013-1-10 | 1.00 | 453.79 |
| 31-Jan-13 | Meals at Le Parker Meridien hotel on January 10th to 11th, 2013 for Shayne Kukulowicz while attending meeting in New York with Akin Gump and Committee; Akin Gump; N/A; 2013-1-10 | 1.00 | 60.00 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M.Wunder Jan 11/13 | 1.00 | 25.72 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M.Wunder Jan 10/13 | 1.00 | 59.84 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/Fred Hodara (M.Wunder) Ja | 1.00 | 14.02 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$3,745.07** |