# EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS**
**RENDERING SERVICES DURING THE PERIOD**
**JANUARY 1, 2013 THROUGH JANUARY 31, 2013**
(All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Blake Moran | Associate | Financial Restructuring | Ontario - 2012 | 33.6 | $330.00 | $11,088.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 0.8 | $580.00 | $464.00 |
| Jesse Brodlieb | Associate | Taxation | Ontario - 2008 | 4.0 | $430.00 | $1,720.00 |
| John Lorn McDougall | Counsel | Litigation | Ontario - 1968 | 5.4 | $950.00 | $5,130.00 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 4.4 | $490.00 | $2,156.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 7.2 | $800.00 | $5,760.00 |
| Matthew Peters | Partner | Taxation | Ontario - 2002 | 3.5 | $675.00 | $2,362.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 126.3 | $785.00 | $99,145.50 |
| Natalie Levine | Consultant | Financial Restructuring | | 2.5 | $500.00 | $1,250.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 7.0 | $400.00 | $2,800.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 0.5 | $850.00 | $425.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 55.0 | $725.00 | $39,875.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 100.3 | $875.00 | $87,762.50 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 2.0 | $675.00 | $1,350.00 |
| | | | | | | |
| TOTAL | | | | 352.5 | CDN. | $261,288.50 |
| | Less: Non-Working Travel Time Discount (50% of $10,588.00) | | | | | -$5,294.00 |
| TOTAL | | | | 352.5 | CDN. | $255,994.50 |

12205832_1|TORDOCS