Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2013

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/07/13 | EH | Review ECF notices and download agenda for 1/09/13 hearing; review agenda and forward to R. Lemisch and J. Hoover | 0.10 |
| 01/09/13 | EH | Review amended agenda for 1/09/13 hearing | 0.10 |
| 01/22/13 | EH | Review second amended agenda for 1/23/13 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.30 | $72.00 |
| | | | 0.30 | $72.00 |
| | | TOTAL: | 0.30 | $72.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2013

| Date | Atty | Services | Hours |
|---|---|---|---|
| 01/03/13 | LMB | Email to K. Ponder at Nortel regarding estimated accruals for December 2012 | 0.10 |
| 01/08/13 | LMB | Email to K. Ponder at Nortel regarding estimated accruals for December 2012 | 0.10 |
| 01/15/13 | LMB | Preparation of BFCA monthly fee application for November-December 2012 | 0.50 |
| 01/16/13 | LMB | Preparation of BFCA monthly fee application for November through December 2012 | 0.10 |
| 01/18/13 | RHL | Discuss fee application with L. Behra | 0.10 |
| 01/22/13 | LMB | Return call to J. Hoover regarding fee application | 0.10 |
| 01/22/13 | LMB | Preparation of BFCA monthly fee application for November through December 2012 | 0.30 |
| 01/22/13 | LMB | File BFCA monthly fee application for November through December 2012 | 0.10 |
| 01/22/13 | LMB | Docket objection deadline regarding BFCA monthly fee application for November through December 2012 | 0.10 |
| 01/24/13 | EH | Review ECF notices and download BFCA November/December 2012 fee application | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.10 | $62.50 |
| | | | 0.10 | $62.50 |
| PARALEGAL | | | | |
| LISA M BEHRA | (LMB) | $200.00 | 1.40 | $280.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.10 | $24.00 |
| | | | 1.50 | $304.00 |
| | | TOTAL: | 1.60 | $366.50 |

**Document Reproduction**

| Date | User | Description | Amount |
|---|---|---|---:|
| 01/22/13 | LMB | Document Reproduction 52 copies | 5.20 |
| 01/22/13 | LMB | Document Reproduction 130 copies | 13.00 |
| | | TOTAL: | $18.20 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---:|
| 01/22/13 | LMB | Federal Express 01/22/13 Lisa Behra to Thomas P. Tinker E | 13.10 |
| 01/22/13 | LMB | Federal Express 01/22/13 Lisa Behra to Mark D. Collins Es | 13.10 |
| 01/22/13 | LMB | Federal Express 01/22/13 Lisa Behra to Fred S. Hodara Esq | 13.10 |
| 01/22/13 | LMB | Federal Express 01/22/13 Lisa Behra to Attn: Derek C. Abb | 13.10 |
| | | TOTAL: | $52.40 |