IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., *et al*., | ) Case No. 09-10138 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 9311

On January 22, 2013 Benesch, Friedlander, Coplan & Aronoff, LLP, (the "Applicant"), filed its Twenty-Fifth Application for Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors for the Period From November 1, 2012 Through December 31, 2012 (the "Application"). Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than February 11, 2013 at 4:00 p.m. (ET). The undersigned hereby certifies that he has received no formal answers, objections or responsive pleadings with respect to the Application and that no answer, objection or other responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Compensation Order dated February 4, 2009 and entered at Docket No. 222, the Debtors are authorized to pay Applicant $1,242.80, which represents 80% of the fees requested, and $187.71, which represents 100% of the expenses requested in the Application upon filing this Certification of No Objection and without the need for entry of a Court order approving Application.

Dated: February 25, 2013

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:  /s/ Raymond H. Lemisch
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7006
Facsimile: (302) 442-7012
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

7552596 v1