**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date: March 26, 2013 at 10:00 a.m.** |
| | ) | |

**NOTICE OF SIXTEENTH INTERIM FEE APPLICATION REQUEST**

| | |
|---|---|
| Name of Applicant: | Fraser Milner Casgrain LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2012 through January 31, 2013[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | CDN. $411,039.75 Equivalent to USD $403,641.03[3] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | CDN. $4,950.96 Equivalent to USD $4,861.84[3] |

This is (a)n: _X_ interim ____ final application

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Fraser Milner Casgrain LLP's November, 2012, December, 2012 and January, 2013 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on February 21, 2013 was CDN. $1.00 : U.S. $0.9820

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees (20%)** |
| Date Filed: 2/21/13 Docket No. 9474 | 11/1/12 - 11/30/12 | $84,199.50 | $288.14 | $67,359.60 Pending Obj. Deadline March 13, 2013 | $288.14 Pending Obj. Deadline March 13, 2013 | $16,839.90 |
| Date Filed: 2/21/13 Docket No. 9484 | 12/1/12 - 12/31/12 | $70,845.75 | $917.75 | $56,676.60 Pending Obj. Deadline March 14, 2013 | $917.75 Pending Obj. Deadline March 14, 2013 | $14,169.15 |
| Date Filed: 2/22/13 Docket No. 9494 | 1/1/13 - 1/31/13 | $255,994.50 | $3,745.07 | $204,795.60 Pending Obj. Deadline March 15, 2013 | $3,745.07 Pending Obj. Deadline March 15, 2013 | $51,198.90 |
| **TOTALS:** | All amounts in CDN.$ | $411,039.75 | $4,950.96 | $328,831.80[4] | $4,950.96[5] | $82,207.95 |

Summary of any Objections to Fee Applications: None.

Dated: February 25, 2013
Toronto, Ontario

*[signature]*

Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.