# EXHIBIT A

**769377**



# BILLABLE PROFORMA

**Billing Attorney: 000302/ James J. Regan**  
**Client: 105185/ Nortel Networks Corp**  
**Matter: 105185.0000121/ Wanland**

**Proforma Generation Date: 02/07/13 17:33:30**

**Fees and Disbursements Through 01/31/13**  
**Last Date Billed 12/18/12 (Through 10/31/12)**  
**Bill Cycle: M**  
**Matter Open Date: Jan 14, 2009**  
**Proforma Joint Group # 105185**

| | | |
|---|---|---|
| **Total Fees This Proforma** | $3,567.00 | **Unallocated Cash** $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** $0.00 |
| **TOTAL THIS PROFORMA** | $3,567.00 | |
| **Address:** Nortel Accounts Payable P.O. Box 280510 Nashville, TN 37728 | | **YTD Fees Billed** $0.00 **YTD Disb Billed** $0.00 **LTD Fees Billed** $158,518.00 **LTD Disb Billed** $2,605.96 **A/R Balance This Matter** $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10709611 | 11/01/12 | Lopez, T. | Correspondence with Ms. Welt re telephone conference to discuss revised class action settlement documents. | 0.10 | $61.50 |
| 10709625 | 11/02/12 | Lopez, T. | Correspondence with Messes. Welt and Kramer re telephone conference to discuss draft settlement documents. | 0.10 | $61.50 |
| 10666575 | 11/02/12 | Welt, M. | Email with Ms. Kramer re review of settlement documents for global issues. | 0.20 | $123.00 |
| 10676201 | 11/02/12 | Kramer, B. | Review revised settlement agreement and supporting motions. | 1.70 | $1,122.00 |

DCACTIVE-22442617.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**　　　　　　　　**Fees and Disbursements Through 01/31/13**
**Client: 105185/ Nortel Networks Corp**　　　　　　　　　　**Last Date Billed 12/18/12 (Through 10/31/12)**
**Matter: 105185.0000121/ Wanland**　　　　　　　　　　　　**Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10729233 | 11/03/12 | Lopez, T. | Correspondence with Messes. Kramer and Welt re telephone conference to discuss revisions to settlement documents. | 0.10 | $61.50 |
| 10729245 | 11/04/12 | Lopez, T. | Correspondence with Messes. Welt and Kramer re telephone conference to discuss revisions to settlement documents. | 0.10 | $61.50 |
| 10729359 | 11/07/12 | Lopez, T. | Prepare for telephone conference with Messes. Welt and Kramer, including review of settlement documents and correspondence re same, and participate in telephone conference with same re revisions to settlement documents. | 1.00 | $615.00 |
| 10765146 | 11/07/12 | Welt, M. | Prepare for and participate in telephone conference with Messes. Lopez and Kramer re comments and edits to draft Wanland class settlement documents. | 1.40 | $861.00 |
| 10693737 | 11/07/12 | Kramer, B. | Telephone conference with Messes. Welt and Lopez re draft settlement documents and note potential revisions to documents consistent with same. | 0.70 | $462.00 |
| 10857578 | 01/02/13 | Kramer, B. | Review updated documents from Ms. Lopez and correspond with Ms. Lopez re next steps. | 0.20 | $138.00 |
| | | | **Professional Services Total** | **5.60** | **$3,567.00** |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000121/ Wanland  

**Fees and Disbursements Through 01/31/13**  
**Last Date Billed 12/18/12 (Through 10/31/12)**  
**Proforma Joint Group # 105185**

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001800 | Counsel | Welt, M. | 615.00 | 1.60 | $984.00 |
| 003330 | Counsel | Lopez, T. | 615.00 | 1.40 | $861.00 |
| 001275 | Partner | Kramer, B. | 660.00 | 2.40 | $1,584.00 |
| 001275 | Partner | Kramer, B. | 690.00 | 0.20 | $138.00 |
| | | | **Fees Value** | **5.60** | **$3,567.00** |

**769378**



# BILLABLE PROFORMA

**Billing Attorney: 001835/ Matthew Cheney**  **Fees and Disbursements Through 01/31/13**
**Client: 105185/ Nortel Networks Corp**  **Last Date Billed 12/18/12 (Through 08/31/12)**
**Matter: 105185.0000189/ Fee/Employment Application - US**  **Bill Cycle: M**
**Matter Open Date: Jan 14, 2009**
**Proforma Generation Date: 02/07/13 17:33:37**  **Proforma Joint Group # 105185**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $677.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $677.50 | | |
| **Address:** Jeanine L. Daniluk | | **YTD Fees Billed** | $0.00 |
| Dept. 0381 | | **YTD Disb Billed** | $0.00 |
| Nortel Networks | | | |
| 195 The West Mall | | **LTD Fees Billed** | $119,952.00 |
| Toronto, Ontario | | **LTD Disb Billed** | $318.90 |
| Canada, M9C 5K1 | | | |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10719884 | 11/20/12 | Perales, O. | Prepare 44th Interim Fee Application for August 2012 (0.5); prepare 45th Interim Fee Application for September 2012 (0.5); prepare 46th Interim Fee Application for November 2012 (0.5); prepare Fifteenth Quarterly Application (0.3); prepare Order Approving Fees for August 2012 through October 2012 fee statements (0.1). | 1.90 | $427.50 |
| 10722679 | 11/20/12 | Cheney, M | Review and revise fee application for August. | 0.10 | $62.50 |
| 10722681 | 11/20/12 | Cheney, M | Review and revise fee application for September. | 0.10 | $62.50 |
| 10722685 | 11/20/12 | Cheney, M | Review and revise fee application for October. | 0.10 | $62.50 |

DCACTIVE-22442609.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 001835/ Matthew Cheney  **Fees and Disbursements Through 01/31/13**
**Client:** 105185/ Nortel Networks Corp  **Last Date Billed 12/18/12 (Through 08/31/12)**
**Matter:** 105185.0000189/ Fee/Employment Application - US  **Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10722690 | 11/20/12 | Cheney, M | Review and revise quarterly fee application. | 0.10 | $62.50 |
| | | | **Professional Services Total** | **2.30** | **$677.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | 625.00 | 0.40 | $250.00 |
| 002444 | Specialist | Perales, O. | 225.00 | 1.90 | $427.50 |
| | | | **Fees Value** | **2.30** | **$677.50** |

- 2 of 2 -