# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2012 Through January 31, 2013

| **Expense Category** | **Service Provider if Applicable** | **Total Expenses** |
|---|---|---|
| **TOTAL** | | **$0.00** |