# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**January 1, 2013 - January 31, 2013**

<u>**Summary of Services Rendered by Project**</u>

| Project Code | Nature of Services | Jan. 2013 Hours |
|:---:|---|---:|
| 1 | Asset Analysis and Recovery | 9.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 7.0 |
| 6 | Committee Matters and Creditor Meetings | 12.0 |
| 7 | Claims Administration and Analysis | 12.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 240.0 |
| 15 | Travel | 15.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 295.0 |

<u>**Summary of Services Rendered by Professional**</u>

| Name | Jan. 2013 Hours |
|---|---:|
| Michael Kennedy | 129.0 |
| Matthew Rosenberg | 106.0 |
| Aaron Taylor | 60.0 |
| Paul Huettner | - |
| Jamie Ellis | - |
| **TOTAL** | 295.0 |

**Nortel Networks, Inc**
January 1, 2013 - January 31, 2013 Time Detail
Chilmark Partners, LLC
Michael Kennedy

| Date | Description of Work | Jan. 2013 Hours | Code |
|------|---------------------|-----------------|------|
| 1/1/2013 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 1/1/2013 | Analysis and review of Debtor claim estimates | 1.0 | 7 |
| 1/1/2013 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 1/2/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 1/2/2013 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 1/3/2013 | Calls with ad hoc advisors | 1.0 | 6 |
| 1/3/2013 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 1/3/2013 | Review material and analysis re: claim litigation | 2.0 | 7 |
| 1/4/2013 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 1/4/2013 | Review and discuss material on claims with management | 2.0 | 7 |
| 1/4/2013 | Review RM Report | 1.0 | 1 |
| 1/7/2013 | Review US Debtor cash position | 1.0 | 1 |
| 1/7/2013 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 1/8/2013 | Review cash flash report | 1.0 | 1 |
| 1/8/2013 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 1/9/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 1/10/2013 | Calls with ad hoc advisors | 1.0 | 6 |
| 1/10/2013 | Review material and analysis re: claim litigation | 2.0 | 7 |
| 1/10/2013 | Review US Debtor cash position | 1.0 | 1 |
| 1/10/2013 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 1/13/2013 | Travel to Toronto | 4.0 | 15 |
| 1/14/2013 | Mediation Session and discussions, meetings regarding mediation | 9.0 | 14 |
| 1/15/2013 | Mediation Session and discussions, meetings regarding mediation | 11.0 | 14 |
| 1/16/2013 | Mediation Session and discussions, meetings regarding mediation | 15.0 | 14 |
| 1/17/2013 | Mediation Session and discussions, meetings regarding mediation | 14.0 | 14 |
| 1/18/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 1/18/2013 | Review Nortel cash forecast | 1.0 | 1 |
| 1/18/2013 | Travel to Chicago | 4.0 | 15 |
| 1/19/2013 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 1/22/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 1/22/2013 | Calls and discussions with UCC and advisors | 2.0 | 6 |
| 1/23/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 1/23/2013 | Calls with ad hoc advisors | 1.0 | 6 |
| 1/23/2013 | Calls and communications with Cleary & US Debtor advisors | 2.0 | 5 |
| 1/24/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 1/24/2013 | Calls and communications with Cleary & US Debtor advisors | 1.0 | 5 |
| 1/29/2013 | Review US Debtor cash position | 1.0 | 1 |
| 1/30/2013 | Calls and discussions with UCC and advisors | 2.0 | 6 |
| 1/31/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |

