# EXHIBIT B

## EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2013 through January 31, 2013

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 1/8/13-1/10/13 | Flight to New York, NY | $ 500.40 |
| Mike Kennedy | 1/8/13-1/10/13 | Hotel (two nights) | $ 457.36 |
| Mike Kennedy | 1/8/13-1/10/13 | Ground Transportation | $ 98.50 |
| Mike Kennedy | 1/8/13-1/10/13 | Meals | $ 362.97 |
| Matt Rosenberg | 1/8/13-1/10/13 | Flight to New York, NY | $ 205.95 |
| Matt Rosenberg | 1/8/13-1/10/13 | Hotel (two nights) | $ 414.19 |
| Matt Rosenberg | 1/8/13-1/10/13 | Ground Transportation | $ 137.00 |
| Matt Rosenberg | 1/8/13-1/10/13 | Meals | $ 85.00 |
| Mike Kennedy | 1/13/13-1/18/13 | Flight to Toronto, Ontario | $ 1,165.55 |
| Mike Kennedy | 1/13/13-1/18/13 | Hotel (five nights) | $ 3,000.00 |
| Mike Kennedy | 1/13/13-1/18/13 | Ground Transportation | $ 359.41 |
| Mike Kennedy | 1/13/13-1/18/13 | Meals | $ 132.04 |
| Matt Rosenberg | 1/13/13-1/18/13 | Flight to Toronto, Ontario | $ 764.95 |
| Matt Rosenberg | 1/13/13-1/18/13 | Hotel (five nights) | $ 3,000.00 |
| Matt Rosenberg | 1/13/13-1/18/13 | Ground Transportation | $ 272.00 |
| Matt Rosenberg | 1/13/13-1/18/13 | Meals | $ 73.23 |
| Matt Rosenberg | 1/21/13-1/25/13 | Flight to New York, NY | $ 139.95 |
| Matt Rosenberg | 1/21/13-1/25/13 | Hotel (four nights) | $ 605.93 |
| Matt Rosenberg | 1/21/13-1/25/13 | Ground Transportation | $ 60.00 |
| Matt Rosenberg | 1/21/13-1/25/13 | Meals | $ 104.44 |
| Matt Rosenberg | 1/28/13-2/1/13 | Flight to New York, NY | $ 170.76 |
| Matt Rosenberg | 1/28/13-2/1/13 | Hotel (four nights) | $ 484.74 |
| Matt Rosenberg | 1/28/13-2/1/13 | Ground Transportation | $ 54.00 |
| Matt Rosenberg | 1/28/13-2/1/13 | Meals | $ 85.05 |
| **Total Expenses** | | | **$ 12,733.42** |