IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: March 26, 2013 at 10:00 a.m. (ET)** |

## NOTICE OF SIXTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:               Capstone Advisory Group, LLC

Authorized to Provide
Professional Services to:          Official Committee of Unsecured Creditors

Date of Retention:               March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:       November 1, 2012 through January 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:   $619,570.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $19,127.31

This is (a)n:  _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's November and December 2012 and January 2013 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 1/3/2013 Docket No. 9233 | 11/1/12 to 11/30/12 | $152,940.50 | $336.44 | $122,352.40 | $336.44 | $30,588.10 |
| Date Filed: 1/24/2013 Docket No. | 12/1/12 to 12/31/12 | $134,142.00 | $4,940.98 | $107,313.60 | $4,940.98 | $26,828.40 |
| Date Filed: 2/22/13 Docket No. 9493 | 1/1/13 to 1/31/13 | $332,487.50 | $13,849.89 | Pending Obj. Deadline 3/14/13 $265,990.00 | Pending Obj. Deadline 3/14/13 $13,849.89 | $66,497.50 |
| TOTALS: | | $619,570.00 | $19,127.31 | $495,656.00 | $19,127.31 | $123,914.00 |

Summary of any Objections to Fee Applications:  None.

Dated: February 26, 2013
      New York, NY

/s/ Jay Borow
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY  10018
Telephone:  (212) 782-1411
Facsimile:  (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*