# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: March 26, 2013 at 10:00 a.m.**<br>)<br>) |

## NOTICE OF SIXTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:　　　　　　　　　　Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:　　　　　　　　Official Committee of Unsecured Creditors

Date of Retention:　　　　　　　　　　March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:　　　　　November 1, 2012 through January 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:　　　$25,962.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:　　$4,664.01

This is (a)n:　X　interim　　　　final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s November and December 2012 and January 2013 monthly fee applications are incorporated herein by reference.

RLF1 8183745v.1

Summary of Fee Applications for Compensation Period:

| Docket No. Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved/ Pending Approval Fees (80%) | Approved/ Pending Approval Expenses (100%) | Holdback Fees Requested Fees (20%) |
|---|---|---|---|---|---|---|
| Docket No. 9221 Date Filed: 12/28/12 | 11/1/12 - 11/30/12 | $11,483.00 | $2,676.89 | $9,186.40 | $2,676.89 | $2,296.60 |
| Docket No. 9343 Date Filed: 1/28/13 | 12/1/12 - 12/31/12 | $4,512.50 | $413.68 | $3,610.00 | $413.68 | $902.50 |
| Docket No. 9492 Date Filed: 2/22/13 | 1/1/13 - 1/31/13 | $9,967.00 | $1,573.44 | Pending obj deadline 3/14/13 $7,973.60 | Pending obj deadline 3/14/13 $1,573.44 | $1,993.40 |
| TOTALS: | | $25,962.50 | $4,664.01 | $20,770.00[3] | $4,664.01[4] | $5,192.50 |

Summary of any Objections to Fee Applications: None.

Dated: February 27, 2013
Wilmington, Delaware

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.