# CERTIFICATE OF SERVICE

I certify that on February 27, 2013, I caused to be served a copy/copies of the United States Trustee's Objection to the Debtors' Motion for Entry of an Order Modifying the Application of Local Rules 2014-1(c) and 2016-2(f) via facsimile to the following persons:

James L. Bromley, Esquire
Luke A. Barefoot, Esquire
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Albert Togut, Esquire
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
New York, NY 10119
212-594-5000
Fax : 212-967-4258

Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Fax (302) 658-3989

William F. Taylor, Jr., Esquire
MCCARTER & ENGLISH LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Fax (302) 984-6399

Fred S. Hodara, Esquire
AKIN GUMP STRAUSS HAUER &
FELD, LLP
One Bryant Park
New York, NY 10036
Fax (212) 872-1002

Rafael Xavier Zahralddin-Aravena, Esquire
Shelley A. Kinsella, Esquire
ELLIOTT GREENLEAF
1105 Market Street, Suite 1700
Wilmington, De 19801
Fax (302) 384-9402

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Fax (302) 651-7701


　/s/Mark S. Kenney
Mark S. Kenney