IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                     Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 9426, 9433-9440 & 9465-9468 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 22, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Kerry O'Neil
                                                            Kerry O'Neil

Sworn to before me this
27th day of February, 2013

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9426, 9433-9440 & 9465-9468_2-22-13.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          Chapter 11

NORTEL NETWORKS INC., et al.,                   Case No. 09-10138 (KG)

                 Debtors.           Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

   To:  CHRISTMANN, DUSTIN          CHRISTMANN, DUSTIN
       1805 CLOVER CREEK DR        DUSTIN CHRISTMANN
       LONGMONT, CO 80503-7579     1805 CLOVER CREEK DR
                                       LONGMONT CO 80503-7579

Please note that your claim # 3612 in the above referenced case and in the amount of
     $33,443.42 allowed at $35,214.70   has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: CHRISTMANN, DUSTIN
        301 ROUTE 17, 7TH FLOOR
        ATTN: GANNA LIBERCHUK
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. **Refer** to INTERNAL CONTROL NUMBER 9439       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2013                       David D. Bird, Clerk of Court

                                 /s/ Tim Conklin
                                 _____
                                 By: Epiq Bankruptcy Solutions, LLC
                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 22, 2013.

**EXHIBIT B**

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

```
TIME: 11:00:44                                              NORTEL NETWORKS INC.
DATE: 02/22/13                                                 CREDITOR LISTING                                              PAGE:    1
```

| Name | Address |
|---|---|
| CHRISTMANN, DUSTIN | DUSTIN CHRISTMANN 1805 CLOVER CREEK DR LONGMONT CO 80503-7579 |
| COUCH, SHARLENE S. | 6525 BATTLEFORD DRIVE RALEIGH NC 27613 |
| EMBRY, SHARON V. | 1538 HICKORY ST. NICEVILLE FL 32578 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CHRISTMANN, DUSTIN 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: COUCH, SHARLENE S. 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: EMBRY, SHARON V. 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MERA NETWORKS INC. 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MERA NN 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RAVENSCRAFT, ALEX 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WHITFIELD, JAMES THOMAS, JR. 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WOLF, BILL 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ZAMCHELLI, MICHAEL T. 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD | TRANSFEROR: INDUSPAC RTP ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| MERA NETWORKS INC. | 15 WERTHEIM CRT SUITE 303 RICHMOND HILL ON L4B 3H7 CANADA |
| MERA NN | 13 DELOVAYA ST. NIZHNY NOVGOROD 603163 RUSSIA |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC ONE MARITIME PLAZA, SUITE 2100 ATTN: MICHAEL G. LINN SAN FRANCISCO CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD ONE MARITIME PLAZA, SUITE 2100 ATTN: MICHAEL G. LINN SAN FRANCISCO CA 94111 |
| RAVENSCRAFT, ALEX | 604 YACE ST. RALEIGH NC 22609 |
| WHITFIELD, JAMES THOMAS, JR. | PO BOX 175 TIMBERLAKE NC 27583 |
| WOLF, BILL | 1825 WESCOTT DR RALEIGH NC 27614 |
| ZAMCHELLI, MICHAEL T. | 330 FELSPAR WAY CARY NC 27518 |

Total Number of Records Printed     21

EPIQ BANKRUPTCY SOLUTIONS, LLC