**Service List for Combined Waves**

**Via Hand Delivery**

Morris James LLP
Jeffrey Waxman
500 Delaware Ave, Ste. 1500
Wilmington, DE 19801
(Counsel for Algo Communication Products)

Natasha Songonuga
GIBBONS P.C.
1000 N. West St.
Wilmington, DE 19801
(Counsel for Hewlett-Packard)

**Via First Class Mail**

Revonet, Inc.
125 Elm Street
New Canaan, CT 06840

David Crapo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
(Counsel for Hewlett-Packard)

Adam D. Wolper
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102
(Counsel for Sterling Mets)

4125804.4