**<u>Exhibit C – Clay AGS Termination Notice</u>**



# AVAYA
## GOVERNMENT SOLUTIONS

12730 Fair Lakes Circle
Fairfax, VA 22033
703.653.8000

February 12, 2010

Randal Clay
436 Fox Trail
Allen, TX 75002

Dear Randal:

It is with great disappointment that we must inform you that your employment with Avaya Government Solutions will end on Friday, February 26, 2010. You will be paid for working during this notice period up to February 26, 2010. Otherwise, you will be paid up to the last day that you work.

Randal, we will make a deliberate effort over the next two weeks to explore other opportunities within Avaya Government Solutions for you. If anything does come up in another organization, we will contact you without delay.

Your health care coverage will end at midnight February 26, 2010. Nevertheless, you will have the option to continue your benefits through COBRA coverage. Information regarding COBRA coverage will be sent to your home address in the next few weeks.

You will receive your final paycheck and any accrued, unused PTO hours remaining in your account by March 4th.

Please let me know if there is anything I can do to assist you during your transition period. If you have any questions, please do not hesitate to contact your HR Generalist Jennifer Weigle at 703-653-8289.

Best wishes,

*Anthony Anastasio*
Anthony Anastasio
Director Network Engineering and Integrations
Avaya Government Solutions

Cc: HR File