# EXHIBIT A

**November 1, 2012 through January 31, 2013**
**Time Detail**

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| McGeoch, Barbara J | 1-Nov-12 | 0.50 | $319.00 | Analysis related to health plan compliance and respose to Mark Chronister regarding same (0.5). |
| Hughes, Tammy O. | 1-Nov-12 | 1.00 | $696.00 | Prepare information regarding DC Plan for pension investment committee meeting (1.0). |
| Smith  Eileen M | 1-Nov-12 | 0.50 | $208.80 | Prepare list of information for Kathy Schultea for investment committee meeting (0.25); Review email correspondence related to DC Plan for same (0.25). |
| Perez, Katie J. | 1-Nov-12 | 2.50 | $667.00 | Analyze information for DC Plan issues  (2.5). |
| Lee, Eumene D. | 1-Nov-12 | 2.00 | $742.40 | DC Plan valuation analysis (1.5); discussion with Vikas Farswani regarding same (0.5). |
| Hughes, Tammy O. | 2-Nov-12 | 0.50 | $348.00 | Prepare information regarding DC Plan for pension investment committee (0.5). |
| Farswani, Vikas | 2-Nov-12 | 1.00 | $400.20 | Prepare liabilities report on Retiree-Medical (FAS 106) plan (1.0). |
| Lee, Eumene D. | 2-Nov-12 | 1.00 | $371.20 | DC Plan valuation analysis (0.75); discussion with Vikas Farswani regarding same (0.25). |
| Perez, Katie J. | 3-Nov-12 | 4.00 | $1,067.20 | Analyze information for DC Plan issues (4.0). |
| Zaleta, Cynthia O. | 5-Nov-12 | 1.00 | $585.80 | Attend DC Plan Pension Investment Committee meeting (0.75); prepare minutes to same |
| Farswani, Vikas | 5-Nov-12 | 5.00 | $2,001.00 | Research on nonqualified claims for restoration plan (5.0). |
| Lee, Eumene D. | 5-Nov-12 | 1.00 | $371.20 | Analyze valuation assumption changes for DC Plan (1.0). |
| Smith, Doug J. | 6-Nov-12 | 1.00 | $672.80 | Review and revise strategy related to LTD and health plan (1.0). |
| Smith  Eileen M | 6-Nov-12 | 0.25 | $104.40 | Prepare agenda and project plan for conference call regarding DC Plan (0.25). |
| Zaleta, Cynthia O. | 6-Nov-12 | 1.00 | $585.80 | Attend DC Plan Pension Investment Committee meeting (0.75); prepare minutes to same |
| Farswani, Vikas | 6-Nov-12 | 5.50 | $2,201.10 | Prepare 7/1/2012 valuation of Retiree-Medical (FAS 106) plan (5.25); e-mail to Cleary regarding same (0.25). |
| Smith, Doug J. | 7-Nov-12 | 0.50 | $336.40 | Review and revise strategy related to LTD and health plan (0.5). |
| Zaleta, Cynthia O. | 7-Nov-12 | 1.50 | $878.70 | Attend DC Plan Pension Investment Committee meeting (1.0); prepare minutes to same (0.5). |
| Smith  Eileen M | 7-Nov-12 | 1.00 | $417.60 | Telephone conference with Daniel Ray and Elizabeth Smith regarding DC Plan project status (1.0). |
| Smith  Eileen M | 9-Nov-12 | 0.25 | $104.40 | Prepare information on DC Plan at request of Kathy Schultea for upcoming conference regarding same (0.25). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Perez, Katie J. | 11-Nov-12 | 5.00 | $1,334.00 | Review nonqualified benefits for DC Plan, at request of Vikas Farswani (5.0). |
| Bassett, Eric K. | 12-Nov-12 | 0.25 | $188.50 | Attend conference regarding financial information relating to health plan (0.25). |
| Zaleta, Cynthia O. | 12-Nov-12 | 1.75 | $1,025.16 | Telephone conference with Daniel Ray and Elizabeth Smith regarding DC Plan (1.5); research on stale checks (0.25). |
| Smith  Eileen M | 12-Nov-12 | 2.75 | $1,148.40 | Revise agenda for DC Plan meeting (0.25); revise project plan relating to DC Plan and Pension Investment Committee (1.25); telephone conference with Daniel Ray and Elizabeth Smith regarding DC Plan project status (0.5); draft minutes for same (0.5); draft memo on issues regarding same at request of Kathy Schultea (0.25). |
