# EXHIBIT B

**November 1, 2012 through January 31, 2013**
**Expense Detail**

| Date | Amount | Description |
|---|---|---|
| 30-Nov-12 | $5,688.00 | Legal - Administrative |
| 31-Dec-12 | $58.05 | Legal - Administrative |
| 31-Jan-13 | $356.85 | Legal - Administrative |
| **TOTAL:** | **$6,102.90** | |