# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2013 through January 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $1,496.04 |
| Photos/Art/ Spec Duplicating | Out of Office | 3,079.06 |
| Meals | | 67.99 |
| Messanger Service | | 153.00 |
| Courier/Delivery Service | | 6,112.94 |
| Computer Research | Westlaw | 88.70 |
| Special Supplies | | (80.00) |
| In House Duplicating | | 659.60 |
| Facsimile | | 408.50 |
| Pacer | | 45.00 |
| Conference Calls | | 9.89 |
| **Grand Total Expenses** | | **$12,040.72** |

Nortel Networks, Inc.
63989-DIP
DATE: 02/28/13 11:51:12

INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 999533 | 01/23/13 | B | 1,066.49 | Transcripts - WILCOX & FETZER, LTD` TRANSCRIPT OF HEARING - 01/23/2013 | 506 | 904 | 192989 |
| 997778 | 01/25/13 | B | 429.55 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT - CASE NO. 09-10138 - 01/25/2013 | 506 | 904 | 192865 |
| 994247 | 01/02/13 | B | 1,354.42 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/02/2013 | 510 | 684 | 192499 |
| 996308 | 01/07/13 | B | 38.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/07/2013 | 510 | 000 | 192674 |
| 996306 | 01/08/13 | B | 706.35 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/08/2013 | 510 | 000 | 192672 |
| 997727 | 01/18/13 | B | 49.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/18/2013 | 510 | 684 | 192827 |
| 997765 | 01/22/13 | B | 463.65 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/22/2013 | 510 | 684 | 192845 |
| 999731 | 01/31/13 | B | 467.64 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 01/31/2013 | 510 | 684 | 193046 |
| 1001793 | 01/24/13 | B | 67.99 | Meals - AMERICAN EXPRESS` PUREBREAD DELI - BREAKFAST - 01/24/2013 | 512 | 000 | 193188 |
| 993453 | 01/02/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993454 | 01/02/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998520 | 01/04/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 998532 | 01/07/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998538 | 01/07/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 998539 | 01/08/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 998567 | 01/08/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998568 | 01/08/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 998569 | 01/08/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 998628 | 01/13/13 | B | 12.00 | Messenger Service | 513S | 000 | |
| 998619 | 01/14/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998665 | 01/16/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998670 | 01/16/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998680 | 01/17/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998692 | 01/17/13 | B | 6.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.
63989-DIP
DATE: 02/28/13 11:51:12

PROFORMA 919980

AS OF 4/5/145

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 998694 | 01/17/13 | B | 12.00 | Messenger Service | 513S | 000 | |
| 998702 | 01/18/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998704 | 01/18/13 | B | 9.00 | Messenger Service | 513S | 000 | |
| 998707 | 01/18/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998719 | 01/22/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998721 | 01/22/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998732 | 01/22/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 998734 | 01/22/13 | B | 15.00 | Messenger Service | 513S | 000 | |
| 998743 | 01/22/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998758 | 01/23/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998759 | 01/23/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998778 | 01/24/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998786 | 01/24/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998790 | 01/24/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998853 | 01/29/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 998883 | 01/31/13 | B | 6.00 | Messenger Service | 513S | 000 | |
| 996132 | 07/20/01 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 192654 |
| 996126 | 07/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192654 |
| 996127 | 07/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192654 |
| 996128 | 07/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192654 |
| 996129 | 07/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192654 |
| 996130 | 07/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192654 |
| 996131 | 07/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192654 |
| 996125 | 07/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192654 |
| 996540 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996541 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996542 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996543 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996544 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 997230 | 08/20/01 | B | (12.63) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997231 | 08/20/01 | B | (29.13) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997232 | 08/20/01 | B | (12.63) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997233 | 08/20/01 | B | (12.63) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997234 | 08/20/01 | B | (12.63) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/28/13 11:51:12

PROFORMA 319880    AS OF 4/9/113    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 997235 | 08/20/01 | B | (12.63) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997224 | 08/20/01 | B | (21.31) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997225 | 08/20/01 | B | (22.59) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997226 | 08/20/01 | B | (37.81) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997227 | 08/20/01 | B | (12.63) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997228 | 08/20/01 | B | (17.58) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997229 | 08/20/01 | B | (12.63) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997236 | 08/20/01 | B | (12.63) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 997237 | 08/20/01 | B | (29.13) | Reversal from Cancelled Voucher 192753 | 514 | 322 | 192797 |
| 996677 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996678 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996679 | 08/20/01 | B | 29.13 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996671 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996672 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996673 | 08/20/01 | B | 29.13 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996674 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996675 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996676 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996635 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996666 | 08/20/01 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996667 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996668 | 08/20/01 | B | 37.81 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996669 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996670 | 08/20/01 | B | 17.58 | Courier/Delivery Service | 514 | 322 | 192753 |
| 996629 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996630 | 08/20/01 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996631 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996632 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996633 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996634 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996623 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996624 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996625 | 08/20/01 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996626 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996627 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996628 | 08/20/01 | B | 20.00 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996617 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996618 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/28/13 11:51:12

