# **<u>EXHIBIT B</u>**

**Togut, Segal & Segal LLP**
Summary Report

Nortel Networks Section 1114
12/1/2012...12/31/2012

*2/28/2013*
*11:24:38 AM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Meals | | 0.0 | 182.17 |
| Overnight Couri | | 0.0 | 13.86 |
| Photocopies | | 0.0 | 208.30 |
| Telephone | | 0.0 | 1,157.93 |
| Travel-ground | | 0.0 | 1,290.58 |
| | Grand Total: | 0.0 | 2,852.84 |

1

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
12/1/2012...12/31/2012

*2/28/2013*
*11:25:50 AM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: General** | | | |
| 12/1/12 | nberger / Telephone<br>General | E | 0.0<br>118.86 | 118.86<br>Billable |
| #229613 | Conference call held on 11/19/12 re Nortel matters. | | | |
| 12/1/12 | nberger / Telephone<br>General | E | 0.0<br>93.94 | 93.94<br>Billable |
| #229614 | Conference call held on 11/30/12 re Nortel matters. | | | |
| 12/1/12 | atogut / Telephone<br>General | E | 0.0<br>9.79 | 9.79<br>Billable |
| #229618 | TS&S monthly telephone for December 2012. | | | |
| 12/1/12 | atogut / Photocopies<br>General | E | 0.0<br>208.30 | 208.30<br>Billable |
| #229648 | TS&S monthly photocopies for December 2012. | | | |
| 12/3/12 | nberger / Overnight Couri<br>General | E | 0.0<br>13.86 | 13.86<br>Billable |
| #230003 | FedEx to Marty Keegan -- retiree committee. | | | |
| 12/3/12 | nberger / Telephone<br>General | E | 0.0<br>49.70 | 49.70<br>Billable |
| #230056 | Conference call held on 12/3/12 re Nortel matters. | | | |
| 12/4/12 | sskelly / Travel-ground<br>General | E | 0.0<br>2.50 | 2.50<br>Billable |
| #230360 | Subway to meeting at Cleary. | | | |
| 12/4/12 | nberger / Travel-ground<br>General | E | 0.0<br>11.00 | 11.00<br>Billable |
| #230361 | Taxi to mediation at Cleary for NB and AT. | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

Nortel Networks Section 1114
12/1/2012...12/31/2012

*2/28/2013*
*11:25:50 AM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 12/4/12 | nberger / Travel-ground<br>General | E | 0.0<br>148.85 | 148.85<br>Billable |
| #230411 | Car service from office to home on 12/4/12 at 8:42pm -- worked late re Nortel matters . | | | |
| 12/4/12 | sskelly / Travel-ground<br>General | E | 0.0<br>106.59 | 106.59<br>Billable |
| #230429 | Car service from Cleary on 12/4/12 at 8:34pm after attending meeting regarding retiree benefits. | | | |
| 12/4/12 | sskelly / Travel-ground<br>General | E | 0.0<br>2.50 | 2.50<br>Billable |
| #230457 | Subway to meeting at Cleary. | | | |
| 12/5/12 | sskelly / Travel-ground<br>General | E | 0.0<br>2.50 | 2.50<br>Billable |
| #230698 | Subway from meeting at Cleary. | | | |
| 12/5/12 | nberger / Travel-ground<br>General | E | 0.0<br>7.50 | 7.50<br>Billable |
| #230699 | Taxi to meeting at Cleary for NB and SS | | | |
| 12/5/12 | sskelly / Travel-ground<br>General | E | 0.0<br>2.50 | 2.50<br>Billable |
| #230806 | Subway from meeting at Cleary. | | | |
| 12/7/12 | nberger / Telephone<br>General | E | 0.0<br>42.28 | 42.28<br>Billable |
| #231640 | Conference call held on 12/7/12 re Nortel matters. | | | |
| 12/10/12 | nberger / Telephone<br>General | E | 0.0<br>98.84 | 98.84<br>Billable |
| #232353 | Conference call held on 12/10/12 re Nortel matters. | | | |

