UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :    Chapter 11
In re:                                                   :
                                                         :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                                         :    Jointly Administered
                    Debtors.                             :
                                                         :    Hearing Date: March 26, 2013 @ 10:00 a.m.
---------------------------------------------------------x

**FIFTH QUARTERLY FEE APPLICATION OF TOGUT, SEGAL & SEGAL LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED
EMPLOYEES FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Togut, Segal & Segal LLP (the "Togut Firm"), attorneys for the Official Committee of Retired Employees, hereby submits its Fifth Quarterly Fee Application (the "Application") for the period September 1, 2012 through and including December 31, 2012[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications (D.I. Nos. 7612, 7689, 7893, and 8038, respectively) contain a detailed listing of Togut, Segal & Segal LLP's fees and expenses for the Application Periods.

ME1 15135914v.1

The Togut Firm seeks approval for the following monthly fee applications that were filed during the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fee Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fee Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fee Sought |
|---|---|---|---|---|---|---|---|
| 12/6/12 Dkt #9068 | 9/1/12-9/30/12 | $222,459.00 | $4,654.61 | Dkt #9235 | $177,967.20 | $4,654.61 | $44,491.80 |
| 12/26/12 Dkt #9187 | 10/1/12-10/31/12 | $153,143.00 | $2,563.33 | Dkt #9287 | $122,514.40 | $2,563.33 | $30,628.60 |
| 2/15/13 Dkt #9446 | 11/1/12 – 11/30/12 | $160,012.50 | $1,741.21 | Dkt #TBF | $128,010.00 | $1,741.21 | $32,002.50 |
| 2/28/13 Dkt # | 12/1/12 – 12/31/12 | $226,637.00 | $2,852.84 | Dkt#TBF | $182,770.40 | $2,852.84 | $45,692.60 |
| **Total** | | **$762,251.50** | **$11,811.99** | | **$611,262.00** | **$11,811.99** | **$152,815.50** |

In accordance with the Monthly Compensation Order, the Togut Firm seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, the Togut Firm respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant such other and further relief as is just and proper.

Dated:  Wilmington, Delaware
        February 28, 2013

**MCCARTER & ENGLISH, LLP**

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (Del. No. 2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel. (302) 984-6313
Email:  wtaylor@mcarter.com

- and -

2

**TOGUT, SEGAL & SEGAL LLP**

Albert Togut (*Pro Hac Vice Admission*)
Neil Berger (*Pro Hac Vice Admission*)
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Email: altogut@teamtogut.com
Email: neilberger@teamtogut.com

*Counsel to the Official Committee of Retired Employees*

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

**[PERIOD COVERING: SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012]**

| Name of Professional | Position with Firm/ (Year Admitted) | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Albert Togut | Partner (1975) | $935 | 55.2 | $51,612.50 |
| Neil Berger | Partner (1986) | $805 | 359.6 | $289,478.00 |
| Richard Milin | Of Counsel (1989) | $715 | 119.3 | $85,299.50 |
| Brian Moore | Associate (1998) | $615 | 148.3 | $91,204.50 |
| Lara Sheikh | Associate | $520 | 8.6 | $4,472.00 |
| David Smith | Associate (2007) | $380 | 6.8 | $2,584.00 |
| Michael Hamersky | Associate (2008) | $345 | 14.5 | $5,002.50 |
| Stephanie Skelly | Associate (2007) | $345 | 585.9 | $202,135.50 |
| Samantha Rothman | Associate | $185 | 13.6 | $2,516.00 |
| Leo Muchnick | Associate (Awaiting Admission) | $145 | 8.0 | $1,160.00 |
| Dawn Person | Paralegal | $285 | 33.6 | $9,576.00 |
| Caitlin Stachon | Paralegal | $145 | 108.6 | $15,747.00 |
| Marc Eisenberg | Law Clerk | $145 | 10.1 | $1,464.50 |
| **TOTALS:** | | | **1,472.1** | **$762,251.50** |
| *Blended Rate* | **$517.79** | | | |

ME1 15135914v.1

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

**[PERIOD COVERING: SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012]**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee Applications/Fee Statements | 29.6 | $13,480.00 |
| Retention of Professionals | 11.3 | $6,702.50 |
| Retiree Benefits | 1,079.1 | $507,248.50 |
| Retiree Committee Matters | 352.1 | $234,820.50 |
| **TOTALS:** | **1,472.1** | **$762,251.50** |

**CUMULATIVE EXPENSE SUMMARY**

**[PERIOD COVERING: SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012]**

| Expense Category | Total Expenses |
|---|---|
| Facsimile | $17.06 |
| Meals | $1,874.72 |
| Photocopies | $2,487.30 |
| Telephone | $2,371.74 |
| Travel-Ground | $4,036.19 |
| Overnight Courier | $13.86 |
| Messenger | $11.12 |
| **TOTALS:** | **$11,811.99** |