**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America



**Interim** (S)

VAT Invoice Date: **28 February 2013** Our Ref: **GDB/CCN01.00001** Invoice No.: **344181**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 90,468.50 |
| For the period to 31 January 2013, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 556.38 |
| **Disbursements:** (NT) | | | |
| International Travel and Related Expenses | 0.00 | 0.00 | 6,002.35 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 80.31 |
| | 0.00 | | 97,107.54 |
| | | VAT | 0.00 |
| | | Total | 97,107.54 |
| | | **Balance Due** | **97,107.54** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 344181 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA BELGIUM CHINA FRANCE GERMANY HONG KONG SAR INDONESIA (ASSOCIATED OFFICE) ITALY JAPAN PAPUA NEW GUINEA SAUDI ARABIA SINGAPORE SPAIN SWEDEN UNITED ARAB EMIRATES UNITED KINGDOM UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.

.The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/01/2013

| | | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|---|
| Partner: | Giles Boothman | | 1.00 | 700.00 | (C0007) |
| | | | 2.70 | 1,890.00 | (C0012) |
| | | | 1.40 | 980.00 | (C0031) |
| | | | **5.10** | **3,570.00** | |
| Partner: | Marcus Fink | | 8.30 | 5,395.00 | (C0019) |
| | | | **8.30** | **5,395.00** | |
| Partner: | Eric Bouffard | | 5.30 | 3,577.50 | (C0019) |
| | | | **5.30** | **3,577.50** | |
| Partner: | Angela Pearson | | 4.30 | 2,902.50 | (C0012) |
| | | | 3.50 | 2,362.50 | (C0019) |
| | | | 1.80 | 1,215.00 | (C0031) |
| | | | **9.60** | **6,480.00** | |
| Partner: | Steven Hull | | 1.00 | 675.00 | (C0019) |
| | | | **1.00** | **675.00** | |
| Counsel: | Nataline Fleury | | 1.50 | 870.00 | (C0019) |
| | | | **1.50** | **870.00** | |
| Senior Associate | Antonia Croke | | 2.40 | 1,104.00 | (C0002) |
| | | | 9.50 | 4,370.00 | (C0007) |
| | | | 50.20 | 23,092.00 | (C0008) |
| | | | 20.60 | 9,476.00 | (C0012) |
| | | | 4.90 | 2,254.00 | (C0019) |
| | | **Billed at 50%** | 28.00 | 6,440.00 | (C0025) |
| | | | 6.00 | 2,760.00 | (C0031) |
| | | | **121.60** | **49,496.00** | |
| Associate | Andy Wright | | 0.80 | 316.00 | (C0002) |
| | | | 10.10 | 3,989.50 | (C0019) |
| | | | **10.90** | **4,305.50** | |
| Junior Associate | Lindsey Roberts | | 1.30 | 409.50 | (C0002) |
| | | | 3.80 | 1,197.00 | (C0003) |
| | | | 2.10 | 661.50 | (C0007) |
| | | | 16.60 | 5,229.00 | (C0012) |
| | | | 2.40 | 756.00 | (C0019) |
| | | | 1.70 | 535.50 | (C0031) |
| | | | **27.90** | **8,788.50** | |

| | | | | |
|---|---|---|---|---|
| Junior Associate | Sophie Law | 4.40 | 1,276.00 | (C0002) |
| | | 1.40 | 406.00 | (C0012) |
| | | 0.20 | 58.00 | (C0019) |
| | | 0.20 | 58.00 | (C0031) |
| | | **6.20** | **1,798.00** | |
| Trainee | Dominic Boon | 5.70 | 1,054.50 | (C0002) |
| | | 20.30 | 3,755.50 | (C0012) |
| | | **26.00** | **4,810.00** | |
| Trainee | Simon Le Reste | 3.80 | 703.00 | (C0019) |
| | | **3.80** | **703.00** | |
| | **TOTAL** | **227.20** | **90,468.50** | |



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/01/2013

**Matter: CCN01.00001 - BANKRUPTCY**

**C0002 General Case Administration**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.40 | 460.00 | 1,104.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 0.80 | 395.00 | 316.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.30 | 315.00 | 409.50 |
| SLAW | Sophie Law | 4.40 | 290.00 | 1,276.00 |
| **Trainee** | | | | |
| DBOON | Dominic Boon | 5.70 | 185.00 | 1,054.50 |
| | | | Total | **4,160.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0002 General Case Administration

| | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/01/2013 | Antonia Croke | READ | Consider email re Randy Bennett | 0.10 | 460.00 | 46.00 |
| 04/01/2013 | Lindsey Roberts | READ | Email re: mediation timings | 0.10 | 315.00 | 31.50 |
| 07/01/2013 | Antonia Croke | READ | Consider mediation update | 0.20 | 460.00 | 92.00 |
