Exhibit C

DISBURSEMENT SUMMARY
JANUARY 01, 2013 THROUGH JANUARY 31, 2013

| Document Production | £556.38 |
|---|---:|
| Travel – Ground Transportation | £77.75 |
| Travel – International Transportation | £5,003.49 |
| Telecommunications | £2.56 |
| Foreign Currency | £998.86 |
| **TOTAL** | **£6,639.04** |