Exhibit D

## Disbursements Detailed Breakdown

**Document Production** 556.38

### Fares, Courier Charges and Incidental Expenses (Taxis)

| | | |
|---|---|---|
| 09/01/2013 | VENDOR: Croke, Antonia INVOICE#: 03069152012400107090 DATE: 24/01/2013 Taxi, 09/01/13, Taxi to Heathrow from Home | 40.00 |
| 30/01/2013 | VENDOR: Radio Taxicabs (London) Ltd; INVOICE#: 180549; DATE: 30/01/2013 - TAXI - LROBER (Appold Street to SW9) 29/01/13 | 37.75 |

### Fares, Courier Charges and Incidental Expenses (Telephone Conference)

| | | |
|---|---|---|
| 22/01/2013 | VENDOR: Meetingzone Ltd; INVOICE#: 000740276; DATE: 22/01/2013 - Conf Calls 15/01/13 to 21/01/13 | 2.56 |

### International Travel, Hotel and Related Expenses (Currency)

| | | |
|---|---|---|
| 15/01/2013 | VENDOR: eurochange PLC; INVOICE#: 13511; DATE: 15/01/2013 - CURRENCY- DEAL NO:00610389 ACROKE 538 USA DOLLAR 09/01/13 | 349.42 |
| 15/01/2013 | VENDOR: eurochange PLC; INVOICE#: 13511; DATE: 15/01/2013 - CURRENCY- DEAL NO:00610389 ACROKE 985 CANADIAN DOLLAR 09/01/13 | 649.44 |

### International Travel, Hotel and Related Expenses (Travel Expenses (inc. International Air Fares and Eurostar))

| | | |
|---|---|---|
| 24/12/2012 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: R2646389; DATE: 24/12/2012 - 09/01/12 LONDON/JOHN F KENNEDY/ TORONTO-LESTER B PEARSON/ LONDON MS ANTONIA CROKE | 4,866.69 |
| 24/12/2012 | VENDOR: Reed & Mackay Travel Ltd; INVOICE#: R2646390; DATE: 24/12/2012 - 13/01/12 NEW YORK/TORONTO-LESTER B PEARSON MS ANTONIA CROKE | 136.80 |

**6,639.04**