**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD JANUARY 01, 2013 THROUGH JANUARY 31, 2013**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 12 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £700 | 5.10 | 3,570.00 |
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Litigation Group, London | £675 | 9.60 | 6,480.00 |
| Eric Bouffard | Partner for 6 years; Admitted in 1996 in France; Litigation and Restructuring Group, Paris | £675 | 5.30 | 3,577.50 |
| Steven Hull | Partner for 16 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, London | £675 | 1.00 | 675.00 |
| Marcus Fink | Partner for 8 months; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £650 | 8.30 | 5,395.00 |
| Nataline Fleury | Counsel for 2 years; Admitted in 2000 in France; Employment Group, Paris | £580 | 1.50 | 870.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £460 | 121.60 | 49,496.00 |
| Andy Wright | Associate for 4 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £395 | 10.90 | 4,305.50 |
| Lindsey Roberts | Associate for 2 years; Admitted in 2011 in England and Wales; Litigation Group, London | £315 | 27.90 | 8,788.50 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Litigation Group, London | £290 | 6.20 | 1,798.00 |
| Dominic Boon | Trainee Solicitor; Litigation Group; London | £185 | 26.00 | 4,810.00 |
| Simon Le Reste | Trainee Solicitor; Litigation and Restructuring Group; Paris | £185 | 3.80 | 703.00 |
| **TOTAL** | | | **227.20** | **90,468.50** |

**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 01, 2013 THROUGH JANUARY 31, 2013**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| General Case Administration | 14.60 | 4,160.00 |
| Ashurst Fee Application / Monthly Billing Reports | 3.80 | 1,197.00 |
| Creditors Committee Meetings | 12.60 | 5,731.50 |
| Court Hearings | 50.20 | 23,092.00 |
| General Claims Analysis | 65.90 | 23,659.00 |
| Labor Issues / Employee Benefits | 41.00 | 20,640.50 |
| Travel | 28.00 | 6,440.00 |
| European Proceedings/Matters | 11.10 | 5,548.50 |
| **TOTAL** | **227.20** | **90,468.50** |