**EXHIBIT A**

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 17/12/2012 | assembling and organizing key documents; | 2.0 | 1,950.00 | 11525972 |
| Ralph | Dianne | 05/12/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11498729 |
| Ralph | Dianne | 11/12/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11511797 |
| Ralph | Dianne | 12/12/2012 | Email to attorneys regarding comments or objections to October fee application for filing of CNO (.1); review emails from attorneys regarding same (.1) email to M. Maddox regarding same (.1); | 0.3 | 78.00 | 11516823 |
| Ralph | Dianne | 17/12/2012 | Conference call with Court Call regarding cancellation of quarterly fee hearing (.3); email to attorneys regarding same and update court calendar to reflect hearing cancellation (0.2); | 0.5 | 130.00 | 11525517 |
| Ralph | Dianne | 20/12/2012 | Review of court docket (.1); provide update to attorneys (.1); | 0.2 | 52.00 | 11533857 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 10/12/2012 | work on fee application; | 0.8 | 700.00 | 11508781 |
| Gray | William | 11/12/2012 | Work on fee application (.3); Review docket (.1); Work on objections (.3); | 0.7 | 612.50 | 11511991 |
| Gray | William | 13/12/2012 | Review fee application objections and related filings | 0.4 | 350.00 | 11517839 |
| Gray | William | 14/12/2012 | Work on fee application (.3); Review court docket (.1); | 0.4 | 350.00 | 11520227 |
| Gray | William | 17/12/2012 | Review court order regarding fee app procedure (.3); Review status of objections to pending fee applications (.5); | 0.8 | 700.00 | 11524238 |
| Gray | William | 18/12/2012 | Review fee application process | 0.4 | 350.00 | 11526765 |
| Gray | William | 19/12/2012 | Work on fee application and year end billing | 0.7 | 612.50 | 11532184 |
| Gray | William | 27/12/2012 | Work on month end and year-end billing matters (.3); review fee app orders (.2); | 0.5 | 437.50 | 11535996 |
| Bauer | Alison D. | 10/12/2012 | Emails to A. Cordo and to D. Ralph re fee application hearing (.1); review order (.1); | 0.2 | 145.00 | 11509952 |
| Bauer | Alison D. | 11/12/2012 | Attention to proposed order | 0.1 | 72.50 | 11511738 |
| Bauer | Alison D. | 13/12/2012 | CNO follow up | 0.1 | 72.50 | 11518886 |
| Bauer | Alison D. | 12/12/2012 | Read email from W. Gray re Nortel - Torys CNO for October Fee Application | 0.1 | 72.50 | 11521322 |
| Ralph | Dianne | 11/12/2012 | Review of draft fifteenth quarterly fee order (.3); email to W. Gray and A. Bauer regarding same (.1) | 0.4 | 104.00 | 11511733 |
| Ralph | Dianne | 13/12/2012 | Email to J. Wong regarding November time and expense reports (.1); receipt and preliminary review of November time entries (.4) | 0.5 | 130.00 | 11521099 |
| Ralph | Dianne | 19/12/2012 | Email to A. Cordo regarding recent quarterly fee application | 0.1 | 26.00 | 11530578 |
| Ralph | Dianne | 12/12/2012 | draft November fee application; | 0.4 | 104.00 | 11592782 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 07/12/2012 | reviewing decision relating to the outstanding Canadian legal issues; | 0.6 | 426.00 | 11510119 |
| Gray | Andrew | 10/12/2012 | reviewing motion material regarding Canadian legal issues (.4); email and office conference regarding same (.2); reviewing email (.1); | 0.7 | 497.00 | 11510251 |
| Gray | Andrew | 14/12/2012 | internal discussions and reviewing correspondence regarding upcoming motion in CCAA proceedings; | 0.3 | 213.00 | 11519821 |
