**EXHIBIT B**

## Nortel
### December 2012 Disbursements

| Code | Description | Date | Amount | Description |
|---|---|---|---|---|
| 801 | Copies | 06/12/2012 | 4.30 | Copies |
| 808 | Laser Printing | 11/12/2012 | 47.40 | Laser Printing |
| 808 | Laser Printing | 11/12/2012 | 2.00 | Laser Printing |
| 808 | Laser Printing | 13/12/2012 | 0.60 | Laser Printing |
| 808 | Laser Printing | 17/12/2012 | 14.50 | Laser Printing |
| 4808 | Laser Printing | 06/12/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 06/12/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 10/12/2012 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 10/12/2012 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 11/12/2012 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 11/12/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 11/12/2012 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 11/12/2012 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 11/12/2012 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 11/12/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 13/12/2012 | 0.60 | Laser Printing |
| 4808 | Laser Printing | 13/12/2012 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 17/12/2012 | 0.60 | Laser Printing |
| 4808 | Laser Printing | 17/12/2012 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 17/12/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 19/12/2012 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 19/12/2012 | 3.10 | Laser Printing |
| | | | $ 77.20 | |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 20/12/2012 | $ 147.44 | On Line Research Charges - WestlaweCarswell Incl. |
| | | | $ 224.64 | |