**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
Nortel Networks Inc., et al.,¹                              :   Case No. 09-10138 (KG)
                                                            :
                                    Debtors.                :   Jointly Administered
                                                            :
                                                            :   Hearing Date: March 26, 2013 at 10:00 am
                                                            :
------------------------------------------------------------X
```

**SIXTEENTH QUARTERLY FEE APPLICATION REQUEST OF**
**CLEARY GOTTLIEB STEEN & HAMILTON LLP,**
**AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,**
**FOR THE PERIOD NOVEMBER 1, 2012 THROUGH JANUARY 31, 2013**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Sixteenth Quarterly Fee Application Request (the "Request") for the period November 1, 2012 through and including January 31, 2013 (the "Application Period").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for November 2012 [D.I. 9244], December 2012 [D.I. 9377] and January 2013 [D.I. 9504] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 1/07/2013 [D.I. 9244] | 11/1/12 – 11/30/12 | $1,246,078.50 | $309,638.27 | 1/30/2013 [D.I. 9347] | $309,638.27 | $996,862.80 | $309,638.27 | $249,215.70 |
| 2/06/2013 [D.I. 9377] | 12/1/12 – 12/31/12 | 1,160,174.00 | 20,038.65 | Pending | 20,038.65 | 928,139.20 | 20,038.65 | 232,034.80 |
| 2/26/2013 [D.I. 9504] | 1/1/13 – 1/31/13 | 1,409,333.50 | 27,102.82 | Pending | 27,102.82 | 1,127,466.80 | 27,102.82 | 281,866.70 |
| TOTAL | | $3,815,586.00 | $356,779.74 | | $356,779.74 | $3,052,468.80 | $356,779.74 | $763,117.20 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim approval of the full amount of fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Cleary Gottlieb such other and further relief as is just and proper.

Dated: February 28, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

2

**CUMULATIVE COMPENSATION SUMMARY**
**BY PROFESSIONAL FOR APPLICATION PERIOD**[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2012 through January 31, 2013

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MEGAN J. FLEMING | Associate | $690.00/715.00 | 574.70 | $401,343.00 |
| JESSICA L. UZIEL | Associate | 490.00/510.00 | 450.30 | 224,241.00 |
| LISA M. SCHWEITZER | Partner – Litigation Bankruptcy | 1,040.00/ 1,090.00 | 387.10 | 410,729.00 |
| JESSICA ROLL | Paralegal | 255.00/265.00 | 312.00 | 80,532.00 |
| ROBERT J. RYAN | Associate | 565.00/585.00 | 298.00 | 170,920.00 |
| JANE KIM | Associate | 710.00/735.00 | 296.90 | 212,224.00 |
| NEIL FORREST | Senior Attorney – Litigation | 840.00 | 218.10 | 186,096.00 |
| RODGER HURLEY | Temp. Attorney | 190.00 | 203.20 | 38,608.00 |
| NORA ABULARACH | Associate | 710.00/735.00 | 170.10 | 121,788.50 |
| JOAN KIM | Paralegal | 255.00/265.00 | 167.90 | 43,552.50 |
| JAMES CROFT | Associate | 690.00/715.00 | 142.10 | 99,041.50 |
| JAMES L BROMLEY | Partner – Bankruptcy, Litigation | 1,095.00/ 1,130.00 | 138.30 | 155,369.00 |
| AATIF IQBAL | Associate | 490.00 | 137.20 | 67,228.00 |
| DARRYL STEIN | Associate | 490.00/510.00 | 124.70 | 61,263.00 |
| DIABA, LILIANE S. | Associate | 630.00 | 120.70 | 76,041.00 |
| ROGER A. COOPER | Partner – Litigation | 915.00/960.00 | 107.80 | 99,105.00 |
| ALEXANDRA K. O'DONOHUE | Associate | 415.00/430.00 | 106.70 | 45,006.50 |
| KARA HAILEY | Senior Attorney – Corporate, Bankruptcy | 840.00/870.00 | 94.60 | 80,247.00 |
| MICHAEL KAHN | Associate | 415.00/430.00 | 91.80 | 38,617.50 |
| LOUIS LIPNER | Associate | 660.00/685.00 | 90.80 | 60,820.50 |
| MARTIN N. KOSTOV | Associate | 565.00/585.00 | 90.70 | 52,227.50 |
| CRAIG B. BROD | Partner – Corporate | 1,095.00/ 1,130.00 | 87.80 | 98,871.00 |
| LAURA BAGARELLA | Associate | 630.00/650.00 | 82.70 | 52,813.00 |

---

[3]   Arranged in descending order according to Total Billed Hours.

