# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2013 through January 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 8.9 | $7,118.00 |
| Fee and Employment Applications | 10.3 | $4,584.00 |
| Analysis of Canadian Law | 18.2 | $16,325.00 |
| Intercompany Analysis | 266.1 | $207,260.00 |
| Canadian CCAA Proceedings/Matters | 42.9 | $35,130.50 |
| Employee Matters | 3.9 | $2,496.00 |
| Litigation | 9.4 | $7,399.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 11.1 | $7,104.00 |
| **TOTAL** | **370.8** | **$287,416.50** |

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

January 1, 2013 through January 31, 2013

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Computer Research | Quicklaw / Westlaw | |
| Duplicating/Printing | 4,691 pgs @ .10 per pg | $469.10 |
| Miscellaneous | Ricoh copies, binding & labor | $2,280.43* |
| Courier | | $416.28 |
| Taxi & Travel | | $126.88 |
| Meals | | $80.66 |
| Conference Facility | Meetings at Hilton Hotel | $11,725.03 |
| Library Costs | | - |
| Court Searches | | |
| Word Processing | | - |
| Telephone | | - |
| **Grand Total Expenses** | | **$15,098.38** |

* Amount reduced to comply with Local Rule 2016

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 02/01/2013 | reviewing accumulated case materials and court documents; | 2.5 | 2,437.50 | 11539889 |
| DeMarinis | Tony | 09/01/2013 | updating and review of accumulated case materials; | 1.0 | 975.00 | 11548691 |
| DeMarinis | Tony | 10/01/2013 | discussion with Scott Bomhof re mediation staffing and arrangements; | 0.3 | 292.50 | 11551670 |
| DeMarinis | Tony | 11/01/2013 | planning, staffing considerations, and related matters regarding mediation week; | 1.0 | 975.00 | 11554200 |
| DeMarinis | Tony | 22/01/2013 | review cross-border procedural issues; | 1.0 | 975.00 | 11569176 |
| DeMarinis | Tony | 23/01/2013 | reading media reports regarding Nortel and mediation process; | 0.3 | 292.50 | 11572323 |
| DeMarinis | Tony | 25/01/2013 | emails with work group and co-counsel; | 0.2 | 195.00 | 11576469 |
| DeMarinis | Tony | 28/01/2013 | discussion with Bill Gray, and emails with Scott Bomhof; | 0.6 | 585.00 | 11579204 |
| DeMarinis | Tony | 31/01/2013 | emails with Bill Gray; | 0.1 | 97.50 | 11585415 |
| Secretarial Support | Supsv - Bamford | 14/01/2013 | Overtime - Secretarial Support, Marian Bojovch | 1.0 | 50.00 | 11595071 |
| Ralph | Dianne | 03/01/2013 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 54.00 | 11540847 |
| Ralph | Dianne | 09/01/2013 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 54.00 | 11556513 |
| Ralph | Dianne | 14/01/2013 | Review of court docket (.1); retrieve filed fee application and court calendar objection deadlines to November fee application (.2) | 0.3 | 81.00 | 11556611 |
| Ralph | Dianne | 28/01/2013 | Review of court docket (.1); provide updates to attorneys (.1); | 0.2 | 54.00 | 11578599 |

# EMPLOYEE MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 31/01/2013 | reviewing CCAA case court documents re status of claims in Canada (3.3); office conference with S. Bomhof re same (0.2); preparing reporting email to M. Fleming re same (0.4); | 3.9 | 2,496.00 | 11585152 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 16/01/2013 | Work on monthly fee application | 0.5 | 450.00 | 11559925 |
| Gray | William | 17/01/2013 | Review fee order (.5); Update fee application (.3); | 0.8 | 720.00 | 11562012 |
| Gray | William | 30/01/2013 | Work on fee application and objection | 0.6 | 540.00 | 11583900 |
| Bauer | Alison D. | 10/01/2013 | Work on fee app | 0.5 | 387.50 | 11550227 |
