**EXHIBIT B**

Nortel
January 2013 Disbursements

| | | | | |
|---|---|---|---|---|
| 303 Taxi & Travel | | 15/01/2013 | 25.80 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - 145 Richmond taxi to/from Nortel Mediation, Hilton Hotel |
| 303 Taxi & Travel | | 17/01/2013 | 21.09 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - 145 Richmond taxi to/from Nortel Mediation, Hilton Hotel |
| 303 Taxi & Travel | | 18/01/2013 | 24.00 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - 145 Richmond taxi to/from Nortel Mediation, Hilton Hotel |
| 303 Taxi & Travel | | 18/01/2013 | 16.64 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - 145 Richmond taxi to/from Nortel Mediation, Hilton Hotel |
| 303 Taxi & Travel | | 18/01/2013 | 8.98 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - 145 Richmond taxi to/from Nortel Mediation, Hilton Hotel |
| 317 Taxi & Travel (Out of Town) | | 14/01/2013 | 8.12 | Taxi & Travel (Out of Town)<br>Bauer, Allison D.; Taxi/Car Service - Nortel dinner Taxi with documents |
| 803 Taxi & Travel | | 14/01/2013 | 9.29 | Taxi & Travel<br>DIAMOND TAXI, Date: 14/01/2013, Chit#3079522 |
| 803 Taxi & Travel | | 31/01/2013 | 12.96 | Taxi & Travel<br>DIAMOND TAXI, Date: 31/01/2013, Chit#3076993 |
| | | $ | 126.88 | |
| 376 Meals | | 15/01/2013 | 45.06 | Meals<br>Slavens, Adam; Lunch meals Nortel Mediation, Hilton Hotel with Lisa Schweitzer, J. Bromley, H. Zelbo, C. Brod, John Ray |
| 376 Meals | | 15/01/2013 | 26.70 | Meals<br>Slavens, Adam; Lunch meals Nortel Mediation, Hilton Hotel with M. Kennedy, M. Rosenberg |
| 376 Meals | | 16/01/2013 | 8.90 | Meals<br>Slavens, Adam; Lunch meals Nortel Mediation, Hilton Hotel |
| | | $ | 80.66 | |
| 4225 Conference Facility | | 24/01/2013 | $11,725.03 | Trepanier, Tammy; Other Payment to the Hilton for meeting with Nortel, food & beverage, AV, etc. for meetings taking place January 14-18, 2013 |
| 499 Outside Copy/Binding Services | | 28/01/2013 | 2,216.10 | Binding/Slipsheets/Tabs/Covers/Labour/Colour and B&W Copies |
| 811 Binding Charges | | 11/01/2013 | 54.28 | Binding Charges |
| 954 Copy Preparation | | 02/01/2013 | 10.05 | Copy Preparation labour;<br>Jan-02/13, C Pellegreni, Hand Labour, 15 min., TW |
| | | $ | 2,280.43 | |
| 801 Copies | | 11/01/2013 | 120.50 | Copies |
| 801 Copies | | 14/01/2013 | 0.20 | Copies |
| 808 Laser Printing | | 02/01/2013 | 3.90 | Laser Printing |
| 808 Laser Printing | | 03/01/2013 | 1.60 | Laser Printing |
| 808 Laser Printing | | 03/01/2013 | 29.10 | Laser Printing |
| 808 Laser Printing | | 04/01/2013 | 0.50 | Laser Printing |
| 808 Laser Printing | | 10/01/2013 | 86.40 | Laser Printing |
| 808 Laser Printing | | 10/01/2013 | 1.80 | Laser Printing |
| 808 Laser Printing | | 11/01/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | | 11/01/2013 | 2.80 | Laser Printing |
| 808 Laser Printing | | 14/01/2013 | 45.20 | Laser Printing |
| 808 Laser Printing | | 14/01/2013 | 28.10 | Laser Printing |
| 808 Laser Printing | | 15/01/2013 | 7.50 | Laser Printing |
| 808 Laser Printing | | 15/01/2013 | 44.80 | Laser Printing |
| 808 Laser Printing | | 16/01/2013 | 45.80 | Laser Printing |
| 808 Laser Printing | | 17/01/2013 | 1.20 | Laser Printing |

