IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re                                              :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                 :   Case No. 09-10138 (KG)
:
Debtors.                                  :   Jointly Administered
---------------------------------------------------------X

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MARCH 5, 2013 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

### ADJOURNED MATTER

1.  Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9362, Filed 2/1/13).

    Objection Deadline: February 12, 2013 at 4:00 p.m. (ET).

    Responses Received:

    (a) U.S. Debtors' Objection to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9412, Filed 2/12/13);

    (b) Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc, et al. to the Debtors' Objection to the Motion of Ad Hoc Committee of Canadian

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

        Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9418, Filed 2/13/13);

(c)    Statement and Reservation of Rights of the Monitor on Behalf of the Canadian Nortel Debtors in Relation to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9441, Filed 2/15/13); and

(d)    Joinder of Nortel Ad Hoc Group of Bondholders to U.S. Debtors' Objection to Motion for Entry of an Order Allowing Late-Filed Claims (D.I. 9451, Filed 2/19/13).

Related Pleading:  None.

Status: The hearing on this matter has been adjourned to the hearing scheduled for March 26, 2013 at 10:00 a.m. (ET).

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

2.    Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. 9019 Approving Settlement with the Travelers Indemnity Company (D.I. 9413, Filed 2/12/13).

Objection Deadline:  February 26, 2013 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleading:

(a)    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. 9019 Approving Settlement with the Travelers Indemnity Company (D.I. 9531, Filed 2/28/13); and

(b)    Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

## CONTESTED MATTERS GOING FORWARD

3.    Debtors' Twenty-Ninth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 9373, Filed 2/5/13).

Objection Deadline:  February 21, 2013 at 4:00 p.m. (ET).

Responses Received:

(a) Objection to Twenty-Ninth Omnibus Objection of Randal Scott Clay (D.I. 9483, Filed 2/21/13).

Related Pleading:

(a) Debtors' Reply to the Response of Randal Scott Clay to the Debtors' Twenty-Ninth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No-Basis Pension Claims) (D.I. 9525, Filed 2/28/13).

Status: The hearing on this matter will go forward.

4. Debtors' Motion for Entry of an Order Modifying the Application of Local Rules 2014-1(c) and 2016-2(f) (D.I. 9415, Filed 2/12/13).

Objection Deadline: February 26, 2013 at 4:00 p.m. (ET). Extended for the United States Trustee to February 27, 2013 at 4:00 p.m. (ET).

Responses Received:

(a) United States Trustee's Objection to Debtors' Motion for Entry of an Order Modifying the Application of Local Rules 2014-1(c) and 2016-2(f) (D.I. 9515, Filed 2/27/13).

Related Pleading: None.

Status: The hearing on this matter will go forward.

Dated: March 1, 2013         CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE               James L. Bromley (admitted *pro hac vice*)
                             Lisa M. Schweitzer (admitted *pro hac vice*)
                             One Liberty Plaza
                             New York, New York 10006
                             Telephone: (212) 225-2000
                             Facsimile: (212) 225-3999

                             - and -

3

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7003892.3

4