# EXHIBIT A

2725046.2

# Linklaters

**Nortel Networks Incorporated**
**Pensions - L-175748**
**WIP - from 01/11/2012 to 31/01/2013 in GBP as at 08/02/2013**

| Date | Name | Narratives | Rate | Hours | Value |
|---|---|---|---|---|---|
| **Claims** | | | | | |
| 06/11/2012 | Jared Oyston | Preparing document regarding foreign affiliate issues | 420.00 | 1.10 | 462.00 |
| 12/11/2012 | Mark Blyth | Email Cleary re employment issues | 740.00 | 0.10 | 74.00 |
| 13/11/2012 | Jared Oyston | Preparing document regarding foreign affiliate issues | 420.00 | 1.70 | 714.00 |
| 04/12/2012 | Jared Oyston | Email to Cleary re employment issues | 420.00 | 0.60 | 252.00 |
| 06/12/2012 | Mark Blyth | Emaill Cleary re employment issues | 740.00 | 0.10 | 74.00 |
| 03/01/2013 | Mark Blyth | Email re employment issues | 740.00 | 0.10 | 74.00 |
| 08/01/2013 | Mark Blyth | Tel party re employment issues - email Cleary re | 740.00 | 0.30 | 222.00 |
| 24/01/2013 | Mark Blyth | Telcon Cleary re employment issues | 740.00 | 0.50 | 370.00 |
| **Fee Applications** | | | | | |
| 21/12/2012 | Mark Blyth | Emails re costs application | 740.00 | 0.20 | 148.00 |
| 27/11/2012 | Jared Oyston | Fee application | 420.00 | 4.20 | 1,764.00 |
| 03/01/2013 | Jared Oyston | Fee application | 420.00 | 0.30 | 126.00 |
| **Grand Total** | | | | **9.20** | **4,280.00** |

Produced by acarolan 08/02/2013 15:29:35

Page 1 of 1

A16181107