# EXHIBIT B

# Linklaters

## Nortel Networks Incorporated
## Pensions - L-175748
## Unbilled Internal / External Expenditure in GBP as at 08/02/2013

### *Disbursements:*

| Date | Segment | Type | Description | Value |
|------|---------|------|-------------|-------|
| 07/11/2012 | 003-UK Pensions Law Advice | Counsel Fees | Mr James Walmsley | 1,137.50 |
| Grand Total | | | | 1,137.50 |

### *Other Service Items:*

| Date | Segment | Type | Description | Value |
|------|---------|------|-------------|-------|
| 17/08/2012 | 003-UK Pensions Law Advice | Travel | 10/08 Hotel Accommodation in New York - rd Le Park | 292.45 |
| 04/12/2012 | 003-UK Pensions Law Advice | Travel | 041212_MR J OYSTON, NW5, 2214 | 21.60 |
| Grand Total | | | | 314.05 |

**Overall Total:** 1,451.55

A16181107