# EXHIBIT C

# Professional Fees of James Walmsley

VAT Registration No: 936238705

DX: 10 London/City

Linklaters LLP
Solicitors
One Silk Street
London
United Kingdom
EC2Y 8HQ

8 New Square, Lincoln's Inn
London WC2A 3QP

# WILBERFORCE
CHAMBERS

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Mark Blyth | 28 Feb 2013 | Case Ref. No: 96925 |

## Re: Nortel Networks Inc

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 29 Jun 2012 | Advising in Conference on the telephone [4 hrs in total] | 700.00 | 140.00 |
| 05 Jul 2012 | Reviewing of and commenting on draft document [2 hrs] | 350.00 | 70.00 |
| 11 Jul 2012 | Advising by email [30 mins] | 87.50 | 17.50 |
| | Total | £1,137.50 | £227.50 |
| | Total Due | £1,365.00 | |

Please make cheques payable to James Walmsley

| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited

Page: 1/1

Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk