# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Lyles, Aurelia | Paralegal | $ 225.00 | 9.00 | $ 2,025.00 |
| Snow, Theresa M. | Paralegal | $ 225.00 | 31.40 | $ 7,065.00 |
| Stemerman, Jonathan M. | Associate | $ 375.00 | 15.00 | $ 5,625.00 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 31.00 | $ 8,525.00 |
| Kaiser, Jeffrey D. | Of Counsel | $ 375.00 | 22.90 | $ 8,587.50 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 67.70 | $ 28,434.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 9.70 | $ 4,462.00 |
| Sutty, Eric M. | Of Counsel | $ 450.00 | 86.70 | $ 39,015.00 |
| Siedzikowski, Henry F. | Shareholder | $ 565.00 | 4.40 | $ 2,486.00 |
| Simon, Debbie H. | Shareholder | $ 265.00 | 5.00 | $ 1,325.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 158.50 | $ 96,685.00 |

**Total:**

**Blended Rate:** $ 462.80    441.30    $ 204,234.50