## EXHIBIT B

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | | |
|---|---:|---:|
| Case Administration | $ 7,470.00 | $ 38,042.50 |
| Asset Disposition | | $ 104.50 |
| Meetings of and Comm. With Creditors | $ 51,510.50 | $ 253,989.50 |
| EG Retention | $ 3,960.00 | $ 47,146.00 |
| Employment & Retention Application - Other | $ 2,082.50 | $ 17,656.50 |
| EG Fee Applications | $ 5,162.50 | $ 71,586.50 |
| EG Fee Objections | | $ 5,197.50 |
| Fee Applications and Invoices -Other | $ 380.50 | $ 23,792.00 |
| Fee Objections - Others | | $ 4,441.50 |
| Non-Working Travel | | $ 13,826.00 |
| Claims Administration and Objections | | $ 2,885.50 |
| Business Operations | | $ 1,464.00 |
| Employee Benefits/Pensions | $ 48,712.00 | $ 500,987.50 |
| Plan and Disclosure Statement | | $ 1,057.00 |
| Financing/Cash Collections | | $ 67.50 |
| Court Hearings | $ 733.50 | $ 39,636.00 |
| Labor Issues | | $ 350.00 |
| Litigation | $ 84,223.00 | $ 1,024,522.50 |
| Research | | $ 1,020.00 |
| **Total Fees** | **$ 204,234.50** | **2,047,772.50** |

# Elliott Greenleaf

www.elliottgreenleaf.com

**ELLIOTT GREENLEAF**
P.O. Box 3010
Blue Bell, Pennsylvania 19422
EIN #23-2617189

Attn: Accounts Payable
Nortel Networks
PO Box 13010
Suite 300

RTP NC 27709

February 27, 2013

Bill Number 113973

File Number 60351-001

**FOR PROFESSIONAL SERVICES RENDERED**

Re: In re Nortel 09-10138(KG)

**LEGAL SERVICES**

Through January 31, 2013

Case Administration

| | | | | |
|---|---|---|---|---|
| 01/02/13 | AXL | [B110-] Instructions from E. Sutty regarding Nortel LTD List comparison (.1); confer with T. Snow re same (.1) | 0.20 Hrs | |
| 01/02/13 | EMS | [B110-] Attention to service list for LTD participants | 0.60 Hrs | |
| 01/02/13 | TMS | [B110-] Conferences with E. Sutty regarding comparison of Debtors' list of LTD Participants to our lists (.1); begin comparison (.7) | 0.80 Hrs | |
| 01/03/13 | EMS | [B110-] Office conference with R. Zahralddin regarding LTD service list | 0.10 Hrs | |
| 01/03/13 | EMS | [B110-] Analyze, research and update service information list for LTD participants | 6.10 Hrs | |
| 01/03/13 | EMS | [B110-] Office conference with T. Snow regarding service list for individual LTD participants | 0.20 Hrs | |
| 01/04/13 | EMS | [B110-] Continue analysis re Notice for LTD participants | 6.90 Hrs | |
| 01/07/13 | EMS | [B110-] Finalize Notice list for LTD participants | 2.20 Hrs | |
| | Totals | | 17.10 Hrs | $7,470.00 |
| | Case Administration Totals | | 17.10 Hrs | $7,470.00 |

