## EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## JANUARY 1, 2013 THROUGH JANUARY 31, 2013

| Expense Category | Total Expenses |
|---|---|
| Legal Research | $ 21.62 |
| Copying | $ 2.40 |
| Delivery/Courier Service | $ 30.00 |
| Dockets | $ 524.80 |
| Express Mail | $ 13.17 |
| Telephone | $ 546.97 |
| TOTAL: | $ 1,138.96 |