IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )|
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) Hearing Date: March 26, 2013 at 10.00 a.m. ) |

## NOTICE OF SIXTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                           Ashurst LLP

Authorized to Provide
Professional Services to:                    Official Committee of Unsecured Creditors

Date of Retention:                           March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:                 November 01, 2012 through January 31, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:            £124,127.50 (US$ 186,191.25)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:         £7,360.97 (US$ 11,041.46)[4]

This is (a)n: _X_ interim ___ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's November 2012, December 2012 and January 2013 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.50 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.50 as published by Bloomberg.com on the date of the application.

25799759

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 12/21/12 Docket No. 9177 | 11/01/12 – 11/30/12 | £20,211.00 | £666.57 | £16,168.80 | £666.57 | £4,042.20 |
| Date Filed: 01/23/12 Docket No. 9325 | 12/01/12 – 12/31/12 | £13,448.00 | £54.36 | £10,758.40 | £54.36 | £2,689.60 |
| Date Filed: 02/28/12 Docket No. 9534 | 01/01/12 – 01/31/12 | £90,468.50 | £6,639.04 | Pending Obj deadline 21/3/13 £72,374.80 | Pending Obj deadline 21/3/13 £6,639.04 | £18,093.70 |
| **TOTALS:** | | £124,127.50 | £7,360.97 | £99,302.00[5] | £7,360.97[6] | £24,825.50 |

Summary of any Objections to Fee Applications: None.

Dated: March 1, 2013
London, United Kingdom

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column includes amounts pending approval.

[6] The total amount reflected in this column includes amounts pending approval.