Buddy J Collins
148 Hothouse VW
Mineral Bluff, GA   30559

February 25, 2013

Clerk, United States Bankruptcy Court
for District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware   19801

To whom it may concern,

I, Buddy J Collins, a Nortel Retiree and currently participating in the Nortel Retiree Welfare Plan, object to the Settlement agreement which would allow Nortel to terminate the Retiree Welfare Plan on May 31, 2013.

I petition the court to extend the Nortel Retiree Welfare plan to at least December 31, 2013, and beyond, for the following reasons:

(1) I think it might have been logical to agree to a settlement like this if it looked like Nortel was about to liquidate. But, it seems that with the failed mediation in Canada of a few weeks ago, that it is possible that a Nortel entity will exist for years to come.

(2) Whether intentionally or not, the retirees have been defrauded, in that the deductibles provided in the plan were not prorated to take into effect the proposed May 31 termination date. Extending the plan to December 31 would negate this fraud.

(3) The retirees had no say in the content of, nor in the acceptance of the settlement agreement

(4) The settlement agreement is unaffordable. I can only speak to my coverage, which will go from $784.62 per month to $1,923.87 per month, for less coverage. **A 168.9% increase**. Extending the Nortel Retiree Welfare Plan to at least December 31, will make private insurance more available and affordable with the implementation of the Affordable Healthcare Act in 2014.

Given the total amount of the settlement agreed to by Nortel, there is ample funds to cover such an extension. In fact, with the stated cost to Nortel of $707,000 per month, the $66,879,000 settlement would cover the plan for 7+ years. If the investment value of the settlement amount were considered, along with the fact that every day, retirees reach Medicare age and reduce the cost to Nortel, even longer that 7 years.

I humbly request that the court orders Nortel to extend the plan.