# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

All Matters

FEBRUARY 1, 2012 THROUGH JULY 31, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Terence Gilroy | Associate (2006) | 610 | 1.2 | 732.00 |
| Marianna Orenshteyn | Paralegal | 245 | 4.0 | 980.00 |
| Mary Glennon | Paralegal | 255 | 1.1 | 280.50 |
| Ruth Sheopaul | Case Clerk | 195 | 2.6 | 507.00 |
| **Total** | | | 8.9 | 2,499.50 |
| **Grand Total:** $2,499.50 | | | | |
| **Blended Rate:** $280.84 | | | | |

# SHEARMAN & STERLING LLP

```
PROFORMA GENERATED: 02/26/13                    PROFORMA NO.        962427
02205-00008                                     BATCH NO.           754190
                                                THROUGH DATE:     01/31/13
```

**NORTEL NETWORKS LIMITED**
**SECURITIES LITIGATION 2001**

     Currency:  US DOLLARS

==============================================================================

## Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 10/11/12 | 13325 Glennon, Mary M. | .30 | 82.50 | 32720956 |
| Task: | Created file for escrow bank statements; indexed same. | | | |
| 10/24/12 | 13325 Glennon, Mary M. | .20 | 55.00 | 32776028 |
| Task: | Filed invoices; updated indices. | | | |
| | TOTAL HOURS: | .50 | | |
| | TOTAL FEES: | | 137.50 | |

## SHEARMAN & STERLING LLP

| | |
|---|---|
| PROFORMA GENERATED: 02/26/13 | PROFORMA NO.       962428 |
| 02205-00021 | BATCH NO.          754190 |
| | **THROUGH DATE: 01/31/13** |

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

　　　　Currency:  US DOLLARS

==============================================================================

### Timecard Detail

| Date | Timekeeper | Hours | Amount | Index # |
|---|---|---|---|---|
| 08/23/12 | 16476 Gilroy, Terence P. | 1.40 | 1,043.00 | 32496123 |
| Task: | Drafted fee applications. | | | |
| | TOTAL HOURS: | 1.40 | | |
| | TOTAL FEES: | | 1,043.00 | |