# EXHIBIT B

# EXPENSE SUMMARY

All Matters

FEBRUARY 1, 2012 THROUGH JULY 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating | In House | $6.00 |
| Electronic Docket Information | Court Alert | $1,922.27 |
| Electronic Docket Information | Pacer | $35.00 |
| Electronic Docket Information | E-Law | $449.58 |
| Computer Research | ALM Media | $2,114.56 |
| Postage | | $3.45 |
| **Total Expenses:** | | $4,530.86 |

NYDOCS04/555657.1

# SHEARMAN & STERLING LLP

PROFORMA GENERATED: 02/26/13                                PROFORMA NO.         962428
02205-00021                                                 BATCH NO.            754190
                                                            **THROUGH DATE: 01/31/13**

**NORTEL NETWORKS LIMITED**
**INVESTIGATIONS**

             Currency:  US DOLLARS
==============================================================================

                               Costcard Detail

         Cost
Date     Code    Charged By                                    Amount   Index #    Voucher

08/01/12 INF    06262 Baskin, Stuart                            19.05  27358324   31654630
                Other Information Services - - VENDOR: E-LAW,
                LLC
                Bank ID: CITBKNY4  Check Number: 771284

08/31/12 INF    06262 Baskin, Stuart                            36.20  27406412   31661942
                Other Information Services - - VENDOR:
                COURTALERT.COM, INC.
                Bank ID: CITBKNY4  Check Number: 771938

10/31/12 INF    05842 Molinelli, Maria                           2.50  27461914   31670199
                Other Information Services - - VENDOR: PACER
                SERVICE CENTER
                Bank ID: CITBKNY4  Check Number: 772756

                TOTAL                                           57.75