**CERTIFICATE OF SERVICE**

        I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **Twelfth Interim Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through January 31, 2013** was caused to be made on March 4, 2013, in the manner indicated upon the entities identified below:

Date: March 4, 2013                                  */s/ Ann C. Cordo*
                                                                           Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**                               **VIA FIRST CLASS MAIL**

Mark Kenney, Esq.                                      Nortel Networks
Office of the U.S. Trustee                            Attn: Accounts Payable
844 King Street                                            P.O. Box 13010
Suite 2207, Lockbox 35                           RTP, NC 27709
Wilmington, DE 19801-3519                (Debtor)
(Trustee)

Mark D. Collins, Esq.                              Fred S. Hodara, Esq.
Christopher M. Samis, Esq.               Akin Gump Strauss Hauer & Feld LLP
Richards Layton & Finger                      One Bryant Park
One Rodney Square                              New York, NY 10036
920 N King St                                             (Counsel for Official Committee
Wilmington, DE 19801                         Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)

2927478.8