**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., <u>et al.</u>,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Hearing Date:  March 26, 2013 at 10:00 a.m. E.S.T.** |

**SIXTEENTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF NOVEMBER 1, 2012 THROUGH JANUARY 31, 2013**

E&Y LLP hereby submits its fifteenth quarterly fee application request (the "<u>Request</u>") for the period November 1, 2012 through and including January 31, 2013 (the "<u>Compensation Period</u>").

E&Y LLP seeks approval of the following fee application:

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 2/28/12 | 11/1/12-1/31/13 | $1,492,856 | $0 | pending | $1,638,707.20 | $0 | $298,571.20 |
| **TOTAL** |  | **$1,492,856** | **$0** |  | **$1,638,707.20** |  | **$298,571.20** |

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

---

[1]  Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper..

Dated: March 4, 2013                               Respectfully submitted,

/s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**
**NOVEMBER 1, 2012 THROUGH JANUARY 31, 2013**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Fixed Fee | N/A | N/A | ~2,364.0 | $1,000,000 |
| Abbott, Douglas J. | PPED | $640 | 32.0 | $20,480 |
| Ahluwalia, Siddhartha | Manager | $430/450 | 74.0 | $33,180 |
| Barras, James Christopher | PPED | $545 | 1.0 | $545 |
| Beakey III, Andrew M. | PPED | $640 | 36.0 | $23,040 |
| Bennett, Debra J. | PPED | $640 | 4.5 | $2,880 |
| Bradshaw, Ann | PPED | $640 | 0.5 | $320 |
| Campbell, Leslie Rudolph | Manager | $430 | 1.2 | $516 |
| Carrier, Elizabeth | Senior/Manager | $300/430 | 1.1 | $408 |
| Carrington, Glenn | PPED | $640 | 9.5 | $6,080 |
| Craig, Sterling Ruffin | Senior | $300 | 5.5 | $1,650 |
| Crews, Michael | Senior | $315 | 13.0 | $4,095 |
| Davidson, Garrett M. | Senior | $315 | 9.8 | $3,087 |
| Dodson, Kathryn Amber | Senior | $300 | 3.1 | $930 |
| DuBose, Bratton | Staff | $185 | 29.0 | $5,365 |
| Gargus, Vernon Keith | PPED | $640 | 15.0 | $9,600 |
| Garlock, David C. | PPED | $640 | 1.0 | $640 |
| Garrett, Lawrence M. | PPED | $640 | 4.0 | $2,560 |
| Gentile, Matthew Donald | Mgr./Sen. Mgr. | $430-550 | 101.4 | $51,199 |
| Giles, Ashley F. | Senior Manager | $550 | 2.5 | $1,375 |
| Harrison IV, George Jackson | PPED | $640 | 5.4 | $3,456 |
| Heroy, Jessica R. | Manager | $450 | 3.9 | $1,755 |
| Hines, Herbert Bell | Senior Manager | $540 | 1.5 | $810 |
| Jacks, Sarah Butler | Senior Manager | $540/550 | 56.0 | $30,295 |
| Jones, Alison C. | PPED | $640 | 1.0 | $640 |
| Jurcic, Kata | Manager | $450 | 15.4 | $6,930 |
| Kapilovich, Uri | Staff | $185 | 5.1 | $944 |
| Korver, Jared B. | Staff | $170/185 | 26.1 | $4,494 |
| Lambert, Karen | PPED | $545 | 5.6 | $3,052 |

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Leo, James Santino | Staff | $170 | 2.3 | $391 |
| Lowery, Kristie L | PPED | $640 | 3.5 | $2,240 |
| Marin, Thomas V. | PPED | $545 | 1.0 | $545 |
| McCully, Becky M. | Senior Manager | $540/550 | 5.9 | $3,209 |
| Mesler, Mark S. | PPED | $640 | 17.0 | $10,880 |
| Nunn, Jacob Randall | Senior | $300 | 7.0 | $2,100 |
| Ozerkis, Mark Lee | Senior | $300 | 1.2 | $360 |
| Papakonstantinou, Tina | Staff | $185 | 33.6 | $6,216 |
| Peters, Christina M. | PPED | $545 | 1.3 | $708.50 |
| Poorman, Melissa | Senior | $300/315 | 116.8 | $35,978 |
| Puett, Stephen W. | PPED | $640 | 0.5 | $320 |
| Rimmke, Bryan Arthur | Manager | $450 | 4.0 | $1,800 |
| Rivera, Juan C. | Manager | $430 | 1.0 | $430 |
| Saregent, Amy Johannah | PPED | $640 | 3.6 | $2,304 |
| Scott, James E. | PPED | $640 | 66.8 | $42,752 |
| Sloop, Erin Pamela | Staff | $170 | 9.0 | $1,530 |
| Tart, Marta L. | Senior Manager | $540 | 7.0 | $3,780 |
| Tufino, Salvatore J. | PPED | $640 | 15.0 | $9,600 |
| Vaughan, Deborah | Senior | $300/315 | 39.5 | $11,955 |
| Vogedes, Leigh | Staff | $185 | 1.0 | $185 |
| Wagner, Darin A. | Senior Manager | $540 | 1.0 | $540 |
| Walters, Benjamin | Staff | $185 | 1.0 | $185 |
| Werner, Rachel | Staff | $170 | 21.0 | $3,570 |
| Whaley III, William C. | Manager | $450 | 0.6 | $270 |
| Williams, Charles F. | PPED | $545/640 | 23.0 | $14,350 |
| Williams, Edward M. | PPED | $640 | 6.5 | $4,160 |
| Wood, Jeffrey T. | PPED | $545/640 | 189.5 | $110,080 |
| Young, Suzanne N. | Senior | $300 | 7.0 | $2,100 |
| **TOTAL** | | | **~3,414.7** | **$1,492,856** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**
**NOVEMBER 1, 2012 THROUGH JANUARY 31, 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fixed Fees | ~2,364 | $450,000 |
| Foreign Jurisdiction Tax Assistance | 16.5 | $7,702 |
| FBAR | 34.2 | $16,044 |
| Payroll | 15.0 | $8,859 |
| North Carolina Alternative Apportionment | 51.2 | $28,005 |
| E&P Analysis | 156.5 | $62,070 |
| 9100 Relief | 2.0 | $1,280 |
| Secretary of State Applications | 219.1 | $79,199 |
| Pre-Controversy Transfer Pricing | 154.0 | $69,029 |
| Assistance with Accounting and Finance Function | 29.2 | $7,871 |
| Modeling | 373.0 | $212,798 |
| **TOTAL** | **~3,414.7** | **$1,492,856** |

4850-0290-7667.1

4

**CUMULATIVE EXPENSE SUMMARY**
**NOVEMBER 1, 2012 THROUGH JANUARY 31, 2013**

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0** |

4850-0290-7667.1