**EXHIBIT A**

**Debtors' Sixteenth Ordinary Course Professional Quarterly Statement for October 1, 2012 – December 31, 2012**

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $1,587.60 | $0.00 | $2,003.40 | $0.00 | $1,511.50 | $0.00 | $0.00 | $0.00 | **$5,102.50** |
| Hunton & Williams | Intellectual Property Services, Labor & Employment Matters; Advice regarding general corporate issues | $1,276.25 | $0.00 | $355.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,631.25** |
| KPMG LLP | 401k, VEBA and Retirement Income Plan | $757.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$757.00** |
| McConnell Valdes LLC | Legal services related to Debtors' benefit plans | $2,710.00 | $8.12 | $0.00 | $0.00 | $0.00 | $0.00 | $5,392.00[1] | $0.00 | **$8,102.00** |
| Meserve, Mumper & Hughes LLP | Employee-Related Litigation | $3,207.50 | $0.00 | $1,945.00 | $0.00 | $0.00 | $0.00 | $73,032.50[2] | $892.68 | **$78,185.00** |

---

[1] McConnell Valdes LLC incurred $5,142.00 and $250.00 in fees for professional services provided to the Debtors during of August 2012 and September 2012 respectively.

[2] Meserve, Mumper and Hughes LLP incurred $3,412.50 in fees and $66.75 in disbursements and expenses for professional services provided to the Debtors in March, 2012; $7,425.00 in fees and $214.00 in disbursements and expenses in April, 2012; $17,770.00 in fees and $66.75 in disbursements and expenses in May, 2012; $15,040.00 in fees in June 2012; $12,347.50 in fees in July 2012; $15,312.50 in fees and $545.18 in August, 2012; and, $1,725.00 in fees in September 2012.

| Ordinary Course Professional | Description of Services | October Fees | October Disbursements & Expenses | November Fees | November Disbursements & Expenses | December Fees | December Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Rode & Qualey | Legal services, advice and counsel with respect to import and export laws, regulations and procedures | $1,340.00 | $0.00 | $600.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | **$2,440.00** |
| Seyfarth Shaw LLP | Consultation with respect to retiree health obligations and health reform act | $600.75 | $0.00 | $7,565.40 | $0.00 | $3,534.30 | $331.80 | $2,379.00[3] | $0.00 | **$14,079.45** |
| Waller Lansden Dortch & Davis, LLP | General labor and employment legal services, including representation in employment and employee benefits matters before administrative agencies and federal and state courts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49.00[4] | $0.00 | **$49.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $787.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$787.50** |

---

[3]    Seyfarth Shaw LLP incurred $447.00 in fees for professional services provided to the Debtors in March, 2012; $670.50 in fees in August, 2012; and, $1,261.50 in fees in September 2012.

[4]    Waller Lansden Dortch & Davis, LLP incurred $49.00 in fees for professional services provided to the Debtors during July 2012.