## CERTIFICATE OF SERVICE

       I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing and Service of Debtors' Sixteenth Ordinary Course Professional Quarterly Statement** was caused to be made on March 4, 2013, in the manner indicated upon the entities identified on the attached service list.

Date: March 4, 2013                    */s/ Ann C. Cordo*
                                                       Ann C. Cordo (No. 4817)