# EXHIBIT C

| **Proposed Schedule** | | |
|---|---|---|
| **Action** | **EMEA Claims/UK Pension Claim** | **Allocation** |
| **Opening Submissions** | | |
| Deadline for opening submissions setting forth the parties' allocation positions (Allocation Only) | Not Applicable | March 29, 2013 |
| **Coordinated Fact Discovery for Allocation, EMEA Claims, UK Pension Claim** | | |
| Deadline for 1) service of limited reasonable requests for the production of non-privileged documents on any other party and 2) service of limited reasonable interrogatories | April 5, 2013 | |
| Deadline for responses and objections to document requests and responses to interrogatories | April 26, 2013 | |
| Commence rolling productions of documents in response to the requests for production to the extent not objected to, working in good faith to produce all requested documents at the earliest practicable date | April 26, 2013 | |
| Complete rolling productions of documents | May 10, 2013 | |
| Deadline to identify fact witnesses | May 17, 2013 | |
| Deadline to complete all fact depositions | July 12, 2013 | |
| **Expert Discovery** | | |
| Deadline to identify experts and subject matter of their testimony | June 14, 2013 | July 19, 2013 |
| Deadline for expert reports (including exhibits) | July 19, 2013 | August 16, 2013 |
| Deadline for rebuttal expert reports (including exhibits) | August 16, 2013 | September 27, 2013 |
| Deadline for the completion of expert depositions | September 13, 2013 | October 25, 2013 |
| **Pretrial Submissions** | | |
| Deadline for pre-trial submissions and fact affidavits to accompany those submissions, which shall constitute the direct testimony of each fact witness | September 27, 2013 | November 15, 2013 |
| Deadline for response submissions (including exhibits and reply fact affidavits) | October 11, 2013 | December 6, 2013 |
| Deadline for reply on dispositive legal issues only (EMEA Claims/UK Pension Only) | October 21, 2013 | Not Applicable |
| **Hearings** | | |
| | November 4-8, 2013 | December 16-20, 2013 |