## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Supplemental Submission of U.S. Debtors and Official Committee of Unsecured Creditors on Allocation Protocol Issues** was caused to be made on March 4, 2013, in the manner indicated upon the entities identified below.

Date: March 4, 2013  
Wilmington, DE

/s/ Ann C. Cordo  
Ann C. Cordo (No. 4817)

**Via Hand Delivery**

Mark Kenney, Esq.  
Office of the U.S. Trustee  
844 King Street  
Suite 2207 Lockbox 35  
Wilmington, DE  19801-3519

Laura Davis Jones  
Timothy P. Cairns  
Pachulski Stang  
919 N. Market Street  
17th Floor  
Wilmington, DE  19899-8705

Mary F. Caloway Esq.  
Buchanan Ingersoll & Rooney  
1105 N. Market Street  
Suite 1900  
Wilmington, DE 19801-1228

Mark D. Collins Esq.  
Christopher M. Samis Esq.  
Richards Layton & Finger  
One Rodney Square  
920 N King Street  
Wilmington, DE  19801

James L. Patton  
Edwin J. Harron  
John T. Dorsey  
Young Conaway Stargatt & Taylor LLP  
1000 N. King Street  
Wilmington, Delaware 19801

Charlene D. Davis  
Justin R. Alberto  
Bayard, P.A.  
222 Delaware Avenue, Suite 900  
Wilmington, DE 19899

Stephen Miller  
Courtney Hamilton  
Morris James LLP  
500 Delaware Ave  
Wilmington, DE 19801

**Via Overnight Mail**

Ken Coleman Esq  
Lisa J.P. Kraidin. Esq.  
Allen & Overy LLP  
1221 Avenue of the Americas  
20th Floor  
New York, NY 10020

Fred S. Hodara Esq.  
David H. Botter Esq.  
Akin Gump  
One Bryant Park  
New York, NY  10036

Thomas R. Kreller  
Milbank Tweed Hadley & McLoy LLP  
601 South Figueroa St., Suite 3000  
Los Angeles, CA 90017

Derek J.T. Adler
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Kevin Lloyd
John Whiteoak
Richard Lawton
Herbert Smith LLP
Exchange House
Primrose Street
London
EC2A 2HS

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

Daniel Lowenthal
Brian Guiney
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

7031259.1