# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Re: Dkt. Nos. 9428, 9454**<br>**Hearing date: March 7, 2013**<br>**at 10:00 a.m. (ET)** |

## NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF THE SUPPLEMENTARY SUBMISSIONS OF THE MONITOR AND THE CANADIAN DEBTORS IN RESPECT OF THE JUNE 7, 2011 HEARING

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol approved in the above-captioned cases [Dkt. No. 990], on March 2, 2013, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel filed in the above-captioned cases a copy of the *Supplementary Submissions of the Monitor and the Canadian Debtors in Respect of the June 7, 2011 Hearing* (the "**Supplementary Submission**"), a copy of which Supplementary Submission is annexed hereto as Exhibit A. The Monitor is filing the Supplementary Submission in the Canadian Proceedings contemporaneously herewith. A joint hearing is scheduled to be held in the Canadian Proceedings and the above-captioned cases on March 7, 2013.

Dated: March 4, 2013
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Kathleen A. Murphy*
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*

2