IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------------------- x | | |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE  :
: SS:
NEW CASTLE COUNTY  :

I, William W. Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on March 4, 2013, I caused to be served:

**STATEMENT OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC NOTES, PURSUANT TO ORDER REGARDING SCHEDULING OF KEY OUTSTANDING MATTERS**

Service was completed upon the parties on the attached service list as indicated thereon.

Dated: March 4, 2013

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 4th day of March, 2013.

_____
Notary
My Commission Expires: May 12, 2015

**SERVICE LIST:**

**VIA HAND DELIVERY**

Derek C. Abbott, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Chad A. Fights, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and
Debtors-in-Possession]

Mark Kenney, Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

William F. Taylor, Jr., Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
[Counsel to the Official Committee of Retirees]

Rafael X. Zahralddin-Aravena, Esq.
Shelley A. Kinsella, Esq.
Jonathan M. Stemerman, Esq.
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801
[Counsel to the Official Committee of Long-Term
Disability Participants]

**VIA HAND DELIVERY**

James L. Patton, Esq.
Edwin J. Harron, Esq.
John T. Dorsey, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
[Counsel for NNUK and the Joint Administrators]

Laura Davis Jones, Esq.
Kathleen P. Makowski, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
[Counsel for Ad Hoc Group of Bondholders]

Mary F. Caloway
Buchanan Ingersoll & Rooney
1105 North Market Street, Suite 1900
Wilmington, DE 19801

[Counsel for Ernst & Young Inc., as Monitor and
Foreign Representative of the Canadian Debtors]

**VIA FIRST CLASS MAIL**

Howard Zelbo, Esq.
James L. Bromley, Esq.
Jeffrey A. Rosenthal, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999
[Counsel for the Debtors and
Debtors-in-Possession]

**VIA FIRST CLASS MAIL**

Fred S. Hodara, Esq.
David H. Botter, Esq.
Brad M. Kahn, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Fax: (212) 872-1002
[Counsel to the Official Committee
of Unsecured Creditors]

Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119
Fax: (212) 967-4258
[Counsel to the Official Committee of Retirees]

Derek J.T. Adler, Esq.
Hughes Hubbard & Reed LLP
One Battery Plaza
New York, NY 10004
[Counsel for NNUK and the Joint Administrators]

Kevin Lloyd, Esq.
John Whiteoak, Esq.
Richard Lawton, Esq.
Herbert Smith LLP
Exchange House
Primrose Street
London
EC2A 2HS
[Counsel for NNUK and the Joint Administrators]

Ken Coleman, Esq.
Daniel Guyder, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
[Counsel for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors]

**VIA FIRST CLASS MAIL**

Dennis F. Dunne, Esq.
Thomas R. Kreller, Esq.
Albert A. Pisa, Esq.
Andrew M. Leblanc, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
[Counsel for Ad Hoc Group of Bondholders]

Michael J. Riela, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
[Counsel for The Bank of New York Mellon, as Indenture Trustee]