# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.,* | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | Related to Joint Hearing |
|  | ) | Before the U.S. and Canadian Courts |
|  | ) | Scheduled March 7, 2013 at 10a.m. |

**NOTICE OF FILING OF A COURTESY COPY OF THE
SUPPLEMENTARY WRITTEN SUBMISSIONS FILED IN THE CANADIAN
PROCEEDINGS BY THE INFORMAL COMMITTEE OF CREDITORS HOLDING
CLAIMS AGAINST ONLY THE CANADIAN DEBTORS ("CCC")
PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER INSOLVENCY
PROTOCOL [D.I. 990] RESPECTING THE ALLOCATION PROTOCOL MOTIONS**

**PLEASE TAKE NOTICE** that, pursuant to section 12(d) of the Cross-Border Insolvency Protocol approved in the above captioned cases, as amended, [Docket No. 990] (the "**Protocol**"), and for the limited purposes provided by the Protocol, the informal committee of creditors holding claims against only the Canadian Debtors[1] (the "**CCC**") filed this date with the Clerk of the Court in the above-captioned cases the within Notice appending a courtesy copy of the CCC's Supplementary Written Submissions filed this date in the Canadian Proceedings respecting the motions brought in the Canadian Proceedings seeking approval from the Canadian Court of a proposed protocol for determining allocation of sales proceeds.  A copy of such courtesy copy of the CCC's Supplementary Written Submissions may be obtained through the U.S. Debtors' docket maintained at www.epiqsystems.com or through undersigned counsel.

Dated:  March 4, 2013
      Wilmington, Delaware      **DLA PIPER, LLP (US)**

       _/s/  Selinda A. Melnik__
      Selinda A. Melnik (No. 4032)
      919 North Market Street, Suite 1500
      Wilmington, DE 19801
      Tel: +1.302.468.5650
      Email: selinda.melnik@dlapiper.com

      *Attorneys for Paliare Roland Rosenberg Rothstein
      LLP, counsel for the Superintendent of Financial
      Services in its Capacity as Administrator of the
      Pension Benefit Guarantee Fund and as a member
      of the CCC filing on behalf of the CCC*

---

[1]  Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Protocol.