Court File No. 09-CL-7950

## ONTARIO
## SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT,
R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF
NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED,
NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS
INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY
CORPORATION

APPLICATION UNDER THE COMPANIES' CREDITORS ARRANGEMENT
ACT,
R.S.C. 1985, c. C-36, AS AMENDED

**SUPPLEMENTARY WRITTEN SUBMISSIONS OF THE CCC**
**(Motion to Approve Allocation Protocol)**
**(Returnable March 7, 2013)**

**KOSKIE MINSKY LLP**
20 Queen Street West, Suite 900,
Toronto, Ontario
Canada M5H3R3

Mark Zigler / Susan Philpott
Tel:  416.595.2090
Fax: 416.204.2877

Email:  mzigler@kmlaw.ca
          sphilpott@kmlaw.ca

Lawyers for The Canadian
Former Employees and Disabled
Employees through their Court
Appointed Representative

**CAW-CANADA LEGAL DEPARTMENT**
205 Placer Court
Toronto, ON  M2H 3H9

Barry Wadsworth
Tel:  416.495.3776 / Fax: 416.495.3786
Email:  barry.wadsworth@caw.ca

Lawyers for the Canadian Autoworkers
Union

**SHIBLEY RIGHTON LLP**
**w/ NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, ON  M5H 3E5

Arthur O. Jacques
Email: arthur.jacques@shibleyrighton.com
Tel:     416.214.5213 / Fax:   416.214.5413

Thomas McRae
Email: thomas.mcrae@shibleyrighton.com
Tel:     416.214.5206 / Fax:  416.214.5400

Lawyers for the Steering Committee of
Nortel Canadian Continuing Employees –
Post CCAA as at January 14, 2009


**MCCARTHY TETRAULT**
TD Bank Tower, Suite 5300
Toronto Dominion Centre
66 Wellington Street West
Toronto ON M5K 1E6

James Gage / Barbara Boake
Tel:  416.362.1812
Fax: 416.868.0673

Email:  jgage@mccarthy.ca
          bboake@mccarthy.ca

Lawyers for Morneau Sobeco Limited
Partnership

**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**
155 Wellington Street West
35th Floor
Toronto, ON  M5V 3H1

Ken Rosenberg / Massimo Starnino
Tel:  416.646.4300
Fax: 416.646.4301

Email:  ken.rosenberg@paliareroland.com
max.starnino@paliareroland.com

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension
Benefits Guarantee Fund

TO:    THE SERVICE LIST ATTACHED HERETO AS APPENDIX "C"

1.     These supplementary submissions are filed by the CCC[1] principally in response to the correspondence of this court dated February 13, 2013, inviting supplementary written submissions in connection with the motions heard on June 7, 2011 (the  "**Allocation Protocol Motions**") seeking orders establishing an Allocation Protocol to determine the Allocation Dispute.   Capitalized terms not otherwise defined herein shall have the meaning accorded to them in the CCC's factum dated June 1, 2011 (the "**CCC Factum**").

2.     It has also come to the CCC's attention that an order of the U.S. Bankruptcy Court dated February 19, 2013 (the "**February 19 Order**"), gives notice that stakeholders may expect to receive oral rulings on March 7, 2013 after a joint hearing of both Courts that will "enable the parties to commence discovery."  The potential implications of that order are relevant to the Canadian Debtors and their creditors in Canada, including the CCC, and so these submissions will address it as well.

**The Allocation Protocol Motions**

3.     The Allocation Protocol Motions ask that the Courts choose between the two competing Allocation Protocols that were put before them:

    a. the Canada/U.S. Allocation Protocol, a copy of which is attached hereto as Appendix "A" for ease of reference; and,

---

[1] The CCC now also includes the Nortel Continuing Employee Committee.

b.  the Joint Administrators' Allocation Protocol.

4.      The Canada / U.S. Allocation Protocol was negotiated, agreed to and had the express support of each of the Canadian Debtors, the U.S. Debtors, the UCC, the Ad Hoc Committee of Bondholders and the CCC.

5.      The Joint Administrators Allocation Protocol, which fails to contemplate any participation by major stakeholders such as the CCC and the UK Pension Trustee in the Allocation Dispute, did not have the express support of any other stakeholder group.

6.      The CCC continues to support the Canada / U.S. Allocation Protocol and opposes the Joint Administrators' Allocation Protocol for the reasons given in the CCC Factum, upon which it continues to rely.  It is imperative that these courts hear all arguments from all stakeholders in respect of the Allocation Dispute, and most particularly from the creditors having the economic interest in the outcome of that dispute.

**Events After the Hearing of the Allocation Protocol Motions**

7.      There have been a number of material events since the hearing of the Allocation Protocol Motion.  In particular:

a.  the U.S. Debtors brought a motion to dismiss the EMEA U.S. Claims, which resulted in the dismissal of some but not all of those claims—pursuant to paragraphs 5 and 6 of the Canada/U.S. Allocation Protocol

the remaining claims would now be tried along with the Allocation Dispute;

b.  Nortel's patent portfolio has been sold for an amount that substantially exceeded the stalking horse price, giving rise to some material new issues and claims—the Canada/U.S. Allocation Protocol is sufficiently flexible to ensure that these issues are adjudicated efficiently where they overlap with the issues raised in Allocation Dispute; and,

c.  attempts at confidential mediation have failed, and it is now appropriate to proceed with public litigation, in keeping with the open-court principle.

Each of these developments is discussed below.

***U.S. Debtors' Motion to Strike EMEA U.S. Claims***

8.      In or about October, 2011, while the courts' decisions in respect of the Allocation Protocol Motions were under reserve, and in accordance with paragraph 5 of the Canada/U.S. Allocation Protocol, the U.S. Debtors brought a motion seeking an order dismissing EMEA U.S. Claims (as defined in the Canada/U.S. Allocation Protocol) (the "**Motion to Strike Claims**").  A number of the Joint Administrators' claims survived that motion, and remain to be tried.

9.      Paragraph 6 of the Canada/U.S. Allocation Protocol contemplates that after the hearing of the Motion to Strike Claims, the U.S. and Canadian Courts will proceed with simultaneous hearings in respect of the Allocation Dispute, and the "merits of any remaining EMEA U.S. Claim" and the "merits of any remaining

EMEA Canadian Claim", subject to the proviso that "the U.S. and Canadian Courts, in their discretion, may sit separately for portions of such hearings to hear evidence or argument that is relevant to only the EMEA US Claims or the EMEA Canadian Claims…".

10.     Paragraphs 6 of the Canada/U.S. Allocation Protocol reflects the need to avoid the risks, costs and potential prejudice associated with the duplication of evidence, inconsistent evidence and inconsistent findings in respect of claims giving rise to factual issues requiring a trial for their determination.

11.     Pursuant to the Canada/U.S. Allocation Protocol, if it were in effect, the Core Parties (as defined in the Canada/U.S. Allocation Protocol) would now proceed with pleadings, document production, examinations for discovery and trial in respect of both the Allocation Dispute and the Joint Administrators' claims against the Canadian and U.S. Debtors, in tandem.

