IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
              Debtors. : Jointly Administered
: 
: 
: Re: D.I. 9570
---------------------------------------------------------X

## SUPPLEMENTAL NOTICE OF SERVICE

       PLEASE TAKE NOTICE that on March 5, 2013, a copy of the **Supplemental Submission of U.S. Debtors and Official Committee of Unsecured Creditors on Allocation Protocol Issues** was served in the manner indicated upon the individual identified below.

**Via Overnight Mail**

Latham & Watkins LLP
Michael Riela
885 Third Ave.
New York, NY 10022

Dated: March 5, 2013
Wilmington, Delaware

                             CLEARY GOTTLIEB STEEN & HAMILTON LLP
                             James L. Bromley (admitted pro hac vice)
                             Lisa M. Schweitzer (admitted pro hac vice)
                             One Liberty Plaza
                             New York, NY 10006
                             Telephone: (212) 225-2000
                             Facsimile: (212) 225-3999

                             and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Tamara K. Minott
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7034177.1