# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                         :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]            :    Case No. 09-10138 (KG)
:
Debtors.                                      :    Jointly Administered
:
------------------------------------------------------------X

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MARCH 7, 2013 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

## CONTESTED MATTERS GOING FORWARD[2]

1. Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief (D.I. 5307, Filed 4/25/11) [Tab 9].

   Objection Deadline: May 19, 2011 at 4:00 p.m. (ET). Extended to May 31, 2011 at 4:00 p.m. for Fourth Estate and the Canadian Estate.

   Responses Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] With the exception of certain supplemental briefing related to Agenda Item 1 herein, the contested matters going forward at the March 7, 2013 hearing and the pleadings related thereto were included as Agenda Items 9 and 12 on the June 7, 2011 Amended Agenda (D.I. 5609, Filed 6/6/11). At the request of the Court, the March 7, 2013 hearing binder provided to the Court will only include the supplemental briefing. Copies of documents included in the June 7, 2011 hearing binders can be found at Tab 9 and Tab 12 of the June 7, 2011 hearing binders.

(a) Limited Objection of Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief (D.I. 5440, Filed 5/19/11) [Tab 9, Response a];

(b) Informal Bondholder Group's Response to Joint Motion to Establish an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement (D.I. 5448, Filed 5/19/11) [Tab 9, Response b];

(c) Limited Response of the Fourth Estate with Respect to Debtors' Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief [Docket No. 5307] (D.I. 5529, Filed 5/31/11) [Tab 9, Response c]; and

(d) Statement of the Bank of New York Mellon, as Indenture Trustee, Regarding the Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and the Related Relief (D.I. 5536, Filed 5/31/11) [Tab 9, Response d].

Related Pleadings:

(a) Declaration of Inna Rozenberg in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief (D.I. 5308, Filed 4/25/11) [Tab 9, Related a];

(b) Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Motion Record Filed in the Canadian Proceedings to Grant an Order Approving an Allocation Protocol (D.I. 5563, Filed 6/2/11) [Tab 9, Related b];

(c) Notice of Filing of Courtesy Copies Pursuant to Cross-Border Protocol of Documents Filed In Canadian Proceeding by Informal Committee of Creditors Holding Claims Against Only the Canadian Debtors (D.I. 5564, Filed 6/2/11) [Tab 9, Related c];

(d) Reply of U.S. Debtors and Committee in Further Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5571, Filed 6/2/11) [Tab 9, Related d];

(e) Declaration of Craig B. Brod in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA

Debtors' Cross-Motion to Compel Arbitration (D.I. 5572, Filed 6/2/11) [Tab 9, Related e];

(f) Declaration of Inna Rozenberg in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5573, Filed 6/2/11) [Tab 9, Related f];

(g) Declaration of Fred S. Hodara in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5575, Filed 6/2/11) [Tab 9, Related g];

(h) Notice of Filing of 67th Report of the Monitor (D.I. 5580, Filed 6/3/11) [Tab 9, Related h];

(i) Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Factum of the Canadian Debtors and Brief of Authorities of the Canadian Debtors Filed in the Canadian Proceedings in Support of Order Approving Allocation Protocol (D.I. 5597, Filed 6/5/11) [Tab 9, Related i];

(j) Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Affidavit of David M. Lindsey and Authorities Cited in Lindsey Expert Affidavit Filed in the Canadian Proceedings in Connection with Allocation Protocol (D.I. 5598, filed 6/5/11) [Tab 9, Related j];

(k) Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Factum of the Monitor and Book of Authorities of the Monitor Filed in the Canadian Proceedings in Support of Order Approving Allocation Protocol (D.I. 5604, Filed 6/6/11) [Tab 9, Related k];

(l) Notice of Filing Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Courtesy Copies of Documents Filed in the Canadian Proceedings by the U.S. Debtors and the Committee Related to Motions Made to the Canadian Court for its Approval of an Allocation Protocol (D.I. 5605, Filed 6/6/11) [Tab 9, Related l];

(m) Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Documents Filed in the Canadian Proceedings by the Joint Administrators (D.I. 5606, Filed 6/6/11) [Tab 9, Related m];

(n) Order Regarding Scheduling of Key Outstanding Matters (D.I. 9352, Entered 1/31/13);

(o) The U.S. Debtors' Scheduling Proposal for Outstanding Motions and Issues (D.I. 9390, Filed 2/8/13);

(p) Statement of the Official Committee of Unsecured Creditors Regarding Outstanding Motions and Issues (D.I. 9391, Filed 2/8/13);

(q) Notice of EMEA Debtors' Submission Regarding Outstanding Issues and Proposed Scheduling (D.I. 9392, Filed 2/8/13);

