# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 3/5/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Maris J. Kandestin | Young Conaway Stargatt & Taylor | US Joint Administrator |
| Derek Abbott | Morris, Nichols, Arsht & Tunnell | Debtors |
| Annic Cordo | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen + Hamilton | " |
| Jesse Sherrett | " | " |
| Samson Cross | " | " |
| David Botter | Akin Gump | Committee |
| Abid Qureshi | " | " |
| Arlis Samis | Richards Layton | " |
| Shelley Kinsella | Elliott Greenleaf | LTD Committee |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 03/05/2013
Calendar Time: 10:00 AM ET

Amended Calendar 03/05/2013 06:37 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Eric Bilmes | | HBK Capital Management | Interested Party, HBK Capital Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LLI | Interested Party, Ad Hoc Commitee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Brian Guiney | | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Daniel Guyder | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Charles Huberty | | Hughes Hubbard & Reed, LLP | Interested Party, Nortel UK / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Thomas Kreller | | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, The Bond Holders Group / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, The Bondholder Group / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Lisa M. Schweitzer | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |

| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | William F. Taylor, Jr. | McCarter & English | Creditor, Official Committee of Retirees / LISTEN ONLY |