# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: Nortel Networks Inc., ET AL.,    Case No. 09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **SONAR CREDIT PARTNERS II, LLC** | **Nfusion Group LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

SONAR CREDIT PARTNERS II, LLC
200 BUSINESS PARK DRIVE, SUITE 201
ARMONK, NY 10504

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Court Claim # (if known): **5353**
Amount of Claim as filed: **$112,404.00**
Allowed Amount of Claim: **$89,197.75**
Date Claim Filed: **9/30/2009**

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

Nfusion Group LLC
5000 Plaza On The Lake
Austin, TX 78746

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg    Date: 3/5/2013
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO: Nortel Networks Inc.("Debtor"), Case No. 09-10138.

Claim #: 5353

NFUSION GROUP LLC, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

SONAR CREDIT PARTNERS II, LLC
200 Business Park Drive
Suite 201
Armonk, NY 10504
Attn: Michael Goldberg
Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $89,197.75 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 5, 2013.

ASSIGNOR: nFusion LLC

Signature: [signed]
Name: JOHN ELLETT
Title: CEO
Date: 3/1/13

ASSIGNEE: Sonar Credit Partners II, LLC
By: Sonar Asset Management Group, Inc.
Its Managing Member

Signature: [signed]
Name: Michael Goldberg
Title: President
Date: 3/5/2013