IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket Nos. 9375, 9376, 9545 |
| | ) | Objection Deadline: 3/25/2013 @ 4:00 p.m. |
| | ) | Hearing Date: 3/26/2013 at 10:00 a.m. |

## SIXTH QUARTERLY FEE APPLICATION OF ELLIOTT GREENLEAF, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2012 THROUGH JANUARY 31, 2013

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222), Elliott Greenleaf ("EG"), hereby files this Sixth Quarterly Fee Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee"), for Services Rendered and Reimbursement of

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Expenses for the Period of November 1, 2012 through January 31, 2013 (the "Quarterly Application"). In support of this Quarterly Application, EG respectfully represents as follows:

## INTRODUCTION

1.  By this Application, EG seeks Quarterly allowance and approval of $614,087.90 (the "Quarterly Amount") for fees and expenses for the period of November 1, 2012 through January 31, 2013 (the "Quarterly Period"). The Quarterly Amount consists of (i) 100% of the compensation that EG earned during the Quarterly Period, in the amount of $ 593,749.50 and (ii) 100% of the expenses that EG incurred in the course of its representation as counsel to the LTD Committee during the Quarterly Period in the amount of $20,338.40.

2.  As of the date of this Quarterly Application, the Debtors have not been authorized to pay EG $593,749.50 (100% of November, December and January) with respect to professional fees and expenses in the amount of $20,338.40 (100% of November, December and January).

## FACTUAL BACKGROUND

3.  On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.  On June 22, 2011, the Court ordered the appointment of the LTD Committee (Docket No. 5790). The LTD Committee consists of the following members: Wendy Boswell Mann, Daniel D. David, Dianna L. Irish, Paul E. Morrison, Barbara Gallagher, Michael Stutts,

and Deborah Jones. *See Amended Notice of Appointment of Unsecured Creditors* (Docket No. 6080).

6.  On August 2, 2011, (the "Retention Date") the LTD Committee was formed and selected EG as counsel to the committee.

7.  Prior to the Retention Date, EG acted as counsel to Barbara Gallagher and 58 other disabled individuals who are participants in the long term disability plan of the Debtors.

## Monthly Applications Covered Herein

8.  EG has filed and served monthly fee applications for the periods of (i) November 2012, (ii) December 2012 and (iii) January 2013. The following table summarizes the monthly fee applications that EG filed with respect to the Fifth Quarterly Period.

| Fee Application Covered Dates, Doc. No., Date Filed | Total Fee Request | Total Expense Request | Total Amount of Fees Approved to Date (80%) | Total Amount of Expenses Approved to Date (100%) |
|---|---|---|---|---|
| 11/1/12-11/30/12 Doc. No. 9375 2/5/2013 | $ 262,014.00 | $ 9,983.86 | $ 209,611.20 | $ 9,983.86 |
| 12/1/12-12/31/12 Doc. No. 9376 2/5/2013 | $ 127,501.00 | $ 9,215.58 | $ 102, 000.80 | $ 9,215.58 |
| 1/1/13-1/31/13 Doc. No. 9545 3/1/2013 | $ 204,234.50 | $ 1,138.96 | | |
| Totals: | $ 593,749.50 | $ 20,338.40 | $ 311,612.00 | $ 19,199.44 |

9.  <u>The November 2012 Fee Application</u>. On February 5, 2013, EG filed and served its Sixteenth Monthly Application for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Long Term Disability Participants for the Period of November 1, 2012 through November 30, 2012 (the "Sixteenth Monthly Fee Application") (Docket No. 9375) requesting, *inter alia*, allowance of $262,014.00 in fees and reimbursement of

3

$9,983.86 in expenses. Since no objections were filed, a Certificate of No Objection was filed on March 5, 2013, regarding the Sixteenth Monthly Fee Application. Pursuant to the Interim Compensation Order, EG will be permitted a payment of $209,611.20 in fees and $9,983.86 in expenses for the Sixteenth Monthly Fee Application. Holdback Fees with respect to the Sixteenth Monthly Fee Application total $52,402.80.

