# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 9375, 9376, 9545** |
| | ) | **Objection Deadline: 3/25/2013 @ 4:00 p.m.** |
| | ) | **Hearing Date: 3/26/2013 at 10:00 a.m.** |
| | ) | |

## NOTICE OF SIXTH QUARTERLY FEE APPLICATION OF ELLIOTT GREENLEAF, COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2012 THROUGH JANUARY 31, 2013

Name of Applicant:                                              Elliott Greenleaf

Authorized to provide                                          Official Committee of
professional services to:                                      Long Term Disability Participants

Date of retention:                                               *Nunc pro tunc* to August 2, 2011

Period for which compensation
and reimbursement is sought:                            November 1, 2012 through January 31, 2013

Total amount of fee compensation sought
as actual, reasonable and necessary:                  $ 593,749.50

Total amount of expense reimbursement
sought as actual, reasonable and necessary:       $ 20,338.40

Total amount of holdback fees sought:               $ 118,749.90

This is a(n) ____ Monthly          __X__ Interim Application          _____ Final Application

Summary of Fee Applications for Compensation Period:

---

[1]     The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| Fee Application Covered Dates, Doc. No., Date Filed | Total Fee Request | Total Expense Request | Total Amount of Fees Approved to Date (80%) | Total Amount of Expenses Approved to Date (100%) |
|---|---|---|---|---|
| 11/1/12-11/30/12 Doc. No. 9375 2/5/2013 | $ 262,014.00 | $ 9,983.86 | $ 209,611.20 | $ 9,983.86 |
| 12/1/12-12/31/12 Doc. No. 9376 2/5/2013 | $ 127,501.00 | $ 9,215.58 | $ 102,000.80 | $ 9,215.58 |
| 1/1/13-1/31/13 Doc. No. 9545 3/1/2013 | $ 204,234.50 | $ 1,138.96 | $ 163,387.60[2] | $ 1,138.96[3] |
| Totals: | $ 593,749.50 | $ 20,338.40 | $ 474,999.60 | $ 20,338.40 |

PLEASE TAKE NOTICE that on March 5, 2013, Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants of the above-captioned debtors (the "Debtors") filed the attached Sixth Quarterly Fee Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Services Rendered and Reimbursement of Expenses for the Period of November 1, 2012 through January 31, 2013 (the "Interim Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Quarterly Application must be made in accordance with this Court's Interim Compensation Order, and (a) must be filed no later than **March 25, 2013 at 4:00 PM** (the "Objection Deadline"), and (b) be served upon and received by (i) the Debtors, Nortel Networks Inc., 220 Athens Way, Suite 300, Nashville, Tennessee 37228-1304 (Attention: Allen K. Stout); (ii) Counsel for the Debtors, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: James L. Bromley, Esquire); (iii) Local Counsel for the Debtors, Morris, Nichols, Arsht & Tunnell LLP,

---

[2] If no objections filed to the Fee Aplication, a Certificate of No Objection will be filed on March 23, 2013.
[3] If no objections filed to the Fee Aplication, a Certificate of No Objection will be filed on March 23, 2013.

1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347 (Attention: Derek

C. Abbott, Esquire); (iv) Counsel to the Official Committee of Unsecured Creditors, Richards,

Layton & Finger, P.A. 920 N. King Street, One Rodney Square Wilmington, Delaware 19801

(Attention: Christopher M. Samis, Esquire and Drew M. Sloan, Esquire; (v) Office of the United

States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attention:

Thomas P. Tinker, Esquire); (vi) Counsel for the Official Committee of Long Term Disability Plan

Participants, Elliott Greenleaf, 1105 North Market Street, Suite 1700, Wilmington, Delaware

19801 (Attention: Rafael X. Zahralddin- Aravena); (vii) Counsel for the Official Committee of

Retirees, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119

(Attention Albert Togut, Esquire); and (viii) Local Counsel for the Official Committee of Retirees,

McCarter & English LLP, Renaissance Centre, 405 North King Street, 8th Floor, Wilmington,

Delaware 19801 (Attention: William F. Taylor, Esquire) no later than the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Sixth Quarterly Application

will be held on **March 26, 2013 at 10:00 a.m.** before the Honorable Kevin Gross, 824 North

Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

Dated: March 5, 2013
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
Email:  sak@elliottgreenleaf.com

*Counsel for the Official Committee of Long Term Disability Participants*