## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
                                                   :
*In re*                                            :    Chapter 11
                                                   :
Nortel Networks Inc., *et al.*,[1]                 :    Case No. 09-10138 (KG)
                                                   :
                    Debtors.                       :    Jointly Administered
                                                   :
                                                   :
                                                   :
---------------------------------------------------X    Re: D.I. 9584, 9585

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 5, 2013, copies of **Order Modifying the Application of Local Rules 2014-1(c) and 2016-2(f)** (D.I. 9584) and **Order Granting Debtors' Twenty-Ninth Omnibus Objection (Substantive to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No- Basis Pension Claims)** (D.I. 9585) were served in the manner indicated upon the individuals identified on Exhibit A.

PLEASE TAKE FURTHER NOTICE that on March 5, 2013 a copy of the **Order Granting Debtors' Twenty-Ninth Omnibus Objection (Substantive to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(b)(9) Claims and No- Basis Pension Claims)** (D.I. 9585) was served in the matter indicated upon the individual identified on Exhibit B.

PLEASE TAKE FURTHER NOTICE that on March 5, 2013 a copy of the **Order Modifying the Application of Local Rules 2014-1(c) and 2016-2(f)** (D.I. 9584) was served in the manner indicated upon the individuals identified on Exhibit C.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: March 6, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

 And

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

 *Counsel for the Debtors and Debtors in Possession*

7024703.2