**Exhibit B**

**Via First Class Mail**

Randal Scott Clay
436 Fox Trail
Allen, TX 75002