**Exhibit C**

**Via First Class Mail**

Jefferies & Company, Inc.
Alexander Rohan
520 Madison Ave.
New York, NY 10022

Global IP Law Group, LLC
David Berten
233 S. Wacker Dr.
Chicago, IL 60606

Lazard Freres & Co. LLC
David Descoteaux
30 Rockefeller Plaza
New York, NY 10020

Freeborn & Peters LLP
Devon Eggert
311 S. Wacker Dr.
Chicago, IL 60606

Eugene Collins Solicitors
Doug Smith
Temple Chambers
3 Burlington Road
Dublin 4
Ireland

Ashurst LLP
Giles Boothman
5 Appollo St.
London EC2A 2HA
United Kingdom

Keightley & Asher LLP
James Keightley
700 12th St.
Washington, DC 20005

Huron Consulting Group
James Lukenda
599 Lexington Ave.
New York, NY 10022

Crowell & Moring LLP
Matthew Cheney
James Regan
1001 Pennsylvania Ave
Washington, DC 20004

Capstone Advisory Group LLC
Jay Borow
104 West 40th St.
New York, NY 10018

Foley & Lardner LLP
Joanne Lee
321 N. Clark St.
Chicago, IL 60654

Linklaters LLP
Mark Blyth
One Silk Street
London EC27 8HQ
United Kingdom

Fraser Milner Casgrain LLP
Michael Wunder
77 King St.
Toronto, ON M3K 0A1
Canada

Chilmark Partners LLC
Michael Kennedy
875 N. Michigan Ave.
Chicago, IL 60611

Jackson Lewis LLP
Rene Thorne
Jason Stein
650 Poydras; Ste. 1900
New Orleans, LA 70130

RLKS Solutions LLC
Kathryn Schultea
101 Westcott St.
Houston, TX 77007

Alvarez & Marsal, LLC
Ronald Winters
600 Madison Ave.
New York, NY 10022

Punter Southall LLC
Ryan McGlotlin
200 West St.
Waltham, MA 02451

Shearman & Sterling
Terence Gilroy
Stuart Baskin
599 Lexington Ave.
New York, NY 10022

Torys LLP
Alison Bauer
William Gray, Jr.
237 Park Ave.
New York, NY 10017