**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 9510** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 1, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
_____ day of March, 2013

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9510_3-1-13_SS.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                |
In re:                          |   Chapter 11
                                |
NORTEL NETWORKS INC., et al.,   |   Case No. 09-10138 (KG)
                                |
                Debtors.        |   Jointly Administered
                                |
                                |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:  CONDUCTIVE CIRCUITS INC
>      360 STATE ST
>      GARNER, IA 50438-1237

Please note that your claim # 2708 in the above referenced case and in the amount of
     $14,270.00 has been transferred **(unless previously expunged by court order)** to:

> TRC MASTER FUND LLC
> TRANSFEROR: CONDUCTIVE CIRCUITS INC
> ATTN: TERREL ROSS
> 336 ATLANTIC AVENUE SUITE 302
> EAST ROCKAWAY, NY 11518

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> District of Delaware
> 824 Market Street, Fifth Floor
> Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9510         in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2013                        David D. Bird, Clerk of Court


                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 1, 2013.

**EXHIBIT B**

```
TIME: 15:32:18                              NORTEL NETWORKS INC.
DATE: 03/01/13                                CREDITOR LISTING                              PAGE:        1
```

| Name | Address |
|------|---------|
| CONDUCTIVE CIRCUITS INC | 360 STATE ST GARNER IA 50438-1237 |
| TRC MASTER FUND LLC | TRANSFEROR: CONDUCTIVE CIRCUITS INC ATTN: TERREL ROSS 336 ATLANTIC AVENUE SUITE 302 EAST ROCKAWAY NY 11518 |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Cleary Gottlieb Steen & Hamilton LLP**
**Attn: James Bromley**
**One Liberty Plaza**
**New York, NY 10006**