# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD FEBRUARY 1, 2013  THROUGH FEBRUARY 28, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 2/5/2013 | Weekly AP / trade payable claims call with K. O'Neill of Cleary and M. Cilia of RLKS. | 0.50 | 420 | 210.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/4/2013 | Worked with A. Tsai of Epiq to prepare employee claim exhibits per request of J. Uziel of Cleary. | 1.30 | 420 | 546.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/4/2013 | Reviewed the employee claim exhibits provided by A. Tsai of Epiq and forwarded to J. Uziel of Cleary. | 1.50 | 420 | 630.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/5/2013 | Coordinated with J. Croft of Cleary and A. Cordo of MNAT regarding the 29th omni filing. | 0.50 | 420 | 210.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/6/2013 | Reviewed and updated employee claim exhibits per comments from J. Uziel of Cleary. | 1.40 | 420 | 588.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/20/2013 | Reviewed the 2012 financial provided by A. Stout of Nortel for case status purposes. | 2.00 | 420 | 840.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 2/25/2013 | Reviewed and updated case status analyses based on financial statements provided by A. Stout of Nortel. | 2.00 | 420 | 840.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 2/18/2013 | Reviewed case status statement and schedule information per request of R. Eckenrod of Cleary. | 1.40 | 420 | 588.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 2/25/2013 | Updated case statement and schedule information and corresponded with A. Stout of Nortel regarding the same. | 2.00 | 420 | 840.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | James Lukenda | 2/26/2013 | Nortel - meeting with Huron manager re case  reporting status | 0.50 | 725 | 362.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/19/2013 | Prepared monthly fee application documents and exhibits. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 2/20/2013 | Prepared quarterly fee application documents and exhibits. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | James Lukenda | 2/19/2013 | Nortel - review and sign-off January monthly application | 0.30 | 725 | 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/5/2013 | Reviewed the updated employee claim exhibits provided by A. Tsai of Epiq and provided comments to J. Uziel of Cleary. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/5/2013 | Updated the employee claim communication analysis and provided to A. Tsai of Epiq. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/6/2013 | Reviewed the updated employee claim analysis provided by A. Tsai of Epiq. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/12/2013 | Reviewed employee claim communication documents provided by A. Tsai of Epiq and provided to J. Croft of Cleary for comments. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/14/2013 | Reviewed employee claim communication documents provided by A. Tsai of Epiq and provided comments to J. Croft of Cleary. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/15/2013 | Reviewed the updated employee claim communication documents provided by A. Tsai of Epiq and distributed them accordingly. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/19/2013 | Corresponded with M. Kostov of Cleary regarding employee claim matters. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/20/2013 | Provided M. Cilia of RLKS with updated employee claim communication analysis. | 0.40 | 420 | 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/20/2013 | Reviewed employee claim items per request of m. Kostov of Cleary. | 0.40 | 420 | 168.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 2/27/2013 | Investigated employee claim information per request of J. Croft of Cleary. | 1.00 | 420 | 420.00 |