27 February 2013

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

RE Nortel Networks Inc., et al
   Bankruptcy – Chapter 11
   Case No. 09-10138 (KG)

I was previously employed by Northern Telecom Finance Corporation (NTFC), a subsidiary of Northern Telecom Inc. NTFC was subsequently acquired by General Electric who as part of the purchase contract agreed to take on the NTFC employee Pension Plan. I am presently receiving my pension paid by GE.

In either late 2009 or early 2010 I began receiving documents relating to the Nortel Bankruptcy. I was instructed to complete forms pertaining to my employment with them. I ignored the first 2 or 3 mailings then decided to contact PBGC who initiated the paperwork to request they discontinue further mailings. I explained that I never worked for NORTEL but rather for their sister company NTFC who rented space in their offices and since having retired was receiving pension benefits from GE. The person I spoke with advised I was on their list and needed to complete and forward the documents. I advised I would only do so if they could tell me how I qualified for benefits. The person promised to call me back after researching the problem but never did. More mailings arrived. Again I called PBGC and explained the situation and again the person promised to call me back. Again I received no response. Mailings continued until finally a gentleman called to inquire as to why I had not submitted the paperwork. Once more I related my story. He told me to submit the forms with whatever information I could provide and that once received they would determine if I was or was not entitled to benefits. He **ASSURED** me that if I were not eligible I would not receive benefits and communications from them would cease. Reluctantly I agreed to do so assuming that it would finally put an end to this matter. My next contact was from a Loudy Appolon who requested I fax a copy of my Birth Certificate. Believing again this would end once and for all I did as asked. The next communication was a Benefit Summary (copy enclosed) that showed the amount of benefit due to me. The 1st of the next month I received by direct deposit the amount shown and have been receiving that same amount every month to the present date.

I finally decided the benefit must have been due from Northern Telecom International in some way as I could not imagine receiving benefits that were not due to me. A few months ago I received a call from a lady claiming to be involved in the bankruptcy finalization process. She asked if I thought I was entitled to benefits and why. I once again went through the entire scenario with her. I told her I was not sure due to the above. She asked me to put in writing a statement that I was definitely not eligible and mail it to her. As I never received any information I requested as to what made me eligible I could not comply. Early February I received an update on the Bankruptcy. Believing it was just informational I did not open it until recently when I saw my name on Exhibit C No-Basis Pension Claims.

Under no circumstances have I tried to obtain benefits not due but I also cannot say with any certainty that I am not due any. In other words I don't think I am but am not 100% certain. I can however say with 100% certainty that I have never before seen such a poorly mismanaged scenario. Before my name

was placed in the no-basis claim category someone should have contacted me to discuss the matter and make sure I received the information previously requested determining eligibility.

I would appreciate a response regarding this matter.

Yours truly,

*Lorraine A. Kettledon*

Lorraine A. Kettledon
1726 Corbin Avenue
New Britain, CT 06053
Tel (860) 229-5478
Enclosures

Cc: PBGC/Insurance Operations Department
    US Bankruptcy Court of Delaware



**Privacy Act Data**

# Benefit Estimation

**LORRAINE A KETTLEDON**

05/04/2010 12:36 PM
Page 1 of 2

## NORTEL NETWORKS RETIREMENT INCOME PLAN

**PBGC Case Number:** 21391900
**Date of Plan Termination:** July 17, 2009

*PBGC used the data below to compute your estimated monthly payment.
We will send you a formal determination of your benefit when
we have collected all data and reviewed all provisions of your plan.*

### YOUR BENEFIT SUMMARY

**Participant's Information**

| | |
|---|---|
| Name: | LORRAINE A KETTLEDON |
| Social Security Number: | XXX-XX-5270 |
| Gender: | Female |
| Date of Birth: | 04/12/1941 |
| Date of Hire: | 10/18/1990 |
| Date of Termination of Employment: | 04/30/1994 |
| Normal Retirement Date: | 05/01/2006 |

**Summary of Participant's Benefit**

| | |
|---|---|
| Actual Retirement Date (ARD): | 12/01/2009 |
| PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity: | $165.49 |

### YOUR BENEFIT CALCULATION

**Pension Information used for Benefit Calculation**

| | |
|---|---|
| Years of Vesting Service: | 3 |
| Vesting Percentage: | 100% |



**PBGC**/Insurance Operations Department
P.O. Box 151750
Alexandria VA 22315-1750

*S/W 5-24-10*
*S/W Mary*

*(1 PAGE)*

530
May 18, 2010

PBGC Case Number:    21391900
Plan Name:              NORTEL NETWORKS RETIREMENT INCOME PLAN

LORRAINE A KETTLEDON — *Lorraine (Wnuk) Kettledon*
1726 CORBIN AVENUE
NEW BRITAIN CT 06053

Dear LORRAINE A KETTLEDON:

Thank you for submitting your Participant Application for Pension Benefits (PBGC Form 700).

In order to process your request, please send us a photocopy of the document(s) listed below. Write your Social Security Number (SSN) and case number, 21391900 on the document(s).

- Proof of your age

If you have any questions, or need assistance, please call our Customer Contact Center at **1 (800) 400-7242**. If you use a TTY/TDD, call **1-800-877-8339**, and give the relay operator our telephone number.

When contacting us, include your Social Security number, PBGC case number 21391900, and a daytime telephone number.

Sincerely,

*FAX 2023264047*
*attn PGBC*
*SSN 5270   case #21391900*

*Loudy Appolon*

Loudy Appolon
FBA Pension Benefit Analyst
Field Benefit Administration

Enclosure:
Postage Paid Reply Envelope #9

*NORTEL 165 49*

**CERTIFICATION OF BIRTH**
CONNECTICUT STATE DEPARTMENT OF HEALTH
Public Health Statistics Section, Hartford, Connecticut, U.S.A.
Registration No. _____
Name   Lorraine Wnuk
Date of Birth  April 12, 1941   Sex Female
Place of Birth  New Britain, Connecticut
Reg. Date  4-18-41   Date Issued 10-25-79
This is a True Certification of the said Birth Facts as Recorded in this Office.
By  _Anne _____ Asst._
Local Registrar of Vital Statistics
Town of  New Britain
STATE OF CONNECTICUT

**Pension Benefit Guaranty Corporation**
**U.S. Government Agency**