# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 3/7/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Derek Abbott | Morris Nichols Arsht & Tunnell | Debtors |
| Annie Cordo | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen & Hamilton | " |
| Howard Zelbo | " | " |
| James Bromley | " | " |
| Justin Alberto | Bayard | UK Pension Claimants |
| Brian O'Connor | Willkie Farr | " |
| Sameer Advani | Willkie Farr | " |
| Brian Guiney | Patterson Belknap | Law Debenture Indenture Tee |
| Stephen Miller | Morris James LLP | " |
| Joseph Badtke-Berkow | Allen & Overy | Monitor |
| Daniel Guyder | " | " |
| DEREK ADLER | HUGHES HUBBARD & REED LLP | EMEA DEBTORS |
| CHARLES HIBBERTY | " | " |
| S Gale | Herbert Smith | ?? |
| R Lawton | " | ?? |
| G Harris | VC ST | ?? |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 3/7/13

②

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Riela | Latham + Watkins | The Bank of New York Mellon |
| Dennis Dunne | Milbank Tweed | Ad Hoc Bond Group |
| Andrew Leblanc | " | " |
| Kathleen Makowski | Pachulski Stang Ziehl Jones | " |
| Mark Kenney | USDOJ/OUST | U.S. Trustee |
| Fred Hodara | Akin Gump | Committee |
| David Botter | " | D |
| Abid Qureshi | " | " |
| Chris Samis | Richards Layton | " |
| Eric Sutty | Elliott Greenleaf | NTD Committee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 03/07/2013
Calendar Time: 10:00 AM ET

Amended Calendar 03/07/2013 06:19 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Joseph Badtke-Berkow | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Eric Bilmes | | HBK Capital Management | Interested Party, HBK Capital Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | David E. Blabey, Jr. | | Kramer Levin Naftalis & Frankel, LLP | Creditor, Aurelius / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld L.L.f | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Philip E Brown | | PSAM, LP | Interested Party, PSAM, LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Matthew Bullen | | Hogan Lovells US LLP | Trustee, UK Pension Plan / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Oliver Butt | | JPMorgan Chase & Co. | Creditor, JPMorgan Chase & Co. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Susan S. Chen | | Macquarie Capital (USA), Inc. | Creditor, Macquarie Bank / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, LLI | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Dennis Dunne | | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, The Bondholder Group / LIVE |

Peggy Drasal ext. 802                    CourtConfCal2012                    Page 2 of 6

| Debtor | Case # | Type | Name | Firm | Representing |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Matthew Ehmer | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Jeffrey Farkas | RBS Securities, Inc. | Creditor, RBS Securities / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Simon Freemantel - Client | Young, Conaway Stargatt & Taylor, LL | Interested Party, Simon Freemantle / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | James Gadsden | Carter, Ledyard & Milburn, LLP | Interested Party, Wilmington Trust Company / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Angela Dimsdale Gill | Hogan Lovells International LLP | Representing, Nortel Networks UK Pension Trust / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Daniel Guyder | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Andrew Hanrahan | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Stephen Harris | Ernst & Young | Administrator(s), Nortel Networks UK (Joint Administrator) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Brad Khan | Akin Gump Strauss Hauer & Feld L.L.P. | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | James S. Kim | Symphony Asset Management | Claimant, James Kim / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Thomas Kreller | Milbank, Tweed, Hadley & McCloy, LL | Creditor, The Bond Holders Group / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Andrew LeBlanc | Milbank, Tweed, Hadley & McCloy, LL | Creditor, The Bondholder Group / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Michael Linn | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Phillip Lis | Herbert Smith | Administrator(s), Nortel Networks UK (Joint Administrator) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Daniel A. Lowenthal | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Jim C Martin | Morgan Stanley - New York | Interested Party, Morgan Stanley / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Thomas Matz | Milbank, Tweed, Hadley & McCloy, LLP Creditor, The Bondholder Group / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Olivia Mauro | Barclays Capital, Inc. Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Scott T. McCabe | Latigo Partners Interested Party, Latigo Partners / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Dan Mindel | Herbert Smith Administrator(s), Nortel Networks UK (Joint Administrator) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Albert Pisa | Milbank, Tweed, Hadley & McCloy, LLP Creditor, The Bond Holders Group / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Ryan Polisi | Ryan Polisi - In Pro Per/Pro Se Interested Party, Ryan Polisi / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | David Quane - Client | Young, Conaway Stargatt & Taylor, LL Interested Party, David Quane / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | ~~09-10138~~ | ~~Hearing~~ | | ~~Michael J. Riela~~ Cancelled | ~~Latham & Watkins LLP~~ Creditor, Bank of New York Mellon / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Matthew Rosenberg | Chilmark Partners Interested Party, Matthew Rosenberg / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Dennis Ruggere | UBS Securities LLC Creditor, UBS / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Bill J. Schwartz | CitiGroup Interested Party, CitiGroup / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Hondo Sen | Cetus Capital Creditor, Hondo Sen / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Stephanie Skelly | Togut, Segal & Segal LLP Creditor, Offical Committee of Retiree / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Mitchell Sockett | King Street Capital Management, LLC Interested Party, King Street Capital Management, LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Rebecca J. Song | Citi Capital Advisors Representing, CITI / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Kevin J. Starke | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | William F. Taylor, Jr. | McCarter & English | Creditor, Official Committee of Retirees / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | John Tillman | Hogan Lovells International LLP | Trustee, UK Pension Plan / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | David You | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 9352 | Hearing | Gregor Dannacher | Kamunting Street | Creditor, Jack Mui / LISTEN ONLY |