**CITATION:** Nortel Networks Corporation, 2013 ONSC 1470
                                                               **COURT FILE NO.:** 09-CL-7950
                                                                            **DATE:** 2013/03/08

## SUPERIOR COURT OF JUSTICE – ONTARIO
(COMMERCIAL LIST)

**RE:**        IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

             AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS COROPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION and NORTEL NETWORKS TECHNOLOGY CORPORATION

             APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

**BEFORE:**   MORAWETZ J.

**COUNSEL:**  *Derrick Tay and Jennifer Stam*, for Nortel Neworks Corporation

                    *Benjamin Zarnett, Fred. Myers* and *Jay Carfagnini* for Ernst & Young Inc., Monitor

                    *Mark Zigler, Ken Rosenberg, Arthur Jacques, Barry Wadsworth* and *Elder C. Marques* for Canadian Creditors' Committee

                    *Matthew P. Gottlieb, Robin B. Schwill* and *James Reinthan* for Nortel Networks UK Limited (in Administration)

                    *David Ward* for PPF/Trustee

                    *Adam Hirsh* for Former Directors & Officers of Nortel Networks Corporation and Nortel Networks Limited

                    *Andrew Gray* and *Scott Bomhof* for Nortel Networks Inc. and other U.S. Debtors

                    *John Salmas* for Wilmington Trust, National Association

*Sheryl Seigel* for the Bank of New York Mellon

*Richard Swan* and *Gavin Finlayson* for Informal Committee of Noteholders

*Shayne Kukulowicz*, *Ryan Jacobs* and *Mike Wunder* for Unsecured Creditors' Committee

*Edmond Lamek* for Law Debenture Trust Company of New York

**HEARD:**    March 7, 2013

**DECISION:**    March 8, 2013