# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket No. 6201 |

## SUPPLEMENTAL DECLARATION OF RAFAEL X. ZAHRALDDIN-ARAVENA IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ELLIOTT GREENLEAF AS COUNSEL TO THE OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS *NUNC PRO TUNC* TO JUNE 22, 2011

I, Rafael X. Zahralddin-Aravena, hereby declare under penalty of perjury:

1. I am a shareholder with the firm of Elliott Greenleaf ("EG"), which maintains an office for the practice of law at 1105 North Market St., Suite 1700, Wilmington, Delaware 19801. I am duly authorized to make this affidavit on behalf of EG.[2] I am admitted to practice law in the states of Delaware and California, in the Commonwealth of Pennsylvania, in the Third Circuit Court of Appeals, as well as in the United States District Court for the District of Delaware.

2. I submit this declaration to supplement (the "Supplemental Declaration") my affidavit dated August 23, 2011 (the "Affidavit"), attached as Exhibit A to the Application for an

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Unless otherwise defined, capitalized terms and phrases not otherwise defined herein shall have the same meanings ascribed to such terms in the Application.

Order Authorizing the Employment and Retention of Elliott Greenleaf as Counsel to the Official Committee of Long-Term Disability Participants Nunc Pro Tunc to June 22, 2011 [Docket No. 6201] (the "Application"), filed on August 23, 2011. By order entered September 20, 2011, the Court approved the Application [Docket No. 6415].

3. As set forth in the Affidavit, EG maintains and updates a EG Conflict Identification System in the ordinary course of its business, and it is the regular practice of the firm to make and maintain such records. EG has updated and will continue to update periodically its conflicts review during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.

4. In conjunction with such a periodic review, I directed a check in the EG Conflict Identification System of (i) all persons or entities that have filed a Notice of Appearance in these chapter 11 cases as of the date of the Affidavit, August 23, 2011, but were not included in prior reviews and (ii) certain other parties in interest against the firm's client database to determine which persons or entities, if any, are current or former clients of EG.

5. I am submitting this Supplemental Declaration, in part, to update previous disclosures made in the Application and the Affidavit. As disclosed in the Application, prior to the Retention Date, EG acted as counsel to certain disabled individuals (the "Disabled Participants") who are participants in the long-term disability plan of the Debtors. The names of the Disabled Participants previously represented by EG are as follows: Michael Alms, Gussie Anderson, Charles Barry, Janet Bass, Brent Beasley, Faye Brown, Roger Carlsen, Thomas Dikens, John Elliott, Nanettee Faison, Barbara Gallagher, Gary Garrett, Crickett Grissom, Laura Hale, Janette Head, Alan Heinbaugh, Brad Henry, Richard Hodges, Mary Holbrook, George Hovater, Jr., Scott Howard, Mark Janis, William Johnson, Deborah Jones, Marie Jurasevich,

2

Peter Lawrence, James Lee, Fred Lindow, David Litz. Kerry Logan, Robert Martel, Terry Massengill, Heidi Morrison, Kem Muckleroy, Reid Mullett, Danny Owenby, Mark Phillips, Pamela Powell, Frankie Proctor, Janie Proctor, Leona Purdum, Carol Raymond, William Reed, Michael Rexrod, Ronald Rose, Jr., John Rossi, Charles Sandler, Cynthia Schmidt, Wayne Schmidt, Manuel Segura, Lynette Seymour, Leolia Strickland, Michael Stutts, Michael Thompson, Carmel Totman, Claudia Vidmer, Susan Widner, Vada Wilson, Nancy Wilson, Paul Wolfe.

6. I am further submitting this Supplemental Declaration to disclose that, in matters wholly unrelated to these chapter 11 proceedings, EG previously and currently represents CIGNA or certain affiliates or related entities in matters unrelated to these chapter 11 cases. EG understands that CIGNA or certain affiliates or related entities thereof may be a creditor or party in interest in these chapter 11 cases. In addition, EG previously and currently represents Deutsche Bank or certain affiliates or related entities in matters unrelated to these chapter 11 cases. EG understands that an affiliate of Deutsche Bank is a claims transferee in these chapter 11 cases. Moreover, EG previously and currently represents H&R Block or certain affiliates or related entities in matters unrelated to these chapter 11 cases. EG understands that H&R Block or certain affiliates or related entities thereof may be a creditor or party in interest in these chapter 11 cases.

9. EG believes that its representations of CIGNA or certain affiliates or related entities thereof, Deutsche Bank or certain affiliates or related entities and H&R Block or certain affiliates or related entities are not adverse to EG's representation of the Official Committee of Long-Term Disability Participants in the above-captioned bankruptcy cases.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2013

_____
Rafael X. Zahralddin-Aravena

SWORN TO AND SUBSCRIBED before me this 6th day of March, 2013.

_____
Notary Public    Atty-at-Law
                 DE 3963

My Commission Expires: N/A

THEODORE A. KITTILA
Attorney at Law - State of Delaware
Notarial Officer Pursuant to
29 Del.C. § 4323(a)(3)
My Commission Has No Expiration

4