**CERTIFICATE OF SERVICE**

I, Rafael X. Zahralddin-Aravena, certify that service of the foregoing *Supplemental Declaration Of Rafael X. Zahralddin-Aravena In Support Of The Application For An Order Authorizing. The Employment And Retention Of Elliott Greenleaf As Counsel To The Official Committee Of Long-Term Disability Participants Nunc Pro Tunc To June 22, 2011* was caused to be made on March 7, 2013, in the manner indicated upon the entities below:

**Via Hand Delivery**

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801
(Counsel for the Official Committee of Unsecured Creditors)

William F. Taylor, Esq;
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801

Derrick C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

**Via First Class Mail**

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC  27709
(Debtor)

Fred Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for the Official Committee of Unsecured Creditors)

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

Albert Togut, Esq.
Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY  10119
(Counsel for the Official Committee of Retirees)

/s/ Rafael X. Zahralddin-Aravena_____
Rafael X. Zahralddin-Aravena

WLM: 25367 v1