IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re                                                    :    Chapter 11
                                                         :
NORTEL NETWORKS, INC., ET AL.,                           :    Case No. 09-10138 (KG)
                                                         :
                    Debtors.                             :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On February 28, 2012, I caused to be served the following document via First-Class Mail on those parties identified on **Exhibit A** and **Exhibit B**:

- Amended Order Authorizing the Debtors and the Retiree Committee to File Under Seal Certificates of Service Related to LTD Employees **[Docket No. 9389]**

Dated: March 1, 2013

/s/ Karen M. Wagner
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California      )
                         ) ss
County of Los Angeles    )

Subscribed and sworn to (or affirmed) before me on this 1st day of March 2013, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

[Notary Seal: LYDIA PASTOR NINO, Commission # 1960751, Notary Public - California, Los Angeles County, My Comm. Expires Nov 18, 2015]

# Exhibit A

Exhibit A
Core 2002 Service List - First-Class Mail

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Akin Gump | Ryan C. Jacobs Esq | David H. Botter Esq | Fred S. Hodara Esq | One Bryant Park | New York | NY | 10036-0000 | |
| Akin Gump Strauss Hauer & Feld LLP | Angeline L. Koo | One Bryant Park | | | New York | NY | 10036-6745 | |
| Alan Heinbaugh | | 19816 Colby Court | | | Saratoga | CA | 95070-0000 | |
| Aldine Independent School District | Susan R. Fuertes Esq | 14910 Aldine-Westfield Road | | | Houston | TX | 77032-0000 | |
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | | New York | NY | 10020-0000 | |
| Allen & Overy LLP | Lisa J.P. Kraidin. Esq | Ken Coleman Esq | 1221 Ave of the Americas 20th | | New York | NY | 10020-0000 | |
| Allen & Overy LLP | Mary Caloway | 1221 Avenue of The Americas | | | New York | NY | 10020-0000 | |
| Allen & Overy LLP | Mona A. Parikh | 1221 Avenue of The Americas | 1221 Avenue of The Americas | | New York | NY | 10020-0000 | |
| Allen & Overy LLP | Peter James Duhig | 1221 Avenue of The Americas | | | New York | NY | 10020-0000 | |
| APC Workforce Solutions LLC | Doug Goin CFO | 420 South Orange Ave | 6th Floor | | Orlando | FL | 32801-0000 | |
| Aricent Technologies (Holdings) Limited | 700 Hansen Way | | | | Palo Alto | CA | 94304-0000 | |
| Arnall Golden Gregory LLP | Frank N. White Esq | Darryl S. Laddin Esq | 171 17th St NW | Ste 2100 | Atlanta | GA | 30363-1031 | |
| Ashby & Geddes P.A. | Ricardo Palacio Esq | 500 Delaware Ave | | | Wilmington | DE | 19801-0000 | |
| Ashby & Geddes P.A. | William P. Bowden Esq | 500 Delaware Ave | 8th Floor | | Wilmington | DE | 19801-0000 | |
| Baker Botts LLP | Judith W. Ross | 2001 Ross Ave | | | Dallas | TX | 75201-0000 | |
| Ballard Spahr | Tobey M. Daluz Esq | David T. May | Leslie Heilman Esq | 919 Market St 11th Fl | Wilmington | DE | 19801-0000 | |
| Ballard Spahr Andrews & Ingersoll LLP | Jeffrey Meyers Esq | David L. Pollack Esq | 51st Fl Mellon Bank Ctr | 1735 Market St | Philadelphia | PA | 19103-0000 | |
| Barbara Carr | | 145 Grecian Parkway | | | Rochester | NY | 14626-0000 | |
| Barbara Dunston | | 261 McNair Drive | | | Henderson | NC | 27537-0000 | |
| Barbara Gallagher | | 410 West Acres Road | | | Whitesboro | TX | 76273-0000 | |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn Esq | 155 Federal Street | 9th Floor | | Boston | MA | 02110-0000 | |
