# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 03/08/2013
Calendar Time: 02:00 PM ET

*Amended Calendar 03/08/2013 11:24 AM*

Page 2 of 9

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Derek C. Abbott | | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Derek Adler | | Hughes Hubbard & Reed LLP (New York) | Interested Party, Joint Administrators and Foreign Representatives / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Sameer Advani | | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Justin Alberto | | Bayard P.A. | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Manas Babbili | | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Joseph Badtke-Berkow | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Jonathan Barnett | | Covalent Partners | Interested Party, Covalent Partners / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Eric Bilmes | | HBK Capital Management | Interested Party, HBK Capital Management / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | David E. Blabey, Jr. | | Kramer Levin Naftalis & Frankel, LLP | Creditor, Aurelius / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | Scott Bomhof | | Torys, LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld L.L.P | Creditor, Official Commitee Of Unsecured Creditors / LIVE |

| Case Name | Case # | Type | Name | Firm | Representing |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Brian L. Brager | Hain Capital Group, LLC | Creditor, Hain Capital Group, LLC / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Justin Brass | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Peg Brickley | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | James Bromley | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Oliver Butt | JPMorgan Chase & Co. | Creditor, JPMorgan Chase & Co. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Mary Caloway | Buchanan, Ingersoll & Rooney | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Jay Carfagnini | Goodmans, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Susan S. Chen | Macquarie Capital (USA), Inc. | Creditor, Macquarie Bank / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Esther Chung | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Steven H. Church | Bloomberg LP | Interested Party, Steven H. Church / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Kenneth Coleman | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Ann C. Cordo | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Gregor Dannacher | Kamunting Street | Creditor, Jack Mui / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Cindy Delano | Milbank, Tweed, Hadley & McCloy, LL | Interested Party, Ad Hoc Commitee / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | John Dorsey | Young, Conaway Stargatt & Taylor, LL | Debtor, Joint Administrator / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Dennis Dunne | Milbank, Tweed, Hadley & McCloy, LL | Creditor, The Bondholder Group / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Matthias Ederer | Wingspan Investment Management | Interested Party, Wingspan Investment Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Matthew Ehmer | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Matthew Fagen | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Jeffrey Farkas | RBS Securities, Inc. | Creditor, RBS Securities / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Patrick Fitzgerald | Gleacher & Company | Interested Party, Bondholder / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Simon Freemantle - Client | Young, Conaway Stargatt & Taylor, LL | Interested Party, Simon Freemantle / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Stephen Gale | Herbert Smith | Interested Party, Joint Administrator / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Angela Dimsdale Gill  Matthew Bullen | Hogan Lovells International LLP | Representing, Nortel Networks UK Pension Trust / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Matthew Gottlieb | Lax, O'Sullivan, Scott & Lisus | Administrator(s), Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Brian Guiney | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Daniel Guyder | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Thomas Hals | Thomson & Reuters | Interested Party, Thomas Hals / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Lily Harmer | Paliare Roland & Rosenberg | Representing, Financial Services Commission of Ontario / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Stephen Harris | Ernst & Young | Administrator(s), Nortel Networks UK (Joint Administrator) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Edwin Harron | Young, Conaway Stargatt & Taylor, LL | Interested Party, Joint Administrator / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Adam Hirsh | Osler, Hoskin & Harcourt, LLP | Respondent, Former Director of NNC & NNL / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Fred S. Hodara | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Carras Holmstead | Stone Lion Capital Partners | Interested Party, Stone Lion Capital Partners / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Arthur Jacques | Shibley Righton, LLC. | Creditor, Nortel Cont. Employees / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Brad Kahn | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Daniel B. Kamensky | Paulson & Company | Interested Party, Daniel B. Kamensky / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Jeremiah E. Keefe | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Michael J. Kennedy | Chilmark Partners | Other Prof., Chilmark Partners / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Mark Kenney | Office of the United States Trustee | U.S. Trustee, Office of the United States Trustee / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | James S. Kim | Symphony Asset Management | Interested Party, Symphony Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Edmond Lamek | Borden Ladner Gervais LLP | Trustee, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Richard Lawson | Herbert Smith | Interested Party, Joint Administrator / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Andrew LeBlanc | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, The Bondholder Group / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Scott Leckie | Takota Asset Management | Interested Party, Takota Asset Management / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Michael Linn | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Phillip Lis | Herbert Smith | Administrator(s), Nortel Networks UK (Joint Administrator) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Kevin Lloyd | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Daniel A. Lowenthal | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Michael Luskin | Luskin, Stern & Eisler, LLP | Interested Party, Luskin, Stern & Eisler, LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | James Macinnis | Deutsche Bank | Interested Party, Deutsche Bank / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Kathleen P. Makowski | Pachulski Stang Ziehl & Jones | Interested Party, Representing, Ad Hoc Committee of Bondholders / LIVE (All Offi) |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Elder Marques | McCarthy Tetrault, LLP | Interested Party, Morneau Chapelle, Ltd. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | James C. Martin | Morgan Stanley - New York | Interested Party, Morgan Stanley / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Thomas Matz | Milbank, Tweed, Hadley & McCloy, LLI | Creditor, The Bondholder Group / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Scott T. McCabe | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Murray McDonald | Ernst & Young | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Selinda A. Melnik | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Stephen Miller | Morris James LLP | Creditor, Law Debenture / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Dan Mindel | Herbert Smith | Administrator(s), Nortel Networks UK (Joint Administrator) / LISTEN ONLY |

