IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 9585** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 7, 2013, I caused to be served the "Order Granting Debtors' Twenty-Ninth Omnibus Objection (Substantive) to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (No-Basis Claims, Modify and Allow Claims, Reclassify and Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended or Superseded Claims, No-Basis 503(B)(9) Claims and No-Basis Pension Claims)," dated March 5, 2013 [Docket No. 9585], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
____ day of March, 2013

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\NORTEL\Affidavits\29th Omni Ord_DI 9585_AFF_3-7-13_KH.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ATALLA, ASHRAF W | 15 WAVERLY PL SOUTH BRUNSWICK NJ 08852 |
| AVERY, BARBARA A | 411 PLAZA DR GARNER NC 27529 |
| BALL, LORETTA E | 1709 ENON RD. OXFORD NC 27565 |
| BEASLEY, PATSY J | P O BOX 935 CONYERS GA 30012-0935 |
| BRACE, L STEPHEN | 76 METROPOLITAN AVE ASHLAND MA 01721 |
| BUI, TAM B | 1991 UPHALL COURT SAN JOSE CA 95121 |
| CHAPMAN, JAMES L | P.O. BOX 1111 CREEDMOOR NC 27522 |
| CIRILO, ELLEN P | 1045 E. GREEN ST. PASADENA CA 91106 |
| CITIZEN BANK | 2 COLE ST. SALEM NH 03079 |
| CLAY, RANDAL | 436 FOX TRAIL ALLEN TX 75002 |
| COAKLEY, BILLY W. SR. | 573 VERONICA RD. GEORGETOWN SC 29440 |
| COAKLEY, BILLY WAYNE SR. | 573 VERONICA ROAD GEORGETOWN SC 29440 |
| DANIELS, TANYA | 2676 BERMAN ROAD NORTH AURORA IL 60542 |
| DINAPOLI, VINCENT A | 48 HALF MOON TRAIL S KINGSTON RI 02879 |
| EUBANKS, GAYLA E | 1193 ADAMS MOUNTAIN RD. STEM NC 27581 |
| FAIR HARBOR CAPITAL, LLC AS | ASSIGNEE OF KHAI VO PO BOX 237037 NEW YORK NY 10023 |
| FOSTER, KAREN D. | 9231 VINEWOOD DRIVE DALLAS TX 75228 |
| GAO, LANYUN | 4405 BELVEDERE DR. PLANO TX 75093 |
| GODFREY, CLAUDE W | 4809 34TH AVE N GOLDEN VALLEY MN 55422 |
| GOMEZ, MAGDALENA | 22 - 406 AVE DES PINS OUEST MONTREAL QC H2W 1S2 CANADA |
| GOODE, TERESA V | 2661 NEW HP CH RD RALEIGH NC 27604 |
| HALLORAN, ROBERT J | 2 COLE ST SALEM NH 03079 |
| HAYDOCK, JOSEPH | 613 ARCHIE PLACE SYCAMORE IL 60178 |
| HOPKINS, DAWN | 1212 TEMPLE CREST DRIVE FRANKLIN TN 37069 |
| HOPKINS, DAWN | 1212 TEMPLE CREST DR FRANKLIN TN 37069-7219 |
| JETTON, JOANIE D | 704 CLAIBORNE STREET APT B GOLDSBORO NC 27530 |
| JETTON, JOANIE D. | 704-B E. CLAIBORNE ST. GOLDSBORO NC 27530 |
| KENNEDY, LOUISE N | 3512 SCENIC DR DENVILLE NJ 07834 |
| KETTLEDON, LORRAINE | 1726 CORBIN AVE NEW BRITAIN CT 06053 |
| KETTLEDON, LORRAINE A | 1726 CORBIN AVENUE NEW BRITAIN CT 06053 |
| KLAMMER, DALE N. | 11044 TERRACE RD. NE MINNEAPOLIS MN 55434 |
| KLINE, ANDRIA | 7612 FLAMINGO WAY SACRAMENTO CA 95828-3430 |
| LA CHAPELLE, DONNA | 23 SIROS LAGUNA NIGUEL CA 92677 |
| LARA, ENRIQUE | 17042 WESTGROVE DR. ADDISON TX 75001 |
| LARA, ENRIQUE | DAVID L. SMITH ATTORNEY AT LAW 2223 ROYAL LN. DALLAS TX 75229 |
| LE, JOHN Q. | 4417 KELLY DR. RICHARDSON TX 75082 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BARTLETT, ELLEN ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LITTLE, DONNA | PO BOX 110 GOODLETTSVILLE TN 37070 |
| LITTLE, DONNA M. | PO BOX 110 GOODLETTSVILLE TN 37070 |
| LOPEZ, RICARDO | C-5 6TH STREET ALTURAS FLAMBOYAN BAYAMON PR 00959 |
| LOPEZ, RICARDO A | C-5 6TH STREET ALTURAS FLAMBOYAN BAYAMON PR 00959 |
| LOPEZ, RICARDO A | CALLE 6C-5 ALT DE FLAMBOYAN BAYAMON PR 00959 |
| LUBBERS, THOMAS | 5607 GREEN CIRCLE DRIVE APT 1 MINNETONKA MN 55343 |
| LUBBERS, THOMAS F | 5607 GREEN CIRCLE DR APT 1 MINNETONKA MN 55343 |
| NAQVI, JAFFAR | JAFFAR NAQVI 2909 BENCHMARK DR PLANO TX 75023 |
| NAQVI, JAFFAR | 13 SUVA CT. SAN RAMON CA 94582 |
| NGUYEN, LONG | 2961 CRYSTAL SPRINGS LANE RICHARDSON TX 75082 |
| POLITZ, JOHN | 211 HILL STREET FARMERSVILLE TX 75442 |
| POLITZ, JOHN B. | 211 HILL ST. FARMERSVILLE TX 75442 |

