**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| Debtors. | ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) ss.:
COUNTY OF NEW CASTLE )

AURELIA LYLES, being duly sworn, hereby deposes and says:

1. I am a competent adult and am otherwise capable of making this sworn statement.

2. I am a paralegal with the law firm of Elliott Greenleaf in Wilmington, Delaware, which is counsel to the debtor in this action.

3. On February 25, 2013, pursuant to Rule 9022-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I caused a copies of the following documents to be served upon the parties on the attached service list via Fed Ex Express and USPS Overnight mail service to The Official Committee of Long-Term Disability Members and participants:

   a. *Estimate of Individual Allocation of Settlement Amount Package and Related Documents*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4. I declare under the penalty of perjury that the foregoing is true and correct.

Aurelia Lykes, Paralegal
ELLIOTT GREENLEAF
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Phone: (302) 384-9400
Fax: (302) 384-9399
axl@elliottgreenleaf.com

Sworn to and subscribed
before me this 8th day
of March, 2013.

DARA JILL CUPINGOOD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Jan. 23, 2014

**SERVICE LIST**

[*The Service List Addresses of The Official Committee of Long-Term Disability Members and Participants was filed under seal pursuant to the Amended Order Authorizing the Debtors and the Retiree Committee to File Under Seal Certificates of Service Related to LTD Employees,* (Doc. No. 9389, 2/8/2013).]