IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                          ) SS
NEW CASTLE COUNTY  )

        Debbie Laskin, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Joint Administrators being duly sworn according to law, deposes and says that on March 4, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

Joint Administrators' Supplemental Memorandum of Law in Support of Their (I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration [D.I. 9569]

Notice of Filing of Supplementary Submissions of the Joint Administrators of Nortel Networks UK Limited and the EMEA Debtors [D.I. 9574]

                                                              _____
                                                              Debbie Laskin

        SWORN TO AND SUBSCRIBED before me this ___7th___ day of March 2013.

                                                                           _____
                                                                          Notary Public
                                                                          My Commission Expires:

                                  ERICA A. BROYLES
                                  NOTARY PUBLIC
                               STATE OF DELAWARE
                         My commission expires Sept. 6, 2013

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

## SERVICE LIST

Derek C. Abbott, Esq.
Anne Cordo, Esq.
Thomas F. Driscoll, III, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
(Chapter 11 Debtors)
*Hand Delivery*

Mary F. Caloway
Buchanan Ingersoll & Rooney
1105 North Market Street, Suite 1900
Wilmington, DE 19801
(Ernst & Young Inc., Monitor and Foreign Rep - Canadian Nortel)
*Hand Delivery*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Fred S. Hodara, Esq.
David Botter, Esq.
Ryan C. Jacobs, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Official Committee of Unsecured Creditors)
*First Class Mail*

Patrick Tinker, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*Hand Delivery*

William F. Taylor, Esq
McCarter & English, LLP
405 North King Street, 8th Floor
Renaissance Centre
Wilmington, DE 19899
(Retirees Committee)
*Hand Delivery*

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Chapter 11 Debtors
*First Class Mail*

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
(Ernst & Young Inc., as Monitor)
*First Class Mail*

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005
(Ad Hoc Group of Bondholders)
*First Class Mail*

Laura D. Jones, Esq
Pachulski Stang Ziehl Jones LLP
919 N. Market Street, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705
(Ad Hoc Committee Noteholders)
*Hand Delivery*

Michael Riela, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
(Post Petition Lender)
*First Class Mail*

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal
One Penn Plaza
New York, NY 10119
Counsel to the Official Committee of Unsecured Creditors
*First Class Mail*

Rafael X. Zahralddin-Aravena, Esquire
Shelley A. Kinsella, Esquire
Andrew G. Mirisis, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
P.O. Box 2327
Wilmington, DE 19801
(Committee of Long Term Disability Participants)
*Hand Delivery*