**San Jose Mercury News**
750 RIDDER PARK DRIVE
SAN JOSE, CALIFORNIA 95190
408-920-5332

# PROOF OF PUBLICATION

**IN THE**
**CITY OF SAN JOSE**
**STATE OF CALIFORNIA**
**COUNTY OF SANTA CLARA**

MILLER ADVERTISING
71 FIFTH AVE
NEW YORK NY 10003-0000

## FILE NO. R2150011

In the matter of

The San Jose Mercury News

The undersigned, being first duly sworn, deposes and says: That at all times hereinafter mentioned affiant was and still is a citizen of the United States, over the age of eighteen years, and not a party to or interested in the above entitled proceedings; and was at and during all said times and still is the principal clerk of the printer and publisher of the San Jose Mercury News, a newspaper of general circulation printed and published daily in the city of San Jose in said County of Santa Clara, State of California as determined by the court's decree dated June 27, 1952, case numbers 84096 and 84097, and that said San Jose Mercury News is and was at all times herein mentioned a newspaper of general circulation as that term is defined by Sections 6000 and following, of the Government Code of the State of California and, as provided by said sections, is published for the dissemination of local or telegraphic news and intelligence of a general character, having a bona fide subscription list of paying subscribers, and is not devoted to the interests or published for the entertainment or instruction of a particular class, professional, trade, calling, race or denomination, or for the entertainment and instruction of any number of such classes, professionals, trades, callings, races or denominations; that at all times said newspaper has been established, printed and published in the said city of San Jose in said County and State at regular intervals for more than one year preceding the first publication of the notice herein mentioned. Said decree has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a true printed copy, has been published in each regular or entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**2/20/2013**

Dated at San Jose, California
02/20/13

I declare under penalty of perjury that the foregoing is true and correct.

Signed [signature]

Principal clerk of the printer and publisher of the San Jose Mercury News.

said it was a more realistic repayment schedule that [illegible] 584-seat blue cube-shaped auditorium in [illegible] costs on the aging theater [illegible]

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: Nortel Networks Inc., et al., Debtors.

Chapter 11
Case No. 09-10138 (KG)
Jointly Administered
**RE: 9304, 9427**

OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS, Plaintiffs,

v.

NORTEL NETWORKS INC., et al., Defendants.

Adv. Proc. No. 12-50995 (KG)
**Re: 15, 26**

## NOTICE OF PROPOSED SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, CONDITIONAL CERTIFICATION OF A CLASS FOR SETTLEMENT PURPOSES ONLY AND TERMINATION OF BENEFITS UNDER CERTAIN NORTEL BENEFIT PLANS

**PLEASE TAKE NOTICE** that the Debtors in the above captioned cases (the "Debtors" or "Nortel") [illegible]

**PLEASE TAKE NOTICE** [illegible]

**PLEASE TAKE NOTICE** [illegible]

**PLEASE TAKE NOTICE** [illegible]

**PLEASE TAKE NOTICE** that on January 18, 2013, Nortel and the LTD Committee jointly filed [illegible] on **April 30, 2013 at 10:00 am (prevailing Eastern time)**, the Court will hold a hearing on the Approval Motion [illegible]

[illegible] The Settlement Agreement also will finally resolve the Class Complaint and any objection(s) you have filed in opposition to the LTD Termination Motion. You should read the Settlement Agreement in its entirety.

**PLEASE TAKE NOTICE** that any person wishing to object to the Settlement Agreement or the termination of the LTD Plans for any reason whatsoever must file a written response or objection (an "Objection") if any, to the Approval Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **April 19, 2013 at 4:00 pm (prevailing Eastern time)** (the "Objection Deadline") that is served on the following parties so as to be received on or before **April 19, 2013 at 4:00 pm (prevailing Eastern time)**: [illegible]

**ANY LTD EMPLOYEE WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT OR THE TREATMENT OF HIS OR HER CLAIM THEREUNDER (INCLUDING THE RELEASE OF CLAIMS) BY APRIL 19, 2013 AT 4:00 PM (PREVAILING EASTERN TIME) IN COMPLIANCE WITH THE PROCEDURES SET OUT ABOVE, AND ANY LTD EMPLOYEE WHO PROPERLY FILES AN OBJECTION THAT THE BANKRUPTCY COURT OVERRULES, WILL BE BOUND BY THE TERMS OF THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM UNDER THE LTD PLANS WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. LTD EMPLOYEES WHO DO NOT TIMELY AND PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED BY THE BANKRUPTCY COURT WILL NOT BE ABLE TO OPT OUT OF THE SETTLEMENT, OR SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS, THE LTD COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT AGREEMENT, OR AGAINST THE LTD GENERAL UNSECURED CLAIM GRANTED BY THE DEBTORS TO THE LTD COMMITTEE OR THE SETTLEMENT AMOUNT. THE TERMINATION OF THE LTD PLANS AND THE ALLOWANCE OF THE LTD GENERAL UNSECURED CLAIM SHALL FULLY SATISFY THE LTD EMPLOYEES' LTD CLAIMS, AND THE LTD EMPLOYEES SHALL BE BARRED FROM ASSERTING ANY FURTHER LTD CLAIMS AGAINST THE DEBTORS OR THE OTHER PARTIES BEING RELEASED.**

**IN ADDITION, UPON FINAL BANKRUPTCY COURT APPROVAL OF THE SETTLEMENT, THE DEBTORS WILL BE AUTHORIZED TO TERMINATE ALL LTD PLANS IN THEIR ENTIRETY AS OF MAY 31, 2013, WHICH WILL BIND ALL INDIVIDUALS RECEIVING OR ELIGIBLE TO RECEIVE BENEFITS UNDER THE LTD PLANS, WHETHER OR NOT THEY ARE LTD EMPLOYEES, INCLUDING THE DEBTORS' ACTIVE EMPLOYEES AND COBRA PARTICIPANTS. ANY PERSON WHO IS NOT AN LTD EMPLOYEE BUT WHOSE RIGHTS ARE AFFECTED BY TERMINATION OF THE LTD PLANS AND WHO DOES NOT TIMELY AND PROPERLY OBJECT TO THE SETTLEMENT IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE OR WHOSE OBJECTION IS OVERRULED BY THE BANKRUPTCY COURT, WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE REMEDY AGAINST THE DEBTORS, THE LTD COMMITTEE, OR AGAINST ANY OTHER PARTY, OR AGAINST THE LTD GENERAL UNSECURED CLAIM ALLOWED BY THE DEBTORS IN FAVOR OF THE LTD COMMITTEE (OR THE SETTLEMENT AMOUNT RECEIVED THEREFROM).**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. [illegible]

CLEARY GOTTLIEB STEEN & HAMILTON LLP James L. Bromley (admitted pro hac vice), Lisa M. Schweitzer (admitted pro hac vice), One Liberty Plaza, New York, New York 10006, Telephone: [illegible] -and- MORRIS, NICHOLS, ARSHT & TUNNELL LLP [illegible] 1201 North Market Street, [illegible] Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, Counsel for the Debtors and Debtors in Possession -and- ELLIOTT GREENLEAF Rafael X. Zahralddin-Aravena (DE No. 4166), Shelley A. Kinsella (DE No. 4023), Margaret S. Curran (PA No. [illegible]), 1105 N. Market Street, Ste 1700, Wilmington, DE 19801, Telephone: (302) [illegible], Facsimile: (302) 384-9399, Email: [illegible] Counsel to the LTD Committee and Class Counsel for Settlement Purposes Only

[1] Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.