The Charlotte Observer Publishing Co.
Charlotte, NC

| | | |
|---|---|---|
| North Carolina | } ss | Affidavit of Publication |
| Mecklenburg County | } | |

## Charlotte Observer

REFERENCE: 143589     MILLER ADVERTISING

0000390995     IO R2150006

Before the undersigned, a Notary Public of said County and State, duly authorized to administer oaths affirmations, etc., personally appeared, being duly sworn or affirmed according to law, doth depose and say that he/she is a representative of The Charlotte Observer Publishing Company, a corporation organized and doing business under the laws of the State of Delaware, and publishing a newspaper known as The Charlotte Observer in the city of Charlotte, County of Mecklenburg, and State of North Carolina and that as such he/she is familiar with the books, records, files, and business of said Corporation and by reference to the files of said publication, the attached advertisement was inserted. The following is correctly copied from the books and files of the aforesaid Corporation and Publication.

PUBLISHED ON: 02/20/2013

AD SPACE:    21.00 INCHES

FILED ON:    03/05/2013

NAME: _Judith M Sears_      TITLE: _Acctg Clerk_
                            DATE: _3-5-13_

In Testimony, Whereof I have hereunto set my hand and affixed my seal, the day and year aforesaid.

Notary: _____      My commission Expires:  __/__/__

My Commission Expires May 27, 2016

# Moody's: Merger could squeeze finances for Charlotte airport

**By Ely Portillo**
eportillo@charlotteobserver.com

Charlotte Douglas International Airport and other major hubs could see their finances pressured by fewer flights if a merged US Airways/American Airlines reduces service, ratings agency Moody's said this week.

Charlotte Douglas will be the merged carrier's third-largest hub in terms of passenger enplanements, Moody's said Monday, accounting for 6.5 percent of the airline's passengers. Charlotte Douglas will be the second-busiest carrier in terms of takeoffs and landings, with about 650 daily flights.

"The key risks for those airports are that the combined carrier may reduce service on overlapping routes or reduce service to markets connected by these hubs. Such capacity reductions give airlines a greater ability to raise fares, which in turn can result in lower passenger volumes," Moody's analysts wrote.

Charlotte Douglas relies on connecting passengers for more than 75 percent of its traffic, the highest of any major hub airport, leaving the airport uniquely vulnerable to any cuts in service.

The airport has more than $820 million worth of bonds outstanding to finance ongoing expansions, such as the new 7,000-space parking deck. The airport pays off the bonds primarily with fees from the airlines that use Charlotte Douglas, parking and concessions.

Charlotte Douglas collected almost $220 million in fees and charges for services in fiscal 2012.

"Airport revenues are highly dependent on passenger volumes, which will likely decline if the combined carrier seeks to improve its operating efficiency by reducing service levels, which we expect," Moody's said. The risk of revenue declining is heightened at airports such as Charlotte Douglas, which have a high concentration of traffic from one carrier.

US Airways CEO Doug Parker and American Airlines executives have said the merged airline intends to keep service at its existing hubs and avoid major cuts. They've also said the merged airline will have directly overlapping service on only 12 domestic routes, meaning they won't need to cut or divest many routes.

Airport officials have said Charlotte Douglas would be able to service its debt, even without connecting traffic.

In a research report last week, agency Fitch Ratings said hubs of the merged airline could be at risk, and that history has shown airports often cut service at some hubs following a merger. However, Fitch gave the airport an A+ stable rating, because Charlotte Douglas has the lowest cost per passenger of the merged company's hubs, and the lowest ratio of debt to passenger revenue.

Portillo, 704-358-5041
On Twitter @ESPortillo



Police officers patrol Charlotte Douglas International Airport as Democratic National Convention attendees depart on Sept. 7. If the airport were to move to an independent authority, its finances would be removed from city oversight and approval.

## AIRPORT
■ *from 1A*

uled to consider it Wednesday morning.

