# The Orlando Sentinel

633 North Orange Avenue
MP 130
Orlando, FL 32801

**Account Name:** Nortel

**Account Number:** CUOO2 11419

To Whom It May Concern:

This is to confirm that the advertisement for **ACCOUNT NAME** published in *The Orlando Sentinel* on the following date.

**Publication Date:** 2/20/2013

**Ad Caption:** Legal

**Section:** Legal

**Size:** 3x7

**Job:** OSA 1238069

Should you need further information, please feel free to contact me.

Sincerely,

*Kelly Cooper Koeric*

**YOUR NAME**
Account Representative Assistant
The Orlando Sentinel

/mdu

State of Florida
County of Orange

The foregoing instrument was acknowledged before me this **DAY** day of **DATE YEAR**, by **YOUR NAME**, who is personally known to me.

Notary Public
State of Florida at Large

DEBORAH M. TONEY
NOTARY PUBLIC
STATE OF FLORIDA
Comm# DD938521
Expires 11/18/2013

COR122925

Use OrlandoSentinel.com CareerBuilder to start building (or rebuilding) your career right now!

www.orlandosentinel.com/careerbuilder

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re
Nortel Networks Inc., et al.,
Debtors.

Chapter 11
Case No. 09-10138 (KG)
Jointly Administered
RE: 9304, 9427

OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries, under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS,
Plaintiffs,

v.

NORTEL NETWORKS INC. et al.,
Defendants.

Adv. Proc. No.
12-50995 (KG)

Re: 15, 26

NOTICE OF PROPOSED SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, CONDITIONAL CERTIFICATION OF A CLASS FOR SETTLEMENT PURPOSES ONLY AND TERMINATION OF BENEFITS UNDER CERTAIN NORTEL BENEFIT PLANS

PLEASE TAKE NOTICE that the bottom of the above-captioned chapter 11 cases...