# AFFIDAVIT OF PUBLICATION

STATE OF NORTH CAROLINA
COUNTY OF WAKE

Ad Number
0000390745

Advertiser Name: MILLER ADVERTISING
Address: 71 FIFTH AVE
NEW YORK, NY 10003

Before the undersigned, a Notary Public of Wake County North Carolina, duly commissioned and authorized to administer oaths, affirmations, etc., personally appeared Debra Peebles, who being duly sworn or affirmed, according to law, doth depose and say that he or she is Accounts Receivable Specialist of The News & Observer a corporation organized and doing business under the Laws of the State of North Carolina, and publishing a newspaper known as The News & Observer, in the City of Raleigh, Wake County and State aforesaid, the said newspaper in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all of the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina, and that as such he or she makes this affidavit; and is familiar with the books, files and business of said corporation and by reference to the files of said publication the attached advertisement for MILLER ADVERTISING was inserted in the aforesaid newspaper on dates as follows:

02/20/2013

WENDY D. HAKEM
Notary Public
Wake County
NORTH CAROLINA

Debra Peebles, Accounts Receivable Specialist
Wake County, North Carolina

Sworn to and subscribed before me
This 21st day of February, 2013

My Commission Expires: 2/17/15

Notary Signature

This the 13th day of February, 2013.
You should provide a copy of any response to the attorney for the petitioners addressed to: E. Parker Herring, PO Box 1677, Raleigh, North Carolina 27601.
N&O: February 13, 20, 27, 2013

THANK YOU!
for subscribing.
Visit
newsobserver.com/zone
for FREE rewards

ZONE

Exclusively for
N&O subscribers

PUBLISHER'S NOTICE

EQUAL HOUSING OPPORTUNITY

All real estate advertising in this newspaper is subject to the Federal Fair Housing Act of 1968 which makes it illegal to advertise any preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, or national origin, or an intention to make any such preference, limitation or discrimination.

This newspaper will not knowingly accept any advertisment for real estate which is in violation of the law. Our readers are hereby informed that all dwellings advertised in this newspaper are available on an equal opportunity basis.

To complain of discrimination call 919-733-7996 (N.C. Human Relations Commission.)

Please forward resumes to:
Thron Herring
Human Resources Manager
therring@umc-uai.com
EOE

## customer service 1150

CUSTOMER SERVICE position for N. Raleigh law firm. Legal exper. NOT reqd., however sales exper. is. Will train. Start $10-$12/hr. Email resume to: ehayes@johnarcutt.com Attn: Emily

## education 1175

CLEVELAND CHILDCARE is looking for a Full-time Credentialed Teacher. Please call to set appointment. 919-661-2373.

TEACHERS W/ exper. to work in Toddler classroom. Associate Degree of higher prefd. Must have at least 12 semester hours in EC. Also need FLOATER TEACHER 9am-6pm. Great Pay & downtown location. Call 919-624-0314.

LEGAL ADS - Ads to Run Wed-Sat: Before Noon, 2 days prior. Ads to run Sun-Tues: Before Noon on Friday.

## legals/public notices 301

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Nortel Networks Inc., et al., Debtors. — Chapter 11; Case No. 09-10138 (KG); Jointly Administered; RE: 9304, 9427

OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS, Plaintiffs, v. NORTEL NETWORKS INC., et al., Defendants. — Adv. Proc. No. 12-50095 (KG); Re: 15, 26

**NOTICE OF PROPOSED SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, CONDITIONAL CERTIFICATION OF A CLASS FOR SETTLEMENT PURPOSES ONLY AND TERMINATION OF BENEFITS UNDER CERTAIN NORTEL BENEFIT PLANS**

**PLEASE TAKE NOTICE** that the Debtors in the above-captioned cases (the "Debtors" or "Nortel") have provided certain benefits, including income continuation and medical coverage, to the Debtors' long-term disabled employees (the "LTD Employees") ...

**PLEASE TAKE NOTICE** that on January 14, 2009, Nortel filed for bankruptcy in the Bankruptcy Court for the District of Delaware ...

**PLEASE TAKE NOTICE** that on November 19, 2012, the LTD Committee, on behalf of a class of all LTD Employees, filed a complaint against the Debtors ...

**PLEASE TAKE NOTICE** that after more than a year of negotiations between Nortel and the LTD Committee ... the parties have reached a settlement agreement ... dated as of February 11, 2013 ...

**PLEASE TAKE NOTICE** that on January 18, 2013, Nortel and the LTD Committee jointly filed the Joint Motion ... (the "Approval Motion") ... On **April 30, 2013 at 10:00 am (prevailing Eastern time)**, the Court will hold a hearing on the Approval Motion to decide whether the Settlement Agreement should be approved. If approved, the Settlement Agreement will authorize Nortel to terminate the LTD Plans as of May 31, 2013 ...

