## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                               :        Chapter 11
:
:        Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.,*[1]                     :
:
Debtors.                     :        Jointly Administered
:
:        **RE: D.I.s  9362, 9412, 9418, 9444**
:        **and 9451**
---------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING THE PROPOSED
ORDER APPROVING STIPULATION AND AGREEMENT GOVERNING
PRODUCTION, EXCHANGE AND FILING OF CONFIDENTIAL
MATERIALS RELATED TO THE MOTION OF THE AD HOC
COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR
ENTRY OF AN ORDER ALLOWING FILING OF CLAIMS AFTER THE BAR DATE**

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated

debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"),

hereby certify as follows regarding the *Agreed Order Approving Stipulation And Agreement*

*Governing Production, Exchange And Filing Of Confidential Materials Related To The Motion*

*Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An*

*Order Allowing Filing Of Claims After The Bar Date* (the "Proposed Order"), attached as

**Exhibit A** hereto:

1.      On February 1, 2013, the members of an Ad Hoc Committee of Canadian

Employees Terminated Pre-Petition (the "Ad Hoc Committee of Canadian Employees"),

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

which members are identified in the Proposed Order, filed the *Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of An Order Allowing Late Filed Claims* [D.I. 9362] (the "Motion").

2.      On February 12, 2013, the Debtors filed the *U.S. Debtors' Objection To The Motion Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Late Filed Claims* [D.I. 9412].

3.      On February 13, 2013, the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. (the "Committee") filed the *Joinder Of The Official Committee Of Nortel Networks Inc., Et Al. To The Debtors' Objection To The Motion Of The Ad Hoc Committee Of Canadian Employees Terminated Pre-Petition For Entry Of An Order Allowing Late Filed Claims* [D.I. 9418].

4.      On February 19, 2013, the ad hoc group of bondholders in the Debtors chapter 11 case (the "Bondholder Group") filed the *Joinder of Nortel Ad Hoc Group Of Bondholders to U.S. Debtors' Objection To Motion For Entry Of An Order Allowing Late-Filed Claims* [D.I. 9451].

5.      Thereafter, the Debtors, the Ad Hoc Committee of Canadian Employees, the Committee and the Bondholder Group negotiated and agreed to the form of the attached Proposed Order to facilitate the disclosure of information and the production of documents.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtors respectfully request that the Court (i) enter the

Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just

and proper.

Dated:  March 12, 2013  
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone:  (212) 225-2000  
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19801  
Telephone:  (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for the Debtors*  
*and Debtors in Possession*