Walter A Reva
1706 Waverly Ct.
Richardson, TX 75082
waltreva@gmail.com
T: (972) – 480- 8348
March 7, 2013

Clerk of United State Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Dear Clerk of United State Bankruptcy Court:
Reference: Nortel Bankruptcy Case No. 09-10138 (KG)

*Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224]

I am objecting to the above referenced Approval Motion in regards to terminating the retiree benefits of Nortel.

I have a claim filed with the court #3588 (see attached) which is for retiree medical. I had planned to retire with Nortel and take advantage of what Nortel had promised. The amount of claim is $90,957.89.

Since I am not a retiree (and therefore not part of the retiree beneficiaries of this settlement) I feel as though this claim should NOT be expunged and should be separated from this settlement agreement.

Thank you,

Sincerely,

*[signature]*

Walter A Reva

Enclosure (Claim # 5772)

Clerk of United State Bankruptcy Court
March 7, 2013
Page 2

Cc via Fax:

Cleary Gottlieb Steen & Hamilton LLP
ATTN: Lisa M. Schweitzer Esq.
One Liberty Plaza
New York, NY 10006
Facsimile: (212) 225-3999

Morris, Nichols Arsht & Tunnell LLP
ATTN: Derek C. Abbott, Esq.
1201 North Market Street
Wilmington, Delaware 19801
Facsimile: (302) 658-3989

Togut, Segal & Segal LLP
ATTN: Albert Togut, Esq. & Neil Berger, Esq.
One Penn Plaza
Suite 3335
New York, New York 10119
Facsimile: (212) 967-4258

Akin Gump Strauss Hauer & Feld LLP
Attn: Lisa Beckerman, Esq.
One Bryant Park
New York, New York 10036
Facsimile: (212) 872-1002

Milbank, Tweed, Hadley & McCloy LLP
Attn: Thomas J. Matz, Esq.
One Chase Manhattan Plaza
New York, New York 10005
Facsimile: (212) 822-5885

Office of the United States Trustee
Attn: Mark Kenney, Esq.
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Facsimile: (302) 573-6497

United States Bankruptcy Court for the District of Delaware
Nortel Networks Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

**PROOF OF CLAIM**

| In Re:<br>Nortel Networks Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000005772

THIS SPACE IS FOR COURT USE ONLY

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. A separate claim form must be used for claims asserted under 11 U.S.C. § 503(b)(9).

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
NNI (MERGE2.DBF,SCHED_NO) SCHEDULE #: 100534340*****
WALTER REVA
1706 WAVERLY CT
RICHARDSON, TX 75082

Telephone number: 972-480-8348    Email Address: waltreva@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are filing a claim against any of the Canadian Debtors for the same claim herein in their creditor protection proceedings pending in Canada.

1. Amount of Claim as of Date Case Filed: $ **90,957.89**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. Basis for Claim: **Loss of Retiree Medical**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **0138**
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate ____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   Amount entitled to priority:
   $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

**FILED / RECEIVED**
**OCT 01 2009**
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Date: **9-28-09**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    *[signed] Walter Reva*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

If you were age 50 or older with at least five years of service on July 1, 2006,
You continue to qualify for the Company-subsidized retiree medical benefits associated with the previously available CARP Traditional and Balanced programs if you retire from Nortel and meet the eligibility requirements for retiree benefits. However, for the previously available Traditional program grandfathered members (at least age 50 and had at least one year of service on April 30, 2000 and elected to remain in the Traditional Program) the way Nortel's subsidy is calculated changed. The base line subsidy will be calculated based on the 2007 cost sharing arrangement and increased by not more than 3% each year thereafter, compounded annually. For non-grandfathered Traditional and Balanced members, the calculation of the Company's subsidy did not change.

*Take from Retiree Medical Plan 2008 Description.

Value of Retiree Medical Plan:

Walter Reva: Global ID: 0322561

Age: 57 as of May 2009 33 years with Nortel

From age 40 to current age of 57 is 17 years for muliptyer for retiree medical units. Nortel pays 40% more for spouse coverage.

| | Years of service from 40 | Value of Unit | Extended annual benefit | Spouse Coverage at 40% | |
|---|---|---|---|---|---|
| Promised Retiree Medical age 55 to 65 *assume Nortel will be defunct by year end 2009 | 17 | $ 318.36 | $5,412.12 | $ 7,576.97 | $ 60,615.74 Muliplied by 8 years (57 to 65) |
| Promised Medicare leveling age 65 thru age 81 (estimated life span) | 17 | 79.68 | $ 1,354.56 | $ 1,896.38 | $ 30,342.14 Muliplied by 16 years (life span to 81 from 65) |
| | | | | | $ 90,957.89 Total Claim for retiree medical |

From:
Walter Reva
1706 Waverly Ct
Richardson, TX 75082

To:
United States Bankruptcy Court for the District of Delaware
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station P.O. Box 5075
New York, NY 10150-5075

RECEIVED
OCT 01 2009