IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: D.I.s 9362, 9412, 9418, 9444 and 9451** |

------------------------------------------------------------X

### ORDER APPROVING STIPULATION AND AGREEMENT GOVERNING PRODUCTION, EXCHANGE AND FILING OF CONFIDENTIAL MATERIALS RELATED TO THE MOTION OF THE AD HOC COMMITTEE OF CANADIAN EMPLOYEES TERMINATED PRE-PETITION FOR ENTRY OF AN ORDER ALLOWING FILING OF CLAIMS AFTER THE BAR DATE [D.I. 9362]

Upon consideration of the *Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials with the Members of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition* (the "Agreement"); and after due deliberation; and it appearing that sufficient cause exists for granting the relief requested by the parties;

IT IS HEREBY ORDERED THAT:

1. The Agreement,[2] a copy of which is attached hereto as Exhibit A, is entered as an order of this Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Agreement.

2. Pursuant to Local Rule 9018-1(c), the Parties are authorized to file Confidential Discovery Materials or Highly Confidential Discovery Materials under seal without the requirement of filing a separate motion requesting permission to do so.

3. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

4. By entering this Order and limiting the disclosure of information designated as "Confidential" or "Highly Confidential" in this case, the Court does not intend to preclude another court from finding that such information may be relevant and subject to disclosure in another case. Any person or Party subject to this Order who becomes subject to a motion to disclose another Party's information designated as "Confidential" or "Highly Confidential" pursuant to this Order shall promptly notify that Party of the motion so that the Party may have an opportunity to appear and be heard on whether that information should be disclosed.

Dated: Wilmington, Delaware
       March  /3  , 2013

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE