## Exhibit A

The Seventh Amendment to the Statement of Work



Ernst & Young LLP
Suite 500
4130 ParkLake Avenue
Raleigh, NC 27612-4462

Tel: +1 919 981 2800
Fax: +1 919 981 2997
www.ey.com

February 11, 2013

Mr. Timothy Ross
CFO
Nortel Networks, Inc.
Nortel Networks India International Inc. and Nortel Ventures LLC
4001 East Chapel Hill Nelson Hwy
RTP, NC 27709

Dear Tim:

This letter is the 7th amendment (the "7th Amendment") to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (as amended, the "SOW") entered into pursuant to the Master Tax Services Agreement dated March 1, 2011 between Nortel Networks Inc. ("NNI"), its U.S. debtor affiliates listed in Appendix A of the SOW, Nortel Networks India International Inc., and Nortel Ventures LLC (collectively, "you", the "Client", the "Company," or "Nortel") and Ernst & Young LLP ("EY") for the provision of certain tax services to the Client (the "Agreement"). Pursuant to this 7th Amendment, the parties agree to the following modifications in the Scope of Services.

## ADDITIONAL SERVICES

As of February 11, 2013 and contingent upon this 7th Amendment taking effect pursuant to the Bankruptcy Court Order entered on July 22, 2011 (the "Order"), modifying the Agreement, EY will provide the Client with the Services described herein. This 7th Amendment will define additional Services not covered by the SOW, which would otherwise fall into the category of "Out-of-Scope Services" as described in the SOW.

These additional Services (as well as any other Services covered by the SOW) may be modified from time to time by mutual written consent of the parties in accordance with the Order.

**Out of Scope Services**

The Out-of-Scope Services described below are subject to written approval, including email, by the Company prior to proceeding with regard to a range of fees to be incurred.

**Payroll Tax Services**

EY will provide the following payroll tax Services to Client:



1. Provide a technical advice, in memorandum format, addressing the applicable state and local rules related to payroll tax withholding and remittance for both resident and non-resident individuals in each state under the Client's fact pattern.
2. Assist Client with the re-registration of state income tax withholding ("SITW") and state unemployment insurance ("SUI") accounts and on-going confirmation and maintenance of account requirements. .
3. Assist Client with other employment related payroll tax reporting and compliance matters as requested.

**FEES**

With respect to the additional Services covered by this 7th Amendment, Client shall pay EY's fees and reimburse EY for reasonable expenses incurred in connection with the additional Services, subject to and in accordance with Bankruptcy Court approval.

For those Out-of-Scope Services set out under items 1. and 3. of the payroll tax Services above; the fees will be billed on a monthly basis using the rates set forth below (which may be adjusted annually to reflect the adjustments to the cost of living index). However, in regard to the Out-of-Scope Services set out under item 1. of the payroll tax Services above relating to the technical advice memorandum, the fees will not exceed $50,000.

| Professional | Rate per Hour |
|---|---|
| Partner / ED | $640 |
| Senior Manager | $550 |
| Manager | $450 |
| Senior | $315 |
| Staff | $185 |

For those Out-of-Scope Services set out under item 2., relating to the SITW and SUI payroll tax Services above, the fees will be a flat fee of $600 per state tax jurisdiction/account, which will be billed on a monthly basis.

You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the above services, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

This letter does not modify any portion of the SOW or Agreement not specifically addressed herein, and all other provisions of the SOW and Agreement are applicable hereto.

Nortel Networks, Inc.

A member firm of Ernst & Young Global Limited



We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,

*Ernst & Young LLP*

Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW
Nortel Networks India International Inc.
Nortel Ventures LLC

By: _____   3/12/13
Mr. Timothy Ross
Chief Financial Officer and Corporate Secretary         Date

Nortel Networks, Inc.

A member firm of Ernst & Young Global Limited