IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X : *In re* : : Nortel Networks Inc., *et al.*,[1] : : Debtors. : : : ------------------------------------------------------X | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Re: D.I. 9641 and 9642 |

### NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on March 13, 2013, a copy of the **Order Approving Stipulation and Agreement Governing Production, Exchange and Filing of Confidential Materials Related to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Filing of Claims After the Bar Date** (D.I. 9641) was served in the manner indicated upon the individuals identified on Exhibit A.

      PLEASE TAKE FURTHER NOTICE that on March 13, 2013, a copy of the **Notice of Seventh Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP** (D.I. 9642) was served in the manner indicated upon the individuals identified on Exhibit B.

Dated: March 13, 2013
Wilmington, Delaware

                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                              James L. Bromley (admitted pro hac vice)
                                              Lisa M. Schweitzer (admitted pro hac vice)
                                              One Liberty Plaza
                                              New York, NY 10006
                                              Telephone: (212) 225-2000
                                              Facsimile: (212) 225-3999

                                              and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7024703.3

2