**Exhibit B**

# SERVICE LIST

**BY HAND DELIVERY:**

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli Shughart PC
222 Delaware Ave
Ste 1101
Wilmington, DE  19801

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave
Ste 1501
Wilmington, DE  19801

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St
11th Floor
Wilmington, DE  19801

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street
Ste 1700
Wilmington, DE  19801

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801

Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801

Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet
Ste. 8000
Wilmington, DE  19801

Domenic Pacitti Esq
Klehr Harrison
919 Market Street
Ste 1000
Wilmington, DE  19801

Michael D. DeBaecke  Esq
Blank Rome LLP
1201 Market Street
Ste 800
Wilmington, DE  19801

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Ste 400
Wilmington, DE  19801

Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street
Ste 950
Wilmington, DE  19801

Adam G.  Landis Esq
Kerri K. Mumford Esq
J. Landon Ellis Esq
Landis Rath & Cobb LLP
919 Market Street
Ste 1800
Wilmington, DE  19801

Mary F. Caloway Esq
P.J. Duhig Esq
Buchanan Ingersoll & Rooney
1105 N. Market Street
Ste 1900
Wilmington, DE  19801-1228

James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street
Wilmington, DE  19801

Brett D. Fallon Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

Carl N.  Kunz Esq
Michael J. Custer Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801

Stephen M. Miller
Courtney R. Hamilton
Morris James LLP
500 Delaware Ave
Ste. 1500
Wilmington, DE  19801

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

Mark Kenney Esq
Office of the U.S. Trustee
844 King St
Ste 2207 Lockbox 35
Wilmington, DE  19801-3519

Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Mark D. Collins Esq
Christopher M. Samis Esq
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

Duane D. Werb Esq
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE  19801

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave
Ste 1410
Wilmington, DE  19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Kathleen M. Miller Esq
Smith Katzenstein & Jenkins LLP
800 Delaware Ave
10th Floor
Wilmington, DE  19801

William P. Bowden Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801

Ricardo Palacio Esq
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

Maria Aprile Sawczuk Esq
Stevens & Lee P.C.
1105 N Market St
7th Floor
Wilmington, DE  19801

Nicholas  Skiles Esq
Swartz Campbell LLC
300 Delaware Ave
Ste 1410
Wilmington, DE  19801

Rachel B. Mersky Esq
Monzack Mersky McLaughlin Browder
1201 N Orange St
Ste 400
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave
Ste 1600
Wilmington, DE  19801-1659

Jeffrey S. Wisler Esq
Marc J. Phillips Esq
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

Charlene D. Davis Esq
Daniel A. O'Brien Esq
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE  19801

Bruce E. Jameson
Prickett Jones & Elliott PA
1310 King Street
Box 1328
Wilmington, DE  19899

Christopher P. Simon
Cross & Simon LLC
913 N. Market Street
11th Floor
Wilmington, DE  19801

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street
Ste 1500
Wilmington, DE  19801

Kurt F. Gwynne Esq
J. Cory Falgowski Esq
Reed Smith LLP
1201 N Market Street
Ste 1500
Wilmington, DE  19801

William F. Taylor Jr.
McCarter & English LLP
405 N. King St  8th Floor
Renaissance Centre
Wilmington, DE  19801

**BY FIRST CLASS MAIL:**

Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems   Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi,   244-8567
JAPAN

Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
ENGLAND

Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St. Ste. 3800
Toronto, Ontario  M5J 2Z4
CANADA

Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West_Ste. 1600
Toronto, Ontario  M5X 1G5
CANADA

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King St West
Ste 400
Toronto, Ontario  M5K 0A1
CANADA

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7
CANADA

Derek  Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

Rahul Kumar
C-701 Neelachal Apt. Plot No 3
Sector 4, Dwarka
New Delhi,   110078
INDIA

Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East 4th Floor
Montreal, QC  H3G 2W6
CANADA

