Sherman V. Hawkins
1045 Pine Grove Pointe Drive
Roswell, GA 30075
svh30075@gmail.com
T: (770) 993-3306
March 6, 2013

Clerk of United State Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Dear Clerk of United State Bankruptcy Court:

Reference: Nortel Bankruptcy case number Case No. 09-10138 (KG)

*Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224]

I am objecting to the above referenced Approval Motion in regards to terminating the retiree benefits of Nortel.

I have a claim filed with the court #3588 (see attached) which is for retiree medical. I had planned to retire with Nortel and take advantage of what Nortel had promised. The amount of claim is $93,625.05.

Since I am not a retiree (and therefore not part of the retiree beneficiaries of this settlement) I feel as though this claim should NOT be expunged and should be separated from this settlement agreement.

Thank you,

Sincerely,

Sherman V. Hawkins

Enclosure (Claim # 3588)

Clerk of United State Bankruptcy Court
March 6, 2013
Page 2

Cc via Fax:

Cleary Gottlieb Steen & Hamilton LLP
ATTN: Lisa M. Schweitzer Esq.
One Liberty Plaza
New York, NY 10006
Facsimile: (212) 225-3999

Morris, Nichols Arsht & Tunnell LLP
ATTN: Derek C. Abbott, Esq.
1201 North Market Street
Wilmington, Delaware 19801
Facsimile: (302) 658-3989

Togut, Segal & Segal LLP
ATTN: Albert Togut, Esq. & Neil Berger, Esq.
One Penn Plaza
Suite 3335
New York, New York 10119
Facsimile: (212) 967-4258

Akin Gump Strauss Hauer & Feld LLP
Attn: Lisa Beckerman, Esq.
One Bryant Park
New York, New York 10036
Facsimile: (212) 872-1002

Milbank, Tweed, Hadley & McCloy LLP
Attn: Thomas J. Matz, Esq.
One Chase Manhattan Plaza
New York, New York 10005
Facsimile: (212) 822-5885

Office of the United States Trustee
Attn: Mark Kenney, Esq.
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
Facsimile: (302) 573-6497

| United States Bankruptcy Court for the District of Delaware  <br>Nortel Networks Inc. Claims Processing  <br>c/o Epiq Bankruptcy Solutions, LLC  <br>FDR Station, P.O. Box 5075  <br>New York, NY 10150-5075 | **PROOF OF CLAIM** |
|---|---|
| In Re: <br>Nortel Networks Inc., et al. <br>Debtors. | Chapter 11 <br>Case No. 09-10138 (KG) <br>Jointly Administered |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor**: (and name and address where notices should be sent if different from Creditor)

SHERMAN V. HAWKINS
1145 PINE GROVE PTE. DR.
ROSWELL, GA 30075-2704
Telephone number: 770-993-3306   Email Address: SVH30075@GMAIL.COM

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

**Name and address where payment should be sent (if different from above)**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:    Email Address:

1. **Amount of Claim as of Date Case Filed**: $ 93,628.05

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim**: Receivable / Active Medicare Laws
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor**: 0138
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   **Amount of Secured Claim**: $_____   **Amount Unsecured**: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a)**. If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

   **Amount entitled to priority**:
   $_____

6. **Credits**: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents**: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

**Date**: 03/10/09

**Signature**: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
SHERMAN V. HAWKINS
ACCT. MGR.

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Case 09-10138-MFW    Doc 9645    Filed 03/11/13    Page 4 of 8

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
Fill in the name of the Debtor in the bankruptcy case, and the bankruptcy case number.

| | | | | |
|---|---|---|---|---|
| 09-10138 | Nortel Networks Inc. | 09-10146 | Nortel Networks Applications Management Solutions | |
| 09-10139 | Nortel Networks Capital Corporation | 09-10147 | Nortel Networks Optical Components Inc. | |
| 09-10140 | Alteon WebSystems, Inc. | 09-10148 | Nortel Networks HPOCS Inc. | |
| 09-10141 | Alteon Websystems International, Inc. | 09-10149 | Architel Systems (U.S.) Corporation | |
| 09-10142 | Xros, Inc. | 09-10150 | Nortel Networks International Inc. | |
| 09-10143 | Sonoma Systems | 09-10151 | Northern Telecom International Inc. | |
| 09-10144 | Qtera Corporation | 09-10152 | Nortel Networks Cable Solutions Inc. | |
| 09-10145 | CoreTek, Inc. | | | |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

___DEFINITIONS___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
**Nortel Networks Inc. Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5075**
**New York, NY 10150-5075**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

___INFORMATION___

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's system (http://chapter11.epiqsystems.com/nortel) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

Value of Retiree Medical Plan:

S. Hawkins; Global ID: 0121757

Age:55 as of November 2009 33 years with Nortel

From age 40 to current age of 55 is 15 years for mulitplyer for retiree medical units. Nortel pays 40% more for spouse coverage.

|  | Years of service from 40 | Value of Unit | Extended annual benefit | Spouse Coverage at 40% | Muliplied by 10 years (55 to 65) |
|---|---|---|---|---|---|
| Promised Retiree Medical age 55 to 65 *assume Nortel will be defunct by year end 2009 | 15 | $ 318.36 | $4,775.40 | $6,685.56 | $66,855.60 |
| Promised Medicare leveling age 65 thru age 81 (estimated life span) | 15 | 79.68 | $1,195.20 | $1,673.28 | Muliplied by 16 years (life span to 81 from 65) $26,772.48 |

