rEE DATA

.tice Date: 2010/08/31

Employee: ███████

Employee Number: ███████

Continuous Service Date: ███████

Severance Eligibility Date: ███████

Employment Termination Date: 2010/08/31

Severance Stop Date: 2010/12/28

Employee Home Address:

███████
███████
███████

Severance Period (for employees with at least 6 months of service): ███
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC 27709-3010
1-800-676-4636

*M-F 9-12*
*1-5p*
*EST*

↑ SEVERANCE
= 4 weeks for 1ST yr per HR
+ 1 week each ANNIVERSARY
OF DATE of hire

1

INFORMATION MEMO FOR EMPLOYEES UPON EMPLOYMENT TERMINATION
INCLUDING THE OPPORTUNITY TO WAIVE SEVERANCE PAYMENTS AND
BENEFITS UNDER THE NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN

IMPORTANT PLEASE READ CAREFULLY

**INTRODUCTION:** Section I below (Employee Data) sets forth payments under the Nortel Networks Severance Allowance Plan (the "Plan") that you may have been eligible for had Nortel Networks Inc. ("NNI") and Nortel Networks CALA Inc. ("NNCI") not filed for creditor protection under Chapter 11 of applicable US Bankruptcy law (the "Filing"). Employee may be eligible to file a claim in the Chapter 11 proceeding with respect to such payments and benefits under the Plan.

**IMPORANT NOTE:** Effective September 1, 2010, Nortel Networks Inc. will no longer provide employer-subsidized retiree medical benefits. At the same time, the retiree life insurance plan and the optional long term care plans will also be discontinued.

The timing of payment of benefits under the Retirement Income Plan ("RIP") and commencement of coverage under the Retiree Medical, Life Insurance and Long-Term Care Plan ("Retiree Medical Plan") depends on when Employee's "Severance Period" ends. (For more information, see Section III (B) (10) and (11) below). It is important to understand that Employee cannot commence such benefits until after the end of the total Severance Period described in the Plan. If Employee qualifies for benefits under the Severance Plan, that waiting period before Employee can commence benefits under the RIP and Retiree Medical still applies even though Employee may have to submit a claim for severance benefits through the Chapter 11 process rather than commencing benefits immediately following Employee's employment termination. For that reason, Employee should determine whether the ability to claim Employee's Severance Plan benefits or to start Employee's Retirement Income Plan benefits and Retiree Medical Plan coverage earlier is more important to you. If starting the Retirement Income Plan and Retiree Medical Plan benefits earlier has greater value, Employee may start them earlier by waiving Employee's claim to Severance Plan benefits entirely. To do so, Employee must complete the "Waiver of Severance Plan Benefits" that appears at the end of this memo.

However, please note that if Employee waives Employee's Severance Plan benefits, Employee will not receive credit for vesting service under the Retirement Income Plan during Employee's "standard severance period". The standard severance period is the period after Employee's Employment Termination Date that applies if Employee qualifies for benefits under the Severance Plan. The period equals 4 weeks plus 1 week for each year of Employee's service with Nortel. That credit also counts toward qualifying Employee for coverage and subsidies under the Retiree Medical Plan. If Employee will not have enough vesting service to qualify for a Retirement Income Plan benefit at Employee's Employment Termination Date or to qualify for coverage and the maximum subsidy available to Employee under the Retiree Medical Plan but would have such service at the end of Employee's standard severance period, Employee may not want to waive Employee's Severance Plan benefits. Note that Employee cannot waive the Severance Plan benefit for just a portion of the severance period, such as the period after the end of the standard severance period.

Please note that on July 17, 2009 the Pension Benefit Guarantee Corporation ("PBGC") announced that it will be assuming responsibility to administer and pay benefits with respect to Nortel's US Retirement Income Plan. As a result, the above waiver while currently applicable may be subject to change by the PBGC.

Further, the benefits set forth in Section III (B), below will be available to Employee as long as Employee meets the eligibility requirements for the identified benefits.

| HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION |
|---|
| PROBUSINESS / SAP INFORMATION |

EMPLOYEE NAME: ▮▮▮▮▮

GLOBAL ID: ▮▮▮▮▮

TERMINATION EFFECTIVE DATE: <u>2010/08/31</u>

ENTITY: <u>LTD</u>     DEPT: ▮▮▮▮▮  ←

BENEFITS END DATE: <u>2010/08/31</u>

EMPLOYEE STATUS:  Full Time: F  ←
                  Part Time:

CONTINUOUS SERVICE DATE: ▮▮▮▮▮

LOCATION: ▮▮▮▮▮

EMPLOYEE ADDRESS:

LOCATION DESCRIPTION: ▮▮▮▮▮

▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮

---

SAP ACTION CODE: ▮▮

SAP SEPARATION REASON CODE: 33

SAP SEPARTION REASON DESCRIPTION:
<u>Work force reduction</u>   ←

---

**WITHHOLDINGS & AMOUNTS OWED**
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

3

## II. NOTICE

### IMPORTANT NOTICE

Employee's employment is being terminated effective as of the Employment Termination Date specified above in Section I ("Termination Date"). However, notwithstanding the Filing, if Employee meets the eligibility requirements for benefits described in Section III (B) below, Employee will have access to them.

