UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

                                        Chapter 11 Case No.

**NORTEL NETWORKS, INC.**                    09-10138 (KG)

        TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

**Solus Recovery Fund LP**                   Robin Boddie

Name and Address where notices to Transferee should be sent:    Court Claim # (if known): 733

Solus Recovery Fund LP
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022

| | |
|---|---|
| Allowed Admin: | $197.77 |
| Allowed Priority: | $726.47 |
| Allowed Unsecured: | $11,966.61 |
| Claimed Unsecured: | $24,739.78 |

Telephone No.: (212) 284-4300
Facsimile No.: (212) 284-4338
Email: compliance@soluslp.com
Attention: Jon Zinman

Date Claim Filed: 03/27/2009

Name and Address of Transferor:

Name and Address where transferee payments
Should be sent (if different from above):

Robin Boddie
9415 PANTHER CREEK PKWY APT 818
FRISCO, TX 75035-1114

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: __3/13/2013__
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 8 U.S.C. §§ 152 & 3571.*

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                             _____
                                                       **CLERK OF THE COURT**