**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., <u>et al.</u>, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 9549-9560 & 9583** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                                                    ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On March 8, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
_12th_ day of March, 2013

Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  STEPP, FLOYD                          STEPP, FLOYD
     FLOYD STEPP                           1126 COUNTRY CLUB LN
     1126 COUNTRY CLUB LN                  ZEBULON, NC 27597
     ZEBULON NC 27597

Please note that your claim # 2337 in the above referenced case and in the amount of
$59,891.19 has been transferred **(unless previously expunged by court order)** to:

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: STEPP, FLOYD
301 ROUTE 17, 7TH FLOOR
ATTN: GANNA LIBERCHUK
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9549         in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/08/2013                          David D. Bird, Clerk of Court


                                          /s/ Tim Conklin
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 8, 2013.

**EXHIBIT B**

TIME: 13:08:01
DATE: 03/13/13

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| COOK, CASEY | 3709 FAULKNER DRIVE ROWLETT TX 75088 |
| FAWCETT, ERIC | 102 CHAPARRAL COURT CARY NC 27513 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: COOK, CASEY 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: FAWCETT, ERIC 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HARDY, SHARON H. 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HENNEBERGER, JOSEPH M. 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MACHALICEK, REBECCA 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: REED, WILLIAM E. 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ROVIRA, ALBA 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SCHWEM, KURT 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SMITH, DAWN 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: STEPP, FLOYD 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HARDY, SHARON H. | 1006 GWENDOLYN DR LEBANON TN 37087-8478 |
| HENNEBERGER, JOSEPH M. | 236 SHADY HILL DR. RICHARDSON TX 75080 |
| MACHALICEK, REBECCA | 4708 RUSTIC RIDGE CT. SACHSE TX 75048 |
| NFUSION GROUP, LLC | JAY H. ONG, ESQ. 401 CONGRESS AVE STE 3050 AUSTIN TX 78701-4506 |
| NFUSION GROUP, LLC | CARMENT HENDERSON, CONTROLLER 5000 PLAZA ON THE LAKE SUITE 200 AUSTIN TX 78746 |
| REED, WILLIAM E. | 5199 JESSICA LANE COOKEVILLE TN 38506 |
| ROVIRA, ALBA | 1485 NW 126 WAY FORT LAUDERDALE FL 33323 |
| SCHWEM, KURT | 18910 CARLTON AVE. CASTRO VALLEY CA 94546 |
| SMITH, DAWN | 107 CRAFTON PARK LANE CARY NC 27519 |
| SONAR CREDIT PARTNERS II, LLC | TRANSFEROR: NFUSION GROUP, LLC 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504 |
| STEPP, FLOYD | FLOYD STEPP 1126 COUNTRY CLUB LN ZEBULON NC 27597 |

Total Number of Records Printed        23

EPIQ BANKRUPTCY SOLUTIONS, LLC