IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 9603-9605 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 13, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
14th day of March, 2013

/s/ Notary Public
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9603-9605_3-13-13.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  AIKEN, JERRY L.
     8536 CARRIAGE WOODS LN.
     ROUGEMONT, NC 27572
```

Please note that your claim # 3788 in the above referenced case and in the amount of $224,863.14 has been transferred **(unless previously expunged by court order)** to:

```
CRT SPECIAL INVESTMENTS LLC
TRANSFEROR: AIKEN, JERRY L.
JOSEPH E. SARACHEK
262 HARBOR DRIVE
STAMFORD, CT 06902
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9603 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/13/2013                          David D. Bird, Clerk of Court

                                          /s/ Tim Conklin
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 13, 2013.

**EXHIBIT B**

```
TIME: 13:04:38                                              NORTEL NETWORKS INC.
DATE: 03/13/13                                                CREDITOR LISTING                                         PAGE:      1
```

| Name | Address |
|---|---|
| AIKEN, JERRY L. | 8536 CARRIAGE WOODS LN. ROUGEMONT NC 27572 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: AIKEN, JERRY L. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: SAMUEL, JOSEPH JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| SAMUEL, JOSEPH | 102 BATHGATE LANE CARY NC 27513 |

Total Number of Records Printed     4

EPIQ BANKRUPTCY SOLUTIONS, LLC