IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Objection Deadline: April 19, 2013 at 4 p.m.<br>Hearing Date: April 30, 2013 at 10 a.m.<br>RE: Docket #s 9304, 9427 |

## REMAJOS BROWN, NORTEL US LTD EMPLOYEE, RESPONSE SUPPORTING

"Joint Motion Pursuant to 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 To (I)(A) Preliminarily Approve The Settlement Agreement Regarding Long-Term Disability Plans And Claims, (B) Conditionally Certify A Class For Settlement Purposes Only, (C) Approve The Notice, Procedures, And (D) Schedule A Fairness Hearing; And (II)(A) Finally Approve The Settlement Agreement, (B) Finally Certify A Class, (C) Authorize The Debtors To Terminate The LTD Plans, And (D) Grant Related Relief" [D.I. 9304]

Dear Honorable Kevin Gross,

I wish to formally communicate to the Court the following please:

o   I support the LTD Settlement [D.I. 9304]. Although I am obviously not totally happy with the settlement figures, I understand the Debtors are not either; therefore a satisfactory compromise has been met.

o   I wish to express my gratitude to the Court, yourself explicitly Judge Kevin Gross, for your attentive, considerate and courteous ear granted myself and all the LTD when we appear in your Court.

o   I have concerns with respect to potentially significant Tax implications and would hope their impact is minimized or it will be another entity that will diminish the returns critical for my survival.

Sincerely,

*Remajos Brown*

REMAJOS BROWN

2353 SWORD DRIVE

GARLAND, TEXAS 75044-6036

March 4, 2013