Delaware Bankruptcy Court  
824 N. Market Street  
Wilmington, DE 19801

Thomas L, Cherry  
239 Raven Rock Drive  
Boone, NC 28607

To; Honorable Chief Judge, Kevin Gross

March 06, 2013

Sir,

I have been in conversation with Neil Berger a lawyer representing the Retirees Committee. The commitee is charged with managing the distribution of funds received from Nortel's bankruptcy settlement. I have contacted you twice in the past, Neil Berger indicated that you are already in agreement with the proposed settlement.

The proposed Nortel Networks settlement is not to the advantage of many Nortel retirees, in fact it is to our disadvantage.

The settlement includes funds for other than for health benefits but the use of a HRA account lumps all the monies into a health account. I consider this as fraudulent action, and should not be allowed. Also the settlement, belongs to the retirees and should be disbursed directly to the employees or into accounts owned by the retirees. There are other types of accounts that would provide this. Where the Retiree Committee(VEBA) would not own the accounts and controlling the funds.

An "HRA" account is owned by the employer or assigned manager of the account (VEBA), not the retiree. The owner of the "HRA" account can cancel the account at any time and remove the funds and I see no legal protection for the retiree. Also, to receive any funds from the account, the application for reimbursement has to be approved by the owner of the account. This type of distribution to the retiree is just not acceptable, the "HRA" account belongs to the owner of the account, not to the retiree.

(This was taken from the Q&A provided online, to explain the settlement)
Upon the death of the last survivor (or the death of the retiree, if there are no survivors), the amounts allocated to the retiree's HRA account will be forfeited to and retained by the VEBA. Under tax requirements for HRAs, retirees will not be allowed to designate beneficiaries of their own choosing to receive the balance of their HRA accounts that remains at the time of their death.

Today, I was told that any balance would be sent to the retiree. (And that would include to the retiree's estate). But the above "answer" states otherwise, also if the account is cancelled by the VEBA, they retain the all funds. I have been told this would not happen, why would someone want to put the retiree in that type of position?

Thank You, Thomas L Cherry Global ID# 262773