IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| A | ) |
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*, The Debtors, | ) Case No. 09-10138 (KG) |

### ESTELLE LOGGINS, NORTEL US LTD EMPLOYEE, MOTION COMPELLING DEBTORS TO ADMIT MY CLAIM FOR COMPENSATION AND REIMBURSEMENT OF AMOUNTS OWED FOR THE PERIOD OF MARCH 1, 2003 THROUGH DECEMBER 31, 2012 (D. I. 8270) AS VALID PER NORTEL NETWORKS SUMMARY PLAN DESCRIPTION (SPD) 2000 AND ISSUE PAYMENT IMMEDIATELY

Estelle Loggins, a US Long-Term Disabled (LTD) Employee, of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), hereby submits this motion compelling Debtors to admit my claim for the payments described in (D. I. 8270) as valid per Nortel Networks year 2000 SPD and issue payment. In support of this Motion, I respectfully represent as follows:

### BACKGROUND

1. On May 7, 2012 the Debtors filed "Motion To Authorize And Approve Procedures To Resolve Or Otherwise Settle Claims Of Employees Terminated Post-Petition". [D.I. 7617] This Motion was approved by the Court on May 24, 2012. [D.I. 7685]

2. On July 30, 2012 the Debtors filed "Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long Term Disability Plans and the Employment of the LTD Employees". [D.I. 8067]

P

3. On January 18, 2013, the Debtors and the LTD 1102 Committee filed a Joint Motion "Joint Motion Pursuant to 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 To (I)(A) Preliminarily Approve The Settlement Agreement Regarding Long-Term Disability Plans And Claims, (B) Conditionally Certify A Class For Settlement Purposes Only, (C) Approve The Notice, Procedures, And (D) Schedule A Fairness Hearing; And (II)(A) Finally Approve The Settlement Agreement, (B) Finally Certify A Class, (C) Authorize The Debtors To Terminate The LTD Plans, And (D) Grant Related Relief". [D.I. 9304]

P

## RELIEF REQUESTED

6. My termination from Nortel was effective December 11, 2013 per the terms of SPD 2000 - I request the Debtors admit my claim for Compensation and Reimbursement as valid per the Nortel Networks SPD 2000 as described in D.I. 8270. I assert that payments promised in SPD 2000 were never fully paid; therefore my claim should not be expunged, because the terms of SPD 2000 has not been met (D. I. 8270); please issue payment in the amount of 251,471.40.

## BASIS FOR RELIEF

7. Debtors filed "Motion To Authorize And Approve Procedures To Resolve Or Otherwise Settle Claims Of Employees Terminated Post-Petition". [D.I. 7617] Per paragraph 11 of this Motion: *"Specifically, by this Motion, the Debtors are seeking the approval of Settlement Procedures that will permit the Debtors to resolve claims of Employees terminated from employment by the Debtors **following the Petition Date** (including the priority, classification and amount of the claims). This in effect excluded my claim form the LTD Settlement Agreement.*

9. The Settlement Agreement presented via Joint Motion [D.I. 9304] provides for partial compensation for loss of LTD benefits; i.e. it is a compromise but certainly does not provide for full income replacement. Further, I, as a Nortel Networks employee I am entitled to compensation and reimbursement of amounts contractually promised within Nortel Networks SPD 2000; there was no allocation of funds for these funds within the context of the Settlement Agreement; and I was not included in the Agreement, due to the effective date of my

3

P

retirement.

10. When the Debtors issued termination notices of the LTD Plan and Employment in June 2010, (Exhibit A – "HR Shared Services U.S. – Termination Notification"), the following points were documented within their context:

   a. Employee Status is noted as "Full time".

   b. Employment is noted as being terminated due to a *"workforce reduction", "There are no jobs to return to"*.

11. Per Nortel Networks documentation, as well as the Debtors continued recognition to-date of LTD Employees as being "active employees", I meet all eligibility criteria set forth in Nortel Networks SPD 2000 for issuance this underpayment. I have attached a letter from Prudential's Regina M. Carter describing by benefit amount is detail (Exhibit A), and a copy of AIG's insurance contract ( Exhibit B) with Nortel as a basis for my claim.

## NOTICE

1. Notice of this Motion has been provided to the US Bankruptcy Court, Delaware and the Debtors Counsel, Cleary, Gottlieb, Steen & Hamilton LLP via first class mail. Other parties will receive notice through the Court's electronic filing system. I respectfully submit that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE, Estelle Loggins**, herein respectfully requests this Court grant this Motion and relief request herein compelling the Debtors to recognize my claim for compensation and reimbursement of amounts owed for the period of March 1, 2003 through December 31,

4

P.

2012 as valid and issue payment.

Dated: *March 13, 2013*                    *Estelle Loggins*

ESTELLE LOGGINS
250 OLD MILL LANE
DALLAS, TX 75217

*Appearing Pro Se*

5

P.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| Nortel Networks Inc., *et al.*, The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), | ) Case No. 09-10138 (KG) ) ) Jointly Administered ) |

### ESTELLE LOGGINS, NORTEL US LTD EMPLOYEE, MOTION COMPELLING DEBTORS TO ADMIT MY CLAIM FOR COMPENSATION AND REIMBURSEMENT OF AMOUNTS OWED FOR THE PERIOD OF MARCH 1, 2003 THROUGH DECEMBER 31, 2012 AS VALID PER NORTEL NETWORKS SUMMARY PLAN DESCRIPTION (SPD 2000 & D.I. 8270) AND ISSUE PAYMENT

Upon consideration of the Motion by ESTELLE LOGGINS for entry of an order compelling the Debtors to admit her claim for Compensation and Reimbursement as valid and issue payment (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

Dated: _____,2013
      Wilmington, Delaware

### EXHIBITS

- **Exhibit A** – "Prudential Letter dated September 15, 2000 ", 2010

6

 **Prudential**

Regina M Carter
Disability Consultant

Prudential
Disability Management Services
P.O. Box 2300
Parsippany, NJ 07054

Phone: (800) 842-1718 Ext: 8728
Fax: (973) 285-8800
Hours: 07:00 AM 03:30 PM

September 15, 2000

Estelle Loggins
1602 North Graves Street
Mc Kinney, TX 75069

Claimant: Estelle Loggins
Control #/Br: 39900 / 000RB
Claim #: 10328806
Social Security #: 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
Date of Birth: 12/11/1947

Dear Ms. Loggins:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Nortel Networks, Inc. Group LTD Plan and are writing to inform you that your claim has been approved with benefits effective October 3, 2000.

An employee is Totally Disabled for the purposes of the Nortel Networks, Inc. Group LTD Plan only while satisfying all of the following requirements:

*"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.*

*After the first 18 month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."*

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $5,194.17 |
| Scheduled LTD Benefit (60.00%) | $3,635.92 |
| Voluntary FIT | $   88.00 |
| Less Medical Insurance | $  122.58 |
| Less Dental Insurance | $   11.38 |
| Less AD&D | $    1.66 |
| Less Employee Life | $   40.92 |
| Less Child Life | $    1.23 |

P.

- **Exhibit B** – "AIG's Contract with Nortel for the year 2000"

7