## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NORTEL NETWORKS, INC.,** *et al.,*[1]<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 09-10138 (KG)**<br>**Jointly Administered** |

### RULE 2019 VERIFIED STATEMENT OF MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. OF REPRESENTATION OF MULTIPLE CREDITORS

Monzack Mersky McLaughlin and Browder, P.A. ("MMMB") makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. MMMB is appearing in these cases to represent the interests of each of the following creditors for the purpose of seeking the allowance to file a claim after the proof of claim deadline (collectively "Clients" and individually "Client") in connection with the Debtors referenced in footnote 1 below (the "Debtors"):

| Name | Address | Nature of Claim |
|---|---|---|
| Abbott, Ernest | See Exhibit A | Severance Claim |
| Ackerman, Karon | See Exhibit A | Severance Claim |
| Artuso, Elio | See Exhibit A | Severance Claim |
| Aweya, James | See Exhibit A | Severance Claim |
| Babula, Mark | See Exhibit A | Severance Claim |
| Beaudin, Bernard | See Exhibit A | Severance Claim |
| Beavan, Nancy | See Exhibit A | Severance Claim |
| Bisson, Line | See Exhibit A | Severance Claim |
| Blais, Pierre Pierre | See Exhibit A | Severance Claim |
| Boileau, John | See Exhibit A | Severance Claim |
| Bourden, Cynthia | See Exhibit A | Severance Claim |
| Boutilier, Diane | See Exhibit A | Severance Claim |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| Name | Address | Nature of Claim |
|---|---|---|
| Briard, Ernie | See Exhibit A | Severance Claim |
| Bruce, Richard | See Exhibit A | Severance Claim |
| Buchanan, Joseph (Chris) | See Exhibit A | Severance Claim |
| Cai, Xuefeng | See Exhibit A | Severance Claim |
| Campbell, Michael | See Exhibit A | Severance Claim |
| Carbone, Peter | See Exhibit A | Severance Claim |
| Carbonneau, Martin | See Exhibit A | Severance Claim |
| Carew, James | See Exhibit A | Severance Claim |
| Chan, Eric | See Exhibit A | Severance Claim |
| Chapman, Kevin | See Exhibit A | Severance Claim |
| Chetreanu, Adelia | See Exhibit A | Severance Claim |
| Choi, Myung | See Exhibit A | Severance Claim |
| Chung, Chul-Hwan (Jason) | See Exhibit A | Severance Claim |
| Cinicolo, Anthony | See Exhibit A | Severance Claim |
| Cooke, Rob | See Exhibit A | Severance Claim |
| Couser, David | See Exhibit A | Severance Claim |
| Dasylva, Abel | See Exhibit A | Severance Claim |
| Davies, Keith | See Exhibit A | Severance Claim |
| De Baets, Leonard | See Exhibit A | Severance Claim |
| Deevey, Cathy | See Exhibit A | Severance Claim |
| Delisle, Francois | See Exhibit A | Severance Claim |
| Desplanque, Dawn | See Exhibit A | Severance Claim |
| Devlin, Marie | See Exhibit A | Severance Claim |
| Dicks, Brad | See Exhibit A | Severance Claim |
| Dillon, Norman | See Exhibit A | Severance Claim |
| Dippold, Norby | See Exhibit A | Severance Claim |
| Drwiega, Tadeusz | See Exhibit A | Severance Claim |
| Dumas, Laurier | See Exhibit A | Severance Claim |
| Dunning, John | See Exhibit A | Severance Claim |
| Duong, Qui (Thong) | See Exhibit A | Severance Claim |
| Dziubaniuk, Denise | See Exhibit A | Severance Claim |
| Earl, Diane | See Exhibit A | Severance Claim |
| Ellis, Donald | See Exhibit A | Severance Claim |
| Farant, Lynda | See Exhibit A | Severance Claim |
| Fiszman, Sergio | See Exhibit A | Severance Claim |
| Fort, Timothy | See Exhibit A | Severance Claim |
| Funamoto, Jeremy | See Exhibit A | Severance Claim |
| Gale, Charles | See Exhibit A | Severance Claim |
| Gallagher, Kim | See Exhibit A | Severance Claim |
| Gee, Adrian | See Exhibit A | Severance Claim |
| Gilchrist, Timothy | See Exhibit A | Severance Claim |
| Graham, Christina | See Exhibit A | Severance Claim |
| Greco, Karen | See Exhibit A | Severance Claim |
| Hawkes, Terence | See Exhibit A | Severance Claim |
| Herman, Wendy | See Exhibit A | Severance Claim |

