# EXHIBIT A

| EEID | FIRST NAME | LAST NAME | ADDRESS | CITY | PROV/STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 146560 | Erine (Ernest) | Abbott | 316 Hidden Vly Lndg NW | Calgary | AB | T3A 5G4 | Canada |
| 135488 | Karon | Ackerman | 4771 Rundlewood RD N.E. | Calgary | AB | T1Y 2N7 | Canada |
| 139652 | Elio | Artuso | 23 Roselake Street N.W. | Calgary | AB | T2K 1L1 | Canada |
| 509831 | James | Aweya | 24 Stikine Drive | Kanata | ON | K2T 1H1 | Canada |
| 2864412 | Mark | Babula | 259 Mcclellan Road | Nepean | ON | K2H 8N7 | Canada |
| 285776 | Bernard | Beaudin | 63 Sanderling Hill Nw | Calgary | AB | T3K 3B7 | Canada |
| 905432 | Nancy | Beavan | 210-6720 Glen Erin Dr | Mississauga | ON | L5N 3K8 | Canada |
| 159514 | Line | Bisson | 279 Route 700 Po Box 166 | Casselman | ON | K0A 1M0 | Canada |
| 1504673 | Pierre Pierre | Blais | 16 Windfield Crescent | Kanata | ON | K2M 2B7 | Canada |
| 134076 | John | Boileau | 3342 Albion Road | Ottawa | ON | K1V 8V5 | Canada |
| 1665902 | Cynthia | Bourden | 153 Irving Ave. | Ottawa | ON | K1Y 1Z6 | Canada |
| 153951 | Diane | Boutilier | 502-175 Elm Street | Toronto | ON | M5T 2Z8 | Canada |
| 1581446 | Ernie | Briard | 5 Promenade Ave. | Ottawa | ON | K2E 5X4 | Canada |
| 511443 | Richard | Bruce | Waiting on address update from member | Kanata | ON | K2K 2R3 | Canada |
| 1447354 | Joseph (Chris) | Buchanan | 150 Centrepointe Drive | Ottawa | ON | K2G 5C3 | Canada |
| 524180 | XUEFENG | CAI | 212 ZIEGLER ST. | OTTAWA | ON | K1W 0C9 | Canada |
| 115972 | Michael | Campbell | 24 Fletcher Drive | Brampton | ON | L6Y 2G6 | Canada |
| 1632849 | Peter | Carbone | 9 Cramer Drive | Nepean | ON | K2H 5X2 | Canada |
| 1523013 | Martin | Carbonneau | 15 des Montagnais | Gatineau | QC | J9J 1G1 | Canada |
| 159950 | JAMES | CAREW | 82 Black Tern Cres | Kanata | ON | K2M 2Z3 | Canada |
| 145002 | Eric | Chan | 5411 Oliver Drive | Richmond | BC | V6V 2S7 | Canada |
| 1579797 | Kevin | Chapman | 89 Langford Cres. | Kanata | ON | K2K 2N6 | Canada |
| 525568 | Adelia | Chetreanu | 1211 - 1071 Ambleside Dr | Ottawa | ON | K2B 6V4 | Canada |
| 5079064 | Myung | Choi | 338 Neal Drive | Richmond HIll | ON | L4C 3L5 | Canada |

| EEID | FIRST NAME | LAST NAME | ADDRESS | CITY | PROV/STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 5046003 | Chul-Hwan | Chung | 21 Ellison Ave. Box 102 | Gwankak-GO | Seoul | 151-050 | Korea |
| 132084 | Anthony | Cinicolo | 25 Halldorson Cresent | Kanata | ON | K2K 2C6 | Canada |
| 519101 | Rob | Cooke | 40 Steggall Crescent | Stittsville | ON | K2S 1S4 | Canada |
| 1615134 | David | Couser | 27 Starwood Road | Nepean | ON | K2G 1Y9 | Canada |
