# EXHIBIT B

**ELECTION BY CANADIAN EMPLOYEE TO RETAIN U.S. COUNSEL TO SEEK ALLOWANCE TO FILE TERMINATION RIGHTS CLAIM AGAINST NORTEL NETWORKS INC.**

I, _____ (PRINT NAME) am a former employee of Nortel Networks and have a contract and/or termination agreement that contains the following language**:**

> **"As used in this Agreement the term "Corporation" shall mean Nortel Network Corporation, its subsidiaries and affiliates, their successors and assigns and all their past and present officer, directors, employees and agents (in their individual and representative capacities), in every case, individually and collectively."  Further, I did not receive notice from Nortel Networks Inc. of a bar date regarding the right to file a Proof of Claim."**

I have been advised by the NRPC that I have a possible claim against Nortel Networks Inc. in regards to my claim for termination rights against Nortel, but that the deadline has passed for filing claims against Nortel Networks Inc. I elect to participate as a member of an Ad Hoc Committee of former Canadian Employees to seek the allowance to file a claim against Nortel Networks Inc. after the bar date.

I agree to allow Koskie Minsky LLP to provide Rachel B. Mersky of Monzack Mersky McLaughlin and Browder, PA with my personal contact information consisting of my name, address, telephone and email when they forward this Retainer and my retainer fees.

I agree to provide a copy of any employment agreement and/or termination agreement to Rachel B. Mersky and will use my best efforts to include a copy with this Agreement.

I agree to have Michael Campbell and Paula Klein serve as representatives of the Ad Hoc Committee of Former Canadian Employees in this matter before the U.S. Bankruptcy Court for the District of Delaware.

I agree to retain Rachel B. Mersky of Monzack Mersky McLaughlin and Browder, PA to represent me in a Motion to allow the filing of my claim after the bar date and to make an immediate payment of $475.00 to cover my proportionate share of the costs to file and litigate a Motion to allow the filing of a claim after the bar date. This executed form and payment must be received no later than January 25, 2013.

Payment should be made:

1. by completing the VISA Authorization form and returning it to Koskie Minsky LLP, authorizing Koskie Minsky LLP to collect $475 in trust on behalf of Monzack Mersky McLaughlin and Browder, PA OR

2

    2.      by sending Koskie Minsky LLP a certified cheque or money order for the amount of $475.00, payable to "Koskie Minsky LLP, in trust for Monzack Mersky McLaughlin and Browder P.A."

After the completion of the initial litigation to allow the filing of claims after the bar date and the completion and review of proofs of claim by each participant I elect to have Rachel B. Mersky monitoring whether Nortel Networks, Inc. objects to the claims. It is understood and agreed that if there is an objection to the claims I will have the opportunity to elect to continue the retention of Rachel B. Mersky at possible additional costs.

DATED: _____      _____
                                                                                      (Signature)