IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |

**NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING
THE APPLICATION OF THE OFFICIAL COMMITTEE OF LONG
TERM DISABILITY PARTICIPANTS FOR ORDER UNDER BANKRUPTCY
CODE SECTION 328(A) APPROVING THE EMPLOYMENT AND RETENTION
OF E. MORGAN MAXWELL, III, ESQ. AS SPECIAL TAX COUNSEL TO THE
LTD COMMITTEE *NUNC PRO TUNC* TO FEBRUARY 11, 2013**

TO:    (i) the above-captioned Debtors; (ii) counsel to the Debtors, (iii) the Office of the United States Trustee for the District of Delaware; and (iv) all parties required to receive service under Rule 2002-1(b) of the Local Rules.

**PLEASE TAKE NOTICE** that the Official Committee of Long Term Disability Participants has filed the attached Application of the Official Committee of Long Term Disability Participants for Order Under Bankruptcy Code Section 328(A) Approving the Employment and Retention of E. Morgan Maxwell, III, Esq. as Special Tax Counsel to the LTD Committee *nunc pro tunc* to February 11, 2013 (the "Application").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Application must be filed on or before **April 2, 2013 at 4:00 PM (prevailing Eastern Time)** with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of any responses or objection upon the undersigned counsel.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application, if necessary, shall be held before the Honorable Kevin Gross on **April 9, 2013 at 10:00 a.m. (prevailing Eastern Time)** at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: March 19, 2013  
      Wilmington, Delaware

ELLIOTT GREENLEAF

*/s/*

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)  
Shelley A. Kinsella (DE Bar No. 4023)  
Eric M. Sutty (DE Bar No. 4007)  
Jonathan M. Stemerman (DE Bar No. 4510)  
1105 North Market Street, Suite 1700  
Wilmington, Delaware 19801  
Telephone: (302) 384-9400  
Facsimile: (302) 384-9399  
Email: rxza@elliottgreenleaf.com  
Email: sak@elliottgreenleaf.com  
Email: ems@elliottgreenleaf.com  
Email: jms@elliottgreenleaf.com

*Counsel for the Long Term Disability Participants*