# EXHIBIT B

*E. Morgan Maxwell III*
*Attorney at Law*

P.O. Box 876
Southeastern, PA   19399
610 640-9481
484 645-3678 (cell)
1-484-801-1439 (fax)
morganmaxlaw@comcast.net

March 12, 2013

Barbara Gallagher
Chair, Nortel Long Term
Disability Committee Plan Participants
c/o Elliott Greenleaf
1105 N. Market Street, Suite 1700
Wilmington, DE 19801

    **Re:    Proposal for Representation**

Dear Barbara:

    I am pleased to submit this proposal for representation of the Official Committee of Long Term Disability Participants with respect to Federal and state income tax and withholding tax consequences of the receipt of amounts in consideration of long-term disability and other benefits by long-term disabled employees of Nortel Networks, Inc. ("Nortel") who participate in Nortel's Bankruptcy Plan ("Plan Participants"). This representation will include consultation and advice with respect to the payment of amounts to Plan Participants (including directing VEBA documents) and the receipt of these amounts by them, associated research as necessary, and a formal opinion with respect to certain tax consequences, in accordance with the following budget:

    (1) Consultation with respect to structure of payment arrangements and administration
                    22 hours

    (2) Directing and reviewing results of research        10 hours

    (3) Drafting and revising opinion        7.5 hours

My estimate of my fees to accomplish this representation is $ 9,875.00, not to exceed $ 15,000.00. The budget set forth above reflects the commencement of my substantive involvement in this matter in consultation with Rafael X. Zahralddin, Esq. of Elliott Greenleaf and others on February 11, 2013.

My billing rate is $250.00 per hour with no additions for normal overhead items such as telephone, fax, regular postage, copying, mileage, and tolls. I will add charges only for direct out-of-pocket expenses, including overnight mail.

I have attached a current CV. I have not been engaged by another client with respect to Nortel's Bankruptcy Plan, and to the best of my knowledge, none of my current clients has any involvement with Nortel's Bankruptcy Plan. I am admitted to practice only in Pennsylvania. Any advice I may give with respect to the tax laws of other states will be based solely upon publicly-available resources including statutes, regulations, forms and instructions, and revenue department notices and pronouncements.

If the foregoing is satisfactory, please sign and date a copy of this letter and return it to me. Please let me know if you have any questions or you require or would suggest revisions to this letter.

I greatly appreciate the opportunity to be helpful, and your consideration in this matter.

Very truly yours,

E. Morgan Maxwell III

Attachment

Acknowledged and agreed: Barbara Gallagher  Date: 3/19/13
Barbara Gallagher,
Chairwoman of the Official
Committee of Long Term
Disability Participants