B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  Nortel Networks Inc., Jointly Administered          Case No.  09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Tannor Partners Credit Fund, LP                    COMMERCIAL ENERGY OF MONTANA, INC.

  Name of Transferee                              Name of Transferor

Name and Address where notices to transferee      Name and Address where notices to transferor
should be sent:                                    should be sent:

Tannor Partners Credit Fund, LP                    Commercial Energy Of Montana, Inc.
150 Grand Street, Suite 401                        C/ O Bill Boyer
White Plains, NY 10601                             7767 OAKPORT STREET, SUITE 525
                                                   OAKLAND, CA 94621
Phone: (914) 509-5000                              Phone: _____

                                                   Court Claim # (if known)___3864___
Last Four Digits of Acct #:_____           Amount of Claim: $16,340.77_____
                                                   Date Claim Filed:  _9/25/2009_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Robert J. Tannor_____          Date:  __2/27/2013_____
        Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571.*

**Evidence of Transfer**

**COMMERCIAL ENERGY OF MONTANA, INC.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Tannor Partners Credit Fund, LP, 150 Grand Street, Suite 401, White Plains, NY 10601**, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of not less than **$16,340.77** as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **Nortel Networks Inc.**, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), **Case no. 09-10138** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 18th day of February, 2013

By: _Bill Boyer_
(Signature of Authorized Party)

_Commercial Energy of Montana_
(Company Name)

_Bill Boyer_
(Print name of Authorized Party)

By: _/s/ Robert J. Tannor_
     General Partner

Tannor Partners Credit Fund, LP

_____914-509-5000_____
     (Telephone Number)