IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*                                             : Chapter 11

Nortel Networks Inc., *et al.*,[1]                  : Case No. 09-10138 (KG)

               Debtors.        : Jointly Administered

------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 5513

The Travelers Indemnity Company, on behalf of itself and its property casualty insurance affiliates, hereby withdraws its proof of claim with prejudice in the above-captioned cases (Proof of Claim No. 5513).

Dated: Hartford, Connecticut
       March 19, 2013

The Travelers Indemnity Company,
on behalf of itself and its property casualty insurance affiliates

By: *Christine Zysk* (signature)
Name: Christine Zysk
Title: Regional Director
One Tower Square
Hartford, CT 06183

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.