IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |

## RE-NOTICE[2] OF APPLICATION FOR AN ORDER AUTHORIZING THE APPLICATION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR ORDER UNDER BANKRUPTCY CODE SECTION 328(A) APPROVING THE EMPLOYMENT AND RETENTION OF E. MORGAN MAXWELL, III, ESQ. AS SPECIAL TAX COUNSEL TO THE LTD COMMITTEE *NUNC PRO TUNC* TO FEBRUARY 11, 2013

TO:   (i) the above-captioned Debtors; (ii) counsel to the Debtors, (iii) the Office of the United States Trustee for the District of Delaware; and (iv) all parties required to receive service under Rule 2002-1(b) of the Local Rules.

**PLEASE TAKE NOTICE** that the Official Committee of Long Term Disability Participants filed the Application of the Official Committee of Long Term Disability Participants for Order Under Bankruptcy Code Section 328(A) Approving the Employment and Retention of E. Morgan Maxwell, III, Esq. as Special Tax Counsel to the LTD Committee *nunc pro tunc* to February 11, 2013 (the "Application"). A copy of the Application was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Application must be filed on or before **April 2, 2013 at 4:00 PM (prevailing Eastern Time)** with the United States Bankruptcy Court for the District of Delaware

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Changes denoted in underline.

(the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of any responses or objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application, if necessary, shall be held before the Honorable Kevin Gross on **April 9, 2013 at 10:00 a.m. (prevailing Eastern Time)** at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: March 20, 2013
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Eric M. Sutty (DE Bar No. 4007)
Jonathan M. Stemerman (DE Bar No. 4510)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: ems@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel for the Long Term Disability Participants*