IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 9648 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 15, 2013, I caused to be served a personalized "Notice of Defective Transfer" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
18th day of March, 2013

/s/ Notary
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\Defective Transfer Aff_DI 9363_02-15-13.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:   |   Chapter 11
NORTEL NETWORKS INC., et al.,   |   Case No. 09-10138 (KG)
   Debtors.   |   Jointly Administered

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BODDIE, ROBIN
              9415 PANTHER CREEK PKWY APT 818
              FRISCO TX 75035-1114

Transferee:   SOLUS RECOVERY FUND LP
              C/O SOLUS ALTERNATIVE ASSETT MANAGEMENT
              410 PARK AVENUE, 11TH FLOOR
              NEW YORK NY 10022

**Your transfer of claim #** 733 **is defective for the reason(s) checked below:**

Signature Missing


Docket Number 9648          Date 03/13/13

/s/ Tim Conklin
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 15, 2013.

**EXHIBIT B**

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

```
TIME: 11:55:33                                        NORTEL NETWORKS INC.
DATE: 03/15/13                                          CREDITOR LISTING                                                    PAGE:      1

Name                                  Address
BODDIE, ROBIN                         9415 PANTHER CREEK PKWY APT 818 FRISCO TX 75035-1114
SOLUS RECOVERY FUND LP                C/O SOLUS ALTERNATIVE ASSETT MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022


Total Number of Records Printed         2
```