IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 9639, 9640 & 9646 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 15, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/ Kerry O'Neil_
Kerry O'Neil

Sworn to before me this
18th day of March, 2013

_/s/ Notary_
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9639, 9640 & 9646_3-15-13.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BAKER, DONELSON, BEARMAN, CALDWELL &
         BERKOWITZ, P.C.
         BLAIR B. EVANS
         165 MADISON AVENUE, STE 2000
         MEMPHIS, TN 38103

Please note that your claim # 1168 in the above referenced case and in the amount of
    $21,138.48 allowed at $12,514.53  has been transferred **(unless previously expunged by court order)** to:

        TRC MASTER FUND LLC
        TRANSFEROR: BAKER, DONELSON, BEARMAN, CA
        ATTN: TERREL ROSS
        336 ATLANTIC AVENUE SUITE 302
        EAST ROCKAWAY, NY 11518

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9646       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/15/2013                        David D. Bird, Clerk of Court

                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 15, 2013.

**EXHIBIT B**

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

```
TIME: 11:50:58                                    NORTEL NETWORKS INC.
DATE: 03/15/13                                      CREDITOR LISTING                                                    PAGE:     1
```

| Name | Address |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & | BERKOWITZ, P.C. BLAIR B. EVANS 165 MADISON AVENUE, STE 2000 MEMPHIS TN 38103 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: MILLER, CLYDE E JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: MILLER, CLYDE E. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| MILLER, CLYDE E | 1680 CENTER GROVE CHURCH RD MONCURE NC 27559 |
| MILLER, CLYDE E. | 1680 CENTER GROVE CHURCH ROAD MONCURE NC 27559 |
| TRC MASTER FUND LLC | TRANSFEROR: BAKER, DONELSON, BEARMAN, CA ATTN: TERREL ROSS 336 ATLANTIC AVENUE SUITE 302 EAST ROCKAWAY NY 11518 |

Total Number of Records Printed     6

EPIQ BANKRUPTCY SOLUTIONS, LLC