IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
|                                    | :  |                          |
|------------------------------------|----|--------------------------|
| In re                              | :  | Chapter 11               |
|                                    | :  |                          |
| NORTEL NETWORKS, INC., ET AL.,     | :  | Case No. 09-10138 (KG)   |
|                                    | :  |                          |
|                 Debtors.           | :  | (Jointly Administered)   |
------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On February 13, 2013, I caused to be served per postal forwarding address the following documents via First-Class Mail on those parties identified on **Exhibit A**:

- Information About the Attached Pre-Enrollment Ballot, a copy of which is attached hereto as **Exhibit B**
- Statement of the Official Committee of Retired Employees of Nortel Networks Inc., et al., in Support of Debtors' Motion For Approval of The Settlement Agreement and Termination of Retiree Benefits, a copy of which is attached hereto as **Exhibit C**
- Individual Claim Form, in a form substantially similar to the copy attached hereto as **Exhibit D** and completed for each of the parties identified on **Exhibit A**
- Retiree Committee Aetna Plan and Cost Summary, a copy of which is attached hereto as **Exhibit E**
- Pre-Election Ballot Form, in a form substantially similar to the copy attached hereto as **Exhibit F**
- Allocation Matrices, a copy of which is attached hereto as **Exhibit G**

Dated: March 15, 2013

Jennifer Grageda
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California      )
                         ) ss
County of Los Angeles    )

Subscribed and sworn to (or affirmed) before me on this 15th day of March, 2013, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013