# Exhibit B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------X
                                                                                    :

In re:                                                        :         Chapter 11

NORTEL NETWORKS INC., *et al*.,        :         Case No. 09-10138 (KG)

                            Debtors.       :

-------------------------------------------------------------X

## INFORMATION ABOUT THE ATTACHED PRE-ENROLLMENT BALLOT

To Retirees with Medical Benefits Under the Nortel Retiree Welfare Plans:

The Official Committee of Retired Employees of Nortel Networks Inc. *et al.* (the "Retiree Committee") is trying to determine whether a VEBA sponsored group medical insurance plan (the "VEBA Sponsored Medical Plan") should be made available in connection with the proposed settlement with Nortel which will result in the termination of the Nortel Retiree Medical Plan.

Enclosed in this packet you will find a Ballot which the Retiree Committee will use to determine whether eligible participants prefer to have their share of settlement proceeds allocable to lost medical benefit subsidies used to (a) subsidize a portion of the insurance premiums that you would be required to pay under the VEBA Sponsored Medical Plan or (b) fund a tax-efficient Health Reimbursement Arrangement/Account. Information that is designed to help you make your decision is included in the attached materials.

**The enclosed Ballot differs from annual enrollment forms that you have previously received from Nortel concerning elections under the Nortel Retiree Medical Plan. Nortel is not providing any benefits under the proposed medical plan, is not a plan sponsor and has no liability for such benefits or plan. Unlike annual enrollment forms, you must complete and submit this Ballot for your vote to count and to protect your rights.**

Please complete, sign and date the attached Ballot and return it in the enclosed envelope so that it is actually received by Kurtzman Carson Consultants, LLC on or before **March 12, 2013 at 4:00 p.m. (EST)**. If you fail to timely complete and return your Ballot, it will be counted as a vote against the VEBA Sponsored Medical Plan being offered by the Retiree Committee.

1

Settlement proceeds that are allocable to life insurance and long-term care benefits are treated separately from any settlement proceeds allocable to your medical benefits. Information concerning life insurance and long-term care benefits can also be found in the Retiree Committee's Statement which is enclosed herewith as Exhibit "3."

Please carefully read all of the attached materials before completing your Ballot.

                                                The Official Committee of Retired Employees
By its attorneys,
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Attn:  Albert Togut, Esq.
        Neil Berger, Esq.
        neilberger@teamtogut.com