# Exhibit E

# Exhibit 2
## Comparison of Nortel to Aetna Offerings

**Proposed 2013 Aetna Plans-POS/PPO Pre-65 Integrated Medical and Pharmacy Medical Only Represented Below**

Pre-Medicare: Solution for All Pre- Medicare Retirees and Disabled Employees

Note: Pre 65 not Medicare Eligible    Proposed Aetna Options    Current Nortel Options

| Standalone (SA) | Network Option Standard SA | | Network Option High (CDHP) SA | | Network Option Low (CDHP) SA | | 80/60 PPO Option | | 90/70 PPO Options | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Lifetime Max: $1.25M** | In-Network | Out-of- Network | In-Network | Out-of- Network | In-Network | Out-of- Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
| **Deductible (Single/Family)** | $800/$1,600 | $1,000/$2,000 | $1,500/$3,000 | $1,500/$3,000 | $3,700/$7,400 | $3,700/$7,400 | $400/1,200 | $600/1,800 | $300/$750 | $500/1,500 |
| **Annual OOP Plan Maximum (includes Annual deductible)** | $3,000/$6,000 | $7,500/$15,000 | $3,600/$7,200 | $10,000/30,000 | $6,050/$12,100 | $10,000/$30,000 | $3,500/$7,000 | $7,500/$15,000 | 3,500/$7,000 | $7,000/$15,000 |
| **Member Coinsurance** | 20% after deductible | 40% after deductible | 20% after deductible | 40% after deductible | 20% after deductible | 40% after deductible | 20% | 40% | 10% | 30% |
| **PCP** | $25 copay | 40% after deductible | 20% after deductible | 40% after deductible | 20% after deductible | 40% after deductible | $25 co-pay | 40% | $25 co-pay | 30% |
| **Specialist Office Visits Aexcel vs. Non Aexcel INN** | 0% after $40 0% after $50 | 40% after deductible | 20% after deductible | 40% after deductible | 20% after deductible | 40% after deductible | $30 co-pay | 40% | $25 co-pay | 30% |
| **Hospital Admission** | $350 per stay / 20% after deductible | $350 per stay /40% after deductible | 20% after deductible | 40% | 20% after deductible | 40% | 20% after $350 deductible | 40% after $500 deductible | 10% after $350 deductible | 30% after $500 deductible |
| **Routine Physical -Preventive Care** | Covered 100% | Covered 100% | Covered 100% | Covered 100% | Covered 100% | Covered 100% | 100% (services based on AMA schedules for Periodic health examinations for children and adults) | 60% for 80/60 PPO or 70% for 90/70 PPO for routine Preventive Care limited to R&C charges | 100% (services based on AMA schedules for Periodic health examinations for children and adults) | 60% for 80/60 PPO or 70% for 90/70 PPO for routine Preventive Care limited to R&C charges |
| **Monthly Premium (not including any subsidy)** | Retiree: $ 1,136.24<br>Retiree + 1: $ 2,272.49<br>Family: $ 2,726.98 | | Retiree: $ 1,052.16<br>Retiree + 1: $ 2,104.32<br>Family: $ 2,525.18 | | Retiree: $ 923.16<br>Retiree + 1: $ 1,846.32<br>Family: $ 2,215.59 | | Retiree: $ 708.00<br>Retiree + 1: $ 1,416.00<br>Family: $ 1,416.00 | | Retiree: $ 882.00<br>Retiree + 1: $ 1,764.00<br>Family: $ 1,764.00 | |

The rates and provisions provided here are for illustration purposes only and do constitute any assurance or solicitation of insurance coverage. The rates and provisions may be subject to change or availability based upon the results of the pre-enrollment election ballot and underwriting guidelines set by Aetna. Information concerning Debtor-sponsored insurance, including costs and subsidies, are based upon data provided by the Debtors.

