Exhibit F

<u>EXHIBIT "3"</u>

**FAILURE TO COMPLETE AND TIMELY RETURN THIS
CONFIDENTIAL BALLOT WILL AFFECT YOUR RIGHTS, INCLUDING RIGHTS:**

**(A) To participate in a retiree medical plan that may be available as part of a Settlement
Agreement with the Debtors, and
(B) To receive certain benefits under the Settlement Agreement.**

**BEFORE COMPLETING THIS BALLOT YOU SHOULD CAREFULLY
REVIEW THE ATTACHED INSTRUCTIONS, THE DEBTORS' MOTION TO
APPROVE THE SETTLEMENT AGREEMENT AND ITS EXHIBITS, AND
<u>THE RETIREE COMMITTEE'S STATEMENT SUPPORTING THE MOTION</u>**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------x
                              :

In re:                      :        Chapter 11
                              :

NORTEL NETWORKS INC., *et al.*,    :        Case No. 09-10138 (KG)
                              :

                 Debtors.    :

                              :
-------------------------------------------------------------x

**CONFIDENTIAL PRE-ENROLLMENT BALLOT FOR ELIGIBLE
RETIRED EMPLOYEES OF NORTEL NETWORKS INC., ET AL.
TO INDICATE A PREFERENCE WHETHER SETTLEMENT PROCEEDS ALLOCABLE
TO LOST MEDICAL BENEFITS SHOULD BE DISTRIBUTED THROUGH TAX-
EFFICIENT HRA ACCOUNTS OR USED TO PAY FOR A PORTION OF THE
<u>PREMIUMS UNDER POTENTIAL VEBA SPONSORED MEDICAL PLAN</u>**

---

**DEADLINE FOR COMPLETION:  MARCH 12, 2013**

THIS PRE-ENROLLMENT ELECTION BALLOT
MUST BE COMPLETED, SIGNED AND RETURNED SO THAT IT IS
<u>ACTUALLY RECEIVED</u> BY

NORTEL RETIREE BALLOT PROCESSING
C/O KURTZMAN CARSON CONSULTANTS, LLC
2335 ALASKA AVENUE
EL SEGUNDO, CA  90245
BY  MARCH 12, 2013 AT 4:00 P.M.
(EASTERN STANDARD TIME)

---

1

I. The Ballot

On January 23, 2013, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Procedures Order")[1] that approved the form and method of notice to be provided to retirees of Nortel Networks Inc. *et. al.*, ("Nortel" or the "Debtors") regarding the proposed Settlement Agreement (the "Settlement Agreement") that has been negotiated between Nortel and the Official Committee of Retired Employees (the "Retiree Committee") in its capacity as "authorized representative" under 11 U.S.C. § 1114(b)(1).

The proposed Settlement Agreement is summarized in the Statement (the "Statement") of the Retiree Committee in Support of the Debtors' Motion to Approve Settlement Agreement for Termination of Retiree Benefits (the "Motion"). Copies of the Statement, Motion and Settlement Agreement are being sent to you along with this Ballot for your review, and the Retiree Committee encourages you to carefully read them. These documents can also be obtained from the Retiree Committee's website at: www.kccllc.net/nortelretiree.

This confidential Pre-Enrollment Ballot (the "Ballot") is a means for the Retiree Committee to determine whether retirees and others who may be eligible for medical benefits under the Nortel Retiree Welfare Plans or the Settlement Agreement (the "Eligible Participants") would prefer to (a) receive their allocable share of settlement proceeds on account of lost medical benefit subsidies on a tax-free basis through health reimbursement arrangement (accounts) ("HRA") or (b) have the VEBA (defined below) use such funds to pay a portion of Eligible Participants' insurance premiums for the VEBA Sponsored Medical Plan. To assist you in completing the Ballot, a summary of the benefits that Aetna Life Insurance Company proposes to offer under the VEBA Sponsored Medical Plan, and your personalized Individual Claim Form are enclosed.

You are encouraged to carefully review the Individual Claim Form and the summary of benefits: the benefits would be provided under a plan sponsored by successors to the Retiree Committee and not Nortel, the subsidy that would be payable by the VEBA would be less than the subsidy that you are currently receiving from Nortel, and the VEBA Sponsored Medical Plan does not replicate the types of medical coverage that are currently provided under the Nortel Retiree Medical Plan.

**The Ballot is a survey and does not constitute, and shall not be deemed to be, a binding insurance enrollment election. Also, the Ballot is not a guarantee that the VEBA Sponsored Medical Plan will be offered.**

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the motion to approve the Procedures Order. In the event of any inconsistency, the terms of the Settlement Agreement govern.

