IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------x
In re                                         :    Chapter 11
                                              :
NORTEL NETWORKS, INC., ET AL.,                :    Case No. 09-10138 (KG)
                                              :
                       Debtors.               :    (Jointly Administered)
-------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On or before March 12, 2013, I caused to be served per postal forwarding address the following document via First-Class Mail on those parties identified on **Exhibit A**:

- Town Hall Meeting Notice, in a form substantially similar to the copy attached hereto as **Exhibit B**

Dated: March 15, 2013

/s/ Jennifer Grageda
Jennifer Grageda
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California    )
                       ) ss
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 15th day of March, 2013, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: /s/ Aimee M. Parel

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# Exhibit A

Exhibit A

Retiree Service List - First-Class Mail

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Blevins, Beatrice W | 829 Ridge Ave | Stone Mtn | GA | 30083-3630 |
| Carroll, Jane S | 1308 Old Cox Rd Apt 319 | Asheboro | NC | 27205-9408 |
| Chai Seong, Peter | 509 Sealine Dr | Cary | NC | 27519-2576 |
| Christy, Ralph L | 1605 S US Highway 1 Apt B 402 | Jupiter | FL | 33477-7299 |
| Clark, Exie L | 4058 Dooster St | Oxford | NC | 27565-9496 |
| Comfort, Judith M | 14 South St | Middlebury | VT | 05753-1317 |
| Davis, Robert C | 4335 NW 53rd Ter | Topeka | KS | 66618-3272 |
| Dillion, Sharon R | 4013 Silver Lake Trl | Heartland | TX | 75126-8188 |
| Ellington, Lawrence W | 1709 Enon Rd | Oxford | NC | 27565-9079 |
| Evans, Eddie R | 510 FM 272 | Celeste | TX | 75423-9521 |
| Grasman, Hans | 3020 Matecumbe Key Rd Apt 303 | Punta Gorda | FL | 33955-4660 |
| Hawkins, Curtis W | 6796 Northcreek Ln | Dallas | TX | 75240-5458 |
| Houston Jr, Samuel T | 1931 Flycaster Dr | Spring | TX | 77388-7523 |
| Huffman, Richard K | 6501 Cross Meadow Ct | Fuquay Varina | NC | 27526-7365 |
| Hutchinson, Robert L | 801 W Middle St Apt 172 | Chelsea | MI | 48118-2398 |
| Irvine, Reginald A | 311 Osprey Point Dr | Osprey | FL | 34229-9252 |
| Markham, Joyce A | 231 Crosshaven Pl | Castle Rock | CO | 80104-3310 |
| Miller, Bobby | 53 Northfork Ln | Eufaula | AL | 36027-6234 |
| Molles, Alice M | 31 Staples St | Danbury | CT | 06810-5323 |
| Moon, William G | 155 Cheshire Ct | Lyman | SC | 29365-9590 |
| Murdaugh Jr, William H | 750 SE Cary Pkwy Rm 113 | Cary | NC | 27511-5683 |
| Perkins, Derrick O | 1510 Le Jack Cir | Forest | VA | 24551-1266 |
| Pirkey, Gwen A | 5406 Quail Creek Dr | McKinney | TX | 75070-5342 |
| Procter, Robert W | 6214 Aventura Dr | Sarasota | FL | 34241-9446 |
| Rains, Lossie H | PO Box 683 | Nashville | NC | 27856-0683 |
| Rogers Jr, Laurence T | PO Box 644 | Hurst | TX | 76053-0644 |
| Rooney, Joseph K | 99 Granite St Apt 108 | Qincy | MA | 02169-5031 |
| Rykwalder, Richard | 1528 Stokley Ln | Old Hickory | TN | 37138-2374 |
| Schill, M Patricia | 400 Gran Bahama Blvd | Davenport | FL | 33897-8322 |
| Scrantom, Lynn M | 5312 Stoney TRL | McKinney | TX | 75070-9310 |
| Sei, Kelvin L | 32518 Karen Ct | Union City | CA | 94587-5129 |
| Stewart, Arthur B | 2125 Vista Del Mundo | Santa Maria | CA | 93458-8274 |

# Exhibit B

# TOWN HALL MEETINGS
# REGARDING PROPOSED NORTEL RETIREE COMMITTEE SETTLEMENT

To assist Nortel retirees concerning the proposed settlement regarding Nortel retiree welfare benefits, the Official Committee of Retired Employees has scheduled the following "town hall" meetings during which retirees can speak with and hear from members of the Retiree Committee and its advisors.

A toll free number will be available for those who are unable to attend the town hall meetings in person. Note that (a) as a result of the anticipated number of participants, this will be a "listen-only" line and (b) there is a separate passcode for each location – listed below. Also, if you intend to use the toll free number and have a question that you'd like to have addressed during the town hall meeting, please submit it in advance of the meeting using the "Submit an Inquiry" link on the Retiree Committee's website at www.kccllc.net/nortelretiree.

## RALEIGH, NORTH CAROLINA
DATE: FEBRUARY 20, 2013
TIME: 1:00 PM
LOCATION: RADISSON HOTEL RESEARCH TRIANGLE PARK
ADDRESS: 150 PARK DRIVE, RESEARCH TRIANGLE PARK, NC 27709
Dial in: 888-621-9649 or 617-231-2734
Event ID: 411984

## DALLAS, TEXAS
DATE: FEBRUARY 25TH
TIME: NOON – 3PM
LOCATION: THE WESTIN STONEBRIAR
ADDRESS: 1549 LEGACY DRIVE, FRISCO, TX 75034
Dial in: 888-621-9649 or 617-231-2734
Event ID: 411985

## SANTA CLARA, CALIFORNIA
DATE: FEBRUARY 26TH
TIME: 1:00 - 4PM
LOCATION: HILTON SANTA CLARA
ADDRESS: 4949 GREAT AMERICAN PARKWAY, SANTA CLARA, CA 95054
Dial in: 888-621-9649 or 617-231-2734
Event ID: 411986