IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
: Chapter 11
: 
*In re* : 
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] : 
: Jointly Administered
Debtors. : 
: 
---------------------------------------------------------------X

### NOTICE OF SUBMISSIONS TO THE HONOURABLE MR. JUSTICE GEOFFREY MORAWETZ REGARDING ALLOCATION AND LITIGATION MATTERS

1. The Debtors in the above-captioned cases hereby give notice of certain submissions and a request for hearing made to the Honourable Mr. Justice Geoffrey Morawetz of the Ontario Superior Court of Justice (the "Canadian Court") overseeing the CCAA cases of the Nortel Canadian Applicants with respect to a certain proposed Litigation Timetable and a proposed Discovery and Deposition Plan related to the litigation of the allocation of sale proceeds and certain claims filed against the Debtors and the Canadian Applicants.

2. On March 8, 2013, the Canadian Court issued an endorsement, which was read orally in a joint hearing with this Court, in connection with the hearing returnable on March 7, 2013 in connection with the Motion to Approve an Allocation Protocol (originally returnable on June 7, 2011) and related motions, which endorsement directed the Monitor of the Canadian

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Applicants in In re Nortel Networks Corp., et al., Court File No. 09-CL-7950 to "coordinate input from the parties with respect to a litigation schedule."

3. On March 15, 2013, the Monitor circulated to various parties, including the US Debtors, a proposed Litigation Timetable and a Discovery and Deposition Plan that the Monitor proposes would govern resolution of litigation related to the allocation of sale proceeds, as well as the adjudication of claims asserted by certain EMEA affiliates of the Debtors and the Trustee of the NNUK Pension Plan and the Board of the Pension Protection Funds against the Canadian Applicants and the Debtors, and which will be adjudicated by the Canadian Court and this Court, respectively. The Monitor requested input on the proposed documents by March 20, 2013.

4. On March 19, 2013 the Debtors provided comments to the Monitor in the form of a revised Litigation Timetable and Discovery Plan. The Debtors worked closely with the Official Committee of Unsecured Creditors (the "Committee") appointed in these cases in their response and the Committee supports the Debtors' proposal.

5. On March 20, 2013, the Monitor submitted a letter to the Honourable Mr. Justice Geoffrey Morawetz enclosing a revised proposal and various correspondence related to the proposal, including the Debtors' response. A copy of this submission is attached here to as Exhibit A.

6. The Monitor has requested a hearing by March 27, 2013 before the Canadian Court to obtain direction on a schedule and discovery plan. The Monitor's proposed Litigation Timetable and Discovery and Deposition Plan address scheduling, procedural and substantive matters that are subject to the joint jurisdiction of the Canadian Court and this Court and, in the case of claims asserted against the Debtors, the sole jurisdiction of this Court, and

among other things, purport to "supersede [certain] US Orders or applicable statutory or regulatory procedural rules" currently applicable to the allocation litigation and the claims solely against the Debtors. Accordingly, the Debtors respectfully request that any such matters shall be heard by way of a joint hearing before the Courts.

7. The Debtors have submitted a response to the Monitor's letter to the Honourable Mr. Justice Geoffrey Morawetz that identifies certain key issues raised by the Monitor's proposal and requests that the issues be heard at a joint hearing with this Court. A copy of the Debtors' submission is attached hereto as Exhibit B.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 21, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*