**EXHIBIT A**

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period**
**From November 1, 2012 through January 31, 2013, unless otherwise specified**

**Hearing: March 26, 2013 at 10:00 a.m. (Eastern Time)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.  Sixteenth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period November 1, 2012 Through January 31, 2013 (D.I. 9491, Filed 2/22/13).

   1.  Forty-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2012 Through November 30, 2012 (D.I. 9230, Filed 1/2/13);

   2.  Certification Of No Objection Regarding Forty-Sixth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2012 Through November 30, 2012 (D.I. 9338, Filed 1/25/13);

   3.  Forty-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2012 Through December 31, 2012 (D.I. 9379, Filed 2/6/13);

   4.  Certification Of No Objection Regarding Forty-Seventh Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2012 Through December 31, 2012 (D.I. 9547, Filed 3/1/13);

   5.  Forty-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2013 Through January 31, 2013 (D.I. 9490, Filed 2/22/13); and

   6.  Certification Of No Objection Regarding Forty-Eighth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of

Unsecured Creditors, For Interim Allowance Of Compensation And For The
Reimbursement Of Expenses For Services Rendered During The Period From
January 1, 2013 Through January 31, 2013 (D.I. 9690, Filed 3/19/13).

Ashurst LLP

B.    Sixteenth Interim Fee Application Request Of Ashurst As European Counsel To The Official
Committee Of Unsecured Creditors For The Period November 1, 2012 Through January 31,
2013 (D.I. 9546, Filed 3/1/13).

    1.    Forty-Sixth Monthly Application Of Ashurst LLP, European Counsel For The
Official Committee Of Unsecured Creditors, For Interim Allowance Of
Compensation And For Reimbursement Of Expenses For Services Rendered During
The Period From November 1, 2012 Through November 30, 2012 (D.I. 9177, Filed
12/21/12);

    2.    Certification Of No Objection Regarding Forty-Sixth Monthly Application Of
Ashurst LLP, European Counsel For The Official Committee Of Unsecured
Creditors, For Interim Allowance Of Compensation And For Reimbursement Of
Expenses For Services Rendered During The Period From November 1, 2012
Through November 30, 2012 (D.I. 9283, Filed 1/16/13);

    3.    Forty-Seventh Monthly Application Of Ashurst LLP, European Counsel For The
Official Committee Of Unsecured Creditors, For Interim Allowance Of
Compensation And For Reimbursement Of Expenses For Services Rendered During
The Period From December 1, 2012 Through December 31, 2012 (D.I. 9325, Filed
1/23/13);

    4.    Certification Of No Objection Regarding Forty-Seventh Monthly Application Of
Ashurst LLP, European Counsel For The Official Committee Of Unsecured
Creditors, For Interim Allowance Of Compensation And For Reimbursement Of
Expenses For Services Rendered During The Period From December 1, 2012
Through December 31, 2012 (D.I. 9448, Filed 2/15/13); and

    5.    Forty-Eighth Monthly Application Of Ashurst LLP, European Counsel For The
Official Committee Of Unsecured Creditors, For Interim Allowance Of
Compensation And For Reimbursement Of Expenses For Services Rendered During
The Period From January 1, 2013 Through January 31, 2013 (D.I. 9534, Filed
2/28/13).

Benesch, Friedlander, Coplan & Aronoff, LLP

C.    Tenth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For
Compensation For Services Rendered And Reimbursement Of Expenses As Special
Litigation Counsel For The Debtors For The Period From November 1, 2012 Through
January 31, 2013 (D.I. 9499, Filed 2/25/13).

1.      Twenty-Fifth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From November 1, 2012 Through December 31, 2012 (D.I. 9311, Filed 1/22/13);

2.      Certification Of No Objection Regarding Docket No. 9311 (D.I. 9497, Filed 2/25/13); and

3.      Twenty-Sixth Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For Interim Compensation For Services Rendered And Reimbursement Of Expenses As Special Litigation Counsel For The Debtors For The Period From January 1, 2013 Through January 31, 2013 (D.I. 9495, Filed 2/25/13).

Capstone Advisory Group, LLC

D.      Sixteenth Interim Fee Application Request Of Capstone As Financial Advisor For The Official Committee Of Unsecured Creditors for the Period November 1, 2012 Through January 31, 2013 (D.I. 9505, Filed 2/26/13).

