# EXHIBIT A



# McCARTER & ENGLISH
## ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions**
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

March 18, 2013
Invoice 7841179

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


**TOTAL FEES**......................................................................... $133,130.50
**TOTAL DISBURSEMENTS**.................................................... 5,026.88

**TOTAL DUE THIS INVOICE** ................................................. $138,157.38

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**         $140,482.40

**TOTAL AMOUNT DUE AS OF THIS INVOICE**                       $278,639.78


Please include this page with your remittance. Thank you.



# McCARTER & ENGLISH
## ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment  Instructions**
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

Page 1
March 18, 2013
Invoice 7841179

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801

| | |
|---|---|
| **TOTAL FEES**........................................................................... | $133,130.50 |
| **TOTAL DISBURSEMENTS**...................................................... | 5,026.88 |
| **TOTAL DUE THIS INVOICE** .................................................... | $138,157.38 |
| **AMOUNT OUTSTANDING FROM PRIOR INVOICES** | $140,482.40 |
| **TOTAL AMOUNT DUE AS OF THIS INVOICE** | $278,639.78 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

Professional Services Recorded Through 02/28/2013

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/01/13 | CONFERRING WITH RESPECT TO THE TERMS AND CONDITIONS OF THE PROPOSED TRUST AGREEMENT. | 00952/MAD | 0.30 |
| 02/01/13 | CONFERRING WITH KEVIN BROWN AND ALAN KORNSTEIN REGARDING REVISIONS TO THE FAQS. | 00952/MAD | 0.50 |
| 02/01/13 | CONFERRING WITH ALAN KORNSTEIN REGARDING THE FLOW OF FUNDS FROM THE DEBTOR TO THE LLC AND THE VEBA IN EFFECTUATING THE SETTLEMENT AGREEMENT. | 00952/MAD | 0.30 |
| 02/01/13 | OFFICE DISCUSSIONS WITH MARK DANIELE, KEVIN BROWN REGARDING IRS RULING REQUEST, FAQ'S REGARDING SETTLEMENT. | 05237/AFK | 2.20 |
| 02/01/13 | CONFERENCE CALL WITH KEVIN BROWN AND STEPHANIE SKELLY REGARDING FAQ'S. | 05237/AFK | 0.40 |
| 02/01/13 | EMAILS WITH NEIL BERGER REGARDING FAQ, IRS RULING REQUEST. | 05237/AFK | 0.10 |
| 02/01/13 | REVIEW TOGUT FIRM'S REVISED DRAFTS OF FAQ'S. | 05237/AFK | 0.60 |
| 02/01/13 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE (2 + WEEKS) IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.80 |
| 02/01/13 | EXAMINE AND ANALYZE AGENDA FOR UPCOMING HEARING AND CORRESPOND AND UPDATE WITH LEAD COUNSEL ON STATUS OF SAME. | 02718/WFT | 0.30 |
| 02/01/13 | ASSIST WITH LEAD AND CO COUNSEL'S EFFORTS TO FULFILL ALL NOTICE REQUIREMENTS UNDER RETIREE SETTLEMENT MOTION AND WITH CROSS COUNTRY EFFORTS TO EXPLAIN THE SETTLEMENT TO CLASS | 02718/WFT | 2.10 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | MEMBERS. | | |
| 02/01/13 | CONFERENCE CALL WITH BANKRUPTCY COUNSEL REGARDING SETTLEMENT AGREEMENT Q&A FOR RETIREES. | 03651/KAB | 0.40 |
| 02/01/13 | OFFICE CONFERENCE REGARDING SETTLEMENT AGREEMENT Q&A FOR RETIREES. | 03651/KAB | 0.50 |
| 02/01/13 | FURTHER REVIEW/REVISION OF VEBA TRUST AGREEMENT. | 03651/KAB | 5.00 |
| 02/01/13 | PREPARING FOR CALL AND SPEAKING WITH RETIREE NO. 191465 (0.3). | 04585/BDK | 0.30 |
| 02/02/13 | COMMUNICATING WITH RESPECT TO ISSUES RELATED TO THE FAQS AND PROPOSED REVISIONS. | 00952/MAD | 0.20 |
| 02/02/13 | CONSIDERATION OF LEGAL ISSUES REGARDING REVISIONS TO THE VEBA TRUST AGREEMENT AND THE GOVERNANCE PROVISIONS REGARDING THE RE-APPOINTMENT AND SUCCESSORSHIP PROVISIONS. | 00952/MAD | 0.50 |
| 02/02/13 | PREPARE IRS RULING REQUEST REGARDING VEBA/LLC SETTLEMENT STRUCTURE; EMAIL DRAFT TO MARK DANIELE AND KEVIN BROWN. | 05237/AFK | 4.20 |
| 02/02/13 | FURTHER REVIEW/REVISION OF VEBA TRUST AGREEMENT. | 03651/KAB | 3.20 |
| 02/04/13 | FURTHER CONSIDERATION OF ISSUES REGARDING THE PRIVATE LETTER RULING FOR THE IMPLEMENTATION OF THE VEBA SETTLEMENT. | 00952/MAD | 0.50 |
| 02/04/13 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MIZAK OF A&M REGARDING THE VARIOUS QUESTIONS RELATED TO THE ADMINISTRATION OF THE HRAS AND OTHER RELATED LEGAL ISSUES REGARDING THE STATUS OF OTHER FUNDS UPON THE DEATH OF THE RETIREE. | 00952/MAD | 0.50 |
| 02/04/13 | PREPARE RULING REQUEST ANCILLARY DOCUMENTS. | 05237/AFK | 0.70 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/04/13 | REVIEW REVISED DRAFT OF FAQ'S. | 05237/AFK | 0.30 |
| 02/04/13 | CORRESPOND WITH LEAD COUNSEL RE THOUGHTS AND COMMENTS ON THE PROPOSED DRAFT CERTIFICATION OF COUNSEL ON LTD CERTIFICATE OF SERVICE ISSUES. | 02718/WFT | 0.30 |
| 02/04/13 | CORRESPOND WITH LEAD COUNSEL AND EXAMINE AND ANALYZE PROPOSED CERTIFICATION OF COUNSEL ON LTD CERTIFICATE OF SERVICE ISSUES. | 02718/WFT | 0.30 |
| 02/04/13 | ASSIST WITH LEAD AND CO COUNSEL'S EFFORTS TO FULFILL ALL NOTICE REQUIREMENTS UNDER RETIREE SETTLEMENT MOTION AND WITH CROSS COUNTRY EFFORTS TO EXPLAIN THE SETTLEMENT TO CLASS MEMBERS. | 02718/WFT | 1.60 |
| 02/04/13 | CONFERENCE CALL R. MIZAK RE TREATMENT OF HRA AND POTENTIAL AFFORDABLE CARE ACT FEES. | 03651/KAB | 0.70 |
| 02/04/13 | OFFICE CONFERENCE REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT. | 03651/KAB | 0.30 |
| 02/04/13 | FURTHER CONSIDERATIONS REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT (REVIEWING REVISED DRAFT OF LETTER RULING REQUEST AND REVISIONS TO THE SAME). | 03651/KAB | 3.00 |
| 02/05/13 | MEETING WITH ALAN KORNSTEIN AND REVIEWING IN DETAIL THE PRIVATE LETTER RULING REQUEST AND REVISING THE SAME. | 00952/MAD | 1.50 |
| 02/05/13 | REVIEWING RETIREE INQUIRIES REGARDING SETTLEMENT/HRA. | 00952/MAD | 0.50 |
| 02/05/13 | COMMUNICATING WITH DOUG GREER REGARDING ISSUES RELATED TO ALLOCATION OF THE SETTLEMENT PROCEEDS. | 00952/MAD | 0.30 |
| 02/05/13 | OFFICE DISCUSSIONS WITH KEVIN BROWN AND MARK DANIELE REGARDING IRS RULING REQUEST. | 05237/AFK | 6.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 02/05/13 | REVIEW TAX ISSUES IN RULING REQUEST REGARDING VEBA SETTLEMENT STRUCTURE. | 05237/AFK | 0.80 |
| 02/05/13 | FURTHER CONSIDERATIONS, LEGAL RESEARCH AND OFFICE CONFERENCE REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT (IRS PRIVATE LETTER RULING REQUEST). | 03651/KAB | 10.30 |
