# **EXHIBIT B**

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 02/15/2013 | PHOTOCOPIES | 49.35 | |
| 02/20/2013 | PHOTOCOPIES | 4.65 | |
| 02/22/2013 | PHOTOCOPIES | 4.65 | |
| | **Total For: PHOTOCOPIES** | | **58.65** |
| 02/05/2013 | PHOTOCOPIES | 5.55 | |
| 02/06/2013 | PHOTOCOPIES | 0.90 | |
| 02/06/2013 | PHOTOCOPIES | 0.90 | |
| 02/06/2013 | PHOTOCOPIES | 5.70 | |
| 02/06/2013 | PHOTOCOPIES | 11.40 | |
| 02/11/2013 | PHOTOCOPIES | 6.00 | |
| 02/11/2013 | PHOTOCOPIES | 4.50 | |
| 02/15/2013 | PHOTOCOPIES | 4.65 | |
| 02/15/2013 | PHOTOCOPIES | 0.15 | |
| 02/15/2013 | PHOTOCOPIES | 0.75 | |
| 02/26/2013 | PHOTOCOPIES | 0.75 | |
| 02/26/2013 | PHOTOCOPIES | 0.75 | |
| 02/28/2013 | PHOTOCOPIES | 5.40 | |
| | **Total For: PHOTOCOPIES** | | **47.40** |
| 02/15/2013 | POSTAGE POSTAGE | 17.64 | |
| 02/27/2013 | POSTAGE POSTAGE | 9.24 | |
| | **Total For: POSTAGE** | | **26.88** |
| 08/28/2012 | FILING FEES | 12.00 | |
| 01/11/2013 | FILING FEES | 0.30 | |
| 01/16/2013 | FILING FEES | 3.30 | |
| 01/25/2013 | FILING FEES | 3.70 | |
| | **Total For: FILING FEES-MISC** | | **19.30** |
| 02/24/2013 | WESTIN STONEBRIAR IN FRISCO, TX. | 364.16 | |
| 02/25/2013 | HILTON IN SANTA CLARA, CA. | 347.33 | |
| | **Total For: LODGING** | | **711.49** |
| 02/25/2013 | DINNER WITH NEIL BERGER, STEPHANIE SKELLY, DOUG GREER, RON WINTERS AND MARK DANIELE AT PAPPADEAUX IN THE DALLAS AIRPORT ON WAY TO SAN JOSE, CA (WRITE-OFF $40.50). | 226.50 | |
| | **Total For: MEALS** | | **226.50** |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 02/20/2013 | LIBRARY RESEARCH | 66.47 | |
| | **Total For: LIBRARY RESEARCH** | | **66.47** |
| 01/22/2013 | PICKUP FROM WILMINGTON TRAIN STATION AND DELIVER TO THE DOUBLE TREE HOTEL - NORTEL OFFICIAL RETIREE COMMITTEE | 75.00 | |
| 01/23/2013 | PICKUP FROM THE DOUBLE TREE HOTEL AND DELIVER TO BANKRUPTCY COURT - NORTEL OFFICIAL RETIREE COMMITTEE | 50.00 | |
| 01/23/2013 | PICKUP FROM BANKRUPTCY COURT AND DELIVER TO WILMINGTON TRAIN STATION - NORTEL OFFICIAL RETIREE COMMITTEE | 50.00 | |
| 02/08/2013 | DELIVERY TO JUDGE KEVIN GROSS | 5.00 | |
| | **Total For: MESSENGER/OUTSIDE** | | **180.00** |
| 01/30/2013 | TRANSACTION FEE FOR AIRLINE TICKETS ARRANGEMENTS. | 35.00 | |
| 02/12/2013 | TRAVEL TO NYC FOR MEETING AT TOGUT'S OFFICE WITH PROFESSIONALS. | 10.00 | |
| 02/20/2013 | AIR FARE FROM NEWARK TO RALEIGH, NC AND RETURN TO NEWARK, NJ. | 1,077.80 | |
| 02/20/2013 | CAB FROM AIRPORT TO RADISSON, NC. | 17.00 | |
| 02/24/2013 | AIRLINE TICKETS: LAGUARDIA, NY TO DALLAS, TX; DALLAS, TX TO SAN JOSE, CA. | 1,146.80 | |
| 02/26/2013 | AIRLINE TICKETS: SAN FRANCISCO, CA TO KENNEDY AIRPORT, NY. | 1,237.99 | |
| | **Total For: TRAVEL** | | **3,524.59** |
| 02/11/2013 | OVERSIZE COPIES 24x36x23 | 165.60 | |
| | **Total For: OVERSIZE COPIES** | | **165.60** |

**TOTAL DISBURSEMENTS** ............................................................ **$5,026.88**