# UNITED STATES BANKRUPTCY COURT

FOR THE _____ District Of ____DELAWARE____

FILED
'13 MAR 25 AM 10: 53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re __NORTEL NETWORKS INC.et al__ )
) Case No. 09-10138 (KG)
)
) Chapter ___11___

## DISCLOSURE STATEMENT
## &
## REQUEST FOR JUDICIAL NOTICE

**************************************************

(A). I Vincent E. Rhynes have watch shareholder value fall Due to violation of "TOO FACILE METHOD." Yet at this Stage in time detriment to shareholder value Is still ongoing.

(B). Hence, issues under section 362 (f).....(d)(g)(k)........
    (i) EXHIBIT A attach hereto.
  (ii ). Hereby Request Bankruptcy Court take Judicial Notice of PRE(PRE) BILL OF REVIEW COUPLE WITH LIMITED BILL OF PARTICULARS.

Dated: 03-25-2013

_Vincent E. Rhynes_ (signature)
Vincent Rhynes
513 w. 159th street
(310) 329-4254                     Gardena, CALIF. 90248

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT,
## FOR THE DISTRICT OF DELAWARE

**PROOF OF INTEREST**

| Name of Debtors: Nortel Networks INC. et al | Case Number: 09-10138(KG) (jointly administered under case no.) |
|---|---|

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the debtor. Referred to hereinafter as the "Interestholder"):

N/A. See Two(2) Below

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have any notices from the bankruptcy case.

☐ Check box if the address address on the envelope s

Telephone No.

THIS SPACE IS FOR COURT USE ONLY

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000000901

*NOTE: This form SHOULD NOT be used to make a claim against the Debtors for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtors. An Equity Interest is any interest arising from any capital stock in any of the Debtors...*

**Account or other number by which Interestholder identifies debtors:** 04-2486332

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Vincent E. Rhynes
1514 W. Manchester AVE #5
Los Angeles CALIF, 90047

Telephone No. (323)971-6063

**3. Date Equity Interest was acquired:** @2009

**4. Total number of shares held:** 25,000 Shares

**5. Stock certificate(s) identification number:** zq00010733

**6. Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒ Check this box if your Equity Interest is based on actual shares of stock held in the Debtors.

☐ Check this box if your Equity Interest is based on options or warrants that upon exercise entitle you to receive shares of stock in the Debtors.

☐ Check this box if your Equity Interest is based on some other right to convert, to purchase, sell, or subscribe to a share, security, or interest in the Debtors.

**7. Supporting Documents:** *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. This Proof of Interest needs to be mailed to: United States Bankruptcy Court, For The District Delaware.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

| Date: 03-31-2009 | Sign and print the name and title, if any, of any other person authorized to file this claim (attach copy of power of attorney, if any). *Vincent E. Rhynes* |
|---|---|

THIS SPACE IS FOR COURT USE ONLY

2009 APR -6 AM [illegible]
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*Penalty for presenting fraudulent claims:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Vincent E. Rhynes



# IRREVOCABLE STOCK OR BOND POWER

FOR VALUE RECEIVED, the undersigned hereby sell, assign, and transfer unto: __Unionbanc Investment Services__

OBP-123390
*SIGNATURE IDENTIFICATION NUMBER*

**STOCK**
__25,000__ shares of the __Common__ stock of __Nortel Networks Corporation__
represented by certificate number(s) _____
inclusive, standing in the name of the undersigned on the books of said Company.

**BOND**
_____ bonds of _____
in the principal amount of $_____ numbers _____
inclusive, standing in the name of the undersigned on the books of said Company.

The undersigned hereby irrevocably constitute and appoint __National Financial Services LLC__ _____ attorney to transfer the said stock(s) or bond(s), as the case may be, on the books of said Company, with full power of substitution in the premises.

__09-07-2010__
DATE

*[signature]*
SIGNATURE(S)

Vincent Rhynes

**IMPORTANT**
The signature(s) to this assignment must correspond with the name(s) as written upon the face of the certificate(s) or bond(s) in every particular without alteration.

Brokerage Account Number

SIGNATURE GUARANTEED
MEDALLION GUARANTEED

Signature(s) Guaranteed

Union Bank of California, N.A. 9012753
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE(S)

FORM 60166-B (Rev. 14/2004)