# UNITED STATES BANKRUPTCY COURT

### FOR THE  DISTRICT OF  DELAWARE

In re  NORTEL NETWORKS INC.  Case NO.  09-10138 (KG)

### Chapter  11

*********************************************************************

## CERTIFICATE OF SERVICE

I, Vincent Rhynes, hereby certify under penalty of perjury that:

I am over the age of Eighteen years of age and reside in Los Angeles, County, CALIF.

On 03-25-2013, I caused to be served a true and correct Copy of the Disclosure statement & Request of Vincent Rhynes To Be Sent by first class mail upon The parties Listed in Exhibit B attach hereto.

Date: 03-25-2013

Vincent Rhynes (310)329-4254
513 W. 159th Street Gardena CALIF, 90248

## EXHIBIT B

UNITED STATES TRUSTEE
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801-3519

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
ATTN: Lisa Kraidin

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Warehouse Holdings(546)
1522 W. Manchester AVE
Los Angeles, CALIF. 90047
ATTN: General Beneficial LP