# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- X
: 
In re: : Chapter 11
: 
NORTEL NETWORKS INC., *et al.*,[1] : Case No. 09-10138 (KG)
: 
Debtors. : (Jointly Administered)
: 
: Ref. Docket No. 9757
---------------------------------------------------------------------- X

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the court-appointed administrators and authorized representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited and certain of its affiliates hereby withdraw the Letter to Jay A. Carfagnini from Robin B. Schwill filed on March 25, 2013 [Docket No. 9757].

Dated: Wilmington, Delaware
March 25, 2013

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Jaime Luton Chapman*
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571–6600
Facsimile: (302) 571–1253

- and -

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

2

**HUGHES HUBBARD & REED LLP**
Derek J.T. Adler
Gabreille Glemann
Charles Huberty
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000
Facsimile: (212) 422–4726

- and -

**HERBERT SMITH LLP**
Kevin Lloyd
John Whiteoak
Richard Lawton
Exchange House
Primrose Street
London
EC2A 2HS

*Counsel for the Joint Administrators*