**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                            :

                            :        Chapter 11

*In re*                          :

                            :        Case No. 09-10138 (KG)

Nortel Networks Inc., *et al.*, [1]    :

                            :        Jointly Administered

                 Debtors.     :

---------------------------------------------------------X

**STATEMENT REGARDING AN ADDITIONAL SUBMISSION TO THE
HONOURABLE MR. JUSTICE GEOFFREY MORAWETZ REGARDING
ALLOCATION AND LITIGATION MATTERS**

        1.      On March 25, 2013, the Monitor submitted an additional letter to the Honourable Mr. Justice Geoffrey Morawetz of the Ontario Superior Court of Justice (the "Canadian Court") by the Monitor of the Canadian Applicants in In re Nortel Networks Corp., et al., Court File No. 09-CL-7950 in furtherance of scheduling the litigation of the allocation of sale proceeds and certain claims filed against the Debtors and the Canadian Applicants (the "Litigation"). A copy of this submission is attached to D.I. 9775.

        2.      The Monitor made certain requests of the Canadian Court, including without limitation that to the extent possible, a joint hearing be scheduled during this week of March 25 to provide final directions regarding a schedule and discovery plan for the Litigation, and in the event that a joint hearing will not occur this week, set certain initial deadlines based on the tentative consensus among the parties, including April 15, 2013 for all Core Parties to

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

exchange "Allocation Position Pleadings," and April 25, 2013 as the deadline for responses to the Allocation Position Pleadings, and setting a hearing date to address the balance of the scheduling and discovery plan issues.

3.     Consistent with the Debtors' letter of March 21, 2013 to Mr. Justice Morawetz, a copy of which was filed with this Court on the same date, the Debtors support setting a deadline of April 15, 2013 for each Core Party to file and serve its opening pleading on its allocation position.  The Debtors envision such submissions would be stylized a motion by each Core Party for a determination by the Courts approving its proposed allocation of the sale proceeds.  To the extent the Courts consider responsive pleadings to be either necessary or desirable (rather than deem each motion a response to all contrary positions), the Debtors are supportive of establishing a April 25, 2103 deadline for the filing of such responsive pleadings.

4.     To the extent the Courts desire to hold a status conference this week, counsel to the Debtors are available at the Courts' convenience, other than that the Debtors' counsel have certain irreconcilable conflicts on Wednesday, March 27 until 2 p.m.  Regardless of whether a hearing is conducted this week, the Debtors are prepared to continue to work with the other parties to endeavor to resolve the remaining schedule and discovery plan issues.


*[Remainder of Page Intentionally Left Blank]*

Dated:  March 25, 2013
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice)*
Lisa M. Schweitzer (admitted *pro hac vice*)

One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*