# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 3/26/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Samis | Richards Layton & Finger | Comm. Ace |
| Kathleen Murphy | Buchanan Ingersoll | Ernst & Young |
| William Taylor | McCarter + English | Retirees |
| Shelley Kinsella | Elliott Greenleaf | LTD Committee |
| Annie Cordo | MNAT | Debtors |
| Derek Abbott | '' | '' |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin Gross**

**Courtroom**

| Calendar Date: | 03/26/2013 |
|---|---|
| Calendar Time: | 10:00 AM ET |

Amended Calendar 03/26/2013 06:53 AM

Page #

| Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Neil Berger | | Togut, Segal & Segal LLP | Creditor, Official Committee to the Retiree's / LIVE |
| | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld L.L.F | Creditor, Official Committee Of Unsecured Creditors / LIVE |
| | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Matthew Cheney | | Crowell & Moring LLP | Interested Party, Crowell & Moring LLP / LIVE |
| | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LLI | Interested Party, Ad Hoc Commitee / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Craig W. Dent | | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Devon J. Eggert | | Freeborn & Peters LLP | Consultant, Mercer US, Inc. / LIVE |
| | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | William F. Gray | | Torys, LLP | Debtor, Nortel Networks, Inc. / LIVE |

Peggy Drasal ext. 802

CourtConfCal2012

Page 1 of 3

| Debtor | Case # | Type | Name | Firm | Represents |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Daniel Guyder | Allen & Overy, LLP | Monitor, Ernst & Young / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Andrew Hanrahan | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Jeanette Head | Jeanette Head - In Pro Per/Pro Se | Creditor, Jeanette Head / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Fred S. Hodara | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael J. Kennedy | Chilmark Partners | Other Prof., Chilmark Partners / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Joanne Lee | Foley & Lardner, LLP | Financial Advisor, Ernst & Young LLP / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael Linn | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | James Lukenda | Huron Consulting Services LLC | Accountant, Huron Consulting Services LLC / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Jared Oyston | Linklaters LLP | Debtor, Nortel Networks Inc., et al. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Chris Parlour | Punter Southall | Interested Party, Punter Southall / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | John Ray | Avidity Partners/ Trustee | Client, John Ray / LIVE |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Kathy Schultea | RLKS Executive Solutions | Consultant, RLKS Executive Solutions / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Lisa M. Schweitzer | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al | 09-10138 | Hearing | Rebecca J. Song | Citi Capital Advisors | Interested Party, Citi Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | David You | Brigade Capital Management | Interested Party, Brigade Capital Management / LISTEN ONLY |