IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11
                                              :
NORTEL NETWORKS, INC., ET AL.,                :   Case No. 09-10138 (KG)
                                              :
                    Debtors.                  :   (Jointly Administered)
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On March 18, 2013, I caused to be served per postal forwarding address the following document via First-Class Mail on those parties identified on **Exhibit A**:

- Town Hall Meeting Notice (Atlanta), in a form substantially similar to the copy attached hereto as **Exhibit B**

Dated: March 22, 2013

/s/ Jennifer Grageda
Jennifer Grageda
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California    )
                       ) ss
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 22nd day of March, 2013, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: /s/ Aimee Parel

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# Exhibit A

Exhibit A

Retiree Service List - First-Class Mail

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Dillon, Sharon R | 4013 Silver Lake Trl | Heartland | TX | 75126-8188 |

# Exhibit B

# ADDITIONAL TOWN HALL MEETING
# REGARDING PROPOSED NORTEL RETIREE COMMITTEE SETTLEMENT

To assist Nortel retirees concerning the proposed settlement regarding Nortel retiree welfare benefits, the Official Committee of Retired Employees has added the following "town hall" meeting during which retirees can speak with and hear from members of the Retiree Committee and its advisors.

A toll free number is available for those who are unable to attend the town hall meeting in person. Note that (a) as a result of the anticipated number of participants, this will be a "listen-only" line and (b) there is a passcode - listed below. Also, if you intend to use the toll free number and have a question that you'd like to have addressed during the town hall meeting, please submit it in advance of the meeting using the "Submit an Inquiry" link on the Retiree Committee's website at www.kccllc.net/nortelretiree.

**ALPHARETTA, GEORGIA**
DATE: March 4TH
TIME: 11AM – 3PM (Eastern Time)
LOCATION: ATLANTA MARRIOTT ALPHARETTA
ADDRESS: 5750 Windward Pkwy, Alpharetta, GA 30005
Dial in: 888-621-9649 or 617-231-2734
Event ID: **412083**