# **EXHIBIT A**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 25, 2013  
Invoice 427187  
Page 2  
Client #  732310

Matter #  165839

For services through February 28, 2013  
relating to Case Administration

| Date | Role | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/05/13 | Associate | Attention to review and calendaring upcoming critical dates | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 02/13/13 | Associate | Review Debtors' motion to modify revised Local Rules | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |
| 02/20/13 | Paralegal | Review docket (.1); Review and update critical dates (.3) | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 02/22/13 | Paralegal | Review and update critical dates | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $510.50 |
| TOTAL DUE FOR THIS INVOICE | **$510.50** |
| BALANCE BROUGHT FORWARD | $505.10 |
| **TOTAL DUE FOR THIS MATTER** | **$1,015.60** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 25, 2013  
Invoice 427187  
Page 3  

Client #  732310  

Matter #  165839  

---

For services through February 28, 2013  
relating to Claims Administration

| | | | | |
|---|---|---|---|---|
| 02/05/13 | Review responses to LTD settlement motion and related documents (1.8); Review motion of Canadian employees terminated pre-petition for late claim and related documents (1.0); Review objection of T. Locke to transfer of claim (.2) | | | |
| Associate | Christopher M. Samis | 3.00 hrs. | 450.00 | $1,350.00 |
| 02/07/13 | Review further claimant responses to motion to settle LTD litigation | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |
| 02/12/13 | Review objection of Debtors to Ad Hoc Committee of Canadian Employees late claim motion) (.9); Review and revise Committee joinder to objection of Debtors to Ad Hoc Committee of Canadian Employees late claim motion (.6); Review Travelers' 9019 (.8) | | | |
| Associate | Christopher M. Samis | 2.30 hrs. | 450.00 | $1,035.00 |
| 02/13/13 | Finalize and file re: joinder to debtors objection to motion ad hoc allowing late filed claims (.2); Prepare aos re: same (.2); Coordinate service re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 02/13/13 | Review, revise and finalize joinder to Debtors' objection to Canadian ad hoc committee late claim motion (.7); Email to B. Kahn re: filing and service of joinder to Debtors' objection to Canadian ad hoc committee late claim motion (.1) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |
| 02/20/13 | Review Bondholder joinder to Debtors' objection to late-filing of Canadian employee claims (.3); Review Monitor's reservation of rights in connection with motion to allow late-filing of Canadian employee claims (.5) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |
| 02/21/13 | Review response to 29th omnibus objection by R. Scott Ray | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 25, 2013  
Invoice 427187  
Page 4  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/25/13 | Finalize and file aos re: joinder of committee to objection of allowing late filed claims | | | | |
| | Paralegal — Barbara J. Witters | | 0.10 hrs. | 215.00 | $21.50 |
| 02/28/13 | Review further S. Parowski response to LTD settlement (.4); Review reply to R. Scott Clay response to 29th omnibus objection (.3) | | | | |
| | Associate — Christopher M. Samis | | 0.70 hrs. | 450.00 | $315.00 |

