# EXHIBIT B



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

March 25, 2013
Invoice 427187

Page 1
Client #  732310
Matter # 165839

---

For disbursements incurred through February 28, 2013
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | | |
|---|---|---|
| Business Meals | $38.47 | |
| Conference Calling | $72.00 | |
| Document Retrieval | $179.70 | |
| Messenger and delivery service | $542.30 | |
| Overtime | n/c | |
| Photocopying/Printing | $731.10 | |
| 5,600 @ $.10 pg. / 1,711 @ $.10 pg. | | |
| Postage | $350.32 | |
| Other Charges | | $1,913.89 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,913.89** |
| BALANCE BROUGHT FORWARD | $1,573.44 |
| **TOTAL DUE FOR THIS MATTER** | **$3,487.33** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 25, 2013
Invoice 427187
Page 16

Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:   Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Employee Issues
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 02/01/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/06/13 | Photocopies | | DUP |
| | Amount = | $35.50 | |
| 02/06/13 | Messenger and delivery charges | | MESS |
| | Amount = | $12.90 | |
| 02/06/13 | Postage | | POST |
| | Amount = | $9.36 | |
| 02/06/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/06/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/06/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/06/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/06/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/06/13 | Printing | | DUP |
| | Amount = | $3.80 | |
| 02/06/13 | Printing | | DUP |
| | Amount = | $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 25, 2013
Invoice 427187

Page 17

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/06/13 | Printing | | DUP |
| | Amount = | $1.20 | |
| 02/06/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/06/13 | Printing | | DUP |
| | Amount = | $0.90 | |
| 02/06/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/08/13 | Photocopies | | DUP |
| | Amount = | $116.80 | |
| 02/08/13 | Messenger and delivery charges | | MESS |
| | Amount = | $274.25 | |
| 02/08/13 | Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 02/08/13 | Messenger and delivery | | MESS |
| | Amount = | $51.30 | |
| 02/08/13 | PACER | | DOCRETRI |
| | Amount = | $4.90 | |
| 02/08/13 | PACER | | DOCRETRI |
| | Amount = | $19.40 | |
| 02/08/13 | Postage | | POST |
| | Amount = | $295.44 | |
| 02/08/13 | Printing | | DUP |
| | Amount = | $3.00 | |
| 02/08/13 | Printing | | DUP |
| | Amount = | $3.00 | |
| 02/08/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/08/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/08/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/08/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/08/13 | Printing | | DUP |
| | Amount = | $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 25, 2013
Invoice 427187
Page 18

Client # 732310

| 02/12/13 | Printing | | DUP |
|---|---|---|---|
| | | Amount = $0.60 | |
| 02/13/13 | Photocopies | | DUP |
| | | Amount = $5.40 | |
| 02/13/13 | Photocopies | | DUP |
| | | Amount = $1.20 | |
| 02/13/13 | Photocopies | | DUP |
| | | Amount = $202.60 | |
| 02/13/13 | PACER | | DOCRETRI |
| | | Amount = $132.10 | |
| 02/13/13 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/13/13 | Postage | | POST |
| | | Amount = $4.48 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.30 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.50 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $19.70 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.70 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $5.90 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $1.40 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $3.70 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $4.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 25, 2013
Invoice 427187
Page 19

Client #  732310

| | | | |
|---|---|---|---|
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.80 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.30 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.80 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $34.50 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $18.10 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $1.10 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $0.30 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $1.60 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $4.70 | |
| 02/13/13 | Printing | | DUP |
| | | Amount = $1.10 | |
| 02/14/13 | RODNEY GRILLE: CMS | | MEALSCL |
| | | Amount = $38.47 | |
| 02/14/13 | PARALEGAL OT THRU 2/15/13 | | OT |
| | | Amount = $0.00 | |
| 02/14/13 | Messenger and delivery | | MESS |
| | | Amount = $7.50 | |
| 02/14/13 | Messenger and delivery | | MESS |
| | | Amount = $7.50 | |
| 02/14/13 | PACER | | DOCRETRI |
| | | Amount = $20.30 | |
| 02/14/13 | Printing | | DUP |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 25, 2013
Invoice 427187
Page 20

