IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| Nortel Networks Inc., et al., | * | Case No. 09-10138 (KG) |
| | * | |
| Debtors. | * | Jointly Administrated |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes undersigned of the law firm of Herman, Herman, & Katz, LLC who respectfully asks this honorable court to allow Soren E. Gisleson, Esq. to withdraw as counsel of record for Lisa Fitzgerald in this matter. Ms. Fitzgerald's claims have been assigned to Frank Lam at United States Debt Recovery, LLC.

WHEREFORE plaintiffs pray that this honorable court allow the undersigned to resign as counsel of record in the above captioned matter.

Respectfully submitted:

S/Soren E. Gisleson, Esq.
**Soren E. Gisleson,** La. Bar No. 26302
**HERMAN, HERMAN & KATZ, LLC.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(504) 581-4892

### CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the foregoing has been served on all parties through their Counsel by the Court's ECF system, this 27th day of March, 2013.

S/Soren E. Gisleson