EXHIBIT B

# Togut, Segal & Segal LLP
## Summary Report

3/25/2013
4:40:07 PM

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---:|---:|
| Lodging | | 0.0 | 207.90 |
| Meals | | 0.0 | 74.40 |
| Photocopies | | 0.0 | 492.60 |
| Telephone | | 0.0 | 390.60 |
| Travel-ground | | 0.0 | 1,062.45 |
| | Grand Total: | 0.0 | 2,227.95 |

**Togut, Segal & Segal LLP**
**Client Billing Report**

3/25/2013
4:42:45 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: General** | | | |
| 1/1/13 | atogut / Telephone<br>General | E | 0.0<br>17.78 | 17.78<br>Billable |
| #238258 | TS&S monthly telephone for January 2013. | | | |
| 1/1/13 | atogut / Photocopies<br>General | E | 0.0<br>492.60 | 492.60<br>Billable |
| #238288 | TS&S monthly photocopies for January 2013. | | | |
| 1/7/13 | nberger / Telephone<br>General | E | 0.0<br>49.84 | 49.84<br>Billable |
| #240102 | Conference call held on 1/7/13 re Nortel matters. | | | |
| 1/8/13 | sskelly / Telephone<br>General | E | 0.0<br>14.98 | 14.98<br>Billable |
| #240538 | Conference call held on 1/8/13 re Retiree Committee. | | | |
| 1/9/13 | nberger / Telephone<br>General | E | 0.0<br>114.52 | 114.52<br>Billable |
| #241037 | Two conference calls held on 1/9/13 re Nortel matters. | | | |
| 1/14/13 | sskelly / Telephone<br>General | E | 0.0<br>22.26 | 22.26<br>Billable |
| #260745 | Conference call held on 1/14/13 re Retiree Committee. | | | |
| 1/15/13 | nberger / Travel-ground<br>General | E | 0.0<br>50.05 | 50.05<br>Billable |
| #242978 | Car service on 1/15/13 at 8:38pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel client). | | | |
| 1/15/13 | bmoore / Telephone<br>General | E | 0.0<br>26.74 | 26.74<br>Billable |
| #260746 | Conference call held on 1/15/13 re Retiree Benefits. | | | |

Togut, Segal & Segal LLP
Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 1/16/13 | sskelly / Telephone<br>General | E | 0.0<br>8.40 | 8.40<br>Billable |
| #260747 | Conference call held on 1/16/13 re Retiree Committee. | | | |
| 1/21/13 | nberger / Travel-ground<br>General | E | 0.0<br>58.88 | 58.88<br>Billable |
| #244812 | Car service on 1/21/13 at 10pm -- worked late re retiree committee (less waiting time and 1/2 car rated billed to non-Nortel client). | | | |
| 1/21/13 | nberger / Telephone<br>General | E | 0.0<br>106.12 | 106.12<br>Billable |
| #260748 | Conference call held on 1/21/13 re Retiree Committee. | | | |
| 1/22/13 | sskelly / Travel-ground<br>General | E | 0.0<br>236.00 | 236.00<br>Billable |
| #245202 | Amtrak (roundtrip/coach tickets) for NB and SAS departing 1/22/13 and returning 1/23/13 to attend hearing in Wilmington, DE re: notice of procedures. | | | |
| 1/23/13 | nberger / Travel-ground<br>General | E | 0.0<br>92.00 | 92.00<br>Billable |
| #245643 | Parking on 1/23/13 in NYC to catch train to Wilmington, DE for hearing. | | | |
| 1/23/13 | nberger / Meals<br>General | E | 0.0<br>31.83 | 31.83<br>Billable |
| #245644 | Lunch post hearing in Wilmington, DE on 1/23/13 for NB, SAS and M. Daniele. | | | |
| 1/23/13 | nberger / Lodging<br>General | E | 0.0<br>207.90 | 207.90<br>Billable |
| #245735 | Two rooms in Wilmington, DE for NB and SAS -- re: hearing. | | | |

