# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. |
| **Case Number:** | 09-10138-KG    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 27, 2013  02:30 PM    CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

Status Conference RE: Letters coming in from UK

**R / M #:**   9,794 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. STATUS CONFERENCE;
RE: LETTERS SENT TO CANADA:
TRIAL DATES
MATTERS TO BE HEARD - FIRST, SECOND, THIRD
JOINT HEARINGS
DISCOVERY