# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 3/27/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian E. O'Connor | Willkie Farr & Gallagher LLP | U.K. Pension Interests |
| DANIEL GUYDER | ALLEN & OVERY LLP | E&Y / MONITOR |
| LAURA HALL | " | " |
| Belinda A Melnik | DLA Piper LLP | Informal Committee of Holders of Claims solely against the Canadian Debtors ("CCC") Debtors |
| Dennis Dunne | Milbank Tweed Hadley McCloy | Ad Hoc Bondholder Committee |
| Al Bisca | " | " |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen + Hamilton | " |
| Justin R. Alberto | Bayard | UK Pension Interests |
| Kathleen Murphy | BIR | E&Y / Monitor |
| Fred Hodara | Akin Gump | Committee |
| David Bolter | " | @ |
| Chris Samis | Richards Layton | @ |
| Stephen Miller | Morris James LLP | Law Debenture as Trustee |

# SIGN-IN-SHEET

CASE NAME: Nortel Networks, Inc.
CASE NO.: 09-10138 (KG)
COURTROOM LOCATION: 3
DATE: 3/27/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Kenney | USDOJ/OUST | U.S. Trustee |
| Derek Adler | Hughes Hubbard | EMEA Debtors/JT. Administrators |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin Gross**

**Courtroom**

Calendar Date: 03/27/2013
Calendar Time: 02:30 PM ET

Amended Calendar 03/27/2013 11:24 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Joseph Badtke-Berkow | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David E. Blabey, Jr. | | Kramer Levin Naftalis & Frankel, LLP | Creditor, Aurelius / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Stephen Blauner | | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Scott Bomhof | | Torys, LLP | Debtor, Nortel Networks, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Justin Brass | | Jefferies & Company | Interested Party, Jefferies & Company / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LLl | Interested Party, Ad Hoc Commitee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Matthew Ehmer | | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Angela Dimsdale Gill | | Hogan Lovells International LLP | Representing, Nortel Networks UK Pension Trust / LIVE |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Matthew Gottlieb | Lax, O'Sullivan, Scott & Lisus | Administrator(s), Joint Administrators / LIVE |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Andrew Hanrahan | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Stephen Harris | Ernst & Young | Administrator(s), Nortel Networks UK (Joint Administrator) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Charles Huberty | Hughes Hubbard & Reed, LLP | Interested Party, Nortel UK / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Arthur Jacques | Shibley Righton, LLC. | Creditor, Nortel Cont. Employees / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Brad Kahn | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Richard Lawton | Herbert Smith | Client, Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Kevin Lloyd | Herbert Smith | Interested Party, Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Daniel A. Lowenthal | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | James Macinnis | Deutsche Bank | Interested Party, Deutsche Bank / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Dan Mindel | Herbert Smith | Administrator(s), Nortel Networks UK (Joint Administrator) / LISTEN ONLY |

| Case Name | Case # | Proceeding | Name | Firm | Representing |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Joseph Pasquariello | Goodmans, LLP | Creditor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Lauren Peacock | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael J. Riela | Latham & Watkins LLP | Creditor, Bank of New York Mellon / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Robin Schwill | Davies Ward Phillips & Vineberg LLP | Interested Party, Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Adam Slavens | Tory's LLP | Interested Party, Tory's LLP / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Jennifer Stam | Gowlings Lafleur & Henderson LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Max Starnino | Paliare Roland & Rosenberg | Representing, Financial Services Commission of Ontario / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | John Whiteoak | Herbert Smith | Interested Party, Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Benjamin Zarnett | Goodmans, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Mark Zigler | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |