IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 9794 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 26, 2013, I caused to be served the "Notice of Status Conference," dated March 26, 2013 [Docket No. 9794], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit A,

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. delivered via facsimile to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
___ day of March, 2013

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\NORTEL\Affidavits\Ntc Status Conf_DI 9794_AFF_3-26-13_KH.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AJASSOCIÉS | ATTN: NICOLAS GRICOURT 10 ALLÉE PIERRE DE COUBERTIN VERSAILLES 78000 FRANCE |
| COSME ROGEAU | 25 AVENUE HOCHE VERSAILLES 78000 FRANCE |
| ERNST & YOUNG | ATTN: YARON HAR-ZVI 3 AMINADAV STREET, TEL AVIV 67067 ISRAEL |
| NORTEL COMMUNICATIONS HOLDINGS (1997) LI | 14TH FLOOR, 35 EFAL STREET PETAH TIKVA ISRAEL |
| NORTEL COMMUNICATIONS HOLDINGS (1997) LI | HAYARDEN STREET AIRPORT CITY CENTRE BEN-GURION AIRPORT PO BOX 266 TEL AVIV 70100 ISRAEL |
| NORTEL GMBH | MAIN AIRPORT CENTER UNTERSCHEWEINSTIEGE 6 FRANKFURT AM MAIN 60549 GERMANY |
| NORTEL GMBH | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (AUSTRIA) GMBH | C/O BDO AUSTRIA GMGH, FISCHHOF 316 WIEN 1010 AUSTRIA |
| NORTEL NETWORKS (AUSTRIA) GMBH | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (IRELAND) LIMITED | MERVUE BUSINESS PARK MERVUE GALWAY IRELAND |
| NORTEL NETWORKS (IRELAND) LIMITED | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS AB | NORTEL NETWORKS FILIAL AF NORTEL NETWORKS AKTIEBOLAG LAUTRUPSGADE 11 COPENHAGEN 5 2100 DENMARK |
| NORTEL NETWORKS AB | C/O BDO STOCKHOLM AB BOX 241 15, STOCKHOLM 104 51 SWEDEN |
| NORTEL NETWORKS AB | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS APPLICATIONS MANAGEMENT | SOLUTIONS INC. (2106 - DE) |
| NORTEL NETWORKS B.V. | EVERT VAN DE BEEKSTRAAT, 310 SCHIPHOL A SCHIPHOL 1118 CX THE NETHERLANDS |
| NORTEL NETWORKS B.V. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS ENGINEERING SERVICE KFT. | NAGY JENO UTCA 10 BUDAPEST 1126 HUNGARY |
| NORTEL NETWORKS ENGINEERING SERVICE KFT. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS FRANCE S.A.S. | CENTRE D'AFFAIRES PARC LUMIERE 46, AVENUE DES FRERES LUMIERE TRAPPES 78190 FRANCE |
| NORTEL NETWORKS FRANCE S.A.S. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS GLOBAL CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS GLOBAL CORPORATION | SHANGHAI, CHINA - REPRESENTATIVE OFFICE 11/F, ETON PLACE 69 DONGFANG ROAD SHANGHAI 200/20 CHINA |
| NORTEL NETWORKS GLOBAL CORPORATION | C/O PRAGMA GROUP QUANTUM TOWER, 6TH FLOO CHARLES MALEK AVENUE ASHRAFIEH BEIRUT LEBANON |
| NORTEL NETWORKS HISPANIA, S.A. | CAMINO DEL CERRO DE LOS GAMOS NO. 1 EDIFICIO 6, 28.224 POZUELO DE ALAR MADRID SPAIN |
| NORTEL NETWORKS HISPANIA, S.A. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS INTERNATIONAL CORP. | HO CHI MINH CITY, VIETNAM - REP OFFICE REGUS, ME LINH POINT TOWER 6F & 7F, ME LINH POINT TOWER 2, NGO DUC DISTRICT 1 HO CHI MINH CITY VIETNAM |
| NORTEL NETWORKS INTERNATIONAL CORPORATIO | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS INTERNATIONAL CORPORATIO | BEIJING REPRESENTATIVE OFFICE NO. 6, WANGJING DONG LU CHAOYANG DISTRICT BEIJING 100102 PEOPLE'S REPUBLIC OF CHINA |
| NORTEL NETWORKS INTERNATIONAL CORPORATIO | PORT OF SPAIN, TRINIDAD REPRESENTATIVE O 5/7 SWEET BRIAR ROAD ST. CLAIR TRINIDAD |
| NORTEL NETWORKS INTERNATIONAL | HANOI, VIETNAM - REPRESENTATIVE OFFICE REGUS, HANOI PRESS CLUB, 4-6/F, 59A LY |

