**<u>EXHIBIT 1</u>**

thcare Insurance

# orne **Healthcare Insurance**

kpulliam@nortel.com
Robert Horne Healthcare Insurance
Oct 29, 2009 4:18 PM

scussed on the phone today, I am faxing to you the Change Request Form sent to me on August
2009, wherein I am Dropping my, and my wife's, Healthcare Suplemental Coverage, effective
mber 1, 2009. November 1 is the date that my wife goes on Medicare ███████████████

█████████████████████████████████████████████████████

█████████████, and I understand from ██████ that they have been in touch with you to
linate the benefits.

scussed, I will not take any action to prevent the automatic monthly debit from my bank
nt in November, as this could possibly damage my standing with the insurance companies.
er, I appreciate your offer to ensure that this money is returned to me.

, I am disappointed that I have found it necessary to do this. It is disapppointing to me
a retiree, age 71, who has been on retirement for close to a decade, should find that the
h insurance that I can obtain through Medicare and independent, reputable, supplemental
h coverage can be done significantly cheaper than the 2009 charge by Nortel, for a retiree
am that does not appear to cover as much as the ███████████████ plan (the remaining 20%
e $7,500 costs after the $200 deductible). Furthermore, the indicated large increases for
from Nortel appear to make the discrepency even larger.

you for helping me get through this process

ishes,

: Horne