**<u>EXHIBIT 2</u>**



Nortel Networks Inc.
200 Athens Way
Nashville, Tennessee 37228
**Tel**   615-432-4298
**Fax**   615-432-5901

www.nortelnetworks.com

**Ruth A. Hillis**
Senior Benefits Counsel

**SENT VIA CERTIFIED MAIL**

February 16, 2001

Robert Horne
█████████████████

Dear Mr. Horne:

The Nortel Networks Inc.'s Employee Benefits Committee (the "Committee") met recently to consider your appeal requesting your retiree medical plan coverage be granted at rates that apply to employees with ten (10) years of service. After consideration, the Committee regrets to inform you that they have denied your appeal.

You indicate in your December 3, 2000, letter to the Committee that one of the clauses in your employment contract was that you would be given two years of vesting service for every year worked. You have been unable to locate the contract. However, Nortel's records indicate that the doubling of service was promised only with respect to the "ex gratia" pension benefit. Your Nortel service records indicate 2 different service totals—NNI Service = 5 years; NNI Service-SPC=10 years. The NNI Service-SPC (special pension calculation) is defined as "ex gratia service."

Ex gratia is defined as a favor [of the Company] and not by legal right. Those terms/provisions are provided under a "non-qualified plan". The difference between a non-qualified plan and a qualified Plan is that a qualified plan has been approved by the Internal Revenue Service and is regulated by a federal law, the Employee Retirement Income Security Act of 1974 ("ERISA") which requires that benefits be paid in accordance with their written terms.

The Retiree Medical Plan states that calculations of retiree medical benefit plan service are determined under the service provisions of the Nortel Networks Retirement Income Plan. Both the Retiree Medical Plan and the Retirement Income Plan are employee pension benefit plans that are established and communicated in writing. The same provisions apply to all participants. Neither the Committee nor any other entity responsible for administration of the plans has discretion to grant exceptions from the written terms of the Plans for the reasons you have suggested—including promises related to ex gratia provisions.

*How the world shares ideas.*

Mr. Robert Horne
Page 2

In the case of your appeal, when calculating the retiree medical plan benefits, the ex gratia provision of giving you two years of service for every one year worked is contrary to the specific written provisions of the Nortel Networks Retirement Income Plan:

> 1.47.    Year of Service means with respect to a Member, a Plan Year in which that Member has at least one thousand (1,000) Hours of Service. No more than one (1) Year of Service shall be credited to a Member per Plan Year.

Based on the guidelines set forth above, the Committee cannot grant you an exception. As to your reference to your appeal setting a precedent: the Company has had many retirees who retired with the same ex-gratia provisions as you indicate are in your employment contract. Their retiree medical plan premiums were based on the actual hours of service and not by their ex-gratia service.

No further administrative appeals are available from this decision by the Employee Benefits Committee.

Sincerely,

Ruth Hillis
Senior Benefits Counsel
(Acting as legal counsel to the Employee Benefits Committee)

cc:    Employee Benefits Committee
       Bobbie Hall, Employee Services
       Daniel Ray, Corporate Benefits Dept.