**EXHIBIT 3**

Northern Telecom Inc.
4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709-3010
Dept. 1094 YRK



April 2, 2001

To:         Robert Horne

From:       NORTEL - US Info Center - Pension Services

Subject:    Northern Telecom Inc. Retirement Plan for Employees
            Summary of Retirement Benefits

The purpose of this letter is to summarize your recent retirement elections. If you have questions or find that the information in the letter is incorrect in any way, please <u>immediately</u> notify the Northern Telecom Inc. US Info Center, Pension Services at: 1-800-676-4636.

**Social Security Number:**

**Date of Retirement:**

**Retiree Election: Lump sum in amount of**

**Non Qualified Excess:**
(See enclosed final calculation)

**Life Insurance:** Not available option

**Retiree Medical Plan**
As an ancillary retirement benefit, Northern Telecom Inc. extends medical plan coverage to retirees and their eligible dependents if the Retiree meets all eligibility requirements. Coverage is provided by our vendor CIGNA for participants under age 65 and the CIGNA Supplemental Plan for participants age 65 or more provided they are enrolled in Medicare Parts A & B. Medicare is the primary insurer as of age 65. **No dental, vision or hearing coverage is provided.** Rates and coverages may change by the sole discretion of Northern Telecom Inc.
   **Your Coverage Status is:**
   **Your Monthly Cost is:**

You may submit your payment on a monthly, quarterly, semi-annual or annual basis. It would be most helpful if you would put what time period you are paying for on your check along with your Social Security number. In order for your check to reach us quickly and directly, please send to the following address:

**BENEFITS BILLING SERVICE
P O Box 534011
St. Petersburg, FL 33747**

Retiree medical cards will be mailed from Cigna. Please contact Cigna at 800/257-2702 if you do not receive your cards. Please contact Merk/Medco at 800-711-3460 for mail-in drug prescription forms. The US Info Center at 800-676-4636 can assist you with general pension questions and provide forms including federal tax withholding, direct deposit, address change and insurance claim forms. The US Info Center is open business days from 8:00 am to 6:30 PM EST.