**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



Interim (S)

VAT Invoice Date: **28 March 2013**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **345593**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---:|---:|---:|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 64,787.00 |
| For the period to 28 February 2013, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 1,211.58 |
| **Disbursements:** (NT) | | | |
| Hotel and Related Expenses | 0.00 | 0.00 | 2,523.51 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 270.43 |
|  | 0.00 | | 68,792.52 |
|  | | VAT | 0.00 |
|  | | Total | 68,792.52 |
|  | | **Balance Due** | **68,792.52** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**

NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 345593 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

Ashurst LLP

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 28/02/2013

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.30 | 210.00 | (C0007) |
|  |  | 0.30 | 210.00 | (C0012) |
|  |  | 0.70 | 490.00 | (C0019) |
|  |  | 0.20 | 140.00 | (C0031) |
|  |  | **1.50** | **1,050.00** |  |
| Partner: | Marcus Fink | 8.30 | 5,395.00 | (C0019) |
|  |  | **8.30** | **5,395.00** |  |
| Partner: | Angela Pearson | 7.10 | 4,792.50 | (C0019) |
|  |  | 2.20 | 1,485.00 | (C0031) |
|  |  | **9.30** | **6,277.50** |  |
| Partner: | Steven Hull | 0.30 | 202.50 | (C0019) |
|  |  | **0.30** | **202.50** |  |
| Senior Associate | Antonia Croke | 2.30 | 1,058.00 | (C0007) |
|  |  | 21.60 | 9,936.00 | (C0012) |
|  |  | 24.20 | 11,132.00 | (C0019) |
|  |  | 4.10 | 1,886.00 | (C0031) |
|  |  | **52.20** | **24,012.00** |  |
| Associate | Andy Wright | 31.10 | 12,284.50 | (C0019) |
|  |  | **31.10** | **12,284.50** |  |
| Junior Associate | Lindsey Roberts | 7.00 | 2,205.00 | (C0003) |
|  |  | 6.10 | 1,921.50 | (C0012) |
|  |  | 6.60 | 2,079.00 | (C0019) |
|  |  | 1.20 | 378.00 | (C0031) |
|  |  | **20.90** | **6,583.50** |  |
| Junior Associate | Sophie Law | 3.50 | 1,015.00 | (C0007) |
|  |  | 1.80 | 522.00 | (C0012) |
|  |  | 20.30 | 5,887.00 | (C0019) |
|  |  | 1.80 | 522.00 | (C0031) |
|  |  | **27.40** | **7,946.00** |  |
| Trainee | Dominic Boon | 1.60 | 296.00 | (C0007) |
|  |  | 3.40 | 629.00 | (C0012) |
|  |  | 0.60 | 111.00 | (C0019) |
|  |  | **5.60** | **1,036.00** |  |
|  | **TOTAL** | **156.60** | **64,787.00** |  |



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 28/02/2013

**Matter: CCN01.00001 - BANKRUPTCY**

**C0003    Ashurst Fee Application/Monthly Billing Reports**

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|
| **Junior Associate** | | | |
| LROBER   Lindsey Roberts | 7.00 | 315.00 | 2,205.00 |
| | | Total | 2,205.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/02/2013 | Lindsey Roberts | INTD | Email to S Gibson re: fee estimate | 0.10 | 315.00 | 31.50 |
| 06/02/2013 | Lindsey Roberts | LETT | Email to B Kahn re: fee estimate | 0.10 | 315.00 | 31.50 |
| 12/02/2013 | Lindsey Roberts | LETT | Email to S Gibson re: draft invoice | 0.10 | 315.00 | 31.50 |
| 17/02/2013 | Lindsey Roberts | LETT | Amending monthly invoice | 0.70 | 315.00 | 220.50 |
| 20/02/2013 | Lindsey Roberts | LETT | Emails Brad re: billing query | 0.10 | 315.00 | 31.50 |
| 20/02/2013 | Lindsey Roberts | DRFT | Amending monthly invoice | 0.90 | 315.00 | 283.50 |
| 20/02/2013 | Lindsey Roberts | DRFT | Drafting monthly fee application | 1.10 | 315.00 | 346.50 |
| 22/02/2013 | Lindsey Roberts | LETT | Queries re fees and billing | 0.40 | 315.00 | 126.00 |
| 25/02/2013 | Lindsey Roberts | DRFT | Amending monthly invoice | 0.70 | 315.00 | 220.50 |
| 26/02/2013 | Lindsey Roberts | INTD | Email to S Gibson re: invoice | 0.10 | 315.00 | 31.50 |
| 27/02/2013 | Lindsey Roberts | DRFT | Drafting monthly fee applications | 0.80 | 315.00 | 252.00 |
| 28/02/2013 | Lindsey Roberts | INTD | Discussion with S Gibson re: amends to invoice | 0.20 | 315.00 | 63.00 |
| 28/02/2013 | Lindsey Roberts | DRFT | Drafting monthly fee application | 1.40 | 315.00 | 441.00 |
| 28/02/2013 | Lindsey Roberts | LETT | Finalising monthly fee application and email to B Kahn re: the same | 0.30 | 315.00 | 94.50 |

