## Exhibit C

### DISBURSEMENT SUMMARY
### FEBRUARY 01, 2013 THROUGH FEBRUARY 28, 2013

| Document Production | £1,211.58 |
|---|---:|
| Travel – Ground Transportation | £84.82 |
| Hotels | £2,523.51 |
| Meals | £73.39 |
| Incidental Expenses | £112.22 |
| **TOTAL** | **£4,005.52** |