**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production**   1,211.58

### Fares, Courier Charges and Incidental Expenses (Meals)

| Date | Description | Amount |
|---|---|---|
| 07/02/2013 | VENDOR: Conference Room Catering INVOICE#: 04 10 02 2013 DATE: 12/02/2013 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Feb 7 2013 | 7.35 |
| 12/01/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXJAN13 DATE: 24/01/2013 Expenses @ JEFFREY'S 0252 NEW YORK. (EATING PLACES,) 12/01/2013 ACROKE Dinner ACROKE. | 50.64 |
| 28/01/2013 | VENDOR: Conference Room Catering INVOICE#: 28 02 02 2013 DATE: 07/02/2013 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jan 28 2013 | 7.95 |
| 29/01/2013 | VENDOR: Conference Room Catering INVOICE#: 28 02 02 2013 DATE: 07/02/2013 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Jan 29 2013 | 7.45 |

### Fares, Courier Charges and Incidental Expenses (Sundries)

| Date | Description | Amount |
|---|---|---|
| 13/01/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXJAN13 DATE: 24/01/2013 Expenses @ AIR CANADA WINNIPEG CN. (01425962328260 TORONTO ONTARIO CD) 13/01/2013 ACROKE Bag charge flight from New Yorkto Toronto. | 102.82 |
| 15/01/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXJAN13 DATE: 24/01/2013 Expenses @ AIR CANADA ON BOARD CA AIR CANADA ON B MIS. 15/01/2013 ACROKE Drinks on Flight. | 4.23 |
| 20/01/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXJAN13 DATE: 24/01/2013 Expenses @ SHANGRI-LA HOTEL TORONTO 0300000786420 TOR. (011313 012013 00) 20/01/2013 ACROKE Room service. | 5.17 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| Date | Description | Amount |
|---|---|---|
| 13/01/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXJAN13 DATE: 24/01/2013 Expenses @ NYC-TAXI VERIFONE NYC TAXI - VERI LONG ISL. (TAXI: 2D31   16:06 16:27) 13/01/2013 ACROKE Taxi to Airport. | 21.63 |
| 14/12/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/105824; DATE: 14/12/2012 - TAXI - LROBER (EC2A 2AG to SW9 9RB) 10/12/2012 | 26.19 |
| 19/01/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXJAN13 DATE: 24/01/2013 Expenses @ PREMIERCARS LONDON. (RETAIL) 19/01/2013 ACROKE Taxi from airport to home. | 37.00 |

### International Travel, Hotel and Related Expenses (Hotel Expenses)

| Date | Description | Amount |
|---|---|---|
| 13/01/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXJAN13 DATE: 24/01/2013 Expenses @ STAY HOTEL NEW YORK. (010913 011313 00) 13/01/2013 ACROKE Hotel in New york. | 419.06 |
| 20/01/2013 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXJAN13 DATE: 24/01/2013 Expenses @ SHANGRI-LA HOTEL TORONTO 0300000786420 TOR. (011313 012013 00) 20/01/2013 ACROKE Hotel whilst attending Mediation. | 2,104.45 |

**4,005.52**