Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD FEBRUARY 01, 2013 THROUGH FEBRUARY 28, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 12 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £700 | 1.50 | 1,050.00 |
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £675 | 9.30 | 6,277.50 |
| Steven Hull | Partner for 16 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, London | £675 | 0.30 | 202.50 |
| Marcus Fink | Partner for 8 months; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £650 | 8.30 | 5,395.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £460 | 52.20 | 24,012.00 |
| Andy Wright | Associate for 4 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £395 | 31.10 | 12,284.50 |
| Lindsey Roberts | Associate for 2 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £315 | 20.90 | 6,583.50 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £290 | 27.40 | 7,946.00 |
| Dominic Boon | Trainee Solicitor; Dispute Resolution Group; London | £185 | 5.60 | 1,036.00 |
| TOTAL | | | 156.60 | 64,787.00 |

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 01, 2013 THROUGH FEBRUARY 28, 2013

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 7.00 | 2,205.00 |
| Creditors Committee Meetings | 7.70 | 2,579.00 |
| General Claims Analysis | 33.20 | 13,218.50 |
| Labor Issues / Employee Benefits | 99.20 | 42,373.50 |
| European Proceedings/Matters | 9.50 | 4,411.00 |
| **TOTAL** | **156.60** | **64,787.00** |