## EXHIBIT A

### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Collazo, Sandra I. | Paralegal | $ 200.00 | 8.90 | $ 1,780.00 |
| Cupingood, Dara J. | Paralegal | $ 200.00 | 1.60 | $ 320.00 |
| Heyman, Pamela A. | Paralegal | $ 225.00 | 4.70 | $ 1,057.50 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 46.50 | $ 10,462.50 |
| Stemerman, Jonathan M. | Associate | $ 375.00 | 19.60 | $ 7,350.00 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 17.60 | $ 4,840.00 |
| Kaiser, Jeffrey D. | Of Counsel | $ 375.00 | 14.60 | $ 5,475.00 |
| Kinsella, Shelley A. | Of Counsel | $ 0.00 | 7.60 | $ 0.00 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 60.10 | $ 25,242.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 12.00 | $ 5,520.00 |
| Sutty, Eric M. | Of Counsel | $ 450.00 | 93.80 | $ 42,210.00 |
| Siedzikowski, Henry F. | Shareholder | $ 565.00 | 7.50 | $ 4,237.50 |
| Simon, Debbie H. | Shareholder | $ 265.00 | 4.20 | $ 1,113.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 305.00 | 25.70 | $ 7,838.50 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 146.10 | $ 89,121.00 |
| **Total:** | | | 470.50 | |
| **Blended Rate:** | | $ 439.04 | | $ 206,567.00 |