## EXHIBIT C

### SUMMARY OF EXPENSES FOR THE PERIOD
### FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

| Expense Category | Total Expenses |
|---|---|
| Dockets/Research | $ .14 |
| Copying | $ 99.20 |
| Delivery/Courier Service | $ 37.50 |
| Express Mail | |
| Filing Fees | |
| Meals | |
| Mileage | $ 120.92 |
| Outside Professional Services | |
| Parking | |
| Postage | $ 1,066.73 |
| Taxi | |
| Telephone | |
| Railroad | |
| Tolls | $ 3.00 |
| TOTAL: | $ 1,327.49 |