IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
                  Debtors. : Jointly Administered
:
:
: Re: D.I. 9870-9871
---------------------------------------------------------- X

**NOTICE OF SERVICE**

      PLEASE TAKE NOTICE that on March 28, 2013, copies of the following were served in the manner indicated upon the individuals identified on the attached service list.

**Debtors' Reply in Further Support of Their Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9870, Filed 3/28/13); and**

**Declaration of John J. Ray III in Further Support of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9871, Filed 3/28/13).**

Dated: March 28, 2013
Wilmington, Delaware

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                      James L. Bromley (admitted pro hac vice)
                                      Lisa M. Schweitzer (admitted pro hac vice)
                                      One Liberty Plaza
                                      New York, NY 10006
                                      Telephone: (212) 225-2000
                                      Facsimile: (212) 225-3999

                                      and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Tamara K. Minott
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7024703.4