# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
           Debtors. : Jointly Administered
:
:
: Re: D.I. 9872
------------------------------------------------------- X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on March 28, 2013, a copy of **Notice of Filing of Revised Order Granting Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9872, Filed 3/28/13)** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: March 28, 2013
Wilmington, Delaware

                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                 James L. Bromley (admitted pro hac vice)
                                 Lisa M. Schweitzer (admitted pro hac vice)
                                 One Liberty Plaza
                                 New York, NY 10006
                                 Telephone: (212) 225-2000
                                 Facsimile: (212) 225-3999

                                 and

                                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                 */s/ Tamara K. Minott*
                                 Derek C. Abbott (No. 3376)
                                 Ann C. Cordo (No. 4817)
                                 Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7087832.1