IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 9782 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 25, 2013, I caused to be served the "Statement Regarding an Additional Submission to The Honourable Mr. Justice Geoffrey Morawetz Regarding Allocation and Litigation Matters," dated March 25, 2013 [Docket No. 9782], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
29th day of March, 2013

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AJASSOCIÉS | ATTN: NICOLAS GRICOURT 10 ALLÉE PIERRE DE COUBERTIN VERSAILLES 78000 FRANCE |
| BANK OF N.Y. MELLON | (REPRESENTED BY S. SEIGEL OF MCMILLAN IN CANADA) ATTN: MICHAEL J. RIELA, ROBERT J. ROSENBERG LATHAM & WATKINS LLP 885 THIRD AVENUE NEW YORK NY 10022-4834 |
| CAW-CANADA LEGAL DEPARTMENT | ATTN: BARRY E. WADSWORTH 205 PLACER COURT TORONTO ON M2H 3H9 CANADA |
| COSME ROGEAU | 25 AVENUE HOCHE VERSAILLES 78000 FRANCE |
| ERNST & YOUNG | ATTN: YARON HAR-ZVI 3 AMINADAV STREET, TEL AVIV 67067 ISRAEL |
| FRESHFIELDS BRUCKHAUS DERINGER LLP | ATTN:  KEN BAIRD 65 FLEET STREET LONDON EC4Y 1HS ENGLAND |
| GOODMANS LLP | ATTN:  JAY CARFAGNINI, BRIAN EMPEY FRED MYERS, JOE PASQUARIELLO 333 BAY STREET, SUITE 2400 BAY ADELAIDE CENTRE TORONTO ON M5H 257 CANADA |
| KOSKIE MINSKY LLP | ATTN: ANDREA MCKINNON 20 QUEEN STREET WEST SUITE 900 BOX 52 TORONTO ON M5H 3R3 CANADA |
| KOSKIE MINSKY LLP | ATTN: SUSAN PHILPOTT 20 QUEEN STREET WEST SUITE 900 BOX 52 TORONTO ON M5H 3R3 CANADA |
| KOSKIE MINSKY LLP | ATTN: MARK ZIGLER 20 QUEEN STREET WEST SUITE 900 BOX 52 TORONTO ON M5H 3R3 CANADA |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | (REPRESENTED BY E. LAMEK OF BLG) ATTN: EDMOND LAMEK BORDEN LADNER GERVAIS SCOTIA PLAZA, 40 KING STREET WEST, 44TH FLOOR TORONTO ON M5H 3Y4 CANADA |
| MAYER BROWN LLP | ATTN: JEAN-MARIE L. ATAMIAN, THOMAS M. VITALE 1675 BROADWAY NEW YORK NY 10019-5820 |
| MCCARTHY TETRAULT LLP | ATTN: BARBARA J. BOAKE 66 WELLINGTON STREET, SUITE 5300, TD BANK TOWER TORONTO DOMINION CENTRE TORONTO ON M5K 1E6 CANADA |
| MCCARTHY TETRAULT LLP | ATTN: JAMES D. GAGE 66 WELLINGTON STREET, SUITE 5300, TD BANK TOWER TORONTO DOMINION CENTRE TORONTO ON M5K 1E6 CANADA |
| MCCARTHY TETRAULT LLP | ATTN: RYAN STABILE 66 WELLINGTON STREET, SUITE 5300, TD BANK TOWER TORONTO DOMINION CENTRE TORONTO ON M5K 1E6 CANADA |
| NORTEL AUSTRALIA COMMUNICATION SYSTEMS PTY LIMITED | C/O THOMSONS LAWYERS LEVEL 25 AUSTRALIA SQUARE, 265 GEORGE STREET SYDNEY NSW 2000 AUSTRALIA |
| NORTEL COMMUNICATIONS HOLDINGS (1997) LIMITED | 14TH FLOOR, 35 EFAL STREET PETAH TIKVA ISRAEL |
| NORTEL COMMUNICATIONS HOLDINGS (1997) LIMITED | HAYARDEN STREET AIRPORT CITY CENTRE BEN-GURION AIRPORT PO BOX 266 TEL AVIV 70100 ISRAEL |
| NORTEL DE MEXICO, S. DE R. L. DE C. V. | INSURGENTES SUR 1605-FLOOR 30 COL. SAN JOSE INSURGENTES 3900 MEXICO |
