# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 through February 28, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Photos/Art/ Spec Duplicating | Out of Office | $995.30 |
| Travel | | 179.20 |
| Meals | | 70.75 |
| Messenger Service | | 180.00 |
| Courier/Delivery Service | | 7,538.41 |
| In House Duplicating | | 851.10 |
| Facsimile | | 611.00 |
| Pacer | | 26.90 |
| Postage | | 349.12 |
| **Grand Total Expenses** | | **$10,801.78** |

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 999730 | 02/01/13 | B | 467.64 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 02/01/2013 | 510 | 684 | 193045 |
| 1002165 | 02/12/13 | B | 57.60 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC3` COPY/PRINT - 02/12/2013 | 510 | 684 | 193250 |
| 1004620 | 02/14/13 | B | 38.80 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 02/14/2013 | 510 | 684 | 193519 |
| 1006985 | 02/28/13 | B | 431.26 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 02/28/2013 | 510 | 000 | 193763 |
| 1002170 | 02/14/13 | B | 89.60 | Travel - ROADRUNNER EXPRESS INC.` K. SHULETA - PU; BANKRUPTCY COURT - DO; PHL A - 02/14/2013 | 511 P | 000 | 193255 |
| 1002171 | 02/14/13 | B | 89.60 | Travel - ROADRUNNER EXPRESS INC.` M. FLEMING - PU; MNAT - DO; PHL AP - 02/14/20 | 511 13 | 000 | 193255 |
| 1003184 | 02/14/13 | B | 56.00 | Meals - URBAN CAFE, LLC` BREAKFAST - 02/14/2013 | 512 | 000 | 193314 |
| 1002542 | 02/14/13 | B | 14.75 | Meals - PETTY CASH` D. ABBOTT - LUNCH AFTER HEARING - 02/14/2013 | 512 | 322 | 193289 |
| 1003787 | 02/01/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003798 | 02/01/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003799 | 02/01/13 | B | 12.00 | Messenger Service | 513S | 000 | |
| 1003774 | 02/01/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003782 | 02/01/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003826 | 02/04/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003853 | 02/05/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003870 | 02/06/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003871 | 02/06/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003872 | 02/06/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003881 | 02/07/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003882 | 02/07/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003891 | 02/08/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003900 | 02/08/13 | B | 102.00 | Messenger Service | 513S | 000 | |
| 1003907 | 02/08/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003926 | 02/08/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003927 | 02/08/13 | B | 3.00 | Messenger Service | 513S | 000 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 1003937 | 02/12/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003938 | 02/12/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003949 | 02/12/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1003950 | 02/12/13 | B | 12.00 | Messenger Service | 513S | 000 | |
| 999413 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 000 | 192962 |
| 999430 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 000 | 192962 |
| 999708 | 02/01/13 | B | 58.49 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 193036 |
| 1000347 | 02/01/13 | B | 53.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 193073 |
| 999397 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999398 | 02/01/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999399 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999400 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999401 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999402 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999495 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999496 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999497 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999498 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999499 | 02/01/13 | B | 26.17 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999500 | 02/01/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999489 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999490 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999491 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999492 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999493 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999494 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999483 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999484 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999485 | 02/01/13 | B | 26.29 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999486 | 02/01/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999487 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999488 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999477 | 02/01/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999478 | 02/01/13 | B | 20.00 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999479 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999480 | 02/01/13 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999481 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |

Nortel Networks, Inc.
