## CERTIFICATE OF SERVICE

        I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Fiftieth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period February 1, 2013 Through February 28, 2013** was caused to be made on April 1, 2013, in the manner indicated upon the entities identified below.

Dated: April 1, 2013　　　　　　　　　　　　　　　　　　　　　*/s/ Ann C. Cordo*
　　　Wilmington, DE　　　　　　　　　　　　　　　　　　Ann C. Cordo (No. 4817)

### VIA HAND DELIVERY

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

### VIA FIRST CLASS MAIL

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)