# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

               Debtors.

------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**SUPPLEMENTAL DECLARATION OF JOHN J. RAY III IN FURTHER SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1114 AND FED. R. BANKR. P. 9019 APPROVING A SETTLEMENT AGREEMENT WITH THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES**

I, John J. Ray III, declare under penalty of perjury as follows:

1.      On January 6, 2010, upon the motion of Nortel Networks Inc. ("NNI") and the other above-captioned debtors (together, the "Debtors"), I was appointed by this court as Debtors' Principal Officer, *nunc pro tunc* to December 7, 2009. I am also Senior Managing Director and the sole member of Avidity Partners, LLC.

2.      Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by other members of the Debtors' management and professionals based on, among other things, a review of the Debtors' files, books and records, or learned from my review of relevant documents or are based upon my opinion, which is founded upon my experience and knowledge of the Debtors' operations. If I

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

were called upon to testify, I could and would testify competently to the facts set forth herein.  I am authorized to submit this declaration.

3.      I submit this declaration in support of the Debtors' motion for an order (i) approving a Settlement Agreement with the Retiree Committee and (ii) granting them such other and further relief as the Court deems just and proper, filed as of December 31, 2012 [D.I. 9224] (the "Retiree Settlement Motion").[2]

4.      In order to place before the Court additional documents relevant to the Retiree Settlement Motion, attached to this declaration are true and correct copies of the following documents:

**Exhibit 1:**    2008 Nortel Networks Retiree Medical Plan Summary Plan Description

**Exhibit 2:**    2008 Nortel Networks Retiree Life Insurance and Long-Term Care Plan Summary Plan Description

**Exhibit 3:**    2013 Nortel Networks Retiree Medical Plan Summary Plan Description

**Exhibit 4:**    2013 Nortel Networks Retiree Life Insurance and Long-Term Care Plan Summary Plan Description

*[Remainder of page intentionally left blank.]*

---

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Retiree Settlement Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  April 1, 2013

_____/s/ John J. Ray III_____
John J. Ray III