# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X

|  | : |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearing has been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| July 16, 2013 | 10:00 a.m. (Eastern Time) |
| July 30, 2013 | 10:00 a.m. (Eastern Time) |
| August 21, 2013 | 10:00 a.m. (Eastern Time) |
| August 28, 2013 | 10:00 a.m. (Eastern Time) |
| September 10, 2013 | 10:00 a.m. (Eastern Time) |
| September 24, 2013[2] | 10:00 a.m. (Eastern Time) |
| October 8, 2013 | 10:00 a.m. (Eastern Time) |
| October 22, 2013 | 10:00 a.m. (Eastern Time) |
| November 5, 2013 | 10:00 a.m. (Eastern Time) |
| November 19, 2013 | 10:00 a.m. (Eastern Time) |
| December 3, 2013 | 10:00 a.m. (Eastern Time) |
| December 17, 2013[3] | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
_____, 2013

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Quarterly fee applications for the period of May 1, 2013 through July 31, 2013 will be heard at the September 24, 2013 omnibus hearing at 10:00 a m. (ET).

[3] Quarterly fee applications for the period of August 1, 2013 through October 31, 2013 will be heard at the December 17, 2013 omnibus hearing at 10:00 a m. (ET).