# EXHIBIT A

### COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 through February 28, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 3.0 | $1,797.00 |
| Fee and Employment Applications | 32.2 | $13,600.50 |
| Analysis of Canadian Law | 57.7 | $44,391.50 |
| Intercompany Analysis | 107.7 | $69,678.00 |
| Litigation | 31.8 | $16,773.50 |
| Canadian CCAA Proceedings/Matters | 126.2 | $93,616.50 |
| Employee Matters | 9.8 | $7,042.50 |
| Canadian Sec. 18.6 Proceedings/Matters | 17.9 | $12,396.00 |
| **TOTAL** | 386.3 | $259,295.50 |

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 through February 28, 2013

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $464.24 |
| Duplicating/Printing | 5,668 pgs @ .10 per pg | $566.80 |
| Miscellaneous | Process Server | $70.18 |
| Courier | | - |
| Taxi & Travel | | - |
| Meals | | - |
| Library Costs | | - |
| Court Searches | PACER | $25.40 |
| Word Processing | | - |
| Telephone | Long Distance | $30.37 |
| **Grand Total Expenses** | | **$1,156.99** |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 21/02/2013 | reading and organizing case materials; | 1.0 | 975.00 | 11616973 |
| DeMarinis | Tony | 28/02/2013 | emails regarding fee approval applications, and review same; | 0.4 | 390.00 | 11631686 |
| Ralph | Dianne | 05/02/2013 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 54.00 | 11591652 |
| Ralph | Dianne | 12/02/2013 | Research re appeal as directed by A. Bauer (.2); email docket to A. Bauer (.1); | 0.3 | 81.00 | 11602455 |
| Ralph | Dianne | 12/02/2013 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 54.00 | 11606782 |
| Ralph | Dianne | 19/02/2013 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 54.00 | 11616536 |
| Ralph | Dianne | 28/02/2013 | Review of court docket (.4); retrieve filed fee application (.1) | 0.5 | 135.00 | 11633367 |
| Ralph | Dianne | 01/02/2013 | Review of court docket regarding objections to fee application (.1); email to W. Gray regarding same (.1) | 0.2 | 54.00 | 11635492 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 01/02/2013 | reviewing CCAA case court documents (1.5); preparing reporting email to M. Fleming re same (0.3); | 1.8 | 1,152.00 | 11587942 |
| Slavens | Adam | 06/02/2013 | email correspondence with J. Croft, L. Schweitzer and S. Bomhof re Canadian legal issues (0.4); telephone call with S. Bomhof re same (0.1); | 0.5 | 320.00 | 11594171 |
| Slavens | Adam | 07/02/2013 | reviewing CCAA orders re Canadian legal issues (3.5); telephone call with J. Croft re same (0.2); preparing email to J. Croft re same (0.5); reviewing and commenting on related Chapter 11 motion materials (0.5); | 4.7 | 3,008.00 | 11596542 |
| Slavens | Adam | 13/02/2013 | reviewing Chapter 11 motion materials re Canadian employee matters; | 0.5 | 320.00 | 11605214 |
| DeMarinis | Tony | 26/02/2013 | review and analysis of claims; | 2.3 | 2,242.50 | 11625567 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 27/02/2013 | reviewing and commenting on December and January fee applications; | 0.6 | 525.00 | 11629593 |
| DeMarinis | Tony | 26/02/2013 | email correspondence regarding fee approval applications, and review of same; | 0.4 | 390.00 | 11625590 |
| Gray | William | 01/02/2013 | Work on monthly fee application and review objection status | 0.7 | 630.00 | 11591057 |
| Gray | William | 04/02/2013 | Review CNO for monthly fee application | 0.3 | 270.00 | 11591066 |
| Gray | William | 14/02/2013 | Work on monthly fee applications (.4); Conference with D. Ralph (.1); | 0.5 | 450.00 | 11605435 |
| Gray | William | 21/02/2013 | Review monthly fee application | 0.3 | 270.00 | 11616833 |
| Gray | William | 25/02/2013 | Review monthly fee application | 0.4 | 360.00 | 11621136 |
| Gray | William | 27/02/2013 | Review monthly fee application for December 2012 and January 2013 | 1.1 | 990.00 | 11627278 |
| Gray | William | 28/02/2013 | Work on December and January fee applications and prepare for filing | 1.3 | 1,170.00 | 11629540 |
| Bauer | Alison D. | 21/02/2013 | emails and conferences regarding December and January fee apps | 0.2 | 155.00 | 11616811 |
| Bauer | Alison D. | 27/02/2013 | Emails and conferences attorneys regarding December and January fee apps (.3); review of schedules (.4); conferences D. Ralph (.3) | 1.0 | 775.00 | 11627096 |
| Bauer | Alison D. | 28/02/2013 | Work on fee applications for January and December | 1.0 | 775.00 | 11630534 |
| Bauer | Alison D. | 26/02/2013 | Work on fee applications for January and December | 0.5 | 387.50 | 11632498 |
