# EXHIBIT B

Case 09-10138-MFW    Doc 9931-3    Filed 04/01/13    Page 1 of 4

Nortel
February 2013 Disbursements

| | | | | |
|---|---|---|---|---|
| 271 | Process Server Filing | 08/02/2013 | 35.09 | filing the U.S. Debtors' Scheduling Proposal for Outstanding Motions and Issues together with affidavit of service of Christine Palladino; |
| 271 | Process Server Filing | 26/02/2013 | 35.09 | filing motion record of Nortel Networks Inc. and the other US debtors and the Official Committee of Unsecured Creditors (responding motion for leave to appeal), joint factum and affidavit of service of Marian Bojovich; |
| | | | $ 70.18 | |
| 480 | Telephone Charges | 28/02/2013 | 16.25 | Telephone Charges Gray, Andrew; Phone Calls/Wireless Usage Long distance call |
| 800 | Telephone Call | 08/02/2013 | 5.02 | Telephone Call Global Crossing, Inv # 19012780 BOMHOF, SCOTT |
| 800 | Telephone Call | 20/02/2013 | 2.59 | Telephone Call Global Crossing, Inv # 19012780 SLAVENS, ADAM |
| 800 | Telephone Call | 22/02/2013 | 3.61 | Telephone Call Global Crossing, Inv # 19012780 BOMHOF, SCOTT |
| 800 | Telephone Call | 24/02/2013 | 2.77 | Telephone Call Global Crossing, Inv # 19012780 BOMHOF, SCOTT |
| 4800 | Telephone | 28/02/2013 | 0.08 | Telephone 13026589200 - Wilmington, DE - Time: 17:50 - Dur: 2.60 |
| 4800 | Telephone | 28/02/2013 | 0.05 | Telephone 13023519377 - Wilmington, DE - Time: 19:01 - Dur: 1.60 |
| | | | $ 30.37 | |
| 801 | Copies | 08/02/2013 | 7.70 | Copies |
| 801 | Copies | 11/02/2013 | 1.60 | Copies |
| 801 | Copies | 11/02/2013 | 9.30 | Copies |
| 801 | Copies | 19/02/2013 | 1.30 | Copies |
| 801 | Copies | 21/02/2013 | 7.10 | Copies |
| 801 | Copies | 25/02/2013 | 104.30 | Copies |
| 801 | Copies | 26/02/2013 | 4.30 | Copies |
| 801 | Copies | 26/02/2013 | 0.20 | Copies |
| 808 | Laser Printing | 01/02/2013 | 1.00 | Laser Printing |
| 808 | Laser Printing | 01/02/2013 | 1.30 | Laser Printing |
| 808 | Laser Printing | 04/02/2013 | 0.50 | Laser Printing |
| 808 | Laser Printing | 04/02/2013 | 3.10 | Laser Printing |
| 808 | Laser Printing | 04/02/2013 | 3.80 | Laser Printing |
| 808 | Laser Printing | 05/02/2013 | 1.00 | Laser Printing |
| 808 | Laser Printing | 06/02/2013 | 8.10 | Laser Printing |
| 808 | Laser Printing | 07/02/2013 | 4.90 | Laser Printing |
| 808 | Laser Printing | 07/02/2013 | 7.80 | Laser Printing |
| 808 | Laser Printing | 08/02/2013 | 1.30 | Laser Printing |
| 808 | Laser Printing | 08/02/2013 | 4.60 | Laser Printing |
| 808 | Laser Printing | 09/02/2013 | 54.10 | Laser Printing |
| 808 | Laser Printing | 09/02/2013 | 0.10 | Laser Printing |
| 808 | Laser Printing | 10/02/2013 | 2.70 | Laser Printing |
| 808 | Laser Printing | 10/02/2013 | 1.10 | Laser Printing |
| 808 | Laser Printing | 11/02/2013 | 0.50 | Laser Printing |
| 808 | Laser Printing | 11/02/2013 | 10.60 | Laser Printing |
| 808 | Laser Printing | 11/02/2013 | 9.70 | Laser Printing |
| 808 | Laser Printing | 11/02/2013 | 1.00 | Laser Printing |
| 808 | Laser Printing | 12/02/2013 | 1.50 | Laser Printing |
| 808 | Laser Printing | 12/02/2013 | 5.20 | Laser Printing |
| 808 | Laser Printing | 13/02/2013 | 11.40 | Laser Printing |
| 808 | Laser Printing | 14/02/2013 | 2.20 | Laser Printing |
| 808 | Laser Printing | 14/02/2013 | 0.10 | Laser Printing |
| 808 | Laser Printing | 15/02/2013 | 2.80 | Laser Printing |
| 808 | Laser Printing | 17/02/2013 | 0.80 | Laser Printing |
| 808 | Laser Printing | 19/02/2013 | 0.60 | Laser Printing |
| 808 | Laser Printing | 19/02/2013 | 1.60 | Laser Printing |
| 808 | Laser Printing | 19/02/2013 | 2.90 | Laser Printing |
| 808 | Laser Printing | 19/02/2013 | 61.20 | Laser Printing |
| 808 | Laser Printing | 19/02/2013 | 0.20 | Laser Printing |
| 808 | Laser Printing | 20/02/2013 | 1.80 | Laser Printing |
| 808 | Laser Printing | 20/02/2013 | 2.10 | Laser Printing |

