# CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Twenty-Third Monthly Application of Torys LLP, as Special Canadian Counsel to Debtors and Debtors-In-Possession for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred for the Period February 1, 2013 Through February 28, 2013** was caused to be made on April 1, 2013, in the manner indicated upon the entities identified below:

Date: April 1, 2013

                                                */s/ Tamara K. Minott*
                                              Tamara K. Minott (No. 5643)

**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709
(Debtor)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee
Of Unsecured Creditors)

7090887.1