```
              IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE


IN RE:                          )   Case No. 09-10138(KG)
                                )   (Jointly Administered)
NORTEL NETWORKS, INC.,          )
      et al.,                   )   Chapter 11

                                )   Courtroom 3
                                )   824 Market Street
         Debtors.               )   Wilmington, Delaware
                                )
                                )   March 8, 2013
                                )   2:00 p.m.

         TRANSCRIPT OF TELEPHONIC PROCEEDINGS
       BEFORE THE HONORABLE JUDGE KEVIN GROSS
            UNITED STATES BANKRUPTCY JUDGE
       BEFORE HONORABLE JUSTICE GEOFFREY MORAWETZ
            ONTARIO SUPERIOR COURT OF JUSTICE

APPEARANCES:

For Debtors:             Morris Nichols Arsht & Tunnell, LLP
                         BY: DEREK ABBOTT, ESQ.
                         (302) 351-9357
                         BY: ANN C. CORDO, ESQ.
                         (302) 351-9459

                         Cleary Gottlieb Steen & Hamilton
                         BY: JAMES BROMLEY, ESQ.
                         (212) 225-2264
                         BY: HOWARD ZELBO, ESQ.
                         (202) 974-1546

                         Torys, LLP
                         BY: SCOTT BOMHOF, ESQ.
                         (416)865-7370

                         Nortel Networks, Inc.
                         BY: JOHN RAY
                         (302) 351-9318


ECRO:                    GINGER MACE

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:

| | |
|---|---|
| For U. S. Trustee: | Office of the United States Trustee<br>BY: MARK KENNEY, ESQ.<br>(302) 573-6491 |
| For Joint<br>Administrators and<br>Foreign Representatives: | Hughes Hubbard & Reed, LLP (NY)<br>BY: DEREK ADLER, ESQ.<br>(212) 837-6000 |
| For Trustee of Nortel<br>Network U.K. Pension<br>Plan, et.al.: | Willkie Farr & Gallagher, LLP<br>BY: SAMEER ADVANI, ESQ.<br>(212) 728-3593<br>BY: BRIAN E. O'CONNOR, ESQ.<br>(212) 728-8000<br><br>Bayard PA<br>BY: JUSTIN ALBERTO, ESQ.<br>(3020 429-4226 |
| For Nortel Networks<br>U.K. Pension Trust: | Hogan Lovells International, LLP<br>BY: ANGELA DIMSDALE GILL<br>(212) 728-3135 |
| For Trustee of Nortel<br>Networks U.K. Pension<br>Plan: | Cassels Brock & Blackwell<br>BY: DAVID WARD, ESQ.<br>(416) 869-5300 |
| For Joint<br>Administrator: | Young Conaway Stargatt & Taylor<br>BY: JOHN DORSEY, ESQ.<br>(302) 571-6712<br>BY: EDWIN HARRON, ESQ.<br>(302) 571-6703<br><br>Herbert Smith<br>BY: STEPHEN GALE, ESQ.<br>BY: RICHARD LAWSON, ESQ.<br>BY: KEVIN LLOYD, ESQ.<br>BY: JOHN WHITEOAK, ESQ.<br>(302) 571-6710<br><br>Davies Ward Phillips & Vineberg, LLP<br>BY: ROBIN SCHWILL, ESQ.<br>(416)863-5502 |

| | |
|---|---|
| For Nortel Networks U.K. (Joint Admin.) | Ernst & Young<br>BY: STEPHEN HARRIS, ESQ.<br>(302) 571-6710<br><br>Herbert Smith<br>BY: PHILLIP LIS, ESQ.<br>BY: DANIEL MINDEL, ESQ.<br>(302) 571-6710 |
| For Official Committee Of Unsecured Creditors: | Akin Gump Strauss Hauer & Feld, LLP<br>BY: DAVID BOTTER, ESQ.<br>(212) 872-1055<br>BY: BRAD KAHN, ESQ.<br>(212) 872-8121<br>BY: DAVID QUANE, ESQ.<br>(302) 571-5732<br>BY: MATTHEW FAGEN, ESQ.<br>(212) 872-8051<br>BY: FRED S. HODARA, ESQ.<br>(212) 872-8040<br>BY: ABID QURESHI, ESQ.<br>(212) 872-1000<br><br>Richards Layton & Finger, PA<br>BY: CHRIS SAMIS, ESQ.<br>(302) 651-7886 |
| For Official Committee of LPD: | Elliott Greenleaf<br>BY: JONATHAN STEMERMAN, ESQ.<br>(302) 384-9410 |
| For Law Debenture Trust Company of NY: | Patterson Belknap Webb & Tyler<br>BY: BRIAN GUINEY<br>(212) 336-2305<br>BY: DANIEL A. LOWENTHAL, ESQ.<br>(212) 336-2720<br><br>Borden Ladner Gervals, LLP<br>BY: EDMOND LAMEK, ESQ.<br>(416)367-6311<br><br>Morris James, LLP<br>BY: STEPHEN MILLER, ESQ.<br>(302) 888-6853 |
| For Aurelius: | Kramer Levin Naftalis & Frankel, LLP<br>BY: DAVID E. BLABEY, JR., ESQ.<br>(212) 715-9100 |

```
                         Aurelius Capital Management, LP
                         BY: MATTHEW A. ZLOTO
                         (646) 445-6518

For Monitor, Ernst       Allen & Overy, LLP
& Young:                 BY: KENNETH COLEMAN, ESQ.
                         (212) 610-6300
                         BY: JOSEPH BADTKE-BERKOW, ESQ.
                         (646) 344-6563
                         BY: DANIEL GUYDER, ESQ.
                         (212) 756-1132

                         Buchanan Ingersoll & Rooney
                         BY: MARY CALOWAY, ESQ.
                         (302) 552-4209

                         Gowlings Lafleur & Henderson, LLP
                         BY: JENNIFER STAM, ESQ.
                         (416) 862-5697
                         BY: DERRICK TAY, ESQ.
                         (416) 369-7330

                         Goodmans, LLP
                         BY: JAY CARFAGNINI, ESQ.
                         (416) 597-4107
                         BY: BENJAMIN ZARNETT, ESQ.
                         (416) 597-4204

                         Ernst & Young
                         BY: MURRAY MCDONALD, ESQ.
                         (416) 943-3016

For Chilmark Partners:   Chilmark Partners
                         BY: MICHAEL J. KENNEDY
                         (312) 984-9711

For Ad Hoc Committee:    Milbank, Tweed, Hadley & McCloy,
                         LLP
                         BY: CINDY DELANO, ESQ.
                         (212) 530-5501

For Ad Hoc Committee     Pachulski Stang Ziehl & Jones
of Bondholders:          BY: KATHLEEN P. MAKOWSKI, ESQ.
                         (302) 652-4100


For Creditor, The        Milbank Tweed Hadley & McCloy, LLP
Bondholder Group:        BY: DENNIS DUNNE, ESQ.
                         BY: ANDREW LEBLANC, ESQ.
                         BY: THOMAS MATZ, ESQ.
                         (212) 530-5000
```

```
For Creditor:              Macquarie Capital (USA), Inc.
                           BY: SUSAN S. CHEN
                           (212) 231-2386

For Creditor:              Silver Point Capital
                           BY: MATTHEW EHMER
                           (203) 542-4219

For Creditor:              Hain Capital Group, LLC
                           BY: BRIAN L. BRAGER
                           (201) 896-6100

