# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | |
| **Case Number:** | 09-10138-KG | **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 02, 2013 10:00 AM  CRT#3, 6TH FL. | |
| **Bankruptcy Judge:** | KEVIN GROSS | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | |
| **Reporter / ECR:** | GINGER MACE | |

### *Matter:*

SETTLEMENT HEARING

**R / M #:**  9,929 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Settlement Approved - ORDER SIGNED