# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 4/2/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lisa Beckerman | Akin Gump | Unsecured Creditors' Committee |
| Arik Preis | " | " |
| Thomas Matz | Milbank Tweed | Bondholder Group |
| Amanda Steele | Richards, Layton + Finger | Unsecured Creditors Committee |
| Annie Cordo | Morris Nichols Arsht + Tunnell | Debtors |
| Curtis Miller | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen+Hamilton | " |
| Robert Ryan | " | " |
| William Taylor | McCarter + English | Retirees |
| Mark Dourelle | " | " |
| Neil Berger | Togut | " |
| Stephanie Skelly | " | " |
| Richard Millin | TOGUT | " |
| Mark Kenney | USDOJ/Office of US Trustee | U.S. Trustee |
| Jaime Chapman | UCST | UK Joint Administrators |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 4/2/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Robert Horne | Pro Se | Pro Se |
| | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**

Calendar Date: 04/02/2013
Calendar Time: 10:00 AM ET

Courtroom

Page 1 of 3

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Craig W. Dent | | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Daniel Guyder | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pension Trust Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Sherman V. Hawkins | | Sherman V. Hawkins - In Pro Per/Pro Se | Claimant, Sherman V Hawkins / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Fred S. Hodara | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |

Peggy Drasal ext. 802          CourtConfCal2012

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Walter Reva | Walter Reva - In Pro Per/Pro Se | Interested Party, Walter Reva / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 (09-1913 7) | Hearing | John H Yoakum | John H Yoakum - In Pro Per/Pro Se | In Propria Persona, John Yoakum / LIVE |