IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                     Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 9667-9671, 9675-9678, 9683, 9684, 9686-9688, 9693 & 9696-9706 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 29, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                     Carol Zhang

Sworn to before me this
2nd day of April, 2013

/s/ Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9667-9671, 9675-9678, 9683, 9684, 9686-9688, 9693 & 9696-9706_3-29-13.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>           Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  NICHOLAS, DANIEL J.
         5711 CARELL AVE
         AGOURA HILLS, CA 91301

Please note that your claim # 244 in the above referenced case and in the amount of
    $4,230.77 allowed at $4,881.13  has been transferred **(unless previously expunged by court order)** to:

    SOLUS CORE OPPORTUNITIES LP
    TRANSFEROR: NICHOLAS, DANIEL J.
    ATTN: JON ZINMAN
    410 PARK AVENUE, 11TH FLOOR
    NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9667          in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2013                         David D. Bird, Clerk of Court

                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2013.

**EXHIBIT B**

```
TIME: 12:56:17                                   NORTEL NETWORKS INC.                                          PAGE:    1
DATE: 03/29/13                                     CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALVISO, CHRIS | 3098 LITTLETON LANE ROSEVILLE CA 95747 |
| ASEMOTA, CHARLES | 1606 WAGON WHEEL DRIVE ALLEN TX 75002 |
| BENTLEY, ANDREW | 2513 DOUGLAS DR. MCKINNEY TX 75071 |
| BODDIE, ROBIN | 9415 PANTHER CREEK PKWY APT 818 FRISCO TX 75035-1114 |
| BRANDT, KENNETH R. | 10262 HALAWA DRIVE HUNTINGTON BEACH CA 92646 |
| CARDO, MARY-BETH | 113 SYCAMORE RIDGE LANE HOLLY SPRINGS NC 27540 |
| CHANDRAMOULI, DEVAKI | 2729 RASPBERRY ST PLANO TX 75074 |
| CHANG, RAYMOND | 2201 BLACKBERRY DRIVE RICHARDSON TX 75082 |
| COMMERCIAL ENERGY OF MONTANA, INC. | C/O FRED JACKSON 7767 OAKPORT STREET, SUITE 525 OAKLAND CA 94621 |
| CONTROS, JACQUELINE | 11 SCHOOL ST. DOUGLASSVILLE PA 19518 |
| DELUCCA, JAMES | 7700 SWEETGATE LANE DENTON TX 76208 |
| DEPRIEST, PATRICIA | 5210 ECHO RIDGE RD. RALEIGH NC 27612 |
| DOUGLAS, MICHAEL | MICHAEL DOUGLAS 1901 BEARKLING PLACE CHAPEL HILL NC 27517 |
| GUYDISH, DAVID | 205 SIDESADDLE CIRCLE SCOTTS VALLEY CA 95066 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PAUDDAR, SANDEEP 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| INGRAHAM, AMBER | 6256 ELLSWORTH AVE DALLAS TX 75214 |
| KRATER, PAUL | PAUL KRATER 403 MICHAEL DR MURPHY TX 75094 |
| LANEY, MICHAEL | 5515 CRABTREE PARK CT. RALEIGH NC 27612 |
| LAVIOLA, GINA M. | 108 SUNSET PLACE HENDERSONVILLE TN 37075 |
| MANNO, MICHAEL A. | 325 CHICORY LN BUFFALO GROVE IL 60089-1836 |
| MCDANAL, JOHN D. | 3512 NAPOLEON CT PLANO TX 75023 |
| NICHOLAS, DANIEL J. | 5711 CARELL AVE AGOURA HILLS CA 91301 |
| PAUDDAR, SANDEEP | 8500 BROMPTON DR PLANO TX 75024-7383 |
| PILCH, DONNA | BOX 4616 CARY NC 27519 |
| SCOTT, JEFFREY | 123 MOONLIGHT DR. MURPHY TX 75094 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: DOUGLAS, MICHAEL ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: LAVIOLA, GINA M. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: NICHOLAS, DANIEL J. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: ALVISO, CHRIS ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: ASEMOTA, CHARLES ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: BENTLEY, ANDREW ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: BODDIE, ROBIN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: BRANDT, KENNETH R. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: CARDO, MARY-BETH ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: CHANDRAMOULI, DEVAKI ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: CHANG, RAYMOND ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: CONTROS, JACQUELINE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DELUCCA, JAMES ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEPRIEST, PATRICIA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: GUYDISH, DAVID ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: INGRAHAM, AMBER ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: KRATER, PAUL ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: LANEY, MICHAEL ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: MANNO, MICHAEL A. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: MCDANAL, JOHN D. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: PILCH, DONNA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: SCOTT, JEFFREY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: YOE, DIEDRA S. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: ZAIDI, SYED M. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: COMMERCIAL ENERGY OF MONTANA 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| YOE, DIEDRA S. | 3762 MALLORY COURT HILLSBOROUGH NC 27278 |
| ZAIDI, SYED M. | 4517 CRYSTAL MOUNTAIN DR. RICHARDSON TX 75082 |

Total Number of Records Printed    53

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006