## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 9708-9711, 9714-9721, 9723-9727, 9730-9739 & 9747-9748** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 3, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kerry O'Neil

Sworn to before me this
4th day of April, 2013

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  AMICK, LINDA HOLLENBEC
             4605 LEXINGTON RD.
             ATHENS, GA 30605

Please note that your claim # 8247 in the above referenced case and in the amount of
        $61,936.00 has been transferred **(unless previously expunged by court order)** to:

             HAIN CAPITAL HOLDINGS, LLC
             TRANSFEROR: AMICK, LINDA HOLLENBEC
             ATTN: AMANDA RAPOPORT
             301 ROUTE 17, 7TH FLOOR
             RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington,DE 19801-3577

Send a copy of your objection to the **transferee.  Refer to** INTERNAL CONTROL NUMBER 9736         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/03/2013                          David D. Bird, Clerk of Court


                                          /s/ Tim Conklin
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 3, 2013.

**EXHIBIT B**

```
TIME: 14:19:03                                        NORTEL NETWORKS INC.
DATE: 04/03/13                                         CREDITOR LISTING                                           PAGE:    1
```

| Name | Address |
|---|---|
| AMICK, LINDA HOLLENBEC | 4605 LEXINGTON RD. ATHENS GA 30605 |
| ANDERSON, JOHN P., JR. | 107 DEERWOOD CT CHAPEL HILL NC 27517 |
| BAKER, RICHARD T. | 1030 KENDALL FARMS DRIVE HENDERSONVILLE TN 37075 |
| BOLGER, JOHN | 50A MOUNT LEBANON ST PEPPERELL MA 01463 |
| CHOPRA, MAYANK | 2733 CAMERON BAY DRIVE LEWISVILLE TX 75056 |
| CORCORAN, MARK R. | 915 JULIET LANE ARNOLD MD 21012 |
| DAVIS, LORRAINE D. | 4637 HOLLY BROOK DR. APEX NC 27539 |
| DYER, TIMOTHY | 35846 OSPREY LN EUSTIS FL 32736 |
| ELLERMAN, SUSAN | 8009 ROBINCREST CT FUQUAY NC 27526 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AMICK, LINDA HOLLENBEC ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BAKER, RICHARD T. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BOLGER, JOHN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CORCORAN, MARK R. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DAVIS, LORRAINE D. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DYER, TIMOTHY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ELLERMAN, SUSAN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HAYWARD, DONALD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: LEONARD, RUSSELL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MOLDREM, JILL P. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NATIVIDAD, EMILIO, JR. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: OWENS, LAUREN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PALOS, JOE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PHILLIPS, ERIC C. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PISKE, GREGORY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PULLIN, FRED ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RAHMAN-WHITT, HAFEEZAH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: REDISH, PAUL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SCHWERTNER, KRISTEN R. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SWANSON, THOMAS H. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TRATE, MICHAEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WALLIS, RONALD J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: WILLIAMS, SHARON R. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAYWARD, DONALD | 41 SANTA ROSA CIRCLE WYLIE TX 75098 |
| LEONARD, RUSSELL | 1304 BLOSSOM LANE FARMINGTON MO 63640 |
| MOLDREM, JILL P. | 123 STANWICK DRIVE FRANKLIN TN 37067 |
| NATIVIDAD, EMILIO, JR. | 3508 ASH LANE MCKINNEY TX 75070 |
| OWENS, LAUREN | 7820 MILL COVE ROAD CUMMING GA 30041 |
| PALOS, JOE | 3204 WESTGATE LANE RICHARDSON TX 75082 |
| PHILLIPS, ERIC C. | 609 SARAH LAWRENCE CT RALEIGH NC 27609 |
| PISKE, GREGORY | GREGORY PISKE 1112 SEMINOLE RICHARDSON TX 75080 |
| PULLIN, FRED | 2906 YORKSHIRE CT SOUTHLAKE TX 76092 |
| RAHMAN-WHITT, HAFEEZAH | 3701 FARMSTONE DR RALEIGH NC 27603 |
| REDISH, PAUL | 4511 OUTLOOK DRIVE MARIETTA GA 30066 |
| ROTHACKER, RAINER | 6A SEAGLADE CIRCLE KEYPORT NJ 07735 |
| SCHWERTNER, KRISTEN R. | 119 STRAWBERRY DR. LAKE JACKSON TX 77566 |
| SMITH, JAMES R. | P.O. BOX 487 MURPHYS CA 95247-0487 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: ANDERSON, JOHN P., JR. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: CHOPRA, MAYANK ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: ROTHACKER, RAINER ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: SMITH, JAMES R. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: VAN LIEW, CATHERINE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: ZENG, HELEN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SWANSON, THOMAS H. | 8820 FOGGY BOTTOM DRIVE RALEIGH NC 27613 |
| TRATE, MICHAEL | 2962 BELT LINE RD APT. 1313 GARLAND TX 75044 |
| VAN LIEW, CATHERINE | 8917 WEAVER CROSSING ROAD APEX NC 27502 |
| WALLIS, RONALD J. | 838 PARKVIEW CIR. ALLEN TX 75002 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 14:19:03
DATE: 04/03/13

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:      2

| Name | Address |
| --- | --- |
| WILLIAMS, SHARON R. | 6632 JOHNSON MILL RD DURHAM NC 27712 |
| ZENG, HELEN | 3216 TEAROSE DR. RICHARDSON TX 75082 |

Total Number of Records Printed        58

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006