**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. 9689** |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING**
**ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF LONG**
**TERM DISABILITY PARTICIPANTS FOR ORDER UNDER BANKRUPTCY CODE**
**SECTION 328(a) APPROVING THE EMPLOYMENT AND RETENTION OF**
**E. MORGAN MAXWELL, III, ESQ. AS SPECIAL TAX COUNSEL TO**
**THE LTD COMMITTEE, NUNC PRO TUNC TO FEBRUARY 11, 2013**

I, Shelley A. Kinsella, counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee"), hereby certify the following:

1.     On March 19, 2013 the LTD Committee filed the *Application of the Official Committee of Long Term Disability Participants for Order Under Bankruptcy Code Section 328(a) Approving the Employment and Retention of E. Morgan Maxwell, III, Esq. as Special Tax Counsel to the LTD Committee, nunc pro tunc to February 11, 2013* (Docket No. 9689) (the "Application").

2.     The deadline to file an objection to the Application was April 2, 2013 by 4:00 p.m. (the "Objection Deadline") and a hearing on the Application is scheduled for April 9, 2013 at 10:00 a.m.

---

[1]     The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3.     Prior to the Objection Deadline, the LTD Committee received informal comments to the proposed form of order from counsel to the Debtors.  The LTD Committee agreed to the Debtors' requested changes.  Accordingly, the LTD has prepared a proposed Order Approving Application of the Official Committee of Long Term Disability Participants for Order Under Bankruptcy Code Section 328(a) Approving the Employment and Retention of E. Morgan Maxwell, III as Special Tax Counsel to the LTD Committee nunc pro tunc to February 11, 2013 (the "Proposed Order") incorporating the Debtors' comments.  A copy of the Proposed Order is attached hereto as Exhibit A.  A blackline comparison of the Proposed Order marked to show changes from the form of order included with the Application is attached hereto as Exhibit B. No other formal or informal responses to the Application were received by the LTD Committee.

4.     The LTD Committee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated:  April 4, 2013
        Wilmington, DE

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Ste. 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*

2