**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: 
In re : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 9, 2013 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ADJOURNED MATTER**

1. Motion of Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9362, Filed 2/1/13).

   Objection Deadline: February 12, 2013 at 4:00 p.m. (ET).

   Responses Received:

   (a) U.S. Debtors' Objection to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9412, Filed 2/12/13);

   (b) Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the Debtors' Objection to the Motion of Ad Hoc Committee of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

        Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9418, Filed 2/13/13);

(c)     Statement and Reservation of Rights of the Monitor on Behalf of the Canadian Nortel Debtors in Relation to the Motion of the Ad Hoc Committee of Canadian Employees Terminated Pre-Petition for Entry of an Order Allowing Late Filed Claims (D.I. 9441, Filed 2/15/13); and

(d)     Joinder of Nortel Ad Hoc Group of Bondholders to U.S. Debtors' Objection to Motion for Entry of an Order Allowing Late-Filed Claims (D.I. 9451, Filed 2/19/13).

Related Pleading:  None.

Status: The parties continue to negotiate and finalize a discovery schedule.  The hearing on this matter has been adjourned to a date to be determined pending completion of discovery.

## UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL

2.     Application of the Official Committee of Long Term Disability Participants for Order Under Bankruptcy Code Section 328(a) Approving the Employment and Retention of E. Morgan Maxwell, III, Esq. As Special Tax Counsel to the LTD Committee, *Nunc Pro Tunc* to February 11, 2013 (D.I. 9689, Filed 3/19/13).

Objection Deadline:  April 2, 2013 at 4:00 p.m. (ET).

Responses Received:

(a)     Informal comments from the Debtors.

Related Pleading:

(a)     Certification of Counsel Regarding Order Approving Application of the Official Committee of Long Term Disability Participants for Order Under Bankruptcy Code Section 328(a) Approving the Employment and Retention of E. Morgan Maxwell, III, Esq. As Special Tax Counsel to the LTD Committee, *Nunc Pro Tunc* to February 11, 2013 (D.I. 9954, Filed 4/4/13); and

(b)     Proposed Form of Order.

Status: A Certification of Counsel with a revised proposed form of order resolving the Debtors' informal comments has been filed.

**PRETRIAL CONFERENCE**

3. Pretrial Conference in the Adversary Proceeding (See Exhibit A, hereto).

 Status: The pretrial conference regarding SNMP Research International, Inc. (Adv. Case No. 11-53454) has been adjourned to the pretrial conference scheduled for June 11, 2013 at 10:00 a.m. (ET). The pretrial conference regarding Commonwealth of Virginia Department of Taxation (Adv. Case No. 12-50608) and State of Michigan Department of Treasury (Adv. Case No. 12-50773) has been adjourned to the pretrial conference scheduled for June 25, 2013 at 10:00 a.m. (ET).

Dated: April 5, 2013  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  */s/ Tamara K. Minott*  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 18th Floor  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7072149.4