# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>Nortel Networks Inc., *et al.*, [1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Re: D.I. 9958** |
| SNMP Research International, Inc. et al v. Nortel Networks Inc. et al | Adv. Proc. 11-53454 (KG)<br>**Re: D.I. 64** |
| Nortel Networks, Inc. v. Commonwealth of Virginia Department of Taxation | Adv. Proc. 12-50608 (KG)<br>**Re: D.I. 26** |
| Nortel Networks Inc. v. State of Michigan Department of Treasury | Adv. Proc. 12-50773 (KG)<br>**Re: D.I. 44** |

## NOTICE OF SERVICE

   PLEASE TAKE NOTICE that on April 5, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On April 9, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified below and on the attached service list.

**Via Fax**
Karen M. Grivner
Thorp Reed & Armstrong, LLP
824 Market Street, Suite 710
Wilmington, DE 19801
Fax: 302-421-9439

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Jeffrey A. Scharf
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294
Fax: 804-440-1171

Allison M. Dietz
Heather L. Donald
State of Michigan
Department of Attorney General
303 W. Grand Blvd.
Suite 10-200
Detroit, MI 48202
Fax: 313-456-0141

| | |
|---|---|
| Dated: April 5, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>　　　*/s/ Tamara K. Minott*　　　<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

6145770.14