IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X  Chapter 11
*In re*                                              :
                                                     :  Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                   :
            Debtors.               :  Jointly Administered
                                                     :
                                                     :  **RE: D.I. 9224, 9938**
                                                     :
                                                     :
                                                     :
------------------------------------------------------------ X

### NOTICE OF EXTENSION OF TERMINATION
### DATE UNDER THE RETIREE SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that pursuant to section 3(b) of the settlement agreement between Nortel Networks Inc. ("NNI") and certain of its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") and the Official Committee of Retired Employees (the "Retiree Committee") (the "Retiree Settlement Agreement"), which was approved by an order of this Court on April 2, 2013 [D.I. 9938], the Debtors and the Retiree Committee have agreed to extend the termination date of the Retiree Welfare Plans[2] from May 31, 2013 to June 30, 2013 (the "Termination Date").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]     For purposes of this notice, the "Retiree Welfare Plans" include the Nortel Networks Inc. Retiree Medical Plan, the Nortel Networks Inc. Retiree Life Insurance and Long-Term Care Plan for Retirees, certain predecessor plans, and other formal or informal benefit plans, agreements, arrangements or programs (including plans, agreements, arrangements or programs that are funded through the purchase of insurance) or arrangements for current or future retired employees, their surviving spouses and eligible dependents, including plans, arrangements, agreements or programs for medical, surgical, or hospital care benefits, or benefits in the event of sickness, accident,

PLEASE TAKE FURTHER NOTICE that the settlement amount under the Retiree Settlement Agreement (the "Settlement Amount") will be reduced in the amount of $707,000 in accordance with the terms of section 3(b) of the Retiree Settlement Agreement, such that the Settlement Amount shall be $66,172,000.

PLEASE TAKE FURTHER NOTICE that the extension of the Termination Date in exchange for the reduction of the Settlement Amount is expected to proportionally decrease the actual amounts ultimately available to those individuals eligible to participate in the Retiree Settlement Agreement.

[*Remainder of Page Intentionally Left Blank.*]

---

disability, or death, in each case as such plans, agreements, arrangements or programs have been amended or modified from time to time.

| | |
|---|---|
| Dated: April 5, 2013<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and - |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minot (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and the Debtors in Possession*

- and –

TOGUT, SEGAL & SEGAL

Albert Togut (admitted *pro hac vice*)
Neil Berger (admitted *pro hac vice*)
One Penn Plaza
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258

- and -

MCCARTER & ENGLISH, LLP

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE No. 2936)
Renaissance Centre
405 N. King Street,
8th Floor

Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399

*Counsel to the Official Committee of Retired Employees*