# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
           Debtors. : Jointly Administered
:
:
: Re: D.I. 9962
---------------------------------------------------------X

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 5, 2013, a copy of **Notice of Extension of Termination Date Under the Retiree Settlement Agreement** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: April 5, 2013
Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP
      James L. Bromley (admitted pro hac vice)
      Lisa M. Schweitzer (admitted pro hac vice)
      One Liberty Plaza
      New York, NY 10006
      Telephone: (212) 225-2000
      Facsimile: (212) 225-3999

      and

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Tamara K. Minott*
      Derek C. Abbott (No. 3376)
      Ann C. Cordo (No. 4817)
      Tamara K. Minott (No. 5643)
      1201 North Market Street, 18th Floor
      Wilmington, DE  19899-1347

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7087832.2

**Via Hand Delivery and Email**

William F. Taylor, Jr. (wtaylor@mccarter.com)
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

**Via First Class Mail and Email**

Albert Togut (altogut@teamtogut.com)
Neil Berger (neilberger@teamtogut.com)
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

**Via Hand Delivery**

Mark Kenney
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**Via Email**

Mark D. Collins Esq. (collins@rlf.com)
Christopher M. Samis Esq. (samis@rlf.com)
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Fred S. Hodara Esq. (fhodara@akingump.com)
David H. Botter Esq.(dbotter@akingump.com)
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller (tkreller@milbank.com)
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Laura Davis Jones (ljones@pszyj.com)
Timothy P. Cairns (tcairns@pszyj.com)
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Rafael Xavier Zahralddin-Aravena (rxza@elliottgreenleaf.com)
Elliott Greenleaf
1105 North Market Street
Suite 1700
P.O. Box 2327
Wilmington, DE 19801