B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: Nortel Networks Inc.                                    Case No. 09-10138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CRT Special Investments LLC | Wellspring Capital L.P. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Joseph E. Sarachek
262 Harbor Drive
Stamford, CT 06902

Phone: 203-548-8062

Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Court Claim # (if known): 1461
Amount of Claim: $1,794,113.75
Date Claim Filed: 06/24/2009

Phone:

Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Joseph E Sarachek                           Date: 04/08/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>Exhibit A</u>

<u>EVIDENCE OF TRANSFER OF CLAIM</u>

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Wellspring Capital LP ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to CRT Special Investments LLC ("<u>Assignee</u>") all of Assignor's right, title and interest in and to Proof of Claim Number 1461, against Nortel Networks Inc., et al., (the "<u>Debtor</u>"), the debtor in Case No. 09-10138 ("<u>Case</u>") pending in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), Assignor's right, title and interest in Proof of Claim Number 1461 is an undivided 39.05212% pro rata portion of said proof of claim which represents a principal amount of $1,794,113.75 of said proof of claim (the "Transferred Claim").

Assignor hereby waives any objection to the transfer of the Transferred Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Transferred Claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 5th day of April, 2013.

**WELLSPRING CAPITAL LP**

By: _____
Name: PAUL YACOUBIAN
Title: CFO, WELLSPRING MANAGEMENT LLC

**CRT SPECIAL INVESTMENTS LLC**

By: _____
Name: John Nielsen
Title: Authorized Signatory

-9-

694247v.2 1558/00010