## UNITED STATES BANKRUPTCY COURT
## FOR EASTERN DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No.: 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*, | ) ) Jointly Administered |
| Debtors. | ) ) ) ) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that United States Debt Recovery, XI, LP, a creditor in the cases of the above-captioned debtors ("Debtors"), herby directs the Debtors, Debtors in Possession and/or interested parties thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claims, and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
United States Debt Recovery, XI, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

NEW ADDRESS
United States Debt Recovery, XI, LP
5575 Kietzke Lane
Suite A
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

United States Debt Recovery, XI, LP

Print Name: __Nathan E. Jones__        Title: __Managing Director__

Signature: _/s/ Nathan Jones_           Date: __4-3-13__