## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
NORTEL NETWORKS, INC., ET AL.,          :    Case No. 09-10138 (KG)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
-------------------------------------------------------------x
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

On or before April 4, 2012, I caused to be served per postal forwarding address the following documents via First-Class Mail on the service list attached hereto as **Exhibit A**:

- Certification of Jennifer Grageda with Respect to the Tabulation of Ballots Concerning Potential VEBA Sponsored Medical Insurance Plan **[Docket No. 9682]**

- Update Regarding Results of Ballot Concerning VEBA Medical Plan attached hereto as **Exhibit B**

Dated: April 5, 2013

Jennifer Grageda
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California        )
                           ) ss
County of Los Angeles      )

Subscribed and sworn to (or affirmed) before me on this 5th day of April, 2013, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature:

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

# Exhibit A

Exhibit A

Retiree Service List - First-Class Mail

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Collazo, Jose R | PO Box 1153 | Alpharetta | GA | 30009-1153 |
| Ulrich, Hugo C | 910 Keystone Park Dr | Morrisville | NC | 27560-7519 |

In re: Nortel Networks, Inc., et al.

Case No. 09-10138 (KG)

# Exhibit B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.,* | : | Case No. 09-10138 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Hearing Date:  April 2, 2013 at 10:00 a.m. (ET) |
| | : | Objections Due:  March 12, 2013 at 4:00 p.m. (ET) |
| | : | |
| | : | Re: 9224 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

### UPDATE REGARDING RESULTS OF BALLOT CONCERNING VEBA MEDICAL PLAN

Pursuant to the Ballot that was approved and authorized by the Bankruptcy Court's January 23, 2013 Notice Procedures Order, the VEBA that will be created pursuant to the Settlement Agreement between Nortel and the Official Committee of Retired Employees (the "Retiree Committee") would be authorized to purchase the VEBA Sponsored Medical Plan only if the Election Threshold was met.  Pursuant to the Notice Procedures Order and the Ballot, the Election Threshold could be met if:  (a) at least 50% of the number of Eligible Participants voted in favor of offering the VEBA Sponsored Medical Plan, and (b) Eligible Participants entitled to at least two-thirds of the Medical Settlement Amount voted in favor of offering the VEBA Sponsored Medical Plan.  Ballots not received by KCC on or before March 12, 2013 at 4pm EST are counted as a vote against the VEBA Sponsored Medical Plan.

The Certification of the Retiree Committee's Noticing Agent with Respect to the Tabulation of Ballots has been filed with the Bankruptcy Court and can be accessed on the website that is maintained by the Retiree Committee.

**Based on the tabulation of voting results, the Election Threshold was not met and the VEBA Sponsored Medical Plan WILL NOT BE OFFERED.**

If the Settlement Agreement between Nortel and the Retiree Committee is approved by the Bankruptcy Court, Nortel will terminate all benefits under the Nortel Retiree Welfare Plans on May 31, 2013 at 11:59 pm (prevailing Eastern Time), and settlement amounts will be funded to HRA accounts in favor of eligible participants under the Settlement Agreement.

Dated:  March 20, 2013

**The Official Committee of Retired Employees,**
**By its attorneys,**
**Togut, Segal & Segal LLP**
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Attn:  Albert Togut, Esq.
        Neil Berger, Esq.
        neilberger@teamtogut.com