# EXHIBIT B



# Akin Gump
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

Invoice Number    1470233
Invoice Date      03/18/13
Client Number     687147
Matter Number     0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13 :

MATTER SUMMARY OF TIME BILLED BY TASK :

|      |                                                  | HOURS  | VALUE        |
|------|--------------------------------------------------|--------|--------------|
| 0002 | General Case Administration                      | 1.80   | $1,657.50    |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 8.90   | $4,404.50    |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 6.00   | $3,720.00    |
| 0006 | Retention of Professionals                       | 0.60   | $620.00      |
| 0007 | Creditors Committee Meetings                     | 45.10  | $35,418.00   |
| 0008 | Court Hearings                                   | 15.80  | $10,543.50   |
| 0009 | Financial Reports and Analysis                   | 0.10   | $110.00      |
| 0012 | General Claims Analysis/Claims Objections        | 39.70  | $28,545.00   |
| 0014 | Canadian Proceedings/Matters                     | 6.10   | $6,102.50    |
| 0017 | General Adversary Proceedings                    | 88.80  | $76,462.00   |
| 0018 | Tax Issues                                       | 0.20   | $220.00      |
| 0019 | Labor Issues/Employee Benefits                   | 101.50 | $67,853.00   |
| 0025 | Travel                                           | 4.50   | $3,740.00    |
| 0029 | Intercompany Analysis                            | 202.70 | $153,626.50  |
|      | TOTAL                                            | 521.80 | $393,022.50  |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1470233

Page 2  
March 18, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/01/13 | BMK | 0002 | Call with creditor re: case status | 0.30 |
| 02/12/13 | FSH | 0002 | Respond to calls of creditors. | 0.20 |
| 02/19/13 | FSH | 0002 | Respond to calls of creditors. | 0.30 |
| 02/19/13 | MCF | 0002 | Update contact list | 0.30 |
| 02/27/13 | FSH | 0002 | Respond to calls of creditors re pending matters. | 0.70 |
| 02/05/13 | FSH | 0003 | Work on monthly fee application. | 0.40 |
| 02/05/13 | PJS | 0003 | Review and prepare documents re fee application. | 2.30 |
| 02/05/13 | BMK | 0003 | Emails with F. Hodara re: fee app (0.1); revise fee app (0.2) | 0.30 |
| 02/14/13 | BMK | 0003 | Review January invoice | 0.90 |
| 02/19/13 | BMK | 0003 | Draft January fee application | 0.70 |
| 02/21/13 | FSH | 0003 | Work on monthly fee application (.3). Confer w/ B. Kahn re: same (.1). | 0.40 |
| 02/22/13 | FSH | 0003 | Finalize fee application, monthly and quarterly. | 0.20 |
| 02/22/13 | PJS | 0003 | Review and prepare documents re fee application. | 2.90 |
| 02/22/13 | BMK | 0003 | Finalize January and interim fee applications for filing | 0.80 |
| 02/11/13 | FSH | 0004 | Review fee applications. | 0.10 |
| 02/17/13 | MCF | 0004 | Summarize Cleary December Fee Application | 2.10 |
| 02/18/13 | FSH | 0004 | Examine fee apps. | 0.20 |
| 02/20/13 | BMK | 0004 | Review Capstone fee app | 0.40 |
| 02/27/13 | DHB | 0004 | Review US Trustee objection to local rules modification and work re same (1.2). | 1.20 |
| 02/27/13 | JYS | 0004 | Review UST objection (0.2) and corr w. Akin team re same (0.1). | 0.30 |
| 02/27/13 | MCF | 0004 | Summary of U.S. Trustee's objection to Debtors' 2014 and 2016 waiver motion (1.5) and communications with FR team re same (.1)(.1) | 1.70 |
| 02/28/13 | FSH | 0006 | Analyze issues raised by UST pleading re professional retentions. | 0.40 |
| 02/28/13 | AQ | 0006 | Confer with D. Botter re UST objection to Cleary motion. | 0.20 |
| 02/01/13 | MCF | 0007 | Prepare for committee call (.5) and communications with B. Kahn re same (.1) | 0.60 |
| 02/04/13 | SLS | 0007 | Participate in Committee call (.5); prepare for same (.1). | 0.60 |
| 02/04/13 | LGB | 0007 | Participate in committee call (.5); follow up to same (.3). | 0.80 |
| 02/04/13 | FSH | 0007 | Communications w/ Committee members re meeting (.2). Prepare for same (.3). Attend same (.5). | 1.00 |
| 02/04/13 | AQ | 0007 | Attend Committee call. | 0.50 |
| 02/04/13 | DHB | 0007 | Prepare for (.2), attend Committee call (.5) and follow-up (.3). | 1.00 |
| 02/04/13 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.5); follow up to same (0.3) | 1.00 |
| 02/04/13 | KMR | 0007 | Attended creditors committee meeting (.5); follow up to same (.2). | 0.70 |
| 02/04/13 | JYS | 0007 | Attend Committee call. | 0.50 |
| 02/04/13 | MCF | 0007 | Prepare for (.5) and participate in (.5) Committee call and follow up (.3). | 1.30 |
| 02/06/13 | FSH | 0007 | Communications w/ Committee re upcoming meeting. | 0.20 |
| 02/06/13 | AQ | 0007 | Conference call with committee members regarding litigation schedule. | 0.60 |
| 02/07/13 | SLS | 0007 | Participate in UCC call. | 0.80 |
| 02/07/13 | LGB | 0007 | Participate in committee call. | 0.80 |
| 02/07/13 | FSH | 0007 | Outline issues for Committee call and confer w/ working group re same (.5). Attend Committee call (.8). | 1.30 |
| 02/07/13 | AQ | 0007 | Attend Committee call. | 0.80 |
| 02/07/13 | DHB | 0007 | Prepare for and attend Committee call. | 0.80 |
| 02/07/13 | BMK | 0007 | Attend committee call | 0.80 |
| 02/07/13 | KMR | 0007 | Participated in part of committee call. | 0.80 |
| 02/07/13 | JYS | 0007 | Attend Committee call. | 0.80 |
| 02/13/13 | FSH | 0007 | Work on Agenda and meeting issues. | 0.20 |
| 02/14/13 | SLS | 0007 | Participate in UCC call (.4) and related follow-up call (.3). | 0.70 |
| 02/14/13 | FSH | 0007 | Communications re Committee meeting (.1). Prepare for same (.2). Participate in same (.4). | 0.70 |
| 02/14/13 | AQ | 0007 | Attend Professionals' call. | 0.30 |
| 02/14/13 | AQ | 0007 | Attend Committee call. | 0.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1470233  

