# EXHIBIT C

## DISBURSEMENT SUMMARY
## FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,574.12 |
| Conference Call /Telephone/Video Conferencing | $4,001.88 |
| Courier Service/Postage | $30.85 |
| Duplicating (billed at $.10 per page) | $2,481.40 |
| Meals/Committee Meeting Expenses | $15,627.48 |
| Travel Expenses – Airfare | $5,468.37 |
| Travel Expenses – Ground Transportation | $746.50 |
| Travel Expenses – Incidentals | $31.50 |
| Travel Expenses – Lodging | $2,181.24 |
| Travel Expenses – Train Fare | $809.10 |
| **TOTAL** | **$33,952.44** |

104103404 v1