# EXHIBIT D



# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---:|
| Invoice Number | 1470233 |
| Invoice Date | 03/18/13 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/13 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---:|
| 11/26/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034057503 DATE: 12/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $5.29 |
| 11/29/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034057503 DATE: 12/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $3.79 |
| 12/03/12 | Meals (100%)  Late working dinner.; Lisa Beckerman; .; Robongi | $50.00 |
| 12/03/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034057503 DATE: 12/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $3.85 |
| 12/04/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034057503 DATE: 12/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.09 |
| 12/05/12 | Meals (100%)  Late working meal.; Lisa Beckerman; .; Off the Wall | $50.00 |
| 12/05/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034057503 DATE: 12/24/2012 | $8.79 |

| Date | Description | Amount |
|---|---|---|
| | Multi-office omnibus teleconference invoice. Account# 205134736 | |
| 12/06/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Vinnie's Italian | $50.00 |
| 12/10/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Karma Kafe | $26.00 |
| 12/10/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034057503 DATE: 12/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $16.41 |
| 12/20/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034057503 DATE: 12/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $13.77 |
| 12/21/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; T. Thai Restaurant | $50.00 |
| 12/26/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Kahn Brad M TICKET #: 0585130252 DEPARTURE DATE: 12/26/2012 ROUTE: BOS/YTZ/BOS | $37.00 |
| 12/26/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 01/13/2013 ROUTE: BOS/YTZ/BOS | $952.33 |
| 12/27/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Hodara Fred S TICKET #: 0585138513 DEPARTURE DATE: 12/27/2012 ROUTE: EWR/YTZ/EWR | $37.00 |
| 12/27/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 01/13/2013 ROUTE: EWR/YTZ/EWR | $1,215.72 |
| 12/29/12 | Telephone - Long Distance International phone/data while in Toronto for mediation; AT&T | $209.50 |
| 01/02/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: BOTTER DAVID TICKET #: 0585236600 DEPARTURE DATE: 01/15/2013 ROUTE: YYZ/LGA/YYZ | $45.00 |
| 01/02/13 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: BOTTER DAVID | $2,130.10 |

| | | |
|---|---|---|
| 01/04/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: BOTTER DAVID TICKET #: 7192766901 DEPARTURE DATE: 01/15/2013 ROUTE: YYZ/LGA/YYZ | $45.00 |
| 01/04/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: BOTTER DAVID TICKET #: 0585315774 DEPARTURE DATE: 01/18/2013 ROUTE: YYZ/LGA | $977.38 |
| 01/09/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: BOTTER DAVID TICKET #: 7192767271 DEPARTURE DATE: 01/18/2013 ROUTE: YYZ/LGA | $-986.36 |
| 01/13/13 | Travel - Lodging (Hotel, Apt, Other) Hotel stay while attending mediation.; .; Shangri-La Hotel | $2,181.24 |
| 01/13/13 | Travel - Incidentals - Out-of-Town Travel Hotel laundry and valet while attending mediation.; Shangri-La Hotel | $31.50 |
| 01/13/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Kahn Brad M TICKET #: 0585650375 DEPARTURE DATE: 01/13/2013 ROUTE: BOS/YYZ | $37.00 |
| 01/13/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Kahn Brad M TICKET #: 7198017453 DEPARTURE DATE: 01/13/2013 ROUTE: BOS/YYZ | $695.14 |
| 01/14/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 01/18/2013 ROUTE: YTZ/BOS | $-426.95 |
| 01/15/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: BOTTER DAVID TICKET #: 0585717757 DEPARTURE DATE: 01/16/2013 ROUTE: LGA/YYZ | $45.00 |
| 01/15/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: BOTTER DAVID TICKET #: 7196781231 DEPARTURE DATE: 01/16/2013 ROUTE: LGA/YYZ | $482.83 |
| 01/18/13 | Travel - Train Fare  VENDOR: DINERS | $270.10 |

