# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 14 years; Admitted in 1989; Financial Restructuring Department | $1,000 | 41.90 | $41,900.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $1,000 | 73.60 | $73,600.00 |
| Fred S. Hodara | Partner for 24 years; Admitted in 1982; Financial Restructuring Department | $1,100 | 51.00 | $56,100.00 |
| Robert A. Johnson | Partner for 16 years; Admitted in 1988; Litigation Department | $870 | 32.10 | $27,927.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $900 | 31.40 | $28,260.00 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $850 | 8.50 | $7,225.00 |
| Austin S. Lilling | Senior Counsel for 2 years; Admitted in 2001; Tax Department | $640 | 6.40 | $4,096.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $720 | 20.70 | $14,904.00 |
| Sunny Gulati | Counsel for 4 years; Admitted in 2004; Litigation Department | $665 | 19.60 | $13,034.00 |
| Brad M. Kahn | Counsel for 1 years; Admitted in 2008; Financial Restructuring Department | $675 | 69.80 | $47,115.00 |
| Angeline L. Koo | Counsel for 3 years; Admitted in 2005; Litigation Department | $665 | 4.70 | $3,125.50 |

104103404 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Graeme D. Bell | International Law Advisor for 5 years; Admitted in 2003; Financial Restructuring Department | $760 | 3.30 | $2,508.00 |
| Matthew C. Fagen | Associate for 2 years; Not Yet Admitted; Financial Restructuring Department | $450 | 60.00 | $27,000.00 |
| Joshua Y. Sturm | Associate for 7 years; Admitted in 2007; Financial Restructuring Department | $700 | 29.10 | $20,370.00 |
| Jacqueline Yecies | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 25.00 | $14,500.00 |
| Kemoy Foster | Staff Attorney for 2 years; Admitted in 2007; Litigation Department | $290 | 13.10 | $3,799.00 |
| Jennifer L. Cuatt | Legal Assistant for 7 years; Litigation Department | $220 | 11.30 | $2,486.00 |
| Dmitry B. Iofe | Legal Assistant for 2 years; Litigation Department | $245 | 3.50 | $857.50 |
| Dagmara Krasa-Berstell | Legal Assistant for 24 years; Financial Restructuring Department | $245 | 0.90 | $220.50 |
| Jacqueline K. Lewis | Legal Assistant for 1 year; Financial Restructuring Department | $205 | 1.70 | $348.50 |
| Reginald Orcel | Legal Assistant for 11 years; Litigation Department | $260 | 4.50 | $1,170.00 |
| Jonathan A. Samper | Legal Assistant for 2 years; Financial Restructuring Department | $225 | 3.60 | $810.00 |
| Peter J. Sprofera | Legal Assistant for 37 years; Financial Restructuring Department | $285 | 5.20 | $1,482.00 |
| Scott A. Fener | Librarian for 6 years | $205 | 0.90 | $184.50 |