IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 9762-9768 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On April 5, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kerry O'Neil

Sworn to before me this
____ day of April, 2013

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9762-9768_4-5-13_SS.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
In re:                                          |   Chapter 11
                                                |
NORTEL NETWORKS INC., et al.,                   |   Case No. 09-10138 (KG)
                                                |
                Debtors.                        |   Jointly Administered
                                                |
                                                |
                                                |
                                                |
```

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ECHARD JR., ALFRED
              2923 GLEN ECHO CT
              HIGH POINT, NC 27265

Please note that your claim # 3907 in the above referenced case and in the amount of
        $24,530.00 allowed at $12,417.59  has been transferred **(unless previously expunged by court order)** to:

              SOLUS RECOVERY FUND LP
              TRANSFEROR: ECHARD JR., ALFRED
              ATTN: JON ZINMAN
              410 PARK AVENUE, 11TH FLOOR
              NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                      UNITED STATES BANKRUPTCY COURT
                      District of Delaware
                      824 Market Street, Fifth Floor
                      Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9765        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/05/2013                        David D. Bird, Clerk of Court


                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 5, 2013.

**EXHIBIT B**

TIME: 11:42:08
DATE: 04/05/13

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:     1

| Name | Address |
|------|---------|
| ECHARD JR., ALFRED | 2923 GLEN ECHO CT HIGH POINT NC 27265 |
| LENT, ROBERT | 35 HEYWOOD RD STERLING MA 01564 |
| LIGON, KEITH | 1313 COVEY RISE LN FUQUAY VARINA NC 27526 |
| MILLS, ALINA | 352 INDIAN BRANCH DR MORRISVILLE NC 27560 |
| MOREN, CHRISTINA | CHRISTINA MOREN 2693 HILLSIDE DR HIGHLAND VILLAGE TX 750778652 |
| MOREN, CHRISTINA | 2693 HILLSIDE DR. HIGHLAND VILLAGE TX 75077 |
| PHILLIPS, JESSICA | 1013 ANDIRON LN RALEIGH NC 27614 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: ECHARD JR., ALFRED ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: LENT, ROBERT ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: LIGON, KEITH ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: MILLS, ALINA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: MOREN, CHRISTINA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: PHILLIPS, JESSICA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: TONTIRUTTANANON, CHANNARONG ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| TONTIRUTTANANON, CHANNARONG | 280 W RENNER RD APT 4324 RICHARDSON TX 75080 |

Total Number of Records Printed          15

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006