## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the District of Delaware, Attn: Clerk and to Nortel Networks, Inc. (the "Debtor"), Case No 09-10138 (the "Case"):

CRT Special Investments LLC ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SPCP Group, LLC
2 Greenwich Plaza
Greenwich, CT 06830
Attn: Brian Jarmain
Tel: 203-542-4032
Email: bjarmain@silverpointcapital.com

and its successors and assigns ("Assignee"), Assignor's right, title and interest in and to Proof of Claim Number 1461 solely to the extent of an undivided 39.05212% pro rata portion therein, in the amount of $1,794,113.75 (the "Transferred Claim"), against the Debtor in the Case.

Assignor hereby waives any objection to the transfer of the Transferred Claim to Assignee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates that an order of the Court may be entered without further notice to Assignor transferring to Assignee the Transferred Claim and recognizing the Assignee as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Assignee

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 8th day of April, 2013.

CRT SPECIAL INVESTMENTS LLC

By: _____
Name: John Nielsen
Title: Authorized Signatory


SPCP Group, LLC

By: _____

Name:
Title:

-11-

694247v.2 1558/00010

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the District of Delaware, Attn: Clerk and to Nortel Networks, Inc. (the "Debtor"), Case No 09-10138 (the "Case"):

CRT Special Investments LLC ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SPCP Group, LLC
2 Greenwich Plaza
Greenwich, CT 06830
Attn: Brian Jarmain
Tel: 203-542-4032
Email: bjarmain@silverpointcapital.com

and its successors and assigns ("Assignee"), Assignor's right, title and interest in and to Proof of Claim Number 1461 solely to the extent of an undivided 39.05212% pro rata portion therein, in the amount of $1,794,113.75 (the "Transferred Claim"), against the Debtor in the Case.

Assignor hereby waives any objection to the transfer of the Transferred Claim to Assignee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates that an order of the Court may be entered without further notice to Assignor transferring to Assignee the Transferred Claim and recognizing the Assignee as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Assignee

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 8th day of April, 2013.

**CRT SPECIAL INVESTMENTS LLC**

By:_____

Name:
Title: Authorized Signatory

**SPCP Group, LLC**

By:_____

Name:    Jennifer Poccia
Title:    Authorized Signatory

-11-

694247v.2 1558/00010