UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                              Chapter 11 Case No.

NORTEL NETWORKS, INC.                                  09-10138 (KG)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Solus Core Opportunities LP** | **DEUTSCHE BANK SECURITIES INC.** |

| Name and Address where notices to Transferee should be sent: | Court Claim # (if known): 7897 (Note: 24.9225% of claim was transferred from Transferor to Transferee) | |
|---|---|---|
| Solus Core Opportunities LP<br>C/O Solus Alternative Asset Management LP<br>410 Park Avenue, 11th Floor<br>New York, NY 10022 | Allowed Unsecured:<br>*(Prorated 24.9225% of original claim of $16,049,760.74)* | $4,000,000.00 |
| | Claimed Secured: | $0.00 |
| Telephone No.: (212) 284-4300<br>Facsimile No.: (212) 284-4338<br>Email: compliance@soluslp.com<br>Attention: Jon Zinman | Claimed Unsecured:<br>*(Prorated 24.9225% of original claim of $30,005,119.45)* | $ 7,478,025.89 |
| Name and Address where transferee payments<br>Should be sent (if different from above): | Date Claim Filed: 08/08/2011 | |

Name and Address of Transferor:

DEUTSCHE BANK SECURITIES INC.
60 WALL STREET, 3RD FLOOR
NEW YORK, NY 10005
ATTN: JEFFREY OLINSKY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____         Date:    April 9, 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement; Fine of up to $500,000 or imprisonment for up to 5 years, or both. 8 U.S.C. §§ 152 & 3571.*

---DEADLINE TO OBJECT TO TRANSFER---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                      _____
                                       **CLERK OF THE COURT**

## EXHIBIT B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Nortel Networks, Inc. (the "Debtor")
In re Nortel Networks, Inc., et al, Chapter 11 Case No. 09-10138 (KG) (Jointly Administered) (the "Case")

Proof of Claim Number 7897

**DEUTSCHE BANK SECURITIES INC.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS CORE OPPORTUNITIES LP**
c/o The Bank of New York Mellon Trust Company, NA
Attn: Mary Pena/ Act#: 711769
601 Travis Street, 17th Floor
Houston, TX 77002

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 7897, solely to the extent of $4,000,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated July 26, 2012.

**DEUTSCHE BANK SECURITIES INC.**

By: _____
Name:
Title: Ray Costa
Managing Director

By: _____
Name: Joanne Adkins
Title: Managing Director

**SOLUS CORE OPPORTUNITIES LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name:
Title:

8

**EXHIBIT B**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Nortel Networks, Inc. (the "Debtor")
In re Nortel Networks, Inc., et al, Chapter 11 Case No. 09-10138 (KG) (Jointly Administered) (the "Case")

Proof of Claim Number 7897

DEUTSCHE BANK SECURITIES INC. and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SOLUS CORE OPPORTUNITIES LP
c/o The Bank of New York Mellon Trust Company, NA
Attn: Mary Pena/ Acct#: 711769
601 Travis Street, 17th Floor
Houston, TX 77002

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 7897, solely to the extent of $4,000,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated July 26, 2012.

DEUTSCHE BANK SECURITIES INC.

By: _____     By: _____
   Name:                                      Name:
   Title:                                     Title:


SOLUS CORE OPPORTUNITIES LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _C.J. Lanktree_____
   Name: C.J. Lanktree
   Title: Executive Vice President

8