**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X
                 :

*In re*                         :        Chapter 11
                 :

Nortel Networks Inc., *et al.*,[1]     :        Case No. 09-10138 (KG)
                 :

          Debtors.    :        Jointly Administered
                 :

-------------------------------------------------------X  **Objections Due:  April 30, 2013 at 4:00 p.m. (ET)**

**NOTICE OF FIFTY-FIRST INTERIM APPLICATION OF MORRIS, NICHOLS, ARSHT &
TUNNELL LLP, AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL TO
DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF INTERIM
COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE PERIOD MARCH 1, 2013
THROUGH MARCH 31, 2013**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

        Attached hereto is the **Fifty-First Interim Application Of Morris, Nichols, Arsht
& Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-
Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All
Actual And Necessary Expenses Incurred For The Period March 1, 2013 Through March 31,
2013** (the "Application").

        You are required to file an objection ("Objection") if any, to the Application with the
Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd
Floor, Wilmington, Delaware 19801 on or before **April 30, 2013 at 4:00 p.m. (Eastern Time)** (the
"Objection Deadline").

        At the same time, you must serve such Objection on counsel for the Debtors so as to
be received by the Objection Deadline.

        A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT
THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE
GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel
Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems
International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722),
Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel
Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358),
Northern Telecom International Inc. (6286) Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc.
(4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 10, 2013
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware  19899-1347
Phone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

4089896.21