# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2013 through March 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $2,111.45 |
| Photos/Art/ Spec Duplicating | Out of Office | 4,643.70 |
| Travel | | 89.60 |
| Meals | | 42.00 |
| Messenger Service | | 90.00 |
| Courier/Delivery Service | | 7,277.69 |
| In House Duplicating | | 975.55 |
| Facsimile | | 821.75 |
| **Grand Total Expenses** | | **$16,051.74** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/10/13 14:19:46

PRO FORMA 326420 AS OF 03/31/13

INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1005876 | 03/01/13 | B | 671.55 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 03/01/2013 | 506 | 904 | 193606 |
| 1006795 | 03/07/13 | B | 484.00 | Transcripts - DIAZ DATA SERVICES` 09-10138 - TRANSCRIPT - 03/07/2013 | 506 | 904 | 193729 |
| 1006794 | 03/11/13 | B | 847.00 | Transcripts - DIAZ DATA SERVICES` 09-10138 - TRANSCRIPT - 03/11/2013 | 506 | 904 | 193728 |
| 1006814 | 03/12/13 | B | 108.90 | Transcripts - DIAZ DATA SERVICES` 09-10138 - TRANSCRIPT - 03/12/2013 | 506 | 904 | 193738 |
| 1006990 | 03/01/13 | B | 233.50 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/01/2013 | 510 | 684 | 193768 |
| 1006987 | 03/04/13 | B | 1,144.12 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/04/2013 | 510 | 684 | 193765 |
| 1006988 | 03/05/13 | B | 369.60 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/05/2013 | 510 | 684 | 193766 |
| 1006986 | 03/05/13 | B | 1,404.82 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/05/2013 | 510 | 684 | 193764 |
| 1008751 | 03/13/13 | B | 691.64 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/13/2013 | 510 | 684 | 193965 |
| 1009218 | 03/22/13 | B | 197.60 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/22/2013 | 510 | 684 | 194040 |
| 1009223 | 03/26/13 | B | 602.42 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 03/26/2013 | 510 | 684 | 194045 |
| 1006811 | 03/07/13 | B | 89.60 | Travel - ROADRUNNER EXPRESS INC.` M. KENNEDY - PU; BANKRUPTCY COURT - DO; PHL A - 03/07/2013 | 511 P | 000 | 193734 |
| 1006825 | 03/07/13 | B | 42.00 | Meals - URBAN CAFE, LLC` BREAKFAST - 03/07/2013 | 512 | 000 | 193750 |
| 1010103 | 03/01/13 | B | 3.00 | ` Messenger Service | 513S | 968 | |
| 1010111 | 03/01/13 | B | 3.00 | ` Messenger Service | 513S | 684 | |
| 1010116 | 03/01/13 | B | 3.00 | ` Messenger Service | 513S | 684 | |
| 1010122 | 03/01/13 | B | 3.00 | ` Messenger Service | 513S | 684 | |
| 1010123 | 03/01/13 | B | 3.00 | ` Messenger Service | 513S | 684 | |
| 1010159 | 03/04/13 | B | 6.00 | Messenger Service | 513S | 684 | |
| 1010163 | 03/04/13 | B | 18.00 | Messenger Service | 513S | 684 | |
| 1010166 | 03/05/13 | B | 3.00 | Messenger Service | 513S | 684 | |
| 1010168 | 03/05/13 | B | 3.00 | Messenger Service | 513S | 684 | |
| 1010179 | 03/05/13 | B | 3.00 | ` Messenger Service | 513S | 684 | |

```
Nortei Networks, Inc.                                                                                                            INVOICE# ******
63989-DIP                            PRO FORMA 326426                          AS OF 03/31/13
DATE: 04/10/13 14:19:46
```

