**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 9619 and 9389** |
| | ) |

## CERTIFICATE OF SERVICE

1. I, Rafael X. Zahralddin, Counsel for the Long Term Disability Plan Participants, hereby certify that:

2. On February 25, 2013, I caused the following documents to be served on the attached service list via FedEx Express and USPS Overnight mail service to the Long Term Disability Plan Participants as noted on **Exhibit A**:

- Table of Individual Claims and Settlement Amounts **Exhibit 1**
- LTD Frequently Asked Questions (FAQs) **Exhibit 2**
- In re Nortel Networks, Inc. *et al*. Frequently Asked Questions Concerning Retiree Welfare Benefits and the Settlement Currently Pending Court Approval **Exhibit 3**
- Estimate of Individual Allocation of Settlement Amount **Exhibit 4**
- Disclosure Statement **Exhibit 5**
- Transcript of Proceedings – February 14, 2013 **Exhibit 6**

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. On March 21, 2013, I also caused the following documents to be served on the attached service list via FedEx Express mail service to the Long Term Disability Plan Participants as noted on **Exhibit B**:

- Disclosure Statement **Exhibit 7**
- Letter in Support of Updated Individual Settlement Notice **Exhibit 8**
- All Individual Settlement Amounts **Exhibit 9**
- Revised Estimate of Individual Allocation of Settlement Amount with Tax Efficient Treatment **Exhibit 10**

4. On March 22, 2013, I also caused the following documents to be served on the attached service list via USPS Overnight mail service to the Long Term Disability Plan Participants as noted on **Exhibit C**:

- Disclosure Statement **Exhibit 11**
- Letter in Support of Updated Individual Settlement Notice **Exhibit 12**
- All Individual Settlement Amounts **Exhibit 13**
- Revised Estimate of Individual Allocation of Settlement Amount with Tax Efficient Treatment **Exhibit 14**

Dated: April 10, 2013
Wilmington, DE

**ELLIOTT GREENLEAF**

*/s/ Rafael X. Zahralddin*
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Ste. 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*