# EXHIBIT A

# CONFIDENTIAL LTD PARTIES

# FILED UNDER SEAL PURSUANT TO ORDER DATED FEBRUARY 8, 2013 [Docket No. 9389]