# EXHIBIT 1

Table of Individual Claim and Settlement Amounts

| | Individual Claim Amount | | | | | | Estimated Individual Settlement Amount before Application of Allowance % and State Tax Withholding | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Index | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total |
| 1 | $390,230 | $180,490 | $96,254 | $345 | $17,422 | $684,742 | $179,764 | $83,145 | $44,341 | $159 | $8,026 | $315,435 |
| 2 | $31,071 | $24,686 | $18,848 | $0 | $3,583 | $78,188 | $14,313 | $11,372 | $8,682 | $0 | $1,650 | $36,018 |
| 3 | $160,779 | $221,835 | $7,007 | $0 | $19,203 | $408,824 | $74,065 | $102,191 | $3,228 | $0 | $8,846 | $188,330 |
| 4 | $133,972 | $174,994 | $15,499 | $172 | $0 | $324,637 | $61,716 | $80,613 | $7,140 | $79 | $0 | $149,548 |
| 5 | $2,864 | $5,592 | $989 | $2 | $0 | $9,448 | $1,319 | $2,576 | $455 | $1 | $0 | $4,352 |
| 6 | $317,806 | $372,566 | $17,608 | $545 | $16,517 | $725,042 | $146,401 | $171,627 | $8,111 | $251 | $7,609 | $333,999 |
| 7 | $59,258 | $791 | $9,330 | $22 | $6,603 | $76,005 | $27,298 | $365 | $4,298 | $10 | $3,042 | $35,013 |
| 8 | $205,071 | $271,429 | $40,772 | $118 | $17,948 | $535,338 | $94,469 | $125,037 | $18,782 | $55 | $8,268 | $246,610 |
| 9 | $378,295 | $150,277 | $47,910 | $240 | $0 | $576,721 | $174,266 | $69,227 | $22,070 | $110 | $0 | $265,674 |
| 10 | $57,020 | $87,758 | $10,463 | $74 | $0 | $155,315 | $26,267 | $40,427 | $4,820 | $34 | $0 | $71,548 |
| 11 | $300,351 | $179,248 | $11,826 | $182 | $27,612 | $519,219 | $138,360 | $82,573 | $5,448 | $84 | $12,720 | $239,185 |
| 12 | $32,709 | $46,494 | $3,072 | $14 | $0 | $82,289 | $15,068 | $21,418 | $1,415 | $6 | $0 | $37,907 |
| 13 | $383,416 | $136,230 | $35,198 | $486 | $0 | $555,330 | $176,625 | $62,756 | $16,215 | $224 | $0 | $255,820 |
| 14 | $135,565 | $395,177 | $28,470 | $205 | $5,653 | $565,071 | $62,450 | $182,043 | $13,115 | $95 | $2,604 | $260,307 |
| 15 | $46,587 | $68,107 | $6,673 | $63 | $4,802 | $126,233 | $21,461 | $31,374 | $3,074 | $29 | $2,212 | $58,151 |
| 16 | $526,284 | $210,949 | $49,056 | $787 | $23,834 | $810,909 | $242,439 | $97,176 | $22,598 | $362 | $10,979 | $373,555 |
| 17 | $56,180 | $33,121 | $20,798 | $52 | $0 | $110,151 | $25,880 | $15,258 | $9,581 | $24 | $0 | $50,742 |
| 18 | $139,947 | $142,561 | $43,485 | $221 | $13,366 | $339,579 | $64,468 | $65,672 | $20,032 | $102 | $6,157 | $156,431 |
| 19 | $170,191 | $153,052 | $30,901 | $282 | $0 | $354,425 | $78,401 | $70,505 | $14,235 | $130 | $0 | $163,270 |
| 20 | $98,063 | $105,355 | $5,169 | $65 | $10,515 | $219,166 | $45,174 | $48,533 | $2,381 | $30 | $4,844 | $100,962 |
| 21 | $301,895 | $201,675 | $69,282 | $134 | $20,361 | $593,347 | $139,072 | $92,904 | $31,916 | $62 | $9,379 | $273,333 |
| 22 | $381,610 | $267,961 | $33,639 | $128 | $19,465 | $702,803 | $175,793 | $123,439 | $15,496 | $59 | $8,967 | $323,755 |
| 23 | $34,792 | $25,375 | $3,815 | $68 | $0 | $64,049 | $16,027 | $11,689 | $1,757 | $31 | $0 | $29,505 |
