# EXHIBIT 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                          )    Case No. 09-10138(KG)
                                )    (Jointly Administered)
NORTEL NETWORKS, INC.,          )
     et al.,                    )    Chapter 11

                                )    Courtroom 3
                                )    824 Market Street
         Debtors.               )    Wilmington, Delaware
                                )
                                )    February 14, 2013
                                )    10:00 a.m.

                 TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE JUDGE KEVIN GROSS
            UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:            Morris Nichols Arsht & Tunnell, LLP
                        BY: DEREK ABBOTT, ESQ.
                        BY: ANN CORDO, ESQ.
                        1201 North Market St., 18th Floor
                        Wilmington, DE  19899-1347
                        (302) 351-9357

                        Cleary Gottlieb Steen & Hamilton
                        BY: ROGER COOPER, ESQ.
                        BY: LISA SCHWEITZER, ESQ.
                        BY: MEGAN FLEMING, ESQ.
                        BY: JAMES BROMLEY, ESQ.
                        One Liberty Plaza
                        New York, NY  10006
                        (212) 225-2000

ECRO:                   GINGER MACE

Transcription Service:  DIAZ DATA SERVICES, LLC
                        331 Schuylkill Street
                        Harrisburg, Pennsylvania 17110
                        (717) 233-6664
                        www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For the Creditors'          Richards Layton & Finger
Committee:                  BY: CHRIS SAMIS, ESQ.
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE   19801
                            (302) 651-7531


                            Akin Gump Strauss Hauer & Feld
                            BY: LISA BECKERMAN, ESQ.
                            BY: JOSHUA STURM, ESQ.
                            BY: FRED HODARA, ESQ.
                            One Bryant Park
                            New York, NY   10035
                            (212) 872-1000

EMEA Debtors:               Young Conaway Stargatt & Taylor LLP
                            BY: JOSHUA DORSEY, ESQ.
                            Rodney Square
                            1000 North King Street
                            Wilmington, Delaware   19801
                            (302) 571-6712

For U.S. Trustee:           U.S. Trustee
                            BY: MARK KENNEY, ESQ.
                            844 King Street
                            Wilmington, DE   19801
                            (302) 573-6491

For LTD Committee:          Elliott Greenleaf
                            BY: RAFAEL ZAHRALDDIN, ESQ.
                            BY: SHELLEY KINSELLA, ESQ.
                            1105 Market Street, Suite 1700
                            Wilmington, DE   19801
                            (302) 384-9400


For Bondholder Group:       Millbank Tweed Hadley & McCloy
                            BY: THOMAS MATZ, ESQ.
                            BY: NICK BASSETT, ESQ.
                            1 Chase Manhattan Plaza
                            New York, NY   10005
                            (212) 530-5000

APPEARANCES:
(Continued)

For the Monitor:           Buchanan Ingersoll & Rooney PC
                           BY: KATHLEEN MURPHY, ESQ.
                           1105 N. Market St., Ste. 1900
                           Wilmington, DE  19801-1054
                           (302) 552-4214

TELEPHONIC APPEARANCES:

For HBK Capital
Management:                HBK Capital Management
                           BY: ERIC BILMES, ESQ.
                           (212) 588-5115

For Dow Jones & Co.:       Dow Jones & Co.
                           BY: PEG BRICKLEY, ESQ.
                           (215) 462-0953

For Bank of America:       Bank of America
                           BY: ESTHER CHUNG
                           (646) 855-6705

For Interested Party:      In Pro Per/Pro Se
                           BY: MARILYN DAY
                           (469) 675-3612

For Law Debenture Trust:   Patterson Belnap Webb & Tyler
                           BY: CRAIG W. DENT, ESQ.
                           (212) 336-2864

For Monitor, Ernst &
Young:                     Wilkie Farr & Gallagher, LLP
                           BY: ANDREW HANRAHAN, ESQ.
                           (212) 728-8170

For Interested Party:      In Pro Per/Pro Se
                           BY: JANETTE HEAD
                           (603) 626-6938

For Interested Party:      In Pro Per/Pro Se
                           BY: MARK R. JANIS
                           (831) 684-1760

For Interested Party:      In Pro Per/Pro Se
                           BY: DEBORAH M. JONES
                           (570) 439-1153

For Interested Party:      In Pro Per/Pro Se
                           BY: PETER LAWRENCE, ESQ.
                           (561) 865-5382

```
For Farallon Capital        BY: MICHAEL LINN, ESQ.
Management:                 (415) 421-2132

For Official Committee
Of Retirees:                Togut Segal & Segal, LLP
                            BY: BRIAN MOORE, ESQ.
                            (212) 201-5568

                            McCarter & English
                            BY: WILLIAM F. TAYLOR, JR., ESQ.
                            (302) 984-6310

For Interested Party:       In Pro Per/Pro Se
                            BY: PAUL MORRISON
                            (217) 223-3920

For Interested Party:       In Propria Persona
                            BY: CAROL RAYMOND
                            (305) 238-4951

For Interested Party:       In Propria Persona
                            BY: BRENDA ROHRBAUGH
                            (678)764-5569

For Interested Party:       In Pro Per/Pro Se
                            BY: JOHN J. ROSSI
                            (330)264-7737

For Hondo Sen:              Cetus Capital
                            BY: HONDO SEN
                            (203) 552-3528

For Citi Capital:           BY: REBECCA SONG, ESQ.
                            (212) 559-9933

For Aurelius Capital:       BY: MATTHEW ZIOTO, ESQ.
                            (646) 445-6518
```

1

5

1   WILMINGTON, DELAWARE, THURSDAY, FEBRUARY 14, 2013, 10:04 A.M.

2              THE CLERK:  Please rise.

3              THE COURT:  Good morning everyone.  Thank you.

4   Please be seated.

5              MR. ABBOTT:  Good morning, Your Honor.

6              THE COURT:  Mr. Abbott, good morning.  It's an

7   important day.

8              MR. ABBOTT:  It is an important day, Your Honor.

9   Happily, there's really only one item on the Agenda.  As Your

10  Honor may have noticed from the Agenda, the first matter we've

11  adjourned --

12             THE COURT:  Yes.

13             MR. ABBOTT:  -- without a -- but I will happily

14  cede the podium because this was a lot more work than,

15  happily, I had to do so --

16             THE COURT:  Thank goodness.  Or any one person I

17  suspect.

18             MR. ABBOTT:  A team of people, Your Honor.

19             THE COURT:  Yes.

20             MR. ABBOTT:  Absolutely.  Ms. Schweitzer will be

21  handling that though, Your Honor.

22             THE COURT:  Thank you, Mr. Abbott.  Good morning,

23  Ms. Schweitzer.

24             MS. SCHWEITZER:  Good morning, Your Honor.  For the

25  record, Lisa Schweitzer, from Cleary Gottlieb, for the

1    debtors.

2            THE COURT:  Yes.

3            MS. SCHWEITZER:  And I will apologize in advance

4    for all the sniffling.  It's not actually that I'm crying

5    about the settlement but the colds have come around to my home

6    as well so.

7            THE COURT:  I hear you.  I was back there coughing

8    and wondering what was going to happen this -- when I came

9    out.

10            MS. SCHWEITZER:  There you go.  So, well, everyone

11    can speak up and take breaks as needed.

12            THE COURT:  You bet.

13            MS. SCHWEITZER:  As Mr. Abbott said, it, in fact,

14    took the hands of many people to get us here today to the

15    point of bringing a settlement.  It probably took a village

16    or certainly the long hard work of everyone in the Courtroom.

17        As Your Honor is aware, this is the third of three

18    employee settlements that we've brought forward to you in the

19    last couple months; the other ones being the deferred comp

20    settlement, which we're pleased to say has now gone effective

21    and so the money will be distributed shortly.  The second one

22    that was in front of you last month was the settlement of the

23    Retiree benefits through the 1114 process where you approved

24    the noticing procedures and there'll be a final hearing --

25            THE COURT:  Yes.

1          MS. SCHWEITZER:  -- in April.  Now is the third

2    corner of the triangle possibly of the litigations and

3    matters that have been outstanding for the last couple years

4    which is the settlement of the long-term disabled employee

5    claims and benefits and the termination of those benefits.

6          As Your Honor will remember, and I won't go through too

7    long on the record, the Committee was appointed back in 2011

8    and it's been an arduous process maybe with, you know,

9    dedicating significant time and resources from our side, from

10   the LTD Committee's side, from other Committees who are also

11   in the room, and from the debtors themselves in trying with

12   always the goal of finding a consensual resolution, if

13   possible, that would provide for the termination of the Long-

14   Term Disabled Benefit Plans, provide compensation as part of

15   a settlement, reserving all of our rights if a settlement

16   wasn't reached, and having finality to the process.

17         Certainly, the debtors recognize that, for many long-

18   term disabled people, they have very difficult circumstances

19   and the benefits are important to them and it's not lightly

20   that the debtors seek to terminate the benefits, but it has

21   come to the point in the case that we've said on the record,

22   reasons in the past, that we think it's appropriate, and in

23   fact, necessary to terminate the benefits at this time, and

24   we're pleased to at least be able to report that there have

25   been these vigorous arms-length negotiations and we feel that

8

1   peoples' views have been expressed and the positions of all

2   sides have been taken into account in providing discovery and

3   negotiating.  You'll recall we had the able assistance of

4   Levin as a mediator --

5           THE COURT:  Yes.

6           MS. SCHWEITZER:  -- in this process as well who's

7   certainly instrumental in having views expressed in bringing

8   us towards resolution.  We also filed the Termination Motion

9   last July, seeking to non-consensually terminate the benefits

10  if a settlement couldn't be reached.  That was originally

11  proposed for a trial in January.  It was now being held, I

12  think -- or I'm sorry, February and then, just because of

13  this, got marked off calendar and we would hope that we can

14  get through a settlement such that we don't have to put that

15  back on the calendar.  And you'll remember also our pre-

16  Thanksgiving treat of a Class Complaint being filed --

17          THE COURT:  Yes.

18          MS. SCHWEITZER:  -- which, while it didn't make

19  the turkey go down easier at the time, maybe it fostered the

20  settlement.

21          MR. ZAHRALDDIN:  It did for us, Your Honor.

22          THE COURT:  Yes, I'm sure.

23                      (Laughter)

24          MS. SCHWEITZER:  So, but maybe it's fostered a

25  settlement in that it now forms the basis of the actual

1   settlement that we're proposing through the vehicle of a non-

2   opt-out class action that was, in fact, the construct

3   proposed by the Long-Term Disabled Committee in that

4   Complaint.

5            As you know, there have been parallel negotiations

6   of the Retirees.  It has also been our goal to align the

7   settlements so that people have full information because

8   there are disabled individuals who haven't -- and I'll say

9   this, all rights are reserved, absent settlement, as to

10  peoples' legal positions, but it's the debtors' view that

11  these people have not retired, and therefore, are not on the

12  retirement plans.  Some people would be eligible to retire;

13  otherwise might have years of service but aren't old enough

14  to retire, and so we've always tried to align the

15  settlements, again, if possible, so that people have an

16  ability to choose between the two settlements.

17           THE COURT:  That's right.  Eligible people could

18  make that choice.

19           MS. SCHWEITZER:  Correct.  And as you'll see, that

20  one of the -- we had filed some amendment -- an amendment to

21  the Plan and to some of the Disclosures, and I'll go through

22  those, but one of the things that we amended to be very clear

23  is people can't, in our words, double-dip.  You can't be a

24  disabled person and a retiree.

25           THE COURT:  Right.

1          MS. SCHWEITZER:  You have to make that choice that

2   you're either going to lose the retiree benefits because that

3   Plan's gone, or you're going to choose to retire and

4   participate in that settlement.  But with the overlap in

5   Notices, at least you'll have some information about what's

6   possible for you to receive under the Plans, recognizing

7   these are all estimates, but trying to align the processes.

8   The Retiree Committee, while not present in the Courtroom,

9   also has representatives on the phone from the Togut firm and

10  is fully plugged into the long-term disabled settlement and

11  it's been very helpful that the Committees have worked

12  together and share financial advisors such that we've made

13  every effort to coordinate and align information flow and

14  answers to questions, if possible.

15          So I think that we're -- you know, we're at a

16  point where, today, all we're doing is preliminarily

17  approving the settlement.  We're approving the Notice

18  procedures.  But I think that we all, speaking from the

19  debtors' side and the Unsecured Creditor Committee, the

20  Bondholder Committee side, are pleased that we can reach

21  final resolution of all of the claims if this is finally

22  approved and terminate the Plans because I think that is an

23  important thing for us is that we can't partially terminate

24  Plans or terminate two-thirds of people on a Plan; that we

25  need to have a final solution for everyone.  And from the

1    Committee's side, I understand, certainly, that long-term

2    disabled individuals would prefer benefits to continue, but

3    at least this way, that they're provided some compensation

4    for the loss of benefits and also, quite frankly, finality to

5    the process because I know, from time-to-time, certain

6    individuals have expressed the concern the uncertainty of it

7    and not knowing how the end point is going to be reached is

8    stressful in and of itself.  So we've tried our best and now

9    it's time to sort of take it to the vote and allow people to

10   consider it at the final hearing we're proposing.

11            THE COURT:  Yes.

12            MS. SCHWEITZER:  So just to walk through the terms

13   of the settlement; they're in the documents, but the very

14   basics of the settlement are that the debtors would agree in

15   the posture of a class action, again, for settlement purposes

16   only, all rights reserved absent settlement on all sides, is

17   that the debtors will agree that we will not terminate the

18   Plans until May 31st, and only on May 31st, if we were to

19   grant and allowed unsecured claim, a general unsecured claim,

20   that would be in the name of the LTD Committee for the

21   benefit of the class and it would be approximately $26

22   million.  Mr. Zahralddin can address, if he cares to, but

23   you'll see in the Amended Disclosure that it looks like the

24   Committee has identified a potential purchaser for the claim

25   and so the people, while they won't get full information on

1  the terms of that document which are still being worked

2  through, we updated the Disclosure to account for the

3  possibility that that claim will be disclosed.

4             THE COURT:  Yes.

5             MS. SCHWEITZER:  And that if it were -- will be

6  sold -- and that if it were sold, that you would know roughly

7  what that would mean in terms of the money that you might

8  receive, again, subject to all the caveats of working through

9  finalizing that sale, working through possible tax

10 withholdings that might have to occur, and working through

11 just any adjustments to the numbers that might have to happen

12 before the final hearing and before the money is handed out

13 to account for people whose circumstances might change or

14 because they've moved over to the Retiree pool.

15            THE COURT:  But it would obviously give greater

16 certainty --

17            MS. SCHWEITZER:  Yes.

18            THE COURT:   -- to the fund available?

19            MS. SCHWEITZER:  Correct.  I mean that's -- and

20 what it does is that it fixes the claim and it also provides

21 money to people today, as opposed to waiting for recoveries

22 in the -- through the debtors' Plan of Reorganization.

23            THE COURT:  That's right.

24            MS. SCHWEITZER:  So, to the extent that it can be

25 achieved, it is an added benefit that way.  And as I

1   mentioned, that the settlement also would provide a full

2   release of claims that would be -- that could be asserted

3   against the debtors for their long-term disability benefits

4   or under the Plans and under the Complaints and the different

5   things that have been raised; that we talked about the

6   Retiree settlement, that people can make a choice to move

7   over to the Retiree settlement.  That's described in the

8   documents.  That's described in the Retiree Settlement

9   Agreement.  And certainly, people are going to answer any

10  questions that people might have about their eligibility or

11  ability to move over.  We've generally deflected those to the

12  Committees themselves since they'll be the ones taking people

13  into the pool but we're all working together to smooth that

14  process out.  As I said, we're, today, are approving process.

15  We're proposing April 30th as the final hearing on the actual

16  approval of the settlement and we filed the Notices with the

17  Court.  We filed updated Notices with the Court on Monday and

18  the Notices that we're seeking approval of are just the

19  general Notice of the Proposed Settlement which has the

20  summary of the terms of the settlement, the deadline to

21  object, and the -- it contains a question and answer that we

22  thought would be helpful for people as well.  Then there's

23  the Publication Notice, which, again, these were all included

24  in a revised version on Monday.  That was sent by overnight

25  mail to everyone so they have an opportunity to see them and

1  those revised drafts were signed off by all the Counsel in

2  the room in terms of the debtors, the LTD Committee, the --

3  Akin, for the Unsecured Creditor Committee, and the

4  Bondholder Committee all worked through that and the proposed

5  purchaser also saw the documents.

6           THE COURT:  Yes.

7           MS. SCHWEITZER:  So we've tried to bring forward

8  what we all thought was helpful and provide more disclosure

9  to people.

10          THE COURT:  And those publications will be in

11 numerous newspapers and the like?

12          MS. SCHWEITZER:  Correct.  We've picked the

13 Publication Notice in the Wall Street Journal, the USA Today,

14 and then the regional papers --

15          THE COURT:  Yes.

16          MS. SCHWEITZER:  -- similar to the Retirees where

17 we thought that there were larger populations of individuals

18 residing.  But obviously, in this group, unlike the Retirees,

19 it's a little smaller group.  It's roughly --

20          THE COURT:  Two hundred.

21          MS. SCHWEITZER:  -- 200 people, and we've

22 certainly made every effort, and Mr. Zahralddin and his

23 Committee, have made fabulous efforts of trying to really

24 reach out to people and communicate with them every way

25 possible to accommodate those individual peoples' needs,

1  whether it's on the phone or by email or in writing, in

2  addition to the formal service.

3          THE COURT:  Yes.

4          MS. SCHWEITZER:  So I think that, while, you know,

5  no services may be perfect, that we've made every effort

6  throughout to provide information and have people have an

7  opportunity to get the information to understand what's

8  happening to them and be able to ask questions about the

9  settlement.  So today, as I said, the standards for

10 preliminary approval of the settlement really are a higher

11 level.  It's not a deep-dive into the class settlement

12 itself.  It's a showing, and I think the facts that are

13 already in the record today and throughout the process of

14 this litigation of the arms-length negotiations that occurred

15 between the parties; that there's been sufficient

16 opportunities and exchange of discovery.

17         THE COURT:  Right.

18         MS. SCHWEITZER:  That the settlement proponents

19 are experienced in other similar litigations as you've seen

20 before you yourself.

21         THE COURT:  Yes.

22         MS. SCHWEITZER:  And then that only a small

23 fraction of the total class are objecting.  Now today, it's

24 -- eight Objections have been filed.  One of those is not by

25 a person that we believe is a class member, as we addressed

1   in the Reply.  Two additional people, Mr. Barry and Mr. Rossi

2   asked that their Objections be heard at the final hearing

3   because they go more to the settlement itself rather than the

4   noticing procedures and, in fact, as you saw in our Reply, we

5   think that's true really of all the Objections in that no one

6   is objecting to the adequacy of the Notice.  Their raising

7   concerns about the fairness of the settlement about the fact

8   that they believe they have a strong legal position and it's

9   being compromised and that, you know, they're making legal

10  arguments about their position or about the Committee

11  functioning or the -- who was involved in the settlement.

12  Just to say it on the record, I think we've said it in the

13  pleadings, is that the settlement generally proposes, first,

14  that all long-term disabled employees are included.  It's not

15  partial groups of long-term employees because I think there

16  was some Objections spoke past each other, competing

17  concerns, whether everyone was included or not that just --

18  everyone is included.  Everyone is being treated, and Mr.

19  Zahralddin could address the methodology, but everyone's

20  being treated in a similar manner; that there's not silos of

21  people or that there's not individualized calculations of

22  claims and benefits.  It's a standard allocation methodology

23  that's been proposed for everyone.

24          THE COURT:  I have a quick question for you if I

25  may, Ms. Schwetizer, because there are roughly 200 members of

1    the Proposed Class.

2                MS. SCHWEITZER:  Correct.

3                THE COURT:  Then there are ten active --

4                MS. SCHWEITZER:  Right.

5                THE COURT:  -- individuals and 129 COBRA.

6                MS. SCHWEITZER:  Uh-huh.

7                THE COURT:  Are those within the 200 or are those

8    in addition to the 200?

9                MS. SCHWEITZER:  Those are in addition to the 100.

10               THE COURT:  Okay.

11               MS. SCHWEITZER:  It's a good point that I was

12   going to address but I appreciate you raising it, which is

13   that the debtor every year has benefit plans because the

14   long-term disabled, at least on the debtors' book, were

15   carried as current employees.  They actually -- there is not

16   a separate long-term disabled medical plan.

17               THE COURT:  Right.

18               MS. SCHWEITZER:  They participate on the active

19   plan.  So termination of the plan is termination of the plan

20   as to everyone.  A COBRA -- a person receiving COBRA isn't

21   actually a plan member.  They're receiving the benefit of

22   that plan but they're not an active employee anymore.

23               THE COURT:  Right.

24               MS. SCHWEITZER:  So the 200 number that we've been

25   using is the long-term disabled.  It used to be 209.  You

1   know, it moves up or down on given days.  And then there's

2   ten active employees left and then there's additional people

3   receiving COBRA.  The active employees on COBRA, members

4   would not be part of the class.

5          THE COURT:  Right.

6          MS. SCHWEITZER:  They're not getting compensation

7   because they're not tied to the arguments being made by the

8   long-term disabled individuals that there was some vesting

9   for prior conditions or that the -- particularly with the

10  long-term income continuation, that that was some promise

11  that can't be taken back.  The individual active and COBRA

12  individuals don't get long-term income continuation.

13         THE COURT:  Right.

14         MS. SCHWEITZER:  So they're an additional pool and

15  that's why in the Motion; again, that we'll ask for approval

16  at the final hearing, we're asking just for Your Honor to

17  recognize that the Plans are being terminated in their

18  entirety and to the extent a showing is necessary for the

19  other individuals, that we're authorized to terminate the

20  Plans in their entirety, including with respect to how they

21  would affect those other individuals, we'll make that showing

22  at the final hearing.  They'll also be provided Notice like

23  everyone else and we've attempted -- even the focus in this

24  Courtroom has been for the long-term disabled.  So to make

25  clear in the Notices themselves that you might be getting

1   this and your rights might be affected even if you're not a

2   long-term disabled individual because you still --

3            THE COURT:  Okay.

4            MS. SCHWEITZER:  -- might lose your benefits or

5   --       THE COURT:  Exactly.

6            MS. SCHWEITZER:  -- if this is approved.

7            THE COURT:  Good.  Thank you.  Thank you.

8            MS. SCHWEITZER:  Sure.  So, Your Honor, I think

9   we've addressed the individual Objections in our Reply.  I

10  don't want to prolong a discussion unless you had particular

11  questions regarding it because I do think that they actually

12  go to the substance of the terms of the settlement and that

13  they would be considered at the final hearing.  But if you

14  have questions, we can address it.  I also have in the

15  Courtroom today Kathy Schultea, from RLKS, who's worked with

16  the debtors on --

17           THE COURT:  Ms. Schultea, welcome.

18           MS. SCHWEITZER:  You remember her from other

19  hearings.

20           THE COURT:  Yes.

21           MS. SCHWEITZER:  And she's been fabulous in

22  working with the debtors on employee and benefit matters and

23  so she's available for questions.  I don't think that there's

24  particular evidence on these issues beyond the documents that

25  have come in but she's available, if necessary.  The other

1  thing we have, if I may approach, is we have a clean copy of

2  the fully assembled Order because, as you'll see from the

3  different filings, the exhibits line up different ways.

4          THE COURT:  Sure.  Please.  Thank you, Ms.

5  Schweitzer.  Thank you.

6          MS. SCHWEITZER:  So the Order itself is the same

7  as the Amended Order that was filed on Monday.  There's one

8  change which is in the dates that the hearings were listed

9  at.  There's an a.m. and p.m.  We put periods and a space so

10 we didn't run a black line but, in full disclosure, there is

11 a change to the Order so you're aware.  And then the rest of

12 it is the different exhibits attached behind it, and the only

13 exhibit you wouldn't have seen before is the list of -- the

14 last -- or the next to last exhibit which looks like a list

15 of claims.

16         THE COURT:  Okay.

17         MS. SCHWEITZER:  Similar to our Claims Objections

18 Schedules, and this is modeled after one we used for the

19 Retiree Order where people are getting notified as part of

20 the settlement that LTD claims, claims asserted for future

21 benefits or for the loss of benefits for LTD-type claims, are

22 being expunged.  So what we did is we created two exhibits.

23 One, if those were the only claims that you asserted, then we

24 just noted that those are being expunged in full and we

25 listed them.  There's a second exhibit, Exhibit 3, where it

1  says that they're partially expunged and, as you'll recall,

2  we have a Retiree settlement.  Some people might have filed a

3  claim for Retiree benefits; LTD benefits, and pick your third

4  category, a credit card bill, right?  And so what we said is

5  look, we're expunging today.  If this is approved, your LTD

6  benefits, we noted that the Retiree -- if you also put in

7  Retiree claims, while they're not expunged by this Order,

8  those would be expunged by the Retiree Order so that people

9  aren't confused as to what's surviving.  And then we have a

10  final column saying if both of those Orders are approved,

11  what happens to your claim so people understand, when I look

12  at both of the Settlement Orders, regardless of how I'm

13  participating or which one I choose, that if the LTD

14  settlement is approved and the Retiree settlement is

15  approved, the only surviving claims is that final column and

16  some of them might, therefore, be fully expunged and some of

17  them might have other things surviving.

18          THE COURT:  Okay.

19          MS. SCHWEITZER:  So, obviously, if people have

20  individual questions, I think will probably -- will have

21  questions before the final hearing but we wanted to give

22  people notice of the types of claims that would be expunged

23  so that they understand, or if there's some confusion about

24  the claims that they filed, that they have the opportunity to

25  ask questions and raise those concerns before the final

22

1    hearing.

2            THE COURT:  Okay.

3            MS. SCHWEITZER:  So -- but we've made it at least

4    to give people notice of what we think is happening to their

5    claims that they filed.  So with that, I think that is all

6    from my side.  I would propose to cede the podium to Mr.

7    Zahralddin and then I think the other Committees would

8    probably like to stand up afterwards and I believe we have

9    some individual employees on the phone and in the Courtroom.

10            THE COURT:  We do.

11            MS. SCHWEITZER:  And, of course, they'll have an

12   opportunity to be heard after the Proponents go first.

13            THE COURT:  Very well.  Thank you, Ms. Schweitzer.

14            MS. SCHWEITZER:  Sure.

15            THE COURT:  Mr. Zahralddin?

16            MR. ZAHRALDDIN:  Good morning, Your Honor.

17            THE COURT:  Good morning to you.

18            MR. ZAHRALDDIN:  Rafael Zahralddin, from Elliott

19   Greenleaf, on behalf of the Long-Term Disabled Committee.

20   You can tell from my voice, Your Honor, I've been speaking to

21   our folks --

22            THE COURT:  Yes.

23            MR. ZAHRALDDIN:  -- as a group and individually

24   almost non-stop, and so I've lost a little bit of it so my

25   apology for that.  It's Valentine's Day so I did want to make

1   sure everybody knew my wife was in here, also from my firm,

2   Shelly Kinsella, who's been instrumental --

3            THE COURT:  Yes.

4            MR. ZAHRALDDIN:  -- in helping us in dealing with

5   this.  It will be also instrumental in helping us as we go

6   forward should you approve this part of the proceedings.

7            THE COURT:  Thank you.

8            MR. ZAHRALDDIN:  Particularly in communications

9   with our LTD'ers.  Your Honor, one other piece I think in the

10  black lines that we should note is that the changes that were

11  made to the Notice actually came from conversations with

12  individual LTD'ers who had some questions and specifically on

13  how the LTD and the Retiree settlements would mesh or work

14  together.

15           THE COURT:  Okay.

16           MR. ZAHRALDDIN:  And so, to the extent that there

17  were black lines, we actually did receive some comments on

18  the Notices and the debtors and the other Committees were

19  very quick to respond and to adjust so that we could take

20  that feedback from the intended recipients of these Notices

21  and adjust it so that it became clearer to them.  So I wanted

22  to note that as well because it has been an open process to

23  try to handle the noticing piece of the hearing which is the

24  essential reason that we're here.

25           THE COURT:  Excellent.

1          MR. ZAHRALDDIN:  I also wanted to discuss, perhaps

2    through some prefatory remarks, some of the issues in regard

3    to how the Committee is functioning and some of the

4    misconceptions that I saw in the Objections.  Now, we have

5    taken great pains over the last couple of weeks to correct

6    those misconceptions through open conference calls and so the

7    people could understand the process of how a Committee works

8    and how the Committee is composed and how it operates,

9    particularly in this case, in which we do have some serious

10   confidentiality concerns that are driven by the nature of the

11   constituency itself.  You have medical information, personal

12   information.  All this has gone before us at times in this

13   Court, Your Honor.  We've had to make some very difficult

14   decisions in terms of confidentiality.  But basic to being a

15   Committee member is a duty of care which includes the duty of

16   confidentiality.  We could not look across to our opposing

17   Counsel or the opposing parties in this case and expect for

18   them to be open and free with information either through the

19   process of litigation and exchanging discovery, nor through

20   the voluntary process to mediate and resolve these cases on a

21   consensual basis.  So that has pained us.  I will tell you

22   it's pained me.  It's pained our Committee.  We have not been

23   able to, at times, express information to people we know need

24   and rely on this information not like most creditors in a

25   usual bankruptcy case.  But we have had to do that for the

1    betterment of getting to a resolution one way or the other

2    and our Committee members have been very, very good about

3    understanding that and taking great care not to reveal

4    confidential information.

5              We also had a second piece of this.  We have

6    obviously a duty to maximize recovery for those constituents.

7    Once we were given the opportunity to take a claim and we had

8    tested the market with Alvarez & Marsal and also with Towers

9    and through our attorneys.  And we figured out well, you

10   know, what we were getting in a proposed settlement, we could

11   get more, conceptually, if we took a claim.  We did that.

12   And then, in our pursuit to secure and finalize, which we

13   did, a firm purchase offer, and we're now papering the rest

14   of that transaction, we were able to get more at the end of

15   the day than we would have gotten if we had taken the simple

16   cash payment.  In order to make sure that we had the proper

17   negotiations; and again, using our business judgment to get

18   and maximize recovery for the constituency, we had to keep

19   things under wraps as long as possible before we could go out

20   to our constituency because the market indicated we're not

21   going to deal with you if you're out there telling everyone

22   this and that.

23             THE COURT:  Right.

24             MR. ZAHRALDDIN:  And that's reflected as well in

25   the noticing that goes out.  The folks will know for reserve

1  how much the -- I'll say the discount is for the claims

2  purchase and how much withholding is going to be as an

3  estimate and how much settlement administration costs will

4  be.   But it's one lump sum.   It's not broken out to preserve

5  confidentiality.

6              THE COURT:   Okay.

7              MR. ZAHRALDDIN:   So it gives them the solace that

8  they need.   But again, these are all measures we had to take

9  because we had a tough job to accomplish for this

10 constituency.   Once we were able to secure a firm purchase

11 offer, once we had settled, we then have been as open as we

12 possibly can.   We have not revealed obviously confidential

13 settlement discussions but we have gone into great pains and

14 detail to explain this to the constituency which, look,

15 they're lay people.   They're all very, very qualified in

16 their fields that they were -- all of them.   We have met some

17 remarkable people through this process that used to work at

18 Nortel.   However, there's not a lawyer really amongst them.

19 These are complicated issues.   It's an overlay of ERISA,

20 bankruptcy law, the functioning of a Committee, the idea that

21 it's not really collective bargaining but it kind of is.   I

22 mean all of this was very difficult to rely to folks but --

23              THE COURT:   And it's an emotional issue.

24              MR. ZAHRALDDIN:   It absolutely is, and so we have

25 strived to do that through this process.   We will continue to

1  do that should the process be approved to go on to the next

2  and I wanted to respond to the issues of how the Committee

3  was functioning and, in particular, how the confidentially

4  had kind of layered over this because it was not an easy

5  process.

6            The second issue I wanted to address really

7  relates to the Committee's decision not to be involved in the

8  individual allocation or computation of settlement amounts.

9  They did approve a methodology.  What they have refused to

10 do; what they've kind of done is walled themselves off

11 because they are also potential recipients.

12            THE COURT:  Right.

13            MR. ZAHRALDDIN:  They're allowing the actuaries,

14 because this is an actuarially-driven allocation methodology,

15 to do the final computations based upon information receiving

16 from both Prudential and from the debtors and we're going to

17 be doing our best to do as much of a reconciliation on the

18 data points as possible through some tests by calling up

19 individual LTD'ers who agree to provide some tests because we

20 don't have their paystubs, for example.  So all of that is

21 going to be done by the Professionals who are, contrary to

22 what some of the Objections kind of misperceived, not working

23 for the debtors.  We do receive estate funding, of course.

24            THE COURT:  Yes.

25            MR. ZAHRALDDIN:  And that's a basic tenant of the

1    bankruptcy process.  But obviously, we are an independent

2    third-party that will be looking over and sorting out the

3    allocation.  And then Your Honor will see that because we're

4    filing that under seal.  You will see the entire chart, so to

5    speak, of the allocation and we will be probably coming back

6    at some point, whether it's through a Supplemental Order

7    after we've been able to reconcile as Ms. Schweitzer

8    indicated, those who maybe have left to go to the Retiree

9    because our settlement amount doesn't go -- doesn't get

10   subtracted as people leave.

11          THE COURT:  Exactly.

12          MR. ZAHRALDDIN:  It stays the same and it's shared

13   amongst the fewer people.

14          THE COURT:  Right.

15          MR. ZAHRALDDIN:  So there may be allocations that

16   occur there and, of course, we are grappling with the

17   taxation issues because our folks have very particular issues

18   here.  Some of them may be exempt eventually.  There are

19   questions about parts of the settlement and whether they're

20   taxable or not and we wanted to take the laboring war on that

21   to be able to get them as fair an assessment as possible.

22   All that being put together, I think really addresses a lot

23   of the Objections that were out there.  I'm certainly

24   available to talk or discuss about any of those in detail

25   that -- if Your Honor has any questions but - -

1          THE COURT:  The one Objection, and you may be

2   planning --

3          MR. ZAHRALDDIN:  Sure.

4          THE COURT:  -- to address this later, and if you

5   are, that's fine too, is what I would call the adequacy of

6   representation.  In other words, certain of the objecting

7   parties have complained that there really are two sets of

8   disabled persons; one from 2002 to the present and one prior.

9          MR. ZAHRALDDIN:  Right.  If you look at our Class

10  Complaint --

11         THE COURT:  Yes.

12         MR. ZAHRALDDIN:  -- which, again, I think was the

13  gift that really came early for the other side, our Class

14  Complaint indicates --

15                      (Laughter)

16         MR. ZAHRALDDIN:  -- very clearly that we have

17  common questions of law and fact that unify our group, and

18  it's also the basis for a certification so I was going to

19  somewhat refer to it within the arguments that we had already

20  made in our papers.  If we had believed that there were

21  strong arguments for anyone of these Plan years, I think we

22  would have been to a resolution much, much earlier and much,

23  much sooner.  The law is far more complicated than that, Your

24  Honor.  While I will say that we have strong arguments about

25  certain pieces of language ultimately in our Class Complaint,

1   we indicate that it wasn't an individual paragraph here or

2   there or even a vesting argument, aside from what we call the

3   little V vesting which really deals with the fact that we

4   believe we had claims in pay status already, the typical fire

5   insurance example.  You can tell me you're not going to cover

6   me on fire insurance because my house has burned down but

7   you're not -- you can't tell me you're not going to rebuild

8   the house.  That was, you know, the basic argument that you

9   find in the Class Complaint but that's the little V vesting.

10  That's not an ERISA vesting argument.

11           THE COURT:  Okay.

12           MR. ZAHRALDDIN:  Our real argument was that there

13  was a conflict and a violation as a result of the fiduciary

14  duties under ERISA.  That is the essence of the Class

15  Complaint.  That covers all of the Plans.  Not to pick on

16  Nortel or my compatriots over here, but the argument was

17  basically that the Plans had been mismanaged over years, not

18  one year here; one year better than the other.  In general,

19  it was a problem for us and then we stated that in the

20  Complaint.  So we do not believe that the individual Plan

21  years, by themselves -- I mean is it an argument like any

22  other argument?  Sure.  But that is not what all of our

23  Committee members signed on to when we signed that Class

24  Complaint, including our objecting parties.  So the issues of

25  common questions of laws and fact, we think is firmly

1  answered by what's already on the record in that Complaint.

2          THE COURT:  But how about your Class

3  representatives?  In other words, I think that certain

4  parties were concerned that those Class representatives did

5  not --

6          MR. ZAHRALDDIN:  Well, I --

7          THE COURT:  -- represent their claim.

8          MR. ZAHRALDDIN:  I think there's an error in that

9  --

10         THE COURT:  Okay.

11         MR. ZAHRALDDIN:  -- first of all, Your Honor,

12  because Michael Stutz, who's a member of our Committee,

13  actually is in those Plan years and he did vote in favor of

14  the settlement.

15         THE COURT:  Okay.

16         MR. ZAHRALDDIN:  I don't know what motivates

17  individual creditors.  Obviously, Your Honor, if you have an

18  individual creditor and they're sitting on a Committee, the

19  individual creditor has their own interests and, at some

20  points, they may need to deviate and preserve their own

21  interests because they are adverse to the entire

22  constituency.  That's happened in this case.  We've got two

23  objecting parties and those Committee members have -- one

24  voluntarily is abstaining from the process.  The other, the

25  Committee felt could no longer be part of the process because

1    it would violate attorney/client privilege and

2    confidentiality for him to be sitting in the room any longer

3    while we're discussing settlement when he's opposing it.  So

4    it does not seem to me to be any different from the

5    considerations that you have in other cases when you're

6    dealing with Committee representations.  I mean I've been on

7    plenty of Committees.  I've actually been on Committees with

8    Ms. Beckerman where we've had Unions, in particular, deviate.

9              THE COURT:  Of course.

10             MR. ZAHRALDDIN:  Often.

11             THE COURT:  Of course.

12             MR. ZAHRALDDIN:  Abstain and go off and file their

13   own Objections.  It happens quite regularly.

14             THE COURT:  Yes.

15             MR. ZAHRALDDIN:  It happens between bondholders

16   and trade holders.  I think that one of the things, Your

17   Honor, if we go back in time to where we were all sitting in

18   here trying to figure out what to do about appointing a

19   Committee here, the considerations of appointing a second

20   1102 Committee I think are relevant to this idea here.  Is it

21   really going to be a remedy that's going to assist anybody to

22   have a second Committee, which was one of the things proposed

23   here?  I don't know if that -- I mean we had a tough enough

24   time getting to the point where we were all comfortable.  We

25   operated under restrictions on our fees, etc., which is part

33

1   of the consideration of having another Committee.  I don't

2   believe that anything has changed since that time.  People

3   knew the Plan years.  We have been discussing Plan language

4   for quite some time.  The real issue was once we had all of

5   the documents and we felt comfortable, because, as Your Honor

6   knows, we did not ask in our Scheduling Orders or before you

7   to ask for more time to continue fact discovery.  Our fact

8   discovery was complete for both the Class action and for the

9   Termination Motion Objections.  We didn't ask for anymore

10  time there.  So I don't believe that there are prevailing

11  questions of law and fact that really cleave differences in

12  this Committee to the extent that would require separate

13  representation.

