# EXHIBIT 7

**THE ENCLOSED DOCUMENT SETS FORTH AN ESTIMATE – THE EXACT AMOUNT OF YOUR INDIVIDUAL SETTLEMENT AMOUNT CANNOT BE DETERMINED UNTIL ALL ELIGIBLE LONG TERM DISABLED EMPLOYEES HAVE ELECTED TO EITHER PARTICIPATE IN THE RETIREES OR THE LTD SETTLEMENT WHICH WE EXPECT TO OCCUR IN THE MIDDLE OF MAY AS THE ELECTION PERIOD IS DETERMINED BY WHEN THE COURT APPROVES THE RETIREE SETTLEMENT.**

**YOUR ESTIMATED INDIVIDUAL SETTLEMENT AMOUNT INCLUDES AN ESTIMATE OF YOUR FEDERAL AND STATE TAX OBLIGATIONS USING THE 2013 FEDERAL INCOME TAX TABLES AND AVAILABLE INFORMATION FROM THE APPLICABLE STATE TAXING AUTHORITY FOR WHICH WE HAVE A RECORD OF YOUR RESIDENCE.  THE TAX INFORMATION IS BEING PROVIDED TO ASSIST IN YOUR PRELIMINARY PLANNING.**

**YOU WILL RECEIVE A W-4 FROM THE COMMITTEE'S PROFESSIONALS BEFORE THE HEARING TO APPROVE THE SETTLEMENT IN WHICH YOU WILL BE ASKED TO SUPPLY THE COMMITTEE WITH INFORMATION TO DETERMINE TAX WITHHOLDING.**

**THE LTD COMMITTEE AND ITS ADVISORS CONTINUE TO EXPLORE THE TAX IMPLICATIONS AND THE EFFECT OF THE DISTRIBUTION TO YOU ON ELIGIBILITY FOR VARIOUS PROGRAMS, INCLUDING, BUT NOT LIMITED TO MEDICARE.**

**WE WELCOME EACH OF YOU TO DISCUSS THESE MATTERS WITH YOUR PERSONAL TAX ADVISOR.**