# EXHIBIT 12

March 19, 2013

Dear Long Term Disabled Employees,

Enclosed you will find your Revised Estimate Individual Settlement Notice With Tax Efficient Treatment. The LTD Committee ("Committee") and Committee professionals have been working diligently to appropriately and pursuant to existing tax laws and regulations reduce the tax liability of the settlement amount and maximize your return from the settlement, taking into account the nature of the settlement, including the various plans settled through the agreement reached with the Debtors, and the fact that the constituency that the Committee represents is a disabled population that is receiving government benefits which require a careful distribution and allocation to maximize their resources and minimize the impact on government assistance programs. The Committee professionals explored numerous alternatives to accomplish these goals including, but not limited to, making settlement payments over a number of years and the use of a Voluntary Employee Beneficiary Association ("VEBA") and Health Reimbursement Accounts ("HRA").

While exploring these alternatives, the Committee and its professionals took into consideration the diversity of the individual members of the constituency, particularly their participation in the various plans offered by the Debtors to them. For instance, it was found that those class members closer to retirement would not benefit from structured income disbursement, nor would the multiple payments alleviate their impact on the various government programs in which they participate. However, everyone was eligible and benefited from the use of a HRA. Accordingly, the Committee and its professionals determined that a combination of these alternatives would provide for the greatest return to the long term disability participants. The Committee and its professionals further investigated capping the amount to be attributed to the HRAs, for various reasons, including, but not limited to carefully balance the administrative costs involved in utilizing these mechanisms and the increase in return to the constituency. After examining the data, it was determined that capping at $90,000 would maximize the benefit of using a HRA at an amount that could be reasonably used by the class members for medical expenses.

Ultimately, the settlement proceeds will be allocated with a cap of $90,000 going into a HRA for reimbursement of qualified health expenses and income continuation being distributed, depending on the class member's number of years to the original plan "retirement" (defined in the plan as age 65), in a lump sum, over a 2-year period or over a 4-year period. This solution provides significant tax savings across the settlement class by taking into account the benefit plans in which the individual participants were involved and the term remaining in those plans. In the enclosure, you will first find your estimated individual settlement amounts you previously received in the initial mailing prior to the tax investigations. Next you will see how leveraging the VEBA and HRA benefits you.

2

We understand that you and others in the settlement class will have questions concerning this allocation and structure. We anticipate having additional educational calls in the near future to walk you through this structure and to answer any questions you may have.

Committee

Barbara Gallagher, Chair
Dianna Irish
Deborah Jones
Wendy Mann
Michael Stutts