IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 9770-9774, 9776-9781 & 9784 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                           _/s/ Carol Zhang_
                           Carol Zhang

Sworn to before me this
____ day of April, 2013

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   MOFFITT, GARY
           630 CANYON COURT
           WESTMINSTER, MD 21158

Please note that your claim # 1309 in the above referenced case and in the amount of
      $35,495.16 allowed at $38,893.50 has been transferred **(unless previously expunged by court order)** to:

        SOLUS RECOVERY FUND LP
        TRANSFEROR: MOFFITT, GARY
        ATTN: JON ZINMAN
        410 PARK AVENUE, 11TH FLOOR
        NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          District of Delaware
                          824 Market Street, Fifth Floor
                          Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9770 in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2013                                   David D. Bird, Clerk of Court

                                                              /s/ Tim Conklin
                                                              _____
                                                              By: Epiq Bankruptcy Solutions, LLC
                                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 8, 2013.

**EXHIBIT B**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

```
TIME: 10:33:40                          NORTEL NETWORKS INC.                                      PAGE:    1
DATE: 04/08/13                           CREDITOR LISTING
```

| Name | Address |
|---|---|
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: LAU, ROSS B JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| DEROSAS, RAMON | 146 TRAINCROFT NW MEDFORD MA 02155 |
| DIMILLO, LYNETTE | 7765 SILVER CREEK RD. DAWSONVILLE GA 30534 |
| DIMILLO, STEVEN | 7765 SILVER CREEK RD DAWSONVILLE GA 30534 |
| ELLERMAN, MARK | 505 QUAIL CREEK BLVD WYLIE TX 75098 |
| HARRIS, TIMOTHY | 308 PINE NUT LANE APEX NC 27502 |
| HARRIS, TIMOTHY | TIMOTHY HARRIS 308 PINE NUT LN. APEX NC 27502 |
| HASKINS, RANDY | 4008 FIESTA ROAD DURHAM NC 27703 |
| LAU, ROSS B | 76 CEDAR ST APT 402 SEATTLE WA 98121 |
| MOFFITT, GARY | 630 CANYON COURT WESTMINSTER MD 21158 |
| RABON, LYNN | 1226 MELISSA DRIVE ROANOKE TX 76262 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEROSAS, RAMON ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DIMILLO, LYNETTE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DIMILLO, STEVEN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: ELLERMAN, MARK ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: HARRIS, TIMOTHY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: HASKINS, RANDY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: MOFFITT, GARY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: RABON, LYNN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: TWEEDY, JOHN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: WILLIAMS AARON D. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: WILLIAMS, TRACY A. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| TWEEDY, JOHN | 16527 GRAPPERHALL DR HUNTERSVILLE NC 28078 |
| WILLIAMS AARON D. | 14533 GRANT ST OVERLAND PARK KS 66221 |
| WILLIAMS, TRACY A. | 3220 W INA RD APT 12207 TUCSON AZ 85741-2168 |

Total Number of Records Printed    25