**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                              :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                   :    Case No. 09-10138 (KG)
:
  Debtors.                                           :    Jointly Administered
:
:    **RE:  D.I. 9916**
:
---------------------------------------------------------X


**ORDER DENYING WITH PREJUDICE
MOTION OF STEPHEN PAROSKI FOR THE ORDER OF SUCCESSOR ERICSSON.
INC. AND TELEFONAKTIEBOLAGET LM ERICSSON (PUBL) PURCHASERS OF
GSM DIVISION OF NORTEL NETWORK PAY RELIEF TO STEPHEN RAY
PAROSKI I IN THE AMOUNT OF THREE
HUNDERD TWENTY ONE THOUSANDS AND NINE HUNDER
AND SIXTY FOUR DOLLAR PLUS ONE HUNDER
THOUSAND DOLLAS IN PUNDIT DAMAGES $321,964,97 + $100,000.00 = $421,964.00**

Upon consideration of the *Motion for the Order of Successor Ericsson. Inc. and Telefonaktiebolaget LM Ericsson (Publ) Purchasers of GSM Division of Nortel Network Pay Relief to Stephen Ray Paroski I in the Amount of Three Hunderd Twenty One Thousands and Nine Hunder and Sixty Four Dollar Plus One Hunder Thousand Dollas in Pundit Damages $321,964,97 + $100,000.00 = $421,964.00* [D.I. 9916] (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

the Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby:

1. **ORDERED**, that that the Motion is **DENIED WITH PREJUDICE**; and it is further

2. **ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April ____, 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE