**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Objection to the Motion of Stephen Paroski for the Order of Successor Ericsson, Inc. and Telefonaktiebolaget LM Ericsson (Publ) Purchasers of GSM Division of Nortel Network Pay Relief to Stephen Ray Paroski I in the Amount of Three Hundrd Twenty One Thousands and Nine Hunder and Sixty Four Dollar Plus One Hunder Thousand Dollas in Pundit Damages $321,964.97 + $100,000.00 = $421,964.00** was caused to be made on April 11, 2013, in the manner indicated upon the entities identified below.

Date: April 11, 2013                    */s/ Ann C. Cordo*
Wilmington, DE                     Ann C. Cordo (No. 4817)

**Via Hand Delivery**

Mark Kenney, Esq.
David Buchbinder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

**Via First Class Mail**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Andrew M. Gould
Angeleque P. Linville
Katy Matthews
Wick Phillips Gould & Martin, LLP
2100 Ross Avenue, Suite 950
Dallas, Texas 75201

**Via Overnight Mail**

Stephen and Cynthia Paroski
333 El Rio Drive
Mesquite, TX 75150