EXHIBIT A

**(i)    Proofs of Claim Settled From January 5, 2013 Through April 5, 2013**[3]

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| AHMAD, REAZ | 3872 | $35,458.19 | $1,267.12 | $1,724.69 | $38,450.00 | NORTEL NETWORKS INC. |
| ALFORD, MARIANNE P. | 7677 | $7,009.47 | $1,905.89 | $13,373.04 | $22,288.40 | NORTEL NETWORKS INC. |
| ALLEN, JOHN B. | 7637 | $84,382.53 | $1,466.54 | $9,548.74 | $95,397.81 | NORTEL NETWORKS INC. |
| ANDERSON, BRYAN A. | 7992 | $37,803.58 | $1,473.83 | $9,596.23 | $48,873.64 | NORTEL NETWORKS INC. |
| APTER, WILLIAM | 8339 | $59,455.28 | $1,175.52 | $3,422.07 | $64,052.87 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 1614 | $70,675.69 | $1,527.75 | $534.71 | $72,738.15 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 8286 | $46,254.41 | $1,685.72 | $4,139.39 | $52,079.52 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 1589 | $56,816.57 | $1,611.56 | $1,253.44 | $59,681.57 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 7965 | $27,641.00 | $1,241.37 | $7,675.76 | $36,558.13 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 3692 | $23,405.95 | $1,321.13 | $1,798.20 | $26,525.28 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 1620 | $68,940.13 | $1,408.54 | $1,079.88 | $71,428.55 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 856 | $11,386.71 | $677.56 | $410.30 | $12,474.57 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 2028 | $29,930.14 | $1,916.56 | $2,257.27 | $34,103.97 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 4400 | $60,445.09 | $1,266.16 | $1,737.45 | $63,448.70 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 8176 | $71,461.69 | $1,442.86 | $8,184.23 | $81,088.78 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 3098 | $55,039.13 | $940.22 | $261.17 | $56,240.52 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 3209 | $8,886.87 | $2,318.32 | $2,820.61 | $14,025.80 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 3693 | $21,223.35 | $1,253.35 | $647.56 | $23,124.26 | NORTEL NETWORKS INC. |

---

[3] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims' Settlements.

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| ASM CAPITAL, L.P. | 1196 | $24,790.11 | $1,052.66 | $660.84 | $26,503.61 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 639 | $64,986.90 | $1,495.29 | $415.36 | $66,897.55 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 1428 | $35,896.19 | $1,589.89 | $1,227.75 | $38,713.83 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 8117 | $17,989.12 | $1,265.36 | $7,500.73 | $26,755.21 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 7351 | $6,084.22 | $1,654.32 | $4,898.63 | $12,637.17 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 967 | $4,047.36 | $2,057.98 | $788.89 | $6,894.23 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 3046 | $49,626.45 | $1,131.73 | $1,464.96 | $52,223.14 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 8032 | $5,289.85 | $1,288.46 | $6,234.71 | $12,813.02 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 6613 | $56,581.56 | $1,125.87 | $2,076.62 | $59,784.05 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 7039 | $38,750.01 | $1,420.28 | $2,012.07 | $42,182.36 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 3701 | $32,354.05 | $1,196.08 | $1,628.00 | $35,178.13 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 1314 | $22,402.22 | $977.07 | $754.52 | $24,133.81 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 5480 | $26,351.15 | $1,332.36 | $1,813.49 | $29,497.00 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 6475 | $74,685.15 | $1,546.81 | $2,784.25 | $79,016.21 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 7849 | $24,773.02 | $1,053.67 | $5,344.46 | $31,171.15 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 589 | $25,476.23 | $1,174.92 | $287.20 | $26,938.35 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 579 | $34,083.79 | $1,667.59 | $453.95 | $36,205.33 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 4592 | $76,214.74 | $1,552.24 | $2,190.38 | $79,957.36 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 7596 | $55,480.96 | $1,502.19 | $3,646.99 | $60,630.14 | NORTEL NETWORKS INC. |
| ATNAFE, WOUBIT | 6062 | $30,612.35 | $938.71 | $1,324.62 | $32,875.68 | NORTEL NETWORKS INC. |
| BARIAHTARIS, ROBERT | 7651 | $34,974.33 | $1,347.18 | $7,985.79 | $44,307.30 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| BASSO, WILLY | 8186 | $27,785.76 | $1,093.21 | $4,348.54 | $33,227.51 | NORTEL NETWORKS (CALA) INC. |
| BENNETT, PATRICIA M. | 3605 | $14,093.43 | $683.59 | $930.45 | $15,707.47 | NORTEL NETWORKS INC. |
| BENTIVEGNA, KAREN U. | 7004 | $20,083.98 | $779.45 | $1,667.17 | $22,530.60 | NORTEL NETWORKS INC. |
| BERGER, CLINTON | 3206 | $35,973.82 | $1,908.99 | $2,248.36 | $40,131.17 | NORTEL NETWORKS INC. |
| BIBBY, BRIAN | 2382 | $9,171.67 | $3,389.93 | $922.81 | $13,484.41 | NORTEL NETWORKS INC. |
| BIGGERS, TRACY | 7465 | $9,698.60 | $849.51 | $2,949.69 | $13,497.80 | NORTEL NETWORKS INC. |
| BOEHLKE, MARK | 7035 | $37,822.68 | $815.24 | $1,644.07 | $40,281.99 | NORTEL NETWORKS INC. |
| BORIS, RICHARD A. | 7240 | $41,666.18 | $2,326.28 | $16,322.70 | $60,315.16 | NORTEL NETWORKS INC. |
| BOURGEOIS, GEORGE H. JR. | 7792 | $24,453.61 | $1,347.72 | $6,484.02 | $32,285.35 | NORTEL NETWORKS INC. |
| BOWENS, LEONARDO D. | 8107 | $43,554.31 | $1,032.63 | $7,245.67 | $51,832.61 | NORTEL NETWORKS INC. |
| BUCHANAN, CATHERINE C. | 7954 | $51,502.63 | $1,293.13 | $8,491.58 | $61,287.34 | NORTEL NETWORKS INC. |
| CARPENTER JR, JOHN | 4065 | $8,210.54 | $2,721.73 | $3,326.56 | $14,258.83 | NORTEL NETWORKS INC. |
| CAUDILL, ROGER W. JR | 8226 | $18,490.39 | $898.32 | $4,172.19 | $23,560.90 | NORTEL NETWORKS INC. |
| CHANDLER, DAWN M. | 7852 | $9,980.51 | $874.20 | $4,361.31 | $15,216.02 | NORTEL NETWORKS INC. |
| CHAWLA, TEJMOHAN | 6047 | $38,717.26 | $1,338.92 | $2,045.58 | $42,101.76 | NORTEL NETWORKS INC. |
| CHISHOLM, ELAINE | 7034 | $46,925.27 | $2,133.51 | $14,970.10 | $64,028.88 | NORTEL NETWORKS INC. |
| CLOUGH, DONALD | 7564 | $39,086.47 | $1,802.60 | $7,020.14 | $47,909.21 | NORTEL NETWORKS INC. |
