IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) Objection Deadline: April 23, 2013 at 4:00 p.m. (ET) |
|  | ) Hearing Date: April 30, 2103 at 10:00 a.m. (ET) |

## NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR APPROVAL OF DISTRIBUTION AND RELATED RELIEF

TO: (i) the LTD Employees; (ii) the Office of the U.S. Trustee: (iii) the counsel to the Debtors; and (iv) counsel to the Bondholder Group; (v) counsel to the Official Committee of Unsecured Creditors; (vi) counsel to the Retiree Committee; and (vii) the general service list established in chapter 11 cases.

**PLEASE TAKE NOTICE** that the Official Committee of Long Term Disability Participants has filed the attached Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed on or before **April 23, 2013 at 4:00 PM (prevailing Eastern Time)** with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of any responses or objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, shall be held before the Honorable Kevin Gross on **April 30, 2013 at 10:00 a.m. (prevailing Eastern Time)** at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: April 11, 2013  
      Wilmington, Delaware

ELLIOTT GREENLEAF

_____  
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)  
Shelley A. Kinsella (DE Bar No. 4023)  
Eric M. Sutty (DE Bar No. 4007)  
Jonathan M. Stemerman (DE Bar No. 4510)  
1105 North Market Street, Suite 1700  
Wilmington, Delaware 19801  
Telephone: (302) 384-9400  
Facsimile: (302) 384-9399  
Email: rxza@elliottgreenleaf.com  
Email: sak@elliottgreenleaf.com  
Email: ems@elliottgreenleaf.com  
Email: jms@elliottgreenleaf.com

*Counsel for the Official Committee of Long Term Disability Participants*

2