# EXHIBIT A

**LTD Committee**
**Alternatives to Approved Scenario**
($000s)

| | Notes | Cash Payments 2013 | 2014 | 2015 | 2016 | 2017 | Pre Tax Cash | HRA Credit | Subtotal | Est. Taxes | Net Value | Net Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lump Sum | (1) | $23,976 | $ - | $ - | $ - | $ - | $23,976 | $ - | $23,976 | $(6,556) | $17,420 | $(3,031) |
| Lump Sum: $60K HRA cap | (2) | 16,510 | - | - | - | - | 16,510 | 6,426 | 22,936 | (3,678) | 19,258 | (1,194) |
| Approved: $90K HRA cap | (3) | 5,570 | 4,661 | 2,580 | 2,580 | - | 15,390 | 7,546 | 22,936 | (2,269) | 20,667 | 215 |
| *Approved: $60K HRA cap* | *(4)* | *5,850* | *4,941* | *2,860* | *2,860* | *-* | *16,510* | *6,426* | *22,936* | *(2,485)* | *20,451* | *-* |

Notes:
(1) Lump sum payment assumes no administrative costs
(2) As referenced in #1, with HRA cap of $60K.
(3) As approved by LTD committee and presented by Towers Watson as individual statements to each participant
(4) As referenced in #3, with HRA cap of $60K. Largest individual change in net value versus Approved Scenario is $8K.

*PRELIMINARY DRAFT - SUBJECT TO CHANGE*