# EXHIBIT B



# Elliott Greenleaf

LTD Committee
c/o Rafael Zahralddin
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801

April __, 2013

Dear [LTD Employee]:

    Please find attached the Internal Revenue Service Form W-2 or Form 1099-(as appropriate). You will receive the Form 1099-R if you have attained the minimum retirement age and a Form W-2 if you have not yet reached the minimum retirement age.

    Also attached is a Form W-4 for 2013 which we have included as a courtesy. Please consult with your own tax advisor and legal counsel if you need to submit a Form W-4, how often you should submit a Form W-4 and when it will expire. For further information regarding Form W-4, please refer to the Internal Revenue Service website which can be found at www.irs.gov.

    The Debtors and the LTD Committee reached a settlement regarding certain disability plans on January 18, 2013 (the "Settlement Agreement"). Details regarding the settlement can be found at www.kccllc.net/nortelltd. The LTD Committee, or its successors, will report Settlement Agreement payments which represent taxable income on the appropriate from W-2 or Form 1099-R pursuant to section 3401(d)(1) of the Internal Revenue Code.

    Pursuant to the Settlement Agreement reached between Nortel and the LTD Committee, Nortel and the Committee agreed that the LTD Committee would be responsible for reporting applicable taxes on Settlement Agreement payouts to the Internal Revenue Service and distributing the appropriate tax forms. Settlement Agreement at paragraph 24.

    Please return the attached Form W-4, as necessary, after consultation with your own tax advisors or legal counsel by June 17, 2013 in order for the LTD Committee or its successors to appropriately withhold taxes. If a fully completed form W-4 is not returned to the LTD Committee or its successors by June 17, 2013, the LTD Committee or its successors will withhold from his or her distribution at the tax rate as if the participant were single and claimed zero allowances for all applicable federal, state and local taxes.