## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 2/1/2013 through 2/28/2013

| Professional | Position | Billing Rate | Hours | Fees |
| --- | --- | --- | --- | --- |
| C. Kearns | Executive Director | $830 | 22.40 | $18,592.00 |
| J. Borow | Executive Director | $830 | 46.40 | $38,512.00 |
| J. Hyland | Executive Director | $635 | 75.50 | $47,942.50 |
| M. Dansky | Executive Director | $595 | 4.00 | $2,380.00 |
| A. Cowie | Managing Director | $575 | 0.30 | $172.50 |
| B. Frizzell | Director | $425 | 0.50 | $212.50 |
| T. Morilla | Director | $380 | 27.50 | $10,450.00 |
| M. Haverkamp | Paraprofessional | $120 | 4.20 | $504.00 |
| **For the Period 2/1/2013 through 2/28/2013** | | | **180.80** | **$118,765.50** |