## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 2/1/2013 through 2/28/2013**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 78.80 | $52,564.00 |
| 05. Professional Retention/Fee Application Preparation | 10.10 | $3,944.50 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 12.60 | $9,814.50 |
| 08. Interaction/Mtgs w Creditors | 31.80 | $22,986.00 |
| 09. Employee Issues/KEIP | 1.10 | $520.00 |
| 10. Recovery/SubCon/Lien Analysis | 6.50 | $4,498.00 |
| 11. Claim Analysis/Accounting | 17.60 | $10,970.50 |
| 13. Intercompany Transactions/Bal | 3.80 | $2,413.00 |
| 18. Operating and Other Reports | 3.10 | $2,573.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 8.00 | $4,009.00 |
| 33. Intellectual Property | 7.40 | $4,473.00 |
| **For the Period 2/1/2013 through 2/28/2013** | **180.80** | **$118,765.50** |