## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 2/1/2013 through 2/28/2013

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 2/1/2013 | J. Hyland | 2.70 | Continued reviewing proceeds allocation reports. |
| 2/1/2013 | J. Hyland | 2.90 | Reviewed proceeds allocation reports. |
| 2/4/2013 | J. Hyland | 2.20 | Reviewed matters related to mediation. |
| 2/5/2013 | J. Borow | 1.30 | Evaluated timing and scheduling for potential claims and allocation litigation. |
| 2/6/2013 | J. Borow | 1.50 | Evaluated timing and scheduling for potential claims and allocation litigation and discussions with other professionals. |
| 2/6/2013 | T. Morilla | 1.80 | Continued to review and analyze the January mediation documents. |
| 2/7/2013 | T. Morilla | 1.10 | Reviewed issues list and proposed submissions to the court. |
| 2/8/2013 | C. Kearns | 0.20 | Read emails to UCC re: finalizing UCC submission for February 7 deadline. |
| 2/8/2013 | C. Kearns | 0.60 | Read submissions from various parties to US and Canadian court re: key issues to be resolved. |
| 2/8/2013 | T. Morilla | 1.10 | Reviewed and analyzed issues list and proposed scheduling. |
| 2/8/2013 | T. Morilla | 1.50 | Continued to review the other estates' submissions. |
| 2/8/2013 | T. Morilla | 1.70 | Continued to review and analyze the estates' submissions. |
| 2/11/2013 | C. Kearns | 0.20 | Read draft objection to Canadian employ motion to lift stay. |
| 2/11/2013 | C. Kearns | 0.20 | Checked current bond trading prices. |
| 2/11/2013 | C. Kearns | 0.40 | Read summary comparison of key issues and timing proposed by each of mediation parties to US and Canada courts. |
| 2/11/2013 | T. Morilla | 2.10 | Continued to review and analyze other estates' issues submissions. |
| 2/11/2013 | J. Borow | 2.90 | Reviewed and analyzed various filings subsequent to mediation conclusion in each of the US and Canadian courts. |
| 2/12/2013 | C. Kearns | 0.50 | Continued to read and analyze submissions to US and Canadian courts, including related summary prepared by counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/12/2013 | T. Morilla | 1.20 | Continued to review and analyze estates' issues submissions. |
| 2/12/2013 | J. Borow | 2.90 | Reviewed and analyzed various filings subsequent to mediation conclusion in each of the US and Canadian courts. |
| 2/13/2013 | C. Kearns | 0.20 | Read joinder from UCC re: Debtor's objection to SCC motion to lift stay. |
| 2/13/2013 | C. Kearns | 0.40 | Read last round of submissions to Canada and US court re: key issues and timelines. |
| 2/13/2013 | J. Hyland | 1.40 | Reviewed issues list submissions to US and Canadian courts. |
| 2/13/2013 | T. Morilla | 2.10 | Continued to review and analyze issues lists. |
| 2/13/2013 | J. Borow | 2.90 | Reviewed and analyzed various filings subsequent to mediation conclusion in each of the US and Canadian courts. |
| 2/14/2013 | C. Kearns | 0.20 | Analyzed next steps to assess litigation analysis needs for allocation related issues. |
| 2/14/2013 | A. Cowie | 0.30 | Prepared discussion points for UCC call on litigation scheduling in USA and Canada. |
| 2/14/2013 | J. Borow | 2.10 | Reviewed documents submitted by various parties in the mediation. |
| 2/15/2013 | C. Kearns | 0.30 | Continued to review litigation related needs for allocation. |
| 2/15/2013 | J. Hyland | 1.30 | Followed up on proceeds allocation matter. |
| 2/15/2013 | J. Hyland | 1.80 | Reviewed and analyzed submitted issues lists from various parties of interest. |
| 2/15/2013 | J. Borow | 2.90 | Reviewed documents, motions, transcripts and filings re: post-mediation process. |
