**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 2/1/2013 through 2/28/2013**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Meals** | | | |
| 2/28/2013 | J. Borow | Lunch for C. Kearns and J. Borow for working lunch. | $60.95 |
| **Subtotal - Meals** | | | **$60.95** |
| **Telecom** | | | |
| 2/18/2013 | J. Hyland | Long distance telephone during Toronto trip. | $228.39 |
| **Subtotal - Telecom** | | | **$228.39** |
| **For the Period 2/1/2013 through 2/28/2013** | | | **$289.34** |