**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br>Nortel Networks Inc., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered<br>**Related D.I.: 9304** |
| OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS,<br>Plaintiffs,<br>v.<br>NORTEL NETWORKS INC., *et al.*,<br>Defendants. | Adv. Proc. No. 12-50995 (KG)<br>**Related D.I.: 15**<br><br>**Hearing Date: April 30, 2013 at 10:00 am (EST)** |

**NOTICE OF FILING OF REVISED ORDER (A) APPROVING THE SETTLEMENT AGREEMENT ON A FINAL BASIS, (B) CERTIFYING A CLASS FOR SETTLEMENT PURPOSES ONLY ON A FINAL BASIS, (C) AUTHORIZING THE DEBTORS TO TERMINATE THE LTD PLANS, AND (D) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that Nortel Networks Inc. ("NNI") and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), and the Official Committee of Long Term Disability Participants (the "LTD Committee"), have today filed the revised proposed **Order Granting Joint Motion for Entry of an Order Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (b), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**7023 to (A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief** (the "Revised Order") attached hereto as Exhibit A. A blackline version comparing the Revised Order to the proposed order originally filed with the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief* [D.I. 9304, Adv. Pro. D.I. 15] is attached hereto as Exhibit B.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 11, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

\- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

\- and -

ELLIOTT GREENLEAF

/s/ Rafael X. Zahralddin-Aravena

Rafael X. Zahralldin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Margaret S. Curran (PA No. 62136)
1105 N. Market Street, Ste 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenealf.com
Email: msc@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants and Proposed Class Counsel*