IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br>Nortel Networks Inc., *et al.*,[1]<br>          Debtors.<br>———————————————————————<br>OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS,<br>          Plaintiffs,<br>          v.<br>NORTEL NETWORKS INC., *et al.*,<br>          Defendants.<br>——————————————————————— | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>RE: D.I. 9304, 9403, 9427<br><br><br>Adv. Proc. No. 12-50995 (KG)<br><br>RE: D.I. 15, 20, 26 |

NOTICE OF EXTENSION OF TERMINATION
DATE UNDER THE LTD SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that on January 18, 2013, Nortel Networks Inc. ("NNI") and certain of its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") and the Official Committee of Long Term Disability Participants (the "LTD Committee") filed the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief* [D.I. 9304] (the "Joint Motion").

PLEASE TAKE FURTHER NOTICE that on February 11, 2013, the Debtors and the LTD Committee filed the *Notice of Filing of Revised Exhibits to Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief* [D.I. 9403], which, among other things, included the proposed settlement agreement between the Debtors, the LTD Committee and certain members of the LTD Committee in their capacity as such (as amended and restated as of February 11, 2013, the "LTD Settlement Agreement").

PLEASE TAKE NOTICE that on February 14, 2013, the Court entered the *Order (A) Preliminarily Approving the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certifying a Class for Settlement Purposes Only, (C) Approving the Notice Procedures, (D) Scheduling a Fairness Hearing and (E) Granting Related Relief* [D.I. 9427], which set April 19, 2013 at 4:00 p.m. (ET) as the deadline to object to the proposed LTD Settlement Agreement and April 30, 2013 at 10:00 a.m. (ET) as the fairness hearing date to consider the approval of the proposed LTD Settlement Agreement.

PLEASE TAKE FURTHER NOTICE that pursuant to section 6(b) of the LTD Settlement Agreement, the Debtors, the LTD Committee and certain members of the LTD Committee have agreed to extend the proposed termination date of the LTD Plans[2] from May 31, 2013 to June 30, 2013 (the "<u>Termination Date</u>").[3] The LTD Settlement Agreement remains subject to Court approval.

PLEASE TAKE FURTHER NOTICE that, subject to the Court's approval of the Joint Motion, the amount of the general non-priority, unsecured claim to be allowed in favor of the LTD Committee under the LTD Settlement Agreement (the "<u>LTD General Unsecured Claim</u>"), will be reduced in the amount of $680,000 in accordance with the terms of section 6(b) of the LTD Settlement Agreement, such that the allowed amount of the LTD General Unsecured Claim will be $25,960,000. The reduction of the allowed amount of the LTD General Unsecured Claim is expected to proportionally reduce the amount of distributions made by NNI on the LTD General Unsecured Claim under a plan of reorganization confirmed in its bankruptcy case or, in the event the LTD Committee sells the LTD General Unsecured Claim, the purchase price for the LTD General Unsecured Claim.

---

[2] For purposes of this notice, the "<u>LTD Plans</u>" include the Nortel Networks Inc. Long-Term Disability Plan, the Nortel Networks Short-Term Disability Plan, the Nortel Networks Inc. Medical Plan, the Nortel Networks Inc. Dental, Vision, and Hearing Care Plan, the Nortel Networks Inc. Life Insurance Plan, the Nortel Networks Inc. AD&D Insurance Plan, the Nortel Networks Inc. Health Care Reimbursement Account Plan, the Nortel Networks Business Travel Accident Insurance Plan, the Nortel Networks Inc. Dependent Day Care Reimbursement Account Plan, the Nortel Networks Inc. Long-Term Investment Plan, such plans, as well as predecessor plans and other formal or informal benefit plans, agreements, arrangements or programs (including plans, agreements, arrangements or programs that are funded through the purchase of insurance) or arrangements for disabled employees, their surviving spouses and eligible dependents, including for medical, surgical, or hospital care benefits, income continuation benefits or any other benefits in the event of sickness, accident, disability, or death (in each case as such plans have been amended or modified from time to time.

[3] Please note that the termination date of the Retiree Welfare Plans (as defined in the Joint Motion) has been extended from May 31, 2013 to June 30, 2013 in accordance with the settlement agreement between the Debtors and the Official Committee of Retired Employees, which was approved by the Court on April 2, 2013 [D.I. 9938].

| | |
|---|---|
| Dated: April 11, 2013<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and the Debtors in Possession*<br><br>-and-<br><br>ELLIOTT GREENLEAF<br><br>*/s/ Rafael X. Zahralddin-Aravena*<br>Rafael X. Zahralddin-Aravena (DE No. 4166)<br>Shelley A. Kinsella (DE No. 4023)<br>Margaret S. Curran (PA No. 62136)<br>1105 N. Market Street, Ste 1700<br>Wilmington, DE 19801<br>Telephone: (302) 384-9400<br>Facsimile: (302) 384-9399<br>Email: rxza@elliottgreenleaf.com<br>Email: sak@elliottgreenleaf.com<br>Email msc@elliottgreenleaf.com<br><br>*Counsel to the Official Committee of Long Term Disability Participants and Proposed Class Counsel* |