## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Hearing date: April 16, 2013 at 11:00 a.m. (ET) |
| | RE: 9224, 9591 |

### DECLARATION OF RICHARD K. MILIN

TO THE HONORABLE KEVIN GROSS,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

Richard K. Milin hereby declares as follows:

1. I am a member of the Bars of the State of New York and the Commonwealth of Massachusetts and Of Counsel to Togut, Segal & Segal LLP, counsel to the Official Committee of Retired Employees of Nortel Networks Inc., *et al.*, in this case. I respectfully submit this declaration based on personal knowledge and my review of the file in support of the Statement of the Official Committee of Retired Employees of Nortel Networks Inc., *et al.*, in Further Support of Disallowance of the Claim of John H. Yoakum for Compensation for Termination of Retiree Benefits.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2. I attach as Exhibit 1 a copy of a transcript of proceedings before this Court on April 2, 2013.

3. I attach as Exhibit 2 a copy of a Calltrax Form Report dated April 3, 2013 produced by the debtors in this case. The debtors have consented to submission of the Report to this Court.

4. I attach as Exhibit 3 a copy of a letter I sent to John Yoakum dated April 5, 2013 with a redacted exhibit.

5. I attach as Exhibit 4 a copy of a letter I sent to John Yoakum dated April 9, 2013.

6. I attach as Exhibit 5 a redacted copy of an Application for Nortel Networks, Inc. Post Retirement Health & Welfare Benefits provided to my firm by John Yoakum.

7. I attach as Exhibit 6 a copy of the Supplemental Declaration of John J. Ray III in Further Support of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees. [Docket No. 9926.]

8. I attach as Exhibit 7 a copy of a document sent to my firm by John Yoakum identified as Minutes Of Nortel U.S. GIS On Pension Matters.

9. I attach as Exhibit 8 a copy of a statement I received by email from John Yoakum on April 11, 2013. Mr. Yoakum asked me to place the document before the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed On:    April 11, 2013
                New York, New York

                                            /s/Richard Milin
                                            RICHARD MILIN