**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*                                            X | Chapter 11 |
| Nortel Networks Inc., *et al.*, [1] | Case No. 09-10138 (KG) |
|             Debtors. | Jointly Administered |
|  | **RE: D.I.: 10051, 10053** |
| ----------------------------------------------------------------- X |  |
| OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS, | Adv. Proc. No. 12-50995 (KG)                 **RE: D.I. 34, 35** |
|            Plaintiffs, |  |
|            v. |  |
| NORTEL NETWORKS INC., *et al.*, |  |
|            Defendants. |  |
| ----------------------------------------------------------------- X |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 11, 2013, copies of the documents listed below were served in the manner indicated upon the individuals identified on the attached service list.

- **Notice of Filing of Revised Order (A) Approving the Settlement Agreement on a Final Basis, (B) Certifying a Class for Settlement Purposes Only on a Final Basis, (C) Authorizing the Debtors to Terminate the LTD Plans, and (D) Granting Related Relief**

- **Notice of Extension of Termination Date Under the LTD Settlement Agreement**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (b), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: April 11, 2013
Wilmington, Delaware

    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    James L. Bromley (admitted pro hac vice)
    Lisa M. Schweitzer (admitted pro hac vice)
    One Liberty Plaza
    New York, NY 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    and

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*
    Derek C. Abbott (No. 3376)
    Ann C. Cordo (No. 4817)
    Tamara K. Minott (No. 5643)
    1201 North Market Street, 18th Floor
    Wilmington, DE 19899-1347
    Telephone: (302) 658-9200
    Facsimile: (302) 425-4663

    *Counsel for the Debtors and Debtors in Possession*

7131155.1

**Via Hand Delivery and Email**

Rafael Xavier Zahralddin-Aravena (rxza@elliottgreenleaf.com)
Elliott Greenleaf
1105 North Market Street
Suite 1700
P.O. Box 2327
Wilmington, DE 19801

**Via Hand Delivery**

Mark Kenney
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**Via Email**

Albert Togut (altogut@teamtogut.com)
Neil Berger (neilberger@teamtogut.com)
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

William F. Taylor, Jr. (wtaylor@mccarter.com)
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

Mark D. Collins Esq. (collins@rlf.com)
Christopher M. Samis Esq. (samis@rlf.com)
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

Fred S. Hodara Esq. (fhodara@akingump.com)
David H. Botter Esq.(dbotter@akingump.com)
Akin Gump
One Bryant Park
New York, NY  10036

Thomas R. Kreller (tkreller@milbank.com)
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Laura Davis Jones (ljones@pszyj.com)
Timothy P. Cairns (tcairns@pszyj.com)
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705