IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
In re                                       :   Chapter 11
                                            :
Nortel Networks Inc., *et al.*,[1]          :   Case No. 09-10138 (KG)
                                            :
    Debtors.                                :   Jointly Administered
---------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 16, 2013 AT 11:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**MATTER GOING FORWARD AS A STATUS CONFERENCE**

1. Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9224, Filed 12/31/12).

    Objection Deadline: March 12, 2013 at 4:00 p.m. (ET). Extended for Martin Mand and William Knapp to March 22, 2013 at 4:00 p.m. (ET).

    Remaining Response Received:

    (a) Notice of Objection to Partially Disallowing Claim No. 3732 in Relation to Agreement in Debtors' Process to Terminate Retiree Benefits Pursuant to U.S.C. § 1114 Filed by John H. Yoakum (D.I. 9562, Filed 3/1/13; Repeated at D.I. 9591, Filed 3/4/13).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Related Pleadings:

(a) Declaration of John J. Ray III in Support of Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9225, Filed 12/31/12);

(b) Order Granting Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving Form and Methods of Notice of Hearing to Consider Settlement Agreement with the Official Committee of Retired Employees (D.I. 9324, Entered 1/23/13);

(c) Notice of Settlement Agreement in Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114(D.I. 9327, Filed 1/23/13);

(d) Certificate of Publication (The Dallas Morning News) (D.I. 9471, Filed 2/21/13);

(e) Certificate of Publication (Houston Chronicle) (D.I. 9472, Filed 2/21/13);

(f) Certificate of Publication (Tampa Bay Times) (D.I. 9473, Filed 2/21/13);

(g) Certificate of Publication (The Globe and Mail) (D.I. 9475, Filed 2/21/13);

(h) Certificate of Publication (The Orlando Sentinel) (D.I. 9476, Filed 2/21/13);

(i) Certificate of Publication (USA Today) (D.I. 9477, Filed 2/21/13);

(j) Certificate of Publication (Miami Herald) (D.I. 9478, Filed 2/21/13);

(k) Certificate of Publication (San Jose Mercury News) (D.I. 9479, Filed 2/21/13);

(l) Certificate of Publication (The Wall Street Journal) (D.I. 9480, Filed 2/21/13);

(m) Certificate of Publication (Charlotte Observer) (D.I. 9481, Filed 2/21/13);

(n) Certificate of Publication (The News & Observer) (D.I. 9482, Filed 2/21/13);

(o) Certification of Karen M. Wagner with Respect to the Tabulation of Ballots Concerning Potential VEBA Sponsored Medical Insurance Plan (D.I. 9682, Filed 3/19/13);

(p) Statement of the Official Committee of Retired Employees of Nortel Networks Inc., *Et Al.*, (A) in Response to Objections to Settlement Motion and (B) in Further Support of Debtors' Settlement Agreement with Retiree Committee (D.I. 9867, Filed 3/28/13);

(q) Declaration of Mark M. Haupt, Sr. (D.I. 9868, Filed 3/28/13);

(r)      Debtors' Reply in Further Support of Their Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9870, Filed 3/28/13);

(s)      Declaration of John J. Ray III in Further Support of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9871, Filed 3/28/13);

(t)      Notice of Filing of Revised Order Granting Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9872, Filed 3/28/13);

(u)      Supplemental Declaration of John J. Ray III in Further Support of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9926, Filed 4/1/13);

(v)      Order Granting Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 364 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9938, Filed 4/2/13);

(w)      Notice of Extension of Termination Date Under the Retiree Settlement Agreement (D.I. 9962, Filed 4/5/13);

(x)      Statement of the Official Committee of Retired Employees of Nortel Networks Inc., *Et Al.*, in Further Support of Disallowance of the Claim of John H. Yoakum for Compensation for Termination of Retiree Welfare Benefits (D.I. 10052, Filed 4/11/13); and

(y)      Declaration of Richard K. Milin (D.I. 10054, Filed 4/11/13).

<u>Status</u>: A status conference on this matter with regards to the objection of John H. Yoakum is going forward.

Dated: April 12, 2013             CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                James L. Bromley (admitted *pro hac vice*)
                                       Lisa M. Schweitzer (admitted *pro hac vice*)
                                       One Liberty Plaza
                                       New York, New York 10006
                                       Telephone: (212) 225-2000
                                       Facsimile: (212) 225-3999

                                       - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7095596.2

4