## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Re: D.I. 10056** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 12, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On April 16, 2013 At 11:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified below and on the attached service list.

### Via Overnight Mail

John H. Yoakum
1704 Kilarney Dr
Cary, NC 27511

Dated: April 12, 2013          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                    James L. Bromley (admitted *pro hac vice*)
                                           Lisa M. Schweitzer (admitted *pro hac vice*)
                                           One Liberty Plaza
                                           New York, New York 10006
                                           Telephone:  (212) 225-2000
                                           Facsimile:  (212) 225-3999

                                           - and -

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.15