IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                           :
In re                                      :    Chapter 11
                                           :
NORTEL NETWORKS, INC., ET AL.,             :    Case No. 09-10138 (KG)
                                           :
                        Debtors.           :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Long Term Disability Participants, in the above-captioned cases:

On April 11, 2013, I caused to be served the following document via Overnight Delivery on those parties identified on **Exhibit A**:

- Motion of The Official Committee of Long Term Disability Participants For Approval Of Distribution And Related Relief  **[Docket No. 10049]**

Dated: April 11, 2013

_Karen M. Wagner_
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California    )
                       ) ss
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 11th day of April 2013, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

Exhibit A
Notice List - Overnight Delivery

| Name | Notice Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Akin Gump | Fred S. Hodara Esq | One Bryant Park | Brian C Jacobs D H Botter | New York | NY | 10036-0000 |
| Cleary Gottlieb Steen & Hamilton | James L. Bromley | One Liberty Plaza | | New York | NY | 10006-0000 |
| Cleary Gottlieb Steen & Hamilton | Lisa Schweitzer J Kim | One Liberty Plaza | M Fleming Delacruz R Ryan | New York | NY | 10006-0000 |
| McCarter and English LLP | William F Taylor Jr | 405 N King St 8th Fl | Renaissance Centre | Wilmington | DE | 19801 |
| Morris Nichols Arsht & Tunnell LLP | Derek C. Abbott | 1201 N Market St 18th Fl | Ann C Cordo | Wilmington | DE | 19899-1347 |
| Nortel Networks Inc | Attn Accounts Payable | PO Box 13010 | | Research Triangle Park | NC | 27709-0000 |
| Office of the U.S. Trustee | Thomas P Tinker | 844 King St | Ste 2207 Lockbox 35 | Wilmington | DE | 19801-3519 |
| Richards Layton & Finger | Mark D. Collins Esq | 920 N King St | C M Samis Esq | Wilmington | DE | 19801-0000 |
| Togut Segal and Segal LLP | Albert Togut Neil Berger | One Penn Plz | | New York | NY | 10119 |
| US Department Labor | Leonard H Gerson | PO Box 1914 | Solicitor Plan Benefits | Washington | DC | 20013-0000 |

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| Akin Gump | Fred S Hodara Esq | One Bryant Park | Ryan Jacobs Esq David Botter Esq | New York | NY | 10036 | |
| Alan Heinbaugh | | 19816 Colby Ct | | Saratoga | CA | 95070 | |
| Aldine Independent School District | Susan R Fuertes Esq | 14910 Aldine Westfield Rd | | Houston | TX | 77032 | |
| Allen and Overy LLP | Ken Coleman Esq | 1221 Ave of the Americas 20th Fl | Lisa JP Kraidin Esq | New York | NY | 10020 | |
| APC Workforce Solutions LLC | Doug Goin CFO | 420 S Orange Ave | 6th Fl | Orlando | FL | 32801 | |
| Arnall Golden Gregory LLP | Darryl S Laddin Esq | 171 17th St NW Ste 2100 | Frank N White Esq | Atlanta | GA | 30363-1031 | |
| Ashby and Geddes PA | Ricardo Palacio Esq | 500 Delaware Ave | | Wilmington | DE | 19801 | |
| Ashby and Geddes PA | William P Bowden Esq | 500 Delaware Ave | 8th Fl | Wilmington | DE | 19801 | |
| Baker Botts LLP | Judith W Ross | 2001 Ross Ave | | Dallas | TX | 75201 | |
| Ballard Spahr | Tobey M Daluz Esq | 919 Market St 11TH Fl | David T May Leslie Heilman | Wilmington | DE | 19801 | |
| Ballard Spahr Andrews and Ingersoll LLP | David L Pollack J Meyers | 1735 Market St | 51st Fl Mellon Bank Ctr | Philadelphia | PA | 19103 | |
| Barbara Carr | | 145 Grecian Pkwy | | Rochester | NY | 14626 | |
| Barbara Dunston | | 261 McNair Dr | | Henderson | NC | 27537 | |
