IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 9707, 9798-9812, 9817, 9820-9827 & 9847-9849 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 10, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
12th day of April, 2013

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9707, 9798-9812, 9817, 9820-9827 & 9847-9849_4-10-13.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BOGEN, DONALD EUGENE
         2719 JENNIE WELLS DR
         MANSFIELD, TX 76063-7670

Please note that your claim # 7610 in the above referenced case and in the amount of
    $10,847.98 allowed at $15,252.73  has been transferred **(unless previously expunged by court order)** to:

         SOLUS RECOVERY FUND LP
         TRANSFEROR: BOGEN, DONALD EUGENE
         ATTN: JON ZINMAN
         410 PARK AVENUE, 11TH FLOOR
         NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 7610    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/10/2013                         David D. Bird, Clerk of Court

                                         /s/ Tim Conklin
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 10, 2013.

**EXHIBIT B**

```
TIME: 12:30:37                                         NORTEL NETWORKS INC.
DATE: 04/10/13                                           CREDITOR LISTING                                        PAGE:      1

Name                          Address
BOGEN, DONALD EUGENE          2719 JENNIE WELLS DR MANSFIELD TX 76063-7670
CHERUPALLA, SHYAM             293 DREWVILLE ROAD CARMEL NY 10512
COLSON, DAMON                 313 ROY ROGERS LANE MURHPY TX 75094
DONDERO, A. MICHAEL           213 WASHINGTON ST. LEOMINSTER MA 01453
HANSEN, MARK J.               1400 OUSLEY DRIVE GILROY CA 95020-3727
HINGORANI, MANOJ              53, SAI SHAKTI APARTMENTS OFF YARI ROAD, VERSOVA MUMBAI  400061 INDIA
JACKSON, JONATHAN S.          822 2ND ST NW HICKORY NC 28601
KUO, CATHY                    1509 ANGLEBLUFF LANE PLANO TX 75093
LAM-CALDERON, NANCY           3258 GARDENDALE DR. SAN JOSE CA 95118
LEE, GREG                     2221 ALL SAINTS LANE PLANO TX 75025
LITWINS, ROBERT               2413 CAMDEN COURT PLANO TX 75075
MCADOO, JOHN G, II            506 DEPOT ST WHITESBORO TX 76273
MCCARTY, MONTY                43 N ASHLYN DR CLAYTON NC 27527
MULANGU, FABRICE              3708 WILLOW CREEK TRL MCKINNEY TX 75071-2672
MULANGU, FABRICE              FABRICE MULANGU 3708 WILLOW CREEK TRL MCKINNEY TX 750712672
MUNIZ, RUEBEN                 5200 N MEADOW RIDGE CIRCLE MCKINNEY TX 75070
ORTT, ROBERT                  3826  121ST AVE N.W. COON RAPIDS MN 55433
PETRYK, DIANA                 8973 VANNS TAVERN RD GAINESVILLE GA 30506
PHAM, KEVIN DUNG              1210 AVONDALE DR. MURPHY TX 75094
SARTORI, THOMAS JR.           THOMAS SARTORI JR 119 GOLDENTHAL CT CARY NC 27519
SCHOOLEY, RUSSELL             RUSSELL SCHOOLEY 1603 CLEARMEADOW DRIVE ALLEN TX 75002
SIEMENS, WAYNE                941 LAUREN LANE MURPHY TX 75094
SOLUS RECOVERY FUND LP        TRANSFEROR: BOGEN, DONALD EUGENE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: CHERUPALLA, SHYAM ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: COLSON, DAMON ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: DONDERO, A. MICHAEL ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: HANSEN, MARK J. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: HINGORANI, MANOJ ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: JACKSON, JONATHAN S. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: KUO, CATHY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: LAM-CALDERON, NANCY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: LEE, GREG ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: LITWINS, ROBERT ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: MCADOO, JOHN G, II ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: MCCARTY, MONTY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: MULANGU, FABRICE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: MUNIZ, RUEBEN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: ORTT, ROBERT ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: PETRYK, DIANA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: PHAM, KEVIN DUNG ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: SARTORI, THOMAS JR. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: SCHOOLEY, RUSSELL ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: SIEMENS, WAYNE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: WALKER, D CARLISLE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: WALKER, JAMIE L. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: WEEKS, THOMAS B. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: WELLER, BURTON ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: WININGER, STEVEN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: WINTERBERG, NICHOLAS F. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP        TRANSFEROR: XU, YUE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
WALKER, D CARLISLE            D CARLISLE WALKER 5150 NUNNALLY TRAIL GAINESVILLE GA 30506
WALKER, JAMIE L.              1542 MARLY DRIVE DURHAM NC 27703
WEEKS, THOMAS B.              1566 POPE RD. PO BOX 587 CREEDMOOR NC 27522
WELLER, BURTON                2264 REMINGTON CT MARIETTA GA 30066-2151
WININGER, STEVEN              306 440 S EL CIELO RD STE 3 PALM SPRINGS CA 92262-7936
WINTERBERG, NICHOLAS F.       P.O. BOX 3021 JOHNSON CITY TN 37602
```

TIME: 12:30:37
DATE: 04/10/13

Case 09-10138-MFW    Doc 10061    Filed 04/12/13    Page 6 of 7

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    2

| Name | Address |
|---|---|
| XU, YUE | 47 ABBEY RD. EULESS TX 76039 |

Total Number of Records Printed    57

EPIQ BANKRUPTCY SOLUTIONS, LLC

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006