IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 9813-9816, 9818 & 9819 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 9, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
11th day of April, 2013

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9813-9816, 9818 & 9819_4-9-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>               Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CURTIS, DENNIS                         CURTIS, DENNIS
     13501 E 92ND ST. N                     DENNIS CURTIS
     OWASSO, OK 74055                       13501 E 92ND ST N
                                            OWASSO OK 74055
```

Please note that your claim # 4090 in the above referenced case and in the amount of
    $39,946.44 allowed at $41,639.12 has been transferred **(unless previously expunged by court order)** to:

```
SOLUS RECOVERY FUND LP
TRANSFEROR: CURTIS, DENNIS
ATTN: JON ZINMAN
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9813 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/09/2013                          David D. Bird, Clerk of Court

                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 9, 2013.

**EXHIBIT B**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

```
TIME: 13:42:33                                               NORTEL NETWORKS INC.                                                PAGE:    1
DATE: 04/09/13                                                 CREDITOR LISTING

Name                            Address
CULOTTI, PETER L.               44225 BRISTOW CIRCLE ASHBURN VA 20147
CURTIS, DENNIS                  DENNIS CURTIS 13501 E 92ND ST N OWASSO OK 74055
CURTIS, DENNIS                  13501 E 92ND ST. N OWASSO OK 74055
DABRAL, AJAY                    2600 PRESTON RD APT 402 PLANO TX 75093-3502
MUNIZ, RUEBEN                   5200 N MEADOW RIDGE CIRCLE MCKINNEY TX 75070
O'LEARY, BRENT                  4054 HANNA WAY ROYSE CITY TX 75189
RUFF, GEOFFREY E                1029 RED BRICK ROAD GARNER NC 27529
SOLUS RECOVERY FUND LP          TRANSFEROR: CULOTTI, PETER L. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: CURTIS, DENNIS ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: DABRAL, AJAY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: MUNIZ, RUEBEN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: O'LEARY, BRENT ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: RUFF, GEOFFREY E ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: WOLFENBARGER, WILLIAM ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
WOLFENBARGER, WILLIAM           1253 NORTHERN RD MT JULIET TN 37122


Total Number of Records Printed   15
```