UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

                                              Chapter 11 Case No.

NORTEL NETWORKS, INC.                09-10138 (KG)

## NOTICE OF WITHDRAWAL

Please take notice that Solus Recovery LH Fund LP hereby withdraws the Notice of Transfer filed on 4/10/2013 as Docket No. 10031.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date:    April 12, 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 8 U.S.C. §§ 152 & 3571.*