# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
November 1, 2012 - November 30, 2012

**TOTAL HOURS:** 254.60

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| W. Fugazy | 11/21/12 | 0.3 | 1 | Locate and upload documents provided by debtor and their actuary to DaVinci FTP site |
| D. Greer | 11/26/12 | 0.9 | 1 | Respond to request from N. Berger with list of open / follow up questions regarding Retiree census |
| R. Winters | 11/26/12 | 0.9 | 1 | Respond to request from N. Berger with list of open / follow up questions regarding Retiree census |
| R. Winters | 11/04/12 | 0.6 | 2 | Review medical census and liability file |
| D. Greer | 11/15/12 | 0.8 | 2 | Review responses to questions and additional data provided by Nortel re: Retiree census |
| A. Shapiro | 11/19/12 | 1.3 | 2 | Read through source data |
| E. Lesher | 11/27/12 | 0.5 | 2 | Tracked sources of the retiree data |
| R. Winters | 11/30/12 | 1.4 | 2 | Review Debtor's expert report re LTD |
| M. Morton | 11/20/12 | 2.0 | 3 | Review data and census build |
| M. Morton | 11/21/12 | 1.5 | 3 | Review data and census build |
| M. Morton | 11/26/12 | 1.5 | 3 | Review data and census build |
| M. Morton | 11/27/12 | 0.5 | 3 | Review retiree drug subsidy |
| M. Morton | 11/27/12 | 1.5 | 3 | Review census build |
| R. Winters | 11/28/12 | 0.3 | 3 | Review Mercer time sheets to identify areas of focus |
| M. Morton | 11/29/12 | 2.0 | 3 | Review data and census build |
| M. Morton | 11/30/12 | 3.0 | 3 | Review data and census build |
| R. Mizak | 11/30/12 | 0.8 | 4 | Reviewed most recently filed MORs and other issues related to retirees |
| B. Nassau | 11/01/12 | 0.4 | 5 | Data Retrieval for Retiree Data, Zip Code Additions |
| B. Nassau | 11/01/12 | 0.3 | 5 | Data Retrieval for Retiree Data, Medical Benefits |
| D. Greer | 11/01/12 | 0.2 | 5 | Review Retiree census summary provided by B. Nassau |
| D. Greer | 11/04/12 | 0.5 | 5 | Review data provide by M. Curran; prepare and email summary to DaVinci |
| D. Greer | 11/15/12 | 0.3 | 5 | Develop work plan re: incorporation of revised census data and send to Retiree Committee professionals |
| M. Morton | 11/15/12 | 0.5 | 5 | Develop grouping templates |
| M. Morton | 11/15/12 | 2.0 | 5 | Develop grouping templates |
| B. Yee | 11/16/12 | 0.8 | 5 | Review proposed value grid |
| M. Morton | 11/16/12 | 0.5 | 5 | Revisions to grouping templates |
| M. Morton | 11/16/12 | 3.5 | 5 | Develop grouping templates |
| A. Shapiro | 11/20/12 | 3.0 | 5 | Gather documents for LTD census creation |
| A. Shapiro | 11/20/12 | 3.0 | 5 | Add global IDs to data sources without global ID |
| E. Lesher | 11/20/12 | 0.5 | 5 | Aggregated data and moved into one central spreadsheet re:Create LTD Census from source data |
| E. Lesher | 11/20/12 | 1.3 | 5 | Pulled data from all sources by contract number and compared like fields to check for consistency re:Create LTD Census from source data |
| A. Shapiro | 11/21/12 | 3.0 | 5 | Read plan descriptions to verify source data |
| A. Shapiro | 11/21/12 | 1.5 | 5 | Generate unique list of active employees for census |
| E. Lesher | 11/21/12 | 1.0 | 5 | Pulled data from all sources by contract number and compared like fields to check for consistency re:Create LTD Census from source data |
| E. Lesher | 11/21/12 | 2.0 | 5 | Checked Benefit Statement PDF's to straighten out discrepancies in the data re:Create LTD Census from source data |
| A. Shapiro | 11/26/12 | 0.5 | 5 | Add attained age and 2012 net LTD income to seriatim summary |
| A. Shapiro | 11/26/12 | 3.8 | 5 | Compare new census to previous version |
| A. Shapiro | 11/26/12 | 3.3 | 5 | Create LTD census from source data |
| B. Nassau | 11/26/12 | 1.6 | 5 | Data Manipulation of LTD Data Set for R. Winters |
| D. Greer | 11/26/12 | 1.0 | 5 | Upload files required by DaVinci and email explanations thereof |
| E. Lesher | 11/26/12 | 1.5 | 5 | Created a spreadsheet highlighting missing policies and additional policies from prior inforce to current inforce re:Create LTD Census from source data |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| E. Lesher | 11/26/12 | 3.8 | 5 | Created a salary by policy number spreadsheet from the benefit statement PDF re:Create LTD Census from source data |
| M. Morton | 11/26/12 | 1.5 | 5 | Review LTD data quality |
| R. Mizak | 11/26/12 | 2.0 | 5 | Began to build out templates and model format |
