# EXHIBIT B

### EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2012 through November 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | $90.01 |
| Telephone | | 394.88 |
| Transportation | | 661.50 |
| Mail / Post Office | | 27.25 |
| Miscellaneous | | 26.30 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Expenses**[17] | | **$1,199.94** |

---

[17] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

2725046.2