## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Nortel Networks Inc., *et al.,* | § | |
| | § | Case No. 09-10138 (KG) |
| Debtors. | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance pursuant to 1109(b) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") on behalf of Ericsson Inc. and Telefonaktiebolaget LM Ericsson (Publ.) (collectively, "**Ericsson**"). Such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, facsimile numbers, or electronic mail addresses set forth below:

| | |
|---|---|
| Christopher A. Ward, Esq. | Andrew M. Gould, Esq. |
| Justin K. Edelson, Esq. | **WICK PHILLIPS GOULD & MARTIN, LLP** |
| **POLSINELLI SHUGHART PC** | 2100 Ross Avenue, Suite 950 |
| 222 Delaware Avenue, Suite 1101 | Dallas, Texas 75201 |
| Wilmington, Delaware 19801 | Telephone: (214) 692-6200 |
| Telephone: (302) 252-0920 | Facsimile: (214) 692-6255 |
| Facsimile: (302) 252-0921 | andrew.gould@wickphillips.com |
| cward@polsinelli.com | |
| jedelson@polsinelli.com | |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or

1772406.1

otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Ericsson's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Ericsson is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  April 15, 2013
      Wilmington, Delaware

POLSINELLI SHUGHART PC

_/s/ Christopher A. Ward_
Christopher A. Ward (No. 3877)
Justin K. Edelson (No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
(302) 252-0920 (Telephone)
(302) 252-0921 (Facsimile)
cward@polsinelli.com
jedelson@polsinelli.com

and

Andrew M. Gould, Esq.
WICK PHILLIPS GOULD & MARTIN, LLP
2100 Ross Avenue, Suite 950
Dallas, Texas 75201
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
andrew.gould@wickphillips.com

Counsel to Ericsson Inc. and Telefonaktiebolaget LM Ericsson (Publ.)

1772406.1

## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq., of Polsinelli Shughart, hereby certify that on the 15th day of

April, 2013, I caused to be served a copy of the **Notice of Appearance and Request for Service**

**of Pleadings** upon the parties listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Ann C. Cordo
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)

1772406.1