**CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report on Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on April 15, 2013, in the manner indicated upon the entities identified below.

Date: April 15, 2013 /s/ Tamara K. Minott
Wilmington, Delaware Tamara K. Minott (No. 5643)

**Via Hand Delivery**

Morris James LLP
Jeffrey Waxman
500 Delaware Ave, Ste. 1500
Wilmington, DE 19801
(Counsel for Algo Communication Products)

Natasha Songonuga
GIBBONS P.C.
1000 N. West St.
Wilmington, DE 19801
(Counsel for Hewlett-Packard)

**Via First Class Mail**

Revonet, Inc.
125 Elm Street
New Canaan, CT 06840

David Crapo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
(Counsel for Hewlett-Packard)

Adam D. Wolper
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102
(Counsel for Sterling Mets)