UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |
|---|---|

## AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On April 15, 2013, at my direction and under my supervision, employees of Reliable caused to be served the following document by the method indicated on the service list attached hereto as Exhibit A:

| 04/15/2013 | 10113 | Objection *to Motion to Direct Ericsson Inc and Telefonaktiebolaget LM Ericsson (PUBL) Purchasers of GSM Division of Nortel Network Pay Relief to Stephen Ray Paroski in the Amount of Three Hundred Twenty One Thousands and Nine Hundred and Sixty Four Dollar Plus One Hundred Thousand Dollars in Damages $321,964.97 + $100,000.00 = $421,964.00* (related document(s)9916) Filed by Ericsson Inc. and Telefonaktiebolaget LM Ericsson (Publ.) (Attachments: # 1 Exhibit A) |
|---|---|---|

X_____
**Gene Matthews**

Dated: April 15, 2013
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 15th day of April, 2013, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X_____

[Notary seal: KRISTIN A. MCCLOSKEY, MY COMMISSION EXPIRES JULY 18, 2016, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

**Via Hand Delivery**

Mark Kenney, Esq.
David Buchbinder, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

**Via First Class Mail**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Andrew M. Gould
Angeleque P. Linville
Katy Matthews
Wick Phillips Gould & Martin, LLP
2100 Ross Avenue, Suite 950
Dallas, Texas 75201

**Via Overnight Mail**

Stephen and Cynthia Paroski
333 El Rio Drive
Mesquite, TX 75150

Ann C. Cordo
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347