# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks, Inc., et al | Case No. 09-10138 (KG) |
| Debtors | |

Honorable Kevin Gross,

I hereby request a lump sum payment in the amount of ▮▮▮▮▮▮ per my individual LTD settlement statement.





The Affordable Care Act will be in place soon, No one knows what is going to happen with health care system. ███████████████

I have reviewed the Tax Efficient Distribution Payout / Lump Sum Distribution, ███████████████

I am asking you the Honorable Kevin Gross to help me with my last wishes in allowing me to receive a lump sum payment now. Thank you for taking time to read my letter. I am sorry for my bad grammar ███████████████


Thank you,


David J. Litz
███████████████

April 13, 2013