# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                                      Chapter 11
Nortel Networks, Inc., et al               Case No. 09-10138 (KG)
Debtors

Honorable Kevin Gross,

I hereby request a lump sum payment in the amount of ██████ per my
individual LTD settlement statement.



I am asking you to consider making an exception for me that will help me live more comfortably in the time I have remaining.

Thank you.

Kerry Logan



April 14th, 2013