# United States Bankruptcy Court
## District of Delaware

In re: Nortel Networks Inc.                Case No. 09-10138 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P. of the transfers, other than for security, of the claims referenced in this evidence and notice.

| DG Value Partners II Master Fund LP | CRT Special Investments LLC |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim No. 3788 |
| DG Value Partners II Master Fund LP<br>460 Park Avenue<br>13th Floor<br>New York, NY 10022 | Amount of Claim Transferred: $127,563.70, plus all accrued interest, fees and other recoveries due thereon. |
| | Date Claim Filed: _____ |
| Last Four Digits of Acct. #: _____ | Phone:<br>Last Four Digits of Acct. #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DG VALUE PARTNERS II MASTER FUND LP

By: _____    Date: 4/10/13
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

535-042/COURT/3768561.1

# United States Bankruptcy Court
## District of Delaware

In re: Nortel Networks Inc.　　　　　　　Case No. 09-10138 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

Claim No. 3788 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on　　　.

| CRT SPECIAL INVESTMENTS | DG VALUE PARTNERS II MASTER FUND LP |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| CRT Special Investments<br>Attn: Joseph E. Sarachek<br>262 Harbor Drive<br>Stamford, CT 06902 | DG Value Partners II Master Fund LP<br>460 Park Avenue<br>13th Floor<br>New York, NY 10022 |

**~DEADLINE TO OBJECT TO TRANSFER~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

535-042/COURT/3768561.1

Exhibit A

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CRT Special Investments LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to DG Value Partners II Master Fund LP ("Assignee") a 56.7294834% pro rata share, equaling the sum of $127,563.70, of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Nortel Networks Inc. (the "Debtor"), the debtor in Case No. 09-10138 ("Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), represented by Claim Number #3788.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of April, 2013.

CRT SPECIAL INVESTMENTS LLC

By: _____

Name: John Nielsen

Title: Authorized Signatory


DG VALUE PARTNERS II MASTER FUND LP


By: _____

Name:

Title:

9

535-042/AGR/3760308.2

Exhibit A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CRT Special Investments LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to DG Value Partners II Master Fund LP ("Assignee") a 56.7294834% pro rata share, equaling the sum of $127,563.70, of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Nortel Networks Inc. (the "Debtor"), the debtor in Case No. 09-10138 ("Case") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), represented by Claim Number #3788.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ____ day of April, 2013.

**CRT SPECIAL INVESTMENTS LLC**

By: _____

Name:

Title: Authorized Signatory


**DG VALUE PARTNERS II MASTER FUND LP**

By: _____

Name: Dov Gertzulin
Title: Managing Member

9

535-042/AGR/3760308.2