# Goodmans LLP

Barristers & Solicitors

Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: (416) 597-4216
jpasquariello@goodmans.ca

April 15, 2013

**Via Email**

The Honourable Mr. Justice Geoffrey Morawetz
Judges' Chambers – Court House
330 University Ave.
Toronto, Ontario  M5H 1T3

Dear Mr. Justice Morawetz:

**Re:     Nortel Networks Corporation, *et al.***
**        Court File No.:  09-CL-7950**

Further to your Endorsement dated April 3, 2013, please find attached as Schedule "A" a revised proposed Allocation Protocol (the "Revised Allocation Protocol").  We believe the Revised Allocation Protocol is consistent with your Endorsements dated March 8, 2013 and April 3, 2013 and the amendments contemplated thereby.

We and counsel for the U.S. Debtors have collected comments from the parties.  The Revised Allocation Protocol takes into account comments from all of the Core Parties who provided comments, namely the Monitor and the Canadian Debtors, the CCC, the Directors and Officers, the U.S. Debtors, the UCC, the Bondholder Group and the Indenture Trustees.

For ease of reference, we have attached as Schedule "B" a blackline of the Revised Allocation Protocol compared as against the form of allocation protocol that was before the Courts for approval on the original June 7, 2011 motion.

In addition, attached as Schedule "C" is a blackline of the Revised Allocation Protocol compared as against the proposed form of a revised allocation protocol which we understand the U.S. Debtors have filed with the U.S. Court.  You will note that the differences between these two proposed forms (see paragraphs 2 and 4(e)(i)) are not substantive.

Once your Honour is satisfied with the form of allocation protocol, we intend to provide a form of draft Order to which it will be attached.

The Core Parties have also continued their discussions regarding the litigation schedule and the discovery and deposition plan associated with the matters addressed in the Revised Allocation Protocol.  It is apparent that not all litigation process issues among all of the Core Parties will be settled and even those that may be settled will require direction of the Courts.  We therefore respectfully request that you kindly confer with Judge Gross as to a mutually convenient date for a joint hearing to address such litigation process issues.  It would be most appreciated if that joint

# Goodmans LLP

hearing could be scheduled for a date in the very near future so as to accommodate a proposed date of April 30, 2013 for the filing and the exchange of initial pleadings.

Thank you.

Yours very truly,

**Goodmans LLP**

Joseph Pasquariello

JP/oa
cc.    Core Parties

\6195465