IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) ss.:
COUNTY OF NEW CASTLE )

SANDRA COLLAZO, being duly sworn, hereby deposes and says:

1. I am a competent adult and am otherwise capable of making this sworn statement.

2. I am a paralegal with the law firm of Elliott Greenleaf in Wilmington, Delaware, which is counsel to the debtor in this action.

3. On April 16, 2013, pursuant to Rule 9022-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I caused copies of the following documents to be served upon the parties on the attached service list in the manner indicated:

   a. *Letter [Under Seal] to the Honorable Judge Kevin Gross Regarding Individual Settlement Statement Filed by David Litz* (D.I. 10126)

   b. *Letter [Under Seal] to the Honorable Judge Kevin Gross Regarding Individual Settlement Statement Filed by Kerry Logan* (D.I. 10129 )

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4. I declare under the penalty of perjury that the foregoing is true and correct.

*Sandra C Collazo*
Sandra Collazo, Paralegal
ELLIOTT GREENLEAF
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Phone: (302) 384-9400
Fax: (302) 384-9399
sic@elliottgreenleaf.com

Sworn to and subscribed
before me this 16th day
of April, 2013.

AURELIA LYLES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Mar. 28, 2015

WLM: 25298 v1

## SERVICE LIST

Thomas Patrick Tinker, Esq.
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801
*Via Electronic Mail & Hand Delivery*

Lisa M. Schweitzer, Esq.
Megan Fleming-Delacruz, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Via Electronic Mail & U.S. First Class Mail*

Annie C. Cordo, Esq.
Derek Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North market Street, 18th Floor
Wilmington, DE 19899-1347
*Via Electronic Mail & U.S. First Class Mail*

Lisa Beckerman, Esq.
Akin Gump
One Bryant Park
New York, NY 10036
*Via Electronic Mail & U.S. First Class Mail*

Thomas J. Matz, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*Via Electronic Mail & U.S. First Class Mail*