| | | | |
|---|---|---|---|
| **Jan. 2013 Total** | | **129.0** | |

**Nortel Networks, Inc**
January 1, 2013 - January 31, 2013 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Jan. 2013 Hours | Code |
|------|--------------------|-----------------|------|
| 1/2/2013 | Analysis, discussion and review materials re prepare for mediation | 2.0 | 14 |
| 1/3/2013 | Analysis, discussion and review materials re prepare for mediation | 1.0 | 14 |
| 1/6/2013 | Analysis, discussion and review materials re prepare for mediation | 3.0 | 14 |
| 1/7/2013 | Analysis, discussion and review materials re prepare for mediation | 2.0 | 14 |
| 1/8/2013 | Analysis, discussion and review materials re prepare for mediation | 4.0 | 14 |
| 1/9/2013 | Analysis, discussion and review materials re prepare for mediation | 2.0 | 14 |
| 1/10/2013 | Analysis, discussion and review materials re prepare for mediation | 2.0 | 14 |
| 1/11/2013 | Analysis, discussion and review materials re prepare for mediation | 1.0 | 14 |
| 1/12/2013 | Analysis, discussion and review materials re prepare for mediation | 4.0 | 14 |
| 1/13/2013 | Travel to Toronto | 3.0 | 15 |
| 1/13/2013 | Analysis, discussion and review materials re prepare for mediation | 3.0 | 14 |
| 1/14/2013 | Mediation | 12.0 | 14 |
| 1/15/2013 | Mediation | 12.0 | 14 |
| 1/16/2013 | Mediation | 12.0 | 14 |
| 1/17/2013 | Mediation | 12.0 | 14 |
| 1/18/2013 | Analysis, discussion and calls re mediation | 3.0 | 14 |
| 1/18/2013 | Travel to Chicago | 4.0 | 15 |
| 1/19/2013 | Analysis, discussion and calls re mediation | 2.0 | 14 |
| 1/20/2013 | Analysis, discussion and calls re mediation | 2.0 | 14 |
| 1/21/2013 | Analysis, discussion and calls re mediation | 2.0 | 14 |
| 1/22/2013 | Analysis, discussion and calls re mediation | 3.0 | 14 |
| 1/23/2013 | Analysis, discussion and calls re mediation | 4.0 | 14 |
| 1/24/2013 | Analysis, discussion and calls re mediation | 4.0 | 14 |
| 1/25/2013 | Analysis, discussion and calls re mediation and case management | 1.0 | 14 |
| 1/28/2013 | Analysis, discussion and calls re mediation and case management | 1.0 | 14 |
| 1/29/2013 | Analysis, discussion and calls re mediation and case management | 2.0 | 14 |
| 1/30/2013 | Analysis, discussion and calls re mediation and case management | 1.0 | 14 |
| 1/31/2013 | Analysis, discussion and calls re mediation and case management | 2.0 | 14 |

**Jan. 2013 Total** — **106.0**

**Nortel Networks, Inc**
January 1, 2013 - January 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor</u>

| Date | Description of Work | Jan. 2013 Hours | Code |
|------|---------------------|-----------------|------|
| 1/2/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 1/3/2013 | Calls with ad hoc advisors | 1.0 | 6 |
| 1/3/2013 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 1/3/2013 | Review material and analysis re: claim litigation | 3.0 | 7 |
| 1/4/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 1/4/2013 | Review and discuss material on claims with management | 2.0 | 7 |
| 1/4/2013 | Review RM Report | 1.0 | 1 |
| 1/7/2013 | Review US Debtor cash position | 1.0 | 1 |
| 1/7/2013 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 1/8/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 1/9/2013 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 1/10/2013 | Calls with ad hoc advisors | 1.0 | 6 |
| 1/10/2013 | Review US Debtor cash position | 1.0 | 1 |
| 1/10/2013 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 1/11/2013 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 1/14/2013 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 1/15/2013 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 1/16/2013 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 1/17/2013 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 1/22/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 1/22/2013 | Calls and discussions with UCC and advisors | 2.0 | 6 |
| 1/23/2013 | Calls with ad hoc advisors | 1.0 | 6 |
| 1/23/2013 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 1/24/2013 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 1/28/2013 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 1/31/2013 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |

**Jan. 2013 Total** — **60.0**