| Hughes, Tammy O. | 12-Nov-12 | 1.25 | $870.00 | Telephone conference with Daniel Ray & Elizabeth Smith regarding DC Plan (0.5); review Pension Investment Committee memorandum (0.75). |
| Farswani, Vikas | 12-Nov-12 | 3.75 | $1,500.76 | Review and verify information on nonqualified claims of restoration plan (3.75). |
| Hardin, Don R. | 13-Nov-12 | 1.00 | $725.00 | Telephone conference with Cleary regarding retiree health plan (1.0). |
| Zaleta, Cynthia O. | 13-Nov-12 | 0.50 | $292.90 | Research on stale checks (0.5). |
| Smith, Doug J. | 13-Nov-12 | 0.50 | $336.40 | Review and update DC plan strategy (0.5). |
| Smith  Eileen M | 13-Nov-12 | 0.25 | $104.40 | Revise DC Plan agenda and project plans (0.25). |
| Farswani, Vikas | 13-Nov-12 | 4.25 | $1,700.86 | Prepare and update valuation for 7/1/12 FAS 106 post-retiree medical (0.75); research questions raised by A&M related to same (0.25); review and verify information on nonqualified claims of restoration plan (3.25). |
| Hughes, Tammy O. | 14-Nov-12 | 2.00 | $1,392.00 | Telephone conference with Daniel Ray & Elizabeth Smith regarding DC Plan (0.75); prepare information regarding Pension Investment Committee services and recommendations (1.25). |
| Farswani, Vikas | 14-Nov-12 | 6.50 | $2,601.30 | Additional research regarding verifying nonqualified claims in connection with restoration plan (6.5). |
| Hardin, Don R. | 15-Nov-12 | 0.25 | $181.26 | E-mail correspondence to Cornel Baltaneau regarding health plan (0.25). |
| Hughes, Tammy O. | 15-Nov-12 | 0.50 | $348.00 | Prepare information on Pension Investment Committee services and recommendations in preparation for call with Daniel Ray and Elizabeth Smith (0.5). |
| Smith, Doug J. | 15-Nov-12 | 0.50 | $336.40 | Review and update strategy related to LTD and health plan (0.5). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Zaleta, Cynthia O. | 15-Nov-12 | 1.00 | $585.80 | Telephone conference with Daniel Ray & Elizabeth Smith regarding DC Plan (0.75); research on stale checks (0.25). |
| Smith, Doug J. | 16-Nov-12 | 1.50 | $1,009.20 | Revise strategy related to LTD and health plan (1.5). |
| Zaleta, Cynthia O. | 16-Nov-12 | 1.00 | $585.80 | Telephone conference with Daniel Ray and Elizabeth Smith regarding DC plan issues (0.75); follow-up inquiries regarding stale checks (0.25). |
| Farswani, Vikas | 16-Nov-12 | 3.00 | $1,200.60 | Continued research on nonqualified claims in connection with restoration plan (3.0). |
| Balteanu, Cornel | 19-Nov-12 | 2.00 | $754.00 | Research LTD assumptions in connection with LTD plan (2.0). |
| Hughes, Tammy O. | 19-Nov-12 | 0.75 | $522.00 | Telephone conference with Daniel Ray and Elizabeth Smith regarding action items for DC Plan Pension Investment Committee (0.75). |
| Perez, Katie J. | 19-Nov-12 | 2.00 | $533.60 | Review nonqualified benefits for DC Plan, at request of Vikas Farswani (2.0). |
| Mayer, Julie J. | 19-Nov-12 | 12.00 | $904.80 | Research for ongoing projects relating to DC plan (12.0). |
| Hardin, Don R. | 20-Nov-12 | 0.50 | $362.50 | Cornerstone research relating to health plan (0.5). |
| Balteanu, Cornel | 20-Nov-12 | 0.50 | $188.50 | Research LTD assumptions (0.5). |
| Naughton, Matt | 20-Nov-12 | 0.25 | $166.76 | Respond to DC plan data request (0.25). |
| Hardin, Don R. | 20-Nov-12 | 1.00 | $725.00 | Telephone conference with Cleary and Cornerstone regarding health plan (1.0). |