PROFORMA 319880        AS OF 01/31/13        INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 996619 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996620 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996621 | 08/20/01 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996622 | 08/20/01 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996611 | 08/20/01 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996612 | 08/20/01 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996613 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996614 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996615 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996616 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996605 | 08/20/01 | B | 26.29 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996606 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996607 | 08/20/01 | B | 26.29 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996608 | 08/20/01 | B | 26.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996609 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996610 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996599 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996600 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996601 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996602 | 08/20/01 | B | 26.17 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996603 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996604 | 08/20/01 | B | 24.67 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996593 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996594 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996595 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996596 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996597 | 08/20/01 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996598 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996587 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996588 | 08/20/01 | B | 23.67 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996589 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996590 | 08/20/01 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996591 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996592 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996581 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996582 | 08/20/01 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996583 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996584 | 08/20/01 | B | 28.68 | Courier/Delivery Service | 514 | 322 | 192749 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/28/13 11:51:12

PROFORMA 315880 AS OF 01/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 996585 | 08/20/01 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996586 | 08/20/01 | B | 28.68 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996575 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996576 | 08/20/01 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996577 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996578 | 08/20/01 | B | 26.29 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996579 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996580 | 08/20/01 | B | 29.13 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996569 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996570 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996571 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996572 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996573 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996574 | 08/20/01 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996563 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996564 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996565 | 08/20/01 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996566 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996567 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996568 | 08/20/01 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996557 | 08/20/01 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996558 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996559 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996560 | 08/20/01 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996561 | 08/20/01 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996562 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996551 | 08/20/01 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996552 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996553 | 08/20/01 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996554 | 08/20/01 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996555 | 08/20/01 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996556 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996545 | 08/20/01 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996546 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996547 | 08/20/01 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996548 | 08/20/01 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996549 | 08/20/01 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192749 |
| 996550 | 08/20/01 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192749 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/28/13 11:51:12

PRO FORMA 315880 AS OF 01/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 997143 | 11/30/12 | B | (17.75) | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - CREDIT - 11/30/2012 | 514 | 000 | 192794 |
| 997144 | 11/30/12 | B | (17.75) | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - CREDIT - 11/30/2012 | 514 | 000 | 192794 |
| 997140 | 11/30/12 | B | (17.75) | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - CREDIT - 11/30/2012 | 514 | 000 | 192794 |
| 997141 | 11/30/12 | B | (17.75) | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - CREDIT - 11/30/2012 | 514 | 000 | 192794 |
| 997142 | 11/30/12 | B | (17.75) | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - CREDIT - 11/30/2012 | 514 | 000 | 192794 |
| 997151 | 12/01/12 | B | 29.25 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARGES - 12/01/2012 | 514 | 000 | 192794 |
| 997152 | 12/01/12 | B | 88.75 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARGES - 12/04/2012 | 514 | 000 | 192794 |
| 997172 | 12/15/12 | B | 88.75 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARGES - 12/15/2012 | 514 | 000 | 192794 |
| 997173 | 12/15/12 | B | 29.25 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARGES - 12/15/2012 | 514 | 000 | 192794 |
| 997174 | 12/18/12 | B | 88.75 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARGES - 12/18/2012 | 514 | 000 | 192794 |
| 997175 | 12/18/12 | B | 29.25 | Courier/Delivery Service - AMERICAN EXPRESS' USPS.COM - COURIER CHARGES - 12/18/2012 | 514 | 000 | 192794 |
| 994924 | 01/02/13 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 192591 |
| 994609 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994610 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994611 | 01/07/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994612 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994613 | 01/07/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994614 | 01/07/13 | B | 28.68 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994606 | 01/07/13 | B | 34.05 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192550 |
| 994868 | 01/07/13 | B | 53.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192553 |
| 994870 | 01/07/13 | B | 53.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192553 |
| 994699 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994700 | 01/07/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994701 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994702 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994703 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994693 | 01/07/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994694 | 01/07/13 | B | 26.29 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994695 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/28/13 11:51:12

PROFORMA 315880   AS OF 01/31/13   INVOICE# ******

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/28/13 11:51:12

PROFORMA 315880   AS OF 01/31/13   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 994696 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994697 | 01/07/13 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994698 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994687 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994688 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994689 | 01/07/13 | B | 38.29 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994690 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994691 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994692 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994681 | 01/07/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994682 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994683 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994684 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994685 | 01/07/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994686 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994675 | 01/07/13 | B | 23.67 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994676 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994677 | 01/07/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994678 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994679 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994680 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994669 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994670 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994671 | 01/07/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994672 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994673 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994674 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994663 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994664 | 01/07/13 | B | 26.17 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994665 | 01/07/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994666 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994667 | 01/07/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994668 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994657 | 01/07/13 | B | 26.29 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994658 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994659 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994660 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994661 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/28/13 11:51:12