Nortel Networks Section 1114
12/1/2012...12/31/2012

Togut, Segal & Segal LLP
Client Billing Report

2/28/2013
11:25:50 AM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 12/11/12 | sskelly / Travel-ground<br>General | E | 0.0<br>108.12 | 108.12<br>Billable |
| #232783 | Car service from office to home on 12/11/12 at 10pm --<br>worked late re retiree benefits. | | | |
| 12/11/12 | nberger / Telephone<br>General | E | 0.0<br>30.38 | 30.38<br>Billable |
| #232823 | Conference call held on 12/11/12 re Nortel matters. | | | |
| 12/11/12 | sskelly / Meals<br>General | E | 0.0<br>57.76 | 57.76<br>Billable |
| #232864 | Dinner on 12/11/12 for NB and SS. | | | |
| 12/13/12 | sskelly / Meals<br>General | E | 0.0<br>87.98 | 87.98<br>Billable |
| #233767 | Dinner on 12/13/12 for NB, SS and BM. | | | |
| 12/13/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #233782 | Car service from office to home on 12/13/12 at 9pm --<br>worked late re retiree benefits. | | | |
| 12/13/12 | nberger / Travel-ground<br>General | E | 0.0<br>148.57 | 148.57<br>Billable |
| #233783 | Car service from office to home on 12/13/12 at 10:28pm --<br>worked late re Nortel matters. | | | |
| 12/14/12 | nberger / Telephone<br>General | E | 0.0<br>63.56 | 63.56<br>Billable |
| #234147 | Conference call held on 12/14/12 re Nortel matters. | | | |
| 12/15/12 | nberger / Telephone<br>General | E | 0.0<br>264.04 | 264.04<br>Billable |
| #234195 | Conference call held on 12/15/12 re Nortel matters. | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

Nortel Networks Section 1114
12/1/2012...12/31/2012

2/28/2013
11:25:50 AM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 12/18/12 | sskelly / Travel-ground<br>General | E | 0.0<br>108.38 | 108.38<br>Billable |
| #235158 | Car service from office to home on 12/18/12 at 8:20pm -- worked late re retiree benefits. | | | |
| 12/19/12 | nberger / Telephone<br>General | E | 0.0<br>87.78 | 87.78<br>Billable |
| #235622 | Conference call held on 12/19/12 re Nortel matters. | | | |
| 12/20/12 | nberger / Meals<br>General | E | 0.0<br>22.43 | 22.43<br>Billable |
| #235903 | Dinner for NB and SAS on 12/20/12 -- worked late on ballot and settlement. | | | |
| 12/20/12 | nberger / Travel-ground<br>General | E | 0.0<br>156.89 | 156.89<br>Billable |
| #236029 | Car service from office to home on 12/20/12 at 9:55pm -- worked late re Nortel matters. | | | |
| 12/20/12 | sskelly / Travel-ground<br>General | E | 0.0<br>133.37 | 133.37<br>Billable |
| #236030 | Car service from office to home on 12/20/12 at 8pm -- worked late re retiree benefits. | | | |
| 12/20/12 | rmilin / Travel-ground<br>General | E | 0.0<br>8.00 | 8.00<br>Billable |
| #236089 | Taxi from office to home on 12/20/12 at 1:52 a.m. -- worked late on 12/19/12 re revisions to retiree committee statement and ballot. | | | |
| 12/21/12 | nberger / Travel-ground<br>General | E | 0.0<br>124.73 | 124.73<br>Billable |
| #236570 | Car service from office to home on 12/21/12 at 7:52pm -- worked late re Nortel matters. | | | |

Togut, Segal & Segal LLP
Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 12/21/12 | nberger / Telephone<br>General | E | 0.0<br>38.92 | 38.92<br>Billable |
| #236594 | Conference call held on 12/21/12 re Nortel matters. | | | |
| 12/26/12 | nberger / Telephone<br>General | E | 0.0<br>126.14 | 126.14<br>Billable |
| #237187 | Two conference calls held on 12/26/12 re Nortel matters. | | | |
| 12/27/12 | nberger / Travel-ground<br>General | E | 0.0<br>10.50 | 10.50<br>Billable |
| #237360 | Taxi from office to home on 12/27/12 at 11:21pm -- worked late on ballot and settlement. | | | |
| 12/27/12 | nberger / Meals<br>General | E | 0.0<br>14.00 | 14.00<br>Billable |
| #237361 | Dinner for NB and SAS on 12/27/12 -- worked late on ballot and settlement. | | | |
| 12/27/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #237489 | Car service from office to home on 12/27/12 at 8pm -- worked lease re retiree benefits. | | | |
| 12/27/12 | nberger / Telephone<br>General | E | 0.0<br>68.88 | 68.88<br>Billable |
| #237491 | Two conference calls held on 12/27/12 re Nortel matters. | | | |
| 12/28/12 | nberger / Telephone<br>General | E | 0.0<br>64.82 | 64.82<br>Billable |
| #237838 | Conference call held on 12/28/12 re Nortel matters. | | | |
| | Matter Total: | | 0.00 | 2,852.84 |

## Togut, Segal & Segal LLP
### Client Billing Report

| Date<br>Slip Number | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|
| Total Time Bill: | | | |
| Total Time Non Bill: | | | |
| Total Costs Bill: | | | 2,852.84 |
| Total Costs Non Bill: | | | |
| Total Non Billable: | | | |
| Total Billable: | | | 2,852.84 |
| Grand Total: | | | 2,852.84 |