| 07/01/2013 | Lindsey Roberts | READ | Review of Nortel files in preparation for mediation. | 0.50 | 315.00 | 157.50 |
| 07/01/2013 | Lindsey Roberts | INTD | Email to SLAW re: mediation prep | 0.10 | 315.00 | 31.50 |
| 08/01/2013 | Antonia Croke | LETT | Emails re call and mediation docs | 0.30 | 460.00 | 138.00 |
| 08/01/2013 | Dominic Boon | MISC | Producing an Ashurst Bundle for A Croke including pensions materials (including discussion with SLAW and LROBER). | 2.70 | 185.00 | 499.50 |
| 08/01/2013 | Lindsey Roberts | INTD | Discussion with SLAW re mediation | 0.30 | 315.00 | 94.50 |
| 08/01/2013 | Lindsey Roberts | INTD | Discussion with DBOON re: previous advice notes | 0.10 | 315.00 | 31.50 |
| 08/01/2013 | Sophie Law | INTD | Discussion with LROBER re mediation prep | 0.30 | 290.00 | 87.00 |
| 08/01/2013 | Sophie Law | PREP | Prep for mediation (ACROKE): prepare files of key documents with DBOON, review previous files and indicies; liaise with pensions re collating ashurst advice; various intds w/DBOON re same | 2.20 | 290.00 | 638.00 |
| 09/01/2013 | Antonia Croke | INTD | Discussion with SLAW re. mediation prep | 0.20 | 460.00 | 92.00 |
| 09/01/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 460.00 | 46.00 |
| 09/01/2013 | Antonia Croke | INTD | Discussion with LROBER/SLAW | 0.20 | 460.00 | 92.00 |
| 09/01/2013 | Antonia Croke | LETT | Emails re: travel arrangements | 0.40 | 460.00 | 184.00 |
| 09/01/2013 | Andy Wright | LETT | Pensions input into prepatory advice file ahead of mediation | 0.80 | 395.00 | 316.00 |
| 09/01/2013 | Dominic Boon | MISC | Producing documents and files in preparation for ACroke's working trip to USA and Canada | 2.60 | 185.00 | 481.00 |
| 09/01/2013 | Lindsey Roberts | PREP | Discussion with ACROKE and SLAW | 0.20 | 315.00 | 63.00 |
| 09/01/2013 | Sophie Law | MISC | Preparing files for ACROKE for mediation (w/DBOON); various intds ACROKE/LROBER re documents, files for mediation | 1.60 | 290.00 | 464.00 |
| 11/01/2013 | Antonia Croke | LETT | Emails and phone calls re travel arrangements for Canada | 0.50 | 460.00 | 230.00 |
| 12/01/2013 | Antonia Croke | LETT | Review email re mediation logistics | 0.30 | 460.00 | 138.00 |
| 13/01/2013 | Antonia Croke | LETT | Emails B Kahn re mediation | 0.10 | 460.00 | 46.00 |
| 14/01/2013 | Dominic Boon | MISC | Printing bundles of Ashurst Advice to Nortel (including discussion with SLAW) | 0.40 | 185.00 | 74.00 |
| 14/01/2013 | Sophie Law | INTD | Intd DBOON re ashurst advice files | 0.10 | 290.00 | 29.00 |
| 14/01/2013 | Sophie Law | LETT | Review email re mediation logistics | 0.20 | 290.00 | 58.00 |
| | | | | | | **4,160.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0003 Ashurst Fee Application/Monthly Billing Reports

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 3.80 | 315.00 | 1,197.00 |
| | | | Total | **1,197.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2013 | Lindsey Roberts | INTD | Email to S Gibson re: fee estimate | 0.10 | 315.00 | 31.50 |
| 02/01/2013 | Lindsey Roberts | LETT | Email to B Kahn re: fee estimate for December | 0.10 | 315.00 | 31.50 |
| 14/01/2013 | Lindsey Roberts | INTD | Email to S Gibson re: Nortel fee breakdown for December | 0.10 | 315.00 | 31.50 |
| 14/01/2013 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.60 | 315.00 | 189.00 |
| 16/01/2013 | Lindsey Roberts | DRFT | Amending draft invoice | 0.90 | 315.00 | 283.50 |
| 18/01/2013 | Lindsey Roberts | DRFT | Amending draft invoice | 0.40 | 315.00 | 126.00 |
| 21/01/2013 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.80 | 315.00 | 252.00 |
| 22/01/2013 | Lindsey Roberts | INTD | Discussion with S Gibson re: Invoice | 0.10 | 315.00 | 31.50 |
| 22/01/2013 | Lindsey Roberts | DRFT | Amends to monthly fee application | 0.10 | 315.00 | 31.50 |
| 23/01/2013 | Lindsey Roberts | DRFT | Finalise monthly fee application (and email to B Kahn re: the same) | 0.60 | 315.00 | 189.00 |