| Gray | Andrew | 17/12/2012 | reviewing court materials; | 0.4 | 284.00 | 11526159 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 11/12/2012 | telephone call with J. Opolsky regarding Canadian legal issues (2.3); reviewing materials related to Canadian legal issues and discussing same with J. Croft (1.8); telephone call with M. Wagner of Goodmans regarding claims officer appointment order (.3); telephone call with M. Wunder of FMC regarding claims officer order (.2); conference with A. Slavens (.2); | 4.8 | 4,128.00 | 11511157 |
| Bomhof | Scott A. | 12/12/2012 | reviewing materials related to Canadian legal issues and discussing same with J. Croft (1.2); follow up on CCAA motion to appoint 2 claims officers (.8); | 2.0 | 1,720.00 | 11515922 |
| Bomhof | Scott A. | 13/12/2012 | reviewing claims orders and telephone call with M. Wagner of Goodmans to discuss Canadian legal issues (1.1); reviewing issues related to US Chapter 11 motion and discuss same with J. Croft (1.2); | 2.3 | 1,978.00 | 11518061 |
| Bomhof | Scott A. | 14/12/2012 | distribute endorsement language for December 18 claims officer motion and discussing same with M. Wagner of Goodmans (.9); exchange messages with Cleary regarding US Chapter 11 motion (.8); | 1.7 | 1,462.00 | 11519237 |
| Bomhof | Scott A. | 19/12/2012 | Discuss December 18 motion with A. Slavens and review Order and Endorsement; | 0.9 | 774.00 | 11531286 |
| Bomhof | Scott A. | 20/12/2012 | Review appeal materials and review law on appeals (2.0); conference with A. Slavens regarding same (.4); | 2.4 | 2,064.00 | 11532515 |
| Slavens | Adam | 11/12/2012 | reviewing draft Chapter 11 motion (0.8); conducting research re Canadian legal issues (1.0); email correspondence with J. Croft and S. Bomhof re same (0.5) | 2.3 | 1,299.50 | 11511758 |
| Slavens | Adam | 12/12/2012 | email correspondence with J. Croft and S. Bomhof re draft Chapter 11 motion (0.3); conducting research re Canadian legal issues (0.8); | 1.1 | 621.50 | 11515985 |
| Slavens | Adam | 20/12/2012 | conducting research regarding Canadian legal issues (3.5); reporting email to S. Bomhof re same (0.3); | 3.8 | 2,147.00 | 11533779 |
| DeMarinis | Tony | 06/12/2012 | review Canadian law relating to certain claims issues; | 2.7 | 2,632.50 | 11505128 |
| DeMarinis | Tony | 12/12/2012 | reading materials on Canadian legal issues; | 2.5 | 2,437.50 | 11515966 |
| DeMarinis | Tony | 19/12/2012 | considering Canadian legal principles relating to alternative proceedings; | 2.0 | 1,950.00 | 11531293 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/12/2012 | preparing for January mediation; | 1.1 | 946.00 | 11493860 |
| Bomhof | Scott A. | 05/12/2012 | preparing for January mediation (1.0); discussing allocation issues with S. Block (.2); | 1.2 | 1,032.00 | 11497751 |
| Bomhof | Scott A. | 07/12/2012 | reviewing materials for January mediation; | 1.3 | 1,118.00 | 11506242 |
| Bomhof | Scott A. | 13/12/2012 | reviewing materials for January mediation; | 1.3 | 1,118.00 | 11518062 |
| Bomhof | Scott A. | 20/12/2012 | Review materials for January mediation; | 2.0 | 1,720.00 | 11532516 |
| Bomhof | Scott A. | 21/12/2012 | Review recent NNC public filings to prepare for January mediation; | 1.3 | 1,118.00 | 11533915 |
| Slavens | Adam | 14/12/2012 | preparing for mediation by reviewing mediation materials; | 5.0 | 2,825.00 | 11521037 |
| Slavens | Adam | 17/12/2012 | preparing for mediation by reviewing mediation materials; | 4.5 | 2,542.50 | 11525963 |
| Slavens | Adam | 19/12/2012 | preparing for mediation by reviewing mediation materials; | 7.0 | 3,955.00 | 11530978 |
| Slavens | Adam | 20/12/2012 | preparing for mediation by reviewing mediation materials, Nortel public disclosure, monitor's reports and other background materials; | 5.5 | 3,107.50 | 11533781 |