[4]   Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

3

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| DONNA XU | Associate | 415.00/430.00 | 81.30 | 33,943.50 |
| MATTHEW BUNDA | Associate | 700.00 | 77.30 | 54,110.00 |
| RONALD COLEMAN | Associate | 490.00/510.00 | 77.00 | 38,202.00 |
| DAVID H. HERRINGTON | Counsel – Litigation | 915.00/960.00 | 77.00 | 69,868.00 |
| RUSSELL D. ECKENROD | Associate | 660.00/685.00 | 73.60 | 49,291.00 |
| BRENDAN H. GIBBON | Associate | 710.00/735.00 | 72.60 | 52,856.00 |
| JEREMY OPOLSKY | Associate | 565.00/585.00 | 72.10 | 41,284.50 |
| HOWARD S. ZELBO | Partner – Litigation | 1,095.00/ 1,130.00 | 71.60 | 80,729.50 |
| LEAH LAPORTE MALONE | Associate | 660.00/685.00 | 66.30 | 44,308.00 |
| CRAIG M. FISCHER | Associate | 565.00/585.00 | 59.80 | 34,053.00 |
| BRENT TUNIS | Associate | 415.00 | 55.80 | 23,157.00 |
| JODI ERICKSON | Associate | 355.00/370.00 | 55.60 | 19,829.50 |
| STEWART C. DEARING | Associate | 415.00 | 52.70 | 21,870.50 |
| SU Y. CHEUNG | Assistant Managing Clerk | 150.00/155.00 | 42.70 | 6,491.00 |
| ABENA MAINOO | Associate | 630.00 | 38.80 | 24,444.00 |
| REBECCA REEB | Associate | 630.00/650.00 | 36.10 | 22,991.00 |
| JESSE D.H. SHERRETT | Associate | 565.00/585.00 | 34.00 | 19,480.00 |
| EMILY A. BUSSIGEL | Associate | 630.00/650.00 | 32.50 | 20,645.00 |
| PETER O'KEEFE | Paralegal | 310.00/320.00 | 32.10 | 10,019.00 |
| CAROL WHATLEY | Assistant Managing Clerk | 660.00 | 28.40 | 4,324.50 |
| ANTHONY R. CERCEO | Associate | 150.00/155.00 | 27.50 | 17,589.00 |
| EMILY WEISS | Associate | 650.00 | 27.30 | 17,745.00 |
| MATTHEW G. GURGEL | Associate | 630.00/650.00 | 26.80 | 17,134.00 |
| STEPHANIE SADO | Associate | 660.00/685.00 | 26.30 | 17,578.00 |
| JEFFREY PENN | Associate | 690.00 | 25.90 | 17,871.00 |
| JOANNA PAK | Paralegal | 255.00/265.00 | 23.00 | 5,985.00 |
| MARY E. ALCOCK | Counsel – Employee Benefits | 905.00 | 22.30 | 20,181.50 |
| COREY M. GOODMAN | Associate | 690.00/715.00 | 20.70 | 14,590.50 |
| SETH B. LUBIN | Associate | 430.00 | 20.70 | 8,901.00 |
| JOSH ANDERSON | Associate | 565.00 | 19.30 | 10,904.50 |
| DANIEL ILAN | Counsel – Intellectual Property | 790.00/870.00 | 18.10 | 15,027.00 |
| MEGAN M. ST. LEDGER | Associate | 690.00/715.00 | 17.90 | 12,551.00 |
| JEAN ANNE MARIE BEISLER | Associate | 415.00/430.00 | 14.70 | 6,192.00 |
| WILLIAM L. MCRAE | Partner – Tax | 1,055.00/ 1,100.00 | 13.40 | 14,362.00 |
| KATHLEEN M. O'NEILL | Associate | 700.00/725.00 | 12.90 | 9,217.50 |
| JACQUELINE MOESSNER | Associate | 725.00 | 11.50 | 8,337.50 |
| BRYAN G. FAUBUS | Associate | 565.00/585.00 | 8.80 | 5,148.00 |

4

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ANTONIA CAREW-WATTS | Associate | 630.00 | 8.70 | 5,481.00 |