| Bauer | Alison D. | 23/01/2013 | Reviewed Cleary Gottlieb Interim Fee App for November 2012 and Application to Retain and Employ Torys LLP as Special Canadian Counsel (.1); read email from S. Bomhof: RE: Nortel Fee Apps and composed emails to S. Bomhof, D. Ralph regarding Nortel fee apps (.1); Research CM/ECF Live Database (.4); | 0.6 | 465.00 | 11571417 |
| Bauer | Alison D. | 25/01/2013 | Follow up with D. Ralph on fee apps | 0.1 | 77.50 | 11579779 |
| Ralph | Dianne | 03/01/2013 | Review of November time entries (1.4); draft fee application charts (.2); email to J. Wong regarding same (.1) | 1.7 | 459.00 | 11541045 |
| Ralph | Dianne | 04/01/2013 | Receipt and review of November time entry edits; | 0.6 | 162.00 | 11546612 |
| Ralph | Dianne | 07/01/2013 | Prepare November fee application; | 1.4 | 378.00 | 11547633 |
| Ralph | Dianne | 11/01/2013 | Finalize November fee application (.7); emails to J.Wong regarding fee application edits (.2); emails to A. Bauer and A. Cordo regarding finalized November fee application (.4) | 1.3 | 351.00 | 11554276 |
| Ralph | Dianne | 09/01/2013 | Preparation of November fee application; | 1.2 | 324.00 | 11555397 |
| Ralph | Dianne | 14/01/2013 | Email to J. Brentnall regarding filed November fee application | 0.1 | 27.00 | 11556610 |
| Ralph | Dianne | 28/01/2013 | Conference with A. Bauer regarding December fee application | 0.1 | 27.00 | 11578967 |
| Ralph | Dianne | 29/01/2013 | Review of December time entries | 0.8 | 216.00 | 11593452 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 16/01/2013 | conference with S. Block and A. Gray regarding mediation; | 0.7 | 612.50 | 11617013 |
| Gray | Andrew | 14/01/2013 | reviewing criminal trial decision and information regarding mediation; | 0.4 | 310.00 | 11555908 |
| Gray | Andrew | 15/01/2013 | internal discussions regarding mediation issues; | 0.5 | 387.50 | 11558975 |
| Gray | Andrew | 16/01/2013 | internal discussions with Sheila Block and with Scott Bomhof on mediation; | 0.7 | 542.50 | 11560675 |
| Gray | Andrew | 17/01/2013 | researching litigation procedure issues and reporting on same (1.3); email and conference calls regarding mediation (0.6); | 1.9 | 1,472.50 | 11563330 |
| Gray | Andrew | 04/01/2013 | reviewing materials on cross-border issues (0.7), and on appeal regarding Chartis issue (.6); | 1.3 | 1,007.50 | 11567217 |
| Gray | Andrew | 25/01/2013 | reviewing CCAA court materials; | 0.8 | 620.00 | 11581214 |
| Gray | Andrew | 28/01/2013 | e-mail communication regarding litigation in CCAA proceedings; | 0.6 | 465.00 | 11581224 |
| Gray | Andrew | 31/01/2013 | preparing for and attending at court (1.0); follow-up from court appearance (.4); | 1.4 | 1,085.00 | 11585934 |
| Gray | Andrew | 30/01/2013 | reviewing court material and preparing for hearing; | 0.9 | 697.50 | 11585946 |
| Block | Sheila R. | 16/01/2013 | office conference regarding AG re Winkler's proposal; | 0.2 | 199.00 | 11561126 |

LITIGATION

## ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/01/2013 | reviewing Court of Appeal filing by Chartis regarding D&O policy and reviewing law on jurisdiction of Court of Appeal and discussing same with Norton Rose and FMC; | 2.3 | 2,012.50 | 11539192 |
| Bomhof | Scott A. | 03/01/2013 | analysis of Canadian legal issues related to mediation before Winkler J.A.; | 3.0 | 2,625.00 | 11542059 |
| Bomhof | Scott A. | 24/01/2013 | Review CCAA Debtor/Monitor materials for January 31 stay extension motion and report to Cleary (1.5); conference with T. DeMarinis re mediation proposals (.7); | 2.2 | 1,925.00 | 11576441 |
| Slavens | Adam | 04/01/2013 | reviewing Canadian law on matters related to mediation; | 2.0 | 1,280.00 | 11543270 |
| DeMarinis | Tony | 09/01/2013 | reviewing precedent on inter-jurisdictional proceedings and authority, and related law; | 1.5 | 1,462.50 | 11548690 |