Nortel
January 2013 Disbursements

| | | | |
|---|---|---|---|
| 808 Laser Printing | 23/01/2013 | 3.00 | Laser Printing |
| 808 Laser Printing | 24/01/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 24/01/2013 | 6.90 | Laser Printing |
| 808 Laser Printing | 25/01/2013 | 4.00 | Laser Printing |
| 808 Laser Printing | 28/01/2013 | 3.00 | Laser Printing |
| 808 Laser Printing | 28/01/2013 | 9.10 | Laser Printing |
| 808 Laser Printing | 29/01/2013 | 3.30 | Laser Printing |
| 808 Laser Printing | 30/01/2013 | 6.90 | Laser Printing |
| 808 Laser Printing | 30/01/2013 | 0.90 | Laser Printing |
| 808 Laser Printing | 30/01/2013 | 0.90 | Laser Printing |
| 4808 Laser Printing | 04/01/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 04/01/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 07/01/2013 | 4.80 | Laser Printing |
| 4808 Laser Printing | 07/01/2013 | 0.50 | Laser Printing |
| 4808 Laser Printing | 09/01/2013 | 0.90 | Laser Printing |
| 4808 Laser Printing | 09/01/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 09/01/2013 | 1.50 | Laser Printing |
| 4808 Laser Printing | 10/01/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 10/01/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 11/01/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 11/01/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 14/01/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 17/01/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 17/01/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 18/01/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 18/01/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 28/01/2013 | 0.60 | Laser Printing |
| | | **$ 469.10** | |
| 822 Courier | 14/01/2013 | 23.76 | Courier<br>79 WELLINGTON ST W FLOOR: 30 ,TORYS LLP    ;<br>ONE LIBERT PLAZA         ,CLEARY GOTTLIEB ;<br>4500600602 |
| 822 Courier | 14/01/2013 | 8.06 | Courier<br>79 Wellington Street West,Invoice # 54741,<br>145 Richmond St W,The Hilton Hotel,<br>s costa,1,1 |
| 822 Courier | 14/01/2013 | 4.74 | Courier<br>79 Wellington Street West,Invoice # 54741,<br>145 Richmond St W,The Hilton Hotel,<br>s costa,1,1 |
| 822 Courier | 14/01/2013 | 7.04 | Courier<br>145 Richmond St W,The Hilton Hotel,<br>79 Wellington Street West,Invoice # 54741,<br>keith,1,0 |
| 822 Courier | 14/01/2013 | 15.08 | Courier<br>79 Wellington Street West,invoice # 54741,<br>145 Richmond St E,The Hilton Hotel,<br>Scott B/after hours,1,0 |
| 822 Courier | 15/01/2013 | 4.74 | Courier<br>79 Wellington Street West,invoice # 54741,<br>145 Richmond St W,The Hilton Hotel,<br>helen,1,1 |
| 822 Courier | 15/01/2013 | 4.74 | Courier<br>79 Wellington Street West,Invoice # 54741,<br>145 Richmond St W,The Hilton Hotel,<br>helen,1,1 |
| 822 Courier | 15/01/2013 | 28.94 | Courier<br>79 WELLINGTON ST W FLOOR: 30 ,TORYS LLP    ;<br>CITY PLACE HOUSE, 55 BASINGHAL,CLEARY GOTTLIEB ;<br>4500600624 |
| 822 Courier | 16/01/2013 | 4.74 | Courier<br>79 Wellington Street West,invoice # 54741,<br>145 Richmond St W,The Hilton Hotel, |

**Nortel**
**January 2013 Disbursements**

| | | | |
|---|---|---|---|
| 822 Courier | 18/01/2013 | 48.54 | delivered 3rd,1,1<br>Courier<br>79 WELLINGTON ST W FLOOR: 30 ,TORYS LLP ;<br>ONE LIBERTY PLAZA ,CLEARY GOTTLIEB ;<br>4500600650 |
| 822 Courier | 24/01/2013 | 265.90 | Courier<br>79 WELLINGTON ST W FLOOR: 30 ,TORYS LLP ;<br>ONE LIBERTY PLAZA ,CLEARY GOTTLIEB ;<br>4500600694 |
| | | $ 416.28 | |
| | | $15,098.38 | |