Meetings of and Communications with Creditors

(Nortel) Official Committee of Long Term Disability Plan Participants

| 01/02/13 | RXZ | [B150-] Committee conference call (1.3); follow up with individual committee members (.8); and litigation team (.4); and M. Curran re: comments to settlement (.7) | 3.20 Hrs |
|---|---|---|---|
| 01/02/13 | MSC | [B150-] Conference call with LTD Committee regarding settlement papers | 1.00 Hrs |
| 01/02/13 | SAK | [B150-] LTD Committee conference call re multiple settlement and claim issues (1.0); follow up call with professionals re related matters (.5) | 1.50 Hrs |
| 01/03/13 | TMS | [B150-] Email to Committee and Committee Professionals forwarding motion to approve settlement of retired employees with a brief summary | 0.10 Hrs |
| 01/03/13 | TMS | [B150-] Telephone conference with R. Elias regarding status of case and confirmation of new address | 0.10 Hrs |
| 01/03/13 | RXZ | [B150-] Call from C. Barry re: retiree settlement | 0.40 Hrs |
| 01/04/13 | TMS | [B150-] Telephone conference with D. Chadwick regarding LTD participant Chae Roob and status of case | 0.10 Hrs |
| 01/07/13 | SAK | [B150-] Telephone conference with LTD Committee and professionals re settlement | 2.50 Hrs |
| 01/07/13 | MSC | [B150-] Conference call with LTD Committee and financial professionals regarding Notice of Settlement and settlement allocation methodology | 2.30 Hrs |
| 01/07/13 | RXZ | [B150-] Calls and e-mails from LTD participants who received retiree package (.4); e-mails to and from committee re: same (.2); follow up with LTD participants (.4) | 1.00 Hrs |
| 01/07/13 | RXZ | [B150-] Analyze report from KCC inquiries (.5); instructions to E. Sutty (.2) | 0.70 Hrs |
| 01/09/13 | RXZ | [B150-] E-mails to and from Retiree counsel re: 1102 inquiries on retiree settlement and related follow up with paralegals | 0.20 Hrs |
| 01/09/13 | TMS | [B150-] Numerous telephone calls from Retiree's regarding status update and provide Togut information | 0.20 Hrs |
| 01/10/13 | EMS | [B150-] Call with committee regarding settlement motion | 1.80 Hrs |
| 01/10/13 | MSC | [B150-] Conference call with LTD Committee regarding settlement papers and allocation methodology | 1.70 Hrs |
| 01/11/13 | JXS | [B150-] Instructions from R. Zahralddin re: 1102 inquiry from S. Gennett (.1); follow up and calls (.2); meeting with R. Zahralddin re: same (.1) | 0.40 Hrs |
| 01/14/13 | EMS | [B150-] Call from C. Addison regarding retiree benefit package | 0.20 Hrs |
| 01/15/13 | RXZ | [B150-] Committe call to update committee on noticing, reconciliation, and progress on settlement documents | 2.70 Hrs |
| 01/15/13 | TMS | [B150-] Telephone conference with C. Addison regarding Retiree settlement documents | 0.10 Hrs |
| 01/15/13 | TMS | [B150-] Conference with R. Zahralddin regarding committee and committee professionals conference call and scheduling of same | 0.10 Hrs |
| 01/15/13 | MSC | [B150-] Conference call with LTD Committee regarding settlement motion and papers and allocation methodology and review emails from financial and actuarial professionals for use in conference call with Committee | 1.50 Hrs |
| 01/16/13 | TMS | [B150-] Conferences with R. Zahralddin and E. Sutty regarding retiree settlement option and review files regarding same (.2); conference with E. Sutty regarding S. Gennett information and review of files regarding same (.2) | 0.40 Hrs |
| 01/16/13 | RXZ | [B150-] Calls from B. Fletcher re: retiree motion | 0.70 Hrs |
| 01/16/13 | RXZ | [B150-] Calls from J. Updatel re: retiree motion | 0.50 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 01/16/13 | RXZ | [B150-] Calls from M. Ginnett re: retiree motion (.7) and related follow up (.6) | 1.30 Hrs |
|---|---|---|---|
| 01/17/13 | TMS | [B150-] Telephone conference with C. White regarding case status and retiree documents | 0.10 Hrs |
| 01/18/13 | EMS | [B150-] Call with M. Gennett re: retiree motion | 0.20 Hrs |
| 01/18/13 | TMS | [B150-] Numerous emails and conference with R. Zahralddin regarding committee conference calls, tax issue calls, and scheduling of same | 0.20 Hrs |
| 01/18/13 | TMS | [B150-] Emails and conferences with R. Zahralddin regarding settlement documents (.2); email to committee members regarding settlement agreement and signatures (.1); various emails from committee members and prepare record regarding same (.1) | 0.40 Hrs |
| 01/20/13 | RXZ | [B150-] Calls and e-mails from J. Rossi re: standing objection, settlement inquries, and disucssion regarding setoff for children under 1102 inquiry and pursuant to proposed settlement terms (.9) follow up with S. Kinsella (.4) | 1.30 Hrs |
| 01/21/13 | RXZ | [B150-] E-mails and calls to Carol Raymond re: settlement inquiry and follow up with T. Snow | 0.40 Hrs |
| 01/21/13 | RXZ | [B150-] Calls with M. Jursevich re: retiree and LTD settlement issues | 1.30 Hrs |
| 01/21/13 | TMS | [B150-] Telephone conference with retiree, M. Cheatham, and conference with R. Zahralddin regarding same | 0.10 Hrs |
| 01/21/13 | RXZ | [B150-] Calls and e-mails from C. Raymond re: settlement | 0.70 Hrs |
| 01/21/13 | RXZ | [B150-] Meeting with E. Sutty re: informational materials for LTD participants (.3) and related follow up with A. Casalavera (.3) | 0.60 Hrs |
| 01/21/13 | RXZ | [B150-] Call from J. Rossi re: inquiry on exhibits filed in support of settlement motion (.2); analyze declaration of J. Ray and attachments (.3); call to J. Rossi re: same (.4) | 0.90 Hrs |
| 01/22/13 | RXZ | [B150-] Call with committee regarding bridge analysis on offsets and related information still needed | 2.50 Hrs |
| 01/22/13 | SAK | [B150-] Telephone conference with LTD Committee and professionals re allocation and related settlement issues | 2.40 Hrs |
| 01/22/13 | EMS | [B150-] Call with committee regarding settlement motion | 2.50 Hrs |
| 01/22/13 | EMS | [B150-] Research for letter to individual LTD participants regarding settlement agreement | 1.40 Hrs |
| 01/22/13 | RXZ | [B150-] Prepare for committee conference call | 1.20 Hrs |
| 01/22/13 | TMS | [B150-] Conference with R. Zahralddin regarding committee conference call minutes (.3) and telephone conference with B. Gallagher regarding previous committee conference calls and minutes of same (.2) | 0.50 Hrs |
| 01/22/13 | RXZ | [B150-] Calls and updates from committee chair and committee members re: call and agenda items | 0.60 Hrs |
| 01/22/13 | MSC | [B150-] Review Alvarez & Marsal's analysis of LTD benefits liability for use in allocation of settlement (.4) and attend conference call with LTD Committee to review and discuss LTD benefits liability for use in allocation (2.3) | 2.70 Hrs |
| 01/22/13 | RXZ | [B150-] Calls and e-mails with K. Patel and B. Fletcher individually (.6) and then on joint conference call re: retiree and LTD settlement conversion (.7) | 1.30 Hrs |
| 01/23/13 | SAK | [B150-] Conference with R. Zahralddin re fiduciary duties (.2) and review emails from LTD Committee members and professionals re same (.3) | 0.50 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 01/23/13 | JXS | [B150-] Analyze amended scheduling order (.1); email to LTD Committee re: same (.2) | 0.30 Hrs |
|---|---|---|---|
| 01/23/13 | RXZ | [B150-] Calls and e-mails regarding release of confidential information to committee members with committee (.7); and committee professionals (.5) | 1.20 Hrs |
| 01/24/13 | SAK | [B150-] Multiple email exchanges with LTD Committee members and professionals re fiduciary and potential conflict issues | 0.30 Hrs |
| 01/24/13 | TMS | [B150-] Telephone conference with LTD Participant L. Uphold and email to R. Zahralddin regarding same | 0.10 Hrs |
| 01/24/13 | TMS | [B150-] Numerous emails from Committee members and Committee professionals regarding model (.3); call from D. Jones regarding model issue (.1); numerous conferences with M. Curran regarding confidentiality issues and review of records regarding same (.4) | 0.80 Hrs |
| 01/25/13 | SAK | [B150-] Email exchange with professionals re LTD Committee fiduciary and related issues (.2); review multiple emails from LTD Committee re same (.2) | 0.40 Hrs |
| 01/25/13 | JXS | [B150-] Begin preparation of memo to LTD Committee re: settlement timelines | 1.40 Hrs |
| 01/26/13 | RXZ | [B150-] E-mails to and from V. Anstead re: 1102 inquiry regarding litigation schedule | 0.10 Hrs |
| 01/28/13 | EMS | [B150-] Committee conference call | 2.00 Hrs |
| 01/28/13 | RXZ | [B150-] Analyze record (.6) re: minutes and instructions to J. Stemerman, E. Sutty, and A. Casalvera re: same (.3) | 0.90 Hrs |
| 01/28/13 | MSC | [B150-] Attend LTD Committee conference call to discuss apportionment methodology and data | 1.90 Hrs |
| 01/28/13 | JXS | [B150-] Meeting with R. Zahralddin re: LTD Committee minutes | 0.10 Hrs |
| 01/28/13 | RXZ | [B150-] Prepare for committee conference call | 1.00 Hrs |
| 01/28/13 | RXZ | [B150-] Call with S. Bennett re: settlement and retiree status issues | 0.70 Hrs |
| 01/28/13 | RXZ | [B150-] Committee conference call | 2.10 Hrs |
| 01/28/13 | RXZ | [B150-] E-mails to S. Kinsella, M. Curran and E. Sutty re: conflicts of interest issues and examination of individual committee member objection | 0.30 Hrs |
| 01/29/13 | EMS | [B150-] Office conference with A. Casalvera re: minutes of 1/28/13 committee meeting | 0.20 Hrs |
| 01/29/13 | EMS | [B150-] Research re: committee fiduciary duties | 3.60 Hrs |
| 01/29/13 | EMS | [B150-] Draft memorandum re: fiduciary duties | 1.20 Hrs |
| 01/29/13 | JXS | [B150-] Supplement 12/4/12 LTD Committee Minutes | 0.20 Hrs |
| 01/29/13 | MSC | [B150-] Review and analyze objection to Settlement Motion filed by D. David to determine confidential documents or information used in objection | 0.80 Hrs |
| 01/29/13 | MSC | [B150-] Telephone call with R. Zahralddin regarding D. David objection (.2); discuss with H. Siedzikowski effect of objection filed by D. David (.3) | 0.50 Hrs |
| 01/29/13 | HFS | [B150-] Coordinate with M. Curran regarding David objection (.2); analyze Objection and Committee by-laws (1.0); call to R. Zahralddin regarding need to recuse David to protect Attorney-Client privilege (.2) | 1.40 Hrs |
| 01/29/13 | RXZ | [B150-] Call with H. Seidzikowski re: recusal issues | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 01/29/13 | RXZ | [B150-] Analyze issues related to committee fiduciary duties (.7) instructions to E. Sutty re: same on legal memo for committee and to M. Curran to analyze facts regarding specific committee issues (.6) | 1.30 Hrs |
| 01/29/13 | DHS | [B150-] Review and analyze committee by-laws and discuss and evaluate provisions related to conflicts of interest | 1.40 Hrs |
| 01/29/13 | JXS | [B150-] Analyze recent LTD Committee minutes | 0.60 Hrs |
| 01/29/13 | JXS | [B150-] Instructions to A. Casalvera re: LTD Committee minutes | 0.10 Hrs |
| 01/29/13 | JXS | [B150-] Meeting with R. Zahralddin re: LTD Committee minutes | 0.10 Hrs |
| 01/29/13 | RXZ | [B150-] Analyze e-mails and related record re: minutes of committee meetings and related bylaws | 1.20 Hrs |
| 01/29/13 | RXZ | [B150-] Calls and e-mails to G, White re: 1102 inquiry on settlement issues | 0.30 Hrs |
| 01/30/13 | EMS | [B150-] Committee conference call regarding fiduciary duties | 1.60 Hrs |
| 01/30/13 | EMS | [B150-] Continue drafting memorandum regarding committee fiduciary duties | 4.90 Hrs |
| 01/30/13 | EMS | [B150-] Research regarding fiduciary duties of committees | 2.70 Hrs |
| 01/30/13 | HFS | [B150-] Coordinate with M. Curran, R. Zahralddin and M. Kohart on conflict of interest issue and prepare for Committee conference call | 0.90 Hrs |
| 01/30/13 | SAK | [B150-] Review inquiry from LTD Plan participant and email exchange with R. Zahralddin re same | 0.20 Hrs |
| 01/30/13 | SAK | [B150-] Review memo for LTD Committee re fiduciary duties of committee members | 0.20 Hrs |
| 01/30/13 | JXS | [B150-] Research and analyze LTD Committee minutes and approvals thereof in preparation for potential need of exhibits re: settlement motion | 6.40 Hrs |
| 01/30/13 | MEK | [B150-] Conference with H. Siedzikowski regarding conflict of interests and David's Objection and address other related issues (.8); participate in conference call with LTD Committee regarding these same issues and best methods of dealing with the conflict (1.5) | 2.30 Hrs |
| 01/30/13 | RXZ | [B150-] Committee call re: recusal and conflict issues regarding D. David objection to settlement and related signature to settlement recusal and potential settlement objection issues | 3.10 Hrs |
| 01/30/13 | RXZ | [B150-] Analyze materials forwarded by E. Sutty and comments to memo re: same regarding committee conflicts | 1.20 Hrs |
| 01/31/13 | EMS | [B150-] Conference call with committee and professionals re settlement issues | 2.00 Hrs |
| 01/31/13 | EMS | [B150-] Review meeting minutes and motions | 0.40 Hrs |
| 01/31/13 | HFS | [B150-] Coordinate with M. Curran and R. Zahralddin on update on conflict issue | 0.40 Hrs |
| 01/31/13 | HFS | [B150-] Participate in Committee Conference call on conflict issue and model | 1.00 Hrs |
| 01/31/13 | HFS | [B150-] Revise and supplement communications to D. David and P. Morrison re: conflict | 0.40 Hrs |
| 01/31/13 | SAK | [B150-] Multiple email exchanges with co-counsel re LTD Committee fiduciary issues (.4); conference with R. Zahralddin re same (.1) | 0.50 Hrs |
| 01/31/13 | RXZ | [B150-] Committee conference call re: recusal issues | 1.20 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | | |
|---|---|---|---|---|
| 01/31/13 | MEK | [B150-] Participate in committee call and give recommendations regarding potential conflicts of interest (.8); draft emails to committee members regarding Section 11 rights and recusal issues (2.0) | 2.80 Hrs | |
| 01/31/13 | JXS | [B150-] Continue analysis of LTD Committee resolutions | 1.40 Hrs | |
| 01/31/13 | JXS | [B150-] Supplement minutes of 1-15-13 LTD Committee meeting | 0.10 Hrs | |
| 01/31/13 | DHS | [B150-] Review recommendations related to resolution of committee member conflict of interest | 0.20 Hrs | |
| 01/31/13 | RXZ | [B150-] Committee call to discuss conflict of interest and allow conflicted committee members to discuss alleged conflicts and disclose | 0.80 Hrs | |
| 01/31/13 | RXZ | [B150-] Analyze case law and related communciations/record re: alleged conflict of interest | 1.20 Hrs | |
| | Totals | | 109.20 Hrs | $51,510.50 |
| | Meetings of and Communications with Creditors Totals | | 109.20 Hrs | $51,510.50 |