### The Patent Sale

12.     By order dated July 11, 2011, this court approved the sale of all or substantially all of Nortel's patents to Apple Inc. and Rockstar Bidco LP at a gross price of approximately $4.5 billion (the "**Patent Sale**").

13.     Although the result of the Patent Sale was a positive development in that it increased the funds available for distribution to creditors, it has also given rise to some material issues, including make-whole and post-filing interest claims by certain note holders.

14.     It remains to be determined how the issues emerging from the Patent Sale will progress, but is conceivable that they may overlap with some of the issues raised in the Allocation Dispute.  As in the case of the EMEA US Claims and the EMEA Canadian Claims, it only makes sense that overlapping issues be tried in a coordinated manner, so as to avoid the risks, costs and potential prejudice associated with the duplication of evidence, inconsistent evidence and inconsistent findings.

15.     The Canada/U.S. Allocation Protocol can easily accommodate the coordination of related litigation.  The private arbitration proposed by the Joint Administrators cannot.

***The Failure of Mediation Demands Transparency and Accountability***

16.     The third attempt at early-stage, closed-door mediation has failed. Considerable additional expense will now be incurred in the Nortel estates. Stakeholders are entitled to know the substantive and procedural positions being taken by the Core Parties, together with the facts underpinning the dispute, and they should have confidence in the result.

17.     The open court process contemplated by the Canada/U.S. Allocation Protocol, run by federally appointed judges to whom the Core Parties are directly accountable, in accordance with processes established pursuant to statutory authority, will ensure an appropriate level of transparency and accountability, and will validate the result obtained.  The same cannot necessarily be said for a private arbitration run by arbitrators who derive their jurisdiction from a private

contract, and are therefore principally accountable to a sub-set of the Core Parties.

18.     One need only look at the status of the document production efforts in this case to appreciate the potential for dysfunction outside of the bright light of court supervision.  Four years into this process, the CCC has yet to obtain full access to the electronic document data room (the "Merrill Database") created by the U.S. and Canadian Debtors and the Joint Administrators.  To date, the CCC has been provided with access only to the documents placed in the Merrill Database by the Canadian Debtors and the Monitor.  The CCC has not had any access to the documents produced by the U.S. Debtors and the Joint Administrators. Moreover, the access that has been provided to the CCC is subject to a confidentiality agreement, which restricts the CCC's ability to comment on adequacy of the structure of the Merrill Database.

19.     Transparency and accountability are needed in respect of these matters, going forward.  The Canada/U.S. Allocation Protocol is most likely to achieve those objectives.

**The February 19, 2013 Order of Judge Gross**

20.     As noted above, the February 13 Order indicates that stakeholders may expect to receive oral rulings on March 7, 2013 that will "enable the parties to commence discovery."   The implications of that order are relevant to the Canadian Debtors and their creditors in Canada, including the CCC.

21.    The issue that is before the court on March 7 is a very narrow one:  the selection of one of two Allocation Protocols.  Paragraph 4 of the Canada/U.S. Allocation Protocol contemplates a subsequent hearing to determine procedural issues.  Neither Allocation Protocol contemplates discovery as the "next step", and the Core Parties are not yet in a position to agree to or make submissions in respect of a discovery protocol.

22.    The CCC accepts that the Core Parties, and particularly the Canadian Debtors, the U.S. Debtors and the Joint Administrators should take immediate steps in furtherance of the coordinated, electronic production of documents that they reasonably expect to be relevant to the issues to be raised by Core Parties in connection with the Allocation Dispute and the remaining EMEA Claims. These documents should be produced in a way that is organized, meaningful, searchable, useable and generally in keeping with best practices before this court.

23.    It is equally important, however, that "short-cuts" be avoided, and that the litigation proceed in a careful, and deliberate manner.

24.    As noted above, the Canada/U.S. Allocation Protocol contemplates that the first step in the hearing of the Allocation Dispute and related matters will be the exchange of pleadings.  The pleadings exercise is not a perfunctory one. The pleadings will assist in defining the issues in the Allocation Dispute, which will, in turn, frame the process going forward, including the production and discovery obligations of the parties.

25.     Distribution to creditors and final resolution of Nortel estates will depend on resolution of the myriad issues that have been raised by the Core Parties before the Canadian and U.S. courts.  For convenience, these are summarized in the chart attached as Appendix "B" hereto (the "**Issues Chart**").  The Issues Chart suggests that the parties may not agree on what all of the issues are before the two courts.  Some issues will overlap with allocation, and others may not.  The Canada/U.S. Allocation Protocol process is sufficiently flexible to address additional issues to the extent they become relevant.

26.     Finally, out of an abundance of caution, the CCC notes that to the extent that "discovery", as used in the February 19 Order, refers to the process of examinations (as distinct from productions), the CCC submits that it is premature to contemplate examinations for discovery at this time, as there has not been meaningful production of documents, as discussed above.

### PART IV—RELIEF SOUGHT

27.     The CCC submits that the court should:

a.  approve and implement the Canada/U.S. Allocation Protocol;

b.  dismiss the Joint Administrators' motion for an order approving the Joint Administrators Allocation Protocol;

c.  direct the Core Parties to consult regarding the preparation of a schedule for the exchange of pleadings in the Allocation Dispute, which schedule

is to be agreed by them or fixed by the court in the absence of an agreement within 7 days of the release of the court's decision; and,

d. direct the US Debtors, Canadian Debtors and Joint Administrators to provide the Core Parties immediate access to the Merrill Database on a non-confidential basis.

ALL OF WHICH IS RESPECTFULLY SUBMITTED.

March 4, 2013

_____
**As agent for counsel to the Representatives for the Former and Disabled Employees, Continuing Employees, the CAW and Morneau, and of counsel to the Superintendent**

858199_5.DOC

APPENDIX "A"

Schedule "A"

ALLOCATION PROTOCOL

1. <u>Purpose</u>. The purpose of this Allocation Protocol is for the U.S. and Canadian Courts to set forth binding procedures for determining the allocation of the Sale Proceeds among the Selling Debtors[1] ("<u>Allocation</u>", and any hearing regarding same, an "<u>Allocation Protocol Hearing</u>," and any discovery regarding same, "<u>Allocation Protocol Discovery</u>"). Subject to paragraph 5 hereof, creditor claims, including but not limited to intercompany claims by and between any Nortel entities, their representatives or successors ("<u>Intercompany Claims</u>") are not governed by this Allocation Protocol. All Intercompany Claims between the U.S. Debtors and Canadian Debtors shall be determined in accordance with the Cross-Border Protocol and the Cross-Border Claims Protocol. All other Intercompany Claims shall be determined in accordance with the claims reconciliation process established by the Nortel entity against which any Intercompany Claim is made.

2. <u>Participants</u>. Each of the Selling Debtors, the Committee, the Bondholder Group, the Monitor, the Joint Administrators and the CCC (collectively, the "<u>Core Parties</u>," and each individually, a "<u>Core Party</u>") and their authorized representatives shall have the right to participate fully in (a) any and all Allocation Protocol Hearings before the U.S. and Canadian Courts arising under or relating to this Allocation Protocol, and (b) any and all Allocation Protocol Discovery conducted in connection therewith. The foregoing is without prejudice to (x) the right of any other party in interest to file written submissions in support of or in opposition to any theory of allocation advanced at any Allocation Protocol Hearing before the U.S. and Canadian Courts or request permission to become a Core Party and fully participate in the foregoing, which request shall be made by motion on notice to the Core Parties for cause shown to both the U.S. and Canadian Courts, or (y) the power of the U.S. and Canadian Courts to adopt procedures to manage the Allocation Protocol Hearings and related proceedings.