(r) Statement of Nortel Ad Hoc Group of Bondholders Submitted in Accordance with the Court's Order Dated January 31 (D.I. 9393, Filed 2/8/13);

(s) Notice of Filing of Monitor's Response on Behalf of Itself and the Canadian Debtors to the Request of Mr. Justice Morawetz as Outlined in his Endorsement Dated January 31, 2013 in the Canadian Proceedings (D.I. 9394, Filed 2/8/13);

(t) Submission of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund in Response to the Court's January 31, 2013 Order (D.I. 9396, Filed 2/8/13);

(u) Statement of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Order Regarding Scheduling of Key Outstanding Matters (D.I. 9397, Filed 2/8/13);

(v) Scheduling Order for Allocation Issues (D.I. 9416, Entered 2/13/13);

(w) Revised Scheduling Order for Allocation Issues (D.I. 9428, Entered 2/14/13);

(x) Order Scheduling Hearing on Oral Argument for March 7, 2013 at 10:00 am (D.I. 9454, Entered 2/19/13);

(y) The Joint Administrators' Supplemental Memorandum of Law in Support of their (I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration (D.I. 9569, Filed 3/4/13);

(z) Supplemental Submission of U.S. Debtors and Official Committee of Unsecured Creditors on Allocation Protocol Issues (D.I. 9570, Filed 3/4/13);

(aa) Supplemental Statement of Nortel Ad Hoc Group of Bondholders in Further Support of Proposed Allocation Protocol (D.I. 9571, Filed 3/4/13);

(bb) Statement of the Bank of New York Mellon, as Indenture Trustee, Pursuant to the Revised Scheduling Order for Allocation Issues (D.I. 9572, Filed 3/4/13);

(cc)   Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of the Supplementary Submissions of the Monitor and the Canadian Debtors in Respect of the June 7, 2011 Hearing (D.I. 9573, Filed 3/4/13);

(dd)   Notice of Filing of Supplementary Submissions of the Joint Administrators of Nortel Networks UK Limited and the EMEA Debtors (D.I. 9574, Filed 3/4/13);

(ee)   Statement of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Order Regarding Scheduling of Key Outstanding Matters (D.I. 9575, Filed 3/4/13);

(ff)   Submission of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund in Response to the Court's February 14, 2013 Order (D.I. 9577, Filed 3/4/13); and

(gg)   Notice of Filing of a Courtesy Copy of the Supplementary Written Submissions Filed in the Canadian Proceedings by the Informal Committee of Creditors Holding Claims Against Only the Canadian Debtors ("CCC") Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol [D.I. 990] Respecting the Allocation Protocol Motions (D.I. 9578, Filed 3/4/13).

Status:  The hearing on this matter will go forward.

2.   Joint Administrators' (I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration (D.I. 5444, Filed 5/19/11) [Tab 12].

Objection Deadline: May 31, 2011 at 4:00 p.m. (ET).  Extended to June 2, 2011 at 4:00 p.m. for Nortel.

Responses Received:

(a)   Reply of U.S. Debtors and Committee in Further Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5571, Filed 6/2/11) [Tab 12, Response a]; and

(b)   The Joint Administrators' Reply Memorandum of Law in Further Support of Their Cross-Motion to Compel Arbitration (D.I. 5608, Filed 6/6/11) [Tab 12, Response b].

Related Pleadings:

(a)   Notice of Motion (D.I. 5446, Filed 5/19/11) [Tab 12, Related a];

(b) Notice of Motion (D.I. 5447, Filed 5/19/11) [Tab 12, Related b];

(c) Joint Administrators' Motion for Leave to File Reply in Support of Joint Administrators' Cross-Motion to Compel Arbitration (D.I. 5482, Filed 5/25/11) [Tab 12, Related c];

(d) Order Granting Joint Administrators' Motion for Leave to File Reply in Support of Joint Administrators' Cross-Motion to Compel Arbitration (D.I. 5490, Entered 5/26/11) [Tab 12, Related d];

(e) The Joint Administrators' Memorandum of Law in Support of Their (I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration (D.I. 5531, Filed 5/31/11) [Tab 12, Related e];

(f) Declaration of Kevin Francis Lloyd in Opposition to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and in Support of Cross-Motion to Compel Arbitration (D.I. 5532, Filed 5/31/11) [Tab 12, Related f];

(g) Declaration of Craig B. Brod in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5572, Filed 6/2/11) [Tab 12, Related g];

(h) Declaration of Inna Rozenberg in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5573, Filed 6/2/11) [Tab 12, Related h];

(i) Declaration of Fred S. Hodara in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration (D.I. 5575, Filed 6/2/11) [Tab 12, Related i]; and

(j) See item 1, Related Pleadings (v) – (gg) of this Agenda.

Status: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: March 5, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |
| 7003847.4 | |