10. <u>The December 2012 Fee Application</u>. On February 5, 2013 EG filed and served its Seventeenth Monthly Application for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Long Term Disability Participants for the Period of December 1, 2012 through December 31, 2012 (the "<u>Seventeenth Monthly Fee Application</u>") (Docket No. 9376) requesting, *inter alia*, allowance of $127,501.00 in fees and reimbursement of $9,215.58 in expenses. Since no objections were filed, a Certificate of No Objection was filed on March 5, 2013, regarding the Seventeenth Monthly Fee Application. Pursuant to the Interim Compensation Order, EG will be permitted a payment of $102,000.80 in fees and $9,215.58 in expenses for the Seventeenth Monthly Fee Application. Holdback Fees with respect to the Seventeenth Monthly Fee Application total $25,501.00.

11. <u>The January 2013 Fee Application</u>. On March 1, 2013, EG filed and served its Eighteenth Monthly Application for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Long Term Disability Participants for the Period of January 1, 2013 through January 31, 2013 (the "<u>Eighteenth Monthly Fee Application</u>") (Docket No. 9545) requesting, *inter alia*, allowance of $204,234.50 in fees and reimbursement of $1,138.96 in expenses. If no objections are filed, a Certificate of No Objection will be filed on March 23, 2013, regarding the Eighteenth Monthly Fee Application. Pursuant to the Interim Compensation Order, EG will be permitted a payment of $163,387.60 in fees and $1,138.96 in expenses for the

Eighteenth Monthly Fee Application. Holdback Fees with respect to the Eighteenth Monthly Fee Application total $40,846.90.

12. The Monthly Fee Applications covered by this Sixth Quarterly Application contained detailed daily time logs describing the actual and necessary services provided by EG during the Quarterly Period as well as other detailed information required that was included in its monthly fee applications.

### Requested Relief

13. By this Sixth Quarterly Application, EG requests that the Court (i) approve the Quarterly Amount of one-hundred percent (100%) of the fees earned and expenses incurred by EG during the Sixth Quarterly Period and evidenced in the Monthly Fee Applications (ii) payment of the outstanding fees and expenses for the Quarterly period which consists of the twenty percent holdback and (iii) payment of full payment of fees and expenses for the Monthly Fee Applications.

14. At all relevant times, EG has been a disinterested person, as that term is defined at Section 101(14) of the Bankruptcy Code, as modified by Section 1103(b) of the Bankruptcy Code, and has not represented or held any interest adverse to any interest of the Committee.

15. EG has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Debtors' cases, except as disclosed herein in the Monthly fee applications. There is no agreement or understanding between EG and any other person for the sharing of compensation to be received for services rendered in these cases.

16. All services for which EG requests compensation were performed for or on behalf of the LTD Committee. The professional services and related expenses for which EG requests

quarterly allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of EG's professional responsibilities as co-counsel for the LTD Committee in the Debtors' Chapter 11 cases. EG's services have been reasonable, necessary and beneficial to the LTD Committee, the Debtors, their estates, creditors and other parties in interest.

17. In accordance with the factors enumerated at Section 330 of the Bankruptcy Code, EG respectfully submits that the amount requested by EG as compensation for its services is fair and reasonable.

## **VERIFICATION**

18. I am familiar with the work performed on behalf of the LTD Committee by the lawyers and paraprofessionals in the firms.

19. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Bankruptcy Rule 2016 and Local Rule 2016-2, and submit that the Application substantially complies with such Rules.

*[remainder of page intentionally left blank]*

WHEREFORE, EG respectfully requests that the Court (i) approve and allow the Quarterly Amount of $614,087.90 for the Quarterly Period, consisting of fees in the sum of $593,749.50 as compensation for necessary professional services rendered and compensation for expenses in the amount of $20,338.40; (ii) allow for payment of any amounts not yet authorized; and (iii) for such other and further relief as may be just and proper.

Dated:  March 5, 2013
       Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel for the Official Committee of Long Term Disability Participants*