| Bayard P.A. | Charlene D. Davis Esq | Justin R. Alberto | Daniel A. O'Brien Esq | 222 Delaware Ave Ste 900 | Wilmington | DE | 19801-0000 | |
| Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover | 222 Delaware Ave. | Suite 801 | | Wilmington | DE | 19801-0000 | |
| Benesch Friedlander Coplan & Aronoff, LL | Raymond Howard Lemisch | 222 Delaware Avenue | Suite 801 | | Wilmington | DE | 19801-0000 | |
| Benesch,Friedlander,Coplan & Aronoff LLP | Sarah R Stafford | 222 Delaware Avenue, | Suite 801 | | Wilmington | DE | 19801-0000 | |
| Bernstein Shur Sawyer & Nelson | Robert J. Keach Daniel J Murphy | Paul McDonald | 100 Middle Street | Box 9729 | Portland | ME | 04104-5029 | |
| Bertram Frederick Thomas Fletcher | | 35 Broomhill Court | | | Clayton | NC | 27527-0000 | |
| Betty Lewis | | 1301-H Leon Street | | | Durham | NC | 27705-0000 | |
| Bialson Bergen & Schwab | Lawrence M. Schwab Esq | Patrick M. Costello Esq | Thomas M. Gaa Esq | 2600 El Camino Real Ste 300 | Palo Alto | CA | 94306-0000 | |
| Blank Rome LLP | Michael D. DeBaecke Esq | 1201 Market Street | Ste 800 | | Wilmington | DE | 19801-0000 | |
| Blank Rome LLP | Victoria A. Guilfoyle | Bonnie Glantz Fatell | 1201 N. Market Steet | Ste. 8000 | Wilmington | DE | 19801-0000 | |
| Bonnie J. Boyer | | 305 W. Juniper Avenue | | | Sterling | VA | 20164-3724 | |
| Bracewell & Guiliani LLP | Jennifer Feldsher | 1251 Ave of the Americas | | | New York | NY | 10020-0000 | |
| Brad Lee Henry | | 11596 W. Sierra Dawn Boulevard | Lot 386 | | Surprise | AZ | 85378-0000 | |
| Brenda L. Rohrbaugh | | 2493 Alston Drive | | | Marietta | GA | 30062-0000 | |
| Brenda L. Wread | | 3408A Water Vista Parkway | | | Lawrenceville | GA | 30044-0000 | |
| Brown & Connery LLP | Donald K. Ludman Esq | 6 North Broad Street | Ste 1000 | | Woodbury | NJ | 08096-0000 | |
| Brown McCarroll LLP | Afton Sands-Puryear | Kell C. Mercer | 111 Congress Ave | Ste 1400 | Austin | TX | 78701-0000 | |
| Bruce Francis | | 5506 Lake Elton Road | | | Durham | NC | 27713-0000 | |
| Bruce Turner | | 8 Sunset Drive | | | Homer | NY | 13077-0000 | |
| Bryan Cave LLP | Cullen K. Kuhn Esq | 211 N Broadway | Ste 3600 | | St. Louis | MO | 63102-0000 | |
| Bryan Cave LLP | Eric S. Prezant Esq | 161 N Clark St | Ste 4300 | | Chicago | IL | 60601-0000 | |
| Bryan Cave LLP | Michelle McMahon Esq | 1290 Ave of the Americas | | | New York | NY | 10104-0000 | |
| Buchalter Nemer | Shawn M. Christianson Esq | 55 Second Street | 17th Floor | | San Francisco | CA | 94105-3493 | |
| Buchanan Ingersoll & Rooney | P.J. Duhig Esq | Mary F. Caloway Esq | 1105 N. Market Street | Ste 1900 | Wilmington | DE | 19801-1228 | |
| Buchanan Ingersoll & Rooney PC | Kathleen A. Murphy | 1105 North Market Street | Suite 1900 | | Wilmington | DE | 19801-0000 | |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | 1105 North Market Street | Suite 1900 | | Wilmington | DE | 19801-0000 | |
| Buchanan Ingersoll & Rooney PC | Mona A. Parikh | 1105 North Market Street | Suite 1900 | | Wilmington | DE | 19801-1228 | |
| Buchanan Ingersoll & Rooney PC | Peter James Duhig | 1105 North Market Street | Suite 1900 | | Wilmington | DE | 19801-0000 | |
| Carmel Turlington Totman | | 164 Berton Street | | | Boone | NC | 28607-0000 | |
| Carol E. Momjian Esq | PA Senior Deputy Atty Gen | 21 S 12th Street | 3rd Floor | | Philadelphia | PA | 19107-3603 | |
| Carol F. Raymond | | 7962 S.W. 185 Street | | | Miami | FL | 33157-7487 | |
| Caroline Underwood | | 2101 Emerson Cook Road | | | Pittsboro | NC | 27312-0000 | |
| Carter Ledyard & Milburn LLP | Susan P. Johnston | 2 Wall Street | | | New York | NY | 10005-0000 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 1 of 6