| Case | Type | Name | | Firm/Party | Role |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Brian E. O'Connor | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Neil J. Oxford | Hughes Hubbard & Reed LLP (New York) | Interested Party, Hughes Hubbard & Reed LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Amit P. Patel | Avenue Capital | Interested Party, Avenue Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Lisa Phan | Nomura Securities | Interested Party, Nomura Securities / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Ryan Polisi | Ryan Polisi - In Pro Per/Pro Se | Interested Party, Ryan Polisi / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | James Powers | Water Island Capital | Creditor, Water Island Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | David Quane - Client | Young, Conaway Stargatt & Taylor, LLP | Interested Party, David Quane / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | John Ray | Nortel Networks Inc. | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Michael J. Riela | Latham & Watkins LLP | Creditor, Bank of New York Mellon / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Steven Robinson | Aristeia Capital | Interested Party, Aristeia Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Ken Rosenberg | Paliare Roland & Rosenberg | Representing, Financial Services Commission of Ontario / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Matthew Rosenberg | Chilmark Partners | Interested Party, Matthew Rosenberg / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Dennis Ruggere | UBS Securities LLC | Creditor, UBS / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | John Salmas | Heenan Blaikie | Creditor, Wilmington Trust, National Association / LIVE |

| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Chris Samis | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Steve Sanderson | Ernst & Young | Interested Party, Steve Sanderson / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Bill J. Schwartz | CitiGroup | Interested Party, CitiGroup / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Robin Schwill | Davies Ward Phillips & Vineberg LLP | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | James Seery | River Birch Capital | Creditor, River Birch Capital / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Hondo Sen | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Adam Slavens | Tory's LLP | Interested Party, Tory's LLP / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Mitchell Sockett | King Street Capital Management, LLC | Interested Party, King Street Capital Management, LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Rebecca J. Song | Citi Capital Advisors | Representing, CITI / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Jennifer Stam | Gowlings Lafleur & Henderson LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Max Starnino | Paliare Roland & Rosenberg | Representing, Financial Services Commission of Ontario / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Jonathan Stemerman | Elliott Greenleaf | Creditor, Official Committee of LPD / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Derrick Tay | Gowlings Lafleur & Henderson LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Leonardo Trivigno | Carter Ledyard & Milburn | Interested Party, Wilmington Trust Company / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Barry Wadsworth | CAW Canada | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |

| | | | | |
|---|---|---|---|---|
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | David Ward | Cassels, Brock & Blackwell | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | John Whiteoak | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Benjamin Zarnett | Goodmans, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Howard Zelbo | Cleary Gottlieb Steen & Hamilton LLP | Debtor, Nortel Networks, Inc / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Mark Zigler | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LIVE |
| Nortel Networks Inc., et al. and Nanette Faison | 09-10138 | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |

*Dennis Lafferty*
*Justice Geoffry Morawetz*

*Goldman Sachs Canada*