| Claim Name | Address Information |
|---|---|
| PRESCOTT, SILVAN A | 114 45 173 ST ST ALBANS NY 11434 |
| REYMANN, MICHAEL H | 37805 REMINGTON DR PURCELLVILLE VA 22132 |
| SCOTT, RACHEL B | 3321 EZELL ROAD NASHVILLE TN 37211 |
| SEPULVEDA (CIRILO), ELLEN | 1045 E GREEN STREET PASADENA CA 91106 |
| SHARP, JOHN B III | 2733 W AGATITE AVE CHICAGO IL 60625-3801 |
| SIMMONS, LORAINE | 324-3 MONA DRIVE DOTHAN AL 36303 |
| SNYDER, TONY P | 8317 OLD NC HWY 86 CHAPEL HILL NC 27516 |
| STARKS, LAWRENCE L | 5149 WEST WASHINGTON STREET CHICAGO IL 60644 |
| STOUT, NORMAN T | 12138 CEMENT HILL RD NEVADA CITY CA 95959 |
| THOMAS, DELORIS F | 101 EAST TIFFANY LAKES DR., APT. 4 WEST PALM BEACH FL 33407 |
| THOMAS, DELORIS S. | 101 EAST TIFFANY DRIVE APT# 4 WEST PALM BEACH FL 33407 |
| TRAN, THANH T | 2013 BROOK TREE DR. GARLAND TX 75040 |
| TURNER, JUANITA M | 7116 BLAYLOCK RD BAHAMA NC 27503 |
| UNDERWOOD, WILMA FAYE | 584 HERMITAGE DR SAN JOSE CA 95134 |
| VAN, RICHARD A | 42106 COSMIC DR TEMECULA CA 92592-3279 |
| WATSON, JOHN JR | 4638 COLONIAL AVE JACKSONVILLE FL 32210 |
| WATSON, JOHN JR | JOHN WATSON JR 4638 COLONIAL AVE JACKSONVILLE FL 32210 |
| WELSH, KELLY | 32 VICTORIA RD NORTH BABYLON NY 11703 |
| WONG, FREDDIE F | 88 FRANCIS ST UNIT 1 WALTHAM MA 02451-4366 |
| YOUNG, TINA L | 670 W. WALCOTT PILOT POINT TX 76258 |

**Total Creditor count  69**