Foxx is expected to make the city's case personally when he meets with the delegation three hours before the committee is set to consider the bill.

If the airport were to move to an independent authority, its finances would be removed from city oversight and approval. The board would oversee the airport's finances, including the issuance of bonds.

City officials are pushing back, saying other city departments have had to help the airport – something that wouldn't be possible if an authority controlled the airport.


Orr

In 2010, the Internal Revenue Service told the city it was planning to audit some of the airport's tax-exempt bonds used to finance airport improvements. In response, the city's finance department and its bond counsel, Parker Poe, found the airport had co-mingled money from $150 million of taxable and tax-exempt bonds issued in 2004.

The city was concerned it could lose the tax-exempt status of its bonds.

Parker Poe told the IRS that the airport's accounting problems was a "federal tax violation" but it stressed it was a one-time problem and the airport didn't gain any financial advantage.

In April 2011, the city issued strict financial guidelines on the airport, removing some of the autonomy that longtime aviation director Jerry Orr had enjoyed.

Orr told the Observer last week that he didn't think the accounting problems were a "big issue."

"Essentially, what we did was in the accounting process we co-mingled some money that was taxable bond money and non-taxable bond money," Orr said.

Rucho contended on Tuesday that the city didn't catch the errors stemming from the 2004 bonds. He said it was the airport that caught errors made by the city.

"That's another good reason the authority needs to be under its own control," he said.

City Finance Director Greg Gaskins said the finance department and the airport worked together to solve the problem. When asked about comment that the city was to blame, Gaskins said he couldn't comment. But he


Rucho


Brawley

said he believes it's well-established that Orr has publicly stated that the problems stemmed from airport accounting.

Sources told the Observer last week that former City Manager Curt Walton considered disciplining Orr in the matter. Walton retired in December.

### Security questions

The city letter also cited security problems at the airport.

In November 2010, law enforcement believed a Mecklenburg teenager breached airport security and stowed away inside the wheel well of a Boston-bound jet.

The Charlotte-Mecklenburg Police Department led an investigation of airport security in 2011 and said the airport needed more security officers and better perimeter fencing.

In late 2012, Walton shifted control of security at Charlotte Douglas from the airport to CMPD.

"A two-year review of security at CLT revealed deficiencies severe enough to warrant turning over policing at the airport to (Chief Rodney Monroe) and the Charlotte-Mecklenburg Police Department," the letter said.

The letter also said they "see no compelling reason to even consider transferring CLT to an authority."

Foxx and council members said they are willing to launch a study that would include the newly formed American Airlines and the General Assembly. The letter said the study should examine why some airports are run by authorities, while others, such as Atlanta and Chicago, are city departments like Charlotte.

Brawley, the House sponsor of the authority bill, said there's a "broad base" of support for it throughout the region and in Mecklenburg County.

"The question is, what else do we need to know to make sure this is a good decision?" he said. "We have enough information to know this is the appropriate step at this time."

Rucho dismissed the city's request to study it.

"There's no reason to study it," he said. "It's really straight-forward. It's not that compli-cated."

Democrats are more supportive of a study.

"I'm always for putting everybody at the table and trying to work through things before moving ahead," said State Rep. Becky Carney of Charlotte, who said she would want a short study.

Sen. Dan Clodfelter, a Charlotte Democrat, said the city's letter was "a pretty responsible suggestion."

"That's the way matters like this have been handled in the past, the delegation waits for local (leaders) to talk it through among themselves before they bring it to Raleigh," he said.

Last year's switch in control of the Asheville airport from the city and county to an authority hasn't gone smoothly. City officials are fighting over an appointment, the state could find itself liable for millions in a disputed land transfer and the Federal Aviation Administration said the transfer might violate earlier agreements.

Harrison: 704-358-5160

## REFUNDS
■ *from 1A*

the right thing and that is: Give them their money back."