**PLEASE TAKE NOTICE** that any person wishing to object to the Settlement Agreement or the termination of the LTD Plans ... must file a written response or objection ... with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **April 19, 2013 at 4:00 pm (prevailing Eastern time)** ...

**ANY LTD EMPLOYEE WHO DOES NOT OBJECT TO THE SETTLEMENT AGREEMENT OR THE TREATMENT OF HIS OR HER CLAIM THEREUNDER (INCLUDING THE RELEASE OF CLAIMS) BY APRIL 19, 2013 AT 4:00 PM (PREVAILING EASTERN TIME) IN COMPLIANCE WITH THE PROCEDURES SET OUT ABOVE, AND ANY LTD EMPLOYEE WHO PROPERLY FILES AN OBJECTION THAT THE BANKRUPTCY COURT OVERRULES, WILL BE BOUND BY THE TERMS OF THE SETTLEMENT AGREEMENT AND HIS OR HER CLAIM UNDER THE LTD PLANS WILL BE VALUED AND TREATED AS DESCRIBED IN THE SETTLEMENT AGREEMENT. LTD EMPLOYEES WHO DO NOT TIMELY AND PROPERLY OBJECT OR WHOSE OBJECTIONS ARE OVERRULED BY THE BANKRUPTCY COURT WILL NOT BE ABLE TO OPT OUT OF THE SETTLEMENT, OR SEEK ANY ALTERNATIVE RECOVERY OR REMEDY AGAINST THE DEBTORS, THE LTD COMMITTEE, OR ANY OTHER PARTY RELEASED UNDER THE SETTLEMENT AGREEMENT, OR AGAINST THE LTD GENERAL UNSECURED CLAIM GRANTED BY THE DEBTORS TO THE LTD COMMITTEE OR THE SETTLEMENT AMOUNT. THE TERMINATION OF THE LTD PLANS AND THE ALLOWANCE OF THE LTD GENERAL UNSECURED CLAIM SHALL FULLY SATISFY THE LTD EMPLOYEES' LTD CLAIMS, AND THE LTD EMPLOYEES SHALL BE BARRED FROM ASSERTING ANY FURTHER LTD CLAIMS AGAINST THE DEBTORS OR THE OTHER PARTIES BEING RELEASED.**

**IN ADDITION, UPON FINAL BANKRUPTCY COURT APPROVAL OF THE SETTLEMENT, THE DEBTORS WILL BE AUTHORIZED TO TERMINATE ALL LTD PLANS IN THEIR ENTIRETY AS OF MAY 31, 2013, WHICH WILL BIND ALL INDIVIDUALS RECEIVING OR ELIGIBLE TO RECEIVE BENEFITS UNDER THE LTD PLANS, WHETHER OR NOT THEY ARE LTD EMPLOYEES, INCLUDING THE DEBTORS' ACTIVE EMPLOYEES AND COBRA PARTICIPANTS. ANY PERSON WHO IS NOT AN LTD EMPLOYEE BUT WHOSE RIGHTS ARE AFFECTED BY TERMINATION OF THE LTD PLANS AND WHO DOES NOT TIMELY AND PROPERLY OBJECT TO THE SETTLEMENT IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE OR WHOSE OBJECTION IS OVERRULED BY THE BANKRUPTCY COURT, WILL NOT BE ABLE TO SEEK ANY ALTERNATIVE REMEDY AGAINST THE DEBTORS, THE LTD COMMITTEE, OR AGAINST ANY OTHER PARTY, OR AGAINST THE LTD GENERAL UNSECURED CLAIM ALLOWED BY THE DEBTORS IN FAVOR OF THE LTD COMMITTEE (OR THE SETTLEMENT AMOUNT RECEIVED THEREFROM).**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

CLEARY GOTTLIEB STEEN & HAMILTON LLP, James L. Bromley (admitted pro hac vice), Lisa M. Schweitzer (admitted pro hac vice), One Liberty Plaza, New York, New York 10006, Telephone: (212) 225-2000, Facsimile: (212) 225-3999 - and - MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), Eric D. Schwartz (No. 3134), Ann C. Cordo (No. 4817), 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19801, Telephone: (302) 658-9200, Facsimile: (302) 658-3989, Counsel for the Debtors and Debtors in Possession and ELLIOTT GREENLEAF, Rafael X. Zahralddin-Aravena (DE No. 4166), Shelley A. Kinsella (DE No. 4023), Margaret S. Curran (PA No. 62136), 1105 N. Market Street, Ste 1700, Wilmington, DE 19801, Telephone: (302) 384-9400, Facsimile: (302) 384-9399, Email: rxza@elliottgreenleaf.com; sak@elliottgreenleaf.com, Counsel to the LTD Committee and Class Counsel for Settlement Purposes Only

Capitalized terms used in this notice that are not defined shall have the meaning given to them in the Settlement Agreement.