Seth B. Shapiro Esq
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

Jan M. Geht Esq
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Sheryl L. Moreau Esq
Missouri Dept of Revenue
Bankruptcy Division
PO Box 475
Jefferson City, MO  65105-0475

Laura L. McCloud Esq
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

John P. Dillman Esq
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 1770
Midlothian, VA  23113

Amos U. Priester IV Esq
Anna B. Osterhout Esq
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC  27602-2611

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Michael McWalters
P.O. Box 338
Alviso, CA  95002-0338

Miss Deborah M.M. Jones
P.O. Box 458
Willow Spring, NC  27592

Jerry Wadlow
P.O. Box 79
Wewoka, OK  74884

Thelma Watson
P.O. Box 971
Bath, SC  29816

Vicente Matias Murrell Esq
Stephen D. Schreiber Esq
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC  20005-4026

Robert   Winter
Paul Hastings Janofsky & Walker LLP
875 15th St  N.W.
Washington, DC  20005

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW
Ste 200
Washington, DC  20036

Joseph E. Shickich Jr. Esq
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192

Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME  04104-5029

Ramona Neal Esq
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

Kaushik Patel
5665 Arapaho Road
#1023
Dallas, TX  75248

David G. Aelvoet Esq
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Ste 300
711 Navarro
San Antonio, TX  78205

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave
19th Floor
New York, NY  10173-1922

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Ste 400
New York, NY  10281-1022

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY  10019

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

Raniero D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY  10019-6142

Ronald S. Beacher Esq.
Pryor Cashman LLP
7 Times Square
New York, NY  10036

Dennis Dunne Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

Michelle McMahon Esq
Bryan Cave LLP
1290 Ave of the Americas
New York, NY  10104

N. Thodore Zink Jr. Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY  10036-8704

Ken Coleman Esq
Lisa J.P. Kraidin. Esq
Allen & Overy LLP
1221 Ave of the Americas
20th Floor
New York, NY  10020

Carren B. Shulman Esq
Kimberly K. Smith Esq
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112

Edmond P. O'Brien Esq
Stempel Bennett Claman & Hochberg PC
675 Third Ave
31st Floor
New York, NY  10017

Steven J. Reisman Esq
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY  10178-0061

Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas
19th Floor
New York, NY  10036

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY  10036

Jeremy E. Crystal Esq
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

Marc Abrams  
Brian E. O'Connor  
Sameer Advani  
Willkie Farr & Gallagher LLP  
787 7th Ave  
New York, NY  10019-6099  

Susan P. Johnston Esq.  
Carter Ledyard & Milburn LLP  
2 Wall Street  
New York, NY  10005  

Robert J. Rosenberg  
Michael J. Riela  
Zachary N. Goldstein  
Latham & Watkins LLP  
885 Third Ave  
Ste 1000  
New York, NY  10022-4068  

David S.  Allinson  
Thomas Malone  
Alexandra Croswell  
Latham & Watkins LLP  
885 Third Ave  
Ste 1000  
New York, NY  10022-4068  

Stephen J. Shimshak  
Marilyn Sobel  
Paul Weiss Rifkind Wharton & Garrison  
1285 Ave of the Americas  
New York, NY  10019-6064  

Kristin S. Elliott  
Kelley Drye & Warren LLP  
101 Park Ave  
New York, NY  10178  

Dennis F. Dunne Esq  
Thomas R. Kreller Esq  
Albert A. Pisa Esq  
Andrew M. Leblanc Esq  
Milbank Tweed Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005  

Fred S. Hodara Esq  
Ryan C. Jacobs Esq  
David H. Botter Esq  
Akin Gump  
One Bryant Park  
New York, NY  10036  

Kenneth E. Noble Esq  
Katten Muchin Rosenman LLP  
575 Madison Ave  
New York, NY  10022-2585  

Jennifer Feldsher  
Bracewell & Guiliani LLP  
1251 Ave of the Americas  
New York, NY  10020  

Albert Togut  
Neil Berger  
Togut Segal & Segal LLP  
One Penn Plaza  
New York, NY  10119  