$93,628.08  Total Claim for retiree medical

# NORTEL NETWORKS

## Retiree Medical Plan

Summary Plan Description
2008

Below is a Table detailing the retiree medical plan eligibility requirements.

|  | Previously Available Traditional Program | | Previously Available Balanced Program | Previously Available Investor Program & Employees hired after 1/1/08 |
|---|---|---|---|---|
|  | Grandfathered[1] | Non-grandfathered | | |
| Eligible to participate in the Retiree Medical Plan | Age: 55<br>Service: 5 years[2,3] | Age: 55<br>Service: 10 years[3] | Age: 55<br>Service: 10 years[3] | Age: 55<br>Service: 10 years |
| Eligible for Employer contribution toward cost of retiree medical coverage | Age: 55<br>Service: 5 years[2,3] | Age: 55<br>10 years of service after age 40[3] | Age: 55<br>10 years of service after age 40[3] | Access Only<br>No Employer contribution toward cost of coverage |
| Maximum service recognized for Employer contribution toward cost of retiree medical coverage | 20 Years | 25 Years | 25 years | Access Only<br>No Employer contribution toward cost of coverage |

[1] If you were at least age 50 and had at least one year of service at April 30, 2000 and elected to remain in the Traditional Program, you are "Grandfathered."

[2] Grandfathered employees are also eligible to participate in the Retiree Medical Plan if they retire at age 65 with 1 year of service.

[3] Employees in the Traditional and Balanced Programs who do not meet the eligibility requirements for Employer contributions toward the cost of retiree medical coverage are entitled to coverage under the Retiree Medical Plan on an access only basis (no Employer contribution toward cost of coverage).

**Note:** *Eligibility for the Retiree Medical Plan benefits requires that you and any eligible Dependents for whom you desire coverage be covered by the Nortel Networks Medical Plan immediately prior to your Retirement Start Date. Remember that you may only make changes to the enrollment of Dependents in the Nortel Networks Medical Plan if you have a "Status Change" as defined under the Plan. So <u>plan ahead</u>. (See Status Changes, page 12.)*

**For rehired employees who had previously retired from Nortel Networks Inc.**

If you had previously retired from Nortel Networks Inc. or its predecessor, Northern Telecom Inc., you may be eligible to re-enroll in the Nortel Networks Retiree Medical Plan upon a subsequent retirement from Nortel. To be eligible to re-enroll, you must have been a member of the Nortel Networks Retiree Medical Plan prior to your rehire and a member of the Medical Plan for active employees immediately prior to subsequent retirement. The terms and conditions of the Retiree Medical Plan for which you may be eligible upon a later retirement from Nortel would include immediately Company contributions toward the cost of coverage determined in the same manner as the

determination of the Employer contribution toward the costs of the Retiree Medical Plan are credited as they are for the purposes of vesting under the Nortel Networks Retirement Income Plan.)
- the Dependent coverage level you select (you only or you and your family), and,
- whether you or any eligible Dependent is eligible for Medicare.
- the plan option you select.

**IF YOU RETIRE AFTER MAY 1, 2000, AND ARE GRANDFATHERED UNDER THE PREVIOUSLY AVAILABLE TRADITIONAL PROGRAM**
You are grandfathered for the Retiree Medical Plan if you were at least age 50 on April 30, 2000, a member of the Pension Service Plan and selected the Traditional Capital Accumulation and Retirement Program.

**IF YOU WERE A TRADITIONAL PROGRAM MEMBER (NON-GRANDFATHERED)**
If you were an active or retired member of the previously available Traditional Program, but not grandfathered as described above, your Employer's contribution will be based on:
- your Years of Service after age 40,
- the Dependent coverage level you select (you only or you and your family), and,
- whether you or any eligible Dependent is eligible for Medicare.

For each Year of Service after the age of 40, the Employer contributes a defined annual dollar amount, referred to as "retiree units." The value of the retiree units may increase by a maximum of 2 percent per year as determined by the Nortel Networks Inc. The value of a retiree unit is $318.36 in 2003 for non-Medicare-eligible retirees and $79.68 for Medicare-eligible retirees. This amount is multiplied by your Years of Service. If you choose to cover your spouse, the Employers contribute an additional 40 percent of your allowance. To determine the premium that you pay, the total value of the retiree units is subtracted from the costs of Retiree Medical Plan coverage.

Here is an **example** of how this works:

Assuming that you were retiring this year, if you began working for Nortel Networks at age 45 and were retiring at age 55 as a member of the Traditional Program, the Employer contribution for you would be 10 X $318.36, or $3,183.60 on an annual basis. If you also covered your spouse, the Employer contribution for coverage for your spouse would be 40% X $3,183.60, or $1,273.44. If you had started work for Nortel Networks at 45, now are 65 and eligible for Medicare, the Employer contribution would be 20 X $79.68, or $1,593.60 on an annual basis.

**IF YOU WERE A BALANCED PROGRAM MEMBER**
If you are currently an employee of one of the Employers and were a member of the previously available Balanced Program, your Employer's contribution will be based on:
- your Years of Service after age 40,
- the Dependent coverage level you select (you only or you and your family), and,
- whether you or any eligible Dependent is eligible for Medicare.