## III. ADDITIONAL INFORMATION

(A) **Notice Date:** The last day on which Employee is required to report to work and/or perform job duties and responsibilities is the Notice Date set out in Section 1 of this Agreement ("Notice Date").

(B) **Benefits Available To Employees:** The following benefits shall be provided to Employee, to the extent that the Employee qualifies for such benefits under the provisions of the official plan documents that establish the requirements for such benefits.

(1) *MEDICAL AND DENTAL/VISION/HEARING CARE COVERAGE AND EMPLOYEE ASSISTANCE PROGRAM COVERAGE (EAP)*

If enrolled, coverage ends on the last day of the month that includes Employee's Termination Date.

All eligible expenses incurred prior to the first day of the month following the Termination Date will be covered under the Employee's Medical Plan and Dental/Vision/Hearing Care Plan coverage.

However, certain Medical and Dental/Vision/Hearing Care Plan and EAP coverage may be continued beyond the last day of the month that includes Employee's Termination Date under COBRA (the Consolidated Omnibus Budget Reconciliation Act). If eligible, Employee may elect to purchase continuation under COBRA of the group Medical and Dental/Vision/Hearing care coverage for Employee and Employee's covered dependents (as defined by COBRA). Generally, Employee's coverage may be continued for 18 months after the coverage ends due to the Employee's termination. Employee's cost will be at the full COBRA rate (102% of the full group rate per person). Information on Employee's COBRA option will be forwarded to Employee's address of record from Ceridian within 30 days of Employee's Termination Date. If Employee has not received the COBRA enrollment package within 30 days, please call Ceridian at 1-800-877-7994.

(2) *HEALTH CARE REIMBURSEMENT ACCOUNT (HRCA)*

If enrolled, contribution ends on Employee's Termination Date, unless Employee elects to continue for the period provided under COBRA. Please contact Ceridian at 1-800-877-7994 for additional information.

If Employee elects not to continue HCRA under COBRA, Employee may continue to receive reimbursements (up to the maximum Employee has elected) from that account for eligible expenses incurred through Employee's Termination Date. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is May 31 for expenses incurred thru the previous plan year Grace Period (March 15). For additional information, please contact WageWorks at 1-877-924-3967.

(3) *DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT (DDCRA)*

If enrolled, the contribution to the DDCRA plan ends on Employee's Termination Date.

Employee may use any money in his/her account at the time his/her employment ends to pay eligible expenses incurred before your employment ends. Expenses incurred after your employment ends cannot be reimbursed. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is March 31 of the year following the year in which expense occurred. For additional information, please contact WageWorks at 1-877-924-3967.

4

*EMPLOYEE LIFE INSURANCE*

If enrolled, core and optional coverage ends on Employee's Termination Date.

Employee may convert the group life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

*DEPENDENT LIFE INSURANCE – SPOUSE & CHILD(REN)*

If enrolled, coverage ends on Employee's Termination Date.

Employee may convert the group dependent life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

*ACCIDENTIAL DEATH & DISMEMBERMENT (AD&D) INSURANCE*

If enrolled, coverage ends on Employee's Termination Date.

There is no conversion privilege.

*SHORT-TERM (STD) DISABILITY*

The Long-Term Disability Plan will terminate August 31, 2010.

If enrolled, coverage ends on Employee's Termination Date.

If Employee is actively at work (as defined in the applicable Short-Term Disability and Long-Term Disability Plan documents) on the Notice Date (and the Notice Date and the Termination Date are different), Employee's existing Short-Term and Long-Term Disability Plan coverage will continue until the Termination Date. Upon the Termination Date, all disability plan coverage terminates. If Employee becomes disabled and qualifies for Short-Term Disability Plan benefits between the Notice Date and the Termination Date, once a period of total disability has ended (by Employee's recovery, a finding by the claims administrator that benefits are no longer payable, or by payment of the maximum STD/LTD Plan benefit), Employee will not be returned to active work status unless Nortel identifies an available job for which Employee is qualified, with or without a reasonable accommodation. If Employee is not returned to active work status, Employee will have no further Short-Term or Long-Term Disability Plan coverage for any conditions that arise after that date (the date total disability ends).