| Name | Address | Nature of Claim |
|---|---|---|
| Herzog, Steven | See Exhibit A | Severance Claim |
| Hesidence, David | See Exhibit A | Severance Claim |
| Hooge, Rod | See Exhibit A | Severance Claim |
| Horsun, Fusun | See Exhibit A | Severance Claim |
| Huang, Mingtao (Mark) | See Exhibit A | Severance Claim |
| Hudson, David | See Exhibit A | Severance Claim |
| Hung, Betsy | See Exhibit A | Severance Claim |
| Hunter, Craig | See Exhibit A | Severance Claim |
| Hylarides, June | See Exhibit A | Severance Claim |
| Jadayel, Majed | See Exhibit A | Severance Claim |
| Jankowski, Diane | See Exhibit A | Severance Claim |
| Jarmoc, Jacek | See Exhibit A | Severance Claim |
| Johnson, Paul | See Exhibit A | Severance Claim |
| Jones, Raymond | See Exhibit A | Severance Claim |
| Kelly, Troy | See Exhibit A | Severance Claim |
| Klein, Paula | See Exhibit A | Severance Claim |
| Krahn, Stuart | See Exhibit A | Severance Claim |
| Lam, Man Tat | See Exhibit A | Severance Claim |
| Lapointe, Jean | See Exhibit A | Severance Claim |
| Law, Anthony | See Exhibit A | Severance Claim |
| Leaver, Sandra | See Exhibit A | Severance Claim |
| Leblanc, Velma | See Exhibit A | Severance Claim |
| Lee, Michael | See Exhibit A | Severance Claim |
| Lemyre, Yvon | See Exhibit A | Severance Claim |
| Leung, Daniel | See Exhibit A | Severance Claim |
| Lindia, Vittorio | See Exhibit A | Severance Claim |
| Longchamps, Jane | See Exhibit A | Severance Claim |
| Lozeau, Andre | See Exhibit A | Severance Claim |
| Ma, Danny | See Exhibit A | Severance Claim |
| Mah, George | See Exhibit A | Severance Claim |
| Marcantonio, Joanne | See Exhibit A | Severance Claim |
| Mastronardi, James | See Exhibit A | Severance Claim |
| Matthies, Jonathan | See Exhibit A | Severance Claim |
| Maurice, Andre | See Exhibit A | Severance Claim |
| Mcbeth, Debbie | See Exhibit A | Severance Claim |
| McCorkle, Michael | See Exhibit A | Severance Claim |
| McDonald, Philip | See Exhibit A | Severance Claim |
| Mcgillivray, Vicki | See Exhibit A | Severance Claim |
| McIntosh, Heather | See Exhibit A | Severance Claim |
| Mcruvie, Ann | See Exhibit A | Severance Claim |
| Mignault, Diane | See Exhibit A | Severance Claim |
| Milton, Mark | See Exhibit A | Severance Claim |
| Mistry, Nalin | See Exhibit A | Severance Claim |
| Mitenko, Peter | See Exhibit A | Severance Claim |
| Moncrieff, James | See Exhibit A | Severance Claim |

| Name | Address | Nature of Claim |
|---|---|---|
| Monforton, Gerald (Gerry) | See Exhibit A | Severance Claim |
| Montsion, Gilles | See Exhibit A | Severance Claim |
| Morra, Carm | See Exhibit A | Severance Claim |
| Mundy, Wesley | See Exhibit A | Severance Claim |
| Murdoch, Josephine | See Exhibit A | Severance Claim |
| Neame, David | See Exhibit A | Severance Claim |
| Newman, Kenneth | See Exhibit A | Severance Claim |
| O'Connor, James | See Exhibit A | Severance Claim |
| Orr, Kristi | See Exhibit A | Severance Claim |
| Paarsmarkt, Jim | See Exhibit A | Severance Claim |
| Paluzzi, Anna | See Exhibit A | Severance Claim |
| Paradis, Denis | See Exhibit A | Severance Claim |
| Partridge, Theresa | See Exhibit A | Severance Claim |
| Paskaran, Thavaputhiran | See Exhibit A | Severance Claim |
| Patterson, K. Raymond | See Exhibit A | Severance Claim |
| Pelletier, Normand | See Exhibit A | Severance Claim |
| Petrella, Susan | See Exhibit A | Severance Claim |
| Pierson, Alex | See Exhibit A | Severance Claim |
| Piggott, Julia | See Exhibit A | Severance Claim |
| Pintwala, Thomas | See Exhibit A | Severance Claim |
| Planas, Miguel | See Exhibit A | Severance Claim |
| Pon, Ronnie | See Exhibit A | Severance Claim |
| Preston, Kevin | See Exhibit A | Severance Claim |
| Price, Steven | See Exhibit A | Severance Claim |
| Prystie, Harold | See Exhibit A | Severance Claim |
| Rahimpour, Mitra | See Exhibit A | Severance Claim |
| Ramaswamy, Srinivasan | See Exhibit A | Severance Claim |
| Ramey, Kenneth Scott | See Exhibit A | Severance Claim |
| Ray, Nancy | See Exhibit A | Severance Claim |
| Read, Joanne | See Exhibit A | Severance Claim |
| Roddick, Paul | See Exhibit A | Severance Claim |
| Roebothan, Wayne | See Exhibit A | Severance Claim |
| Rose-Lavigne, Diane | See Exhibit A | Severance Claim |
| Rosvick, Adrian | See Exhibit A | Severance Claim |
| Royer, Claude | See Exhibit A | Severance Claim |
| Ruprecht, John Paul | See Exhibit A | Severance Claim |
| Russell, Graham | See Exhibit A | Severance Claim |
| Ryu, Emma | See Exhibit A | Severance Claim |
| Salameh, Charles | See Exhibit A | Severance Claim |
| Sampaleanu, Marin | See Exhibit A | Severance Claim |
| Sanchez, Pedro | See Exhibit A | Severance Claim |
| Sandison, William (Bill) | See Exhibit A | Severance Claim |
| Shanahan, Barbara | See Exhibit A | Severance Claim |
| Shephard, Scott | See Exhibit A | Severance Claim |
| Singh, Rajinderpal | See Exhibit A | Severance Claim |