| 533838 | Abel | Dasylva | 61 Rue des Louveteaux | Gatineau | QC | J9J 0J4 | Canada |
| 285703 | Keith | Davies | 1820 - 62 St N.E. | Calgary | AB | T1Y 1N4 | Canada |
| 1545492 | Leonard | De Baets | 36 Redcar Crescent | Kanata | ON | K2K 3E3 | Canada |
| 116838 | Cathy | Deevey | 13490 Grantley RD, RR 1 | Chesterville | ON | K0C 1H0 | Canada |
| 900349 | Francois | Delisle | 38 rue Robert-Pilon | Gatineau | QC | J9J 2X7 | Canada |
| 149112 | Dawn | Desplanque | 138 Allanford Ave. | Ottawa | ON | K1T 3Y5 | Canada |
| 1752336 | Marie | Devlin | 50 Thunderbird Crescent | Kanata | ON | K2M 2H4 | Canada |
| 289212 | Brad | Dicks | 57 Woodmark Cres. S.W | Calgary | AB | T2W 5Z8 | Canada |
| 288027 | Norman | Dillon | 51 Deerbow Place S.E. | Calgary | AB | T2J 6H8 | Canada |
| 518269 | Norby | Dippold | 95 Second Ave | Uxbridge | ON | L9P 1J9 | Canada |
| 1545299 | Tadeusz | Drwiega | 64 Mcintosh Place | Kanata | ON | K2L 2N8 | Canada |
| 519181 | Laurier | Dumas | 1638 Orford St. | Orleans | ON | K4A 1V2 | Canada |
| 465915 | John | Dunning | 20 Ellery Cres | Nepean | ON | K2H 6M6 | Canada |
| 1616151 | Qui (Thuong) | Duong | 18 Equestrian Dr | Kanata | ON | K2M 1C1 | Canada |
| 516844 | Denise | Dziubaniuk | 5775 Gowan Gate | Osgoode | ON | K0A 2W0 | Canada |
| 147063 | Diane | Earl | 2483 Burnford Trail | Mississauga | ON | L5M 5E4 | Canada |
| 1515827 | Donald | Ellis | 598 Highland Ave. | Ottawa | ON | K2A 2K1 | Canada |
| 134221 | Lynda | Farant | 37 Springwood Circle | Stittsville | ON | K2S 1E2 | Canada |
| 1532048 | Sergio | Fiszman | 59 Bentworth Crescent | Nepean | ON | K2G 3X1 | Canada |
| 115647 | Timothy | Fort | 77 Palmer Road | Belleville | ON | K8P 4C7 | Canada |
| 149217 | Jeremy | Funamoto | 40 Lynngrove Ave | Etoboicke | ON | M8X 1M6 | Canada |

| EEID | FIRST NAME | LAST NAME | ADDRESS | CITY | PROV/STATE | POSTAL CODE | COUNTRY |
|------|-----------|-----------|---------|------|------------|-------------|---------|
| 1562701 | Charles | Gale | RR 2 | Clayton | ON | K0A 1P0 | Canada |
| 139598 | Kim | Gallagher | 1 Deshane Street | Guelph | ON | M1E 0E1 | Canada |
| 132975 | Adrian | Gee | 4443 Boulevard Decarie | Montreal | QC | H4A 3K4 | Canada |
| 508785 | Tim | Gilchrist | 3042  4th Street SW | Calgary | AB | T2S 1X8 | Canada |
| 518539 | Christina | Graham | 50 Langmuir Cres | Toronto | ON | M6S 2A7 | Canada |
| 134131 | Karen | Greco | 85 Southlawn Dr | Woodbridge | ON | L4H 1G8 | Canada |
| 141011 | Terence | Hawkes | Box 9056, 179 Wagon Drive | Dunrobin | ON | K0A 1T0 | Canada |
| 905568 | Wendy | Herman | 60 Thirty Ninth Street | Toronto | ON | M8W 3M7 | Canada |
| 484649 | Steven | Herzog | 48 Blackshire Circle | Nepean | ON | K2J 5M2 | Canada |