1

# Comparison of Nortel to Aetna Offerings

| | Proposed 2013 Aetna Plans-OOA Pre-65 Integrated medical and Pharmacy Medical Only Represented Below | | | Nortel Networks-Retiree medical Plan Benefits - Comprehensive and Indemnity Options | | |
|---|---|---|---|---|---|---|
| Standalone (SA) Lifetime Max: 1.25 | Standard Indemnity SA | High (CDHP) Indemnity SA | Low (CDHP) Indemnity SA | Lifetime Medical Maximum- Unlimited | Comprehensive Options | Indemnity Option |
| Deductible (Single/Family) | $800/$1,600 | $1,500/$3,000 | $3,700/$7,400 | n/a | $350/$1,050 | $200/$400 |
| Annual Out-of-Pocket Plan Maximum (includes Annual deductible) | $3,000 / $6,000 | $3,600 / $7,200 | $6,050 / $12,100 | n/a | $3,500/$7,000 | $1,500/$3,000 |
| Member Coinsurance | 20% after deductible | 20% after deductible | 20% after deductible | n/a | 20% after deductible | 20% after deductible |
| PCP | 20% after deductible | 20% after deductible | 20% after deductible | n/a | 80% Reimbursement | 80% Reimbursement |
| Specialist | 20% after deductible | 20% after deductible | 20% after deductible | n/a | 80% Reimbursement | 80% Reimbursement |
| Hospital/Outpatient | $350 per stay /20% after deductible | 20% after deductible | 20% after deductible | Precertification | 80% Reimbursement | 100% (Not subject to Calendar Year Deductible) |
| Routine Physical | Covered 100% | Covered 100% | Covered 100% | n/a | Covered 100% | Covered 100% |
| Cost Not Including Subsidy | Retiree: $1,363.49<br>Retiree + 1 $2,726.98<br>Family: $3,272.38 | Retiree: $1,262.59<br>Retiree + 1 $2,525.18<br>Family: $3,030.22 | Retiree: $1,107.79<br>Retiree + 1 $2,215.59<br>Family: $2,658.71 | | Retiree: $725.00<br>Retiree + 1 $1,450.00<br>Family: $1,450.00 | Retiree: $1,088.00<br>Retiree + 1 $1,588.00<br>Family: $1,588.00 |

The rates and provisions provided here are for illustration purposes only and do constitute any assurance or solicitation of insurance coverage. The rates and provisions may be subject to change or availability based upon the results of the pre-enrollment election ballot and underwriting guidelines set by Aetna. Information concerning Debtor-sponsored insurance, including costs and subsidies, are based upon data provided by the Debtors.

2

# Comparison of Nortel to Aetna Offerings

| Standalone (SA) | Proposed 2013 Aetna Plans- All Pre-65 Integrated medical and Pharmacy (Pharmacy Only Represented Below) | | | | | | Nortel - Retiree Prescription Drug Benefit Participant Cost | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Network Option Standard SA | | Network Option High (CDHP) SA | | Network Option Low (CDHP) SA | | | | | |
| Pharmacy | | | | | | | Pharmacy | | Home Delivery | |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of Network | In-Network | Out-of Network |
| Apply Deductible (Single/Family) | No | No | Yes | Yes | Yes | Yes | n/a | n/a | n/a | n/a |
| Generic | $0 | 40% after in network copay | $0 After medical Deductible | | $0 After medical Deductible | | 20% of prescription cost with $7 Minimum and $25 maximum | participant pays 60% of prescription cost | 20% of prescription cost with $15 Minimum and $50 maximum | Not applicable |
| Preferred Brand | 20%/$50 Max | 40% after in network copay | 25% After medical Deductible | | 25% After medical Deductible | | 20% of prescription cost with $50 Minimum and $25 maximum | | 20% of prescription cost with $45 Minimum and $25 maximum* | |
| Non Preferred Brand | 50%/$150 Max | 40% after in network copay | 50% After medical Deductible | | 50% After medical Deductible | | 30% of prescription cost with $30 Minimum and $65 maximum | | 30% of prescription cost with $90 Minimum and $130 maximum* | |

Cost included in prior spreadsheet

\* Plus difference between Generic and Brand-Name cost for Brand Name when Generic is available

The rates and provisions provided here are for illustration purposes only and do constitute any assurance or solicitation of insurance coverage. The rates and provisions may be subject to change or availability based upon the results of the pre-enrollment election ballot and underwriting guidelines set by Aetna. Information concerning Debtor-sponsored insurance, including costs and subsidies, are based upon data provided by the Debtors.