**This Ballot applies only to medical insurance coverage, and not long-term care, life insurance or other types of retiree benefits.**

II.  The VEBA Sponsored Medical Plan

Under the proposed Settlement Agreement, the Retiree Committee intends to establish a "voluntary employees' beneficiary association" within the meaning of section 501(c)(9) of the Tax Code (a "VEBA") as a means of providing certain welfare benefits to eligible recipients following termination of the Debtors' Retiree Welfare Plans.  The VEBA will be able to provide non-taxable benefits to retirees.

The VEBA, among other things, will be authorized to purchase a group medical insurance policy (the "VEBA Sponsored Medical Plan") from Aetna Life Insurance Company for the benefit of Eligible Participants, but only if (i) a sufficient number (the "Voting Threshold") of Eligible Participants indicate, **by completing and returning the attached Ballot**, that they would prefer the VEBA to offer the VEBA Sponsored Medical Plan rather than to distribute settlement proceeds through HRAs, and (ii) a sufficient number of Eligible Participants choose to participate in the VEBA Sponsored Medical Plan to satisfy the insurer's underwriting requirements (the "Underwriting Threshold" and together with the Voting Threshold, the "Election Threshold").

The Voting Threshold that must be met for the VEBA to offer the VEBA Sponsored Medical Plan has two parts:  (a) at least 50% of the number of Eligible Participants must vote in favor of offering the VEBA Sponsored Medical Plan, and (b) Eligible Participants entitled to at least two-thirds of the settlement amount to be paid as a result of the termination of Nortel's Retiree Medical Plan and the loss of medical benefits must vote in favor of offering the VEBA Sponsored Medical Plan.

The VEBA Sponsored Medical Plan will be offered only if the Election Threshold is satisfied in all respects.  If the Election Threshold is satisfied, the portion of the Settlement Amount that is allocated to compensate Eligible Participants for lost medical benefits will be used by the VEBA to partially subsidize the premiums that will be due under the VEBA Sponsored Medical Plan.

If the Election Threshold is not satisfied, the portion of the Settlement Amount allocated to compensate Eligible Participants for the loss of medical benefit subsidies will be used to fund HRAs for the benefit of Eligible Participants.  An HRA will allow Eligible Participants to seek  reimbursement of eligible medical expenses on a non-taxable basis, up to specified individual limits based on the value of the individual's claim for medical benefits under the Nortel Retiree Medical Plan and the Settlement Agreement, subject to I.R.S. requirements.

**IF YOU FAIL TO COMPLETE AND TIMELY RETURN THE ANNEXED BALLOT, YOU WILL BE DEEMED TO HAVE VOTED AGAINST THE VEBA SPONSORED MEDICAL PLAN.**

**IF THE VEBA SPONSORED MEDICAL PLAN IS OFFERED BECAUSE THE ELECTION THRESHOLD IS SATISFIED AND YOU HAVE NOT SUBMITTED A BALLOT INDICATING YOUR PREFERENCE TO PARTICIPATE IN THAT PLAN, YOU WILL HAVE AN OPPORTUNITY TO ENROLL IN THE VEBA SPONSORED MEDICAL PLAN, BUT IF YOU FAIL TO DO SO, YOU WILL GIVE UP ANY ENTITLEMENT TO SETTLEMENT FUNDS ALLOCABLE TO YOU ON ACCOUNT OF YOUR PARTICIPATION IN THE NORTEL RETIREE MEDICAL PLAN AND YOU WILL HAVE NO CLAIM TO ANY BENEFITS OR FUNDS ON ACCOUNT OF THE RETIREE MEDICAL BENEFITS BEING TERMINATED.**

III.  Instructions for Completing the Ballot

(a) Please read and follow these instructions carefully. **You must submit your Ballot to KCC so that the Ballot is actually received no later than 4:00 p.m. Eastern Standard Time on March 12, 2013 (the "Election Deadline").**  If your Ballot is not received by KCC by the Election Deadline, it will be counted as a vote against the VEBA Sponsored Medical Plan in determining whether the Election Threshold has been met.  You must submit your Ballot in the pre-addressed, stamped envelope that is attached to the Ballot.  Do not submit your Ballot by fax, e-mail or any other electronic means -- it will not be accepted.