1.      Forty-Sixth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2012 Through November 30, 2012 (D.I. 9233, Filed 1/3/13);

2.      Certification Of No Objection Regarding Forty-Sixth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2012 Through November 30, 2012 (D.I. 9339, Filed 1/25/13);

3.      Forty-Seventh Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2012 Through December 31, 2012 (D.I. 9334, Filed 1/24/13);

4.      Certification of No Objection Regarding Forty-Seventh Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2012 Through December 31, 2012  (D.I. 9449, Filed 2/15/13);

5.      Forty-Eighth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance

Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2013 Through January 31, 2013 (D.I. 9493, filed 2/22/13); and

6.    Certification of No Objection Regarding Forty-Eighth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2013 Through January 31, 2013 (D.I. 9691, Filed 3/19/13).

Chilmark Partners LLC

E.    Twelfth Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period November 1, 2012 Through January 31, 2013 (D.I. 8959, Filed 11/19/12 ).

1.    Thirty-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2012 Through November 30, 2012 (D.I. 9243, Filed 1/17/13);

2.    Certificate of No Objection Regarding Thirty-Third Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From November 1, 2012 Through November 30, 2012 (D.I. 9346, Filed 1/30/13);

3.    Thirty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2012 Through December 31, 2012 (D.I. 9349, Filed 1/31/13);

4.    Certificate of No Objection Regarding Thirty-Fourth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From December 1, 2012 Through December 31, 2012 (D.I. 9519, Filed 2/28/13);

5.    Thirty-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2013 Through January 31, 2013 (D.I. 9503, Filed 2/26/13); and

6.      Certificate of No Objection Regarding Thirty-Fifth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period January 1, 2013 Through January 31, 2013 (D.I. 9713, Filed 3/20/13).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

F.      Sixteenth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period November 1, 2012 Through January 31, 2013 (D.I. 9537, Filed 2/28/13).

1.      Forty-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9244, Filed 1/7/13);

2.      Certificate Of No Objection Regarding Forty-Seventh Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9347, Filed 1/30/13);

3.      Forty-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 9377, Filed 2/6/13);

4.      Certificate Of No Objection Regarding Forty-Eighth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 9530, Filed 2/28/13); and

5.      Forty-Ninth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2013 Through January 31, 2013 (D.I. 9504, Filed 2/26/13).

Crowell & Moring LLP

G.    Sixteenth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel
      For Debtors And Debtors-In-Possession, For The Period November 1, 2012 Through January
      31, 2013 (D.I. 9502, Filed 2/25/13).

      1.    Forty-Seventh Interim Application Of Crowell & Moring LLP As Special Counsel To
            Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And
            For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The
            Period November 1, 2012 Through January 31, 2013 (D.I. 9501, Filed 2/25/13); and

      2.    Certificate Of No Objection Regarding Forty-Seventh Interim Application Of
            Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession
            For Allowance Of Interim Compensation And For Interim Reimbursement Of All
            Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through
            January 31, 2013 (D.I. 9712, Filed 3/20/13).

Elliott Greenleaf

H.    Sixth Quarterly Fee Application Of Elliott Greenleaf, Co-Counsel To The Official
      Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of
      Expenses For The Period November 1, 2012 Through January 31, 2013 (D.I. 9588, Filed
      3/5/13).

      1.    Sixteenth Monthly Application Of Elliott Greenleaf, Counsel To The Official
            Committee Of Long Term Disability Participants, For Compensation And
            Reimbursement Of Expenses For The Period November 1, 2012 Through November
            30, 2012 (D.I. 9375, Filed 2/5/13);

      2.    Certificate Of No Objection Regarding Sixteenth Monthly Application Of Elliott
            Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants,
            For Compensation And Reimbursement Of Expenses For The Period November 1,
            2012 Through November 30, 2012 (D.I. 9586, Filed 3/5/13);

      3.    Seventeenth Monthly Application Of Elliott Greenleaf, Counsel To The Official
            Committee Of Long Term, Disability Participants, For Compensation And
            Reimbursement Of Expenses For The Period December 1, 2012 Through December
            31, 2012 (D.I. 9376, Filed 2/5/13);

      4.    Certificate Of No Objection Regarding Seventeenth Monthly Application Of Elliott
            Greenleaf, Counsel To The Official Committee Of Long Term, Disability
            Participants, For Compensation And Reimbursement Of Expenses For The Period
            December 1, 2012 Through December 31, 2012 (D.I. 9587, Filed 3/5/13); and

      5.    Eighteenth Monthly Application Of Elliott Greenleaf, Counsel To The Official
            Committee Of Long Term, Disability Participants, For Compensation And

Reimbursement Of Expenses For The Period January 1, 2013 Through January 31, 2013 (D.I. 9545, Filed 3/1/13).