| 02/05/13 | EXAMINE AND ANALYZE RECENT FILINGS FOR IMPACT ON RETIREES. | 03706/KRB | 0.30 |
| 02/06/13 | ATTENTION TO MATTERS RELATED TO THE TOWN HALL MEETING IN RALEIGH, NC. | 00952/MAD | 0.50 |
| 02/06/13 | OFFICE CONFERENCE REGARDING ISSUES RELATED TO THE RULING REQUEST STATUS AND PROPOSED REVISIONS THERETO. | 00952/MAD | 0.50 |
| 02/06/13 | REVIEW OF SUMMARY OF THE NORTEL IMPLEMENTATION CALL WITH AETNA. | 00952/MAD | 0.20 |
| 02/06/13 | REVIEW OF EMAIL COMMUNICATED FROM BRIAN MOORE REGARDING DISCUSSIONS WITH AETNA AND THE UNDERWRITING RELATED ISSUES AND THE ELECTION FORMS. | 00952/MAD | 0.20 |
| 02/06/13 | REVIEW OF EMAIL COMMUNICATION REGARDING RETIREE DREW GOODWIN'S QUESTIONS; CONSIDERATION OF LEGAL ISSUES REGARDING RESPONSES THERETO AND COMMENCE PREPARATION OF THE SAME. | 00952/MAD | 0.80 |
| 02/06/13 | MEETINGS WITH KEVIN BROWN TO DISCUSS DRAFT OF IRS RULING REQUEST REGARDING VEBA/LLC SETTLEMENT STRUCTURE. | 05237/AFK | 2.30 |
| 02/06/13 | REVIEW TAX ISSUES PRESENTED BY VEBA/LLC SETTLEMENT STRUCTURE. | 05237/AFK | 2.20 |
| 02/06/13 | REVISE/PROOFREAD DRAFT OF IRS RULING REQUEST. | 05237/AFK | 2.90 |
| 02/06/13 | ASSIST WITH LEAD AND CO COUNSEL'S EFFORTS TO FULFILL ALL NOTICE REQUIREMENTS UNDER RETIREE SETTLEMENT MOTION AND WITH CROSS COUNTRY EFFORTS TO EXPLAIN THE SETTLEMENT TO CLASS | 02718/WFT | 2.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | MEMBERS. | | |
| 02/06/13 | FURTHER LEGAL RESEARCH, CONSIDERATION AND OFFICE CONFERENCE REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT (IRS PRIVATE LETTER RULING REQUEST). | 03651/KAB | 8.80 |
| 02/06/13 | IMPLEMENTATION CALL WITH AETNA. | 03651/KAB | 0.50 |
| 02/07/13 | CONFERRING WITH RON WINTERS REGARDING HRA ADMINISTRATION ISSUES AND FORM OF PRESENTATION AT TOWN HALL PLANNING MEETING. | 00952/MAD | 0.30 |
| 02/07/13 | TELEPHONE CALL WITH KEVIN BROWN REGARDING REVISIONS TO DRAFT OF IRS RULING REQUEST. | 05237/AFK | 0.60 |
| 02/07/13 | FURTHER LEGAL RESEARCH, CONSIDERATION AND OFFICE CONFERENCE REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT (IRS PRIVATE LETTER RULING REQUEST). | 03651/KAB | 4.20 |
| 02/07/13 | CORRESPONDENCE WITH LEAD COUNSEL REGARDING CERTIFICATION OF COUNSEL FOR AMENDED SEAL ORDER. | 03706/KRB | 0.20 |
| 02/07/13 | REVIEW AND REVISE CERTIFICATION OF COUNSEL REGARDING SEAL ORDER. | 03706/KRB | 0.30 |
| 02/08/13 | REVIEW OF THE FREQUENT RESPONSES DOCUMENT PREPARED BY TOGUT AND THE EMAIL TEMPLATE RESPONSE CHART. | 00952/MAD | 0.50 |
| 02/08/13 | CONFERENCE CALL WITH REPRESENTATIVES OF AETNA TO DISCUSS THE IMPLEMENTATION OF THE GROUP HEALTH PLAN TO THE EXTENT ITS APPROVED BY THE RETIREES. | 00952/MAD | 0.30 |
| 02/08/13 | PARTICIPATING IN A CONFERENCE CALL WITH THE PROFESSIONALS FOR THE RETIREE COMMITTEE DISCUSSING IN DETAIL THE VARIOUS FAQS AND OTHER RELATED INFORMATION PROVIDED AT THE MEETING OF THE RETIREES AND THE VARIOUS LOCATIONS IN SAN JOSE AND RALEIGH, NC. | 00952/MAD | 1.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/08/13 | REVIEW OF VARIOUS EMAIL COMMUNICATION REGARDING THE FAQS. | 00952/MAD | 0.50 |
| 02/08/13 | PARTICIPATING IN CONFERENCE CALL WITH AETNA REPRESENTATIVES REGARDING PRESENTATION BY AETNA AT THE TOWN HALL MEETING. | 00952/MAD | 0.20 |
| 02/08/13 | FURTHER REVIEW OF EMAIL COMMUNICATION FROM RICHARD MIZAK REGARDING THE NORTEL PROFESSIONAL COMPARISON TABLE WITH RESPECT TO THE FEES AND EXPENSES RELATED TO THE OPERATION OF THE VEBA. | 00952/MAD | 0.30 |
| 02/08/13 | CONFERENCE CALL WITH ADVISORS TO RETIREE COMMITTEE REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT. | 03651/KAB | 1.50 |
| 02/08/13 | CONFERENCE CALL WITH AETNA REGARDING MEDICAL INSURANCE PROPOSED TO BE OFFERED PURSUANT TO THE SETTLEMENT AGREEMENT. | 03651/KAB | 0.50 |
| 02/08/13 | CONSIDERATION OF RETIREE INQUIRY FOR RETIREE REGARDING POTENTIAL MEDICAL PLAN. | 03651/KAB | 0.50 |
| 02/08/13 | EXAMINE AND ANALYZE FILING NOTICE REGARDING CERTIFICATION OF COUNSEL; REVIEW ADDITIONAL RECENTLY FILED DOCUMENTS FOR IMPACT ON RETIREES. | 03706/KRB | 0.40 |
| 02/08/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATION OF COUNSEL REGARDING THE AMENDED ORDER AUTHORING DEBTORS AND RETIREE COMMITTEE TO FILE UNDER SEAL; PREPARE SERVICE OF SAME; | 04990/JFS | 0.50 |
| 02/10/13 | REVIEW OF RETIREEE COMMITTEE MEMBER REGARDING HIS INQUIRY IF RETIREE LATER OPTS FOR HEALTH PLAN AND THE HRA. | 00952/MAD | 0.20 |
| 02/10/13 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MIZAK OF A & M. | 00952/MAD | 0.20 |
| 02/10/13 | REVIEW OF EMAIL FROM NEIL BURGER REGARDING THE NNRA WEBSITE IN | 00952/MAD | 0.20 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | PREPARATION OF MEETINGS. | | |
| 02/10/13 | REVIEW OF EMAIL FROM RETIREE COMMITTEE MEMBER REGARDING LENGTH OF VEBA TRUST AND RELATED ISSUES. | 00952/MAD | 0.20 |
| 02/10/13 | ADDRESSING RETIREE INQUIRIES REGARDING SETTLEMENT AGREEMENT IMPLEMENTATION. | 03651/KAB | 1.50 |
| 02/10/13 | CONSIDERATION WITH RESPECT TO AFFORDABLE CARE ACT FEES AND BENEFITS TO BE OFFERED BY THE VEBA. | 03651/KAB | 1.00 |
| 02/11/13 | CONTINUED PREPARATION OF RESPONSES TO VARIOUS QUESTIONS RAISED BY RETIREES WITH RESPECT TO THE PROPOSED SETTLEMENT AND THE VEBA; CONSIDERATION OF LEGAL ISSUES. | 00952/MAD | 1.20 |
| 02/11/13 | CONFERRING WITH RESPECT TO COMMENTS BY NEIL BERGER WITH RESPECT TO THE PLR REQUEST; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE COMMENTS TO THE PLR REQUEST BY NEIL BERGER. | 00952/MAD | 0.80 |
| 02/11/13 | COMMUNICATING WITH RICHARD MILIN REGARDING ISSUES RELATED TO THE CLAIM FOR LIFE INSURANCE UNDER THE NORTHERN TELECOM RETIREMENT PLAN AND THE APPROPRIATE DOCUMENTATION TO REVIEW IN CONNECTION WITH DETERMINING THE VALIDITY OF THE SAME. | 00952/MAD | 0.20 |
| 02/11/13 | CONTINUED REVIEW OF THE FORM OF TRUST AGREEMENT FOR THE VEBA. | 00952/MAD | 1.00 |
| 02/11/13 | OFFICE DISCUSSION WITH MARK DANIELE REGARDING RULING REQUEST. | 05237/AFK | 0.10 |
| 02/11/13 | REVIEW TOGUT MARK-UP OF DRAFT IRS RULING REQUEST REGARDING VEBA/LLC SETTLEMENT STRUCTURE; PREPARE REQUEST FOR EXPEDITED HANDLING; REVIEW KEVIN BROWN'S REVISED DRAFT OF RULING REQUEST. | 05237/AFK | 2.50 |