Total Fees for Professional Services     $3,864.00

TOTAL DUE FOR THIS INVOICE     **$3,864.00**  
BALANCE BROUGHT FORWARD     $60.00

**TOTAL DUE FOR THIS MATTER**     **$3,924.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

March 25, 2013  
Invoice 427187  
Page 5  
Client #  732310  

Matter #  165839  

For services through February 28, 2013  
relating to  Court Hearings  

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/13 | Retrieve and review re: 2/5/13 agenda (.1); E-mail to distribution re: same (.1) | Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 02/12/13 | Retrieve and review re: 2/24/13 agenda (.1); E-mail to distribution re: same (.1) | Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 02/12/13 | Review agenda for 2/14/13 hearing (.2); Email to B. Witters re: preparation for 2/14/13 hearing (.1); Emails to F. Hodara and B. Kahn re: revisions to Local Rules and effect on recently filed motions (.2) | Associate | Christopher M. Samis | 0.50 hrs. | 450.00 | $225.00 |
| 02/13/13 | Retrieve re: 2/14/13 agenda pleadings (.5); Prepare 2/14/13 hearing binder (1.0) | Paralegal | Barbara J. Witters | 1.50 hrs. | 215.00 | $322.50 |
| 02/13/13 | Prepare for 2/14/12 hearing (1.7); Email to B. Kahn re: preparation for 2/14/12 hearing (.1); Email to F. Hodara re: preparation for 2/14/13 hearing (.1); Email to R. Speaker re: preparation for 2/14/13 hearing (.1); Email to L. Beckerman re: preparation for 2/14/13 hearing (.1); Call to E. Mozo re: Wessels stay relief (.3) | Associate | Christopher M. Samis | 2.10 hrs. | 450.00 | $945.00 |
| 02/14/13 | Assist with 2/14/13 hearing preparation (.2); Retrieve and review re: 2/9/13 agenda (.1); E-mail to distribution re: same (.1) | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 02/14/13 | Prepare for 2/14/13 hearing (1.2); Attend 2/14/13 hearing (2.3); Email to L. Beckerman re: logistics of 2/14/13 hearing (.1) | Associate | Christopher M. Samis | 3.60 hrs. | 450.00 | $1,620.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

March 25, 2013  
Invoice 427187  
Page 6  
Client # 732310  

Matter # 165839  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/19/13 | Emails to L. Morris re: preparation for 3/7/13 hearing (.2); Email to F. Hodara re: preparation for 3/7/13 hearing (.1) | | | | |
| Associate | Christopher M. Samis | | 0.30 hrs. | 450.00 | $135.00 |
| 02/20/13 | Review order scheduling oral argument in allocation dispute | | | | |
| Associate | Christopher M. Samis | | 0.10 hrs. | 450.00 | $45.00 |
| 02/22/13 | Attention to e-mail from J. Sturm re: 2/14/13 hearing transcript (.1); E-mail to J. Sturm re: same (.1); Circulate to distribution re: 2/14/13 hearing transcript (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 215.00 | $64.50 |
| 02/22/13 | Review transcript from 2/14/13 hearing | | | | |
| Associate | Christopher M. Samis | | 1.10 hrs. | 450.00 | $495.00 |

Total Fees for Professional Services          $4,024.00

TOTAL DUE FOR THIS INVOICE                **$4,024.00**  
BALANCE BROUGHT FORWARD                   $4,979.90  

**TOTAL DUE FOR THIS MATTER**             **$9,003.90**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 25, 2013
Invoice 427187
Page 7
Client # 732310

Matter # 165839

For services through February 28, 2013
relating to Employee Issues

| Date | Description | | | | |
|---|---|---|---|---|---|
| 02/01/13 | Finalize and file aos re: statement in support of special incentive payment agreements | | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | | $21.50 |
| 02/12/13 | Review omnibus response of LTD Committee to objections to LTD settlement | | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | | $360.00 |
| 02/14/13 | Review T. Cherry objection to retiree settlement | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | | $90.00 |

Total Fees for Professional Services $471.50

TOTAL DUE FOR THIS INVOICE         $471.50
BALANCE BROUGHT FORWARD            $1,491.30

**TOTAL DUE FOR THIS MATTER**        $1,962.80

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 25, 2013  
Invoice 427187  
Page 8  
Client # 732310

Matter # 165839

For services through February 28, 2013  
relating to Litigation/Adversary Proceedings