Client #  732310

| 02/15/13 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $0.10 | |
| 02/15/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/15/13 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/15/13 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/15/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/15/13 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/15/13 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/15/13 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/15/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/15/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/19/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/20/13 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/20/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/20/13 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/20/13 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/20/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/20/13 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/20/13 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/20/13 | Printing | | DUP |
| | | Amount =  $0.60 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

March 25, 2013
Invoice 427187
Page 21

Client # 732310

| 02/21/13 | Photocopies | | DUP |
|---|---|---|---|
| | Amount = | $52.50 | |
| 02/21/13 | Messenger and delivery charges | | MESS |
| | Amount = | $12.90 | |
| 02/21/13 | Messenger and delivery | | MESS |
| | Amount = | $51.30 | |
| 02/21/13 | Postage | | POST |
| | Amount = | $8.16 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $4.80 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $4.50 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/21/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/22/13 | CourtCall | | CONFCALL |
| | Amount = | $72.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 25, 2013
Invoice 427187
Page 22

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/22/13 | Photocopies | | DUP |
| | Amount = | $117.50 | |
| 02/22/13 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 02/22/13 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 02/22/13 | Messenger and delivery | | MESS |
| | Amount = | $17.10 | |
| 02/22/13 | Postage | | POST |
| | Amount = | $16.08 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $2.00 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $1.40 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $3.80 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $0.30 | |
| 02/22/13 | Printing | | DUP |
| | Amount = | $1.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 25, 2013
Invoice 427187
Page 23

Client #  732310

| Date | Description | | |
|---|---|---|---|
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $4.30 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $5.40 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $4.00 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/22/13 | Printing | | DUP |
| | | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 25, 2013
Invoice 427187

Page 24

Client #  732310

| 02/22/13 | Printing | | DUP |
|---|---|---|---|
| | | Amount = $0.30 | |
| 02/25/13 | Postage | | POST |
| | | Amount = $2.52 | |
| 02/25/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/25/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/25/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/25/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/25/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 02/25/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/25/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 02/25/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 02/26/13 | Photocopies | | DUP |
| | | Amount = $2.00 | |
| 02/26/13 | Postage | | POST |
| | | Amount = $3.36 | |
| 02/26/13 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/26/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 02/26/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 02/26/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 02/26/13 | Printing | | DUP |
| | | Amount = $1.90 | |
| 02/26/13 | Printing | | DUP |
| | | Amount = $0.20 | |
| 02/26/13 | Printing | | DUP |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 25, 2013
Invoice 427187
Page 25

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 02/26/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 02/26/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 02/26/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 02/27/13 | Photocopies | | DUP |
| | Amount = $2.50 | | |
| 02/27/13 | Messenger and delivery charges | | MESS |
| | Amount = $12.90 | | |
| 02/27/13 | Postage | | POST |
| | Amount = $3.36 | | |
| 02/27/13 | Printing | | DUP |
| | Amount = $0.50 | | |
| 02/27/13 | Printing | | DUP |
| | Amount = $5.00 | | |
| 02/27/13 | Printing | | DUP |
| | Amount = $0.20 | | |
| 02/27/13 | Printing | | DUP |
| | Amount = $0.20 | | |
| 02/27/13 | Printing | | DUP |
| | Amount = $0.20 | | |
| 02/27/13 | Printing | | DUP |
| | Amount = $0.20 | | |
| 02/27/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 02/27/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 02/28/13 | Photocopies | | DUP |
| | Amount = $24.00 | | |
| 02/28/13 | Messenger and delivery charges | | MESS |
| | Amount = $12.90 | | |
| 02/28/13 | Postage | | POST |
| | Amount = $7.56 | | |
| 02/28/13 | Printing | | DUP |
| | Amount = $0.30 | | |
| 02/28/13 | Printing | | DUP |
| | Amount = $0.20 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

March 25, 2013
Invoice 427187
Page 26
Client #  732310

| | | | |
|---|---|---|---|
| 02/28/13 | Printing | | DUP |
| | Amount = $0.10 | | |
| 02/28/13 | Printing | | DUP |
| | Amount = $0.20 | | |
| 02/28/13 | Printing | | DUP |
| | Amount = $0.10 | | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc

Expenses     $1,913.89