| | Togut, Segar & Segar LLP | | | |
|---|---|---|---|---|
| Nortel Networks Section 1114 | Client Billing Report | | | 3/25/2013 |
| 1/1/2013...1/31/2013 | | | | 4:42:45 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 1/23/13 | sskelly / Meals<br>General | E | 0.0<br>9.34 | 9.34<br>Billable |
| #245790 | Dinner on 1/23/13 -- worked late responding to retiree inquiries after hearing. | | | |
| 1/23/13 | nberger / Travel-ground<br>General | E | 0.0<br>118.00 | 118.00<br>Billable |
| #245802 | Amtrak -- fee charge re change of 1/23/13 tickets for NB and SAS after attending hearing in Wilmington, DE re: notice of procedures. | | | |
| 1/23/13 | sskelly / Travel-ground<br>General | E | 0.0<br>104.81 | 104.81<br>Billable |
| #245918 | Car service from office on 1/23/13 at 8:56pm -- worked late re retirees. | | | |
| 1/25/13 | nberger / Telephone<br>General | E | 0.0<br>10.92 | 10.92<br>Billable |
| #260749 | Conference call held on 1/25/13 re Retiree Committee. | | | |
| 1/28/13 | nberger / Travel-ground<br>General | E | 0.0<br>11.00 | 11.00<br>Billable |
| #247151 | Taxi from office to home on 1/28/13 at 9:48pm -- worked late re RC settlement. | | | |
| 1/28/13 | sskelly / Meals<br>General | E | 0.0<br>13.75 | 13.75<br>Billable |
| #247196 | Dinner on 1/28/13 -- worked late preparing for noticing of settlement to retirees. | | | |
| 1/28/13 | sskelly / Travel-ground<br>General | E | 0.0<br>109.14 | 109.14<br>Billable |
| #247293 | Car service from office on 1/28/13 at 8:40pm -- worked late re retirees. | | | |

## Togut, Segal & Segal LLP
## Client Billing Report

3/25/2013
4:42:45 PM

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 1/29/13 | sskelly / Meals<br>General | E | 0.0<br>9.74 | 9.74<br>Billable |
| #247637 | Dinner on 1/29/13 -- worked late responding to retiree inquiries. | | | |
| 1/29/13 | rmilin / Travel-ground<br>General | E | 0.0<br>10.00 | 10.00<br>Billable |
| #247757 | Taxi from office on 1/29/13 at 8:50pm -- worked late drafting/revising FAQs for retirees re draft settlement. | | | |
| 1/29/13 | nberger / Travel-ground<br>General | E | 0.0<br>11.00 | 11.00<br>Billable |
| #247758 | Taxi from office to home on 1/29/13 at 10pm -- worked late re RC settlement. | | | |
| 1/29/13 | sskelly / Travel-ground<br>General | E | 0.0<br>104.18 | 104.18<br>Billable |
| #247759 | Car service from office on 1/29/13 at 9:40pm -- worked late re retirees (less waiting time). | | | |
| 1/30/13 | sskelly / Meals<br>General | E | 0.0<br>9.74 | 9.74<br>Billable |
| #248049 | Dinner on 1/30/13 -- worked late preparing and reviewing notices before mailing to retirees. | | | |
| 1/30/13 | nberger / Telephone<br>General | E | 0.0<br>19.04 | 19.04<br>Billable |
| #260750 | Two conference calls held on 1/30/13 re Retiree Committee. | | | |
| 1/31/13 | sskelly / Travel-ground<br>General | E | 0.0<br>107.50 | 107.50<br>Billable |
| #248671 | Car service from office on 1/31/13 at 1:40 a.m. -- worked late on 1/30/13 re retirees (less waiting time). | | | |

| Nortel Networks Section 1114 | Togut, Segal & Segal LLP | 3/25/2013 |
| --- | --- | --- |
| 1/1/2013...1/31/2013 | Client Billing Report | 4:42:45 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
| --- | --- | --- | --- | --- |
| 1/31/13 | mhamersky / Travel-ground<br>General | E | 0.0<br>49.89 | 49.89<br>Billable |
| #248672 | Car service from office on 1/31/13 at 1:40 a.m. -- worked late on 1/30/13 re retirees. | | | |

|  |  |
| --- | --- |
| Matter Total: 0.00 | 2,227.95 |
| Total Time Bill: | |
| Total Time Non Bill: | |
| Total Costs Bill: | 2,227.95 |
| Total Costs Non Bill: | |
| Total Non Billable: | |
| Total Billable: | 2,227.95 |
| Grand Total: | 2,227.95 |