| Claim Name | Address Information |
|---|---|
| CORPORATIO | T HOAM KIEM DISTRICT HANOI VIETNAM |
| NORTEL NETWORKS INTERNATIONAL FINANCE & | EVERT VAN DE BEEKSTRAAT, 310 SCHIPHOL A SCHIPHOL 1118 CX THE NETHERLANDS |
| NORTEL NETWORKS INTERNATIONAL FINANCE & | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS ISRAEL (SALES & MARKETIN | 14TH FLOOR, 35 EFAL STREET PETAH TIKVA ISRAEL |
| NORTEL NETWORKS ISRAEL (SALES & MARKETIN | ATTN: AVI D. PELOSSOF ZELLERMAYER, PELOS THE RUBENSTEIN HOUSE 20 LINCOLN STREET TEL AVIV ISRAEL |
| NORTEL NETWORKS ISRAEL (SALES & MARKETIN | HAYARDEN STREET AIRPORT CITY CENTRE BEN-GURION AIRPORT TEL AVIV 70100 ISRAEL |
| NORTEL NETWORKS LIMITED | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS N.V. | NORTEL NETWORKS NV C/O REGUS PAGASUSLAAN 5 DIEGEM B-1831 BELGIUM |
| NORTEL NETWORKS N.V. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS OY | C/O BDO OY, VATTENIEMENRANTA 2 HELSINKI 002 10 FINLAND |
| NORTEL NETWORKS OY | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS POLSKA SP Z.O.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS PORTUGAL, S.A. | C/O ERNST & YOUNG AVENIDA DA REPUBLICA 90 3O LISBON 1649-024 PORTUGAL |
| NORTEL NETWORKS S.A. | ATTN: EDOUARD FABRE RAJEEV SHARMA-FOKEER ANTOINE TCHEKHOFF FOUCAUD, TCHEKHOFF, POCHET ET ASSOCIÉS 1 BIS, AVENUE FOCH PARIS 75116 FRANCE |
| NORTEL NETWORKS S.A. | COSME ROGEAU 25 AVENUE HOCHE VERSAILLES 78000 FRANCE |
| NORTEL NETWORKS S.A. | CENTRE D'AFFAIRES PARC LUMIERE 46, AVENUE DE FRERES LUMIERE TRAPPES 78190 FRANCE |
| NORTEL NETWORKS S.P.A. | VIA SENIGALLIA N. 18/2 MILAN NORTH PARK MILANO ITALY |
| NORTEL NETWORKS S.P.A. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS S.R.O. | KLIMENTSKA 1216/46 PRAGUE 1 11002 CZECH REPUBLIC |
| NORTEL NETWORKS S.R.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS SLOVENSKO, S.R.O. | SV. CYRILA A METODA 2 PIEST'ANY 921 101 SLOVAK REPUBLIC |
| NORTEL NETWORKS SLOVENSKO, S.R.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS TECHNOLOGY CORPORATION | C/O STEWART MCKELVEY SUITE 800, 1959 UPPER WATER ST. HALIFAX NS B3J 2X2 CANADA |
| NORTEL NETWORKS TELECOMUNICACOES DO BRAS | AVENIDA DAS NACOES UNIDAS 17.891, 9 ANDAR, PARTE B SANTO AMARO SAO PAULO 04795-000 BRAZIL |
| NORTEL NETWORKS UK LIMITED | ATTN: STEPHEN GALE HERBERT SMITH, EXCHAN PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| NORTEL NETWORKS UK LIMITED | NORTEL NETWORKS UK LIMITED RIYADH, SAUDI ARABIA – BRANCH OFFICE 18TH FLOOR, ABRAJ BUILDING, ULAYYAH STRE RIYADH 11683 SAUDI ARABIA |
| NORTEL NETWORKS UK LIMITED | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS UK LIMITED | MAIDENHEAD OFFICE PARK WESTACOTT WAY MAIDENHEAD BERKSHIRE SL6 3QH UNITED KINGDOM |
| NORTEL NETWORKS UK LIMITED | ATTN: MICHAEL LUSKIN HUGHES HUBBARD ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| NORTEL NETWORKS UK LIMITED | ATTN: JAMES L. PATTON, EDWIN J. HARRON YOUNG CONAWAY THE BRANDYWINE BLDG 1000 WEST STREET 17TH FLOOR WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY | (REPRESENTED BY J. SALMAS OF HEENAN IJN COVINGTON & BURLING LLP THE NEW YORK TIMES BUILDING, 620 EIGHTH NEW YORK NY 10018-1405 |