2,205.00

**Matter: CCN01.00001 - BANKRUPTCY**

### C0007      Creditors Committee Meetings

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.30 | 700.00 | 210.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.30 | 460.00 | 1,058.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 3.50 | 290.00 | 1,015.00 |
| **Trainee** | | | | |
| DBOON | Dominic Boon | 1.60 | 185.00 | 296.00 |
| | | | Total | 2,579.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 04/02/2013 | Antonia Croke | ATTD | Attend UCC call | 0.50 | 460.00 | 230.00 |
| 06/02/2013 | Dominic Boon | ATTD | Attending UCC call regarding UK pension issues and the timetabling of proceedings | 1.60 | 185.00 | 296.00 |
| 07/02/2013 | Sophie Law | PHON | Conf call with UCC re court schedule | 0.80 | 290.00 | 232.00 |
| 14/02/2013 | Antonia Croke | PHON | Attend UCC call | 0.40 | 460.00 | 184.00 |
| 14/02/2013 | Giles Boothman | ATTD | Committee update call | 0.30 | 700.00 | 210.00 |
| 14/02/2013 | Sophie Law | PHON | Committee call | 0.60 | 290.00 | 174.00 |
| 21/02/2013 | Antonia Croke | PHON | UCC Call | 0.40 | 460.00 | 184.00 |
| 21/02/2013 | Sophie Law | PHON | Committee call | 0.60 | 290.00 | 174.00 |
| 28/02/2013 | Antonia Croke | PHON | UCC call | 1.00 | 460.00 | 460.00 |
| 28/02/2013 | Sophie Law | PHON | Prep for committee call; UCC committee call | 1.50 | 290.00 | 435.00 |

                                                           2,579.00

**Matter: CCN01.00001 - BANKRUPTCY**

### C0012        General Claims Analysis/Claims Objections

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.30 | 700.00 | 210.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 21.60 | 460.00 | 9,936.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 6.10 | 315.00 | 1,921.50 |
| SLAW | Sophie Law | 1.80 | 290.00 | 522.00 |
| **Trainee** | | | | |
| DBOON | Dominic Boon | 3.40 | 185.00 | 629.00 |
| | | | Total | **13,218.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0012      General Claims Analysis/Claims Objections