| NORTEL GMBH | MAIN AIRPORT CENTER UNTERSCHEWEINSTIEGE 6 FRANKFURT AM MAIN 60549 GERMANY |
| NORTEL GMBH | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (ASIA) LIMITED | 5/F CITYPLAZA FOUR 12 TAIKOO WAN ROAD TAIKOO SHING HONG KONG |
| NORTEL NETWORKS (ASIA) LIMITED | MACAU S.A.R. AVENIDA DA PRAIA GRANDE NOS. 417-429, PRAIA GRANDE COMMERCIAL CENTRE NO. 17 ANDAR E, EM MACAU |
| NORTEL NETWORKS (ASIA) LIMITED | 68, NAZIMUDDIN ROAD, F-8/4 ISLAMABAD PAKISTAN |
| NORTEL NETWORKS (ASIA) LIMITED | TAIPEI BRANCH OFFICE SHIN KONG MANHATTAN BUILDING, 14F SECTION 5, NO. 8 XIN YI ROAD TAIPEI TAIWAN 110 |
| NORTEL NETWORKS (AUSTRIA) GMBH | C/O BDO AUSTRIA GMGH, FISCHHOF 316 WIEN 1010 AUSTRIA |
| NORTEL NETWORKS (AUSTRIA) GMBH | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (CHINA) LIMITED | NO. 6 WANGJING DONG LU, CHAOYANG, DISTRICT BEIJING 100102 CHINA |
| NORTEL NETWORKS (INDIA) PRIVATE LIMITED | C-227, GROUND FLOOR, NEAR GARDEN OF FIVE SENSES WESTEND MARG, PARYAVARAN COMPLEX NEW DELHI 110 030 INDIA |
| NORTEL NETWORKS (IRELAND) LIMITED | MERVUE BUSINESS PARK MERVUE GALWAY IRELAND |
| NORTEL NETWORKS (IRELAND) LIMITED | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (NORTHERN IRELAND) | DOAGH ROAD NEWTOWNABBEY CO. ANTRIM BT3 66XA UK |

| Claim Name | Address Information |
|---|---|
| LIMITED | DOAGH ROAD NEWTOWNABBEY CO. ANTRIM BT3 66XA UK |
| NORTEL NETWORKS (THAILAND) LTD. | C/O REGUS, 36TH FLOOR, CRC TOWER ALL SEASONS PLACE NO. 87/2, WIRELESS ROAD KHWAENG LUMPINI   KHET PATHUMWAN BANGKOK 10320 THAILAND |
| NORTEL NETWORKS AB | NORTEL NETWORKS FILIAL AF NORTEL NETWORKS AKTIEBOLAG LAUTRUPSGADE 11 COPENHAGEN 5 2100 DENMARK |
| NORTEL NETWORKS AB | C/O BDO STOCKHOLM AB BOX 241 15, STOCKHOLM 104 51 SWEDEN |
| NORTEL NETWORKS AB | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS AG | WILSTRASSE 11 8610 USTER CH-8610 SWITZERLAND |
| NORTEL NETWORKS AG | ATTN: STEPHEN GALE, KEVIN LLOYD HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| NORTEL NETWORKS APPLICATIONS MANAGEMENT | SOLUTIONS INC. (2106 - DE) |
| NORTEL NETWORKS AS | H. HEYERDAHLSGT 1 OSLO 0160 NORWAY |
| NORTEL NETWORKS AS | ATTN: STEPHEN GALE, KEVIN LLOYD HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| NORTEL NETWORKS AUSTRALIA PTY LIMITED | C/O THOMSONS LAWYERS LEVEL 25 AUSTRALIA SQUARE, 265 GEORGE STREET SYDNEY NSW 2000 AUSTRALIA |
| NORTEL NETWORKS B.V. | EVERT VAN DE BEEKSTRAAT,  310 SCHIPHOL AIRPORT SCHIPHOL 1118 CX THE NETHERLANDS |
| NORTEL NETWORKS B.V. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS CHILE S.A. | AVENIDA DEL VALLE 662 CIUDAD EMPRESARIAL HUECHUARABA SANTIAGO CHILE |
| NORTEL NETWORKS CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS CORPORATION | ATTN: ALLAN BIFIELD 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V1R9 CANADA |