63989-DIP
DATE: 04/01/13 15:01:21

PRO FORMA 318931          AS OF 02/28/13          INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 999482 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999471 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999472 | 02/01/13 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999473 | 02/01/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999474 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999475 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999476 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999465 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999466 | 02/01/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999467 | 02/01/13 | B | 26.29 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999468 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999469 | 02/01/13 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999470 | 02/01/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999459 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999460 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999461 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999462 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999463 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999464 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999453 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999454 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999455 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999456 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999457 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999458 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999447 | 02/01/13 | B | 17.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999448 | 02/01/13 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999449 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999450 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999451 | 02/01/13 | B | 24.67 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999452 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999441 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999442 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999443 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999444 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999445 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999446 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999435 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/01/13 15:01:21

PRO FORMA 318931 AS OF 02/28/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 999436 | 02/01/13 | B | 28.68 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999437 | 02/01/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999438 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999439 | 02/01/13 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999440 | 02/01/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999428 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999429 | 02/01/13 | B | 38.29 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999431 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999432 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999433 | 02/01/13 | B | 28.68 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999434 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999422 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999423 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999424 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999425 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999426 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999427 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999416 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999417 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999418 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999419 | 02/01/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999420 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999421 | 02/01/13 | B | 28.68 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999409 | 02/01/13 | B | 19.07 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999410 | 02/01/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999411 | 02/01/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999412 | 02/01/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999414 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999415 | 02/01/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999403 | 02/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999404 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999405 | 02/01/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999406 | 02/01/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999407 | 02/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999408 | 02/01/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999501 | 02/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999502 | 02/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999503 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | PRO FORMA 318931 | AS OF 02/28/13 | | INVOICE# ****** |
| 63989-DIP | | | | | | | |
| DATE: 04/01/13 15:01:21 | | | | | | | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 999504 | 02/01/13 | B | 26.44 | Courier/Delivery Service | 514 | 322 | 192962 |
| 999505 | 02/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 192962 |
| 1002338 | 02/08/13 | B | 220.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 193276 |
| 1003543 | 02/11/13 | B | 72.64 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 193448 |
| 1002296 | 02/11/13 | B | 16.15 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 193263 |
| 1001399 | 02/12/13 | B | 53.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 193185 |
| 1001303 | 02/12/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001276 | 02/12/13 | B | 34.05 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 193183 |