| Ralph | Dianne | 06/02/2013 | Review of December time entries (1.2); email December time entry changes to S. Bomhof and A. Bauer (.2); conference call with S. Bomhof regarding same (.1) | 1.5 | 405.00 | 11593615 |
| Ralph | Dianne | 07/02/2013 | Review of December time entries (.7); emails to J. Wong regarding same (.2); review of revised time entries and category charts (.3) | 1.2 | 324.00 | 11595694 |
| Ralph | Dianne | 04/02/2013 | Review of December fee application revisions | 0.6 | 162.00 | 11600071 |
| Ralph | Dianne | 04/02/2013 | Email to attorneys and review of responses regarding objections to November fee application (.2); email to local counsel regarding no objections to November fee application and filing of CNO (.1) | 0.3 | 81.00 | 11601387 |
| Ralph | Dianne | 11/02/2013 | Review of December fee application charts (.4); update December fee application (.2); | 0.6 | 162.00 | 11602238 |
| Ralph | Dianne | 01/02/2013 | Review and revise December time entries for fee application submission (1.4); email to J. Wong regarding same (.1) | 1.5 | 405.00 | 11608247 |
| Ralph | Dianne | 20/02/2013 | Review of January time entries for fee application | 0.9 | 243.00 | 11615783 |
| Ralph | Dianne | 15/02/2013 | Email to J. Wong regarding January time entries and expenses for fee application (.1); preliminary review of January time entries (.8) | 0.9 | 243.00 | 11616517 |
| Ralph | Dianne | 22/02/2013 | Review of January time entries ( 3.7); email to A. Bauer regarding January time entries (.1); email to J. Wong regarding same (.1); email to S. Bomhof regarding fee applications (.3) | 4.2 | 1,134.00 | 11618720 |
| Ralph | Dianne | 26/02/2013 | Review of January time entry changes (.7); email to J. Wong regarding additional changes to January time entries (.1); email to S. Bomhof and A. Bauer regarding January time | 1.7 | 459.00 | 11624687 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | entries (.1); revisions to January fee application (.8) | | | |
| Ralph | Dianne | 28/02/2013 | Finalizing December fee applications for filing (2.2); conference with A. Bauer regarding same (.1); emails to J. Wong regarding revisions (.4); emails to T. Minott regarding finalized December fee application (.3) | 3.0 | 810.00 | 11632998 |
| Ralph | Dianne | 28/02/2013 | Finalizing January fee applications for filing (2.0); conference with A. Bauer regarding same (.2); emails and conference calls to J. Wong regarding revisions (.6); emails and conference calls to T. Minott regarding finalized January fee application (.5); email to W. Gray regarding January fee application (.1) | 3.4 | 918.00 | 11633349 |
| Ralph | Dianne | 27/02/2013 | Emails to attorneys regarding December time entries (.2); updating December and fee applications and revising time entries (.6) | 0.8 | 216.00 | 11635528 |
| Ralph | Dianne | 27/02/2013 | Emails to attorneys regarding January time entries (.2); updating January fee application and revising time entries (.9); email to J. Wong regarding time entry revisions (.1) | 1.2 | 324.00 | 11636094 |
| Ralph | Dianne | 25/02/2013 | Receipt and review of January time entry revisions (1.5); email to J. Wong regarding additional revisions to January time entries (0.2); | 1.7 | 459.00 | 11636344 |
| Ralph | Dianne | 14/02/2013 | conference with W. Gray re fee applications; | 0.1 | 27.00 | 11651110 |
| Ralph | Dianne | 27/02/2013 | conferences with A. Bauer regarding fee application; | 0.3 | 81.00 | 11651111 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 04/02/2013 | internal discussions with Scott Bomhof regarding litigation issues (.3); reviewing email and memorandum regarding same (.1); | 0.4 | 310.00 | 11589726 |
| Gray | Andrew | 05/02/2013 | reviewing materials regarding litigation issues; | 0.4 | 310.00 | 11591857 |
| Gray | Andrew | 06/02/2013 | reviewing materials on litigation issues and process and discussing same; | 0.7 | 542.50 | 11594035 |
| Gray | Andrew | 07/02/2013 | reviewing draft court materials (0.3); email regarding litigation process issues and conducting research regarding same (0.4) | 0.7 | 542.50 | 11596651 |
| Gray | Andrew | 08/02/2013 | conference call and meeting regarding Canadian litigation issues and reviewing court submissions; | 1.3 | 1,007.50 | 11596770 |
| Gray | Andrew | 11/02/2013 | researching and drafting note regarding appeal issues and related discussion with Scott Bomhof (0.9); reviewing materials on litigation in CCAA proceedings (0.4); | 1.3 | 1,007.50 | 11600611 |
| Gray | Andrew | 12/02/2013 | internal discussions regarding research for upcoming Canadian litigation; | 0.6 | 465.00 | 11604608 |