Nortel
February 2013 Disbursements

| | | | |
|---|---|---|---|
| 808 Laser Printing | 20/02/2013 | 0.50 | Laser Printing |
| 808 Laser Printing | 20/02/2013 | 1.40 | Laser Printing |
| 808 Laser Printing | 20/02/2013 | 0.20 | Laser Printing |
| 808 Laser Printing | 21/02/2013 | 1.60 | Laser Printing |
| 808 Laser Printing | 21/02/2013 | 2.00 | Laser Printing |
| 808 Laser Printing | 21/02/2013 | 1.70 | Laser Printing |
| 808 Laser Printing | 21/02/2013 | 0.90 | Laser Printing |
| 808 Laser Printing | 22/02/2013 | 9.90 | Laser Printing |
| 808 Laser Printing | 22/02/2013 | 1.80 | Laser Printing |
| 808 Laser Printing | 25/02/2013 | 1.30 | Laser Printing |
| 808 Laser Printing | 25/02/2013 | 0.70 | Laser Printing |
| 808 Laser Printing | 25/02/2013 | 28.90 | Laser Printing |
| 808 Laser Printing | 25/02/2013 | 12.90 | Laser Printing |
| 808 Laser Printing | 26/02/2013 | 0.40 | Laser Printing |
| 808 Laser Printing | 26/02/2013 | 11.90 | Laser Printing |
| 808 Laser Printing | 26/02/2013 | 26.80 | Laser Printing |
| 808 Laser Printing | 27/02/2013 | 5.40 | Laser Printing |
| 808 Laser Printing | 27/02/2013 | 58.70 | Laser Printing |
| 808 Laser Printing | 27/02/2013 | 1.00 | Laser Printing |
| 808 Laser Printing | 28/02/2013 | 0.60 | Laser Printing |
| 808 Laser Printing | 28/02/2013 | 6.60 | Laser Printing |
| 4808 Laser Printing | 01/02/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 01/02/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 01/02/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 04/02/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 06/02/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 06/02/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 06/02/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 06/02/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 07/02/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 07/02/2013 | 0.70 | Laser Printing |
| 4808 Laser Printing | 07/02/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 13/02/2013 | 1.80 | Laser Printing |
| 4808 Laser Printing | 13/02/2013 | 4.90 | Laser Printing |
| 4808 Laser Printing | 13/02/2013 | 0.70 | Laser Printing |
| 4808 Laser Printing | 15/02/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 15/02/2013 | 1.00 | Laser Printing |
| 4808 Laser Printing | 15/02/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 15/02/2013 | 1.00 | Laser Printing |
| 4808 Laser Printing | 22/02/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 22/02/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 25/02/2013 | 1.00 | Laser Printing |
| 4808 Laser Printing | 26/02/2013 | 1.00 | Laser Printing |
| 4808 Laser Printing | 26/02/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 26/02/2013 | 1.00 | Laser Printing |
| 4808 Laser Printing | 26/02/2013 | 1.10 | Laser Printing |
| 4808 Laser Printing | 26/02/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 27/02/2013 | 1.00 | Laser Printing |
| 4808 Laser Printing | 27/02/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 27/02/2013 | 1.10 | Laser Printing |
| 4808 Laser Printing | 27/02/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 27/02/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 27/02/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 27/02/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 27/02/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 27/02/2013 | 0.10 | Laser Printing |
| 4808 Laser Printing | 27/02/2013 | 0.70 | Laser Printing |
| 4808 Laser Printing | 27/02/2013 | 1.10 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 0.80 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 1.50 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 1.50 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 1.50 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 1.00 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 0.60 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 3.90 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 0.80 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 0.20 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 0.30 | Laser Printing |
| 4808 Laser Printing | 28/02/2013 | 0.40 | Laser Printing |

Nortel
February 2013 Disbursements

| Code | Description | Date | Amount | Description |
|---|---|---|---:|---|
| 4808 | Laser Printing | 28/02/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 1.50 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 0.60 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 1.50 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 28/02/2013 | 1.10 | Laser Printing |
| | | | **$ 566.80** | |
| 885 | On Line Research Charges - Quicklaw | 22/02/2013 | 80.22 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 25/02/2013 | 95.26 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/02/2013 | 46.12 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 01/02/2013 | 98.26 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 11/02/2013 | 8.02 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 20/02/2013 | 44.12 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 20/02/2013 | 12.03 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 21/02/2013 | 64.17 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 21/02/2013 | 16.04 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | **$ 464.24** | |
| 4146 | Computerized Court Searches | 07/02/2013 | 1.30 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 1.60 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 2.20 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 5.70 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 1.50 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 1.70 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 1.00 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 1.10 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 1.40 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 4.50 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 1.00 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 0.80 | Computerized Court Searches Pacer |
| 4146 | Computerized Court Searches | 07/02/2013 | 1.60 | Computerized Court Searches Pacer |
| | | | **$ 25.40** | |
| | | | **$ 1,156.99** | |