For Creditor:              JPMorgan Chase & Company
                           BY: OLIVER BUTT
                           (212) 270-3228

For Creditor:              RBS Securities
                           BY: JEFFREY FARKAS
                           (614) 577-1120

For Creditor,              CAW-Canada
CAW-Canada and George      BY: BARRY WADSWORTH
Borosh, et al.:            (416) 495-6564

For HBK Capital            HBK Capital Management
Management:                BY: ERIC BILMES, ESQ.
                           (212) 588-5115

For Bank of America:       Bank of America
                           BY: ESTHER CHUNG
                           (646) 855-6705

For Bank of New York       Latham & Watkins, LLP
Mellon:                    BY: MICHAEL J. RIELA, ESQ.
                           (212) 906-1373

For Matthew Rosenberg:     Chilmark Partners
                           BY: MATTHEW ROSENBERG
                           (312) 984-9711

For Wilmington Trust       Heenan Blaikie
National Association:      BY: JOHN SALMAS, ESQ.
                           (416) 360-3570

For Wilmington Trust       Carter Ledyard & Milburn
Company:                   BY: LEONARDO TRIVIGNO, ESQ.
                           (212) 238-8724
```

```
For Financial Services
Commission of Ontario:   Paliare Roland & Rosenberg
                         BY: LILY HARMER, ESQ.
                         BY: KEN ROSENBERG, ESQ.
                         BY: MAX STAMINO, ESQ.
                         (416) 646-4304

For Former Director      Osler Hoskin & Harcourt, LLP
Of NNC & NNL:            BY: ADAM HIRSH, ESQ.
                         (416) 862-6635

For Administrator,       Lax, O'Sullivan, Scott & Lisus
Joint Administrators:    BY: MATHEW BULLEN
                         (416) 598-1744

For Creditor, Nortel     Shibley Righton, LLC
Cont. Employees:         BY: ARTHUR JACQUES
                         (416) 214-5213

For Creditor, Jack Mui:  Kamunting Street
                         BY: GREGOR DANNACHER
                         (203) 541-4243

For Morneau Chapeolle,   McCarthy Tetrault, LLP
Ltd.:                    BY: ELDER MARQUES
                         (416)601-7822

For Hondo Sen:           Cetus Capital
                         BY: HONDO SEN
                         (203) 552-3528

For Citi:                Citi Capital Advisors
                         BY: REBECCA J. SONG
                         (212) 559-9933

For Former Employees     Koskie Minsky, LLP
of Nortel(Canada):       BY: MARK ZIGLER, ESQ.
                         (416) 542-6288

For Interested Party:    Tory's LLP
                         BY: ADAM SLAVENS, ESQ.
                         (416) 865-7333

For Interested Party:    King Street Capital Management, LLC
                         BY: MITCHELL SOCKETT
                         (434) 284-4404


For Interested Party:    Wingspan Investment Management
                         BY: MATTHIAS EDERER
                         (212) 307-3408
```

```
For Interested Party:      Hughes Hubbard & Reed, LLP, NY
                           BY: NEIL J. OXFORD, ESQ.
                           (212) 837-6000

For Interested Party:      Paulson & Company
                           BY: DANIEL B. KAMENSKY
                           (212) 599-6622

For Interested Party:      Bloomberg, LP
                           BY: STEVEN H. CHURCH, ESQ.
                           (302) 661-7606

For Interested Party:      Jefferies & Company
                           BY: JUSTIN BRASS
                           (203) 708-5847

For Interested Party:      Gleacher & Company
                           BY: PATRICK FITZGERALD, ESQ.
                           (973) 364-2538

For Interested Party:      Farallon Capital Management
                           BY: MICHAEL LINN, ESQ.
                           (415) 421-2132

For Interested Party:      Thomson & Reuters
                           BY: THOAS HALS
                           (610)544-2712

For Interested Party:      Credit Suisse
                           BY: MANAS BABBILI
                           (212) 538-5918

For Interested Party:      Covalent Partners
                           BY: JONATHAN BARNETT, ESQ.
                           (617) 658-5527

For Interested Party:      Goldman Sacks
                           BY: DENNIS LAFFERY

For Interested Party:      Dow Jones & Co.
                           BY: PEG BRICKLEY, ESQ.
                           (215) 462-0953

For Interested Party:      Young Conaway Stargatt & Taylor
                           BY: SIMON FREEMANTLE
                           (302) 571-5732

For Interested Party:      Takota Asset Management
                           BY: SCOTT LECKIE
                           (416)363-2689
```

```
For Interested Party:      Barclays Capital, Inc.
                           BY: OLIVIA MAURO
                           (212) 412-6773

For Interested Party:      Nomura Securities
                           BY: LISA PHAN
                           (212) 667-1760

For Interested Party:      BY: JAMES SEESY

For Interested Party:      Stone Lion Capital Partners
                           BY: CARRAS HOLMSTEAD
                           (212) 843-1296

For Interested Party:      Symphony Asset Management
                           BY: JAMES S. KIM
                           (415) 676-4094

For Interested Party:      Luskin Stern & Eisler, LLP
                           BY: MICHAEL LUSKIN
                           (212) 597-8220

For Interested Party:      Deutsche Bank
                           BY: JAMES MACINNIS
                           (212) 250-2578

For Interested Party:      Morgan Stanley - New York
                           BY: JAMES C. MARTIN
                           (212) 761-1947
For Interested Party:      Latigo Partners
                           BY: SCOTT T. MCCABE
                           (212) 754-1`613

For Interested Party:      DLA Piper US, LLP
                           BY: SELINDA A. MELNIK, ESQ.
                           (302) 468-5650

For Interested Party:      Avenue Capital
                           BY: AMIT P. PATEL
                           (212) 850-7585

For Interested Party:      In Pro Per/Pro Se
                           BY: RYAN POLISI
                           (212) 612-1472

For Interested Party:      Water Island Capital
                           BY: JAMES POWERS
                           (646) 727-4457

For Interested Party:      Aristeia Capital
                           BY: STEVEN ROBINSON
                           (212) 842-1961
```

```
For Interested Party:     USB Securities, LLC
                          BY: DENNIS RUGGERE
                          ((203)) 719-7875

For Interested Party:     Ernst & Young
                          BY: STEVE SANDERSON, ESQ.
                          (302) 571-6712

For Interested Party:     CitiGroup
                          BY: BILL J. SCHWARTZ
                          (212) 723-3158