Page 3  
March 18, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/14/13 | DHB | 0007 | Prepare for Committee call (.2); attend same (.4) and follow-up (.4). | 1.00 |
| 02/14/13 | KMR | 0007 | Participated in creditors committee meeting. | 0.40 |
| 02/14/13 | GDB | 0007 | Attend UCC call (0.4); Professionals call (0.4). | 0.80 |
| 02/14/13 | MCF | 0007 | Prepare for (.3) and participate in (.4) committee call; post-call discussion with professionals (.3) and follow-up re same (.3) | 1.30 |
| 02/15/13 | MCF | 0007 | Communications with Patterson Belknap re case matter (.1); research re same (.2) | 0.30 |
| 02/20/13 | FSH | 0007 | Meet w/ B. Kahn and M. Fagen re upcoming Committee meeting (.3). Confer w/ C. Kearns re same (.1). Work on agenda (.1). | 0.50 |
| 02/20/13 | MCF | 0007 | Communications with F. Hodara and B. Kahn re committee call (.4)(.2)(.1); prepare for committee call (.5) and email to committee (.2) | 1.40 |
| 02/21/13 | FSH | 0007 | Preparation for Committee call (.2). Participate in same (.4). | 0.60 |
| 02/21/13 | AQ | 0007 | Attend Committee call. | 0.40 |
| 02/21/13 | DHB | 0007 | Attend Committee call. | 0.40 |
| 02/21/13 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (0.4); follow up with UCC professionals (0.3) | 0.90 |
| 02/21/13 | KMR | 0007 | Attended meeting of creditors committee (.4); follow up with UCC professionals (.3). | 0.70 |
| 02/21/13 | JYS | 0007 | Committee Call (0.4); follow up with CTE professionals (0.3). | 0.70 |
| 02/21/13 | GDB | 0007 | Attend UCC call. | 0.40 |
| 02/21/13 | MCF | 0007 | Prepare for (.2) and participate in (.4) committee call and post-call discussion (.4) | 1.00 |
| 02/27/13 | SLS | 0007 | Participate in professionals' pre-call. | 0.70 |
| 02/27/13 | LGB | 0007 | Participate in professionals call. | 0.70 |
| 02/27/13 | FSH | 0007 | Work on matters for upcoming Committee call. | 0.30 |
| 02/27/13 | AQ | 0007 | Professionals' call to prepare for committee call. | 0.70 |
| 02/27/13 | DHB | 0007 | Review agenda (.1); prepare for (.3) and attend professionals pre-call and follow-up re same (.7). | 1.10 |
| 02/27/13 | BMK | 0007 | Attend professionals call (0.7); edit and email agenda for committee call (0.3) | 1.00 |
| 02/27/13 | KMR | 0007 | Attended professionals meeting. | 0.70 |
| 02/27/13 | JYS | 0007 | Professionals Call (0.7); prep for same (0.2). | 0.90 |
| 02/27/13 | MCF | 0007 | Prepare for (.5) and participate in (.7) professionals' call and post-call discussions (.2); prepare for committee call (.3). | 1.70 |
| 02/28/13 | SLS | 0007 | Participate in UCC call. | 1.00 |
| 02/28/13 | LGB | 0007 | Prepare for Committee call (.5); attend Committee call (1.0). | 1.50 |
| 02/28/13 | AQ | 0007 | Committee call. | 0.40 |
| 02/28/13 | DHB | 0007 | Prepare for Committee call (.5); attend same (1.0) and follow-up and emails re same (.2). | 1.70 |
| 02/28/13 | BMK | 0007 | Prepare for committee call (0.2); attend committee call (portion) (0.5) | 0.70 |
| 02/28/13 | KMR | 0007 | Attended creditors committee meeting. | 1.00 |
| 02/28/13 | MCF | 0007 | Prepare for (.8) and participate in (1.0) committee call; email to F. Hodara re same (.4) | 2.20 |
| 02/01/13 | FSH | 0008 | Communications re upcoming omnibus hearing. | 0.10 |
| 02/11/13 | FSH | 0008 | Communications w/ Cleary, LB, BK re upcoming hearing. | 0.30 |
| 02/11/13 | MCF | 0008 | Circulate various pleadings to FR team | 0.30 |
| 02/12/13 | LGB | 0008 | Review agenda re 2/14 hearing. | 0.10 |
| 02/12/13 | FSH | 0008 | Review agenda letter. | 0.10 |
| 02/12/13 | DHB | 0008 | Review agenda letter and emails re same. | 0.10 |
| 02/12/13 | JYS | 0008 | Prep for 2/14 LTD hearing (0.3); t/cs w. L. Beckerman re same (0.4). | 0.70 |
| 02/12/13 | MCF | 0008 | Circulate various filed documents to FR team | 0.30 |
| 02/13/13 | LGB | 0008 | E-mail Samis re hearing (.1); review e-mail from Uziel re documents for hearing (.1); prepare for hearing (.5). | 0.70 |
| 02/13/13 | FSH | 0008 | Communications w/ RLF, others re upcoming hearing. | 0.20 |
| 02/13/13 | JYS | 0008 | Preparing for 2/14 Hearing (0.8); corr w. C. Samis re same (0.3). | 1.10 |
| 02/13/13 | JKL | 0008 | Assemble book for upcoming hearing. | 1.70 |
| 02/14/13 | LGB | 0008 | Prepare for hearing (.5); attend hearing (2.0); prepare e-mail to clients re | 2.80 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.3). | |
| 02/14/13 | FSH | 0008 | Communications re upcoming hearings (.2). Monitor LTD hearing (.9). | 1.10 |
| 02/14/13 | JYS | 0008 | Attend hearing re LTD Settlement (2.1); prepare for same (0.5). | 2.60 |
| 02/15/13 | MCF | 0008 | Circulate various pleadings to team (.1)(.1)(.1)(.1) and emails with team re same (.1) | 0.50 |
| 02/19/13 | MCF | 0008 | Circulate various court documents to FR team | 0.30 |
| 02/27/13 | FSH | 0008 | Communications w/ working group re upcoming hearing. | 0.20 |
| 02/28/13 | JAS | 0008 | Develop file of LTD motions and all related documents. | 2.60 |
| 02/15/13 | FSH | 0009 | Examine MOR. | 0.10 |
| 02/01/13 | MCF | 0012 | Circulate motion to allow late filed claims | 0.20 |
| 02/02/13 | DHB | 0012 | Email communications re motion to file late claims. | 0.20 |
| 02/02/13 | MCF | 0012 | Emails with B. Kahn and Akin team re late-filed claims motion (.3); review late filed claims motion (.5) | 0.80 |
| 02/03/13 | FSH | 0012 | Communications re motion to permit late filed claims (.3). Review motion and summary and comment thereon (.3). | 0.60 |
| 02/03/13 | BMK | 0012 | review and comment on summary of late claims motion (0.7); emails re: same (0.4) | 1.10 |
| 02/03/13 | MCF | 0012 | Summarize late filed claims motion (2.0) and communications with B. Kahn re same (.1); revise summary (.4) and communications with F. Hodara re same (.1)(.1)(.1); email to committee re same (.3) | 3.00 |
| 02/04/13 | BMK | 0012 | TC with M. Fleming re: late filed claims motion (0.3); tc with L. Schweitzer re: same (0.2); conf with F. Hodara re: same (0.1); confs with M. Fagen re: same (0.3); research late filed claims issues (0.9) | 1.80 |
| 02/04/13 | MCF | 0012 | Research re late-filed claims (1.2) and communications with B. Kahn re same (.2)(.2)(.1) | 1.70 |
| 02/05/13 | DHB | 0012 | Office conference with B. Kahn re late filed claims motion. | 0.10 |
| 02/05/13 | BMK | 0012 | Analysis of late filed claims motion issues | 0.80 |
| 02/05/13 | MCF | 0012 | Memo re late filed claims (2.1) and communications with B. Kahn re same (.2) | 2.30 |
| 02/06/13 | MCF | 0012 | Revise memo re late filed claims (.3)(1.9) and communications with B. Kahn re same (.2)(.2) | 2.60 |
| 02/11/13 | LGB | 0012 | Review e-mail from Kahn re objection to motion to file Canadian employee claims (.1); review objection re same (.4). | 0.50 |
| 02/11/13 | FSH | 0012 | Conferences w/ B. Kahn re late-filed claims pleading (.2). Communication w/ Committee members re same (.2). | 0.40 |
| 02/11/13 | BMK | 0012 | Review Debtors' objection to late filed claims motion (0.7); Draft joinder to Debtors' objection to late filed claims motion (4.8); research make-whole claims decision (1.1) | 6.60 |
| 02/11/13 | GDB | 0012 | Emails re late-filed claims motion. | 0.20 |
| 02/12/13 | SLS | 0012 | Review Debtors' objection to motion to allow late filed claims (.7) | 0.70 |
| 02/12/13 | LGB | 0012 | Review Debtors' objection to late filed claims motion (.6); review draft UCC joinder to same (.3). | 0.90 |
| 02/12/13 | FSH | 0012 | Work on objection to late claim motion and confer w/ DB and BK re same. | 1.00 |
| 02/12/13 | DHB | 0012 | Review Debtors' draft objection to Canadian claims (.5); emails re same (.2) (.2); review and revise (2X) Committee substantive joinder (1.0); office conference with B. Kahn and emails re changes thereto (.2) (.2); review suggested changes from Committee members (.5); office conference with B. Kahn re same (.2). | 3.00 |
| 02/12/13 | BMK | 0012 | Revise/edit joinder re: late filed claims motion (1.5); confs and emails with F. Hodara, D. Botter and A. Qureshi re: same (0.8); emails with UCC re: same (0.4); tc and emails with J. Croft re: same (0.3) | 3.00 |
| 02/13/13 | LGB | 0012 | Review joinder to objection to late filed claims (.2). | 0.20 |
| 02/13/13 | FSH | 0012 | Work on pleading and confer w/ BK re same. | 0.40 |
| 02/13/13 | DHB | 0012 | Review new draft of joinder (.4); office conferences with B. Kahn re same (.2) (.2); emails re same (.1) (.1); telephone call with D. Lowenthal re same (.2) revise again and review final (.5); review court orders and | 2.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1470233