| Date | Description | Amount |
|---|---|---|
| 01/18/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: KAHN BRAD TICKET #:  DEPARTURE DATE: 01/17/2013 ROUTE: YTZ/BOS | $18.18 |
| 01/18/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Hodara Fred S TICKET #:  DEPARTURE DATE: 01/18/2013 ROUTE: YTZ/EWR | $37.00 |
| 01/18/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Hodara Fred S TICKET #: 0585860024 DEPARTURE DATE: 01/18/2013 ROUTE: YDZ/EWR | $37.00 |
| 01/18/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Kahn Brad M TICKET #: 0585855554 DEPARTURE DATE: 01/18/2013 ROUTE: BOS/YYZ | $90.00 |
| 01/18/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Kahn Brad M TICKET #:  DEPARTURE DATE: 01/18/2013 ROUTE: YTZ/BOS |  |
| 01/22/13 | Meals - Business  Meals for 16 members of Nortel Committee during mediation; 16 members of Nortel Committee; Hilton Toronto | $14,181.38 |
| 01/22/13 | Telephone - Long Distance  Internet Access during Nortel mediation; Hilton Toronto | $445.56 |
| 01/22/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Botter David H TICKET #: 0585967025 DEPARTURE DATE: 01/22/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 01/22/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Hodara Fred S TICKET #: 0585967029 DEPARTURE DATE: 01/22/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 01/22/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Kahn Brad M TICKET #: 0585967027 DEPARTURE DATE: 01/22/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 01/22/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Botter David H TICKET | $-471.00 |

| Date | Description | Amount |
|---|---|---|
| | #: DEPARTURE DATE: 01/23/2013 ROUTE: NYP/WIL/NYP | |
| 01/22/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 01/23/2013 ROUTE: NYP/WIL/NYP | $471.00 |
| 01/22/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Hodara Fred S TICKET #:  DEPARTURE DATE: 01/23/2013 ROUTE: NYP/WIL/NYP | $319.00 |
| 01/22/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Kahn Brad M TICKET #:  DEPARTURE DATE: 01/23/2013 ROUTE: NYP/WIL/NYP | $-471.00 |
| 01/22/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Kahn Brad M TICKET #:  DEPARTURE DATE: 01/23/2013 ROUTE: NYP/WIL/NYP | $471.00 |
| 01/23/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1158167 DATE: 2/13/2013  Vendor: Dial Car Voucher #: DLA3826465 Date: 01/23/2013 Name: Abid Qureshi‖Car Service, Vendor: Dial Car Voucher #: DLA3826465 Date: 01/23/2013 Name: Abid Qureshi | $34.69 |
| 01/23/13 | Meals - Business  Meal before Nortel hearing in DE; F. Hodara, A. Qureshi; Hotel Dupont Green Room | $31.00 |
| 01/23/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: BECKERMAN LISA TICKET #:  DEPARTURE DATE: 01/18/2013 ROUTE: WIL/NYP | $-28.00 |
| 01/23/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: BECKERMAN LISA TICKET #:  DEPARTURE DATE: 01/18/2013 ROUTE: NYP/WIL | $150.00 |
| 01/23/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 01/23/2013 ROUTE: NYP/WIL/NYP | $-50.00 |
| 01/23/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: JAN13-53062500000206 DATE: 1/25/2013 | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 01/23/13 | PASSENGER: Hodara Fred S TICKET #: 0586014212 DEPARTURE DATE: 01/23/2013 ROUTE: NYP/WIL/NYP Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1158521 DATE: 2/27/2013 Vendor: Dial Car Voucher #: DLA3826465 Date: 01/23/2013 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3826465 Date: 01/23/2013 Name: Abid Qureshi | $4.44 |
| 01/31/13 | Meals (100%) 1/25/13 M. Fagen - Professionals' meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800226; DATE: 1/31/2013 | $116.93 |
| 01/31/13 | Meals (100%) 1/25/13 M. Fagen - Professionals' meeting working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800226; DATE: 1/31/2013 | $55.53 |
| 01/31/13 | Meals (100%) 1/29/13 M. Fagen - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800226; DATE: 1/31/2013 | $116.93 |
| 02/01/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 696355 DATE: 2/8/2013 Vendor: Executive Royal Voucher #: 428867 Date: 02/01/2013 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 428867 Date: 02/01/2013 Name: Brad Kahn | $33.58 |
| 02/01/13 | Travel - Ground Transportation Cab to meeting at Cleary; Medallion cab | $19.20 |
| 02/01/13 | Computerized Legal Research - Other Courtlink - 1/13 VENDOR: LEXISNEXIS; INVOICE#: EA-531609; DATE: 2/1/2013 | $223.94 |
| 02/04/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 2/4/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $353.68 |
| 02/04/13 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 2/4/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $75.94 |
| 02/04/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 02/04/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; | $553.50 |