Case 09-10138-MFW    Doc 10041-3    Filed 04/10/13    Page 3 of 12

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1010184 | 03/05/13 | B | 3.00 | ` Messenger Service | 513S | 684 | |
| 1010183 | 03/05/13 | B | 3.00 | ` Messenger Service | 513S | 904 | |
| 1010224 | 03/06/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1010226 | 03/07/13 | B | 3.00 | Messenger Service | 513S | 684 | |
| 1010236 | 03/07/13 | B | 9.00 | ` Messenger Service | 513S | 000 | |
| 1010247 | 03/07/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1010248 | 03/07/13 | B | 3.00 | Messenger Service | 513S | 000 | |
| 1010282 | 03/12/13 | B | 3.00 | ` Messenger Service | 513S | 684 | |
| 1010329 | 03/13/13 | B | 12.00 | Messenger Service | 513S | 684 | |
| 1004751 | 03/01/13 | B | 34.05 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 193552 |
| 1004752 | 03/01/13 | B | 53.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 193552 |
| 1004757 | 03/01/13 | B | 34.59 | Courier/Delivery Service | 514 | 322 | 193553 |
| 1004594 | 03/01/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004595 | 03/01/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004596 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004588 | 03/01/13 | B | 15.06 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004589 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004590 | 03/01/13 | B | 24.67 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004591 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004592 | 03/01/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004593 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004582 | 03/01/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004583 | 03/01/13 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004584 | 03/01/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004585 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004586 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004587 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004576 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004577 | 03/01/13 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004578 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004579 | 03/01/13 | B | 26.29 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004580 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004581 | 03/01/13 | B | 23.67 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004570 | 03/01/13 | B | 21.10 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004571 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004572 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/10/13 14:19:46

PRO FORMA 320420 AS OF 03/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1004573 | 03/01/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004574 | 03/01/13 | B | 20.00 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004575 | 03/01/13 | B | 38.29 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004564 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004565 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004566 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004567 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004568 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004569 | 03/01/13 | B | 21.31 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004558 | 03/01/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004559 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004560 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004561 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004562 | 03/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004563 | 03/01/13 | B | 17.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004552 | 03/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004553 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004554 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004555 | 03/01/13 | B | 26.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004556 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004557 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004546 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004547 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004548 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004549 | 03/01/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004550 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004551 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004540 | 03/01/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004541 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004542 | 03/01/13 | B | 26.29 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004543 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004544 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004545 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004534 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004535 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004536 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004537 | 03/01/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004538 | 03/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193487 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/10/13 14:19:46