| 24 | $553,524 | $97,450 | $174,296 | $618 | $37,450 | $863,338 | $254,987 | $44,892 | $80,292 | $285 | $17,252 | $397,707 |
| 25 | $21,587 | $350,291 | $6,281 | $103 | $4,971 | $383,234 | $9,944 | $161,366 | $2,894 | $48 | $2,290 | $176,541 |
| 26 | $212,213 | $0 | $8,276 | $135 | $20,456 | $241,079 | $97,758 | $0 | $3,812 | $62 | $9,423 | $111,056 |
| 27 | $31,642 | $50,991 | $5,652 | $22 | $0 | $88,307 | $14,576 | $23,490 | $2,604 | $10 | $0 | $40,680 |
| 28 | $83,425 | $49,359 | $30,291 | $76 | $7,646 | $170,797 | $38,431 | $22,738 | $13,954 | $35 | $3,522 | $78,680 |
| 29 | $253,562 | $2,128 | $22,016 | $0 | $29,302 | $307,008 | $116,807 | $980 | $10,142 | $0 | $13,498 | $141,427 |
| 30 | $533,270 | $96,214 | $22,247 | $583 | $35,331 | $687,645 | $245,657 | $44,322 | $10,248 | $269 | $16,276 | $316,772 |
| 31 | $55,891 | $0 | $5,780 | $21 | $3,194 | $64,886 | $25,747 | $0 | $2,663 | $10 | $1,471 | $29,891 |
| 32 | $411,866 | $96,495 | $136,753 | $490 | $0 | $645,604 | $189,731 | $44,452 | $62,997 | $226 | $0 | $297,405 |
| 33 | $5,123 | $13,091 | $2,439 | $6 | $480 | $21,140 | $2,360 | $6,030 | $1,124 | $3 | $221 | $9,738 |
| 34 | $90,401 | $73,810 | $24,397 | $43 | $6,570 | $195,221 | $41,644 | $34,001 | $11,239 | $20 | $3,026 | $89,931 |
| 35 | $106,497 | $103,450 | $34,653 | $58 | $8,768 | $253,425 | $49,059 | $47,655 | $15,963 | $27 | $4,039 | $116,743 |
| 36 | $155,992 | $178,939 | $49,613 | $202 | $20,366 | $405,112 | $71,859 | $82,431 | $22,855 | $93 | $9,382 | $186,620 |
| 37 | $414,800 | $279,325 | $96,599 | $0 | $0 | $790,725 | $191,083 | $128,675 | $44,500 | $0 | $0 | $364,257 |
| 38 | $113,593 | $38,370 | $32,797 | $164 | $9,916 | $194,839 | $52,328 | $17,675 | $15,108 | $75 | $4,568 | $89,755 |
| 39 | $73,009 | $17,807 | $24,447 | $90 | $0 | $115,354 | $33,632 | $8,203 | $11,262 | $42 | $0 | $53,139 |
| 40 | $229,681 | $0 | $52,583 | $413 | $0 | $282,678 | $105,805 | $0 | $24,223 | $190 | $0 | $130,219 |
| 41 | $402,673 | $133,461 | $22,042 | $448 | $23,868 | $582,492 | $185,496 | $61,481 | $10,154 | $206 | $10,995 | $268,332 |
| 42 | $37,788 | $63,876 | $12,395 | $0 | $0 | $114,059 | $17,407 | $29,425 | $5,710 | $0 | $0 | $52,543 |
| 43 | $131,480 | $39,130 | $51,112 | $174 | $10,574 | $232,471 | $60,568 | $18,026 | $23,546 | $80 | $4,871 | $107,091 |
| 44 | $16,610 | $95,882 | $19,608 | $38 | $11,665 | $143,804 | $7,652 | $44,169 | $9,032 | $18 | $5,374 | $66,245 |
| 45 | $21,972 | $27,682 | $12,122 | $0 | $2,029 | $63,805 | $10,122 | $12,752 | $5,584 | $0 | $934 | $29,393 |
| 46 | $423,017 | $365,427 | $77,844 | $486 | $36,825 | $903,599 | $194,868 | $168,339 | $35,860 | $224 | $16,964 | $416,254 |
| 47 | $0 | $241,526 | $5,602 | $30 | $0 | $247,157 | $0 | $111,262 | $2,581 | $14 | $0 | $113,856 |
| 48 | $75,677 | $15,709 | $5,849 | $0 | $0 | $97,236 | $34,862 | $7,237 | $2,695 | $0 | $0 | $44,793 |