14          THE COURT:  Okay.

15          MR. ZAHRALDDIN:  And I will tell you, my

16  Committee, there are plenty of people on my Committee who are

17  younger versus older and that, to me, would be a bigger issue

18  and they have never voted along those lines before.  I think

19  that there are some very esoteric arguments that are there

20  but, in the Committee's judgment and with the advice and the

21  experience that we have in our office and through our

22  Employment Department, we just did not see the strength in

23  those arguments.  We put our best face forward in our

24  strongest arguments in that Class Complaint.

25          THE COURT:  All right.  Thank you.  Thank you very

1   much.   Good morning, Ms. Beckerman.

2              MS. BECKERMAN:   Good morning, Your Honor.   Lisa

3   Beckerman, from Akin Gump, on behalf of the Creditor's

4   Committee.

5              THE COURT:   Yes.

6              MS. BECKERMAN:   Your Honor, I think Ms. Schweitzer

7   was correct in describing this as extensive negotiations.

8   Your Honor knows that we've been through multiple mediation

9   sessions with Mr. Levin; that we've obviously started this

10  process 18 months ago when the Committee was formed and Your

11  Honor may recall my arguing for various permutations of it so

12  --

13             THE COURT:   Yes.

14             MS. BECKERMAN:   -- I started out I guess on the

15  other side in some ways too and we really -- I think the

16  parties have all spent a great deal of time and effort in

17  this process, both through the mediation process and through

18  the litigation that we've gone through, and I think that that

19  should give Your Honor some comfort on a number of issues,

20  including some of the issues you were just asking about,

21  which I am going to address from the perspective of me as a

22  person involved in the litigation, you know, on behalf of my

23  constituency, the Official Creditor's Committee.   I think

24  Your Honor should first note that I would say that both Mr.

25  Zahralddin and Ms. Schweitzer have been too -- perhaps too

1 soft in describing how hard I think the LTD Committee has

2 worked to get to this point, and I say that as a person

3 that's been sitting on the other side of the table with them.

4 So any concerns that Your Honor has about the members of the

5 Committee not representing their interests, or not being

6 capable to represent their interests, to which there were

7 some comments on, as the person who's been their adversary

8 for 18 months, I can tell you that's not true.  I think the

9 U.S. Trustee took a great deal of time in the process of

10 appointing persons to sit on the LTD Committee, understanding

11 all the various disabilities that people had, the different

12 types of conditions, and consider that and determining to

13 have and appoint people who were capable of undertaking the

14 process which the U.S. Trustee understood would involve a

15 great deal of time.  And I think it's obviously involved a

16 great deal of more time than we all thought when we started

17 where we thought we might be done with this process in four

18 months and we're sitting here 18 months later just first

19 talking about a settlement so it certainly has taken a great

20 deal of time.

21        Additionally, Your Honor should be comforted by

22 the fact that we have Mr. Levin involved in the mediation

23 process and Mr. Levin is a very well-respected, as you know,

24 practitioner --

25        THE COURT:  Oh, yes.

1          MS. BECKERMAN:  -- in our field.  And if Mr. Levin

2    thought in any way that the parties were not actively

3    engaged, actively participating, representing their interests

4    in the process, or weren't capable of doing that, no doubt he

5    would have informed Your Honor as an officer of the Court.

6    Then we have the process that Ms. Schweitzer, Mr. Matz,

7    myself, and our colleagues have all been sitting through the

8    mediation process and through our -- and participating also

9    in our discovery disputes and the negotiation process and so

10   we've had an opportunity in the mediation process to actually

11   sit in and have discussions with parties to understand Mr.

12   Zahralddin's process of going back to his Committee and the

13   active debate that was going on on their side throughout the

14   entire process.  And so I don't think anybody should have any

15   thought that the persons that are sitting on the other side

16   of the negotiation table from us during those 18 months

17   either didn't completely acquit their fiduciary duties, were

18   not active and engaged or were not capable of representing

19   those interests and, therefore, would not be capable going

20   forward of representing those interests in the Class action

21   process.  So I think Your Honor should take some comfort from

22   that.

23          I think Ms. Schweitzer's talked about the Notice

24   procedures.  That's obviously been a very important part that

25   all of the constituencies, as Mr. Zahralddin  mentioned, had

1  been involved in, making sure that when we were going to come

2  forward and we reached a settlement and we were now going to

3  go out and, you know, provide the information to persons that

4  were going to be affected by the settlement, so the LTD Plan

5  participants, we wanted to make sure that the Notices were

6  very carefully thought through and the process was and there

7  has been a great deal of time and care taken to that.  And I

8  think some of the things that both Ms. Schweitzer said and

9  Mr. Zahralddin have said indicate how active and involved all

10 the parties, and in addition, as was mentioned, the Retiree

11 Committee as well and other constituents, have had

12 opportunities to say -- see and comment on the documentation.

13 So I think we've made an effort to make sure that what goes

14 out is clear and understandable and reflects the settlement

15 and will enable people to understand, within the limits that

16 Mr. Zahralddin explained, as to what they may be getting

17 under the settlement so that they can understand clearly

18 what's intended and what this process is.

19          I think that, you know, the LTD Committee has had

20 the benefit also obviously of having the Professionals

21 involved on their side, and this goes to some of the

22 Objections that were raised where there's some -- seems to be

23 some Objections that we're concerned about, needing an

24 independent auditor; you know --

25          THE COURT:  Yes.

1        MS. BECKERMAN:  -- a concern about whether or not

2   somehow the persons involved in the settlement or doing the

3   calculations were somehow biased or on the debtors' side or,

4   you know, or some other way.  And I think, as Mr. Zahralddin

5   explained, one of the things that, from day one in our

6   discussions, we had no disagreement about on either side, was

7   that, if we were able to reach a settlement, we felt that it

8   was entirely appropriate that how the settlement got

9   distributed be completely determined by the actuaries that

10  have been engaged and the party -- the Professionals that

11  have been engaged by the LTD Committee, and not in any way

12  having any input from our side whatsoever, either the

13  debtors, my constituency, or Mr. Matz' constituency that he

14  represents because we wanted to make it clear that it was

15  truly an independent person looking at the numbers and doing

16  an actuarial calculation that was not in any way influenced

17  by anybody else that was going to make those decisions and

18  that that the constituency should decide for itself how to

19  move forward.  So I think you should be comforted with those

20  Objections as well.

21       I know Your Honor has obviously raised the issue

22  about the difference in the Plan documentation and the

23  difference of the representation and --

24       THE COURT:  Yes.

25       MS. BECKERMAN:  -- again, as someone who's read

1  all the Plan documents, myself, and looked at all the

2  language, from our perspective, and that's all it is so I'll

3  just say that because it's only my perspective that I'm

4  addressing, you know, on behalf of my constituency and other

5  persons may -- would certainly, I'm sure, have different

6  arguments of litigation, but from my perspective, there's

7  always been this issue in all of the documentation about

8  whether or not, because of the language, the debtors have the

9  right to terminate the benefits.

10          THE COURT:  Yes.

11          MS. BECKERMAN:  And while the language is not

12  uniform in every single Plan or the SPDs, that language does

13  exist in all of them.  And so the difference -- there are

14  differences of the wording, but the concept is there

15  throughout and we would have that issue that we would be

16  dealing with in every single year from our perspective, being

17  on the other side of the table if we were having a

18  litigation.

19          THE COURT:  Okay.

20          MS. BECKERMAN:  So that issue is there.  I think

21  Mr. Zahralddin accurately also discussed the fact that

22  there's also a lot of other issues that were there for the

23  group as a whole that were reflected in his Class Complaint.

24          THE COURT:  Yes.

25          MS. BECKERMAN:  And certainly, one of the things

1   that we took a lot of notice of in our process was what he

2   mentioned which is the breach of the fiduciary duties issues.

3   And again, not conceding in any way that there were breaches,

4   but there was obviously, you know, the similar documentation,

5   similar communications that had been received from the Plan

6   Administrator, etc., that permeated all the years; people

7   across all ages, all categories of the long-term disabled

8   participants, and all Plan years as well that have similar

9   issues.  Ms. Schweitzer also mentioned another important

10   point which is that it is not possible, it was not possible,

11   and it could not be possible for us to terminate the Plan

12   with respect to only certain parties.  So any remedy that we

13   would be seeking here, for many of the reasons I've said in

14   many prior hearings before Your Honor, including the fact

15   that the debtors are now down to ten employees --

16          THE COURT:  Yes.

17          MS. BECKERMAN:  -- it is that -- and the fact that

18   we have a liquidating Chapter 11 where, eventually, we will

19   someday, hopefully, have a Plan and the company will really

20   be completely finished, as opposed to almost finished and

21   down to ten employees at this point, that there would have to

22   be such termination and it would have to be across the board

23   and it couldn't be piecemeal.

24          THE COURT:  Right.

25          MS. BECKERMAN:  And that's the similar reason why

1   I think a Class action is a good vehicle for this because

2   everyone has the same problem which is that, on our side, we

3   have to have complete termination; partial is not an option.

4   And on their side, obviously, the Class Action Complaint

5   sought to enjoin such termination as to everybody across

6   every Plan year, of every age group, etc.  And then, you

7   know, we have the issue I think, Your Honor, of looking at

8   the various Plans and the options that were available and

9   some of the Objections suggested that maybe we should have

10  negotiated 200 individual settlements.  I honestly don't

11  think that that would have been possible.  I'll just say

12  that, or could be possible.  But furthermore, I think that

13  when it was clear that this process needed to get started,

14  the vehicle that was used here is a vehicle that is often

15  used in these situations.  Although in this case, with a

16  little bit of a twist with it, our Plans treating the LTD

17  participants as current -- you know, as current employees

18  where we needed to have the separate Committee as Mr.

19  Zahralddin discussed, but it's that when the U.S. Trustee

20  forms a Committee like this, their job is to represent

21  everybody and to negotiate.  Their expressed statement was to

22  negotiate regarding all of the LTD, you know, benefit plans

23  and it wouldn't have been possible to proceed without

24  representatives and it would not have been possible to

25  negotiate 200 plus separate settlements.  And so the

1  structure of this settlement I think reflects the fact and

2  the fact that we're looking to, you know, preliminarily

3  approve the settlement and certify the Class for --

4                    THE COURT:  Yes.

5                    MS. BECKERMAN:  -- preliminary purposes is

6  reflective of the fact that you had persons who've been

7  involved in these negotiations who were fiduciaries and who

8  were appointed by the, you know, Justice Department through

9  the Office of the U.S. Trustee to represent the constituency.

10  They went out, and after 18 months of quite extensive

11  negotiation/litigation process that we all went through,

12  they've -- we have reached a settlement that's clearly arms-

13  length and then we are seeking to now move forward with that

14  settlement where everybody has the same issues that have to

15  be determined in the sense that we have a termination issue.

16  We have the fiduciary duty claims.  We have the fact that

17  there would have to be some kind of settlement involved with

18  the termination.  And really, that the Class certification

19  process is the -- I think the best way to be proceeding with

20  that, and I think that the persons who are being asked to be

21  the Class representatives are persons who've been

22  representing that Class for 18 months and their interests for

23  18 months.  So they're very knowledgeable.  I don't think you

24  could have a more knowledgeable group about the issues

25  because they've been through it for the 18 months and I think

1   that the distribution of the representation is such that you

2   do have at least people in various years and in various age

3   groups as Mr. Zahralddin indicates that would still be the

4   Class representatives.  So I think the representation is

5   adequate.  And as Your Honor once pointed out to us in

6   connection with the deferred compensation process when we

7   were discussing class certification there, you know, you

8   don't have to have nine Class representatives.

9           THE COURT:  Right.  That's right.

10          MS. BECKERMAN:  You just have to have enough Class

11  representatives so that interests are appropriately

12  represented and I think, in this circumstance, you have that

13  and it doesn't require us to have, you know, three of one

14  type and four of another type or different age groups.  So we

15  would -- you could end up with, well, a much bigger group

16  than five people.

17          THE COURT:  Sure.

18          MS. BECKERMAN:  And as Your Honor points out,

19  Classes are routinely certified with much less than five

20  people, and I think you have very five representative,

21  knowledgeable people here that are ably able to represent the

22  interests of the Class.

23          THE COURT:  And five people who are very much

24  aware of what fiduciary duties they have and what --

25          MS. BECKERMAN:  Everybody.

44

1          THE COURT:  -- fiduciary responsibility means.

2          MS. BECKERMAN:  Yes.  And have been acquitting

3   that for 18 months.  So I don't see how we could be in a

4   situation here asking for preliminary class certification,

5   having a better person and group to -- you know, group to be

6   putting forward as Class representatives because I think they

7   clearly understand that their responsibilities and have

8   clearly been acquitting them --

9          THE COURT:  Yes.

10         MS. BECKERMAN:  -- for 18 months.  So I think,

11  Your Honor, for all of those reasons, you know, we would ask

12  that Your Honor approve, preliminarily, the settlement and

13  the Class certification and the Notice procedures that we'd

14  like to have the settlement sent out.  I think that it meets

15  the legal standards for such preliminary approval and I think

16  that, for the reasons that I've said, I believe that the

17  Class representatives are representative and appropriate and,

18  of course, Class Counsel, proposed Class Counsel, is more

19  than able to represent them as well for all the reasons I

20  have already said --

21         THE COURT:  Yes.

22         MS. BECKERMAN:  -- about what they've done in this

23  process.  And so we would ask you to approve the preliminary

24  -- you know, preliminary approvals of the settlement and the

25  Class certification and the Notices.

1                THE COURT:  All right.

2                MS. BECKERMAN:  Thank you.

3                THE COURT:  Thank you, Ms. Beckerman.  Mr. Matz,

4     yes, sir?  Good morning.

5                MR. MATZ:  Good morning, Your Honor.  Thomas Matz,

6     of Milbank, Tweed, Hadley & McCloy, for the Bondholder Group.

7                THE COURT:  Good to see you, sir.

8                MR. MATZ:  Good morning.  Nice to see you.  I'll

9     be brief, but I do want to add that the Bondholder Group does

10    support the request that's being -- the relief that's being

11    requested this morning by the debtors and we do want to join

12    in the submissions that have been made by Counsel,

13    particularly that was made by Ms. Beckerman with respect to

14    the process, the fairness, the thoroughness, including the

15    mediation process that has gone on here for quite some time;

16    I guess the past 15 months, and with that, I will save any

17    further comments that I may have for a reply.

18               THE COURT:  All right.

19               MR. MATZ:  Thank you.

20               THE COURT:  Thank you.  Thank you, Mr. Matz.

21    Anyone else?

22               MR. MOORE:  Your Honor, this is Brian Moore of --

23               THE COURT:  Yes, sir?

24               MR. MOORE:  -- Togut Segal, on behalf of the

25    Official Retiree Committee.

1          THE COURT:  Good morning.

2          MR. MOORE:  Good morning, Your Honor.  We just are

3  concurring with, at the beginning of the hearing, Ms.

4  Schweitzer regarding the modifications that were made to the

5  settlement addressed any concerns.  That's it.

6          THE COURT:  All right.  Thank you.

7          MR. ZAHRALDDIN:  Your Honor, I know we have some

8  folks on the phone.

9          THE COURT:  We do.

10          MR. ZAHRALDDIN:  Before that happens --

11          THE COURT:  Yes.

12          MR. ZAHRALDDIN:  -- I know Mr. David from our

13  Committee who's abstaining obviously for this portion of it,

14  but he filed an individual Objection.

15          THE COURT:  He did.

16          MR. ZAHRALDDIN:  And my colleague, Ms. Kinsella,

17  we wanted to make sure he knew when to come up so Mr. David

18  will come --

19          THE COURT:  All right.  Please, Mr. David.  Good

20  morning, sir.  Come forward.

21          MR. DAVID:  Good morning.

22          THE COURT:  And you will be heard first here.

23          MR. DAVID:  Good morning, Your Honor.

24          THE COURT:  Good morning.

25          MR. DAVID:  I have a --

1          THE COURT:  I know it has been an arduous process

2     for you.

3          MR. DAVID:  Yes.  I've got a presentation to make

4     before we can move forward.

5          THE COURT:  Very well, sir.  Please, take your

6     time.  Oh, thank you.  Thank you, Mr. David.

7          MR. DAVID:  Your Honor, we did some research and

8     came up with a definition of the LTD approval claim.  In the

9     first slide, we talk about employment, free will employment.

10    Employer can terminate or lay off employees based on the

11    business needs.  Employee can terminate his and her position

12    employment by getting a better job or opportunity or offer

13    from another company.  But once the employee is disabled, he

14    enters into a binding contract where there is no free will.

15       Example, the employee cannot get other employment because

16    of his disability or employment with better paying LTD

17    benefits.  If the employer terminates the employee to free

18    the company from any liability, which falls under wrongful

19    termination of employment under binding contract.  So there

20    is no free will for employer either.  I've attached a

21    transfer of responsibility Nortel and -- to Prudential

22    Agreement Administrator.  That's a letter that goes out to us

23    telling us that now we have to apply through Prudential --

24         THE COURT:  Okay.

25         MR. DAVID:  -- for any further claim process.

1    Then there is a claim approval and claim award contract

2    from Prudential on behalf of Nortel.  That's given to us when

3    our LTD benefits are approved and that's signed and delivered

4    by disability managers or administrator from Prudential.

5    Then there is a [indiscernible] letter of acknowledgement

6    saying that we have this contract and it goes through now

7    until we are 65, and also a waiver of premium for life

8    insurance.  That means that Nortel would take care of the

9    life insurance and we will have life insurance up until our

10   end of the period.

11            THE COURT:  Yes.

12            MR. DAVID:  Okay.  Then disability.  When a life-

13   changing event occurs in an employee's employment, like

14   disabling sickness, and the employee is forced to go on

15   disability due to sickness, employee has been given LTD

16   benefits as a part of his or her compensation and not a

17   [indiscernible] or a gift.  On approval of LTD, he and she

18   enters into a new paradigm.  LTD contract.  Employee goes

19   through a very thorough review and examination of his and her

20   condition.  On approval of his and her LTD approval, the

21   employee and employer enter into a new contract here.  The

22   contract is under a simple contract claim law, which we all

23   abide with -- abide by everyday of our lives.  For instance,

24   insurance contract, buying a car, anything you do, there is a

25   contract established, a very, very simple contract.  Somebody

1  loaned you money, that's a contract.  In general, contract

2  claim that liability is not erased simply by terminating a

3  Plan or coverage.  Note, now the employee is benefiter of

4  this contract as well as other employee benefits.  Once their

5  contract is established, their liability remains even if the

6  employer chooses not to pay in bankruptcy.  Nortel could have

7  stopped paying us on the 9th of 2009.

8            THE COURT:  Yes.

9            MR. DAVID:  And -- but the liability doesn't go

10  away because we have a contract.  Okay.  The liability is not

11  diminished as a matter of company credit, bond, or any of the

12  rating bylaws to it prior to being a Petition.  This contract

13  is not under any welfare plan.  It's already been proved.

14  It's out of that bucket.  So it's not sitting in a to-be-

15  approved benefits.  So it's very different than what has been

16  presented by the debtor.

17      This liability, in fact, is an allowable priority

18  administrative claim.  This is -- this claim falls into just

19  like the people working, executives working right now and

20  they have their -- they have finished their contract and

21  that's -- we pay them a salary, plus bonus if they have one,

22  and those are the same line of -- lines that we are talking

23  about here.

24      I have worked for the company since 1990 and I was

25  disabled in 2000, and so I gave my all to the company and I

1  don't know whether my brain tumor was caused by -- because of

2  stress or not, but we don't -- I don't care about that.  But

3  I've worked for the company, and therefore, they gave me the

4  benefit and it's approved.  It's a value that's sitting there

5  for me to have, and it's not just like the company can take

6  it away.  It's a tangible value, you know.  I've already

7  worked for this money allocated to LTD benefits, and then

8  there is silent fraud in contract claims and the employer had

9  responsibility to provide all policies, documents, including

10  benefits, pluses and minuses, pertaining to the employment.

11      I've been to every class of orientation for Nortel and

12  they never talked about negatives in our benefits.  I even

13  asked -- I had, prior to taking job at Nortel, I had a policy

14  with John Hancock and it was sold by American Express for

15  $1.25 million, and that was -- they were going to pay that

16  amount if I was disabled.  And the Orientation Presentation

17  Manager, he said you can't have two policies.  If you have

18  one, you can't abide with the other one.  It cancels out,

19  offsets somehow.  So I dropped that policy and it was costing

20  me only $69 a month for that and I got on this policy that

21  they gave -- somehow guaranteed it that this policy's good,

22  it's security, regardless of what happens to the company, and

23  so I took their word for it and that's where Nortel did not

24  provide all the documents and indoctrination to the

25  employees.  In some cases, I have talked to people.  They

1  haven't got even a SPD or Plan.  They said they were just

2  told by their supervisors, yeah, you have got disability and

3  here's the paperwork and file it.  That's it.  They don't

4  even know about the SPDs and any changes came through some

5  time -- for me, it was very, very good experience with

6  Nortel.  Nortel did everything very well with me because they

7  send me changes on time and everything and until 2000, year

8  2000, I was getting all the updates through our benefit plans

9  except I never got a Plan document that supposed to be the

10 basis of everything, because in SPDs, it says it's not a

11 -- it's not a legal document, but it still, they say, all --

12 you can be terminated in there, and that's why I have

13 problems with the language they use in Plan documents and now

14 I first sign has -- legally I've got capability of accessing

15 all the Plans --

16          THE COURT:  Yes.

17          MR. DAVID:  -- on October 18, 2012.

18          THE COURT:  Okay.

19          MR. DAVID:  That's when they put the omnibus

20 system together and so I went and read detail because other

21 than that, everything -- EG had all the documents.  We send

22 them -- I had even send in my documents and they had all the

23 document, but we didn't have a way to access those document

24 and [indiscernible] had said that we had access to the

25 documents two months after they filed the 8067 or after the

1   Committee was formed, but that's not true, Your Honor.  Okay.

2       I want to talk about LTD associated and renewable plans.

3   The employer has every right to change or terminate the LTD

4   essential benefit plans; medical, vision, dental.  I don't

5   disagree with that.  I mean if I was an employer, and I've

6   been employer, I've had -- you know, I've had shares in

7   companies like Executive Systems Group from California, Santa

8   Clara, and we had over 500 people working for us, and I owned

9   seven percent of that company, and we employ people and when

10  I was a contractor, we even employed people from -- as an ESG

11  to Nortel and so I'm familiar with how a corporation should

12  work or it shouldn't work.  And I gave them slack, you know.

13  You know, I mean I gave them my LTD associated benefits.

14  They can have them.  But I won't give up on the LTD approved

15  claim because that's something they don't have any control

16  of.  That's a contract.  It has to be honored and it's -- I

17  just won't budge on that piece of it and they had made it

18  like it's -- Nortel has shown that it is a gift we are giving

19  you rather than something I worked for.  I don't want their

20  charity.  I've got enough money to last me a lifetime, okay?

21  I don't want their charity.  I want what's coming to me and

22  what's coming to the other LTD employees.

23      With that said, employer still has the responsibility to

24  pay the incurred prior -- to the Plan termination benefit.

25  That means anything.  Let's say I had an operation last

53

1   month.

2              THE COURT:  Okay.

3              MR. DAVID:  So that the operation cost $14,000.

4   It's still they have the liability to pay that because it has

5   been given a claim number to the hospital or doctors so it's

6   been approved on a simple contract claim.  The next chart is

7   I show that there is a VEBA account on the left side.

8      Nortel --

9              THE COURT:  Yes.

10             MR. DAVID:  -- accounts payable approve under

11  contract.

12             THE COURT:  Right.

13             MR. DAVID:  And on the right side, we have all the

14  benefits plan.  For instance, my approval claim for my LTD

15  sometimes in 7/6/2000; I don't exactly know, but it was filed

16  on 9/7/2000 and my -- I had couple of operations and they

17  were done a long time ago, but I just am giving you an

18  example that I had an operation on 1/12/2013, and that is

19  approved and -- in the past and the same thing with other

20  dentists and hearing aid and all that.  Those are -- if you

21  go on to the next page, now, on 3/31, according to 8067, they

22  wanted to terminate the plan on 3/31/2013.  So account

23  payable shows now that it's still -- the LTD claim is still

24  there, operations bill, bill is still there, dentist bill is

25  still there.  They all got to be paid before that VEBA

1  account can be shut down.  That how it works.  You cannot

2  shut a plan down until all of the liability, approved

3  liabilities, are paid out and cleared.  You don't have to pay

4  future liabilities, but the past liabilities and current

5  approved liabilities has to be paid and welfare plan

6  terminates.  No new claims can be accepted in that.  No

7  benefit coverage available, balance due to the providers and

8  the employer group contract claims, any employee contract

9  claims have to be paid at the time of terminating the plan.

10  And that's the only way they can clear the accounts payable

11  obligation or liability from VEBA.  Now, I show my liability

12  [indiscernible] 32 and as of 4/1/2013.  This I calculated

13  with the programs I was given by A & M.

14            MR. ZAHRALDDIN:  Your Honor?

15            THE COURT:  Yes, Mr. Zahralddin?

16            MR. ZAHRALDDIN:  I don't mean to interrupt but if

17  we could please try to limit the Disclosure of any Committee

18  Professionals.  Mr. David can give estimates, et cetera, but

19  I do not want him saying X number was part of an A & M model

20  because that is not public information.  It was derived from

21  confidential attorneys' eyes only information --

22            THE COURT:  Very well.

23            MR. ZAHRALDDIN:  -- shared with the Committee is

24  that -- I only rise to caution that way.

25            MR. DAVID:  Okay.

1           MR. ZAHRALDDIN:  I'm sure he can give his --

2           MR. DAVID:  Okay.

3           MR. ZAHRALDDIN:  -- estimates without that.

4           THE COURT:  Thank you.  Yes.  I think -- Mr.

5   David, yes.

6           MR. DAVID:  I think, roughly saying, let's say

7   that's my estimated, roughly saying life insurance, estimated

8   40,000 or something.

9           THE COURT:  Yes.

10          MR. DAVID:  And then I have previous and present

11  expenses.  I spend 2,668 with  Berger Harris through

12  10/13/2011 to --

13          THE COURT:  Is any of this sensitive at this

14  point?  It doesn't appear to be but --

15          MR. ZAHRALDDIN:  No.  Your Honor, now, those

16  are --

17          THE COURT:  Mr. Zahralddin?

18          MR. ZAHRALDDIN:  -- personal legal bills.

19          THE COURT:  Yes.

20          MR. ZAHRALDDIN:  If Mr. David -- he's a

21  functioning member of the Committee except for he's

22  mandatorily recused in abstaining from this Settlement

23  Motion.

24          THE COURT:  Yes.

25          MR. ZAHRALDDIN:  Certainly, if he has expenses he

1   wants to put forward that were related in some way; whether

2   they're an administrative expense because they have it valued

3   to the estate --

4            THE COURT:  Sure.

5            MR. ZAHRALDDIN:  -- or whatever it may be, when we

6   go to close this stuff up, we're going to give our folks the

7   opportunity to do that, and then it's up to the debtors and

8   Your Honor to figure out what they want to do with that.  But

9   that's not personal information and it's not --

10           THE COURT:  It's not confidential.

11           MR. ZAHRALDDIN:  Not confidential.

12           MR. DAVID:  No.

13           THE COURT:  All right.

14           MR. ZAHRALDDIN:  No.

15           THE COURT:  Thank you.

16           MR. ZAHRALDDIN:  And probably not relevant to

17  today.

18           THE COURT:  Right.

19           MR. ZAHRALDDIN:  It has to be presented to him in

20  a different way.

21           THE COURT:  Exactly.

22           MR. DAVID:  Okay.

23           MR. ZAHRALDDIN:  And certainly, not even by the

24  Committee, but probably by them individually.

25           MR. DAVID:  Okay.

1          THE COURT:  Understood.

2          MR. ZAHRALDDIN:  Thank you.

3          MR. DAVID:  Okay.  Talking about the question

4    raised about dividing the Committee into two 1981 to 2001

5    Plans.

6          THE COURT:  Right.

7          MR. DAVID:  Okay.

8          THE COURT:  And you would be part of that group.

9          MR. DAVID:  Yes.  I'm part of that group and in

10   that group, the benefits can only end, the contract we have,

11   the LTD contract, can only end if you stop being totally

12   disabled or die.  Okay?  Or you return to work.  Then other

13   one is no longer in their physician care.  That means doctors

14   released you somehow and you didn't tell the LTD or you

15   haven't told Nortel, and that's a foundation for termination

16   of your contract.  Okay?  Or you don't furnish information

17   that the claim administrator asks you.

18         THE COURT:  Yes.

19         MR. DAVID:  And the last one is you reached the

20   end of your benefit.  That means I reached the age of 65 or

21   whatever contract I had at that time.  Okay.  These are the

22   things that can end our Plans.

23      But unfortunately, in 2001, in the last days of 2001,

24   Nortel went out there and created new language in the SPDs,

25   which allows them to terminate somebody and also take away

1    their benefits.  Okay?

2              THE COURT:  Yes.

3              MR. DAVID:  So you are -- they are saying -- I

4    don't know if they knew they were in trouble then, but they

5    are saying that I can terminate you and take away your

6    benefit or nullify or tear up your contract.  That's what

7    they're saying in there.  That's the reason I think that even

8    Dr. Krall didn't take those thing into consideration, and he

9    only took 1981 to 2001 and I estimated roughly that the

10   amount he put, the $18.2 million, on his evaluation for LTD

11   benefits is very close to the amount that I've roughly

12   calculated by myself for the LTD people who are before 2002

13   and he was only giving -- you know, he's making excuses that

14   he's giving us -- he's discounting 18 percent.  That's

15   ridiculous.

16             THE COURT:  Let me just interrupt you for one

17   moment, Mr. David, because I'm not sure that where you're

18   going now into the substance and the merits is what is before

19   me to consider today; that you would have another opportunity

20   and --

21             MR. DAVID:  Okay.

22             THE COURT:  -- perhaps, a more appropriate

23   opportunity --

24             MR. DAVID:  Okay.

25             THE COURT:  -- to make, you know, these kinds of

1   very -- of the merits types of argument.

2          MR. DAVID:  I want to do that, sir.  Okay.

3   Anyways --

4          THE COURT:  Is that basically correct, Mr.

5   Zahralddin?

6          MR. ZAHRALDDIN:  Yes, Your Honor, and we've spoken

7   to Mr. David and some of the Objectors --

8          THE COURT:  Yes.

9          MR. ZAHRALDDIN:  -- about this particular issue

10  that today was a noticing day.

11         THE COURT:  Right.

12         MR. ZAHRALDDIN:  And that it was a process,

13  obviously that's very important, both constitutionally and

14  otherwise, to make sure we get things to our folks and that

15  they're fully informed.

16         THE COURT:  That's right.

17         MR. ZAHRALDDIN:  And that there would be an

18  opportunity and -- for example, both Mr. Rossi and Mr. Barry,

19  in conversations with me, and the emails exchanged with the

20  debtors, indicated that now they understood that the 19th was

21  really an issue.  Actually, Mr. Rossi also indicated that he

22  spoke to independent Counsel.  I walked things through with

23  them and they also agreed that, yes, substantive Objections

24  were really more appropriate for the 19th and certainly, to

25  the extent people had concerns, they should be sharing it

1  with us way before then because certain issues we can

2  probably take care of before we get to the hearing on the

3  30th.

4           THE COURT:  That's right.

5           MR. DAVID:  Okay.  And --

6           THE COURT:  And I'm not trying to eliminate your

7  opportunity to tell me what you want to.

8           MR. DAVID:  Yes.

9           THE COURT:  Just --

10           MR. DAVID:  Okay.  I'll keep it on track here.

11           THE COURT:  Okay.  All right, Mr. David.

12           MR. DAVID:  I'll try not to go off track.  Now,

13  that defines some various differences in the SPD Plans and

14  the worries of the Committee members that are there right

15  now, except one, and he was originally on the Committee with

16  EG group before and they've been friends for several years,

17  and I think all those four members have come to a point that

18  they think that if we don't settle with a good number -- I

19  want it to settle with a good number, but I wanted to get

20  everybody their LTD benefit based on what I presented to you.

21  I wanted at least the benefit part of it, the income

22  continuation and the life insurance part of it within the

23  settlement negotiation.  That's the reason I asked for the

24  $47 million.

25           THE COURT:  All right.

61

1            MR. DAVID:  Okay?

2            THE COURT:  Yes.

3            MR. DAVID:  And the LTD Committee didn't agree

4    with that so our negotiation went south and they came up with

5    a lower offer and the Committee decided to accept it.  I and

6    Paul; Paul is a 2002 to 2010 player, okay, so he -- we got

7    one person on the other side and one person on this side.

8            THE COURT:  Yes.

9            MR. DAVID:  So -- and we both thought that this is

10   not fair to the LTD participants, 200 of them; that we

11   shouldn't get something for this contract; whether we get 100

12   percent for 1981 to 2001 or maybe 60 percent at least for the

13   2002 to 2010 because their SPDs are not that strong but they

14   should get something because they have served for the company

15   and they're -- you know, we are all going through hell.

16           THE COURT:  Yes.

17           MR. DAVID:  Really.

18           THE COURT:  Yes.

19           MR. DAVID:  And --

20           THE COURT:  Yes.

21           MR. DAVID:  -- you know, some people have to get a

22   maid service because they can't do things for themselves.

23   I'm lucky.  I've got two kids and a granddaughter, age 16.

24   She does a lot for me and a son-in-law that's pretty good

25   too.

1                        (Laughter)

2              MR. DAVID:  And I am at -- you know, I'll be taken

3    care and I got my dad, he's not -- he was an economist and he

4    has died with an amount of money, you know, so I will inherit

5    all the good things in life and probably be able to afford a

6    nurse, full-time nurse, when things get worse and I think

7    they might; they might not, and -- but I'm a lucky person,

8    you know.

9              THE COURT:  Yes.

10             MR. DAVID:  I mean, or blessed, whatever you want

11   to call it, but the other LTD'ers are not.

12             THE COURT:  Well, you know, Mr. David, I

13   appreciate -- you've been very helpful to me I think in

14   outlining the issues.

15             MR. DAVID:  Okay.

16             THE COURT:  These issues are primarily I think

17   more appropriately heard at the final hearing, assuming we

18   get to that, and that's -- I still have to make that

19   determination today, but I would like to give some of the

20   other Objecting parties an opportunity to be heard to the

21   extent they would like to say something.

22             MR. DAVID:  Okay.

23             THE COURT:  Other than what you've indicated

24   and --

25             MR. DAVID:  My point --

63

1        THE COURT:  But I am sensitive to your issues.  I

2   certainly am.

3        MR. DAVID:  My point was given the Committee a

4   classification --

5        THE COURT:  Yes.

6        MR. DAVID:  -- they're going to have power and

7   they're going to abuse that power, and I don't think that

8   this is the time to give them the classification and power.

9     This is the time to really let everybody know before you

10  classify.  None of the LTD participants understand what a

11  class classification is.  They'd lose all the rights.  They'd

12  lose all the rights to object to anything.  I would lose all

13  the rights too because they -- a class is going to bind me

14  whatever the Committee does.

15       THE COURT:  Well, the -- you will -- you do have

16  the opportunity to object to settlement, the terms of the

17  settlement.  That --

18       MR. DAVID:  Yes.

19       THE COURT:  -- does remain.  Well, why don't we

20  let some of the other --

21       MR. DAVID:  Okay.

22       THE COURT:  -- Objectors be heard, Mr. David,

23  because you certainly preserved your rights to be heard

24  again.

25       MR. DAVID:  Okay.

1          THE COURT:  And certainly indicated to me what

2    your concerns are.

3          MR. DAVID:  Thank you, sir --

4          THE COURT:  Thank you.

5          MR. DAVID:  -- very much.

6          THE COURT:  Thank you for coming.

7          MR. DAVID:  Thank you, Your Honor.

8          THE COURT:  And thank you for coming, Mr. David.

9    I appreciate it very much.  All right.  Mr. Zahralddin?  I

10   know there are others on the phone but I have the sense that

11   their Objections --

12         MR. ZAHRALDDIN:  Well, I --

13         THE COURT:  -- are similar to what I've already

14   heard.

15         MR. ZAHRALDDIN:  Well, you also have others on the

16   phone who have expressed that if they could afford it, they

17   will be getting on the phone to also voice some support for

18   the settlement.

19         THE COURT:  Okay.

20         MR. ZAHRALDDIN:  So please don't believe that

21   everyone on there has opted to object.  We really only have

22   eight formal Objections; one of which we don't believe even

23   has standing.  Let me just say something very quickly.  I

24   sympathize with everything Mr. David said.

25         THE COURT:  Yes, of course.

1    MR. ZAHRALDDIN:  I have.  I've been working with

2  this constituency, with this Committee, for quite some time.

3  The problem is that the Committee voted, settlement was

4  approved, we did so pursuant to our bylaws.  The fact that

5  there was dissent shows that the Committee process worked.

6  The fact that Mr. David is here dissenting shows that there

7  was an active discussion.  It was not an easy process.  It

8  was not an easy decision.  But settlement is a compromise.

9  What Mr. David is expressing, he's expressing the sentiment

10  of someone who is an adversarial posture who wants to

11  continue to litigate.  The Committee did not feel that that

12  was good for the entire group, the entire Class here.

13    Finality, certainty, the elimination of litigation risks,

14  these were all things that are primarily what weighed heavily

15  on the minds of the Committee members when they made that

16  vote, and they made that vote in all instances against their

17  own personal gain here.  We have several members of the

18  Committee who are very young.  They need this money perhaps

19  more than anybody else.

20    THE COURT:  Longer term.

21    MR. ZAHRALDDIN:  As Mr. David has indicated on

22  this record, he has a support group and a base to fall back

23  on.  Perhaps, he can afford to take a gamble and a risk.

24  There are many people out there who cannot.  They cannot

25  afford us to come in, litigate, and then have come up empty

1  or short.

2          THE COURT:  Sure.

3          MR. ZAHRALDDIN:  These are complex issues.

4          THE COURT:  Very.

5          MR. ZAHRALDDIN:  There was tremendous amount of

6  litigation involved.

7          THE COURT:  There's tremendous risk, litigation

8  risk here.

9          MR. ZAHRALDDIN:  Absolutely.  That is the decision

10  that led the settlement.  That's the decision that weighs

11  heavy on the Class certification and the binding.  But, of

12  course, as Your Honor has pointed out, people have an

13  opportunity.  Nothing is determined today, except for how we

14  get information out.

15          THE COURT:  Basically, that's right.

16          MR. ZAHRALDDIN:  Final certification of the Class

17  does not occur --

18          THE COURT:  Right.

19          MR. ZAHRALDDIN:  -- until the 30th.

20          THE COURT:  Right.

21          MR. ZAHRALDDIN:  If Your Honor approves that.

22          THE COURT:  Correct.

23          MR. ZAHRALDDIN:  So I don't believe anyone -- and

24  the problem is, I have -- and you can tell from my voice,

25  that this really concerns me.  I have a lot of sick people

1   out there.