| COLGAN, KEVIN | 7747 | $16,511.79 | $1,007.15 | $4,341.96 | $21,860.90 | NORTEL NETWORKS INC. |
| CONNOLLY, JAMES | 7811 | $45,528.14 | $1,917.42 | $10,694.95 | $58,140.51 | NORTEL NETWORKS INC. |
| COOPER, LINDA F. | 8345 | $11,855.02 | $558.76 | $1,372.07 | $13,785.85 | NORTEL NETWORKS INC. |
| COOPER, MICHAEL | 6956 | $46,779.07 | $1,009.50 | $1,430.12 | $49,218.69 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| CORPENING, STEPHEN K. | 1034 | $56,052.07 | $923.00 | $246.13 | $57,221.20 | NORTEL NETWORKS INC. |
| CREASY, JEFFREY | 7911 | $70,183.42 | $1,872.67 | $13,139.88 | $85,195.97 | NORTEL NETWORKS INC. |
| DALRYMPLE, NEIL | 7536 | $10,992.79 | $1,270.02 | $4,960.16 | $17,222.97 | NORTEL NETWORKS INC. |
| DAVILA, PRISCILLA C. | 7524 | $9,070.57 | $3,557.09 | $13,595.98 | $26,223.64 | NORTEL NETWORKS INC. |
| DEBOURG-BROWN, DEBORAH J. | 7449 | $27,222.10 | $1,347.26 | $8,772.15 | $37,341.51 | NORTEL NETWORKS INC. |
| DELZER, MARCI | 7470 | $30,789.42 | $1,453.85 | $7,010.81 | $39,254.08 | NORTEL NETWORKS INC. |
| DHOKIA, ANILA | 4607 | $65,504.12 | $2,384.37 | $16,730.37 | $84,618.86 | NORTEL NETWORKS INC. |
| DISE, ROGER | 7950 | $28,302.68 | $1,492.67 | $9,718.95 | $39,514.30 | NORTEL NETWORKS INC. |
| DO, THUC | 8360 | $14,901.50 | $922.06 | $2,551.04 | $18,374.60 | NORTEL NETWORKS INC. |
| DOYLE, PAUL | 7503 | $77,484.24 | $1,411.52 | $5,497.06 | $84,392.82 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC | 8346 | $53,881.15 | $1,237.54 | $3,581.99 | $58,700.68 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC | 4844 | $48,139.18 | $725.90 | $996.10 | $49,861.18 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC | 6977 | $17,928.91 | $986.01 | $1,802.20 | $20,717.12 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC | 1188 | $15,861.23 | $1,816.17 | $484.31 | $18,161.71 | NORTEL NETWORKS INC. |
| GAVASTO, PAULA M. | 7462 | $7,448.90 | $1,231.22 | $4,794.93 | $13,475.05 | NORTEL NETWORKS INC. |
| GILES, DANIEL | 2741 | $88,183.38 | $1,603.01 | $997.43 | $90,783.82 | NORTEL NETWORKS INC. |
| GOLDBERG, CHARLOTTE | 6154 | $40,733.75 | $1,341.15 | $1,892.51 | $43,967.41 | NORTEL NETWORKS INC. |
| GRAINGER, WESLEY | 3226 | $32,474.65 | $2,564.91 | $626.98 | $35,666.54 | NORTEL NETWORKS INC. |
| GREER, DEBORAH A. | 7626 | $53,993.82 | $860.99 | $3,860.12 | $58,714.93 | NORTEL NETWORKS INC. |
| GYGER, MICHAEL | 793 | $8,397.70 | $3,451.11 | $939.46 | $12,788.27 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8349 | $49,947.23 | $1,033.63 | $1,337.97 | $52,318.83 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC | 8317 | $18,159.55 | $990.52 | $242.12 | $19,392.19 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LTD | 7170 | $76,300.77 | $1,533.34 | $2,342.61 | $80,176.72 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LTD | 6122 | $81,207.75 | $1,637.07 | $2,310.09 | $85,154.91 | NORTEL NETWORKS INC. |
| HALE, DAVID | 4174 | $44,368.12 | $1,542.64 | $711.33 | $46,622.09 | NORTEL NETWORKS INC. |