| 2/19/2013 | J. Hyland | 2.00 | Continued analyzing proceeds allocation positions. |
| 2/19/2013 | J. Hyland | 2.80 | Analyzed proceeds allocation positions. |
| 2/20/2013 | C. Kearns | 0.40 | Read latest information on the docket. |
| 2/20/2013 | J. Borow | 2.30 | Prepared for and participated in meeting with professionals to discuss and determine process to move forward re: litigation issues and schedule. |
| 2/21/2013 | J. Borow | 1.80 | Reviewed documents, motions, transcripts and filings re: post-mediation process. |
| 2/22/2013 | J. Borow | 2.80 | Reviewed documents, motions, transcripts and filings re: post-mediation process. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/25/2013 | C. Kearns | 0.20 | Read draft submission on allocation. |
| 2/25/2013 | J. Borow | 2.10 | Reviewed submissions and motions re: allocation protocols. |
| 2/26/2013 | J. Hyland | 2.60 | Continued reviewing documentation for proceeds allocation. |
| 2/26/2013 | J. Hyland | 2.90 | Reviewed documentation for proceeds allocation. |
| 2/27/2013 | C. Kearns | 0.90 | Reviewed material re: asset sales data in anticipation of allocation related litigation. |
| 2/27/2013 | T. Morilla | 0.90 | Reviewed and analyzed a draft of the UCC's supplemental submission. |
| 2/27/2013 | J. Hyland | 2.00 | Continued reviewing report for proceeds allocation. |
| 2/27/2013 | J. Hyland | 2.80 | Reviewed proceeds allocation protocol submission. |
| 2/27/2013 | J. Hyland | 2.90 | Reviewed reports for proceeds allocation. |
| 2/28/2013 | C. Kearns | 0.50 | Read revised draft submission related to allocation protocol. |
| 2/28/2013 | J. Hyland | 1.20 | Reviewed supplemental submission for proceeds allocation. |
| 2/28/2013 | J. Hyland | 2.80 | Analyzed proceeds allocation documentation. |
| Subtotal | | 78.80 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/6/2013 | J. Hyland | 0.40 | Prepared January fee estimate for counsel. |
| 2/12/2013 | M. Haverkamp | 1.00 | Prepared January 2013 fee application. |
| 2/13/2013 | J. Hyland | 0.30 | Reviewed preliminary fee application draft. |
| 2/13/2013 | M. Haverkamp | 0.60 | Prepared January fee application. |
| 2/14/2013 | T. Morilla | 1.20 | Revised the January fee application. |
| 2/18/2013 | J. Hyland | 1.40 | Reviewed fee application. |
| 2/19/2013 | M. Haverkamp | 0.30 | Prepared sixteenth interim fee application. |
| 2/19/2013 | M. Haverkamp | 2.10 | Prepared January fee application. |
| 2/21/2013 | M. Haverkamp | 0.20 | Prepared January fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/22/2013 | J. Hyland | 0.80 | Reviewed interim fee application. |
| 2/22/2013 | J. Hyland | 1.30 | Finalized fee application. |
| 2/26/2013 | J. Hyland | 0.50 | Completed final review of interim fee application. |
| Subtotal | | 10.10 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/1/2013 | C. Kearns | 2.00 | Met with Debtor and counsel to discuss next steps in allocation litigation process and other related matters. |
| 2/1/2013 | J. Borow | 2.70 | Prepared for (0.7) and participated in (2.0) meeting with professionals to Debtors, ad hoc bondholders and UCC after conclusion of mediation and discussion of next steps. |
| 2/7/2013 | J. Hyland | 1.40 | Prepared for call re: case issues and scheduling. |
| 2/7/2013 | J. Borow | 1.90 | Prepared for attended and participated in meeting of professionals to discuss next steps after mediation was unsuccessful. |
| 2/7/2013 | J. Hyland | 1.90 | Participated in call with Cleary, Milbank, Fraser, and counsel re: case issues and scheduling. |
| 2/7/2013 | C. Kearns | 2.70 | Prepared for (0.8) and met (1.9) with counsel, CGSH and Milbank to discuss draft of key issues and proposed timeline for submission to court by February 7th. |