| Barbara Gallagher | | 410 W Acres Rd | | Whitesboro | TX | 76273 | |
| Bartlett Hackett Feinberg PC | Frank F McGinn Esq | 155 Federal St | 9th Fl | Boston | MA | 02110 | |
| Bayard PA | Charlene Davis Esq | 222 Delaware Ave | D A Obrien Justin R Alberto | Wilmington | DE | 19801 | |
| Bernstein Shur Sawyer and Nelson | Robert J Keach Paul McDonald | 100 Middle St Box 9729 | Daniel J Murphy | Portland | ME | 04104-5029 | |
| Bertram Frederick Thomas Fletcher | | 35 Broomhill Ct | | Clayton | NC | 27527 | |
| Betty Lewis | | 1301 H Leon St | | Durham | NC | 27705 | |
| Bialson Bergen and Schwab | Lawrence M Schwab Esq | 2600 El Camino Real Ste 300 | Patrick M Costello T M Gaa | Palo Alto | CA | 94306 | |
| Blank Rome LLP | Bonnie Glantz Fatell | 1201 N Market St Ste 8000 | Victoria A Guilfoyle | Wilmington | DE | 19801 | |
| Blank Rome LLP | Michael D DeBaecke Esq | 1201 Market St | Ste 800 | Wilmington | DE | 19801 | |
| Bonnie J Boyer | | 305 W Juniper Ave | | Sterling | VA | 20164-3724 | |
| Boylan Brown | Devin Lawton Palmer | 145 Culver Rd | | Rochester | NY | 14620-1678 | |
| Bracewell and Guiliani LLP | Jennifer Feldsher | 1251 Ave of the Americas | | New York | NY | 10020 | |
| Brad Lee Henry | | 11596 W Sierra Dawn Blvd | Lot 386 | Surprise | AZ | 85378 | |
| Brenda L Rohrbaugh | | 2493 Alston Dr | | Marietta | GA | 30062 | |
| Brenda L Wread | | 3408A Water Vista Pkwy | | Lawrenceville | GA | 30044 | |
| Brown and Connery LLP | Donald K Ludman Esq | 6 N Broad St Ste 1000 | | Woodbury | NJ | 08096 | |
| Brown McCarroll LLP | Kell C Mercer | 111 Congress Ave Ste 1400 | Afton Sands Puryear | Austin | TX | 78701 | |
| Bruce Francis | | 5506 Lake Elton Rd | | Durham | NC | 27713 | |
| Bruce Turner | | 8 Sunset Dr | | Homer | NY | 13077 | |
| Bryan Cave LLP | Cullen K Kuhn Esq | 211 N Broadway | Ste 3600 | St Louis | MO | 63102 | |
| Bryan Cave LLP | Eric S Prezant Esq | 161 N Clark St | Ste 4300 | Chicago | IL | 60601 | |
| Bryan Cave LLP | Michelle McMahon Esq | 1290 Ave of the Americas | | New York | NY | 10104 | |
| Buchalter Nemer | Shawn M Christianson Esq | 55 Second St | 17th Fl | San Francisco | CA | 94105-3493 | |
| Buchanan Ingersoll and Rooney | Mary F Caloway Esq | 1105 N Market St Ste 1900 | PJ Duhig Esq | Wilmington | DE | 19801-1228 | |
| Carmel Turlington Totman | | 164 Berton St | | Boone | NC | 28607 | |
| Carol F Raymond | | 7962 SW 185 St | | Miami | FL | 33157-7487 | |
| Caroline Underwood | | 2101 Emerson Cook Rd | | Pittsboro | NC | 27312 | |
| Carter Ledyard and Milburn LLP | Susan P Johnston Esq | 2 Wall St | | New York | NY | 10005 | |
| Chad Soraino | | 8974 Hickory Ave | | Hesperia | CA | 92345 | |
| Chadbourne and Parke LLP | N Thodore Zink Jr Esq | 30 Rockefeller Plz | | New York | NY | 10112 | |
| Chae S Roob | | 8584 Chanhassen Hills Dr S | | Chanhassen | MN | 55317 | |
| Charles Sandner | | 1970 N Leslie 3779 | | Pahrump | NV | 89060 | |
| Ciardi Ciardi and Astin | Mark H Ralston | 2603 Oak Lawn Ave | Ste 200 | Dallas | TX | 75219 | |
| Ciardi Ciardi and Astin | Rick A Steinberg | 100 Church St | 8th Fl | New York | NY | 10007 | |
| Claudia Vidmer | | 213 Orchard Ln | | Glen Ellyn | IL | 60137 | |
| Cole Schotz Meisel Forman and Leonard | Norman L Pernick | 500 Delaware Ave Ste 1410 | Sanjay Bhatnagar | Wilmington | DE | 19801 | |
| Connolly Bove | Jeffrey Wisler Esq M J Phillips | 1007 N Orange St | The Nemours Building | Wilmington | DE | 19801 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 1 of 6

Exhibit A
2002 Service List - Overnight Delivery

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| Cowles and Thompson PC | Stephen C Stapleton | 901 Main St Ste 3900 | | Dallas | TX | 75202 | |