| A. Shapiro | 11/27/12 | 3.0 | 5 | Compare medical benefits on new census to previous census |
| A. Shapiro | 11/27/12 | 3.0 | 5 | Create list of conflicting offset data |
| B. Nassau | 11/27/12 | 0.3 | 5 | Data manipulation and Review w R. Winters |
| D. Greer | 11/27/12 | 0.3 | 5 | Prepare summary of methodology used to compile Retiree dataset |
| E. Lesher | 11/27/12 | 1.0 | 5 | Researched Medicare part D and created a summary |
| E. Lesher | 11/27/12 | 1.5 | 5 | Cross referenced data that appeared to be inconsistent with benefit statements PDF |
| M. Morton | 11/27/12 | 2.0 | 5 | Review LTD data quality |
| M. Morton | 11/27/12 | 0.5 | 5 | Review outstanding data questions |
| R. Mizak | 11/27/12 | 1.8 | 5 | Analyzed market data on VEBA trusts |
| R. Winters | 11/27/12 | 0.3 | 5 | Prepare summary of methodology used to compile Retiree dataset |
| R. Winters | 11/27/12 | 0.3 | 5 | Data manipulation and Review w B. Nassau |
| R. Winters | 11/27/12 | 0.8 | 5 | Develop database manipulation of medical liability |
| A. Shapiro | 11/28/12 | 1.3 | 5 | Streamline LTD Model to utilize only relevant information from newest census update |
| B. Nassau | 11/28/12 | 0.8 | 5 | Data Retrieval for LTD Committee Notice of Appearance |
| E. Lesher | 11/28/12 | 2.8 | 5 | Researched Medicare part B and created a summary |
| E. Lesher | 11/28/12 | 0.5 | 5 | Spot checked data with benefit statement PDF for particular policies |
| E. Lesher | 11/28/12 | 1.0 | 5 | Researched into the steps that need to be taken to update retiree census and went through the data |
| M. Morton | 11/28/12 | 0.3 | 5 | Review outstanding data questions |
| M. Morton | 11/28/12 | 1.0 | 5 | Review data and census build |
| R. Mizak | 11/28/12 | 2.0 | 5 | Built draft template and list for model fees |
| R. Mizak | 11/28/12 | 1.7 | 5 | Reviewed structure and identified cost points for model |
| A. Shapiro | 11/29/12 | 2.8 | 5 | Create LTD census from source data |
| A. Shapiro | 11/29/12 | 3.5 | 5 | Streamline LTD Model to utilize only relevant information from newest census update |
| A. Shapiro | 11/29/12 | 1.5 | 5 | Create Retiree census from source data |
| E. Lesher | 11/29/12 | 0.5 | 5 | Investigated "NA" policy number cases |
| E. Lesher | 11/29/12 | 3.8 | 5 | Creating Retiree census from source data |
| M. Morton | 11/29/12 | 2.0 | 5 | Review data and census build |
| A. Shapiro | 11/30/12 | 3.0 | 5 | LTD scenarios with old model and census |
| A. Shapiro | 11/30/12 | 1.5 | 5 | Create Retiree census from source data |
| B. Nassau | 11/30/12 | 0.7 | 5 | Data Retrieval for LTD/Retiree Committee |
| D. Greer | 11/30/12 | 0.7 | 5 | Review LTD analysis provided by M. Morton and issue follow up instructions for summarization and presentation. |
| M. Morton | 11/30/12 | 1.0 | 5 | Review data and census build |
| D. Greer | 11/06/12 | 0.5 | 7 | Call with Retiree Committee member re: VEBA admin costs |
| R. Winters | 11/06/12 | 0.5 | 7 | Call with Retiree Committee member re: VEBA admin costs |
| R. Winters | 10/29/12 | 0.8 | 8 | Call with Mercer re: latest Retiree census data; + follow-up call |
| D. Greer | 11/01/12 | 0.5 | 8 | Call with R. Winters re: Nortel Retiree Committee issues and analysis required |
| D. Greer | 11/01/12 | 0.3 | 8 | Call with W. Fugazy re: Nortel Retiree issues and analysis required |
| D. Greer | 11/01/12 | 0.1 | 8 | Call with B. Nassau re: questions on Nortel Retiree census |
| D. Greer | 11/01/12 | 0.2 | 8 | Call with R. Milin re: issues with Retiree allocations |
| R. Winters | 11/01/12 | 0.5 | 8 | Call with D. Greer re: Nortel Retiree Committee issues and analysis required |
| W. Fugazy | 11/01/12 | 0.2 | 8 | Call re: Nortel Retiree issues and analysis required |
| W. Fugazy | 11/01/12 | 0.3 | 8 | Call with D. Greer re: Nortel Retiree issues and analysis required |
| D. Greer | 11/04/12 | 0.4 | 8 | Call (Winters + Greer) re: Retiree Committee settlement issues and DaVinci retention revisions |
| R. Winters | 11/04/12 | 0.4 | 8 | Call (Winters + Greer) re: Retiree Committee settlement issues and DaVinci retention revisions |
| R. Winters | 11/04/12 | 0.5 | 8 | Telephone call with Neil Berger re possible settlement agreement, lit planning, insurance alternatives + pan for Retiree Committee call |