| Zaleta, Cynthia O. | 20-Nov-12 | 1.00 | $585.80 | Telephone conference with Daniel Ray and Elizabeth Smith regarding DC Plan termination (1.0). |
| Hughes, Tammy O. | 20-Nov-12 | 1.50 | $1,044.00 | Telephone conference with Daniel Ray and Elizabeth Smith regarding action items for DC Plan Pension Investment Committee (1.0); review and prepare for same (0.5). |
| Farswani, Vikas | 20-Nov-12 | 7.75 | $3,101.56 | Continued research on nonqualified claims of restoration plan (7.75). |
| Hardin, Don R. | 26-Nov-12 | 5.00 | $3,625.00 | Review response of Cornell Balteneau regarding health plan (0.5); prepare responses to health plan inquiries (1.0); prepare data regarding health plan to Cleary (1.0); revise responses to Conerstone inquiries (1.0); telephone conference with Cleary and Cornerstone regarding health plan issues (0.5); conference with Conrel Balteanu regarding follow-up issues on health plan (1.0). |
| Balteanu, Cornel | 26-Nov-12 | 3.25 | $1,225.26 | Prepare LTD valuation analyses (3.25) |
| Naughton, Matt | 26-Nov-12 | 0.50 | $333.50 | Review FAS 112 letter (0.5). |
| Zaleta, Cynthia O. | 26-Nov-12 | 1.00 | $585.80 | Research on outstanding issues regarding DC Plan with Daniel Ray and AonHewitt (1.0). |

| Employee | Date | Hours | Charge | Narrative |
|----------|------|-------|--------|-----------|
| Smith  Eileen M | 26-Nov-12 | 1.00 | $417.60 | Revise DC Plan (0.5); revise termination workflows for Nortel (0.5). |
| Balteanu, Cornel | 27-Nov-12 | 1.50 | $565.50 | Continued preparation of LTD plan valuation analysis (0.5); review valuation test case issues (1.0). |
| Hardin, Don R. | 27-Nov-12 | 0.50 | $362.52 | Conference with Megan Fleming and Vikas Farswani on surviving spouses and long term care  issues (0.5). |
| Smith, Doug J. | 27-Nov-12 | 0.50 | $336.40 | Review and update strategy regarding DC investments (0.5). |
| Zaleta, Cynthia O. | 27-Nov-12 | 1.00 | $585.80 | Prepare responses to issues raised by Kathy Schultea and Elizabeth Smith regarding DC Plan (1.0). |
| Zaleta, Cynthia O. | 28-Nov-12 | 1.50 | $878.70 | Telephone conference with Daniel Ray and Elizabeth Smith regarding DC Plan (1.0); prepare for same (0.5). |
| Smith, Doug J. | 28-Nov-12 | 0.50 | $336.40 | Review and update strategy regarding DC Plan (0.5). |
| Smith  Eileen M | 28-Nov-12 | 0.50 | $208.80 | Telephone conference with Daniel Ray and related team members regarding plan termination (0.5). |
| Smith  Eileen M | 28-Nov-12 | 0.75 | $313.20 | Revise termination workflows for Nortel (0.5); update plan based upon same (0.25). |
| Farswani, Vikas | 28-Nov-12 | 1.00 | $400.20 | Review FAS 106 valuation issues (1.0). |
| Zaleta, Cynthia O. | 30-Nov-12 | 0.50 | $292.90 | Follow-up regarding telephone conference with Daniel Ray and Elizabeth Smith regarding DC Plan (0.5). |
| Smith, Doug J. | 3-Dec-12 | 0.50 | $336.40 | Contemplate strategy regarding DC Plan (0.5). |
| Zaleta, Cynthia O. | 3-Dec-12 | 0.50 | $292.90 | Review status of open items relating to DC plan (0.5). |
| Bassett, Eric K. | 4-Dec-12 | 0.25 | $188.50 | Internal discussion regarding financial information relating to health plan (0.25). |
| Smith, Doug J. | 4-Dec-12 | 0.50 | $336.40 | Review and update strategy regarding DC Plan (0.5). |
| Smith  Eileen M | 4-Dec-12 | 0.25 | $104.40 | Revise termination workflows for Nortel (0.25). |
| Zaleta, Cynthia O. | 4-Dec-12 | 1.25 | $732.26 | Telephone conference with Daniel Ray, Elizabeth Smith and AonHewitt regarding DC Plan (1.25). |
| Balteanu, Cornel | 5-Dec-12 | 0.50 | $188.50 | Prepare LTD valuation analysis (0.50) |