PROFORMA 315880 AS OF 01/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 994662 | 01/07/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994651 | 01/07/13 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994652 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994653 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994654 | 01/07/13 | B | 28.68 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994655 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994656 | 01/07/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994645 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994646 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994647 | 01/07/13 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994648 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994649 | 01/07/13 | B | 20.00 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994650 | 01/07/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994639 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994640 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994641 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994642 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994643 | 01/07/13 | B | 26.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994644 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994633 | 01/07/13 | B | 24.67 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994634 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994635 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994636 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994637 | 01/07/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994638 | 01/07/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994627 | 01/07/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994628 | 01/07/13 | B | 17.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994629 | 01/07/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994630 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994631 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994632 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994621 | 01/07/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994622 | 01/07/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994623 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994624 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994625 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994626 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994615 | 01/07/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192551 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/28/13 11:51:12

PRO FORMA 315586      AS OF 01/31/13                                                                                          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 994616 | 01/07/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994617 | 01/07/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994618 | 01/07/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994619 | 01/07/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192551 |
| 994620 | 01/07/13 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 192551 |
| 1001807 | 01/08/13 | B | 88.75 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - 01/08/2013 | 514 | 000 | 193189 |
| 997734 | 01/08/13 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 192830 |
| 1001812 | 01/09/13 | B | 76.00 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - 01/09/2013 | 514 | 000 | 193189 |
| 999264 | 01/14/13 | B | 55.20 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 192960 |
| 996120 | 01/15/13 | B | 51.48 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192653 |
| 996530 | 01/18/13 | B | 29.13 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192747 |
| 996531 | 01/18/13 | B | 29.13 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192747 |
| 996532 | 01/18/13 | B | 29.13 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192747 |
| 996533 | 01/18/13 | B | 29.13 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192747 |
| 996537 | 01/18/13 | B | 53.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192748 |
| 996643 | 01/18/13 | B | 34.05 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192750 |
| 996529 | 01/18/13 | B | 29.13 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192747 |
| 997257 | 01/18/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997258 | 01/18/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997259 | 01/18/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997260 | 01/18/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997267 | 01/18/13 | B | 29.13 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997268 | 01/18/13 | B | 37.81 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997269 | 01/18/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997270 | 01/18/13 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997261 | 01/18/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997262 | 01/18/13 | B | 29.13 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997263 | 01/18/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997264 | 01/18/13 | B | 17.58 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997265 | 01/18/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192798 |
| 997266 | 01/18/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192798 |
| 1001823 | 01/19/13 | B | 88.75 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 01/19/2013 | 514 | 000 | 193189 |
| 997692 | 01/22/13 | B | 91.79 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 192817 |
| 996842 | 01/22/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192779 |
| 996843 | 01/22/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192779 |
| 996844 | 01/22/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192779 |

Nortel Networks, Inc.
63989-DIP
DATE: 02/28/13 11:51:12

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 996845 | 01/22/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192779 |
| 996846 | 01/22/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192779 |
| 996847 | 01/22/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192779 |
| 996848 | 01/22/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192779 |
| 996849 | 01/22/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192779 |
| 996850 | 01/22/13 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 192779 |
| 997106 | 01/23/13 | B | 55.51 | Courier/Delivery Service | 514 | 000 | 192785 |
| 997107 | 01/23/13 | B | 55.51 | Courier/Delivery Service | 514 | 000 | 192785 |
| 998467 | 01/31/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192926 |
| 998461 | 01/31/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192926 |
| 998462 | 01/31/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192926 |
| 998463 | 01/31/13 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 192926 |
| 998464 | 01/31/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192926 |
| 998465 | 01/31/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192926 |
| 998466 | 01/31/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192926 |
| 1000808 | 01/31/13 | B | 122.74 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 193170 |
| 998459 | 01/31/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192926 |
| 998460 | 01/31/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192926 |
| 998923 | 01/30/13 | B | 88.70 | Computer Research - Westlaw Search Performed by: GREECHER,RYAN | 515 | 923 | |
| 1003267 | 04/19/12 | B | (80.00) | )Reversal from Void Check Number: 73893 Bank ID: 01 Voucher ID: 188277 Vendor: DELAWARE SECRETARY OF STATE | 518H | 904 | 193406 |
| 993865 | 01/07/13 | B | 2.80 | In-House Duplicating | 519 | 684 | |
| 994097 | 01/07/13 | B | 72.40 | In-House Duplicating | 519 | 623 | |
| 994754 | 01/11/13 | B | 12.40 | In-House Duplicating | 519 | 605 | |
| 994980 | 01/14/13 | B | 6.30 | In-House Duplicating | 519 | 684 | |
| 995210 | 01/15/13 | B | 21.60 | In-House Duplicating | 519 | 684 | |
| 995740 | 01/17/13 | B | 37.20 | In-House Duplicating | 519 | 684 | |
| 995741 | 01/17/13 | B | 18.90 | In-House Duplicating | 519 | 684 | |
| 995742 | 01/17/13 | B | 11.20 | In-House Duplicating | 519 | 684 | |
| 995978 | 01/18/13 | B | 3.60 | In-House Duplicating | 519 | 684 | |
| 995979 | 01/18/13 | B | 12.00 | In-House Duplicating | 519 | 637 | |
| 995980 | 01/18/13 | B | 115.50 | In-House Duplicating | 519 | 605 | |
| 996201 | 01/22/13 | B | 10.00 | In-House Duplicating | 519 | 684 | |
| 996400 | 01/23/13 | B | 30.60 | In-House Duplicating | 519 | 637 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 02/28/13 11:51:12