| | | | | | | **1,197.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0007 Creditors Committee Meetings**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 1.00 | 700.00 | 700.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 9.50 | 460.00 | 4,370.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.10 | 315.00 | 661.50 |
| | | | Total | **5,731.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/01/2013 | Antonia Croke | ATTD | Attend UCC call with debtors | 2.40 | 460.00 | 1,104.00 |
| 11/01/2013 | Antonia Croke | ATTD | Attend in person UCC meeting | 2.70 | 460.00 | 1,242.00 |
| 22/01/2013 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 460.00 | 184.00 |
| 22/01/2013 | Antonia Croke | ATTD | Attend UCC call | 0.70 | 460.00 | 322.00 |
| 22/01/2013 | Lindsey Roberts | PHON | UCC Weekly call | 0.70 | 315.00 | 220.50 |
| 22/01/2013 | Lindsey Roberts | PHON | UCC Call re: follow up from call with mediator (and review of emails) | 0.60 | 315.00 | 189.00 |
| 23/01/2013 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 460.00 | 184.00 |
| 24/01/2013 | Antonia Croke | READ | Consider emails re response to mediator and finalisation of process; UCC call | 0.50 | 460.00 | 230.00 |
| 25/01/2013 | Antonia Croke | ATTD | Attend UCC advisor call | 1.50 | 460.00 | 690.00 |
| 25/01/2013 | Giles Boothman | ATTD | Partial attendance on advisor call, catch up with Antonia and Angela | 1.00 | 700.00 | 700.00 |
| 29/01/2013 | Antonia Croke | PHON | Attend UCC telephone call | 0.90 | 460.00 | 414.00 |
| 29/01/2013 | Lindsey Roberts | ATTD | Weekly UCC call | 0.80 | 315.00 | 252.00 |
| | | | | | | **5,731.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0008 Court Hearings**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 50.20 | 460.00 | 23,092.00 |
| | | | Total | **23,092.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 14/01/2013 | Antonia Croke | ATTD | Attend mediation in Toronto | 9.50 | 460.00 | 4,370.00 |
| 15/01/2013 | Antonia Croke | ATTD | Attend mediation in Toronto | 9.90 | 460.00 | 4,554.00 |
| 16/01/2013 | Antonia Croke | ATTD | Attend Nortel mediation in Toronto | 15.50 | 460.00 | 7,130.00 |
| 17/01/2013 | Antonia Croke | ATTD | Attend Nortel mediation in Toronto | 15.30 | 460.00 | 7,038.00 |
| | | | | | | **23,092.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012 General Claims Analysis/Claims Objections**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 4.30 | 675.00 | 2,902.50 |
| GDB | Giles Boothman | 2.70 | 700.00 | 1,890.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 20.60 | 460.00 | 9,476.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 16.60 | 315.00 | 5,229.00 |
| SLAW | Sophie Law | 1.40 | 290.00 | 406.00 |
| **Trainee** | | | | |
| DBOON | Dominic Boon | 20.30 | 185.00 | 3,755.50 |
| | | | Total | **23,659.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012 General Claims Analysis/Claims Objections**

| | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/01/2013 | Lindsey Roberts | INTD | Discussion with ACROKE re: mediation hearing | 0.40 | 315.00 | 126.00 |
| 10/01/2013 | Antonia Croke | PREP | Prep for mediation | 3.30 | 460.00 | 1,518.00 |
| 11/01/2013 | Antonia Croke | PREP | Prep for mediation | 2.50 | 460.00 | 1,150.00 |
| 11/01/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 460.00 | 46.00 |
| 11/01/2013 | Sophie Law | INTD | Intds LROBER re calls | 0.20 | 290.00 | 58.00 |
| 13/01/2013 | Antonia Croke | READ | Consider emails re Canadian tax issues | 0.30 | 460.00 | 138.00 |
| 14/01/2013 | Antonia Croke | READ | Consider emails re tax position | 0.30 | 460.00 | 138.00 |
| 14/01/2013 | Antonia Croke | READ | Review articles re mediation and ct case | 0.30 | 460.00 | 138.00 |
| 14/01/2013 | Lindsey Roberts | READ | Emails re: Nortel mediation | 0.20 | 315.00 | 63.00 |
| 15/01/2013 | Angela Pearson | LETT | Emails re: Nortel mediation | 0.80 | 675.00 | 540.00 |
| 15/01/2013 | Giles Boothman | READ | Emails re mediation. Liaison with Antonia | 0.30 | 700.00 | 210.00 |