| Slavens | Adam | 21/12/2012 | preparing for mediation by reviewing mediation materials, Nortel public disclosure, monitor's reports and other background materials; | 5.5 | 3,107.50 | 11533818 |
| Slavens | Adam | 27/12/2012 | preparing for mediation by reviewing mediation materials, Nortel public disclosure, monitor's reports and other background materials; | 3.5 | 1,977.50 | 11536471 |
| Slavens | Adam | 28/12/2012 | preparing for mediation by reviewing mediation materials, Nortel public disclosure, monitor's reports and other background materials; | 2.0 | 1,130.00 | 11536481 |
| Block | Sheila R. | 05/12/2012 | office conference with S. Bomhof regarding mediation (0.2); | 0.2 | 199.00 | 11497744 |
| DeMarinis | Tony | 04/12/2012 | planning for next month's mediation; | 2.8 | 2,730.00 | 11496011 |
| DeMarinis | Tony | 06/12/2012 | read jurisprudence related to mediation matters; | 0.8 | 780.00 | 11505137 |
| DeMarinis | Tony | 07/12/2012 | analysis of inter-corporate information, financial data and dealings; | 3.5 | 3,412.50 | 11506230 |
| DeMarinis | Tony | 13/12/2012 | considering mediation and prior exchanges relating to same; | 2.0 | 1,950.00 | 11519196 |
| DeMarinis | Tony | 17/12/2012 | reviewing jurisprudence; | 1.4 | 1,365.00 | 11525973 |
| DeMarinis | Tony | 18/12/2012 | email correspondence with co-counsel, search information on mediation team, and review accumulated materials; | 2.8 | 2,730.00 | 11528871 |
| DeMarinis | Tony | 19/12/2012 | review and consideration of mediation issues; | 3.8 | 3,705.00 | 11531292 |
| DeMarinis | Tony | 20/12/2012 | reviewing mediation arguments and submissions ahead of upcoming session; | 3.5 | 3,412.50 | 11532788 |
| DeMarinis | Tony | 21/12/2012 | reading company disclosure on inter-company matters; | 1.4 | 1,365.00 | 11532796 |
| Gray | William | 05/12/2012 | Work on mediation issues | 1.4 | 1,225.00 | 11497893 |
| Gray | William | 10/12/2012 | Work on mediation legal issues pertaining to intercompany claims | 2.2 | 1,925.00 | 11508780 |
| Gray | William | 11/12/2012 | Work on mediation brief issues; | 1.6 | 1,400.00 | 11511994 |
| Gray | William | 13/12/2012 | Work on mediation issues | 1.7 | 1,487.50 | 11517840 |
| Gray | William | 14/12/2012 | Work on intercompany issues | 1.6 | 1,400.00 | 11520226 |
| Gray | William | 17/12/2012 | Work on intercompany claim issues regarding mediation | 2.4 | 2,100.00 | 11524239 |
| Gray | William | 18/12/2012 | Update docket (.1); Review status of mediation brief (.6); | 0.7 | 612.50 | 11526767 |
| Gray | William | 19/12/2012 | Work on briefings and docket update for | 1.3 | 1,137.50 | 11532187 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | mediation brief | | | |
| Gray | William | 20/12/2012 | Work on mediation brief issues | 0.7 | 612.50 | 11532194 |
| Gray | William | 21/12/2012 | Work on mediation brief issues | 0.9 | 787.50 | 11532202 |
| Gray | William | 26/12/2012 | Work on mediation issues pertaining to cross-border claim priorities (.1.7); review briefs and memos (.8); | 2.5 | 2,187.50 | 11535993 |
| Gray | William | 27/12/2012 | Work on mediation memorandum | 1.2 | 1,050.00 | 11535998 |
| Gray | William | 28/12/2012 | Work on mediation materials | 0.8 | 700.00 | 11537059 |
| Gray | William | 31/12/2012 | Work on mediation brief regarding priority of claims | 1.3 | 1,137.50 | 11538047 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/12/2012 | reviewing Ontario Securities Commission website regarding cease trade order; | 0.4 | 344.00 | 11496038 |
| Bomhof | Scott A. | 05/12/2012 | reviewing OSC website and telephone call with counsel for OSC regarding cease trade order; | 0.3 | 258.00 | 11497739 |