| GARTH A. SPENCER | Associate | 490.00 | 8.60 | 4,214.00 |
| ALANNA B. NEWMAN | Associate | 415.00 | 8.40 | 3,486.00 |
| LAUREN L. PEACOCK | Associate | 710.00 | 7.90 | 5,609.00 |
| JACKSON MARTIN | Trainee Solicitor | 350.00 | 7.80 | 2,730.00 |
| JONATHAN REINSTEIN | Paralegal | 255.00 | 7.50 | 1,912.50 |
| KIESHA M. MINYARD | Associate | 660.00 | 6.50 | 4,290.00 |
| VINI LASHAY | Practice Support Manager | 265.00 | 6.50 | 1,722.50 |
| ERICA KLIPPER | Associate | 490.00 | 6.30 | 3,087.00 |
| JOHN CORNELIUS | Associate | 630.00 | 6.10 | 3,843.00 |
| ELENA HEIM | Associate | 430.00 | 6.10 | 2,623.00 |
| KERRIN T. KLEIN | Associate | 630.00 | 5.60 | 3,528.00 |
| LUKE STREATFEILD | Associate | 830.00 | 5.30 | 4,399.00 |
| YULIYA ZAHORODA | Assistant Managing Clerk | 150.00 | 5.10 | 765.00 |
| **TOTAL HOURS:** | | | **6,065.00** | |
| **GRAND TOTAL:** | | | | **$3,815,586.00** |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2012 through January 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 1,226.80 | $879,195.50 |
| Claims Administration and Objections | 306.80 | 174,758.50 |
| Employee Matters | 3,624.50 | 2,184,232.00 |
| Customer Issues | 4.70 | 3,102.00 |
| Plan of Reorganization & Disclosure Statement | 41.50 | 22,073.00 |
| Tax | 38.70 | 31,613.00 |
| Intellectual Property | 69.10 | 39,677.50 |
| Fee and Employment Applications | 273.20 | 129,817.00 |
| Litigation | 428.10 | 317,171.50 |
| Real Estate | 51.60 | 33,946.00 |
| **TOTAL** | **6,065.00** | **$3,815,586.00** |

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2012 through January 31, 2013

| Expense Category | | Total Expenses |
|---|---|---:|
| Telephone | | $2,740.90 |
| Travel – Transportation | | 5,963.26 |
| Travel – Lodging | | 3,832.36 |
| Travel – Meals | | 195.18 |
| Mailing and Shipping Charges | | 1,592.53 |
| Scanning Charges (at $0.10/page) | | 169.80 |
| Duplicating Charges (at $0.10/page) | | 9,062.50 |
| Color Duplicating Charges (at $0.65/page) | | 140.40 |
| Legal Research | Lexis | 11,210.24 |
| | Westlaw | 18,588.37 |
| | Pacer | 5,846.90 |
| Late Work – Meals | | 7,139.54 |
| Late Work – Transportation | | 11,601.23 |
| Conference Meals | | 8,733.80 |
| Other Charges | | 8,982.91 |
| Expert Expenses[5] | | 260,979.82 |
| **Grand Total Expenses** | | **$356,779.74** |

---

[5] These expert expenses were included in Cleary Gottlieb's 47th interim fee application for the period November 1, 2012 through November 30, 2012, which was filed on January 7, 2013 [D.I. 9244]. For the avoidance of doubt, new Local Rules 2014-1(c) and 2016-2 (f), which went into effect on February 2, 2013, do not apply to these expenses.