| DeMarinis | Tony | 10/01/2013 | reviewing claims categories and principal documentation; | 1.6 | 1,560.00 | 11551668 |
| DeMarinis | Tony | 11/01/2013 | read precedent materials on cross-border jurisdictional rulings; | 1.1 | 1,072.50 | 11554205 |
| DeMarinis | Tony | 17/01/2013 | review law in re judicial implementation options for alternative mediation outcomes; | 2.0 | 1,950.00 | 11563593 |
| DeMarinis | Tony | 23/01/2013 | considering legal alternatives in re failed mediation or implementation of agreement; | 2.5 | 2,437.50 | 11572317 |

ANALYSIS OF CANADIAN LAW

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 02/01/2013 | reviewing materials and preparing for January mediation before Winkler J.A.; | 2.9 | 2,537.50 | 11539189 |
| Bomhof | Scott A. | 04/01/2013 | prepare for mediation before Winkler J.A.; | 2.1 | 1,837.50 | 11542155 |
| Bomhof | Scott A. | 07/01/2013 | preparing for mediation before J. Winkler and exchange messages with P. LaVay regarding timing for mediation; | 2.5 | 2,187.50 | 11544572 |
| Bomhof | Scott A. | 08/01/2013 | preparing for mediation before Winker J.A.; | 3.0 | 2,625.00 | 11546210 |
| Bomhof | Scott A. | 09/01/2013 | prepare materials for mediation before Winkler J.A.; | 4.2 | 3,675.00 | 11548685 |
| Bomhof | Scott A. | 10/01/2013 | telephone call with L. Schweitzer and preparing for mediation before Winkler J.A.; | 3.5 | 3,062.50 | 11550380 |
| Bomhof | Scott A. | 11/01/2013 | Prepare for mediation before Winkler J.A. and various telephone call with Cleary with respect to same; | 5.5 | 4,812.50 | 11554829 |
| Bomhof | Scott A. | 14/01/2013 | Attend mediation before Winkler J.A. with US Debtor team; | 13.2 | 11,550.00 | 11554833 |
| Bomhof | Scott A. | 15/01/2013 | Attend mediation before Winkler J.A.; | 13.0 | 11,375.00 | 11559876 |
| Bomhof | Scott A. | 16/01/2013 | Attend mediation session; | 14.2 | 12,425.00 | 11559928 |
| Bomhof | Scott A. | 18/01/2013 | Reviewing materials distributed at mediation session and review current press stories related to mediation; | 2.0 | 1,750.00 | 11564497 |
| Bomhof | Scott A. | 19/01/2013 | Reviewing update e-mail from J. Bromley and prepare summary of claims issues; | 1.5 | 1,312.50 | 11564499 |
| Bomhof | Scott A. | 17/01/2013 | Attend mediation before Justice Winkler; | 14.5 | 12,687.50 | 11565128 |
| Bomhof | Scott A. | 21/01/2013 | preparing summary of mediation issues and next steps (1.5); discussion with T. DeMarinis and A. Slavens regarding mediation (1.2); | 2.7 | 2,362.50 | 11567877 |
| Bomhof | Scott A. | 22/01/2013 | various follow-up calls on Nortel mediation and reviewing mediation materials; | 2.3 | 2,012.50 | 11570487 |
| Bomhof | Scott A. | 23/01/2013 | follow up calls on status of mediation and reviewing proposals (1.0); telephone call with Cleary to discuss proposals (.5); | 1.5 | 1,312.50 | 11574739 |
| Bomhof | Scott A. | 29/01/2013 | reviewing and revising mediation notes; | 0.6 | 525.00 | 11582917 |
| Bomhof | Scott A. | 07/01/2013 | conference with A.Bauer and W.Gray re mediation; | 0.3 | 262.50 | 11619565 |
| Slavens | Adam | 03/01/2013 | preparing for mediation by reviewing mediation materials, Nortel public disclosure, monitor's reports and other background materials; | 4.0 | 2,560.00 | 11541401 |
| Slavens | Adam | 04/01/2013 | preparing for mediation by reviewing mediation materials, Nortel public disclosure, monitor's reports and other background materials; | 3.0 | 1,920.00 | 11543265 |
| Slavens | Adam | 07/01/2013 | preparing brief of mediation materials; | 3.0 | 1,920.00 | 11545653 |
| Slavens | Adam | 07/01/2013 | preparing for mediation by reviewing mediation materials, Nortel public disclosure, monitor's reports and other background materials; | 1.5 | 960.00 | 11545670 |