EG Retention

| | | | | |
|---|---|---|---|---|
| 01/02/13 | EMS | [B160-] Attention to supplemental disclosures | 0.40 Hrs | |
| 01/09/13 | AXL | [B160-] Instructions from E. Sutty (.1); perform internal client conflict search (.8) | 0.90 Hrs | |
| 01/09/13 | EMS | [B160-] Research and analyze supplemental disclosures | 2.80 Hrs | |
| 01/10/13 | AXL | [B160-] Instructions from E. Sutty and T. Snow (.1); prepare internal conflict check (3.4) | 3.50 Hrs | |
| 01/10/13 | AXL | [B160-] Instructions from E. Sutty and forward previous 2019 Statements from 2010-2011 | 0.20 Hrs | |
| 01/16/13 | EMS | [B160-] Review docket and disclosures for supplemental disclosure | 1.60 Hrs | |
| 01/16/13 | EMS | [B160-] Office conference with R. Zahralddin re: supplemental disclosures | 0.20 Hrs | |
| 01/16/13 | EMS | [B160-] Begin drafting supplemental affidavit | 0.90 Hrs | |
| 01/17/13 | EMS | [B160-] Continue drafting supplemental disclosure | 0.60 Hrs | |
| | Totals | | 11.10 Hrs | $3,960.00 |
| | EG Retention Totals | | 11.10 Hrs | $3,960.00 |

Employment & Retention Application Other

| | | | | |
|---|---|---|---|---|
| 01/15/13 | RXZ | [B165-] Call with N. Berger re: updates to A&M retention | 0.20 Hrs | |
| 01/15/13 | RXZ | [B165-] E-mails and related analysis of comments from T. Green re: A&M Towers disclosures | 0.30 Hrs | |
| 01/16/13 | RXZ | [B165-] Call to P. Tinker re: disclosure for actuaries (.2) call to N. Berger re: same (.3) e-mails to and from counsel to A&M and Towers re: disclosure (.4) | 0.90 Hrs | |
| 01/16/13 | RXZ | [B165-] E-mails and related analysis of comments from the Debtors re: A&M Towers disclosures | 0.40 Hrs | |
| 01/16/13 | RXZ | [B165-] E-mails to and from counsel to Towers, counsel to A&M and Retiree committee re: updated comments from Debtors re: disclosures for A&M/Towers (.3) and related documents (.2) | 0.50 Hrs | |
| 01/22/13 | RXZ | [B165-] E-mails re: declarations in support of Towers and filing status | 0.20 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Init | Description | Hrs | |
|---|---|---|---|---|
| 01/22/13 | SAK | [B165-] Review declarations re Towers Watson acquisition and related retention issues and summary from J. Stemerman re same | 0.30 Hrs | |
| 01/22/13 | JXS | [B165-] Memo to LTD committee re: supplemental affidavits of Towers Perrin and effect thereof | 0.50 Hrs | |
| 01/22/13 | RXZ | [B165-] Analyze filed Declarations Pursuant to Fed. R. Bankr. Proc. 2014 (a) of Michael Lafe Reardon Regarding Employment of Towers Watson and the Former Davinci Consulting Company Whose Employees Were Acquired by Towers Watson as of November 1, 2012 (.2) and follow up with instructions for J. Stemerman (.2) | 0.40 Hrs | |
| | | Totals | 3.70 Hrs | $2,082.50 |
| | | Employment & Retention Application Other Totals | 3.70 Hrs | $2,082.50 |

EG Fee Applications

| Date | Init | Description | Hrs |
|---|---|---|---|
| 01/07/13 | SAK | [B170-] Further revisions to Exhibit B for Elliott Greenleaf's November monthly fee application (.4); instructions and multiple follow up conferences re same (.3) | 0.70 Hrs |
| 01/15/13 | SAK | [B170-] Instructions to T. Snow re preparations of Elliott Greenleaf's December monthly fee app | 0.10 Hrs |
| 01/16/13 | TMS | [B170-] Preparation of exhibit B to EG fee application | 0.90 Hrs |
| 01/16/13 | RXZ | [B170-] Analyze exhibits to Elliott Greenleaf's November fee application | 0.70 Hrs |
| 01/23/13 | SAK | [B170-] Conference with R. Zahralddin and T. Snow re preparation of Nortel fee applications | 0.20 Hrs |
| 01/23/13 | TMS | [B170-] Supplement exhibit B to Elliott Greenleaf November fee application | 1.30 Hrs |
| 01/24/13 | SAK | [B170-] Multiple email exchanges with T. Snow re revisions to Elliott Greenleaf's Exhibit B for 16th Monthly Fee Application | 0.10 Hrs |
| 01/24/13 | TMS | [B170-] Revise Exhibit B of Elliott Greenleaf's 16th (November) fee application | 3.70 Hrs |
| 01/28/13 | SAK | [B170-] Instructions to P. Heyman re preparation of Elliott Greenleaf's December monthly fee application; multiple email exchanges re same | 0.20 Hrs |
| 01/28/13 | SAK | [B170-] Final revisions to Elliott Greenleaf's Exhibit B for the November 2012 monthly fee application (1.0); email exchanges with D. Dougherty re same (.2) | 1.20 Hrs |
| 01/29/13 | AXL | [B170-] Instruction from S.Kinsella (.2); assist S. Kinsella with the outline for EG 16th Monthly Fee App for Nov. 2012 (.2) | 0.40 Hrs |
| 01/29/13 | SAK | [B170-] Review and edit preliminary draft of Exhibit B for Elliott Greenleaf's December monthly fee application (2.2); instructions to P. Heyman re revisions to same (.1) | 2.30 Hrs |
| 01/30/13 | SAK | [B170-] Instructions to D. Dougherty re downward revisions to Exhibit B for Elliott Greenleaf's 17th Monthly Fee Application; multiple email exchanges re same | 0.20 Hrs |
| 01/30/13 | SAK | [B170-] Email exchanges with P. Heyman and co-counsel re further revisions to Exhibit B for Elliott Greenleaf's 17th Monthly Fee Application | 0.20 Hrs |
| 01/30/13 | SAK | [B170-] Email exchange with D. Cupingood re revisions to Exhibit B of Elliott Greenleaf's 17th Monthly Fee Application | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| 01/30/13 | SAK | [B170-] Draft Notice for Elliott Greenleaf's 17th Monthly Fee Application (.2); draft Application (.4); prepare Exhibits A & C (.5); draft Certificate of Service (.2) | 1.10 Hrs | |
|---|---|---|---|---|
| 01/31/13 | SAK | [B170-] Review revised Exhibit B for Elliott Greenleaf's 16th Monthly Fee Application (.4); instructions to D. Cupingood re final revisions to same (.1) | 0.50 Hrs | |
| 01/31/13 | SAK | [B170-] Review revised Exhibit B for Elliott Greenleaf's 17th Monthly Fee Application (.3); instructions to D. Cupingood re final revisions to same (.1) | 0.40 Hrs | |
| 01/31/13 | SAK | [B170-] Review Exhibit B for Elliott Greenleaf's 16th Monthly Fee Application (.2) and Exhibit B for Elliott Greenleaf's 17th Monthly Fee Application (.2) for redaction purposes; instructions to D. Cupingood re same (.2) | 0.60 Hrs | |
| | Totals | | 14.90 Hrs | $5,162.50 |
| | EG Fee Applications Totals | | 14.90 Hrs | $5,162.50 |

Fee Applications and Invoices - Other

| 01/22/13 | RXZ | [B175-] E-mail with instructions to S. Kinsella and T. Snow re: quaretely fee applications and fee updates to committee | 0.10 Hrs | |
|---|---|---|---|---|
| 01/28/13 | SAK | [B175-] Email exchange with P. Morrison re preparation of LTD Committee members' expenses reimbursement application | 0.20 Hrs | |
| 01/29/13 | SAK | [B175-] Email to LTD Committee members re preparation of LTD Committee Member requests for expense reimbursement application | 0.10 Hrs | |
| 01/30/13 | AXL | [B175-] Instructions from S. Kinsella (.1); prepare draft outline of Seventh Fee Reimbursement for LTD Committee (.2) | 0.30 Hrs | |
| 01/30/13 | SAK | [B175-] Conference with R. Zahralddin re preparation of Application for reimbursement of LTD Committee members' expenses | 0.10 Hrs | |
| 01/30/13 | SAK | [B175-] Detailed instructions to A. Lyles re preparation of LTD Committee member expense request application | 0.20 Hrs | |
| | Totals | | 1.00 Hrs | $380.50 |
| | Fee Applications and Invoices - Other Totals | | 1.00 Hrs | $380.50 |