3. <u>Cross-Border Protocol</u>. Any and all Allocation Protocol Hearings shall proceed in accordance with the Cross-Border Protocol, unless otherwise ordered by the U.S. and Canadian Courts.

4. <u>Procedures</u>. The U.S. and Canadian Courts will determine the procedures that will govern the Allocation Protocol Hearings and related Allocation Protocol Discovery. After hearing the procedural submissions of the Core Parties and taking into account the discovery already conducted to date in connection with the non-binding mediation sessions, the Allocation Protocol Discovery and Allocation Protocol Hearings shall proceed in an expeditious manner.

    a. <u>Pleadings</u>. The Core Parties will exchange pleadings, which they shall be entitled to amend, from time to time, in accordance with the usual practice of

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in ●.

- 5 -

the U.S. and Canadian Courts. There shall be no restriction on the ability of any Core Party to advance or oppose any theory of allocation.

b. <u>Fact Discovery</u>. The U.S. and Canadian Courts will facilitate the Core Parties' exchange of fact discovery by determining the following:

    i. the deadline for, and acceptable manners of service of, reasonable requests for the production of non-privileged documents on any other Core Party;

    ii. the deadline for objections to any Core Party's document requests;

    iii. the deadline for identification of fact witnesses and number of fact witnesses allowed;

    iv. the process for compelling attendance of fact witnesses at depositions; and

    v. the deadline for completion of depositions, the number of depositions permitted, and the location of and time allowed for such depositions for each Core Party.

c. <u>Experts</u>. The U.S. and Canadian Courts shall facilitate expert discovery by determining the following:

    i. the deadline for and format of expert reports (including exhibits);

    ii. the deadline for and format of rebuttal expert reports (including exhibits); and

    iii. the deadline for completion of expert depositions and the time allowed for such expert deposition.

d. <u>Joint Conferences</u>. The U.S. and Canadian Courts shall be available for joint conferences to resolve any discovery disputes among the Core Parties and to receive updates as to the status of the proceedings. The U.S. and Canadian courts will determine when joint conferences may be set.

e. <u>Joint Hearings</u>. The U.S. and Canadian Courts shall have joint hearings on the merits. The U.S. and Canadian Courts shall determine:

    i. the date(s) for an opening hearing on the Core Parties' allocation positions (prior to factual discovery) and on the rules governing the joint hearing on the merits;

    ii. the date(s) for an evidentiary hearing on the merits (after the close of fact and expert discovery and after the completion of written submissions) and the rules governing such hearing, during which opening and closing statements shall be made and cross-examination

- 6 -

and redirect examination of fact and expert witnesses shall take place; and

   iii.  the procedure for requesting or setting joint conferences as necessary to resolve any discovery disputes among the Core Parties or to receive updates to the status of the proceedings.

  f.  <u>Written Submissions</u>.  The U.S. and Canadian Courts will determine:

   i.  the deadline for and format of opening submissions (including exhibits);

   ii.  the deadline for and format of fact affidavits, if any, to accompany the opening submissions, which shall constitute the direct testimony of each fact witness;

   iii.  the deadline for and format of reply submissions (including exhibits); and

   iv.  the deadline for and format of fact affidavits, if any, to accompany the reply submissions.

5.  <u>EMEA Claims</u>.  Certain Intercompany Claims have been made by the EMEA Debtors and/or the Joint Administrators or any other administrator of an EMEA Debtor against (a) the U.S. Debtors (the "<u>EMEA U.S. Claims</u>") and (b) the Canadian Debtors (the "<u>EMEA Canadian Claims</u>" and together with the EMEA U.S. Claims, the "<u>EMEA Claims</u>")).  The U.S. Debtors intend to file promptly motions with the U.S. Court to dismiss the EMEA U.S. Claims.  The Canadian Debtors may file motions with the Canadian Court to dismiss the EMEA Canadian Claims.

6.  <u>Decisions</u>.  The U.S. and Canadian Courts will (a) hold simultaneously (i) the Allocation Protocol Hearings, (ii) hearings before the U.S. Court on the merits of any remaining EMEA U.S. Claims, and (iii) hearings before the Canadian Court on the merits of any remaining EMEA Canadian Claim, provided, however, that the U.S. and Canadian Courts, in their discretion, may sit separately for portions of such hearings to hear evidence or argument that is relevant to only EMEA US Claims or only EMEA Canadian Claims, and (b) issue their respective decisions on (i), (ii) and (iii).

6.  <u>Appeals</u>.  The Core Parties shall have their usual rights of appeal from all interlocutory and final decisions of the U.S. and Canadian Courts.

APPENDIX "B"

| ISSUE | PARTY | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CANADIAN DEBTORS | | CCC | | WILMINGTON | | FORMER D&Os | | US DEBTORS | | UCC | | AD HOC BONDS | | LAW DEBENTURE | | UK/EMEA DEBTORS | | UK PENSION TRUSTEE | |
| | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US |
| Forum for Cross Border Issues | | | X | | | | | | | | | | X | X | | | X | X | X | X |
| Escrow Allocation | X | X | X | | X | | | | X | X | X | X | X | X | X | X | X | X | X | X |
| EMEA Claims-CDA | X | X | X | | X | | | | X | | X | X | X | X | X | X | X | X | | |
| EMEA Claims- US | | | X | | X | | | | | X | X | X | X | X | X | X | X | X | | |
| FSD Claim-CDA | X | X | X | | X | | | | X | | X | X | X | X | X | | | | X | |
| UK Pension G'ee Claim | X | X | X | | X | | | | X | X | X | X | X | X | X | | | | X | X |
| FSD Claim-US | | | X | | X | | | | | X | X | X | X | X | X | | | | | X |
| UK Pension Claim-EMEA | | | X | | X | | | | | | X | X | | | X | X | | | | |

| ISSUE | CANADIAN DEBTORS | | CCC | | WILMINGTON | | FORMER D&Os | | US DEBTORS | | UCC | | AD HOC BONDS | | LAW DEBENTURE | | UK/EMEA DEBTORS | | UK PENSION TRUSTEE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US |
| NNL Snap Back Claim against UK | X | X | X | | X | | | | | | | | | | | | | | X | |
| Bond Claims-CDA | X | X | X | | X | | | | | | | | X[1] | | | | | | X | |
| Bond Claims-US | X | X | X | | X | | | | | | | | X | X | | | | | | X |
| Marshalling of Bond Claims | X | X | X | | X | | | | | | | | | | | | | | | |
| Bonus to Bondholder Advisors | | | X | | X | | | | | | | | | | | | | | | |
| FX rate for foreign currency denominated claims | X | X | X | | X | | | | | | | | | | | | | | X | X |
| NNL Pension Claims | X | X | X | | X | | X | | | | | | X | | | | | | | |