Exhibit A
Core 2002 Service List - First-Class Mail

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Carter Ledyard & Milburn LLP | Susan P. Johnston Esq. | 2 Wall Street | | | New York | NY | 10005-0000 | |
| Centralized Insolvency Operation | | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Chad Soraino | | 8974 Hickory Ave. | | | Hesperia | CA | 92345-0000 | |
| Chadbourne & Parke LLP | N. Thodore Zink Jr. Esq | 30 Rockefeller Plaza | | | New York | NY | 10112-0000 | |
| Chae S. Roob | | 8584 Chanhassen Hills Dr. South | | | Chanhassen | MN | 55317-0000 | |
| Charles Sandner | | 1970 N. Leslie #3779 | | | Pahrump | NV | 89060-0000 | |
| Ciardi Ciardi & Astin | Mark H. Ralston | 2603 Oak Lawn Ave | Ste 200 | | Dallas | TX | 75219-0000 | |
| Ciardi Ciardi & Astin | Rick A. Steinberg | 100 Church Street | 8th Floor | | New York | NY | 10007-0000 | |
| Claudia Vidmer | | 213 Orchard Lane | | | Glen Ellyn | IL | 60137-0000 | |
| Cleary Gottlieb Steen & Hamilton | James L. Bromley | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Aren Goldsmith | 12, rue de Tilsitt | | | Paris | | 75008 | France |
| Cleary Gottlieb Steen & Hamilton LLP | Inna Rozenberg | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Jacqueline Moessner | 1 Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | James Croft | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Jesse D.H. Sherrett | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Juliet A. Drake | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Kamal Sidhu | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Kerrin T. Klein | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Lauren L. Peacock | 1 Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Louis A. Lipner | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Matthew Gurgel | 1 Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Nora K Abularach | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Robin J. Baik | One Liverty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Scott D. McCoy | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton LLP | Tomislav A. Joksimovic | 1 Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamilton, LLP | Jennifer M. Westerfield | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cleary Gottlieb Steen & Hamiton LLP | Neil P Forrest | One Liberty Plaza | | | New York | NY | 10006-0000 | |
| Cole Schotz Meisel Forman & Leonard | Sanjay Bhatnagar | Norman L. Pernick | 500 Delaware Ave | Ste 1410 | Wilmington | DE | 19801-0000 | |
| Connolly Bove | Marc J. Phillips Esq | Jeffrey S. Wisler Esq | The Nemours Building | 1007 N Orange St | Wilmington | DE | 19801-0000 | |
| Cowles & Thompson PC | Stephen C. Stapleton | 901 Main St. Ste. 3900 | | | Dallas | TX | 75202-0000 | |
| Crickett Grissom | | 2580 W. Porter Creek Avenue | | | Porterville | CA | 93257-0000 | |
| Cross & Simon LLC | Christopher P. Simon | 913 N. Market Street | 11th Floor | | Wilmington | DE | 19801-0000 | |
| Curtis Mallet-Prevost Colt & Mosle LLP | James V. Drew Esq | Steven J. Reisman Esq | 101 Park Ave | | New York | NY | 10178-0061 | |
| Cynthia Ann Schmidt | | PO Box 119 | | | Oregon House | CA | 95962-0000 | |
| Cynthia B. Richardson | | 5717 Cypress Drive | | | Rowlett | TX | 75089-0000 | |
| Daniel D. David | | 2105 Possum Trot Road | | | Wake Forest | NC | 27587-0000 | |
| Danny Owenby | | 2136 Sapelo Court | | | Fernandina | FL | 32034-0000 | |
| David Litz | | 316 N. Manus Drive | | | Dallas | TX | 75224-0000 | |
| Davis & Kuelthau SC | Russell S. Long | 111 E. Kilbourn Ave. Ste. 1400 | | | Milwaukee | WI | 53202-6613 | |
| Davis Wright Tremaine LLP | James C. Waggoner Esq | 1300 SW 5th Ave | Ste 2300 | | Portland | OR | 97201-5630 | |
| Deborah Faircloth | | 115 Winchester Lane | | | Rocky Point | NC | 28457-0000 | |
| Debra L. Vega | | 818 Glenco Road | | | Durham | NC | 27703-0000 | |
| Devin Lawton Palmer | Boylan Brown | 145 Culver Road | | | Rochester | NY | 14620-1678 | |
| Duane Morris LLP | Michael R. Lastowski | 222 Delaware Ave | Ste 1600 | | Wilmington | DE | 19801-1659 | |
| Edward G. Guevarra Jr. | | 11007 Scripps Ranch Blvd | | | San Diego | CA | 92131-0000 | |
| Edwards Angell Palmer & Dodge | Stuart M. Brown | 919 N. Market Street | Ste 1500 | | Wilmington | DE | 19801-0000 | |
| Ellen Sue Brady | | 1630 Dry Road | | | Ashland City | TN | 37015-0000 | |
| Elliott Greenleaf | Eric Michael Sutty | 1105 Market Street, Suite 1700 | | | Wilmington | De | 19801-0000 | |
| Elliott Greenleaf | Jonathan M. Stemerman | 1105 North Market Street | Suite 1700 | | Wilmington | DE | 19801-0000 | |
| Elliott Greenleaf | Shelley A. Kinsella | Rafael X. Zahralddin-Aravena | 1105 N. Market Street | Ste 1700 | Wilmington | DE | 19801-0000 | |
| Elliott Greenleaf | Shelley A. Kinsella | 1105 North Market Street | 17th Floor | | Wilmington | DE | 19801-0000 | |
| EMC Corporation | Ronald Rowland Esq | c/o Receivable Management Servs | 307 International Circle Ste 270 | | Hunt Valley | MD | 21094-0000 | |
| Emily D. Cullen | | 100 Telmew Court | | | Cary | NC | 27518-0000 | |
| Export Development Canada | Derek Austin | 151 O'Connor Street | | | Ottowa | ON | K1A 1K3 | CANADA |
| Flextronics | Steve Jackman Esq VP | 847 Gibralter Drive | | | Milpitas | CA | 95035-0000 | |
| FPL Law Department | Rachel S. Budke Esq | 700 Universe Blvd | | | Juno Beach | FL | 33408-0000 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 2 of 6