Tarte, a former Cornelius mayor, and Rep. Bill Brawley of Matthews hope to introduce a bill in Raleigh next week that would give the county authority to update the property database. He plans to meet with four Mecklenburg commissioners Friday to brief them on the bill.

Because revaluations are governed by state law, the county needs legislative permission to restore the database, set new values on properties and provide refunds.

### Countywide protest

As Cornelius mayor, Tarte was a leader in the countywide protest by taxpayers who complained their properties were inflated in the 2011 revaluation.

Momentum for a revaluation redo and refunds began after a county-hired consultant, Pearson's Appraisal Service, found dozens of major and minor flaws in 15 percent of Mecklenburg neighborhoods that it surveyed last year.

In late November, Mecklenburg commissioners hired Pearson's to continue surveying all neighborhoods – starting with those with major flaws. That began in early January.

In its initial survey, Pearson's discovered that a database that records what is on each parcel hadn't been updated in 17 years.

Tarte said "reliable sources" have told him that 40 percent of the data is currently "corrupt."

"It's the wrong data," Tarte told the Observer. "It's bad data."

Mecklenburg General Manager Bobbie Shields, the county's interim tax assessor, told commissioners Tuesday night that his office is still assessing how much of the database is wrong.

"I don't know where (Tarte) got that number," Shields said. "I would be surprised if that number is accurate."

### Correcting bad data

Tarte said correcting the property data cards on Mecklenburg's 336,000 parcels would take two to three years, with 50 percent to 60 percent of the parcels having to be physically verified.

"That means they'd have to be walked over," Tarte said experts at the UNC Chapel Hill School of Government have told him.

He said there's no use in setting the correct 2011 values until the data is corrected.

Several commissioners said they hope it won't take two to three years to fix the database. James said the property cards will have to be corrected, he said, "or we'll screw up a second (reappraisal)." The bill that Tarte and Brawley are drafting has support from legislators from across the state, Tarte said.

It would also allow Mecklenburg to retroactively set new values to Jan. 1, 2011.

Since it would take two to three years to fix the database, he and Brawley are proposing that the county do a "dual revaluation," setting values for 2011 and 2015 or 2016.

"It makes no sense to do another revaluation until the database is cleaned up. They'd be creating more garbage. The tax bills would still be in error," Tarte said. "After all the correct data is in place, it would be more cost effective to do two revaluations at the same time."

### Higher bills possible

The only taxpayers who'd be eligible for refunds before new values are set would be those who have appealed to the county or state and their properties were found to be over-valued, Tarte said.

In addition to refunds, the bill would allow the county to send higher bills to taxpayers whose properties were undervalued, which Pearson's stressed will happen.

"They would also have to be identified," Tarte said. "But there'd likely be some restriction. I don't think we'd allow the county to bill those folks for four or five years – but maybe for a year or two.

"The county screwed up the process. Our intent would be to limit the county on how many years it's entitled to collect."

Tarte said he and Brawley are going to great pains to make sure everything is legal and that once the database is corrected and each parcel is valued properly "this never occurs again."

"Bottom line, the citizens deserve a fair and accurate market value on their property," he said. "Hopefully if we do this properly, this never, ever, happens again."

Perlmutt, 704-358-5061

> 'It makes no sense to do another revaluation until the database is cleaned up. They'd be creating more garbage. The tax bills would still be in error. After all the correct data is in place, it would be more cost effective to do two revaluations at the same time.'
>
> **STATE SEN. JEFF TARTE**
> CORNELIUS REPUBLICAN



Legal notice regarding bankruptcy court filing in the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 (KG), regarding settlement agreement involving long-term disability plans and claims.



**LUG-A-RUG!**
RUG WASHING SPECTACULAR

Save 25% when you "Lug" your rugs directly to our plant!

**CAROLINA CLEANING NETWORK**
Since 1975

1-866-Lug-A-Rug
1-866-584-2784
www.carolinacleaningnetwork.com
Got Pets? Ask About Our Urine Odor Removal