Thomas R. Kreller  
Milbank Tweed Hadley & McCloy LLP  
601 South Figueroa St  
Ste 3000  
Los Angeles, CA  90017  

Mark H. Ralston  
Ciardi Ciardi & Astin  
2603 Oak Lawn Ave  
Ste 200  
Dallas, TX  75219  

Judith W. Ross  
Baker Botts LLP  
2001 Ross Ave  
Dallas, TX  75201  

Stephen C. Stapleton  
Cowles & Thompson PC  
901 Main St. Ste. 3900  
Dallas, TX  75202  

Lynnette R. Warman  
Hunton & Williams  
1445 Ross Ave  
Ste 3700  
Dallas, TX  75202-2799  

Carol E. Momjian Esq  
PA Senior Deputy Atty Gen  
21 S 12th Street  
3rd Floor  
Philadelphia, PA  19107-3603  

Fred S. Kurtzman Esq  
Klehr Harrison  
1835 Market Street  
Ste 1400  
Philadelphia, PA  19103  

David L. Pollack Esq  
Jeffrey Meyers Esq  
Ballard Spahr Andrews & Ingersoll LLP  
51st Fl Mellon Bank Ctr  
1735 Market St  
Philadelphia, PA  19103

Dana S. Plon Esq
Sirlin Gallogly & Lesser
123 S. Broad Street
Ste 2100
Philadelphia, PA   19109

Alan S. Kopit Esq
Christopher W. Peer Esq
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH   44114

Susan R. Fuertes Esq
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX   77032

Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE   19901

Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE   19901

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO   80124

Dustin P. Branch Esq
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA   90067-3012

Christopher J. Horvay Esq
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL   60601

Aaron L. Hammer Esq
Devon J. Eggert Esq
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL   60606

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Ste 3000
Chicago, IL   60606

Eric S. Prezant Esq
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL   60601

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle St Ste 2600
Chicago, IL   60601

Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL   60604-1404

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Ste 3000
Chicago, IL   60606

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO   63102

John J. Rossi
1568 Woodcrest Drive
Wooster, OH   44691

Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI   02903

Darryl S. Laddin Esq
Frank N. White Esq
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA   30363-1031

Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave
6th Floor
Orlando, FL   32801

Steve Jackman Esq VP
Flextronics
847 Gibralter Drive
Milpitas, CA  95035

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD  21202

Richard M. Kremen Esq
Dale K. Cathell Esq
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD  21209

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Ste 1000
Baltimore, MD  21202-1671

Randall D. Crocker Esq
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI  53202

Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI  53202-6613

Shawn M. Christianson Esq
Buchalter Nemer
55 Second Street
17th Floor
San Francisco, CA  94105-3493

Merle C. Meyers Esq
Michele Thompson Esq
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA  94104

Louis J. Cisz III
Nixon Peabody LLP
One Embarcadero Center
18th Floor
San Francisco, CA  94111-3600

Elizabeth Weller Esq
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX  75201

James C. Waggoner Esq
Davis Wright Tremaine LLP
1300 SW 5th Ave
Ste 2300
Portland, OR  97201-5630

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orelans, LA  70113

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Ave
Ste 1400
Austin, TX  78701

Cynthia Ann Schmidt
PO Box 119
Oregon House, CA  95962

Rachel S. Budke Esq
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408

Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY  14620-1678

Scott K. Brown Esq
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ  85004

Michael R. Thompson
564 Old Candia Road
Candia, NH  03034

Janette M. Head
16 Gleneagle Drive
Bedford, NH  03110

Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA  19602-1184

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH  43215

Jennifer V. Doran Esq
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109

Frank F. McGinn Esq
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA  02110

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA  02199-3600

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Ste 200
Melville, NY  11747

Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street
Suite 302
Huntington, NY  11743

Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street
8th Floor
New York, NY  10007

Lawrence M. Schwab Esq
Thomas M. Gaa Esq
Patrick M. Costello Esq
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306