If Employee is not actively at work on the Notice Date, Employee does not have coverage for Short-Term or Long-Term Disability Plan benefits on Employee's Notice Date and such coverage will not resume after the Notice Date. In this situation, it will not be possible for Employee to qualify for Short-Term or Long-Term Disability Plan benefits during the period between the Notice Date and Termination Date.

*LONG-TERM (LTD) DISABILITY*

The Long-Term Disability Plan will terminate August 31, 2010.

If enrolled, coverage ends on Employee's Termination Date.

*BUSINESS TRAVEL ACCIDENT INSURANCE*

Coverage ends on Employee's Termination Date.

5

(10) RETIREE MEDICAL PLAN ("RETIREE MEDICAL PLAN") and RETIREE LIFE AND LONG TERM CARE PLAN ("RETIREE LIFE INSURANCE PLAN")

Effective September 1, 2010, Nortel Networks Inc. will no long provide employer-subsidized retiree medical benefits. At the same time, the retiree life insurance plan and the optional long-term care plan will also be discontinued.

If eligible,
- Employee will have access to the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan on the date benefits commence under the Retirement Income Plan as administered by the Pension Benefits Guarantee Corporation (PBGC), if Employee (i) participated in the previously provided (now cancelled) Traditional or Balanced Program under the old Capital Accumulation Retirement Program ("CARP"), (ii) elects to commence benefits through the PBGC on the earliest date following the Termination Date or the Severance End Date, (iii) is at least age 55 and meets the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan service requirements when benefits commence through the PBGC and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the date of commencement of pension benefits through the PBGC or;
- Employee will have access to the Retiree Medical Plan on the later to occur of the Termination Date or the Severance End Date, if Employee (i) participated in the previously provided (now cancelled) Investor Program under the old Capital Accumulation Retirement Program (CARP), (ii) is at least age 55 on the later to occur of the Termination Date or the Severance End Date, (iii) has ten years of service after age 40 and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the later of the Termination Date or Severance End Date.

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits. Because Retiree Medical Plan benefits cannot commence until pension benefits begin through the PBGC, that decision also affects the timing of commencement of Retiree Medical Plan coverage.

However, if Employee needs the service that Employee would earn during his or her standard severance period to qualify for Retiree Medical Plan benefits or to earn the maximum subsidy for that benefit, waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee was grandfathered for coverage so Employee would need to check Employee's individual requirements to determine whether Employee needs the service that would be earned during the severance period. All employees must reach age 55 before the Retiree Medical Plan coverage date, plus they must earn either 5 or 10 years of service to qualify for the coverage. For subsidized coverage, Employee would have to qualify under the grandfathering provisions that applied to the freezing of the Retiree Medical Plan as of December 31, 2007, and to get the maximum subsidy that is available for grandfathered benefits, Employee would need 20 or 25 years of service—depending on whether Employee qualified under a prior grandfathering of benefits that was granted in 2000 or not. So, Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan through the PBGC and Retiree Medical Plan benefits earlier or not.

NOTE: To initiate pension benefit payments accrued under the Retirement Income Plan, Employee must call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at 1-800-400-7242. All pension benefits related questions should be directed to the PBGC. Questions related to the Nortel Networks Retiree Medical and the Retiree Life and Long Term Care Insurance Plans should be directed to the Nortel HR Shared Services Center at 1-800-676-4636.

(11) Retirement Income Plan ("RIP")

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits.

However, if Employee needs the service that Employee would earn during his or her standard severance period to qualify, waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee was grandfathered for coverage so Employee would need to check Employee's individual requirements to determine whether Employee needs the service that would be earned during the severance period.

6

Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan.

To initiate pension benefit payments accrued under the Retirement Income Plan, Employee must call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at 1-800-400-7242. All pension benefits related questions should be directed to the PBGC.

(12) LONG TERM INVESTMENT PLAN (Investment Plan)

If enrolled, Employee's contribution and company contribution end on Employee's Termination Date.

If Employee's account balance is more than $1,000, Employee may leave the account in the Investment Plan or may request a distribution from the Investment Plan. Statements regarding account activity and elections regarding investment options will continue to be available to the Employee if the Employee's account is not distributed. Employee will not be eligible to contribute or rollover new money into the account or take a loan from the account after Employee's Termination Date. If Employee's account balance is $1,000 or less, the account must be distributed to the Employee.

Loans from the Investment Plan become immediately due and payable on the Employee's Termination Date. Employee may initiate pay-off of Employee's loan balance by calling the Nortel Networks Long-Term Savings Service Center (Hewitt Associates LLC) at 1-800-726-0026 and requesting a payoff coupon. However, Employee will have the option to continue the 401(k) loan repayments through the Automated Clearing House (ACH) by making payments directly to Hewitt Associates LLC. Loans that are not repaid are treated as taxable distributions and may be subject to additional federal and state tax penalties.