| Name | Address | Nature of Claim |
|------|---------|-----------------|
| Slempers, Arnis | See Exhibit A | Severance Claim |
| Smaoui, Mahdi | See Exhibit A | Severance Claim |
| Smith, Kevin | See Exhibit A | Severance Claim |
| Spence, Carolyn | See Exhibit A | Severance Claim |
| Srivastava, Pradeep | See Exhibit A | Severance Claim |
| Storer, Jeremy | See Exhibit A | Severance Claim |
| Sundaramoorthy, Mohan | See Exhibit A | Severance Claim |
| Sung, William | See Exhibit A | Severance Claim |
| Tuah, Kamal | See Exhibit A | Severance Claim |
| Thom, Darwin | See Exhibit A | Severance Claim |
| Thomas, Tina | See Exhibit A | Severance Claim |
| Tober, Timothy | See Exhibit A | Severance Claim |
| Trowbridge, Shirley | See Exhibit A | Severance Claim |
| Turbide, Katharine | See Exhibit A | Severance Claim |
| Turner, Mark | See Exhibit A | Severance Claim |
| Tyler, Laurence | See Exhibit A | Severance Claim |
| Vargas, Oscar | See Exhibit A | Severance Claim |
| Venne, Francois | See Exhibit A | Severance Claim |
| Wanamaker, David | See Exhibit A | Severance Claim |
| Wen, Bing | See Exhibit A | Severance Claim |
| Williams, Spenser | See Exhibit A | Severance Claim |
| Wills, Devon | See Exhibit A | Severance Claim |
| Wilson, Dennis | See Exhibit A | Severance Claim |
| Wilton, Ed | See Exhibit A | Severance Claim |
| Winnicki, Krzystof | See Exhibit A | Severance Claim |
| Wong, Leslie | See Exhibit A | Severance Claim |
| Wong, Thomas | See Exhibit A | Severance Claim |
| Xiao, Guang Zhi | See Exhibit A | Severance Claim |
| York, Christopher | See Exhibit A | Severance Claim |
| Zhang, Yansheng James | See Exhibit A | Severance Claim |

A list of the Clients' address information and employee identification numbers is attached hereto as Exhibit A and incorporated herein by reference.

2.     MMMB does not own, nor have they ever owned, any claim against the Debtors, nor any interests in the Debtors.

3.     MMMB was retained by the Clients on or about January 2013 and each client signed a retention agreement substantially in the form attached hereto as Exhibit B.

4.      Each of the foregoing Clients was informed of the representation by MMMB of each other Client, and each of the Clients waived any potential conflict of interest that could arise as a result of the representation MMMB of each other Client.

5.      MMMB reserves the right to revise and supplement this Rule 2019 Statement.

6.      The undersigned certifies that the foregoing statement is true and correct to the best of their knowledge and belief.

Dated:  March 19, 2013

**MONZACK MERSKY MCLAUGHLIN AND
BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Tel:    (302) 656-8162
Fax:    (302) 656-2769
Email:  rmersky@monlaw.com

**Attorneys for Clients a/k/a the Ad Hoc
Committee of Canadian Employees Terminated
Pre-Petition**