| 241160 | DAVID | HESIDENCE | 113 Landover Crescent | Kanata | ON | K2M 2W4 | Canada |
| 511736 | Rod | Hooge | 67 burroughs PL N.E | Calgary | AB | T1Y 6K5 | Canada |
| 510726 | Fusun | Horsun | 15 Tanmount Way | Kanata | ON | K2T 1H2 | Canada |
| 482551 | Mingtao | Huang | 503-1485 LK SHR RD E | Mississauga | ON | L5E 3G2 | Canada |
| 139674 | David | Hudson | 7 Weatherly Dr. | Kanata | ON | K2W 1A3 | Canada |
| 1577409 | Betsy | Hung | 4 Pine Bluff Trail | Stittsville | ON | K2S 1E1 | Canada |
| 513521 | Craig | Hunter | 865 Beauclaire Drive | Gloucester | ON | K1C 2J5 | Canada |
| 1663631 | June | Hylarides | 6 Riverbank Court | Stitsville | ON | K2S 1V7 | Canada |
| 510369 | Majed | Jadayel | 203 Kiwanis Court | Ottawa | ON | K1T 0H6 | Canada |
| 134658 | Diane | Jankowski | 3221 Valmarie Avenue | Mississauga | ON | L5C 2A4 | Canada |
| 119874 | Jacek | Jarmoc | 35 Crocus Ridge Dr | Calgary | AB | T3Z 1G8 | Canada |
| 285651 | Paul | Johnson | Box 518 | Keoma | AB | T0M 1G0 | Canada |
| 149205 | Raymond | Jones | 41 Lismer Crescent | Kanata | ON | K2K 1A4 | Canada |
| 285653 | Troy | Kelly | 133 Holly Street N.W. | Calgary | AB | T2K 2E2 | Canada |
| 1579125 | Paula | Klein | 68 Mattawa Crescent | Kanata | ON | K2M 2E8 | Canada |

| EEID | FIRST NAME | LAST NAME | ADDRESS | CITY | PROV/STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 289251 | Stuart | Krahn | 158 Knottwood Road North NW | Edmonton | AB | T6K 2P3 | Canada |
| 1579571 | Man Tat | Lam | 5667 Old Richmond Rd | Nepean | ON | K2R 1G4 | Canada |
| 517689 | Jean | Lapointe | 45 Stitt Street | Stittsville | ON | K2S 1C5 | Canada |
| 5013337 | Anthony | Law | 75 Northgate St | Nepean | ON | K2G 6C7 | Canada |
| 161786 | Sandra | Leaver | 18 Skiff Cove Road | Wellington | ON | K0K 3L0 | Canada |
| 1515156 | Velma | Leblanc | 72 Northpark Drive | Ottawa | ON | K1B 4V3 | Canada |
| 1572079 | Michael | Lee | 488 Highland Avenue | Ottawa | ON | K2A 2J6 | Canada |
| 147014 | Yvon | Lemyre | 179 Beacon Hill | Beaconsfield | QC | H9W 1T5 | Canada |
| 5075297 | Daniel | Leung | 266 Glenridge Drive | Waterloo | ON | N2J 3W4 | Canada |
| 470597 | Vittorio | Lindia | 15 Malcolm Place | Nepean | ON | K2G 1P6 | Canada |
| 1658489 | Jane | Longchamps | 12 Plaza Court | Nepean | ON | K2H 7W1 | Canada |
| 523242 | Andre | Lozeau | 227 Bricot | St-Eustache | QC | J7R 6L8 | Canada |
| 517416 | Danny | Ma | 228 Edgehill Place NW | Calgary | AB | T3A 2V2 | Canada |
| 146570 | George | Mah | 319 Evanston View NW | Calgary | AB | T3P 1G2 | Canada |
| 146249 | Joanne | Marcantonio | 5122 Boardwalk Dr | Mississauga | ON | L5R 3X7 | Canada |
| 1511626 | James | Mastronardi | 35 Dressler Drive | Kanata | ON | K2L 3A6 | Canada |