3

# Comparison of Nortel to Aetna Offerings

**Proposed 2013 Aetna Plans-Medicare Advantage PPO (Part C) Medical only**

|  | (Low) PPO Plan Aetna Medicare 20 | | (Medium) PPO Plan Aetna Medicare 25 | | (High) PPO Plan Aetna Medicare 85% | | Nortel Comprehensive | Nortel Indemnity |
|---|---|---|---|---|---|---|---|---|
|  | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |  |  |
| Deductible Single/Family | 0 | 0 | 0 | 0 | $250 | $250 | $350/150 | $200/$400 |
| Annual OOP Plan Maximum (includes deductible and Cross Apply) | $6,700 | $10,000 | $6,700 | $10,000 | $6,700 | $10,000 | $3,500/$7000 | $1,500/$3,000 |
| Member Coinsurance | N/A | 20% | N/A | 25% | 15% | 25% | 20% | 20% |
| PCP | $20 copay | 20% | $25 copay | 25% | 15% | 25% | 20% | 20% |
| Specialist Office Visits | $20 copay | 20% | $25 copay | 25% | 15% | 25% | 20% | 20% |
| Hospital Admission | $250 per stay | 20% | $250 per stay | 25% | $500 per stay | 25% | 20% after $300 co-pay | 0% |
| Routine Physical | Covered 100% | Covered 100% | Covered 100% | Covered 100% | Covered 100% | Covered 100% | Covered 100% | Covered 100% |
| Monthly Cost Not Including Subsidy | $100.44 | $100.44 | $89.81 | $89.81 | $60.82 | $60.82 |  |  |

The rates and provisions provided here are for illustration purposes only and do constitute any assurance or solicitation of insurance coverage. The rates and provisions may be subject to change or availability based upon the results of the pre-enrollment election ballot and underwriting guidelines set by Aetna. Information concerning Debtor-sponsored insurance, including costs and subsidies, are based upon data provided by the Debtors.

4

# Comparison of Nortel to Aetna Offerings

**Proposed 2013 Aetna Plans-Medicare Advantage ESA – OUT-OF-AREA (Part C) Medical only**

|  | (Low) PPO Plan Aetna Medicare 20 | | (Medium) PPO Plan Aetna Medicare 25 | | (High) PPO Plan Aetna Medicare 85% | | Nortel Comprehensive | Nortel Indemnity |
|---|---|---|---|---|---|---|---|---|
|  | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |  |  |
| Deductible | 0 | 0 | 0 | 0 | 250 | 250 | $350/150 | $200/$400 |
| Annual OOP Plan Maximum (includes deductible and Cross Apply) | 6700 | 6700 | 6700 | 6700 | 6700 | 6700 | $3,500/$7000 | $1,500/$3,000 |
| Member Coinsurance | N/A | N/A | N/A | N/A | 15% | 15% | 20% | 20% |
| PCP | $20 copay | $20 copay | $25 copay | $25 copay | 15% | 15% | 20% | 20% |
| Specialist Office Visits | $20 copay | $20 copay | $25 copay | $25 copay | 15% | 15% | 20% | 20% |
| Hospital Admission | $250 per stay | $250 per stay | $250 per stay | $250 per stay | $500 per stay | $500 per stay | 20% after $300 co-pay | 0% |
| Routine Physical | Covered 100% | Covered 100% | Covered 100% | Covered 100% | Covered 100% | Covered 100% | Covered 100% | Covered 100% |
| Monthly Cost Not Including Subsidy | $100.44 | $100.44 | $89.81 | $89.81 | $60.82 | $60.82 | $329 PDP included | $500 PDP included |

The rates and provisions provided here are for illustration purposes only and do constitute any assurance or solicitation of insurance coverage. The rates and provisions may be subject to change or availability based upon the results of the pre-enrollment election ballot and underwriting guidelines set by Aetna. Information concerning Debtor-sponsored insurance, including costs and subsidies, are based upon data provided by the Debtors.