(b) Your Ballot will only be counted if you:

    i.  Indicate your preference to elect or reject the VEBA Sponsored Medical Plan by checking the proper box in Item 1;

    ii.  Sign the Ballot by hand at Item 2.  Your original signature is required on the Ballot for your vote to count;

    iii.  Indicate your relationship with any retiree for whom you are completing a Ballot if you are not a retiree or beneficiary yourself, specify the capacity in which you are signing, and provide proof of your authorization to sign on behalf of the retiree or beneficiary.  You must also provide your name and mailing address if it is different from the name and address on the mailing label attached to the Ballot or if no such label is attached;  and

    iv.  Return the completed Ballot to KCC in the pre-addressed, stamped envelope enclosed with this Ballot.

(c) If you believe you received a Ballot in error, please contact KCC immediately by telephone at 877-634-7178.

(d) If your Ballot indicates a preference both to elect and to reject participation in the VEBA Sponsored Medical Plan, or fails to indicate either an election or a rejection of

4

participation in the VEBA Sponsored Medical Plan, it will be counted as a vote against the VEBA Sponsored Medical Plan.

(e) After the Election Deadline, no Ballot may be withdrawn or modified without the prior approval of the Bankruptcy Court.

**(f) The Ballot is a survey and does not constitute a binding insurance enrollment election.  Also, the Ballot is not a guarantee that the VEBA Sponsored Medical Plan will be offered.**

**THE RETIREE COMMITTEE WILL POST A NOTICE ON THE RETIREE COMMITTEE WEBSITE ON OR BEFORE MARCH 15, 2013 ADVISING WHETHER THE ELECTION THRESHOLD HAS BEEN SATISFIED AND WHETHER THE RETIREE COMMITTEE WILL OFFER THE VEBA SPONSORED MEDICAL PLAN.**

**THE RETIREE COMMITTEE WEBSITE ADDRESS IS:
WWW.KCCLLC.NET/NORTELRETIREE**

**IF YOU HAVE ANY QUESTIONS REGARDING THE
BALLOT OR THE BALLOTING PROCEDURES
GENERALLY, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR
OTHER ENCLOSED MATERIALS, PLEASE CALL KCC AT 877-634-7178.
PLEASE NOTE THAT KCC IS NOT AUTHORIZED TO,
AND WILL NOT, PROVIDE LEGAL ADVICE.**

Dated:  January 23, 2013

The Official Committee of Retired Employees
By its attorneys,
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Attn:  Albert Togut, Esq.
          Neil Berger, Esq.
          neilberger@teamtogut.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                         :

In re:                           :        Chapter 11

                                           :

NORTEL NETWORKS INC., *et al.*,     :        Case No. 09-10138 (KG)

                                           :

                       Debtors.     :

                                           :

---------------------------------------------------------------X

## CONFIDENTAL PRE-ENROLLMENT BALLOT

THIS IS A PRE-ENROLLMENT BALLOT TO BE SUBMITTED BY
RETIREES ELIGIBLE TO RECEIVE MEDICAL INSURANCE BENEFITS UNDER THE NORTEL
NETWORKS RETIREE MEDICAL PLAN OR SETTLEMENT AGREEMENT.

\*     \*     \*     \*     \*

**THIS BALLOT DIFFERS FROM ANNUAL ENROLLMENT FORMS THAT YOU
HAVE PREVIOUSLY RECEIVED FROM NORTEL CONCERNING ELECTIONS
UNDER THE NORTEL RETIREE MEDICAL PLAN.**

**UNLIKE ANNUAL ENROLLMENT FORMS, YOU MUST SUBMIT THIS
BALLOT FOR YOUR VOTE TO COUNT AND TO PROTECT YOUR RIGHTS.**

\*     \*     \*     \*     \*

THIS BALLOT WILL DETERMINE WHETHER ELIGIBLE PARTICIPANTS PREFER
SETTLEMENT AMOUNTS ON ACCOUNT OF LOST MEDICAL BENEFITS TO BE (A)
DISTRIBUTED THROUGH TAX-EFFICIENT HEALTH REIMBURSEMENT ARRANGEMENT
(ACCOUNTS) OR (B) USED TO PARTIALLY SUBSIDIZE PREMIUMS DUE UNDER A
POTENTIAL VEBA SPONSORED MEDICAL PLAN.

PLEASE COMPLETE, SIGN, AND DATE THIS PRE-ENROLLMENT BALLOT AND
RETURN IT IN THE ENCLOSED ENVELOPE SO THAT IT IS ACTUALLY RECEIVED BY
KURTZMAN CARSON CONSULTANTS, LLC AT THE ADDRESS ON THE ENVELOPE ON OR
BEFORE MARCH 12, 2013 AT 4:00 P.M. EASTERN STANDARD TIME.