Ernst & Young LLP

I.      Sixteenth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of November 1, 2012 Through January 31, 2013 (D.I. 9566, Filed 3/4/13).

        1.      Twentieth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of November 1, 2012 Through January 31, 2013 (D.I. 9524, Filed 2/28/13).

Fraser Milner Casgrain LLP

J.      Sixteenth Interim Fee Application Request Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period November 1, 2012 Through January 31, 2013 (D.I. 9500, Filed 2/25/13).

        1.      Forty-Sixth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2012 Through November 30, 2012 (D.I. 9474, Filed 2/21/13);

        2.      Certification Of No Objection Regarding Forty-Sixth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From November 1, 2012 Through November 30, 2012 (D.I. 9672, Filed 3/15/13);

        3.      Forty-Seventh Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2012 Through December 31, 2012 (D.I. 9484, Filed 2/21/13);

        4.      Certification Of No Objection Regarding Forty-Seventh Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From December 1, 2012 Through December 31, 2012 (D.I. 9692, Filed 3/19/13); and

        5.      Forty-Eighth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance

Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From January 1, 2013 Through January 31, 2013 (D.I. 9494, Filed 2/22/13).

Huron Consulting Group

K.    Sixteenth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period November 1, 2012 Through January 31, 2013 (D.I. 9469, Filed 2/20/13).

    1.    Forty-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9139, Filed 12/17/12);

    2.    Certificate Of No Objection Regarding Forty-Sixth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9256, Filed 1/9/13);

    3.    Forty-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 9318, Filed 1/22/13);

    4.    Certificate Of No Objection Regarding Forty-Seventh Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 9417, Filed 2/13/13);

    5.    Forty-Eighth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2013 Through January 31, 2013 (D.I. 9459, Filed 2/19/13); and

    6.    Certificate Of No Objection Regarding Forty-Eighth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2013 Through January 31, 2013 (D.I. 9652, Filed 3/13/13).

John Ray

L.    Thirteenth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period November 1, 2012 Through January 31, 2013 (D.I. 9487, Filed 2/22/13).

    1.    Thirty-Fifth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through December 31, 2012 (D.I. 9234, Filed 1/3/13);

    2.    Certificate Of No Objection Regarding Thirty-Fifth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through December 31, 2012 (D.I. 9337, Filed 1/25/13); and

    3.    Thirty-Sixth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2013 Through January 31, 2013 (D.I. 9410, Filed 2/12/13).

Linklaters LLP

M.    Twelfth Quarterly Fee Application of Linklaters LLP, as U.K. Counsel for Debtors and Debtors-In-Possession, for the Period November 1, 2012 Through January 31, 2013 (D.I. 9543, Filed 3/1/13).

    1.    Thirteenth Monthly Application of Linklaters LLP, as U.K. Counsel to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 1, 2012 Through January 31, 2013 (D.I. 9542, Filed 3/1/13).

McCarter & English LLP

N.    Sixth Quarterly  Fee Application of McCarter & English, LLP for Compensation for Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period November 1, 2012 Through January 31, 2013 (D.I. 9508, Filed 2/27/13).

    1.    Fifteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period November 1, 2012 Through November 30, 2012 (D.I. 9173, Filed 12/21/12);

    2.    Certificate Of No Objection Regarding Fifteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of

Expenses As Counsel To The Committee Of Retirees For The Period November 1, 2012 Through November 30, 2012 (D.I. 9280, Filed 1/16/13);

3.  Sixteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period December 1, 2012 Through December 31, 2012 (D.I. 9321, Filed 1/23/13);

4.  Certificate Of No Objection Regarding Sixteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period December 1, 2012 Through December 31, 2012 (D.I. 9424, Filed 2/14/13);

5.  Seventeenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period January 1, 2013 Through January 31, 2013 (D.I. 9442, Filed 2/15/13); and

6.  Certificate Of No Objection Regarding Seventeenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period January 1, 2013 Through January 31, 2013 (D.I. 9635, Filed 3/11/13).

Mercer (US) Inc.

O.  Sixteenth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist To The Debtors, For The Period Of November 1, 2012 Through January 31, 2013 (D.I. 9528, Filed 2/28/13).

1.  Sixteenth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of November 1, 2012 Through January 31, 2013 (D.I. 9527, Filed 2/28/13).

Morris, Nichols, Arsht & Tunnell LLP

P.  Sixteenth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period November 1, 2012 Through January 31, 2013 (D.I. 9539, Filed 3/1/13).