| 02/11/13 | REVIEW EMAILS REGARDING SETTLEMENT DISCLOSURES TO RETIREES. | 05237/AFK | 0.10 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/11/13 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE (WEEK +) IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.90 |
| 02/11/13 | FURTHER CONSIDERATIONS REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT (REVIEW OF COMMENTS TO RULING REQUEST). | 03651/KAB | 0.70 |
| 02/11/13 | RESPONDING TO INQUIRIES FROM RETIREES REGARDING SETTLEMENT AGREEMENT. | 03651/KAB | 0.80 |
| 02/11/13 | OFFICE CONFERENCE REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT. | 03651/KAB | 0.30 |
| 02/11/13 | FURTHER REVIEW/REVISION OF VEBA TRUST AGREEMENT. | 03651/KAB | 1.50 |
| 02/11/13 | CONFER WITH COUNSEL REGARDING FAX COST RELATED TO ALVAREZ QUESTIONS; | 04990/JFS | 0.40 |
| 02/12/13 | XXXX -- REVIEW OF EMAIL INQUIRIES FROM RETIREES REGARDING THE VEBA AND HRAS; REVIEWING AND REVISING RESPONSES AND CONSIDERATION OF LEGAL ISSUES. | 00952/MAD | 1.50 |
| 02/12/13 | REVIEW OF MATERIALS AND DOCUMENTS IN PREPARATION FOR MEETING WITH PROFESSIONALS FOR TOWN HALL MEETING AND RESPONSES TO RETIREE INQUIRIES. | 00952/MAD | 0.70 |
| 02/12/13 | CONFERRING WITH RESPECT TO PLR AND SETTLEMENT IMPLEMENTATION ISSUES. | 00952/MAD | 0.50 |
| 02/12/13 | MEETING WITH TOGUT AND A&M PROFESSIONALS AT TOGUT OFFICES TO DISCUSS TOWN HALL MEETING STRUCTURE; REVISING PRESENTATION IN CONNECTION WITH SAME; CONSIDERATION OF LEGAL ISSUES REGARDING SAME. | 00952/MAD | 4.00 |
| 02/12/13 | REVIEW OF INFORMATION FROM MARTY MANDS LIFE INSURANCE BENEFITS; COMMUNICATING WITH RICHARD MILLIN REGARDING THE SAME AND RESPONDING TO EMAILS. | 00952/MAD | 0.70 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/12/13 | TELEPHONE CALL TO ALAN KORNSTEIN REGARDING USER FEE; TELEPHONE CALL TO IRS REGARDING USER FEE. | 03600/JEH | 0.20 |
| 02/12/13 | OFFICE CONFERENCE WITH JOEL HOROWITZ REGARDING RULING REQUEST USER FEE ISSUE. | 05237/AFK | 0.10 |
| 02/12/13 | OFFICE DISCUSSIONS WITH KEVIN BROWN, MARK DANIELE REGARDING IRS RULING REQUEST ON VEBA/LLC SETTLEMENT STRUCTURE. | 05237/AFK | 0.30 |
| 02/12/13 | REVIEW/REVISE ANCILLARY DOCUMENTS TO BE INCLUDED WITH IRS RULING REQUEST. | 05237/AFK | 1.30 |
| 02/12/13 | EXAMINE AND ANALYZE THE DEBTORS' REPLY IN FURTHER SUPPORT OF THE JOINT MOTION PURSUANT TO SECTIONS 363 AND 105 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023 TO (I)(A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, (B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT PURPOSES ONLY, (C) APPROVE THE NOTICE PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING D.I. 9402 AND THE NOTICE OF FILING OF REVISED EXHIBITS TO JOINT MOTION PURSUANT TO SECTIONS 363 AND 105 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023 TO (I)(A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, (B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT PURPOSES ONLY, (C) APPROVE THE NOTICE PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND (II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT, (B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF D.I. 9403 FILED IN IN RE NORTEL NETWORKS INC., ET AL. , CASE NO. 09-10138 AND IN OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS V. NORTEL NETWORKS, ADVERSARY PROCEEDING NO. 12-50995. | 02718/WFT | 1.40 |
| 02/12/13 | EXAMINE AND ANALYZE THE STATUS AND SUBSTANCE OF ALL PENDING M&E AND TS&S | 02718/WFT | 0.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| | FEE APPLICATIONS TO DETERMINE WHEN CNO'S ARE DUE, PAYMENTS MADE AND DEADLINE TO BE FOLLOWED FOR BOTH MONTHLY AND UPCOMING QUARTERLY APPLICATIONS. | | |
| 02/12/13 | EXAMINE AND ANALYZE AGENDA FOR NEXT HEARING PRIMARILY CONCERNING LTD ISSUES; CORRESPOND WITH LEAD COUNSEL RE ATTENDANCE ISSUES FOR SAME. | 02718/WFT | 0.30 |
| 02/12/13 | EXAMINE AND ANALYZE AD HOC GROUP OF BONDHOLDERS RESPONSE TO "KEY EVENTS" SCHEDULING CONCERNS. | 02718/WFT | 0.30 |
| 02/12/13 | EXAMINE AND ANALYZE LAW DEBENTURE RESPONSE TO "KEY EVENTS" SCHEDULING CONCERNS. | 02718/WFT | 0.30 |
| 02/12/13 | WORK ON UNDERLYING DOCUMENTATION FOR M&E MONTHLY APPLICATION FOR JANUARY TO INSURE DOCUMENTATION IS APPROPRIATE, LIMITED, VALUE EARNED FOR INCLUSION IN M&E APPLICATION MATERIALS. | 02718/WFT | 1.50 |
| 02/12/13 | OFFICE CONFERENCE REGARDING RETIREE INQUIRIES AND FURTHER DRAFTING OF RESPONSE TO THE SAME. | 03651/KAB | 2.70 |
| 02/12/13 | OFFICE CONFERENCE REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT (IN PARTICULAR, THE IRS RULING REQUEST). | 03651/KAB | 0.50 |
| 02/12/13 | REVIEWING INQUIRIES FROM RETIREES REGARDING SETTLEMENT AGREEMENT IMPLEMENTATION AND DRAFTING RESPONSES. | 03651/KAB | 1.00 |
| 02/13/13 | FURTHER REVIEW OF MARTY MANDS' PACKAGE REGARDING HIS EXECUTIVE COMPENSATION IN THE LIFE INSURANCE BENEFITS; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO SAME AND PREPARING FOR CONFERENCE CALL WITH MARTY MANS. | 00952/MAD | 0.50 |
| 02/13/13 | REVIEW AND EDIT THE REQUEST TO THE IRS FOR EXPEDITED REVIEW OF THE PLR. REVIEW OF TERMS OF THE SETTLEMENT AGREEMENT WITH RESPECT TO THE SAME. | 00952/MAD | 0.80 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/13/13 | CONFERENCE CALL WITH RICHARD MIZAK OF A & M AND MARTY MANDS; REVIEWING HIS EXECUTIVE COMPENSATION PACKAGE AND MAKING INQUIRIES AS TO THE BASIS FOR THE $411,000.00 LIFE INSURANCE CLAIM; CONSIDERATION OF LEGAL ISSUES REGARDING THE PROPOSED RESPONSE TO MR. MANZ AND SEEKING OTHER INFORMATION. | 00952/MAD | 0.80 |
| 02/13/13 | COMMENCE REVIEW OF THE LTD AMENDED SETTLEMENT AGREEMENT. | 00952/MAD | 0.50 |
| 02/13/13 | REVIEW OF DOCUMENTATION IN CONNECTION WITH THE FEE APPLICATION. | 00952/MAD | 0.50 |
| 02/13/13 | REVIEW OF THE PROPOSED VEBA EXPENSE SUMMARY IN RESPONSE TO THE QUESTIONS BY THE RETIREE COMMITTEE AND CONSIDERATION OF ISSUES WITH RESPECT TO THE OBAMACARE COST OF MAINTAINING THE HRAS. | 00952/MAD | 0.50 |
| 02/13/13 | UPDATING THE VEBA IMPLEMENTATION PLAN IN CONSIDERATION OF LEGAL ISSUES REGARDING THE STATUS OF THE ACTION ITEMS FROM COMMUNICATING WITH NEAL BERGER REGARDING THE SAME FOR THE UPCOMING RETIREE COMMITTEE. | 00952/MAD | 1.00 |
| 02/13/13 | TELEPHONE CALL TO MR. KORNSTEIN; TELEPHONE CALL TO IRS CONCERNING FILING REGARDING ISSUE. | 03600/JEH | 0.20 |