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/06/13 | | Call from B. Kahn re: allocation litigation schedule | | | |
| | Associate | Christopher M. Samis | 0.50 hrs. | 450.00 | $225.00 |
| 02/07/13 | | Call from B. Kahn re: strategy for allocation litigation scheduling statement | | | |
| | Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 02/08/13 | | Finalize and file re: statement regarding outstanding motions and issues (.2); Coordinate service re: same (.1); Prepare aos re: same (.2); Coordinate to Judge Gross re: same (.1) | | | |
| | Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 02/08/13 | | Review and revise statement of Committee regarding outstanding motions and issues (.5); Review revised statement of Committee regarding outstanding motions and issues (.3); Call from B. Kahn re: authority to file revised statement of Committee regarding outstanding motions and issues (.1); Email to B. Kahn re: authority to file revised statement of Committee regarding outstanding motions and issues (.1) | | | |
| | Associate | Christopher M. Samis | 1.00 hrs. | 450.00 | $450.00 |
| 02/14/13 | | Email to F. Hodara re: making Canadian and U.S. scheduling consistent in allocation litigation scheduling order (.1); Review allocation dispute scheduling order (.2) | | | |
| | Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 02/25/13 | | Finalize and file aos re: statement of outstanding motions and issues | | | |
| | Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |

Total Fees for Professional Services $1,095.50

TOTAL DUE FOR THIS INVOICE $1,095.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 25, 2013
Invoice 427187
Page 9
Client #  732310

Matter # 165839

| | |
|---|---:|
| BALANCE BROUGHT FORWARD | $2,487.50 |
| **TOTAL DUE FOR THIS MATTER** | **$3,583.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 25, 2013
Invoice 427187
Page 10

Client # 732310

Matter # 165839

For services through February 28, 2013
relating to RLF Fee Applications

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/13 | E-mail to B. Kahn re: RLF estimates of fees and expenses for January 2013 | Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 02/19/13 | Review RLF January bill memo and meal charges | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 02/19/13 | Review January 2013 bill memo | Associate | Christopher M. Samis | 1.00 hrs. | 450.00 | $450.00 |
| 02/21/13 | Prepare cno re: RLF December fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 02/21/13 | Review, revise and finalize CNO for 47th fee application or RL&F (.2); Email to B. Witters re: filing and service of CNO for RL&F 47th fee application (.1) | Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 02/22/13 | Review and revise RLF December fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 0.90 hrs. | 215.00 | $193.50 |
| 02/22/13 | Review 48th monthly fee application of RL&F | Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |
| 02/26/13 | Prepare RLF 16th interim fee application (.5); E-mail to accounting re: same (.1) | Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 25, 2013
Invoice 427187
Page 11
Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---:|
| 02/27/13 | Review and revise RLF 16th interim fee application (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| 02/28/13 | Efile affidavit of service re: fee application | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 215.00 | $21.50 |

|  |  |
|---|---:|
| Total Fees for Professional Services | $1,410.00 |
| TOTAL DUE FOR THIS INVOICE | **$1,410.00** |
| BALANCE BROUGHT FORWARD | $766.30 |
| **TOTAL DUE FOR THIS MATTER** | **$2,176.30** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

March 25, 2013  
Invoice 427187  
Page 12  

Client #  732310  

Matter # 165839

For services through February 28, 2013  
relating to Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/06/13 | Finalize and efile Akin Gump's fee application (.2); Coordinate service of same (.2); Prepare affidavit of service re: same (.1) | | | | |
| | Paralegal  Ann Jerominski | | 0.50 hrs. | 215.00 | $107.50 |
| 02/06/13 | Prepare notice of Akin Gump fee application | | | | |
| | Paralegal  Cathy M. Greer | | 0.20 hrs. | 215.00 | $43.00 |
| 02/06/13 | Email to B. Kahn re: filing and service of 47th Akin fee application (.1); Email to C. Greer re: filing and service of 47th Akin fee application (.1); Review 47th Akin fee application (.2) | | | | |
| | Associate  Christopher M. Samis | | 0.40 hrs. | 450.00 | $180.00 |
| 02/15/13 | Prepare cno re: Ashurst December fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone December fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal  Barbara J. Witters | | 0.80 hrs. | 215.00 | $172.00 |
| 02/15/13 | Review CNO for Capstone 47th fee application (.2); Review CNO for Ashurst 47th fee application (.2) | | | | |
| | Associate  Christopher M. Samis | | 0.40 hrs. | 450.00 | $180.00 |
| 02/21/13 | Attention to e-mail from M. Wunder re: Fraser Milner November fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of filing of same (.1); Attention to e-mail from M. Wunder re: Fraser Milner December fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of filing of same (.1) | | | | |
| | Paralegal  Barbara J. Witters | | 2.20 hrs. | 215.00 | $473.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