NORTEL
SERVICE LIST

| **Claim Name** | **Address Information** |
|---|---|

Total Creditor count  62

**EXHIBIT B**

| Entity Name | Street Address 1 | Street Address 2 | Email |
|---|---|---|---|
| The Unsecured Creditors Committee ("UCC") | Attn: Fred Hodara, David Botter, Brad Kahn | Akin, Gump, Strauss, Hauer & Feld, L | fhodara@akingump.com; rjacobs@akingump.com |
| The Unsecured Creditors Committee ("UCC") | Attn: Mark D Collins ,Christopher M Samis | Richards Layton & Finger | collins@rlf.com samis@rlf.com |
| The Bondholders' Committee | Attn: Albert A Pisa, Michael D Nolan | Milbank Tween Hadley & Mccloy LL | mnolan@milbank.com; apisa@milbank.com |
| The Bondholders' Committee | Attn: Laura Davis Jones,Timothy P Cairns | Pachulski Stang | ljones@pszjlaw.com; tcairns@pszjlaw.com |
| The Monitor | Attn: Jay Cargagnini | Goodmans LLP | jcarfagnini@goodmans.ca |
| The Monitor | Attn: Mary F Caloway ,PJ Duhig | Buchanan Ingersoll & Rooney PC | |
| The Joint Administrators | Attn: Derek JT Adler | Hughes Hubbard & Reed LLP | adler@hugheshubbard.com |
| The Joint Administrators | Attn: James L Patton,Edwin J Harron | Young Conaway | jpatton@ycst.com; eharron@ycst.com |
| The Canada-Only Creditors' Committee the "CCC" | Attn: Mark Zigler, Susan Philpott | Koskie Minsky LLP | sphilpott@kmlaw.ca; mzigler@kmlaw.ca |
| Bank of N.Y. Mellon (represented by S. Seigel of McMillan in Canada) | Attn: Michael J Riela , Robert J Rosenberg | Latham & Watkins LLP | michael.riela@lw.com; robert.rosenberg@lw.com |
| Law Debenture Trust Company of New York (represented by E. Lamek of BLG) | Attn: Edmond Lamek, | Borden Ladner Gervais | elamek@blg.com |
| Law Debenture Trust Company of New York (represented by E. Lamek of BLG) | Attn: Brett D Fallon , Carl N Kunz , Michael J Custer | Morris James LLP | bfallon@morrisjames.com; ckunz@morrisjames.com |
| Nortel Networks Global Corporation | Attn: Darya Shardina | Outsourcing Division BDO (Russia) | D.Shardina@bdo.ru |

**<u>Additional Email</u>**

jsalmas@heenan.ca

**EXHIBIT C**

| Entity Name | Street Address 1 | Street Address 2 | Fax |
|---|---|---|---|
| The Unsecured Creditors Committee ("UCC") | Attn: Fred Hodara, David Botter, Brad Kahn | Akin, Gump, Strauss, Hauer & Feld, LLP | 212-872-1002 |
| The Unsecured Creditors Committee ("UCC") | Attn: Mark D Collins ,Christopher M Samis | Richards Layton & Finger | 302-651-7701 |
| The Bondholders' Committee | Attn: Albert A Pisa, Michael D Nolan | Milbank Tween Hadley & Mccloy LLP | |
| The Bondholders' Committee | Attn: Laura Davis Jones,Timothy P Cairns | Pachulski Stang | 302-652-4400 |
| The Monitor | Attn: Jay Cargagnini | Goodmans LLP | 416-979-1234 |
| The Monitor | Attn: Mary F Caloway ,PJ Duhig | Buchanan Ingersoll & Rooney PC | 302-552-4295 |
| The Joint Administrators | Attn: Derek JT Adler | Hughes Hubbard & Reed LLP | 212-422-4726 |
| The Joint Administrators | Attn: James L Patton,Edwin J Harron | Young Conaway | 302-571-1253 |
| The Canada-Only Creditors' Committee the "CCC" | Attn: Mark Zigler, Susan Philpott | Koskie Minsky LLP | 416-595-2104 |
| Bank of N.Y. Mellon (represented by S. Seigel of McMillan in Canada) | Attn: Michael J Riela , Robert J Rosenberg | Latham & Watkins LLP | 212-751-4864 |
| Law Debenture Trust Company of New York (represented by E. Lamek of BLG) | Attn: Edmond Lamek, | Borden Ladner Gervais | |
| Law Debenture Trust Company of New York (represented by E. Lamek of BLG) | Attn: Brett D Fallon , Carl N Kunz , Michael J Custer | Morris James LLP | 302-571-1750 |
| Nortel Networks Global Corporation | Attn: Darya Shardina | Outsourcing Division BDO (Russia) | +7 (495) 787 8554 |