|  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2013 | Dominic Boon | DRFT | Producing a memorandum showing the administrative fees for arbitration under different sets of arbitration rules | 3.40 | 185.00 | 629.00 |
| 05/02/2013 | Antonia Croke | READ | Consider updates re US and Canadian Ct orders | 0.50 | 460.00 | 230.00 |
| 05/02/2013 | Antonia Croke | INTD | Discussion with LROBER and DBOON | 0.50 | 460.00 | 230.00 |
| 05/02/2013 | Antonia Croke | DRFT | Review and draft amends to summary of arbitration rules | 1.60 | 460.00 | 736.00 |
| 05/02/2013 | Lindsey Roberts | INTD | Discussion with DBOON and ACROKE | 0.50 | 315.00 | 157.50 |
| 06/02/2013 | Antonia Croke | DRFT | Review and draft amends to summary of arbitration rules (continuing); draft email to Akin re same | 2.10 | 460.00 | 966.00 |
| 06/02/2013 | Lindsey Roberts | MISC | Collate EMEA claim documents and review | 0.20 | 315.00 | 63.00 |
| 07/02/2013 | Antonia Croke | DRFT | Review draft Court submission and timetable for claims | 0.60 | 460.00 | 276.00 |
| 07/02/2013 | Sophie Law | LETT | Email in from AG with draft schedule for court hearing, read; emails LROBER, ACROKE re call | 0.40 | 290.00 | 116.00 |
| 08/02/2013 | Antonia Croke | READ | Review draft UCC submission | 0.20 | 460.00 | 92.00 |
| 08/02/2013 | Antonia Croke | READ | Consider emails re: draft UCC submission | 0.60 | 460.00 | 276.00 |
| 08/02/2013 | Antonia Croke | READ | Consider emails re: parties; submission to the Courts | 0.50 | 460.00 | 230.00 |
| 08/02/2013 | Antonia Croke | READ | Review submissions/issues list submitted by all Nortel parties to the US and Canadian Courts | 1.80 | 460.00 | 828.00 |
| 09/02/2013 | Lindsey Roberts | LETT | Review of Issue and Scheduling Statements (US, EMEA and Canada) | 0.60 | 315.00 | 189.00 |
| 11/02/2013 | Antonia Croke | READ | Consider issues statements submitted to the US and Canadian Courts (continuing) | 0.50 | 460.00 | 230.00 |
| 11/02/2013 | Antonia Croke | READ | Review summary table of issues statements filed in the US and Canadian Courts | 0.70 | 460.00 | 322.00 |
| 11/02/2013 | Giles Boothman | READ | Read emails re issues statement | 0.30 | 700.00 | 210.00 |
| 11/02/2013 | Lindsey Roberts | MISC | Preparation of bundle of statement of issue/timetable | 0.50 | 315.00 | 157.50 |
| 12/02/2013 | Antonia Croke | READ | Review draft of US Debtors objection to ad hoc committee of Canelees motion to allow filing of late claims | 0.80 | 460.00 | 368.00 |
| 12/02/2013 | Lindsey Roberts | READ | Review of Debtors' draft motion re: late filed claims | 0.40 | 315.00 | 126.00 |
| 12/02/2013 | Sophie Law | MISC | Read emails in re late filed claims; intd LROBER re bundle of issues statements, compile bundle, index, to repro | 1.40 | 290.00 | 406.00 |
| 14/02/2013 | Antonia Croke | READ | Review UCC draft joinder to debtor's objection; consider emails re: same | 0.50 | 460.00 | 230.00 |
| 14/02/2013 | Antonia Croke | READ | Review US and Canadian schedule order and emails re: same | 0.50 | 460.00 | 230.00 |
| 14/02/2013 | Antonia Croke | READ | Review revised joinder submission | 0.20 | 460.00 | 92.00 |
| 14/02/2013 | Antonia Croke | LETT | Emails re: allocation hearing | 0.10 | 460.00 | 46.00 |
| 14/02/2013 | Lindsey Roberts | READ | Review of emails re: allocation hearing | 0.10 | 315.00 | 31.50 |
| 15/02/2013 | Antonia Croke | READ | Review EMEA dates | 0.10 | 460.00 | 46.00 |
| 18/02/2013 | Antonia Croke | READ | Review transcript of June 7 2011 hearing for submission | 2.80 | 460.00 | 1,288.00 |
| 19/02/2013 | Antonia Croke | READ | Review Gross J order re March 7 hearing and emails re same | 0.30 | 460.00 | 138.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0012      General Claims Analysis/Claims Objections