| NORTEL NETWORKS CORPORATION | ATTN: JOHN DOOLITTLE 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V1R9 CANADA |
| NORTEL NETWORKS CORPORATION | ATTN: ANNA VENTRESCA 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V1R9 CANADA |
| NORTEL NETWORKS DE ARGENTINA, S.A. | C/O  MATIAS DE LARRECHEA OF SEVERGNINI, ROBIOLA GRINBERG & LARRECHEA RECONQUISTA 336, 2O PISO BUENOS AIRES C1003ABC ARGENTINA |
| NORTEL NETWORKS DE COLOMBIA, S.A.S. | CALLE 96 NO. 13-11 SANTAFE DE BOGOTA COLOMBIA |
| NORTEL NETWORKS DE GUATEMALA, LTDA. | 16 CALLE O-55, ZONA 10 TORRE INTERNACIONAL, 7MO NIVEL GUATEMALA GUATEMALA |
| NORTEL NETWORKS DE MEXICO, S.A. DE C.V. | AVENIDA INSURGENTES, SUR NO. 1605-PISO 30 TORRE MURAL, COL SAN JOSE INSURGENTES MEXICO D.F. MEXICO |
| NORTEL NETWORKS DEL ECUADOR, S.A. | AV. REPUBLICA DEL SALVADOR Y NACIONES UNIDAS MANSION BLANCA BUILDING, PARIS TOWER 5TH FLOOR, OFFICE P5-1 QUITO ECUADOR |
| NORTEL NETWORKS DEL PARAGUAY S.A. | C/O BERKEMEYER & ASOCIADOS, BENJAMIN CONSTANT 835 EDIFICIO JACARANDA, 4TH FLOOR ASUNCION PARAGUAY |
| NORTEL NETWORKS DEL URUGUAY, S.A. | BOULEVARD ARTIGAS 417 APT. 11 MONTEVIDEO 1100 URUGUAY |
| NORTEL NETWORKS ENGINEERING SERVICE KFT. | NAGY JENO UTCA 10 BUDAPEST 1126 HUNGARY |
| NORTEL NETWORKS ENGINEERING SERVICE KFT. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS FRANCE S.A.S. | CENTRE D'AFFAIRES PARC LUMIERE 46, AVENUE DES FRERES LUMIERE TRAPPES 78190 FRANCE |
| NORTEL NETWORKS FRANCE S.A.S. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS GLOBAL CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS GLOBAL CORPORATION | NORTEL NETWORKS GLOBAL CORPORATION SHANGHAI, CHINA - REPRESENTATIVE OFFICE 11/F, ETON PLACE 69 DONGFANG ROAD SHANGHAI 200/20 CHINA |
| NORTEL NETWORKS GLOBAL CORPORATION | C/O PRAGMA GROUP QUANTUM TOWER, 6TH FLOOR CHARLES MALEK AVENUE ASHRAFIEH BEIRUT LEBANON |
| NORTEL NETWORKS GLOBAL CORPORATION | OUTSOURCING DIVISION  BDO (RUSSIA) 9, MALAYA SEMENOVSKAYA STR.,BLDG. 3 MOSCOW 107023 RUSSIA |

| Claim Name | Address Information |
|---|---|
| NORTEL NETWORKS HISPANIA, S.A. | CAMINO DEL CERRO DE LOS GAMOS NO. 1 EDIFICIO 6,  28.224 POZUELO DE ALARC?N MADRID SPAIN |
| NORTEL NETWORKS HISPANIA, S.A. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION BEIJING REPRESENTATIVE OFFICE NO. 6, WANGJING DONG LU CHAOYANG DISTRICT BEIJING 100102 PEOPLE'S REPUBLIC OF CHINA |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION PORT OF SPAIN, TRINIDAD REPRESENTATIVE OFFICE 5/7 SWEET BRIAR ROAD ST. CLAIR TRINIDAD |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION HO CHI MINH CITY, VIETNAM – REP OFFICE REGUS, ME LINH POINT TOWER, 6F & 7F, ME LINH POINT DISTRICT 1 HO CHI MINH CITY VIETNAM |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION HANOI, VIETNAM – REPRESENTATIVE OFFICE REGUS, HANOI PRESS CLUB, 4-6/F, 59A LY THAI TO HOAM KIEM DISTRICT HANOI VIETNAM |