| 1001279 | 02/12/13 | B | 9.03 | Courier/Delivery Service | 514 | 000 | 193184 |
| 1001100 | 02/12/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001101 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001102 | 02/12/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001103 | 02/12/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001104 | 02/12/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001105 | 02/12/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001094 | 02/12/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001095 | 02/12/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001096 | 02/12/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001097 | 02/12/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001098 | 02/12/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001099 | 02/12/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001088 | 02/12/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001089 | 02/12/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001090 | 02/12/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001091 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001092 | 02/12/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001093 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001082 | 02/12/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001083 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001084 | 02/12/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001085 | 02/12/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001086 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001087 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001076 | 02/12/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001077 | 02/12/13 | B | 28.68 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001078 | 02/12/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001079 | 02/12/13 | B | 24.67 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001080 | 02/12/13 | B | 26.29 | Courier/Delivery Service | 514 | 322 | 193179 |

```
Nortel Networks, Inc.                    PRO FORMA  318931        AS OF 02/28/13                              INVOICE# ******
63989-DIP
DATE: 04/01/13 15:01:21


INDEX     DATE       STAT     AMOUNT   DESCRIPTION                                              CODE    TKPER    VOUCHER
1001081   02/12/13   B         21.10   Courier/Delivery Service                                  514     322     193179
1001070   02/12/13   B         24.95   Courier/Delivery Service                                  514     322     193179
1001071   02/12/13   B         24.83   Courier/Delivery Service                                  514     322     193179
1001072   02/12/13   B         22.59   Courier/Delivery Service                                  514     322     193179
1001073   02/12/13   B         18.58   Courier/Delivery Service                                  514     322     193179
1001074   02/12/13   B         22.15   Courier/Delivery Service                                  514     322     193179
1001075   02/12/13   B         18.58   Courier/Delivery Service                                  514     322     193179
1001064   02/12/13   B         18.58   Courier/Delivery Service                                  514     322     193179
1001065   02/12/13   B         18.58   Courier/Delivery Service                                  514     322     193179
1001066   02/12/13   B         21.31   Courier/Delivery Service                                  514     322     193179
1001067   02/12/13   B         24.83   Courier/Delivery Service                                  514     322     193179
1001068   02/12/13   B         22.43   Courier/Delivery Service                                  514     322     193179
1001069   02/12/13   B         18.58   Courier/Delivery Service                                  514     322     193179
1001058   02/12/13   B         18.58   Courier/Delivery Service                                  514     322     193179
1001059   02/12/13   B         12.63   Courier/Delivery Service                                  514     322     193179
1001060   02/12/13   B         22.44   Courier/Delivery Service                                  514     322     193179
1001061   02/12/13   B         28.68   Courier/Delivery Service                                  514     322     193179
1001062   02/12/13   B         26.29   Courier/Delivery Service                                  514     322     193179
1001063   02/12/13   B         26.44   Courier/Delivery Service                                  514     322     193179
1001052   02/12/13   B         22.59   Courier/Delivery Service                                  514     322     193179
1001053   02/12/13   B         24.83   Courier/Delivery Service                                  514     322     193179
1001054   02/12/13   B         22.44   Courier/Delivery Service                                  514     322     193179
1001055   02/12/13   B         22.59   Courier/Delivery Service                                  514     322     193179
1001056   02/12/13   B         23.67   Courier/Delivery Service                                  514     322     193179
1001057   02/12/13   B         22.43   Courier/Delivery Service                                  514     322     193179
1001046   02/12/13   B         22.44   Courier/Delivery Service                                  514     322     193179
1001047   02/12/13   B         18.58   Courier/Delivery Service                                  514     322     193179
1001048   02/12/13   B         22.59   Courier/Delivery Service                                  514     322     193179
1001049   02/12/13   B         22.59   Courier/Delivery Service                                  514     322     193179
1001050   02/12/13   B         22.44   Courier/Delivery Service                                  514     322     193179