| Gray | Andrew | 14/02/2013 | reviewing legal memorandum regarding litigation issues (0.8); considering March 7 hearing issues and reviewing materials and email (0.9); | 1.7 | 1,317.50 | 11607570 |
| Gray | Andrew | 19/02/2013 | reviewing and researching issues for March 7 hearing; | 0.9 | 697.50 | 11612115 |
| Gray | Andrew | 21/02/2013 | reviewing memoranda and cases relating to litigation process issue and discussing same; | 1.6 | 1,240.00 | 11618423 |
| Gray | Andrew | 22/02/2013 | reviewing court filings (0.4); reviewing draft court materials and related correspondence (1.8); | 2.2 | 1,705.00 | 11618895 |
| Gray | Andrew | 28/02/2013 | conference calls regarding March 7 motion and related issues and reviewing legal materials regarding same (2.7); | 2.7 | 2,092.50 | 11630893 |
| Jiang | Eliza | 08/02/2013 | meeting with Andrew Gray to discuss the collection of Monitor reports; | 0.8 | 256.00 | 11596178 |
| Jiang | Eliza | 11/02/2013 | research for case (1.7); communicating with Andrew Gray on the status of the research (0.1); reading background materials on Canadian legal issues (0.6); | 2.4 | 768.00 | 11600154 |
| Jiang | Eliza | 12/02/2013 | meeting with Andrew Gray and Adam Slavens to discuss review and collection of documents (0.6); research regarding Canadian legal issues (0.7); meeting with fellow articling students and Adam Slavens (0.5); | 1.8 | 576.00 | 11602220 |
| Pfleiderer | Andrew | 19/02/2013 | research for case; | 2.7 | 864.00 | 11609201 |
| Pfleiderer | Andrew | 17/02/2013 | research for case; | 2.0 | 640.00 | 11609203 |
| Pfleiderer | Andrew | 18/02/2013 | research for case; | 2.0 | 640.00 | 11609204 |
| Pfleiderer | Andrew | 20/02/2013 | research for case; | 1.3 | 416.00 | 11612119 |
| Pfleiderer | Andrew | 21/02/2013 | research for case (2.4); meeting with Adam Slavens for Nortel (0.5); reviewing Canadian legal issues with Adelaide Buhr (0.4); | 3.3 | 1,056.00 | 11622913 |
| Pfleiderer | Andrew | 26/02/2013 | researching Canadian legal issues; | 1.0 | 320.00 | 11625875 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/02/2013 | research regarding Canadian legal issues; | 0.6 | 525.00 | 11591023 |
| Bomhof | Scott A. | 11/02/2013 | research regarding Canadian legal issues; | 1.0 | 875.00 | 11603096 |
| Bomhof | Scott A. | 12/02/2013 | research regarding Canadian legal issues; | 2.9 | 2,537.50 | 11603755 |
| Bomhof | Scott A. | 14/02/2013 | Research re: Canadian legal issues; | 2.5 | 2,187.50 | 11608148 |
| Bomhof | Scott A. | 15/02/2013 | research regarding Canadian legal issues; | 2.4 | 2,100.00 | 11608866 |
| Bomhof | Scott A. | 19/02/2013 | Research regarding Canadian legal issues; | 1.6 | 1,400.00 | 11611427 |
| Bomhof | Scott A. | 20/02/2013 | Research regarding Canadian legal issues; | 5.0 | 4,375.00 | 11613155 |
| Bomhof | Scott A. | 28/02/2013 | research regarding Canadian legal issues related to supplemental hearing; | 2.2 | 1,925.00 | 11629608 |
| Bomhof | Scott A. | 01/02/2013 | discussion re CCAA research with T. DeMarinis and A. Slavens; | 0.2 | 175.00 | 11651087 |
| Bomhof | Scott A. | 12/02/2013 | conference with A. Bauer re Canadian legal issues; | 0.1 | 87.50 | 11652622 |
| Slavens | Adam | 01/02/2013 | office conference with T. DeMarinis and S. Bomhof re CCAA research (0.2); reviewing CCAA orders (0.7); conducting CCAA research (1.0); | 1.9 | 1,216.00 | 11587962 |
| Slavens | Adam | 04/02/2013 | conducting CCAA research; | 7.0 | 4,480.00 | 11589475 |
| Slavens | Adam | 05/02/2013 | conducting research on claims (0.2); email correspondence with Cleary and S. Bomhof re same (0.2); | 0.4 | 256.00 | 11594138 |
| Slavens | Adam | 05/02/2013 | conducting CCAA research on Canadian legal issues; | 3.5 | 2,240.00 | 11594158 |
| Slavens | Adam | 07/02/2013 | conducting CCAA research on Canadian legal issues and preparing memorandum re same; | 1.8 | 1,152.00 | 11596543 |
| Slavens | Adam | 11/02/2013 | conducting CCAA research on Canadian legal issues and preparing memorandum re same; | 5.0 | 3,200.00 | 11602742 |
| Slavens | Adam | 12/02/2013 | conducting CCAA research on Canadian legal issues and preparing memorandum re same; | 2.5 | 1,600.00 | 11602753 |
| Slavens | Adam | 13/02/2013 | reviewing comments of S. Bomhof on memorandum (0.3); revising same (1.4); | 1.7 | 1,088.00 | 11605215 |
| Slavens | Adam | 14/02/2013 | reviewing comments of A. Gray on memorandum (0.1); revising same (1.1); | 1.2 | 768.00 | 11605504 |
| Slavens | Adam | 20/02/2013 | conducting research re jurisdiction of CCAA courts; | 2.0 | 1,280.00 | 11618254 |