For Interested Party:     River Birch Capital
                          BY: JAMES SEERY
                          (212) 504-6807
```

WILMINGTON, DELAWARE, FRIDAY, MARCH 8, 2013, 2:08 P.M.

THE COURT:  Good afternoon, everyone.  This is Judge Gross in the courtroom in Delaware, and I wonder if my colleague, Justice Morawetz, is on the telephone?

JUSTICE MORAWETZ:  I am.

THE COURT:  Very well.  Good, Justice Morawetz.  Good afternoon, sir.

JUSTICE MORAWETZ:  Good afternoon.  Have we got everybody signed in?

THE COURT:  I believe so.

JUSTICE MORAWETZ:  Going to be on the call or is there any other Protocol that you have to go through before we start, Judge Gross?

THE COURT:  No, we've got about nine pages of people who've called in here.

JUSTICE MORAWETZ:  All righty.  Judge Gross and I have had a preliminary discussion about the procedure for this afternoon.  We will start -- I will be reading my endorsement in Toronto.  Arrangements are being made to have a PDF version sent immediately concluding this call, and I will distribute it to the Monitor at Ernst & Young, who can then -- and Monitor's counsel, who can then make arrangements to distribute it to the service list.  At the conclusion of the endorsement that I read, Judge Gross will

be reading his and I'm certain that he will have a version to release in his usual manner. All right? This concerns, obviously, the hearing from yesterday, March 7, 2013. My endorsement reads as follows:

"For reasons to follow, the Motion of Nortel Networks Corporation, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks International Corporation, and Nortel Networks Global Corporation, collectively the Canadian Debtors, for an Order approving an Allocation Protocol substantially in the form of Schedule 8 of the Motion originally returnable June 7, 2011, is granted subject to the following modifications:

1) The Allocation Protocol is to be based on the Protocol presented of the original return date, namely June 7th, 2011, and it is not to be based on the Protocol presented during arguments on March 7, 2013.

2) The list of 'core parties' referenced in paragraphs (O)(3)(i) of the Motion Record is to be expanded. Representations were received from numerous indentured trustees on March 7, 2013. These parties are to be included as core parties.

3) The Monitor is directed to provide the Court with a revised list of proposed core parties for its consideration balancing interests of natural justice, as

Case 09-10138-MFW   Doc 9933   Filed 04/02/13   Page 12 of 18

12

well as the objective to resolve outstanding issues in the most expeditious and least expensive manner possible.

        The Monitor is also directed to coordinate input from the parties with respect to a litigation schedule. Directions in respect of the litigation schedule will be addressed in the full reasons for this Decision.

        The Cross Motion of the Joint Administrators of Nortel Networks U.K. Limited originally returnable June 7, 2011, requesting an Order compelling and directing the parties to the Interim Funding and Settlement Agreement dated June 9, 2009, defined as the IFSA, to engage in arbitration regarding all disputes concerning the allocation of sales/proceeds as defined in the IFSA is dismissed.  The appeal period in respect of this endorsement will commence on the date when full reasons are released, which date will coincide with the release of reasons of Chief Judge Kevin Gross of the United States Bankruptcy Court for the District of Delaware.  That endorsement has -- is dated March 8th, 2013, and has been signed and will be sent at the conclusion of this call to Monitor's counsel and to the Monitor for distribution."

        Judge Gross, over to you.

        THE COURT:  All right, Justice Morawetz.  Thank you, sir.  And this is my ruling.

This Court has independently arrived at the same Decision as Justice Morawetz, namely, that the Court must grant the Debtors' Motion for the Allocation Protocol and that the proceedings will properly be before the Court and not before an arbitrator or arbitrators.

Accordingly, the Court is granting, as stated, the Debtors' Motion and denying the EMEA Debtors' Cross Motion for Arbitration. I will be stating my reasons in an opinion to be issued as early as possible. I am not issuing such a ruling obviously this soon, but at the same time, my ruling is intended to at least permit the parties to proceed expeditiously, as I will explain further in a minute.

The Interim Funding Settlement Agreement and the Escrow Agreements are unambiguous and do not require or provide for arbitration. And under the circumstances, this Court remains responsible to decide issues brought before it, including the EMEA claims issues and the allocation of proceeds. And to bring the case to conclusion efficiently and expeditiously, where, as here, there is no agreement for arbitration, the goals and deciding matters in such fashion are best served by the Court maintaining control of the parties and the path to conclusion. And the Court is highly confident that with the close working relationship that my esteemed colleague Justice Morawetz and I have developed and