Page 5  
March 18, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | extensive email communications and consideration of same (1.2). | |
| 02/13/13 | BMK | 0012 | Revise/edit joinder re: late filed claims motion (0.8); prepared same for filing (0.4); confs and emails with Cleary re: same (0.5); confs with F. Hodara and A. Qureshi re: same (0.2) | 1.90 |
| 02/13/13 | GDB | 0012 | Emails re objection to late filing. | 0.10 |
| 02/15/13 | FSH | 0012 | Attention to Monitor's pleading and communicate w/ working group re same. | 0.20 |
| 02/15/13 | BMK | 0012 | Review Monitor reservation of rights re: late filed claims motion | 0.40 |
| 02/15/13 | JYS | 0012 | Review monitor's reservation re late filed claims. | 0.20 |
| 02/15/13 | GDB | 0012 | Emails re late-filed claims motion. | 0.20 |
| 02/16/13 | LGB | 0012 | Review reply by monitor to motion to file late filed claims (.3). | 0.30 |
| 02/19/13 | LGB | 0012 | Review e-mail from Kahn re hearing on motion re late filed claims (.1); respond to same (.1); review response to same (.1). | 0.30 |
| 02/19/13 | FSH | 0012 | Review Ad Hoc pleading (.1). Confer w/ BK re late filed claims issue. | 0.20 |
| 02/19/13 | BMK | 0012 | TC with Cleary re: late filed claims motion (0.4); email to Akin team re: same (0.1); review ad hoc bondholder joinder (0.3) | 0.80 |
| 02/20/13 | FSH | 0012 | Examine info re late filed claims issue. | 0.10 |
| 02/01/13 | FSH | 0014 | Attention to claim (.1). Communications w/ working group re Canadian pension claims (.2). | 0.30 |
| 02/01/13 | DHB | 0014 | Email communications re Canadian decision and impact and review of same (.4) (.2). | 0.60 |
| 02/03/13 | DHB | 0014 | Review motion and underlying agreement re Canadian employee claims (.8); emails re same (.4); review summary (.3). | 1.50 |
| 02/05/13 | FSH | 0014 | Attention to Chartis matter. | 0.10 |
| 02/05/13 | DHB | 0014 | Email communications re Chartis motion. | 0.10 |
| 02/13/13 | FSH | 0014 | Examine Monitor's report. | 0.10 |
| 02/16/13 | FSH | 0014 | Review info re Manitoba cease trade order. | 0.10 |
| 02/20/13 | FSH | 0014 | Attention to appeal pleadings. | 0.10 |
| 02/22/13 | FSH | 0014 | Communications w/ Frasers re upcoming hearing. | 0.10 |
| 02/25/13 | FSH | 0014 | Communications w/ working group re pending Canadian issues. | 0.20 |
| 02/25/13 | DHB | 0014 | Email communications re Canadian hearing and process (.3); office conference with B. Kahn re Canadian employees motion (.1) (.1) and emails re same (.1) (.1). | 0.70 |
| 02/25/13 | BMK | 0014 | TC with R. Jacobs and M. Wunder re: Canadian hearing issues | 0.30 |
| 02/26/13 | DHB | 0014 | Review Canadian pleadings re Chartis (1.0); office conference with B. Kahn re same (.1). | 1.10 |
| 02/27/13 | DHB | 0014 | Review Canadian employees stipulation and confi agreement and emails re same. | 0.80 |
| 02/01/13 | AQ | 0017 | Attend meeting with Cleary and Milbank re litigation of outstanding disputes. | 1.80 |
| 02/01/13 | KMR | 0017 | Reviewed and responded to emails re: litigation strategy. | 0.40 |
| 02/04/13 | AQ | 0017 | Review and analyze EMEA claims pleadings and consider discovery period. | 0.80 |
| 02/04/13 | DHB | 0017 | Extensive email communications relating to Ad Hocs positions on scheduling (.4) (.2). | 0.60 |
| 02/05/13 | FSH | 0017 | Analyze scheduling issues and communicate w/ working group re same (.3). Call w/ Cleary re same (.5). Conf. call w/ Milbank (.8). Review misc. pleadings (.2). Follow-up re scheduling (.2). | 2.00 |
| 02/05/13 | AQ | 0017 | E-mails regarding proposed allocation and claims discovery schedule. | 0.20 |
| 02/05/13 | AQ | 0017 | Call with Cleary re litigation schedule. | 0.50 |
| 02/05/13 | AQ | 0017 | Call with Milbank and Cleary re litigation schedule. | 0.70 |
| 02/05/13 | AQ | 0017 | Review and analyze prepared draft litigation schedule. | 0.30 |
| 02/05/13 | DHB | 0017 | Email communications re Ad Hoc schedule (.1) (.5); telephone call with Milbank re same (.4) and follow-up (.1) (.1); review EMEA prior scheduling (.3); conference calls re scheduling (.5); follow-up with C. Kearns re same (.3); review Debtors draft (.5); conference call with Ad Hocs and Debtors (.8); follow-up re same (.3). | 3.90 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/05/13 | BMK | 0017 | Attend call with ad hocs re: issues list submission (0.3); follow up with D. Botter re: same (0.3); analysis of scheduling issues litigation (0.6); call with Debtors re: same (0.5); call with Debtors an Ad Hocs re: same (0.8); emails with F. Hodara and D. Botter re: same (0.4); review draft statement and schedule (0.6) | 3.50 |
| 02/05/13 | DKB | 0017 | Review and organize pleadings for attorneys. | 0.90 |
| 02/06/13 | LGB | 0017 | Review draft issues list/calendar (.4). | 0.40 |
| 02/06/13 | FSH | 0017 | Numerous communications w/ US constituents, working group and Committee members re litigation matters. | 2.20 |
| 02/06/13 | AQ | 0017 | Review and edit pleading re proposed litigation schedule. | 0.70 |
| 02/06/13 | AQ | 0017 | E-mails regarding proposed litigation schedule. | 0.20 |
| 02/06/13 | DHB | 0017 | Continue review of scheduling pleading (.5); extensive email correspondence re same (.5) (.2); telephone calls with Ad Hocs re same (.6); extensive follow-on correspondence re same (.4); review revised schedules (.5); emails re same (.3) and next steps (.2) (.2); review Debtors revised schedule (.2). | 3.60 |
| 02/06/13 | BMK | 0017 | Review and analysis of litigation schedule submission issues (1.8); comment on submission draft (0.7); tcs with Law Deb and BONY re: same (0.3)(0.3); tc with C. Samis re: same (0.3) | 3.10 |
| 02/06/13 | KMR | 0017 | Reviewed draft of filing regarding post mediation litigation schedule. | 0.30 |
| 02/07/13 | FSH | 0017 | Continue review of litigation proposals (.4) Communications w/ working group re same (.3). Prep for telephonic meeting w/ Ad Hoc representatives (.2). Attend same and further calls w/ Committee members re proposals (2.0). Meet w/ Debtor and Ad Hoc representatives (2.0). Further work on proposal, presentation (.2). | 5.10 |
| 02/07/13 | AQ | 0017 | Telephone conference with Cleary regarding schedule. | 0.20 |
| 02/07/13 | AQ | 0017 | Call with Milbank re litigation strategy. | 0.70 |
| 02/07/13 | AQ | 0017 | Call with Cleary re litigation strategy. | 0.40 |
| 02/07/13 | AQ | 0017 | Attend meeting with Cleary and Milbank re litigation strategy. | 2.20 |
| 02/07/13 | AQ | 0017 | Review and analyze proposed litigation schedule from Cleary and Milbank. | 0.50 |
| 02/07/13 | AQ | 0017 | Confer with team re litigation strategy. | 0.50 |
| 02/07/13 | DHB | 0017 | Email communications re scheduling proposals (.3); review new proposals (.3); begin extended meetings with Ad Hocs and Debtors re same (4.5); follow-up re same (.6); review and revise pleading (.5). | 6.20 |
| 02/07/13 | BMK | 0017 | Call with ad hoc group re: litigation schedule submission (0.6); call with Debtors re: same (0.4); meeting with Debtors and Ad Hocs re: same (2.5); draft litigation schedule submission (2.2). | 5.70 |
| 02/08/13 | SLS | 0017 | Review UCC draft litigation related statement (.2); review statements regarding open litigation matters from other mediation participants (.3) (.3). | 0.80 |
| 02/08/13 | LGB | 0017 | Review committee issues statement (.2); T/C with Kahn re same (.1); review e-mail from Kahn re same (.1). | 0.40 |
| 02/08/13 | FSH | 0017 | Communications w/ Committee members and working group re draft submission (.4). Work on same (.3). Attention to Canadian order (.1). Communications w/ Ad Hocs (.1). Numerous communications re finalization of submission (.7). Attention to submissions of various parties and numerous communications w/ Committee and working group re same (1.3). | 2.90 |
| 02/08/13 | AQ | 0017 | Review and edit draft committee statement re scheduling. | 0.20 |
| 02/08/13 | AQ | 0017 | Telephone conferences with committee members re scheduling submission. | 0.20 |
| 02/08/13 | AQ | 0017 | Calls with Cleary and Milbank regarding litigation schedule. | 0.30 |
| 02/08/13 | AQ | 0017 | E-mails re litigation schedule. | 0.20 |
| 02/08/13 | AQ | 0017 | Review and analyze pleadings filed re litigation schedule. | 0.60 |
| 02/08/13 | DHB | 0017 | Extensive email communications and other communications re schedules of US parties and filings (2.0); begin review of all filings of | 4.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1470233