| Date | Description | Amount |
|---|---|---|
| 02/04/13 | Employee: FAGEN MATT; Charge Type: SEARCHES; Quantity: 4.0 Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $27.00 |
| 02/04/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: KAHN BRAD; Charge Type: SEARCHES; Quantity: 1.0 | $63.00 |
| 02/04/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 696587 DATE: 2/15/2013 Vendor: Executive Royal Voucher #: 395373 Date: 02/04/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 395373 Date: 02/04/2013 Name: Lisa Beckerman | $69.01 |
| 02/05/13 | Duplication - In House Photocopy - User # 990100, NY, 664 page(s) | $66.40 |
| 02/05/13 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 02001-01001-13; DATE: 2/5/2013 | $3,294.83 |
| 02/05/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1358790 DATE: 2/10/2013 Fagen Matthew - Ace Sushi - 02/05/2013 | $29.37 |
| 02/05/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 696587 DATE: 2/15/2013 Vendor: Executive Royal Voucher #: 398233 Date: 02/05/2013 Name: Matthew Fagen\|\|Car Service, Vendor: Executive Royal Voucher #: 398233 Date: 02/05/2013 Name: Matthew Fagen | $105.09 |
| 02/05/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1158267 DATE: 2/20/2013 Vendor: Dial Car Voucher #: DLRVHBC3F1B8 Date: 02/05/2013 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLRVHBC3F1B8 Date: 02/05/2013 Name: David Botter | $138.35 |
| 02/06/13 | Duplication - In House Photocopy - User # 990100, NY, 150 page(s) | $15.00 |
| 02/06/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 2/6/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $47.36 |
| 02/06/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1358790 DATE: 2/10/2013 Fagen Matthew - Dig Inn Seasonal Market 275 Madison - 02/06/2013 | $16.66 |

| | | |
|---|---|---|
| 02/06/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 140; DATE ORDERED: 2/6/13 | $14.00 |
| 02/07/13 | Meals (100%)  2/4/13 N. Kunen - Professionals' meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800227; DATE: 2/7/2013 | $116.93 |
| 02/07/13 | Meals (100%)  2/4/13 N. Kunen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800227; DATE: 2/7/2013 | $248.24 |
| 02/07/13 | Meals (100%)  2/6/13 M. Fagen - Professionals' meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800227; DATE: 2/7/2013 | $171.48 |
| 02/07/13 | Meals (100%)  2/7/13 P. Sanchez - Professionals' meeting working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800227; DATE: 2/7/2013 | $299.84 |
| 02/10/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 696587 DATE: 2/15/2013 Vendor: Executive Royal Voucher #: 396865 Date: 02/10/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 396865 Date: 02/10/2013 Name: Lisa Beckerman | $69.01 |
| 02/11/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1363618 DATE: 2/17/2013 Lilling Austin - Virgils Real Barbecue - 02/11/2013 | $17.19 |
| 02/11/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 696831 DATE: 2/21/2013 Vendor: Executive Royal Voucher #: 398529 Date: 02/11/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 398529 Date: 02/11/2013 Name: Lisa Beckerman | $69.01 |
| 02/13/13 | Duplication - In House  Photocopy - Lewis, Jacqueline, DC, 388 page(s) | $38.80 |
| 02/13/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 696831 DATE: 2/21/2013 Vendor: Executive Royal Voucher #: | $69.01 |