PRO FORMA 320420 AS OF 03/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1004539 | 03/01/13 | B | 26.17 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004528 | 03/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004529 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004530 | 03/01/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004531 | 03/01/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004532 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004533 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004522 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004523 | 03/01/13 | B | 19.07 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004524 | 03/01/13 | B | 22.43 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004525 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004526 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004527 | 03/01/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004516 | 03/01/13 | B | 28.68 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004517 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004518 | 03/01/13 | B | 24.95 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004519 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004520 | 03/01/13 | B | 28.68 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004521 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004510 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004511 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004512 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004513 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004514 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004515 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004504 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004505 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004506 | 03/01/13 | B | 22.15 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004507 | 03/01/13 | B | 16.15 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004508 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004509 | 03/01/13 | B | 22.59 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004498 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004499 | 03/01/13 | B | 12.63 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004500 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004501 | 03/01/13 | B | 24.83 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004502 | 03/01/13 | B | 22.44 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004503 | 03/01/13 | B | 18.58 | Courier/Delivery Service | 514 | 322 | 193487 |
| 1004753 | 03/04/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193553 |

```
Nortel Networks, Inc.                    PRO FORMA  320420           AS OF 03/31/13              INVOICE# ******
63989-DIP
DATE: 04/10/13 14:19:46

INDEX      DATE      STAT      AMOUNT    DESCRIPTION                                              CODE    TKPER    VOUCHER
1004754   03/04/13    B         12.74    Courier/Delivery Service                                  514     322     193553
1004755   03/04/13    B         12.74    Courier/Delivery Service                                  514     322     193553
1004758   03/04/13    B         12.74    Courier/Delivery Service                                  514     322     193553
1004759   03/04/13    B         12.74    Courier/Delivery Service                                  514     322     193553
1004760   03/04/13    B         21.50    Courier/Delivery Service                                  514     322     193553
1004756   03/04/13    B         12.74    Courier/Delivery Service                                  514     322     193553
1005210   03/04/13    B         46.42    Courier/Delivery Service - FEDERAL EXPRESS CORP.          514     000     193584
1009021   03/04/13    B        302.66    Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC     514     000     193979
1005218   03/05/13    B         16.29    Courier/Delivery Service                                  514     322     193585
1005220   03/05/13    B         12.74    Courier/Delivery Service                                  514     322     193585
1005211   03/05/13    B         34.35    Courier/Delivery Service - FEDERAL EXPRESS CORP.          514     000     193584
1005233   03/05/13    B         54.06    Courier/Delivery Service - FEDERAL EXPRESS CORP.          514     000     193586
1004950   03/05/13    B         22.64    Courier/Delivery Service                                  514     322     193583
1005041   03/05/13    B         16.29    Courier/Delivery Service                                  514     322     193583
1005042   03/05/13    B         22.36    Courier/Delivery Service                                  514     322     193583
1005043   03/05/13    B         18.75    Courier/Delivery Service                                  514     322     193583
1005044   03/05/13    B         25.17    Courier/Delivery Service                                  514     322     193583
1005045   03/05/13    B         18.75    Courier/Delivery Service                                  514     322     193583
1005046   03/05/13    B         18.75    Courier/Delivery Service                                  514     322     193583
1005035   03/05/13    B         12.74    Courier/Delivery Service                                  514     322     193583
1005036   03/05/13    B         25.05    Courier/Delivery Service                                  514     322     193583
1005037   03/05/13    B         22.64    Courier/Delivery Service                                  514     322     193583
1005038   03/05/13    B         22.64    Courier/Delivery Service                                  514     322     193583
1005039   03/05/13    B         22.64    Courier/Delivery Service                                  514     322     193583
1005040   03/05/13    B         22.64    Courier/Delivery Service                                  514     322     193583
1005029   03/05/13    B         22.64    Courier/Delivery Service                                  514     322     193583
1005030   03/05/13    B         21.29    Courier/Delivery Service                                  514     322     193583
1005031   03/05/13    B         18.75    Courier/Delivery Service                                  514     322     193583
1005032   03/05/13    B         25.05    Courier/Delivery Service                                  514     322     193583
1005033   03/05/13    B         22.64    Courier/Delivery Service                                  514     322     193583
1005034   03/05/13    B         22.64    Courier/Delivery Service                                  514     322     193583
1005023   03/05/13    B         22.64    Courier/Delivery Service                                  514     322     193583
1005024   03/05/13    B         16.29    Courier/Delivery Service                                  514     322     193583
1005025   03/05/13    B         22.64    Courier/Delivery Service                                  514     322     193583
1005026   03/05/13    B         18.75    Courier/Delivery Service                                  514     322     193583
1005027   03/05/13    B         18.75    Courier/Delivery Service                                  514     322     193583
1005028   03/05/13    B         18.75    Courier/Delivery Service                                  514     322     193583
1005017   03/05/13    B         22.64    Courier/Delivery Service                                  514     322     193583
```

Nortel Networks, Inc.
63989-DIP
DATE: 04/10/13 14:19:46

PRO FORMA 326426    AS OF 03/31/13    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1005018 | 03/05/13 | B | 25.17 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005019 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005020 | 03/05/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005021 | 03/05/13 | B | 28.94 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005022 | 03/05/13 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005011 | 03/05/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005012 | 03/05/13 | B | 21.29 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005013 | 03/05/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005014 | 03/05/13 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005015 | 03/05/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005016 | 03/05/13 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005005 | 03/05/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005006 | 03/05/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005007 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005008 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005009 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005010 | 03/05/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004999 | 03/05/13 | B | 28.94 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005000 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005001 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005002 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005003 | 03/05/13 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005004 | 03/05/13 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004993 | 03/05/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004994 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004995 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004996 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004997 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004998 | 03/05/13 | B | 25.17 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004987 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004988 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004989 | 03/05/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004990 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004991 | 03/05/13 | B | 20.18 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004992 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004981 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004982 | 03/05/13 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004983 | 03/05/13 | B | 26.68 | Courier/Delivery Service | 514 | 322 | 193583 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/10/13 14:19:46