| 49 | $164,893 | $308,166 | $55,455 | $285 | $17,262 | $546,061 | $75,960 | $141,961 | $25,546 | $131 | $7,952 | $251,550 |

Table of Individual Claim and Settlement Amounts

| | Individual Claim Amount | | | | | | Estimated Individual Settlement Amount before Application of Allowance % and State Tax Withholding | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Index | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total |
| 50 | $6,237 | $5,597 | $4,150 | $14 | $826 | $16,825 | $2,873 | $2,579 | $1,912 | $6 | $381 | $7,751 |
| 51 | $121,016 | $53,907 | $64,741 | $181 | $6,863 | $246,708 | $55,747 | $24,833 | $29,824 | $83 | $3,162 | $113,649 |
| 52 | $267,217 | $178,693 | $83,080 | $384 | $0 | $529,373 | $123,097 | $82,317 | $38,272 | $177 | $0 | $243,862 |
| 53 | $262,469 | $146,954 | $57,290 | $235 | $23,767 | $490,716 | $120,910 | $67,696 | $26,392 | $108 | $10,949 | $226,054 |
| 54 | $393,161 | $127,601 | $18,777 | $85 | $25,649 | $565,273 | $181,114 | $58,781 | $8,650 | $39 | $11,816 | $260,400 |
| 55 | $120,270 | $173,595 | $28,128 | $106 | $0 | $322,100 | $55,404 | $79,969 | $12,958 | $49 | $0 | $148,379 |
| 56 | $1,077,614 | $257,017 | $167,585 | $853 | $0 | $1,503,069 | $496,416 | $118,398 | $77,200 | $393 | $0 | $692,407 |
| 57 | $99,094 | $94,080 | $8,729 | $45 | $13,731 | $215,681 | $45,649 | $43,339 | $4,021 | $21 | $6,326 | $99,356 |
| 58 | $258,097 | $205,067 | $36,261 | $245 | $24,771 | $524,441 | $118,895 | $94,467 | $16,704 | $113 | $11,411 | $241,590 |
| 59 | $166,808 | $109,267 | $70,696 | $143 | $7,202 | $354,116 | $76,842 | $50,335 | $32,567 | $66 | $3,318 | $163,128 |
| 60 | $513,362 | $225,813 | $103,627 | $622 | $37,686 | $881,110 | $236,487 | $104,023 | $47,737 | $286 | $17,361 | $405,894 |
| 61 | $326,635 | $108,826 | $58,197 | $0 | $15,941 | $509,598 | $150,469 | $50,132 | $26,809 | $0 | $7,343 | $234,753 |
| 62 | $230,086 | $246,011 | $39,337 | $356 | $0 | $515,790 | $105,992 | $113,328 | $18,121 | $164 | $0 | $237,605 |
| 63 | $70,943 | $36,220 | $19,992 | $35 | $0 | $127,191 | $32,681 | $16,685 | $9,210 | $16 | $0 | $58,592 |
| 64 | $0 | $131,502 | $19,295 | $148 | $8,944 | $159,888 | $0 | $60,578 | $8,888 | $68 | $4,120 | $73,654 |
| 65 | $37,801 | $48,352 | $23,752 | $66 | $6,665 | $116,636 | $17,413 | $22,274 | $10,942 | $30 | $3,070 | $53,730 |
| 66 | $25,599 | $33,100 | $5,782 | $6 | $1,772 | $66,259 | $11,792 | $15,248 | $2,664 | $3 | $816 | $30,523 |
| 67 | $72,614 | $27,167 | $23,482 | $30 | $4,724 | $128,017 | $33,451 | $12,515 | $10,817 | $14 | $2,176 | $58,973 |
| 68 | $289,051 | $123,324 | $18,387 | $0 | $30,074 | $460,836 | $133,155 | $56,811 | $8,470 | $0 | $13,854 | $212,290 |
| 69 | $114,410 | $45,220 | $11,384 | $165 | $5,013 | $176,192 | $52,704 | $20,831 | $5,244 | $76 | $2,309 | $81,165 |
| 70 | $2,183 | $17,055 | $3,519 | $7 | $1,133 | $23,897 | $1,006 | $7,857 | $1,621 | $3 | $522 | $11,008 |
| 71 | $394,696 | $83,861 | $84,483 | $0 | $31,559 | $594,599 | $181,822 | $38,632 | $38,918 | $0 | $14,538 | $273,909 |