2          THE COURT:  Yes.

3          MR. ZAHRALDDIN:  The more confusion, the more

4   dissemination of incorrect information, factual or otherwise,

5   the more concern they have -- I've talked to people and their

6   children and their parents.  This weighs heavily on them and

7   it is not our -- it was not our intention to do anything but

8   try to get something that would help the entire Class.  I've

9   already addressed the issues in specific arguments.  I'm not

10  going to address any of the substantive issues because those

11  were issues that we reserve our rights to.  We have all over

12  the papers.

13         THE COURT:  Right.

14         MR. ZAHRALDDIN:  But we're here to deal with a

15  compromise, not litigation issues.  Now, I understand the

16  questioning.  I understand the relevancy, but at the end of

17  the day, it really was an issue of getting to a compromise so

18  that we could do something for this entire constituency.

19         THE COURT:  That's right.

20         MR. ZAHRALDDIN:  Thank you, Your Honor.

21         THE COURT:  That's right.  I understand that very

22  well.  That's what a settlement is all about.

23         MR. ZAHRALDDIN:  Correct.

24         THE COURT:  It's recognizing that there are

25  advantages and disadvantages to both the litigation and to

1  the resolution and it's weighing those risks, and that's why

2  the Court is, by necessity, relying upon experienced Counsel

3  and knowledgeable Committee members, Class representatives

4  here, to assist in coming to a conclusion as to whether or

5  not this settlement is, in fact, fair and reasonable.

6           MR. ZAHRALDDIN:  And certainly, it would be

7  unreasonable to have governance procedures that ask for a

8  unanimous vote.

9           THE COURT:  Sure.  I understand.

10          MR. ZAHRALDDIN:  It just would be unworkable and

11  we know that from, not just Committee work, but for, you

12  know, basic corporate principles.  It just does not work.

13          THE COURT:  But I do want to make it clear that I

14  particularly appreciate Mr. David attending the hearing in

15  person because, as he has indicated, his circumstances are

16  better than some of his -- of persons in like situations.

17          MR. ZAHRALDDIN:  And, Your Honor, we have worked

18  with Mr. David for quite some time, and he has been very

19  productive in his questioning his issues.  We just disagree

20  at this point in time in terms of the issue of compromise and

21  settlement.  That's where -- and that's where -- now we're,

22  you know, on different sides.  But I do appreciate -- he's

23  been to several hearings before.

24          THE COURT:  Yes.

25          MR. ZAHRALDDIN:  And -- but again, the other

1  Committee members who are not able to travel here and who sit

2  on eight-hour conference calls, despite their medical

3  conditions and their necessity, who've traveled to New York

4  on several instances for mediation sessions to be there

5  physically, you know, they have all contributed as well.  So

6  I'm not going to denigrate any of them, including Mr. David,

7  obviously, because we've worked with them closely over the

8  past year.

9              THE COURT:  At a final hearing, will I hear

10 evidence or -- either through Affidavit or reports or

11 whatever, as to the various parameters and what the --

12             MR. ZAHRALDDIN:  Your --

13             THE COURT:  -- why the Committee took the position

14 that the $26 million number is appropriate?

15             MR. ZAHRALDDIN:  Your Honor, I believe -- bear

16 with me one second.

17             THE COURT:  I mean I do want to indicate I

18 recognize this is not a mini-trial.

19             MR. ZAHRALDDIN:  Exactly.

20             THE COURT:  A settlement hearing is not a mini-

21 trial.

22             MR. ZAHRALDDIN:  Right.

23             THE COURT:  I'm not suggesting that.

24             MR. ZAHRALDDIN:  I believe we have a separate

25 standard for settlement, but obviously, we have been very

1  open with our constituency about the litigation risk and how

2  we got there.

3              THE COURT:  Yes.

4              MR. ZAHRALDDIN:  We believe strongly that there

5  were issues under ERISA that we could have argued.  But what

6  we also believe strongly is that there's no set silver bullet

7  here.  It would have been a long process, a lengthy trial,

8  and it would have had Your Honor having to weigh arguments

9  which were very equally weighted on both sides, in our

10  opinion, and cause that litigation risk which we were trying

11  to avoid and there are --

12             THE COURT:  And it might have been a nothing

13  result for these --

14             MR. ZAHRALDDIN:  It could have been.

15             THE COURT:  -- individuals.

16             MR. ZAHRALDDIN:  We also acknowledge, though we

17  disagree with the discount rates that were being applied, we

18  know is most of the other Circuits, things are valued as of

19  the date of the Petition date.  We are lucky because we're in

20  the Third Circuit.

21             THE COURT:  That's right.

22             MR. ZAHRALDDIN:  Which means we would get to fight

23  on yet another issue, but that doesn't mean we would win on

24  that issue, right?

25             THE COURT:  Sure.

1          MR. ZAHRALDDIN:  So again, there was litigation

2   risk even -- I mean we were -- we had plenty to fight about.

3          THE COURT:  Yes.

4          MR. ZAHRALDDIN:  And it would have taken quite

5   some time and it could have gone different ways.  I'm not

6   going to speculate, Your Honor, about which way it would have

7   gone, but --

8          THE COURT:  I understand and I also observed that

9   there were a lot of people fixing for a fight here and so the

10  fact that you all got together to compromise is especially

11  significant to me.

12         MR. ZAHRALDDIN:  Oh, I have -- I didn't know Ms.

13  Schweitzer before this, but I've definitely strained my

14  relationship with her.  I knew Ms. Beckerman for a long time.

15  Mr. Matz and his firm and my firm have a long relationship.

16  We've strained our relationships as much as we possibly could

17  in this process, Your Honor.

18                       (Laughter)

19         MR. ZAHRALDDIN:  So, as you know, we've come in

20  here very, very eager to --

21         THE COURT:  Yes.

22         MR. ZAHRALDDIN:  -- settle things in litigation if

23  we needed to.

24         THE COURT:  Well, I'm pleased to tell you all, no

25  one has strained their relationship with me in this matter

1    because I recognize how difficult and how sensitive it is.

2           MR. ZAHRALDDIN:  Yes.  So this is -- by no stretch

3    has this been a cozy process.  I mean it has been very

4    contentious and we have -- we've been -- we've all been

5    proper professionals about it but --

6           THE COURT:  Sure.

7           MR. ZAHRALDDIN:  -- I will say that it had been

8    long hours.  Mr. Levin can attest to that.

9           THE COURT:  Yes.

10          MR. ZAHRALDDIN:  I'm sure we disappointed him

11   several times.

12          MS. SCHWEITZER:  We ordered some pizza.  It's

13   okay.

14                        (Laughter)

15          MR. ZAHRALDDIN:  Are you telling me that's all

16   Rich needs is a little bit of pizza?

17          MS. SCHWEITZER:  That's what he told us.

18          MR. ZAHRALDDIN:  Okay.

19          MS. SCHWEITZER:  So, Your --

20          THE COURT:  Yes?  Ms. Schweitzer, you know, I know

21   there are others on the phone.

22          MS. SCHWEITZER:  That's what I was going to

23   suggest, Your Honor.

24          MR. ZAHRALDDIN:  Yes.

25          MS. SCHWEITZER:  I didn't know if --

1          THE COURT:  My only concern right now is, you

2     know, having certainly appreciated and enjoyed Mr. David's

3     presentation, I recognize there's a risk that some of these

4     parties will, you know, go far beyond the issue before me

5     today, and I'm reluctant -- I'm eager to hear them, but

6     reluctant to impose, you know, upon the process.  That's sort

7     of -- those sorts of presentations.

8          MR. ZAHRALDDIN:  I guess we could ask, perhaps,

9     folks who are Objectors to try not to be repetitive of Mr.

10    David.

11         THE COURT:  Yes, that's what I was thinking.

12         MR. ZAHRALDDIN:  Unless they want to say we

13    support Mr. David's assertions and then they can move on or

14    add whatever they needed to add.  And then, certainly, if

15    people want to talk in support of the settlement or if they

16    have questions -- I am concerned also about people having

17    questions in terms of the noticing.  I mean I think --

18         THE COURT:  Right.

19         MR. ZAHRALDDIN:  -- while it's important that

20    we've discussed Mr. David's issues, our biggest issue here is

21    to know is there anything out there that's confusing; how can

22    we help out to alleviate that?  And, you know, in addition to

23    our conference calls, I'm going to be traveling with the

24    Retiree Committee to their on-site visits and be there to

25    help people, because people have different parameters in

1  terms of their comprehension and their abilities to function.

2          THE COURT:  That's right.

3          MR. ZAHRALDDIN:  I mean I have a certain person,

4  for example, anecdotally, who has MS.  She can't sit on a

5  conference call with all the sounds and noises.  It really

6  knocks her out for a day or so.  So I have to give her a

7  call.  I have people without access to internet so I'm Fed-

8  Exing physical copies of things to them and talking through

9  them on the phone with them.  So, you know, I'd also like to

10 see if there's anyone on there -- I don't want -- I

11 understand your concern, Your Honor, but, to the extent

12 someone has an issue in terms of comprehending or getting the

13 information or whatever, it would be nice to get that so we

14 know to do that before we send out the noticing.

15         THE COURT:  I think that's a good suggestion and

16 -- yes, Ms. Schweitzer?

17         MS. SCHWEITZER:  And, Your Honor, I'd also, just

18 to make clear I think, is that as you are indicating is we

19 can let people on the phone know very clearly that if they

20 have similar concerns or want to assert similar Objections

21 with respect to the meaning of the Plan language --

22         THE COURT:  Yes.

23         MR. SCHWEITZER:  -- with respect to what the VEBA

24 is and how the VEBA works and how that works on our right to

25 terminate, or what the value of their particular claim is,

1  because those are certain of the things people were raising;

2  that those we'll all acknowledge are -- if they've filed

3  Objections, those Objections will be considered at the final

4  hearing and this is not the forum in which you're deciding

5  those final issues.  But I agree with Mr. Zahralddin that if

6  people had a comment on the words in the Notices or on the

7  time periods being set, or I think there were, you know,

8  discussions regarding how the Committee functioned or whether

9  adequate --

10            MR. ZAHRALDDIN:  Right.

11            MS. SCHWEITZER:  -- information was being

12  provided, then I think that if someone had those issues that,

13  certainly, if that's helpful to give --

14            THE COURT:  Yes.

15            MS. SCHWEITZER:  -- people guidance to the types

16  of things you're looking for.

17            MR. ZAHRALDDIN:  Correct, and --

18            THE COURT:  I think that is helpful.

19            MR. ZAHRALDDIN:  -- we've had different people,

20  Your Honor, on our calls since then.  We've addressed them,

21  but we haven't had all 200.  Part of that --

22            THE COURT:  And we still don't today even have all

23  200, of course.

24            MR. ZAHRALDDIN:  Exactly.

25                         (Laughter)

1          MR. ZAHRALDDIN:  And we're going to be doing our

2    best to reach out to people.  I mean that is part of our

3    full-court press so to speak from here on out.  One of the

4    other things that I wanted to address which your original

5    question was are we going to have witnesses, et cetera.

6          THE COURT:  Yes.

7          MR. ZAHRALDDIN:  What will go out to folks, in

8    addition to their individualized statement, will be a non --

9    a chart that doesn't identify anyone by address, global ID

10   number, which was their internal number for Nortel, or their

11   names, but it will kind of show the layout.  It will say

12   okay, to the extent that you were part of the Long-Term

13   Disability Insurance Plan, here's a column.

14         THE COURT:  Yes.

15         MR. ZAHRALDDIN:  To the extent you were a part of

16   the AD&D, here's a column; the LTIP, all of the different

17   Plans, and then it will show then, driven by the actuarial

18   analysis coming from the Society of Actuaries, et cetera, it

19   will show then kind of the overlay of where the entire amount

20   and how it will spread out over different people.  And that

21   -- so they will get an idea over the entire Class how the

22   Class is participating, but they won't be able to identify

23   the individual people.

24         THE COURT:  Of course.

25         MR. ZAHRALDDIN:  So that will give them the

1    context to also evaluate their settlement, and of course,

2    we're also discussing with them, on calls, things like

3    litigation risk, et cetera.  So I do foresee us having our

4    actuaries doing a presentation at the final hearing --

5              THE COURT:  Yes.

6              MR. ZAHRALDDIN:  -- explaining how they came to

7    the methodology; where they derived the actuarial numbers.

8    Did it come, for example, from the actuarial tables for a

9    disabled portion of the population as opposed to the general

10   population, et cetera, et cetera, so that it shows that it's

11   a neutral methodology driven by the actuarial numbers and

12   nothing else.

13             THE COURT:  Exactly.

14             MR. ZAHRALDDIN:  So, yes, we will have that

15   available, and to the extent that we can get anything out to

16   people, or to the extent when people receive the chart that

17   they wish to contact us, we have someone from Alvarez &

18   Marsal who is dedicated to those types of questions, also,

19   ERISA-type questions, Rich Mizak.  We're getting that

20   information available to him so that he can work in

21   conjunction with us.  We also recognize that majority of our

22   constituency is on Medicare, and as a result, Medicare makes

23   it -- they will have medical coverage available to a certain

24   extent.  Obviously, there are premiums involved with that, et

25   cetera, but there are individual counselors in each State

1    funded by Medicare called SHIP Counselors, and we are going

2    to with, of course, the individual LTD'ers permission, offer

3    to them once you get your number, you need to call your SHIP

4    Counselor in your State, any other State or Federal agency;

5    Social Security; maybe even the PBGC in certain instances,

6    and we will help give them the context; get on the phone and

7    say here's the settlement; here's where we're going; here's

8    where the Plan is I'm doing; and be able to then allow them

9    to plan.  See, a lot of the reason that we have this time

10    period put into place is because, as we discussed with the

11    PBGC issues and other issues, there are some tremendous lead

12    times.  We did not want anyone to have a gap in medical

13    coverage if they could avoid it.  Part of it is a due process

14    issue.

15              THE COURT:  Okay.

16              MR. ZAHRALDDIN:  The other part, which weighed

17    heavily on our Committee's mind, was let's make sure we have

18    enough people out there and enough time to help people to get

19    them to where they need to be post-May 31st when -- if and

20    when the settlement is approved.  So there's a lot of work

21    that needs to be done individually, even aside -- I mean

22    people that aren't necessarily objecting or in support of

23    this, or even if you are objecting, we're going to try to

24    facilitate that discussion so that they know where they're

25    going to be after May.  That's another key piece of this.  It

79

1  was also a part of the reason that we took a reduction in the

2  28 million and asked for an extra two months.  One was to

3  mesh it up with the Retiree option so there was no coverage

4  in -- a gap in coverage.  The other was so that people could

5  have more time to be able to get their affairs in order.  All

6  these things are part in parcel of why our Committee decided

7  to vote for this settlement and they're an integral part also

8  of how we are going to be interfacing with our individual

9  constituents.

10             THE COURT:  All right.

11             MR. ZAHRALDDIN:  Okay?

12             THE COURT:  Thank you.

13             MR. ZAHRALDDIN:  Thank you, Your Honor.

14             THE COURT:  Yes, thank you.  Well, let me ask if

15  anyone on the telephone would like to make any comments or

16  arguments that the Court has not already heard, particularly

17  from Mr. David, and they were well-expressed.  If your

18  arguments are the same, you do not need to speak up.  Also,

19  if you would like to speak briefly in support of the

20  settlement, I would certainly hear you for that, just brief

21  comments.  And lastly, if you have any concerns or would like

22  to address any of the Notice that you believe could be

23  improved to make the noticing process clearer to past

24  members.

25             MS. ROHRBAUGH:  Yes, Your Honor?

1          THE COURT:  Yes?  And this is?

2          MS. ROHRBAUGH:  This is Brenda Rohrbaugh.

3          THE COURT:  All right, Ms. Rohrbaugh.  Good

4   afternoon -- good morning still.

5          MS. ROHRBAUGH:  Yes, good morning, Your Honor.  I

6   would just like to -- I'm sorry, there's an echo, come out

7   and just briefly state, first of all, that I am in support of

8   the Motion to go forward for the settlement, and first of

9   all, I'd like to briefly thank all of the Committee members

10  for their diligence on behalf of the LTD members and the

11  current seated members that we have remaining for their

12  diligence and their hard work.  I know it has been a

13  difficult process, but for what it is worth, Your Honor, I am

14  very reassured of the tact and the manner of the difficult

15  last few months that they have gone through and especially

16  for the work that the lawyers also have gone through and for

17  the hard work that they've put in on our behalf.  And I

18  recognize also that going into a Class, as I understand it,

19  that, from the very beginning, they were charged to look out

20  for us as a population as a whole, not for the interests as

21  individuals, and that's how I entered into this; that we have

22  to look out for the best interests of everyone and that, at

23  any portion, even though we would like to look out for our

24  own best interests, we have to look out for the best of

25  everyone and that, at any point, when someone starts looking

81

1   out for their own best interests, especially the Committee

2   member, I felt reassured when the actions were taken

3   necessary to look out for everyone.  And that is why I'm

4   coming out in support for the Committee to go on and that,

5   when I heard that they took the step back to let the legal

6   experts take over and that they would not release our

7   information, my trust was reaffirmed.  So I hope that

8   encourages you, Your Honor, that -- and may I also make note

9   that I am -- my LTD date took effect in 2001 and all the SPDs

10  and Plan years, to me, were irrelevant.  At this point,

11  you're right.  I'm looking at the light at the end of the

12  tunnel.  As with any law and legislation, it's not going to

13  be perfect for every member in our society but, you know, we

14  all want this to be over and, as with any legislation or even

15  going to an art gallery, the best deal -- every party leaves

16  a little bit on the table.  But I'm not one of the lucky

17  ones.  I don't -- I'm not near retirement.  I don't have any

18  backup plan.  I basically live alone while my husband has to

19  work out of State.  We don't have any other coverage.  I'm

20  not rich, you know.  I don't know if I'm going to be able to

21  keep my house.  So I just want to thank you for your fairness

22  and looking out for us all.  I thank all of the attorneys,

23  the auditors, all these people that have helped us out, and,

24  again, I do trust our Committee and they have done the most

25  excellent job.  I've trusted the Trustees that put them in

1  their positions and they have done an excellent job.  They

2  have kept their truth to us.  They have worked with

3  confidentiality.  They have not revealed a thing that they

4  should not have.  Rafael and his team have done an excellent

5  job.  So for what it's worth, Your Honor, the system is

6  working and I just wanted to reassure you that the Committee

7  is doing just fine.

8           THE COURT:  Well, thank you, Ms. Rohrbaugh.

9           MS. ROHRBAUGH:  And I support us going forward

10  with it as they have done.  Believe me, I would tell you if

11  it wasn't working.

12           THE COURT:  All right.  Thank you.  Thank you.

13  Anyone else?

14           MR. JANIS:  Your Honor, this is Mark Janis.

15           THE COURT:  Yes, Mr. Janis.

16           MR. JANIS:  Good morning or --

17           THE COURT:  Good morning to you.

18           MR. JANIS:  Good morning, Your Honor.

19           THE COURT:  Yes.  Good morning.

20           MR. JANIS:  What I wanted to say was I wanted to

21  say that with this Motion to -- you know, we've worked with

22  the settlement.  I totally endorsed.  There is no way for me

23  to evaluate it until I get my actual individual statement.

24  Right now, I'm looking at a gross number.  I don't know what

25  that means to me individually, and the only way to get to

83

1    that is to receive my individual statement.

2              THE COURT:  That's right.

3              MR. JANIS:  So I'd very much like to get that

4    individual statement so that I know what the settlement means

5    to me.

6              THE COURT:  Well, that's right and that's why this

7    is not your last opportunity to be heard on the settlement.

8    You will have an opportunity, if you're so inclined, to file

9    a Statement or an Objection or support at a later date as

10   well.  This is just the --

11             MR. JANIS:  Thank you, Your Honor.  That's --

12             THE COURT:  This is just so that everyone on the

13   phone understands this is a preliminary step that allows the

14   parties to transmit to you this kind of information.  Anyone

15   else?

16             MR. JANIS:  Thank you, Your Honor.

17             THE COURT:  You're welcome.  Thank you, Mr. Janis.

18   Anyone else on the phone?

19                      (No audible response)

20             THE COURT:  All right.  Ms. Schweitzer?

21             MS. JONES:  Yes, Your Honor.  Oh, I'm so sorry.

22             THE COURT:  Yes?  This is?  I'm sorry.  Hello?

23             MS. JONES:  Excuse me, Your Honor.  Please excuse

24   me, Your Honor.  My name is Deb Jones.  I'm one of the LTD

25   Committee members.  I just wanted to say that this has been a

84

1    very arduous process for everyone involved.  Every one of the

2    Committee members and the Professionals take it very, very

3    seriously the impact on all of us.  I'm, in fact, one of -- I

4    am the youngest Committee member and I'll be 47, and as I

5    age, I have a long time to try to stretch out, you know, how

6    to best take care of myself.  But I've been involved in this

7    process since June 2011 when the first Termination Notices

8    went out.  I'm one of the first ones always up for a rise.

9    That's fine.  You know, but at the same time, I'm educated as

10   a mathematician so I very much embrace my numbers; numbers,

11   risks, and data.  And I wanted to just go on record, Your

12   Honor, to express my sincere gratitude to all the

13   Professionals that the Committee members had the benefit of

14   giving us such sound advice and guiding us through this to

15   make our decisions so that they could be educated ones.  And

16   I wanted to also recognize the service of each of the

17   Committee members because it has been a significant hardship

18   on us all.  Thank you, sir.

19            THE COURT:  Well, thank you for your service as

20   well, Ms. Jones.  Thank you.  Anyone else?

21                 (No audible response)

22            THE COURT:  All right.

23            MR. ROSSI:  Well this is -- sorry, Your Honor.

24   This is John Rossi.  I was waiting for everyone.

25            THE COURT:  All right.  You certainly may be

1   heard.

2               MR. ROSSI:  Thank you, sir.  I just talked to my

3   Counsel and I find that my Objection is -- you know, it's not

4   -- this isn't the right time and I appreciate all of -- all

5   work everyone is doing.  That's about it.

6               THE COURT:  Well, thank you very much.  I

7   appreciate that and, forgive me.  I missed your name.

8               MR. ROSSI:  Oh, I'm sorry, sir.  John Rossi.  I'm

9   the one that had the liver transplant.

10              THE COURT:  Oh, yes, Mr. Rossi.  Certainly.

11  Certainly.  Thank you.

12              MR. ROSSI:  Thank you.

13              THE COURT:  All right.  Now, Ms. Schweitzer.  Yes?

14              MS. SCHWEITZER:  Thank you, Your Honor.  I just

15  want to -- one clean-up note that we hadn't talked about.

16  There was a change in the Order that was filed.  You've seen

17  it already but just so everyone hears it in open Court

18  because it is a sealing issue --

19              THE COURT:  Yes.

20              MS. SCHWEITZER:  -- was that we had added in

21  paragraph ten of the Order that you would be signing today

22  that accommodated a couple different issues was that

23  individuals, as you hear and as you saw in the Courtroom

24  today, might be wanting to put forward arguments that involve

25  their personal data and their personal informations of the

1    claim statements that they're receiving, and so we had added

2    to the Order that individuals are authorized, they're not

3    required, to file things that are personal to them under

4    seal, obviously respecting confidentiality of the Committee

5    and not overriding that.  But if they had other individual

6    information they wanted to put forward, we created a

7    mechanism that they're authorized to file such information

8    under seal and that Mr. Zahralddin will work with anyone who

9    needs instruction or help in how to do that.

10              THE COURT:  Yes.

11              MS. SCHWEITZER:  That I just wanted to point out

12   specifically to Your Honor so that if you had any questions

13   or needed any further showing on that, I think it's

14   consistent with --

15              THE COURT:  No.

16              MS. SCHWEITZER:  -- what we've done before.

17              THE COURT:  I recognize by the nature of this case

18   there really needs to be that sort of protection for

19   individuals and, if there is any doubt, I would urge

20   individuals to sort of, if you will, fault on the side of

21   confidentiality and we can always unseal later but once it's

22   out there, it's hard to then seal.

23              MR. ZAHRALDDIN:  And Mr. Kenney also suggested,

24   and actually, I'm going to throw this -- this isn't a

25   Valentine's Day present for my wife, but Ms. Kinsella and I

1  will work very closely to try to handle the seal issue with

2  folks.  We'll bring it up on our conference calls, the people

3  we meet with.  We'll put it up as well -- we might even try

4  to get a little crib sheet I've been calling these.  We've

5  created one for the different deadlines, for example, between

6  the Retiree and the LTD ones and put it on our website.

7  We'll maybe even do a little mailer to everyone with the crib

8  sheets and one of those will be a step-by-step on how to do a

9  seal and who they can contact and tell them that they can

10 certainly contact Ms. Kinsella and myself to -- or Mr. Sutty

11 who's going to be working on this to try to --

12             THE COURT:  Sure.

13             MR. ZAHRALDDIN:  -- try to facilitate that.

14             THE COURT:  Thank you.

15             MR. ZAHRALDDIN:  Certainly.

16             THE COURT:  Good.

17             MS. SCHWEITZER:  So with that, Your Honor, I

18 recognize that there were a lot of substantive arguments that

19 were made today and I don't intend to address those because I

20 think those are appropriately left to the end.  I do want to

21 say that we too enormously appreciate the efforts of everyone

22 that's been on the Committee.

23             THE COURT:  Yes.

24             MS. SCHWEITZER:  I think Mr. David's presence in

25 the Courtroom today shows how hard people have worked through

1   these issues and how much time people have spent and how many

2   things are personal but they also do spread across every

3   person who's going to be affected by this Motion.  So we

4   really do appreciate not only the Professionals' time which

5   we've all spent, as Mr. Zahralddin said, spent a lot of time

6   together, not always contentiously, but certainly, you know,

7   advocating strongly for our own positions.  But it really --

8   everyone should recognize that the debtors don't view

9   themselves as giving people a gift.  We view ourselves as

10  having strong legal positions and that every individual in

11  the room has both strong legal positions and personal

12  circumstances and hardships and emotional feelings about what

13  they were promised and that we're proposing the settlement in

14  an effort to compromise all of those things.  Also, I hope

15  that, in addition, certainly, we'll come to the final hearing

16  with appropriate evidence to meet the 9019 standards --

17              THE COURT:  That's right.

18              MS. SCHWEITZER:  -- and the Class action standards

19  and make showings from the Professionals of why we support

20  the settlement.  But I think you're starting to see a preview

21  of the fact of some of the things we've seen over the last 18

22  months, which is the different individuals feel differently

23  about which Plans are stronger or weaker or which arguments

24  they feel work better for them or how the money should be

25  handed up.  And it's been very important to the debtors at

1  all times to resolve these issues globally and fairly across

2  all people, both as an administrative manner but also because

3  we think that gets everyone to the right result.  And even in

4  the Plan year idea that there was -- everyone's under this

5  year's medical plan, but some people are under different

6  income continuation plans for different years.  So there's

7  not easy ways of cleaving the settlement in terms of who's in

8  the Class and it's also not easy -- we're not proposing a

9  settlement that the dollars could be cleaved.

10            THE COURT:  Right.

11            MS. SCHWEITZER:  That you could say two-thirds of

12  the people, two-thirds of the dollar.  This is a global, all-

13  in settlement that will either rise or fall in its entirety

14  and we hope will ultimately bring conclusion to everyone and,

15  as everyone said on the phone, is that maybe we're all not

16  overly happy but we're all satisfied that we met in the

17  middle or somewhere close to that.

18            THE COURT:  All right.  Thank you.  Thank you.

19  Well, I have certainly been very moved and appreciative

20  throughout this process, not only for the Professionals who I

21  think have really not only handled the matter with great

22  expertise and responsibility, but also appropriate

23  sensitivity and, in particular, Mr. Zahralddin and his firm,

24  I think have gone far beyond anything that I would have

25  expected or that, you know, we all could see in reaching out

1  to people and being helpful to people beyond the normal

2  attorney type of work and it's very evident that those

3  efforts have been extremely helpful in this process and I

4  certainly express my appreciation and my respect to Mr.

5  Zahralddin and his firm for those efforts and I think -- I am

6  certainly prepared, based upon the requirements of the case

7  law or the standards of the case law, to preliminarily

8  approve the settlement Class certification and the Notice

9  that would be mailed to the proposed Class members and the

10  task that has been -- that Ms. Schweitzer previously cited

11  from the *Smith v. Professional Billing and Management* case

12  out of the District of New Jersey which has four factors,

13  each of which I think have been well-satisfied here to enable

14  me to preliminarily approve our -- again, the arms-length

15  negotiations; that there has been sufficient discovery; that

16  the Proponents are experienced in similar matters; and that

17  only a fraction of the proposed Class has objected and each

18  of those has been certainly met here and I'll also note that,

19  at least on a preliminary basis, the requirements of Federal

20  Rules of Civil Procedure 23(a) have been established and that

21  I also believe that there is a, at least on a preliminary

22  basis, grounds to find that there has been satisfaction of

23  Rule 23(b)(2) which is a second requirement for the Class

24  certification process which we are contemplating here.

25  Obviously, this is an extremely complex and difficult

1    situation.  It cries out for Class relief and -- or at least

2    consideration on a Class-wide basis.  The Court recognizes

3    that that is certainly helpful to the process but the Court

4    is also sensitive to the fact that there are additional

5    concerns that a Court has to contemplate and consider under

6    those circumstances, particularly due process such

7    requirements and the Court is doing so here in preliminarily

8    approving the settlement and will likewise do so at the final

9    hearing and that the Court is satisfied, at least on the

10   present basis, that there is certainly every reason to grant

11   preliminary approval to the Class certification, the

12   settlement, and the notification, the Notice that will go

13   forward and, therefore, we do have our dates lined up for

14   Objection and for the hearing itself and I will, under the

15   circumstances, be pleased to sign that Order and look forward

16   very much to hearing the parties at the final hearing and

17   considering the settlement on a more final -- on a final

18   basis.

19              MS. SCHWEITZER:  Thank you, Your Honor.

20              THE COURT:  All right.

21              MR. ZAHRALDDIN:  Thank you, Your Honor.

22              THE COURT:  Thank you all.  Thank you for a job

23   well done today and throughout and I will sign that Order and

24   we will get it on the docket.  I just have one quick

25   question.  As I was looking, I noticed that there are a

92

1  couple of exhibits that I didn't see.  Well, let's see, maybe

2  I just -- Form of Publication Notice Attached to Preliminary

3  Settlement Approval Order, and I think --

4            MS. SCHWEITZER:  Right.  Your Honor, so that when

5  you look through --

6            THE COURT:  Yes.

7            MS. SCHWEITZER:  That there is some exhibits are

8  exhibits to other exhibits so you're --

9            THE COURT:  Right.

10           MS. SCHWEITZER:  -- approving the Settlement

11  Agreement and then the Settlement Agreement is an exhibit to

12  one of the Settlement Notices.

13           THE COURT:  Okay.

14           MS. SCHWEITZER:   So the full set is in there.

15           THE COURT:  Good.

16           MS. SCHWEITZER:  We just didn't reassemble them

17  duplicatively within the Notice.

18           THE COURT:  Exactly.  Okay.  Thank you, Ms.

19  Schweitzer.

20           MS. SCHWEITZER:  Sure.

21           THE COURT:  I just wanted to be sure that I wasn't

22  missing something, as I've been known to do.

23           MS. SCHWEITZER:  No.

24           THE COURT:  Yes, Mr. Abbott?

25           MR. ABBOTT:  Your Honor, as they said in Monty

1   Python, now for something completely different.

2           THE COURT:  Okay.

3           MR. ABBOTT:  Unrelated, Your Honor, to what we've

4   been here today on, and I rise just really perhaps somewhat

5   indelicately, but it's the target of opportunity and folks --

6           THE COURT:  Sure, go ahead.

7           MR. ABBOTT:  -- interested in the case are in the

8   Courtroom, Your Honor.

9           THE COURT:  Go ahead.

10          MR. ABBOTT:  Your Honor, yesterday, entered an

11  Order regarding the allocation protocol.

12          THE COURT:  Yes.

13          MR. ABBOTT:  And, Your Honor, I think this case

14  has benefited from the strong coordination that Your Honor

15  and Justice Morawetz have fostered throughout the case.  He

16  issued a similar letter yesterday afternoon, Your Honor.  It

17  has been brought to the debtor's attention as stewards of the

18  process, Your Honor, that --

19          THE COURT:  Yes.

20          MR. ABBOTT:  -- the submission dates in Your

21  Honor's Order and Justice Morawetz' letter are different.

22  Your Honor's indicates March 1st.

23          THE COURT:  Yes.

24          MR. ABBOTT:  His indicates March 4th.

25          THE COURT:  Oh.

1          MR. ABBOTT:  There has been some concern raised

2   among our constituents, and I'm just bringing it to Your

3   Honor's attention really as a steward of the process.

4   Whether Your Honor may want to confer with Justice Morawetz

5   and coordinate; that there's been some concern about folks

6   potentially trying to game the system by --

7          THE COURT:  No.

8          MR. ABBOTT:  -- saying one thing here and we don't

9   suppose that that's going to happen, Your Honor, but we just

10  wanted to bring that to the Court's attention.  I'm not sure

11  if anybody else would like to be heard on that.

12         THE COURT:  No, I will speak with Justice

13  Morawetz.  I would say -- first of all, I will defer to him

14  but we had discussed earlier in the day March 1st and he may

15  have had a change of mind so --

16         MR. ABBOTT:  That's fine, Your Honor.

17         THE COURT:  And that will be fine with me.

18         MR. ABBOTT:  Some parties would like that to be

19  consistent is all I'm suggesting.

20         THE COURT:  Is there a preference?  Let me ask

21  that question.

22         MR. ABBOTT:  Your Honor, lawyers always --

23         THE COURT:  I assume later --

24         MR. ABBOTT:  -- love more time.

25         THE COURT:  Later is better, certainly.  All

1  right.  That's what we'll do.  I will revise my form of

2  Order.

3          MR. ABBOTT:  Thank you, Your Honor.

4          THE COURT:  You bet.

5          MR. ABBOTT:  And that's all we have for today.

6          THE COURT:  I'm thankful to you for pointing that

7  out to me.  I might not have caught it.

8          MR. SAMIS:  Your Honor?

9          THE COURT:  Thank you, Mr. Abbott.  Mr. Samis?

10         MR. SAMIS:  Your Honor, I was only going to note

11 that the Committee would support making the dates consistent.

12         THE COURT:  All right.

13         MR. SAMIS:  Thank you.

14         THE COURT:  I certainly will.  It certainly --

15 that was the intention and we will take care of that

16 promptly.  All right, everyone.  Thank you all.  I wish you a

17 good day and, obviously, I'll be seeing everyone soon.  Thank

18 you.

19

96

1          ALL:   Thank you, Your Honor.

2      (Whereupon at 12:03 a.m., the hearing was adjourned)

3                       CERTIFICATION

4          I   certify   that   the   foregoing   is   a   correct

5  transcript   from   the   electronic   sound   recording   of   the

6  proceedings in the above-entitled matter.