| HAMILL, TIMOTHY | 7618 | $24,813.96 | $1,043.33 | $6,793.26 | $32,650.55 | NORTEL NETWORKS INC. |
| HANSEN, KRISTEN | 7832 | $27,649.98 | $1,365.80 | $6,684.87 | $35,700.65 | NORTEL NETWORKS INC. |
| HARTSHORN, TEFFIE | 8004 | $0.00 | $0.00 | $15,734.26 | $15,734.26 | NORTEL NETWORKS INC. |
| HAUGHEY, KAREN D. | 7628 | $17,997.92 | $1,124.48 | $4,847.76 | $23,970.16 | NORTEL NETWORKS INC. |
| HAWKINS, JOHN | 7619 | $48,216.67 | $1,482.07 | $10,399.19 | $60,097.93 | NORTEL NETWORKS INC. |
| HILLIS JENKINS, RUTH | 3775 | $66,089.39 | $2,419.88 | $14,344.46 | $82,853.73 | NORTEL NETWORKS INC. |
| HITCHINGS, GAYLA LINDSAY | 7962 | $52,201.49 | $1,434.10 | $9,337.63 | $62,973.22 | NORTEL NETWORKS INC. |
| HOLLEY, CHAUNTELE M. | 8191 | $15,069.19 | $899.95 | $1,924.89 | $17,894.03 | NORTEL NETWORKS INC. |
| HOLLOWELL, GAY | 7475 | $46,813.94 | $797.97 | $4,730.16 | $52,342.07 | NORTEL NETWORKS INC. |
| HOPKINS, RICHARD | 7320 | $38,632.51 | $1,271.04 | $3,700.13 | $43,603.68 | NORTEL NETWORKS INC. |
| HOSKINS, GEORGE B. | 7505 | $48,407.38 | $1,168.63 | $5,038.11 | $54,614.12 | NORTEL NETWORKS INC. |
| HSIEH, PEN | 5477 | $51,646.67 | $1,906.56 | $2,605.64 | $56,158.87 | NORTEL NETWORKS INC. |
| IAGER, CARIN | 8169 | $24,056.21 | $783.59 | $1,475.76 | $26,315.56 | NORTEL NETWORKS INC. |
| JOHNS, RICHARD L. | 749 | $53,432.69 | $1,261.03 | $350.28 | $55,044.00 | NORTEL NETWORKS INC. |
| JOHNSON, ROBERT | 7352 | $7,185.96 | $2,184.92 | $10,159.88 | $19,530.76 | NORTEL NETWORKS INC. |
| JONES, D.J. | 7959 | $81,068.76 | $1,716.34 | $11,175.33 | $93,960.43 | NORTEL NETWORKS INC. |
| JULIANO, FRANK | 4832 | $44,862.18 | $1,551.43 | $430.95 | $46,844.56 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| KASHANIAN, ALI | 6471 | $24,631.93 | $1,040.54 | $1,028.98 | $26,701.45 | NORTEL NETWORKS INC. |
| KENNEDY, JACLYN A. | 7918 | $72,820.45 | $1,467.83 | $8,073.04 | $82,361.32 | NORTEL NETWORKS INC. |
| KHAN, MUHAMMAD | 2419 | $23,803.55 | $1,379.91 | $605.63 | $25,789.09 | NORTEL NETWORKS INC. |
| KING, DENNY | 6717 | $71,013.78 | $1,691.03 | $3,306.90 | $76,011.71 | NORTEL NETWORKS INC. |
| KING, JAMES R. JR. | 7668 | $68,156.00 | $1,338.29 | $5,100.36 | $74,594.65 | NORTEL NETWORKS INC. |
| KINGSLEY, SUSAN E. | 7420 | $30,243.73 | $920.82 | $4,128.33 | $35,292.88 | NORTEL NETWORKS INC. |
| KLING, RAYMOND J | 4613 | $43,840.53 | $1,056.97 | $375.81 | $45,273.31 | NORTEL NETWORKS INC. |
| KUMAR, RAVI | 1264 | $16,239.75 | $891.20 | $608.99 | $17,739.94 | NORTEL NETWORKS INC. |
| LANE, ALLAN G. | 7833 | $82,597.07 | $1,259.31 | $7,464.94 | $91,321.32 | NORTEL NETWORKS INC. |
| LANGAN, THOMAS C. | 7817 | $35,008.49 | $1,342.47 | $5,578.68 | $41,929.64 | NORTEL NETWORKS INC. |
| LEBLANC, MARY JO A. | 7666 | $66,567.60 | $1,471.47 | $8,722.54 | $76,761.61 | NORTEL NETWORKS INC. |
| LEE, JAY | 7691 | $13,955.67 | $1,222.39 | $5,201.96 | $20,380.02 | NORTEL NETWORKS INC. |
| LO, DIANA | 3688 | $399.69 | $88.17 | $53.88 | $541.74 | NORTEL NETWORKS INC. |
| LY, VICTOR | 780 | $62,556.63 | $1,762.71 | $538.61 | $64,857.95 | NORTEL NETWORKS INC. |