| Subtotal | | 12.60 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/4/2013 | J. Hyland | 0.50 | Participated in UCC call with UCC professionals. |
| 2/4/2013 | C. Kearns | 0.50 | Participated in call with UCC re: steps to respond to court request for key issues and timeline. |
| 2/4/2013 | J. Borow | 1.10 | Prepared for (0.6) and participated in (0.5) meeting with UCC and professionals to UCC. |
| 2/4/2013 | J. Hyland | 2.00 | Prepared for UCC call. |
| 2/5/2013 | C. Kearns | 0.60 | Participated in calls with counsel and Milbank re: proposed litigation timeline for key issues. |
| 2/6/2013 | J. Hyland | 1.50 | Participated in UCC call re: claims of other estates. |
| 2/7/2013 | J. Hyland | 0.80 | Participated in UCC call with UCC professionals. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/7/2013 | C. Kearns | 0.80 | Participated in call with UCC to discuss response to court re: key issues and proposed timeline. |
| 2/7/2013 | J. Borow | 1.70 | Prepared for (0.9) and participated in (0.8) meeting of professionals to UCC and members of UCC to discuss next steps and processes with other constituencies after mediation was unsuccessful. |
| 2/8/2013 | C. Kearns | 0.20 | Participated in conference call with counsel re: status of UCC submission. |
| 2/11/2013 | C. Kearns | 0.20 | Discussed status of next steps and experts with counsel. |
| 2/14/2013 | J. Hyland | 0.40 | Participated in UCC professionals call. |
| 2/14/2013 | J. Hyland | 0.40 | Participated in UCC call with UCC professionals. |
| 2/14/2013 | J. Borow | 0.70 | Prepared for (0.3) and participated in (0.4) meeting with UCC and advisors to UCC. |
| 2/14/2013 | J. Hyland | 0.90 | Prepared for UCC call. |
| 2/14/2013 | T. Morilla | 1.10 | Reviewed and analyzed the Nortel UCC meeting agenda items. |
| 2/19/2013 | C. Kearns | 0.50 | Participated in call with counsel re: preparation for response requested by court to revisit June 7, 2011 hearing. |
| 2/19/2013 | J. Hyland | 0.50 | Participated in call with counsel and Fraser re: proceeds allocation and hearing. |
| 2/20/2013 | C. Kearns | 0.10 | Emailed with Counsel re: upcoming hearing on allocation. |
| 2/21/2013 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC professionals. |
| 2/21/2013 | C. Kearns | 0.40 | Participated in call with UCC to discuss developments re: upcoming court calendar on allocation. |
| 2/21/2013 | C. Kearns | 0.40 | Discussed next steps with counsel re: litigation support related needs. |
| 2/21/2013 | J. Borow | 1.10 | Prepared for (0.7) and participated in (0.4) meeting with UCC and professionals to UCC. |
| 2/21/2013 | J. Hyland | 1.50 | Prepared for UCC meeting and analyzed status of various case matters. |
| 2/22/2013 | C. Kearns | 2.30 | Met with counsel to consider possible experts in anticipation of litigation track for allocation and discuss related issues. |
| 2/26/2013 | C. Kearns | 2.30 | Met with counsel to consider experts in anticipation of litigation track for allocation and discussed related issues. |
| 2/27/2013 | J. Hyland | 0.60 | Participated in weekly status call with counsel, Fraser, and other UCC professionals. |


| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/27/2013 | C. Kearns | 0.90 | Prepared for (0.3) and participated in (0.6) status discussion with counsel re: status of key issues for UCC re: upcoming allocation hearing and related matters. |
| 2/27/2013 | T. Morilla | 1.10 | Reviewed and analyzed the UCC agenda items. |
| 2/28/2013 | C. Kearns | 0.10 | Emailed and called counsel re: comments to draft submission. |