| Crickett Grissom | | 2580 W Porter Creek Ave | | Porterville | CA | 93257 | |
| Cross and Simon LLC | Christopher P Simon | 913 N Market St | 11th Fl | Wilmington | DE | 19801 | |
| Curtis Mallet Prevost Colt and Mosle LLP | Steven J Reisman Esq | 101 Park Ave | James V Drew Esq | New York | NY | 10178-0061 | |
| Cynthia Ann Schmidt | | PO Box 119 | | Oregon House | CA | 95962 | |
| Cynthia B Richardson | | 5717 Cypress Dr | | Rowlett | TX | 75089 | |
| Daniel D David | | 2105 Possum Trot Rd | | Wake Forest | NC | 27587 | |
| Danny Owenby | | 2136 Sapelo Ct | | Fernandina | FL | 32034 | |
| David Litz | | 316 N Manus Dr | | Dallas | TX | 75224 | |
| Davis and Kuelthau SC | Russell S Long | 111 E Kilbourn Ave Ste 1400 | | Milwaukee | WI | 53202-6613 | |
| Davis Wright Tremaine LLP | James C Waggoner Esq | 1300 SW 5th Ave | Ste 2300 | Portland | OR | 97201-5630 | |
| Deborah Faircloth | | 115 Winchester Ln | | Rocky Point | NC | 28457 | |
| Debra L Vega | | 818 Glenco Rd | | Durham | NC | 27703 | |
| DLA Piper LLP US | Richard M Kremen Esq | 6225 Smith Ave | Dale K Cathell Esq | Baltimore | MD | 21209 | |
| DLA Piper LLP US | Selinda A Melnik | 919 N Market St | 15th Fl | Wilmington | DE | 19801 | |
| Duane Morris LLP | Michael R Lastowski | 222 Delaware Ave Ste 1600 | | Wilmington | DE | 19801-1659 | |
| Edward G Guevarra Jr | | 11007 Scripps Ranch Blvd | | San Diego | CA | 92131 | |
| Edwards Angell Palmer and Dodge | Stuart M Brown | 919 N Market St Ste 1500 | | Wilmington | DE | 19801 | |
| Ellen Sue Brady | | 1630 Dry Fork Rd | | Ashland City | TN | 37015 | |
| EMC Corporation | Ronald Rowland Esq | 307 International Cir Ste 270 | c o Receivable Management Servs | Hunt Valley | MD | 21094 | |
| Emily D Cullen | | 100 Telmew Ct | | Cary | NC | 27518 | |
| Export Development Canada | Derek Austin | 151 OConnor St | | Ottawa | ON | K1A 1K3 | CANADA |
| Flextronics | Steve Jackman Esq VP | 847 Gibralter Dr | | Milpitas | CA | 95035 | |
| FPL Law Department | Rachel S Budke Esq | 700 Universe Blvd | | Juno Beach | FL | 33408 | |
| Fraser Milner Casgrain LLP | Michael J Wunder R S Kukulowicz | 77 King St W Ste 400 | Alex L MacFarlane | Toronto | ON | M5K 0A1 | CANADA |
| Freddie Wormsbaker | | 327 Locust St | | Twin Falls | ID | 83301 | |
| Freeborn and Peters LLP | Aaron L Hammer Esq | 311 S Wacker Dr Ste 3000 | Devon J Eggert Esq | Chicago | IL | 60606 | |
| Fulbright and Jaworski LLP | David A Rosenzweig Esq | 666 5th Ave | | New York | NY | 10103-3198 | |
| Gary W Garrett | | 4093 Hogan Dr Unit 4114 | | Tyler | TX | 75709 | |
| George I Hovater Jr | | 9009 Casals St | Unit 1 | Sacramento | CA | 95826 | |
| Gerald R Utpadel | | 4627 Greenmeadows Ave | | Torrance | CA | 90505 | |
| Gibbons PC | David N Crapo Esq | One Gateway Ctr | | Newark | NJ | 07102-5310 | |
| Gloria Benson | | 1824 Wilson Pike | | Brentwood | TN | 37027 | |
| Goodmans LLP | Chris Armstrong | Bay Adelaide Centre | 333 Bay St Ste 3400 | Toronto | ON | M5H 2S7 | CANADA |
| Gould and Ratner LLP | Christopher J Horvay Esq | 222 N Lasalle St | Ste 800 | Chicago | IL | 60601 | |
| Gowling Lafleur Henderson | Jennifer Stam Derrick Tay | 100 King St W Ste 1600 | 1 First Canadian Pl | Toronto | ON | M5X 1G5 | CANADA |
| Gussie Anderson | | 109 Gumpond Beall Rd | | Lumberton | MS | 39455 | |
| Hahn Loeser and Parks LLP | Alan S Kopit Esq | 200 Public Square Ste 2800 | Christopher W Peer Esq | Cleveland | OH | 44114 | |
| Herbert Preston Stansbury | | 3193 US Hwy 15 | | Stern | NC | 27581 | |
| Herbert Smith | Stephen Gale | Exchange House | Primrose St | London | UK | EC2A 2HS | UNITED KINGDOM |
| Hinckley Allen and Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | |
| Hitachi Lt Telecommunicatons | Minoru Inayoshi Gen Mgr of M and A | 216 Totsuka cho Totsuka ku | and Network Systems Div | Yokohama shi | | 244-8567 | JAPAN |
| HP Company | Ramona Neal Esq | 11307 Chinden Blvd | MS 314 | Boise | ID | 83714 | |
| Hughes Hubbard | Michael Luskin | One Battery Park Plz | Derek JT Adler | New York | NY | 10004 | |
| Hunton and Williams | Lynnette R Warman | 1445 Ross Ave | Ste 3700 | Dallas | TX | 75202-2799 | |
| IBM Corp Legal Dept | R S Stahel | 1503 LBJ Fwy | 3rd Fl | Dallas | TX | 75234 | |
| IBM Corporation IBM Credit LLC | Bankruptcy Coordinator | 275 Viger E 4th Fl | | Montreal | QC | H3G 2W6 | CANADA |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| J Scott Douglass Esq | | 909 Fannin Ste 1800 | | Houston | TX | 77010 | |
| James Craig | | 42 E Cavalier Rd | | Scottsville | NY | 14546 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| James Hunt | | 8903 Handel Loop | | Land O Lakes | FL | 34637 | |
| James Lee | | 1310 Richmond St | | El Cerrito | CA | 94530 | |
| Jane Neumann | | 11730 Co Rd 24 | | Watertown | MN | 55388 | |
| Janet Bass | | 1228 Moultrie Ct | | Raleigh | NC | 27615 | |
| Janetta Hames | | 649 Fossil Wood Dr | | Saginaw | TX | 76179 | |
| Janette M Head | | 16 Gleneagle Dr | | Bedford | NH | 03110 | |
| JD Thompson Law | Judy D Thompson | PO Box 33127 | | Charlotte | NC | 28233 | |
| Jeffrey Borron | | 13851 Tanglewood | | Farmers Branch | TX | 75234 | |
| Jerry Wadlow | | PO Box 79 | | Wewoka | OK | 74884 | |
| John J Rossi | | 1568 Woodcrest Dr | | Wooster | OH | 44691 | |
| John Mercer | | 121 Monastery Rd | | Pine City | NY | 14871 | |
| John S Elliott | | 6 Grouse Ln | | Merrimack | NH | 03054-2876 | |
| Kathleen A Reese | | 200 Carnegie Dr | | Milpitas | CA | 95035 | |
| Katten Muchin Rosenman LLP | Dustin P Branch Esq | 2029 Century Park E | Ste 2600 | Los Angeles | CA | 90067-3012 | |
| Katten Muchin Rosenman LLP | Kenneth E Noble Esq | 575 Madison Ave | | New York | NY | 10022-2585 | |
| Kaushik Patel | | 5665 Arapaho Rd No 1023 | | Dallas | TX | 75248 | |
| Kelley Drye and Warren LLP | Kristin S Elliott | 101 Park Ave | | New York | NY | 10178 | |
| Kerry Wayne Logan | | 1207 High Hammock No 102 | | Tampa | FL | 33619-7609 | |
| Kim M Yates | | 207 Tomato Hill Rd | | Leesburg | FL | 34748 | |
| Klehr Harrison | Domenic Pacitti Esq | 919 Market St Ste 1000 | | Wilmington | DE | 19801 | |
| Klehr Harrison | Fred S Kurtzman Esq | 1835 Market St Ste 1400 | | Philadelphia | PA | 19103 | |
| Kramer Levin Naftalis Frankel LLP | Ernest S Wechsler | 1177 Ave of the Americas | | New York | NY | 10036 | |
| LA County Treasurer and Tax Collector | | PO Box 54110 | | Los Angeles | CA | 90054-0110 | |
| Landis Rath and Cobb LLP | Adam G Landis Esq | 919 Market St Ste 1800 | Kerri Mumford J Landon Ellis | Wilmington | DE | 19801 | |
| Latham and Watkins LLP | David S Allinson | 885 Third Ave Ste 1000 | T Malone A Croswell | New York | NY | 10022-4068 | |
| Latham and Watkins LLP | Robert J Rosenberg | 885 Third Ave Ste 1000 | M J Riela Z N Goldstein | New York | NY | 10022-4068 | |
| Lathrop and Gage LLP | Stephen K Dexter Esq | 950 Seventeenth St | US Bank Tower Ste 2400 | Denver | CO | 80202 | |
| Laura L McCloud Esq | Assistant Attorney General | PO Box 20207 | | Nashville | TN | 37202 | |
| Laurie Adams | | 217 Ridge Creek Dr | | Morrisville | NC | 27560 | |
| Leah McCaffrey | | 7139 Debbe Dr | | Dallas | TX | 75252 | |
| Leona Purdum | | 2532 N 4th St 254 | | Flagstaff | AZ | 86004 | |
| Lewis and Roca LLP | Scott K Brown Esq | 40 N Central Ave Ste 1900 | | Phoenix | AZ | 85004 | |