| R. Winters | 11/04/12 | 0.5 | 8 | Telephone call (Winters-Greer) re DaVinci retention changes + insurance alternative options |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 11/04/12 | 0.2 | 8 | Retiree Committee follow-up call; Ronald Winters, M. Daniele, Neil Berger + Milin |
| D. Greer | 11/05/12 | 0.2 | 8 | Call (Winters & Greer) in preparation for LTD Committee call |
| D. Greer | 11/05/12 | 0.5 | 8 | Call with professionals (Gregson + Winters + Greer + Daniele + Berger); prep for Retiree Committee call |
| K. Gregson | 11/05/12 | 0.5 | 8 | Call with professionals (Gregson + Winters + Greer + Daniele + Berger); prep for Retiree Committee call |
| R. Winters | 11/05/12 | 0.2 | 8 | Call (Winters & Greer) in preparation for LTD Committee call |
| R. Winters | 11/05/12 | 0.5 | 8 | Call with professionals (Gregson + Winters + Greer + Daniele + Berger); prep for Retiree Committee call |
| R. Winters | 11/07/12 | 0.3 | 8 | Discussion with Vince Bodnar re implementation of settlement mechanics |
| R. Winters | 11/07/12 | 0.1 | 8 | Correspondence with Feigenbaum re Towers replacement |
| V. Bodnar | 11/07/12 | 0.3 | 8 | Call with Ron W. re: grid approach |
| V. Bodnar | 11/07/12 | 0.6 | 8 | Advisors call |
| B. Nassau | 11/09/12 | 0.2 | 8 | Phone Call with Mark Daniele regarding Presentation |
| D. Greer | 11/09/12 | 0.4 | 8 | Retiree Committee professionals call to prepare for discussion with full Retiree Committee re settlement implementation. |
| K. Gregson | 11/09/12 | 1.0 | 8 | Call with Berger/Lieb on Prospective Insurer underwriting/pricing |
| R. Winters | 11/09/12 | 0.4 | 8 | Retiree Committee professionals call to prepare for discussion with full Retiree Committee re settlement implementation. |
| V. Bodnar | 11/09/12 | 0.5 | 8 | Professionals call |
| D. Greer | 11/13/12 | 0.8 | 8 | Meeting (R. Winters & D. Greer) regarding vendor selection process for Retiree Committee VEBA setup and administration and other matters |
| R. Winters | 11/13/12 | 0.8 | 8 | Meeting (R. Winters & D. Greer) regarding vendor selection process for Retiree Committee VEBA setup and administration and other matters |
| V. Bodnar | 11/13/12 | 0.2 | 8 | Discuss values grid with M. Morton |
| D. Greer | 11/14/12 | 0.3 | 8 | Post-call discussion (R. Winters, R. Mizak and D. Greer) re: deliverables and approach |
| D. Greer | 11/14/12 | 0.4 | 8 | Call (M. Morton & D. Greer) re: analysis for Retiree settlement allocations |
| R. Mizak | 11/14/12 | 0.6 | 8 | Call (M. Daniele, R. Winters, R. Mizak and D. Greer) re: development of budget for VEBA set up and ongoing admin |
| R. Mizak | 11/14/12 | 0.3 | 8 | Post-call discussion (R. Winters, R. Mizak and D. Greer) re: deliverables and approach |
| R. Winters | 11/14/12 | 0.3 | 8 | Post-call discussion (R. Winters, R. Mizak and D. Greer) re: deliverables and approach |
| D. Greer | 11/15/12 | 0.5 | 8 | Call (M. Morton + D. Greer) re: impact of Cleary response on Retiree Benefit liability |
| M. Morton | 11/15/12 | 0.2 | 8 | Conference call with D. Greer |
| K. Gregson | 11/16/12 | 1.0 | 8 | Call with Berger on Prospective Insurer enrollment and pricing |
| V. Bodnar | 11/16/12 | 0.3 | 8 | Discuss project status with M. Morton & B. Yee |
| R. Winters | 11/18/12 | 0.1 | 8 | Correspondence with Griese re VEBA benefits consultant |
| R. Winters | 11/19/12 | 0.6 | 8 | Conference call (Neil Berger + Skelly + Daniele) re prep for Retiree Committee call including settlement planning and implementation |
| R. Winters | 11/19/12 | 0.2 | 8 | Provide intro to Griese to Curran re Medicare Secondary payor technical inquiry |
| D. Greer | 11/26/12 | 0.1 | 8 | Call (R. Mizak, R. Winters and D. Greer) re: development of budget for Retiree VEBA |
| R. Mizak | 11/26/12 | 0.3 | 8 | Discussion (R Winters and R. Mizak) re: Nortel VEBA advisors |
| R. Mizak | 11/26/12 | 0.1 | 8 | Call (R. Mizak, R. Winters and D. Greer) re: development of budget for Retiree VEBA |
| R. Winters | 11/26/12 | 0.1 | 8 | Call (R. Mizak, R. Winters and D. Greer) re: development of budget for Retiree VEBA |
| R. Winters | 11/26/12 | 0.3 | 8 | Discussion (Winters-Mizak) re Nortel Veba advisors |
| B. Nassau | 11/27/12 | 0.2 | 8 | Conf. Call w D. Greer & M. Morton for Data Upload Review |
| B. Yee | 11/27/12 | 0.2 | 8 | Call with D. Greer regarding data |
| D. Greer | 11/27/12 | 0.3 | 8 | Call (B. Yee, M. Morton, A. Shapiro, B. Nassau, D. Greer) re Retiree dataset |
| M. Morton | 11/27/12 | 0.3 | 8 | Conference call with D. Greer |