| Zaleta, Cynthia O. | 5-Dec-12 | 1.00 | $585.80 | Investigate issues regarding DC Plan Rollover System (1.0). |
| Smith  Eileen M | 6-Dec-12 | 0.75 | $313.20 | Revise termination workflows for Nortel (0.75). |
| Farswani, Vikas | 6-Dec-12 | 0.50 | $200.10 | Prepare for telephone conference with Cleary nonqualification claims (0.25); attend same (0.25). |
| Zaleta, Cynthia O. | 7-Dec-12 | 1.00 | $585.80 | Research on Puerto Rico DC Plan termination at request of Daniel Ray (1.0). |

| Employee | Date | Hours | Charge | Narrative |
|----------|------|-------|--------|-----------|
| Zaleta, Cynthia O. | 10-Dec-12 | 1.00 | $585.80 | Review and prepare for upcoming DC Plan meeting (1.0). |
| Zaleta, Cynthia O. | 10-Dec-12 | 0.50 | $292.90 | Review status of open items relating to DC plan (0.5). |
| Hughes, Tammy O. | 10-Dec-12 | 0.75 | $522.00 | Telephone conference with Daniel Ray and Elizabeth Smith regarding DC Plan (0.5); review action items for DC Plan Pension Investment Committee (0.25). |
| Hughes, Tammy O. | 11-Dec-12 | 1.00 | $696.00 | Telephone conference with Daniel Ray and Elizabeth Smith regarding DC Plan (0.5); review action items for DC Plan Pension Investment Committee (0.5). |
| Smith  Eileen M | 11-Dec-12 | 2.75 | $1,148.40 | Revise DC Plan (1.25); revise termination workflows for Nortel (0.5); telephone conference with Daniel Ray and related team members regarding plan termination (1.0). |
| Zaleta, Cynthia O. | 11-Dec-12 | 1.75 | $1,025.16 | Review meeting materials for upcoming conference regarding DC Plan (0.5); telephone conference with Daniel Ray, Elizabeth Smith and AonHewitt regarding same (1.25). |
| Zaleta, Cynthia O. | 12-Dec-12 | 1.00 | $585.80 | Attend Pension Investment Committee meeting (0.75); prepare minutes for same (0.25). |
| Smith, Doug J. | 12-Dec-12 | 0.50 | $336.40 | Review and revise strategy regarding DC Plan (0.5). |
| Hughes, Tammy O. | 12-Dec-12 | 0.25 | $174.00 | Review action items for DC Plan Pension Investment Committee (0.25). |
| Horner, Timothy J. | 12-Dec-12 | 0.75 | $578.56 | Review notes and minutes from recent DC Plan Governance Consulting meeting (0.75). |
| Zaleta, Cynthia O. | 13-Dec-12 | 0.50 | $292.90 | Follow-up on open issues based upon Pension Investment Committee meeting (0.5). |
| Zaleta, Cynthia O. | 13-Dec-12 | 0.50 | $292.90 | Review status of open items relating to DC plan (0.5). |
| Smith, Doug J. | 13-Dec-12 | 0.50 | $336.40 | Review and update strategy regarding DC Plan (0.5). |
| Hughes, Tammy O. | 13-Dec-12 | 0.50 | $348.00 | Review status of action items for DC Plan Pension Investment Committee (0.5). |
| Smith  Eileen M | 13-Dec-12 | 0.25 | $104.40 | Revise termination workflows for Nortel (0.25). |
| Zaleta, Cynthia O. | 14-Dec-12 | 1.00 | $585.80 | Review status of open items relating to DC plan (0.5). |
| Smith, Doug J. | 17-Dec-12 | 0.50 | $336.40 | Review and revise strategy regarding DC Plan (0.5). |
| Mayer, Julie J. | 17-Dec-12 | 7.00 | $527.80 | Research in connection with DC plan termation issues (7.0). |
| Smith, Doug J. | 18-Dec-12 | 0.50 | $336.40 | Update strategy regarding DC Plan (0.5). |

| Employee | Date | Hours | Charge | Narrative |
|----------|------|-------|--------|-----------|
| Zaleta, Cynthia O. | 18-Dec-12 | 4.00 | $2,343.20 | Review information from Daniel Ray in preparation for conference call (1.0); telephone conference with Daniel Ray, Elizabeth Smith, Kathy Schultea and Mercer team regarding DC Plan work stream (2.5); review stale check research (0.25); prepare memo regarding same (0.25). |