PROFORMA 315860                    AS OF 01/31/13                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 996401 | 01/23/13 | B | 48.40 | In-House Duplicating | 519 | 637 | |
| 996742 | 01/23/13 | B | 17.10 | In-House Duplicating | 519 | 605 | |
| 998093 | 01/31/13 | B | 12.80 | In-House Duplicating | 519 | 605 | |
| 998092 | 01/31/13 | B | 8.80 | In-House Duplicating | 519 | 684 | |
| 996307 | 01/07/13 | B | 178.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 01/07/2013 | 522H | 000 | 192673 |
| 996305 | 01/08/13 | B | 19.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 01/08/2013 | 522H | 000 | 192671 |
| 997729 | 01/17/13 | B | 10.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 01/17/2013 | 522H | 684 | 192828 |
| 997728 | 01/18/13 | B | 179.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 01/18/2013 | 522H | 684 | 192827 |
| 997726 | 01/18/13 | B | 10.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 01/18/2013 | 522H | 684 | 192826 |
| 997764 | 01/22/13 | B | 12.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 01/22/2013 | 522H | 684 | 192844 |
| 996870 | 12/31/12 | B | 17.90 | Pacer charges for the month of December | 529 | 000 | |
| 1001622 | 01/31/13 | B | 27.10 | Pacer charges for the month of January | 529 | 000 | |
| 993866 | 01/07/13 | B | 8.85 | In-House Printing - black & white | 541 | 623 | |
| 995211 | 01/15/13 | B | 7.30 | In-House Printing - black & white | 541 | 605 | |
| 995743 | 01/16/13 | B | 1.35 | In-House Printing - black & white | 541 | 605 | |
| 995612 | 01/16/13 | B | 1.60 | In-House Printing - black & white | 541 | 546 | |
| 995981 | 01/18/13 | B | 17.85 | In-House Printing - black & white | 541 | 605 | |
| 996202 | 01/22/13 | B | 7.00 | In-House Printing - black & white | 541 | 971 | |
| 996743 | 01/23/13 | B | 2.35 | In-House Printing - black & white | 541 | 605 | |
| 996402 | 01/23/13 | B | 27.95 | In-House Printing - black & white | 541 | 971 | |
| 997796 | 01/30/13 | B | 2.20 | In-House Printing - black & white | 541 | 904 | |
| 998094 | 01/31/13 | B | 1.30 | In-House Printing - black & white | 541 | 605 | |
| 995613 | 01/16/13 | B | 2.00 | In-House Printing - color | 542 | 546 | |
| 995982 | 01/18/13 | B | 4.75 | In-House Printing - color | 542 | 605 | |
| 996203 | 01/22/13 | B | 15.00 | In-House Printing - color | 542 | 971 | |
| 996403 | 01/23/13 | B | 115.50 | In-House Printing - color | 542 | 971 | |
| 997797 | 01/30/13 | B | 2.75 | In-House Printing - color | 542 | 904 | |

```
Nortel Networks, Inc.                      PRO FORMA  315880        AS OF 01/31/13           INVOICE# ******
63989-DIP
DATE: 02/28/13 11:51:12
```

| INDEX  | DATE     | STAT | AMOUNT    | DESCRIPTION                                          | CODE | TKPER | VOUCHER |
|--------|----------|------|-----------|------------------------------------------------------|------|-------|---------|
| 998095 | 01/31/13 | B    | 0.25      | In-House Printing - color                            | 542  | 605   |         |
| 998001 | 01/18/13 | B    | 9.89      | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904   | 192888  |
|        |          |      | 12,040.72 |                                                      |      |       |         |