| 15/01/2013 | Lindsey Roberts | READ | Review of email re: mediation update | 0.20 | 315.00 | 63.00 |
| 16/01/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 16/01/2013 | Giles Boothman | READ | Read antonia emails and respond | 0.50 | 700.00 | 350.00 |
| 18/01/2013 | Antonia Croke | LETT | Emails re mediation | 1.10 | 460.00 | 506.00 |
| 18/01/2013 | Antonia Croke | LETT | Emails AMP | 0.20 | 460.00 | 92.00 |
| 18/01/2013 | Antonia Croke | LETT | Emails Suzanne Kelly | 0.30 | 460.00 | 138.00 |
| 18/01/2013 | Antonia Croke | LETT | Emails Abid and Matt | 0.20 | 460.00 | 92.00 |
| 18/01/2013 | Giles Boothman | READ | Review emails from Antonia re mediation | 0.20 | 700.00 | 140.00 |
| 18/01/2013 | Giles Boothman | LETT | Review emails from Antonia re mediation | 0.20 | 700.00 | 140.00 |
| 18/01/2013 | Lindsey Roberts | READ | Read emails re: Mediation Settlement Proposals | 0.20 | 315.00 | 63.00 |
| 19/01/2013 | Antonia Croke | LETT | Emails AMP/GDB re UCC | 0.20 | 460.00 | 92.00 |
| 20/01/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 460.00 | 46.00 |
| 21/01/2013 | Antonia Croke | LETT | Emails re mediation update | 0.60 | 460.00 | 276.00 |
| 21/01/2013 | Lindsey Roberts | READ | Read emails re: mediation | 0.10 | 315.00 | 31.50 |
| 21/01/2013 | Sophie Law | LETT | Read emails in re mediation update | 0.20 | 290.00 | 58.00 |
| 22/01/2013 | Antonia Croke | READ | Consider mediation press release | 0.10 | 460.00 | 46.00 |
| 22/01/2013 | Antonia Croke | READ | Review mediation scenarios | 0.20 | 460.00 | 92.00 |
| 22/01/2013 | Antonia Croke | READ | Consider mediation update another change | 0.20 | 460.00 | 92.00 |
| 22/01/2013 | Antonia Croke | LETT | Draft update report to Ashurst team | 0.10 | 460.00 | 46.00 |
| 22/01/2013 | Antonia Croke | LETT | Emails Frasers | 0.10 | 460.00 | 46.00 |
| 22/01/2013 | Antonia Croke | INTD | Confer LROBER re mediation update | 0.40 | 460.00 | 184.00 |
| 22/01/2013 | Antonia Croke | PHON | Phone call M Fagen | 0.10 | 460.00 | 46.00 |
| 22/01/2013 | Antonia Croke | READ | Review capstone deck re mediation numbers | 0.80 | 460.00 | 368.00 |
| 22/01/2013 | Antonia Croke | LETT | Emails re termination of mediation | 0.20 | 460.00 | 92.00 |
| 22/01/2013 | Antonia Croke | READ | Consider emails re revised Capstone deck | 0.10 | 460.00 | 46.00 |
| 22/01/2013 | Antonia Croke | LETT | Draft email re mediation update | 0.30 | 460.00 | 138.00 |
| 22/01/2013 | Antonia Croke | INTD | Discussion with LROBER | 0.70 | 460.00 | 322.00 |
| 22/01/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012 General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 22/01/2013 | Lindsey Roberts | INTD | Discussion with ACROKE | 0.70 | 315.00 | 220.50 |
| 22/01/2013 | Lindsey Roberts | READ | Read emails re: mediation and various discussions with ACROKE | 0.50 | 315.00 | 157.50 |
| 22/01/2013 | Lindsey Roberts | INTD | Email to ACROKE | 0.10 | 315.00 | 31.50 |
| 22/01/2013 | Sophie Law | LETT | Read emails in re calls and mediation | 0.20 | 290.00 | 58.00 |
| 23/01/2013 | Antonia Croke | READ | Consider mediator statement | 0.10 | 460.00 | 46.00 |
| 23/01/2013 | Antonia Croke | INTD | Confer AMP re update on Nortel | 1.50 | 460.00 | 690.00 |
| 23/01/2013 | Antonia Croke | INTD | Confer GDB re mediation | 0.10 | 460.00 | 46.00 |
| 23/01/2013 | Antonia Croke | READ | Consider emails re Delaware hearing | 0.20 | 460.00 | 92.00 |
| 23/01/2013 | Antonia Croke | READ | Review new ad hoc mediation proposal | 0.40 | 460.00 | 184.00 |
| 23/01/2013 | Antonia Croke | INTD | Discussion with LROBER | 0.20 | 460.00 | 92.00 |
| 23/01/2013 | Antonia Croke | DRFT | Draft mediation summary | 0.40 | 460.00 | 184.00 |
| 23/01/2013 | Antonia Croke | INTD | Emails GDB/AMP | 0.30 | 460.00 | 138.00 |
| 23/01/2013 | Angela Pearson | INTD | Nortel de-brief with ACROKE | 1.50 | 675.00 | 1,012.50 |
| 23/01/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 23/01/2013 | Giles Boothman | SUPE | Catch up with Antonia and read emails re mediation | 0.50 | 700.00 | 350.00 |