| Bomhof | Scott A. | 06/12/2012 | telephone call with OSC counsel regarding update on cease trade order; | 0.3 | 258.00 | 11506237 |
| Bomhof | Scott A. | 10/12/2012 | reviewing claims orders regarding Canadian legal issues (3.3); conference with A. Slavens regarding same (.5); telephone call with counsel for OSC regarding cease trade order status (.2); | 4.0 | 3,440.00 | 11511153 |
| Slavens | Adam | 06/12/2012 | reviewing CCAA case court documents; | 2.5 | 1,412.50 | 11505334 |
| Slavens | Adam | 13/12/2012 | email correspondence with J. Croft, L. Schweitzer and S. Bomhof re draft Chapter 11 motion (0.3); reviewing CCAA case court documents (3.8); | 4.1 | 2,316.50 | 11519344 |
| Slavens | Adam | 14/12/2012 | email correspondence with J. Croft, L. Schweitzer and S. Bomhof re draft Chapter 11 motion; | 0.3 | 169.50 | 11520908 |
| Slavens | Adam | 17/12/2012 | preparing for motion returnable on December 18, 2012 (2.2); email correspondence with A. Gray re same (0.2); | 2.4 | 1,356.00 | 11525960 |
| Slavens | Adam | 18/12/2012 | preparing for motion returnable on December 18, 2012 (1.0); attending motion returnable on December 18, 2012 (3.0); preparing reporting emails to S. Bomhof, A. Gray, J. Bromley, L. Schweitzer and J. Opolosky (0.3); email correspondence with S. Bomhof and A. Gray re same (0.2); | 4.5 | 2,542.50 | 11528554 |
| Slavens | Adam | 19/12/2012 | reviewing issued and entered order and endorsement of Morawetz J. made on December 18, 2012 (0.2); email correspondence with S. Bomhof, A. Gray, J. Bromley, L. Schweitzer and J. Opolosky re same (0.3); | 0.5 | 282.50 | 11530969 |
| Slavens | Adam | 20/12/2012 | reviewing notice of motion of Chartis re appeal of decision of Morawetz J. (0.5); office conference with S. Bomhof re same (0.4); email correspondence with S. Bomhof, A. Gray, J. Bromley, L. Schweitzer and J. Opolosky re same (0.3); | 1.2 | 678.00 | 11533670 |
| Slavens | Adam | 21/12/2012 | reviewing updated CCAA service list (0.2); updating electronic service list (0.8); | 1.0 | 565.00 | 11533813 |
| Slavens | Adam | 24/12/2012 | reviewing Ontario Court of Appeal endorsement and email correspondence from S. Bomhof and J. Opolsky re same; | 0.5 | 282.50 | 11536477 |
| DeMarinis | Tony | 03/12/2012 | reading accumulated monitor's reports in the Canadian proceedings; | 1.3 | 1,267.50 | 11495127 |
| DeMarinis | Tony | 10/12/2012 | review materials in Canadian proceedings; | 1.4 | 1,365.00 | 11509364 |
| DeMarinis | Tony | 11/12/2012 | reading various materials and exhibits filed in the Canadian proceedings to date; | 3.1 | 3,022.50 | 11511135 |
| DeMarinis | Tony | 18/12/2012 | updated court file; | 0.7 | 682.50 | 11528873 |
| DeMarinis | Tony | 21/12/2012 | consideration of appeal rights; | 1.7 | 1,657.50 | 11532794 |

CANADIAN SEC.18.6 PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 10/12/2012 | reviewing motion record re order approving compensation claims officer (0.8); office conference with S. Bomhof re same (0.5); reviewing cross border protocol, cross border claims protocol, claims procedure order, claims resolution order, compensation claims procedure order, compensation claims methodology order and monitor's reports re same (3.8); | 5.1 | 2,881.50 | 11510699 |
| Slavens | Adam | 11/12/2012 | reviewing cross border protocol, cross border claims protocol, claims procedure order, claims resolution order, compensation claims procedure order, compensation claims methodology order, order approving compensation claims officer and monitor's reports re same (6.4); office conference with S. Bomhof re same (0.2); | 6.6 | 3,729.00 | 11511756 |