| Slavens | Adam | 08/01/2013 | preparing for mediation by reviewing mediation materials, Nortel public disclosure, monitor's reports and other background materials; | 3.0 | 1,920.00 | 11549756 |
| Slavens | Adam | 10/01/2013 | compiling brief of documents re mediation; | 1.5 | 960.00 | 11551786 |
| Slavens | Adam | 10/01/2013 | preparing for mediation by reviewing mediation materials, Nortel public disclosure, monitor's reports and other background materials; | 3.0 | 1,920.00 | 11551797 |
| Slavens | Adam | 09/01/2013 | preparing for mediation by reviewing mediation materials, Nortel public disclosure, monitor's reports and other background materials; | 2.0 | 1,280.00 | 11551813 |
| Slavens | Adam | 11/01/2013 | preparing for mediation by reviewing materials compiled by Cleary; | 4.0 | 2,560.00 | 11554378 |
| Slavens | Adam | 12/01/2013 | preparing for mediation by reviewing materials compiled by Cleary; | 5.0 | 3,200.00 | 11554379 |
| Slavens | Adam | 13/01/2013 | preparing for mediation by reviewing materials compiled by Cleary; | 4.0 | 2,560.00 | 11554380 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 14/01/2013 | attending mediation at Hilton, Toronto; | 14.0 | 8,960.00 | 11556123 |
| Slavens | Adam | 15/01/2013 | attending mediation at Hilton, Toronto; | 15.5 | 9,920.00 | 11560764 |
| Slavens | Adam | 16/01/2013 | attending mediation at Hilton, Toronto; | 18.5 | 11,840.00 | 11560770 |
| Slavens | Adam | 17/01/2013 | attending mediation at Hilton, Toronto; | 15.0 | 9,600.00 | 11563428 |
| Slavens | Adam | 19/01/2013 | reviewing email correspondence from J. Bromley and S. Bomhof re status of mediation (0.2); reviewing EMEA claims procedure order and related orders and preparing summary of same (3.0); | 3.2 | 2,048.00 | 11565137 |
| Slavens | Adam | 18/01/2013 | reviewing and compiling mediation notes; | 4.5 | 2,880.00 | 11565142 |
| Slavens | Adam | 18/01/2013 | mediation logistics follow-up at Hilton (1.6); email correspondence with Cleary re same (0.1); | 1.7 | 1,088.00 | 11565145 |
| Slavens | Adam | 21/01/2013 | reviewing and compiling mediation notes (1.0); office conferences with T. DeMarinis and S. Bomhof (1.2); | 2.2 | 1,408.00 | 11567500 |
| Slavens | Adam | 22/01/2013 | reviewing and compiling mediation notes (1.8); email correspondence with Cleary and S. Bomhof re status of mediation (0.3); | 2.1 | 1,344.00 | 11569161 |
| Slavens | Adam | 22/01/2013 | reviewing and organizing mediation materials provided by Cleary; | 0.8 | 512.00 | 11569164 |
| Slavens | Adam | 23/01/2013 | preparing mediation notes (1.1); reviewing mediation proposals (0.4); email correspondence with Cleary and S. Bomhof re status of mediation (0.3); | 1.8 | 1,152.00 | 11574513 |
| Slavens | Adam | 24/01/2013 | participating in conference calls re mediation proposals and related matters (1.6); office conferences with S. Bomhof and T. DeMarinis re same (1.3); reviewing mediation proposals (1.0) preparing notes re mediation (2.5); | 6.4 | 4,096.00 | 11574550 |
| Slavens | Adam | 24/01/2013 | reviewing and organizing mediation materials provided by Cleary; | 1.0 | 640.00 | 11574554 |
| Slavens | Adam | 25/01/2013 | reviewing and compiling mediation notes; | 0.8 | 512.00 | 11576568 |
| Slavens | Adam | 28/01/2013 | reviewing and compiling mediation notes (0.5); email correspondence with S. Bomhof re same (0.1); | 0.6 | 384.00 | 11579142 |
| Slavens | Adam | 29/01/2013 | reviewing comments of S. Bomhof on mediation notes (0.4); revising same (0.4); | 0.8 | 512.00 | 11580309 |
| Slavens | Adam | 30/01/2013 | revising mediation notes (0.5); email to Cleary re same (0.1) | 0.6 | 384.00 | 11585126 |