Employee Benefits/Pensions

| 01/02/13 | RXZ | [B220-] Prepare for call with Debtors re: settlement (1.8); call with Debtors re: latest drafts of settlement documents (.9) | 2.70 Hrs | |
|---|---|---|---|---|
| 01/02/13 | MSC | [B220-] Review, analyze and revise Joint Motion to approve settlement and Notice for class | 2.00 Hrs | |
| 01/02/13 | MSC | [B220-] Revise settlement procedures motion | 1.00 Hrs | |
| 01/03/13 | RXZ | [B220-] Analyze retiree motion and related documents | 1.30 Hrs | |
| 01/03/13 | RXZ | [B220-] Analyze proposed form of notice for settlement and calls to M. Curran (.5); analyze e-mail and mark up of notice (.3) | 0.80 Hrs | |
| 01/03/13 | RXZ | [B220-] Prepare for methodology call with Debtors (.5); call with Debtors, actuary and A&M re: noticing, settlement motion drafting and related discussions (.5) | 1.00 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 01/03/13 | RXZ | [B220-] Analyze updated notice edits to Debtors draft of LTD settlement notice from A&M | 0.30 Hrs |
| 01/03/13 | RXZ | [B220-] E-mails and calls re: prior class representations for language in class certification sections of settlement motion (.3); and proposed update to language (.2) | 0.50 Hrs |
| 01/04/13 | MSC | [B220-] Telephone calls with R. Zahraldin regarding Joint Motion to approve settlement (.3); telephone call with D. Greer regarding LTIP and settlement allocations (.2); review and analyze documents relating to LTIP for purposes of settlement allocation (2.0) | 2.50 Hrs |
| 01/04/13 | RXZ | [B220-] Analyze record related to service list for class certifcation motion and intinerant nature of disability class (.6) confer with E. Sutty on progress reveiing addresses from KCC website, e-mails from fact discovery process, Prudential list, debtors service list and related informal updates (.4) | 1.00 Hrs |
| 01/04/13 | RXZ | [B220-] Updates to settlement motion (2.3); analyze comments from A&M, Towers, D. Simon, M. Curran and M. Kohart (1.4) | 3.70 Hrs |
| 01/04/13 | RXZ | [B220-] E-mails to and from D. David re: impact of LTIP on distribution methodology (.3); replies by D. Greer and related follow up with M. Curran (.2); e-mails to and from committee professionals re: same (.3) | 0.80 Hrs |
| 01/04/13 | RXZ | [B220-] E-mails and call from M. Curran re: LTIP issues after conference call with A&M | 0.20 Hrs |
| 01/05/13 | RXZ | [B220-] Analyze retiree motion and related procedures (1.3); analyze related record (.8); confer with S. Kinsella and related instructions re: memo for committee and committee professionals (.3) | 2.40 Hrs |
| 01/06/13 | RXZ | [B220-] Analyze retiree settlement memo prepared by S. Kinsella | 0.70 Hrs |
| 01/06/13 | RXZ | [B220-] Prepare e-mails to address inquiries by committee members D. Irish and D. Jones | 0.60 Hrs |
| 01/07/13 | MSC | [B220-] Call with D. Greer regarding LTIP and settlement allocation | 0.20 Hrs |
| 01/07/13 | RXZ | [B220-] Call with committee re: settlement (motion, notice and related documents) | 2.30 Hrs |
| 01/07/13 | RXZ | [B220-] E-mails to and from M. Stutts re: timeline for settlement | 0.60 Hrs |
| 01/07/13 | RXZ | [B220-] Follow up call with M. Curran and M. Kohart re: settlement issues | 0.60 Hrs |
| 01/07/13 | RXZ | [B220-] Instructions to S. Kinsella re: affidavit in support of  class certification | 0.30 Hrs |
| 01/09/13 | RXZ | [B220-] Prepare for call (.6); conference call with A&M re: individualized notices (1.2) | 1.80 Hrs |
| 01/09/13 | RXZ | [B220-] E-mails re: revised settlement motion from committee members and reply (.6); update settlement motion re: same (.6); comments from M. Curran re: settlement motion (.4); and settlement agreement (.4); and incorporate same into master revisions (.5) | 2.50 Hrs |
| 01/09/13 | RXZ | [B220-] Further updates from, e-mails, calls and replies to settlement motion and incorporate same into working draft (1.7); settlement agreement (.7); forms of notices (.8); and related orders (preliminary (.6) and final (.4)) | 4.20 Hrs |
| 01/10/13 | TMS | [B220-] Emails to/from R. Yee regarding new figures for joint motion (.1); emails to/from R. Zahralddin regarding joint motion (.1) | 0.20 Hrs |
| 01/10/13 | TMS | [B220-] Analyze LTD Settlement Notice and various blackline versions (.4); emails and telephone conference with M. Curran regarding her comments to Notice (.3) | 0.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 01/10/13 | RXZ | [B220-] Prepare for call with committee on forms of notice, procedures, settlement agreement, run off claims, exclusions and related adjustments to motions and order (1.2); committee call (2.3); related follow up with professionals re: instructions from committee (1.8) | 5.30 Hrs |
| 01/10/13 | RXZ | [B220-] Analyze Towers Watson forms of notice and related financial and actuarial analysis (revised historical and related calculations re: settlement issues) and related updates across settlement documents (2.3); follow up and calls and e-mails from committee members, A&M and Towers re: same (1.5) | 3.80 Hrs |
| 01/10/13 | RXZ | [B220-] Call to Debtors re: settlement updates | 0.50 Hrs |
| 01/10/13 | RXZ | [B220-] Conferences and instructions with and to E. Sutty re: analysis of objections from individual LTDers (.4) and related analysis (.3) | 0.70 Hrs |
| 01/14/13 | RXZ | [B220-] Analyze blacklines and updated comments to documents from committee members (2.3); updates to committee (.7) | 3.00 Hrs |
| 01/14/13 | RXZ | [B220-] Call with Debtors to finalize settlement documents | 1.40 Hrs |
| 01/14/13 | RXZ | [B220-] Prepare for call with Debtors to finalize settlement documents | 0.70 Hrs |
| 01/14/13 | RXZ | [B220-] Prepare claim assignment draft and outline for S. Kinsella | 0.80 Hrs |
| 01/14/13 | RXZ | [B220-] Analyze record (including dioscovery) re: class certification issues | 1.20 Hrs |
| 01/15/13 | RXZ | [B220-] Prepare for committee call (.7); analyze M. Morton distribution model and later models (1.5) | 2.20 Hrs |
| 01/16/13 | EMS | [B220-] Email to Debtors' counsel re: Scott Gennett claims and benefits | 0.40 Hrs |
| 01/16/13 | RXZ | [B220-] Updates to joint settlement motion (1.2); updates to publication notice (.2); updates to general notice (.5); updates to affidavit in support of class certification (1.3); updates to interim and final order (.8) | 3.00 Hrs |
| 01/17/13 | RXZ | [B220-] Due dilligence calls and e-mails to prospective claims purchasers for proposed settlement (allowed claim) | 3.40 Hrs |
| 01/17/13 | RXZ | [B220-] Analyze and approve interim edits by Debtors to 1) Settlement Agreement, 2) Direct Notice, 3) Publication Notice, 4) LTD Settlement Value Exhibit and 5) "Exhibit A" to the Settlement Agreement which contains the list of LTD Plans, 6) Settlement Motion, 7) Class Certification Declaration and 8) Notice of Hearing | 2.70 Hrs |
| 01/17/13 | RXZ | [B220-] Analyze and approve further edits by Debtors to 1) Settlement Agreement, 2) Direct Notice, 3) Publication Notice, 4) LTD Settlement Value Exhibit and 5) "Exhibit A" to the Settlement Agreement which contains the list of LTD Plans, 6) Settlement Motion, 7) Class Certification Declaration and 8) Notice of Hearing,and individualized notice | 1.70 Hrs |
| 01/17/13 | RXZ | [B220-] Further comments from Debtors and updates and approval on direct notice, publication notice, and settlement motion | 0.70 Hrs |
| 01/17/13 | RXZ | [B220-] Research re: income exclusion for insurance proceeds (2.4); and related calls to and from A&M and Cravath re: same (.5); e-mails to and from D. Simon and E. Sutty re: same (.2) | 3.10 Hrs |
| 01/17/13 | DHS | [B220-] Review and analyze tax issues relating to treatment of settlement funds | 1.80 Hrs |
| 01/18/13 | TMS | [B220-] Conference and email from E. Sutty regarding retiree eligibility issue (.1); telephone conference with S. Skelly regarding retiree issue (.1) and email to S. Skelly regarding same (.1) | 0.30 Hrs |
| 01/19/13 | RXZ | [B220-] Calls and e-mails with A&M re: taxation issues and settlement | 1.70 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 01/21/13 | RXZ | [B220-] E-mails from Committee members re: allocation methodology inquiries (.4) and related follow up with staff on handling of inquries under class certification considerations and committee (.7) | 1.10 Hrs |
| 01/21/13 | RXZ | [B220-] Calls and e-mails with S. Skelly re: retiree conversion (.4) follow up with N. Berger and S. Skelly (.5) | 0.90 Hrs |
| 01/21/13 | TMS | [B220-] Conference with R. Zahralddin regarding Retiree eligibility requirement (.1); telephone conference with R. Zahralddin, N. Berger, S. Skelly regarding eligibility requirement (.3); conference with E. Sutty regarding same (.1) | 0.50 Hrs |
| 01/23/13 | RXZ | [B220-] Call with E. Brady re: settlement issues and current enrollment issues (1.2); follow up with S. Kinsella and A. Lyles (.2) | 1.40 Hrs |
| 01/23/13 | RXZ | [B220-] E-mails/calls to and from committee professionals and related discussion re: request by committee members for modeling, confidential information and issues related to potential conflicts | 0.60 Hrs |
| 01/23/13 | RXZ | [B220-] Calls and e-mail to M. Cullen re: 1102 inquiries regarding settlement | 0.40 Hrs |
| 01/23/13 | RXZ | [B220-] E-mail from D. David and P. Morrison re: request for System Analysis, Flow Chart, Process Documentation, Excel Sheets, Matrix/Tables , Macros, Intrinsic and Programs developed for the purpose of implementing "Apportionment Methodology" (.1) and related e-mails to committee professionals (.3) | 0.40 Hrs |
| 01/23/13 | MSC | [B220-] Prepare email to Towers Watson regarding identification of outstanding data requests (.1) and respond to request by LTD Committee member for Form 5500 and other financial reporting for plan year 2011, including the identification of documents production by Debtors (.5) | 0.60 Hrs |
| 01/24/13 | RXZ | [B220-] E-mails from D. Jones re: projection of LTD income and methodology related to same (.2); analyze related follow up from R. Yee (.2) | 0.40 Hrs |
| 01/24/13 | RXZ | [B220-] Multiple calls from S. Paroski and family re: 1102 inquiry re: settlement | 0.50 Hrs |
| 01/24/13 | RXZ | [B220-] Analyze e-mails and comments from D. Jones and actiiaries re: dependent child's setoffs and decutions | 0.20 Hrs |
| 01/24/13 | RXZ | [B220-] Analyze bridge analysis updates and related e-mails from R. Yee | 0.60 Hrs |
| 01/24/13 | MSC | [B220-] Review and analyze bridge analysis provided by Towers Watson regarding allocation methodology and review email communications from LTD Committee regarding same (.5); identify additional documents to provide to LTD Committee regarding plan year, evaluate designation as confidential, and prepare email communication to LTD Committee regarding same (.5); telephone call with T. Snow and S. Kinsella regarding certain documents and confidential designation (.2); telephone call with D. Greer regarding financial documents requested by LTD Committee member (.1) | 1.30 Hrs |
| 01/25/13 | MSC | [B220-] Review email from Debtors' counsel regarding updated information for certain LTD participants and updated offset data and provided same to financial advisors and auditors of LTD Committee (.3) and responded to email from LTD Committee member D. David regarding requested financial document, including call with T. Snow re: confidential status of financial document (.2) | 0.50 Hrs |
| 01/26/13 | RXZ | [B220-] E-mails to and from Debtors, committee professionals (.3) and analyze same (.4) re: further data forwarded by debtors as to offsets | 0.70 Hrs |
| 01/28/13 | RXZ | [B220-] Call with N. Berger re: retiree settlement issues | 0.30 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| Date | Init | Description | Hours | |
|---|---|---|---|---|
| 01/28/13 | RXZ | [B220-] E-mails from N. Berger re: overlap with retiree population of disabled employees and related coorindation | 0.30 Hrs | |
| 01/28/13 | RXZ | [B220-] Analyze D. David objection and forward instructions to E. Sutty | 0.50 Hrs | |
| 01/31/13 | RXZ | [B220-] Calls and e-mails to and from Towers Watson re: methodology (.4); analyze prior presentation and related record (1.6) | 2.00 Hrs | |
| | | Totals | 86.50 Hrs | $48,712.00 |
| | | Employee Benefits/Pensions Totals | 86.50 Hrs | $48,712.00 |