[1] Note: Para7(i) of the Bondholders submissions states: "the adjudication and, where appropriate, disallowance and ultimate resolution of all other unresolved unsecured claims against the Canadian Debtors, most of which were filed approximately three and half years ago"

| ISSUE | CANADIAN DEBTORS | | CCC | | WILMINGTON | | FORMER D&Os | | US DEBTORS | | UCC | | AD HOC BONDS | | LAW DEBENTURE | | UK/EMEA DEBTORS | | UK PENSION TRUSTEE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US |
| Insurance and D&O Trust Issues | X | X | | | | | X | | | | | | | | | | | | | |
| Ownership of IP Address sale proceeds | X | X | X | | | | | | | | | | X | X | | | | | | |
| LGN | X | X | | | | | | | | | | | | | | | | | | |
| Other Trade and Employee Claims | X | X | | | | | | | | | | | | | | | | | | |
| Procedure : -Pleadings -Production -Discovery -Scheduling -Forum for Appeal | | | X | | | | | | X | X | X | X | X | X | X | X | X | X | X | X |

| ISSUE | PARTY | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CANADIAN DEBTORS | | CCC | | WILMINGTON | | FORMER D&Os | | US DEBTORS | | UCC | | AD HOC BONDS | | LAW DEBENTURE | | UK/EMEA DEBTORS | | UK PENSION TRUSTEE | |
| | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US |
| Diligence on major claims and residual cash of US and EMEA | X | X | | | | | | | | | | | | | | | | | | |
| Post-Filing Inter-estate Agreement True-ups | X | X | | | | | | | | | | | | | | | | | | |
| Cross Border Trade and Litigation Claims Allocation – CDN and US | X | X | | | | | | | | | | | | | | | | | | |
| Agreement of Inter-company Book Debt | X | X | | | | | | | | | | | | | | | | | | |

| ISSUE | PARTY | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CANADIAN DEBTORS | | CCC | | WILMINGTON | | FORMER D&Os | | US DEBTORS | | UCC | | AD HOC BONDS | | LAW DEBENTURE | | UK/EMEA DEBTORS | | UK PENSION TRUSTEE | |
| | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US | CDA | US |
| Cooperation /signatures from all estates for necessary transactions | | | | | | | | | | | | | | | | | | | | |
| The Role of the Monitor | | | | | | | | | | | | | X | | | | | | | | |

**APPENDIX "C"**

*March 1, 2013*

Court File No.  09-CL-7950

***ONTARIO***
**SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)**


**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL
CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL
NETWORKS TECHNOLOGY CORPORATION**

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED**


**SERVICE LIST**

| | | | |
|---|---|---|---|
| TO: | **NORTON ROSE CANADA LLP**<br>Royal Bank Plaza, South Tower<br>200 Bay Street, Suite 3800<br>Toronto, Ontario M5J 2Z4 | AND<br>TO: | **GOWLING LAFLEUR HENDERSON LLP**<br>Suite 1600, First Canadian Place<br>100 King Street West<br>Toronto, Ontario  M5X 1G5 |

NORTON ROSE CANADA LLP:

Tony Reyes
Catherine Ma

Email:    tony.reyes@nortonrose.com
                catherine.ma@nortonrose.com

Tel:      416.216.4000
Fax:     416.216.3930

Lawyers for the Applicants

GOWLING LAFLEUR HENDERSON LLP:

Derrick Tay
Jennifer Stam
Katie Parent

Email:    derrick.tay@gowlings.com
              jennifer.stam@gowlings.com
              katie.parent@gowlings.com

Tel:      416.862.5697
Fax:     416.862.7661

Lawyers for the Applicants

TO:  **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:  nortel.monitor@ca.ey.com

Tel:    416.943.3016
Fax:   416.943.3300

AND
TO:  **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Fred Myers
Chris Armstrong

Email:  jcarfagnini@goodmans.ca
        jpasquariello@goodmans.ca
        grubenstein@goodmans.ca
        fmyers@goodmans.ca
        carmstrong@goodmans.ca

Tel:    416.597.4107
Fax:   416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO:  **OSLER HOSKIN AND HARCOURT LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8

Lyndon Barnes
Edward Sellers
Adam Hirsh

Email:  lbarnes@osler.com
        esellers@osler.com
        ahirsh@osler.com

Tel:    416.362.2111
Fax:   416.862.6666

Lawyers for the Boards of Directors of
Nortel Networks Corporation and Nortel
Networks Limited

AND
TO:  **FASKEN MARTINEAU DUMOULIN LLP**
66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, Ontario  M5K 1N6

Donald E. Milner
Aubrey Kauffman
Jon Levin

Email:  dmilner@fasken.com
        akauffman@fasken.com
        jlevin@fasken.com

Tel:    416.868.3538
Fax:   416.364.7813

Lawyers for Export Development Canada

AND TO: **EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, Ontario  K1A 1K3

Jennifer Sullivan

Email:  jsullivan@edc.ca

Tel:    613.597.8651
Fax:    613.598.3113

AND TO: **McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS  B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:  john.stringer@mcinnescooper.com
        stephen.kingston@mcinnescooper.com

Tel:    902.425.6500
Fax:    902.425.6350

Lawyers for Convergys EMEA Limited

AND TO: **CAW-CANADA**
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:  barry.wadsworth@caw.ca
        lewis.gottheil@caw.ca

Tel.:   416.495.3776
Fax:    416.495.3786

Lawyers for all active and retired Nortel
employees represented by the CAW-Canada

AND TO: **THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific
Tower
Toronto, Ontario  M5K 1K7

Leanne M. Williams

Email:  lwilliams@tgf.ca

Tel:    416.304.1616
Fax:    416.304.1313

Lawyers for Flextronics Telecom Systems
Ltd.

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com

Tel:    416.595.8615/8577
Fax:    416.595.8695

Lawyers for Toronto-Dominion Bank

AND TO: **BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC  V7X 1S8

R. Hoops Harrison

Email:  hharrison@boughton.ca

Tel:    604.687.6789
Fax:    604.683.5317

Lawyers for Tonko Realty Advisors (BC)
Ltd., in its capacity as duly authorized agent
for Holdings 1506 Enterprises Ltd.

- 4 -

AND TO:

**BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, Ontario  M5H 3Y4

Roger Jaipargas

Email:  rjaipargas@blgcanada.com
Tel:     416.367.6266
Fax:    416.361.7067

Lawyers for Bell Canada

AND TO:

**SISKINDS LLP**
680 Waterloo Street
London, Ontario  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Emilie E. M. Maxwell

Email:  ray.leach@siskinds.com
           dimitri.lascaris@siskinds.com
           emilie.maxwell@siskinds.com

Tel:     519.672.2121
Fax:    519.672.6065

Lawyers for Indiana Electrical Workers
Pension Trust Fund IBEW, Laborers Local
100 and 397 Pension Fund, and Bruce
William Lapare

AND TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario  M5J 2T3

Tel:     416.865.7000
Fax:    416.865.7048

Lawyers for ABN AMRO Bank N.V.