Exhibit A
Core 2002 Service List - First-Class Mail

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Fraser Milner Casgrain LLP | Michael J. Wunder | Alex L. MacFarlane | R. Snayne Kukulowicz | 77 King St West Ste 400 | Toronto | ON | M5K 0A1 | CANADA |
| Freddie Wormsbaker | | 327 Locust Street | | | Twin Falls | ID | 83301-0000 | |
| Freeborn & Peters LLP | Devon J. Eggert Esq | Aaron L. Hammer Esq | 311 South Wacker Dr | Ste 3000 | Chicago | IL | 60606-0000 | |
| Fulbright & Jaworski LLP | David A. Rosenzweig Esq | 666 5th Ave | | | New York | NY | 10103-3198 | |
| Gary W. Garrett | | 4093 Hogan Drive Unit 4114 | | | Tyler | TX | 75709-0000 | |
| George I. Hovater Jr. | | 9009 Casals Street | Unit 1 | | Sacramento | CA | 95826-0000 | |
| Gerald R. Utpadel | | 4627 Greenmeadows Avenue | | | Torrance | CA | 90505-0000 | |
| Gibbons P.C. | David N. Crapo Esq | One Gateway Center | | | Newark | NJ | 07102-5310 | |
| Gloria Benson | | 1824 Wilson Pike | | | Brentwood | TN | 37027-0000 | |
| Goodmans LLP | Chris Armstrong | Bay Adelaide Centre | 333 Bay St. Ste 3400 | | Toronto | ON | M5H 2S7 | CANADA |
| Gould & Ratner LLP | Christopher J. Horvay Esq | 222 N Lasalle St | Ste 800 | | Chicago | IL | 60601-0000 | |
| Gowling Lafleur Henderson | Derrick Tay | Jennifer Stam | 1 First Canadian Place | 100 King St. West_Ste. 1600 | Toronto | ON | M5X 1G5 | CANADA |
| Gussie Anderson | | 109 Gumpond Beall Rd | | | Lumberton | MS | 39455-0000 | |
| Hahn Loeser & Parks LLP | Christopher W. Peer Esq | Alan S. Kopit Esq | 200 Public Square | Ste 2800 | Cleveland | OH | 44114-0000 | |
| Herbert Preston Stansbury | | 3193 US Highway 15 | | | Stern | NC | 27581-0000 | |
| Herman Herman Katz & Cotlar | Soren E. Gisleson | 820 O'Keefe Ave | | | New Orelans | LA | 70113-0000 | |
| Hinckley Allen & Snyder LLP | Jennifer V. Doran Esq | 28 State St | | | Boston | MA | 02109-0000 | |
| Hitachi Lt. Telecommunicatons | & Network Systems Division | Minoru Inayoshi Gen Mgr of M&A | 216 Totsuka-cho | Totsuka-ku | Yokohama-shi | | 244-8567 | JAPAN |
| HP Company | Ramona Neal Esq | 11307 Chinden Blvd | MS 314 | | Boise | ID | 83714-0000 | |
| Hughes Hubbard | Derek J.T. Adler | Michael Luskin | One Battery Park Plaza | | New York | NY | 10004-0000 | |
| Hunton & Williams | Lynnette R. Warman | 1445 Ross Ave | Ste 3700 | | Dallas | TX | 75202-2799 | |
| IBM Corp. Legal Dept | R. S. Stahel | 1503 LBJ Freeway | 3rd Floor | | Dallas | TX | 75234-0000 | |
| IBM Corporation/IBM Credit LLC | Bankruptcy Coordinator | 275 Viger East 4th Floor | | | Montreal | QC | H3G 2W6 | CANADA |
| J. Scott Douglass Esq | | 909 Fannin | Ste 1800 | | Houston | TX | 77010-0000 | |
| Jackson Lewis LLP | Rene E. Thorne | 650 Poydras Street | Suite 1900 | | New Orleans | LA | 70130-0000 | |
| James Craig | | 42 E. Cavalier Road | | | Scottsville | NY | 14546-0000 | |
| James Hunt | | 8903 Handel Loop | | | Land O Lakes | FL | 34637-0000 | |
| James Lee | | 1310 Richmond Street | | | El Cerrito | CA | 94530-0000 | |
| Jane Neumann | | 11730 Co Road 24 | | | Watertown | MN | 55388-0000 | |
| Janet Bass | | 1228 Moultrie Court | | | Raleigh | NC | 27615-0000 | |
| Janetta Hames | | 649 Fossil Wood Drive | | | Saginaw | TX | 76179-0000 | |
| Janette M. Head | | 16 Gleneagle Drive | | | Bedford | NH | 03110-0000 | |
| JD Thompson Law | Judy D. Thompson | P.O. Box 33127 | | | Charlotte | NC | 28233-0000 | |
| Jeffrey Borron | | 13851 Tanglewood | | | Farmers Branch | TX | 75234-0000 | |
| Jerry Wadlow | | P.O. Box 79 | | | Wewoka | OK | 74884-0000 | |
| John J. Rossi | | 1568 Woodcrest Drive | | | Wooster | OH | 44691-0000 | |
| John Mercer | | 121 Monastery Road | | | Pine City | NY | 14871-0000 | |
| John S. Elliott | | 6 Grouse Lane | | | Merrimack | NH | 03054-2876 | |
| Joyce A. Kuhns | Saul Ewing LLP | 500 E. Pratt Street | 8th Floor | | Baltimore | MD | 21202-0000 | |
| Kathleen A. Reese | | 200 Carnegie Drive | | | Milpitas | CA | 95035-0000 | |
| Katten Muchin Rosenman LLP | Dustin P. Branch Esq | 2029 Century Park East | Ste 2600 | | Los Angeles | CA | 90067-3012 | |
| Katten Muchin Rosenman LLP | Kenneth E. Noble Esq | 575 Madison Ave | | | New York | NY | 10022-2585 | |
| Kaushik Patel | | 5665 Arapaho Road | #1023 | | Dallas | TX | 75248-0000 | |
| Kelley Drye & Warren LLP | Kristin S. Elliott | 101 Park Ave | | | New York | NY | 10178-0000 | |
| Kerry Wayne Logan | | 1207 High Hammock Drive #102 | | | Tampa | FL | 33619-7609 | |
| Kim M. Yates | | 207 Tomato Hill Road | | | Leesburg | FL | 34748-0000 | |
| Klehr Harrison | Domenic Pacitti Esq | 919 Market Street | Ste 1000 | | Wilmington | DE | 19801-0000 | |
| Klehr Harrison | Fred S. Kurtzman Esq | 1835 Market Street | Ste 1400 | | Philadelphia | PA | 19103-0000 | |
| Kramer Levin Naftalis Frankel LLP | Ernest S. Wechsler | 1177 Ave of the Americas | | | New York | NY | 10036-0000 | |
| L.A. County Treasurer & Tax Collector | | P.O. Box 54110 | | | Los Angeles | CA | 90054-0110 | |
| Landis Rath & Cobb LLP | Kerri K. Mumford Esq | J. Landon Ellis Esq | Adam G. Landis Esq | 919 Market Street Ste 1800 | Wilmington | DE | 19801-0000 | |
| Latham & Watkins LLP | Michael J. Riela | Robert J. Rosenberg | Zachary N. Goldstein | 885 Third Ave Ste 1000 | New York | NY | 10022-4068 | |
| Latham & Watkins LLP | Thomas Malone | Alexandra Croswell | David S. Allinson | 885 Third Ave Ste 1000 | New York | NY | 10022-4068 | |
| Lathrop & Gage LLP | Stephen K. Dexter Esq | US Bank Tower Ste 2400 | 950 Seventeenth St | | Denver | CO | 80202-0000 | |
| Laura L. McCloud Esq | Assistant Attorney General | P.O. Box 20207 | | | Nashville | TN | 37202-0000 | |
| Laurie Adams | | 217 Ridge Creek Drive | | | Morrisville | NC | 27560-0000 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 3 of 6