David I. Swan Esq
Kenneth M. Misken Esq
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Ste 2300
Charlotte, NC  28202

David M.  Schilli Esq
Ty E. Shaffer Esq
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Ste 1900
Charlotte, NC  28246

J. Scott Douglass Esq
909 Fannin
Ste 1800
Houston, TX  77010

Brian W. Bisignani Esq
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA  17101-1601

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO  80202-5332

Stephen K. Dexter Esq
Lathrop & Gage LLP
US Bank Tower Ste 2400
950 Seventeenth St
Denver, CO  80202

Stephen C. Tingey Esq
Ray Quinney & Nebeker P.C.
36 South State Street
Ste 1400
Salt Lake City, UT  84145-0385

Kerry Wayne Logan
1207 High Hammock Drive
#102
Tampa, FL  33619-7609

Elizabeth  Banda Esq
Perdue Brandon Fielder Collins
 & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX  76013

Donald K. Ludman Esq
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ  08096

Attn: Chantel Pinnock  
Travelers  
1 Tower Square  
5MN  
Hartford, CT   06183-4044  

Andrew Herenstein  
Monarch Alternative Capital LP  
535 Madison Ave  
New York, NY   10022  

Mark G. Ledwin Esq  
Wilson Elser Moskowitz Edelman & Dicker  
3 Gannett Drive  
White Plains, NY   10604  

Robert S. McWhorter Esq  
Nossaman LLP  
915 L Street  
Ste 1000  
Sacramento, CA   95814  

Lois Diane Uphold  
201 Camden Park Drive  
Goldsboro, NC   27530  

Chris Finch Credit Manager  
Sumitomo Electric  
78 Alexander Drive  
PO Box 13445  
Triangle Park, NC   27709  

Debra L. Vega  
818 Glenco Road  
Durham, NC   27703  

Wendy Boswell Mann  
2114 Claret Lane  
Morrisville, NJ   27560  

Wendy Boswell Mann  
4913 Summit Place Dr. NW  
Apt. 404  
Wilson, NC   27896  

Ann Groninger Esq  
Patterson Harkavy  
225 E. Worthington Ave  
Ste 200  
Charlotte, NC   28203  

R. S. Stahel  
IBM Corp. Legal Dept  
1503 LBJ Freeway  
3rd Floor  
Dallas, TX   75234  

Robert E. Nies Esq  
Wolff & Samson PC  
The Offices at Crystal Lake  
One Boland Drive  
West Orange, NJ   07052  

Vincent A. D'Agostino Esq  
Lowenstein Sandler PC  
65 Livingston Ave  
Roseland, NJ   07068  

Michael S. Etkin  
Ira M. Levee  
Lowenstein Sandler PC  
65 Livingston Ave  
Roseland, NJ   07068  

David N. Crapo Esq  
Gibbons P.C.  
One Gateway Center  
Newark, NJ   07102-5310  

Brad Lee Henry  
11596 W. Sierra Dawn Boulevard  
Lot 386  
Surprise, AZ   85378  

Ernie Holling President  
The InTech Group Inc.  
305 Exton Commons  
Exton, PA   19341  

Ronald Rowland Esq  
EMC Corporation  
c/o Receivable Management Servs  
307 International Circle Ste 270  
Hunt Valley, MD   21094  

Off of Unemplmt Ins Contrib  Div.  
MD Department of Labor Licensing & Reg.  
Litigation Prosecution Unit  
1100 N. Eutaw St Room 401  
Baltimore, MD   21201  

Deborah B. Waldmeir Esq  
State of MI Dept of Treasury  
Cadillac Place Ste 10-200  
3030 W Grand Blvd.  
Detroit, MI   48202  

Attn:  Nathan  Fuchs  
SEC NY Regional Office  
233 Broadway  
New York, NY   10279  