(13) DEFERRED COMPENSATION

If enrolled, normally any amounts in Employee's account in the Nortel Networks U.S. Deferred Compensation Plan ("NNDP") would be distributed to Employee pursuant to the terms of the NNDP. However, due to The Filing, NNI and NNCI are unable to distribute any amounts from the NNDP at this time.

(14) EQUITY AWARDS (STOCK OPTIONS, STOCK APPRECIATION RIGHTS ("SARs"), RESTRICTED STOCK UNITS ("RSUs") AND PERFORMANCE STOCK UNITS ("PSUs")) (if applicable)

On February 27, 2009, Nortel obtained an order from the Canadian Court in the CCAA proceedings providing for the termination of the Nortel equity plans (the Nortel 2005 Stock Incentive Plan, As Amended and Restated, the Nortel Networks Corporation 1986 Stock Option Plan, As Amended and Restated and the Nortel Networks Corporation 2000 Stock Option Plan) and the equity plans assumed in prior acquisitions, including all outstanding equity under these plans (stock options, SARs, RSUs and PSUs), whether vested or unvested.

(15) VACATION ENTITLEMENT

Annual vacation accrual ends on Employee's Termination Date. Employees will be credited with their monthly vacation accrual the final month of employment regardless of Employment Termination Date. All accrued but unused vacation will be paid out in compliance with Company policy.

(16) OTHER BENEFITS

Some voluntary/ancillary benefits may be continued post Employment Termination Date by Employee contacting the provider (see below list of providers) directly. Any continuation of such benefits will be based upon the terms and conditions as set forth by that provider. Any other benefits not expressly extended to Employee following the Termination Date under this Agreement will end on 12:01am on the day immediately following the Termination Date.

MetLife: 1-800-GET-MET 8 (1-800-438-6388)
Wells Fargo Employee Mortgage Program: 1-800-525-3898
H&R Block Tax Preparation Program: 1-800-786-3429

(17) END OF BENEFITS

Any benefit not expressly extended to Employee in this Section III (B) shall cease 12:01am on the day immediately

7

(C) **"Reporting" or "Non-Reporting" Insider Designation, if applicable.** If Employee has the designation of either "Reporting" or "Non-Reporting" Insider pursuant to Corporate Policy 320.28 of Nortel Networks Corporation (and under applicable Canadian/US securities legislation for Reporting Insiders), the Employee will cease to have this designation effective 12:01 a.m. the day following the Termination Date. Notwithstanding the fact that Employee will no longer have this designation, if Employee is in possession of material non-public information relating to Nortel Networks, Employee is prohibited from trading in Nortel securities (or informing another person of the material non-public information) in accordance with applicable laws. If Employee is a "Reporting" Insider, the Employee understands that s/he is required to amend his or her insider profile within 10 days of Employee's Termination Date on the Canadian System for Electronic Disclosure by Insiders (SEDI) to indicate that Employee is no longer a "Reporting" Insider of Nortel. The Employee should contact the Insider Reporting Department at phone number (905) 863-1220 and fax (905) 863-8524 for assistance in amending the SEDI profile.

(D) **Trade Secret and Confidential Information Acknowledgement.** Employee shall have ongoing and continuing obligations to Nortel (including those specified in any agreement with Nortel that Employee has executed) which include, but are not limited to, the following: keeping secret and confidential and not utilizing in any manner any trade secrets, proprietary or confidential information of Nortel made available to Employee during Employee's period of employment with Nortel and refraining from disclosing such information to any third party or using it for any purpose.

(E) **Voluntary Waiver of all Benefits under the Nortel Networks Severance Allowance Plan.** By signing below, Employee acknowledges that Employee is voluntarily waiving all entitlement to any and all benefits described in the document "Nortel Networks Severance Allowance Plan" that might be available to Employee under such Plan. Further, Employee understands and has read this document and specifically those provisions in the INTRODUCTION paragraph and paragraphs 10 and 11 in Section III(B) above that discuss the timing of payment of benefits under the RIP and the Retiree Medical Plan. This waiver is granted voluntarily and with full understanding of the benefits that Employee is waiving. Employee understands that without Employee signing this waiver that Employee's benefits under the RIP and coverage under the Retiree Medical Plan cannot commence until after the end of the Employee's "severance period" that would apply to Employee under the Severance Plan, provided that Employee was entitled to benefits under the Severance Plan. Employee shall have thirty (30) calendar days from the date of receipt of this document to sign and return the document to the HR contact address identified in Section I above.

Signature:_____     Date:_____

Printed Name:_____

**PLEASE NOTE:** If there are any discrepancies between the information in this memo and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel reserves the right to further amend or discontinue the plan(s) and/or program(s) described in this communication at any time without prior notice to, or consent by, employees.

8