| 120119 | Jonathan | Matthies | 6708 23rd Avenue Ne | Calgary | AB | T1Y 1V4 | Canada |
| 503953 | Andre | Maurice | 6 des Attikameks | Gatineau | QC | J9J 2W2 | Canada |
| 288923 | Debbie | Mcbeth | 10524 Willowgreen Drive SE | Calgary | AB | T2J 1P6 | Canada |
| 516222 | Michael | Mccorkle | 1422 Marshwood | Mississauga | ON | L5J 4J5 | Canada |
| 531463 | Philip | Mcdonald | 691 Hillcrest Ave. | Ottawa | ON | K2A 2N2 | Canada |
| 763792 | Vicki | Mcgillivray | 106 - 2968 Burlington Dr | Coquitlam | BC | V3B 7N4 | Canada |
| 1025738 | Heather | Mcintosh | 5565 Pettapiece Cr. | Manotick | ON | K4M 1C5 | Canada |
| 147597 | Ann | Mcruvie | 112 Taylorwood Avenue | Bolton | ON | L7E 1H9 | Canada |
| 110762 | Diane | Mignault | 2092 rue Gertrude | Carignan | QC | J3L 4H1 | Canada |

| EEID | FIRST NAME | LAST NAME | ADDRESS | CITY | PROV/STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 134723 | MARK | MILTON | 343 Landsbridge Street | Bolton | ON | L7E 1X8 | Canada |
| 1632038 | Nalin | Mistry | 30 Brian Cres | Nepean | ON | K2H 6X4 | Canada |
| 307066 | Peter | Mitenko | 4212 Vandyke Place N.W. | Calgary | AB | T3A 0J8 | Canada |
| 533772 | James | Moncrieff | 131 King Street East | Brockville | ON | K6V 1B7 | Canada |
| 1552282 | Gerald (Gerry) | Monforton | 2153 Navaho Drive | Ottawa | ON | K2C 0V3 | Canada |
| 1577207 | Gilles | Montsion | 62 ch. Wright | Chelsea | QC | J9B 1M2 | Canada |
| 133722 | Carm | Morra | 3638 Baird Court | Mississauga | ON | L5L 4T4 | Canada |
| 138585 | Wesley | Mundy | 1515 22A St. N.W. | Calgary | AB | T2N 2N8 | Canada |
| 900540 | Josephine | Murdoch | 2051 Bedell Road Rr 5 | Kemptville | ON | K0G 1J0 | Canada |
| 307075 | David | Neame | 3519 - 40 Street S.W. | Calgary | AB | T3E 3K3 | Canada |
| 138930 | Kenneth | Newman | 347 Hawkstone Close NW | Calgary | AB | T3G 3P1 | Canada |
| 1509484 | James | O'Connor | 75 Horner Drive | Ottawa | ON | K2H 5G1 | Canada |
| 906554 | Kristi | Orr | 21 Millstone Crescent | Whitby | ON | L1R 1T4 | Canada |
| 307056 | Jim | Paarsmarkt | 69 Sussex Cres, S.W. | Calgary | AB | T2W 0L6 | Canada |
| 286234 | Anna | Paluzzi | 1132 Meadowgrove Court | Mississauga | ON | L5W 1J1 | Canada |
| 119430 | Denis | Paradis | 8621 Joseph Quintal | Montreal | QC | H2M 2M9 | Canada |
| 1516603 | Theresa | Partridge | 163 McElroy Dr | Kanata | ON | K2L 1X7 | Canada |
| 1738402 | Thavaputhiran | Paskaran | 52 Maricona Way | Kanata | ON | K2T 1H2 | Canada |
| 82601 | K. Raymond | Patterson | 10 Chadbury Place | Toronto | ON | M1W 2V8 | Canada |
| 142020 | NORMAND | PELLETIER | 4040 Place Courteau | Laval | QC | H7T 1W6 | Canada |
| 144319 | Susan | Petrella | 212 4th Ave N.E. | Calgary | AB | T2E 0J1 | Canada |