# Comparison of Nortel to Aetna Offerings

| | Aetna Medicare Prescription Drug Plans (PDP) Part D | | | | | |
|---|---|---|---|---|---|---|
| 2013 Low - Medium - High Solutions<br><br>Mail Order is 2x copay or Max's for a 90 day supply | Low with PPO/ESA PPO 20<br>Aetna PDP 11S8 | Medium with PPO/ESA PPO 25<br>Aetna PDP 11S3 | High with PPO 85%<br>Aetna PDP 1205 | Nortel Comprehensive In-Network | Nortel Comprehensive Out of Network | Nortel Indemnity |
| Plan Deductible | 0 | 0 | 0 | | | |
| **Initial Coverage Limit** | Member payments up to $2930 in total drug expenditures | | | | | |
| Preferred Generic | $5 retail | $5 retail | $8 retail | 20%/$7Min/$25Max | 60% | 60% |
| Non-Preferred Generic | $25 retail | $25 retail | $40 retail | n/a | n/a | n/a |
| Preferred Brand | $40 retail | $40 retail | $45 retail | 20%/$15Min/$50Max | 60% | 60% |
| Non-Preferred Brand | $75 retail | $75 retail | $75 retail | 30%/$30Min/$65Max | 60% | 60% |
| Specialty Tier Medications - Part D drugs greater than $600 | 33% retail $200 Max | 33% retail | 33% retail | n/a | n/a | n/a |
| **Coverage Gap – HCR & 50% Pharmaceutical Discount Program will Apply for Brand drugs** | Member payments after $2,970 in total drug expenditures (initial coverage limit), but before spending $4,700 out-of-pocket | | | n/a | n/a | n/a |
| Preferred Generic | $5 retail | $5 retail | $8 retail | n/a | n/a | n/a |
| Non-Preferred Generic | $25 retail | $25 retail | $40 retail | n/a | n/a | n/a |
| Preferred Brand | $40 retail | 97.5% of negotiated rate | 97.5% of negotiated rate | n/a | n/a | n/a |
| Non-Preferred Brand | 97.5% of negotiated rate | 97.5% of negotiated rate | 97.5% of negotiated rate | n/a | n/a | n/a |
| Specialty Tier Medications - Part D drugs greater than $600 | 79% Generic/97.5% Brand of negotiated rate | 79% Generic/97.5% Brand of negotiated rate | 79% Generic/97.5% Brand of negotiated rate | n/a | n/a | n/a |
| **Catastrophic Tier** | Member payments after reaching $4,750 out-of-pocket | | | n/a | n/a | n/a |
| Generic (or those treated as generic) | Greater of $2.65 or 5% | Greater of $2.65 or 5% | Greater of $2.65 or 5% | n/a | n/a | n/a |
| All Other Covered Drugs | Greater of $6.60 or 5% | Greater of $6.60 or 5% | Greater of $6.60 or 5% | n/a | n/a | n/a |
| Monthly Cost not including subsidy | $130.79 | $88.82 | $68.00 | Included in Prior Cost | Included in Prior Cost | Included in Prior Cost |

The rates and provisions provided here are for illustration purposes only and do constitute any assurance or solicitation of insurance coverage. The rates and provisions may be subject to change or availability based upon the results of the pre-enrollment election ballot and underwriting guidelines set by Aetna. Information concerning Debtor-sponsored insurance, including costs and subsidies, are based upon data provided by the Debtors.

## Comparison of Nortel to Aetna Offerings

**Proposed 2013 Aetna Plans-Medicare Advantage PPO and Out of Network ESA PPO (Part C) Medical with Integrated Medicare Prescription Drug Plans (Part D) TOTAL Monthly Premium without Subsidy**

|  | $20 PPO with ESA fill in and PDP 11S8 | $25 PPO with ESA fill in and PDP 11S3 | 85% PPO with ESA fill in and PDP 1205 |
|---|---|---|---|
| **Total National Rate** | $ 231.23 | $ 178.63 | $ 128.82 |

The rates and provisions provided here are for illustration purposes only and do constitute any assurance or solicitation of insurance coverage. The rates and provisions may be subject to change or availability based upon the results of the pre-enrollment election ballot and underwriting guidelines set by Aetna. Information concerning Debtor-sponsored insurance, including costs and subsidies, are based upon data provided by the Debtors.

# Aetna Supplemental Retiree Medical

| Plan Name<br>Plan F Name (Kentucky, New York only) #4 | A<br>FL ONLY | F |
|---|---|---|
| Annual Plan Deductible | N/A | N/A |
| Medicare Part A Coinsurance and all costs after hospital benefits are exhausted | $0 | $0 |
| Medicare Part B Coinsurance or Copayment for other than preventive services | $0 | $0 |
| Additional 365 Hospital Days once Lifetime Reserve days are exhausted | $0 | $0 |
| Hospice Care Coinsurance or Copayment | $0 | $0 |
| Skilled Nursing Facility Care Coinsurance | Cost Not covered | $0 |
| Medicare Part A Deductible | $1184 | $0 |
| Medicare Part B Deductible | $147 | $0 |
| Medicare Part B Excess Charges | Cost Not covered | $0 |
| Foreign Travel Emergency - (Medicare coverage outside the U.S.) Separate $250 annual deductible | Not covered | $0 |
| Medicare Part B Preventive Care Coinsurance | $0 | $0 |
| Annual Out-of-Pocket Maximum (2012) | N/A | N/A |
| State mandated benefits may apply | ✓ | ✓ |
| Monthly Cost not including subsidy | 214.20 | $211.74<br>$305.85 FL |

8