**EFFECT OF VOTING ELECTIONS**

|  | **YOUR VOTE** | **RESULT OF ALL VOTES ON ELECTION THRESHOLD** | **TREATMENT OF YOUR SETTLEMENT VALUE FOR MEDICAL BENEFITS** |
|---|---|---|---|
| **I.** | **NO** | **ELECTION THRESHOLD IS NOT SATISFIED** | **YOU WILL BE ENTITLED TO DISTRIBUTION OF YOUR SETTLEMENT VALUE THROUGH AN HRA.** |
| **II.** | **NO** | **ELECTION THRESHOLD IS SATISFIED** | **YOU WILL HAVE AN OPPORTUNITY TO ENROLL IN THE VEBA SPONSORED MEDICAL PLAN, BUT IF YOU FAIL TO DO SO, YOU WILL WAIVE YOUR ENTITLEMENT TO YOUR SETTLEMENT VALUE AND YOU WILL HAVE NO CLAIM TO ANY BENEFITS OR FUNDS ON ACCOUNT OF THE RETIREE MEDICAL BENEFITS BEING TERMINATED.** |
| **III.** | **YES** | **ELECTION THRESHOLD IS NOT SATISFIED** | **YOU WILL BE ENTITLED TO DISTRIBUTION OF YOUR SETTLEMENT VALUE THROUGH AN HRA.** |
| **IV.** | **YES** | **ELECTION THRESHOLD IS SATISFIED** | **YOU WILL HAVE AN OPPORTUNITY TO ENROLL IN THE VEBA SPONSORED MEDICAL PLAN AND THE PORTION OF THE SETTLEMENT AMOUNT THAT IS ALLOCATED TO YOU WILL BE USED BY THE VEBA TO PARTIALLY SUBSIDIZE YOUR PREMIUMS.** |

ITEM 1.       [RETIREE NAME] elects:

PLEASE CHECK ONLY ONE BOX.  IF NO BOXES ARE
CHECKED, THIS BALLOT WILL BE COUNTED AS A
VOTE AGAINST THE VEBA SPONSORED MEDICAL PLAN.

**YES:  IN FAVOR OF OFFERING**          **NO:  OPPOSED TO**
**VEBA SPONSORED MEDICAL PLAN**         **VEBA SPONSORED MEDICAL**
                                        **PLAN AND IN FAVOR OF**
                                        **DISTRIBUTING BENEFITS**
                                        **THROUGH AN HRA**

☐                                       ☐

**IF YOU VOTE NO TO ITEM "1" AND THE**
**ELECTION THRESHOLD IS SATISFIED AND YOU SUBSEQUENTLY**
**DECLINE TO ENROLL IN THE VEBA SPONSORED MEDICAL PLAN, YOU WILL**
**WAIVE YOUR ENTITLEMENT TO THE MEDICAL CLAIM PORTION OF YOUR**
**SETTLEMENT VALUE AND YOU WILL HAVE NO CLAIM TO ANY BENEFITS OR**
**FUNDS ON ACCOUNT OF THE RETIREE MEDICAL BENEFITS BEING**
**TERMINATED.**

3

ITEM 2. **CERTIFICATION.** By signing this Ballot, the undersigned certifies that he or she:

    (a) is eligible to receive benefits under the Nortel Retiree Medical Plan;

    (b) has been provided with a copy of the Motion and the Settlement Agreement;

    (c) acknowledges that the election conducted by this Ballot is subject to all the terms and conditions set forth in the Motion and Settlement Agreement;  and

    (d) has not submitted any other Ballots, and if any other Ballots were previously submitted, the either have been or are hereby revoked or changed to reflect the vote set forth herein.

**A BALLOT THAT IS NOT SIGNED OR OTHERWISE FAILS TO COMPLY WITH THE REQUIREMENTS STATED HEREIN WILL BE COUNTED AS A VOTE AGAINST THE VEBA SPONSORED MEDICAL PLAN.**

Name  (Print): _____

Signature: _____

Title: _____

If By Authorized Agent, Title of Agent: _____

Nature of Agent's Authorization: _____

_____

Telephone No.: _____

E-Mail Address: _____

Address: _____

_____

Date Signed:_____  __, 2013

**PLEASE MAKE SURE YOU HAVE READ AND FOLLOWED THE INSTRUCTIONS ENCLOSED HEREWITH AND HAVE PROVIDED ALL INFORMATION REQUESTED ON THIS BALLOT.**

**INCOMPLETE BALLOTS WILL BE COUNTED AS VOTES AGAINST THE VEBA SPONSORED MEDICAL PLAN.**