1.  Forty-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9169, Filed 12/20/12);

2.      Certificate of No Objection Regarding Forty-Seventh Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9260, Filed 1/11/13);

3.      Forty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 9279, Filed 1/15/13);

4.      Certificate Of No Objection Regarding Forty-Eighth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 9378, Filed 2/6/13); and

5.      Forty-Ninth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2013 Through January 31, 2013 (D.I. 9529, Filed 2/28/13).

Punter Southall, LLC

Q.      Fifteenth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2012 Through January 31, 2013 (D.I. 9489, Filed 2/22/13).

1.      Seventeenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2012 Through January 31, 2013 (D.I. 9488, Filed 2/22/13); and

2.      Certificate Of No Objection Regarding Seventeenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period November 1, 2012 Through January 31, 2013 (D.I. 9679, Filed 3/18/13).

Richards, Layton & Finger, PA

R.      Sixteenth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2012 Through January 31, 2013 (D.I. 9512, Filed 2/27/13).

1. Forty-Sixth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2012 Through November 30, 2012 (D.I. 9221, Filed 12/28/12);

2. Certification Of No Objection Regarding Forty-Sixth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2012 Through November 30, 2012 (D.I. 9326, Filed 1/23/13);

3. Forty-Seventh Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2012 Through December 31, 2012 (D.I. 9343, Filed 1/28/13);

4. Certification Of No Objection Regarding Forty-Seventh Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From December 1, 2012 Through December 31, 2012 (D.I. 9485, Filed 2/21/13); and

5. Forty-Eighth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From January 1, 2013 Through January 31, 2013 (D.I. 9492, Filed 2/22/13); and

6. Certification Of No Objection Regarding Forty-Eighth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From January 1, 2013 Through January 31, 2013 (D.I. 9681, Filed 3/18/13).

RLKS Executive Solutions, LLC

S. Eleventh Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period November 1, 2012 Through January 31, 2013 (D.I. 9565, Filed 3/4/13).

1. Twenty-Ninth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9456, Filed 2/19/13);

2. Certificate Of No Objection Regarding Twenty-Ninth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9649, Filed3/13/13);

3. Thirtieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 9457, Filed 2/19/13);

4. Certificate Of No Objection Regarding Thirtieth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 9650, Filed 3/13/13);

5. Thirty-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2013 Through January 31, 2013 (D.I. 9458, Filed 2/19/13); and

6. Certificate Of No Objection Regarding Thirty-First Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2013 Through January 31, 2013 (D.I. 9651, Filed 3/13/13).

<u>Shearman & Sterling LLP</u>

T. Twelfth Quarterly Fee Application Request Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel To Debtors And Debtors-In-Possession, For The Period August 1, 2012 Through January 31, 2013 (D.I. 9564, Filed 3/4/13).

1. Twelfth Interim Application Of Shearman & Sterling LLP, As Non-Ordinary Course Professional Special Litigation Counsel, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through January 31, 2013 (D.I. 9563, Filed 3/4/13).

Togut, Segal & Segal LLP

U.      Fifth Quarterly Fee Application Of Togut, Segal & Segal LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retired Employees For The Period September 1, 2012 Through December 31, 2012 (D.I. 9533, Filed 2/28/13).

     1.      Thirteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 9068, Filed 12/6/12);

     2.      Certificate Of No Objection Regarding Thirteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 9235, Filed 1/4/13);

     3.      Fourteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 9187, Filed 12/26/12);

     4.      Certificate Of No Objection Regarding Fourteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 9287, Filed 1/17/13);

     5.      Fifteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9446, Filed 2/15/13);

     6.      Certificate Of No Objection Regarding Fifteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9643, Filed 3/13/13);

     7.      Sixteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred

For The Period December 1, 2012 Through December 31, 2012 (D.I. 9532, Filed 2/28/13); and

8.  Certificate Of No Objection Regarding Sixteenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 9532, Filed 2/28/13).

Torys LLP

V.  Ninth Quarterly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through January 31, 2013 (D.I. 9576, Filed 3/4/13).

1.  Twentieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9264, Filed 1/11/13);

2.  Certificate Of No Objection Regarding Twentieth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period November 1, 2012 Through November 30, 2012 (D.I. 9369, Filed 2/4/13);

3.  Twenty-First Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period December 1, 2012 Through December 31, 2012 (D.I. 9535, Filed 2/28/13); and

4.  Twenty-Second Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period January 1, 2013 Through January 31, 2013 (D.I. 9538, Filed 2/28/13).