| 02/13/13 | PREPARE ANCILLARY DOCUMENTS TO BE INCLUDED WITH IRS RULING REQUEST REGARDING VEBA/LLC SETTLEMENT STRUCTURE; EMAILS WITH KEVIN BROWN REGARDING SAME. | 05237/AFK | 4.00 |
| 02/13/13 | PREPARATION OF M&E FEE APPLICATION FOR JANUARY TIME. | 02718/WFT | 1.50 |
| 02/13/13 | EXAMINE AND ANALYZE AGENDA FOR NEXT OMNIBUS HEARING AND CORRESPOND WITH TS&S RE ATTENDANCE ISSUES FOR SAME. | 02718/WFT | 0.30 |
| 02/13/13 | REVIEWING REQUEST FOR EXPEDITED HANDLING OF LETTER RULING REQUEST. | 03651/KAB | 0.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 02/13/13 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING M&E SIXTEENTH FEE APPLICATION; | 04990/JFS | 0.40 |
| 02/13/13 | PREPARE TELEPHONIC APPEARANCE FOR CO-COUNSEL FOR FEBRUARY 14, 2013 HEARING; | 04990/JFS | 0.30 |
| 02/14/13 | REVIEW OF VARIOUS EMAIL COMMUNICATION REGARDING INQUIRIES BY RETIREES AND ASSISTING IN PREPARATION OF RESPONSES AND DISCUSSIONS RELATED TO THE SAME. | 00952/MAD | 0.50 |
| 02/14/13 | REVIEW OF DOCUMENTATION FOR THE TOWN HALL MEETING IN RALEIGH, NC. | 00952/MAD | 1.50 |
| 02/14/13 | OFFICE DISCUSSIONS WITH MARK DANIELE AND KEVIN BROWN REGARDING IRS RULING REQUEST ON VEBA/LLC SETTLEMENT STRUCTURE. | 05237/AFK | 0.80 |
| 02/14/13 | REVIEW COMMENTS FROM MARK DANIELE AND KEVIN BROWN REGARDING REQUEST FOR EXPEDITED HANDLING OF IRS RULING REQUEST; REVISE LETTER TO IRS ACCORDINGLY. | 05237/AFK | 1.90 |
| 02/14/13 | EXAMINE AND ANALYZE PROPOSED CNO FOR M&E 16TH MONTHLY; REVISE AND FINALIZE FOR FILING. | 02718/WFT | 0.30 |
| 02/14/13 | ATTEND THE OMNIBUS MONTHLY HEARING MOSTLY CONCERNED WITH THE LTD SETTLEMENT. | 02718/WFT | 2.00 |
| 02/14/13 | OFFICE CONFERENCE REGARDING SETTLEMENT AGREEMENT IMPLEMENTATION AND FURTHER CONSIDERATIONS WITH RESPECT TO THE SAME (REQUEST FOR EXPEDITED TREATMENT OF IRS RULING REQUEST AND REVISIONS TO THE SAME). | 03651/KAB | 1.00 |
| 02/14/13 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING M&E SIXTEENTH FEE APPLICATION; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |
| 02/15/13 | CONSIDERATION OF LEGAL ISSUES REGARDING OBJECTION BY RETIREE WITH RESPECT TO THE HRA ARRANGEMENT; CONTINUED PREPARATION | 00952/MAD | 0.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | OF RESPONSES TO RETIREE INQUIRIES. | | |
| 02/15/13 | CONSIDERATION OF ISSUES WITH RESPECT TO THE IMPLEMENTATION OF SETTLEMENT ISSUES AS IT RELATES TO THE PLR AND THE DISCLOSURE REQUIREMENTS. | 00952/MAD | 0.20 |
| 02/15/13 | XXX -- FOLLOW-UP COMMUNICATION TO NEIL BERGER REGARDING RETIREE, BUDDY J. COLLINS' QUESTIONS. | 00952/MAD | 0.20 |
| 02/15/13 | XXXX -- EMAIL COMMUNICATION TO DOUG GREER REGARDING THE TAX TREATMENT OF GROUP MEDICAL VS. HRA BENEFITS UNDER THE IRS CONSTRUCTIVE RECEIPT RULES. | 00952/MAD | 0.20 |
| 02/15/13 | COMMUNICATING WITH RICHARD MILAN REGARDING THE DEATH BENEFITS UNDER THE SERP AND WHETHER THE SAME CAN BE FUNDED BY THE EXECUTIVE LIFE INSURANCE CLAIMS. | 00952/MAD | 0.30 |
| 02/15/13 | REVIEW OF INFORMATION REGARDING THE FORMATION OF THE LLC AND THE APPROPRIATE DOCUMENTATION TO COMPLETE THE SAME; CONSIDERATION OF LEGAL ISSUES. | 00952/MAD | 0.50 |
| 02/15/13 | REVIEWING AND REVISING PROPOSED RESPONSES TO RETIREE INQUIRIES AND FORWARDING THE SAME TO THE TOGUT FIRM. | 00952/MAD | 1.00 |
| 02/15/13 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER REGARDING ISSUES RAISED BY A RETIREE WITH RESPECT TO TAX CONSEQUENCES OF THE HRA; CONSIDERATION OF LEGAL ISSUES REGARDING THE TAX IMPLICATIONS OF PROVIDING AETNA AND THE HRA WITH A CHOICE AND WHETHER CONSTRUCTION RECEIPT TAX ISSUES APPLY; CONSIDERATION OF LEGAL ISSUES AS TO WHY THE HRA WILL ONLY BE OFFERED TO MEDICAL CLAIMS IN THE EVENT THAT THE AETNA PLAN IS NOT OFFERED. | 00952/MAD | 1.00 |
| 02/15/13 | DISCUSSIONS AND EMAILS WITH MARK DANIELE AND KEVIN BROWN REGARDING VEBA TRUST, LLC AND IRS RULING REQUEST. | 05237/AFK | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/15/13 | REVISE/PROOFREAD IRS RULING REQUEST AND ANCILLARY DOCUMENTS. | 05237/AFK | 2.40 |
| 02/15/13 | EXAMINE AND ANALYZE THE ORDER (A) PRELIMINARILY APPROVING THE SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, (B) CONDITIONALLY CERTIFYING A CLASS FOR SETTLEMENT PURPOSES ONLY, (C) APPROVING THE NOTICE PROCEDURES, (D) SCHEDULING A FAIRNESS HEARING AND (E) GRANTING RELATED RELIEF D.I. 9427 ENTERED BY THE COURT AND THE NOTICE OF (A) PROPOSED SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS; (B) CONDITIONAL CERTIFICATION OF A CLASS FOR SETTLEMENT PURPOSES ONLY; (C) CONDITIONAL APPOINTMENT OF CLASS COUNSEL AND CLASS REPRESENTATIVES; (D) SCHEDULED DATE OF FAIRNESS HEARING FOR FINAL APPROVAL OF PROPOSED SETTLEMENT D.I. 9443 FILED IN CASE NO. 09-10138 AND IN OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS V. NORTEL NETWORKS, ADVERSARY PROCEEDING NO. 12-50995 (150 +/- PAGES). | 02718/WFT | 1.50 |
| 02/15/13 | EXAMINE AND ANALYZE DRAFT OF M&E 17TH MONTHLY APPLICATION; DRAFT, REVISE, CONFORM SAME TO DOCUMENTATION AND FINALIZE FOR FILING OF SAME. | 02718/WFT | 1.30 |
| 02/15/13 | EXAMINE AND ANALYZE DRAFT OF TS&S 15TH MONTHLY APPLICATION; DRAFT, REVISE, CONFORM SAME TO DOCUMENTATION AND FINALIZE FOR FILING OF SAME. | 02718/WFT | 1.30 |
| 02/15/13 | ASSIST WITH LEAD AND CO COUNSEL'S EFFORTS TO FULFILL ALL NOTICE REQUIREMENTS UNDER RETIREE SETTLEMENT MOTION AND WITH CROSS COUNTRY EFFORTS TO EXPLAIN THE SETTLEMENT TO CLASS MEMBERS. | 02718/WFT | 1.80 |
| 02/15/13 | FURTHER PREPARATION FOR RETIREE ROAD SHOW AND CONSIDERATIONS REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT. | 03651/KAB | 1.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/15/13 | PREPARATION FOR RETIREE ROAD SHOW REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT. | 03651/KAB | 0.50 |
| 02/15/13 | REVISE AND ELECTRONICALLY FILE FIFTEENTH MONTHLY FEE APPLICATION OF TOGUT SEGAL & SEGAL; | 04990/JFS | 0.60 |
| 02/15/13 | PREPARE AND ELECTRONICALLY FILE M&E SEVENTEENTH FEE APPLICATION; CONFIRM SERVICE OF SAME; | 04990/JFS | 1.10 |
| 02/16/13 | CONSIDERATION OF LEGAL ISSUES RELATED TO VEBA GOVERNANCE ISSUES; REVIEW OF PRIOR TRUST AGREEMENTS IN BANKRUPTCY CONTEXT. | 00952/MAD | 1.00 |
| 02/16/13 | CONTINUED PREPARATION OF TALKING POINTS FOR THE RALEIGH, NORTH CAROLINA TOWN HALL MEETING. | 00952/MAD | 1.50 |
| 02/16/13 | CONSIDERATION OF ISSUES REGARDING RESPONSES TO INQUIRES FROM RETIREES REGARDING THE VEBA AND THE HRAS. | 00952/MAD | 0.30 |