March 25, 2013  
Invoice 427187  
Page 13  

Client # 732310  

Matter # 165839  

---

| Date | Role | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/21/13 | | Review, revise and finalize 47th fee application of Fraser Milner (.2); Review, revise and finalize 46th fee application of Fraser Milner (.2); Email to M. Wunder re: filing and service of Fraser Milner fee applications (.1) | | | | |
| | Associate | | Christopher M. Samis | 0.50 hrs. | 450.00 | $225.00 |
| 02/22/13 | | Attention to e-mail from B. Kahn re: Akin Gump December fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); Attention to e-mail from B. Kahn re: 16th interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail from B. Kahn re: Capstone January fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare aos re: same (.2); Attention to e-mail from M. Wunder re: Fraser Milner January fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to M. Wunder re: confirmation of filing of same (.1); Finalize, file and coordinate service re: Capstone January fee application (.2) | | | | |
| | Paralegal | | Barbara J. Witters | 3.40 hrs. | 215.00 | $731.00 |
| 02/22/13 | | Review 48th monthly fee application of Akin (.2); Review 16th interim fee application of Akin (.2); Email to B. Kahn re: filing and service of 48th monthly Akin fee application and 16th interim fee application of Akin (.1); Review, revise and finalize Capstone 48th monthly fee application (.2); Review, revise and finalize 48th Fraser Milner fee application (.2) | | | | |
| | Associate | | Christopher M. Samis | 0.90 hrs. | 450.00 | $405.00 |
| 02/25/13 | | Attention to e-mail from M. Wunder re: interim fee hearing date (.1); E-mail to M. Wunder re: same (.1); Attention to e-mail from M. Wunder re: Fraser Milner 16th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); E-mail to M. Wunder re: confirmation of filing of same (.1); Update fee status chart (.5) | | | | |
| | Paralegal | | Barbara J. Witters | 1.40 hrs. | 215.00 | $301.00 |
| 02/25/13 | | Review, revise and finalize Fraser 16th interim fee application | | | | |
| | Associate | | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |

Case 09-10138-MFW    Doc 9796-2    Filed 03/26/13    Page 14 of 15

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 25, 2013  
Invoice 427187  
Page 14  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/26/13 | Attention to e-mail from B. Kahn re: Capstone 16th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | Paralegal — Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 02/26/13 | Review, revise and finalize 16th interim fee application of Capstone | Associate — Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 02/28/13 | Attention to e-mail from B. Kahn re: Ashurst January fee application (.1); Retrieve and review re: same (.2); Prepare notice of application (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal — Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 02/28/13 | Review, revise and finalize 48th monthly fee application of Ashurst | Associate — Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |

Total Fees for Professional Services     $3,431.50

TOTAL DUE FOR THIS INVOICE     $3,431.50  
BALANCE BROUGHT FORWARD     $2,837.10

**TOTAL DUE FOR THIS MATTER**     **$6,268.60**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

March 25, 2013  
Invoice 427187  
Page 15  
Client # 732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Ann Jerominski | 0.60 | 215.00 | 129.00 |
| Barbara J. Witters | 17.00 | 215.00 | 3,655.00 |
| Cathy M. Greer | 0.20 | 215.00 | 43.00 |
| Christopher M. Samis | 24.40 | 450.00 | 10,980.00 |
| TOTAL | 42.20 | $350.88 | 14,807.00 |

**TOTAL DUE FOR THIS INVOICE**                                  $16,720.89

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046. Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310