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 20/02/2013 | Lindsey Roberts | READ | Review of transcript of June 7 2011 hearing for March 7 allocation hearing (initial review) | 2.40 | 315.00 | 756.00 |
| 21/02/2013 | Antonia Croke | READ | Review UCC Agenda and BH's Joinder to US Debtors Objection to Canadian late filed claims | 0.50 | 460.00 | 230.00 |
| 26/02/2013 | Antonia Croke | READ | Review Draft Supplemental submission of the US debtors | 0.90 | 460.00 | 414.00 |
| 26/02/2013 | Antonia Croke | INTD | Discussion with AMP | 0.10 | 460.00 | 46.00 |
| 26/02/2013 | Antonia Croke | READ | Review transcript of June 7 2011 hearing for March 7 allocation hearing(continuing) | 2.60 | 460.00 | 1,196.00 |
| 26/02/2013 | Lindsey Roberts | READ | Review of Nortel motion | 0.50 | 315.00 | 157.50 |
| 27/02/2013 | Lindsey Roberts | READ | Review of supplemental submissions | 0.50 | 315.00 | 157.50 |
| 28/02/2013 | Antonia Croke | INTD | Emails SLAW | 0.40 | 460.00 | 184.00 |
| 28/02/2013 | Antonia Croke | READ | Review revised Allocation protocol, supplemental submission and schedule; email re: same | 1.90 | 460.00 | 874.00 |
| 28/02/2013 | Antonia Croke | LETT | Emails re submissions | 0.30 | 460.00 | 138.00 |
| 28/02/2013 | Lindsey Roberts | READ | Review of emails re: supplemental submission | 0.40 | 315.00 | 126.00 |

                                                                         **13,218.50**

**Matter: CCN01.00001 - BANKRUPTCY**

### C0019    Labor Issues/Employee Benefits

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 7.10 | 675.00 | 4,792.50 |
| GDB | Giles Boothman | 0.70 | 700.00 | 490.00 |
| MDF | Marcus Fink | 8.30 | 650.00 | 5,395.00 |
| SEH | Steven Hull | 0.30 | 675.00 | 202.50 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 24.20 | 460.00 | 11,132.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 31.10 | 395.00 | 12,284.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 6.60 | 315.00 | 2,079.00 |
| SLAW | Sophie Law | 20.30 | 290.00 | 5,887.00 |
| **Trainee** | | | | |
| DBOON | Dominic Boon | 0.60 | 185.00 | 111.00 |
| | | | Total | 42,373.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0019        Labor Issues/Employee Benefits