| NORTEL NETWORKS INTERNATIONAL FINANCE & HOLDING BV | EVERT VAN DE BEEKSTRAAT,  310 SCHIPHOL AIRPORT SCHIPHOL 1118 CX THE NETHERLANDS |
| NORTEL NETWORKS INTERNATIONAL FINANCE & HOLDING BV | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS ISRAEL (SALES & MARKETING) LIMITED | 14TH FLOOR, 35 EFAL STREET PETAH TIKVA ISRAEL |
| NORTEL NETWORKS ISRAEL (SALES & MARKETING) LIMITED | ATTN: AVI D. PELOSSOF ZELLERMAYER, PELOSSOF & CO THE RUBENSTEIN HOUSE 20 LINCOLN STREET TEL AVIV ISRAEL |
| NORTEL NETWORKS ISRAEL (SALES & MARKETING) LIMITED | HAYARDEN STREET AIRPORT CITY CENTRE BEN-GURION AIRPORT TEL AVIV 70100 ISRAEL |
| NORTEL NETWORKS JAPAN | (A/K/A NORTEL NETWORKS KABUSHIKI KAISHA) 2F SHINBASHI TOKYU BUILDING 4-21-3 SHINBASHI, MINATO-KU TOKYO 105-0004 JAPAN |
| NORTEL NETWORKS KOREA LIMITED | 16F, HAE-SUNG 2 BLDG. 942-10, DAECHI 3-DONG, KANGNAM-KU SEOUL 135-725 KOREA |
| NORTEL NETWORKS LIMITED | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS MALAYSIA SDN. BHD. | SECURITIES SERVICES (HOLDINGS) SDN. BHD. SUITE 18.05 MWE PLAZA, NO. 8 LEBUH FARQUHAR PENANG 10200 MALAYSIA |
| NORTEL NETWORKS N.V. | NORTEL NETWORKS NV C/O REGUS PAGASUSLAAN 5 DIEGEM B-1831 BELGIUM |
| NORTEL NETWORKS N.V. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS NETAS TELEKOMUNIKASYON A.S. | ALEMDAG CADDESI NO. 171 UMRANIYE ISTANBUL 34768 TURKEY |
| NORTEL NETWORKS NEW ZEALAND LIMITED | 171 FEATHERSTON STREET HP TOWER, LEVEL 21 WELLINGTON NEW ZEALAND |
| NORTEL NETWORKS O.O.O. | 3 SMOLENSKAYA SQUARE, BLOCK B 9TH FLOOR BUSINESS CENTRE REGUS, MOSCOW 121099 RUSSIA |
| NORTEL NETWORKS OPTICAL COMPONENTS LIMITED | ATTN: STEPHEN GALE, KEVIN LLOYD HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| NORTEL NETWORKS OY | C/O BDO OY, VATTENIEMENRANTA 2 HELSINKI 002 10 FINLAND |
| NORTEL NETWORKS OY | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS PERU S.A.C. | VIA PRINCIPAL 140 EDIFICIO REAL SEIS, PISO 6 SAN ISIDRO LIMA 27 PERU |
| NORTEL NETWORKS POLSKA SP Z.O.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS PORTUGAL, S.A. | C/O ERNST & YOUNG AVENIDA DA REPUBLICA 90 3O LISBON 1649-024 PORTUGAL |
| NORTEL NETWORKS S.A. | ATTN: EDOUARD FABRE RAJEEV SHARMA-FOKEER ANTOINE TCHEKHOFF FOUCAUD, TCHEKHOFF, POCHET ET ASSOCIÉS 1 BIS, AVENUE FOCH PARIS 75116 FRANCE |
| NORTEL NETWORKS S.A. | COSME ROGEAU 25 AVENUE HOCHE VERSAILLES 78000 FRANCE |
| NORTEL NETWORKS S.A. | CENTRE D'AFFAIRES PARC LUMIERE 46, AVENUE DE FRERES LUMIERE TRAPPES 78190 |

| Claim Name | Address Information |
|---|---|
| NORTEL NETWORKS S.A. | FRANCE |
| NORTEL NETWORKS S.P.A. | VIA SENIGALLIA N. 18/2 MILAN NORTH PARK MILANO ITALY |
| NORTEL NETWORKS S.P.A. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS S.R.O. | KLIMENTSKA 1216/46 PRAGUE 1 11002 CZECH REPUBLIC |