1001051   02/12/13   B         22.59   Courier/Delivery Service                                  514     322     193179
1001040   02/12/13   B         24.83   Courier/Delivery Service                                  514     322     193179
1001041   02/12/13   B         21.10   Courier/Delivery Service                                  514     322     193179
1001042   02/12/13   B         18.58   Courier/Delivery Service                                  514     322     193179
1001043   02/12/13   B         38.29   Courier/Delivery Service                                  514     322     193179
1001044   02/12/13   B         22.43   Courier/Delivery Service                                  514     322     193179
1001045   02/12/13   B         12.63   Courier/Delivery Service                                  514     322     193179
1001034   02/12/13   B         17.58   Courier/Delivery Service                                  514     322     193179
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/01/13 15:01:21

PRO FORMA 318931 AS OF 02/28/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1001035 | 02/12/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001036 | 02/12/13 | B | 26.17 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001037 | 02/12/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001038 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001039 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001028 | 02/12/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001029 | 02/12/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001030 | 02/12/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001031 | 02/12/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001032 | 02/12/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001033 | 02/12/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001022 | 02/12/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001023 | 02/12/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001024 | 02/12/13 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001025 | 02/12/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001026 | 02/12/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001027 | 02/12/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001016 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001017 | 02/12/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001018 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001019 | 02/12/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001020 | 02/12/13 | B | 20.00 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001021 | 02/12/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001010 | 02/12/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001011 | 02/12/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001012 | 02/12/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001013 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001014 | 02/12/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001015 | 02/12/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001009 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001106 | 02/12/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001107 | 02/12/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001108 | 02/12/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001109 | 02/12/13 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 193179 |
| 1001313 | 02/12/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001315 | 02/14/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001283 | 02/14/13 | B | 38.29 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001284 | 02/14/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193184 |

```
Nortel Networks, Inc.                    PRO FORMA 318931        AS OF 02/28/13              INVOICE# ******
63989-DIP
DATE: 04/01/13 15:01:21
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1002127 | 02/14/13 | B | 34.05 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 193205 |
| 1002294 | 02/14/13 | B | 53.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 193262 |
| 1001304 | 02/14/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001305 | 02/14/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001306 | 02/14/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001307 | 02/14/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001308 | 02/14/13 | B | 26.29 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001297 | 02/14/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001298 | 02/14/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001299 | 02/14/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001300 | 02/14/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001301 | 02/14/13 | B | 17.58 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001302 | 02/14/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001291 | 02/14/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001292 | 02/14/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001293 | 02/14/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001294 | 02/14/13 | B | 24.67 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001295 | 02/14/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001296 | 02/14/13 | B | 28.68 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001285 | 02/14/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001286 | 02/14/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001287 | 02/14/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001288 | 02/14/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001289 | 02/14/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001290 | 02/14/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001314 | 02/14/13 | B | 43.57 | Courier/Delivery Service | 514 | 000 | 193184 |
| 1001324 | 02/14/13 | B | 43.57 | Courier/Delivery Service | 514 | 000 | 193184 |
| 1001339 | 02/14/13 | B | 43.57 | Courier/Delivery Service | 514 | 000 | 193184 |