| Slavens | Adam | 21/02/2013 | conducting research re jurisdiction of CCAA courts (1.5); office conference with J. Roth re same (0.2); email correspondence with S. Bomhof and A. Gray re same (0.4); preparing reporting email to J. Moessner re same (0.5); | 2.6 | 1,664.00 | 11618350 |
| DeMarinis | Tony | 13/02/2013 | research for case; | 2.3 | 2,242.50 | 11605088 |
| DeMarinis | Tony | 14/02/2013 | research for case; | 2.5 | 2,437.50 | 11606848 |
| DeMarinis | Tony | 22/02/2013 | research for case; | 2.6 | 2,535.00 | 11620392 |
| DeMarinis | Tony | 25/02/2013 | legal review of cross-border insolvencies; | 1.5 | 1,462.50 | 11622816 |
| DeMarinis | Tony | 01/02/2013 | meeting with A. Slavens and S. Bomhof regarding CCAA research; | 0.2 | 195.00 | 11651091 |
| Bauer | Alison D. | 12/02/2013 | Insurance issues - attention to case law (.4) and conference S. Bomhoff (.1) | 0.5 | 387.50 | 11602376 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/02/2013 | reviewing orders of US court and CCAA court regarding outstanding issues in Nortel proceedings and telephone call with Cleary to discuss (2.1); preparing summary of outstanding CCAA issues (1.2); | 3.3 | 2,887.50 | 11591021 |
| Bomhof | Scott A. | 05/02/2013 | research regarding Canadian legal issues; | 1.5 | 1,312.50 | 11592671 |
| Bomhof | Scott A. | 06/02/2013 | research regarding Canadian legal issues; | 1.3 | 1,137.50 | 11597888 |
| Bomhof | Scott A. | 13/02/2013 | research regarding Canadian legal issues; | 2.0 | 1,750.00 | 11605603 |
| Bomhof | Scott A. | 21/02/2013 | research regarding Canadian legal issues; | 3.1 | 2,712.50 | 11616873 |
| Bomhof | Scott A. | 05/02/2013 | discussion with A. Slavens re U.S. scheduling submissions; | 0.2 | 175.00 | 11651086 |
| Bomhof | Scott A. | 15/02/2013 | conference with W. Gray re issues memo; | 0.4 | 350.00 | 11651088 |
| Slavens | Adam | 01/02/2013 | conference call with Cleary, Aikin, Milbank, FMC and Bennett Jones re endorsement of Morawetz J. and direction of Judge Gross and related matters (1.9); preparing for same (0.7); | 2.6 | 1,664.00 | 11587945 |
| Slavens | Adam | 05/02/2013 | reviewing draft U.S. scheduling submissions and related email correspondence (0.5); office conference with S. Bomhof re same (0.2); | 0.7 | 448.00 | 11594156 |
| Slavens | Adam | 12/02/2013 | meetings with A. Gray, E. Jiáng, M. Kuchinsky, A. Buhr, J. Weinstock and A. Pfleiderer re reviewing of CCAA case court filings (0.5); preparing for same (0.3); | 0.8 | 512.00 | 11602770 |
| Slavens | Adam | 12/02/2013 | email correspondence with E. Jiang, M. Kuchinsky, A. Buhr, J. Weinstock and A. Pfleiderer re review of CCAA case court filings re intercompany matters (0.2); review of CCAA case court filings re intercompany matters (1.5); | 1.7 | 1,088.00 | 11605221 |
| Slavens | Adam | 14/02/2013 | email correspondence with E. Jiang, M. Kuchinsky, A. Buhr, J. Weinstock and A. Pfleiderer re review of CCAA case court filings re intercompany matters (0.1); review of CCAA case court filings re intercompany matters (1.6); | 1.7 | 1,088.00 | 11605512 |
| Slavens | Adam | 20/02/2013 | reviewing CCAA orders re allocation matters (1.5); preparing reporting email to S. Bomhof and Cleary re same (0.2); | 1.7 | 1,088.00 | 11618259 |
| Slavens | Adam | 21/02/2013 | meeting with E. Jiang, M. Kuchinsky, A. Buhr, J. Weinstock and A. Pfleiderer re review of CCAA case court filings (0.3); reviewing results of same (0.5); | 0.8 | 512.00 | 11618356 |
| Slavens | Adam | 21/02/2013 | email correspondence with library and A. Buhr on searches re allocation matters (0.2); reviewing preliminary search results (0.5); | 0.7 | 448.00 | 11618875 |
| Buhr | Adelaide | 14/02/2013 | reviewing CCAA case court filings re intercompany analysis; | 1.7 | 544.00 | 11605357 |
| Buhr | Adelaide | 13/02/2013 | meeting with Adam Slavens and Eliza Jiang re Canadian legal issues; | 0.6 | 192.00 | 11605410 |
| Buhr | Adelaide | 15/02/2013 | reviewing CCAA case court filings re intercompany analysis; | 3.1 | 992.00 | 11606456 |
| Buhr | Adelaide | 18/02/2013 | reviewing CCAA case court filings re intercompany analysis (0.5); | 0.5 | 160.00 | 11607771 |
| Buhr | Adelaide | 19/02/2013 | reviewing CCAA case court filings re | 2.0 | 640.00 | 11611786 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Buhr | Adelaide | 20/02/2013 | intercompany analysis (2.0); meeting with diligence team re results of review of monitor's reports (0.4); meeting with Adam Slavens re Canadian legal issues (0.4); | 0.8 | 256.00 | 11616746 |
| Buhr | Adelaide | 22/02/2013 | internal consultation with Andrew Pfleiderer re intercompany analysis; | 0.6 | 192.00 | 11619123 |