my confidence in his skill and knowledge, we will develop a practical solution for the difficulties inherent in the matters before us.  Practicalities, however, do not drive the Court's jurisdiction or its responsibilities.

We will plan for trial in the fall, and it is therefore critical that the parties begin their work promptly.  The Courts will issue a Scheduling Order in the coming weeks, but in the meantime, the U.S. debtors should respond to the EMEA claims which survived the Motion to Dismiss, and the parties should make plans for cooperative discovery.

I further agree with Justice Morawetz that the Allocation Protocol is to be based on the Protocol presented in the original Motion, which the Courts originally heard on June 7, 2011.  And the list of core parties should be expanded as Justice Morawetz indicated.  And that is the ruling that I think addresses the concerns that the parties raised in arguments yesterday.

And that concludes my ruling.  And as indicated, I will issue the reasons and an Order as promptly as possible so that the parties will have that in writing.  But to do so and to wait to make a ruling until all that work is completed would, in the Court's view, simply sort of slow down the process.  And obviously, Justice Morawetz and I are

now determined that this matter proceed expeditiously.

        JUSTICE MORAWETZ:  I believe that concludes matters for this afternoon.  Thank you, Judge Gross.

        THE COURT:  Thank you, Justice Morawetz.  Thank you all.  And we will stand in recess.  And good day to everyone.

        ALL:  Thanks very much, Your Honor.

1     (Whereupon at 2:16 a.m., the hearing was adjourned)

2                       CERTIFICATION

3     I certify that the foregoing is a correct
4 transcript from the electronic sound recording of the
5 proceedings in the above-entitled matter.

6

7
8 _____          8 March 2013
9 Christy Snyder, Transcriber                Date
  Diaz Data Services, LLC

10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(1) | 15:8 | **benjamin**(1) | 4:26 | **concluding**(1) | 10:20 | **ederer**(1) | 6:50 |
| **abbott**(1) | 1:26 | **best**(1) | 13:21 | **conclusion**(4) | 10:24 12:19 13:18 13:22 | **edmond**(1) | 3:39 |
| **abid**(1) | 3:21 | **bill**(1) | 9:10 | **confidence**(1) | 14:1 | **edwin**(1) | 2:32 |
| **about**(2) | 10:14 10:17 | **bilmes**(1) | 5:26 | **confident**(1) | 13:23 | **efficiently**(1) | 13:18 |
| **above-entitled**(1) | 15:12 | **birch**(1) | 9:13 | **consideration**(1) | 11:24 | **ehmer**(1) | 5:6 |
| **accordingly**(1) | 13:6 | **blabey**(1) | 3:48 | **cont**(1) | 6:17 | **eisler**(1) | 8:19 |
| **adam**(2) | 6:9 6:41 | **blackwell**(1) | 2:25 | **control**(1) | 13:21 | **elder**(1) | 6:25 |
| **addressed**(1) | 12:6 | **blaikie**(1) | 5:41 | **cooperative**(1) | 14:10 | **electronic**(2) | 1:54 15:11 |
| **addresses**(1) | 14:17 | **bloomberg**(1) | 7:9 | **coordinate**(1) | 12:3 | **elliott**(1) | 3:28 |
| **adjourned**(1) | 15:8 | **bomhof**(1) | 1:38 | **cordo**(1) | 1:28 | **emea**(3) | 13:7 13:17 14:9 |
| **adler**(1) | 2:8 | **bondholder**(1) | 4:48 | **core**(4) | 11:17 11:21 11:23 14:15 | **employees**(2) | 6:17 6:36 |
| **admin**(1) | 3:2 | **bondholders**(1) | 4:43 | **corporation**(4) | 11:6 11:7 11:8 11:9 | **endorsement**(5) | 10:19 10:24 11:4 12:14 12:18 |
| **administered**(1) | 1:6 | **borden**(1) | 3:38 | **correct**(1) | 15:10 | | |
| **administrator**(2) | 2:30 6:12 | **borosh**(1) | 5:23 | **counsel**(2) | 10:22 12:20 | **engage**(1) | 12:11 |
| **administrators**(3) | 2:8 6:13 12:7 | **botter**(1) | 3:11 | **court**(17) | 1:1 1:21 10:2 10:6 10:10 10:14 11:22 12:17 12:23 13:1 13:2 13:4 13:6 13:16 13:21 13:22 15:4 | **eric**(2) | 5:26 |
| **advani**(1) | 2:12 | **brad**(1) | 3:13 | | | **ernst**(5) | 3:1 4:5 4:29 9:5 10:21 |
| **advisors**(1) | 6:32 | **brager**(1) | 5:10 | | | **escrow**(1) | 13:14 |
| **afternoon**(5) | 10:2 10:7 10:8 10:18 15:3 | **brass**(1) | 7:14 | | | **esq**(65) | 1:26 1:28 1:32 1:34 1:38 2:4 2:8 2:12 2:14 2:18 2:26 2:30 2:32 2:36 2:37 2:38 2:39 2:44 3:2 3:6 3:7 3:11 3:13 3:15 3:17 3:19 3:21 3:25 3:29 3:35 3:39 3:43 3:48 4:6 4:8 4:10 4:14 4:18 4:20 4:24 4:26 4:30 4:39 4:43 4:48 4:49 4:50 5:26 5:34 5:42 5:46 6:3 6:4 6:5 6:9 6:37 6:41 7:2 7:10 7:18 7:22 7:34 7:41 8:35 9:6 |
| **agree**(1) | 14:12 | **brian**(3) | 2:14 3:33 5:10 | **court's**(2) | 14:4 14:23 | | |
| **agreement**(3) | 12:10 13:13 13:19 | **brickley**(1) | 7:41 | **courtroom**(2) | 1:10 10:3 | | |
| **agreements**(1) | 13:14 | **bring**(1) | 13:18 | **courts**(2) | 14:7 14:14 | | |
| **akin**(1) | 3:10 | **brock**(1) | 2:25 | **covalent**(1) | 7:33 | | |
| **alberto**(1) | 2:18 | **bromley**(1) | 1:32 | **credit**(1) | 7:29 | | |
| **all**(7) | 10:16 11:2 12:12 12:23 14:22 15:5 15:7 | **brought**(1) | 13:16 | **creditor**(9) | 4:47 5:1 5:5 5:9 5:13 5:17 5:21 6:16 6:20 | | |
| | | **buchanan**(1) | 4:13 | | | | |
| | | **bullen**(1) | 6:13 | | | | |
| **allen**(1) | 4:5 | **but**(3) | 13:10 14:8 14:21 | **creditors**(1) | 3:12 | **esteemed**(1) | 13:24 |
| **allocation**(6) | 11:10 11:13 12:12 13:3 13:17 14:13 | **butt**(1) | 5:14 | **critical**(1) | 14:6 | **esther**(1) | 5:30 |
| | | **call**(3) | 10:11 10:20 12:20 | **cross**(2) | 12:7 13:7 | **et.al**(1) | 2:13 |
| **also**(1) | 12:3 | **called**(1) | 10:15 | **daniel**(4) | 3:7 3:35 4:10 7:6 | **everybody**(1) | 10:9 |