Page 7  
March 18, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | all parties (1.5) and emails re same (.5). | |
| 02/08/13 | BMK | 0017 | Draft and edit allocation schedule submission (1.4); tc's with committee members and D. Botter re: same (0.5); emails with Akin team re: same (0.6); review allocation schedule submissions filed in US and Canada (2.1) | 4.60 |
| 02/08/13 | KMR | 0017 | Reviewed emails and drafts re: committee statement filed with the court (0.7); reviewed statements filed with US and Canadian courts (1.5). | 2.20 |
| 02/09/13 | LGB | 0017 | Review various submissions to US/Canadian court filed by various parties in response to Morawetz/Gross orders (1.4). | 1.40 |
| 02/09/13 | MCF | 0017 | Chart re Issues Statements | 2.60 |
| 02/10/13 | DHB | 0017 | Continue review of statements (1.5); emails re same (.4). | 1.90 |
| 02/10/13 | BMK | 0017 | Review and comment on summary chart of issues statements | 0.80 |
| 02/10/13 | MCF | 0017 | Revise chart (3.9)(.7) and communications with B. Kahn (.1)(.1) and F. Hodara (.1) re same | 4.90 |
| 02/11/13 | LGB | 0017 | Review issue statement chart re 2/8 filings in US/Canada. | 0.40 |
| 02/11/13 | FSH | 0017 | Work on summaries of court submissions (.5). Communications w/ working group re same (.4). Meet w/ AQ and DB re litigation prep (.2). TC Milbank re foregoing (.2). Analyze issues. TC Cleary (.2). Numerous follow-up communications (.4). | 1.90 |
| 02/11/13 | DHB | 0017 | Office conference with F. Hodara and A. Qureshi re status and staffing (.5); emails with creditors re status (.1); review memo re parties position statements (.5); office conference with B. Kahn re changes thereto (.1). | 1.20 |
| 02/11/13 | BMK | 0017 | Review and update summary chart of issues statements | 0.60 |
| 02/11/13 | KMR | 0017 | Continued review of post mediation court filings. | 2.20 |
| 02/11/13 | GDB | 0017 | Emails re filed statements re issues and schedules (0.2) | 0.20 |
| 02/12/13 | FSH | 0017 | Examine reports. | 0.10 |
| 02/12/13 | KMR | 0017 | Reviewed emails relating to various matters and the pending litigation. | 0.40 |
| 02/13/13 | FSH | 0017 | Examine additional statement (.1). Review court order and numerous communications re same (1.0). | 1.10 |
| 02/13/13 | KMR | 0017 | Reviewed emails relating to the pending litigation. | 0.40 |
| 02/14/13 | FSH | 0017 | Analyze pending litigation issues (.2). Attention to misc. pleadings (.2). Attention to revised order (.1). Meet w/ R. Johnson re litigation issues (.4). TC Capstone (.1). Communications w/ working group re next steps (.2). | 1.20 |
| 02/19/13 | FSH | 0017 | Communicate w/ M. Fagen re meeting w/ working group on brief (.1). Communicate w/ J. Bromley re brief (.1). Attend meeting (.5). Review Court order re hearing and numerous communications re same (.3). Communications w/ lit team re discovery (.2). Attention to possible schedule (.1). Review misc. pleadings (.2). Confer w/ Cleary re foregoing issues (.2). | 1.70 |
| 02/22/13 | KMR | 0017 | Continued review of materials relating to pending litigation. | 0.50 |
| 02/23/13 | FSH | 0017 | Communicate w/ AQ re discovery. | 0.10 |
| 02/23/13 | KMR | 0017 | Continued review of materials relating to pending litigation. | 1.20 |
| 02/01/13 | FSH | 0018 | Confer w/ K. Rowe re tax issue. | 0.20 |
| 02/01/13 | AQ | 0019 | Confer with Ashursts re pension claim issues. | 0.20 |
| 02/01/13 | ALK | 0019 | Reviewed email and amended LTD order. | 0.20 |
| 02/01/13 | MCF | 0019 | Prepare for call with Ashurst | 0.50 |
| 02/03/13 | LGB | 0019 | Review revised LTD settlement agreement, notices, orders (1.0); e-mail Sturm/Lilling re same (.1); review response from Lilling re same (.1); review e-mails from Sturm re comments to same (.1); review e-mail from Schweitzer re same (.1); review response from Sturm re same (.1). | 1.50 |
| 02/03/13 | JYS | 0019 | Review LTD settlement docs (0.8); corr w. AG team re same (0.5); corr w. Cleary re same (0.3). | 1.60 |
| 02/04/13 | LGB | 0019 | Review objection from Day (.5); review Morrison/Wadlow objections (.5); T/C with Lilling re Veba trust (.1); review same (.2); T/C with Lilling re same (.1). | 1.40 |
| 02/04/13 | DHB | 0019 | Begin review of UK pension claim. | 1.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1470233