| Date | Description | Amount |
|---|---|---|
| 02/14/13 | 415283 Date: 02/13/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 415283 Date: 02/13/2013 Name: Lisa Beckerman Duplication - In House  Photocopy - User # 990100, NY, 1700 page(s) | $170.00 |
| 02/14/13 | Duplication - In House  Photocopy - User # 990100, NY, 2056 page(s) | $205.60 |
| 02/14/13 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 463461 DATE: 2/15/2013 SENDER'S NAME: ABID GURESHI; JOB NUMBER: 8346751; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN ST; DATE: 02/14/2013 | $30.85 |
| 02/15/13 | Duplication - In House  Photocopy - Samper, Jonathan, NY, 5472 page(s) | $547.20 |
| 02/15/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 697100 DATE: 3/1/2013  Vendor: Executive Royal Voucher #: RVW5D3S1D8 Date: 02/15/2013 Name: Jonathan Samper\|\|Car Service, Vendor: Executive Royal Voucher #: RVW5D3S1D8 Date: 02/15/2013 Name: Jonathan Samper | $135.11 |
| 02/16/13 | Duplication - In House  Photocopy - User # 990100, NY, 2288 page(s) | $228.80 |
| 02/16/13 | Duplication - In House  Photocopy - User # 990100, NY, 2576 page(s) | $257.60 |
| 02/19/13 | Duplication - In House  Photocopy - User # 990100, NY, 808 page(s) | $80.80 |
| 02/19/13 | Duplication - In House  Photocopy - User # 990100, NY, 532 page(s) | $53.20 |
| 02/19/13 | Duplication - In House  Photocopy - User # 990100, NY, 424 page(s) | $42.40 |
| 02/20/13 | Duplication - In House  Photocopy - User # 990100, NY, 808 page(s) | $80.80 |
| 02/20/13 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 2/20/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $261.52 |
| 02/20/13 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: FAGEN  MATT; Charge Type: SEARCHES; Quantity: 2.0 | $401.40 |
| 02/20/13 | Computerized Legal Research - Lexis Service: COLLIER SERVICE; Employee: FAGEN  MATT; Charge Type: TOC DOCUMENT LINKS; Quantity: 3.0 | $135.00 |
| 02/20/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN  MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $13.50 |
| 02/21/13 | Computerized Legal Research - Lexis | $13.50 |

|  |  |  |
|---|---|---|
|  | Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 |  |
| 02/21/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SEARCHES; Quantity: 2.0 | $262.80 |
| 02/21/13 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 8.0 | $108.00 |
| 02/21/13 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 02/27/13 | Duplication - In House Photocopy - Cuatt, Jennifer, NY, 5834 page(s) | $583.40 |
| 02/27/13 | Duplication - In House Photocopy - User # 990100, NY, 350 page(s) | $35.00 |
| 02/28/13 | Duplication - In House Photocopy - Samper, Jonathan, NY, 624 page(s) | $62.40 |

Current Expenses                                                        $33,952.44

MATTER SUMMARY OF TIME BILLED BY TASK :

|  |  | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 1.80 | $1,657.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 8.90 | $4,404.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 6.00 | $3,720.00 |
| 0006 | Retention of Professionals | 0.60 | $620.00 |
| 0007 | Creditors Committee Meetings | 45.10 | $35,418.00 |
| 0008 | Court Hearings | 15.80 | $10,543.50 |
| 0009 | Financial Reports and Analysis | 0.10 | $110.00 |
| 0012 | General Claims Analysis/Claims Objections | 39.70 | $28,545.00 |
| 0014 | Canadian Proceedings/Matters | 6.10 | $6,102.50 |
| 0017 | General Adversary Proceedings | 88.80 | $76,462.00 |
| 0018 | Tax Issues | 0.20 | $220.00 |
| 0019 | Labor Issues/Employee Benefits | 101.50 | $67,853.00 |
| 0025 | Travel | 4.50 | $3,740.00 |
| 0029 | Intercompany Analysis | 202.70 | $153,626.50 |
|  | TOTAL | 521.80 | $393,022.50 |

**Total Amount of This Invoice**                                        **$426,974.94**