PRO FORMA 320420 AS OF 03/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1004984 | 03/05/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004985 | 03/05/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004986 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004975 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004976 | 03/05/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004977 | 03/05/13 | B | 21.29 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004978 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004979 | 03/05/13 | B | 25.17 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004980 | 03/05/13 | B | 26.53 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004969 | 03/05/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004970 | 03/05/13 | B | 17.74 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004971 | 03/05/13 | B | 26.41 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004972 | 03/05/13 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004973 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004974 | 03/05/13 | B | 21.50 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004963 | 03/05/13 | B | 24.90 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004964 | 03/05/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004965 | 03/05/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004966 | 03/05/13 | B | 23.89 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004967 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004968 | 03/05/13 | B | 38.53 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004957 | 03/05/13 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004958 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004959 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004960 | 03/05/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004961 | 03/05/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004962 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004951 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004952 | 03/05/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004953 | 03/05/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004954 | 03/05/13 | B | 26.53 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004955 | 03/05/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1004956 | 03/05/13 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 193583 |
| 1005221 | 03/07/13 | B | 33.22 | Courier/Delivery Service | 514 | 322 | 193585 |
| 1009366 | 03/19/13 | B | 14.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 194084 |
| 1008510 | 03/22/13 | B | 34.35 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 193933 |
| 1008511 | 03/22/13 | B | 54.06 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 193933 |
| 1008404 | 03/22/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193932 |

Nortel Networks, Inc.
63989-DIP
DATE: 04/10/13 14:19:46

PROFORMA 326420 AS OF 03/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1008501 | 03/22/13 | B | 25.17 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008502 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008503 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008504 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008505 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008495 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008496 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008497 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008498 | 03/22/13 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008499 | 03/22/13 | B | 16.29 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008500 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008489 | 03/22/13 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008490 | 03/22/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008491 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008492 | 03/22/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008493 | 03/22/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008494 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008483 | 03/22/13 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008484 | 03/22/13 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008485 | 03/22/13 | B | 25.17 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008486 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008487 | 03/22/13 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008488 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008477 | 03/22/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008478 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008479 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008480 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008481 | 03/22/13 | B | 25.17 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008482 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008471 | 03/22/13 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008472 | 03/22/13 | B | 21.29 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008473 | 03/22/13 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008474 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008475 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008476 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008465 | 03/22/13 | B | 26.53 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008466 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008467 | 03/22/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193932 |

Nortel Networks, Inc.
63989-DIP
DATE: 04/10/13 14:19:46

PRO FORMA 326426 AS OF 03/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1008468 | 03/22/13 | B | 24.90 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008469 | 03/22/13 | B | 16.29 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008470 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008459 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008460 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008461 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008462 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008463 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008464 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008453 | 03/22/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008454 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008455 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008456 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008457 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008458 | 03/22/13 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008447 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008448 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008449 | 03/22/13 | B | 19.25 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008450 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008451 | 03/22/13 | B | 25.17 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008452 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008441 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008442 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008443 | 03/22/13 | B | 20.18 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008444 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008445 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008446 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008435 | 03/22/13 | B | 12.74 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008436 | 03/22/13 | B | 22.36 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008437 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008438 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008439 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008440 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008429 | 03/22/13 | B | 21.29 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008430 | 03/22/13 | B | 22.63 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008431 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008432 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008433 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/10/13 14:19:46