| 72 | $126,146 | $448,470 | $67,597 | $416 | $0 | $642,629 | $58,111 | $206,593 | $31,139 | $192 | $0 | $296,035 |
| 73 | $499,130 | $0 | $47,908 | $0 | $0 | $547,038 | $229,930 | $0 | $22,069 | $0 | $0 | $252,000 |
| 74 | $52,714 | $35,077 | $19,176 | $101 | $6,125 | $113,194 | $24,283 | $16,159 | $8,834 | $47 | $2,822 | $52,144 |
| 75 | $76,698 | $104,834 | $16,189 | $93 | $7,040 | $204,854 | $35,332 | $48,293 | $7,458 | $43 | $3,243 | $94,368 |
| 76 | $32,384 | $56,301 | $15,325 | $49 | $2,468 | $106,527 | $14,918 | $25,936 | $7,060 | $23 | $1,137 | $49,073 |
| 77 | $126,482 | $185,829 | $7,303 | $39 | $7,474 | $327,127 | $58,266 | $85,604 | $3,364 | $18 | $3,443 | $150,695 |
| 78 | $224,257 | $228,770 | $27,548 | $395 | $0 | $480,970 | $103,307 | $105,385 | $12,690 | $182 | $0 | $221,565 |
| 79 | $236,839 | $225,706 | $17,601 | $105 | $0 | $480,251 | $109,103 | $103,974 | $8,108 | $48 | $0 | $221,234 |
| 80 | $62,768 | $24,394 | $16,099 | $39 | $2,928 | $106,229 | $28,915 | $11,237 | $7,416 | $18 | $1,349 | $48,936 |
| 81 | $69,313 | $68,936 | $14,285 | $43 | $0 | $152,577 | $31,930 | $31,756 | $6,580 | $20 | $0 | $70,287 |
| 82 | $49,171 | $154,830 | $5,214 | $31 | $4,744 | $213,991 | $22,651 | $71,324 | $2,402 | $14 | $2,185 | $98,577 |
| 83 | $119,206 | $41,337 | $24,688 | $0 | $10,018 | $195,249 | $54,914 | $19,043 | $11,373 | $0 | $4,615 | $89,944 |
| 84 | $81,426 | $0 | $8,098 | $31 | $0 | $89,555 | $37,510 | $0 | $3,730 | $14 | $0 | $41,254 |
| 85 | $11,542 | $15,653 | $1,648 | $4 | $1,267 | $30,114 | $5,317 | $7,211 | $759 | $2 | $584 | $13,872 |
| 86 | $0 | $48,357 | $24,029 | $62 | $3,735 | $76,183 | $0 | $22,276 | $11,069 | $28 | $1,721 | $35,094 |
| 87 | $20,648 | $538 | $2,900 | $16 | $2,450 | $26,551 | $9,512 | $248 | $1,336 | $7 | $1,128 | $12,231 |
| 88 | $41,629 | $0 | $17,208 | $54 | $0 | $58,892 | $19,177 | $0 | $7,927 | $25 | $0 | $27,129 |
| 89 | $47,897 | $145,834 | $3,640 | $33 | $4,965 | $202,369 | $22,064 | $67,180 | $1,677 | $15 | $2,287 | $93,224 |
| 90 | $92,908 | $122,995 | $15,318 | $0 | $12,060 | $243,280 | $42,799 | $56,659 | $7,057 | $0 | $5,555 | $112,070 |
| 91 | $306,223 | $65,157 | $10,836 | $0 | $22,604 | $404,820 | $141,066 | $30,015 | $4,992 | $0 | $10,413 | $186,485 |
| 92 | $44,233 | $15,530 | $3,583 | $11 | $0 | $63,357 | $20,376 | $7,154 | $1,651 | $5 | $0 | $29,186 |
| 93 | $87,158 | $310,403 | $58,869 | $365 | $22,123 | $478,918 | $40,150 | $142,991 | $27,119 | $168 | $10,191 | $220,619 |
| 94 | $64,473 | $26,832 | $22,023 | $88 | $0 | $113,416 | $29,700 | $12,360 | $10,145 | $41 | $0 | $52,246 |
| 95 | $66,285 | $39,103 | $10,728 | $74 | $0 | $116,191 | $30,535 | $18,013 | $4,942 | $34 | $0 | $53,525 |
| 96 | $56,697 | $91,355 | $24,077 | $138 | $4,184 | $176,451 | $26,118 | $42,084 | $11,091 | $64 | $1,927 | $81,284 |
| 97 | $279,142 | $171,977 | $28,807 | $123 | $18,642 | $498,691 | $128,590 | $79,223 | $13,270 | $57 | $8,588 | $229,728 |