7

8  **Tammy Kelly**   Digitally signed by Tammy Kelly
                      DN: cn=Tammy Kelly, o=Diaz Data Services, ou,
9                     email=info@diazdata.com, c=CA         15 February 2013
                      Date: 2013.02.15 15:19:00 -05'00'
10 Tammy Kelly, Transcriber                                     Date
11 Diaz Data Services, LLC

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**23(b)(2)**(1) 90:23

**a.m**(4) 1:15  5:1  20:9  96:4
**abbott**(26) 1:23  5:5  5:6  5:8  5:13  5:18
5:20  5:22  6:13  92:24  92:25  93:3  93:7
93:10  93:13  93:20  93:24  94:1  94:8  94:16
94:18  94:22  94:24  95:3  95:5  95:9

**abide**(3) 48:23  48:23  50:18
**abilities**(1) 74:1
**ability**(2) 9:16  13:11
**able**(17) 7:24  8:13  15:8  24:23  25:14  26:10
28:7  28:21  38:7  43:21  44:11  44:19  62:5  69:1
76:23  78:8  79:5  81:20

**ably**(1) 43:21
**about**(17) 6:5  10:5  13:5  13:10  15:8  16:7
16:7  16:10  16:10  21:23  25:2  28:19  28:24
29:24  31:2  32:18  34:20  35:4  35:19  36:23
37:23  38:1  38:6  38:22  39:7  42:24  44:22
47:9  49:23  50:2  50:12  54:3  55:22  57:1
57:4  59:9  67:22  70:1  71:2  71:6  72:5
73:16  85:5  85:15  88:12  88:23  94:5

**above-entitled**(1) 96:9
**absent**(2) 9:9  11:16
**absolutely**(3) 5:20  26:24  66:10
**abstain**(1) 32:12
**abstaining**(3) 31:24  46:13  55:22
**abuse**(1) 63:7
**accept**(1) 61:5
**accepted**(1) 54:6
**access**(3) 51:23  51:24  74:7
**accessing**(1) 51:14
**accommodate**(1) 14:25
**accommodated**(1) 85:22
**accomplish**(1) 26:9
**according**(1) 53:22
**account**(6) 8:2  12:2  12:13  53:7  53:23  54:1
**accounts**(2) 53:11  54:11
**accurately**(1) 39:21
**achieved**(1) 12:25
**acknowledge**(2) 70:16  75:2
**acknowledgement**(1) 48:5
**acquit**(1) 36:17
**acquitting**(2) 44:2  44:8
**across**(6) 24:16  40:7  40:22  41:5  88:2  89:1
**action**(7) 9:2  11:15  33:8  36:20  41:1  41:4
88:18

**actions**(1) 81:2
**active**(10) 17:3  17:18  17:22  18:2  18:3
18:11  36:13  36:18  37:9  65:7

**actively**(2) 36:2  36:3
**actual**(3) 8:25  13:15  68:23
**actually**(11) 6:4  17:15  17:21  19:11  23:11
23:17  31:13  32:7  36:10  59:21  86:24

**actuarial**(5) 38:16  76:17  77:7  77:8  77:11
**actuarially-driven**(1) 27:14
**actuaries**(4) 27:13  38:9  76:18  77 4
**add**  (1) 76 16
**add**(3) 45:9  73:14  73:14
**added**(3) 12:25  85:20  86:1
**addition**(7) 15:2  17:8  17:9  37:10  73:22
76:8  88:15

**additional**(4) 16:1  18:2  18:14  91:4
**additionally**(1) 35:21
**address**(12) 16:12  16:19  17:12  19:14  27:6
29:4  34:21  67:10  76:4  76:9  79:22  87:19

**addressed**(5) 15:25  19:9  46:5  67:9  75:20
**addresses**(1) 28:22
**addressing**(1) 39:14
**adequacy**(2) 16 6  29:5
**adequate**(2) 43:5  75:9
**adjourned**(2) 5:11  96:4
**adjust**(2) 23:19  23:21

**adjustments**(1) 12:11
**administered**(1) 1:6
**administration**(1) 26:3
**administrative**(3) 49:18  56:2  89:2
**administrator**(4) 40:6  47:22  48:4  57:17
**advance**(1) 6:3
**advantages**(1) 67:25
**adversarial**(1) 65:10
**adversary**(1) 35:7
**adverse**(1) 31:21
**advice**(2) 33:20  84:14
**advisors**(1) 10:12
**advocating**(1) 88:7
**affairs**(1) 79:5
**affect**(1) 18:21
**affected**(3) 19:1  37:4  88:3
**affidavit**(1) 69:10
**after**(7) 20:18  22:12  28:7  42:10  51:25
51:25  78:25

**afternoon**(2) 80:4  93:16
**afterwards**(1) 22:8
**again**(15) 9:15  11:15  12:8  13:23  18:15
25:17  26:9  29:12  38:25  40:3  63:24  68:25
71 1  81:24  90:14

**against**(2) 13:3  65:16
**age**(6) 41:6  43:2  43 14  57:20  61 23  84:5
**agency**(1) 78:4
**agenda**(2) 5:9  5:10
**ages**(1) 40:7
**ago**(2) 34:10  53:18
**agree**(5) 11:14  11:17  27:19  61:3  75:5
**agreed**(1) 59:23
**agreement**(4) 13:9  47:22  92:11  92:11
**ahead**(2) 93:6  93:9
**akin**(3) 2 11  14 3  34:3
**align**(4) 9:6  9:14  10:7  10:13
**all**(133) 6:4  7:15  8:1  9:19  10:7  10:16  10:18
10:21  11:16  11:16  12:8  13:13  13:23  14:1
14:4  14:8  16:5  16:14  22:5  24:12  26:8
26:15  26:16  26:22  27:20  28:22  30:15
30:22  31:11  32:17  32:24  33:4  33:25  34 16
35:11  35:16  36:7  36:9  37:4  38:18  39:1
39:2  39:7  39:13  40:6  40:7  40:8  40:8
41:22  42:1  44:11  44:19  45:1  45:18  46:6
46:19  48:22  49:25  50:9  50:24  51:8  51:11
51:15  51:21  51:22  53:14  53:21  53:26  54:2
56:13  60:11  60:17  60:25  61:15  62:5  63:11
63:12  63:12  64:9  65:16  65:16  67:11  67:22
69:5  71:10  71:24  72:4  72:15  74:5  75:2
75:21  75:22  76:16  79:5  79:10  80:3  80:7
80:9  80:9  81:9  81:14  81:22  81:22  82:23
82:12  83:20  84:3  84:12  84:18  84:22  84:25
85:4  85:4  85:13  88:5  88:14  89:1  89:2
89:12  89:15  89:16  89:18  89:25  91:20
92:22  94:13  94:19  94:25  95 5  95:12  95:16
95:16  96:2

**alleviate**(1) 73:22
**allocated**(1) 50:7
**allocation**(6) 16:22  27:8  27:14  28:3  28:5
93:11

**allocations**(1) 28:15
**allow**(2) 11 9  78:8
**allowable**(1) 49:17
**allowed**(1) 11:19
**allowing**(1) 27:13
**allows**(2) 57:25  83:13
**almost**(2) 22:24  40:20
**alone**(1) 81:18
**along**(1) 33:18
**already**(11) 15:13  29:19  30:4  31:1  44:20
49:13  50:6  64:13  67:9  79:16  85:17

**also**(56) 7:10  8:8  8:15  9:6  10:9  11:4
12:20  13:1  14:5  18:22  19:14  21:6  23:1
23:5  24:1  25:5  25:8  27:11  29:18  36:8
37:20  39:21  39:22  40:9  48:7  57:25  59:21
59:23  64:15  64:17  70:6  70:16  71:8  73:16
74:9  74:17  77:1  77:2  77:18  77:21  79:1
79:7  79:18  80:16  80:18  81:8  84:16  86:23
88:2  88:14  89:2  89:8  89:22  90:18  90:21
91:4

**although**(1) 41:15
**alvarez**(2) 25:8  77:17
**always**(7) 7:12  9:14  39:7  84:8  86:21  88:6
94:22

**amended**(3) 9:22  11:23  20:7
**amendment**(2) 29:20  9:20
**america**(2) 3:21  3:21
**american**(1) 50:14
**among**(1) 94:2
**amongst**(2) 26:18  28:13
**amount**(7) 28:9  50:16  58:10  58:11  62:4
66:6  76:20

**amounts**(1) 27:8
**analysis**(1) 76:18
**and**(301) 6:3  6:8  6:11  6:21  6:24  7:2  7:5
7:5  7:6  7:8  7:9  7:11  7:16  7:19  7:19  7:22
7:23  7:25  8:1  8:2  8:12  8:13  8:15  9:8  9:11
9:14  9:19  9:21  9:24  9:25  10:10  10:10
10:12  10:13  10:13  10:19  10:22  10:25  11:4
11:7  11:8  11:8  11:9  11:18  11:19  11:21
11:25  12:5  12:6  12:10  12:12  12:19  12:20
12:25  13:4  13:4  13:9  13:16  13:17  13:21
13:21  13:25  14:4  14:8  14:10  14:10  14:11
14:11  14:21  14:22  14:22  14:24  15:6  15:8
15:12  15:13  15:16  15:22  16:1  16:4  16:8
16:9  16:18  16:22  17:5  18:1  18:2  18:11
18:14  18:18  18:23  19:1  19:12  19:21  19:22
19:22  20:9  20:9  20:11  20:12  20:18  20:24
21:1  21:3  21:4  21:9  21:14  21:15  21:16
22:5  22:7  22:8  22:9  22:11  22:23  23:5
23:12  23:13  23:16  23:18  23:18  23:19
24:3  24:5  24:6  24:8  24:8  24:17  24:18
24:19  24:20  24:24  25:2  25:7  25:8
25:22  25:24  26:2  26:13  26:23  26:24
27:2  27:3  27:16  27:16  27:25  28:2  28:3
28:5  28:12  28:16  28:20  29:1  29:4  30:25
31:13  31:18  31:19  31:20  31:23  32:1  32:12
32:12  32:16  33:5  33:8  33:12  33:14  33:16
33:20  33:20  33:21  34:1  34:10  34:15
34:16  34:17  34:18  34:25  35:2  35:12  35:12
35:13  35:15  35:18  35:23  36:1  36:7  36:8
36:9  36:9  36:11  36:12  36:14  36:19
37:9  37:17  37:2  37:3  37:6  37:6  37:7  37:7
37:15  37:18  37:21  38:4  38:10  38:11  38:15
38:17  38:22  38:23  39:1  39:2  39:4  39:11
39:15  39:25  39:25  40:3  40:4  40:14  40:15
40:19  40:20  40:22  40:23  40:25  41:4  41:6
41:8  41:8  41:21  41:23  41:24  41:25  42:1
42:3  42:7  42:10  42:13  42:18  42:20  42:22
43:20  43:23  43:24  44:2  44:5  44:7  44:12
44:13  44:15  44:17  44:17  44:21  44:24  44:25
44:25  45:11  45:16  46:16  46:22  47:7  47:11
47:21  48:1  48:3  48:3

**and**(301) 48:6  48:7  48:9  48:14  48:16
48:17  48:19  48:19  48:20  48:21  49:9  49:19
49:20  49:22  49:24  49:25  49:25  50:3  50:4
50:5  50:7  50:8  50:10  50:11  50:14  50:18
50:16  50:19  50:20  50:22  50:23  50:24  51:3
51:3  51:4  51:7  51:7  51:12  51:13  51:20
51:20  51:22  51:24  52:2  52:5  52:8  52:8
52:9  52:9  52:11  52:12  52:16  52:17  53:3
53:14  53:17  53:17  53:19  53:20  53:20
53:21  53:21  54:3  54:5  54:6  54:8  54:10
54:11  55:10  55:10  56:7  56:9  56:16
56:23  57:8  57:9  57:14  57:15  57:19  57:24
58:1  58:8  58:9  58:13  58:18  58:20
59:6  59:7  59:12  59:13  59:14  59:17  59:18
59:18  59:19  59:23  59:24  60:5  60:6  60:13
60:15  60:16  60:17  60:22  61:3  61:4  61:5
61:5  61:7  61:9  61:15  61:19  61:23  61:24
62:2  62:3  62:3  62:5  62:6  62:7  62:18
62:24  63:6  63:7  63:8  64:1  64:8  65:16
65:22  65:23  65:25  66:12  66:24  66:25  67:5
67:6  67:6  67:25  67:25  68:1  68:1  68:3
68:5  68:6  68:10  68:17  68:18  68:20  68:21
68:25  69:1  69:3  69:11  70:7  70:8  70:10
70:11  70:12  71:4  71:5  71:7  71:8  71:9  71:15
71:15  72:1  72:4  73:2  73:5  73:13  73:14
73:22  73:24  74:1  74:5  74:8  74:15  74:17
74:24  74:24  75:4  75:17  75:22  76:1  76:17
76:20  76:21  77:1  77:12  77:15  77:22  78:1
78:6  78:6  78:18  78:18  78:19  79:2  79:7
79:7  79:17  79:21  80:1  80:7  80:8  80:10
80:12  80:14  80:15  80:16  80:17  80:21
81:10  81:12  81:14  81:22  81:23  81:24  82:1
82:4  82:6  82:9  82:25  83:6  84:2  84:4  84:4
84:11  84:11  84:14  84:15  85:3  85:4  85:7
85:11  86:10  86:14  86:15  86:18  86:19  86:21
86:23  86:24  86:25  87:6  87:6  87:8  87:9
87:18  87:10  87:19  88:1  88:1  88:10  88:25  89:1
89:3  89:9  89:14  89:14  89:19  89:22  90:23
93:23  90:1  90:2  90:9  90:4  90:5  90:5  90:8
90:9  90:11  90:16  90:17  90:19  90:20  90:25
91:1  91:5  91:7  91:8  91:9  91:12  91:13
91:14  91:14

**and**(20) 91:15  91:16  91:23  91:23  91:23
92:4  94:5  94:8  94:14  94:17  95:5  95:15
95:17

**andrew**(1) 3:35
**anecdotally**(1) 74:4
**ann**(1) 1:24
**another**(7) 33:1  40:9  43:14  47:13  58:19
70:23  78:25

**answer**(2) 13:9  13:21
**answered**(1) 31:1
**answers**(1) 10:14
**any**(42) 5:16  12:11  13:9  28:24  28:25
30:21  32:2  32:9  35:4  36:2  36:14  38:11
38:12  38:16  40:3  40:12  46:5  46:7  47:18
47:25  49:11  49:13  51:4  52:15  54:8  54:8
55:13  67:10  69:6  78:4  79:15  79:21  79:22
80:20  80:25  81:12  81:14  81:17  81:19
86:12  86:13  86:19

**anybody**(5) 32:21  36:14  38:17  65:19  94:11
**anymore**(2) 37:22  66:9
**anyone**(12) 29:21  45:21  66:24  74:10  76:9
78 12  79:15  82:14  83:14  83:18  84:20  86:8

**anything**(8) 33:2  48:24  52:25  63:12  67:7
73:21  77:15  89:24

**anyways**(1) 59:3
**apologize**(1) 6:3
**apology**(1) 22:25
**appear**(1) 55:14
**appearances**(1) 3:10
**applied**(1) 70:17
**apply**(1) 47:23

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line |
|---|---|

appoint(1) 35:13
appointed(2) 7:7 42:8
appointing(3) 32:18 32:19 35:10
appreciate(9) 17:12 62:13 64:9 68:14
68:22 85:4 85:7 87:21 88:4

appreciated(1) 73:2
appreciation(1) 90:4
appreciative(1) 89:19
approach(1) 20:1
appropriate(8) 7:22 38:8 44:17 58:22
59:24 69:14 88:16 89:22

appropriately(3) 43:11 62:17 87:20
approval(13) 13:16 13:18 15:10 18:15
44:15 47:8 48:1 48:17 48:20 48:20 53:15
91:11 92:3
approvals(1) 44:24
approve(8) 23:6 27:9 42:3 44:12 44:23
53:11 90:8 90:14

approved(18) 6:23 10:22 19:6 21:5 21:10
21:14 21:15 27:1 48:3 49:15 50:4 52:14
53:6 53:20 54:3 54:5 65:4 78:20

approves(1) 66:22
approving(5) 10:17 10:17 13:14 91:8 92:10
approximately(1) 11:21
april(2) 7:1 13:15
arduous(3) 7:8 47:1 84:1
are(115) 7:10 7:19 9:8 9:9 9:11 10:7
10:20 11:14 13:2 13:9 13:14 13:18 15:10
15:12 15:19 15:23 16:14 16:25 17:3 17:7
17:7 17:9 18:17 20:19 20:21 20:24 21:10
24:10 26:8 26:9 27:11 27:21 28:1 28:6
28:18 29:5 29:7 31:21 32:20 33:10 33:16
33:16 33:19 33:19 36:15 39:13 40:15
42:13 42:20 42:21 43:11 43:19 43:21
43:23 44:17 46:2 48:3 48:7 49:22 49:22
52:18 53:21 54:3 55:16 57:21 58:3 58:3
58:5 58:12 60:4 61:13 61:15 62:15 62:16
64:2 64:10 64:13 65:14 65:18 65:24 66:3
67:24 68:15 69:1 70:11 70:18 70:19 72:15
72:21 73:9 74:18 75:1 75:2 76:5 77:24
77:25 78:1 78:11 78:23 79:6 79:8 79:18
86:2 86:3 87:20 88:22 88:23 89:5 90:16
90:24 91:4 91:22 92:7 93:7 93:21

aren't(3) 9:13 21:9 78:22
argued(1) 70:5
arguing(1) 34:11
argument(8) 30:2 30:8 30:10 30:12 30:16
30:21 30:22 59:1

arguments(16) 16:10 18:7 29:19 29:21
29:24 33:19 33:23 33:24 39:6 67:9 70:8
79:16 79:18 85:24 87:18 88:23

arms(1) 42:12
arms-length(3) 7:25 15:14 90:14
around(1) 6:5
arsht(1) 1:22
art(1) 81:15
aside(2) 30:2 78:21
ask(15) 16:2 42:20 50:13 60:23 79:2
44:11 44:23 68:7 73:8 79:14 94:20

asked(5) 16:2 42:20 50:13 60:23 79:2
asking(3) 18:16 34:20 44:4
asks(1) 57:17
assembled(1) 20:2
assert(1) 74:20
asserted(3) 13:2 20:20 20:23
assertions(1) 73:13
assessment(1) 28:21
assist(2) 32:21 68:4
assistance(1) 8:3
associated(2) 52:2 52:13
assume(1) 94:23
assuming(1) 62:17

attached(3) 20:12 47:20 92:2
attempted(1) 18:23
attending(1) 68:14
attention(3) 93:17 94:3 94:10
attest(1) 72:8
attorney(1) 90:2
attorney/client(1) 32:1
attorneys(2) 25:9 81:22
attorneys'(1) 54:22
audible(2) 83:19 84:21
auditor(1) 37:24
auditors(1) 81:23
aurelius(1) 4:36
authorized(3) 18:19 86:2 86:7
available(9) 12:18 19:23 19:25 28:24 41:8
54:7 77:15 77:20 77:23

avoid(2) 70:11 78:13
award(1) 48:1
aware(3) 6:17 20:11 43:24
away(4) 49:10 50:6 57:25 58:5
back(5) 7:7 8:15 18:11 28:5 32:17
36:12 65:22 81:5

backup(1) 81:18
balance(1) 54:7
bank(2) 3:21 3:21
bankruptcy(6) 1:1 1:19 24:25 26:20 28:1
49:6

bargaining(1) 26:21
barry(2) 16:1 59:18
base(1) 65:22
based(4) 27:15 47:10 60:20 90:6
basic(4) 24:14 27:25 30:8 68:12
basically(4) 30:17 59:4 66:16 81:18
basics(1) 11:14
basis(9) 8:25 24:21 29:18 51:10 90:19
90:22 91:2 91:10 91:18

bassett(1) 2:42
bear(1) 69:15
because(65) 5:14 8:12 9:7 10:2 10:22 11:5
12:14 16:3 16:15 16:25 17:13 18:7 19:11
19:11 20:2 23:22 25:20 26:9 27:4 27:11
27:14 27:19 28:3 28:9 28:17 30:6 31:12
31:21 31:25 33:5 38:14 39:3 39:8 41:1
42:25 44:6 47:15 49:10 50:1 51:6 51:10
51:20 52:15 53:4 54:21 56:2 58:17 60:1
68:15 69:7 70:19 72:1 73:25 75:1 78:10
84:17 85:18 87:19 89:2

beckerman(26) 2:12 32:8 34:1 34:2 34:3
34:6 34:14 36:1 38:1 38:25 39:11 39:20
39:25 40:17 40:25 42:5 43:10 43:18 43:25
44:2 44:10 44:22 45:2 45:3 45:13 71:14

been(90) 7:3 7:8 7:25 8:1 8:2 9:5 9:6
10:11 13:5 15:15 15:24 16:23 17:24 18:24
19:21 22:20 23:2 23:22 24:22 25:2 26:11
28:7 29:22 30:17 32:6 32:7 33:3 34:8
34:25 35:3 35:7 36:7 36:24 37:1 37:7
38:10 38:11 39:7 40:5 41:11 41:23 41:24
42:6 42:21 42:25 44:2 44:8 45:12 47:1
48:15 49:13 49:15 50:11 52:6 53:5 53:6
60:16 62:13 65:1 68:18 68:23 69:25 70:7
72:10 72:14 72:3 72:4 72:7 72:7
80:12 83:25 84:6 84:17 87:4 87:22 88:25
89:19 90:3 90:10 90:13 90:15 91:4 94:5
90:22 92:22 93:4 93:17 94:1 94:5

before(26) 1:18 12:12 12:12 15:20 20:13
21:21 21:25 24:12 25:19 33:6 33:8 34:14
46:10 47:4 53:26 58:12 58:18 60:1 60:2
60:16 63:9 68:23 71:13 73:4 74:4 81:8

beginning(2) 46:3 80:19

behalf(8) 22:19 34:3 34:22 39:4 45:24
48:2 80:10 80:17

behind(1) 20:12
being(24) 6:19 8:11 8:16 12:1 16:9 16:18
16:20 18:7 18:17 20:22 20:24 24:14 28:22
35:5 39:16 42:20 45:10 45:10 49:12 57:11
70:17 75:7 75:11 90:1

believe(18) 15:25 16:8 22:8 30:4 30:20
33:2 33:10 44:16 64:20 64:22 66:24 69:15
69:24 70:4 70:6 79:22 82:10 90:21

believed(1) 29:20
belnap(1) 3:29
benefit(18) 7:14 11:21 12:25 17:13 17:21
19:22 37:20 41:22 50:4 51:8 52:4 52:24
54:7 57:20 58:6 60:20 60:21 84:13

benefited(1) 93:14
benefiter(1) 49:3
benefits(32) 6:23 7:5 7:5 7:19 7:20 7:23
8:9 10:2 11:2 11:4 13:3 16:22 19:4 20:21
20:21 21:3 21:3 21:6 39:9 47:17 48:3
48:16 49:4 49:15 50:7 50:10 50:12 52:13
53:15 57:10 58:1 58:11

berger(1) 55:11
best(11) 11:8 27:17 33:23 42:19 76:2
80:22 80:24 80:24 81:1 81:15 84:6

bet(2) 6:12 95:4
better(7) 30:18 44:5 47:12 47:16 68:16
88:24 94:25

betterment(1) 25:1
between(4) 9:16 15:15 32:15 87:5
beyond(4) 19:24 73:4 89:24 90:1
biased(1) 38:3
bigger(2) 33:17 43:15
biggest(1) 73:20
bill(4) 21:4 53:25 53:25 53:25
billing(1) 90:11
bills(1) 55:18
bilmes(1) 3:14
bind(1) 63:13
binding(3) 47:14 47:19 66:12
bit(4) 22:24 41:16 72:16 81:16
black(3) 20:10 23:10 23:17
blessed(1) 62:10
board(1) 40:22
bond(1) 19:22
bondholder(5) 2:40 10:20 14:4 45:6 45:9
bondholders(1) 32:15
bonus(1) 49:21
book(1) 17:14
both(14) 21:10 21:12 27:16 33:8 34:17
34:24 37:8 59:13 59:18 61:9 67:25 70:9
88:11 89:2

brain(1) 50:1
breach(1) 40:2
breaches(1) 40:3
breaks(1) 6:11
brenda(2) 42:20 80:2
brian(2) 4:6 45:22
brickley(1) 3:18
brief(2) 45:9 79:20
briefly(3) 79:19 80:7 80:9
bring(4) 14:7 87:2 89:14 94:10
bringing(3) 6:15 8:7 94:2
broken(1) 26:4
bromley(1) 13:3
brought(2) 6:18 93:17
bryant(1) 2:15
buchanan(1) 3:4
bucket(1) 49:14
budge(1) 52:17
bullet(1) 70:6

burned(1) 30:6
business(2) 25:17 47:11
but(114) 5:13 6:5 7:20 8:24 9:10 9:13
9:22 10:4 10:7 10:18 11:12 11:13 11:22
12:15 13:11 13:14 18:19 17:12 17:22
19:13 19:25 20:10 21:21 22:3 24:14 24:25
26:4 26:8 26:13 26:25 26:22 28:1 28:25
30:6 30:9 30:16 30:22 31:2 33:20 39:6
39:14 40:4 41:12 41:19 45:9 46:14 47:13
49:9 50:2 50:2 51:11 51:23 52:1 52:14
53:16 53:18 54:4 54:17 59:15 59:14 56:8
56:24 57:23 58:4 60:19 61:13 62:7 62:11
62:19 63:1 64:10 65:8 66:12 67:7 67:14
67:16 68:11 68:13 68:22 68:25 69:25 70:5
70:23 71:7 71:13 72:5 73:5 74:11 75:5
75:21 76:11 76:23 77:25 80:13 81:13
81:16 84:6 84:9 85:17 86:5 86:21 86:25
88:2 88:6 88:7 88:20 89:2 89:5 89:16
89:22 91:3 93:5 94:9 94:14

buying(1) 48:24
bylaws(2) 49:12 65:4
calculated(2) 54:13 58:12
calculation(1) 38:16
calculations(2) 16:21 38:3
calendar(2) 8:13 8:15
california(1) 53:22
call(6) 29:5 30:2 62:11 74:5 74:7 78:3
called(1) 78:1
calling(2) 27:18 87:4
calls(6) 24:6 69:2 73:23 75:20 77:2 87:2
came(7) 6:8 23:11 29:13 47:8 51:4 61:4
77:6

can(39) 6:11 8:13 10:20 11:22 12:24 13:6
19:14 22:20 26:12 30:5 35:8 37:17 47:4
47:10 47:11 50:5 51:12 52:14 54:1 54:6
54:10 54:19 55:1 57:10 57:11 57:22 58:5
60:1 65:23 66:25 72:8 73:13 73:21 74:19
77:15 77:20 86:21 87:9 87:9

cancels(1) 50:18
cannot(4) 47:15 54:2 65:24 65:24
can't(9) 9:23 9:23 10:23 18:11 30:7 50:17
50:18 61:22 74:4

capability(1) 51:14
capable(5) 35:6 35:13 36:4 36:18 36:19
capital(6) 3:12 3:13 4:1 4:29 4:33 4:36
car(1) 48:24
card(1) 21:4
care(10) 24:15 25:3 37:7 48:8 50:2 57:13
60:2 62:3 84:6 95:15

carefully(1) 37:6
cares(1) 11:22
carol(1) 4:18
carried(1) 17:15
case(14) 1:5 7:21 24:9 24:17 24:25 31:22
44:5 46:17 90:6 90:7 90:11 93:7 93:13
93:15

cases(3) 24:20 32:5 50:25
cash(1) 25:16
categories(1) 40:7
category(1) 21:4
caught(1) 95:7
cause(1) 70:10
caused(1) 50:1
caution(1) 54:25
caveats(1) 12:8
cede(2) 5:14 22:6
certain(10) 11:5 29:6 29:25 31:3 40:12
60:1 74:3 75:1 77:23 78:5

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line |
|---|---|
| certainly(37) | 6:16 7:17 8:7 11:1 13:9 14:22 28:23 35:19 39:5 39:25 55:25 56:23 59:24 63:2 63:23 64:1 68:6 73:2 73:14 75:13 79:20 84:25 85:10 85:11 87:10 87:15 88:6 88:15 89:19 90:4 90:6 90:18 91:3 91:10 94:25 95:14 95:14 |
| certainty(2) | 12:16 65:13 |
| certification(12) | 29:18 42:18 43:7 44:4 44:13 44:25 66:12 66:17 90:8 90:24 91:11 96:6 |
| certified(1) | 43:19 |
| certify(2) | 42:3 96:7 |
| cetera(7) | 54:19 76:5 76:18 77:3 77:10 77:10 77:25 |
| cetus(1) | 4:29 |
| change(6) | 12:13 20:8 20:11 52:3 85:16 94:15 |
| changed(1) | 33:2 |
| changes(3) | 23:10 51:4 51:7 |
| changing(1) | 48:13 |
| chapter(2) | 1:8 40:18 |
| charged(1) | 80:19 |
| charity(2) | 52:20 52:21 |
| chart(4) | 28:4 53:6 76:9 77:16 |
| chase(1) | 2:43 |
| children(1) | 67:6 |
| choice(3) | 9:18 10:1 13:6 |
| choose(3) | 9:16 10:3 21:13 |
| chooses(1) | 49:6 |
| chris(1) | 2:5 |
| chung(1) | 3:22 |
| circuit(1) | 70:20 |
| circuits(1) | 70:18 |
| circumstance(1) | 43:12 |
| circumstances(6) | 7:18 12:13 68:15 88:12 91:6 91:15 |
| cited(1) | 90:10 |
| citi(1) | 4:33 |
| civil(1) | 90:20 |
| claim(25) | 11:19 11:19 11:24 12:3 12:20 21:3 21:11 25:7 25:11 31:7 47:8 47:25 48:1 48:1 48:22 49:2 49:18 49:18 52:15 53:5 53:6 53:15 53:24 57:17 86:1 |
| claims(22) | 7:5 10:21 13:2 16:22 20:15 20:17 20:20 20:20 20:21 20:23 21:7 21:15 21:22 21:24 22:5 26:1 30:4 42:16 50:8 54:6 54:8 54:9 |
| clara(1) | 52:8 |
| class(58) | 8:16 9:2 11:15 11:21 15:11 15:23 15:25 17:1 18:4 29:9 29:13 29:25 30:9 30:14 30:23 31:2 31:4 33:8 33:24 36:20 39:23 41:1 41:4 42:3 42:18 42:21 42:22 43:4 43:7 43:8 43:10 43:22 44:4 44:6 44:13 44:17 44:18 44:18 44:25 50:11 63:11 63:13 65:12 66:12 66:17 67:8 68:3 76:22 76:23 80:18 88:18 89:8 90:8 90:9 90:17 90:23 91:1 91:11 |
| class-wide(1) | 91:2 |
| classes(1) | 43:19 |
| classification(3) | 63:4 63:8 63:11 |
| classify(1) | 63:10 |
| clean(1) | 20:1 |
| clean-up(1) | 85:15 |
| clear(8) | 9:22 18:25 37:14 38:14 41:13 54:10 68:13 74:18 |
| cleared(1) | 54:3 |
| clearer(2) | 23:21 79:23 |
| clearly(6) | 29:16 37:17 42:12 44:7 44:8 74:19 |
| cleary(2) | 1:29 5:25 |

| Word | Page:Line |
|---|---|
| cleave(1) | 33:11 |
| cleaved(1) | 89:9 |
| cleaving(1) | 89:7 |
| clerk(1) | 5:2 |
| close(3) | 56:6 58:11 89:17 |
| closely(2) | 69:7 87:1 |
| cobra(6) | 17:5 17:20 17:20 18:3 18:3 18:11 |
| colds(1) | 6:5 |
| colleague(1) | 46:16 |
| colleagues(1) | 36:7 |
| collective(1) | 26:21 |
| column(4) | 21:10 21:15 76:13 76:16 |
| come(14) | 6:5 7:21 19:25 37:1 46:17 46:18 46:20 60:17 65:25 65:25 71:19 77:8 80:6 88:15 |
| comfort(2) | 34:19 36:21 |
| comfortable(2) | 32:24 33:5 |
| corrected(2) | 35:21 38:19 |
| coming(8) | 28:5 52:21 52:22 64:6 64:8 68:4 76:18 81:4 |
| comment(2) | 37:12 75:6 |
| comments(5) | 23:17 35:7 45:17 79:15 79:21 |
| committee(89) | 2:5 2:32 4:4 7:7 9:3 10:8 10:19 10:20 11:20 11:24 14:2 14:3 14:4 14:23 16:10 22:19 24:3 24:7 24:8 24:15 24:22 25:2 26:20 27:2 30:23 31:12 31:18 31:23 31:25 32:6 32:19 32:20 32:22 33:1 33:12 33:16 33:16 34:4 34:10 34:23 35:1 35:5 35:10 36:12 37:11 37:19 38:11 41:18 41:20 45:25 46:13 52:1 54:18 54:24 55:21 56:24 57:4 60:14 60:15 61:3 61:15 63:3 63:14 65:2 65:3 65:5 65:11 65:15 65:18 68:3 68:11 69:1 69:13 73:24 75:8 79:6 80:9 81:1 81:4 81:24 82:6 83:25 84:2 84:4 84:13 84:17 86:4 87:22 95:11 |
| committees(7) | 7:10 10:11 13:12 22:7 23:18 32:7 32:7 |
| committee's(5) | 7:10 11:1 27:7 33:20 78:17 |
| common(2) | 29:17 30:25 |
| communicate(1) | 14:24 |
| communications(2) | 23:8 40:5 |
| comp(1) | 6:19 |
| companies(1) | 52:7 |
| company(11) | 40:19 47:13 47:18 49:11 49:24 49:25 50:3 50:5 50:22 52:9 61:14 |
| compatriots(1) | 30:16 |
| compensation(5) | 7:14 11:3 18:6 43:6 48:16 |
| competing(1) | 16:16 |
| complained(1) | 29:7 |
| complaint(13) | 8:16 9:4 29:10 29:14 29:25 30:9 30:15 30:20 30:24 31:1 33:24 39:23 41:4 |
| complaints(1) | 13:4 |
| complete(2) | 33:8 41:3 |
| completely(4) | 36:17 38:9 40:20 93:1 |
| complex(2) | 66:3 90:25 |
| complicated(2) | 26:19 29:23 |
| composed(1) | 24:8 |
| comprehending(1) | 74:12 |
| comprehension(1) | 74:1 |
| compromise(6) | 65:8 67:15 67:17 68:20 71:10 88:14 |
| compromised(1) | 16:9 |
| computation(1) | 27:8 |
| computations(1) | 27:15 |
| conaway(1) | 1:40 |
| conceding(1) | 40:3 |
| concept(1) | 39:14 |
| conceptually(1) | 25:11 |
| concern(7) | 11:6 38:1 67:5 73:1 74:11 94:1 94:5 |
| concerned(3) | 31:4 37:23 73:16 |

| Word | Page:Line |
|---|---|
| concerns(12) | 16:7 16:17 21:25 24:10 35:4 46:5 59:25 64:2 66:26 74:20 79:21 91:5 |
| conclusion(2) | 68:4 89:14 |
| concurring(1) | 46:3 |
| condition(1) | 48:20 |
| conditions(3) | 18:9 35:12 69:3 |
| confer(1) | 94:4 |
| conference(5) | 24:6 69:2 73:23 74:5 87:2 |
| confidential(5) | 25:4 26:12 54:22 56:10 56:11 |
| confidentiality(8) | 24:10 24:14 24:16 26:5 32:2 82:3 86:4 86:21 |
| confidentially(1) | 27:3 |
| conflict(1) | 30:13 |
| confused(1) | 21:9 |
| confusing(1) | 73:21 |
| confusion(2) | 21:23 67:3 |
| conjunction(1) | 77:21 |
| connection(1) | 43:6 |
| consensual(2) | 7:12 24:21 |
| consider(4) | 11:10 35:12 58:19 91:5 |
| consideration(3) | 33:1 58:8 91:2 |
| considerations(2) | 32:5 32:19 |
| considered(2) | 19:13 75:3 |
| considering(1) | 91:17 |
| consistent(3) | 86:14 94:19 95:11 |
| constituencies(1) | 36:25 |
| constituency(16) | 24:11 25:18 25:20 26:10 26:14 31:22 34:23 38:13 38:13 38:18 39:4 42:9 65:2 67:18 70:1 77:22 |
| constituents(4) | 25:6 37:11 79:9 94:2 |
| constitutionally(1) | 59:13 |
| construct(1) | 9:2 |
| contact(3) | 77:17 87:9 87:10 |
| contains(1) | 13:21 |
| contemplate(1) | 91:5 |
| contemplating(1) | 90:24 |
| contentious(1) | 72:4 |
| contentiously(1) | 88:6 |
| context(2) | 77:1 78:6 |
| continuation(4) | 18:10 18:12 60:22 89:6 |
| continue(4) | 11:2 26:25 33:7 65:11 |
| continued(2) | 2:2 3:2 |
| contract(30) | 47:14 47:19 48:1 48:6 48:18 48:21 48:22 48:24 48:25 48:25 49:1 49:1 49:4 49:5 49:10 49:12 49:20 50:8 52:16 53:6 53:12 54:8 54:9 57:10 57:11 57:16 57:21 58:6 61:11 |
| contractor(1) | 52:10 |
| contrary(1) | 27:21 |
| contributed(1) | 69:5 |
| control(1) | 52:15 |
| conversations(2) | 23:11 59:19 |
| cooper(1) | 1:30 |
| coordinate(2) | 10:13 94:5 |
| coordination(1) | 93:14 |
| copies(1) | 74:8 |
| copy(1) | 20:1 |
| cord(1) | 1:24 |
| corner(1) | 7:2 |
| corporate(1) | 68:12 |
| corporation(1) | 52:11 |
| correct(11) | 9:19 12:19 14:12 17:2 24:5 34:7 59:4 66:23 67:23 75:17 96:7 |
| cost(1) | 53:3 |
| costing(1) | 50:19 |
| costs(1) | 26:3 |
| coughing(1) | 6:7 |

| Word | Page:Line |
|---|---|
| could(30) | 9:17 13:2 16:19 23:19 24:7 24:16 25:10 25:19 31:25 40:11 41:12 42:24 43:15 44:3 49:6 54:18 64:16 67:18 70:5 70:14 71:5 71:16 73:8 78:13 79:4 79:22 84:15 89:9 89:11 89:25 |
| couldn't(2) | 8:10 40:23 |
| counsel(8) | 14:1 24:17 44:18 44:18 45:12 59:22 68:2 85:17 |
| counselor(1) | 78:4 |
| counselors(2) | 77:25 78:1 |
| couple(6) | 6:19 7:3 24:5 53:17 85:22 92:1 |
| course(12) | 22:11 27:23 28:16 32:9 32:11 44:18 64:25 66:13 75:23 76:25 77:1 78:2 |
| court(288) | 1:1 5:3 5:6 5:12 5:16 5:19 5:22 6:2 6:7 6:12 6:25 8:5 8:17 8:22 9:17 9:25 11:11 12:4 12:15 12:18 12:23 13:17 13:17 14:6 14:10 14:15 14:20 15:17 15:21 16:24 17:3 17:5 17:7 17:10 17:17 17:23 18:5 18:13 19:3 19:5 19:7 19:17 19:20 20:4 20:16 21:18 22:2 22:10 22:13 22:15 22:17 22:22 23:3 23:7 23:15 23:25 24:13 25:23 26:6 26:23 27:12 27:24 28:11 28:14 29:1 29:4 29:11 30:11 31:2 31:7 31:10 31:15 32:9 32:11 32:14 33:14 33:25 34:5 34:13 35:25 36:5 37:25 38:24 39:10 39:19 39:24 40:16 40:24 42:4 43:9 43:12 43:23 44:1 44:9 44:21 45:1 45:3 45:7 45:18 45:20 45:23 46:1 46:6 46:9 46:11 46:15 46:19 46:22 46:24 47:1 47:5 47:24 48:11 49:8 51:16 51:18 53:2 53:10 53:13 54:16 54:23 55:4 55:9 55:13 55:17 55:19 55:24 56:4 56:10 56:13 56:15 56:18 56:21 57:1 57:6 57:8 57:18 58:2 58:16 58:22 58:25 59:4 59:8 59:11 59:16 60:4 60:6 60:9 60:11 60:25 61:2 61:8 61:16 61:18 61:20 62:9 62:12 62:16 62:23 63:1 63:5 63:15 63:19 63:22 64:1 64:4 64:6 64:8 64:13 64:19 64:25 65:20 66:2 66:5 66:8 66:16 66:19 66:21 66:23 67:2 67:13 67:19 67:21 67:24 68:2 68:9 68:13 68:24 69:9 69:13 69:17 69:20 69:23 70:3 70:12 70:15 70:21 70:25 71:3 71:18 71:21 71:24 72:6 72:9 72:20 73:1 73:11 73:18 74:2 74:15 74:22 75:14 75:18 75:22 76:6 76:14 76:25 77:5 77:13 78:15 79:10 79:12 79:14 79:16 80:1 80:3 82:8 82:12 82:15 82:17 82:19 82:3 83:6 83:12 83:17 83:20 83:22 84:19 84:22 84:25 85:9 85:10 85:13 85:17 85:19 86:10 86:15 86:17 87:12 87:14 87:16 87:23 88:17 89:10 89:18 91:2 91:3 91:5 91:7 91:19 91:20 91:22 92:6 92:9 92:13 92:15 92:18 92:21 92:24 93:2 93:6 93:9 93:12 93:19 93:23 93:25 94:7 94:12 94:17 94:20 94:23 94:25 95:4 95:9 95:9 95:12 95:14 |
| courtroom(9) | 1:10 6:16 10:8 18:24 19:15 22:9 85:23 87:25 93:8 |
| court's(1) | 94:10 |
| cover(1) | 6:10 |
| coverage(7) | 49:3 54:7 77:23 78:13 79:3 79:4 81:19 |
| covers(1) | 30:15 |
| cozy(1) | 72:3 |
| craig(1) | 3:33 |
| created(4) | 20:22 57:24 86:6 87:5 |
| credit(2) | 21:4 49:11 |
| creditor(4) | 10:19 14:3 31:18 31:19 |
| creditors(2) | 24:24 31:17 |
| creditors'(1) | 2:4 |
| creditor's(2) | 34:3 34:23 |
| crib(2) | 87:4 87:7 |
| cries(1) | 91:1 |
| crying(1) | 6:4 |
| current(5) | 17:15 41:17 41:17 54:5 80:11 |

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**dad(1)** 62:3
**data(5)** 1:40 27:18 84:11 85:25 96:14
**date(5)** 70:19 70:19 81:9 83:9 96:13
**dates(4)** 20:8 91:13 93:20 95:11
**david(73)** 46:12 46:17 46:19 46:21 46:23 46:25 47:3 47:6 47:7 47:25 48:12 49:9 51:17 51:19 53:3 53:11 53:14 54:19 54:26 55:5 55:5 55:6 55:16 56:20 56:12 56:22 56:25 57:3 57:7 57:9 57:19 58:3 58:17 58:21 58:24 59:2 59:7 60:5 60:8 60:10 60:11 60:12 61:1 61:3 61:9 61:17 61:19 61:21 62:2 62:10 62:12 62:15 62:22 62:25 63:3 63:6 63:18 63:21 63:22 63:25 64:3 64:5 64:7 64:8 64:24 65:6 65:9 65:21 68:14 68:18 69:6 73:10 79:17
**david's(4)** 73:2 73:13 73:20 87:24
**day(12)** 3:26 5:7 5:8 22:25 25:15 38:5 59:10 67:17 74:6 86:25 94:14 95:17