| MADISON, SUZANNE | 3750 | $12,724.35 | $2,263.22 | $641.25 | $15,628.82 | NORTEL NETWORKS INC. |
| MAYNOR, PAUL | 7706 | $61,592.94 | $1,312.97 | $5,660.37 | $68,566.28 | NORTEL NETWORKS INC. |
| MAZIARZ, THOMAS P. | 7981 | $40,749.00 | $1,363.35 | $8,876.92 | $50,989.27 | NORTEL NETWORKS INC. |
| MCCLAIN, STERLIN | 7994 | $29,533.92 | $1,446.17 | $9,207.25 | $40,187.34 | NORTEL NETWORKS INC. |
| MCCONNELL, JAMES EARL | 7969 | $6,373.89 | $1,286.21 | $7,624.37 | $15,284.47 | NORTEL NETWORKS INC. |
| MCNULTY, KEITH J | 1442 | $6,727.40 | $7,896.24 | $4,875.71 | $19,499.35 | NORTEL NETWORKS INC. |
| MICKENS, DELBERT J. | 1546 | $83,700.86 | $1,818.48 | $1,697.25 | $87,216.59 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| MILARSKY, MORRIS SEAN | 6789 | $35,491.09 | $1,423.44 | $8,548.54 | $45,463.07 | NORTEL NETWORKS (CALA) INC. |
| MILLER, LINDA G. | 8327 | $29,057.94 | $1,379.70 | $9,680.87 | $40,118.51 | NORTEL NETWORKS INC. |
| MITA, SADAHISA | 778 | $1,298.91 | $204.37 | $139.65 | $1,642.93 | NORTEL NETWORKS INC. |
| MONTES, TINA E | 7115 | $23,660.87 | $1,049.78 | $3,464.27 | $28,174.92 | NORTEL NETWORKS (CALA) INC. |
| MOORE, KERRY | 4465 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MOORE, KERRY | 4466 | $78,974.93 | $1,933.29 | $2,728.08 | $83,636.30 | NORTEL NETWORKS INC. |
| MORENO, RICHARD | 3870 | $32,419.92 | $1,148.97 | $1,563.86 | $35,132.75 | NORTEL NETWORKS INC. |
| MOTON, GARY L. | 815 | $4,514.79 | $3,089.98 | $858.33 | $8,463.10 | NORTEL NETWORKS INC. |
| MUIGAI, SAMUEL N. | 6113 | $6,420.40 | $1,077.05 | $1,513.85 | $9,011.30 | NORTEL NETWORKS INC. |
| NEELY, ED | 8175 | $20,166.00 | $1,156.01 | $7,122.32 | $28,444.33 | NORTEL NETWORKS INC. |
| NOTARIO, RACHEL | 3212 | $8,578.27 | $549.30 | $674.42 | $9,801.99 | NORTEL NETWORKS INC. |
| PRUNEDA, FERNANDO | 7943 | $23,060.05 | $1,182.22 | $7,697.63 | $31,939.90 | NORTEL NETWORKS INC. |
| RAZZAQUE, MD | 4486 | $20,856.86 | $1,338.89 | $535.55 | $22,731.30 | NORTEL NETWORKS INC. |
| ROBINSON, ROBERT J. III | 8151 | $38,510.57 | $1,572.93 | $568.00 | $40,651.50 | NORTEL NETWORKS INC. |
| RUTLEDGE, DEBBIE J | 8210 | $47,757.70 | $1,179.04 | $7,480.35 | $56,417.09 | NORTEL NETWORKS INC. |
| SALLESE, CATHERINE | 7945 | $28,188.05 | $1,397.75 | $9,100.93 | $38,686.73 | NORTEL NETWORKS INC. |
| SGROI, PAUL | 3815 | $11,796.74 | $3,386.62 | $4,139.20 | $19,322.56 | NORTEL NETWORKS INC. |
| SHAPIRO, CHARLES R. | 8353 | $43,319.86 | $1,211.37 | $4,401.30 | $48,932.53 | NORTEL NETWORKS INC. |
| SHAW, RICHELLE F. | 8009 | $0.00 | $0.00 | $13,927.47 | $13,927.47 | NORTEL NETWORKS INC. |
| SHEEHAN, FLOR B. | 7800 | $25,586.85 | $1,180.03 | $5,880.45 | $32,647.33 | NORTEL NETWORKS INC. |
| SHIPE, DAVID | 8177 | $45,976.50 | $1,097.00 | $2,005.07 | $49,078.57 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| SINGH, HIMANI | 993 | $1,107.26 | $248.51 | $150.49 | $1,506.26 | NORTEL ALTSYSTEMS INC. |
| SMITH, KATHLEEN E. | 7428 | $9,542.72 | $979.30 | $4,390.52 | $14,912.54 | NORTEL NETWORKS INC. |
| SMITH, PATRICIA MUMLEY | 7176 | $32,984.49 | $829.22 | $1,930.24 | $35,743.95 | NORTEL NETWORKS INC. |