| 2/28/2013 | J. Hyland | 1.00 | Participated in UCC call with UCC professionals and UCC members. |
| 2/28/2013 | C. Kearns | 1.00 | Participated in call with UCC to discuss status of court filing re: allocation protocol and other matters related to potential litigation. |
| 2/28/2013 | J. Hyland | 1.90 | Prepared for UCC call. |
| 2/28/2013 | J. Borow | 2.30 | Prepared for (1.3) and participated in (1.0) meeting with UCC and advisors to UCC. |
| Subtotal | | 31.80 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/13/2013 | J. Hyland | 0.40 | Replied to request from FTI regarding NNI compensation plan. |
| 2/13/2013 | T. Morilla | 0.70 | Reviewed and analyzed previous employee compensation plans. |
| Subtotal | | 1.10 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/5/2013 | J. Hyland | 2.70 | Reviewed claims recoveries. |
| 2/8/2013 | J. Borow | 1.90 | Reviewed submissions by other estates re: process to move forward after mediation in Canada was not successful. |
| 2/18/2013 | J. Hyland | 1.90 | Analyzed creditor recovery issues. |
| Subtotal | | 6.50 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/6/2013 | T. Morilla | 1.60 | Reviewed and analyzed the UK pension proofs of claim. |
| 2/6/2013 | C. Kearns | 2.00 | Reviewed (0.5) and discussed UK pension claim issues and litigation related needs with counsel and team. |
| 2/6/2013 | J. Hyland | 2.70 | Analyzed claims by estate. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/6/2013 | J. Hyland | 2.80 | Reviewed analysis re: claims of other estates. |
| 2/11/2013 | T. Morilla | 0.90 | Reviewed and analyzed current and historical bond prices. |
| 2/12/2013 | T. Morilla | 1.30 | Reviewed and analyzed certain employee claims issues. |
| 2/18/2013 | T. Morilla | 1.90 | Continued to review documents in preparation for potential expert discussion. |
| 2/26/2013 | J. Borow | 2.30 | Participated in meeting with professionals re: intercompany analysis and related claims. |
| 2/27/2013 | J. Borow | 2.10 | Reviewed claims and intercompany issues including issues pertaining to transfer pricing and purchase allocation. |
| Subtotal | | 17.60 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/22/2013 | J. Hyland | 2.40 | Reviewed intercompany balances and Restructuring Manager's report for APAC/CALA. |
| 2/28/2013 | J. Hyland | 1.40 | Reviewed Restructuring Manager's report. |
| Subtotal | | 3.80 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/22/2013 | J. Borow | 2.40 | Reviewed monitor's periodic report. |
| 2/26/2013 | J. Borow | 0.70 | Reviewed monitor's report. |
| Subtotal | | 3.10 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/8/2013 | J. Hyland | 2.10 | Reviewed cash forecasts. |
| 2/14/2013 | T. Morilla | 2.80 | Reviewed cash flash and forecasts. |
| 2/15/2013 | T. Morilla | 0.30 | Reviewed and analyzed the US cash flash. |
| 2/15/2013 | T. Morilla | 0.30 | Reviewed and analyzed the cash flash. |
| 2/15/2013 | T. Morilla | 0.80 | Reviewed and analyzed the Canadian and APAC cash forecasts. |
| 2/20/2013 | J. Hyland | 1.70 | Reviewed cash reporting from NNI. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 8.00 | |
| **33. Intellectual Property** | | | |
| 2/25/2013 | C. Kearns | 0.20 | Outlined IP related information for analysis re: possible allocation litigation. |
| 2/25/2013 | J. Hyland | 2.70 | Analyzed IP documentation. |
| 2/26/2013 | B. Frizzell | 0.50 | Reviewed IP related documents. |
| 2/26/2013 | M. Dansky | 2.00 | Reviewed IP related documents. |
| 2/27/2013 | M. Dansky | 2.00 | Reviewed IP related documents. |
| Subtotal | | 7.40 | |
| **Total Hours** | | **180.80** | |