| Linebarger Goggan Blair and Sampson LLP | David G Aelvoet Esq | 711 Navarro | Travis Bldg Ste 300 | San Antonio | TX | 78205 | |
| Linebarger Goggan Blair and Sampson LLP | Elizabeth Weller Esq | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | |
| Linebarger Goggan Blair and Sampson LLP | John P Dillman Esq | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Lois Diane Uphold | | 201 Camden Park Dr | | Goldsboro | NC | 27530 | |
| Lottie Edith Chambers | | 2716 Dalford Ct | | Raleigh | NC | 27604 | |
| Lowenstein Sandler PC | Michael S Etkin | 65 Livingston Ave | Ira M Levee | Roseland | NJ | 07068 | |
| Lowenstein Sandler PC | Vincent A DAgostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 | |
| Lynette Kay Seymour | | 16711 Rivendell Ln | | Austin | TX | 78737 | |
| Magnozzi and Kye LLP | Amish R Doshi | 23 Green St | Ste 302 | Huntington | NY | 11743 | |
| Malek Schiffrin LLP | Javier Schiffrin | 340 Madison Ave 19th Fl | Kevin Malek | New York | NY | 10173-1922 | |
| Manuel Segura | | 215 Sheridan Apt B 43 | | Perth Amboy | NJ | 08861 | |
| Marilyn Day | | 2020 Fox Glen Dr | | Allen | TX | 75013 | |
| Marilyn Green | | 1106 Boston Hollow Rd | | Ashland City | TN | 37015 | |
| Mark A Phillips | | 6117 Trevor Simpson Dr | | Lake Park | NC | 28079 | |
| Mark R Janis | | 193 Via Soderini | | Aptos | CA | 95003 | |
| Max Taylor Asst City Atty | Municipal Operations | 201 W Colfax Ave | Dept 1207 | Denver | CO | 80202-5332 | |
| Mayer Brown LLP | Brian Trust | 1675 Broadway | T M Vitale A K Trehan | New York | NY | 10019 | |
| Mayer Brown LLP | Craig Reimer | 71 S Wacker Dr | | Chicago | IL | 60604-1404 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 3 of 6

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| McGuireWoods LLP | David I Swan Esq | 1750 Tysons Blvd Ste 1800 | Kenneth M Misken Esq | McLean | VA | 22102-4215 | |
| McGuireWoods LLP | James E Van Horn | 7 Saint Paul St Ste 1000 | | Baltimore | MD | 21202-1671 | |
| MD Department of Labor Licensing and Reg | Off of Unemplmt Ins Contrib Div | Litigation Prosecution Unit | 1100 N Eutaw St Rm 401 | Baltimore | MD | 21201 | |
| Meyers Law Group PC | Merle C Meyers Esq | 44 Montgomery St Ste 1010 | Michele Thompson Esq | San Francisco | CA | 94104 | |
| Michael D Rexroad | | 5244 Linwick Dr | | Fuquay Varina | NC | 27526 | |
| Michael McWalters | | PO Box 338 | | Alviso | CA | 95002-0338 | |
| Michael P Alms | | 4944 Elm Island Cir | | Waterford | WI | 53185 | |
| Michael R Thompson | | 564 Old Candia Rd | | Candia | NH | 03034 | |
| Michael Stutts | | 1616 Hastings Bluff | | McKinney | TX | 75070 | |
| Milbank Tweed Hadley and McCloy LLP | Dennis Dunne Esq | One Chase Manhattan Plz | | New York | NY | 10005-1413 | |
| Milbank Tweed Hadley and McCloy LLP | Dennis F Dunne Thomas Kreller | One Chase Manhattan Plz | Andrew M Leblanc Albert Pisa | New York | NY | 10005 | |
| Milbank Tweed Hadley and McCloy LLP | Thomas R Kreller | 601 S Figueroa St | Ste 3000 | Los Angeles | CA | 90017 | |
| Miriam L Stewart | | 2615 Baileys Crossroads Rd | | Benson | NC | 27504 | |
| Miss Deborah MM Jones | | PO Box 458 | | Willow Spring | NC | 27592 | |
| Missouri Dept of Revenue | Sheryl L Moreau Esq | Bankruptcy Division | PO Box 475 | Jefferson City | MO | 65105-0475 | |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | |
| Monzack Mersky McLaughlin Browder | Rachel B Mersky Esq | 1201 N Orange St | Ste 400 | Wilmington | DE | 19801 | |
| Morris James LLP | Brett D Fallon Esq | 500 Delaware Ave Ste 1500 | | Wilmington | DE | 19801 | |
| Morris James LLP | Carl N Kunz Esq | 500 Delaware Ave Ste 1500 | Michael J Custer Esq | Wilmington | DE | 19801 | |