| D. Greer | 11/28/12 | 1.0 | 8 | Call (R. Winters + D. Greer) re: LTD settlement discussions |
| D. Greer | 11/28/12 | 0.9 | 8 | Call (R. Mizak & D. Greer)re: development of Retiree VEBA budget |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 11/28/12 | 0.3 | 8 | Call with prospective VEBA service provider |
| D. Greer | 11/28/12 | 0.3 | 8 | Call with R. Zahralddin re: requested analysis for mediation meeting |
| R. Mizak | 11/28/12 | 0.9 | 8 | Call (R. Mizak & D. Greer)re: development of Retiree VEBA budget |
| R. Winters | 11/28/12 | 1.0 | 8 | Call (R. Winters + D. Greer) re: LTD settlement discussions |
| R. Winters | 11/28/12 | 0.5 | 8 | Conference call (Ronald Winters + Neil Berger + Brian Moore) re insurance uptake thresholds + planning for Retiree Committee call |
| D. Greer | 11/29/12 | 0.2 | 8 | Call (R Winters + D Greer) re: LTD settlement discussions |
| R. Mizak | 11/29/12 | 0.3 | 8 | Call (R. Winters and R. Mizak ) with potential auditor to discuss service offerings. |
| R. Mizak | 11/29/12 | 0.3 | 8 | Call (R. Winters and R. Mizak ) to discuss go forward work plan. |
| R. Mizak | 11/29/12 | 0.3 | 8 | Talked with potential trustee candidate |
| R. Mizak | 11/29/12 | 0.1 | 8 | Telephone call (Winters-Mizak) re VEBA vendor research |
| R. Winters | 11/29/12 | 0.2 | 8 | Call (R Winters + D Greer) re: LTD settlement discussions |
| R. Winters | 11/29/12 | 0.3 | 8 | Telephone call with Neil Berger re presentation to Retiree Committee + thresholds to reach various participation levels |
| R. Winters | 11/29/12 | 0.1 | 8 | Telephone call with Barbara Bel re VEBA audit services |
| R. Winters | 11/29/12 | 0.1 | 8 | Telephone call (Winters-Mizak) re VEBA vendor research |
| R. Winters | 11/29/12 | 0.2 | 8 | Telephone call (Ronald Winters + Ben Nassau) re analytics of med benefits population |
| D. Greer | 11/30/12 | 0.5 | 8 | Retiree Committee follow up call (R. Mizak + D. Greer) to discuss near term deliverables |
| D. Greer | 11/30/12 | 0.2 | 8 | Call (Mizak, Greer, Winters) re: follow ups from Retiree Committee call |
| R. Mizak | 11/30/12 | 0.1 | 8 | Call (R. Mizak, D. Greer and R. Winters) in preparation for Retiree Committee call |
| R. Mizak | 11/30/12 | 0.5 | 8 | Retiree Committee follow up call (R. Mizak + D. Greer) to discuss near term deliverables |
| R. Mizak | 11/30/12 | 0.2 | 8 | Call (Mizak, Greer, Winters) re: follow ups from Retiree Committee call. |
| R. Mizak | 11/30/12 | 0.5 | 8 | Call (Mizak, Winters) re: follow ups from Retiree Committee call. |
| R. Winters | 11/30/12 | 0.2 | 8 | Call (Mizak, Greer, Winters) re: follow ups from Retiree Committee call |
| R. Winters | 11/30/12 | 0.5 | 8 | Call (Mizak, Winters) re: follow ups from Retiree Committee call. |
| B. Nassau | 11/01/12 | 0.1 | 10 | Email Correspondence with D. Greer |
| B. Nassau | 11/01/12 | 0.1 | 10 | Phone Call with D. Greer regarding Data Retrieval |
| D. Greer | 11/01/12 | 0.1 | 10 | Review emails from M. Curran re: new information received |
| M. Morton | 11/01/12 | 0.3 | 10 | Review e-mails |
| R. Winters | 11/01/12 | 0.2 | 10 | Correspondence with Feigenbaum re TW replacement of DaVinci |
| R. Winters | 11/01/12 | 0.1 | 10 | Correspondence re: suspension of litigation activity |
| R. Winters | 11/01/12 | 0.1 | 10 | Correspondence with Greer re: census info |
| D. Greer | 11/02/12 | 0.6 | 10 | Review email exchanges amongst Retiree Committee members and professionals regarding replacement health coverage options and issues |
| R. Winters | 11/02/12 | 0.6 | 10 | Review email exchanges amongst Retiree Committee members and professionals regarding replacement health coverage options and issues |
| R. Winters | 11/02/12 | 0.4 | 10 | Review email trail from Gregson re Aetna follow-up |
| D. Greer | 11/06/12 | 0.3 | 10 | Research and respond to email inquiry from S. Skelly |
| W. Fugazy | 11/07/12 | 0.1 | 10 | E-mail to T. Snow re: deadline for filing quarterly fee application |
| W. Fugazy | 11/07/12 | 0.1 | 10 | E-mail to A&M team re: deadline for submitting time journals related to October |
| D. Greer | 11/08/12 | 0.1 | 10 | Review update email to Retiree Committee and advisors from B. Moore |
| R. Winters | 11/08/12 | 0.1 | 10 | Review update email to Retiree Committee and advisors from B. Moore |
| R. Winters | 11/09/12 | 0.1 | 10 | Email on Towers replacing Davinci |
| R. Winters | 11/12/12 | 0.1 | 10 | Shiekh email re Towers |
| M. Morton | 11/13/12 | 0.7 | 10 | Review e-mails re: data questions |