| Smith  Eileen M | 18-Dec-12 | 4.00 | $1,670.40 | Telephone conference with working group regarding 2013 work stream (1.0); review information from Daniel Ray in preparation for second conference call (0.75); coordinate workflow related to DC Plan (0.25); telephone conference with Daniel Ray and related team members regarding plan termination (1.0); revise termination workflows for Nortel (1.0). |
| Zaleta, Cynthia O. | 19-Dec-12 | 2.00 | $1,171.60 | Telephone conference with working grou pregardin uncashed checks (1.0); prepare minutes for December pension investment committee meeting (0.5); conference with Elizabeth Smith regarding QDRO procedures (0.5) |
| Horner, Timothy J. | 19-Dec-12 | 0.50 | $385.70 | Review open items based on recent DC Plan Governance Consulting meeting (0.5). |
| Zaleta, Cynthia O. | 20-Dec-12 | 1.75 | $1,025.16 | Telephone conference with Daniel Ray, Elizabeth Smith and  AonHewitt regarding DC Plan (1.25); review stale check research (0.25); prepare memo on same (0.25). |
| Hughes, Tammy O. | 20-Dec-12 | 1.25 | $870.00 | Telephone conference with Daniel Ray and Elizabeth Smith regarding DC Plan stale dated checks (1.25). |
| Zaleta, Cynthia O. | 21-Dec-12 | 2.00 | $1,171.60 | Telephone conference with S. Pringle at Rollover Systems regarding stale check issue (0.5); prepare memo relating to same (1.5). |
| Zaleta, Cynthia O. | 28-Dec-12 | 1.00 | $585.80 | Continue researching and drafting memo on stale check issues (1.0). |
| Zaleta, Cynthia O. | 2-Jan-13 | 3.50 | $2,050.30 | Continue researching and drafting memo on stale check issues (1.5); review and revise SPD for DC Plan (1.0); review status of open items relating to DC plan (1.0). |
| Smith  Eileen M | 3-Jan-13 | 0.75 | $313.20 | Telephone conference with Elizabeth Smith and related team members regarding plan termination issues(0.75). |
| Zaleta, Cynthia O. | 7-Jan-13 | 1.50 | $878.70 | Review status of open items relating to DC plan (0.5); analyze QDRO issues for DC Plan (1.0). |
| Smith  Eileen M | 7-Jan-13 | 2.50 | $1,044.00 | Revise termination workflows for Nortel (2.5). |
| Corrin, Ann | 7-Jan-13 | 4.0 | $1,090.40 | Review 2009 market analysis information (4.0). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Dempsey, John B | 7-Jan-13 | 3.0 | $2,244.60 | Telephone conference with Brendan Gibbon regarding Nortel incentive plan (1.0); review market match information with Ann Corrin (1.0); telephone conference with Kathy Schultea and Ann Corrin regarding same (1.0). |
| Smith, Doug J. | 8-Jan-13 | 0.50 | $336.40 | Review and update strategy regarding DC Plan (0.5). |
| Zaleta, Cynthia O. | 8-Jan-13 | 3.00 | $1,757.40 | Additional analysis of QDRO issues for DC Plan (1.5); review status of open items relating to DC plan (0.5); telephone conference with Elizabeth Smith and Aon Hewitt regarding DC Plan (1.0). |
| Smith  Eileen M | 8-Jan-13 | 2.75 | $1,148.40 | Review QDRO checklist for DC Plan (0.25); telephone conference with Elizabeth Smith regarding same (0.25); telephone conference with Elizabeth Smith and related team members regarding plan termination (1.0); revise termination workflows for Nortel (1.25). |
| Dempsey, John B | 8-Jan-13 | 2.0 | $1,496.40 | Telephone conference with Kathy Schultea regarding match information (2.0). |
| Smith  Eileen M | 9-Jan-13 | 1.00 | $417.60 | Review QDRO checklist (0.5); telephone conference with Elizabeth Smith regarding status of issues for same (0.5). |