| 23/01/2013 | Lindsey Roberts | INTD | Discussion with ACROKE | 0.20 | 315.00 | 63.00 |
| 23/01/2013 | Lindsey Roberts | LETT | Emails re: calls re: mediation update | 0.20 | 315.00 | 63.00 |
| 23/01/2013 | Sophie Law | LETT | Read various emails re mediation progress | 0.40 | 290.00 | 116.00 |
| 24/01/2013 | Antonia Croke | READ | Consider last proposal from the mediator and emails re same | 0.50 | 460.00 | 230.00 |
| 24/01/2013 | Antonia Croke | READ | Review Canadian proposal and emails re same | 0.80 | 460.00 | 368.00 |
| 24/01/2013 | Antonia Croke | READ | Review emails re submission to the mediator and review final US proposal and capstone deck | 0.80 | 460.00 | 368.00 |
| 24/01/2013 | Antonia Croke | LETT | Consider mediation update and press release | 0.20 | 460.00 | 92.00 |
| 24/01/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 24/01/2013 | Giles Boothman | READ | E-mail and Antonia catch up | 1.00 | 700.00 | 700.00 |
| 24/01/2013 | Lindsey Roberts | READ | Emails re: revised proposals (and review of proposal) | 0.30 | 315.00 | 94.50 |
| 24/01/2013 | Lindsey Roberts | READ | Emails re: updates on the mediation proposals | 0.80 | 315.00 | 252.00 |
| 24/01/2013 | Sophie Law | LETT | Emails in re mediation update, settlement offers, meetings/calls | 0.40 | 290.00 | 116.00 |
| 25/01/2013 | Antonia Croke | LETT | Draft email to Akin re arbitration | 0.40 | 460.00 | 184.00 |
| 25/01/2013 | Antonia Croke | LETT | Emails re EMEA estate | 0.20 | 460.00 | 92.00 |
| 25/01/2013 | Antonia Croke | LETT | Emails AMP and LROBER re workstreams | 0.30 | 460.00 | 138.00 |
| 25/01/2013 | Antonia Croke | LETT | Emails Abid re Future Litigation/Arbitration path | 0.20 | 460.00 | 92.00 |
| 28/01/2013 | Antonia Croke | INTD | Discussion with LROBER and DBOON; emails re:comparison of arbitration rules | 0.50 | 460.00 | 230.00 |
| 28/01/2013 | Dominic Boon | DRFT | Starting the drafting of a table comparing the key arbitration frameworks (including various discussions with ACROKE and/or LROBER) | 4.90 | 185.00 | 906.50 |
| 28/01/2013 | Lindsey Roberts | READ | Comparison or arbitration rules | 1.60 | 315.00 | 504.00 |
| 28/01/2013 | Lindsey Roberts | INTD | Discussion with ACROKE and DBOON re: arbitration rules and email re the same | 0.50 | 315.00 | 157.50 |
| 28/01/2013 | Lindsey Roberts | READ | Review of EMEA Order dismissing NNUK claims (in part) | 0.80 | 315.00 | 252.00 |
| 28/01/2013 | Lindsey Roberts | INTD | Discussion with DBOON | 0.20 | 315.00 | 63.00 |
| 29/01/2013 | Antonia Croke | INTD | Discussion with LROBER and DBOON re: arbitration summary | 0.60 | 460.00 | 276.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012 General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 29/01/2013 | Antonia Croke | INTD | Emails LROBER | 0.10 | 460.00 | 46.00 |
| 29/01/2013 | Dominic Boon | DRFT | Producing a table indicating the differences between the different arbitration regimes (including discussion with LROBER/ACROKE) | 7.20 | 185.00 | 1,332.00 |
| 29/01/2013 | Lindsey Roberts | INTD | Discussion with DBOON and ACROKE re: arbitration summary | 1.20 | 315.00 | 378.00 |
| 29/01/2013 | Lindsey Roberts | READ | Review of UNCITRAL section of table | 3.40 | 315.00 | 1,071.00 |
| 30/01/2013 | Dominic Boon | DRFT | Updating the table indicating differences between the different arbitration regimes (and discussion with LROBER). | 5.10 | 185.00 | 943.50 |
| 30/01/2013 | Lindsey Roberts | DRFT | Work on summary of arbitration rules (and discussion with DBOON) | 1.90 | 315.00 | 598.50 |
| 30/01/2013 | Lindsey Roberts | READ | Review of summary table and amends | 3.10 | 315.00 | 976.50 |
| 31/01/2013 | Dominic Boon | DRFT | Updating the arbitration table to include comments from L Roberts | 3.10 | 185.00 | 573.50 |
| | | | | | | **23,659.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019 Labor Issues/Employee Benefits**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 3.50 | 675.00 | 2,362.50 |