| DeMarinis | Tony | 02/01/2013 | assessment of alternative mediation proposals and potential outcomes; | 2.5 | 2,437.50 | 11539892 |
| DeMarinis | Tony | 07/01/2013 | correspondence and planning for next week's sessions and contingencies related thereto; | 3.8 | 3,705.00 | 11545605 |
| DeMarinis | Tony | 08/01/2013 | discussion, correspondence and planning for next week's mediation; | 2.7 | 2,632.50 | 11546516 |
| DeMarinis | Tony | 09/01/2013 | communications on mediation week, and consideration of contingencies; | 1.4 | 1,365.00 | 11548692 |
| DeMarinis | Tony | 10/01/2013 | search recent disclosure, media and other information leading to next week's mediation session; | 1.0 | 975.00 | 11551673 |
| DeMarinis | Tony | 11/01/2013 | review materials and contentious issues ahead of next week's mediation; | 2.0 | 1,950.00 | 11554193 |
| DeMarinis | Tony | 14/01/2013 | discussions and email correspondence regarding first day of mediation, proposals and issues, and consideration of same; | 3.4 | 3,315.00 | 11556460 |
| DeMarinis | Tony | 15/01/2013 | communications regarding mediation sessions and assessment of proposals and contingencies; | 2.5 | 2,437.50 | 11559294 |
| DeMarinis | Tony | 16/01/2013 | correspondence regarding mediation developments and proposals, consideration of same, and cross-referencing of file materials; | 2.7 | 2,632.50 | 11561060 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 17/01/2013 | email correspondence of mediation session developments and consideration of same; | 1.0 | 975.00 | 11563592 |
| DeMarinis | Tony | 18/01/2013 | follow-up correspondence, review and consideration on mediation pending deadline; | 2.5 | 2,437.50 | 11565754 |
| DeMarinis | Tony | 21/01/2013 | debriefing on mediation with Scott Bomhof and A. Slavens (1.2); review of alternative proposals and correspondence, and consideration of next steps and options (2.1); | 3.3 | 3,217.50 | 11567351 |
| DeMarinis | Tony | 22/01/2013 | correspondence in re mediation, and contingency planning; | 1.6 | 1,560.00 | 11569178 |
| DeMarinis | Tony | 23/01/2013 | reviewing, considering and corresponding on mediation and parties' resolution proposals; | 3.0 | 2,925.00 | 11572315 |
| DeMarinis | Tony | 24/01/2013 | attend on conference calls with Scott Bomhof and counsel to U.S. parties in re mediation proposals, review of same, and discussions with Scott Bomhof and Adam Slavens; | 1.5 | 1,462.50 | 11574868 |
| DeMarinis | Tony | 28/01/2013 | review mediation order and consider next steps; | 0.4 | 390.00 | 11579206 |
| DeMarinis | Tony | 31/01/2013 | review April 2011 court materials in connection with proposed judicial resolution process; | 0.6 | 585.00 | 11585411 |
| Gray | William | 03/01/2013 | Preparation of materials for mediation sessions | 1.4 | 1,260.00 | 11540349 |
| Gray | William | 02/01/2013 | Work on memorandum regarding intercompany claims | 0.8 | 720.00 | 11540356 |
| Gray | William | 07/01/2013 | Conferences with S. Bomhof and A. Bauer regarding mediation preparation and Canadian legal issues; | 1.8 | 1,620.00 | 11544039 |
| Gray | William | 14/01/2013 | Conference with A. Bauer regarding mediation developments (.8); Review of published materials relating to Canadian legal issues (.7); | 1.5 | 1,350.00 | 11557913 |
| Gray | William | 15/01/2013 | Conference and work on responses to various mediation arguments advanced by Canadian entities | 1.4 | 1,260.00 | 11557914 |
| Gray | William | 16/01/2013 | Work on mediation issues; Conference with S. Bomhof and A. Bauer | 1.3 | 1,170.00 | 11559924 |
| Gray | William | 23/01/2013 | Telephone call with S. Bomhof (.2); Review status of exchange of offers in mediation (.6); Review mediation update (.2); Review termination of mediation e-mails (.6); | 1.6 | 1,440.00 | 11572619 |