## Court Hearings

| Date | Init | Description | Hours | |
|---|---|---|---|---|
| 01/07/13 | RXZ | [B430-] Analyze Notice of Agenda of Matters Scheduled for Hearing Filed by Nortel Networks Inc., et al.for 1/9/2013 at 10:00 AM (.2); follow up with paralegals (.1) | 0.30 Hrs | |
| 01/07/13 | SAK | [B430-] Review Notice of Agenda for 01/09/13 hearing | 0.10 Hrs | |
| 01/18/13 | EMS | [B430-] Review agenda for 1/23/13 hearing | 0.20 Hrs | |
| 01/18/13 | SAK | [B430-] Analyze Notice of Agenda for 01/23/13 hearing | 0.10 Hrs | |
| 01/18/13 | SAK | [B430-] Analyze Amended Notice of Agenda for 01/23/13 hearing | 0.10 Hrs | |
| 01/21/13 | AXL | [B430-] Instructions from T. Snow (.1); e-mail communications with professionals regarding the Amended Agenda for Matters Scheduled for Hearing on January 23, 2013 at 11:00 a.m. (.2) | 0.30 Hrs | |
| 01/21/13 | EMS | [B430-] Email to committee members regarding January 23rd hearing | 0.30 Hrs | |
| 01/22/13 | SAK | [B430-] Review Second Amended Notice of Agenda for 01/23/13 hearing | 0.10 Hrs | |
| 01/22/13 | EMS | [B430-] Review second amended agenda and forward to committee members | 0.20 Hrs | |
| | | Totals | 1.70 Hrs | $733.50 |
| | | Court Hearings Totals | 1.70 Hrs | $733.50 |