AND TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan

Email:  zychk@bennettjones.com
Tel:     416.777.5738
Fax:    416.863.1716

Email:  orzyr@bennettjones.com
Tel:     416.777.5737
Fax:    416.863.1716

Email:  finlaysong@bennettjones.com
Tel:     416.777.5762
Fax:    416.863.1716

Email:  swanr@bennettjones.com
Tel:     416.777.7479
Fax:    416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

- 5 -

| | | | |
|---|---|---|---|
| AND TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, Ontario  M5H 3R3 | AND TO: | **KOSKIE MINSKY**<br>20 Queen Street West<br>Suite 900<br>Toronto, Ontario  M5H 3R3 |

AND TO:   **KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Barbara Walancik

Email:  mzigler@kmlaw.ca
Tel:    416.595.2090
Fax:    416.204.2877

Email:  sphilpott@kmlaw.ca
Tel:    416.595.2104
Fax:    416.204.2882

Email:  bwalancik@kmlaw.ca
Tel:    416.542.6288
Fax:    416.204.2906

Lawyers for the Former Employees of Nortel

AND TO:   **KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Barbara Walancik

Email:  mzigler@kmlaw.ca
Tel:    416.595.2090
Fax:    416.204.2877

Email:  sphilpott@kmlaw.ca
Tel:    416.595.2104
Fax:    416.204.2882

Email:  bwalancik@kmlaw.ca
Tel:    416.542.6288
Fax:    416.204.2906

Lawyers for the LTD Beneficiaries

AND TO:   **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com
Tel:    416.595.8615
Fax:    416.595.8695

Lawyers for LG Electronics Inc.

AND TO:   **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com
Tel:    416.595.8615
Fax:    416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision
Communication Services, Inc.

AND
TO:

**CHAITONS LLP**
Barristers & Solicitors
5000 Yonge Street, 10th Floor
Toronto, Ontario  M2N 7E9

Harvey G. Chaiton

Email:   harvey@chaitons.com
Tel:     416.218.1129
Fax:     416.218.1849

Lawyers for IBM Canada Limited

AND
TO:

**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, Ontario  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Tina Lie

Email:   ken.rosenberg@paliareroland.com
Tel:     416.646.4304
Fax:     416.646.4301

Email:   max.starnino@paliareroland.com
Tel:     416.646.7431
Fax:     416.646.4301

Email:   lily.harmer@paliareroland.com
Tel:     416.646.4326
Fax:     416.646.4301

Email:   tina.lie@paliareroland.com
Tel:     416.646.4332
Fax:     416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension
Benefits Guarantee Fund

AND
TO:

**FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1B2

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs

Email:   Shayne.kukulowicz@fmc-law.com
         Michael.wunder@fmc-law.com
         ryan.jacobs@fmc-law.com

Tel:     416.863.4511
Fax:     416.863.4592

Canadian Lawyers for the Official
Committee of Unsecured Creditors

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

E. Patrick Shea

Email:   patrick.shea@gowlings.com

Tel:     416.369.7399
Fax:     416.862.7661

Lawyers for Westcon Group

AND TO:
**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3Y2

Jonathan Wigley

Email:  jwigley@gardiner-roberts.com
Tel:    416.865.6655
Fax:    416.865.6636

Lawyers for Andrew, LLC

AND TO:
**AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Harry Fogul
Peter K. Czegledy

Email:  hfogul@airdberlis.com
Tel:    416.865.7773
Fax:    416.863.1515

Email:  pczegledy@airdberlis.com
Tel:    416.865.7749
Fax:    416.863.1515

Lawyers for Microsoft Corporation

AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND TO:
**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email:  rslattery@mindengross.com
        dullmann@mindengross.com
Tel:    416.369.4149
Fax:    416.864.9223

Lawyers for Verizon Communications Inc.

AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email:  renglish@airdberlis.com
        smitra@airdberlis.com

Tel:    416.863.1500
Fax:    416.863.1515

Lawyers for Tata Consultancy Services Limited and Tata America International Corporation

AND TO:
**ALEXANDER HOLBURN BEAUDIN & LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia  V7Y 1B8

Sharon M. Urquhart

Email:  surquhart@ahbl.ca
Tel:    604.484.1757
Fax:    604.484.1957

Lawyers for Algo Communication Products Ltd.

AND
TO:

**VERINT SYSTEMS, INC.**
800 North Point Parkway
Alpharetta, Georgia  30005

Paige Honeycutt
Assistant General Counsel

Email:  paige.honeycutt@verint.com
Tel:    770.754.1900
Fax:    678.319.0732

Lawyers for Verint Americas Inc. and Verint
Systems, Inc.

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, Ontario  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:  bdarlington@davis.ca
Tel:    416.365.3529
Fax:    416.369.5210

Email:  jdavissydor@davis.ca
Tel:    416.941.5397
Fax:    416.365.7886

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Lawyers for Perot Systems Corporation

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email:  andrew.kent@mcmillan.ca
Tel:    416.865.7160
Fax:    416.865.7048

Email:  hilary.clarke@mcmillan.ca
Tel:    416.865.7286
Fax:    416.865.7048

Email:  tushara.weerasooriya@mcmillan.ca
Tel:    416.865.7262
Fax:    416.865.7048

Lawyers for Royal Bank of Canada

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario  M5H 3C2

Deborah S. Grieve

Email:  dgrieve@casselsbrock.com
Tel:      416.860.5219
Fax:     416.350.6923

Lawyers for Alvarion Ltd.

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Brett Harrison
Jeffrey Levine

Email:  brett.harrison@mcmillan.ca
Tel :     416.865.7932
Fax :    416.865.7048

Email:  jeffrey.levine@mcmillan.ca
Tel:      416.865.7791
Fax:     416.865.7048

Lawyers for Citibank

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley

Email:  jwigley@gardiner-roberts.com
Tel:      416.865.6655
Fax:     416.865.6636

Lawyers for Amphenol Corporation

AND
TO:

**BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario  M5C 3G5

Lou Brzezinski

Email:  lbrzezinski@blaney.com
Tel:      416.593.2952
Fax:     416.594.5084

Lawyers for Expertech Network Installation Inc.

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra

Email:  smitra@airdberlis.com

Tel:      416.863.1500
Fax:     416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND
TO:

**McMILLAN LLP**
1900, 736-6th Avenue S.W.
Calgary, Alberta  T2P 3T7

Adam Maerov

Email:  adam.maerov@mcmillan.ca
Tel:      403.215.2752
Fax:     403.531.4720

Lawyers for Right Management Inc.

- 10 -

| | | | |
|---|---|---|---|
| AND<br>TO: | **MCFARLANE LEPSOE**<br>Barristers & Solicitors<br>70 Gloucester Street, Third Floor<br>Ottawa, Ontario  K2P 0A2 | AND<br>TO: | **CASSELS BROCK & BLACKWELL LLP**<br>2100 Scotia Plaza<br>40 King Street West<br>Toronto, Ontario  M5H 3C2 |

AND
TO:

**MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario  K2P 0A2

Paul K. Lepsoe

Email:  pklepsoe@mcfarlanelaw.com

Tel:    613.233.2679
Fax:   613.233.3774

Lawyers for Iron Mountain Canada
Corporation and Iron Mountain Information
Management, Inc.