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Leah McCaffrey | | 7139 Debbe Drive | | | Dallas | TX | 75252-0000 | |
| Leona Purdum | | 2532 N. 4th Street #254 | | | Flagstaff | AZ | 86004-0000 | |
| Lewis and Roca LLP | Scott K. Brown Esq | 40 North Central Ave | Ste 1900 | | Phoenix | AZ | 85004-0000 | |
| Linebarger Goggan Blair & Sampson LLP | David G. Aelvoet Esq | Travis Bldg Ste 300 | 711 Navarro | | San Antonio | TX | 78205-0000 | |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller Esq | 2323 Bryan Street | Ste 1600 | | Dallas | TX | 75201-0000 | |
| Linebarger Goggan Blair & Sampson LLP | John P. Dillman Esq | P.O. Box 3064 | | | Houston | TX | 77253-3064 | |
| Lois Diane Uphold | | 201 Camden Park Drive | | | Goldsboro | NC | 27530-0000 | |
| Lottie Edith Chambers | | 2716 Dalford Ct. | | | Raleigh | NC | 27604-0000 | |
| Lowenstein Sandler PC | Ira M. Levee | Michael S. Etkin | 65 Livingston Ave | | Roseland | NJ | 07068-0000 | |
| Lowenstein Sandler PC | Vincent A. D'Agostino Esq | 65 Livingston Ave | | | Roseland | NJ | 07068-0000 | |
| Lynette Kay Seymour | | 16711 Rivendell Lane | | | Austin | TX | 78737-0000 | |
| Magnozzi & Kye LLP | Amish R. Doshi | 23 Green Street | Suite 302 | | Huntington | NY | 11743-0000 | |
| Malek Schiffrin LLP | Kevin Malek | Javier Schiffrin | 340 Madison Ave | 19th Floor | New York | NY | 10173-1922 | |
| Manuel Segura | | 215 Sheridan | Apt. #B-43 | | Perth Amboy | NJ | 08861-0000 | |
| Marilyn Day | | 2020 Fox Glen Drive | | | Allen | TX | 75013-0000 | |
| Marilyn Green | | 1106 Boston Hollow Road | | | Ashland City | TN | 37015-0000 | |
| Mark A. Phillips | | 6117 Trevor Simpson Drive | | | Lake Park | NC | 28079-0000 | |
| Mark R. Janis | | 193 Via Soderini | | | Aptos | CA | 95003-0000 | |
| Max Taylor Asst. City Atty. | Municipal Operations | 201 W. Colfax Ave | Dept. 1207 | | Denver | CO | 80202-5332 | |
| Mayer Brown LLP | Craig Reimer | 71 S. Wacker Drive | | | Chicago | IL | 60604-1404 | |
| Mayer Brown LLP | Thomas M. Vitale | Amit K. Trehan | Brian Trust | 1675 Broadway | New York | NY | 10019-0000 | |
| McCarter & English LLP | William F. Taylor Jr. | 405 N. King St 8th Floor | Renaissance Centre | | Wilmington | DE | 19801-0000 | |
| McGuireWoods LLP | James E. Van Horn | 7 Saint Paul Street | Ste 1000 | | Baltimore | MD | 21202-1671 | |
| McGuireWoods LLP | Kenneth M. Misken Esq | David I. Swan Esq | 1750 Tysons Blvd | Ste 1800 | McLean | VA | 22102-4215 | |
| Meyers Law Group P.C. | Michele Thompson Esq | Merle C. Meyers Esq | 44 Montgomery Street | Ste 1010 | San Francisco | CA | 94104-0000 | |
| Michael D. Rexroad | | 5244 Linwick Drive | | | Fuquay Varina | NC | 27526-0000 | |
| Michael McWalters | | P.O. Box 338 | | | Alviso | CA | 95002-0338 | |
| Michael P. Alms | | 4944 Elm Island Circle | | | Waterford | WI | 53185-0000 | |
| Michael R. Thompson | | 564 Old Candia Road | | | Candia | NH | 03034-0000 | |
| Michael Stutts | | 1616 Hastings Bluff | | | McKinney | TX | 75070-0000 | |
| Milbank Tweed Hadley & McCloy LLP | Dennis Dunne Esq | One Chase Manhattan Plaza | | | New York | NY | 10005-1413 | |