Securities & Exchange Commission  
100 F St NE  
Washington, DC   20549

Najam ud Dean  
6 Augusta Drive  
Milbury, MA  01527  

Mark A. Phillips  
6117 Trevor Simpson Drive  
Lake Park, NC  28079  

Gerald R. Utpadel  
4627 Greenmeadows Avenue  
Torrance, CA  90505  

Michael P. Alms  
4944 Elm Island Circle  
Waterford, WI  53185  

William A. Reed  
7810 Heaton Drive  
Theodore, AL  36582-2362  

Bertram Frederick Thomas Fletcher  
35 Broomhill Court  
Clayton, NC  27527  

Nancy Ann Wilson  
7101 Chase Oaks Blvd.  
Apt. #1637  
Plano, TX  75025  

Carol F. Raymond  
7962 S.W. 185 Street  
Miami, FL  33157-7487  

Richard Lynn Engleman  
1505 Nevada Drive  
Plano, TX  75093  

Janetta Hames  
649 Fossil Wood Drive  
Saginaw, TX  76179  

Mark R. Janis  
193 Via Soderini  
Aptos, CA  95003  

Jeffrey Borron  
13851 Tanglewood  
Farmers Branch, TX  75234  

Brenda L. Rohrbaugh  
2493 Alston Drive  
Marietta, GA  30062  

Ronald J. Rose Jr.  
26 Pheasant Run  
Ballston Spa, NY  12020  

Scott David Howard  
2050 Cabiao Road  
Placerville, CA  95667  

James Hunt  
8903 Handel Loop  
Land O Lakes, FL  34637  

David Litz  
316 N. Manus Drive  
Dallas, TX  75224  

Robert Dale Dover  
2509 Quail Ridge Road  
Melissa, TX  75454  

Chad Soraino  
8974 Hickory Ave.  
Hesperia, CA  92345  

Bruce Francis  
5506 Lake Elton Road  
Durham, NC  27713  

Michael D. Rexroad  
5244 Linwick Drive  
Fuquay Varina, NC  27526  

Caroline Underwood  
2101 Emerson Cook Road  
Pittsboro, NC  27312  

Robert Joseph Martel  
200 Lighthouse Lane  
Apartment B3  
Cedar Point, NC  28584  