| 119649 | Alex | Pierson | 2298 Moira Rd- RR2 | Roslin | ON | K0K 2Y0 | Canada |
| 132697 | Julia | Piggott | 10 Lancefield Crescent | Brampton | ON | L6S 2R2 | Canada |
| 116511 | Thomas | Pintwala | 2166 Deer Run Avenue | Burlington | ON | L7M 2W6 | Canada |

| EEID | FIRST NAME | LAST NAME | ADDRESS | CITY | PROV/STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 1573957 | Miguel | Planas | 4 Putman Ave. | Ottawa | ON | K1M 1Y9 | Canada |
| 1492307 | Ronnie | Pon | 158 Walden Drive | Kanata | ON | K2K 2K8 | Canada |
| 503555 | Kevin | Preston | 4440 Marwood Way N.E. | Calgary | AB | T2A 2S7 | Canada |
| 901467 | Steven | Price | Waiting on address update from member | Ottawa | ON | K1J 7X1 | Canada |
| 130778 | Harold | Prystie | 26 Elderbank Court | Brampton | ON | L6Z 3B1 | Canada |
| 902342 | Mitra | Rahimpour | 132 Mason Terrace | Ottawa | ON | K1S 0L3 | Canada |
| 5064148 | Srinivasan | Ramaswamy | 18 Sioux Crescent | Ottawa | ON | K2H 7E5 | Canada |
| 1138512 | Kenneth Scott | Ramey | 2129 BLUE WILLOW CRES. | OTTAWA | ON | K1W 1K5 | Canada |
| 118538 | Nancy | Ray | 9 Streight Lane | Etobicoke | ON | M9B 0A3 | Canada |
| 152212 | Joanne | Read | 27 Black Tern Cres | Kanata | ON | K2M 2Z9 | Canada |
| 147164 | Paul | Roddick | 9 Carraway Private | Ottawa | ON | K1S 5S3 | Canada |
| 532445 | Wayne | Roebothan | 507-40 The Driveway | Ottawa | ON | K2P 2C9 | Canada |
| 285723 | Diane | Rose-Lavigne | 41 Citadel Circle N.W. | Calgary | AB | T3G 4B9 | Canada |
| 119704 | Adrian | Rosvick | 11 Martha's Haven Heath NE | Calgary | AB | T3J 4H5 | Canada |
| 1614509 | Claude | Royer | 170 Champlain | Gatineau | QC | J8X 3R2 | Canada |
| 140003 | John Paul | Ruprecht | 15 Dresden Drive | Heidelberg | ON | N0B 1Y0 | Canada |
| 138501 | Graham | Russell | 63 Deermeade Rd. S.E. | Calgary | AB | T2J 5Z4 | Canada |
| 5009511 | Emma | Ryu | 1012-1339 Meadowlands | Ottawa | ON | K2E 7B4 | Canada |
| 5083795 | Charles | Salameh | 42 Rockhaven Lane | Waterdown | ON | L0R 2H5 | Canada |
| 119894 | Marin | Sampaleanu | 5876 Dalridge Hill N.W. | Calgary | AB | T3A 1L9 | Canada |
| 521779 | Pedro | Sanchez | 25 Nortoba Crescent | Kanata | ON | K2T 1G9 | Canada |
| 95307 | William (Bill) | Sandison | 144 Lake Margaret Trail | St. Thomas | ON | N5R 6L7 | Canada |
| 115156 | Barbara | Shanahan | 54 Mary Street | Brampton | ON | L6W 2R2 | Canada |
| 270962 | Scott | Shephard | 11 Drummond St | Saint John | NB | E2M 2T4 | Canada |

| EEID | FIRST NAME | LAST NAME | ADDRESS | CITY | PROV/STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 1523786 | Rajinderpal | Singh | 59 Cherry Drive | Stittsville | ON | K2S 1J3 | Canada |