| 02/17/13 | CONTINUED PREPARATION OF THE TALKING POINTS SUMMARY FOR THE TOWN HALL MEETING. | 00952/MAD | 1.00 |
| 02/17/13 | CONTINUED REVIEW OF IRS GUIDANCE ON HRAS. | 00952/MAD | 0.50 |
| 02/18/13 | OFFICE CONSIDERATION OF LEGAL ISSUES REGARDING THE IMPLEMENTATION OF THE SETTLEMENT AND WHETHER RETIREES CAN HAVE AN ELECTION BETWEEN AND HRA AND INSURED MEDICAL PLAN AND WHETHER THERE IS CONSTRUCTIVE RECEIPT. | 00952/MAD | 0.20 |
| 02/18/13 | EMAIL COMMUNICATION TO NEIL BERGER REGARDING FOLLOW-UP INFORMATION ON THE ISSUE RAISED BY BUDDY J. COLLINS WITH RESPECT TO THE NON-TAXABLE BENEFITS UNDER THE HRA SCENARIO. | 00952/MAD | 0.50 |
| 02/18/13 | REVIEW OF VARIOUS EMAIL COMMUNICATIONS FROM NEIL BERGER REGARDING ISSUES RAISED BY RETIREES AS IT RELATES TO THE | 00952/MAD | 0.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | UPCOMING RALEIGH, NC TOWN HALL MEETING; REVIEW OF AETNA'S PROPOSED Q&A REGARDING QUESTIONS RELATED TO THE INSURANCE PROGRAM. | | |
| 02/18/13 | EMAIL COMMUNICATION TO NEIL BERGER FORWARDING TALKING POINTS FOR RALEIGH, NC MEETING AND REVISING THE SAME; REVIEW OF FOLLOW-UP EMAIL COMMUNICATION FROM NEIL BERGER REGARDING THE TALKING POINTS. | 00952/MAD | 1.00 |
| 02/18/13 | CONTINUED CONSIDERATION OF LEGAL ISSUES REGARDING PROVIDING RETIREES WITH A CHOICE BETWEEN TAXABLE AND NON-TAXABLE BENEFITS UNDER THE HRA SCENARIO. | 00952/MAD | 0.50 |
| 02/18/13 | EMAILS REGARDING HRA ISSUES. | 05237/AFK | 0.10 |
| 02/18/13 | CONFERRING REGARDING IMPLICATIONS OF RETIREES BEING PERMITTED TO CHOOSE AMONG TWO NON-TAXABLE BENEFITS. | 02298/JSK | 0.20 |
| 02/18/13 | LEGAL RESEARCH AND CONSIDERATIONS REGARDING IMPLEMENTATION OF SETTLEMENT AGREEMENT (I.E., WHETHER A RETIREE CAN BE PROVIDED WITH AN ELECTION TO RECEIVE HRA OR INSURED MEDICAL PLAN). | 03651/KAB | 1.50 |
| 02/18/13 | REVIEW OF RETIREE ROAD SHOW TALKING POINTS. | 03651/KAB | 0.20 |
| 02/18/13 | OFFICE CONFERENCE REGARDING SETTLEMENT AGREEMENT IMPLEMENTATION (CONSEQUENCES OF PROVIDING RETIREES ELECTION BETWEEN HRA AND INSURED MEDICAL PLAN). | 03651/KAB | 0.20 |
| 02/19/13 | PREPARING FOR THE TOWN HALL MEETING; REVIEW OF SETTLEMENT AGREEMENT, OFFICIAL STATEMENT, FAQ INQUIRIES BY RETIREES. | 00952/MAD | 6.50 |
| 02/19/13 | EMAILS WITH MARK DANIELE AND KEVIN BROWN REGARDING ISSUES PRESENTED UNDER TAXABLE SETTLEMENT ALTERNATIVE AND POSSIBLE CHOICE BETWEEN HRA AND INSURED MEDICAL PLAN; OFFICE DISCUSSIONS WITH | 05237/AFK | 2.70 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | KEVIN BROWN REGARDING SAME; ASSIST MARK DANIELE IN PREPARATION FOR TOWN HALL MEETINGS. | | |
| 02/19/13 | CONSIDERING OF WITHHOLDING ISSUES RELATED TO SETTLEMENT, LEGAL RESEARCH REGARDING THE SAME AND OFFICE CONFERENCE REGARDING THE SAME. | 03651/KAB | 2.00 |
| 02/19/13 | OFFICE CONFERENCE REGARDING SETTLEMENT IMPLEMENTATION (EMPLOYMENT TAX ASPECTS OF SETTLEMENT). | 03651/KAB | 1.00 |
| 02/19/13 | LEGAL RESEARCH REGARDING VARIOUS ASPECTS OF THE IMPLEMENTATION OF SETTLEMENT AGREEMENT. | 03651/KAB | 3.30 |
| 02/19/13 | EXAMINE AND ANALYZE RECENT FILINGS FOR IMPACT ON RETIREES. | 03706/KRB | 0.50 |
| 02/20/13 | PRE-MEETING OF PROFESSIONALS BEFORE TOWN HALL MEETING DISCUSSING FORMAT AND ISSUES. | 00952/MAD | 1.00 |
| 02/20/13 | CONSIDERATION OF TAX ISSUES RELATED TO THE PROPOSED SETTLEMENT, INCLUDING FICA ISSUES TO EXTENT APPLICABLE; CONFERRING WITH RESPECT TO THE SAME. | 00952/MAD | 1.00 |
| 02/20/13 | ATTENDING AND PARTICIPATING IN THE TOWN HALL MEETING IN RALEIGH,NC. | 00952/MAD | 4.50 |
| 02/20/13 | FURTHER REVIEW OF TALKING POINT AND IRS GUIDANCE ON HRAS. | 00952/MAD | 1.00 |
| 02/20/13 | TRAVEL TO AND FROM NEWARK, NJ TO RALEIGH, NC TO PARTICIPATE IN THE TOWN HALL MEETING. (TOTAL 9.00 TRAVEL: AMOUNT BILLED 50%) | 00952/MAD | 4.50 |
| 02/20/13 | OFFICE DISCUSSION WITH MARGARET MORIARTY REGARDING PREPARATION OF POWER OF ATTORNEY FOR RULING REQUEST. | 05237/AFK | 0.10 |
| 02/20/13 | OFFICE DISCUSSIONS WITH KEVIN BROWN REGARDING ISSUES ADDRESSED BY MARK DANIELE AT TOWN HALL MEETINGS (INCLUDING TAX ISSUES) PRESENTED BY CASH | 05237/AFK | 1.20 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
|  | SETTLEMENT ALTERNATIVE |  |  |
| 02/20/13 | REVIEW INTERNAL DRAFT OF VEBA TRUST AGREEMENT. | 05237/AFK | 2.00 |
| 02/20/13 | REVIEW TAX ASPECTS OF POSSIBLE CASH SETTLEMENT ALTERNATIVE. | 05237/AFK | 0.50 |
| 02/20/13 | BRIEFLY EXAMINE AND ANALYZE TRANSCRIPT OF RECENT HEARING RE LTD AND CORRESPONDENCE WITH TS&S RE SAME. | 02718/WFT | 0.50 |
| 02/20/13 | LEGAL RESEARCH REGARDING RETIREE INQUIRIES AND OFFICE CONFERENCE REGARDING THE SAME. | 03651/KAB | 1.70 |
| 02/20/13 | OFFICE CONFERENCE REGARDING RETIREE INQUIRIES AND RETIREE ROAD SHOW. | 03651/KAB | 0.20 |
| 02/20/13 | PREPARATION FOR RETIREE ROAD SHOW (ADDRESSING VARIOUS INQUIRIES FROM RETIREES, AND LEGAL RESEARCH REGARDING THE SAME). | 03651/KAB | 2.00 |
| 02/20/13 | OFFICE CONFERENCE, DRAFT POWER OF ATTORNEY FOR NORTEL RETIREES BENEFIT TRUST. | 02248/MJM | 0.80 |
| 02/20/13 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING FIFTEENTH MONTHLY FEE APPLICATION OF TOGUT SEGAL & SEGAL; | 04990/JFS | 0.20 |
| 02/21/13 | CONFERRING WITH RICHARD MIZAK OF A&M DISCUSSING ISSUES RELATED TO THE VENDOR SEARCH FOR THE HRA AND THE INVESTMENT MANAGER. | 00952/MAD | 0.30 |
| 02/21/13 | PARTICIPATING IN A CONFERENCE CALL WITH THE PROFESSIONALS REGARDING THE POST-RALEIGH TOWN HALL MEETING AND PROPOSED CHANGES THERETO; CONFERRING WITH RESPECT TO VARIOUS ISSUES RAISED AT THE TOWN HALL MEETING WITH RESPECT TO THE AETNA PROPOSAL. | 00952/MAD | 1.00 |
| 02/21/13 | REVIEW OF THE QUESTIONS RAISED AT THE TOWN HALL MEETING IN RALEIGH, NC; PREPARATION OF REVISED RESPONSES IN | 00952/MAD | 1.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | PREPARATION FOR THE UPCOMING OUT OF TOWN HALL MEETINGS. | | |
| 02/21/13 | FURTHER REVIEW OF THE IRS NOTICES AND RULINGS REGARDING ELIGIBLE MEDICAL EXPENSES THAT MAY BE REIMBURSED UNDER HRA IN RESPONSE TO THE VARIOUS TOWN HALL MEETING QUESTIONS; OFFICE CONFERENCE REGARDING THE SAME. | 00952/MAD | 0.80 |
| 02/21/13 | OFFICE DISCUSSION WITH KEVIN BROWN REGARDING VEBA TRUST AGREEMENT. | 05237/AFK | 0.20 |
| 02/21/13 | MISCELLANEOUS EMAILS REGARDING IRS RULING REQUEST. | 05237/AFK | 0.20 |