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2013 | Antonia Croke | LETT | Emails Abid and AMP/MFINK re lit call | 0.80 | 460.00 | 368.00 |
| 01/02/2013 | Andy Wright | LETT | Considering roadmap re. proof of claim | 0.50 | 395.00 | 197.50 |
| 01/02/2013 | Angela Pearson | LETT | Email re: conference call/road map | 0.50 | 675.00 | 337.50 |
| 01/02/2013 | Marcus Fink | LETT | Discussing next steps re investigating TPR/UK Pension Parties Claims internally and setting time for call with Akin re the same | 0.40 | 650.00 | 260.00 |
| 02/02/2013 | Lindsey Roberts | LETT | Emails re call discuss scheduling issues | 0.10 | 315.00 | 31.50 |
| 04/02/2013 | Antonia Croke | LETT | Emails re roadmap path | 0.40 | 460.00 | 184.00 |
| 04/02/2013 | Andy Wright | LETT | Amending draft roadmap | 2.00 | 395.00 | 790.00 |
| 04/02/2013 | Angela Pearson | READ | Review comments on note by pensions | 2.50 | 675.00 | 1,687.50 |
| 04/02/2013 | Angela Pearson | LETT | Email to Pensions team | 0.30 | 675.00 | 202.50 |
| 04/02/2013 | Giles Boothman | READ | Emails and docs | 0.40 | 700.00 | 280.00 |
| 04/02/2013 | Lindsey Roberts | READ | Review emails re pension | 0.20 | 315.00 | 63.00 |
| 04/02/2013 | Marcus Fink | LETT | Review and amend roadmap document - consult proof of claim re the same and discuss with ACW | 1.10 | 650.00 | 715.00 |
| 04/02/2013 | Sophie Law | LETT | Emails ACROKE re call | 0.30 | 290.00 | 87.00 |
| 05/02/2013 | Antonia Croke | INTD | Discussion with AMP | 0.10 | 460.00 | 46.00 |
| 05/02/2013 | Antonia Croke | DRFT | Review updated draft note re UK pension parties; draft amends; emails re same | 0.90 | 460.00 | 414.00 |
| 05/02/2013 | Antonia Croke | READ | Review email and memo re motion by Canadian employees terminated pre petition | 0.50 | 460.00 | 230.00 |
| 05/02/2013 | Antonia Croke | INTD | Confer SLAW re US proceedings | 0.40 | 460.00 | 184.00 |
| 05/02/2013 | Andy Wright | LETT | Amendments to note on Proof of Claim and actions to refute arguments | 4.20 | 395.00 | 1,659.00 |
| 05/02/2013 | Angela Pearson | DRFT | Review revised draft of road map | 0.50 | 675.00 | 337.50 |
| 05/02/2013 | Angela Pearson | READ | Review emails and discussion with ACROKE | 0.20 | 675.00 | 135.00 |
| 05/02/2013 | Sophie Law | MISC | Intd ACROKE re workstreams; collation of all US court documents re NNUK claims against NNI and UK Pension Party claims against NNI, drft index, create timeline of documents/events | 2.50 | 290.00 | 725.00 |
| 06/02/2013 | Antonia Croke | DRFT | Review and draft amends to UK pension note; emails re: same | 1.40 | 460.00 | 644.00 |
| 06/02/2013 | Antonia Croke | ATTD | Telephone conversation with Akin and Capstone re: UK pensions; post conversation with AMP | 1.80 | 460.00 | 828.00 |
| 06/02/2013 | Antonia Croke | LETT | Emails re: LCP | 0.10 | 460.00 | 46.00 |
| 06/02/2013 | Antonia Croke | INTD | Discussion/emails SLAW | 0.20 | 460.00 | 92.00 |
| 06/02/2013 | Antonia Croke | LETT | Emails AMP | 0.10 | 460.00 | 46.00 |
| 06/02/2013 | Antonia Croke | INTD | Emails A Wright | 0.10 | 460.00 | 46.00 |
| 06/02/2013 | Antonia Croke | LETT | Emails re: 2004 pensions document | 0.10 | 460.00 | 46.00 |
| 06/02/2013 | Antonia Croke | INTD | Discussion with AMP | 0.10 | 460.00 | 46.00 |
| 06/02/2013 | Antonia Croke | INTD | Emails SLAW | 0.10 | 460.00 | 46.00 |
| 06/02/2013 | Andy Wright | LETT | Reviewing amended arguments re. proof of claim; preparing for and attending conference call re. proof of claim and next steps | 3.00 | 395.00 | 1,185.00 |
| 06/02/2013 | Angela Pearson | READ | Review current pension document | 0.50 | 675.00 | 337.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