| NORTEL NETWORKS S.R.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS SA | ATTN: STEPHEN GALE HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| NORTEL NETWORKS SINGAPORE PTE LTD | C/O DELOITTE TOUCHE TOMATSU PO BOX 1275, PORT MORESBY PAPUA NATIONAL CAPITAL DISTRICT 121 NEW GUINEA |
| NORTEL NETWORKS SINGAPORE PTE LTD | MANILA, PHILIPPINES - BRANCH OFFICE C/O BATUHAN BLANDO CONCEPCION LAW OFFICE 20/F LIBERTY CENTER 104 HV DELA COSTA STREET SALCEDO VILLAGE MAKATI CITY 1227 PHILIPPINES |
| NORTEL NETWORKS SINGAPORE PTE LTD | C/O ABOGADO PTE LTD 8 MARINA BOULEVARD #05-02 MARINA BAY, FINANCIAL CENTRE TOWER 1 SINGAPORE 18981 |
| NORTEL NETWORKS SLOVENSKO, S.R.O. | SV. CYRILA A METODA 2 PIEST'ANY 921 101 SLOVAK REPUBLIC |
| NORTEL NETWORKS SLOVENSKO, S.R.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LIMITED | 13 WELLINGTON ROAD PARKTOWN 2193 JOHANNESBURG SOUTH AFRICA |
| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LIMITED | ATTN: STEPHEN GALE, JOHN OGILVIE HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| NORTEL NETWORKS TECHNOLOGY (THAILAND) LTD. | REGUS, 36TH FLOOR, CRC TOWER, ALL SEASONS PLACE NO. 87/2 WIRELESS ROAD KHWAENG LUMPINI KHET PATHUMWAN BANGKOK THAILAND |
| NORTEL NETWORKS TECHNOLOGY (THAILAND) LTD. | 1768 THAI SUMMIT TOWER, 24TH FLOOR NEW PETCHBURI ROAD, BANGKAPI BANGKAPI, HUAY KWANG BANGKOK 10320 THAILAND |
| NORTEL NETWORKS TECHNOLOGY CORPORATION | C/O STEWART MCKELVEY SUITE 800, 1959 UPPER WATER ST. HALIFAX NS B3J 2X2 CANADA |
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT | (SHANGHAI) CO., LTD. SHANGHAI BRANCH OFFICE ROOM 1101-1104 AND 1110-1113, 69 DONGFONG ROAD SHANGHAI 200120 CHINA |
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT | (SHANGHAI) CO., LTD. SOUTHPART 1ST & 2ND FLOOR, XINS NO. 43 BUILDING NO.556, FASAI ROAD WAIGAOQIAO FREE TRADE ZONE SHANGHAI 200131 CHINA |
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT | (SHANGHAI) CO., LTD. GUANGZHOU BRANCH OFFICE UNIT 04, 31/F, NO. 403, HUAN SHI DONG LU GUANGZHOU 510095 CHINA |
| NORTEL NETWORKS TELECOMUNICACOES DO BRASIL LTDA. | AVENIDA DAS NACOES UNIDAS, 17.891 9 ANDAR, PARTE B SANTO AMARO SAO PAULO 04795-000 BRAZIL |
| NORTEL NETWORKS UK LIMITED | ATTN: STEPHEN GALE HERBERT SMITH, EXCHANGE HOUSE PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| NORTEL NETWORKS UK LIMITED | NORTEL NETWORKS UK LIMITED RIYADH, SAUDI ARABIA - BRANCH OFFICE 18TH FLOOR, ABRAJ BUILDING, ULAYYAH STREET RIYADH 11683 SAUDI ARABIA |
| NORTEL NETWORKS UK LIMITED | MAIDENHEAD OFFICE PARK WESTACOTT WAY MAIDENHEAD BERKSHIRE SL6 3QH UK |
| NORTEL NETWORKS UK LIMITED | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS UK LIMITED | ATTN: MICHAEL LUSKIN  HUGHES HUBBARD ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| NORTEL NETWORKS UK LIMITED | ATTN: JAMES L. PATTON, EDWIN J. HARRON YOUNG CONAWAY  THE BRANDYWINE BLDG 1000 WEST STREET 17TH FLOOR WILMINGTON DE 19801 |