| 1001384 | 02/14/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001385 | 02/14/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001386 | 02/14/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001378 | 02/14/13 | B | 20.00 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001379 | 02/14/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001380 | 02/14/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001381 | 02/14/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001382 | 02/14/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001383 | 02/14/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193184 |
| 1001372 | 02/14/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193184 |

```
Nortel Networks, Inc.                      PRO FORMA  318931       AS OF 02/28/13                    INVOICE# ******
63989-DIP
DATE: 04/01/13 15:01:21
```

| INDEX   | DATE     | STAT | AMOUNT | DESCRIPTION             | CODE | TKPER | VOUCHER |
|---------|----------|------|--------|-------------------------|------|-------|---------|
| 1001373 | 02/14/13 | B    | 26.44  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001374 | 02/14/13 | B    | 28.68  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001375 | 02/14/13 | B    | 22.44  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001376 | 02/14/13 | B    | 12.63  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001377 | 02/14/13 | B    | 18.58  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001366 | 02/14/13 | B    | 24.83  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001367 | 02/14/13 | B    | 12.63  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001368 | 02/14/13 | B    | 18.58  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001369 | 02/14/13 | B    | 22.15  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001370 | 02/14/13 | B    | 22.59  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001371 | 02/14/13 | B    | 23.67  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001360 | 02/14/13 | B    | 18.58  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001361 | 02/14/13 | B    | 22.15  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001362 | 02/14/13 | B    | 24.95  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001363 | 02/14/13 | B    | 22.15  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001364 | 02/14/13 | B    | 18.58  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001365 | 02/14/13 | B    | 22.44  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001354 | 02/14/13 | B    | 18.58  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001355 | 02/14/13 | B    | 18.58  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001356 | 02/14/13 | B    | 21.10  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001357 | 02/14/13 | B    | 22.43  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001358 | 02/14/13 | B    | 18.58  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001359 | 02/14/13 | B    | 22.59  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001348 | 02/14/13 | B    | 22.59  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001349 | 02/14/13 | B    | 22.44  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001350 | 02/14/13 | B    | 22.44  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001351 | 02/14/13 | B    | 21.10  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001352 | 02/14/13 | B    | 22.59  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001353 | 02/14/13 | B    | 18.58  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001342 | 02/14/13 | B    | 22.59  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001343 | 02/14/13 | B    | 18.58  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001344 | 02/14/13 | B    | 24.83  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001345 | 02/14/13 | B    | 21.31  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001346 | 02/14/13 | B    | 18.58  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001347 | 02/14/13 | B    | 24.83  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001335 | 02/14/13 | B    | 22.59  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001336 | 02/14/13 | B    | 12.63  | Courier/Delivery Service | 514  | 322   | 193184  |
| 1001337 | 02/14/13 | B    | 12.63  | Courier/Delivery Service | 514  | 322   | 193184  |

```
Nortel Networks, Inc.                          PRO FORMA  318931         AS OF 02/28/13              INVOICE# ******
63989-DIP
DATE: 04/01/13 15:01:21

INDEX      DATE      STAT    AMOUNT   DESCRIPTION                                                CODE    TKPER    VOUCHER
1001338    02/14/13   B        12.63  Courier/Delivery Service                                    514     322     193184
1001340    02/14/13   B        18.58  Courier/Delivery Service                                    514     322     193184
1001341    02/14/13   B        22.43  Courier/Delivery Service                                    514     322     193184
1001329    02/14/13   B        22.44  Courier/Delivery Service                                    514     322     193184
1001330    02/14/13   B        21.10  Courier/Delivery Service                                    514     322     193184
1001331    02/14/13   B        18.58  Courier/Delivery Service                                    514     322     193184
1001332    02/14/13   B        24.83  Courier/Delivery Service                                    514     322     193184
1001333    02/14/13   B        22.59  Courier/Delivery Service                                    514     322     193184
1001334    02/14/13   B        24.83  Courier/Delivery Service                                    514     322     193184
1001322    02/14/13   B        22.59  Courier/Delivery Service                                    514     322     193184
1001323    02/14/13   B        22.44  Courier/Delivery Service                                    514     322     193184