| Buhr | Adelaide | 25/02/2013 | reviewing media releases in connection with intercompany analysis (1.4); | 1.4 | 448.00 | 11623206 |
| Jiang | Eliza | 08/02/2013 | reviewing CCAA case court filings regarding intercompany analysis; | 1.2 | 384.00 | 11596198 |
| Jiang | Eliza | 09/02/2013 | reviewing CCAA case court filings regarding inter company analysis; | 0.7 | 224.00 | 11596872 |
| Jiang | Eliza | 10/02/2013 | reviewing CCAA case court filings re intercompany analysis (3.0); preparing memorandum on the analysis (2.3); | 5.3 | 1,696.00 | 11598057 |
| Jiang | Eliza | 19/02/2013 | reviewing CCAA case court filings re intercompany analysis; | 0.4 | 128.00 | 11611881 |
| Jiang | Eliza | 20/02/2013 | reviewing CCAA case court filings re intercompany analysis; | 1.1 | 352.00 | 11615410 |
| Jiang | Eliza | 21/02/2013 | reviewing CCAA case court filings re intercompany analysis; | 0.5 | 160.00 | 11617172 |
| Kuchinsky | Matthew | 12/02/2013 | reviewing CCAA case court filings re intercompany analysis (3.1); | 3.1 | 992.00 | 11601302 |
| Kuchinsky | Matthew | 13/02/2013 | reviewing CCAA case court filings re intercompany analysis (3.4); | 3.4 | 1,088.00 | 11602651 |
| Kuchinsky | Matthew | 14/02/2013 | reviewing CCAA case court filings re intercompany analysis (1.9); | 1.9 | 608.00 | 11604944 |
| Kuchinsky | Matthew | 15/02/2013 | reviewing CCAA case court filings re intercompany analysis (2.7); | 2.7 | 864.00 | 11606224 |
| Kuchinsky | Matthew | 17/02/2013 | reviewing CCAA case court filings re intercompany analysis (0.3); | 0.3 | 96.00 | 11607457 |
| Kuchinsky | Matthew | 19/02/2013 | reviewing CCAA case court filings re intercompany analysis (1.4); | 1.4 | 448.00 | 11608418 |
| Kuchinsky | Matthew | 20/02/2013 | reviewing CCAA case court filings re intercompany analysis (0.3); | 0.3 | 96.00 | 11612214 |
| Weinstock | Jacob | 13/02/2013 | reviewing CCAA case court filings re intercompany analysis; | 4.1 | 1,312.00 | 11603646 |
| Weinstock | Jacob | 14/02/2013 | reviewing CCAA case court filings re intercompany analysis; | 1.8 | 576.00 | 11605348 |
| Weinstock | Jacob | 19/02/2013 | reviewing CCAA case court filings re intercompany analysis; | 0.4 | 128.00 | 11611403 |
| Weinstock | Jacob | 21/02/2013 | reviewing CCAA case court filings re intercompany analysis; | 3.1 | 992.00 | 11616759 |
| Weinstock | Jacob | 26/02/2013 | reviewing CCAA case court filings re intercompany analysis; | 0.6 | 192.00 | 11623213 |
| DeMarinis | Tony | 01/02/2013 | attend on call among representatives of U.S. debtors, UCC and noteholders (1.1); consider matters discussed on call and issues for judicial resolution (0.8); read counsel email summarizing call (0.2); | 2.1 | 2,047.50 | 11587949 |
| DeMarinis | Tony | 05/02/2013 | correspondence regarding issues list requested by the court, consideration of same, review of initial draft, and review of prior materials; | 1.7 | 1,657.50 | 11592264 |
| DeMarinis | Tony | 13/02/2013 | reading statements from U.S. and Canadian judges on mediation termination and reviewing | 2.0 | 1,950.00 | 11605089 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 14/02/2013 | Canadian legal issues; engaged in preparations for pending cross-border hearings and review of allocation protocol materials and issues; | 2.8 | 2,730.00 | 11606845 |
| DeMarinis | Tony | 21/02/2013 | analysis and review relating to pending allocation hearings and legal issues; | 3.7 | 3,607.50 | 11616971 |
| DeMarinis | Tony | 22/02/2013 | reading inter-company documents; | 1.0 | 975.00 | 11620397 |
| DeMarinis | Tony | 26/02/2013 | analysis regarding Canadian legal issues and impact on inter-company matters; | 1.4 | 1,365.00 | 11625596 |
| DeMarinis | Tony | 26/02/2013 | emails and review of supplemental submission for allocation protocol hearing, and consideration of same; | 1.0 | 975.00 | 11625604 |
| DeMarinis | Tony | 27/02/2013 | reading cumulative submissions for allocation protocol hearing and analyses of legal issues; | 2.5 | 2,437.50 | 11627851 |
| DeMarinis | Tony | 28/02/2013 | emails and reading materials on upcoming hearing; | 0.7 | 682.50 | 11631684 |
| Gray | William | 01/02/2013 | Review Canadian legal issues; | 0.8 | 720.00 | 11591058 |
| Gray | William | 06/02/2013 | Review court filing statements with S. Bomhof | 1.4 | 1,260.00 | 11592759 |
| Gray | William | 08/02/2013 | Review mediation filing (.7); Review statements by various parties framing court issues (1.1); Conference with S. Bomhof regarding same (.4); | 2.2 | 1,980.00 | 11599125 |
| Gray | William | 11/02/2013 | Work on trial issue submissions (1.0); Conference call with S. Bomhof (.3); | 1.3 | 1,170.00 | 11601939 |