| **america**(2) | 5:29 5:29 | **caloway**(1) | 4:14 | **dannacher**(1) | 6:21 | **everyone**(2) | 10:2 15:6 |
| **amit**(1) | 8:39 | **can**(2) | 10:21 10:22 | **data**(2) | 1:48 15:17 | **expanded**(2) | 11:18 14:16 |
| **and**(43) | 2:8 5:22 10:3 10:16 10:20 10:22 11:1 11:8 11:15 12:2 12:9 12:10 12:19 12:19 12:20 12:24 13:3 13:4 13:7 13:13 13:14 13:15 13:17 13:18 13:19 13:20 13:22 13:22 13:24 13:24 14:1 14:5 14:10 14:15 14:16 14:19 14:19 14:20 14:22 14:24 14:24 15:5 15:5 | **canadian**(1) | 11:9 | **date**(4) | 11:14 12:15 12:15 15:16 | **expeditious**(1) | 12:2 |
| | | **capital**(16) | 4:1 5:1 5:5 5:9 5:25 5:25 6:28 6:32 6:44 7:21 8:1 8:11 8:38 8:46 8:50 9:13 | **dated**(2) | 12:11 12:18 | **expeditiously**(3) | 13:12 13:19 15:1 |
| | | | | **david**(4) | 2:26 3:11 3:15 3:48 | **expensive**(1) | 12:2 |
| | | | | **davies**(1) | 2:42 | **explain**(1) | 13:12 |
| | | **carfagnini**(1) | 4:24 | **day**(1) | 15:5 | **fagen**(1) | 3:17 |
| | | **carras**(1) | 8:12 | **debenture**(1) | 3:32 | **fall**(1) | 14:5 |
| | | **carter**(1) | 5:45 | **debtors**(7) | 1:12 1:25 11:9 13:3 13:7 13:7 14:8 | **farallon**(1) | 7:21 |
| | | **case**(2) | 1:5 13:18 | | | **farkas**(1) | 5:18 |
| **andrew**(1) | 4:49 | **cassels**(1) | 2:25 | | | **farr**(1) | 2:11 |
| **angela**(1) | 2:22 | **caw-canada**(2) | 5:21 5:22 | **decide**(1) | 13:16 | **fashion**(1) | 13:20 |
| **ann**(1) | 1:28 | **certain**(1) | 11:1 | **deciding**(1) | 13:20 | **feld**(1) | 3:10 |
| **any**(1) | 10:12 | **certification**(1) | 15:9 | **decision**(2) | 12:6 13:2 | **financial**(1) | 6:1 |
| **appeal**(1) | 12:14 | **certify**(1) | 15:10 | **defined**(2) | 12:11 12:13 | **finger**(1) | 3:24 |
| **approving**(1) | 11:10 | **cetus**(1) | 6:28 | **delano**(1) | 4:39 | **fitzgerald**(1) | 7:18 |
| **arbitration**(4) | 12:12 13:8 13:15 13:20 | **chapeolle**(1) | 6:24 | **delaware**(5) | 1:2 1:12 10:1 10:3 12:18 | **follow**(1) | 11:5 |
| **arbitrator**(1) | 13:5 | **chapter**(1) | 1:8 | **dennis**(3) | 4:48 7:38 9:2 | **following**(1) | 11:12 |
| **arbitrators**(1) | 13:5 | **chase**(1) | 5:13 | **denying**(1) | 13:7 | **follows**(1) | 11:4 |
| **are**(6) | 10:19 11:20 12:15 13:14 13:21 | **chen**(1) | 5:2 | **derek**(2) | 1:26 2:8 | **for**(88) | 1:2 1:25 2:3 2:7 2:11 2:21 2:25 2:29 3:1 3:10 3:28 3:32 3:46 4:5 4:33 4:37 4:42 4:47 5:1 5:5 5:9 5:13 5:17 5:21 5:25 5:29 5:33 5:37 5:41 5:45 6:1 6:8 6:12 6:16 6:20 6:24 6:28 6:32 6:36 6:40 6:44 6:49 7:1 7:5 7:9 7:13 7:17 7:21 7:25 7:29 7:33 7:37 7:40 7:44 7:48 8:1 8:5 8:9 8:11 8:15 8:19 8:23 8:27 8:30 8:34 8:38 8:42 8:46 8:50 9:1 9:5 9:9 9:13 10:17 11:5 11:9 11:23 12:6 12:17 12:20 13:3 13:8 13:15 13:19 14:2 14:5 14:10 15:3 |
| **arguments**(2) | 11:16 14:18 | **chief**(1) | 12:16 | **derrick**(1) | 4:20 | | |
| **aristeia**(1) | 8:50 | **chilmark**(3) | 4:33 4:33 5:37 | **determined**(1) | 15:1 | | |
| **arrangements**(2) | 10:19 10:23 | **chris**(1) | 3:25 | **deutsche**(1) | 8:23 | | |
| **arrived**(1) | 13:1 | **christy**(1) | 15:16 | **develop**(1) | 14:1 | | |
| **arsht**(1) | 1:25 | **chung**(1) | 5:30 | **developed**(1) | 13:24 | | |
| **arthur**(1) | 6:17 | **church**(1) | 7:10 | **diaz**(2) | 1:48 15:17 | | |
| **asset**(2) | 7:48 8:15 | **cindy**(1) | 4:39 | **difficulties**(1) | 14:2 | | |
| **association**(1) | 5:42 | **circumstances**(1) | 13:15 | **dimsdale**(1) | 2:22 | **foregoing**(1) | 15:10 |
| **aurelius**(2) | 3:46 4:1 | **citi**(2) | 6:32 6:32 | **directed**(2) | 11:22 12:3 | **foreign**(1) | 2:9 |
| **avenue**(1) | 8:38 | **citigroup**(1) | 9:9 | **directing**(1) | 12:9 | **form**(1) | 11:10 |
| **babbili**(1) | 7:30 | **claims**(2) | 13:17 14:9 | **directions**(1) | 12:5 | **former**(2) | 6:8 6:36 |
| **badtke-berkow**(1) | 4:8 | **cleary**(1) | 1:31 | **director**(1) | 6:8 | **frankel**(1) | 3:46 |
| **balancing**(1) | 11:24 | **close**(1) | 13:23 | **discovery**(1) | 14:11 | **fred**(1) | 3:19 |
| **bank**(4) | 5:29 5:29 5:33 8:23 | **coincide**(1) | 12:16 | **discussion**(1) | 10:17 | **freemantle**(1) | 7:45 |
| **bankruptcy**(3) | 1:1 1:19 12:17 | **coleman**(1) | 4:6 | **dismiss**(1) | 14:10 | **friday**(1) | 10:1 |
| **barclays**(1) | 8:1 | **colleague**(2) | 10:4 13:24 | **dismissed**(1) | 12:13 | **from**(4) | 11:3 11:19 12:4 15:11 |
| **barnett**(1) | 7:34 | **collectively**(1) | 11:9 | **disputes**(1) | 12:12 | **full**(2) | 12:6 12:15 |
| **barry**(1) | 5:22 | **coming**(1) | 14:8 | **distribute**(2) | 10:21 10:23 | **funding**(2) | 12:10 13:13 |
| **based**(3) | 11:13 11:15 14:13 | **commence**(1) | 12:14 | **distribution**(1) | 12:21 | **further**(2) | 13:12 14:12 |
| **bayard**(1) | 2:17 | **commission**(1) | 6:2 | **district**(2) | 1:2 12:17 | **gale**(1) | 2:36 |
| **been**(1) | 12:19 | **committee**(4) | 3:11 3:28 4:37 4:42 | **dla**(1) | 8:34 | **gallagher**(1) | 2:11 |
| **before**(7) | 1:18 1:20 10:12 13:4 13:5 13:16 14:3 | **company**(6) | 3:33 5:13 5:46 7:5 7:13 7:17 | **dorsey**(1) | 2:30 | **geoffrey**(1) | 1:20 |
| | | **compelling**(1) | 12:9 | **dow**(1) | 7:40 | **george**(1) | 5:22 |
| | | **completed**(1) | 14:23 | **down**(1) | 14:24 | | |
| **begin**(1) | 14:6 | **conaway**(2) | 2:29 7:44 | **drive**(1) | 14:3 | | |
| **being**(1) | 10:19 | **concerning**(1) | 12:12 | **dunne**(1) | 4:48 | | |