Page 8  
March 18, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/04/13 | ALK | 0019 | Reviewed emails and attached objection documents from FR team. | 0.30 |
| 02/04/13 | ASL | 0019 | Review LTD package (.8); review LTD objections (.8); confer with L. Beckerman (.2). | 1.80 |
| 02/05/13 | LGB | 0019 | T/C with Sturm re LTD objections (.2); e-mail Schweitzer re call to discuss same (.1); review response to same (.1); respond to same (.1); review Zahralldin letter (.2); e-mail Lilling/Sturm re same (.1); review UK pension claim in preparation for call (1.5); T/C with Sturm re same (.2); e-mail Akin team re warning notice exhibits/witness statements (.1); review COC re sealing order (.2); review e-mail from Sturm re same (.1); respond to same (.1); review Rossi letter (.1); review Barry objection (.2). | 3.30 |
| 02/05/13 | DHB | 0019 | Continue review and analysis of UK pension claim. | 1.70 |
| 02/05/13 | ASL | 0019 | Review LTD objections and scheduling order. | 0.50 |
| 02/05/13 | JYS | 0019 | T/c w. L. Beckerman re exhibits to UK Pension claim (0.5); review exhibits (1.0). | 1.50 |
| 02/05/13 | JYS | 0019 | Review Retiree Committee COC (0.3); corr w. AG team re same (0.2); corr w. Cleary re same (0.2). | 0.70 |
| 02/05/13 | MCF | 0019 | Prepare for call re UK Pension (.1) and communications with A. Qureshi re same (.1); circulate motions re LTD settlement (.3) | 0.50 |
| 02/06/13 | LGB | 0019 | Participate on call re UK pension issues with Ashurst, Qureshi, Hodara, Botter, Kahn, Sturm (1.5); review/circulate pension expert statements (.2); T/C with Schweitzer, Fleming, Sturm, Lee, Lilling re LTD oBjections (.5); review revised notices (.7); e-mail Lilling/Sturm re same (.1); review Ashurst memo re UK pension issues (.7); review 2004 list (.2); review e-mails from Lilling/Sturm re revised LTD notices (.1). | 4.00 |
| 02/06/13 | FSH | 0019 | Review UK pension claim information (.4). Participate in call w/ Ashursts re same (1.5). | 1.90 |
| 02/06/13 | AQ | 0019 | Review and analyze Ashurst memo re UK pension claims. | 0.40 |
| 02/06/13 | AQ | 0019 | Call with Ashursts and Capstone re UK pension claims. | 1.40 |
| 02/06/13 | DHB | 0019 | Conference call re UK pension claim. | 1.50 |
| 02/06/13 | BMK | 0019 | Call with Ashurst team re: UK pension claim issues (1.5); follow up to same (0.2); review memo re: same (0.6) | 2.30 |
| 02/06/13 | ASL | 0019 | Prepare for LTD objections call (.5); call re: same (.5). | 1.00 |
| 02/06/13 | JYS | 0019 | T/c w. CTE professionals re UK Pension claims (1.5); t/c w. AG Team, Milbank and Cleary re LTD objections (0.5); review revised LTD notices (0.3). | 2.30 |
| 02/06/13 | MCF | 0019 | Prepare for (1.2) and participate in teleconference with Ashurst re UK Pension Claim (1.5); communications with F. Hodara (.1) and B. Kahn (.1) re same | 2.90 |
| 02/07/13 | LGB | 0019 | T/C with Schweitzer re confidentiality issue (.3); T/C with Sturm re same (.1); review e-mail from Matz re LTD notices (.1). | 0.50 |
| 02/07/13 | ALK | 0019 | Reviewed email and attached LTD objection declaration from. M. Fagen. | 0.20 |
| 02/07/13 | ASL | 0019 | Review declaration in support of LTD objection. | 0.10 |
| 02/08/13 | LGB | 0019 | T/C with Schweitzer/Fleming re call with Zahralldin/claims purchaser's counsel (.3); T/C with Sturm re same (.2); review Demel declaration (.2); review letter re retiree settlement (.1). | 0.80 |
| 02/08/13 | BMK | 0019 | Review LTD pleadings | 0.80 |
| 02/08/13 | ALK | 0019 | Reviewed LTD objection letter forwarded by M. Fagen. | 0.20 |
| 02/10/13 | LGB | 0019 | Review revised notices/order re LTD settlement motion (.6); e-mail Sturm/Lilling re same (.1); review e-mail from Sturm re same (.1); respond to same (.1); e-mail Fagen re documents (.1); e-mail Hodara/Botter/Qureshi re hearing (.1); review response to same (.1). | 1.20 |
| 02/10/13 | ASL | 0019 | Review LTD package as revised. | 0.80 |
| 02/10/13 | JYS | 0019 | Review revised LTD settlement docs (1.2); comments on same (0.3); corr w. AG team re same (0.2); corr. w. Cleary re same (0.2); review revised drafts of docs (0.4); corr w. AG team re same (0.1). | 2.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1470233

Page 9  
March 18, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/11/13 | LGB | 0019 | Review revised notice (.1); review e-mail from Sturm re same (.1); review e-mail from Matz re same (.1); review e-mail from Hodara re hearing on LTD motion (.1); respond to same (.1); review revised notices/order/settlement agreement re LTD motion (.8); review Matz's comments re same (.1); review reply (.4); T/C with Sturm re same (.2); review Matz's comments re same (.1); review Hodara e-mail re 2/14 hearing (.1); review LTD committee reply (.4); T/C with Sturm re same (.1); review final settlement agreement/notices/order filed with court (.5); review Piroski objection (.2); review 2004 list/witness statements/exhibits re UK pension claims (2.0). | 5.40 |
| 02/11/13 | FSH | 0019 | Attention to LTD pleadings. | 0.20 |
| 02/11/13 | DHB | 0019 | Email communications re LTD settlement issues and begin review of pleadings re same. | 0.50 |
| 02/11/13 | ASL | 0019 | Review LTD package (.5); review Debtors reply letter to objections (.4); review LTD Committee reply (. 4); confer with L. Beckerman (.2). | 1.50 |
| 02/11/13 | JYS | 0019 | T/cs and corr w. AG team and Cleary re revised LTD settlement docs (0.4); review final versions of same (0.3); review proposed LTD reply and corr re same (0.4); review Paroski objection (0.2); review LTD reply to objections (0.5); rorr and t/cs w. AG team re same (0.3). | 2.10 |
| 02/11/13 | JYS | 0019 | Recview UK Pension claim materials (0.4); t/c w. L. Beckerman re same (0.2); review issues statement summary chart (0.4). | 1.00 |
| 02/12/13 | LGB | 0019 | Review Travelers settlement motion/exhibits (.9); e-mail Fagen re same (.1); review materials from Wunder re same (.6); review e-mail from Day re objection to LTD settlement (.1); review e-mail from Schweitzer re same (.1). | 1.80 |
| 02/12/13 | GDB | 0019 | Emails re LTD motions. | 0.30 |
| 02/13/13 | LGB | 0019 | Review e-mail from Wunder re Traveler's settlement (.1); respond to same (.1); review response to same (.1); respond to same (.1); review e-mail from Kahn re same (.1); respond to same (.1); review e-mail from Hodara re same (.1); respond to same (.1). | 0.80 |
| 02/14/13 | LGB | 0019 | Review Cherry objection to retiree settlement. | 0.10 |
| 02/14/13 | ASL | 0019 | Review retiree objection. | 0.10 |
| 02/14/13 | JYS | 0019 | Review objection to retiree settlement. | 0.40 |
| 02/14/13 | GDB | 0019 | Emails re LTD settlement hearing. | 0.10 |
| 02/15/13 | LGB | 0019 | T/C with Schweitzer re LTD settlement hearings (.5); T/C with Sturm re same (.2). | 0.70 |
| 02/15/13 | ALK | 0019 | Reviewed email and objection regarding retiree from team. | 0.20 |
| 02/15/13 | JYS | 0019 | Review LTD approval order(0.2); review retiree letter (0.3); review proposed deferred comp coc (0.2). | 0.70 |
| 02/16/13 | LGB | 0019 | Review e-mail from Kraidin re Horne order/CNO (.1); review e-mail from Gibbon re same (.1); review order/CNO (.1); e-mail Gibbon re same (.1). | 0.40 |
| 02/16/13 | JYS | 0019 | Review corr re COC re Deferred Comp litigation. | 0.20 |
| 02/18/13 | LGB | 0019 | E-mail Matz re final hearing on LTD settlement motion. | 0.10 |
| 02/19/13 | LGB | 0019 | E-mail Koo/Lilling re dismissal order re deferred comp. litigation (.1); review e-mail from Lilling re same (.1). | 0.20 |
| 02/19/13 | ALK | 0019 | Reviewed email and certificate from L. Beckerman regarding deferred comp dismissal. | 0.20 |
| 02/19/13 | JYS | 0019 | T/C w. L. Beckerman re preparation for potential objections. | 0.40 |
| 02/20/13 | FSH | 0019 | Attention to deferred comp order. | 0.10 |
| 02/20/13 | JYS | 0019 | Review order dismissing deferred comp adversary proceeding. | 0.30 |
| 02/21/13 | LGB | 0019 | O/C with Sturm re LTD hearing preparation. | 0.10 |
| 02/21/13 | ALK | 0019 | Coordination of hearing preparation and compilation of materials (0.3). Confer w/ J. Sturm and K. Foster regarding same (0.2). | 0.50 |
| 02/21/13 | SG | 0019 | Review materials relating to UK pension claims (1.5). | 1.50 |
| 02/22/13 | ALK | 0019 | Reviewed emails/transcript from L. Beckerman. | 0.70 |
| 02/22/13 | ASL | 0019 | Review transcript of LTD hearing. | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1470233