PRO FORMA 320426   AS OF 03/31/13   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1008434 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008423 | 03/22/13 | B | 28.94 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008424 | 03/22/13 | B | 26.41 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008425 | 03/22/13 | B | 26.53 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008426 | 03/22/13 | B | 16.29 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008427 | 03/22/13 | B | 26.53 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008428 | 03/22/13 | B | 23.89 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008417 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008418 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008419 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008420 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008421 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008422 | 03/22/13 | B | 22.80 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008411 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008412 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008413 | 03/22/13 | B | 28.94 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008414 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008415 | 03/22/13 | B | 26.68 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008416 | 03/22/13 | B | 21.50 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008405 | 03/22/13 | B | 17.74 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008406 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008407 | 03/22/13 | B | 21.29 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008408 | 03/22/13 | B | 22.64 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008409 | 03/22/13 | B | 18.75 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1008410 | 03/22/13 | B | 25.05 | Courier/Delivery Service | 514 | 322 | 193932 |
| 1003986 | 03/01/13 | B | 12.80 | In-House Duplicating | 519 | 684 | |
| 1003987 | 03/01/13 | B | 4.00 | In-House Duplicating | 519 | 684 | |
| 1003988 | 03/01/13 | B | 7.80 | In-House Duplicating | 519 | 684 | |
| 1003985 | 03/01/13 | B | 25.50 | In-House Duplicating | 519 | 626 | |
| 1004191 | 03/04/13 | B | 16.00 | In-House Duplicating | 519 | 684 | |
| 1004192 | 03/04/13 | B | 40.30 | In-House Duplicating | 519 | 684 | |
| 1004369 | 03/05/13 | B | 10.00 | In-House Duplicating | 519 | 684 | |
| 1004370 | 03/05/13 | B | 5.60 | In-House Duplicating | 519 | 684 | |
| 1004371 | 03/05/13 | B | 8.00 | In-House Duplicating | 519 | 684 | |
| 1004668 | 03/06/13 | B | 10.40 | In-House Duplicating | 519 | 684 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 04/10/13 14:19:46

PRO FORMA 320420 AS OF 03/31/13

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 1004669 | 03/06/13 | B | 33.60 | In-House Duplicating | 519 | 684 | |
| 1004672 | 03/06/13 | B | 38.20 | In-House Duplicating | 519 | 605 | |
| 1004670 | 03/06/13 | B | 210.60 | In-House Duplicating | 519 | 637 | |
| 1004671 | 03/06/13 | B | 143.70 | In-House Duplicating | 519 | 637 | |
| 1004850 | 03/07/13 | B | 15.00 | In-House Duplicating | 519 | 684 | |
| 1005251 | 03/11/13 | B | 2.10 | In-House Duplicating | 519 | 684 | |
| 1005927 | 03/13/13 | B | 14.50 | In-House Duplicating | 519 | 684 | |
| 1006842 | 03/19/13 | B | 8.40 | In-House Duplicating | 519 | 684 | |
| 1007934 | 03/25/13 | B | 48.50 | In-House Duplicating | 519 | 684 | |
| 1008313 | 03/28/13 | B | 24.00 | In-House Duplicating | 519 | 684 | |
| 1008312 | 03/28/13 | B | 44.00 | In-House Duplicating | 519 | 670 | |
| 1009217 | 03/22/13 | B | 821.75 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 03/22/2013 | 522H | 684 | 194040 |
| 1004193 | 03/04/13 | B | 0.50 | In-House Printing - black & white | 541 | 971 | |
| 1004372 | 03/04/13 | B | 2.70 | In-House Printing - black & white | 541 | 623 | |
| 1004373 | 03/05/13 | B | 92.30 | In-House Printing - black & white | 541 | 546 | |
| 1004673 | 03/06/13 | B | 33.60 | In-House Printing - black & white | 541 | 605 | |
| 1006695 | 03/18/13 | B | 1.00 | In-House Printing - black & white | 541 | 322 | |
| 1007170 | 03/20/13 | B | 2.30 | In-House Printing - black & white | 541 | 904 | |
| 1007528 | 03/21/13 | B | 2.35 | In-House Printing - black & white | 541 | 546 | |
| 1007935 | 03/25/13 | B | 1.20 | In-House Printing - black & white | 541 | 904 | |
| 1008243 | 03/27/13 | B | 10.60 | In-House Printing - black & white | 541 | 971 | |
| 1004194 | 03/04/13 | B | 7.50 | In-House Printing - color | 542 | 971 | |
| 1004374 | 03/04/13 | B | 11.00 | In-House Printing - color | 542 | 971 | |
| 1004375 | 03/05/13 | B | 44.00 | In-House Printing - color | 542 | 546 | |
| 1004674 | 03/06/13 | B | 38.75 | In-House Printing - color | 542 | 546 | |
| 1006696 | 03/18/13 | B | 0.25 | In-House Printing - color | 542 | 322 | |
| 1008244 | 03/27/13 | B | 4.50 | In-House Printing - color | 542 | 971 | |

16,051.74