| 98 | $222,649 | $333,221 | $15,893 | $278 | $0 | $572,042 | $102,566 | $153,503 | $7,321 | $128 | $0 | $263,518 |

Table of Individual Claim and Settlement Amounts

| | Individual Claim Amount | | | | | | Estimated Individual Settlement Amount before Application of Allowance % and State Tax Withholding | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Index | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total |
| 99 | $14,503 | $0 | $3,782 | $11 | $0 | $18,296 | $6,681 | $0 | $1,742 | $5 | $0 | $8,428 |
| 100 | $37,612 | $21,430 | $19,665 | $35 | $2,242 | $80,983 | $17,326 | $9,872 | $9,059 | $16 | $1,033 | $37,306 |
| 101 | $308,974 | $219,149 | $15,780 | $291 | $17,658 | $561,851 | $142,332 | $100,954 | $7,269 | $134 | $8,134 | $258,824 |
| 102 | $231,613 | $80,447 | $49,254 | $320 | $19,397 | $381,032 | $106,696 | $37,059 | $22,690 | $147 | $8,935 | $175,527 |
| 103 | $45,156 | $106,991 | $10,150 | $73 | $5,500 | $167,870 | $20,802 | $49,287 | $4,676 | $33 | $2,534 | $77,331 |
| 104 | $18,594 | $22,676 | $6,676 | $44 | $1,891 | $49,882 | $8,566 | $10,446 | $3,075 | $20 | $871 | $22,979 |
| 105 | $190,901 | $82,834 | $50,220 | $101 | $15,376 | $339,433 | $87,941 | $38,159 | $23,134 | $47 | $7,083 | $156,364 |
| 106 | $193,397 | $213,172 | $13,149 | $58 | $0 | $419,776 | $89,091 | $98,200 | $6,057 | $27 | $0 | $193,375 |
| 107 | $35,089 | $3,300 | $9,791 | $28 | $8,591 | $56,799 | $16,164 | $1,520 | $4,511 | $13 | $3,957 | $26,165 |
| 108 | $250,729 | $32,567 | $41,539 | $109 | $10,562 | $335,506 | $115,501 | $15,002 | $19,136 | $50 | $4,865 | $154,555 |
| 109 | $92,988 | $2,806 | $49,799 | $76 | $22,949 | $168,618 | $42,836 | $1,293 | $22,941 | $35 | $10,572 | $77,676 |
| 110 | $197,421 | $215,635 | $112,577 | $415 | $0 | $526,047 | $90,944 | $99,335 | $51,860 | $191 | $0 | $242,330 |
| 111 | $152,356 | $145,655 | $19,468 | $65 | $0 | $317,543 | $70,184 | $67,098 | $8,968 | $30 | $0 | $146,280 |
| 112 | $14,664 | $21,563 | $4,880 | $10 | $1,536 | $42,652 | $6,755 | $9,933 | $2,248 | $5 | $707 | $19,648 |
| 113 | $52,552 | $84,870 | $21,202 | $33 | $4,954 | $163,610 | $24,209 | $39,096 | $9,767 | $15 | $2,282 | $75,369 |
| 114 | $72,706 | $107,042 | $12,558 | $105 | $7,965 | $200,376 | $33,493 | $49,310 | $5,785 | $48 | $3,669 | $92,305 |
| 115 | $188,767 | $152,719 | $6,055 | $62 | $9,324 | $356,927 | $86,958 | $70,352 | $2,789 | $28 | $4,295 | $164,423 |
| 116 | $62,145 | $51,253 | $12,922 | $42 | $6,407 | $132,769 | $28,628 | $23,610 | $5,952 | $19 | $2,951 | $61,162 |
| 117 | $279,552 | $163,690 | $40,509 | $178 | $0 | $483,929 | $128,779 | $75,406 | $18,661 | $82 | $0 | $222,928 |
| 118 | $16,565 | $30,960 | $8,460 | $12 | $1,882 | $57,879 | $7,631 | $14,262 | $3,897 | $6 | $867 | $26,663 |
| 119 | $5,451 | $13,031 | $2,476 | $6 | $0 | $20,963 | $2,511 | $6,003 | $1,140 | $3 | $0 | $9,657 |
| 120 | $14,804 | $0 | $3,684 | $10 | $0 | $18,498 | $6,819 | $0 | $1,697 | $4 | $0 | $8,521 |