**days(2)** 18:1 57:23
**deadline(1)** 13:20
**deadlines(1)** 87:5
**deal(9)** 25:21 34:16 35:9 35:15 35:16 35:20 37:7 67:14 81:15

**dealing(3)** 23:4 32:6 39:16
**deals(1)** 30:3
**deb(1)** 83:24
**debate(1)** 36:13
**debenture(1)** 3:29
**deborah(1)** 3:47
**debtor(2)** 17:13 49:16
**debtors(24)** 1:12 1:22 2:19 6:1 7:11 7:17 7:20 11:14 11:17 13:3 14:2 19:6 19:20 19:22 23:18 27:16 27:23 38:13 39:8 39:16 45:11 56:7 59:20 88:8 88:25

**debtors'(5)** 9:10 10:19 12:22 17:14 38:3
**debtor's(1)** 93:17
**decide(1)** 38:18
**decided(2)** 61:5 79:6
**deciding(1)** 75:5
**decision(4)** 27:7 65:8 66:10 66:11
**decisions(3)** 24:14 38:17 84:15
**dedicated(1)** 77:18
**dedicating(1)** 7:9
**deep-dive(1)** 15:11
**defer(1)** 94:13
**deferred(2)** 6:19 43:6
**defines(1)** 60:13
**definitely(1)** 71:13
**definition(1)** 47:8
**deflected(1)** 13:11
**delaware(4)** 1:2 1:12 2:23 5:1
**delivered(1)** 48:3
**denigrate(1)** 69:6
**dent(1)** 3:30
**dental(1)** 52:4
**dentist(1)** 53:25
**dentists(1)** 53:21
**department(2)** 33:22 42:8
**derek(1)** 1:23
**derived(2)** 54:21 77:7
**described(2)** 13:7 13:8
**describing(2)** 34:7 35:1
**despite(1)** 69:2
**detail(3)** 26:14 28:24 51:20
**determination(1)** 62:19
**determined(3)** 38:9 42:15 66:14
**determining(1)** 35:12
**deviate(2)** 31:20 32:8
**diaz(2)** 1:40 96:14
**did(19)** 8:21 20:22 22:25 23:17 25:11 25:13 27:9 31:4 31:13 33:6 33:22 46:15 47:7 50:23 51:6 65:4 65:11 77:8 78:12

**didn't(12)** 8:18 20:10 33:9 36:17 51:23 57:14 58:8 61:3 71:12 72:25 92:1 92:16

**die(1)** 57:12
**died(1)** 62:4
**differences(3)** 38:22 38:23 39:13
**differences(3)** 33:11 39 14 60:13
**different(23)** 13:4 20:3 20:3 20:12 32:4 35:11 39:5 43:14 49:15 56:20 68:22 71:5 73:25 75:19 76:16 76:20 85:22 87:5 88:22 89:5 89:6 93:1 93:21

**differently(1)** 88:22
**difficult(7)** 7:18 24:13 26:22 72:1 80:13 80:14 90:25

**diligence(2)** 80:10 80:12
**diminished(1)** 49:11
**disabilities(1)** 35:11
**disability(1)** 13:3 47:16 48:4 48:12 48:15 51 2 76:13

**disabled(23)** 7:4 7:14 7:18 9:3 9:8 9:24 10:10 11:2 16:14 17:14 17:16 17:25 18:18 18:24 19:2 22:19 29:8 40:7 47:13 49:25 50:16 57:12 77:9

**disabling(1)** 48:14
**disadvantages(1)** 67:25
**disagree(3)** 52:5 68:19 70:17
**disagreement(1)** 36:16
**disappointed(1)** 72:10
**disclosed(1)** 12:3
**disclosure(5)** 11:23 12:2 14:8 20:10 54:18
**disclosures(1)** 9:21
**discount(2)** 26:1 70:17
**discounting(1)** 58:14
**discovery(7)** 8:2 15:16 24:19 33:7 33:8 36:9 90:15

**discuss(2)** 24:1 28:24
**discussed(5)** 39:21 41:19 73:20 78:10
**discussing(4)** 32:3 33:3 43:17 77:2
**discussion(3)** 19:10 65:7 78:24
**discussions(4)** 26:13 36:11 38:6 75:8
**disputes(1)** 36:9
**dissemination(1)** 67:4
**dissent(1)** 65:5
**dissenting(1)** 65:6
**distributed(2)** 6:21 38:9
**distribution(1)** 43:1
**district(2)** 1:2 90:12
**dividing(1)** 57:4
**docket(1)** 91:24
**doctors(2)** 53:5 57:13
**document(5)** 12:1 51:9 51:11 51:23 51:25
**documentation(4)** 37:12 38:22 39:7 40:4
**documents(12)** 11:13 13:8 14:5 19:24 33:5 39:1 50:9 50:24 51:13 51:21 51:22 51:25

**does(9)** 12:20 32:4 39:12 45:9 61:24 63:14 63:19 66:18 68:12

**doesn't(7)** 28:9 28:9 43:13 49:9 55:14 70:23 76:9

**doing(1)** 10:16 27:17 36:4 38:2 38:15 76:1 77:4 78:8 82:7 85:5 91:7

**dollar(1)** 89:12
**dollars(1)** 89:9
**done(12)** 27:10 27:21 35:17 44:22 53:18 78:21 81:24 82:1 82:4 82:10 86:16 91:23

**don't(43)** 8:14 18:12 19:10 19:23 27:20 31:16 32:23 33:1 33:10 36:14 41:10 42:23 43:8 44:3 50:1 50:2 50:2 51:3 52:4 52:15 52:19 52:21 53:16 54:4 54:17 57:16 58:4 60:18 63:7 63:19 64:20 64:22 66:24 74:10 75:22 81:17 81:17 81:19 81:20 82:24 87:19 88:8 94:8

**dorsey(1)** 2:20
**double-dip(1)** 9:23
**doubt(2)** 36:4 86:19
**dow(2)** 3:17 3:17
**down(7)** 8:19 18:1 30:6 40:15 40:21 54:1 54:2

**drafts(1)** 14:1
**driven(3)** 24:10 76:17 77:11
**dropped(1)** 50:19
**due(4)** 48:15 54:7 78:13 91:6
**duplicatively(1)** 92:17
**during(1)** 36:16
**duties(4)** 30:14 36:17 40:2 43:24
**duty(4)** 24:15 24:15 25:6 42:16
**each(5)** 16:16 77:25 84:16 90:13 90:17
**eager(2)** 71:20 73:5
**earlier(2)** 29:22 94:14
**early(1)** 29:13
**easier(1)** 8:19
**easy(5)** 27:4 65:7 65:8 89:7 89:8
**echo(1)** 80:6
**economist(1)** 62:3
**ecro(1)** 1:38
**educated(2)** 84:9 84:15
**effect(1)** 81:9
**effective(1)** 6:20
**effort(6)** 10:13 14:22 15:5 34:16 37:13 88:14

**efforts(4)** 14:23 87:21 90:3 90:5
**eight(2)** 15:24 64:22
**eight-hour(1)** 69:2
**either(6)** 10:2 24:18 36:17 38:6 38:12 47:20 69:10 89:13

**electronic(2)** 1:46 96:8
**eligibility(1)** 13:10
**eligible(2)** 9:12 92:7
**eliminate(1)** 60:6
**elimination(1)** 63:5
**elliott(2)** 2:32 22:18
**else(10)** 18:23 38:17 45:21 65:19 77:12 82:13 83:15 83:18 84:20 94:11

**email(1)** 15:1
**emails(1)** 59:19
**embrace(1)** 84:10
**emea(1)** 2:19
**emotional(2)** 26:23 88:12
**employ(1)** 52:9
**employed(1)** 52:10
**employee(15)** 6:18 7:4 17:22 19:22 47:11 47:13 47:15 47:17 48:14 48:15 48:18 48:21 49:3 49:4 54:9

**employees(12)** 16:14 16:15 17:15 18:2 18:3 22:9 40:15 40:21 41:17 47:10 50:25 52:22

**employee's(1)** 48:13
**employer(11)** 47:10 47:17 47:20 48:21 49:6 50:8 52:3 52:5 52:6 52:23 54:8

**employment(9)** 33:22 47:9 47:9 47:12 47:15 47:16 47:19 48:13 50:10

**empty(1)** 65:25
**enable(2)** 37:15 90:13
**encourages(1)** 81:8

**end(11)** 11:7 25:14 43:15 48:10 57:10 57:20 57:22 67:16 81:11 87:20

**endorsed(1)** 82:22
**engaged(4)** 36:3 36:18 38:10 38:11
**english(1)** 4:9
**enjoin(1)** 41:5
**enjoyed(1)** 73:2
**enormously(1)** 87:21
**enough(6)** 9:13 32:23 43:10 52:20 78:18 78:18

**enter(1)** 48:21
**entered(2)** 80:21 93:10
**enters(2)** 47:14 48:18
**entire(9)** 28:4 31:21 36:14 65:12 65:12 67:8 67:18 76:19 76:22

**entirely(1)** 38:8
**entirety(3)** 18:18 18:20 89:13
**equally(1)** 70:9
**erased(1)** 49:2
**eric(1)** 3:14
**erisa(4)** 26:19 30:10 30:14 70:5
**erisa-type(1)** 77:19
**ernst(1)** 3:33
**error(1)** 31:8
**esg(1)** 52:10
**esoteric(1)** 33:19
**especially(3)** 71:10 80:15 81:1
**esq(27)** 1:23 1:24 1:30 1:31 1:32 1:33 2:5 2:12 2:13 2:14 2:20 2:27 2:33 2:34 2:41 2:42 3:5 3:14 3:18 3:30 3:35 3:51 4:1 4:6 4:10 4:33 4:36

**essence(1)** 30:14
**essential(2)** 23:24 52:4
**established(3)** 48:25 49:5 90:20
**estate(2)** 27:23 56:3
**esther(1)** 3:22
**estimate(1)** 26:3
**estimated(3)** 55:7 55:7 58:9
**estimates(3)** 10:7 54:19 55:3
**etc(3)** 32:25 40:6 41:6
**evaluate(2)** 77:1 82:23
**evaluation(1)** 58:10
**even(22)** 18:23 19:1 30:2 49:5 50:12 51:1 51:4 51:22 52:10 56:23 58:7 64:22 71:2 75:22 78:5 78:21 78:23 80:23 81:14 87:3 87:7 89:3

**event(1)** 48:13
**eventually(2)** 28:18 40:18
**every(17)** 10:13 14:22 14:24 15:5 17:13 39:12 39:16 41:6 41:6 50:11 52:3 81:13 81:15 84:1 88:2 88:10 91:10

**everybody(7)** 23:1 41:5 41:21 42:14 43:25 60:20 63:19

**everyday(1)** 48:23
**everyone(30)** 5:3 6:10 6:16 10:25 13:25 16:17 16:18 16:18 16:23 17:20 18:23 25:21 41:2 64:21 80:22 80:25 81:3 83:12 84:1 84:24 85:15 85:17 87:7 87:21 88:8 89:3 89:14 89:15 95:16 95:17

**everyone's(2)** 16:19 89:4
**everything(5)** 51:6 51:7 51:10 51:21 64:24
**evidence(3)** 19:24 69:10 88:16
**evident(1)** 90:2
**exactly(8)** 19:5 28:11 53:16 56:21 69:19 75:24 77:13 92:18

**examination(1)** 48:19
**example(8)** 27:20 30:5 47:15 53:19 59:18 74:4 77:8 87:5

**excellent(4)** 23:25 81:25 82:1 82:4

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

except(4) 51:9 55:21 60:15 66:14
exchange(1) 15:16
exchanged(1) 59:19
exchanging(1) 24:19
excuse(2) 83:23 83:23
excuses(1) 58:13
executive(1) 52:7
executives(1) 49:19
exempt(1) 28:18
exhibit(5) 20:13 20:14 20:25 20:25 92:11
exhibits(7) 20:3 20:12 20:22 92:1 92:7 92:8 92:8

exing(1) 74:8
exist(1) 39:13
expect(1) 24:17
expected(1) 89:25
expense(1) 56:2
expenses(2) 55:11 55:25
experience(2) 33:21 51:5
experienced(3) 15:19 68:2 90:16
expertise(1) 89:22
experts(1) 81:6
explain(1) 26:14
explained(2) 37:16 38:5
explaining(1) 77:6
express(4) 24:23 50:14 84:12 90:4
expressed(5) 8:1 8:7 11:6 41:21 64:16
expressing(2) 65:9 65:9
expunged(7) 20:22 20:24 21:1 21:7 21:8 21:16 21:22

expunging(1) 21:5
extensive(2) 34:7 42:10
extent(12) 12:24 18:18 23:16 33:12 59:25 62:21 74:11 76:12 76:15 77:15 77:16 77:24
extra(1) 79:2
extremely(2) 90:3 90:25
eyes(1) 54:22
fabulous(2) 14:23 19:21
face(1) 33:23
facilitate(2) 78:24 87:13
fact(27) 6:13 7:23 9:2 16:4 16:7 29:17 30:3 30:25 33:7 33:7 33:11 35:22 39:21 40:14 40:17 42:1 42:2 42:6 42:16 49:17 65:4 65:6 68:5 71:10 84:3 88:21 91:4

factors(1) 90:12
facts(1) 15:12
factual(1) 67:4
fair(3) 28:21 61:10 68:5
fairly(1) 89:1
fairness(3) 16:7 45:14 81:21
fall(2) 65:22 89:13
falls(2) 47:18 49:18
familiar(1) 52:11
far(3) 29:23 73:4 89:24
farallon(1) 4:1
farr(1) 3:34
fault(1) 86:20
favor(1) 31:13
february(4) 1:14 5:1 8:12 96:12
fed(1) 74:7
federal(2) 78:4 90:19
feedback(1) 23:20
feel(4) 7:25 65:11 88:22 88:24
feelings(1) 88:12
fees(1) 32:25
felt(1) 2:11
felt(4) 31:25 33:5 38:7 81:2
few(1) 80:15
fewer(1) 28:13
fiduciaries(1) 42:7
fiduciary(6) 30:13 36:17 40:2 42:16 43:24

field(1) 36:1
fields(1) 26:16

fight(3) 70:22 71:2 71:9
figure(2) 32:18 56:8
figured(1) 25:9
file(5) 32:12 51:3 83:8 86:3 86:7
filed(15) 8:8 8:16 9:20 13:16 13:17 15:24 20:7 21:2 21:24 22:5 46:14 51:25 53:16 75:3 85:16

filing(1) 28:4
filings(1) 20:3
final(26) 6:24 10:21 10:25 11:10 12:12 13:15 16:2 18:16 18:22 19:13 21:10 21:15 21:21 21:25 27:15 62:17 66:17 69:9 75:4 75:5 77:4 88:15 91:8 91:16 91:17 91:17

finality(3) 7:16 11:4 65:13
finalize(1) 25:12
finalizing(1) 12:9
finally(1) 10:21
financial(1) 10:12
find(3) 30:9 85:3 90:22
finding(1) 7:12
fine(5) 29:5 82:7 84:9 94:16 94:17
finger(1) 2:4
finished(3) 40:20 40:20 49:20
fire(2) 30:4 30:6
firm(8) 10:9 23:1 25:13 26:10 71:15 71:15 89:23 90:5

firmly(1) 30:25
first(14) 5:10 16:13 22:12 31:11 34:24 35:18 46:22 47:9 51:14 80:7 80:8 84:7 84:8 94:13

five(4) 43:16 43:19 43:20 43:23
fixing(1) 71:9
fleming(1) 1:32
floor(1) 1:25
flow(1) 10:13
focus(1) 18:23
folks(12) 22:21 25:25 26:22 28:17 46:8 56:6 59:14 73:9 76:7 87:2 93:5 94:5

for(200) 1:2 1:22 2:4 2:26 2:32 2:40 3:4 3:12 3:17 3:21 3:25 3:29 3:33 3:38 3:42 3:46 3:50 4:1 4:4 4:13 4:17 4:21 4:25 4:29 4:33 4:36 5:24 5:25 6:4 7:3 7:13 7:17 8:11 8:21 10:16 10:23 10:25 11:4 11:15 11:20 11:24 12:22 13:18 13:18 13:22 14:3 15:9 16:23 16:24 18:9 18:15 18:16 18:18 18:24 19:3 20:16 20:20 20:21 20:21 21:3 22:25 24:17 24:25 25:6 25:18 25:25 26:1 26:9 27:20 27:23 29:13 29:18 29:21 30:19 32:2 33:4 33:7 33:8 33:8 33:9 34:11 35:8 38:18 39:22 40:11 40:13 41:1 42:3 42:22 42:22 42:25 44:3 44:4 44:10 44:11 44:15 44:16 44:16 45:15 45:17 46:13 47:2 47:20 47:25 48:7 48:23 49:24 50:3 50:5 50:7 50:11 50:14 50:20 50:23 51:5 52:8 52:19 53:15 53:15 55:21 57:15 58:10 58:12 58:16 59:18 59:24 60:16 60:23 61:11 61:12 61:12 61:14 61:22 61:24 64:6 64:8 64:17 65:2 65:12 66:14 67:18 68:7 68:11 68:18 69:4 68:25 70:13 71:9 71:14 74:4 74:6 75:16 76:10 77:8 77:8 79:2 79:7 79:20 80:8 80:10 80:11 80:13 80:16 80:16 80:20 80:20 80:22 80:23 80:24 81:1 81:3 81:4 81:13 81:21 81:22 82:5 82:22 84:1 84:8 84:19 84:24 86:18 86:25 87:5 87:5 88:7 88:24 89:6 89:20 90:5 90:23 91:1 91:13 91:14 91:22 93:1 95:5 95:6

forced(1) 48:14
foregoing(1) 96:7
foresee(1) 77:3
forgive(1) 85:7
form(2) 92:2 95:1
formal(2) 15:2 64:22
formed(2) 34:10 52:1

forms(2) 8:25 41:20
forum(1) 75:4
forward(18) 6:18 14:7 23:6 33:23 36:20 37:2 38:19 42:13 44:6 46:20 47:4 56:1 80:8 82:9 85:24 86:6 91:13 91:15
fostered(3) 8:19 8:24 93:15
foundation(1) 57:15
four(4) 35:17 43:14 60:17 90:12
fraction(2) 15:23 90:17
frankly(1) 11:4
fraud(1) 50:8
fred(1) 2:14
free(5) 24:18 47:9 47:14 47:17 47:20
friends(1) 60:16
from(57) 5:10 5:25 7:9 7:9 7:10 7:11 10:9 10:18 10:25 11:5 19:15 19:18 20:2 22:6 22:18 22:20 23:1 23:1 23:20 27:16 27:16 29:8 30:2 31:24 32:4 34:3 34:21 36:16 36:21 38:5 38:12 39:2 39:6 39:16 40:5 46:12 47:13 47:18 48:2 48:4 52:7 52:10 54:11 54:21 55:22 66:25 68:11 76:3 76:18 77:8 77:17 79:17 80:19 88:19 90:11 93:14 96:8

front(1) 6:22
full(9) 9:7 11:25 13:1 20:10 20:24 92:14
full-court(1) 76:3
full-time(1) 62:6
fully(4) 10:10 20:2 21:16 59:15
function(1) 74:1
functioned(1) 75:8
functioning(5) 16:11 24:3 26:20 27:3 55:21
fund(1) 12:18
funded(1) 78:1
funding(1) 77:23
furnish(1) 57:16
further(3) 45:17 47:25 86:13
furthermore(1) 41:12
future(2) 20:20 54:4
gain(1) 65:17
gallagher(1) 3:34
gallery(1) 81:15
gamble(1) 65:23
game(1) 94:6
gap(2) 78:12 79:4
gave(5) 49:25 50:3 50:21 52:12 52:13
general(5) 11:19 13:19 30:18 49:1 77:9
generally(2) 13:11 16:13
get(37) 6:14 8:18 11:25 15:7 18:12 25:11 25:14 25:17 28:9 28:21 35:2 41:3 47:15 59:14 60:2 60:19 61:11 61:11 61:14 61:21 62:6 62:18 66:15 67:8 70:22 74:13 76:22 77:15 78:3 78:6 78:18 79:5 82:23 82:25 83:3 87:4 91:24

gets(1) 89:3
getting(13) 18:6 18:25 20:19 25:1 25:10 31:16 47:12 51:8 64:17 67:17 74:12 77:19

gift(4) 29:13 48:17 52:18 88:9
ginger(1) 53:17
give(14) 12:15 21:21 22:4 34:19 52:14 54:19 55:1 56:6 62:19 63:8 74:6 75:13 76:26 78:6
given(7) 18:1 25:7 48:2 48:15 53:5 54:14 63:3

gives(1) 26:7
giving(6) 52:18 53:18 58:13 58:14 84:14 88:9
global(2) 76:9 89:12
globally(1) 89:13
goal(2) 7:12 9:6
goes(6) 25:25 37:13 37:21 47:22 48:6

going(52) 6:8 10:2 10:3 11:7 13:9 17:12 25:21 26:2 27:16 27:21 29:18 30:5 30:7 32:21 32:21 34:21 36:12 36:13 36:19 37:1 37:2 37:4 38:17 61:15 58:18 61:15 63:6 63:7 63:13 67:10 69:6 71:6 72:22 73:23 76:1 76:5 78:1 78:7 78:23 78:25 79:8 80:18 81:12 81:15 81:20 82:9 86:24 87:11 88:3 94:9 95:16
gone(11) 6:20 10:3 24:12 26:13 34:18 45:15 71:5 71:7 80:15 80:16 89:24
good(41) 5:3 5:5 5:6 5:22 5:24 17:11 19:7 22:16 22:17 23:2 34:2 34:2 41:1 45:4 45:5 45:7 45:8 46:1 46:2 46:19 46:23 46:24 50:21 51:5 60:18 60:19 61:24 62:5 65:12 74:15 80:3 80:4 80:5 82:16 82:17 82:18 82:19 87:16 92:15 95:17
goodness(1) 5:16
got(16) 8:13 31:22 38:8 47:3 50:20 51:1 51:2 51:9 51:14 52:20 53:26 61:6 61:23 62:3 70:2 71:10
gotten(1) 25:15
gottlieb(2) 1:29 5:25
governance(1) 68:7
granddaughter(1) 61:23
grant(2) 11:19 91:10
grappling(1) 28:16
gratitude(1) 84:12
great(10) 24:5 25:3 26:13 34:16 35:9 35:15 35:16 35:19 37:7 89:21
greater(1) 12:15
greenleaf(2) 2:32 22:19
gross(2) 1:18 82:24
grounds(1) 90:22
group(21) 2:40 14:18 14:19 22:23 29:17 39:23 41:6 42:24 43:15 44:5 44:5 45:6 45:9 52:7 54:8 57:8 57:9 57:10 60:16 65:12 65:22
groups(3) 16:15 43:3 43:14
guaranteed(1) 50:21
guess(3) 34:14 45:16 73:8
guidance(1) 75:15
guiding(1) 84:14
gump(2) 2:11 34:3
had(63) 5:15 8:3 9:20 19:10 23:12 24:13 24:25 25:5 25:7 25:15 25:16 25:18 26:8 26:9 26:11 27:4 29:19 29:20 30:4 30:17 32:8 32:23 33:4 35:11 36:10 36:25 37:11 37:19 38:6 40:5 42:6 50:8 50:13 50:13 51:21 51:22 51:22 51:24 51:24 52:6 52:6 52:8 52:17 52:25 53:17 53:19 57:21 59:25 70:8 71:2 72:7 75:6 75:12 75:19 75:21 84:13 85:9 85:20 86:1 86:5 86:12 94:14 94:25
hadley(2) 2:40 45:6
hadn't(1) 85:15
hamilton(1) 1:29
hancock(1) 50:14
handed(2) 12:12 88:25
handle(2) 23:23 87:1
handled(1) 89:21
handling(1) 5:21
hands(1) 6:14
hanrahan(1) 3:35
happen(3) 6:8 12:11 94:9
happened(1) 31:22
happening(2) 15:8 22:4
happens(5) 21:11 32:13 32:15 46:10 50:22
happily(3) 5:9 5:13 5:15
happy(1) 89:16
hard(6) 6:16 35:1 80:12 80:17 86:22 87:25
hardship(1) 84:17
hardships(1) 88:12
harris(1) 55:11
harrisburg(1) 1 42

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**has**(65) 6:20  7:20  9:6  10:9  11:24  13:19  17:13  18:24  23:22  24:12  24:21  28:25  30:6  31:19  33:2  35:1  35:4  35:9  37:7  37:19  38:21  41:2  42:14  45:15  47:1  48:15  49:5  51:14  52:3  52:16  52:18  52:23  53:4  54:5  55:25  56:19  62:4  64:21  64:23  65:21  65:22  66:13  68:15  68:18  71:25  72:3  74:4  74:12  79:16  80:12  81:18  83:25  84:17  88:11  90:10  90:12  90:15  90:17  90:18  90:22  91:5  93:14  93:17  94:1

**hauer**(1) 2:11
**have**(234) 6:15  6:18  7:18  7:24  8:1  8:2  8:14  9:5  9:7  9:11  9:13  9:15  10:1  10:5  10:11  10:25  11:6  12:10  12:11  13:5  13:10  13:25  14:23  15:6  15:6  15:24  16:8  16:24  19:14  19:14  20:25  20:1  20:13  21:2  21:2  21:9  21:17  21:19  21:20  21:24  22:8  22:11  24:4  24:9  24:11  24:22  24:25  25:2  25:5  25:15  26:11  26:12  26:13  26:16  26:24  27:9  27:20  28:8  28:17  29:7  29:16  29:22  29:24  31:17  31:23  32:5  32:22  33:3  33:18  33:21  34:16  34:35  35:13  35:22  36:5  36:6  36:7  36:11  36:14  37:9  37:11  38:10  38:11  39:5  39:8  39:15  40:8  40:18  40:19  40:21  40:22  41:3  41:3  41:7  41:9  41:11  41:18  41:23  41:24  42:12  42:14  42:15  42:16  42:16  42:17  42:24  43:2  43:8  43:10  43:10  43:12  43:13  43:20  43:24  44:7  44:14  44:20  45:12  45:17  46:7  46:25  47:23  48:6  48:9  49:6  49:10  49:20  49:22  49:24  50:5  50:17  50:17  50:25  51:2  51:12  51:23  52:14  52:15  53:4  53:14  54:4  54:9  55:10  56:2  57:10  58:19  60:17  61:14  61:21  62:18  63:6  63:15  64:10  64:15  64:16  64:21  65:1  65:17  65:25  66:13  66:25  66:25  67:5  67:11  68:7  68:17  69:5  69:24  69:25  70:5  70:7  70:8  70:12  70:14  71:4  71:5  71:6  71:12  71:15  72:4  73:16  73:25  74:3  74:6  74:7  74:20  75:22  76:5  77:14  77:17  77:23  78:9  78:12  78:17  79:5  79:21  80:11  80:15  80:16  80:21  80:24  81:17  81:19  81:23  81:24  82:1  82:2  82:2  82:3  82:4  82:4  82:10  83:8  84:5  87:25  88:1  89:19  89:21  89:24  89:24  90:3  90:13  90:20  91:13  91:24  93:15  94:15  95:5  95:7

**haven't**(4) 9:8  51:1  57:15  75:21
**having**(12) 7:16  8:7  33:1  37:20  38:12  39:17  44:5  70:8  73:2  73:16  77:3  88:10

**hbk**(2) 3:12  3:13
**head**(1) 3:39
**hear**(5) 6:7  69:9  73:5  79:20  85:23
**heard**(13) 16:2  22:12  46:22  62:17  62:20  63:22  63:23  64:14  79:16  81:5  83:7  85:1  94:11
**hearing**(26) 6:24  11:10  12:12  13:15  16:2  18:16  18:22  19:13  21:21  22:1  23:23  46:3  53:21  60:2  62:17  68:19  69:6  69:20  75:4  77:4  88:15  91:9  91:14  91:16  91:16  94:6

**hearings**(4) 19:19  20:8  40:14  68:23
**hears**(1) 85:17
**heavily**(3) 65:14  67:6  78:17
**heavy**(1) 66:12
**held**(1) 8:11
**hell**(1) 61:15
**hello**(1) 83:22
**help**(6) 67:8  73:22  73:25  78:6  78:18  86:9
**helped**(1) 81:23
**helpful**(9) 10:11  13:22  14:8  62:13  75:13  75:18  90:1  90:3  91:3

**helping**(2) 23:4  23:5
**her**(8) 19:18  47:11  48:16  48:19  48:20  71:14  74:6  74:6

**here**(39) 6:14  23:1  23:24  28:18  30:1  30:16  30:18  32:18  32:19  32:20  32:23  35:18  40:13  41:14  43:22  44:4  45:15  46:22  48:21  49:23  60:10  65:6  65:12  65:17  66:9  67:14  68:4  69:1  70:7  71:9  71:20  73:20  76:3  90:13  90:18  90:24  91:7  93:4  94:8

**here's**(6) 51:3  76:13  76:16  78:7  78:7  78:7  **he's**(9) 32:3  55:20  55:21  58:13  58:14  58:14  62:3  65:9  68:22

**higher**(1) 15:10
**him**(6) 32:2  54:20  56:19  72:10  77:20  **his**(19) 14:22  36:12  39:23  47:11  47:16  48:16  48:19  48:20  55:1  58:10  68:15  68:16  68:19  68:19  71:15  82:4  89:20  90:5  93:24

**hodara**(1) 2:14
**holders**(1) 32:16
**home**(1) 6:5
**hondo**(2) 4:29  4:30
**honestly**(1) 41:10
**honor**(100) 5:5  5:8  5:10  5:18  5:21  5:24  6:17  7:6  8:21  18:16  19:8  22:16  22:20  23:9  24:13  28:3  28:25  29:24  31:11  31:17  32:17  33:5  34:2  34:6  34:8  34:11  34:19  34:24  35:4  35:21  36:5  36:21  38:21  40:14  41:7  43:5  43:18  44:11  44:12  45:5  45:22  46:2  46:7  46:23  47:7  52:1  54:5  55:15  56:8  59:6  64:7  66:13  66:22  67:20  68:17  69:15  70:8  71:6  71:17  72:23  74:11  74:17  75:20  79:13  79:25  80:5  80:13  81:8  82:5  82:14  82:18  83:11  83:16  83:21  83:23  93:13  93:14  93:16  93:18  94:4  94:9  94:16  94:22  95:3  95:8  95:10  96:2

**honorable**(1) 1.18
**honored**(1) 52:16
**honor's**(3) 89:11  93:22  94:3
**hope**(4) 8:13  81:7  88:14  89:14
**hopefully**(1) 40:19
**hospital**(1) 53:5
**hours**(1) 72:8
**house**(3) 30:6  30:8  81:21
**how**(41) 11:7  18:20  21:12  23:13  24:3  24:7  24:8  24:8  26:1  26:2  26:3  27:2  27:3  31:2  35:1  37:9  38:8  38:18  44:3  52:11  54:1  66:14  70:1  72:1  72:1  73:11  74:24  74:24  75:8  76:20  76:23  77:8  79:18  80:21  84:5  86:9  87:8  87:25  88:1  88:1  88:24

**however**(1) 26:18
**hundred**(1) 14:20
**husband**(1) 81:18
**idea**(4) 26:20  32:20  76:22  89:4
**identified**(1) 11.24
**identify**(2) 76:9  76:23
**impact**(1) 84:3
**important**(9) 5:7  5:8  7:19  10:23  36:24  40:9  59:13  73:19  88:25

**impose**(1) 73:6
**improved**(1) 79:23
**inc**(1) 1:7
**inclined**(1) 83:8
**included**(4) 13:23  16:14  16:17  16:18
**includes**(1) 24:15
**including**(7) 18:20  30:24  34:20  40:14  45:14  50:9  69:6

**income**(4) 18:10  18:12  60:21  89:6
**incorrect**(1) 67:4
**incurred**(1) 52:24
**indelicately**(1) 93:5
**independent**(4) 28:1  37:24  38:15  59:22
**indicate**(3) 30:1  37:9  69:17

**indicated**(8) 25:20  28:8  59:20  59:21  62:23  64:1  65:21  68:15

**indicates**(4) 29:14  43:3  93:22  93:24
**indicating**(1) 74:18
**indiscernible**(4) 48:5  48  17  51:24  54:13
**indiscernible**(42) 14:25  18:11  19:2  19:9  21:20  22:9  23:12  27:8  27:19  30:1  30:20  31:17  31:18  31:19  41:10  46:14  76:24  77:25  78:2  79:8  82:23  83:1  83:4  86:5  88:10

**individualized**(2) 16:21  76:8
**individually**(4) 22:23  56:24  78:21  82:25
**individuals**(16) 9:8  11:2  11:6  14:17  17:5  18:8  18:12  18:19  18:21  78:10  81:20  85:23  86:2  86:19  86:20  88:22

**indoctrination**(1) 50:24
**influenced**(1) 35:25
**information**(27) 9:7  10:5  10:13  11:25  15:6  15:7  24:11  24:12  24:18  24:23  24:24  25:4  27:15  37:3  54:21  54:22  56:9  57:16  66:15  67:4  74:13  75:11  77:20  81:7  83:14  86:6  86:7

**informations**(1) 85:25
**informed**(2) 36:5  59:15
**ingersoll**(1) 3:4
**inherit**(1) 62:4
**input**(1) 38:12
**instance**(2) 48:23  53:15
**instances**(3) 65:16  69:4  78:5
**instruction**(1) 86:9
**instrumental**(3) 8:7  23:2  23:5
**insurance**(9) 30:5  30:6  48:8  48:9  48:9  48:24  55:7  60:22  76:13

**integral**(1) 79:7
**intend**(1) 87:19
**intended**(2) 23:20  37:18
**intention**(2) 67:7  95:15
**interested**(10) 3:25  3:38  3:42  3:46  3:50  4:13  4:17  4:21  4:25  93:7

**interests**(14) 31:19  31:21  35:5  35:6  36:3  36:19  36:20  42:22  43:11  43:22  80:20  80:22  80:24  81:1

**interfacing**(1) 79:8
**internal**(1) 76:10
**internet**(1) 74:7
**interrupt**(2) 54:17  58:16
**into**(15) 8:2  10:10  13:13  15:11  26:13  47:14  48:18  48:21  49:18  57:4  58:8  58:18  78:10  80:18  80:21

**involve**(2) 35:14  85:24
**involved**(15) 16:11  27:7  34:22  35:15  35:22  37:1  37:9  37:21  38:2  42:7  42:17  66:7  77:24  84:1  84:6

**irrelevant**(1) 81:10
**isn't**(3) 17:20  85:4  86:24
**issue**(22) 24:25  27:6  33:4  33:17  38:21  39:7  39:15  39:20  41:7  42:15  59:9  59:21  67:12  69:20  70:23  70:24  73:4  73:20  74:12  78:14  85:18  87:1

**issued**(1) 93:16
**issues**(33) 19:24  24:2  26:19  27:2  28:17  28:17  30:24  34:19  34:20  39:22  40:2  40:9  42:14  42:24  60:1  62:14  62:16  63:1  66:4  67:9  67:10  67:11  67:15  68:19  70:5  73:20  75:5  75:12  78:11  78:11  85:22  88:1  89:1

**item**(1) 5:9
**its**(1) 89:13
**itself**(7) 11:8  15:12  16:3  20:6  24:11  38:18  91:14

**it's**(67) 5:6  6:14  7:8  7:19  7:22  8:24  9:10  10:11  11:9  14:19  14:19  15:1  15:11  15:13  16:18  16:14  16:22  17:11  22:25  24:22  24:22  26:4  26:4  26:19  26:21  26:23  28:6  28:12  29:18  35:15  39:3  41:19  49:13  49:14  49:14  49:15  50:4  50:4  50:5  50:6  50:22  51:10  51:11  52:16  52:18  53:4  53:5  53:24  56:7  56:9  56:10  67:24  68:1  72:12  73:19  77:11  81:12  82:5  85:3  86:13  86:21  86:22  88:25  89:8  90:2  93:5

**i'd**(4) 74:9  74:17  80:9  83:3
**i'll**(12) 9:8  9:21  26:1  39:2  41:11  45:8  60:10  60:12  62:2  84:4  90:18  95:17

**i'm**(46) 6:4  8:12  8:22  21:12  28:23  39:3  39:5  52:11  55:1  57:9  58:17  60:6  61:23  62:7  67:9  69:6  69:23  71:5  71:24  72:10  73:5  73:5  73:23  74:7  78:8  80:6  81:3  81:11  81:16  81:17  81:19  82:20  82:24  83:21  83:22  83:24  84:3  84:8  84:9  85:8  85:8  86:24  94:2  94:10  94:19  95:6

**i've**(27) 22:20  22:24  32:6  32:7  40:13  44:16  47:3  47:20  50:3  50:6  50:11  51:14  52:5  52:6  52:10  52:11  61:23  64:13  65:1  67:5  67:8  71:13  81:25  84:6  87:4  92:22

**james**(1) 1:33
**janette**(1) 3:39
**janis**(11) 3:43  82:14  82:14  82:15  82:16  82:18  82:20  83:3  83:11  83:16  83:17

**january**(1) 8:11
**jersey**(1) 90:12
**job**(8) 26:9  41:20  47:12  50:13  81:25  82:1  82:5  91:22
**john**(4) 4:26  50:14  84:24  85:8
**join**(1) 45:11
**jointly**(1) 1:6
**jones**(7) 3:17  3:17  3:47  83:21  83:23  83:24  84:20

**joshua**(2) 2:13  2:20
**journal**(1) 14:13
**judge**(2) 1:18  1:19
**judgment**(2) 25:17  33:20
**july**(1) 8:9
**june**(1) 84:7
**just**(49) 8:12  11:12  12:11  13:18  16:12  16:17  18:16  20:24  33:22  34:20  35:18  39:3  41:11  43:10  46:2  49:18  50:5  51:2  52:17  53:18  58:16  60:9  64:23  68:10  68:12  68:19  74:17  79:20  80:6  80:7  81:21  82:6  82:7  83:10  83:12  83:25  84:11  85:2  85:14  85:17  86:11  91:24  92:2  92:16  92:21  93:4  94:2  94:9

**justice**(5) 42:8  93:15  93:21  94:4  94:12
**kathleen**(1) 3:5
**kathy**(1) 19:15
**keep**(3) 25:18  60:10  81:21
**kelly**(1) 96:13
**kenney**(2) 2:27  86:23
**kept**(1) 82:2
**kevin**(1) 1:18
**key**(1) 78:25
**kids**(1) 61:23
**kind**(8) 26:21  27:4  27:10  27:22  42:17  76:11  76:19  83:14