| SOOTS, RUSSELL | 7716 | $27,986.09 | $1,040.59 | $6,775.39 | $35,802.07 | NORTEL NETWORKS INC. |
| STONE, LISA S. KAY | 8190 | $20,565.56 | $941.69 | $6,131.47 | $27,638.72 | NORTEL NETWORKS INC. |
| SULLIVAN, PATRICK | 807 | $9,549.31 | $6,205.33 | $1,758.17 | $17,512.81 | NORTEL NETWORKS INC. |
| TA, QUAN | 5908 | $12,704.87 | $1,341.28 | $6,907.57 | $20,953.72 | NORTEL NETWORKS INC. |
| TASHJIAN, ROBERT | 6945 | $986.31 | $296.39 | $227.23 | $1,509.93 | NORTEL ALTSYSTEMS INC. |
| THOMPSON, JAYSON A. | 7376 | $29,515.45 | $1,198.19 | $7,408.81 | $38,122.45 | NORTEL NETWORKS INC. |
| TIPPING, CHRIS | 7955 | $0.00 | $1,732.59 | $15,864.09 | $17,596.68 | NORTEL NETWORKS INC. |
| TOLF, ERIK S. | 7987 | $38,291.08 | $1,331.35 | $8,897.85 | $48,520.28 | NORTEL NETWORKS INC. |
| TRUEBA-GARZON, LAURA | 8366 | $36,718.11 | $1,295.93 | $3,585.41 | $41,599.45 | NORTEL NETWORKS INC. |
| TRUESDALE, JEFFREY LOUIS | 7986 | $45,070.78 | $1,116.99 | $7,837.59 | $54,025.36 | NORTEL NETWORKS INC. |
| TRUONG, DUNG | 1612 | $41,559.21 | $1,540.81 | $676.25 | $43,776.27 | NORTEL NETWORKS INC. |
| TYNDALL, RONALD | 7973 | $29,525.36 | $1,085.27 | $6,710.59 | $37,321.22 | NORTEL NETWORKS INC. |
| VEALS, PERCY | 7948 | $49,401.38 | $1,416.86 | $9,941.68 | $60,759.92 | NORTEL NETWORKS INC. |
| WALKER, JUDITH F. | 7639 | $24,253.20 | $981.25 | $4,230.27 | $29,464.72 | NORTEL NETWORKS INC. |
| WALLACE, NORMAN L. JR | 1635 | $42,392.34 | $878.00 | $234.13 | $43,504.47 | NORTEL NETWORKS INC. |
| WALROD, DANIEL G. | 7377 | $60,923.12 | $1,299.46 | $8,035.00 | $70,257.58 | NORTEL NETWORKS INC. |
| WALSER, DONNA P. | 8098 | $3,720.11 | $906.11 | $5,768.94 | $10,395.16 | NORTEL NETWORKS INC. |
| WALTON, WILLIAM | 8222 | $6,047.03 | $1,220.26 | $7,945.20 | $15,212.49 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| WANG, YIPING | 6712 | $37,108.84 | $1,520.51 | $946.10 | $39,575.45 | NORTEL NETWORKS INC. |
| WARD, WENDY | 7698 | $10,167.66 | $1,771.71 | $11,535.81 | $23,475.18 | NORTEL NETWORKS INC. |
| WEISBARTH, THEODORE R. | 7975 | $15,732.48 | $707.79 | $4,608.47 | $21,048.74 | NORTEL NETWORKS INC. |
| WELLER, BURTON | 876 | $57,650.66 | $1,782.71 | $505.10 | $59,938.47 | NORTEL NETWORKS INC. |
| WELLS, TODD | 7869 | $27,732.94 | $1,444.84 | $9,656.36 | $38,834.14 | NORTEL NETWORKS INC. |
| WENTZ, CALVIN | 8330 | $13,298.46 | $1,164.83 | $1,236.01 | $15,699.30 | NORTEL NETWORKS INC. |
| WHITFIELD, RONALD BRUCE | 7942 | $67,685.01 | $1,146.13 | $8,041.97 | $76,873.11 | NORTEL NETWORKS INC. |
| WHITNEY-FRUEH, LAURIE | 5381 | $4,933.90 | $5,382.44 | $6,578.54 | $16,894.88 | NORTEL NETWORKS INC. |
| WILLIAMS, PAUL, JR. | 7013 | $56,518.34 | $1,258.76 | $342.66 | $58,119.76 | NORTEL NETWORKS INC. |
| WOODLIEF, DAVID W. | 8351 | $62,048.56 | $1,301.87 | $5,612.50 | $68,962.93 | NORTEL NETWORKS INC. |
| YERONICK, MARY FRAN | 5881 | $24,439.19 | $1,030.95 | $647.21 | $26,117.35 | NORTEL NETWORKS INC. |
| ZELENACK-TERRELL, LOUISE | 7409 | $8,281.41 | $725.38 | $3,735.70 | $12,742.49 | NORTEL NETWORKS INC. |