| Morris James LLP | Stephen M Miller | 500 Delaware Ave Ste 1500 | Courtney R Hamilton | Wilmington | DE | 19801 | |
| Najam ud Dean | | 6 Augusta Dr | | Milbury | MA | 01527 | |
| Nancy Ann Wilson | | 7101 Chase Oaks Blvd | Apt 1637 | Plano | TX | 75025 | |
| Nanette Faison | | 981 Kittrell Rd | | Kitrell | NC | 27544 | |
| Nixon Peabody LLP | Louis J Cisz III | One Embarcadero Ctr | 18th Fl | San Francisco | CA | 94111-3600 | |
| Norton Rose | Tony Reyes | 200 Bay St Ste 3800 | Royal Bank Plz S Tower | Toronto | ON | M5J 2Z4 | CANADA |
| Nossaman LLP | Robert S McWhorter Esq | 915 L St Ste 1000 | | Sacramento | CA | 95814 | |
| Office of the US Trustee | Mark Kenney Esq | 844 King St | Ste 2207 Lockbox 35 | Wilmington | DE | 19801-3519 | |
| Olive Jane Stepp | | 470 Fairview Rd | | Asheville | NC | 28803 | |
| Orrick Herrington and Sutcliffe LLP | Raniero DAversa Jr Esq | 51 W 52nd St | Laura D Metzger Esq | New York | NY | 10019-6142 | |
| PA Senior Deputy Atty Gen | Carol E Momjian Esq | 21 S 12th St | 3rd Fl | Philadelphia | PA | 19107-3603 | |
| Pachulski Stang | Laura Davis Jones | 919 N Market St 17th Fl | Timothy P Cairns | Wilmington | DE | 19899-8705 | |
| Pamela J Powell | | 676 Brookview Dr | | Chapel Hill | NC | 27514 | |
| Partridge Snow and Hahn LLP | Patricia Antonelli | 180 S Main St | Lauren F Verni | Providence | RI | 02903 | |
| Patterson Belknap Webb and Tyler | Daniel A Lowenthal | 1133 Ave of the Americas | Brian P Guiney | New York | NY | 10036-6710 | |
| Patterson Harkavy | Ann Groninger Esq | 225 E Worthington Ave | Ste 200 | Charlotte | NC | 28203 | |
| Paul Douglas Wolfe | | 113 Red Drum Ln | | Gloucester | NC | 28528 | |
| Paul Edward Morrison | | 2241 College Ave | | Quincy | IL | 62301 | |
| Paul Hastings Janofsky and Walker LLP | Robert Winter | 875 15th St NW | | Washington | DC | 20005 | |
| Paul Weiss Rifkind Wharton and Garrison | Stephen J Shimshak | 1285 Ave of the Americas | Marilyn Sobel | New York | NY | 10019-6064 | |
| Pension Benefit Guaranty Corp | Vicente Matias Murrell Esq | 1200 K St NW | Stephen D Schreiber Esq | Washington | DC | 20005-4026 | |
| Pepper Hamilton LLP | David B Stratton Esq | 1313 Market St Ste 5100 | L M Raport E J Meltzer | Wilmington | DE | 19801 | |
| Pepper Hamilton LLP | Henry Jaffe Esq | 1313 Market St | Ste 5100 | Wilmington | DE | 19801 | |
| Perdue Brandon Fielder Collins Mott LLP | Elizabeth Banda Esq | 4025 Woodland Park Blvd | Ste 300 | Arlington | TX | 76013 | |
| Pinckney Harris and Weidinger LLC | Donna L Harris | 1220 N Market St Ste 950 | Kevin M Capuzzi | Wilmington | DE | 19801 | |
| Polsinelli Shughart PC | Christopher A Ward Esq | 222 Delaware Ave Ste 1101 | Justin K Edelson Esq | Wilmington | DE | 19801 | |
| Post and Schell PC | Brian W Bisignani Esq | 17 N 2nd St | 12th Fl | Harrisburg | PA | 17101-1601 | |
| Poyner Spruill LLP | Shannon E Hoff | 301 S College St Ste 2300 | | Charlotte | NC | 28202 | |
| Prickett Jones and Elliott PA | Bruce E Jameson | 1310 King St | Box 1328 | Wilmington | DE | 19899 | |
| Pryor Cashman LLP | Ronald S Beacher Esq | 7 Times Square | | New York | NY | 10036 | |
| Rahul Kumar | | C 701 Neelachal Apt Plot No 3 | Sector 4 Dwarka | New Delhi 110078 | | | INDIA |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 4 of 6

Exhibit A
2002 Service List - Overnight Delivery

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| Ralph MacIver | | 116 Honeycomb Ln | | Morrisville | NC | 27560 | |
| Ray Quinney and Nebeker PC | Stephen C Tingey Esq | 36 S State St Ste 1400 | | Salt Lake City | UT | 84145-0385 | |
| Raymond Turner | | 1813 Eric Dr | | Graham | NC | 27253 | |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 N Market St Ste 1500 | J Cory Falgowski Esq | Wilmington | DE | 19801 | |