| M. Morton | 11/14/12 | 0.5 | 10 | Review e-mails re: data questions |
| R. Winters | 11/14/12 | 0.1 | 10 | Review Sheikh email re Bodnar declaration |
| D. Greer | 11/15/12 | 0.5 | 10 | Email Retiree Committee advisors re: preliminary assessment of additional data and status of outstanding deliverables |
| M. Morton | 11/15/12 | 0.5 | 10 | Review e-mails re: data questions |
| R. Winters | 11/15/12 | 0.4 | 10 | Review Sheikh-Feigenbaum emails re TW; + follow-up summarization (Berger) for Retiree Committee |
| W. Fugazy | 11/18/12 | 0.4 | 10 | Follow up with various A&M team members re: their October time journals |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 11/19/12 | 0.1 | 10 | Respond to and follow on emailed request from B. Yee |
| D. Greer | 11/19/12 | 0.1 | 10 | Call (D. Greer & R. Winters) re: prep for Retiree Committee call |
| R. Winters | 11/19/12 | 0.1 | 10 | Call (D. Greer & R. Winters) re: prep for Retiree Committee call |
| W. Fugazy | 11/19/12 | 0.1 | 10 | E-mail to A&M team re: reminder of deadline for submitting time journals related to October |
| D. Greer | 11/20/12 | 0.2 | 10 | Review email exchange among Retiree Committee advisers regarding follow up analysis from Retiree Committee call |
| D. Greer | 11/20/12 | 0.1 | 10 | Email exchange with M. Morton and A. Shapiro re: transfer of data |
| R. Winters | 11/20/12 | 0.2 | 10 | Review email exchange among Retiree Committee advisers regarding follow up analysis from Retiree Committee call |
| D. Greer | 11/27/12 | 0.3 | 10 | Email exchange with M. Morton and N. Berger re: timing of analysis and communication thereof; and status of info requests regarding Retiree Census |
| R. Mizak | 11/27/12 | 1.3 | 10 | Communications re: proposed structure alternatives. |
| D. Greer | 11/28/12 | 0.2 | 10 | Review and respond to email from R. Winters re: LTD settlement / litigation process |
| D. Greer | 11/28/12 | 0.1 | 10 | Review email from M. Morton |
| D. Greer | 11/28/12 | 0.1 | 10 | Email B. Nassau re: analysis required for LTD Committee settlement discussion preparations |
| R. Winters | 11/28/12 | 0.2 | 10 | Review Greer inquiry to Norris on earlier work re VEBAS + Norris response |
| B. Nassau | 11/29/12 | 0.4 | 10 | Conf. call w D. Greer regarding LTD calculations |
| B. Nassau | 11/29/12 | 0.2 | 10 | Call with R. Winters regarding LTD data retrieval |
| D. Greer | 11/29/12 | 0.5 | 10 | Nortel call (B. Nassau & D. Greer) re: analysis required related to Retiree Census |
| R. Mizak | 11/29/12 | 0.7 | 10 | Edited and circulated draft communications to sub group |
| R. Winters | 11/29/12 | 0.1 | 10 | Further emails re Towers Watson process |
| D. Greer | 11/30/12 | 0.1 | 10 | Email exchange with M. Morton re: status of ongoing analysis for Retiree Committee and LTD Committee |
| D. Greer | 11/30/12 | 0.2 | 10 | Email exchange with B. Nassau regarding analysis requested for LTD Committee |
| D. Greer | 11/30/12 | 0.2 | 10 | Locate and provide data required by R. Mizak and send via email with explanations |
| R. Winters | 11/30/12 | 0.1 | 10 | Review Levin pre-mediation email |
| R. Winters | 11/30/12 | 0.3 | 10 | Review correspondence re internal research on LTD claim activity, expert reports |
| D. Greer | 11/01/12 | 1.0 | 11 | Partial participation on Retiree Committee call regarding post-settlement coverage options, case issues and LTD status |
| M. Arnaoudona | 11/01/12 | 1.4 | 11 | Retiree Committee call regarding post-settlement coverage options, case issues and LTD status |
| R. Winters | 11/01/12 | 1.4 | 11 | Retiree Committee call regarding post-settlement coverage options, case issues and LTD status |
| R. Winters | 11/01/12 | 0.2 | 11 | Review materials from LTD discovery |
| D. Greer | 11/05/12 | 1.2 | 11 | LTD Committee call re: litigation process and DaVinci amended retention and disclosures |
| D. Greer | 11/05/12 | 0.2 | 11 | Preparation for Retiree Committee call |
| D. Greer | 11/05/12 | 0.2 | 11 | Review of draft presentation materials for Retiree Committee call |
| D. Greer | 11/05/12 | 1.7 | 11 | Retiree Committee call regarding eligibility for replacement benefits and other matters |
| R. Winters | 11/05/12 | 1.2 | 11 | LTD Committee call re: litigation process and DaVinci amended retention and disclosures |
| R. Winters | 11/05/12 | 0.2 | 11 | Preparation for Retiree Committee call |