| Smith, Doug J. | 9-Jan-13 | 0.50 | $336.40 | Update strategy regarding DC Plan (0.5). |
| Corrin, Ann | 9-Jan-13 | 10.0 | $2,726.00 | Market analysis for Nortel incentive particpants (5.0); conference with John Dempsey regarding same (1.0); review and prepare for telephone conference with John Dempsey and Kathy Schultea regarding same (1.0); attend telephone conference regarding same (1.0); prepare draft reports based upon same (2.0). |
| Dempsey, John B | 9-Jan-13 | 2.0 | $1,496.40 | Review and revise market matches (1.0); telephone conference with Kathy Schutlea regarding same (1.0). |
| Balteanu, Cornel | 10-Jan-13 | 1.00 | $377.00 | Review and analyze information relating to ASC 712 valuation issues (1.0). |
| Smith  Eileen M | 10-Jan-13 | 3.00 | $1,252.80 | Review QDRO process for DC Plan (2.50); telephone conference with Elizabeth Smith regarding same (0.5). |
| Zaleta, Cynthia O. | 10-Jan-13 | 0.50 | $292.90 | Analyze QDRO issues for DC Plan (0.5). |
| Corrin, Ann | 10-Jan-13 | 2.0 | $545.20 | Revision to draft report dated 1/11. |
| Dempsey, John B | 10-Jan-13 | 1.0 | $748.20 | Telephone conference with Brendan Gibbon regarding updates to market pay information (1.0). |
| Corrin, Ann | 11-Jan-13 | 1.0 | $272.60 | Additional revisions to report. |
| Zaleta, Cynthia O. | 14-Jan-13 | 2.25 | $1,318.06 | Analyze QDRO issues for DC Plan (1.5); review status of open items relating to DC plan (0.5). |
| Smith  Eileen M | 14-Jan-13 | 1.00 | $417.60 | Analyze QDRO issues for DC Plan (1.0). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Corrin, Ann | 14-Jan-13 | 1.0 | $272.60 | Additional revisions to report. |
| Dempsey, John B | 14-Jan-13 | 2.0 | $1,496.40 | Review and revise report and declaration for same (2.0). |
| Smith, Doug J. | 15-Jan-13 | 0.50 | $336.40 | Review and revise strategy regarding DC Plan (0.5). |
| Smith  Eileen M | 15-Jan-13 | 2.25 | $939.60 | Telephone conference with Elizabeth Smith and other team members regarding DC Plan termination (1.0); update project and termination workflows for Nortel (1.25). |
| Smith  Eileen M | 15-Jan-13 | 0.50 | $208.80 | Analyze QDRO issues for DC Plan (0.5). |
| Corrin, Ann | 15-Jan-13 | 2.0 | $545.20 | Final revisions to report dated 1/15. |
| Dempsey, John B | 15-Jan-13 | 2.0 | $1,496.40 | Additional review and revisions to report and declaration for same (2.0). |
| Zaleta, Cynthia O. | 16-Jan-13 | 1.00 | $585.80 | Review status of open items relating to DC plan (1.0). |
| Smith  Eileen M | 16-Jan-13 | 2.25 | $939.60 | Analyze QDRO issues for DC Plan (1.0); telephone conference with Elizabeth Smith and |
| Dempsey, John B | 16-Jan-13 | 1.0 | $748.20 | Review declaration with client working group (1.0). |
| Smith, Doug J. | 17-Jan-13 | 0.50 | $336.40 | Review and revise strategy regarding DC Plan (0.5). |
| Smith  Eileen M | 17-Jan-13 | 1.75 | $730.80 | Revise DC Plan and termination workflows (0.25); analyze QDRO issues for DC Plan (1.5). |
| Zaleta, Cynthia O. | 17-Jan-13 | 1.50 | $878.70 | Review and analyze QDRO issues for DC Plan (1.5). |
| Farswani, Vikas | 17-Jan-13 | 1.00 | $400.20 | Review nonqualified claims of restoration plan (1.0). |
| Smith  Eileen M | 21-Jan-13 | 0.25 | $104.40 | Prepare termination workflows in connection with DC Plan (0.25). |
| Hughes, Tammy O. | 22-Jan-13 | 1.00 | $696.00 | Telephone conference with Daniel Ray and Elizabeth Smith regarding DC Plan stale dated checks (1.0). |
| Smith  Eileen M | 22-Jan-13 | 2.50 | $1,044.00 | Revise termination workflows for Nortel (1.25); telephone conference with Elizabeth Smith and other team members regarding DC Plan termination (1.0); analyze QDRO issues for DC Plan (0.25). |