| ERB | Eric Bouffard | 5.30 | 675.00 | 3,577.50 |
| MDF | Marcus Fink | 8.30 | 650.00 | 5,395.00 |
| SEH | Steven Hull | 1.00 | 675.00 | 675.00 |
| **Counsel** | | | | |
| NAF | Nataline Fleury | 1.50 | 580.00 | 870.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 4.90 | 460.00 | 2,254.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 10.10 | 395.00 | 3,989.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.40 | 315.00 | 756.00 |
| SLAW | Sophie Law | 0.20 | 290.00 | 58.00 |
| **Trainee** | | | | |
| SLERE | Simon Le Reste | 3.80 | 185.00 | 703.00 |
| | | | Total | **20,640.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019 Labor Issues/Employee Benefits**

| | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2013 | Angela Pearson | LETT | Emails to Brad | 0.20 | 675.00 | 135.00 |
| 03/01/2013 | Angela Pearson | LETT | Emails to Eric Bouffant | 0.20 | 675.00 | 135.00 |
| 03/01/2013 | Angela Pearson | READ | Reading emails | 0.20 | 675.00 | 135.00 |
| 04/01/2013 | Antonia Croke | READ | Review article re mediation in Ottawa citizen; consider emails re same and French summary | 0.80 | 460.00 | 368.00 |
| 04/01/2013 | Eric Bouffard | CASE | Research and email to Akin Gump | 0.50 | 675.00 | 337.50 |
| 04/01/2013 | Eric Bouffard | LETT | Examen article sur employees claims | 1.00 | 675.00 | 675.00 |
| 04/01/2013 | Lindsey Roberts | READ | Emails re: advice on French employee claims | 0.20 | 315.00 | 63.00 |
| 04/01/2013 | Lindsey Roberts | READ | Response from E Bouffant re: French employee judgment | 0.10 | 315.00 | 31.50 |
| 07/01/2013 | Eric Bouffard | LETT | Mail to F. Michel, exam judgement + draft mail aux avocats NNSA | 1.50 | 675.00 | 1,012.50 |
| 08/01/2013 | Antonia Croke | LETT | Emails re Fench e'ee judgement issues | 0.40 | 460.00 | 184.00 |
| 08/01/2013 | Eric Bouffard | LETT | Mail Franck Michel | 0.30 | 675.00 | 202.50 |
| 08/01/2013 | Eric Bouffard | LETT | Reply to Akin + relance F. Michel | 0.50 | 675.00 | 337.50 |
| 09/01/2013 | Eric Bouffard | LETT | Mail to NNSA lawyers | 0.50 | 675.00 | 337.50 |
| 09/01/2013 | Lindsey Roberts | READ | Review of emails re: French employee issue | 0.10 | 315.00 | 31.50 |
| 09/01/2013 | Simon Le Reste | LETT | Translation of the administrator in bankruptcy letter | 1.30 | 185.00 | 240.50 |
| 10/01/2013 | Antonia Croke | READ | Consider emails re analysis of French e'ee claims | 0.40 | 460.00 | 184.00 |
| 10/01/2013 | Antonia Croke | LETT | Emails re French e'ee claims; confer LROBER re same | 0.50 | 460.00 | 230.00 |
| 10/01/2013 | Eric Bouffard | CASE | Disc SLR, email NAF + mail to client + mail to NNSA lawyers | 1.00 | 675.00 | 675.00 |
| 10/01/2013 | Lindsey Roberts | READ | Review of French employee emails | 0.20 | 315.00 | 63.00 |
| 10/01/2013 | Lindsey Roberts | INTD | Discussion with ACROKE | 0.30 | 315.00 | 94.50 |
| 10/01/2013 | Nataline Fleury | LETT | Nortel : review judgement rendered by the labour court ; email to ERB re: same | 1.50 | 580.00 | 870.00 |
| 10/01/2013 | Simon Le Reste | LETT | Research on a French decision and the Cleary's comments on it | 2.50 | 185.00 | 462.50 |
| 14/01/2013 | Antonia Croke | LETT | Draft email to GDB/AMP re mediation day 1 report | 0.50 | 460.00 | 230.00 |
| 15/01/2013 | Antonia Croke | LETT | Emails re mediation | 0.40 | 460.00 | 184.00 |
| 15/01/2013 | Andy Wright | LETT | Queries re. pension scheme accounts and latest deficit position of Nortel Plan; internal email correspondence with Antonia Croke | 0.70 | 395.00 | 276.50 |
| 15/01/2013 | Andy Wright | LETT | Internal email correspondence re. pensions advice; reviewing historic advice; call with Antonia Croke and Lindsey Roberts re. mediation | 2.40 | 395.00 | 948.00 |
| 15/01/2013 | Lindsey Roberts | INTD | Emails to and from ACROKE re: pension pleadings and FSD claim | 0.30 | 315.00 | 94.50 |