| Gray | William | 24/01/2013 | Conference with S. Bomhof (.2); Review updated mediation issues (.6); Review exchange of proposals (.5); | 1.3 | 1,170.00 | 11572629 |
| Gray | William | 25/01/2013 | Update on status of mediation; Review final exchanges with mediator; | 0.7 | 630.00 | 11579731 |
| Gray | William | 28/01/2013 | Conferences regarding mediation follow-up issues; | 0.6 | 540.00 | 11579736 |
| Gray | William | 31/01/2013 | Review docket and work on certificate of no objection | 0.2 | 180.00 | 11583905 |
| Bauer | Alison D. | 07/01/2013 | conference Bomhof, Scott and Gray, William (.3); conf. Gray (.2); attention to emails and mediation materials on Cross-Border Global Settlement (1.0); | 1.5 | 1,162.50 | 11544868 |
| Bauer | Alison D. | 14/01/2013 | attention to mediation issues and internal discussions | 2.0 | 1,550.00 | 11556038 |
| Bauer | Alison D. | 15/01/2013 | Attention to mediation and internal discussions | 0.8 | 620.00 | 11558804 |
| Bauer | Alison D. | 23/01/2013 | Read emails from Scott Bomhof: re mediation (.1); | 0.1 | 77.50 | 11572435 |
| Bauer | Alison D. | 24/01/2013 | Mediation issues | 0.2 | 155.00 | 11572567 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 03/01/2013 | various telephone calls with A. Merskey and C. Armstrong to discuss Chartis appeal filings (1.0); reviewing jurisdiction issues related to Chartis motion for extension of time to seek leave to appeal (1.0); | 2.0 | 1,750.00 | 11542058 |
| Bomhof | Scott A. | 07/01/2013 | reviewing materials regarding Chartis motion to appeal and discussing same with A. Merskey of Norton Rose (.6); reviewing NNL factum regarding Chartis appeal issues (.5); | 1.1 | 962.50 | 11544571 |
| Bomhof | Scott A. | 08/01/2013 | reviewing and providing comments on draft order to transfer Chartis application to Commercial List Court and discussing same with J. Opolsky; | 1.3 | 1,137.50 | 11546208 |
| Bomhof | Scott A. | 09/01/2013 | telephone call with T. Gleason regarding Court of Appeal motion on Chartis matter and reviewing endorsement of Doherty J.A.; | 0.7 | 612.50 | 11548684 |
| Bomhof | Scott A. | 10/01/2013 | reviewing and providing consent to order granting extension of time to seek leave to appeal on Chartis D&O policy; | 0.5 | 437.50 | 11550381 |
| Bomhof | Scott A. | 11/01/2013 | Review revised Chartis motion materials and discuss same with Cleary regarding extension of time to seek leave to appeal; | 0.4 | 350.00 | 11554830 |
| Bomhof | Scott A. | 25/01/2013 | reviewing materials for January 31 motion and preparing for hearing regarding CCAA extension and related relief; | 0.7 | 612.50 | 11579036 |
| Bomhof | Scott A. | 28/01/2013 | reviewing materials for January 31 CCAA hearing and preparing for same; | 0.3 | 262.50 | 11579934 |
| Bomhof | Scott A. | 29/01/2013 | preparing for January 31 CCAA stay extension motion and telephone call with Fraser Milner and telephone call with Goodmans with respect to same; | 1.3 | 1,137.50 | 11582921 |
| Bomhof | Scott A. | 30/01/2013 | telephone call with J. Bromley and L. Schweitzer regarding January 31, extension motion (1.0); conference with T. DeMarinis regarding same (.3); reviewing ad hoc committee's written submissions for January 31 hearing and various telephone calls with Cleary and Fraser Milner to discuss same (1.9); preparing for January 31 CCAA extension application (1.0); | 4.2 | 3,675.00 | 11584843 |
| Bomhof | Scott A. | 31/01/2013 | preparing for and attending CCAA stay extension of CCAA proceeding (2.9); report on hearing and direction to file "issues list" and discussing same with Cleary (1.5); reviewing issues related to claims under CCAA proceedings (1.3); reviewing representation orders for CCAA proceeding (1.2); | 6.9 | 6,037.50 | 11586553 |