## Litigation

| Date | Init | Description | Hours | |
|---|---|---|---|---|
| 01/02/13 | AXL | [B600-] Instructions from R. Zahralddin (.1); catalog records electronically for professionals regarding LTD Draft Settlement Agreement (.2) | 0.30 Hrs | |
| 01/02/13 | EMS | [B600-] Review motion to approve settlement with Retiree Committee | 0.80 Hrs | |
| 01/02/13 | EMS | [B600-] Emails and calls from LTDers regarding supplements | 0.30 Hrs | |
| 01/02/13 | EMS | [B600-] Review draft LTD settlement motion | 1.30 Hrs | |
| 01/02/13 | EMS | [B600-] Committee conference call regarding settlement motion | 1.50 Hrs | |
| 01/02/13 | SAK | [B600-] Review and summarize Retiree Settlement Procedures Motion, multiple Exhibits and Affidavit in Support of same | 2.30 Hrs | |
| 01/02/13 | SAK | [B600-] Multiple email exchanges with LTD Committee professionals re methodology numbers | 0.20 Hrs | |
| 01/02/13 | SAK | [B600-] Review A&M revised proposed settlement language and emails re same | 0.20 Hrs | |
| 01/02/13 | SAK | [B600-] Instructions from R. Zahralddin re research pertaining to New York law and impact on settlement; email exchange re same | 0.20 Hrs | |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 01/02/13 | DHS | [B600-] Review, analyze and comment upon language in proposed settlement documents | 0.60 Hrs |
| 01/02/13 | RXZ | [B600-] Analyze M. Curran comments to settlement documents (order, motion, settlement agreement) and anslyze related record (1.7) and update (1.2) and forward to M. Curran to analyze and return (.2) | 3.10 Hrs |
| 01/03/13 | SAK | [B600-] Continue summary of Retiree settlement issues and related issues | 2.10 Hrs |
| 01/03/13 | SAK | [B600-] Multiple email exchanges with professionals re settlement apportionment allocation and review draft re same | 0.30 Hrs |
| 01/03/13 | EMS | [B600-] Call with Debtors' counsel, Towers and R. Zahralddin regarding allocation methodology | 0.50 Hrs |
| 01/03/13 | EMS | [B600-] Review comments to settlement motion from A&M and Towers | 0.20 Hrs |
| 01/03/13 | SAK | [B600-] Research re choice of law issues | 2.30 Hrs |
| 01/03/13 | RXZ | [B600-] Analyze litigation impact of provisions in settlement agreement re: COBRA and Active Employees (.7); comments and redline from M. Curran re: same (.5); calls and e-mails with M. Kohart re: same (.7) | 1.90 Hrs |
| 01/03/13 | MEK | [B600-] Review first draft of settlement stipulation, class notice and other documents (.8); make comments thereon and discuss with R. Zahralddin and M. Curran (.3) | 1.10 Hrs |
| 01/04/13 | SAK | [B600-] Instructions from R. Zahralddin re preparation of Class Action Affidavit (.2); finalize summary of Retiree settlement and conference with R. Zahralddin re same (.8) | 0.80 Hrs |
| 01/04/13 | SAK | [B600-] Review revised Notice of Settlement and multiple email exchanges re terms of same | 0.40 Hrs |
| 01/04/13 | SAK | [B600-] Continue research re choice of law and settlement issues | 2.20 Hrs |
| 01/06/13 | RXZ | [B600-] Prepare e-mail summary memo re: notice issues related to retiree motion and forward to committee | 1.10 Hrs |
| 01/07/13 | SAK | [B600-] Multiple communications with LTD Committee, co-counsel and professionals re multiple settlement issues | 0.30 Hrs |
| 01/07/13 | TMS | [B600-] Telephone conference with M. Curran regarding LTD Settlement Procedures Motion and scheduling of conference call regarding same | 0.10 Hrs |
| 01/07/13 | EMS | [B600-] Call with Debtors' counsel regarding settlement procedures motion | 1.00 Hrs |
| 01/07/13 | EMS | [B600-] Call with committee members regarding settlement agreement | 2.50 Hrs |
| 01/07/13 | MSC | [B600-] Telephone conference call with Debtors' counsel regarding Joint Motion and Notice of settlement | 1.00 Hrs |
| 01/07/13 | MSC | [B600-] Telephone conference call with R. Zahralddin and M. Kohart following call with Debtors' counsel regarding settlement papers | 0.30 Hrs |
| 01/07/13 | MEK | [B600-] Participate in settlement conference call regarding form of notice and the motion | 1.50 Hrs |
| 01/07/13 | RXZ | [B600-] Prepare for settlement discussions with Debtors (1.2); call with Debtors, M. Curran and M. Kohart (1.1) | 2.30 Hrs |
| 01/07/13 | MEK | [B600-] Conference call with Debtors' Counsel to discuss additional issues about settlement stipulation and to ensure both sides agree on the procedures and dates to be used | 1.20 Hrs |
| 01/08/13 | EMS | [B600-] Review current versions of LTD settlement agreement and motion to approve same | 1.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 01/08/13 | RXZ | [B600-] E-mails to and from committee re: form of settlement notice and incorporate comments and notes | 0.90 Hrs |
| 01/08/13 | RXZ | [B600-] Analyze and update revised settlement motion (2.3); e-mails to committee and committee professionals re: updates to motion and related documents (.5) | 2.80 Hrs |
| 01/09/13 | SAK | [B600-] Review revised Joint Settlement Motion (1.2); draft Declaration re class certification and research re same pursuant to instructions from R. Zahralddin (4.4) | 5.60 Hrs |
| 01/09/13 | SAK | [B600-] Email exchanges with LTD Committee members and professionals re claim issues | 0.20 Hrs |
| 01/09/13 | EMS | [B600-] Call with A&M regarding notices of settlement | 1.30 Hrs |
| 01/09/13 | MSC | [B600-] Review, revise and comment on Settlement Procedures Motion and Settlement Agreement | 2.00 Hrs |
| 01/09/13 | MSC | [B600-] Conference call with financial professionals regarding settlement allocation and description of same for Notice of Settlement | 1.20 Hrs |
| 01/09/13 | SAK | [B600-] Telephone conference with professionals re settlement terms | 1.20 Hrs |
| 01/09/13 | TMS | [B600-] Numerous emails from Committee Professionals and Committee members regarding comments to the settlement agreement and joint motion and prepare record regarding same (.6); numerous emails from Debtors' forwarding blackline versions of motion, agreement and notices and analyze same (.5); conferences and comments from R. Zahralddin regarding M. Curran comments and additional comments (.3); conference with S. Kinsella regarding joint motion and R. Zahraldin affidavit (.1); supplement motion, agreement, and proposed order with M. Curran and R. Zahralddin comments (2.6); numerous emails forwarding different versions of documents to Committee Professionals and Committee members (.3); email to actuaries regarding new assumed termination date (.1) analyze record and update accordingly (.7) | 5.20 Hrs |
| 01/09/13 | RXZ | [B600-] Analyze and update preliminary settlement order (procedures, notice and preliminary approval of certifiication of class) (.7) and final order (.8) | 1.50 Hrs |
| 01/09/13 | DHS | [B600-] Review client communications and questions relating to settlement | 0.40 Hrs |
| 01/09/13 | RXZ | [B600-] Call with R. Levin (.4) and related e-mails re: settlement progress (.2) | 0.60 Hrs |
| 01/10/13 | SAK | [B600-] Conferences (x3) with R. Zahralddin re Declaration for Joint Settlement Motion (.4); revise Declaration accordingly (2.7); review revisions to Joint Settlement Motion and incorporate same into Declaration (.4) | 3.50 Hrs |
| 01/10/13 | SAK | [B600-] Review allocation form drafts and related documents (.2); and multiple email exchanges with LTD Committee members and professionals (.3) | 0.50 Hrs |
| 01/10/13 | SAK | [B600-] Review additional supplements to Settlement Motion documents from M. Kohart and T. Meyers; instructions to T. Snow re same | 0.20 Hrs |
| 01/10/13 | SAK | [B600-] Analyze R. Yee's revised allocation form and related emails | 0.20 Hrs |
| 01/10/13 | SAK | [B600-] Multiple emails with LTD Committee members re settlement approval | 0.20 Hrs |
| 01/10/13 | SAK | [B600-] Telephone conference with R. Zahralddin re settlement issues (.1); instructions to T. Snow (.1) | 0.20 Hrs |
| 01/10/13 | EMS | [B600-] Review updated notices regarding settlement motion | 0.90 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 01/10/13 | EMS | [B600-] Review objections filed by individual LTD participants regarding benefit calculations | 5.40 Hrs |
| 01/10/13 | EMS | [B600-] Research and analyze treatment of LTD participants in retiree settlement motion | 1.30 Hrs |
| 01/10/13 | MSC | [B600-] Read and analyze latest version of Settlement Motion and Agreement and review and analyze form of individualized statement to be provided to LTD class members with Notice of Settlement | 3.00 Hrs |
| 01/10/13 | HFS | [B600-] Analyze Statement for proposed class counsel and settlement | 0.30 Hrs |
| 01/10/13 | TMS | [B600-] Emails and conferences with S. Kinsella and R. Zahralddin regarding class action issues and analysis of same | 0.30 Hrs |
| 01/10/13 | RXZ | [B600-] Finalize S. Kinsella draft of R. Zahralddin affidavit in support of class certification and class counsel and forward draft to Debtors | 0.70 Hrs |
| 01/10/13 | TMS | [B600-] Numerous emails and conferences with Committee Professionals and Committee members regarding revisions to settlement documents (1.6) and supplement documents regarding same (5.6); email to M. Fleming and L. Schweitzer forwarding blackline versions of the agreement, joint motion, and R. Zahralddin declaration (.1) | 7.30 Hrs |
| 01/11/13 | SAK | [B600-] Research and analysis re: settlement issues, choice of law, releases and indemnification, contracts and parol evidence, and related treatment of employment law settlement in New York and Delaware (6.9); multiple telephone conferences and email exchanges with R. Zahralddin re same (.5) | 7.40 Hrs |
| 01/11/13 | RXZ | [B600-] Working call with D. Greer re: notices and individual settlement statements (1.1) and update notices and forward to D. Greer for further comment (.1) | 1.20 Hrs |
| 01/11/13 | RXZ | [B600-] Analyze multiple updates to settlement documents and comments from committee and related e-mails and calls (2.3); further updates to the notices, notice of publication, individualized statements and related charts and actuarial analysis (1.4); analyze related record and actuarial model re: questions from D. David (1.2) | 4.90 Hrs |
| 01/11/13 | RXZ | [B600-] Call with S. Kinsella re: choice of law issues and settlement issues | 0.40 Hrs |
| 01/11/13 | MEK | [B600-] Review revisions to settlement documents to confirm all comments from previous call were included | 0.50 Hrs |
| 01/12/13 | SAK | [B600-] Multiple email exchanges with LTD Committee, professionals and Debtors' counsel re Debtors' data related to settlement agreement (.4); conference with R. Zahralddin re same (.1) | 0.50 Hrs |
| 01/13/13 | RXZ | [B600-] Analyze updated drafts from debtors of settlement agreement (.8); motion (.6); orders (.1); publication notice (.6); notice of settlement (.8); and related preliminary e-mails to and from committee re: same (.9) | 3.80 Hrs |
| 01/13/13 | SAK | [B600-] Instructions from R. Zahralddin re: research and analysis of record on settlement motion issues (.5); related analysis and research (3.2) | 3.70 Hrs |
| 01/14/13 | AXL | [B600-] Instructions from R. Zahralddin (.1); assist professional with analyzing final documents received from Debtor (1.0) | 1.10 Hrs |
| 01/14/13 | SAK | [B600-] Review media report re dismissal of Nortel executive fraud charges; conference with R. Zahralddin re potential impact on settlement | 0.20 Hrs |
| 01/14/13 | SAK | [B600-] Conferences with R. Zahralddin and A. Lyles re revisions of settlement agreement documents | 0.20 Hrs |
| 01/14/13 | SAK | [B600-] Conference call with Debtors re settlement issues | 1.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 01/14/13 | SAK | [B600-] Draft Assignment of Claim Agreement and research re same | 3.40 Hrs |