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Junior Sirivar
Geoff R. Hall

Email:  jsirivar@mccarthy.ca
Tel:    416.601.7750
Fax:   416.868.0673

Email:  ghall@mccarthy.ca
Tel:    416.601.7856
Fax:   416.868.0673

Lawyers for Frank Andrew Dunn

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward

Email:  bleonard@casselsbrock.com
        dward@casselsbrock.com

Tel:    416.860.6455
Fax:   416.640.3054

Lawyers for the UK Pension Protection Fund
and Nortel Networks UK Pension Trust
Limited

AND
TO:

**IRVING MITCHELL KALICHMAN LLP**
Place Alexis Nihon, Tour 2
3500 Boulevard De Maisonneuve Ouest
Bureau 1400
Montreal, Quebec  H3Z 3C1

Kurt A. Johnson

Email : kjohnson@imk.ca
Tel:    514.935.5755
Fax :   514.935.2999

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND
TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Chris Besant
Lydia Salvi

Email:   chris.besant@bakernet.com

Tel:    416.865.2318
Fax:   416.863.6275

Email:   lydia.salvi@bakernet.com

Tel:    416.865.6944
Fax:   416.863.6275

Lawyers for Jabil Circuit Inc.


AND
TO:

**SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec  H9S 2A5

Dan Goldstein
Marco Gaggino

Email:   dgoldstein@schneidergaggino.com
         mgaggino@schneidergaggino.com

Tel:    514.631.8787
Fax:   514.631.0220

Lawyers for the Teamsters Quebec Local
1999


AND
TO:

**EURODATA**
2574 Sheffield Road
Ottawa, Ontario  K1B 3V7

Nanci Shore

Email:   nanci@eurodata.ca
Tel:    613.745.0921
Fax:   613.745.1172


AND
TO:

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict

Email:   janice.payne@nelligan.ca
         steven.levitt@nelligan.ca
         christopher.rootham@nelligan.ca
         ainslie.benedict@nelligan.ca

Tel:    613.231.8245
Fax:   613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post
CCAA as at January 14, 2009


AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:   ryanbellr@bennettjones.com
         laugesenm@bennettjones.com

Tel:    416.863.1200
Fax:   416.863.1716

Lawyers for Tel-e Connect Systems Ltd. and
Tel-e Connect Systems (Toronto) Ltd.


AND
TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Timothy R. Dunn

Email:   tdunn@mindengross.com
Tel:    416.369.4335
Fax:   416.864.9223

Lawyers for 2748355 Canada Inc.

- 12 -

AND TO:
**AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email: raffy.lorentzian@ntscorp.com
Tel:    714.998.4351
Fax:    714.998.7142

Lawyers for AETL Testing, Inc.


AND TO:
**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email: sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email: iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Lawyers for Huawei Technologies Co. Ltd.


AND TO:
**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email: david.cohen@gowlings.com

Tel:    416.369.6667
Fax:    416.862.7661

Lawyers for General Electric Canada
Equipment Finance G.P. and GE Capital
Canada Leasing Services Inc.


AND TO:
**BALDWIN LAW PROFESSIONAL CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email: ibrady@baldwinlaw.ca
Tel:    613.771.9991
Fax:    613.771.9998

Lawyers for Sydney Street Properties Corp.


AND TO:
**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:    416.214.5213
Fax:    416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :   416.214.5206
Fax :   416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee


AND TO:
**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email: arthur.jacques@shibleyrighton.com
Tel:    416.214.5213
Fax:    416.214.5413

Email : thomas.mcrae@shibleyrighton.com
Tel :   416.214.5206
Fax :   416.214.5400

Co-Counsel for the Steering Committee of
Nortel Canadian Continuing Employees –
Post CCAA as at January 14, 2009

AND TO:

**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email:  raffy.lorentzian@ntscorp.com
Tel:    714.998.4351

AND TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:  bdarlington@davis.ca
Tel:    416.365.3529
Fax:    416.369.5210

Email:  jdavissydor@davis.ca
Tel:    416.941.5397
Fax:    416.365.7886

Lawyers for Computershare Trust Company of Canada

AND TO:

**LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail: tosullivan@counsel-toronto.com
Tel:    416.598.1744
Fax:    416.598.3730

Email:  slaubman@counsel-toronto.com
Tel:    416.598.1744
Fax:    416.598.3730

Lawyers for William A. Owens

AND TO:

**DAVIES WARD PHILLIPS & VINEBERG LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Sean Campbell

Email:  rschwill@dwpv.com
Email:  scampbell@dwpv.com

Tel:    416.863.0900
Fax:    416.863.0871

and

**LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Matthew P. Gottlieb

Email:  mgottlieb@counsel-toronto.com
Tel:    416.644.5353
Fax:    416.598.3730

Counsel to the Joint Administrators of Nortel Networks UK Limited

- 14 -

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:   sgraff@airdberlis.com
Tel:     416.865.7726
Fax:     416.863.1515

Email:   iaversa@airdberlis.com
Tel:     416.865.3082
Fax:     416.863.1515

Lawyers for the Current and Former
Employees of Nortel Networks Inc. who are
or were Participants in the Long-Term
Investment Plan Sponsored by Nortel
Networks Inc.

AND
TO:

**SIMMONS, DA SILVA & SINTON LLP**
Suite 200, 201 County Court Blvd.
Brampton, Ontario
L6W 4L2

Howard Simmons
Email:   howard@sdslawfirm.com

Puneet S. Kohli
Email:   puneet@sdslawfirm.com

Tel:     905.861.2819

Lawyers for Wipro Limited

AND
TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Sheryl E. Seigel

Email:   sheryl.seigel@mcmillan.ca
Tel:     416.307.4063
Fax:     416.365.1719

Lawyers for The Bank of New York Mellon

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:   hmeredith@mccarthy.ca
Tel:     416.601.8342
Fax:     416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

- 15 -

| | | | |
|---|---|---|---|
| AND TO: | **BLAKE, CASSELS & GRAYDON LLP**<br>199 Bay Street, Suite 2800<br>Commerce Court West<br>Toronto, Ontario  M5L 1A9 | AND TO: | **DEPARTMENT OF JUSTICE**<br>Ontario Regional Office<br>The Exchange Tower, Box 36<br>130 King Street W., Suite 3400<br>Toronto, Ontario  M5X 1K6 |

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:  susan.grundy@blakes.com
Tel:    416.863.2572
Fax:    416.863.2653

Email:  marc.flynn@blakes.com
Tel:    416.863.2685
Fax:    416.863.2653

Lawyers for Telefonaktiebolaget L M
Ericsson (publ)

**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:  dwinters@justice.gc.ca
Tel:    416.973.3172
Fax:    416.973.0810

---

AND TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:  pamela.huff@blakes.com
Tel:    416.863.2958
Fax:    416.863.2653

Email:  milly.chow@blakes.com
Tel:    416.863.2594
Fax:    416.863.2653

Email:  hugh.desbrisay@blakes.com
Tel:    416.863.2426
Fax:    416.863.2653

Email:  craig.thorburn@blakes.com
Tel:    416.863.2965
Fax:    416.863.2653

Lawyers for MatlinPatterson Global Advisers
LLC, MatlinPatterson Global Opportunities
Partners III L.P. and MatlinPatterson
Opportunities Partners (Cayman) III L.P.