| Milbank Tweed Hadley & McCloy LLP | Thomas R. Kreller | 601 South Figueroa St | Ste 3000 | | Los Angeles | CA | 90017-0000 | |
| Milbank Tweed Hadley & McCloy LLP | Thomas R. Kreller Esq Dennis F Dunne | Albert A. Pisa Esq | Andrew M. Leblanc Esq | One Chase Manhattan Plaza | New York | NY | 10005-0000 | |
| Miriam L. Stewart | | 2615 Bailey's Crossroads Rd. | | | Benson | NC | 27504-0000 | |
| Miss Deborah M.M. Jones | | P.O. Box 458 | | | Willow Spring | NC | 27592-0000 | |
| Missouri Dept of Revenue | Bankruptcy Division | Sheryl L. Moreau Esq | PO Box 475 | | Jefferson City | MO | 65105-0475 | |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | | New York | NY | 10022-0000 | |
| Monzack Mersky McLaughlin Browder | Rachel B. Mersky Esq | 1201 N Orange St | Ste 400 | | Wilmington | DE | 19801-0000 | |
| Morris James LLP | Brett D. Fallon Esq | 500 Delaware Ave | Ste 1500 | | Wilmington | DE | 19801-0000 | |
| Morris James LLP | Courtney R. Hamilton | Stephen M. Miller | 500 Delaware Ave | Ste. 1500 | Wilmington | DE | 19801-0000 | |
| Morris James LLP | Michael J. Custer Esq | Carl N. Kunz Esq | 500 Delaware Ave | Ste 1500 | Wilmington | DE | 19801-0000 | |
| Morris Nichols Arsht & Tunnell | Derek C. Abbott | 1201 N. Market Street | | | Wilmington | DE | 19899-0000 | |
| Morris Nichols Arsht & Tunnell LLP | Ann C. Cordo | 1201 N. Market Street | P.O. Box 1347 | | Wilmington | DE | 19899-1347 | |
| Morris, Nichols, Arsht & Tunnell | Andrew R. Remming | 1201 North Market Street | P.O. Box 1347 | | Wilmington | DE | 19899-1347 | |
| Morris, Nichols, Arsht & Tunnell | Eric D. Schwartz | 1201 N.Market Street | P. O. Box 1347 | | Wilmington | DE | 19801-0000 | |
| Morris, Nichols, Arsht & Tunnell LLP | Mary Caloway | 1201 N. Market Street | 18th Floor | P.O. Box 1347 | Wilmington | DE | 19899-1347 | |
| Morris, Nichols, Arsht & Tunnell LLP | Thomas F. Driscoll, III | 1201 North Market Street | | | Wilmington | DE | 19801-0000 | |
| Morris, Nichols, Arsht & Tunnell LLP | William M. Alleman, Jr. | 1201 N. Market Street | 18th Floor | P.O. Box 1347 | Wilmington | DE | 19899-1347 | |
| Najam ud Dean | | 6 Augusta Drive | | | Milbury | MA | 01527-0000 | |
| Nancy Ann Wilson | | 7101 Chase Oaks Blvd. | Apt. #1637 | | Plano | TX | 75025-0000 | |
| Nanette Faison | | 981 Kittrell Road | | | Kitrell | NC | 27544-0000 | |
| Nixon Peabody LLP | Louis J. Cisz III | One Embarcadero Center 18th Fl | | | San Francisco | CA | 94111-3600 | |
| Norton Rose | Tony Reyes | Royal Bank Plaza South Tower | 200 Bay St. Ste. 3800 | | Toronto | ON | M5J 2Z4 | CANADA |
| Nossaman LLP | Robert S. McWhorter Esq | 915 L Street | Ste 1000 | | Sacramento | CA | 95814-0000 | |
| Off of Unemplmt Ins Contrib Div. | MD Department of Labor Licensing & Reg. | Litigation Prosecution Unit | 1100 N. Eutaw St Room 401 | | Baltimore | MD | 21201-0000 | |
| Office of the U.S. Trustee | Mark Kenney Esq | 844 King St | Ste 2207 Lockbox 35 | | Wilmington | DE | 19801-3519 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 4 of 6