Marilyn Green  
1106 Boston Hollow Road  
Ashland City, TN  37015  

Marilyn Day  
2020 Fox Glen Drive  
Allen, TX  75013  

James Lee  
1310 Richmond Street  
El Cerrito, CA  94530  

John Mercer  
121 Monastery Road  
Pine City, NY  14871  

Freddie Wormsbaker  
327 Locust Street  
Twin Falls, ID  83301

Scott Gennett  
16 Wildwood Street  
Lake Grove, NY  11755

Lynette Kay Seymour  
16711 Rivendell Lane  
Austin, TX  78737

Claudia Vidmer  
213 Orchard Lane  
Glen Ellyn, IL  60137

Manuel Segura  
215 Sheridan  
Apt. #B-43  
Perth Amboy, NJ  08861

Nanette Faison  
981 Kittrell Road  
Kitrell, NC  27544

William E. Johnson  
2865 Horsemans Ridge Drive  
Clayton, NC  27520

Carmel Turlington Totman  
164 Berton Street  
Boone, NC  28607

Roger G. Carlsen  
390 E. Paseo Celestial  
Sahuarita, AZ  85629

Kim M. Yates  
207 Tomato Hill Road  
Leesburg, FL  34748

Bruce Turner  
8 Sunset Drive  
Homer, NY  13077

Remajos Brown  
2353 Sword Drive  
Garland, TX  75044-6036

Lottie Edith Chambers  
2716 Dalford Ct.  
Raleigh, NC  27604

Jane Neumann  
11730 Co Road 24  
Watertown, MN  55388

Barbara Gallagher  
410 West Acres Road  
Whitesboro, TX  76273

John S. Elliott  
6 Grouse Lane  
Merrimack, NH  03054-2876

Pamela J. Powell  
676 Brookview Drive  
Chapel Hill, NC  27514

Wayne J. Schmidt  
5346 S. Mohave Sage Drive  
Gold Canyon, AZ  85118

Charles Sandner  
1970 N. Leslie #3779  
Pahrump, NV  89060

Betty Lewis  
1301-H Leon Street  
Durham, NC  27705

Steven E. Bennett  
37052 Chestnut Street  
Newark, CA  94560

Alan Heinbaugh  
19816 Colby Court  
Saratoga, CA  95070

Leona Purdum  
2532 N. 4th Street #254  
Flagstaff, AZ  86004

George I. Hovater Jr.  
9009 Casals Street  
Unit 1  
Sacramento, CA  95826

Daniel D. David  
2105 Possum Trot Road  
Wake Forest, NC  27587

Bonnie J. Boyer  
305 W. Juniper Avenue  
Sterling, VA  20164-3724

Miriam L. Stewart  
2615 Bailey's Crossroads Rd.  
Benson, NC  27504

Leah McCaffrey  
7139 Debbe Drive  
Dallas, TX  75252

Terry D. Massengill  
126 Keri Drive  
Garner, NC  27529

Laurie Adams  
217 Ridge Creek Drive  
Morrisville, NC  27560

Olive Jane Stepp  
470 Fairview Road  
Asheville, NC  28803

Edward G. Guevarra Jr.  
11007 Scripps Ranch Blvd  
San Diego, CA  92131

Gary W. Garrett  
4093 Hogan Drive Unit 4114  
Tyler, TX  75709

Chae S. Roob  
8584 Chanhassen Hills Dr. South  
Chanhassen, MN  55317

Raymond Turner  
1813 Eric Drive  
Graham, NC  27253

Paul Douglas Wolfe  
113 Red Drum Lane  
Gloucester, NC  28528

Victoria Anstead  
3894 Ridge Lea Road #A  
Amherst, NY  14228

Sandra Aiken  
3166 Tump Wilkins Road  
Stern, NC  27581

Brenda L. Wread  
3408A Water Vista Parkway  
Lawrenceville, GA  30044

Barbara Dunston  
261 McNair Drive  
Henderson, NC  27537

Barbara Carr  
145 Grecian Parkway  
Rochester, NY  14626

Herbert Preston Stansbury  
3193 US Highway 15  
Stern, NC  27581

Crickett Grissom  
2580 W. Porter Creek Avenue  
Porterville, CA  93257

Janet Bass  
1228 Moultrie Court  
Raleigh, NC  27615

Vernon M. Long  
4929 Kelso Lane  
Garland, TX  75043

Shirley Maddry  
2519 Riddle Road  
Durham, NC  27703

Michael Stutts  
1616 Hastings Bluff  
McKinney, TX  75070

Kathleen A. Reese  
200 Carnegie Drive  
Milpitas, CA  95035

Ralph MacIver  
116 Honeycomb Lane  
Morrisville, NC  27560

Emily D. Cullen  
100 Telmew Court  
Cary, NC  27518

James Craig  
42 E. Cavalier Road  
Scottsville, NY  14546

Reid T. Mullett  
4224 Thamesgate Close  
Norcross, GA  30092

Danny Owenby  
2136 Sapelo Court  
Fernandina, FL  32034

Susan Ann Heisler  
133 Anna Road, Box 194  
Blakelee, PA  18610

Deborah Faircloth  
115 Winchester Lane  
Rocky Point, NC  28457

Cynthia B. Richardson  
5717 Cypress Drive  
Rowlett, TX  75089

Gloria Benson  
1824 Wilson Pike  
Brentwood, TN  37027

Ellen Sue Brady
1630 Dry Road
Ashland City, TN  37015

Richard Hodges
913 Windemere Lane
Wake Forest, NC  27587

Wanda Jacobs
801 Dupree Street
Durham, NC  27701

Gussie Anderson
109 Gumpond Beall Rd
Lumberton, MS  39455

Paul Edward Morrison
2241 College Avenue
Quincy, IL  62301

- 14 -