| 135926 | Arnis | Slempers | 264 Windy Oaks | Mississauga | ON | L5G 1Z6 | Canada |
| 529380 | Mahdi | Smaoui | 36 Rue Du Sommet | Cantley | QC | J8V 2V8 | Canada |
| 1505892 | Kevin | Smith | Apt 202- 803 Wilson Way | Canmore | AB | T1W 0E8 | Canada |
| 149232 | Carolyn | Spence | 3256 Wild Cherry Drive | Osgoode | ON | K0A 2W0 | Canada |
| 1639251 | Pradeep | Srivastava | 12 Claudet Cres | Ottawa | ON | K1G 4R5 | Canada |
| 1724872 | Jeremy | Storer | 24 Hidden Creek Circle | Calgary | AB | T3A 6J3 | Canada |
| 515521 | Mohan | Sundaramoorthy | 228 Deercroft Ave | Nepean | ON | K2J 5K1 | Canada |
| 507945 | William | Sung | 1 Martha'S Close N E | Calgary | AB | T3J 4P2 | Canada |
| 441685 | Kamal | Tauh | 109 Aspen Stone Road SW | Calgary | AB | T3H 5V7 | Canada |
| 1748706 | Darwin | Thom | 15 Beechgrove Gardens | Stittsville | ON | K2S 1W5 | Canada |
| 503127 | TINA | THOMAS | 1215 Tredger Court | Edmonton | AB | T6R 0B1 | Canada |
| 521750 | Timothy | Tober | 124 Covewood Green NE | Calgary | AB | T3K 5G5 | Canada |
| 134278 | Shirley | Trowbridge | 372 Stonehome Crescent | Almonte | ON | K0A 1A0 | Canada |
| 504056 | Katharine | Turbide | 184 West Ranch Place SW | Calgary | AB | T3H 5C1 | Canada |
| 500233 | Mark | Turner | 2118 Thistle Crescent | Ottawa | ON | K1H 5P5 | Canada |
| 522534 | Laurence | Tyler | 98 Fortune St Box 119 | Richmond | ON | K0A 2Z0 | Canada |
| 521264 | Oscar | Vargas | 1963 Meldrum Avenue | Ottawa | ON | K1J 7V6 | Canada |
| 136005 | Francois | Venne | 805 Madeleine | Laval | QC | H7P 3W8 | Canada |
| 150031 | David | Wanamaker | 181 Cam's Way | Ashton | ON | K0A 1B0 | Canada |
| 533717 | Bing | Wen | 62 Hawktree Ridge | Ottawa | ON | K2J 5N7 | Canada |
| 1596843 | Spenser | Williams | 26 Aleutian Rd | Ottawa | ON | K2H 7C8 | Canada |
| 515273 | Devon | Wills | Waiting on address update from member | Nepean | ON | K2J 4P4 | Canada |

| EEID | FIRST NAME | LAST NAME | ADDRESS | CITY | PROV/STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 525878 | Dennis | Wilson | 61 Havagal Cres | Markham | ON | L3P 7G6 | Canada |
| 5058041 | Ed | Wilton | 13-06 Otter Lake Road | Lombardy | ON | K0G 1L0 | Canada |
| 324006 | Krzysztof | Winnicki | 1505 Claymor Ave. | Ottawa | ON | K2C 1T2 | Canada |
| 1621923 | Leslie | Wong | 6 Thiessen Cres | Kanata | ON | K2L 2M3 | Canada |
| 503405 | Thomas | Wong | 335 Douglas Woods Dr Se | Calgary | AB | T2Z 2H1 | Canada |
| 5051760 | Guang Zhi | Xiao | 182 Panamount Villas, NW | Calgary | AB | T3K 6K1 | Canada |
| 5017889 | Christopher | York | 86 Macassa Circle | Kanata | ON | K2T 1J8 | Canada |
| 513711 | Yansheng James | Zhang | 17 Navarre St. | Richmond Hill | ON | L4B4H3 | Canada |