| 02/21/13 | ASSIST WITH LEAD AND CO COUNSEL'S EFFORTS TO FULFILL ALL NOTICE REQUIREMENTS UNDER RETIREE SETTLEMENT MOTION AND WITH CROSS COUNTRY EFFORTS TO EXPLAIN THE SETTLEMENT TO CLASS MEMBERS. | 02718/WFT | 2.40 |
| 02/21/13 | CONFERENCE CALL WITH RETIREE COMMITTEE ADVISORS REGARDING SETTLEMENT AGREEMENT IMPLEMENTATION. | 03651/KAB | 1.00 |
| 02/21/13 | OFFICE CONFERENCE REGARDING SETTLEMENT AGREEMENT IMPLEMENTATION (INCLUDING RETIREE QUESTIONS FROM ROAD SHOW). | 03651/KAB | 0.50 |
| 02/22/13 | CONSIDERATION OF LEGAL ISSUES REGARDING REVISIONS TO THE TRUST AGREEMENT TO INCORPORATE THE RETIREE COMMITTEE'S CONCERNS REGARDING GOVERNANCE ISSUES. | 00952/MAD | 0.30 |
| 02/22/13 | PARTICIPATING IN THE RETIREE COMMITTEE WEEKLY CALL DISCUSSING THE FEEDBACK ON THE RALEIGH TOWN HALL MEETING AND THE TRUST GOVERNANCE ISSUES. | 00952/MAD | 1.00 |
| 02/22/13 | REVIEW OF INQUIRIES BY RETIREES SUBSEQUENT TO THE RALEIGH, NC TOWN HALL; ASSISTING TOGUT AND A&M IN PREPARING RESPONSES. | 00952/MAD | 1.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/22/13 | CONFERRING WITH RICHARD MIZAK REGARDING THE PROPOSED COURSE OF ACTION WITH RESPECT TO THE VENDORS AND THE UPCOMING MEETING TO SELECT THE APPROPRIATE HRA AND CUSTODIAL INVESTMENT MANAGER VENDORS. | 00952/MAD | 0.30 |
| 02/22/13 | REVIEW OF EMAIL COMMUNICATION FROM DOUG GREER REGARDING POWERPOINT FOR THE UPCOMING DALLAS, TX TOWN HALL MEETING; CONFERRING WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 02/22/13 | FOLLOW-UP CONFERENCE WITH THE PROFESSIONALS AFTER THE RETIREE COMMITTEE DEVELOPING AND ACTION LIST OF OUTSTANDING ITEMS IN CONNECTION WITH THE UPCOMING DALLAS TOWN HALL MEETING; REVIEW OF NOTES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 02/22/13 | PREPARATION FOR THE RETIREE CALL WITH RESPECT TO RETIREE VEBA GOVERNANCE ISSUES. | 00952/MAD | 0.50 |
| 02/22/13 | OFFICE CONFERENCE REGARDING ISSUES RELATED TO THE LETTER RULING REQUEST TO IMPLEMENT THE SETTLEMENT AGREEMENT AND THE ADDITIONAL DOCUMENTATION NEEDED TO FINALIZE THE SAME. | 00952/MAD | 0.50 |
| 02/22/13 | REVIEW OF THE EMAIL COMMUNICATION AND SLIDE SHOW PREPARED BY RON WINTERS WITH RESPECT TO BALLOT MECHANICS RELATED TO THE AETNA PROPOSAL FOR TOWN HALL MEETINGS. | 00952/MAD | 0.50 |
| 02/22/13 | CONFERRING WITH NEIL BERGER REGARDING ISSUES TO RESPOND TO FOR THE UPCOMING TOWN HALL MEETINGS. | 00952/MAD | 0.30 |
| 02/22/13 | TELEPHONE CALL TO IRS REGARDING SUBMISSION OF PRL REQUEST. | 03600/JEH | 0.30 |
| 02/22/13 | REVIEW OPEN ITEMS FOR IRS RULING REQUEST. | 05237/AFK | 0.70 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/22/13 | OFFICE DISCUSSION WITH MARK DANIELE REGARDING FORMATION OF VEBA TRUST, OPEN ITEMS FOR IRS RULING REQUEST (INCLUDING PHONE CALL WITH NEIL BERGER); EMAIL WITH JOEL HOROWITZ REGARDING RULING REQUEST USER FEE ISSUE. | 05237/AFK | 0.80 |
| 02/22/13 | FURTHER AND CONTINUED CORRESPONDENCE WITH RETIREE COUNSEL ON THE MEETING WITH RETIREES AROUND THE COUNTRY THAT ARE OCCURRING. | 02718/WFT | 0.30 |
| 02/22/13 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.50 |
| 02/22/13 | CORRESPONDENCE WITH RETIREE COUNSEL ON THE RETIREE MEETINGS AND THE SCHEDULING AND OTHER RELATED ISSUES FACED BY SAME. | 02718/WFT | 0.30 |
| 02/22/13 | CORRESPOND WITH RETIREE COUNSEL ON THE MEETING WITH RETIREES AROUND THE COUNTRY THAT ARE OCCURRING. | 02718/WFT | 0.30 |
| 02/22/13 | OFFICE CONFERENCE REGARDING SETTLEMENT AGREEMENT IMPLEMENTATION (IN PARTICULAR, IRS RULING REQUEST). | 03651/KAB | 0.50 |
| 02/22/13 | FURTHER REVIEW/CONSIDERATION REGARDING SETTLEMENT AGREEMENT IMPLEMENTATION (IN PARTICULAR, IRS RULING REQUEST). | 03651/KAB | 0.50 |
| 02/22/13 | CONFERENCE WITH PROFESSIONALS REGARDING RETIREE ROAD SHOW. | 03651/KAB | 0.20 |
| 02/22/13 | RETIREE COMMITTEE MEETING CONFERENCE CALL. | 03651/KAB | 1.00 |
| 02/22/13 | OFFICE CONFERENCE, FURTHER PREPARATION OF POWER OF ATTORNEY, OFFICE CONFERENCE. | 02248/MJM | 0.30 |
| 02/23/13 | REVIEW OF VARIOUS EMAIL COMMUNICATIONS FROM RETIREES AND WITH TOGUT FIRM AND A&M REGARDING THE UPCOMING DALLAS, TX TOWN HALL MEETING, THE SLIDE SHOW AND | 00952/MAD | 1.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | OTHER PRESENTATION MATERIALS. | | |
| 02/23/13 | EMAIL COMMUNICATION REGARDING THE PREPARATION OF A SUMMARY OF THE PRIVATE LETTER RULING REQUEST FOR MIKE RESSNER. | 00952/MAD | 0.20 |
| 02/23/13 | TELEPHONE CALL WITH MICHAEL RESSNER, A COMMITTEE MEMBER, REGARDING TAX ISSUES AND THE PRIVATE LETTER RULING REQUEST. | 00952/MAD | 0.20 |
| 02/23/13 | EMAILS WITH MARK DANIELE REGARDING SUMMARY OF IRS RULING REQUEST FOR CLIENT. | 05237/AFK | 0.10 |
| 02/24/13 | TRAVEL TO DALLAS, TX FOR THE TOWN HALL MEETING (TOTAL TRAVEL TIME: 7.00/BILL 50%). | 00952/MAD | 3.50 |
| 02/24/13 | REVISE/PROOFREAD DRAFT OF IRS RULING REQUEST. | 05237/AFK | 2.60 |
| 02/25/13 | CONSIDERATION OF LEGAL ISSUES WHETHER PREMIUMS FOR HEALTH INSURANCE PAID BY THE SPOUSE OF RETIREE MAY BE REIMBURSED BY THE RETIREE HRA IN VIEW OF LANGUAGE IN IRS NOTICE 2002-45; CONFERRING WITH RESPECT TO THE SAME. | 00952/MAD | 0.80 |
| 02/25/13 | PRE-DALLAS TOWN HALL MEETING WITH ADVISORS AND RETIREE COMMITTEE CHAIR DISCUSSING ISSUES AND QUESTIONS PRESENTED. | 00952/MAD | 1.00 |
| 02/25/13 | TRAVEL FROM DALLAS, TEXAS TO SAN JOSE, CALIFORNIA FOR SANTA CLARA TOWN HALL MEETING (6 HOURS/BILL 50%). | 00952/MAD | 3.00 |
| 02/25/13 | CONTINUED REVIEW OF THE DRAFT OF THE VEBA TRUST AGREEMENT; PREPARING COMMENTS AND REVISIONS FOR THE COMMITTEE. | 00952/MAD | 1.00 |
| 02/25/13 | CONFERRING WITH RICHARD MIZAK OF A&M REGARDING ISSUE RELATED TO THE RFP PROCESS FOR THE HRA VENDORS AND I/M; PROPOSED QUESTIONS TO BE POSED BY THE COMMITTEE. | 00952/MAD | 0.20 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/25/13 | POST-DALLAS TOWN HALL MEETING DISCUSSIONS AS TO ANY CHANGE TO THE FORMAT FOR SANTA CLARA MEETING. | 00952/MAD | 0.50 |
| 02/25/13 | ATTENDING AND PARTICIPATING IN THE DALLAS, TX TOWN HALL MEETING WITH RETIREES. | 00952/MAD | 3.60 |
| 02/25/13 | REVIEW AND FOLLOW-UP OF DALLAS TOWN HALL MEETING QUESTIONS BY RETIREES; CONSIDERATION OF LEGAL ISSUES RELATED TO THE SAME. | 00952/MAD | 0.50 |
| 02/25/13 | REVIEW OF REVISED TALKING POINTS INCORPORATING COMMENTS FROM THE RALEIGH TOWN HALL MEETING IN PREPARATION FOR THE DALLAS TOWN HALL MEETING. | 00952/MAD | 1.00 |