| **C0019** | **Labor Issues/Employee Benefits** | | | | | |
|---|---|---|---|---|---|---|
| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| 06/02/2013 | Angela Pearson | PREP | Prepare for conference call | 0.30 | 675.00 | 202.50 |
| 06/02/2013 | Angela Pearson | PHON | Conference call with Akin | 1.50 | 675.00 | 1,012.50 |
| 06/02/2013 | Angela Pearson | INTD | De-brief after conference call | 0.30 | 675.00 | 202.50 |
| 06/02/2013 | Dominic Boon | MISC | Preparation for the Nortel call re. pension matters | 0.60 | 185.00 | 111.00 |
| 06/02/2013 | Lindsey Roberts | READ | Review of pension plan in preparation for call (together with pleadings) | 1.60 | 315.00 | 504.00 |
| 06/02/2013 | Lindsey Roberts | ATTD | Telephone conversation re: pension issues and timetable (and following discussion with AMP and SLAW) | 2.20 | 315.00 | 693.00 |
| 06/02/2013 | Lindsey Roberts | READ | Review emails of Pensions plan | 0.20 | 315.00 | 63.00 |
| 06/02/2013 | Marcus Fink | LETT | Review roadmap document in preparation for call with Akin. Participate and lead call with Akin on the roadmap and discuss next steps with Ashurst team. Review exhibits to UK Pensions Regulator warning notice to determine level of information required to valid UK Pension Parties' claims | 4.10 | 650.00 | 2,665.00 |
| 06/02/2013 | Sophie Law | ATTD | Call with Ashurst London DR & Pensions teams, Akin Gump re UK Pensions claims, next steps, trial timetable; post-call discussions | 2.30 | 290.00 | 667.00 |
| 06/02/2013 | Sophie Law | MISC | Search US Court docs website for all court docs for EMEA/NNI claims and UK Pensions/NNI claims; compile files, indices re same | 4.90 | 290.00 | 1,421.00 |
| 06/02/2013 | Sophie Law | MISC | Emails from Akin team post-call attaching various pensions docs; email ACROKE re file of same | 0.30 | 290.00 | 87.00 |
| 07/02/2013 | Antonia Croke | INTD | Discussion with SLAW re documents | 0.30 | 460.00 | 138.00 |
| 07/02/2013 | Antonia Croke | READ | Review NNUK proof of claim pleading | 2.60 | 460.00 | 1,196.00 |
| 07/02/2013 | Andy Wright | LETT | Reviewing pension law (Richard Hitchcock and Robert Ham QC) expert declaration; reviewing exhibits to warning notice (witness statements of Nigel Reese and Gareth Pugh and attachments) | 3.90 | 395.00 | 1,540.50 |
| 07/02/2013 | Marcus Fink | MISC | Review exhibits to warning notice | 0.90 | 650.00 | 585.00 |
| 07/02/2013 | Sophie Law | MISC | Email in from AG re historic pensions expert docs, compile bundle and index thereof for SLAW and ACROKE | 0.50 | 290.00 | 145.00 |
| 07/02/2013 | Sophie Law | INTD | Intd ACROKE re documents | 0.30 | 290.00 | 87.00 |
| 07/02/2013 | Sophie Law | READ | Read UK Pensions Proof of Claim and historic pensions documents | 5.00 | 290.00 | 1,450.00 |
| 08/02/2013 | Andy Wright | LETT | Reviewing warning notice witness statements and exhibits; drafting commentary table; internal email correspondence | 4.20 | 395.00 | 1,659.00 |
| 08/02/2013 | Marcus Fink | MISC | Further view of exhibits to Warning Notice - including Lovells' 2003 advise in to NNUK in relation to UK pension scheme obligations and discussing same with ACW. Review ACW table of documents reviewed template | 1.80 | 650.00 | 1,170.00 |
| 09/02/2013 | Andy Wright | READ | Reviewing witness statement bundle to warning notice | 3.00 | 395.00 | 1,185.00 |
| 09/02/2013 | Lindsey Roberts | LETT | Review of emails re pensions documents from motion to enforce stay | 0.40 | 315.00 | 126.00 |
| 09/02/2013 | Lindsey Roberts | LETT | Reading Pension Pleadings (initial review) | 1.60 | 315.00 | 504.00 |
| 11/02/2013 | Antonia Croke | READ | Review emails re: late filed claims motion | 0.40 | 460.00 | 184.00 |
| 11/02/2013 | Andy Wright | LETT | Reviewing witness statements and exhibits to warning notice | 0.70 | 395.00 | 276.50 |
| 12/02/2013 | Antonia Croke | READ | Review NNUK proof of claim (continuing) | 3.80 | 460.00 | 1,748.00 |
| 12/02/2013 | Andy Wright | LETT | Reviewing witness statements and exhibits to warning notice; drafting commentary table | 2.20 | 395.00 | 869.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0019**     **Labor Issues/Employee Benefits**