| NORTEL NETWORKS UK PENSION TRUST LIMITED | AND THE BOARD OF THE PENSION PROTECTION FUND ATTN: MARC ABRAMS, BRIAN E. O'CONNOR SAMEER ADVANI, JEREMY E. CRYSTAL WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| NORTEL NETWORKS UK PENSION TRUST LIMITED | AND THE BOARD OF THE PENSION PROTECTION FUND ATTN: CHARLENE D. DAVIS, JUSTIN R. ALBER BAYARD, P.A. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19801 |
| NORTEL TECHNOLOGY EXCELLENCE CENTRE PRIVATE LTD. | 122 BULL TEMPLE ROAD BANGALORE 560 019 INDIA |

| Claim Name | Address Information |
|---|---|
| NORTEL TECHNOLOGY EXCELLENCE CENTRE PRIVATE LTD. | 5TH FLOOR, TOWER D IBC KNOWLEDGE PK, NO 4/1 BANNERGHATTA RD. BANGALORE 560 029 INDIA |
| NORTEL TECHNOLOGY EXCELLENCE CENTRE PRIVATE LTD. | NORTEL TECHNOLOGY EXCELLENCE CENTRE LTD. UNIT $701, 7TH FLOOR, "C" BLOCK RMZ CENTENNIAL DODDANDEKUNDI (V), KRISHNARAJAPURAM (H) BANGALORE 560048 INDIA |
| NORTEL TRINIDAD AND TOBAGO LIMITED | 34 FITT STREET WOODBROOK PORT OF SPAIN TRINIDAD & TOBAGO |
| NORTEL TRINIDAD AND TOBAGO LIMITED | 5-7 SWEET BRIAR ROAD PORT OF SPAIN TRINIDAD AND TOBAGO |
| NORTEL VIETNAM LIMITED | HANOI PRESS CLUB, 4-6F, 59 LY THAI TO HOAN KIEM DISTRICT HANOI VIETNAM |
| NORTHERN TELECOM PCN LIMITED | ATTN: STEPHEN GALE, KEVIN LLOYD HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: LILY HARMER 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: JESSICA LATIMER 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: KENNETH T. ROSENBERG 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: MASSIMO (MAX) STARNINO 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PT NORTEL NETWORKS INDONESIA | REGUS, 30/F MENARA KADIN INDONESIA JL H.R. RASUNA SAID BLOCK X-5, KAV 2-3 JAKARTA 12950 INDONESIA |
| THE BONDHOLDERS' COMMITTEE | ATTN: ALBERT A. PISA, MICHAEL D. NOLAN MILBANK TWEEN HADLEY & MCCLOY LLP 1 CHASE MANHATTA PLZ #47 NEW YORK NY 10005 |
| THE CANADA-ONLY CREDITORS' COMMITTEE THE "CCC" | ATTN: MARK ZIGLER, SUSAN PHILPOTT KOSKIE MINSKY LLP 20 QUEEN STREET WEST, SUITE 900 TORONTO ON M5H 3R3 CANADA |
| THE JOINT ADMINISTRATORS | ATTN: DEREK J.T. ADLER HUGHES HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| THE MONITOR | ATTN: JAY CARGAGNINI GOODMANS LLP BAY ADELAIDE CENTRE, 333 BAY STREET, SUITE 3400 TORONTO ON M5H 257 CANADA |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: FRED HODARA, DAVID BOTTER, BRAD KAHN AKIN, GUMP, STRAUSS, HAUER & FELD, LLP ONE BRYANT PARK NEW YORK NY 10036 |
| WILMINGTON TRUST COMPANY | (REPRESENTED BY J. SALMAS OF HEENAN IJN CANADA) ATTN: SUSAN POWER JOHNSTON, AMANDA RABOY COVINGTON & BURLING LLP THE NEW YORK TIMES BUILDING, 620 EIGHTH AVENUE NEW YORK NY 10018-1405 |

**Total Creditor count  139**