1001325    02/14/13   B        22.44  Courier/Delivery Service                                    514     322     193184
1001326    02/14/13   B        24.83  Courier/Delivery Service                                    514     322     193184
1001327    02/14/13   B        22.44  Courier/Delivery Service                                    514     322     193184
1001328    02/14/13   B        24.95  Courier/Delivery Service                                    514     322     193184
1001316    02/14/13   B        22.44  Courier/Delivery Service                                    514     322     193184
1001317    02/14/13   B        22.43  Courier/Delivery Service                                    514     322     193184
1001318    02/14/13   B        24.95  Courier/Delivery Service                                    514     322     193184
1001319    02/14/13   B        26.29  Courier/Delivery Service                                    514     322     193184
1001320    02/14/13   B        18.58  Courier/Delivery Service                                    514     322     193184
1001321    02/14/13   B        22.59  Courier/Delivery Service                                    514     322     193184
1001309    02/14/13   B        16.15  Courier/Delivery Service                                    514     322     193184
1001310    02/14/13   B        26.17  Courier/Delivery Service                                    514     322     193184
1001311    02/14/13   B        22.59  Courier/Delivery Service                                    514     322     193184
1001312    02/14/13   B        18.58  Courier/Delivery Service                                    514     322     193184
1001770    02/15/13   B        55.52  Courier/Delivery Service - FEDERAL EXPRESS CORP.            514     000     193187
1005219    02/15/13   B        56.60  Courier/Delivery Service                                    514     322     193585
1002130    02/15/13   B        23.39  Courier/Delivery Service - FEDERAL EXPRESS CORP.            514     000     193206
1004782    02/19/13   B        13.80  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC       514     000     193554
1006961    02/26/13   B        45.65  Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC       514     000     193760
 998341    02/01/13   B        40.80  In-House Duplicating                                        519     684
 998342    02/01/13   B         0.40  In-House Duplicating                                        519     684
 999594    02/06/13   B        62.80  In-House Duplicating                                        519     684
1000032    02/07/13   B        15.60  In-House Duplicating                                        519     554
1000235    02/08/13   B       169.80  In-House Duplicating                                        519     684
1000405    02/11/13   B         8.90  In-House Duplicating                                        519     684
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/01/13 15:01:21

PRO FORMA 318931     AS OF 02/28/13     INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1000563 | 02/12/13 | B | 36.60 | In-House Duplicating | 519 | 684 | |
| 1000564 | 02/12/13 | B | 24.00 | In-House Duplicating | 519 | 684 | |
| 1000887 | 02/14/13 | B | 9.60 | In-House Duplicating | 519 | 684 | |
| 1000888 | 02/14/13 | B | 3.50 | In-House Duplicating | 519 | 684 | |
| 1000889 | 02/14/13 | B | 5.00 | In-House Duplicating | 519 | 684 | |
| 1001158 | 02/15/13 | B | 30.20 | In-House Duplicating | 519 | 684 | |
| 1002005 | 02/19/13 | B | 36.00 | In-House Duplicating | 519 | 684 | |
| 1002006 | 02/19/13 | B | 10.80 | In-House Duplicating | 519 | 605 | |
| 1002004 | 02/19/13 | B | 42.80 | In-House Duplicating | 519 | 626 | |
| 1002188 | 02/20/13 | B | 5.00 | In-House Duplicating | 519 | 684 | |
| 1002590 | 02/22/13 | B | 14.40 | In-House Duplicating | 519 | 546 | |
| 1003082 | 02/25/13 | B | 12.40 | In-House Duplicating | 519 | 605 | |
| 1003283 | 02/26/13 | B | 90.00 | In-House Duplicating | 519 | 605 | |
| 1003583 | 02/28/13 | B | 103.70 | In-House Duplicating | 519 | 684 | |
| 1003584 | 02/28/13 | B | 3.00 | In-House Duplicating | 519 | 684 | |
| 1003984 | 02/28/13 | B | 36.80 | In-House Duplicating | 519 | 605 | |
| 1003721 | 01/02/13 | B | 5.30 | Postage | 520 | 000 | |
| 1003733 | 01/08/13 | B | 10.50 | Postage | 520 | 000 | |
| 1003761 | 01/31/13 | B | 3.04 | Postage | 520 | 000 | |
| 1003701 | 02/07/13 | B | 3.92 | Postage | 520 | 000 | |
| 1003702 | 02/08/13 | B | 128.80 | Postage | 520 | 000 | |
| 1003703 | 02/08/13 | B | 171.12 | Postage | 520 | 000 | |
| 1003706 | 02/12/13 | B | 26.44 | Postage | 520 | 000 | |
| 999732 | 02/01/13 | B | 176.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 02/01/2013 | 522H | 684 | 193047 |
| 1002166 | 02/12/13 | B | 261.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 02/12/2013 | 522H | 000 | 193251 |
| 1004621 | 02/14/13 | B | 174.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 02/14/2013 | 522H | 684 | 193519 |
| 1007442 | 02/28/13 | B | 26.90 | Pacer charges for the month of February | 529 | 000 | |
| 1000033 | 02/07/13 | B | 45.80 | In-House Printing - black & white | 541 | 454 | |

Nortel Networks, Inc.
63989-DIP
DATE: 04/01/13 15:01:21

PRO FORMA 318931 AS OF 02/28/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1000236 | 02/08/13 | B | 2.35 | In-House Printing - black & white | 541 | 670 | |
| 1000406 | 02/11/13 | B | 14.10 | In-House Printing - black & white | 541 | 670 | |
| 1000890 | 02/14/13 | B | 7.90 | In-House Printing - black & white | 541 | 971 | |
| 1002007 | 02/19/13 | B | 0.95 | In-House Printing - black & white | 541 | 605 | |
| 1003284 | 02/26/13 | B | 7.40 | In-House Printing - black & white | 541 | 605 | |
| 1000407 | 02/11/13 | B | 1.25 | In-House Printing - color | 542 | 670 | |
| 1000891 | 02/14/13 | B | 8.00 | In-House Printing - color | 542 | 971 | |
| 1002008 | 02/19/13 | B | 1.25 | In-House Printing - color | 542 | 605 | |

10,801.78