| Gray | William | 12/02/2013 | Review trial issue statements (1.2); Review filings by other parties (.5); | 1.7 | 1,530.00 | 11601944 |
| Gray | William | 13/02/2013 | Review Nortel orders (1.4); Conference with S. Bomhof regarding same (.2); | 1.6 | 1,440.00 | 11605428 |
| Gray | William | 14/02/2013 | Review Nortel orders (.6); Review court filings (.5); Update dockets (.2); | 1.3 | 1,170.00 | 11605434 |
| Gray | William | 15/02/2013 | Review trial issues memoranda (.9); conference S Bomhof re same (.4); | 1.3 | 1,170.00 | 11607829 |
| Gray | William | 19/02/2013 | Review case filings | 0.4 | 360.00 | 11612314 |
| Gray | William | 20/02/2013 | Work on filings re: intercompany claims | 1.4 | 1,260.00 | 11615268 |
| Gray | William | 21/02/2013 | Work on CCA case review regarding intercompany claims (1.) and allocation issues (.6) | 1.7 | 1,530.00 | 11616832 |
| Gray | William | 25/02/2013 | Review priority of claims distribution matters | 1.8 | 1,620.00 | 11621130 |
| Gray | William | 26/02/2013 | Work on priority of claims distributions | 1.3 | 1,170.00 | 11623416 |
| Gray | William | 27/02/2013 | Work on establishing priority of claims issue | 0.6 | 540.00 | 11627375 |
| Gray | William | 28/02/2013 | Work on priority distributions | 1.3 | 1,170.00 | 11629569 |
| Bauer | Alison D. | 13/02/2013 | Attention to issue of notification of foreign creditors | 2.7 | 2,092.50 | 11604480 |
| Ralph | Dianne | 13/02/2013 | Review of court docket and retrieval of objection motion (.2); email to S. Bomhof regarding same (.1); retrieve motion regarding late filed claims, email to A. Bauer regarding same (.2) | 0.5 | 135.00 | 11604220 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/02/2013 | various telephone calls with Cleary and Fraser Milner regarding directions from Justice Morawetz and Judge Gross (1.5); reviewing endorsements of Justice Morawetz and Judge Gross and reviewing July 2011 Allocation protocol materials (1.3); | 2.8 | 2,450.00 | 11586597 |
| Bomhof | Scott A. | 04/02/2013 | reviewing Chartis leave to appeal materials and discussing same with L. Schweitzer of Cleary and M. Wunder of Fraser Milner; | 1.3 | 1,137.50 | 11591025 |
| Bomhof | Scott A. | 05/02/2013 | reviewing leave to appeal motion record filed by Chartis and Canadian legal issues(1.6); preparing materials for "issues list" required by order dated January 31, 2013 (1.6); | 3.2 | 2,800.00 | 11592673 |
| Bomhof | Scott A. | 06/02/2013 | various telephone calls with Cleary and Fraser Milner and reviewing U.S. filing and preparing CCAA filing regarding outstanding issues list (3.5); reviewing claims procedure orders and protocols regarding completion of "issues submissions" (2.5); | 6.0 | 5,250.00 | 11597886 |
| Bomhof | Scott A. | 08/02/2013 | various telephone calls with Cleary to finalize U.S. "outstanding issues" submissions and CCAA outstanding Issues submissions (1.0); revising and serving CCAA issues list (3.0); reviewing CCAA "issues submissions" filed by Monitor, CCC, UCC, directors and ad hoc committee of bondholders (2.0); | 6.0 | 5,250.00 | 11599418 |
| Bomhof | Scott A. | 11/02/2013 | reviewing "issues submissions" filed in CCAA proceeding (1.0); reviewing factum filed by Chartis (1.0); document review from CCAA pleadings (1.2); | 3.2 | 2,800.00 | 11603094 |
| Bomhof | Scott A. | 12/02/2013 | CCAA pleading review in preparation for further allocation submissions (1.2); reviewing Chartis leave to appeal caselaw and discuss US cases with J. Opolosky (1.2); | 2.4 | 2,100.00 | 11603758 |
| Bomhof | Scott A. | 13/02/2013 | reviewing materials from June 2011 allocation protocol motion and prepare draft summary submissions for March 7 hearing; | 3.0 | 2,625.00 | 11605601 |
| Bomhof | Scott A. | 15/02/2013 | review Chartis leave to appeal factum and discuss with A. Merskey of Norton Rose (0.7); review proposed schedule for MOE appeal forwarded by Norton Rose and discuss MOE request to file new evidence with A. Merskey (1.0); | 1.7 | 1,487.50 | 11608869 |
| Bomhof | Scott A. | 19/02/2013 | Revise NNL reply factum; | 1.0 | 875.00 | 11611428 |
| Bomhof | Scott A. | 20/02/2013 | Review MOE appeal materials in Northstar re appeal; | 1.5 | 1,312.50 | 11613158 |
| Bomhof | Scott A. | 22/02/2013 | reviewing draft factum (.6); reviewing appeal materials regarding MOE appeals of Nortel and Northstar orders (1.2); | 1.8 | 1,575.00 | 11619375 |
| Bomhof | Scott A. | 25/02/2013 | reviewing and finalising NNI reply factum (.5); reviewing draft "supplemental Submissions" (.8); | 1.2 | 1,050.00 | 11623258 |