| **believe**(2) | 10:10 15:2 | **concerns**(2) | 11:2 14:17 | **during**(1) | 11:16 | | |
| **belknap**(1) | 3:32 | **concludes**(2) | 14:19 15:2 | **early**(1) | 13:9 | | |
| | | | | **ecro**(1) | 1:46 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **gervais**(1) 3:38 | | **interested**(34) 6:40 6:44 6:49 7:1 7:5 7:9 7:13 7:17 7:21 7:25 7:29 7:33 7:37 7:40 7:44 7:48 8:1 8:5 8:9 8:11 8:15 8:19 8:23 8:27 8:30 8:34 8:38 8:42 8:46 8:50 9:1 9:5 9:9 9:13 | | **lisus**(1) 6:12 | | **network**(1) 2:12 | |
| **gill**(1) 2:22 | | | | **litigation**(2) 12:4 12:5 | | **networks**(11) 1:7 1:41 2:21 2:26 3:1 11:6 11:6 11:7 11:7 11:8 12:8 | |
| **ginger**(1) 1:46 | | | | **llc**(5) 5:9 6:16 6:44 9:1 15:17 | | | |
| **gleacher**(1) 7:17 | | | | **lloyd**(1) 2:38 | | | |
| **global**(1) 11:8 | | | | **llp**(23) 1:25 1:37 2:7 2:11 2:21 2:43 3:10 3:38 3:42 3:47 4:5 4:17 4:23 4:38 4:47 5:33 6:8 6:24 6:36 6:40 7:1 8:19 8:34 | | **new**(2) 5:33 8:27 | |
| **goals**(1) 13:20 | | | | | | **nichols**(1) 1:25 | |
| **going**(1) 10:11 | | **interests**(1) 11:24 | | | | **nine**(1) 10:14 | |
| **goldman**(1) 7:37 | | **interim**(2) 12:10 13:13 | | | | **nnc**(1) 6:9 | |
| **good**(5) 10:2 10:6 10:7 10:8 15:5 | | **international**(2) 2:21 11:8 | | | | **nnl**(1) 6:9 | |
| **goodmans**(1) 4:23 | | **interests**(1) 11:24 | | **lovells**(1) 2:21 | | **nomura**(1) 8:5 | |
| **got**(2) 10:8 10:14 | | **investment**(1) 6:49 | | **lowenthal**(1) 3:35 | | **nortel**(13) 1:7 1:41 2:11 2:21 2:25 3:1 6:16 11:5 11:6 11:6 11:7 11:8 12:8 | |
| **gottlieb**(1) 1:31 | | **island**(1) 8:46 | | **lpd**(1) 3:29 | | | |
| **gowlings**(1) 4:17 | | **issue**(2) 14:7 14:20 | | **ltd**(1) 6:25 | | | |
| **grant**(1) 13:3 | | **issued**(1) 13:9 | | **luskin**(2) 8:19 8:20 | | **nortel(canada)**(1) 6:37 | |
| **granted**(1) 11:12 | | **issues**(3) 12:1 13:16 13:17 | | **mace**(1) 1:46 | | **not**(5) 11:15 13:5 13:9 13:14 14:3 | |
| **granting**(1) 13:6 | | **issuing**(1) 13:9 | | **macinnis**(1) 8:24 | | **now**(1) 15:1 | |
| **greenleaf**(1) 3:28 | | **its**(2) 11:23 14:4 | | **macquarie**(1) 5:1 | | **numerous**(1) 11:19 | |
| **gregor**(1) 6:21 | | **jack**(1) 6:20 | | **made**(1) 10:19 | | **o'sullivan**(1) 6:12 | |
| **gross**(8) 1:18 10:3 10:13 10:16 10:24 12:17 12:22 15:3 | | **jacques**(1) 6:17 | | **maintaining**(1) 13:21 | | **o(3)(i)**(1) 11:18 | |
| | | **james**(8) 1:32 3:42 8:9 8:16 8:24 8:28 8:47 9:14 | | **make**(3) 10:22 14:10 14:22 | | **objective**(1) 12:1 | |
| **group**(2) 4:48 5:9 | | | | **makowski**(1) 4:43 | | **obviously**(3) 11:3 13:10 14:24 | |
| **guiney**(1) 3:33 | | | | **management**(8) 4:1 5:25 5:26 6:44 6:49 7:21 7:48 8:15 | | **office**(1) 2:3 | |
| **gump**(1) 3:10 | | **jay**(1) 4:24 | | | | **official**(2) 3:10 3:28 | |
| **guyder**(1) 4:10 | | **jefferies**(1) 7:13 | | | | **oliver**(1) 5:14 | |
| **had**(1) 10:17 | | **jeffrey**(1) 5:18 | | | | **olivia**(1) 8:2 | |
| **hadley**(2) 4:37 4:47 | | **jennifer**(1) 4:18 | | **manas**(1) 7:30 | | **ontario**(2) 1:21 6:2 | |
| **hain**(1) 5:9 | | **john**(4) 1:42 2:30 2:39 5:42 | | **manner**(2) 11:2 12:2 | | **opinion**(1) 13:9 | |
| **hals**(1) 7:26 | | **joint**(5) 2:7 2:29 3:2 6:13 12:7 | | **march**(7) 1:14 10:1 11:3 11:16 11:20 12:18 15:15 | | **order**(4) 11:9 12:9 14:7 14:20 | |
| **hamilton**(1) 1:31 | | **jointly**(1) 1:6 | | | | **original**(2) 11:14 14:14 | |
| **harcourt**(1) 6:8 | | **jonathan**(2) 3:29 7:34 | | | | **originally**(3) 11:11 12:8 14:14 | |
| **harmer**(1) 6:3 | | **jones**(2) 4:42 7:40 | | **mark**(2) 2:4 6:37 | | **osler**(1) 6:8 | |
| **harris**(1) 3:2 | | **joseph**(1) 4:8 | | **market**(1) 1:11 | | **other**(1) 10:12 | |
| **harrisburg**(1) 1:50 | | **jpmorgan**(1) 5:13 | | **marques**(1) 6:25 | | **outstanding**(1) 12:1 | |
| **harron**(1) 2:32 | | **judge**(9) 1:18 1:19 10:3 10:13 10:16 10:24 12:16 12:22 15:3 | | **martin**(1) 8:28 | | **over**(1) 12:22 | |
| **has**(3) 12:18 12:19 13:1 | | | | **mary**(1) 4:14 | | **overy**(1) 4:5 | |
| **hauer**(1) 3:10 | | | | **mathew**(1) 6:13 | | **oxford**(1) 7:2 | |
| **have**(7) 10:8 10:12 10:17 10:19 11:1 13:24 14:21 | | **june**(5) 11:11 11:14 12:8 12:11 14:15 | | **matter**(2) 15:1 15:12 | | **o'connor**(1) 2:14 | |
| | | **jurisdiction**(1) 14:4 | | **matters**(3) 13:20 14:3 15:3 | | **p.m**(2) 1:15 10:1 | |
| | | **justice**(17) 1:20 1:21 10:4 10:5 10:6 10:8 10:11 10:16 11:24 12:23 13:2 13:24 14:12 14:16 14:24 15:2 15:4 | | **matthew**(5) 3:17 4:2 5:6 5:37 5:38 | | **pachulski**(1) 4:42 | |
| **hbk**(2) 5:25 5:25 | | | | **matthias**(1) 6:50 | | **pages**(1) 10:14 | |
| **heard**(1) 14:14 | | | | **matz**(1) 4:50 | | **paliare**(1) 6:2 | |
| **hearing**(2) 11:3 15:8 | | | | **mauro**(1) 8:2 | | **paragraphs**(1) 11:18 | |
| **heenan**(1) 5:41 | | **justin**(2) 2:18 7:14 | | **max**(1) 6:5 | | **parties**(13) 11:17 11:20 11:21 11:23 12:4 12:10 13:11 13:22 14:6 14:10 14:15 14:17 14:21 | |
| **henderson**(1) 4:17 | | **kahn**(1) 3:13 | | **mccabe**(1) 8:31 | | | |
| **herbert**(2) 2:35 3:5 | | **kamensky**(1) 7:6 | | **mccarthy**(1) 6:24 | | | |
| **here**(2) 10:15 13:19 | | **kamunting**(1) 6:20 | | **mccloy**(2) 4:37 4:47 | | | |
| **highly**(1) 13:22 | | **kathleen**(1) 4:43 | | **mcdonald**(1) 4:30 | | | |
| **hirsh**(1) 6:9 | | **ken**(1) 6:4 | | **meantime**(1) 14:8 | | **partners**(6) 4:33 4:33 5:37 7:33 8:11 8:30 | |