Page 10  
March 18, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/22/13 | JYS | 0019 | Review LTD hearing transcript (0.6); coordinating obtaining same (0.3); t/cs w. L. Beckerman re same (0.3). | 1.20 |
| 02/22/13 | KF | 0019 | conf w/ A. Koo re project (0.2); conf w/ J. Cuatt re same (0.2) | 0.40 |
| 02/25/13 | LGB | 0019 | Review e-mail from Wunder re Travelers settlement approval (.1); review order re same (.1). | 0.20 |
| 02/25/13 | KF | 0019 | review documents(3.9); conf w/ J. Cuatt re same(0.2); conf w/ D. Iofe re database(.1); corr w/ Debtors re production (.1) | 4.40 |
| 02/25/13 | JLC | 0019 | Review plan documents in database. | 2.40 |
| 02/25/13 | DBI | 0019 | Assist the attorney team with the employee document review process (1.2); print out the set of requested documents (.8). | 2.00 |
| 02/26/13 | LGB | 0019 | Review objection from Yoakum (.3); T/C with Schweitzer re same and LTD settlement related matters (.4); review e-mail from Sturm re same (.1); respond to same (.1). | 0.90 |
| 02/26/13 | ASL | 0019 | Review objection. | 0.10 |
| 02/26/13 | JYS | 0019 | Review retiree objection (0.3); corr w. L. Beckerman re same (0.2). | 0.50 |
| 02/26/13 | KF | 0019 | review documents (1.3); conf w/ J. Cuatt re same (.2) | 1.50 |
| 02/26/13 | JLC | 0019 | Organize and index plan documents. | 3.60 |
| 02/27/13 | LGB | 0019 | Review 2/14 hearing transcript. | 0.90 |
| 02/27/13 | ALK | 0019 | Coordination of hearing preparation and compilation of materials (0.2). Reviewed settlement documents (0.8). | 1.00 |
| 02/27/13 | JYS | 0019 | Corr. w A. Koo re LTD materials. | 0.20 |
| 02/27/13 | KF | 0019 | review documents(2.5); conf w/ J. Cuatt re same(.4); conf w/ A. Koo re review status (.1); corr w/ Debtors re: production (.1) | 3.10 |
| 02/27/13 | JLC | 0019 | Review objections for plan documents (2.0); organize and index plan documents (1.2). | 3.20 |
| 02/28/13 | LGB | 0019 | T/cw/ Sturm re LTD documents/objection/status (.2); Review Paroski objection (.2); Review additional documents produced from Cleary to Retiree Committee/LTD Committee (1.0); Review LTD plan documents (1.0). | 2.40 |
| 02/28/13 | ALK | 0019 | Coordination of hearing preparation and compilation of materials (0.7). Reviewed objection documents (0.5). | 1.20 |
| 02/28/13 | JYS | 0019 | Review retiree objection (0.3); t/cs and corr w. K. Foster and A. Koo re LTD plan materials (0.4); t/c w. L. Beckerman re same (0.3); review discovery materials from Cleary (1.1). | 2.10 |
| 02/28/13 | KF | 0019 | review documents and document binder(2.9); conf w/ J. Cuatt re same (0.7); conf w/ J. Sturm re same (.1) | 3.70 |
| 02/28/13 | JLC | 0019 | Organize and index plan documents. | 2.10 |
| 02/28/13 | DBI | 0019 | Download produced documents from the clients FTP (1.1); convert, OCR and load files to the ringtail database (.4). | 1.50 |
| 02/01/13 | BMK | 0025 | Travel to/from meeting at Cleary. (Actual time - .8) | 0.40 |
| 02/14/13 | LGB | 0025 | Travel to Delaware (2.0); travel to NYC (2.0). (Actual time - 4.0) | 2.00 |
| 02/14/13 | JYS | 0025 | Travel to and from LTD Settlement hearing. (Actual time - 4.2) | 2.10 |
| 02/01/13 | SLS | 0029 | Participate telephonically in meeting with NNI and Committee professional teams (partial). | 1.00 |
| 02/01/13 | FSH | 0029 | Review materials and issues for meeting at Cleary w/ NNI and Ad Hocs re pending issues (.8). Attend same (2.2). | 3.00 |
| 02/01/13 | FSH | 0029 | Analyze case law. | 0.30 |
| 02/01/13 | AQ | 0029 | Confer with team re allocation litigation issues. | 0.30 |
| 02/01/13 | DHB | 0029 | Continue review of previously filed allocation documents (.5); emails re lists of next steps (.4); prepare for and attend meeting with Debtors and Ad Hocs and follow-up (3.5). | 4.40 |
| 02/01/13 | BMK | 0029 | Review emails re: allocation issue list order (0.4); review Canadian allocation issue (0.3); attend meeting with Ad Hoc and Debtor professionals re: allocation issues (1.8); follow up with F. Hodara, D. Botter, A. Qureshi and C. Kearns (0.5); analysis of allocation related issues (0.8) | 3.80 |
| 02/01/13 | MCF | 0029 | Participate in call with Cleary and Milbank; attend to matter re January | 2.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | mediation (.3) and communications with F. Hodara re same (.1) | |
| 02/03/13 | FSH | 0029 | Communications w/ working group re next steps. | 0.20 |
| 02/04/13 | FSH | 0029 | Confer w/ working group re submission (.4). Review materials (.1). TC A. Pisa and follow up (.2). | 0.70 |
| 02/07/13 | SLS | 0029 | Participate in meeting with noteholders, Company and committee advisors regarding next steps for allocation (2.2) | 2.20 |
| 02/07/13 | MCF | 0029 | Prepare for (.5) and participate in Nortel call with Ad Hocs and meeting with Debtors and Ad Hocs (5.5) | 6.00 |
| 02/08/13 | GDB | 0029 | Emails re submissions (0.4) | 0.40 |
| 02/12/13 | RAJ | 0029 | Confer with A. Qureshi re procedural issues (.3); analyze parties' position papers re next steps in allocation and claims disputes (2.1). | 2.40 |
| 02/12/13 | AQ | 0029 | Call with potential allocation expert. | 0.30 |
| 02/13/13 | LGB | 0029 | Review Wilmington Trust submission. | 0.20 |
| 02/13/13 | RAJ | 0029 | Review materials re EMEA claims and allocation issues. | 2.10 |
| 02/13/13 | AQ | 0029 | Review allocation scheduling order and e-mails regarding same. | 0.20 |
| 02/13/13 | BMK | 0029 | Review court order re: allocation scheduling (0.1); emails and confs with F. Hodara and A. Qureshi re: same (0.2); emails to UCC re: same (0.1) | 0.40 |
| 02/13/13 | JYS | 0029 | Review scheduling order re allocation issues. | 0.30 |
| 02/13/13 | GDB | 0029 | Emails re allocation dispute filings (0.3) | 0.30 |
| 02/14/13 | LGB | 0029 | Review revised scheduling order re allocation issues (.1). | 0.10 |
| 02/14/13 | FSH | 0029 | Review materials re allocation issues (.2). Call w/ working group re same (.4). | 0.60 |
| 02/14/13 | RAJ | 0029 | Review orders regarding March 7 hearing (.1); confer with A. Qureshi re allocation issues (.7); emails re allocation and next steps (.3). | 1.10 |
| 02/14/13 | AQ | 0029 | Confer with R. Johnson re allocation litigation. | 0.20 |
| 02/14/13 | DHB | 0029 | Review Canadian order (.1); emails re same and disparate date in order (.3); begin review of 6/7/11 materials (2.5) (.5). | 3.40 |
| 02/14/13 | BMK | 0029 | Review 6/7/11 transcript re: allocation motion | 0.80 |
| 02/14/13 | KMR | 0029 | Participated in professionals call (0.4); reviewed materials relating to the pending litigation (0.4). | 0.80 |
| 02/14/13 | JYS | 0029 | Review scheduling order. | 0.30 |
| 02/14/13 | GDB | 0029 | Emails re allocation hearings (0.3) | 0.30 |
| 02/14/13 | MCF | 0029 | Prepare binders for litigation (.7)(.5) and communications with B. Kahn (.2)(.1), F. Hodara (.1) and R. Johnson (.2) re same | 1.80 |
| 02/15/13 | RAJ | 0029 | Emails re developments on allocation issues (.4); analyze prior filings re court adjudication of allocation issues (1.7); review transcript of June 2011 hearing (1.5). | 3.60 |
| 02/15/13 | DHB | 0029 | Continue review of June 7 transcript. | 2.00 |
| 02/15/13 | MCF | 0029 | Prepare binders for litigation team (1.9) and communications with R. Johnson (.1), B. Kahn (.1), J. Samper (.2)(.2)(.2) re same; communications with F. Hodara (.1) and D. Krasa-Berstell re dropboxes (.1) | 2.90 |
| 02/15/13 | JAS | 0029 | Develop file of allocation materials. | 1.00 |
| 02/18/13 | AQ | 0029 | Review and analyze June 2011 joint hearing transcript re allocation motion. | 2.20 |
| 02/18/13 | AQ | 0029 | Draft and revise discussion outline for supplemental briefing on allocation motion. | 0.60 |
| 02/18/13 | DHB | 0029 | Continue review of June 7 pleadings. | 1.30 |
| 02/19/13 | LGB | 0029 | Review order re oral argument. | 0.10 |
| 02/19/13 | RAJ | 0029 | Review materials re allocation and international claims (1.4); emails with team re allocation issues (.1, .2, .1); meeting with S. Gulati, J. Yecies re allocation issues (.5); analyze parties' mediation statements (.5); review docket (.3). | 3.10 |
| 02/19/13 | AQ | 0029 | Confer with team regarding supplemental allocation brief. | 0.50 |
| 02/19/13 | AQ | 0029 | Draft and revise outline re supplemental allocation brief. | 0.30 |
| 02/19/13 | AQ | 0029 | Calls and e-mails with potential allocation experts. | 0.50 |
| 02/19/13 | AQ | 0029 | Review and analyze April 2011 pleadings regarding allocation dispute. | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1470233