| 121 | $49,925 | $0 | $8,748 | $50 | $7,623 | $66,347 | $22,999 | $0 | $4,030 | $23 | $3,512 | $30,564 |
| 122 | $0 | $65,511 | $2,773 | $0 | $0 | $68,284 | $0 | $30,178 | $1,278 | $0 | $0 | $31,456 |
| 123 | $80,481 | $235,662 | $19,972 | $87 | $13,196 | $349,397 | $37,074 | $108,560 | $9,200 | $40 | $6,079 | $160,954 |
| 124 | $358,214 | $323,790 | $179,690 | $619 | $18,757 | $881,069 | $165,015 | $149,158 | $82,777 | $285 | $8,640 | $405,875 |
| 125 | $52,842 | $107,395 | $9,961 | $38 | $0 | $170,235 | $24,342 | $49,473 | $4,588 | $18 | $0 | $78,421 |
| 126 | $85,198 | $45,439 | $13,906 | $19 | $5,723 | $150,285 | $39,247 | $20,932 | $6,406 | $9 | $2,636 | $69,230 |
| 127 | $78,238 | $112,640 | $19,902 | $146 | $7,361 | $218,286 | $36,041 | $51,889 | $9,168 | $67 | $3,391 | $100,556 |
| 128 | $35,042 | $6,122 | $2,611 | $8 | $1,391 | $45,174 | $16,142 | $2,820 | $1,203 | $4 | $641 | $20,810 |
| 129 | $215,597 | $216,246 | $11,438 | $53 | $16,145 | $459,479 | $99,317 | $99,616 | $5,269 | $25 | $7,437 | $211,664 |
| 130 | $12,155 | $2,862 | $3,281 | $5 | $784 | $19,087 | $5,600 | $1,318 | $1,512 | $2 | $361 | $8,793 |
| 131 | $549 | $933 | $364 | $1 | $67 | $1,914 | $253 | $430 | $168 | $0 | $31 | $882 |
| 132 | $662,690 | $270,663 | $22,138 | $124 | $0 | $955,615 | $305,276 | $124,684 | $10,198 | $57 | $0 | $440,216 |
| 133 | $156,245 | $219,467 | $19,528 | $188 | $14,995 | $410,424 | $71,976 | $101,100 | $8,996 | $87 | $6,908 | $189,067 |
| 134 | $0 | $156,262 | $29,793 | $0 | $19,987 | $206,042 | $0 | $71,984 | $13,725 | $0 | $9,207 | $94,916 |
| 135 | $88,409 | $32,782 | $25,856 | $80 | $0 | $147,127 | $40,727 | $15,102 | $11,911 | $37 | $0 | $67,776 |
| 136 | $334,424 | $87,574 | $7,641 | $0 | $25,431 | $455,071 | $154,057 | $40,342 | $3,520 | $0 | $11,715 | $209,634 |
| 137 | $262,730 | $253,564 | $60,742 | $462 | $0 | $577,499 | $121,030 | $116,807 | $27,982 | $213 | $0 | $266,032 |
| 138 | $62,023 | $29,145 | $26,846 | $41 | $0 | $118,055 | $28,572 | $13,426 | $12,367 | $19 | $0 | $54,384 |
| 139 | $39,248 | $17,128 | $11,106 | $12 | $3,677 | $71,170 | $18,080 | $7,890 | $5,116 | $6 | $1,694 | $32,786 |
| 140 | $33,811 | $78,810 | $13,620 | $65 | $0 | $126,306 | $15,576 | $36,305 | $6,274 | $30 | $0 | $58,184 |
| 141 | $745,535 | $267,097 | $58,381 | $0 | $56,803 | $1,127,816 | $343,440 | $123,042 | $26,894 | $0 | $26,167 | $519,542 |
| 142 | $0 | $0 | $5,389 | $7 | $0 | $5,396 | $0 | $0 | $2,483 | $3 | $0 | $2,486 |
| 143 | $256,157 | $85,509 | $13,662 | $56 | $0 | $355,385 | $118,002 | $39,391 | $6,294 | $26 | $0 | $163,712 |
| 144 | $171,485 | $123,146 | $22,671 | $129 | $0 | $317,431 | $78,997 | $56,729 | $10,443 | $60 | $0 | $146,228 |
| 145 | $573,665 | $233,436 | $115,866 | $711 | $43,072 | $966,749 | $264,266 | $107,535 | $53,375 | $327 | $19,841 | $445,345 |
| 146 | $17,481 | $20,062 | $2,190 | $13 | $0 | $39,746 | $8,053 | $9,242 | $1,009 | $6 | $0 | $18,310 |