**kinds**(1) 58:25
**king**(3) 2:7  2:22  2:28
**kinsella**(5) 2:34  23:2  46:16  86:25  87:10
**knew**(5) 23:1  33:3  46:17  58:4  71:14
**knocks**(1) 74:6

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line |
| --- | --- |

know(86) 7:8 9:5 10:15 11:5 12:6 15:4 16:9 18:1 24:23 25:10 25:25 30:8 31:16 32:23 34:22 35:23 37:3 37:19 37:24 38:4 38:21 39:4 40:4 41:1 41:17 41:22 42:2 42:8 43:7 43:13 44:5 44:11 44:24 46:7 46:12 47:1 50:1 50:6 51:4 52:6 52:12 52:13 53:16 58:4 58:13 58:25 61:15 61:21 62:2 62:4 62:8 62:23 63:9 64:10 68:11 68:12 68:22 69:5 70:18 71:12 71:19 72:20 72:20 72:25 73:2 73:4 73:6 73:21 73:22 74:9 74:14 74:19 75:8 78:24 80:12 81:13 81:20 81:20 82:21 82:24 83:4 84:5 84:9 85:3 88:6 89:25

knowing(1) 11:7
knowledgeable(4) 42:23 42:24 43:21 68:3
known(1) 92:22
knows(2) 33:6 34:8
krall(1) 58:8
laboring(1) 28:20
language(9) 29:25 33:3 39:2 39:8 39:11 39:12 51:13 57:24 74:21

larger(1) 14:17
last(14) 6:19 6:22 7:3 8:9 20:14 20:14 24:5 52:20 52:25 57:19 57:23 80:15 83:7 88:21
lastly(1) 79:21
later(6) 29:4 35:18 83:9 86:21 94:23 94:23 75:25

law(9) 3:29 26:20 29:17 29:23 33:11 48:22 81:12 90:7 90:7

lawrence(1) 3:51
laws(1) 30:25
lawyer(1) 26:18
lawyers(2) 80:16 94:22
lay(2) 26:15 47:10
layered(1) 21:4
layout(1) 76:11
layton(1) 2:4
lead(1) 78:11
least(12) 7:24 10:5 11:3 17:14 22:3 43:2 60:21 61:12 90:19 90:21 91:1 91:9

leave(1) 28:10
leaves(1) 81:15
led(1) 66:11
left(4) 18:2 28:8 53:8 87:20
legal(9) 9:10 16:8 16:9 44:15 51:11 55:18 81:5 88:10 88:11

legally(1) 51:14
legislation(2) 81:12 81:14
length(1) 42:13
lengthy(1) 70:7
less(1) 43:19
let(8) 58:16 63:9 63:20 64:23 74:19 79:14 81:5 94:20

letter(4) 47:22 48:5 93:16 93:21
let's(4) 52:25 55:6 78:17 92:1
level(1) 15:1
levin(6) 8:4 34:9 35:22 35:23 36:1 72:8
liabilities(4) 54:3 54:4 54:5 54:5
liability(10) 47:18 49:2 49:5 49:9 49:10 49:17 53:4 54:3 54:11 54:12

liberty(1) 1:34
life(7) 48:7 48:9 48:9 48:12 55:7 60:22 62:5

lifetime(1) 52:20
light(1) 81:11
lightly(1) 7:19

like(28) 11:23 14:11 18:22 20:14 22:8 22:25 24:13 25:20 25:25 30:8 31:16 52:7 52:18 62:19 62:21 68:16 74:9 77:2 79:15 79:19 79:21 80:6 80:9 80:23 83:3 94:11 94:18
likewise(1) 91:8
limit(1) 54:18
limits(1) 37:15
line(3) 20:13 20:10 49:22
linn(1) 91:13
lines(4) 23:10 23:17 33:18 49:22
linn(1) 4:1
liquidating(1) 40:18
lisa(4) 1:31 2:12 5:25 34:2
list(2) 20:13 20:14
listed(2) 20:8 20:25
litigate(2) 65:11 65:25
litigation(16) 15:14 24:19 34:18 34:22 39:6 39:18 65:13 66:7 66:8 67:15 67:25 70:1 70:10 71:1 71:22 77:3

litigations(2) 7:2 15:19
little(9) 14:19 22:24 30:3 30:9 41:16 72:16 81:16 87:4 87:7

live(1) 81:18
liver(1) 85:9
lives(1) 48:23
llc(2) 1:40 96:14
llp(4) 1:22 2:19 3:34 4:5
loaned(1) 49:1
long(1) 6:16 7:7 7:13 7:17 25:19 53:18 70:7 71:14 71:15 72:8 84:5

long-term(18) 7:4 9:3 10:10 11:1 13:3 16:14 16:15 17:14 17:16 17:25 18:8 18:10 18:12 18:24 19:2 22:19 40:7 76:12

longer(4) 31:25 32:2 57:19 58:5
look(12) 21:5 21:11 24:16 26:14 29:9 80:19 80:22 80:23 80:24 81:3 91:15 92:5
looked(1) 39:1
looking(10) 28:2 38:15 41:7 42:2 75:16 80:25 81:11 81:22 82:24 91:25
looks(2) 11:23 20:14
lose(5) 10:2 19:4 63:11 63:12 63:12
loss(2) 11:4 20:21
lost(1) 22:24
lot(11) 5:14 28:22 39:22 40:1 61:24 66:26 71:9 78:9 78:20 87:18 88:5

love(1) 94:24
lower(1) 61:5
ltd(43) 2:32 7:10 11:20 14:2 20:20 21:3 21:5 21:13 23:13 35:1 35:10 37:4 37:19 38:11 41:16 41:22 47:8 47:16 48:3 48:15 48:17 48:18 48:20 50:7 52:2 52:13 52:14 52:22 53:15 53:24 57:11 57:14 58:10 58:12 60:20 61:3 61:10 63:10 80:10 81:9 83:24 87:6

ltd-type(1) 20:21
ltd'ers(5) 23:9 23:12 27:19 62:11 78:2
ltip(1) 76:16
lucky(4) 61:23 62:7 70:19 81:16
lump(1) 26:4
mace(1) 1:38
made(16) 10:12 14:22 14:23 15:5 18:7 22:3 23:11 29:20 37:13 45:12 45:13 46:4 52:17 65:15 65:16 87:19

maid(1) 61:22
mail(1) 13:25
mailed(1) 90:9
mailer(1) 87:7
majority(1) 77:21

make(26) 8:18 9:18 10:1 13:6 18:21 18:24 22:25 24:13 25:16 37:5 37:13 38:14 38:17 46:17 47:3 58:25 59:14 62:18 68:13 74:18 78:17 79:15 79:23 81:8 84:15 88:19

makes(1) 77:22
making(4) 16:9 37:1 58:13 95:11
management(4) 3:13 3:13 4:2 90:11
manager(1) 50:17
managers(1) 48:4
mandatorily(1) 55:22
manhattan(1) 2:43
manner(3) 16:20 80:14 89:2
many(6) 6:14 7:17 40:13 40:14 65:24 88:1
march(3) 93:22 93:24 94:14
marilyn(1) 3:26
mark(3) 2:27 3:43 82:14
marked(1) 8:13
market(6) 1:11 1:25 2:35 3:6 25:8 25:20
marsal(2) 25:8 77:18
mathematician(1) 84:10
matter(5) 5:10 49:11 71:25 89:21 96:9
matters(3) 7:3 19:22 90:16
matthew(1) 4:36
matz(9) 2:41 36:6 45:3 45:5 45:5 45:8 45:19 45:20 71:15

matz'(1) 38:13
maximize(1) 25:6 25:18
may(29) 5:10 11:18 11:18 15:5 16:25 20:1 28:15 28:18 29:1 31:20 34:11 37:16 39:5 45:17 56:5 78:8 87:25 94:4 94:14

maybe(10) 7:8 8:19 8:24 28:8 41:9 61:12 78:5 87:7 89:15 92:1

mccarter(1) 4:9
mccloy(2) 2:40 45:6
mean(18) 12:7 12:19 26:22 30:21 32:6 32:23 52:5 54:17 62:10 69:17 70:23 71:2 72:3 73:17 74:3 76:2 78:21
meaning(1) 74:21
means(8) 14:1 48:8 52:25 57:13 57:20 70:22 82:25 83:4

measures(1) 26:8
mechanism(1) 86:7
mediate(1) 24:20
mediation(7) 34:8 34:17 35:22 36:8 36:10 45:15 69:4

mediator(1) 8:4
medical(7) 17:16 24:11 52:4 69:2 77:23 78:12 89:5
medicare(3) 77:22 77:22 78:1
meet(2) 87:3 88:16
meets(1) 44:14
megan(1) 1:32
member(8) 15:25 17:21 24:15 31:12 55:21 81:2 81:13 84:4
members(21) 16:25 18:3 25:2 30:23 31:23 35:4 60:14 60:17 65:15 65:17 68:3 69:1 79:24 80:9 80:10 80:11 83:25 84:2 84:13 84:17 90:9
mentioned(5) 13:1 36:25 37:10 40:2 40:9
merits(2) 58:18 59:1
mesh(2) 23:13 79:3
met(3) 26:16 89:16 90:18
methodology(6) 16:19 16:22 27:9 27:14 77:7 77:11

michael(2) 4:1 31:12
middle(1) 89:17

might(19) 9:13 12:7 12:10 12:11 12:13 13:10 18:25 19:1 19:4 21:2 21:16 21:17 35:17 62:7 62:7 70:12 85:24 87:3 95:7

milbank(1) 45:6
millbank(1) 2:40
million(6) 11:22 50:15 58:10 60:24 69:14 79:2

mind(2) 78:17 94:15
minds(1) 65:15
mini(1) 69:20
mini-trial(1) 69:18
minuses(1) 50:10
misconceptions(2) 24:4 24:6
mismanaged(1) 30:17
misperceived(1) 27:22
missed(1) 85:7
missing(1) 92:22
mizak(1) 77:19
model(1) 54:20
modeled(1) 20:18
modifications(1) 46:4
moment(1) 58:17
monday(3) 13:17 13:24 20:7
money(10) 6:21 12:7 12:12 12:21 49:1 50:7 52:20 62:4 65:18 88:24

monitor(2) 3:4 3:33
months(3) 6:22 50:20 53:1
months(17) 6:19 34:10 35:8 35:18 35:18 36:16 42:10 42:22 42:23 42:25 44:3 44:10 45:16 51:25 79:2 80:15 88:22

monty(1) 92:25
moore(5) 4:6 45:22 45:22 45:24 46:2
morawetz(3) 93:15 94:4 94:13
morawetz'(1) 93:21
more(20) 5:14 14:8 16:3 25:11 25:14 29:23 33:2 35:16 42:24 44:18 58:22 59:24 62:17 65:19 67:3 67:3 67:5 79:5 91:17 94:24
morning(25) 5:3 5:5 5:6 5:22 5:24 22:16 22:17 34:1 34:2 45:4 45:5 45:8 45:11 46:1 46:2 46:20 46:21 46:23 46:24 80:4 80:5 82:16 82:17 82:18 82:19
morris(1) 1:22
morrison(1) 4:14
most(3) 24:24 70:18 81:24
motion(7) 8:8 18:15 33:9 55:23 80:8 82:21 88:3

motivates(1) 31:16
move(6) 13:6 13:11 38:19 42:13 47:4
moved(2) 12:14 89:19
moves(1) 18:1
much(20) 26:1 26:2 26:3 27:17 29:22 29:22 29:22 29:23 34:15 43:19 43:25 64:5 64:9 71:16 83:3 84:10 85:6 88:1 91:16
multiple(1) 34:8
murphy(1) 3:5
myself(5) 36:7 39:1 58:12 84:6 87:10
name(3) 11:20 83:24 85:7
names(1) 76:11
nature(2) 14:0 86:17
near(1) 81:17
necessarily(1) 78:22
necessary(4) 7:23 18:18 19:25 81:3
necessity(2) 68:2 69:3
need(8) 10:25 24:23 26:8 31:20 65:18 78:3 78:19 79:18

needed(6) 6:11 41:13 41:18 71:23 73:14 86:13

needing(1) 37:23

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| needs(6) 14:25 47:11 72:16 78:21 86:9 86:18 | | nullify(1) 58:6 | | opportunity(18) 13:25 15:7 21:24 22:12 25:7 36:10 47:12 56:7 58:19 58:23 59:18 60:7 62:20 63:16 66:14 83:7 83:8 93:5 | | parallel(1) 9:5 | |
| | | number(11) 17:24 34:19 53:5 54:20 60:18 60:19 69:14 76:10 76:10 78:3 82:24 | | | | parameters(2) 69:11 73:25 | |
| negatives(1) 50:12 | | | | | | parcel(1) 79:6 | |
| negotiate(3) 41:21 41:22 41:25 | | | | opposed(3) 12:21 40:20 77:9 | | parents(1) 67:6 | |
| negotiated(1) 41:10 | | numbers(6) 12:11 38:15 77:7 77:12 84:10 84:10 | | opposing(3) 24:16 24:17 32:3 | | park(1) 2:15 | |
| negotiating(1) 8:3 | | | | opt-out(1) 9:2 | | part(22) 7:14 18:4 20:19 23:6 31:25 32:25 36:24 48:16 54:20 57:8 57:9 60:21 60:22 75:21 76:2 76:12 76:15 78:13 78:16 79:1 79:6 79:7 | |
| negotiation(4) 36:9 36:16 60:23 61:4 | | numerous(1) 14:11 | | opted(1) 64:21 | | | |
| negotiation/litigation(1) 42:11 | | nurse(2) 62:6 62:6 | | option(2) 41:3 79:3 | | | |
| negotiations(7) 7:25 9:5 15:14 25:17 34:7 42:7 90:15 | | object(4) 13:21 63:12 63:16 64:21 | | options(1) 41:8 | | | |
| | | objected(1) 90:17 | | order(19) 20:2 20:6 20:7 20:11 20:19 21:7 21:8 25:16 28:6 79:5 85:16 85:21 86:2 91:15 91:23 92:3 93:11 93:21 95:2 | | partial(2) 16:15 44:3 | |
| networks(1) 1:7 | | objecting(8) 15:23 16:6 29:6 30:24 31:23 62:20 78:22 78:23 | | | | partially(2) 10:23 21:1 | |
| neutral(1) 77:11 | | | | | | participants(5) 37:5 40:8 41:17 61:10 | |
| never(3) 33:18 50:12 51:9 | | objection(5) 29:1 46:14 83:9 85:3 91:14 | | ordered(1) 72:12 | | participate(2) 10:4 17:18 | |
| new(9) 1:35 2:16 2:44 48:18 48:21 54:6 57:24 69:3 90:12 | | objections(21) 15:24 16:2 16:5 16:16 19:9 20:17 24:4 27:22 28:23 32:13 33:9 37:22 37:23 38:20 41:9 59:23 64:11 64:22 74:20 75:3 75:3 | | orders(3) 21:10 21:12 33:6 | | participating(4) 21:13 36:3 36:8 76:23 | |
| | | | | orientation(2) 50:11 50:16 | | particular(8) 19:10 19:24 23:17 28:17 32:8 59:9 74:25 89:23 | |
| newspapers(1) 14:11 | | | | original(1) 76:4 | | | |
| next(4) 20:14 27:1 53:6 53:22 | | | | originally(2) 8:10 60:15 | | particularly(7) 18:9 23:8 24:9 45:13 68:14 79:16 91:6 | |
| nice(2) 45:8 74:13 | | objectors(3) 59:7 63:22 73:9 | | other(50) 6:19 7:10 15:19 16:16 18:19 18:21 19:18 19:25 21:17 22:7 23:9 23:18 25:1 29:6 29:13 30:18 30:22 31:3 31:24 32:5 34:15 35:3 36:15 37:11 38:4 39:4 39:17 39:22 47:15 49:4 50:18 51:20 52:22 53:20 57:12 61:7 62:10 62:23 63:20 68:25 70:18 76:4 78:4 78:11 78:16 79:4 81:19 86:5 92:8 | | | |
| nichols(1) 1:22 | | obligation(1) 54:11 | | | | parties(16) 15:15 24:17 29:7 30:24 31:4 31:23 34:16 36:2 36:11 37:10 40:12 62:20 73:4 83:14 91:16 94:18 | |
| nick(1) 2:42 | | observed(1) 71:8 | | | | | |
| nine(1) 43:8 | | obviously(22) 12:15 14:18 21:19 25:6 26:12 28:1 31:17 34:9 35:15 36:24 37:20 38:21 40:4 41:4 46:13 59:13 69:17 69:25 77:24 86:4 90:25 95:17 | | | | | |
| noises(1) 74:5 | | | | | | parts(1) 28:19 | |
| non(2) 9:1 76:8 | | | | | | party(11) 3:25 3:38 3:42 3:46 3:50 4:13 4:17 4:21 4:25 38:10 81:15 | |
| non-consensually(1) 8:9 | | | | | | | |
| non-stop(1) 22:24 | | | | others(3) 64:10 64:15 72:21 | | | |
| none(1) 63:10 | | occur(3) 12:10 28:16 66:18 | | otherwise(5) 9:13 59:14 67:4 | | past(7) 7:22 16:16 45:16 53:20 54:4 69:8 79:23 | |
| nor(1) 24:19 | | occurred(1) 15:14 | | our(88) 7:9 7:15 8:15 9:6 9:23 11:8 16:4 19:9 20:17 22:21 23:9 24:16 24:22 25:2 25:9 25:12 25:17 25:20 27:17 28:9 28:17 29:9 29:13 29:17 29:20 30:12 30:22 30:24 31:12 32:3 33:6 33:7 33:21 33:21 33:23 33:23 36:1 36:7 36:8 36:9 38:5 38:12 39:2 39:16 40:1 41:2 41:16 46:12 48:3 48:9 48:23 50:12 51:8 56:6 57:22 59:14 61:4 65:4 65:7 67:7 67:17 70:1 70:9 71:16 73:20 73:23 74:24 75:20 76:1 76:3 77:3 77:21 78:17 79:6 79:8 80:17 80:23 81:6 81:13 81:24 84:15 87:2 87:6 88:7 90:13 94:17 | | | |
| normal(1) 90:1 | | occurs(1) 48:13 | | | | | |
| nortel(18) 1:7 26:18 30:16 47:21 48:2 48:8 49:6 50:11 50:13 50:23 51:6 51:6 52:11 52:18 53:9 57:15 57:24 76:10 | | october(1) 51:17 | | | | patterson(1) 3:29 | |
| | | off(6) 8:13 14:17 21:10 32:12 47:10 60:12 | | | | paul(3) 4:14 61:6 61:6 | |
| | | offer(5) 25:13 26:11 47:12 61:5 78:2 | | | | pay(7) 30:4 49:6 49:21 50:15 52:24 53:4 54:4 | |
| | | office(2) 33:21 42:9 | | | | | |
| north(3) 1:25 2:7 2:22 | | officer(1) 36:5 | | | | | |
| not(135) 6:4 7:19 9:11 9:11 10:8 11:7 11:17 15:11 15:14 16:14 16:17 16:20 16:21 17:15 17:22 18:4 18:6 18:7 19:1 21:7 24:16 24:22 24:24 25:3 25:20 26:4 26:12 26:18 26:21 27:4 27:7 27:22 28:20 30:5 30:7 30:7 30:10 30:15 30:17 30:20 30:22 31:5 32:4 33:6 33:22 35:5 35:5 35:8 36:2 36:18 36:18 36:19 38:1 38:11 38:16 39:8 39:11 40:3 40:10 40:10 40:11 41:3 41:24 48:16 49:2 49:6 49:10 49:13 49:14 50:2 50:5 50:23 51:10 51:11 52:1 54:20 54:21 56:9 56:9 56:10 56:11 56:11 56:23 58:17 60:6 60:12 61:10 61:13 62:3 62:7 62:11 65:7 65:11 66:18 67:7 67:7 67:10 67:15 68:5 68:11 68:12 69:1 69:6 69:18 69:20 69:23 71:5 73:9 75:4 78:12 79:16 79:18 80:20 81:6 81:12 81:16 81:17 81:20 82:3 82:4 83:7 85:3 86:2 86:5 88:4 88:6 89:7 89:8 89:8 89:15 89:20 89:21 94:10 95:7 | | official(3) 4:4 34:23 45 25 | | ourselves(1) 88:9 | | payable(3) 53:11 53:24 54:11 | |
| | | offsets(1) 50:19 | | | | paying(2) 47:16 49:7 | |
| | | often(2) 32:10 41:14 | | out(58) 6:9 12:12 13:14 14:24 25:9 25:19 25:21 25:25 26:4 28:2 28:23 32:18 34:14 37:3 37:14 42:10 43:5 43:8 44:14 47:22 49:14 50:18 54:3 56:8 57:24 65:24 66:13 66:15 67:1 73:21 73:22 74:6 74:14 76:2 76:3 76:7 76:20 77:15 78:18 80:6 80:19 80:22 80:23 80:24 81:1 81:3 81:4 81:19 81:22 81:23 84:5 84:8 86:11 86:22 89:25 90:12 91:1 95:7 | | payment(1) 25:16 | |
| | | okay(50) 17:10 19:3 20:16 21:18 22:2 22:15 26:6 30:11 31:10 31:15 33:4 39:19 47:24 48:12 49:10 51:18 52:1 52:20 53:2 54:26 55:2 56:22 56:25 57:3 57:7 57:12 57:16 57:21 58:1 58:21 58:24 59:2 60:5 60:10 60:11 61:1 61:6 62:15 62:22 63:21 63:25 64:19 72:13 72:18 76:12 78:15 79:11 92:13 92:18 93:2 | | | | paystubs(1) 27:20 | |
| | | | | | | phbgc(2) 78:11 | |
| | | | | | | peg(1) 3:18 | |
| | | | | | | pennsylvania(1) 1:42 | |
| | | | | | | people(92) 5:18 6:14 7:18 9:7 9:11 9:12 9:15 9:17 9:20 10:23 10:24 11:9 11:25 12:13 12:21 13:6 13:9 13:10 13:12 13:22 14:9 14:21 14:24 15:9 16:10 16:21 18:22 20:19 21:2 21:8 21:11 21:19 21:22 22:4 24:7 24:23 26:15 26:17 28:10 28:13 33:2 33:16 35:11 35:13 37:15 40:6 43:2 43:16 43:20 43:21 43:23 49:19 50:25 52:8 52:9 52:10 58:12 59:25 61:21 65:24 66:13 66:26 67:5 71:9 73:15 73:16 73:25 73:25 74:7 74:19 75:1 75:5 75:15 75:19 76:2 76:20 76:24 77:16 77:16 78:18 78:18 78:22 79:4 81:23 87:2 87:25 88:1 88:9 89:2 89:5 89:12 90:1 90:1 | |
| | | old(1) 9:13 | | | | | |
| | | older(1) 33:17 | | | | | |
| | | omnibus(1) 51:19 | | | | | |
| | | on-site(1) 73:24 | | | | | |
| | | once(9) 25:7 26:10 26:11 33:4 43:5 47:13 49:4 78:3 86:21 | | | | | |
| note(8) 23:10 23:22 34:24 49:3 81:8 85:15 90:18 95:10 | | | | | | | |
| | | one(55) 1:34 2:6 2:15 5:9 5:16 6:21 9:20 9:22 15:24 16:5 20:7 20:18 22:23 21:13 23:9 25:1 26:4 29:1 29:8 29:8 30:18 30:18 31:23 32:8 53:16 38:5 39:25 43:13 49:21 50:18 50:18 57:13 57:19 58:16 60:15 61:7 61:7 64:22 66:16 71:25 76:3 79:2 81:16 83:24 84:1 84:3 84:8 85:9 85:15 87:5 87:8 91:24 92:12 94:8 | | | | | |
| noted(2) 20:24 21:6 | | | | | | peoples'(3) 8:1 9:10 14:25 | |
| nothing(3) 66:14 70:12 77:12 | | | | outlining(1) 62:14 | | | |
| notice(17) 10:17 13:19 13:23 14:13 16:6 18:22 22:12 23:4 23:11 36:23 40:1 44:13 79:22 90:8 91:12 92:2 92:17 | | | | outstanding(1) 7:3 | | per/pro(7) 3:25 3:38 3:42 3:46 3:50 4:13 4:25 | |
| | | | | over(16) 12:14 13:7 13:14 24:7 27:4 28:2 30:16 30:17 52:8 67:17 69:7 76:20 76:22 81:6 81:14 88:21 | | | |
| | | | | | | percent(4) 52:9 58:14 61:12 61:12 | |
| | | | | overlap(1) 10:4 | | perfect(2) 15:5 81:13 | |
| noticed(2) 5:10 91:25 | | ones(6) 6:19 13:12 81:17 84:8 84:15 87:6 | | overlay(2) 26:19 76:19 | | | |
| notices(12) 10:15 13:16 13:17 13:18 18:25 23:18 23:20 37:5 44:25 75:6 84:7 92:12 | | only(25) 5:9 11:16 11:18 15:22 20:12 20:23 21:15 39:3 40:12 50:20 54:10 54:22 54:25 57:10 57:11 58:9 58:13 64:21 73:1 82:25 88:4 89:20 89:21 90:17 95:10 | | overly(1) 89:16 | | perhaps(7) 24:1 34:25 58:22 65:18 65:23 73:8 93:4 | |
| | | | | overnight(1) 13:24 | | | |
| | | | | overriding(1) 86:5 | | | |
| | | | | own(7) 31:19 31:20 32:13 65:17 80:24 81:1 88:7 | | period(2) 48:10 78:10 | |
| noticing(8) 6:24 16:4 23:23 25:25 59:10 73:17 74:14 79:23 | | | | | | periods(2) 20:9 75:7 | |
| | | | | owned(1) 52:8 | | permeated(1) 40:6 | |
| | | open(6) 23:22 24:6 24:18 26:11 70:1 85:17 | | p.m(1) 20:9 | | permission(1) 78:2 | |
| notification(1) 91:12 | | operated(1) 32:25 | | page(1) 53:22 | | permutations(1) 34:11 | |
| notified(1) 20:19 | | operates(1) 24:8 | | paid(4) 53:26 54:3 54:5 54:9 | | person(15) 5:16 9:24 15:7 17:20 34:22 35:2 35:7 38:13 45:15 44:5 61:7 61:7 62:7 68:15 74:3 88:3 | |
| now(30) 6:20 7:1 8:11 8:25 11:8 15:23 24:4 25:13 37:2 42:15 42:13 47:23 48:6 49:3 49:19 51:13 53:22 53:24 54:12 55:15 58:18 59:20 60:12 60:15 67:15 68:21 73:1 82:24 85:13 93:1 | | operation(3) 52:25 53:3 53:19 | | pained(3) 24:21 24:22 24:22 | | | |
| | | operations(2) 53:17 53:25 | | pains(2) 24:5 26:13 | | | |
| | | opinion(1) 70:10 | | papering(1) 25:13 | | | |
| | | opportunities(2) 15:16 37:12 | | papers(3) 14:14 29:20 67:12 | | persona(2) 4:17 4:21 | |
| | | | | paperwork(1) 51:3 | | | |
| | | | | paradigm(1) 48:18 | | | |
| | | | | paragraph(2) 30:1 85:21 | | | |