| Reid T Mullett | | 4224 Thamesgate Close | | Norcross | GA | 30092 | |
| Remajos Brown | | 2353 Sword Dr | | Garland | TX | 75044-6036 | |
| Richard Hodges | | 913 Windemere Ln | | Wake Forest | NC | 27587 | |
| Richard Lynn Engleman | | 1505 Nevada Dr | | Plano | TX | 75093 | |
| Richards Layton and Finger | Mark D Collins C M Samis Esq | 920 N King St | One Rodney Square | Wilmington | DE | 19801 | |
| Riddell Williams PS | Joseph E Shickich Jr Esq | 1001 4th Ave | Ste 4500 | Seattle | WA | 98154-1192 | |
| Robbins Geller Rudman and Dowd LLP | Samuel H Rudman | 58 S Service Rd Ste 200 | David A Rosenfeld | Melville | NY | 11747 | |
| Robert Dale Dover | | 2509 Quail Ridge Rd | | Melissa | TX | 75454 | |
| Robert Joseph Martel | | 200 Lighthouse Ln Apt B3 | | Cedar Point | NC | 28584 | |
| Robinson Bradshaw and Hinson PA | David M Schilli Esq | 101 N Tryon St Ste 1900 | Ty E Shaffer Esq | Charlotte | NC | 28246 | |
| Roger G Carlsen | | 390 E Paseo Celestial | | Sahuarita | AZ | 85629 | |
| Ronald J Rose Jr | | 26 Pheasant Run | | Ballston Spa | NY | 12020 | |
| Ropes and Gray LLP | James M Wilton Patricia Chen | 800 Boylston St | Prudential Tower | Boston | MA | 02199-3600 | |
| Ropes and Gray LLP | Mark I Bane | 1211 Ave of the Americas | Anne H Pak | New York | NY | 10036-8704 | |
| Sandra Aiken | | 3166 Tump Wilkins Rd | | Stern | NC | 27581 | |
| Saul Ewing LLP | Joyce A Kuhns | 500 E Pratt St | 8th Fl | Baltimore | MD | 21202 | |
| Scott David Howard | | 2050 Cabiao Rd | | Placerville | CA | 95667 | |
| Scott Gennett | | 16 Wildwood St | | Lake Grove | NY | 11755 | |
| SEC NY Regional Office | Alistar Bambach | 3 World Financial Ctr Ste 400 | Bankruptcy Division | New York | NY | 10281-1022 | |
| SEC NY Regional Office | Attn Nathan Fuchs | 233 Broadway | | New York | NY | 10279 | |
| Secretary of State | Div of Corporations  Franchise Tax | John G Townsend Bldg | 401 Federal St Ste 4 | Dover | DE | 19901 | |
| Secretary of Treasury | | 401 Federal St Ste 4 | John G Townsend Bldg | Dover | DE | 19901 | |
| Securities and Exchange Commission | | 100 F St NE | | Washington | DC | 20549 | |
| Sheppard Mullin Richter and Hampton LLP | Carren B Shulman Esq | 30 Rockefeller Plz 24th Fl | Kimberly K Smith Esq | New York | NY | 10112 | |
| Shirley Maddry | | 2519 Riddle Rd | | Durham | NC | 27703 | |
| Sirlin Gallogly and Lesser | Dana S Plon Esq | 123 S Broad St | Ste 2100 | Philadelphia | PA | 19109 | |
| Skadden Arps Slate Meagher and Flom LLP | Sarah E Pierce | One Rodney Square | PO Box 636 | Wilmington | DE | 19899-0636 | |
| Smith Anderson Blount Dorsett | Amos U Priester IV Esq | PO Box 2611 | Anna B Osterhout Esq | Raleigh | NC | 27602-2611 | |
| Smith Katzenstein and Jenkins LLP | Kathleen M Miller Esq | 800 Delaware Ave | 10th Fl | Wilmington | DE | 19801 | |
| State of MI Dept of Treasury | Deborah B Waldmeir Esq | Cadillac Pl Ste 10 200 | 3030 W Grand Blvd | Detroit | MI | 48202 | |
| Stempel Bennett Claman and Hochberg PC | Edmond P OBrien Esq | 675 Third Ave | 31st Fl | New York | NY | 10017 | |
| Steven E Bennett | | 37052 Chestnut St | | Newark | CA | 94560 | |
| Stevens and Lee PC | Maria Aprile Sawczuk Esq | 1105 N Market St | 7th Fl | Wilmington | DE | 19801 | |
| Sullivan Hazeltine Allinson LLC | William D Sullivan Esq | 4 E 8th St | Ste 400 | Wilmington | DE | 19801 | |
| Sumitomo Electric | Chris Finch Credit Manager | 78 Alexander Dr | PO Box 13445 | Triangle Park | NC | 27709 | |
| Susan Ann Heisler | | 133 Anna Rd Box 194 | | Blakelee | PA | 18610 | |