| R. Winters | 11/05/12 | 0.4 | 11 | Review of draft presentation materials for Retiree Committee call; comment and transmit |
| R. Winters | 11/05/12 | 1.7 | 11 | Retiree Committee call regarding eligibility for replacement benefits and other matters |
| R. Winters | 11/05/12 | 1.1 | 11 | Conference call with LTD Committee regarding litigation status and other case matters including DaVinci retention |
| K. Gregson | 11/07/12 | 2.0 | 11 | Call with Committee on Prospective Insurer underwriting issues |
| R. Winters | 11/09/12 | 1.3 | 11 | Conference call with Retiree Committee re planning + communications of possible settlement; plus implementation mechanics planning |
| V. Bodnar | 11/09/12 | 1.2 | 11 | Committee call |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| K. Gregson | 11/14/12 | 1.0 | 11 | Call with Committee on review of Prospective Insurer pricing |
| B. Yee | 11/19/12 | 1.3 | 11 | Retiree Committee Call |
| D. Greer | 11/19/12 | 0.5 | 11 | Preparation for Retiree Committee call (i.e. review documents distributed for the call and prepare comments thereon) |
| D. Greer | 11/19/12 | 1.3 | 11 | Retiree Committee Call (with professionals) to review settlement implementation |
| D. Greer | 11/19/12 | 0.1 | 11 | Status update conference call with LTD Committee members, D. Greer and R. Winters |
| M. Arnaoudona | 11/19/12 | 1.3 | 11 | Retiree Committee Call (with professionals) to review settlement implementation |
| M. Morton | 11/19/12 | 0.5 | 11 | Reviews docs for conference call |
| R. Mizak | 11/19/12 | 1.3 | 11 | Retiree Committee Call (with professionals) to review settlement implementation processes |
| R. Winters | 11/19/12 | 1.3 | 11 | Retiree Committee Call (with professionals) to review settlement implementation |
| R. Winters | 11/19/12 | 0.1 | 11 | Status update conference call with LTD Committee members, D. Greer and R. Winters |
| D. Greer | 11/26/12 | 0.1 | 11 | Preparation for LTD Committee call |
| D. Greer | 11/26/12 | 0.9 | 11 | LTD Committee call to discuss litigation status and other matters |
| R. Winters | 11/26/12 | 0.1 | 11 | Preparation for LTD Committee call |
| R. Winters | 11/26/12 | 0.9 | 11 | LTD Committee call to discuss litigation status and other matters |
| V. Bodnar | 11/26/12 | 1.0 | 11 | LTD Committee call |
| A. Shapiro | 11/27/12 | 0.3 | 11 | Call with D. Greer, Ben, M. Morton, B. Yee |
| D. Greer | 11/29/12 | 0.5 | 11 | Review information circulated in advance of Retiree Committee call |
| D. Greer | 11/30/12 | 0.3 | 11 | Call in preparation for Retiree Committee call (R. Winters, N. Berger and partial participation by D. Greer) |
| D. Greer | 11/30/12 | 0.1 | 11 | Call (R. Mizak, D. Greer and R. Winters) in preparation for Retiree Committee call |
| D. Greer | 11/30/12 | 1.2 | 11 | Retiree Committee call to discuss issues related to settlement discussions. |
| M. Arnaoudona | 11/30/12 | 1.2 | 11 | Retiree Committee call to discuss issues related to settlement discussions. |
| R. Mizak | 11/30/12 | 1.0 | 11 | Prepared for call, read documents circulated by counsel. |
| R. Mizak | 11/30/12 | 1.2 | 11 | Retiree Committee call to discuss issues related to settlement discussions. |
| R. Winters | 11/30/12 | 0.8 | 11 | Call in preparation for Retiree Committee call (R. Winters, N. Berger) |
| R. Winters | 11/30/12 | 0.1 | 11 | Call (R. Mizak, D. Greer and R. Winters) in preparation for Retiree Committee call |
| R. Winters | 11/30/12 | 1.2 | 11 | Retiree Committee call to discuss issues related to settlement discussions. |
| M. Arnaoudona | 11/05/12 | 2.0 | 12 | LTD Committee call |
| V. Bodnar | 11/08/12 | 0.3 | 12 | Review Ron's summary |
| B. Nassau | 11/09/12 | 0.3 | 12 | Updated presentation for D. Greer |
| D. Greer | 11/09/12 | 0.3 | 12 | Prepare presentation to Retiree Committee based on comments and feedback from advisors |
| R. Winters | 11/09/12 | 0.3 | 12 | Editorial comments on Retiree Committee presentation materials |
| R. Winters | 11/19/12 | 0.9 | 12 | Develop, edit summarization for Vendor status for Retiree Committee |
| R. Winters | 11/29/12 | 0.2 | 12 | Review Mizak vendor talking points |
| B. Yee | 11/30/12 | 1.0 | 12 | Review and edit draft report |
| R. Winters | 11/30/12 | 0.2 | 12 | Develop summary table of Medical recipients to facilitate discussion |
| W. Fugazy | 11/30/12 | 0.6 | 12 | Organize data from M. Morton into brief presentation for LTD counsel |