| Zaleta, Cynthia O. | 22-Jan-13 | 1.00 | $585.80 | Telephone conference with Elizabeth Smith and Aon Hewitt regarding DC Plan issues (1.0). |
| Farswani, Vikas | 22-Jan-13 | 4.00 | $1,600.80 | Research SPB, SPC and SERP issues (3.5); call with Cleary regarding same (0.5). |
| Smith, Doug J. | 23-Jan-13 | 1.00 | $672.80 | Review and revise strategy regarding DC Plan (1.0). |
| Zaleta, Cynthia O. | 23-Jan-13 | 1.00 | $585.80 | Review status of open items relating to DC plan (0.5); analyze QDRO issues for DC Plan (0.5). |
| Smith  Eileen M | 23-Jan-13 | 1.25 | $522.00 | Revise termination workflows for Nortel (0.75); review QDRO issues for DC Plan (0.5). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Smith  Eileen M | 24-Jan-13 | 1.25 | $522.00 | Revise termination workflows for Nortel (0.75); review QDRO issues for DC Plan (0.5). |
| Zaleta, Cynthia O. | 24-Jan-13 | 1.00 | $585.80 | Analyze QDRO issues for DC Plan (0.5); review status of open items relating to DC Plan projects (0.5). |
| Horner, Timothy J. | 24-Jan-13 | 0.50 | $385.70 | Review and analyze information on SPD timing and rules upon termination relating to DC Plan Compliance Consulting (0.5). |
| Zaleta, Cynthia O. | 25-Jan-13 | 1.50 | $878.70 | Attend Pension Investment Committee meeting (1.25); draft minutes for same (0.25). |
| Smith  Eileen M | 25-Jan-13 | 0.25 | $104.40 | Analyze QDRO issues for DC Plan (0.25). |
| Zaleta, Cynthia O. | 28-Jan-13 | 0.75 | $439.36 | Review status of open items relating to DC plan (0.5); analyze QDRO issues for DC Plan (0.25). |
| Smith  Eileen M | 28-Jan-13 | 0.25 | $104.40 | Analyze QDRO issues for DC Plan (0.25). |
| Smith, Doug J. | 28-Jan-13 | 0.50 | $336.40 | Review and update strategy regarding DC Plan (0.5). |
| Zaleta, Cynthia O. | 29-Jan-13 | 2.00 | $1,171.60 | Telephone conference with Elizabeth Smith and Aon Hewitt regarding DC Plan (1.5); research uncashed check issues (0.5). |
| Hughes, Tammy O. | 29-Jan-13 | 0.25 | $174.00 | Telephone conference with Daniel Ray and Elizabeth Smith regarding DC Plan stale dated checks (0.25). |
| Smith  Eileen M | 29-Jan-13 | 2.25 | $939.60 | Analyze QDRO issues for DC Plan (0.25); telephone conference with Elizabeth Smith and other team members regarding plan termination (1.0); revise termination workflows for Nortel (1.0). |
| Smith, Doug J. | 29-Jan-13 | 0.50 | $336.40 | Review and revise strategy regarding DC Plan (0.5). |
| Zaleta, Cynthia O. | 30-Jan-13 | 1.00 | $585.80 | Review status of open items relating to DC plan (0.5); research uncashed check issues (0.5). |
| Smith  Eileen M | 30-Jan-13 | 0.25 | $104.40 | Analyze QDRO issues for DC Plan (0.25) |
| Smith  Eileen M | 31-Jan-13 | 1.25 | $522.00 | Revise termination workflows (1.00); revise QDRO for same (0.25). |
| Zaleta, Cynthia O. | 31-Jan-13 | 4.00 | $2,343.20 | Conference with Kathy Schultea regarding DC Plan issues (0.5); analyze QDRO issues in connection with DC Plan (0.5); review and analyze information regarding uncashed check issues (2.0); review and analyze information relating to pension investment committee meetings and minutes for same (1.0). |
| Smith, Doug J. | 31-Jan-13 | 0.50 | $336.40 | Review and update strategy regarding DC Plan (0.5). |
| Farswani, Vikas | 31-Jan-13 | 0.50 | $200.10 | Prepare for and attend telephone conference with Nortel regarding nonqualified claims (0.5). |
| | **TOTALS:** | **260.25** | **$120,453.10** | |