| 15/01/2013 | Lindsey Roberts | PHON | Telephone conversation with ACROKE and AWRIGHT re: FSA claim | 0.30 | 315.00 | 94.50 |
| 15/01/2013 | Marcus Fink | LETT | Review A Croke emails re FSD advice given by Ashurst. Review filesite in order to determine advice given. Respond to A Croke and review subsequent emails re the same | 1.20 | 650.00 | 780.00 |
| 15/01/2013 | Sophie Law | LETT | Emails in/out ACROKE and others re Ashurst pension/FSD advice query | 0.20 | 290.00 | 58.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019 Labor Issues/Employee Benefits**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 16/01/2013 | Andy Wright | LETT | Internal discussions with Steve Hull, Marcus Fink, Lindsey Roberts and Angela Pearson; email correspondence with Antonia Croke re. advice on FSDs | 1.50 | 395.00 | 592.50 |
| 16/01/2013 | Angela Pearson | INTD | Email ACROKE re pensions query | 0.50 | 675.00 | 337.50 |
| 16/01/2013 | Angela Pearson | INTD | Discussion with Marcus Fink | 0.50 | 675.00 | 337.50 |
| 16/01/2013 | Lindsey Roberts | INTD | Update discussion with AMP re: pensions issues | 0.20 | 315.00 | 63.00 |
| 16/01/2013 | Lindsey Roberts | INTD | Discussion with Marcus Fink re: pension/FSD advice | 0.50 | 315.00 | 157.50 |
| 16/01/2013 | Steven Hull | LETT | Review email correspondence with Marcus Fink, Antonia Croke and Andy Wright regarding valuation of FSD claim; discussion with Andy Wright and Marcus Fink regarding prior conference calls and advice given and review Andy Wright emails with Antonia Croke re same. | 1.00 | 675.00 | 675.00 |
| 17/01/2013 | Marcus Fink | LETT | Review and consider updates from mediation process and emails re the same | 0.30 | 650.00 | 195.00 |
| 18/01/2013 | Marcus Fink | LETT | Review and consider updates from mediation process and emails re the same | 0.40 | 650.00 | 260.00 |
| 21/01/2013 | Marcus Fink | LETT | Review A Croke update email from mediations discussions and subsequent email exchange | 0.30 | 650.00 | 195.00 |
| 25/01/2013 | Antonia Croke | INTD | Confer MFINK re email | 0.10 | 460.00 | 46.00 |
| 25/01/2013 | Antonia Croke | INTD | Confer MFINK re pensions | 0.20 | 460.00 | 92.00 |
| 25/01/2013 | Angela Pearson | INTD | Emails to ACROKE | 0.40 | 675.00 | 270.00 |
| 25/01/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 25/01/2013 | Lindsey Roberts | LETT | Emails with M Fink re: next steps | 0.20 | 315.00 | 63.00 |
| 25/01/2013 | Marcus Fink | LETT | Review update emails and discuss next steps with A Croke. Review and amend A Croke email setting out next steps | 1.10 | 650.00 | 715.00 |
| 28/01/2013 | Antonia Croke | INTD | Discussion with AMP and Marcus Fink | 0.80 | 460.00 | 368.00 |
| 28/01/2013 | Antonia Croke | PHON | Telephone conversation and emails with Abid | 0.20 | 460.00 | 92.00 |
| 28/01/2013 | Antonia Croke | LETT | Emails re: UK Pensions | 0.10 | 460.00 | 46.00 |
| 28/01/2013 | Antonia Croke | LETT | Emails Abid re pensions | 0.20 | 460.00 | 92.00 |
| 28/01/2013 | Antonia Croke | LETT | Email Marcus Fink | 0.10 | 460.00 | 46.00 |
| 28/01/2013 | Andy Wright | READ | Reading proof of claim | 0.50 | 395.00 | 197.50 |
| 28/01/2013 | Angela Pearson | INTD | Meeting with Marcus and Antonia | 0.70 | 675.00 | 472.50 |
| 28/01/2013 | Angela Pearson | READ | Review email | 0.30 | 675.00 | 202.50 |
| 28/01/2013 | Marcus Fink | LETT | Discussion of issues and next steps with A Pearson and A Croke. Locate and organise printing of exhibits to Pension Regulator Warning Notice (forming part of the UK Pension Parties' pleadings). Discuss next steps with ACW | 1.20 | 650.00 | 780.00 |
| 29/01/2013 | Antonia Croke | READ | Consider Pensions article | 0.10 | 460.00 | 46.00 |
| 29/01/2013 | Antonia Croke | LETT | Emails re: Pensions | 0.10 | 460.00 | 46.00 |
| 29/01/2013 | Andy Wright | LETT | Reviewing proof claim; considering arguments relating to proof of claim and initial draft roadmap of steps to rebut proof of claim | 5.00 | 395.00 | 1,975.00 |