| Slavens | Adam | 04/01/2013 | reviewing court materials on application for leave to appeal re Chartis appeal; | 1.0 | 640.00 | 11543264 |
| Slavens | Adam | 08/01/2013 | email correspondence re Chartis appeal; | 0.2 | 128.00 | 11549752 |
| Slavens | Adam | 08/01/2013 | reviewing court materials on application for leave to appeal re Chartis appeal; | 2.0 | 1,280.00 | 11549763 |
| Slavens | Adam | 10/01/2013 | reviewing form of Chartis order (0.2); email correspondence with S. Bomhof and Cleary re same (0.3); | 0.5 | 320.00 | 11551792 |
| Slavens | Adam | 14/01/2013 | attending motion returnable January 14, 2013; | 0.5 | 320.00 | 11556120 |
| Slavens | Adam | 21/01/2013 | reviewing CCAA case court documents; | 2.0 | 1,280.00 | 11567502 |
| Slavens | Adam | 22/01/2013 | reviewing CCAA case court documents; | 1.0 | 640.00 | 11569162 |
| Slavens | Adam | 25/01/2013 | reviewing CCAA case court materials re motion returnable January 31, 2013 (2.3); preparing reporting email to Cleary on same (0.4); email | 2.9 | 1,856.00 | 11576559 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | correspondence with L. Schweitzer, A. Gray and S. Bomhof re same (0.2); | | | |
| Slavens | Adam | 30/01/2013 | reviewing CCAA case court documents re motion returnable January 31, 2013 (1.3); office conferences with S. Bomhof and A. Gray re same (0.7); | 2.0 | 1,280.00 | 11585129 |
| Slavens | Adam | 31/01/2013 | reviewing order and endorsement of Morawetz J. (0.3); office conference with T. Demarinis and S. Bomhof re same (1.4); email correspondence with S. Bomhof and Cleary re same (0.4); | 2.1 | 1,344.00 | 11585143 |
| DeMarinis | Tony | 15/01/2013 | review cumulative monitor's reports in re certain claims and inter-company matters; | 2.2 | 2,145.00 | 11559292 |
| DeMarinis | Tony | 16/01/2013 | review MOE leave to appeal endorsement, and related court materials; | 1.0 | 975.00 | 11561063 |
| DeMarinis | Tony | 17/01/2013 | review Company information and materials in the Canadian proceedings in connection with considering mediation alternatives; | 1.8 | 1,755.00 | 11563590 |
| DeMarinis | Tony | 22/01/2013 | review served materials, and status of various procedural matters; | 1.0 | 975.00 | 11569177 |
| DeMarinis | Tony | 25/01/2013 | reading Canadian applicants' motion record for stay extension, and Monitor's 91st report; | 0.3 | 292.50 | 11576467 |
| DeMarinis | Tony | 29/01/2013 | consideration of issues relating to January 31 hearing; | 0.7 | 682.50 | 11580928 |
| DeMarinis | Tony | 30/01/2013 | meeting with Scott Bomhof on tomorrow's extension hearing, reading noteholders' group submission, emails, and planning regarding judicial process; | 1.3 | 1,267.50 | 11582989 |
| DeMarinis | Tony | 31/01/2013 | discussion with Scott Bomhof regarding today's court hearing, review order, review endorsement, and emails; | 1.0 | 975.00 | 11585408 |

CANADIAN SEC.18.6 PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 23/01/2013 | email correspondence with Cleary and S. Bomhof on 18.6 recognition motion re Travelers settlement agreement; | 0.3 | 192.00 | 11574522 |
| Slavens | Adam | 24/01/2013 | office conference with S. Bomhof on 18.6 recognition motion re Travelers settlement agreement; | 0.3 | 192.00 | 11574559 |
| Slavens | Adam | 25/01/2013 | reviewing CCAA and Chapter 11 court materials re Travelers settlement agreement motion; | 2.0 | 1,280.00 | 11576555 |
| Slavens | Adam | 28/01/2013 | preparing CCAA section 18.6 court documents re Travelers settlement agreement recognition motion; | 5.0 | 3,200.00 | 11579133 |
| Slavens | Adam | 29/01/2013 | preparing CCAA section 18.6 court documents re Travelers settlement agreement recognition motion; | 3.5 | 2,240.00 | 11580308 |