| 01/14/13 | EMS | [B600-] Review black line changes to settlement, settlement motion and notices | 2.20 Hrs |
| 01/14/13 | EMS | [B600-] Conference call with Debtors' counsel regarding settlement agreement | 1.40 Hrs |
| 01/14/13 | SAK | [B600-] Review Debtors' revisions to Joint Settlement Motion Declaration and conference with R. Zahralddin re same | 0.30 Hrs |
| 01/15/13 | EMS | [B600-] Conference call with committee re: settlement agreement | 1.60 Hrs |
| 01/15/13 | RXZ | [B600-] Due diligence calls and e-mails to prospective claims purchasers for ranges of potential recovery (2.4); follow up with A&M on their efforts (.4) | 2.80 Hrs |
| 01/15/13 | SAK | [B600-] Review detailed email from D. Greer re auditing issues (.1) and multiple email exchanges with professionals re run-off, releases, indemnity and tax issues (.3);  review revised settlement agreement pleadings from Debtors (.4); | 0.80 Hrs |
| 01/15/13 | SAK | [B600-] Conference with R. Zahralddin re Assignment of Claim Agreement (.5); revisions to same (2.6) | 3.10 Hrs |
| 01/15/13 | RXZ | [B600-] Conference with S. Kinsella re: form of prospective agreement with potential claims purchasers | 0.50 Hrs |
| 01/16/13 | EMS | [B600-] Office conference with R. Zahralddin re: settlement argument | 0.20 Hrs |
| 01/16/13 | SAK | [B600-] Multiple email exchanges re settlement agreement revisions and related issues | 0.20 Hrs |
| 01/16/13 | TMS | [B600-] Numerous conferences with R. Zahralddin regarding settlement documents (.4); revise settlement documents (1.7); numerous emails regarding same (.3) | 2.40 Hrs |
| 01/16/13 | SAK | [B600-] Revisions to Claim Agreement (.5); conference with R. Zahralddin re same (.2) | 0.70 Hrs |
| 01/17/13 | AXL | [B600-] Instructions from R. Zahralddin (.1); download settlement documents for comparison (.6) | 0.70 Hrs |
| 01/17/13 | EMS | [B600-] Emails and calls with Debtors' counsel re: settlement motion | 0.40 Hrs |
| 01/17/13 | EMS | [B600-] Research and emails re: taxability of disability benefits | 2.50 Hrs |
| 01/17/13 | JDK | [B600-] Review and prepare settlement documents relating to assignment of claims (2.2); telephone calls with J. Stemerman and E. Sutty (1.0) | 3.20 Hrs |
| 01/17/13 | SAK | [B600-] Assist in the review and review of multiple settlement pleadings (1.1); multiple email exchanges with professionals re tax and related issues (.2) | 1.30 Hrs |
| 01/17/13 | MSC | [B600-] Reviewed Exhibit "A" to the Settlement Motion to confirm that all documents listed on the Exhibit were produced by Debtors in discovery and communicate with Debtors' counsel regarding certain documents listed on Exhibit (1.5); review final draft of Settlement Motion in preparation for filing (.9); and telephone call with R. Zahralddin regarding clarification of Exhibit "A" and comments to Settlement Motion (.2) | 2.60 Hrs |
| 01/17/13 | TMS | [B600-] Email from R. Ryan regarding case cite and research regarding same (.1); emails to M. Kohart and conferences with R. Zahralddin and P. Hyland regarding same (.1) | 0.20 Hrs |
| 01/17/13 | TMS | [B600-] Email from M. Fleming regarding LTD constituent address list and conference with E. Sutty regarding same | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 01/17/13 | TMS | [B600-] Numerous conferences with R. Zahralddin regarding changes to settlement documents (.3); supplement settlement documents (1.3); numerous emails to/from R. Ryan regarding settlement documents (.6) | 2.20 Hrs |
| 01/18/13 | JDK | [B600-] Continue to review and prepare settlement documents relating to assignment of claims | 2.30 Hrs |
| 01/18/13 | JDK | [B600-] Participate on telephone conferences (1.1); review and revise assignment documents (2.1) | 3.20 Hrs |
| 01/18/13 | SAK | [B600-] Review filed LTD Settlement Motion (.3) and Declarations of John Ray and R. Zahralddin in support of the same (.2) | 0.50 Hrs |
| 01/18/13 | SAK | [B600-] Review revised scheduling dates related to settlement approval | 0.10 Hrs |
| 01/19/13 | SAK | [B600-] Email exchanges with professionals re claims trading issues | 0.20 Hrs |
| 01/19/13 | RXZ | [B600-] Calls and e-mails with broker and counsel for claim buyer re: negotiations | 2.60 Hrs |
| 01/21/13 | EMS | [B600-] Office conference with R. Zahralddin regarding letter in support of settlement | 0.40 Hrs |
| 01/21/13 | EMS | [B600-] Review retiree statement in support of settlement | 0.30 Hrs |
| 01/21/13 | TMS | [B600-] Conference with R. Zahralddin regarding update of settlement and preparation of potential trial exhibits in support of settlement | 1.80 Hrs |
| 01/21/13 | TMS | [B600-] Conferences with R. Zahralddin and E. Sutty regarding upcoming hearing on Retirees' settlement | 0.10 Hrs |
| 01/22/13 | JDK | [B600-] Review documents associated with transfer of claims to Barclays and Silverpoint (1.7); exchange emails and discuss issues with R. Zahralddin (.4) | 2.10 Hrs |
| 01/22/13 | SAK | [B600-] Conference with R. Zahralddin re claim purchase issues; multiple email exchanges with professionals re same | 0.20 Hrs |
| 01/22/13 | EMS | [B600-] Review A&M presentation materials regarding settlement allocation analysis | 0.40 Hrs |
| 01/22/13 | RXZ | [B600-] Call from Barclay's re: claims issues | 1.10 Hrs |
| 01/22/13 | RXZ | [B600-] E-mails and updates to litigation team re: calls and e-mails with debtors counsel over litigation schedule | 0.30 Hrs |
| 01/22/13 | RXZ | [B600-] Analyze Scheduling Order (AMENDED) for Hearing on Debtors' Process to Terminate Retiree Benefits (.2); and related e-mail to J. Stemerman re: same (.1) | 0.30 Hrs |
| 01/23/13 | JDK | [B600-] Participate on various telephone conferences with E. Sutty, R. Zahralddin and Silverpoint re: sale of claims (1.0); analyze various documents (2.2) | 3.20 Hrs |
| 01/23/13 | JDK | [B600-] Prepare assignment documents (1.1); discussions with E. Sutty (.7); analyze documents and issues in assignment documents (.4); compare forms of assignment (.9) | 3.10 Hrs |
| 01/23/13 | RXZ | [B600-] E-mail from A. Cordo re: Retiree Notice and Order | 0.10 Hrs |
| 01/23/13 | SAK | [B600-] Telephone conference with E. Sutty and J. Kaiser re tax issues and other related settlement issues | 0.20 Hrs |
| 01/23/13 | SAK | [B600-] Review LTD Committee comments and requests re settlement calculations (.3) and conference with T. Snow re same (.1) | 0.40 Hrs |
| 01/23/13 | EMS | [B600-] Calls with J. Kaiser regarding claims trading confirmation | 0.50 Hrs |
| 01/23/13 | EMS | [B600-] Review Silverpoint claims trading confirmation and provide comments | 2.40 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 01/23/13 | EMS | [B600-] Email settlement agreement to R. Beacher | 0.10 Hrs |
| 01/23/13 | EMS | [B600-] Calls with R. Zahralddin and J. Kaiser regarding claims trading confirmation | 0.50 Hrs |
| 01/23/13 | EMS | [B600-] Conference call with Silverpoint regarding confirmation argument | 0.50 Hrs |
| 01/23/13 | JXS | [B600-] Telephone call with M. Fleming re: amended schudeuling order | 0.10 Hrs |
| 01/23/13 | RXZ | [B600-] Negotiations, including updates and analysis of confirm from claims purchaser (1.2); calls and e-mails with E. Sutty, M. Arnaoudona, D. Greer and R. Winters (1.1) | 2.30 Hrs |
| 01/24/13 | MEK | [B600-] Conference with co-counsel re issues regarding settlement calculations | 0.30 Hrs |
| 01/24/13 | JDK | [B600-] Prepare transfer agreement | 2.60 Hrs |
| 01/24/13 | RXZ | [B600-] Analyze Notice of Settlement Agreement in Debtors' Process to Terminate Retiree Benefits and forward to paralegals with instructions | 0.20 Hrs |
| 01/24/13 | SAK | [B600-] Review issues re open data requests and calculation issues | 0.20 Hrs |
| 01/24/13 | TMS | [B600-] Analyze record regarding joint defense agreements and instructions to A. Casalvera regarding same | 0.00 Hrs |
| 01/24/13 | EMS | [B600-] Email to committee members summarizing order and notice on retiree settlement | 1.20 Hrs |
| 01/24/13 | EMS | [B600-] Emails with R. Beacher regarding confirmation of claim sale | 0.60 Hrs |
| 01/24/13 | EMS | [B600-] Call with R. Zahralddin regarding claim confirmation | 0.40 Hrs |
| 01/24/13 | EMS | [B600-] Review and revise sale confirmation | 1.30 Hrs |
| 01/24/13 | DHS | [B600-] Communications with experts relating to confidential data and release of information to committee members relating to methodology for allocating settlement | 0.60 Hrs |
| 01/25/13 | AXL | [B600-] Instructions from E. Sutty (.1); revisions to Assignment document (.3) | 0.30 Hrs |
| 01/25/13 | JDK | [B600-] Revise assignment (2.5); discussions with E. Sutty (.7) | 3.20 Hrs |
| 01/25/13 | RXZ | [B600-] E-mails and calls re: claims trade confirmation from purchaser (.5); negotiate and analyze updates and revised trade confirmation (.8) | 1.30 Hrs |
| 01/25/13 | SAK | [B600-] Analyze data forwarded by Debtors related to settlement calculation | 0.20 Hrs |
| 01/25/13 | JXS | [B600-] Analyze and compare LTD and Retiree settlements | 2.30 Hrs |
| 01/25/13 | JXS | [B600-] Meeting with R. Zahralddin re: critical dates and memo re: same | 0.20 Hrs |
| 01/25/13 | EMS | [B600-] Revise Silverpoint confirmation | 0.80 Hrs |
| 01/25/13 | EMS | [B600-] Calls from J. Kaiser regarding assignment of claim agreement | 0.40 Hrs |
| 01/25/13 | EMS | [B600-] Call with J. Kaiser regarding Claim Assignment Agreement | 0.30 Hrs |
| 01/25/13 | EMS | [B600-] Review and revise Claim Assignment Agreement | 0.70 Hrs |
| 01/28/13 | EMS | [B600-] Call with R. Zahralddin, R. Beacher and Silverpoint re: assignment of claim | 0.30 Hrs |
| 01/28/13 | SAK | [B600-] Analyze D. David's Objection to LTD settlement (.5); conference with R. Zahralddin (.1); and multiple email exchanges with LTD Committee members re same (.1) | 0.70 Hrs |
| 01/28/13 | JXS | [B600-] Meeting with R. Zahralddin re: upcoming deadlines | 0.10 Hrs |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| 01/28/13 | AXL | [B600-] Instructions from R. Zahraldin (.1); email communication to professionals regarding executed Bankruptcy Claims Trade Confirmation (.2) | 0.30 Hrs |
| 01/29/13 | EMS | [B600-] Review objection of D. David to LTD settlement | 0.50 Hrs |
| 01/29/13 | SAK | [B600-] Multiple email exchanges with professionals re D. David Objection to LTD Settlement (.4); telephone conferences (x2) with M. Curran re same (.2) | 0.60 Hrs |
| 01/29/13 | SAK | [B600-] Email from R. Zahralddin re claims sale | 0.10 Hrs |
| 01/29/13 | JXS | [B600-] Meeting with R. Zahralddin re: LTD settlement deadlines | 0.20 Hrs |
| 01/29/13 | RXZ | [B600-] Finalize negotiations with claims purchaser for offer of purchase | 2.30 Hrs |
| 01/30/13 | SAK | [B600-] Conference with R. Zahralddin re LTD settlement and objection to the same | 0.20 Hrs |
| 01/30/13 | RXZ | [B600-] Call with L. Schweitzer re: updates on settlement issues | 0.70 Hrs |
| 01/30/13 | JXS | [B600-] Update Nortel critical dates re: settlement timeline | 0.50 Hrs |
| 01/30/13 | AXL | [B600-] Instructions from R. Zahralddin and E. Sutty (.2); email communication to committee and professionals regarding settlement scheduling issues (.3) | 0.50 Hrs |
| 01/31/13 | SAK | [B600-] Telephone conference with M. Curran re LTD Committee proceedings | 0.10 Hrs |
| 01/31/13 | RXZ | [B600-] Calls with Deutsche Bank re: claims purchase back up bid | 0.60 Hrs |
| 01/31/13 | RXZ | [B600-] Calls from Imperial Capital re: claims purchaser and back up bid | 0.50 Hrs |
| 01/31/13 | RXZ | [B600-] Multiple calls and e-mails re: purchase of LTD claim and related offers | 0.80 Hrs |
| 01/31/13 | MSC | [B600-] Review actuarial professionals' LTD Model Description document prepared for LTD Committee | 0.40 Hrs |