AND TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran

Email:  kmcelcheran@mccarthy.ca
Tel:    416.601.7730
Fax:    416.868.0673

Lawyers for Avaya Inc.

- 16 -

| | | | |
|---|---|---|---|
| AND TO: | **VINCENT DAGENAIS GIBSON LLP/s.r.l**<br>Barristers and Solicitors<br>600-325 Dalhousie Street<br>Ottawa, ON  K1N 7G2<br><br>Thomas Wallis<br><br>E-mail: thomas.wallis@vdg.ca<br>Tel:    613.241.2701<br>Fax:    613.241.2599<br><br>Lawyers for La Regie des Rentes du Quebec | AND TO: | **FOGLER, RUBINOFF LLP**<br>Barristers and Solicitors<br>Suite 1200<br>Toronto-Dominion Centre<br>95 Wellington Street West<br>Toronto, Ontario  M5J 2Z9<br><br>Jeffrey K. Spiegelman<br><br>Email:   jspiegelman@foglers.com<br>Tel:     416.864.9700<br>Fax:     416.941.8852<br><br>Vern W. DaRe<br><br>Email:   vdare@foglers.com<br>Tel:     416-941-8842<br>Fax:     416-941-8852<br><br>Lawyers for Belden (Canada) Inc. |
| AND TO: | **STIKEMAN ELLIOTT LLP**<br>445 Park Avenue, 7th Floor<br>New York, NY  10022<br><br>Gordon Cameron<br>Ron Ferguson<br><br>Email:   gncameron@stikeman.com<br>Tel:     212.845.7464<br>Fax:     212.371.7087<br><br>Email:   rferguson@stikeman.com<br>Tel:     212.845.7477<br>Fax:     212.371.7087<br><br>Lawyers for GENBAND Inc. | AND TO: | **BLAKE, CASSELS & GRAYDON**<br>Box 25, Commerce Court West<br>199 Bay Street, Suite 2800<br>Toronto, Ontario  M5L 1A9<br><br>Pamela J. Huff<br>J. Jeremy Forgie<br><br>Email:   pamela.huff@blakes.com<br>Tel:     416.863.2958<br>Fax:     416.863.2653<br><br>Email:   jeremy.forgie@blakes.com<br>Tel:     416.863.3888<br>Fax:     416.863.2653<br><br>Lawyers for The Northern Trust Company, Canada |

| | | | |
|---|---|---|---|
| AND TO: | **BORDEN LADNER GERVAIS LLP**<br>Barristers and Solicitors<br>Scotia Plaza, Suite 4400<br>40 King Street West<br>Toronto, ON  M4H 3Y4 | AND TO: | **McCARTHY TETRAULT LLP**<br>Suite 5300, Toronto Dominion Bank Tower<br>Toronto, Ontario  M5K 1E6 |

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON  M4H 3Y4

John D. Marshall
Craig J. Hill

Email:   jmarshall@blgcanada.com
Tel:      416.367.6024
Fax:     416.361.2763

Email:   chill@blgcanada.com
Tel:      416.367.6156
Fax:     416.631.7301

Lawyers for the U.K. Pensions Regulator

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage
Elder C. Marques

E-mail:  bboake@mccarthy.ca
Tel:      416.601.7557
Fax:     416.868.0673

Email:   jgage@mccarthy.ca
Tel:      416.601.7539
Fax:     416.686.0673

Email:   emarques@mccarthy.ca
Tel:      416.601.7822
Fax:     416.686.0673

Lawyers for Morneau Shepell Limited

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Jeremy Opolsky

Email:   jbromley@cgsh.com
            lschweitzer@cgsh.com
            jopolsky@cgsh.com

Tel:      212.225.2000
Fax:     212.225.3999

Lawyers for Nortel Networks Inc.

**ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON  M5H 2K1

Joel P. Rochon

Email:   jrochon@rochongenova.com
Tel:      416.363.1867
Fax:     416.363.0263

Lawyers for the Opposing LTD Employees

- 18 -

AND TO:
**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, ON  M5J 2T3

D. Brent McPherson

Email:  brent.mcpherson@mcmillan.ca
Tel:      416.307.4103
Fax:      416.304.3769

Lawyers for Wells Fargo Bank, National
Association, as successor by merger to
Wachovia Bank, N.A., in its capacity as
Servicer for the Nortel Networks Pass-
Through Trust, Series 1-1

AND TO:
**DAVID STEER**
10 Cypress Court
Nepean, ON  K2H 8Z8

E-mail:  davidsteer127@sympatico.ca

AND TO:
**TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:  tdemarinis@torys.com
          sbomhof@torys.com
          sblock@torys.com
          agray@torys.com
          aslavens@torys.com

Tel:      416.865.0040
Fax:      416.865.8730

Lawyers for Nortel Networks Inc.

AND TO:
**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:  jspiegelman@foglers.com

Tel:      416.864.9700
Fax:      416.941.8852

Lawyers for Apex Logistics Inc.

AND TO:
**TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario  K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email:  hvw@tmlegal.ca
          rbm@tmlegal.ca

Tel:      613.542.1889
Fax:      613.542.8202

Lawyers for The Corporation of the City of
Belleville

AND TO:
**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Steven J. Weisz
Jenna Willis

Email:  steven.weisz@blakes.com
Tel:      416.863.2616
Fax:      416.863.2653

Email:  jenna.willis@blakes.com
Tel:      416.863.3348
Fax:      416.863.2653

Lawyers for the American Registry for Internet
Numbers

AND TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Andrew J. F. Kent
Wael Rostom

Email:  andrew.kent@mcmillan.ca
Tel :    416.865.7160
Fax :   416.865.7048

Email:  wael.rostom@mcmillan.ca
Tel :    416.865.7790
Fax :   416.865.7048

Lawyers for the Norpax LLC and RPX
Corporation, in its capacity as Managing
Member of Norpax LLC

AND TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Brett Harrison

Email:  brett.harrison@mcmillan.ca
Tel :    416.865.7932
Fax :   416.865.7048

Lawyers for Rogers Communications Inc.

AND TO:

**ATTORNEY GENERAL FOR ONTARIO**
Crown Law Office – Civil
720 Bay Street, 8th Floor
Toronto, Ontario  M7A 2S9

Leonard Marsello
William MacLarkey
Mario Faieta

Email:  leonard.marsello@ontario.ca
Tel:     416.326.4939
Fax:    416.326.4181

Email:  William.MacLarkey@ontario.ca
Tel:     416.326.4082
Fax:    416.326.4181

Email:  mario.faieta@ontario.ca
Tel:     416.314.6482
Fax:    416.314.6579

Lawyers for Her Majesty the Queen in right
of Ontario, as represented by the Ministry of
the Environment

AND TO:

**TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario  K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email:  hvw@tmlegal.ca
         rbm@tmlegal.ca

Tel:     613.542.1889
Fax:    613.542.8202

Lawyers for Algonquin and Lakeshore Catholic
District School Board

- 20 -

AND
TO:

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West
199 Bay Street
Toronto, Ontario  M5L 1B9

Elizabeth Pillon
Dan Murdoch

Email:   lpillon@stikeman.com
Tel:       416.869.5623
Fax:      416.947.0866

Email:   dmurdoch@stikeman.com
Tel:       416.869.5529
Fax:      416.947.0866

Lawyers for Apple Inc.