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Olive Jane Stepp | | 470 Fairview Road | | | Asheville | NC | 28803-0000 | |
| Orrick Herrington & Sutcliffe LLP | Laura D. Metzger Esq | Raniero D'Aversa Jr. Esq | 51 West 52nd Street | | New York | NY | 10019-6142 | |
| Pachulski Stang | Timothy P. Cairns | Laura Davis Jones | 919 N. Market Street | 17th Floor | Wilmington | DE | 19899-8705 | |
| Pamela J. Powell | | 676 Brookview Drive | | | Chapel Hill | NC | 27514-0000 | |
| Partridge Snow & Hahn LLP | Lauren F. Verni | Patricia Antonelli | 180 S. Main Street | | Providence | RI | 02903-0000 | |
| Patterson Belknap Webb & Tyler | Brian P. Guiney | Daniel A. Lowenthal | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | |
| Patterson Harkavy | Ann Groninger Esq | 225 E. Worthington Ave | Ste 200 | | Charlotte | NC | 28203-0000 | |
| Paul Douglas Wolfe | | 113 Red Drum Lane | | | Gloucester | NC | 28528-0000 | |
| Paul Hastings Janofsky & Walker LLP | Robert Winter | 875 15th St N.W. | | | Washington | DC | 20005-0000 | |
| Paul Weiss Rifkind Wharton & Garrison | Marilyn Sobel | Stephen J. Shimshak | 1285 Ave of the Americas | | New York | NY | 10019-6064 | |
| Pension Benefit Guaranty Corp | Stephen D. Schreiber Esq | Vicente Matias Murrell Esq | 1200 K St NW | | Washington | DC | 20005-4026 | |
| Pepper Hamilton LLP | Henry Jaffe Esq | 1313 Market Street | Ste 5100 | | Wilmington | DE | 19801-0000 | |
| Pepper Hamilton LLP | Leigh-Anne M. Raport Esq | Evelyn J. Meltzer Esq | David B. Stratton Esq | 1313 Market Street Ste 5100 | Wilmington | DE | 19801-0000 | |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Esq | 4025 Woodland Park Blvd | Ste 300 | | Arlington | TX | 76013-0000 | |
| Pinckney Harris & Weidinger LLC | Kevin M. Capuzzi | Donna L. Harris | 1220 N. Market Street | Ste 950 | Wilmington | DE | 19801-0000 | |
| Polsinelli Shughart PC | Justin K. Edelson Esq | Christopher A. Ward Esq | 222 Delaware Ave | Ste 1101 | Wilmington | DE | 19801-0000 | |
| Post & Schell P.C. | Brian W. Bisignani Esq | 17 N 2nd Street | 12th Floor | | Harrisburg | PA | 17101-1601 | |
| Potter Anderson & Corroon LLP | Gabriel R. MacConaill | 1313 North Market Street | | | Wilmington | DE | 19801-0000 | |
| Poyner Spruill LLP | Shannon E. Hoff | 301 S. College Street | Ste 2300 | | Charlotte | NC | 28202-0000 | |
| Prickett Jones & Elliott PA | Bruce E. Jameson | 1310 King Street | Box 1328 | | Wilmington | DE | 19899-0000 | |
| Pryor Cashman LLP | Ronald S. Beacher Esq. | 7 Times Square | | | New York | NY | 10036-0000 | |
| Rahul Kumar | | C-701 Neelachal Apt. Plot No 3 | Sector 4, Dwarka | | New Delhi | | 110078 | INDIA |
| Ralph MacIver | | 116 Honeycomb Lane | | | Morrisville | NC | 27560-0000 | |
| Ray Quinney & Nebeker P.C. | Stephen C. Tingey Esq | 36 South State Street | Ste 1400 | | Salt Lake City | UT | 84145-0385 | |
| Raymond Turner | | 1813 Eric Drive | | | Graham | NC | 27253-0000 | |
| Reading Bankr & Complaince Unit | UC Tax Agent/Bankr Rep | PA Department of Labor & Industry | Denise A. Mertz | 625 Cherry St Room 203 | Reading | PA | 19602-1184 | |
| Reed Smith LLP | J. Cory Falgowski Esq | Kurt F. Gwynne Esq | 1201 N Market Street | Ste 1500 | Wilmington | DE | 19801-0000 | |
| Reid T. Mullett | | 4224 Thamesgate Close | | | Norcross | GA | 30092-0000 | |
| Remajos Brown | | 2353 Sword Drive | | | Garland | TX | 75044-6036 | |
| Richard Hodges | | 913 Windemere Lane | | | Wake Forest | NC | 27587-0000 | |
| Richard Lynn Engleman | | 1505 Nevada Drive | | | Plano | TX | 75093-0000 | |
| Richard M. Kremen Esq | Dale K. Cathell Esq | DLA Piper LLP (US) | 6225 Smith Ave | | Baltimore | MD | 21209-0000 | |
| Richards Layton & Finger | Christopher M. Samis Esq | Mark D. Collins Esq | One Rodney Square | 920 N King St | Wilmington | DE | 19801-0000 | |
| Richards Layton & Finger, P.A. | Drew G. Sloan | 920 North King Street | | | Wilmington | DE | 19801-0000 | |
| Richards, Layton & Finger, P.A. | Christopher M. Samis | 920 N. King Street | One Rodney Square | | Wilmington | DE | 19801-0000 | |
| Richards, Layton & Finger, P.A. | Drew G. Sloan | 920 North King Street | | | Wilmington | DE | 19801-0000 | |
| Riddell Williams P.S. | Joseph E. Shickich Jr. Esq | 1001 4th Ave | Ste 4500 | | Seattle | WA | 98154-1192 | |
| Robbins Geller Rudman & Dowd LLP | David A. Rosenfeld | Samuel H. Rudman | 58 S. Service Road | Ste 200 | Melville | NY | 11747-0000 | |
| Robert Dale Dover | | 2509 Quail Ridge Road | | | Melissa | TX | 75454-0000 | |
| Robert Joseph Martel | | 200 Lighthouse Lane | Apartment B3 | | Cedar Point | NC | 28584-0000 | |
| Robinson Bradshaw & Hinson P.A. | Ty E. Shaffer Esq | David M. Schilli Esq | 101 North Tryon Street | Ste 1900 | Charlotte | NC | 28246-0000 | |
| Roger G. Carlsen | | 390 E. Paseo Celestial | | | Sahuarita | AZ | 85629-0000 | |
| Ronald J. Rose Jr. | | 26 Pheasant Run | | | Ballston Spa | NY | 12020-0000 | |
| Ropes & Gray LLP | Anne H. Pak | Mark I. Bane | 1211 Ave of the Americas | | New York | NY | 10036-8704 | |
| Ropes & Gray LLP | Patricia I. Chen | James M. Wilton | Prudential Tower | 800 Boylston St | Boston | MA | 02199-3600 | |
| Sandra Aiken | | 3166 Tump Wilkins Road | | | Stern | NC | 27581-0000 | |
| Scott David Howard | | 2050 Cabiao Road | | | Placerville | CA | 95667-0000 | |
| Scott Gennett | | 16 Wildwood Street | | | Lake Grove | NY | 11755-0000 | |
| SEC NY Regional Office | Bankruptcy Division | Alistar Bambach | 3 World Financial Center | Ste 400 | New York | NY | 10281-1022 | |
| SEC NY Regional Office | | 233 Broadway | | | New York | NY | 10279-0000 | |
| Secretary of State | Div of Corporations - Franchise Tax | John G. Townsend Bldg. | 401 Federal St. Ste. 4 | | Dover | DE | 19901-0000 | |
| Secretary of Treasury | John G. Townsend Bldg. | 401 Federal St. Ste. 4 | | | Dover | DE | 19901-0000 | |
| Securities & Exchange Commission | | 100 F St NE | | | Washington | DC | 20549-0000 | |
| Sheppard Mullin Richter & Hampton LLP | Kimberly K. Smith Esq | Carren B. Shulman Esq | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112-0000 | |
| Shirley Maddry | | 2519 Riddle Road | | | Durham | NC | 27703-0000 | |
| Sirlin Gallogly & Lesser | Dana S. Plon Esq | 123 S. Broad Street | Ste 2100 | | Philadelphia | PA | 19109-0000 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 5 of 6