| 02/25/13 | CONFERRING WITH BRAD WEINGART OF JP MORGAN ABOUT SERVING AS TRUSTEE OF THE VEBA AND INVESTMENT MANAGER AND FEE STRUCTURE. | 00952/MAD | 0.20 |
| 02/25/13 | RESEARCH AND ANALYSIS. NOTICE 2002-45 REGARDING USE OF HRA FUNDS TO PAY SPOUSE'S INSURANCE PREMIUMS IN RESPONSE TO TOWN HALL MEETING QUESTIONS; EMAILS AND CONFERENCE WITH MR. DANIELE. | 03600/JEH | 2.30 |
| 02/25/13 | EMAILS WITH KEVIN BROWN REGARDING TAX ASPECTS OF VEBA. | 05237/AFK | 0.30 |
| 02/25/13 | REVIEW TAX ASPECTS OF IRS RULING REQUEST; REVISE/PROOFREAD DRAFT OF RULING REQUEST. | 05237/AFK | 0.50 |
| 02/26/13 | TRAVEL TO THE AIRPORT AFTER THE SANTA CLARA, CA TOWN HALL MEETING. (1 HOURS/BILL 50%) | 00952/MAD | 0.50 |
| 02/26/13 | FOLLOW-UP ACTIONS WITH RESPECT TO VARIOUS QUESTIONS RAISED BY RETIREES AT THE SANTA CLARA TOWN HALL MEETING; CONFERRING WITH THE COMMITTEE ADVISORS REGARDING THE SAME. | 00952/MAD | 1.00 |
| 02/26/13 | CONSIDERATION OF LEGAL ISSUES RELATED TO PLR AND TAXABILITY OF HRA/MEDICAL CHOICE | 00952/MAD | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | AND CONSTRUCTIVE RECEIPT ISSUES. | | |
| 02/26/13 | COMMUNICATING WITH RESPECT TO ISSUES RELATED TO THE HRAS AND THE PLR. | 00952/MAD | 0.50 |
| 02/26/13 | PREPARING AND MEETING BEFORE THE SANTA CLARA, CA TOWN HALL MEETING; REVIEW OF REVISED POWER POINT PRESENTATION. | 00952/MAD | 2.80 |
| 02/26/13 | PARTICIPATING AND ATTENDING THE SANTA CLARA TOWN HALL MEETING. | 00952/MAD | 3.80 |
| 02/26/13 | FOLLOW-UP DISCUSSIONS REGARDING RETIREE QUESTIONS AND EMAILS SUBSEQUENT TO THE RETIREE TOWN HALL MEETING. | 00952/MAD | 1.00 |
| 02/26/13 | MEMORANDUM AND CONFERENCE REGARDING USE OF HRA BALANCE TO PAY SPOUSE'S INSURANCE PREMIUMS IN RESPONSE TO INQUIRIES RECEIVED AT DALLAS TOWN HALL MEETING; | 03600/JEH | 1.30 |
| 02/26/13 | REVISE/PROOFREAD IRS RULING REQUEST AND ACCOMPANYING REQUEST FOR EXPEDITED HANDLING; EMAILS WITH NEIL BERGER AND RICHARD MILIN REGARDING SAME; PREPARE SUMMARY OF RULING REQUEST FOR MIKE RESSNER; EMAIL TO MIKE RESSNER. | 05237/AFK | 3.70 |
| 02/26/13 | REVIEW PROPOSED PHV FOR MR DANIELE AND REVISE AND FINALIZE SAME FOR HIS CONSIDERATION. | 02718/WFT | 0.30 |
| 02/26/13 | CORRESPOND WITH CO COUNSEL RE NEW PRO HAC VICE'S NEEDED FOR RETIREE COMMITTEE. | 02718/WFT | 0.30 |
| 02/26/13 | CORRESPOND WITH MR DANIELE RE THE PROPOSED PHV HIS CONSIDERATION. | 02718/WFT | 0.30 |
| 02/26/13 | DRAFT, REVISE, EDIT AND FINALIZE THE 6TH QUARTERLY FEE APPLICATION FOR M&E AND INSURE ALL BACK UP MATERIAL SUPPORTS SAME. | 02718/WFT | 1.50 |
| 02/26/13 | DRAFT SIXTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 1.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/26/13 | PREPARE PRO HAC VICE FOR M. DANIELE; | 04990/JFS | 0.40 |
| 02/27/13 | PARTICIPATING IN THE IMPLEMENTATION CONFERENCE CALL WITH AETNA REPRESENTATIVES AND BRIAN MOORE OF TOGUT | 00952/MAD | 0.50 |
| 02/27/13 | COMMUNICATING WITH THE RETIREE COMMITTEE ABOUT MEETING TO SELECT THE HRA PROVIDER AND THE INVESTMENT MANAGER FOR THE VEBA; CONFERRING WITH COMMITTEE MEMBER AND RICH MIZAK REGARDING TIMING ISSUES. | 00952/MAD | 0.50 |
| 02/27/13 | REVIEW OF REVISED SLIDES FOR ATLANTA TOWN HALL MEETING. | 00952/MAD | 0.30 |
| 02/27/13 | TRAVEL FROM SAN FRANCISCO, CA TO NYC (JFK) IN CONNECTION WITH THE SANTA CLARA TOWN HALL MEETING (TOTAL 9.00/BILL 50%). | 00952/MAD | 4.50 |
| 02/27/13 | EMAILS WITH JOEL HOROWITZ, MARK DANIELE REGARDING RULING REQUEST USER FEE ISSUES; EMAILS WITH MIKE RESSNER. | 05237/AFK | 0.20 |
| 02/27/13 | EXAMINE AND ANALYZE RECENT FILINGS FOR IMPACT ON RETIREES ISSUES. | 03706/KRB | 0.80 |
| 02/27/13 | REVISE AND ELECTRONICALLY FILE SIXTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |
| 02/28/13 | FURTHER REVIEW OF THE VEBA TRUST AGREEMENT AND PLR ISSUES. | 00952/MAD | 1.50 |
| 02/28/13 | EMAIL COMMUNICATION REGARDING THE UPCOMING COMMITTEE MEETING TO REVIEW HRA AND INVESTMENT MANAGER CANDIDATES. | 00952/MAD | 1.50 |
| 02/28/13 | MEMORANDUM TO MR. DANIELE REGARDING IRS REVIEW OF RULING REQUEST; TELEPHONE CALL TO IRS REGARDING SUBMISSION OF RULING REQUEST. | 03600/JEH | 0.30 |
| 02/28/13 | EMAILS WITH NEIL BERGER, MARK DANIELE AND OTHERS REGARDING RULING REQUEST DELETIONS STATEMENT, COMMENTS FROM | 05237/AFK | 0.40 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | MIKE RESSNER. | | |
| 02/28/13 | OFFICE DISCUSSION WITH MARK DANIELE REGARDING RULING REQUEST, VEBA TRUST AGREEMENT. | 05237/AFK | 0.40 |
| 02/28/13 | FOLLOWUP REGARDING OPEN ISSUES FEE RULING REQUEST. | 05237/AFK | 0.20 |
| 02/28/13 | TELEPHONE CALL WITH MIKE RESSNER REGARDING IRS RULING REQUEST. | 05237/AFK | 0.30 |
| 02/28/13 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN CASE (1.5 WEEKS) IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 1.50 |
| 02/28/13 | EXAMINE AND ANALYZE THE PROPOSED SIXTEENTH INTERIM MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR TOGUT, SEGAL & SEGAL LLP ALONG WITH THE NOTICE AND THE UNDERLYING EXHIBITS IN SUPPORT OF THE APPLICATION FOR DECEMBER 2012; EDIT, FINALIZE AND APPROVE SAME FOR FILING. | 02718/WFT | 0.80 |
| 02/28/13 | FURTHER AND CONTINUED CORRESPONDENCE WITH LEAD COUNSEL TO RETIREES RE MOTIONS TO BE FILED. | 02718/WFT | 0.30 |
| 02/28/13 | EXAMINE AND ANALYZE THE PROPOSED TOGUT FIRM'S FIFTH QUARTERLY FEE APPLICATION IN THE NORTEL CHAPTER 11 CASE FOR THE PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012; EDIT, FINALIZE AND APPROVE SAME FOR FILING. | 02718/WFT | 0.80 |
| 02/28/13 | CORRESPONDENCE WITH LEAD COUNSEL TO RETIREES RE MOTIONS AND PLEADINGS THAT NEED TO BE FILED IN THIS CASE TODAY. | 02718/WFT | 0.30 |
| 02/28/13 | CORRESPOND WITH CO COUNSEL RE PHV MOTION ISSUES AND PROCEDURES. | 02718/WFT | 0.30 |
| 02/28/13 | REVISE AND ELECTRONICALLY FILE FIFTH QUARTERLY FEE APPLICATION OF TOGUT SEGAL AND SEGAL; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.40 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 02/28/13 | REVISE AND ELECTRONICALLY FILE SIXTEENTH MONTHLY FEE APPLICATION OF TOGUT SEGAL AND SEGAL; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.50 |
| 02/28/13 | REVIEW AND FORWARD COPY OF CURRENT 2002 SERVICE LIST TO CLAIMS AGENT KURTZMAN CARSON CONSULTANTS; | 04990/JFS | 0.30 |
| | TOTAL HOURS: | | 277.00 |