| Date | Name | Code | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 12/02/2013 | Sophie Law | READ | Read UK pension party proof of claim + relevant historic docs | 2.00 | 290.00 | 580.00 |
| 13/02/2013 | Andy Wright | LETT | Reviewing witness statements and exhibits; updating commentary | 3.60 | 395.00 | 1,422.00 |
| 14/02/2013 | Antonia Croke | READ | Review NNUK pension parties proof of claim (continuing) | 1.80 | 460.00 | 828.00 |
| 14/02/2013 | Antonia Croke | READ | Consider updated scheduling order | 0.10 | 460.00 | 46.00 |
| 14/02/2013 | Andy Wright | LETT | Reviewing witness statements and exhibits to warning notice and updating commentary table | 1.30 | 395.00 | 513.50 |
| 18/02/2013 | Andy Wright | LETT | Reviewing witness statements; updating commentary table | 2.00 | 395.00 | 790.00 |
| 19/02/2013 | Antonia Croke | LETT | Emails re: TPR | 0.10 | 460.00 | 46.00 |
| 19/02/2013 | Antonia Croke | PHON | Nortel Professionals call re: supplemental submission | 0.60 | 460.00 | 276.00 |
| 19/02/2013 | Antonia Croke | INTD | Emails SLAW | 0.20 | 460.00 | 92.00 |
| 21/02/2013 | Antonia Croke | READ | Review transcript for 2011 hearing | 0.50 | 460.00 | 230.00 |
| 22/02/2013 | Antonia Croke | INTD | Emails AMP re: work streams | 0.40 | 460.00 | 184.00 |
| 22/02/2013 | Antonia Croke | LETT | Emails re: Bloom -v- TPR hearing | 0.40 | 460.00 | 184.00 |
| 22/02/2013 | Antonia Croke | READ | Review NNUK proof of claim and supporting documents (continuing) | 1.70 | 460.00 | 782.00 |
| 22/02/2013 | Angela Pearson | INTD | Emails to ACROKE | 0.50 | 675.00 | 337.50 |
| 22/02/2013 | Giles Boothman | SUPE | Antonia Croke Re: RE: Nortel: Bloom & Ors v The Pensions Regulator & Ors, Re: the Nortel Networks UK Pension Plan; Lomas & Ors v the Pension Regulator & Ors, Re: the Lehman Brothers Pension Scheme | 0.30 | 700.00 | 210.00 |
| 22/02/2013 | Steven Hull | LETT | Review Giles Boothman, Antonia Croke and Angela Pearson and David Botter e-mail correspondence regarding attendance at Court to hear Supreme Court hearing in respect of FSD priority in administration. | 0.30 | 675.00 | 202.50 |
| 25/02/2013 | Lindsey Roberts | READ | Emails re: Pensions hearing | 0.20 | 315.00 | 63.00 |
| 27/02/2013 | Antonia Croke | INTD | Discussion with AWRIGH re: pensions | 0.50 | 460.00 | 230.00 |
| 27/02/2013 | Antonia Croke | INTD | Emails SLAW | 0.10 | 460.00 | 46.00 |
| 27/02/2013 | Antonia Croke | LETT | Emails B Kahn and LROBER | 0.40 | 460.00 | 184.00 |
| 27/02/2013 | Andy Wright | INTD | Internal discussion with Antonia Croke re. proof of claim and exhibits to warning notice | 0.50 | 395.00 | 197.50 |
| 28/02/2013 | Antonia Croke | READ | Review email re: Navigant exports and CVs | 0.50 | 460.00 | 230.00 |
| 28/02/2013 | Antonia Croke | PREP | Review materials on UK pensions hearings; prepare presentation for UCC call | 2.60 | 460.00 | 1,196.00 |
| 28/02/2013 | Antonia Croke | INTD | Discussion with LROBER | 0.10 | 460.00 | 46.00 |
| 28/02/2013 | Lindsey Roberts | INTD | Discussion with ACROKE | 0.10 | 315.00 | 31.50 |
| 28/02/2013 | Sophie Law | MISC | Collate Ashurst UK pension advice briefings, email to ACROKE; rsch re press coverage of May 2013 supreme court hearing; | 2.20 | 290.00 | 638.00 |

                                          **42,373.50**

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0031**</u>     <u>**European Proceedings/Matters**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.20 | 675.00 | 1,485.00 |
| GDB | Giles Boothman | 0.20 | 700.00 | 140.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 4.10 | 460.00 | 1,886.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.20 | 315.00 | 378.00 |
| SLAW | Sophie Law | 1.80 | 290.00 | 522.00 |
| | | | Total | **4,411.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0031      European Proceedings/Matters