| Bomhof | Scott A. | 26/02/2013 | reviewing June 2011 allocation protocol materials and preparing supplemental submissions for hearing; | 3.1 | 2,712.50 | 11626220 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 27/02/2013 | reviewing U.S. supplemental submissions and preparing CCAA supplemental submissions; | 3.0 | 2,625.00 | 11629597 |
| Bomhof | Scott A. | 28/02/2013 | telephone call with L. Peacock and A. Gray regarding Canadian discovery rules and procedures (1.1); reviewing and revising supplemental submissions to CCAA court (1.8); | 2.9 | 2,537.50 | 11629611 |
| Bomhof | Scott A. | 25/02/2013 | meeting with A. Slavens re February 25, 2013 motion; | 0.2 | 175.00 | 11651089 |
| Bomhof | Scott A. | 22/02/2013 | conference with A. Slavens re motion (.2); meeting with A. Slavens re draft Chartis factum (.2); | 0.4 | 350.00 | 11651090 |
| Slavens | Adam | 01/02/2013 | reviewing CCAA case court documents; | 1.0 | 640.00 | 11587946 |
| Slavens | Adam | 02/02/2013 | reviewing Chartis appeal materials; | 2.5 | 1,600.00 | 11587965 |
| Slavens | Adam | 06/02/2013 | preparing memorandum on rights of U.S. debtors in Canada; | 5.8 | 3,712.00 | 11594164 |
| Slavens | Adam | 06/02/2013 | reviewing and commenting on draft Canadian scheduling submissions (0.8); email correspondence with Cleary and S. Bomhof re same (0.5); | 1.3 | 832.00 | 11594169 |
| Slavens | Adam | 07/02/2013 | conference call with Akin, Milbank, FMC, Bennett Jones and Cleary re scheduling and issues list submission; | 2.0 | 1,280.00 | 11596541 |
| Slavens | Adam | 07/02/2013 | preparing Canadian scheduling and issues list submission (0.5); reviewing US scheduling and issues list submission (0.7); email correspondence with L. Schweitzer and S. Bomhof re same (0.3); telephone calls with M. Wunder and S. Bomhof re same (0.5); | 2.0 | 1,280.00 | 11596561 |
| Slavens | Adam | 08/02/2013 | revising Canadian scheduling and issues list submission (2.7); email correspondence and telephone calls with Cleary and S. Bomhof re same (0.8); telephone call with M. Wunder re same (0.1); serving and filing issues list submission (2.5); | 6.1 | 3,904.00 | 11598693 |
| Slavens | Adam | 08/02/2013 | reviewing scheduling and issues list submissions of parties in interest (1.0); email correspondence with Cleary and S. Bomhof re same (0.5); | 1.5 | 960.00 | 11598696 |
| Slavens | Adam | 09/02/2013 | reviewing scheduling and issues list submissions of parties in interest; | 1.0 | 640.00 | 11598702 |
| Slavens | Adam | 11/02/2013 | email correspondence with Cleary and S. Bomhof re MOE appeal; | 0.2 | 128.00 | 11602750 |
| Slavens | Adam | 13/02/2013 | reviewing CCAA case court documents; | 0.8 | 512.00 | 11605213 |
| Slavens | Adam | 13/02/2013 | reviewing correspondence from Morawetz J. and order of Judge Gross re allocation motion and email correspondence re same; | 0.5 | 320.00 | 11605220 |
| Slavens | Adam | 14/02/2013 | reviewing CCAA case court documents re allocation motion; | 1.5 | 960.00 | 11605505 |
| Slavens | Adam | 15/02/2013 | reviewing CCAA case court documents re allocation motion (1.8); email correspondence and telephone call with Cleary re same (0.2); | 2.0 | 1,280.00 | 11609093 |
| Slavens | Adam | 17/02/2013 | reviewing and commenting on draft factum re Chartis leave to appeal motion; | 2.0 | 1,280.00 | 11609099 |
| Slavens | Adam | 19/02/2013 | reviewing and commenting on Chartis factum (1.5); reviewing comments of J. Opolsky on same | 1.9 | 1,216.00 | 11612882 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | (0.2); telephone call with Norton Rose re same (0.2); | | | |
| Slavens | Adam | 19/02/2013 | research for case (3.0); office conference with J. Roth re same (0.2); email correspondence and telephone calls with S. Bomhof and A. Gray re same (0.4); | 3.6 | 2,304.00 | 11612885 |
| Slavens | Adam | 20/02/2013 | conference call with FMC and Cleary re CCAA matters (0.5); preparing for same (0.3); email correspondence re same (0.3); | 1.1 | 704.00 | 11618253 |
| Slavens | Adam | 20/02/2013 | preparing factum re Chartis leave to appeal factum; | 3.0 | 1,920.00 | 11618263 |
| Slavens | Adam | 22/02/2013 | reviewing and commenting on draft Chartis factum re leave to appeal (1.0); office conference with S. Bomhof re same (0.2); email correspondence with FMC re same (0.2); | 1.4 | 896.00 | 11618876 |
| Slavens | Adam | 22/02/2013 | email correspondence with J. Opolsky and S. Bomhof re motion returnable February 25, 2013 (0.1); preparing for same (1.0); office conference with S. Bomhof re same (0.2); | 1.3 | 832.00 | 11618877 |