| **his**(3) 11:1 11:2 14:1 | | **kennedy**(1) 4:34 | | **mellon**(1) 5:34 | | **party**(34) 6:40 6:44 6:49 7:1 7:5 7:9 7:13 7:17 7:21 7:25 7:29 7:33 7:37 7:40 7:44 7:48 8:1 8:5 8:9 8:11 8:15 8:19 8:23 8:27 8:30 8:34 8:38 8:42 8:46 8:50 9:1 9:5 9:9 9:13 | |
| **hoc**(2) 4:37 4:42 | | **kenneth**(1) 4:6 | | **melnik**(1) 8:35 | | | |
| **hodara**(1) 3:19 | | **kenney**(1) 2:4 | | **michael**(4) 4:34 5:34 7:22 8:20 | | | |
| **hogan**(1) 2:21 | | **kevin**(3) 1:18 2:38 12:16 | | **milbank**(2) 4:37 4:47 | | | |
| **holmstead**(1) 8:12 | | **kim**(1) 8:16 | | **milburn**(1) 5:45 | | | |
| **hondo**(2) 6:28 6:29 | | **king**(1) 6:44 | | **miller**(1) 3:43 | | | |
| **honor**(1) 15:7 | | **knowledge**(1) 14:1 | | **mindel**(1) 3:7 | | **patel**(1) 8:39 | |
| **honorable**(2) 1:18 1:20 | | **koskie**(1) 6:36 | | **minsky**(1) 6:36 | | **path**(1) 13:22 | |
| **hoskin**(1) 6:8 | | **kramer**(1) 3:46 | | **minute**(1) 13:12 | | **patrick**(1) 7:18 | |
| **howard**(1) 1:34 | | **ladner**(1) 3:38 | | **mitchell**(1) 6:45 | | **patterson**(1) 3:32 | |
| **however**(1) 14:3 | | **laffery**(1) 7:38 | | **modifications**(1) 11:12 | | **paulson**(1) 7:5 | |
| **hubbard**(2) 2:7 7:1 | | **lafleur**(1) 4:17 | | **monitor**(5) 4:5 10:21 11:22 12:3 12:20 | | **pdf**(1) 10:20 | |
| **hughes**(2) 2:7 7:1 | | **lamek**(1) 3:39 | | **monitor's**(2) 10:22 12:20 | | **peg**(1) 7:41 | |
| **i'm**(1) 11:1 | | **latham**(1) 5:33 | | **morawetz**(15) 1:20 10:4 10:5 10:6 10:8 10:11 10:16 12:23 13:2 13:24 14:12 14:16 14:24 15:2 15:4 | | **pennsylvania**(1) 1:50 | |
| **ifsa**(2) 12:11 12:13 | | **latigo**(1) 8:30 | | | | **pension**(3) 2:12 2:22 2:26 | |
| **immediately**(1) 10:20 | | **law**(1) 3:32 | | | | **people**(1) 10:15 | |
| **inc**(4) 1:7 1:41 5:1 8:1 | | **lawson**(1) 2:37 | | | | **per/pro**(1) 8:42 | |
| **included**(1) 11:20 | | **lax**(1) 6:12 | | **morgan**(1) 8:27 | | **period**(1) 12:14 | |
| **including**(1) 13:17 | | **layton**(1) 3:24 | | **morneau**(1) 6:24 | | **permit**(1) 13:11 | |
| **indentured**(1) 11:19 | | **least**(2) 12:2 13:11 | | **morris**(2) 1:25 3:42 | | **phan**(1) 8:6 | |
| **independently**(1) 13:1 | | **leblanc**(1) 4:49 | | **most**(1) 12:2 | | **phillip**(1) 3:6 | |
| **indicated**(2) 14:16 14:19 | | **leckie**(1) 7:49 | | **motion**(9) 11:5 11:11 11:18 12:7 13:3 13:7 13:8 14:9 14:14 | | **phillips**(1) 2:42 | |
| **ingersoll**(1) 4:13 | | **ledyard**(1) 5:45 | | | | **piper**(1) 8:34 | |
| **inherent**(1) 14:2 | | **leonardo**(1) 5:46 | | | | **plan**(3) 2:13 2:27 14:5 | |
| **input**(1) 12:3 | | **levin**(1) 3:46 | | **much**(1) 15:7 | | **plans**(1) 14:10 | |
| **intended**(1) 13:11 | | **lily**(1) 6:3 | | **mui**(1) 6:20 | | **point**(1) 5:5 | |
| | | **limited**(2) 11:6 12:8 | | **murray**(1) 4:30 | | **polisi**(1) 8:43 | |
| | | **linn**(1) 7:22 | | **must**(1) 13:2 | | **possible**(3) 12:2 13:9 14:21 | |
| | | **lion**(1) 8:11 | | **naftalis**(1) 3:46 | | **powers**(1) 8:47 | |
| | | **lis**(1) 3:6 | | **namely**(2) 11:14 13:2 | | **ppearances**(2) 1:23 2:1 | |
| | | **lisa**(1) 8:6 | | **national**(1) 5:42 | | **practical**(1) 14:2 | |
| | | **list**(4) 10:23 11:17 11:23 14:15 | | **natural**(1) 11:24 | | **practicalities**(1) 14:3 | |
| | | | | **neil**(1) 7:2 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **preliminary**(1) | 10:17 | **scheduling**(1) | 14:7 | **the**(105) | 1:1 1:2 1:18 2:3 4:47 10:2 10:3 10:4 10:6 10:10 10:11 10:14 10:17 10:21 10:23 10:23 10:24 11:3 11:5 11:9 11:10 11:11 11:12 11:13 11:13 11:14 11:15 11:17 11:18 11:22 11:22 12:1 12:1 12:3 12:4 12:5 12:6 12:7 12:9 12:10 12:11 12:12 12:13 12:13 12:15 12:16 12:17 12:17 12:19 12:20 12:23 13:1 13:2 13:3 13:3 13:4 13:4 13:6 13:7 13:7 13:10 13:11 13:13 13:13 13:15 13:17 13:17 13:18 13:20 13:21 13:21 13:22 13:22 13:23 14:2 14:2 14:4 14:5 14:6 14:7 14:7 14:8 14:9 14:9 14:10 14:12 14:12 14:13 14:14 14:15 14:16 14:17 14:17 14:20 14:21 14:23 14:24 15:4 15:8 15:10 15:11 15:11 15:12 | **will**(18) | 10:18 10:18 10:21 10:24 11:1 12:5 12:14 12:15 12:19 13:4 13:8 13:12 14:1 14:5 14:7 14:20 14:21 15:5 |
| **presented**(3) | 11:14 11:16 14:13 | **schuylkill**(1) | 1:49 | | | **willkie**(1) | 2:11 |
| **pro**(1) | 8:42 | **schwartz**(1) | 9:10 | | | **wilmington**(4) | 1:12 5:41 5:45 10:1 |
| **procedure**(1) | 10:17 | **schwill**(1) | 2:44 | | | **wingspan**(1) | 6:49 |
| **proceed**(2) | 13:11 15:1 | **scott**(4) | 1:38 6:12 7:49 8:31 | | | **with**(5) | 11:23 12:4 12:16 13:23 14:12 |
| **proceedings**(4) | 1:17 1:54 13:4 15:12 | **securities**(3) | 5:17 8:5 9:1 | | | **wonder**(1) | 10:3 |
| **proceeds**(1) | 13:18 | **seery**(1) | 9:14 | | | **work**(2) | 14:6 14:22 |
| **process**(1) | 14:24 | **seesy**(1) | 8:9 | | | **working**(1) | 13:23 |
| **produced**(1) | 1:55 | **selinda**(1) | 8:35 | | | **would**(1) | 14:23 |
| **promptly**(2) | 14:7 14:20 | **sen**(2) | 6:28 6:29 | | | **writing**(1) | 14:21 |
| **properly**(1) | 13:4 | **sent**(2) | 10:20 12:19 | | | **www.diazdata.com**(1) | 1:52 |
| **proposed**(1) | 11:23 | **served**(1) | 13:21 | | | **yesterday**(2) | 11:3 14:18 |
| **protocol**(8) | 10:12 11:10 11:13 11:14 11:15 13:3 14:13 14:13 | **service**(3) | 1:48 1:55 10:23 | | | **york**(2) | 5:33 8:27 |