Page 12  
March 18, 2013

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/19/13 | AQ | 0029 | Review Order re allocation hearing and e-mails regarding same. | 0.20 |
| 02/19/13 | DHB | 0029 | Continue review of June 7 materials (1.5); conference call with UCC professionals re same (.5); review Judge Gross order re allocation and emails re same (.3) (.2). | 2.50 |
| 02/19/13 | BMK | 0029 | Review court order re: allocation hearing (0.1); tc wtih R. Johnson re: allocation issues (0.4); attend professionals call re: allocation submission (0.5) | 1.00 |
| 02/19/13 | SG | 0029 | Confer with R. Johnson and J. Yecies re: case background (.5); review background materials re: allocation, EMEA claims and foreign pension claims (5). | 5.50 |
| 02/19/13 | JYY | 0029 | Meeting with R. Johnson and S. Gulati re Nortel background and upcoming hearing (0.5); reviewing Nortel mediation statements and background materials (5.5). | 6.00 |
| 02/19/13 | JYS | 0029 | Review order re oral argument. | 0.20 |
| 02/19/13 | MCF | 0029 | Prepare materials for litigation team (.6)(.7)(.4) and communications with lit team (.2)(.2)(.1)(.1) re same | 2.30 |
| 02/20/13 | FSH | 0029 | Communications w/ working group re research (.2). Communications w/ Cleary re pleading (.3). Review materials (.3). Meet w/ working group (1.4). | 2.20 |
| 02/20/13 | RAJ | 0029 | Analyze mediation statements (2.1); meeting of litigation and restructuring teams re next litigation post-mediation (1.4); follow up meeting of litigation team re specific tasks and issues (.4); emails re next steps (.3). | 4.20 |
| 02/20/13 | AQ | 0029 | Call with Cleary regarding supplemental allocation submission and e-mails re same. | 0.30 |
| 02/20/13 | AQ | 0029 | Conference call with potential allocation expert. | 0.80 |
| 02/20/13 | AQ | 0029 | Conference call with litigation team regarding allocation and claims background. | 1.40 |
| 02/20/13 | DHB | 0029 | Email communications re allocation-related issues. | 0.20 |
| 02/20/13 | BMK | 0029 | Attend meeting with R. Johnson, S. Gulati, F. Hodara, J. Yecies, M. Fagen and A. Qureshi re: allocation litigation (1.4); follow up review of documents (1.7) | 3.10 |
| 02/20/13 | SG | 0029 | Meeting re: allocation and claims issues (1.4); confer with R. Johnson, J. Yecies re allocation issues (.5); analyze parties' mediation statements and allocation materials (4.2). | 6.10 |
| 02/20/13 | JYY | 0029 | Meeting with F. Hodara, A. Qureshi (via teleconference), R. Johnson, S. Gulati, B. Kahn and M. Fagan regarding case status, upcoming hearing, and research items (1.4); follow-up meeting with R. Johnson and S. Gulati regarding mediation briefing and research items (.4); reviewing mediation briefing, summary chart of February 8th submissions, and other background materials (5.7); confer with R. Orcel regarding document management and organizing background materials (.2). | 7.70 |
| 02/20/13 | MCF | 0029 | Research re allocation hearing issue (1.5)(.6) and communications with B. Kahn re same (.2)(.1)(.1) | 2.50 |
| 02/20/13 | MCF | 0029 | Prepare for (1.3) and participate in (1.4) meeting with Litigation team | 2.70 |
| 02/21/13 | FSH | 0029 | Confer w/ working group re litigation on allocation. | 0.40 |
| 02/21/13 | RAJ | 0029 | Analyze filings re EMEA claim (1.7); review prior mediation submissions (1.6). | 3.30 |
| 02/21/13 | AQ | 0029 | Review and analyze documents produced re allocation. | 0.80 |
| 02/21/13 | RO | 0029 | Meet with J. Yecies re case status and setting up eRoom (.6); review electronic files and prepare same for upload to eRoom (.6); search Court Docket for certain recent Orders and forward same to J. Yecies (.5). | 1.70 |
| 02/21/13 | BMK | 0029 | Review allocation documents re: supplemental submission | 2.20 |
| 02/21/13 | SG | 0029 | Research re: allocation issues (3.0). | 3.00 |
| 02/21/13 | JYY | 0029 | Meeting with R. Orcel regarding document management for Nortel case (.5); reviewing recent order regarding March 7th conference (.3); confer with R. Orcel regarding recent orders (.2); reviewing mediation | 4.80 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | statements, summary of February 8th submissions, and other background materials in preparation for March 7th conference and for research items (3.8). | |
| 02/21/13 | KMR | 0029 | Begin review of transfer pricing materials in connection with meeting with prospective expert (0.8); begin review of materials relating to allocation resolution motion from 2011 (1.0). | 1.80 |
| 02/22/13 | FSH | 0029 | Review transcript and IFSA and outline issues (1.5). Communications w/ working group re same. | 2.80 |
| 02/22/13 | RAJ | 0029 | Analyze court's decision re motion to dismiss EMEA claim (1.7); review further facts re EMEA claim (1.2). | 2.90 |
| 02/22/13 | AQ | 0029 | Confer with FMC re appeal issues. | 0.20 |
| 02/22/13 | AQ | 0029 | E-mails regarding preparation for allocation hearing. | 0.20 |
| 02/22/13 | DHB | 0029 | Email communications re allocation issues (.4) and appellate issues (.2) and UK hearing (.1). | 0.70 |
| 02/22/13 | RO | 0029 | Upload and verify all electronic files to eRoom for access by litigation team (1.4); send invitations to eroom for access to S. Gulati, J. Yecies and R. Johnson (.1). | 1.50 |
| 02/22/13 | BMK | 0029 | Analysis of allocation jurisdiction arguments for supplemental submission (0.6); review 6/7/11 transcript (1.8); emails with F. Hodara, A. Qureshi and D. Botter re: supplemental submission (0.5) | 2.90 |
| 02/22/13 | SG | 0029 | Research re: allocation issues (2); review EMEA pleadings (1.5). | 3.50 |
| 02/22/13 | SAF | 0029 | Research - Valuation of sale of business/assets for J. Yecies | 0.90 |
| 02/22/13 | JYY | 0029 | Confer with R. Orcel regarding document management (.4); reviewing EMEA claims materials, U.K. pension materials, and opinion on motion to dismiss in relation to upcoming hearing (2.6). | 3.00 |
| 02/25/13 | FSH | 0029 | Communicate w/ D. Botter re allocation next steps. | 0.10 |
| 02/25/13 | RAJ | 0029 | Further analyze decision granting in part and denying in part motion to dismiss EMEA claim (1.5); analyze parties' mediation statements (1.3). | 2.80 |
| 02/25/13 | AQ | 0029 | Call with potential allocation expert. | 0.50 |
| 02/25/13 | AQ | 0029 | Review and analyze draft supplemental allocation pleading. | 0.40 |
| 02/25/13 | DHB | 0029 | Office conference with A. Qureshi re allocation briefing and next steps (.3); office conference with B. Kahn re same (.2); continue review of June 7 materials (.8); review initial draft of supplemental allocation pleading and comment re same (1.5). | 2.80 |
| 02/25/13 | RO | 0029 | Organize and update electronic eRoom files and verify same. | 1.30 |
| 02/25/13 | BMK | 0029 | Review and comment on allocation submission (1.1); confs with D. Botter and A. Qureshi re: same (0.5) | 1.60 |
| 02/25/13 | JYY | 0029 | Reviewing background materials on EMEA claims and U.K. pension claims (2.2); confer with S. Guha regarding status update (.1). | 2.30 |
| 02/25/13 | KMR | 0029 | Reviewed materials relating to the litigation (0.4); began reviewing transfer pricing materials in preparation for meeting with potential expert (1.0). | 1.40 |
| 02/25/13 | JYS | 0029 | Review draft supplemental submission. | 0.40 |
| 02/26/13 | FSH | 0029 | Work on supplemental memorandum and communicate w/ working group re same (.6). Review info re potential experts (.2). Confer w/ Committee members re memorandum (.3). Meet w/ potential expert and continue meeting w/ working group re allocation pleading and next steps (2.3). Emails w/ D. Botter re Company call (.1). Participate in call w/ Company (.7). | 4.20 |
| 02/26/13 | RAJ | 0029 | Prepare for meeting with potential expert (1.2); meeting with potential expert witness (1.4); follow-up meeting with Akin and Capstone teams (.8). | 3.40 |
| 02/26/13 | AQ | 0029 | Edit supplemental allocation brief. | 0.30 |
| 02/26/13 | AQ | 0029 | Call with Cleary regarding supplemental brief. | 0.30 |
| 02/26/13 | AQ | 0029 | Meet with potential allocation expert. | 1.50 |
| 02/26/13 | AQ | 0029 | Confer with team re potential allocation expert. | 0.30 |
| 02/26/13 | AQ | 0029 | Call with potential allocation expert. | 0.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 02/26/13 | DHB | 0029 | Continue review and revisions to supplemental pleading (1.0); emails re same (.2) (.2); telephone call with counsel to Indenture Trustees re status and participation and follow-up with F. Hodara re same (.3); prepare for and interview prospective experts (1.7); meet with team re supplemental pleading (.5); follow-up re same (.2); telephone calls with L. Schweitzer re same (.1) (.1); follow-up emails re same (.1) (.1); conference call re changes to supplemental pleading and follow-up re same (1.0). | 5.50 |
| 02/26/13 | BMK | 0029 | Meeting with potential expert firm (1.3); follow up to same (0.7) | 2.00 |
| 02/26/13 | BMK | 0029 | Call with L. Schweitzer re: allocation submission (0.2); call with Cleary team re: same (0.8); comment on same (0.8) | 1.80 |
| 02/26/13 | KMR | 0029 | Reviewed transfer pricing issues in preparation for meeting with potential expert (2.5); attended meetings with potential expert and with internal team (1.8). | 4.30 |
| 02/26/13 | MCF | 0029 | Meeting with team re litigation | 1.40 |
| 02/27/13 | LGB | 0029 | Review draft supplemental allocation submission (.6). | 0.60 |
| 02/27/13 | FSH | 0029 | Work on brief and confer w/ working group re same (.4). Communicate w/ C. Kearns re allocation concept (.1). Communications re experts (.2). | 0.70 |
| 02/27/13 | RAJ | 0029 | Review draft supplemental brief on adjudication and scheduling of allocation discovery (.7); review U.S. Trustee's objection to motion for waiver of rules (.2). | 0.90 |
| 02/27/13 | AQ | 0029 | Review and analyze revised draft supplemental allocation pleading. | 0.20 |
| 02/27/13 | DHB | 0029 | Emails re next steps on allocation brief (.4); review new preliminary statement and emails re same (.3); emails re expert retention issues (.2); emails re allocation pleading next steps and expert (.2) (.2); begin review of new draft and emails re same (.7). | 2.00 |
| 02/27/13 | BMK | 0029 | Review revised supplemental brief and exhibits (0.8); emails with D. Botter re: same (0.3); emails to UCC re: same (0.2) | 1.30 |
| 02/27/13 | JYY | 0029 | Reviewing Draft Supplemental Allocation Submission (.5); reviewing M. Fagen's summary of U.S. Trustee's Objection to Modification of Local Rules (.4). | 0.90 |
| 02/27/13 | KMR | 0029 | Reviewed emails re: allocation issues. | 0.50 |
| 02/27/13 | JYS | 0029 | Review revised supplemental brief. | 0.20 |
| 02/28/13 | FSH | 0029 | Review and comment on draft (.5). Analyze Core Party issue and communications re same (.2). Attention to discovery issues (.2). Confer w/ Milbank re pending issues and follow-up (.5). | 1.40 |
| 02/28/13 | RAJ | 0029 | Review draft supplemental brief and exhibits on allocation (.8); review proposed discovery schedule (.3); review prior arguments by EMEA counsel (1.2). | 2.30 |
| 02/28/13 | AQ | 0029 | Review revised supplemental allocation pleading and emails re same. | 0.30 |
| 02/28/13 | AQ | 0029 | Call with allocation expert re allocation discovery. | 0.20 |
| 02/28/13 | DHB | 0029 | Continue review of allocation pleading (.6); extensive emails re same and core-parties issues (.5); telephone call with J. Bromley re same (.3); conference call with A. Qureshi and Cleary teams re same (.6); follow-on emails re expert issues (.3) and allocation positions (.2) (.2); telephone call with IT counsel re core-party issues (.3); email re Canadian position (.2); review and further comment on revised draft (.6); emails re same (.2). | 4.00 |
| 02/28/13 | BMK | 0029 | Review and comment on allocation submission (1.0); call with Debtors re: same (0.6); call with indenture trustees re: same (0.2); confs and emails with D. Botter re: same (0.3); tc with A. Qureshi re: same (0.1); review schedule issue (0.4) | 2.60 |
| 02/28/13 | JYY | 0029 | Reviewing Revised Allocation Submission and supplemental allocation materials. | 0.30 |
| 02/28/13 | JYS | 0029 | Review revised supplemental brief. | 0.20 |
| 02/28/13 | MCF | 0029 | Prepare for (.3) and participate in (.5) call with Cleary re allocation submission | 0.80 |