| 147 | $104,040 | $80,846 | $19,141 | $56 | $8,453 | $212,536 | $47,927 | $37,243 | $8,817 | $26 | $3,894 | $97,907 |

Table of Individual Claim and Settlement Amounts

| | Individual Claim Amount | | | | | | Estimated Individual Settlement Amount before Application of Allowance % and State Tax Withholding | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Index | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total |
| 148 | $91,499 | $168,266 | $22,849 | $217 | $9,395 | $292,226 | $42,150 | $77,514 | $10,526 | $100 | $4,328 | $134,617 |
| 149 | $49,586 | $99,157 | $6,927 | $0 | $6,272 | $161,942 | $22,843 | $45,678 | $3,191 | $0 | $2,889 | $74,601 |
| 150 | $0 | $128,477 | $4,259 | $0 | $0 | $132,737 | $0 | $59,185 | $1,962 | $0 | $0 | $61,147 |
| 151 | $34,088 | $23,571 | $9,370 | $18 | $2,791 | $69,838 | $15,703 | $10,858 | $4,316 | $8 | $1,286 | $32,172 |
| 152 | $383,918 | $257,880 | $17,277 | $0 | $0 | $659,075 | $176,857 | $118,795 | $7,959 | $0 | $0 | $303,611 |
| 153 | $216,383 | $190,183 | $71,133 | $0 | $20,482 | $498,181 | $99,679 | $87,610 | $32,768 | $0 | $9,435 | $229,493 |
| 154 | $63,532 | $151,749 | $8,114 | $73 | $7,393 | $230,861 | $29,267 | $69,905 | $3,738 | $34 | $3,406 | $106,349 |
| 155 | $7,775 | $0 | $4,893 | $23 | $3,557 | $16,249 | $3,582 | $0 | $2,254 | $11 | $1,639 | $7,485 |
| 156 | $346,886 | $114,605 | $58,444 | $262 | $26,437 | $546,634 | $159,797 | $52,794 | $26,923 | $121 | $12,179 | $251,814 |
| 157 | $220,181 | $90,053 | $68,492 | $200 | $20,198 | $399,125 | $101,429 | $41,484 | $31,552 | $92 | $9,305 | $183,862 |
| 158 | $14,481 | $21,295 | $6,892 | $18 | $1,821 | $44,508 | $6,671 | $9,810 | $3,175 | $8 | $839 | $20,503 |
| 159 | $132,162 | $168,364 | $17,429 | $0 | $0 | $317,954 | $60,882 | $77,559 | $8,029 | $0 | $0 | $146,470 |
| 160 | $137,733 | $123,869 | $20,178 | $84 | $0 | $281,864 | $63,448 | $57,062 | $9,295 | $39 | $0 | $129,844 |
| 161 | $224,894 | $113,084 | $45,151 | $212 | $12,849 | $396,190 | $103,600 | $52,094 | $20,800 | $98 | $5,919 | $182,510 |
| 162 | $378,485 | $149,664 | $45,229 | $186 | $0 | $573,564 | $174,354 | $68,944 | $20,835 | $86 | $0 | $264,219 |
| 163 | $248,241 | $3,725 | $115,755 | $407 | $0 | $368,128 | $114,355 | $1,716 | $53,324 | $187 | $0 | $169,583 |
| 164 | $56,611 | $39,163 | $20,176 | $50 | $5,044 | $121,043 | $26,078 | $18,041 | $9,294 | $23 | $2,324 | $55,760 |
| 165 | $190,758 | $79,814 | $45,402 | $87 | $13,191 | $329,252 | $87,875 | $36,767 | $20,915 | $40 | $6,077 | $151,674 |
| 166 | $23,426 | $14,885 | $12,264 | $15 | $0 | $50,590 | $10,792 | $6,857 | $5,650 | $7 | $0 | $23,305 |
| 167 | $87,850 | $50,855 | $27,397 | $100 | $0 | $166,203 | $40,469 | $23,427 | $12,621 | $46 | $0 | $76,563 |
| 168 | $3,790 | $7,756 | $797 | $3 | $385 | $12,731 | $1,746 | $3,573 | $367 | $1 | $177 | $5,865 |
| 169 | $51,662 | $24,160 | $10,637 | $28 | $5,361 | $91,848 | $23,799 | $11,130 | $4,900 | $13 | $2,470 | $42,311 |
| 170 | $538 | $6,548 | $2,007 | $5 | $532 | $9,631 | $248 | $3,016 | $925 | $2 | $245 | $4,436 |