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **personal**(9) 24:11 55:18 56:9 65:17 85:25 85:25 86:3 88:2 88:11 | | **pre**(1) 8:15 | | **proved**(1) 49:13 | | **recognizing**(2) 10:6 67:24 | |
| | | **prefatory**(1) 24:2 | | **provide**(9) 7:13 7:14 13:1 14:8 15:6 27:19 37:3 50:24 | | **reconcile**(1) 28:7 | |
| **persons**(10) 29:8 35:10 36:15 37:3 38:2 39:5 42:6 42:20 42:21 68:16 | | **prefer**(1) 11:2 | | | | **reconciliation**(1) 27:17 | |
| | | **preference**(1) 94:20 | | **provided**(3) 11:3 18:22 75:12 | | **record**(8) 5:25 7:7 7:21 15:13 16:12 31:1 65:22 84:11 | |
| | | **preliminarily**(6) 10:16 42:2 44:12 90:7 90:14 91:7 | | **providers**(1) 8:2 | | | |
| **perspective**(5) 34:21 39:2 39:3 39:6 39:16 | | | | **provides**(1) 12:20 | | **recorded**(1) 1:46 | |
| **pertaining**(1) 50:10 | | **preliminary**(11) 15:10 42:5 44:4 44:15 44:23 44:24 83:13 90:19 90:21 91:11 92:2 | | **prudential**(5) 27:16 47:21 47:23 48:2 48:4 | | **recording**(2) 1:46 96:8 | |
| **peter**(1) 3:51 | | | | **public**(1) 54:21 | | **recoveries**(1) 12:21 | |
| **petition**(2) 49:12 70:19 | | | | **publication**(3) 13:23 14:13 92:2 | | **recovery**(2) 25:6 25:18 | |
| **phone**(14) 10:9 15:1 22:9 46:8 64:10 64:16 64:17 72:21 74:9 74:19 78:6 83:13 83 18 89:15 | | **premium**(1) 48:7 | | **publications**(1) 14:10 | | **recused**(1) 55:22 | |
| | | **premiums**(1) 77:24 | | **purchase**(3) 25:13 26:2 26:10 | | **reduction**(1) 79:1 | |
| | | **prepared**(1) 90:6 | | **purchaser**(2) 11:24 14:5 | | **refer**(1) 29:19 | |
| **physical**(1) 74:8 | | **presence**(1) 87:24 | | **purposes**(2) 11:15 42:5 | | **reflected**(2) 25:24 39:23 | |
| **physically**(1) 69:5 | | **present**(5) 10:8 29:8 55:10 86:25 91:10 | | **pursuant**(1) 65:4 | | **reflective**(1) 42:6 | |
| **physician**(1) 57:13 | | **presentation**(4) 47:3 50:16 73:3 77:4 | | **pursuit**(1) 25:12 | | **reflects**(2) 37:14 42:1 | |
| **pick**(2) 21:3 30:15 | | **presentations**(1) 73:7 | | **put**(15) 8:14 20:9 21:6 28:22 33:23 51:19 56:1 58:10 78:10 80:17 81:25 85:24 86:6 87:3 87:6 | | **refused**(1) 27:9 | |
| **picked**(1) 14:12 | | **presented**(3) 49:16 56:19 60:20 | | | | **regard**(1) 2:24 | |
| **piece**(5) 23:9 23:23 25:5 52:17 78:25 | | **preserve**(2) 26:4 31:20 | | | | **regarding**(5) 19:11 41:22 46:4 75:8 93:11 | |
| **piecemeal**(1) 40:23 | | **preserved**(1) 63:23 | | **putting**(1) 44:6 | | **regardless**(2) 12:22 50:22 | |
| **pieces**(1) 29:25 | | **press**(1) 76:3 | | **python**(1) 93:1 | | **regional**(1) 14:14 | |
| **pizza**(2) 72:12 72:16 | | **pretty**(1) 61:24 | | **qualified**(1) 26:15 | | **regularly**(1) 32:13 | |
| **place**(1) 78:10 | | **prevailing**(1) 33:10 | | **question**(6) 13:21 16:24 57:3 76:5 91:25 94:21 | | **related**(1) 56:1 | |
| **plan**(42) 9:21 10:21 10:24 12:22 17:16 17:19 17:19 17:19 17:21 17:22 29:21 30:20 31:13 33:3 33:3 37:6 43:4 38:22 39:1 39:12 40:5 40:8 40:11 40:19 41:6 49:3 49:13 51:1 51:9 51:13 52:24 53:15 53:23 54:2 54:6 54:10 74:21 76:13 78:8 78:9 81:10 81:18 89:4 89:5 | | **preview**(1) 88:20 | | | | **relates**(1) 27:7 | |
| | | **previous**(1) 55:10 | | | | **relationship**(3) 71:14 71:15 71:25 | |
| | | **previously**(1) 90:10 | | **questioning**(2) 67:16 68:19 | | **relationships**(1) 71:16 | |
| | | **primarily**(2) 62:16 65:14 | | **questions**(20) 10:14 13:10 15:8 19:11 19:14 19:23 21:20 21:21 21:25 23:12 28:19 28:25 29:17 30:25 33:11 73:16 73:17 77:18 77:19 86:12 | | **release**(2) 13 2 81:6 | |
| | | **principles**(1) 68:12 | | | | **released**(1) 57:14 | |
| | | **prior**(6) 18:9 29:8 40:14 49:12 50:13 | | | | **relevancy**(1) 67:16 | |
| **planning**(1) 29:2 | | **priority**(1) 49:17 | | | | **relevant**(2) 32:20 56:16 | |
| **plans**(25) 7:14 9:12 10:6 10:22 10:24 11:18 13:4 17:13 18:17 18:20 30:15 30:17 41:8 41:16 41:22 51:8 51:15 52:2 52:4 57:5 57:22 60:13 76:17 88:23 89:6 | | **privilege**(1) 32:1 | | **quick**(3) 16:24 23:19 91:24 | | **relief**(2) 45:10 91:1 | |
| | | **pro**(7) 3:25 3:38 3 42 3:46 3:50 4 13 4 25 56:24 60:2 62:5 | | **quickly**(1) 64:23 | | **reluctant**(2) 73:5 73:6 | |
| | | | | **quite**(8) 11:4 32:13 33:4 42:10 45:15 65:2 68:18 71:4 | | **rely**(2) 24:24 26:22 | |
| **plan's**(1) 10:3 | | **problem**(4) 30:19 41:2 65:3 66:25 | | | | **relying**(1) 68:2 | |
| **player**(1) 61:6 | | **problems**(1) 51:13 | | | | **remain**(1) 63:19 | |
| **plaza**(2) 1:34 2:43 | | **procedure**(1) 90:20 | | **rafael**(3) 2:33 22:18 82:4 | | **remaining**(1) 80:11 | |
| **pleadings**(1) 16:13 | | **procedures**(6) 6:24 10:18 16:4 36:24 44:13 68:7 | | **raise**(1) 21:25 | | **remains**(1) 49:5 | |
| **please**(8) 5:2 5:4 20:4 46:19 47:5 54:18 64:20 83:23 | | | | **raised**(5) 13:5 37:22 38:21 57:4 94:1 | | **remarkable**(1) 26:17 | |
| | | **proceed**(1) 41:23 | | **raising**(3) 16:6 17:12 75:2 | | **remarks**(1) 24:2 | |
| | | **proceeding**(1) 42:19 | | **rates**(1) 70:17 | | **remedy**(2) 32:21 40:12 | |
| **pleased**(5) 6:20 7:24 10:20 71:24 91:15 | | **proceedings**(4) 1:17 1:46 23:6 96:9 | | **rather**(2) 16:3 52:19 | | **remember**(3) 7:6 8:15 19:18 | |
| **plenty**(3) 32:7 33:16 71:2 | | **process**(65) 6:23 7 8 7:16 8:6 11:5 13:14 13:14 15:13 23:22 24:7 24:19 24:20 26:17 26:25 27:1 27:5 28:1 31:24 31:25 34:10 34:17 34:17 35:9 35:14 35:17 35:23 36:4 36:6 36:8 36:9 36:10 36:12 36:14 36:21 37:6 37:18 40:1 41:13 42:11 42:19 43:6 44:23 45:14 45:15 47:1 47:25 59:12 65:5 65:7 70:7 71:17 72:3 73:6 78:13 79:23 80:13 84:11 84:7 89:20 90:3 90:24 91:3 91:6 93:18 94:3 | | **ratings**(1) 49:12 | | **renewable**(1) 52:2 | |
| **plugged**(1) 10:10 | | | | **raymond**(1) 4:18 | | **reorganization**(1) 12:22 | |
| **plus**(2) 41:25 49:21 | | | | **reach**(4) 10:20 14:24 38:7 76:2 | | **repetitive**(1) 73:9 | |
| **pluses**(1) 50:10 | | | | **reached**(7) 7:16 8:10 11:7 37:2 42:12 57:19 57:20 | | **reply**(4) 16:1 16:4 19:9 45:17 | |
| **podium**(2) 5:14 22:6 | | | | | | **report**(1) 7:24 | |
| **point**(18) 6:15 7:21 10:16 11:7 17:11 28:6 32:24 35:2 40:10 40:21 55:14 60:17 62:25 63:3 68:20 80:25 81:10 86:11 | | | | **reaching**(1) 89:25 | | **reports**(1) 69:10 | |
| | | | | **read**(2) 38:25 51:20 | | **represent**(6) 31:7 35:6 41:20 42:9 43:21 44:19 | |
| | | | | **reaffirmed**(1) 81:7 | | | |
| **pointed**(2) 43:5 66:13 | | | | **real**(2) 30:12 33:4 | | **representation**(5) 29:6 33:13 38:23 43:1 43:4 | |
| **pointing**(1) 95:6 | | **processes**(1) 10:7 | | **really**(30) 5:9 14:23 15:10 16:5 26:18 26:21 27:6 28:22 29:7 29:13 30:3 32:21 33:11 34:15 40:19 42:18 59:21 59:24 61:17 63:9 64:21 66:26 67:17 74:5 86:18 88:4 88:7 89:21 93:4 94:3 | | | |
| **points**(3) 27:18 31:20 43:18 | | **produced**(1) 1:47 | | | | **representations**(1) 32:6 | |
| **policies**(2) 50:9 50:17 | | **productive**(1) 68:19 | | | | **representative**(2) 43:20 44:17 | |
| **policy**(3) 50:13 50:19 50:20 | | **professional**(1) 90:11 | | | | **representatives**(11) 10:9 31:3 31:4 41:24 42:21 43:4 43:8 43:11 44:6 44:17 68:3 | |
| **policy's**(1) 50:21 | | **professionals**(9) 27:21 37:20 38:10 54:19 72:5 84:2 84:13 88:19 89:20 | | **reason**(7) 23:24 40:25 58:7 60:23 78:9 79:1 91:10 | | | |
| **pool**(3) 12:14 13:13 18:14 | | | | | | **represented**(1) 43:12 | |
| **population**(3) 77:9 77:10 80:20 | | | | | | **representing**(5) 35:5 36:3 36:18 36:20 42:22 | |
| **populations**(1) 14:17 | | **professionals'**(1) 88:4 | | **reasonable**(1) 68:5 | | | |
| **portion**(3) 46:13 77:9 80:23 | | **programs**(1) 54:14 | | **reasons**(5) 7:22 40:13 44:11 44:16 44:19 | | **represents**(1) 38:14 | |
| **position**(4) 16:8 16:10 47:11 69:14 | | **prolong**(1) 19:10 | | **reassemble**(1) 92:16 | | **request**(1) 45:10 | |
| **positions**(6) 8:1 9:10 82:1 88:7 88:10 | | **promise**(1) 18:10 | | **reassure**(1) 82:6 | | **requested**(1) 45:11 | |
| **possibility**(1) 12:3 | | **promised**(1) 88:13 | | **reassured**(2) 80:14 81:2 | | **require**(2) 33:12 43:13 | |
| **possible**(16) 7:13 9:15 10:6 10:14 12:9 14:25 25:19 27:18 34:10 40:10 40:10 40:11 41:11 41:12 41:23 41:24 | | **promptly**(1) 95:16 | | **rebecca**(1) 4:33 | | **required**(1) 86:3 | |
| | | **proper**(2) 21:16 72:5 | | **rebuild**(1) 30:7 | | **requirement**(1) 90:23 | |
| | | **proponents**(3) 15:18 22:12 90:16 | | **recall**(3) 8:3 21:1 34:11 | | **requirements**(3) 90:6 90:19 91:7 | |
| **possibly**(3) 7:2 26:12 71:16 | | **propose**(1) 22:6 | | **receive**(6) 10:6 12:8 23:17 27:23 77:16 | | **research**(1) 47:7 | |
| **post-may**(1) 78:19 | | **proposed**(11) 8:11 9:3 13:19 14:4 16:23 17:1 25:10 32:22 44:18 90:9 90:17 | | **received**(1) 40:5 | | **reserve**(2) 25:25 67:11 | |
| **posture**(2) 11:15 65:10 | | | | **receiving**(5) 17:20 17:21 18:3 27:15 86:1 | | **reserved**(2) 9:9 11:16 | |
| **potential**(2) 11:24 27:11 | | | | **recipients**(2) 23:20 27:11 | | **reserving**(1) 7:15 | |
| **potentially**(1) 94:6 | | **proposes**(1) 11:10 | | **recognize**(5) 7:17 18:17 69:18 72:1 73:3 | | **residing**(1) 14:18 | |
| **power**(3) 63:6 63:7 63:8 | | **proposing**(5) 9:1 11:10 13:15 88:13 89:8 | | 77:21 80:18 84:16 86:17 87:18 88:8 | | **resolution**(6) 7:12 8:8 10:21 25:1 29:22 68:1 | |
| **ppearances**(1) 1:21 2:1 3:1 | | **propria**(2) 4:17 4:21 | | | | | |
| **practitioner**(1) 35:24 | | **protection**(1) 86:18 | | **recognizes**(1) 91:2 | | **resolve**(2) 24:20 89:1 | |
| | | **protocol**(1) 93:11 | | | | **resources**(1) 7 9 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **respect**(6) 18:20 40:12 45:13 74:21 74:23 90:4 | | **satisfied**(2) 89:16 91:9 | | **settlement**(102) 6:5 6:15 6:20 6:22 7:4 7:15 7:15 8:10 8:14 8:20 8:25 9:1 9:9 10:4 10:10 10:17 11:13 11:14 11:15 11:16 13:1 13:6 13:7 13:8 13:16 13:19 13:20 15:9 15:10 15:11 15:18 16:3 16:7 16:11 16:13 19:12 20:20 21:2 21:12 21:14 21:14 25:10 26:3 26:13 27:8 28:9 28:19 31:14 32:3 35:19 37:2 37:4 37:14 37:17 38:2 38:7 38:8 42:1 42:3 42:12 42:14 42:17 44:12 44:14 44:24 46:5 55:22 60:23 63:16 63:17 64:18 65:3 65:8 66:11 67:22 68:5 68:21 69:20 69:25 73:15 77:1 78:7 78:20 79:7 79:20 80:8 82:22 83:4 83:7 88:5 88:20 89:7 89:9 89:13 90:8 91:8 91:12 91:17 92:3 92:10 92:11 92:12 | | **small**(1) 15:22 | |
| | | **save**(1) 45:16 | | | | **smaller**(1) 14:19 | |
| | | **save**(1) 14:5 16:4 24:4 85:23 | | | | **smith**(1) 90:11 | |
| | | **say**(25) 5:20 9:8 16:12 26:1 29:24 34:24 35:2 37:12 39:3 41:11 51:11 52:25 55:6 62:21 64:23 72:7 73:12 76:11 78:7 82:20 82:21 83:25 87:21 89:11 94:13 | | | | **smooth**(1) 13:13 | |
| **respecting**(1) 86:4 | | | | | | **sniffling**(1) 6:4 | |
| **respond**(2) 23:19 27:2 | | | | | | **social**(1) 78:5 | |
| **response**(2) 83:19 84:21 | | | | | | **society**(2) 76:18 81:13 | |
| **responsibilities**(1) 44:7 | | | | | | **soft**(1) 35:1 | |
| **responsibility**(5) 44:1 47:21 50:9 52:23 89:22 | | **saying**(9) 21:10 48:6 54:20 55:6 55:7 58:3 58:5 58:7 94:8 | | | | **solace**(1) 26:7 | |
| | | | | | | **sold**(3) 12:6 12:6 50:14 | |
| | | | | **settlements**(7) 6:18 9:7 9:15 9:16 23:13 41:10 41:25 | | **solution**(1) 10:25 | |
| **rest**(2) 20:11 25:13 | | **says**(2) 21:1 51:10 | | | | **some**(66) 9:12 9:20 9:21 10:5 11:3 16:16 18:8 18:10 21:2 21:16 21:16 22:3 22:9 23:12 23:17 24:2 24:2 24:3 24:9 24:13 26:16 27:18 27:19 27:22 28:6 28:18 31:19 33:4 33:19 34:15 34:19 34:20 35:7 36:21 37:8 37:21 37:22 37:23 38:4 41:9 42:17 45:15 46:7 47:7 50:25 51:4 56:1 59:7 60:13 61:21 62:19 63:20 64:17 65:2 68:16 68:18 71:5 72:12 73:3 78:11 88:21 89:5 92:7 94:1 94:5 94:18 | |
| **restrictions**(1) 32:25 | | **schedules**(1) 20:18 | | **seven**(1) 52:9 | | | |
| **result**(4) 30:13 70:13 77:22 89:3 | | **scheduling**(1) 33:6 | | **several**(5) 60:6 65:17 68:23 69:4 72:11 | | | |
| **retire**(3) 9:12 9:14 10:3 | | **schultea**(2) 19:15 19:17 | | **share**(1) 10:12 | | | |
| **retired**(1) 9:11 | | **schuylkill**(1) 1:41 | | **shared**(2) 28:12 54:24 | | | |
| **retiree**(22) 6:23 9:24 10:2 10:8 12:14 13:6 13:7 13:8 20:19 21:1 22:8 27:10 45:25 73:24 79:3 87:6 | | **schweitzer**(87) 1:31 5:20 5:23 5:24 5:25 6:3 6:10 6:13 7:3 8:6 8:18 8:24 9:19 10:1 11:12 12:5 12:17 12:19 12:24 14:4 14:21 14:16 14:21 15:4 15:18 15:22 17:2 17:4 17:6 17:9 17:11 17:18 17:24 18:6 18:14 19:4 19:6 19:8 19:18 19:21 20:5 20:6 20:17 21:19 22:21 22:13 22:14 24:8 24:17 34:6 34:25 36:6 37:8 40:9 46:4 71:13 72:12 72:17 72:19 72:20 72:22 72:25 74:16 74:17 74:23 75:11 75:15 83:20 85:13 85:14 85:20 86:11 86:16 87:7 87:24 88:18 89:11 90:10 91:19 92:4 92:7 92:10 92:14 92:19 92:19 92:20 92:23 | | **shares**(1) 52:6 | | | |
| | | | | **sharing**(1) 59:25 | | **somebody**(2) 48:25 57:25 | |
| | | | | **she**(3) 48:17 61:24 74:4 | | **someday**(1) 40:19 | |
| **retirees**(4) 4:5 9:6 14:16 14:18 | | | | **sheet**(1) 87:4 | | **somehow**(5) 38:2 38:3 50:19 50:21 57:14 | |
| **retirement**(2) 9:12 81:17 | | | | **sheets**(1) 87:8 | | **someone**(6) 38:25 65:10 74:12 75:12 77:17 80:25 | |
| **return**(1) 57:12 | | | | **shelley**(1) 2:34 | | | |
| **reveal**(1) 25:3 | | | | **shelly**(1) 23:2 | | | |
| **revealed**(2) 26:12 82:3 | | | | **she's**(3) 19:21 19:23 19:25 | | **something**(11) 52:15 52:19 55:8 61:11 61:14 62:21 64:23 67:8 67:18 92:22 93:1 | |
| **review**(1) 48:19 | | | | **ship**(2) 78:1 78:3 | | | |
| **revise**(1) 95:1 | | | | **short**(1) 66:1 | | | |
| **revised**(2) 13:24 14:1 | | **schweitzer's**(1) 36:23 | | **shortly**(1) 6:21 | | **sometimes**(1) 53:16 | |
| **rich**(3) 72:16 77:19 81:20 | | **schweitzer**(1) 16:25 | | **should**(17) 23:6 23:10 27:1 34:19 34:24 35:21 36:14 36:21 38:18 38:19 41:9 52:11 59:25 61:14 82:4 88:18 88:24 | | **somewhat**(2) 29:19 93:4 | |
| **richards**(1) 2:4 | | **seal**(6) 28:4 86:4 86:8 86:22 87:1 87:9 | | | | **somewhere**(1) 89:17 | |
| **ridiculous**(1) 58:15 | | **sealing**(1) 85:18 | | | | **son-in-law**(1) 61:24 | |
| **right**(73) 9:17 9:25 12:23 15:17 17:4 17:17 17:23 18:5 18:13 21:4 25:23 27:12 28:14 29:9 33:25 39:9 40:24 43:9 43:9 45:1 45:18 46:6 46:19 49:19 53:2 53:13 53:14 56:13 56:18 57:6 59:11 59:16 60:4 60:11 60:14 60:25 64:9 66:16 66:19 66:21 67:13 67:19 67:21 69:22 70:21 70:24 73:3 73:18 74:2 74:25 75:10 79:20 80:3 81:11 82:12 82:24 83:2 83:6 83:20 84:22 84:25 85:4 85:13 88:17 89:3 89:18 89:18 91:20 92:4 92:9 95:1 95:12 95:16 | | **seated**(2) 5:4 80:11 | | **shouldn't**(2) 52:12 61:11 | | **song**(1) 4:33 | |
| | | **second**(8) 6:21 20:25 25:5 27:6 32:19 32:22 69:16 90:23 | | **show**(5) 53:7 54:12 76:11 76:17 76:19 | | **soon**(1) 95:17 | |
| | | | | **showing**(4) 15:12 18:18 18:21 86:13 | | **sooner**(1) 29:23 | |
| | | | | **showings**(1) 88:19 | | **sorry**(6) 8:12 80:6 83:21 83:22 84:23 85:8 | |
| | | **secure**(2) 25:12 26:10 | | **shown**(1) 52:8 | | **sort**(4) 11:9 73:6 86:18 86:20 | |
| | | **security**(2) 50:22 78:5 | | **shows**(5) 53:24 65:5 65:6 77:10 87:25 | | **sorting**(1) 28:2 | |
| **rights**(9) 7:15 9:9 11:16 19:1 63:11 63:12 63:13 63:23 67:11 | | **see**(17) 9:19 11:23 13:25 20:2 28:3 28:4 33:22 37:12 44:3 45:7 45:8 74:10 78:9 88:20 89:25 92:1 92:1 | | **shut**(2) 54:1 54:2 | | **sorts**(1) 73:7 | |
| | | | | **sick**(1) 66:26 | | **sought**(1) 41:5 | |
| | | **seeing**(1) 95:17 | | **sickness**(2) 48:14 48:15 | | **sound**(3) 1:46 84:14 96:8 | |
| **rise**(5) 5:2 54:25 84:8 89:13 93:4 | | **seek**(1) 7:20 | | **side**(23) 7:9 7:10 10:19 10:20 11:1 22:6 29:13 34:15 35:3 36:8 37:8 38:6 38:8 38:6 38:12 39:17 41:2 41:4 53:8 53:14 61:7 61:7 80:20 | | **sounds**(1) 74:5 | |
| **risk**(8) 65:23 66:8 66:9 70:1 70:10 71:2 73:3 77:3 | | **seeking**(4) 8:9 13:18 40:13 42:13 | | | | **south**(1) 61:4 | |
| | | **seem**(1) 32:4 | | | | **space**(1) 20:9 | |
| | | **seems**(1) 37:22 | | | | **spd**(2) 51:1 60:13 | |
| **risks**(3) 65:13 68:1 84:11 | | **seen**(4) 15:19 20:13 85:16 88:21 | | **sides**(4) 8:2 11:16 68:22 70:9 | | **spds**(6) 50:19 54:1 51:10 57:24 61:13 81:9 | |
| **rlks**(1) 19:15 | | **segal**(3) 4:5 4:5 45:24 | | **sign**(3) 51:14 91:15 91:23 | | **speak**(6) 6:11 28:5 76:3 79:18 79:19 94:12 | |
| **rodney**(2) 2:6 2:21 | | **sen**(2) 4:29 4:30 | | **signed**(4) 14:1 30:23 30:23 48:3 | | **speaking**(2) 10:18 22:20 | |
| **roger**(1) 1:30 | | **send**(4) 51:7 51:21 51:22 74:14 | | **significant**(3) 7:9 71:11 84:17 | | **specific**(1) 67:9 | |
| **rohrbaugh**(8) 4:22 79:25 80:2 80:2 80:3 80:5 82:8 82:9 | | **sense**(2) 42:15 64:10 | | **signing**(1) 85:17 | | **specifically**(2) 23:12 86:12 | |
| | | **sensitive**(4) 55:13 63:1 72:1 91:4 | | **silent**(1) 50:8 | | **speculate**(1) 71:6 | |
| | | **sensitivity**(1) 89:23 | | **silos**(1) 16:20 | | **spend**(1) 55:11 | |
| **room**(4) 7:11 14:2 32:2 88:11 | | **sent**(2) 13:24 44:14 | | **silver**(1) 70:6 | | **spent**(4) 34:16 88:1 88:5 88:5 | |
| **rooney**(1) 3:4 | | **sentiment**(1) 65:9 | | **similar**(13) 14:16 15:19 16:20 20:17 40:4 40:5 40:8 40:25 64:13 74:20 74:20 90:16 93:16 | | **spoke**(2) 16:16 59:22 | |
| **rossi**(11) 4:26 16:1 59:18 59:21 84:23 84:24 85:2 85:8 85:8 85:10 85:12 | | **separate**(5) 17:16 33:12 41:18 41:25 69:24 | | | | **spoken**(1) 59:6 | |
| | | **serious**(1) 24:9 | | | | **spread**(2) 76:20 88:2 | |
| | | **seriously**(1) 84:3 | | **simple**(4) 25:15 48:22 48:25 53:6 | | **square**(2) 2:6 2:21 | |
| **roughly**(7) 12:6 14:19 16:25 55:6 55:7 58:9 58:11 | | **served**(1) 61:14 | | **simply**(1) 49:2 | | **stand**(1) 22:8 | |
| | | **service**(7) 1:40 1:47 9:13 15:2 61:22 84:16 84:19 | | **since**(5) 13:12 33:2 49:24 75:20 84:7 | | **standard**(1) 16:22 69:25 | |
| | | | | **sincere**(1) 84:12 | | **standards**(5) 15:9 44:15 88:16 88:18 90:7 | |
| **routinely**(1) 43:19 | | | | **single**(2) 39:12 39:16 | | **standing**(1) 64:23 | |
| **rule**(1) 90:23 | | | | **sir**(10) 45:4 45:7 45:23 46:20 47:5 59:2 64:3 84:18 85:2 85:8 | | **stargatt**(1) 2:19 | |
| **rules**(1) 90:20 | | | | | | **started**(4) 34:9 34:14 35:16 41:13 | |
| **run**(1) 20:10 | | **services**(3) 1:40 15:5 96:14 | | | | **starting**(1) 88:20 | |
| **said**(19) 6:13 7:21 13:14 15:9 16:12 21:4 37:8 37:9 40:13 44:16 44:20 50:17 51:1 51:24 52:23 64:24 88:5 89:15 92:25 | | **sessions**(2) 34:9 69:4 | | **sit**(4) 35:10 36:11 69:1 74:4 | | **starts**(1) 80:25 | |
| | | **set**(3) 70:6 75:7 92:14 | | **sitting**(9) 31:18 32:2 32:17 35:3 35:18 36:7 36:15 49:14 50:4 | | **state**(5) 77:25 78:4 78:4 80:7 81:19 | |
| | | **sets**(1) 29:7 | | | | **stated**(1) 30:19 | |
| | | **settle**(3) 60:18 60:19 71:22 | | | | **statement**(6) 41:21 76:8 82:23 83:1 83:4 83:9 | |
| **salary**(1) 49:21 | | **settled**(1) 26:11 | | | | | |
| **sale**(1) 12:9 | | | | **situation**(2) 44:4 91:1 | | | |
| **same**(8) 20:6 28:12 41:2 42:14 49:22 53:20 79:18 84:9 | | | | **situations**(2) 41:15 68:16 | | **statements**(1) 86:1 | |
| | | | | **slack**(1) 52:12 | | **states**(2) 1:1 1:19 | |
| | | | | **slide**(1) 47:9 | | **status**(1) 30:4 | |
| **samis**(2) 2:5 95:8 95:9 95:10 95:13 | | | | | | **stays**(1) 28:12 | |
| **santa**(1) 52:7 | | | | | | **ste**(1) 3:6 | |
| **sanitization**(1) 90:22 | | | | | | **steen**(1) 1:29 | |

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

step(2) 81:5 83:13
step-by-step(1) 87:8
steward(1) 94:3
stewards(1) 93:17
still(13) 12:1 19:2 43:3 51:11 52:23 53:4
53:24 53:24 53:25 53:26 62:18 75:22 80:4

stop(1) 57:11
stopped(1) 49:7
strained(3) 71:13 71:16 71:25
strauss(1) 2:11
street(7) 1:11 1:41 2:7 2:22 2:28 2:35
14:13

strength(1) 33:22
stress(1) 50:2
stressful(1) 11:8
stretch(2) 72:2 84:5
strived(1) 26 25
strong(7) 16:8 29:21 29:24 61:13 88:10
88:11 93:14

stronger(1) 88:23
strongest(1) 33:24
strongly(3) 70:4 70:6 88:7
structure(1) 42:1
stuff(1) 56:6
sturm(1) 2:13
stutz(1) 31:12
subject(1) 12:8
submission(1) 93:20
submissions(1) 45:12
substance(2) 19:12 58:18
substantive(3) 59:23 67:10 87:18
subtracted(1) 28:10
such(9) 8:14 10:12 40:22 41:5 43:1 44:15
84:14 86:7 91:6

sufficient(2) 15:15 90:15
suggest(1) 72:23
suggested(2) 41:9 86:23
suggesting(2) 69:23 94:19
suggestion(1) 74:15
suite(1) 2:35
sum(1) 26:4
summary(1) 13:20
supervisors(1) 51:2
supplemental(1) 28:6
support(13) 45:10 64:17 65:22 73:13
73:15 78:22 79:19 80:7 81:4 82:9 83:9
88:19 95:11

suppose(1) 94:9
supposed(1) 51:9
sure(29) 8:22 19:8 20:4 22:14 23:1 25:16
29:3 30:22 37:1 37:5 37:13 39:5 43:17
46:17 55:1 56:4 58:17 59:14 66:2 68:9
70:25 72:12 72:10 78:17 87:12 92:20 92:21
93:6 94:10

surviving(3) 21:9 21:15 21:17
suspect(1) 5:17
sutty(1) 87:10
sympathize(1) 64:24
system(3) 51:20 82:5 94:6
systems(1) 52:7
table(4) 35:3 36:16 39:17 81:16
tables(1) 77:8
tact(1) 80:14
take(19) 6:11 11:9 23:19 25:7 26:8 28:20
36:21 47:5 48:8 50:5 57:25 58:5 58:8
60:2 65:23 81:6 84:2 84:6 95:15

taken(9) 8:2 18:11 24:5 25:15 35:19 37:7
62:2 71:4 81:2

taking(3) 13:12 25:3 50:13
talk(4) 28:24 47:9 52:2 73:15

talked(7) 13:5 36:23 50:12 50:25 67:5
85:2 85:15

talking(4) 35:19 49:22 57:3 74:8
tammy(1) 96.13
tangible(1) 50:6
target(1) 93:5
task(1) 90:10
tax(1) 12:9
taxable(1) 28:20
taxation(1) 28:17
taylor(2) 2:19 4:10
team(2) 5:18 82:4
tear(1) 58:6
telephone(1) 79:15
telephonic(1) 3:10
tell(12) 22:20 24:21 30:5 30:7 33:15 35:8
57:14 60:7 66:25 71:24 82:10 87:9

telling(3) 25:21 47:23 72:15
ten(5) 17:3 18:2 40:15 40:21 85:21
tenant(1) 27:25
term(3) 7:14 7:18 65:20
terminate(17) 7:20 7:23 8:9 10:22 10:23
10:24 11:17 18:19 39:9 40:11 47:10 47:11
52:3 53:23 58:5 74:25

terminated(2) 18:17 51:12
terminates(2) 47:17 54:6
terminating(2) 49:2 54:10
termination(15) 7:5 7:13 8:8 17:19 17:19
33:9 40:22 41:3 41:5 42:15 42:18 47:19
52:24 57:15 84:7

terms(13) 11:12 12:1 12:7 13:20 14:2
19:12 24:14 63:16 68:20 73:17 74:1 74:12
84:14

tested(1) 25:8
tests(2) 27:18 27:19
than(15) 5:14 16:3 25:15 29:23 30:18
35:16 43:16 43:19 44:19 49:15 51:21
52:19 62:23 65:19 68:16

thank(62) 5:3 5:16 5:22 19:7 19:7 20:4
20:5 22:13 23:7 33:25 33:25 45:2 45:3
45:19 45:20 45:20 46:6 47:6 47:6 55:4
56:15 57:2 64:3 64:4 64:6 64:7 64:8
67:20 79:12 79:13 79:14 80:9 81:21 81:22
82:8 82:12 82:12 83:11 83:16 83:17 84:18
84:19 84:20 85:2 85:6 85:11 85:12 85:14
87:14 89:18 89:18 91:19 91:21 91:22
91:22 92:18 95:3 95:9 95:13 95:16 95:17

thankful(1) 95:6
thanksgiving(1) 8:16

that(301) 5:21 6:4 6:18 6:22 7:3 7:13
7:17 7:20 7:21 7:22 7:24 7:25 8:10 8:13
8:14 8:14 8:25 9:1 9:2 9:3 9:7 9:10 9:15
9:18 9:19 9:22 10:1 10:1 10:2 10:4 10:11
10:12 10:15 10:18 10:20 10:22 10:23
10:24 11:1 11:3 11:14 11:17 11:17 11:20
11:23 12:1 12:3 12:3 12:5 12:6 12:6 12:7
12:7 12:9 12:10 12:11 12:20 12:24 12:25
13:1 13:2 13:2 13:5 13:5 13:6 13:10
13:13 13:18 13:21 13:24 14:4 14:17 15:4
15:5 15:12 15:14 15:15 15:18 15:22 15:25
16:2 16:5 16:8 16:9 16:13 16:14 16:17
16:20 16:21 17:11 17:13 17:22 17:24 18:8
18:9 18:10 18:10 18:11 18:15 18:17 18:19
18:21 18:25 19:11 19:12 19:23 19:24 20:7
20:8 20:20 20:23 20:24 21:1 21:6 21:8
21:13 21:15 21:22 21:23 21:24 21:24 22:5
22:5 22:15 22:25 23:10 23:10 23:16
23:19 23:20 23:21 23:22 23:24 24:4 24:10
24:21 24:25 25:3 25:11 25:14 25:16 25:22
25:25 26:7 26:16 26:17 26:20 26:25 27:1
27:20 28:2 28:4 28:15 28:20 28:22
28:23 28:25 29:7 29:13 29:19 29:19 29:19
29:20 29:23 29:24 30:1 30:3 30:8 30:8
30:12 30:14 30:15 30:17 30:19 30:20
30:22 30:23 31:1 31:3 31:4 31:8 32:5
32:16 32:23 33:2 33:2 33:10 33:11 33:12
33:17 33:19 33:19 33:21 33:24 34:8 34:9
34:18 34:18 34:18 34:24 34:24 35:2 35:4
35:11 35:12 35:22 36:2 36:4 36:6 36:13
36:15 36:15 36:20 36:24 37:1 37:3 37:5
37:7 37:8 37:13 37:15 37:17 37:19 37:22
37:23 38:5 38:7 38:7 38:8 38:9 38:10
38:13 38:14 38:16 38:17 38:18 38:18 39:3
39:3 39:12 39:15 39:15 39:20 39:21 39:22
39:23 40:1 40:3 40:5 40:6 40:8 40:10
40:12 40:15 40:17 40:17 40:21 41:2 41:8
41:9 41:11 41:11 41:12 41:12 41:13 41:14
41:14 41:19 42:2 42:6 42:11 42:13 42:14
42:15 42:16 42:18 42:20 42:20 42:22 43:1
43:1 43:3 43:11 43:12 43:21 44:3 44:7
45:12 45:13 45:15 45:16 45:17

that(270) 46:4 46:10 47:22 47:23 48:6
48:8 48:8 49:2 49:14 49:22 50:2 50:15
50:15 50:19 50:20 50:20 50:21 51:9 51:21
51:24 52:5 52:9 52:17 52:18 52:23 52:25
53:3 53:4 53:7 53:19 53:19 53:21 53:24
53:26 54:1 54:7 54:21 54:25 54:25 55:3
56:1 56:7 56:8 57:8 57:9 57:9 57:10 57:13
57:17 57:20 57:21 57:22 58:5 58:7 58:9
58:11 58:13 58:17 58:19 59:2 59:4 59:10
59:12 59:14 59:17 59:20 59:20 59:20 59:21
59:23 60:13 60:14 60:17 60:18 61:4 61:9
61:10 61:13 62:18 62:18 63:7 63:7 63:17
64:10 64:16 64:20 65:3 65:4 65:5 65:6
65:6 65:11 65:11 65:14 65:15 65:16 66:10
66:11 66:11 66:22 66:26 67:8 67:11 67:18
67:21 67:24 68:7 68:11 68:13 69:14 69:23
70:5 70:6 70:10 70:17 70:23 70:24
71:8 71:10 72:7 72:8 73:3 73:19 73:22
74:13 74:14 74:18 74:19 74:24 75:2 75:6
75:12 75:12 75:18 75:21 76:2 76:4 76:9
76:21 76:21 76:26 77:10 77:11 77:14
77:15 77:16 77:19 77:20 77:21 77:24 78:9
78:21 78:22 78:24 78:24 79:1 79:4 79:16
79:20 79:22 80:7 80:11 80:15 80:16 80:17
80:18 80:19 80:21 80:22 80:25 81:3 81:4
81:5 81:6 81:7 81:8 81:9 81:23 81:25
82:3 82:6 82:21 82:25 83:1 83:3 83:4
83:12 83:13 83:25 84:13 84:15 85:3 85:7
85:9 85:15 85:16 85:20 85:21 85:22 85:22
85:24 86:1 86:2 86:3 86:5 86:7 86:8 86:9
86:11 86:12 86:13 86:18 87:9 87:13 87:17
87:18 87:18 87:21 88:8 88:10 88:13 88:15
89:3 89:4 89:9 89:11 89:13 89:15 89:16
89:17 89:24 89:25 90:2 90:9 90:10 90:10
90:15 90:15 90:16 90:18 90:20 90:25
90:22 91:3 91:3 91:4 91:5 91:9 91:10
91:12 91:15 91:23 91:25 92:1 92:4 92:7
92:9 93:14 93:18 94:5 94:9 94:10 94:11
94:17 94:18 94:21 95:6 95:11 95:15 96:1
96:7

that's(83) 9:17 12:19 12:23 13:7 13:8
16:5 16:23 18:15 25:24 27:25 29:5 30:9
30:10 31:22 32:21 35:3 35:8 36:24 39:2
40:25 42:12 43:9 45:10 45:10 46:5 47:22
48:2 48:3 49:1 49:21 50:4 50:23 51:3
51:12 51:19 52:1 52:15 52:16 54:10 55:7
56:9 57:15 58:6 58:7 58:14 59:13 59:16
60:4 60:23 61:24 62:18 66:11 66:16 67:19
67:21 67:22 68:21 68:21 70:21 72:15
72:17 72:22 73:6 73:11 73:21 74:2 74:15
75:13 78:25 80:21 83:2 83:6 83:6 83:11
84:9 85:5 87:22 88:17 94:9 94:16 95:1
95:5

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line |
|---|---|
| **the**(301) | 1:1  1:2  1:18  2:4  3:4  5:2  5:3  5:6 |
| | 5:9  5:10  5:10  5:12  5:14  5:16  5:19  5:22 |
| | 5:24  5:25  6:2  6:4  6:5  6:5  6:7  6:12  6:14 |
| | 6:14  6:16  6:16  6:17  6:18  6:19  6:19  6:21 |
| | 6:21  6:22  6:22  6:23  6:24  6:25  7:1  7:2  7:2 |
| | 7:3  7:4  7:4  7:5  7:7  7:7  7:10  7:11  7:11 |
| | 7:12  7:13  7:13  7:16  7:17  7:19  7:20  7:20 |
| | 7:21  7:21  7:21  7:22  7:23  8:1  8:3  8:5  8:8 |
| | 8:9  8:15  8:17  8:19  8:19  8:19  8:22  8:25 |
| | 8:25  9:1  9:2  9:3  9:6  9:6  9:10  9:11  9:14 |
| | 9:16  9:17  9:20  9:21  9:21  9:22  9:25  10:2 |
| | 10:4  10:6  10:7  10:8  10:8  10:9  10:9  10:10 |
| | 10:11  10:17  10:17  10:18  10:19  10:19 |
| | 10:21  10:22  10:25  11:4  11:5  11:6  11:6 |
| | 11:7  11:9  11:10  11:11  11:12  11:13  11:13 |
| | 11:13  11:14  11:14  11:15  11:17  11:17  11:20 |
| | 11:20  11:20  11:21  11:23  11:24 |
| | 11:25  12:1  12:2  12:2  12:4  12:7  12:8  12:11 |
| | 12:12  12:12  12:14  12:15  12:18  12:18 |
| | 12:20  12:22  12:22  12:23  12:24  13:1  13:3 |
| | 13:4  13:4  13:4  13:5  13:7  13:9  13:8  13:11 |
| | 13:12  13:13  13:15  13:15  13:16  13:16 |
| | 13:16  13:17  13:18  13:18  13:19  13:19 |
| | 13:20  13:20  13:20  13:21  13:23  14:1  14:2 |
| | 14:2  14:2  14:2  14:3  14:3  14:4  14:5  14:6 |
| | 14:10  14:11  14:12  14:13  14:13  14:14 |
| | 14:15  14:16  14:18  14:20  15:1  15:2  15:3 |
| | 15:7  15:8  15:9  15:10  15:11  15:12  15:13 |
| | 15:13  15:14  15:15  15:17  15:18  15:21 |
| | 16:3  16:1  16:2  16:3  16:3  16:5  16:6  16:6 |
| | 16:7  16:7  16:7  16:10  16:11  16:11  16:12 |
| | 16:12  16:13  16:13  16:16  17:1  17:3  17:5 |
| | 17:7  17:7  17:8  17:9  17:10  17:13  17:13 |
| | 17:14  17:17  17:18  17:19  17:19  17:21 |
| | 17:23  17:24  17:25  18:3  18:4  18:5  18:7 |
| | 18:7  18:9  18:9  18:11  18:13  18:15  18:16 |
| | 18:17  18:18  18:18  18:19  18:22  18:23 |
| | 18:24  18:25  19:3  19:5  19:7  19:10  19:11 |
| | 19:12  19:12  19:13  19:14  19:16  19:17 |
| | 19:20  19:22  19:24  19:25  20:2  20:2  20:3 |
| | 20:4  20:6  20:6  20:7  20:8  20:8  20:11  20:11 |
| | 20:12  20:12 |

| Word | Page:Line |
|---|---|
| **the**(301) | 20:13  20:13  20:14  20:16  20:18 |
| | 20:20  20:21  20:23  21:6  21:8  21:12  21:13 |
| | 21:14  21:15  21:18  21:21  21:22  21:24 |
| | 21:24  21:25  22:2  22:6  22:7  22:9  22:9 |
| | 22:10  22:12  22:13  22:15  22:17  22:9 |
| | 22:22  23:3  23:6  23:7  23:9  23:10  23:11 |
| | 23:13  23:13  23:15  23:16  23:18  23:18 |
| | 23:18  23:20  23:23  23:23  23:23  23:25  24:2 |
| | 24:3  24:3  24:4  24:5  24:6  24:7  24:8  24:10 |
| | 24:10  24:15  24:17  24:18  24:20  24:25  25:1 |
| | 25:7  25:8  25:13  25:14  25:15  25:15  25:16 |
| | 25:18  25:20  25:23  25:25  25:25  26:1  26:1 |
| | 26:1  26:6  26:7  26:14  26:20  26:20  26:23 |
| | 27:1  27:1  27:2  27:2  27:3  27:6  27:7  27:7 |
| | 27:22  27:23  27:24  27:25  28:2  28:4  28:5 |
| | 28:11  28:11  28:12  28:13  28:14  28:16  28:19 |
| | 28:20  28:23  29:1  29:1  29:4  29:5  29:6 |
| | 29:8  29:11  29:12  29:13  29:18  29:19  29:23 |
| | 30:2  30:3  30:4  30:8  30:8  30:9  30:9  30:11 |
| | 30:13  30:14  30:14  30:15  30:16  30:17 |
| | 30:18  30:19  30:20  30:24  31:1  31:2  31:7 |
| | 31:24  31:24  31:25  32:2  32:4  32:9  32:11 |
| | 32:14  32:16  32:19  32:22  32:24  33:1  33:3 |
| | 33:4  33:5  33:8  33:8  33:12  33:14  33:20 |
| | 33:20  33:20  33:22  33:25  34:3  34:5  34:10 |
| | 34:13  34:14  34:15  34:17  34:18  34:20 |
| | 34:21  34:22  34:23  35:1  35:3  35:3  35:4 |
| | 36:5  36:6  36:7  36:9  36:10  36:12  36:13 |
| | 36:15  36:15  36:16  36:20  36:22  36:25  37:3 |
| | 37:4  37:4  37:5  37:6  37:8  37:10  37:10 |
| | 37:12  37:14  37:15  37:17  37:19  37:20 |
| | 37:20  37:21  37:25  38:2  38:2  38:2  38:3 |
| | 38:5  38:8  38:9  38:10  38:10  38:11  38:12 |
| | 38:15  38:18  38:21  38:22  38:22  38:22 |
| | 38:23  38:24  39:1  39:1  39:7  39:8  39:8 |
| | 39:9  39:9  39:10  39:11  39:12  39:14  39:15 |
| | 39:14  39:17  39:17  39:19  39:21  39:22 |
| | 39:24  39:25  40:2  40:2  40:4  40:5  40:6 |
| | 40:7  40:11  40:13  40:14  40:15  40:16  40:17 |
| | 40:19  40:22  40:24  40:25  41:2  41:4  41:7 |
| | 41:8  41:8 |

| Word | Page:Line |
|---|---|
| **the**(301) | 41:9  41:14  41:16  41:18  41:19 |
| | 41:22  41:25  42:1  42:2  42:3  42:3  42:4 |
| | 42:6  42:8  42:9  42:9  42:9  42:14  42:15 |
| | 42:16  42:16  42:18  42:18  42:19  42:19 |
| | 42:20  42:21  42:24  42:25  43:1  43:1  43:3 |
| | 43:4  43:6  43:9  43:17  43:21  43:22  43:23 |
| | 44:1  44:9  44:12  44:13  44:13  44:16  44:24 |
| | 44:16  44:16  44:19  44:21  44:23  44:24 |
| | 44:24  44:25  45:1  45:3  45:6  45:7  45:9 |
| | 45:10  45:10  45:11  45:12  45:14  45:14 |
| | 45:24  46:1  46:3  46:3  46:4  46:4  46:6  46:8 |
| | 46:9  46:11  46:15  46:19  46:22  46:24  47:7 |
| | 47:5  47:8  47:8  47:10  47:13  47:15  47:17 |
| | 47:17  47:18  47:20  48:4  48:10  48:11  48:14 |
| | 48:20  48:21  49:3  49:5  49:7  49:8  49:9 |
| | 49:10  49:11  49:16  49:19  49:22  49:24 |
| | 49:25  50:3  50:3  50:5  50:8  50:10  50:16 |
| | 50:18  50:22  50:24  50:24  51:3  51:4  51:8 |
| | 51:9  51:13  51:15  51:16  51:18  51:19  51:21 |
| | 51:22  51:24  51:25  51:25  52:3  52:3  52:14 |
| | 52:22  52:23  52:24  52:24  53:2  53:3  53:4 |
| | 53:5  53:6  53:7  53:10  53:13  53:14  53:14 |
| | 53:20  53:20  53:22  53:23  53:24  54:2  54:4 |
| | 54:7  54:8  54:9  54:10  54:10  54:11  54:14 |
| | 54:16  54:18  54:23  54:24  54:25  54:59  55:13 |
| | 55:17  55:19  55:21  55:24  56:3  56:4  56:6 |
| | 56:7  56:10  56:13  56:15  56:18  56:21  56:23 |
| | 57:1  57:3  57:4  57:6  57:8  57:10  57:10 |
| | 57:11  57:14  57:17  57:18  57:19  57:19 |
| | 57:20  57:21  57:23  57:24  58:2  58:7  58:9 |
| | 58:22  58:25  59:1  59:4  59:7  59:8  59:11 |
| | 59:16  59:19  59:19  59:20  59:24  59:25  60:2 |
| | 60:2  60:4  60:6  60:9  60:11  60:13  60:14 |
| | 60:14  60:15  60:21  60:21  60:22  60:22 |
| | 60:23  60:23  60:25  61:2  61:3  61:5  61:7 |
| | 61:8  61:10  61:12  61:14  61:16  61:18  61:20 |
| | 62:5  62:9  62:11  62:12  62:14  62:16  62:17 |
| | 62:19  62:20  62:23  63:1  63:3  63:5  63:8 |
| | 63:8  63:9  63:10  63:11  63:12  63:13  63:14 |
| | 63:15  63:15  63:16  63:16  63:16  63:16  63:19 |
| | 63:20  63:22  64:1  64:4  64:6  64:8  64:10 |
| | 64:10  64:13  64:15  64:17  64:18  64:19 |
| | 64:25  65:3  65:3  65:4 |

| Word | Page:Line |
|---|---|
| **the**(301) | 65:5  65:6  65:9  65:11  65:12  65:12 |
| | 65:13  65:15  65:15  65:17  65:20  66:2  66:5 |
| | 66:8  66:10  66:11  66:11  66:12  66:12  66:16 |
| | 66:17  66:19  66:20  66:21  66:23  66:25  67:2 |
| | 67:3  67:3  67:5  67:8  67:9  67:10  67:12 |
| | 67:13  67:15  67:16  67:16  67:17  67:19 |
| | 67:21  67:24  67:25  68:1  68:2  68:9  68:13 |
| | 68:14  68:20  68:24  68:25  69:7  69:9  69:11 |
| | 69:11  69:13  69:13  69:13  69:14  69:17 |
| | 69:20  69:23  70:1  70:3  70:12  70:15  70:17 |
| | 70:18  70:19  70:19  70:20  70:21  70:25  71:3 |
| | 71:8  71:9  71:21  71:24  72:6  72:9  72:20 |
| | 72:21  73:1  73:4  73:6  73:11  73:15  73:17 |
| | 73:18  73:23  74:2  74:5  74:9  74:11  74:12 |
| | 74:14  74:15  74:19  74:21  74:23  74:22 |
| | 74:23  74:24  74:25  75:1  75:3  75:4  75:6 |
| | 75:6  75:7  75:8  75:14  75:15  75:18  75:22 |
| | 76:3  76:6  76:11  76:12  76:12  76:14  76:15 |
| | 76:16  76:16  76:16  76:17  76:18  76:19 |
| | 76:19  76:22  76:22  76:24  76:25  76:26  77:4 |
| | 77:5  77:7  77:7  77:8  77:9  77:9  77:11  77:13 |
| | 77:15  77:16  77:16  78:2  78:5  78:6  78:6 |
| | 78:7  78:8  78:9  78:10  78:15  78:19  78:20 |
| | 79:1  79:1  79:3  79:4  79:10  79:12  79:14 |
| | 79:15  79:16  79:18  79:19  79:22  79:23  80:1 |
| | 80:3  80:8  80:8  80:9  80:10  80:10  80:14 |
| | 80:14  80:14  80:16  80:16  80:17  80:19 |
| | 80:20  80:22  80:24  81:1  81:2  81:4  81:5 |
| | 81:5  81:9  81:11  81:11  81:11  81:15  81:16 |
| | 81:16  81:22  81:23  81:24  81:25  82:5  82:6 |
| | 82:8  82:12  82:15  82:17  82:19  82:22  82:25 |
| | 83:2  83:4  83:6  83:7  83:10  83:12  83:12 |
| | 83:13  83:17  83:18  83:20  83:22  83:24  84:1 |
| | 84:2  84:3  84:4  84:7  84:8  84:9  84:12 |
| | 84:13  84:13  84:16  84:16  84:19  84:22 |
| | 84:25  85:4  85:6  85:9  85:9  85:10  85:13 |
| | 85:16  85:19  85:21  85:23  85:25  86:2  86:4 |
| | 86:10  86:15  86:17  86:17  86:20  87:1  87:2 |
| | 87:5  87:6  87:6  87:7  87:12  87:14  87:16 |
| | 87:20  87:21  87:22  87:23  87:25  88:4  88:8 |
| | 88:11  88:13  88:15  88:16  88:17  88:18 |
| | 88:19  88:20  88:21  88:21  88:21  88:22 |
| | 88:24  88:25  89:3  89:4  89:7  89:8  89:9 |
| | 89:10  89:12  89:12  89:15  89:16  89:18 |
| | 89:20  89:21 |
| | |
| **the**(88) | 90:1  90:6  90:6  90:7  90:7  90:8 |
| | 90:8  90:9  90:9  90:11  90:12  90:14  90:16 |
| | 90:17  90:19  90:23  91:2  91:3  91:3  91:4 |
| | 91:7  91:8  91:8  91:9  91:9  91:11  91:11 |
| | 91:12  91:12  91:14  91:14  91:16  91:16 |
| | 91:17  91:20  91:22  91:24  92:6  92:9  92:10 |
| | 92:11  92:12  92:13  92:14  92:15  92:17 |
| | 92:18  92:22  92:24  93:2  93:5  93:6  93:7 |
| | 93:7  93:9  93:11  93:12  93:14  93:15  93:17 |
| | 93:17  93:19  93:20  93:23  93:25  94:3  94:6 |
| | 94:7  94:10  94:12  94:14  94:17  94:20  94:23 |
| | 94:25  95:4  95:6  95:9  95:11  95:11  95:12 |
| | 95:14  95:15  96:4  96:7  96:8  96:8  96:9 |
| | |
| **their**(62) | 13:3  13:10  16:2  16:6  16:10 |
| | 18:17  18:20  22:4  26:16  27:20  31:7  31:19 |
| | 31:20  32:12  35:5  35:6  35:7  36:3  36:13 |
| | 36:17  37:21  41:4  41:20  41:21  42:22  44:7 |
| | 49:4  49:5  49:20  49:20  50:23  51:2  52:19 |
| | 52:21  57:13  58:1  60:20  61:13  64:11  65:16 |
| | 67:5  67:6  69:3  69:13  71:25  73:24  74:1 |
| | 74:1  74:25  76:8  76:10  76:10  77:1  79:5 |
| | 80:10  80:11  80:12  81:1  82:1  82:2  85:25 |
| | 85:25 |
| **them**(47) | 7:19  13:25  14:24  15:8  20:25 |
| | 21:16  21:17  23:21  24:18  26:7  26:16  26:18 |
| | 28:18  28:21  35:3  39:13  44:8  44:19  49:21 |
| | 51:22  52:12  52:13  52:14  56:24  57:25 |
| | 59:23  61:10  63:8  67:6  69:6  69:7  73:5 |
| | 74:8  74:9  74:9  75:20  76:26  77:2  78:3 |
| | 78:6  78:8  78:19  81:25  86:3  87:9  88:24 |
| | 92:16 |
| **themselves**(7) | 7:11  13:12  18:25  27:10 |
| | 30:21  61:22  88:9 |