| Swartz Campbell LLC | Nicholas Skiles Esq | 300 Delaware Ave Ste 1410 | | Wilmington | DE | 19801 | |
| Tax Authority Consulting Services PC | Mark K Ames | PO Box 1770 | | Midlothian | VA | 23113 | |
| Terry D Massengill | | 126 Keri Dr | | Garner | NC | 27529 | |
| The InTech Group Inc | Ernie Holling President | 305 Exton Commons | | Exton | PA | 19341 | |
| The Interpublic Group of Companies | Nicholas Vianna | 1114 Ave of the Americas | 19th Fl | New York | NY | 10036 | |
| Thelma Watson | | PO Box 971 | | Bath | SC | 29816 | |
| Tishler and Walk Ltd | Jeffrey B Rose | 200 S Wacker Dr | Ste 3000 | Chicago | IL | 60606 | |
| Travelers | Attn Chantel Pinnock | 1 Tower Square | 5MN | Hartford | CT | 06183-4044 | |
| TW Telecom Inc | Linda Boyle | 10475 Park Meadows Dr | Ste 400 | Littleton | CO | 80124 | |
| UC Tax Agent Bankr Rep | Denise A Mertz PA Dept Labor Industry | 625 Cherry St Rm 203 | Reading Bankr and Complaince Unit | Reading | PA | 19602-1184 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Exhibit A
2002 Service List - Overnight Delivery

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| Unisys Corporation | Janet Fitzpatrick | PO Box 500 | M S E8 108 | Blue Bell | PA | 19424 | |
| Universal Service Administrative Co | David Capozzi Acting AG | 2000 L St NW Ste 200 | | Washington | DC | 20036 | |
| US Attorneys Office | District of Delaware | 1007 N Orange St | | Wilmington | DE | 19801 | |
| US Dept of Justice Civil Div | Seth B Shapiro Esq | PO Box 875 | Ben Franklin Station | Washington | DC | 20044 | |
| US Dept of Justice Tax Div | Jan M Geht Esq | PO Box 227 | | Washington | DC | 20044 | |
| Vedder Price PC | Douglas J Lipke | 222 N LaSalle St Ste 2600 | Robert F Simon | Chicago | IL | 60601 | |
| Vedder Price PC | Michael L Schein Esq | 1633 Broadway | 47th Fl | New York | NY | 10019 | |
| Vernon M Long | | 4929 Kelso Ln | | Garland | TX | 75043 | |
| Victoria Anstead | | 3894 Ridge Lea Rd A | | Amherst | NY | 14228 | |
| VonBriesen and Roper SC | Randall D Crocker Esq | 411 E Wisconsin Ave | Ste 700 | Milwaukee | WI | 53202 | |
| Vorys Sater Seymour and Pease | Tiffany Strelow Cobb | 55 E Gay St | | Columbus | OH | 43215 | |
| Wachtell Lipton Rosen and Katz | Philip Mindlin Douglas Mayer | 51 W 52nd St | Gregory E Pessin Bejamin Roth | New York | NY | 10019 | |
| Wanda Jacobs | | 801 Dupree St | | Durham | NC | 27701 | |
| Wayne J Schmidt | | 5346 S Mohave Sage Dr | | Gold Canyon | AZ | 85118 | |
| Wendy Boswell Mann | | 2114 Claret Ln | | Morrisville | NJ | 27560 | |
| Wendy Boswell Mann | | 4913 Summit Pl Dr NW | Apt 404 | Wilson | NC | 27896 | |
| Werb and Sullivan | Duane D Werb Esq | 300 Delaware Ave 13th Fl | | Wilmington | DE | 19801 | |
| Wildman Harrold Allen and Dixon LLP | Mary E Olson | 225 W Wacker Dr | Ste 3000 | Chicago | IL | 60606 | |
| William A Reed | | 7810 Heaton Dr | | Theodore | AL | 36582-2362 | |
| William E Johnson | | 2865 Horsemans Ridge Dr | | Clayton | NC | 27520 | |
| Willkie Farr and Gallagher LLP | Jeremy E Crystal Esq | 787 7th Ave | | New York | NY | 10019 | |
| Willkie Farr and Gallagher LLP | Marc Abrams B E Oconnor | 787 7th Ave | Sameer Advani | New York | NY | 10019-6099 | |
| Wilson Elser Moskowitz Edelman Dicker | Mark G Ledwin Esq | 3 Gannett Dr | | White Plains | NY | 10604 | |
| Wolff and Samson PC | Robert E Nies Esq | One Boland Dr | The Offices at Crystal Lake | West Orange | NJ | 07052 | |
| Womble Carlyle Sandridge and Rice PLLC | Steven K Kortanek | 222 Delaware Ave Ste 1501 | Matthew P Ward | Wilmington | DE | 19801 | |
| Young Conaway | James L Patton | 1000 W King St | Edwin J Harron | Wilmington | DE | 19801 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 6 of 6