| D. Greer | 11/04/12 | 2.0 | 13 | Review LTD objection to Debtors' termination motion |
| D. Greer | 11/05/12 | 2.5 | 13 | Review LTD objection to Debtors' termination motion |
| D. Greer | 11/13/12 | 0.7 | 13 | Review latest iteration of retiree settlement |
| D. Greer | 11/15/12 | 1.0 | 13 | Review transcript of Kodak 1114 settlement agreement and covering email from S. Skelly re: relevance to Nortel process |
| R. Winters | 11/15/12 | 0.8 | 13 | Review transcript of Kodak 1114 settlement agreement and covering email from S. Skelly re: relevance to Nortel process |
| R. Winters | 11/16/12 | 0.2 | 13 | Review summary of status for VEBA vendors |
| R. Winters | 11/20/12 | 0.4 | 13 | Review LTD Complaint for injunctive Relief |
| R. Mizak | 11/27/12 | 2.0 | 13 | Read and analyzed parts of draft proposed settlement documents |
| R. Mizak | 11/28/12 | 1.2 | 13 | Read/analyzed documents circulated by counsel re: VEBA budget |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Mizak | 11/26/12 | 0.8 | 14 | Began researching HRA vendors |
| R. Mizak | 11/30/12 | 1.4 | 14 | Reviewed docket items related to termination motion. |
| D. Greer | 11/14/12 | 0.3 | 15 | Respond to inquiry from D. Feigenbaum re: revisions to DaVinci retention agreement |
| R. Mizak | 11/14/12 | 0.2 | 15 | Pre call discussion re: proposed work plan |
| D. Greer | 11/18/12 | 0.1 | 15 | Review October DaVinci invoice and forward to A&M accounting for processing |
| D. Greer | 11/19/12 | 0.1 | 15 | Email exchange with D. Feigenbaum and R. Winters re: DaVinci revised retention |
| R. Winters | 11/19/12 | 0.1 | 15 | Email exchange with D. Feigenbaum and Greer re: DaVinci revised retention |
| A. Shapiro | 11/20/12 | 0.5 | 15 | Setup FTP access for Nortel retiree uploads |
| W. Fugazy | 11/25/12 | 2.1 | 15 | Preparation of October fee statement; check status of journals received and journals missing; send e-mail reminders re: the deadline to submit |
| W. Fugazy | 11/26/12 | 0.8 | 15 | Organize and codify team member's time entries in preparation of fee application |
| W. Fugazy | 11/26/12 | 1.5 | 15 | Finish first draft of October fee statement and quarterly fee application and e mail to R. Winters and D. Greer for review. |
| A. Shapiro | 11/27/12 | 0.3 | 15 | Planning with M. Morton and B. Yee |
| D. Greer | 11/27/12 | 1.5 | 15 | Review and comment on draft October monthly fee application |
| D. Greer | 11/27/12 | 0.5 | 15 | Review and comment on draft Fifth quarterly fee application |
| D. Greer | 11/27/12 | 0.1 | 15 | Call (Fugazy & Greer) re: quarterly fee application |
| D. Greer | 11/27/12 | 0.1 | 15 | Locate docket number of last CNO and send to W. Fugazy for incorporation in quarterly fee application |
| D. Greer | 11/27/12 | 0.5 | 15 | Research and summarize open issues related to Retiree Committee in email to M. Morton |
| D. Greer | 11/27/12 | 0.3 | 15 | Final review of October fee application and quarterly fee application |
| M. Morton | 11/27/12 | 0.5 | 15 | Plan for next steps |
| R. Winters | 11/27/12 | 0.3 | 15 | Final review of October fee application and quarterly fee application |
| W. Fugazy | 11/27/12 | 0.7 | 15 | Revise fee applications according to comments from D. Greer. |
| W. Fugazy | 11/27/12 | 0.1 | 15 | Call (Fugazy & Greer) re: quarterly fee application |
| W. Fugazy | 11/27/12 | 1.2 | 15 | Finalize both fee applications and e-mail to T. Snow for filing. |
| D. Greer | 11/06/12 | 0.5 | 17 | Call with J. Zalokar re: VEBA admin costs |
| D. Greer | 11/14/12 | 0.2 | 17 | Preparation for call re: VEBA budgeting |
| D. Greer | 11/14/12 | 0.6 | 17 | Call (M. Daniele, R. Winters, R. Mizak and D. Greer) re: development of budget for VEBA set up and ongoing admin |
| D. Greer | 11/14/12 | 0.2 | 17 | Prepare email to requesting suggestions for potential vendors for VEBA set up and administration |
| D. Greer | 11/14/12 | 0.2 | 17 | Email exchange with A&M team members re: VEBA vendor selection |
| R. Winters | 11/14/12 | 0.6 | 17 | Call (M. Daniele, R. Winters, R. Mizak and D. Greer) re: development of budget for VEBA set up and ongoing admin |
| R. Winters | 11/14/12 | 0.2 | 17 | Email exchange with A&M team members re: VEBA vendor selection |
| D. Greer | 11/16/12 | 0.2 | 17 | Call (K. Gregson + D. Greer) regarding communications with prospective insurer for Retiree health |