| 29/01/2013 | Marcus Fink | INTD | Detailed review of UK Pension Parties proof of claim and discuss same with ACW with a view to identifying key arguments and the investigatory steps and appropriate follow up in relation to each in order to assess validity/strength of Pension Party arguments. Discuss parametres of "road map" document with ACW detailing the same | 3.80 | 650.00 | 2,470.00 |
| | | | | | | **20,640.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0025 Travel**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 28.00 | 460.00 | 12,880.00 |
| | | | Sub total | **12,880.00** |
| | | | Less 50% travel time | **6,440.00** |
| | | | Total | **6,440.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/01/2013 | Antonia Croke | LETT | Travel from London to New York for pre mediation meetings **(50% part charge)** | 12.30 | 460.00 | 5,658.00 |
| 13/01/2013 | Antonia Croke | TRAV | Travel from New York to Toronto for the mediation **(50% part charge)** | 4.40 | 460.00 | 2,024.00 |
| 21/01/2013 | Antonia Croke | TRAV | Travel back to London from Toronto **(50% part charge)** | 11.30 | 460.00 | 5,198.00 |
| | | | | | | **12,880.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031 European Proceedings/Matters**

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 1.80 | 675.00 | 1,215.00 |
| GDB | Giles Boothman | 1.40 | 700.00 | 980.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 6.00 | 460.00 | 2,760.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.70 | 315.00 | 535.50 |
| SLAW | Sophie Law | 0.20 | 290.00 | 58.00 |
| | | | Total | **5,548.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031 European Proceedings/Matters**

| | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2013 | Antonia Croke | READ | Consider emails re UCC call | 0.10 | 460.00 | 46.00 |
| 07/01/2013 | Antonia Croke | INTD | Discussion with LROBER | 0.40 | 460.00 | 184.00 |
| 07/01/2013 | Antonia Croke | INTD | Discussion with AMP | 0.30 | 460.00 | 138.00 |
| 07/01/2013 | Angela Pearson | INTD | Review emails/discussion with ACROKE | 0.30 | 675.00 | 202.50 |
| 10/01/2013 | Antonia Croke | ATTD | Attend professionals call | 0.90 | 460.00 | 414.00 |
| 10/01/2013 | Antonia Croke | LETT | Emails re profs call | 0.40 | 460.00 | 184.00 |
| 10/01/2013 | Antonia Croke | READ | Consider materials for UCC in person meeting | 1.00 | 460.00 | 460.00 |
| 10/01/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 10/01/2013 | Giles Boothman | ATTD | Listen in to prof call | 0.70 | 700.00 | 490.00 |
| 10/01/2013 | Sophie Law | LETT | Read various emails in re committee meeting, internal emails re same | 0.20 | 290.00 | 58.00 |
| 11/01/2013 | Antonia Croke | LETT | Consider emails re UCC meeting and mediation | 0.40 | 460.00 | 184.00 |
| 14/01/2013 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 17/01/2013 | Antonia Croke | LETT | Emails GDB/AMP re UCC | 0.20 | 460.00 | 92.00 |
| 22/01/2013 | Giles Boothman | READ | Emails re committee call | 0.50 | 700.00 | 350.00 |
| 23/01/2013 | Antonia Croke | LETT | Emails re UCC calls | 0.30 | 460.00 | 138.00 |
| 24/01/2013 | Antonia Croke | LETT | Emails re UCC call | 0.20 | 460.00 | 92.00 |
| 25/01/2013 | Antonia Croke | LETT | Consider update re communications to creditors and Canadian press releases | 0.40 | 460.00 | 184.00 |
| 25/01/2013 | Giles Boothman | LETT | E-mail to Fred re discussion with Alan Bloom | 0.20 | 700.00 | 140.00 |
| 25/01/2013 | Lindsey Roberts | PHON | UCC Professionals call re: mediation next steps (and follow up with ACROKE and Marcus Fink) | 1.70 | 315.00 | 535.50 |
| 29/01/2013 | Antonia Croke | READ | Review materials for UCC call | 0.70 | 460.00 | 322.00 |
| 29/01/2013 | Antonia Croke | PHON | Professionals pre-call | 0.20 | 460.00 | 92.00 |
| 30/01/2013 | Antonia Croke | LETT | Emails re: press | 0.50 | 460.00 | 230.00 |
| 30/01/2013 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 31/01/2013 | Angela Pearson | READ | Review emails | 0.40 | 675.00 | 270.00 |
| | | | | | | **5,548.50** |