| | | |
|---|---|---|
| Totals | 196.10 Hrs | $84,223.00 |
| Litigation Totals | 196.10 Hrs | $84,223.00 |

| | |
|---|---|
| TOTAL LEGAL SERVICES | $204,234.50 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Snow, Theresa M | 0.00 Hrs | 0 /hr | $0.00 |
| Lyles, Aurelia X | 9.00 Hrs | 225 /hr | $2,025.00 |
| Snow, Theresa M | 31.40 Hrs | 225 /hr | $7,065.00 |
| SIMON, DEBBIE H. | 5.00 Hrs | 265 /hr | $1,325.00 |
| CURRAN, MARGARET S. | 31.00 Hrs | 275 /hr | $8,525.00 |
| Kaiser, Jeffrey D. | 22.90 Hrs | 375 /hr | $8,587.50 |
| Stemerman, Jonathan M. | 15.00 Hrs | 375 /hr | $5,625.00 |
| Kinsella, Shelley A. | 67.70 Hrs | 420 /hr | $28,434.00 |
| Sutty, Eric M | 86.70 Hrs | 450 /hr | $39,015.00 |
| Kohart, Mary E. | 9.70 Hrs | 460 /hr | $4,462.00 |
| SIEDZIKOWSKI, Henry F. | 4.40 Hrs | 565 /hr | $2,486.00 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | |
|---|---|---|---|
| Zahralddin-Aravena, Rafael X. | 158.50  Hrs | 610 /hr | $96,685.00 |
| | 441.30  Hrs | | $204,234.50 |

**Reimbursement for out of pocket expenses**

COMPUTERIZED LEGAL RESEARCH

| | | |
|---|---|---|
| 01/16/13 | [] WEST GROUP (BB/WB/SC/DE) ---INV #826396195 DTD 01/01/13: WESTLAW LEGAL RESEARCH FOR THE PERIOD: DEC 01, 2012 - DEC 31, 2012 | 2.93 |
| 01/16/13 | [] WEST GROUP (BB/WB/SC/DE) ---INV #826396195 DTD 01/01/13: WESTLAW LEGAL RESEARCH FOR THE PERIOD: DEC 01, 2012 - DEC 31, 2012 | 18.69 |
| | | $21.62 |

COPYING

| | | |
|---|---|---|
| 01/23/13 | [] Device Cost | 0.80 |
| 01/23/13 | [] Device Cost | 1.60 |
| | | $2.40 |

DELIVERY/COURIER SERVICE

| | | |
|---|---|---|
| 01/04/13 | [] RELIABLE WILMINGTON---INV #WL038201 DTD 12/21/12: PROFESSIONAL SERVICE PERIOD: 12/01/12-12/15/12: 4 HD ON 12/12/12 FOR RXZ | 30.00 |
| | | $30.00 |

DOCKETS

| | | |
|---|---|---|
| 01/21/13 | [] PACER SERVICE CENTER (BB)---INV # 10/01/12-12/31/12 DTD 01/03/12: DOCKET RETRIEVAL FOR THE PERIOD: 10/01/12-12/31/12 | 20.50 |
| 01/22/13 | [] PACER SERVICE CENTER (DE)---INV # 10/01/12-12/31/12 DTD 01/03/13: DOCKET RETRIEVAL FOR THE PERIOD: 10/01/12-12/31/12 | 504.30 |
| | | $524.80 |

EXPRESS MAIL

| | | |
|---|---|---|
| 01/14/13 | [] FEDERAL EXPRESS (DE)---INV#2-131-89334 DTD 01/01/13 OVERNIGHT PACKAGE DELIVERY  TO LISA SCHWEITER, ESQ NEW YORK, NY ON 11/30/12 HEIDI SMITH | 13.17 |
| | | $13.17 |

TELEPHONE

| | | |
|---|---|---|
| 01/18/13 | [] THE CONFERENCE GROUP, LLC---INV#145 - DEC 2012 DTD 01/01/13 DE CONFERENCE CALL FEES FOR THE PERIOD: 12/01/12-12/31/12 | 546.97 |
| | | $546.97 |

(Nortel) Official Committee of Long Term Disability Plan Participants

| | | | Total Reimbursement for out of pocket expenses | $1,138.96 |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL THIS BILL | $205,373.46 |
| **PREVIOUS BILLS OUTSTANDING** | | | | |
| 113461 | 02/01/13 | 271,997.86 | | |
| 113476 | 02/01/13 | 136,716.58 | | |
| | | $408,714.44 | | |
| | | | GRAND TOTAL DUE | $614,087.90 |

**PREVIOUS BILLS OUTSTANDING**

| | | | | |
|---|---|---|---|---|
| 113461 | 02/01/13 | 271,997.86 | | |
| 113476 | 02/01/13 | 136,716.58 | | |
| | | $408,714.44 | | |
| | | | **TOTAL DUE** | **$614,087.90** |

(Nortel) Official Committee of Long Term Disability Plan Participants

## Task Billing Summary Page

Re:  In re Nortel 09-10138(KG)

|  | Current Bill |
|---|---|
| Case Administration | |
|  | $7,470.00 |
| Subtotals | $7,470.00 |
| Meetings of and Communications with Creditors | |
|  | $51,510.50 |
| Subtotals | $51,510.50 |
| EG Retention | |
|  | $3,960.00 |
| Subtotals | $3,960.00 |
| Employment & Retention Application Other | |
|  | $2,082.50 |
| Subtotals | $2,082.50 |
| EG Fee Applications | |
|  | $5,162.50 |
| Subtotals | $5,162.50 |
| Fee Applications and Invoices - Other | |
|  | $380.50 |
| Subtotals | $380.50 |
| Employee Benefits/Pensions | |
|  | $48,712.00 |
| Subtotals | $48,712.00 |
| Court Hearings | |
|  | $733.50 |
| Subtotals | $733.50 |
| Litigation | |
|  | $84,223.00 |
| Subtotals | $84,223.00 |
| Totals | $204,234.50 |