AND
TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M6H 3S1

Craig A. Mills

Email:   cmills@millerthomson.com
Tel :      416.595.8596
Fax :     416.595.8695

Lawyers for 2058756 Ontario Limited

AND
TO:

**CHAITONS LLP**
Barristers & Solicitors
5000 Yonge Street, 10th Floor
Toronto, Ontario  M2N 7E9

Harvey G. Chaiton
Doug Bourassa

Email:   harvey@chaitons.com
Tel :      416.218.1129
Fax :     416.218.1849

Email:   doug@chaitons.com
Tel :      416.218.1145
Fax :     416.218.1845

Lawyers for SMNP Research International,
Inc. and SMNP Research, Inc.

AND
TO:

**DAVIS LLP**
1 First Canadian Place, Suite 6000
100 King Street West
P.O. Box 367,
Toronto, Ontario  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:   bdarlington@davis.ca
Tel:       416.365.3529
Fax:      416.369.5210

Email:   jdavissydor@davis.ca
Tel:       416.941.5397
Fax:      416.365.7886

Lawyers for Lenovo (Singapore) Pte. Ltd.

- 21 -

AND TO:

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West,
199 Bay Street
Toronto, Ontario  M5L 1B9

Alan D'Silva
Ellen Snow

Email:    adsilva@stikeman.com
Tel:       416.869.5204
Fax:       416.947.0866

Email:    esnow@stikeman.com
Tel:       416.869.5286
Fax:       416.947.0866

Counsel to Chartis Insurance Company of
Canada Inc.

AND TO:

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West,
199 Bay Street
Toronto, Ontario  M5L 1B9

Ashley John Taylor
Kathryn Esaw

Email:    ataylor@stikeman.com
Tel :      416.869.5236
Fax :      416.947.0866

Email:    kesaw@stikeman.com
Tel:       416.869.6820
Fax :      416.947.0866

Lawyers for Sanmina SCI Corporation

AND TO:

**CONSTELLATION ENERGY GROUP, INC.**
100 Constellation Way
Suite 600
Baltimore, MD 21202

David Quagliana
Manager, Credit Workout

Email:    david.quagliana@constellation.com
Tel:       410.470.2058

AND TO:

**CONSTELLATION NEWENERGY, INC.**
116 Huntington Avenue
Suite 700
Boston, MA 02116

Cathy Barron
Senior Counsel

Email:    cathy.barron@constellation.com
Tel:       617.717.7906
Fax:       617.772.7550

AND
TO:

**CARTER LEDYARD & MILBURN LLP**
2 Wall Street
New York, New York
10005
U.S.A.

Susan Power Johnston
Email:  Johnston@clm.com
Tel:    212.238.8695
Fax:    212.732.3232

Leonardo Trivigno
Email:  Trivigno@clm.com
Tel:    212.238.8724
Fax:    212.732.3232

U.S. Counsel to Wilmington Trust

AND
TO:

**HEENAN BLAIKIE LLP**
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4

John Salmas
Kenneth Kraft
Sara-Ann Wilson

Email:  jsalmas@heenan.ca
Tel:    416.360.3570
Fax:    416.360.8425

Email:  kkraft@heenan.ca
Tel:    416.643.6822
Fax:    416.360.8425

Email:  sawilson@heenan.ca
Tel:    416.360.3570
Fax:    416.360.8425

Canadian Lawyers for Wilmington Trust,
National Association

**COURTESY COPIES:**

AND
TO:

**LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA  85004-4429

Scott K. Brown

Email:  sbrown@lrlaw.com

Tel:     602.262.5321
Fax:     602.734.3866

Lawyers for The Prudential Insurance
Company of America

AND
TO:

**CURTIS, MALLET-PREVOST, COLT &**
**MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail:  sreisman@curtis.com
            jdrew@curtis.com

Tel:     212.696.6000
Fax:     212-697-1559

Lawyers for Flextronics International

AND
TO:

**AKIN GUMP STRAUSS HAUER &**
**FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara

Email:  fhodara@akingump.com

Tel:     212.872.1000
Fax:     212.872.1002

U.S. Lawyers for the Official Committee
of Unsecured Creditors

AND
TO:

**MILBANK, TWEED, HADLEY**
**McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa

Email:  TKreller@milbank.com
Tel:     213.892.4463
Fax:     213.629.5063

Email:  JHarris@milbank.com
Tel:     212.530.5475
Fax:     212.530.5219

Email:  APisa@milbank.com
Tel:     212.530.5319
Fax:     212.530.5219

U.S. Lawyers for The Informal Nortel
Noteholder Group

- 24 -

AND
TO:

**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York  10019

Michael L. Schein

Email:  mschein@vedderprice.com

Tel:     212.407.6920
Fax:    212.407.7799

U.S. Lawyers for Telmar Network
Technology, Inc. and Precision
Communication Services, Inc.

AND
TO:

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email: michael.riela@lw.com

Tel :   212.906.1373
Fax :  212.751.4864

U.S. Lawyers for The Bank of New York
Mellon

AND
TO:

**BRYAN CAVE LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois  60601

Eric S. Prezant

Email:   eric.prezant@bryancave.com
Tel:      312.602.5033
Fax:     312.602.5050

U.S. Lawyers for Tellabs, Inc.

Court File No. 09-CL-7950

**APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION**

*ONTARIO*
SUPERIOR COURT OF JUSTICE
**(COMMERCIAL LIST)**
Proceeding commenced in Toronto

**SUPPLEMENTARY SUBMISSIONS OF THE CCC**
**(Motion to Approve Allocation Protocol)**
**(Returnable March 7, 2013)**

**KOSKIE MINSKY LLP**
Mark Zigler / Susan Philpott
Tel: (416) 595-2090 / Fax: (416) 204-2877
Lawyers for The Canadian Former Employees and Disabled
Employees through their Court Appointed Representative

**CAW-CANADA LEGAL DEPARTMENT**
Barry Wadsworth
Tel: (416) 495-3776 / Fax: (416) 495-3786
Lawyers for the Canadian Autoworkers Union

**SHIBLEY RIGHTON LLP**
**w/ NELLIGAN O'BRIEN PAYNE LLP**
Arthur O. Jacques
Thomas McRae
Tel: 416.214.5213 / Fax: 416.214.5400
Lawyers for the Steering Committee of Nortel Canadian Continuing
Employees – Post CCAA as at January 14, 2009

**MCCARTHY TETRAULT**
James Gage / Barbara Boake
Tel: (416) 362-1812 / Fax: (416) 868-0673
Lawyers for Morneau Sobeco Limited Partnership

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
Ken Rosenberg / Massimo Starnino
Tel: (416) 646-4300 / Fax: (416) 646-4301
Lawyers for the Superintendent of Financial Services as
Administrator of the Pension Benefits Guarantee Fund