Exhibit A
Core 2002 Service List - First-Class Mail

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Skadden Arps Slate Meagher & Flom LLP | Sarah E. Pierce | One Rodney Square | PO Box 636 | | Wilmington | DE | 19899-0636 | |
| Smith Anderson Blount Dorsett | Anna B. Osterhout Esq | Amos U. Priester IV Esq | P.O. Box 2611 | | Raleigh | NC | 27602-2611 | |
| Smith Katzenstein & Jenkins LLP | Kathleen M. Miller Esq | 800 Delaware Ave | 10th Floor | | Wilmington | DE | 19801-0000 | |
| State of MI Dept of Treasury | Deborah B. Waldmeir Esq | Attn: Nathan Fuchs | 3030 W Grand Blvd. | Cadillac Place Ste 10-200 | Detroit | MI | 48202-0000 | |
| Stempel Bennett Claman & Hochberg PC | Edmond P. O'Brien Esq | 675 Third Ave | 31st Floor | | New York | NY | 10017-0000 | |
| Stephen Gale | Herbert Smith | Exchange House | Primrose Streeet | | London | | EC2A 2HS | UNITED KINGDOM |
| Steven E. Bennett | | 37052 Chestnut Street | | | Newark | CA | 94560-0000 | |
| Stevens & Lee P.C. | Maria Aprile Sawczuk Esq | 1105 N Market St | 7th Floor | | Wilmington | DE | 19801-0000 | |
| Sullivan Hazeltine Allinson LLC | Elihu Ezekiel Allinson, III | 901 North Market Street | Suite 1300 | | Wilmington | DE | 19801-0000 | |
| Sullivan Hazeltine Allinson LLC | William D. Sullivan Esq | 4 E 8th Street | Ste 400 | | Wilmington | DE | 19801-0000 | |
| Sumitomo Electric | Chris Finch Credit Manager | 78 Alexander Drive | PO Box 13445 | | Triangle Park | NC | 27709-0000 | |
| Susan Ann Heisler | | 133 Anna Road, Box 194 | | | Blakelee | PA | 18610-0000 | |
| Swartz Campbell LLC | Nicholas Skiles Esq | 300 Delaware Ave | Ste 1410 | | Wilmington | DE | 19801-0000 | |
| Tax Authority Consulting Services P.C. | Mark K. Ames | P. O. Box 1770 | | | Midlothian | VA | 23113-0000 | |
| Terry D. Massengill | | 126 Keri Drive | | | Garner | NC | 27529-0000 | |
| The InTech Group Inc. | Ernie Holling President | 305 Exton Commons | | | Exton | PA | 19341-0000 | |
| The Interpublic Group of Companies | Nicholas Vianna | 1114 Ave of the Americas | 19th Floor | | New York | NY | 10036-0000 | |
| Thelma Watson | | P.O. Box 971 | | | Bath | SC | 29816-0000 | |
| Tishler & Walk Ltd. | Jeffrey B. Rose | 200 S. Wacker Drive | Ste 3000 | | Chicago | IL | 60606-0000 | |
| Togut Segal & Segal LLP | Albert Togut | Neil Berger | One Penn Plaza | | New York | NY | 10119-0000 | |
| Travelers | Attn: Chantel Pinnock | 1 Tower Square | 5MN | | Hartford | CT | 06183-4044 | |
| TW Telecom Inc. | Linda Boyle | 10475 Park Meadows Dr | Ste 400 | | Littleton | CO | 80124-0000 | |
| U.S. Dept of Justice Civil Div | Seth B. Shapiro Esq | P.O. Box 875 | Ben Franklin Station | | Washington | DC | 20044-0000 | |
| U.S. Dept of Justice Tax Div | Jan M. Geht Esq | P.O. Box 227 | | | Washington | DC | 20044-0000 | |
| Unisys Corporation | Janet Fitzpatrick | P.O. Box 500 | M/S E8-108 | | Blue Bell | PA | 19424-0000 | |
| Universal Service Administrative Co | David Capozzi | Acting General Counsel | 2000 L St NW | Ste 200 | Washington | DC | 20036-0000 | |
| US Attorney's Office | District of Delaware | 1007 N. Orange Street | | | Wilmington | DE | 19801-0000 | |
| Vedder Price P.C. | Michael L. Schein Esq | 1633 Broadway | 47th Floor | | New York | NY | 10019-0000 | |
| Vedder Price P.C. | Robert f. Simon | Douglas J. Lipke | North LaSalle St Ste 2600 | | Chicago | IL | 60601-0000 | |
| Vernon M. Long | | 4929 Kelso Lane | | | Garland | TX | 75043-0000 | |
| Victoria Anstead | | 3894 Ridge Lea Road #A | | | Amherst | NY | 14228-0000 | |
| VonBriesen & Roper S.C. | Randall D. Crocker Esq | 411 E Wisconsin Ave | Ste 700 | | Milwaukee | WI | 53202-0000 | |
| Vorys Sater Seymour and Pease | Tiffany Strelow Cobb | 55 East Gay St | | | Columbus | OH | 43215-0000 | |
| Wachtell Lipton Rosen & Katz | Douglas K. Mayer Philip Mindlin | Benjamin M. Roth | Gregory E. Pessin | 51 West 52nd St | New York | NY | 10019-0000 | |
| Wanda Jacobs | | 801 Dupree Street | | | Durham | NC | 27701-0000 | |
| Wayne J. Schmidt | | 5346 S. Mohave Sage Drive | | | Gold Canyon | AZ | 85118-0000 | |
| Wendy Boswell Mann | | 2114 Claret Lane | | | Morrisville | NJ | 27560-0000 | |
| Werb & Sullivan | Duane D. Werb Esq | 300 Delaware Ave | 13th Floor | | Wilmington | DE | 19801-0000 | |
| Wildman Harrold Allen & Dixon LLP | Mary E. Olson | 225 West Wacker Drive | Ste 3000 | | Chicago | IL | 60606-0000 | |
| William A. Reed | | 7810 Heaton Drive | | | Theodore | AL | 36582-2362 | |
| William E. Johnson | | 2865 Horsemans Ridge Drive | | | Clayton | NC | 27520-0000 | |
| Willkie Farr & Gallagher LLP | Brian E. O'Connor | Sameer Advani | Marc Abrams | 787 7th Ave | New York | NY | 10019-6099 | |
| Willkie Farr & Gallagher LLP | Jeremy E. Crystal Esq | 787 7th Ave | | | New York | NY | 10019-0000 | |
| Wilson Elser Moskowitz Edelman & Dicker | Mark G. Ledwin Esq | 3 Gannett Drive | | | White Plains | NY | 10604-0000 | |
| Winston & Strawn LLP | Nancy G. Everett | 35 W. Wacker Drive | | | Chicago | IL | 60601-0000 | |
| Wolff & Samson PC | Robert E. Nies Esq | The Offices at Crystal Lake | One Boland Drive | | West Orange | NJ | 07052-0000 | |
| Womble Carlyle Sandridge & Rice PLLC | Matthew P. Ward | Steven K. Kortanek | 222 Delaware Ave | Ste 1501 | Wilmington | DE | 19801-0000 | |
| Young Conaway | Edwin J. Harron | James L. Patton | 1000 W. King Street | | Wilmington | DE | 19801-0000 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 6 of 6

# Exhibit B

# CONFIDENTIAL LTD PARTIES

# FILED UNDER SEAL PURSUANT TO ORDER DATED FEBRUARY 8, 2013 [Docket No. 9389]