TOTAL FEES.................................................................... $133,130.50
TOTAL DISBURSEMENTS............................................    5,026.88

TOTAL DUE THIS INVOICE ......................................... $138,157.38

AMOUNT OUTSTANDING FROM PRIOR INVOICES        $140,482.40

TOTAL AMOUNT DUE AS OF THIS INVOICE            $278,639.78

Page 29
Invoice 7841179

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| | | | HOURS | | RATE | VALUE |
|---|---|---|---|---|---|---|
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 34.80 | Hours @ | 525.00 | 18,270.00 |
| 03600 | JOEL E. HOROWITZ | PARTNER | 4.60 | Hours @ | 580.00 | 2,668.00 |
| 00952 | MARK A. DANIELE | PARTNER | 102.80 | Hours @ | 525.00 | 53,970.00 |
| 05237 | ALAN F. KORNSTEIN | PARTNER | 54.50 | Hours @ | 520.00 | 28,340.00 |
| 02298 | JANE S. KIMBALL | SPEC COUNSEL | 0.20 | Hours @ | 400.00 | 80.00 |
| 03651 | KEVIN A. BROWN | ASSOCIATE | 68.50 | Hours @ | 395.00 | 27,057.50 |
| 03706 | KATE R. BUCK | ASSOCIATE | 2.50 | Hours @ | 320.00 | 800.00 |
| 04585 | BRETT D. KAHN | ASSOCIATE | 0.30 | Hours @ | 305.00 | 91.50 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 7.70 | Hours @ | 215.00 | 1,655.50 |
| 02248 | MARGARET J. MORIARTY | PARALEGAL | 1.10 | Hours @ | 180.00 | 198.00 |
| **ATTORNEY TOTALS:** | | | **277.00** | | | **133,130.50** |