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/02/2013 | Antonia Croke | INTD | Confer LROBER and then SLAW | 0.20 | 460.00 | 92.00 |
| 06/02/2013 | Lindsey Roberts | READ | Review of emails re: Canadian Order | 0.20 | 315.00 | 63.00 |
| 07/02/2013 | Antonia Croke | READ | Consider emails re: statement of issues and UCC call | 0.30 | 460.00 | 138.00 |
| 07/02/2013 | Antonia Croke | LETT | Emails re: UCC call | 0.20 | 460.00 | 92.00 |
| 07/02/2013 | Antonia Croke | INTD | Emails SLAW | 0.10 | 460.00 | 46.00 |
| 07/02/2013 | Antonia Croke | PHON | Telephone conversation re: UCC call | 0.70 | 460.00 | 322.00 |
| 08/02/2013 | Lindsey Roberts | INTD | Discussion with SLAW re: UCC call | 0.30 | 315.00 | 94.50 |
| 13/02/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 13/02/2013 | Lindsey Roberts | READ | Review of emails | 0.30 | 315.00 | 94.50 |
| 13/02/2013 | Sophie Law | READ | Read emails in re joinder to debtors objection to late claims | 0.20 | 290.00 | 58.00 |
| 14/02/2013 | Antonia Croke | READ | Consider update re: LTD | 0.20 | 460.00 | 92.00 |
| 14/02/2013 | Antonia Croke | READ | Consider Wilmington Trust issues submissions | 0.20 | 460.00 | 92.00 |
| 14/02/2013 | Antonia Croke | READ | Consider UCC agenda | 0.10 | 460.00 | 46.00 |
| 14/02/2013 | Antonia Croke | PHON | Attend Professionals call | 0.30 | 460.00 | 138.00 |
| 14/02/2013 | Antonia Croke | INTD | Emails SLAW | 0.10 | 460.00 | 46.00 |
| 14/02/2013 | Antonia Croke | LETT | Emails re: professionals call | 0.10 | 460.00 | 46.00 |
| 14/02/2013 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 19/02/2013 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 19/02/2013 | Giles Boothman | READ | Emails and call | 0.20 | 700.00 | 140.00 |
| 19/02/2013 | Sophie Law | PHON | Call with Akin and advisors re submissions for court hearing on 7 March | 0.60 | 290.00 | 174.00 |
| 20/02/2013 | Angela Pearson | READ | Review emails | 0.20 | 675.00 | 135.00 |
| 20/02/2013 | Angela Pearson | READ | Review emails | 0.20 | 675.00 | 135.00 |
| 20/02/2013 | Lindsey Roberts | INTD | Discussion with ACROKE re: UCC call | 0.20 | 315.00 | 63.00 |
| 22/02/2013 | Angela Pearson | READ | Review emails | 0.20 | 675.00 | 135.00 |
| 25/02/2013 | Antonia Croke | LETT | Emails re: draft US submissions | 0.10 | 460.00 | 46.00 |
| 25/02/2013 | Angela Pearson | READ | Review emails/submission | 0.50 | 675.00 | 337.50 |
| 27/02/2013 | Antonia Croke | READ | Review email and updated supplemental sub of debtors | 0.40 | 460.00 | 184.00 |
| 27/02/2013 | Antonia Croke | READ | Review UCC agenda | 0.10 | 460.00 | 46.00 |
| 27/02/2013 | Antonia Croke | LETT | Emails re: Professionals call | 0.30 | 460.00 | 138.00 |
| 27/02/2013 | Antonia Croke | READ | Consider Agenda for Profs call | 0.10 | 460.00 | 46.00 |
| 27/02/2013 | Antonia Croke | ATTD | Attend UCC Professionals call | 0.60 | 460.00 | 276.00 |
| 27/02/2013 | Lindsey Roberts | LETT | Emails to/from B Kahn re: UCC call | 0.20 | 315.00 | 63.00 |
| 27/02/2013 | Sophie Law | READ | Read Cleary draft paper in prep for call | 0.50 | 290.00 | 145.00 |
| 27/02/2013 | Sophie Law | PHON | UCC professionals call | 0.50 | 290.00 | 145.00 |

                                                                                         **4,411.00**