| Slavens | Adam | 24/02/2013 | reviewing and commenting on draft Chartis factum (0.8); reviewing comments of S. Bomhof on same (0.1); | 0.9 | 576.00 | 11619623 |
| Slavens | Adam | 25/02/2013 | attending motion returnable February 25, 2013 (2.0); preparing for same (0.5); office conference with S. Bomhof re same (0.1); | 2.6 | 1,664.00 | 11622716 |
| Slavens | Adam | 25/02/2013 | reviewing and commenting on draft supplementary memorandum re allocation protocol motion; | 2.8 | 1,792.00 | 11622719 |
| Slavens | Adam | 25/02/2013 | revising Chartis factum (0.5); reviewing comments of Cleary on same (0.1); telephone calls and email correspondence with M. Wunder re same (0.3); preparing motion record re same (1.5); preparing for service and filing of same (2.0); | 4.4 | 2,816.00 | 11622721 |
| Slavens | Adam | 26/02/2013 | revising Chartis factum (0.5); coordinating service and filing of same (2.5); | 3.0 | 1,920.00 | 11627899 |
| Slavens | Adam | 26/02/2013 | reviewing CCAA case court materials; | 2.0 | 1,280.00 | 11627905 |
| Slavens | Adam | 27/02/2013 | reviewing comments of S. Bomhof and A. Gray on draft supplementary memorandum re allocation protocol motion and revising same (1.8); preparing CCAA cover document re same (2.0); office conferences with S. Bomhof re same (0.2); email correspondence with FMC, S. Bomhof and A. Gray re same (0.5); | 4.5 | 2,880.00 | 11627913 |
| Slavens | Adam | 28/02/2013 | reviewing previously filed allocation materials (1.7); reviewing further comments of S. Bomhof and A. Gray on draft supplementary memorandum re allocation protocol motion and revising same (0.8); email correspondence with FMC, S. Bomhof and A. Gray re same (0.3); telephone call with M. Wunder and A. Gray re same (0.4); | 3.2 | 2,048.00 | 11631426 |
| Roth | Jonathan | 19/02/2013 | receiving instructions from Adam Slavens re research into Canadian legal issues; | 0.3 | 96.00 | 11611459 |
| Roth | Jonathan | 20/02/2013 | researching Canadian legal issues; | 2.1 | 672.00 | 11613170 |
| Roth | Jonathan | 21/02/2013 | researching Canadian legal issues (1.1); compiling and reviewing cases (0.4); meeting | 2.0 | 640.00 | 11616854 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | with Adam Slavens (0.2); drafting summary email to Adam Slavens (0.3); | | | |
| DeMarinis | Tony | 01/02/2013 | review materials on Chartis motion re Canadian legal issues; | 0.3 | 292.50 | 11587952 |
| DeMarinis | Tony | 06/02/2013 | consideration of issues list for submission to Morawetz J., emails, and process; | 0.9 | 877.50 | 11592890 |
| DeMarinis | Tony | 13/02/2013 | review and consideration of submissions of all parties regarding issues requiring resolution; | 2.5 | 2,437.50 | 11605087 |
| DeMarinis | Tony | 21/02/2013 | review of court materials in the Canadian proceedings; | 1.0 | 975.00 | 11616972 |
| DeMarinis | Tony | 22/02/2013 | review and preparation relating to allocation hearing; | 2.5 | 2,437.50 | 11620394 |
| DeMarinis | Tony | 25/02/2013 | review and consideration of materials, correspondence and legal principles relating to allocation hearing; | 3.5 | 3,412.50 | 11622811 |
| DeMarinis | Tony | 26/02/2013 | review court materials served for Chartis leave to appeal motion and Travelers endorsement and order; | 0.5 | 487.50 | 11625601 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/02/2013 | exchange messages with J. Craft of Cleary and reviewing sec.18.6 materials (2.0); reviewing cross-border protocol (1.0); | 3.0 | 2,625.00 | 11591022 |
| Bomhof | Scott A. | 05/02/2013 | follow up with Norton Rose and Gowlings on section 18.6 materials filed prior to retention of Torys. | 1.0 | 875.00 | 11592674 |
| Slavens | Adam | 04/02/2013 | reviewing 18.6 recognition orders and motion materials re recognition of U.S. claim bar date orders in Canada (1.8); email correspondence with J. Croft, S. Bomhof and A. Gray re same (0.3); | 2.1 | 1,344.00 | 11590015 |
| Slavens | Adam | 15/02/2013 | reviewing Chapter 11 motion materials and orders (1.3); telephone call with Cleary re same (0.1); | 1.4 | 896.00 | 11609089 |
| Slavens | Adam | 22/02/2013 | email correspondence with J. Uziel re recognition of Chapter 11 orders in Canada (0.1); reviewing motion materials re same (0.5); | 0.6 | 384.00 | 11618882 |
| Slavens | Adam | 26/02/2013 | reviewing and commenting on draft supplementary memorandum re allocation protocol motion (2.5); conducting research re same (2.5); | 5.0 | 3,200.00 | 11627902 |
| Slavens | Adam | 27/02/2013 | preparing sec.18.6 recognition materials re orders; | 1.3 | 832.00 | 11627917 |
| Slavens | Adam | 28/02/2013 | preparing sec.18.6 recognition materials re orders; | 3.5 | 2,240.00 | 11631431 |