| | | **services**(3) | 1:48 6:1 15:17 | | | **you**(6) | 10:12 12:22 12:24 15:3 15:4 15:5 |
| **provide**(2) | 11:22 13:15 | **settlement**(2) | 12:10 13:13 | | | **young**(7) | 2:29 3:1 4:6 4:29 7:44 9:5 10:21 |
| **quane**(1) | 3:15 | **shibley**(1) | 6:16 | **their**(1) | 14:6 | **your**(1) | 15:7 |
| **qureshi**(1) | 3:21 | **should**(3) | 14:8 14:10 14:15 | **then**(2) | 10:22 10:22 | **zarnett**(1) | 4:26 |
| **raised**(1) | 14:18 | **signed**(2) | 10:9 12:19 | **there**(2) | 10:12 13:19 | **zelbo**(1) | 1:34 |
| **ray**(1) | 1:42 | **silver**(1) | 5:5 | **therefore**(1) | 14:6 | **ziehl**(1) | 4:42 |
| **rbs**(1) | 5:17 | **simon**(1) | 7:45 | **these**(1) | 11:20 | **zigler**(1) | 6:37 |
| **read**(1) | 10:24 | **simply**(1) | 14:23 | **think**(1) | 14:17 | **zloto**(1) | 4:2 |
| **reading**(2) | 10:18 11:1 | **sir**(2) | 10:7 12:24 | **this**(13) | 10:2 10:18 10:20 11:2 12:6 12:14 12:20 12:24 13:1 13:10 13:15 15:1 15:3 | | |
| **reads**(1) | 11:4 | **skill**(1) | 14:1 | | | | |
| **reasons**(6) | 11:5 12:6 12:15 12:16 13:8 14:20 | **slavens**(1) | 6:41 | | | | |
| | | **slow**(1) | 14:23 | **thoas**(1) | 7:26 | | |
| **rebecca**(1) | 6:33 | **smith**(2) | 2:35 3:5 | **thomas**(1) | 4:50 | | |
| **received**(1) | 11:19 | **snyder**(1) | 15:16 | **thomson**(1) | 7:25 | | |
| **recess**(1) | 15:5 | **sockett**(1) | 6:45 | **through**(1) | 10:12 | | |
| **record**(1) | 11:18 | **solution**(1) | 14:2 | **time**(1) | 13:10 | | |
| **recorded**(1) | 1:54 | **song**(1) | 6:33 | **toronto**(1) | 10:19 | | |
| **recording**(2) | 1:54 15:11 | **soon**(1) | 13:10 | **torys**(1) | 1:37 | | |
| **reed**(2) | 2:7 7:1 | **sort**(1) | 14:23 | **tory's**(1) | 6:40 | | |
| **referenced**(1) | 11:17 | **sound**(2) | 1:54 15:11 | **transcriber**(1) | 15:16 | | |
| **regarding**(1) | 12:12 | **stam**(1) | 4:18 | **transcript**(3) | 1:17 1:55 15:11 | | |
| **relationship**(1) | 13:23 | **stamino**(1) | 6:5 | **transcription**(2) | 1:48 1:55 | | |
| **release**(2) | 11:2 12:16 | **stand**(1) | 15:5 | **trial**(1) | 14:5 | | |
| **released**(1) | 12:15 | **stang**(1) | 4:42 | **trivigno**(1) | 5:46 | | |
| **remains**(1) | 13:16 | **stanley**(1) | 8:27 | **trust**(4) | 2:22 3:33 5:41 5:45 | | |
| **representations**(1) | 11:19 | **stargatt**(2) | 2:29 7:44 | **trustee**(4) | 2:3 2:3 2:11 2:25 | | |
| **representatives**(1) | 2:9 | **start**(2) | 10:13 10:18 | **trustees**(1) | 11:20 | | |
| **requesting**(1) | 12:9 | **stated**(1) | 13:6 | **tunnell**(1) | 1:25 | | |
| **require**(1) | 13:14 | **states**(4) | 1:1 1:19 2:3 12:17 | **tweed**(2) | 4:37 4:47 | | |
| **resolve**(1) | 12:1 | **stating**(1) | 13:8 | **tyler**(1) | 3:32 | | |
| **respect**(3) | 12:4 12:5 12:14 | **steen**(1) | 1:31 | **u.k**(5) | 2:12 2:22 2:26 3:2 12:8 | | |
| **respond**(1) | 14:9 | **stemerman**(1) | 3:29 | **u.s**(1) | 14:8 | | |
| **responsibilities**(1) | 14:4 | **stephen**(3) | 2:36 3:2 3:43 | **unambiguous**(1) | 13:14 | | |
| **responsible**(1) | 13:16 | **stern**(1) | 8:19 | **under**(1) | 13:15 | | |
| **return**(1) | 11:14 | **steve**(1) | 9:6 | **united**(4) | 1:1 1:19 2:3 12:17 | | |
| **returnable**(2) | 11:11 12:8 | **steven**(2) | 7:10 8:51 | **unsecured**(1) | 3:11 | | |
| **reuters**(1) | 7:25 | **stone**(1) | 8:11 | **until**(1) | 14:22 | | |
| **revised**(1) | 11:23 | **strauss**(1) | 3:10 | **usa**(1) | 5:1 | | |
| **richard**(1) | 2:37 | **street**(4) | 1:11 1:49 6:20 6:44 | **usb**(1) | 9:1 | | |
| **richards**(1) | 3:24 | **subject**(1) | 11:12 | **usual**(1) | 11:2 | | |
| **riela**(1) | 5:34 | **substantially**(1) | 11:10 | **version**(2) | 10:20 11:1 | | |
| **right**(2) | 11:2 12:23 | **such**(2) | 13:10 13:20 | **very**(2) | 10:6 15:7 | | |
| **righton**(1) | 6:16 | **suisse**(1) | 7:29 | **view**(1) | 14:23 | | |
| **righty**(1) | 10:16 | **superior**(1) | 1:21 | **vineberg**(1) | 2:42 | | |
| **river**(1) | 9:13 | **survived**(1) | 14:9 | **wadsworth**(1) | 5:22 | | |
| **robin**(1) | 2:44 | **susan**(1) | 5:2 | **wait**(1) | 14:22 | | |
| **robinson**(1) | 8:51 | **symphony**(1) | 8:15 | **ward**(2) | 2:26 2:42 | | |
| **roland**(1) | 6:2 | **takota**(1) | 7:48 | **was**(1) | 15:8 | | |
| **rooney**(1) | 4:13 | **tay**(1) | 4:20 | **water**(1) | 8:46 | | |
| **rosenberg**(4) | 5:37 5:38 6:2 6:4 | **taylor**(2) | 2:29 7:44 | **watkins**(1) | 5:33 | | |
| **ruggere**(1) | 9:2 | **technology**(1) | 11:7 | **we've**(1) | 10:14 | | |
| **ruling**(6) | 12:24 13:10 13:11 14:17 14:19 14:22 | **telephone**(1) | 10:4 | **webb**(1) | 3:32 | | |
| | | **telephonic**(1) | 1:17 | **weeks**(1) | 14:8 | | |
| **ryan**(1) | 8:43 | **tetrault**(1) | 6:24 | **well**(2) | 10:6 12:1 | | |
| **sacks**(1) | 7:37 | **thank**(4) | 12:23 15:3 15:4 15:4 | **were**(1) | 11:19 | | |
| **sales/proceeds**(1) | 12:13 | **thanks**(1) | 15:7 | **when**(1) | 12:15 | | |
| **salmas**(1) | 5:42 | **that**(20) | 10:12 10:24 11:1 12:18 13:2 13:4 13:23 13:23 14:6 14:12 14:16 14:17 14:17 14:19 14:21 14:21 14:22 15:1 15:2 15:10 | **where**(1) | 13:19 | | |
| **same**(2) | 13:1 13:10 | | | **whereupon**(1) | 15:8 | | |
| **sameer**(1) | 2:12 | | | **which**(3) | 12:15 14:9 14:14 | | |
| **samis**(1) | 3:25 | | | **whiteoak**(1) | 2:39 | | |
| **sanderson**(1) | 9:6 | | | **who**(2) | 10:21 10:22 | | |
| **schedule**(3) | 11:11 12:4 12:5 | | | **who've**(1) | 10:15 | | |