| Date | Tkpr | Task | | | | Hours |
|------|------|------|---|---|---|-------|
| | | Total Hours | | | | 521.80 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| S L SCHULTZ | 8.50 | at | $850.00 | = | $7,225.00 |
| L G BECKERMAN | 41.90 | at | $1000.00 | = | $41,900.00 |
| F S HODARA | 51.00 | at | $1100.00 | = | $56,100.00 |
| R A JOHNSON | 32.10 | at | $870.00 | = | $27,927.00 |
| A QURESHI | 31.40 | at | $900.00 | = | $28,260.00 |
| D H BOTTER | 73.60 | at | $1000.00 | = | $73,600.00 |
| A S LILLING | 6.40 | at | $640.00 | = | $4,096.00 |
| K M ROWE | 20.70 | at | $720.00 | = | $14,904.00 |
| B M KAHN | 69.80 | at | $675.00 | = | $47,115.00 |
| A L KOO | 4.70 | at | $665.00 | = | $3,125.50 |
| S GULATI | 19.60 | at | $665.00 | = | $13,034.00 |
| G D BELL | 3.30 | at | $760.00 | = | $2,508.00 |
| J Y YECIES | 25.00 | at | $580.00 | = | $14,500.00 |
| J Y STURM | 29.10 | at | $700.00 | = | $20,370.00 |
| M C FAGEN | 60.00 | at | $450.00 | = | $27,000.00 |
| K FOSTER | 13.10 | at | $290.00 | = | $3,799.00 |
| P J SPROFERA | 5.20 | at | $285.00 | = | $1,482.00 |
| D B IOFE | 3.50 | at | $245.00 | = | $857.50 |
| R ORCEL | 4.50 | at | $260.00 | = | $1,170.00 |
| D KRASA-BERSTELL | 0.90 | at | $245.00 | = | $220.50 |
| J L CUATT | 11.30 | at | $220.00 | = | $2,486.00 |
| J A SAMPER | 3.60 | at | $225.00 | = | $810.00 |
| J K LEWIS | 1.70 | at | $205.00 | = | $348.50 |
| S A FENER | 0.90 | at | $205.00 | = | $184.50 |

Current Fees               $393,022.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $1,611.68 |
| Computerized Legal Research - Other | $223.94 |
| Computerized Legal Research - Westlaw | $738.50 |
| Courier Service/Messenger Service- Off Site | $30.85 |
| Duplication - In House | $2,467.40 |
| Document Production - In House | $14.00 |
| Meals - Business | $14,212.38 |
| Meals (100%) | $1,415.10 |
| Audio and Web Conference Services | $3,346.82 |
| Telephone - Long Distance | $655.06 |
| Travel - Airfare | $5,468.37 |
| Travel - Ground Transportation | $746.50 |
| Travel - Incidentals - Out-of-Town Travel | $31.50 |
| Travel - Lodging (Hotel, Apt, Other) | $2,181.24 |
| Travel - Train Fare | $809.10 |

Current Expenses             $33,952.44