| 171 | $63,304 | $44,639 | $12,270 | $0 | $4,220 | $124,433 | $29,162 | $20,563 | $5,652 | $0 | $1,944 | $57,321 |
| 172 | $64,603 | $123,874 | $33,667 | $41 | $12,273 | $234,457 | $29,760 | $57,064 | $15,509 | $19 | $5,654 | $108,005 |
| 173 | $265,287 | $95,284 | $57,085 | $120 | $18,181 | $435,958 | $122,208 | $43,894 | $26,297 | $55 | $8,376 | $200,829 |
| 174 | $28,107 | $67,232 | $7,747 | $41 | $3,070 | $106,197 | $12,948 | $30,971 | $3,569 | $19 | $1,414 | $48,921 |
| 175 | $46,787 | $103,794 | $5,188 | $46 | $0 | $155,815 | $21,553 | $47,814 | $2,390 | $21 | $0 | $71,778 |
| 176 | $77,034 | $133,369 | $10,286 | $33 | $10,113 | $230,835 | $35,486 | $61,438 | $4,738 | $15 | $4,659 | $106,337 |
| 177 | $21,389 | $72,123 | $8,459 | $42 | $4,191 | $106,204 | $9,853 | $33,225 | $3,897 | $19 | $1,931 | $48,924 |
| 178 | $30,695 | $20,514 | $13,323 | $9 | $0 | $64,541 | $14,140 | $9,450 | $6,137 | $4 | $0 | $29,732 |
| 179 | $205,586 | $240,091 | $31,864 | $271 | $16,444 | $494,257 | $94,706 | $110,601 | $14,679 | $125 | $7,575 | $227,685 |
| 180 | $82,396 | $19,975 | $34,085 | $98 | $0 | $136,555 | $37,957 | $9,202 | $15,702 | $45 | $0 | $62,906 |
| 181 | $230,583 | $128,594 | $66,493 | $234 | $17,690 | $443,594 | $106,221 | $59,239 | $30,631 | $108 | $8,149 | $204,347 |
| 182 | $232,262 | $107,907 | $20,906 | $0 | $22,594 | $383,669 | $106,994 | $49,709 | $9,631 | $0 | $10,408 | $176,742 |
| 183 | $265,826 | $195,263 | $73,216 | $0 | $13,451 | $547,757 | $122,456 | $89,950 | $33,728 | $0 | $6,196 | $252,331 |
| 184 | $90,527 | $48,080 | $32,833 | $149 | $9,043 | $180,633 | $41,703 | $22,149 | $15,125 | $69 | $4,166 | $83,211 |
| 185 | $25,914 | $8,580 | $6,285 | $17 | $2,587 | $43,383 | $11,938 | $3,953 | $2,895 | $8 | $1,192 | $19,985 |
| 186 | $72,066 | $92,184 | $20,752 | $41 | $0 | $185,043 | $33,198 | $42,465 | $9,560 | $19 | $0 | $85,242 |
| 187 | $343,051 | $0 | $135,350 | $551 | $0 | $478,952 | $158,031 | $0 | $62,350 | $254 | $0 | $220,635 |
| 188 | $11,647 | $17,472 | $4,513 | $9 | $0 | $33,640 | $5,365 | $8,049 | $2,079 | $4 | $0 | $15,497 |
| 189 | $217,591 | $58,715 | $35,006 | $118 | $17,948 | $329,378 | $100,236 | $27,048 | $16,126 | $55 | $8,268 | $151,732 |
| 190 | $36,510 | $40,676 | $5,983 | $11 | $3,387 | $86,567 | $16,819 | $18,738 | $2,756 | $5 | $1,560 | $39,878 |
| 191 | $227,242 | $167,552 | $42,774 | $100 | $15,151 | $452,818 | $104,682 | $77,185 | $19,704 | $46 | $6,979 | $208,596 |
| 192 | $43,532 | $34,065 | $12,229 | $74 | $4,505 | $94,406 | $20,053 | $15,693 | $5,634 | $34 | $2,076 | $43,489 |
| 193 | $278,388 | $131,963 | $70,068 | $369 | $22,342 | $503,129 | $128,243 | $60,790 | $32,278 | $170 | $10,292 | $231,773 |
| 194 | $31,161 | $38,801 | $9,488 | $9 | $0 | $79,459 | $14,355 | $17,874 | $4,371 | $4 | $0 | $36,604 |
| 195 | $102,549 | $67,440 | $18,510 | $55 | $8,332 | $196,887 | $47,241 | $31,067 | $8,527 | $25 | $3,838 | $90,698 |