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **then**(38) 8:12 13:22 14:14 15:22 17:3 18:1 18:2 20:11 20:23 21:9 22:7 25:12 26:11 28:3 30:19 36:6 41:6 42:13 48:1 48:5 48:12 50:7 55:10 56:7 57:12 58:4 60:1 65:25 73:13 73:14 75:12 75:20 76:17 76:17 76:19 78:8 86:22 92:11 | | **think**(85) 7:22 8:12 10:15 10:18 10:22 15:4 15:12 16:5 16:12 16:15 19:8 19:11 19:23 21:20 22:4 22:5 22:7 23:9 28:22 29:12 29:21 30:25 31:3 31:8 32:16 32:20 33:18 34:6 34:15 34:18 34:23 35:1 35:8 35:15 36:14 36:21 36:23 37:8 37:13 37:19 38:4 38:19 39:20 41:1 41:7 41:11 41:12 43:20 44:6 44:10 44:14 44:15 55:4 55:6 58:7 60:17 60:18 62:6 62:13 62:16 63:7 73:12 74:15 74:18 75:7 75:12 75:18 86:13 87:20 87:24 88:20 89:3 89:21 89:24 90:5 90:13 92:3 93:13 | | **today**(24) 6:14 10:16 12:21 13:14 14:13 15:9 15:13 15:23 19:15 21:5 56:17 58:19 59:10 62:19 66:14 73:5 75:22 85:21 85:24 87:19 87:25 91:23 93:4 95:5 | | **understand**(17) 11:1 15:7 21:11 21:23 24:7 36:11 37:15 37:17 44:7 63:10 67:15 61:16 67:21 68:9 71:8 74:11 80:18 |
| **there**(97) 6:7 6:10 7:24 9:5 9:8 14:17 16:15 16:25 17:3 17:15 18:8 20:10 23:16 25:21 28:15 28:16 28:18 28:23 29:7 29:20 30:2 30:12 33:10 33:10 33:16 33:19 33:19 35:6 37:6 39:13 39:14 39:20 39:22 40:3 40:4 40:21 42:17 43:7 47:14 47:19 48:1 48:5 48:24 50:4 50:8 51:12 53:7 53:25 53:25 53:26 57:24 58:7 59:17 60:14 64:10 64:21 65:5 65:6 65:24 66:4 66:6 67:1 67:24 69:4 70:2 70:4 70:11 71:1 71:9 72:21 73:21 73:21 74:10 75:7 77:24 77:25 78:11 78:18 79:3 82:22 85:16 86:18 86:19 86:22 87:18 89:4 90:15 90:21 90:22 91:4 91:10 91:25 92:7 92:14 94:1 94:20 | | **thinking**(1) 73:11 | | **together**(7) 10:12 13:13 23:14 28:22 51:20 71:10 88:6 | | **understandable**(1) 37:14 |
| | | **third**(4) 6:17 7:1 21:3 70:20 | | **togut**(3) 4:5 10:9 45:24 | | **understanding**(2) 25:3 35:10 |
| | | **third-party**(1) 28:2 | | **told**(3) 51:2 57:15 72:17 | | **understands**(1) 83:13 |
| **therefore**(5) 9:11 21:16 36:19 50:3 91:13 | | **this**(126) 5:14 6:8 6:17 7:23 8:6 8:13 9:9 10:21 11:3 14:18 15:14 18:23 19:1 19:6 20:12 24:17 24:24 25:5 25:22 26:9 26:14 26:17 26:22 26:25 27:4 27:14 29:4 31:22 32:20 33:12 34:7 34:9 34:17 35:2 35:17 37:18 37:21 39:7 40:21 41:1 41:13 41:15 48:6 49:4 49:12 49:17 49:18 49:18 50:7 50:20 50:21 54:13 55:13 55:13 55:22 56:13 59:9 61:7 61:9 61:11 63:8 63:9 65:2 65:2 65:18 65:22 66:26 67:6 67:18 68:5 68:20 69:18 71:13 71:17 71:25 72:2 73:2 75:4 78:9 78:23 78:25 79:7 80:1 80:2 80:21 81:10 81:14 82:14 82:21 83:6 83:10 83:12 83:13 83:14 83:22 83:25 84:6 84:14 84:23 84:24 85:4 86:17 86:24 86:24 87:11 88:3 89:4 89:12 90:20 90:3 90:25 93:13 | | **too**(3) 7:6 29:5 34:15 34:25 34:25 61:25 63:13 87:21 | | **understood**(3) 35:14 57:1 59:20 |
| **there'll**(1) 6:24 | | | | | | **undertaking**(1) 35:13 |
| **there's**(25) 5:9 13:22 15:15 16:20 16:21 18:1 18:2 19:23 20:7 20:9 20:25 21:23 26:18 31:8 37:22 39:6 39:22 46:6 70:6 73:3 74:10 78:20 80:6 89:6 94:5 | | | | **took**(11) 6:14 6:15 25:11 35:9 40:1 50:23 58:9 69:13 79:1 81:5 81:9 | | **unfortunately**(1) 57:23 |
| | | | | | | **uniform**(1) 39:12 |
| | | | | | | **unify**(1) 29:17 |
| **these**(24) 7:25 9:11 10:7 13:23 19:24 23:20 24:20 26:8 26:19 29:5 44:15 42:7 57:21 58:25 62:16 65:14 66:3 70:13 73:3 79:6 81:23 87:4 88:1 89:1 | | | | **total**(1) 15:23 | | **unions**(1) 32:8 |
| | | | | **totally**(2) 57:11 82:22 | | **united**(2) 1:1 1:19 |
| | | | | **tough**(2) 26:9 32:23 | | **unless**(2) 19:10 73:12 |
| | | | | **towards**(1) 8:8 | | **unlike**(1) 14:18 |
| | | | | **towers**(1) 25:8 | | **unreasonable**(1) 68:7 |
| **they**(114) 7:18 11:25 13:25 16:3 16:8 16:8 17:15 17:18 18:20 19:11 19:13 21:23 21:24 21:24 22:5 26:8 26:16 27:9 27:27:9 27:11 31:20 31:21 33:18 37:16 37:17 42:10 43:24 44:6 49:20 49:20 49:21 50:3 50:12 50:15 50:21 50:25 51:1 51:1 51:3 51:6 51:11 51:13 51:16 51:17 53:4 53:17 53:22 53:26 54:10 56:2 56:8 58:3 58:4 58:4 58:4 59:20 59:23 59:25 60:18 61:4 61:13 61:14 61:22 62:7 62:7 62:21 63:13 64:16 64:16 65:15 65:16 65:18 65:24 67:5 69:5 73:12 73:13 73:14 73:15 74:19 76:22 76:23 77:6 77:7 77:17 77:23 78:13 78:19 78:24 79:17 80:15 80:19 81:5 81:6 81:24 82:1 82:1 82:2 82:3 82:3 82:10 84:15 86:5 86:6 87:9 87:9 88:2 88:13 88:24 92:25 | | **thomas**(2) 2:41 45:5 | | **towers**(1) 25:8 | | **unrelated**(1) 93:3 |
| | | **thorough**(1) 48:19 | | **track**(2) 60:10 60:12 | | **unseal**(1) 86:21 |
| | | **thoroughness**(1) 45:14 | | **trade**(1) 32:16 | | **unsecured**(4) 10:19 11:19 11:19 14:3 |
| | | **those**(54) 7:5 9:22 13:11 14:1 14:10 14:25 15:24 17:7 17:7 17:9 18:21 20:23 20:24 21:8 21:10 21:25 24:6 25:6 28:8 28:24 31:20 33:17 38:19 44:11 49:22 51:23 53:21 55:15 58:8 60:17 67:11 68:1 73:7 75:1 75:2 75:3 75:5 75:12 77:18 87:8 87:19 87:20 88:14 90:2 90:5 90:18 91:6 | | **transaction**(1) 25:14 | | **until**(7) 11:18 48:7 48:9 51:7 54:2 66:20 82:23 |
| | | | | **transcriber**(1) 96:13 | | |
| | | | | **transcript**(3) 1:17 1:47 96:8 | | |
| | | | | **transcription**(2) 1:40 1:47 | | |
| | | | | **transmit**(1) 87:21 | | **unworkable**(1) 68:10 |
| | | | | **transmitted**(1) 85:9 | | **updated**(2) 12:2 13:17 |
| | | | | **transplant**(1) 85:9 | | **updates**(1) 51:8 |
| | | | | **travel**(1) 69:1 | | **upon**(4) 27:15 68:2 73:6 90:6 |
| | | | | **traveled**(1) 69:3 | | **urge**(1) 86:19 |
| | | | | **traveling**(1) 73:23 | | **usa**(1) 14:13 |
| | | | | **treat**(1) 8:16 | | **use**(1) 51:13 |
| | | **though**(3) 5:21 70:16 80:23 | | **treated**(2) 16:18 16:20 | | **used**(5) 17:25 20:18 26:17 41:14 41:15 |
| | | **thought**(9) 13:22 14:8 14:17 15:16 35:17 36:2 36:15 37:6 61:9 | | **treating**(1) 41:16 | | **using**(2) 17:25 25:17 |
| | | | | **tremendous**(3) 66:6 66:8 78:11 | | **usual**(1) 24:25 |
| **they'd**(2) 63:11 63:11 | | | | **trial**(3) 8:11 69:21 70:7 | | **valentine's**(2) 22:25 86:25 |
| **they'll**(3) 13:12 18:22 22:11 | | | | **triangle**(1) 7:2 | | **value**(5) 50:4 50:6 74:25 |
| **they're**(27) 11:3 11:13 16:9 17:21 17:22 18:6 18:7 18:14 21:1 21:7 26:15 26:15 27:13 28:19 31:18 42:23 56:2 58:7 59:15 61:15 63:6 63:7 78:24 79:7 86:1 86:2 86:7 | | **three**(2) 6:17 43:13 | | **tried**(3) 9:14 11:8 14:7 | | **valued**(2) 56:2 70:18 |
| | | **through**(47) 6:23 7:6 8:14 9:1 9:21 11:12 12:2 12:8 13:12 12:12 14:4 24:2 24:6 24:18 24:19 25:9 26:17 26:25 27:18 28:3 33:21 34:8 34:17 34:17 34:18 36:7 36:8 37:6 42:8 42:11 42:25 47:23 48:6 48:19 51:4 51:8 55:11 59:22 61:15 69:10 74:8 80:15 80:16 84:14 87:25 92:5 | | **trouble**(1) 58:4 | | **various**(7) 34:11 35:11 41:8 43:2 43:2 60:13 69:11 |
| | | | | **true**(3) 16:5 35:8 52:1 | | |
| | | | | **truly**(1) 38:15 | | **veba**(4) 53:7 54:12 74:24 74:24 |
| | | | | **trust**(3) 3:29 81:7 81:24 | | **vehicle**(4) 9:1 41:1 41:14 41:14 |
| | | | | **trusted**(1) 81:25 | | **version**(1) 13:24 |
| | | | | **trustee**(6) 2:26 2:26 35:9 35:14 41:19 42:9 | | **versus**(1) 33:17 |
| | | | | **trustees**(1) 81:25 | | **very**(61) 7:18 9:22 10:11 11:13 22:13 23:19 24:13 25:2 25:2 26:15 26:15 26:22 29:24 29:24 33:19 33:25 35:23 36:24 37:6 42:23 43:20 43:23 47:5 48:19 48:25 48:25 49:15 51:5 51:5 51:6 54:23 58:11 59:1 62:13 62:13 64:5 64:9 64:23 65:18 66:5 67:21 68:18 69:25 70:9 71:20 71:20 72:3 74:19 80:14 80:19 83:3 84:1 84:2 84:2 84:10 85:6 87:1 88:25 89:19 90:2 91:16 |
| **they've**(8) 12:14 27:10 42:12 42:25 44:22 60:16 75:2 80:17 | | | | **trusted**(1) 81:25 | | |
| | | | | **trustee**(6) 2:26 2:26 35:9 35:14 41:19 42:9 | | |
| | | | | **trustees**(1) 81:25 | | |
| | | | | **truth**(1) 82:2 | | |
| | | | | **try**(11) 23:23 54:18 60:12 67:8 73:9 78:23 84:5 87:1 87:8 87:11 87:13 | | |
| **thing**(6) 10:23 20:1 53:20 58:8 82:3 94:8 | | **throughout**(7) 15:6 15:13 36:13 39:15 89:20 91:23 93:15 | | | | **vesting**(5) 18:8 30:2 30:3 30:9 30:10 |
| **things**(28) 9:22 13:5 21:17 25:19 32:18 32:22 37:8 38:3 39:25 57:22 59:14 59:22 61:22 62:5 62:6 65:14 70:18 71:22 74:8 75:1 75:16 76:4 77:2 79:6 86:3 88:2 88:14 88:21 | | | | **trying**(7) 7:11 10:7 14:23 32:18 60:6 70:10 94:6 | | **view**(3) 9:10 88:8 88:9 |
| | | **throw**(1) 86:24 | | | | **views**(2) 8:1 8:7 |
| | | **thursday**(1) 5:1 | | **tumor**(1) 50:1 | | **vigorous**(1) 7:25 |
| | | **tied**(1) 18:7 | | **tunnel**(1) 81:12 | | **village**(1) 6:15 |
| | | **time**(41) 7:9 7:23 8:19 11:9 9:21 11:12 33:2 33:4 33:7 33:10 34:16 35:9 35:15 35:16 35:20 37:7 45:15 47:6 51:5 51:7 53:18 54:9 57:21 63:8 63:9 65:2 68:18 68:20 71:5 71:14 75:7 78:9 78:18 79:5 84:5 84:9 85:4 88:1 88:4 88:5 94:24 | | **tunnell**(1) 1:22 | | **violate**(1) 32:1 |
| | | | | **turkey**(1) 8:19 | | **violation**(1) 30:13 |
| | | | | **tweed**(2) 2:40 45:6 | | **vision**(1) 52:4 |
| | | | | **twist**(1) 41:16 | | **visits**(1) 73:24 |
| | | | | **two**(11) 9:16 14:20 16:1 20:22 29:7 31:22 50:17 51:25 57:4 61:23 79:2 | | **voice**(3) 22:20 64:17 66:25 |
| | | | | | | **voluntarily**(1) 31:24 |
| | | | | **two-thirds**(3) 10:24 89:11 89:12 | | **voluntary**(1) 24:20 |
| | | | | **tyler**(1) 3:29 | | **vote**(6) 11:9 31:13 65:16 65:16 68:8 79:7 |
| | | | | **type**(3) 43:14 43:14 90:2 | | **voted**(2) 33:18 65:3 |
| | | | | **types**(5) 21:22 35:12 59:1 75:15 77:18 | | **waiting**(2) 12:21 84:24 |
| | | | | **typical**(1) 30:4 | | **waiver**(1) 48:7 |
| | | | | **u.s**(6) 2:26 2:26 35:9 35:14 41:19 42:9 | | **walk**(1) 11:12 |
| | | | | **uh-huh**(1) 17:6 | | **walked**(1) 59:22 |
| | | | | **ultimately**(2) 29:25 89:14 | | **wall**(1) 14:13 |
| | | | | **unanimous**(1) 68:8 | | **walled**(1) 27:10 |
| | | | | **uncertainty**(1) 11:6 | | **want**(26) 19:10 22:25 45:9 45:11 52:2 52:4 52:21 52:21 54:20 56:3 65:8 66:5 67:21 68:18 69:25 70:9 71:20 71:20 72:3 74:19 80:14 80:19 83:3 84:1 84:2 84:2 84:10 85:6 87:1 88:25 89:19 90:2 91:16 |
| | | **time-to-time**(1) 11:5 | | **under**(20) 10:6 13:4 13:4 25:19 28:4 30:14 32:25 37:17 47:18 47:19 48:22 49:13 53:11 70:5 86:13 86:8 89:4 89:5 91:6 91:16 | | **war**(?) 11:19 62:10 68:13 69:17 73:12 73:15 74:10 74:20 78:12 81:14 81:21 85:15 87:20 94:4 |
| | | **times**(5) 24:12 24:23 72:11 78:12 89:1 | | | | |
| | | **to-be**(1) 49:14 | | | | |

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line |
|------|-----------|
| **wanted**(23) 21:21 23:21 24:1 27:2 27:6 28:20 37:5 38:14 46:19 56:19 60:21 76:4 82:6 82:20 82:20 83:25 84:11 84:16 86:6 86:11 92:21 94:10 | |
| **wanting**(1) 85:24 | |
| **wants**(2) 56:1 65:10 | |
| **war**(1) 28:20 | |
| **war**(103) 5:14 6:7 6:6 6:8 6:22 6:22 7:7 8:10 8:11 9:2 13:24 14:8 16:11 16:16 16:17 17:11 18:8 18:10 20:7 23:1 26:22 27:3 27:4 29:12 29:18 30:8 30:12 30:13 30:16 30:19 32:22 33:4 33:8 34:7 34:10 36:13 37:6 37:10 38:6 38:8 38:14 38:16 38:17 40:1 40:4 40:10 41:13 41:14 41:21 45:13 49:24 50:1 50:14 50:15 50:16 50:19 51:5 51:8 52:1 52:5 52:10 53:16 54:4 54:20 54:21 58:13 59:10 59:12 59:20 60:15 62:3 63:3 65:3 65:5 65:7 65:7 65:8 65:12 66:6 67:7 67:17 71:1 72:22 73:11 75:11 76:5 76:10 78:17 79:1 79:2 79:3 79:4 81:7 82:20 84:24 85:16 85:16 85:20 85:22 89:4 91:25 95:10 95:15 96:4 | |
| **wasn't**(4) 7:16 30:11 82:11 92:21 | |
| **way**(19) 11:3 12:25 14:24 25:1 36:2 38:4 38:11 38:16 40:3 42:19 51:23 54:10 54:25 56:1 56:20 60:1 71:6 82:22 82:25 | |
| **ways**(4) 20:3 34:15 71:5 89:7 | |
| **weaker**(1) 88:23 | |
| **webb**(1) 3:29 | |
| **website**(1) 87:6 | |
| **weeks**(1) 24:5 | |
| **weigh**(1) 70:8 | |
| **weighed**(2) 65:14 78 16 | |
| **weighing**(1) 68:1 | |
| **weighs**(2) 66:11 67:6 | |
| **weighted**(1) 70:9 | |
| **welcome**(2) 19:17 83:17 | |
| **welfare**(2) 49:13 54:6 | |
| **well**(38) 6:6 6:10 8:6 13:22 22:13 23:22 25:9 25:24 31:6 37:16 38:20 40:8 43:15 44:19 47:5 49:4 51:16 54:23 62:12 63:15 63:19 64:12 64:15 67:22 69:5 71:24 79:14 82:8 83:6 83:10 84:19 84:20 85:6 87:3 89:19 91:23 92:1 | |
| **well-expressed**(1) 79:17 | |
| **well-respected**(1) 35:23 | |
| **well-satisfied**(1) 90:13 | |
| **went**(6) 42:10 42:11 51:20 57:24 61:4 84:8 | |
| **were**(69) 11:18 12:5 12:6 13:23 14:1 14:17 17:14 20:18 20:23 23:10 23:17 23:20 31:4 32:17 32:24 34:20 35:6 35:13 36:2 36:17 36:18 37:1 37:2 37:4 37:5 37:22 38:3 38:7 39:17 39:22 39:23 40:3 41:8 42:7 42:8 43:7 46:4 50:15 51:1 53:18 56:1 58:4 59:24 65:14 67:11 70:5 70:9 70:10 70:17 71:5 75:1 75:7 76:12 76:15 79:17 80:19 81:2 81:10 87:18 87:19 88:13 | |
| **weren't**(1) 36:4 | |
| **we'd**(1) 44:13 | |
| **we'll**(8) 18:15 18:21 75:2 87:2 87:3 87:7 88:15 95:1 | |
| **we're**(37) 6:20 7:24 9:1 10:15 10:15 10:16 10:17 11:10 13:13 13:14 13:15 13:18 18:16 18:19 21:5 23:24 25:13 25:20 27:16 28:3 32:3 35:18 37:23 42:2 56:6 67:14 68:21 70:19 76:1 77:2 77:19 78:7 78:23 88:13 89:8 89:15 89:16 | |

| Word | Page:Line |
|------|-----------|
| **we've**(40) 5:10 6:18 7:21 9:14 10:12 11:8 13:11 14:7 14:12 14:21 15:5 16:12 16:14 18:23 19:9 23:2 24:13 28:7 31:22 32:8 34:8 34:9 34:18 36:10 37:13 59:6 69:7 71:16 71:19 72:4 72:4 73:20 75:19 75:20 82:21 86:16 87:8 88:5 88:21 93:3 | |
| **what**(55) 6:8 12:7 12:20 14:8 20:22 21:4 21:11 22:4 25:10 27:9 27:10 27:22 29:5 30:2 30:22 31:18 37:13 37:16 37:18 40:1 43:24 43:24 44:22 49:15 50:22 56:8 58:6 58:18 60:7 60:20 62:23 63:10 64:1 64:13 65:9 65:14 67:22 69:11 70:5 72:17 72:22 73:11 74:3 74:25 76:7 80:13 82:5 82:20 82:24 83:4 86:16 88:12 93:3 95:1 | |
| **whatever**(7) 56:5 57:21 62:10 63:14 69:11 73:14 74:13 | |
| **whatsoever**(1) 38:12 | |
| **what's**(7) 10:5 15:7 21:9 31:1 37:18 52:21 52:22 | |
| **when**(27) 6:8 21:11 30:23 32:3 32:5 34:10 35:16 37:1 41:13 41:19 44:3 46:17 48:2 48:12 51:19 52:9 56:5 62:6 65:15 77:16 78:19 78:20 80:25 81:2 81:5 84:7 92:4 | |
| **where**(24) 6:23 10:16 14:16 20:19 20:25 32:8 32:17 32:24 35:17 37:22 40:18 41:18 42:14 47:14 50:23 58:17 68:21 68:21 76:19 77:7 78:7 78:8 78:19 78:24 | |
| **whereupon**(1) 96:4 | |
| **whether**(12) 15:1 16:17 28:6 28:19 38:1 39:8 50:1 56:1 61:11 68:4 75:9 94:4 | |
| **which**(45) 6:20 7:4 8:18 12:1 13:19 13:23 17:12 20:8 20:14 21:13 23:23 24:9 24:15 25:12 26:14 29:12 30:3 32:22 32:25 34:21 35:6 35:14 40:2 40:10 41:2 47:18 48:22 57:25 64:22 70:9 70:10 70:22 71:6 75:4 76:4 76:10 78:16 88:4 88:22 88:23 88:23 90:12 90:13 90:23 90 24 | |
| **while**(10) 8:18 10:8 11:25 15:4 21:7 29:24 37:7 38:21 81:18 | |
| **who**(27) 7:10 9:8 16:11 23:12 27:19 27:21 28:8 33:16 35:13 42:7 42:7 42:20 43:23 58:12 64:16 65:10 65:18 65:24 69:1 69:1 73:9 74:7 74:18 86:8 87:9 89:20 | |
| **whole**(2) 39:23 80:20 | |
| **whose**(2) 12:13 | |
| **who's**(10) 8:6 19:15 23:2 31:12 35:7 38:25 46:13 87:11 88:3 89:7 | |
| **who've**(3) 42:6 42:21 69:3 | |
| **why**(10) 18:15 40:25 51:12 63:19 68:1 69:13 79:6 81:3 83:6 88:19 | |
| **wife**(2) 23:1 86:25 | |
| **wilkie**(1) 3:34 | |
| **will**(70) 5:13 5:20 6:3 6:21 7:6 11:17 11:17 12:3 12:5 14:10 21:20 21:20 23:5 24:21 25:25 25:9 25:19 26:22 28:3 28:4 28:5 29:24 33:15 37:15 40:18 40:19 45:16 46:18 46:22 47:9 47:14 47:20 48:9 62:4 63:15 64:17 69:7 72:4 73:4 75:3 76:7 76:26 77:14 77:23 78:6 83:9 86:8 86:20 87:1 87:8 89:13 89:14 91:8 91:12 91:14 91:23 91:24 94:12 94:13 94:17 95:1 95:14 95:15 | |
| **william**(1) 4:10 | |
| **wilmington**(8) 1:12 1:26 2:8 2:29 2:36 3:7 5:1 | |

| Word | Page:Line |
|------|-----------|
| **win**(1) 70:23 | |
| **wish**(2) 77:17 95:16 | |
| **with**(108) 7:8 7:11 10:4 13:16 13:17 14:24 18:9 18:20 19:15 19:22 22:5 23:4 23:9 23:11 24:18 25:8 25:8 25:21 28:16 30:3 32:6 32:7 33:20 34:9 35:3 35:17 36:11 38:19 39:16 40:12 41:15 41:16 42:13 42:17 42:19 43:6 43:15 43:19 45:13 45:16 46:3 47:8 47:16 48:23 50:14 50:18 51:5 51:6 51:13 52:5 52:11 52:23 53:20 54:14 54:24 55:11 56:8 59:19 59:19 59:22 60:1 60:15 60:18 60:19 61:4 61:4 62:4 62:5 63:2 67:14 68:18 69:7 69:16 70:1 70:17 71:14 71:25 73:23 74:5 74:9 74:21 74:23 75:5 77:2 77:21 77:24 78:2 78:10 79:3 79:8 81:12 81:14 82:2 82:10 82:21 86:8 86:14 87:1 87:3 87:7 87:17 88:16 89:21 94:4 94:12 94:17 | |
| **withholding**(1) 26:2 | |
| **withholdings**(1) 12:10 | |
| **within**(5) 17:7 29:19 37:15 60:22 92:17 | |
| **without**(4) 5:13 41:23 55:3 74:7 | |
| **witnesses**(1) 76:5 | |
| **wondering**(1) 6:8 | |
| **won't**(5) 7:6 11:25 52:14 52:17 76:23 | |
| **word**(1) 50:23 | |
| **wording**(1) 39:14 | |
| **words**(4) 29:6 29:6 31:3 75:6 | |
| **work**(20) 5:14 6:16 23:13 26:17 52:12 52:12 57:12 68:11 68:12 77:20 78:20 80:12 80:16 80:17 81:19 85:5 86:8 87:1 88:24 90:2 | |
| **worked**(15) 10:11 12:1 14:4 19:15 35:2 49:24 50:3 50:7 52:19 65:5 68:17 69:7 82:2 82:21 87:25 | |
| **working**(13) 12:8 12:9 12:10 13:13 19:22 27:22 49:19 49:19 52:8 65:1 82:6 82:11 87:11 | |
| **works**(4) 24:7 54:2 74:24 74:24 | |
| **worries**(1) 60:14 | |
| **worse**(1) 62:6 | |
| **worth**(2) 80:13 82:5 | |
| **would**(77) 7:13 8:13 9:12 11:2 11:14 13:22 18:4 18:21 19:13 21:8 22:20 22:6 22:7 23:13 25:15 25:9 29:22 32:1 33:12 33:17 34:18 35:25 36:22 37:11 38:20 39:15 40:13 40:21 40:22 41:11 41:24 42:17 43:3 43:15 44:11 44:23 48:8 57:8 58:19 59:17 62:19 62:21 63:12 67:8 68:6 68:10 70:7 70:8 70:22 70:23 71:4 71:6 74:13 79:15 79:19 79:20 79:21 80:6 80:23 81:6 82:10 85:21 86:14 90:9 94:11 94:13 94:18 95:11 | |
| **wouldn't**(2) 20:13 41:23 | |
| **wraps**(1) 25:19 | |
| **writing**(1) 15:1 | |
| **wrongful**(1) 47:18 | |
| **www.diazdata.com**(1) 1:44 | |
| **yeah**(1) 21:2 | |
| **year**(8) 17:13 30:18 30:18 39:16 41:6 51:7 69:8 89:4 | |
| **years**(13) 7:3 9:13 29:21 30:17 30:21 33:11 33:12 40:6 40:8 43:2 60:16 81:10 89:6 | |
| **year's**(1) 89:5 | |

| Word | Page:Line |
|------|-----------|
| **yes**(97) 5:12 5:19 6:2 6:25 8:5 8:17 8:22 11:11 12:14 12:17 14:6 14:15 15:3 15:21 19:20 22:22 23:3 27:24 29:11 32:14 34:5 34:13 35:25 37:3 37:24 39:10 39:24 40:16 42:4 44:9 44:21 45:4 45:23 46:11 47:3 48:11 49:8 51:16 53:10 54:16 55:4 55:5 55:9 55:19 55:24 57:9 57:18 58:2 59:6 59:9 59:23 60:8 61:2 61:8 61:16 61:18 61:20 62:9 63:13 64:25 67:2 68:24 70:3 71:3 71:21 72:2 72:9 76:14 77:5 77:14 79:14 79:25 80:1 80:5 82:15 82:19 83:21 83:22 85:10 85:13 85:19 86:10 87:23 92:6 92:24 93:19 93:23 | |
| **yesterday**(2) 93:10 93 16 | |
| **yet**(1) 70:23 | |
| **york**(1) 1:35 2:16 2:44 69:3 | |
| **you**(237) 5:3 5:22 6:7 6:10 6:12 6:18 6:22 6:23 7:8 9:5 9:23 10:1 10:6 10:15 12:6 12:7 15:4 15:20 16:4 16:9 16:24 17:12 17:25 18:25 19:2 19:7 19:7 19:10 19:13 19:18 20:4 20:25 20:13 20:23 22:13 22:17 22:20 23:6 23:7 24:11 24:21 25:9 25:21 28:4 29:1 29:4 29:9 30:3 30:7 30:8 30:8 31:17 32:3 33:6 33:15 33:25 33:25 34:20 34:22 35:8 35:23 37:3 37:9 37:24 38:4 38:19 39:4 40:4 41:6 41:7 42:2 42:6 43:1 43:7 43:7 43:7 43:10 43:12 43:23 43:25 45:3 45:25 44:11 44:23 45:23 45:7 45:19 45:20 45:20 46:6 46:22 47:2 47:6 47:6 48:24 49:1 50:6 50:17 50:17 50:18 51:2 51:12 52:6 52:12 52:19 53:18 53:21 54:2 54:4 55:4 56:15 57:2 57:8 57:11 57:12 57:14 57:14 57:14 57:16 57:17 57:19 58:3 58:5 58:13 58:16 58:19 58:25 60:7 60:20 61:6 61:15 61:21 62:2 62:4 62:8 62:10 62:12 63:9 63:15 63:15 63:23 64:3 64:4 64:6 64:7 64:8 64:15 66:25 67:20 68:11 68:22 69:5 71:10 71:19 71:24 72:15 72:20 73:1 73:4 73:6 73:22 74:9 74:18 75:7 76:12 76:15 78:3 78:3 78:23 79:12 79:13 79:14 79:18 79:19 79:20 79:21 79:22 81:8 81:13 81:20 81:21 82:6 82:8 82:10 82:12 82:17 82:21 83:8 83:11 83:14 83:16 83:17 84:5 84:9 84:18 84:19 84:20 84:25 85:3 85:6 85:11 85:12 85:23 85:23 86:12 86:20 87:14 88:6 89:11 89:18 89:18 89:25 91:19 91:21 91:22 91:22 92:5 92:18 95:3 95:4 95:6 95:9 95:13 95:16 95:16 95:18 96:2 | |
| **young**(3) 2:19 3:34 65:18 | |
| **younger**(1) 33:17 | |
| **youngest**(1) 84:4 | |
| **your**(130) 5:5 5:8 5:9 5:18 5:21 5:24 6:17 7:6 8:21 18:16 19:1 19:4 19:8 21:3 21:5 21:11 22:16 22:20 23:9 24:13 28:3 28:25 29:23 31:2 31:11 31:17 32:16 33:5 34:2 34:6 34:8 34:10 34:19 41:17 43:5 43:18 44:11 44:12 45:5 45:22 46:2 46:7 46:23 47:5 47:7 52:1 54:15 55:15 56:8 57:16 57:20 58:5 58:6 59:6 60:6 61:3 63:23 64:2 64:7 66:13 66:22 67:20 68:17 69:12 69:15 70:8 71:6 71:17 72:19 72:23 74:11 74:11 74:17 75:20 76:4 78:3 78:7 78:4 82:5 82:14 82:18 83:7 83:11 84:16 85:7 85:14 86:12 87:17 91:9 91:21 92:2 92:25 93:2 93:8 93:10 93:13 93:14 93:16 93:18 93:20 93:22 94:2 94:4 94:9 94:16 94:22 95:3 95:8 95:10 96:2 | |
| **yourself**(1) 15:20 | |
| **you'll**(7) 8:3 8:15 9:19 10:5 11:23 20:2 21:1 | |

# NORTEL 2.14.13.TLK.DOC

| Word | Page:Line |
|---|---|

**you're**(17) 10:2  10:3  19:1  20:11  25:21
30:5  30:7  30:7  32:5  58:17  75:4  75:16
81:11  83:8  83:17  88:20  92:8

**you've**(4) 15:19  62:13  62:23  85:16
**zahralddin**(137) 2:33  8:21  11:22  14:22
16:19  22:7  22:15  22:16  22:18  22:18  22:23
23:4  23:8  23:16  24:1  25:24  26:7  26:24
27:13  27:25  28:12  28:15  29:3  29:9  29:12
29:16  30:12  31:6  31:8  31:11  31:16  32:10
32:12  32:15  33:15  34:25  36:25  37:9  37:16
38:4  39:21  41:19  43:3  46:7  46:10  46:12
46:16  54:15  54:16  54:17  54:24  55:1  55:3
55:15  55:17  55:18  55:20  55:25  56:5  56:11
56:14  56:16  56:19  56:23  57:2  59:5  59:6
59:9  59:12  59:17  64:9  64:12  64:15  64:20
65:1  65:21  66:3  66:6  66:10  66:17  66:20
66:22  66:24  67:3  67:14  67:20  67:23  68:6
68:10  68:17  68:25  69:12  69:15  69:19
69:22  69:24  70:4  70:14  70:16  70:22  71:1
71:4  71:12  71:19  71:22  72:2  72:7  72:10
72:15  72:18  72:24  73:8  73:12  73:19  74:3
75:5  75:10  75:17  75:19  75:24  76:1  76:7
76:15  76:26  77:6  77:14  78:16  79:11  79:13
86:8  86:23  87:13  87:15  88:5  89:23  90:5
91:21
**zahralddin's**(1) 36:12
**zioto**(1) 4:36