| D. Greer | 11/16/12 | 0.3 | 17 | Call with N. Berger re: replacement health insurance and VEBA setup considerations |
| D. Greer | 11/16/12 | 0.5 | 17 | Review and comment on draft template for Retiree Committee communications provided by M. Morton |
| D. Greer | 11/16/12 | 0.7 | 17 | Locate and review TPA service agreements provided by Debtors and summarize for Retiree Committee professionals |
| D. Greer | 11/01/12 | 0.3 | 18 | Review R. Winters' comments on draft Retiree settlement term sheet |
| K. Gregson | 11/01/12 | 2.0 | 18 | Call with Prospective Insurer on underwriting issues on group expansion |
| R. Winters | 11/01/12 | 0.7 | 18 | Review, edit, comment on draft retiree settlement agreement |
| D. Greer | 11/04/12 | 0.7 | 18 | Revise Retiree census summary for prospective health carrier and distribute via email to Retiree Committee professionals |
| K. Gregson | 11/05/12 | 1.0 | 18 | Review of demographic material |
| D. Greer | 11/07/12 | 0.7 | 18 | Discussion (Winters, Berger, Daniele, Bodnar, Greer) re Settlement implementation |
| R. Winters | 11/07/12 | 0.7 | 18 | Discussion (Winters, Berger, Daniele, Bodnar, Greer) re Settlement implementation |
| D. Greer | 11/08/12 | 0.4 | 18 | Review and comment on draft bullet points re: allocation methodology |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 11/09/12 | 0.6 | 18 | Prepare presentation and cover email re: allocation methodology and distribute to Retiree Committee advisors for further comment |
| D. Greer | 11/09/12 | 0.1 | 18 | Call (Winters & Greer) re: allocation methodology for Retiree settlement |
| R. Winters | 11/09/12 | 0.6 | 18 | Prepare presentation and cover email re: allocation methodology and distribute to Retiree Committee advisors for further comment |
| R. Winters | 11/09/12 | 0.1 | 18 | Call (Winters & Greer) re: allocation methodology for Retiree settlement |
| K. Gregson | 11/12/12 | 1.5 | 18 | Call with Prospective Insurer on underwriting |
| K. Gregson | 11/14/12 | 2.0 | 18 | Planning call with Prospective Insurer enrollment and pricing team |
| D. Greer | 11/18/12 | 0.5 | 18 | Review latest settlement term sheet for Retiree Benefits |
| D. Greer | 11/26/12 | 0.7 | 18 | Call (R. Winters & D. Greer) to discuss possible alternative frameworks for LTD settlement |
| D. Greer | 11/26/12 | 1.1 | 18 | Review and comment on latest draft of Retiree Committee settlement agreement |
| K. Gregson | 11/26/12 | 1.5 | 18 | Call with Prospective Insurer on underwriting and possible repricing |
| R. Winters | 11/26/12 | 0.7 | 18 | Call (R. Winters & D. Greer) to discuss possible alternative frameworks for LTD settlement |
| D. Greer | 11/27/12 | 0.4 | 18 | Review R. Winters comments on latest draft of Retiree Committee settlement agreement |
| D. Greer | 11/27/12 | 0.5 | 18 | Nortel call (R. Mizak and D. Greer) re: potential plan structure and arrangements |
| R. Mizak | 11/27/12 | 0.5 | 18 | Call (R. Mizak and D. Greer) re: potential plan structure and arrangements |
| R. Winters | 11/27/12 | 0.8 | 18 | Comments on latest draft of Retiree Committee settlement agreement |
| D. Greer | 11/28/12 | 0.1 | 18 | Email D. Spragg re: ERISA insurance coverage for VEBA Committee |
| D. Greer | 11/28/12 | 0.1 | 18 | Email E. Norris re: previous research conducted on VEBAs |
| D. Greer | 11/28/12 | 0.3 | 18 | Review VEBA research provided by E. Norris |
| K. Gregson | 11/28/12 | 1.5 | 18 | Prospective Insurer planning call with enrollment and underwriting team |
| D. Greer | 11/30/12 | 0.6 | 18 | Call (R. Winters & D. Greer) re: development of budget for VEBA and other settlement related matters |
| D. Greer | 11/30/12 | 1.0 | 18 | Call with R. Winters re: preparation for mediation session |
| R. Winters | 11/30/12 | 0.6 | 18 | Call (R. Winters & D. Greer) re: development of budget for VEBA and other settlement related matters |
| R. Winters | 11/30/12 | 1.0 | 18 | Call with D. Greer re: preparation for mediation session |
| K. Gregson | 11/21/12 | 2.0 | 28 | Discussion with Advisors on VEBA Structure |
| R. Mizak | 11/28/12 | 1.4 | 28 | Work on draft talking points for pending discussions. |
| R. Mizak | 11/29/12 | 1.0 | 28 | Worked on communications matrix and looked at potential audit solutions. |
| R. Mizak | 11/29/12 | 2.0 | 28 | Read materials re: other VEBA settlements and related calculations |
| R. Mizak | 11/29/12 | 1.5 | 28 | Worked on contact names for trustee and custodial services |