# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 (KG)

**COURTROOM LOCATION: 3**
**DATE:** 4/16/13

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Annie Cordo | Morris Nichols Arsht+Tunnel | Debtors |
| Eric Schwartz | '' | '' |
| Megan Fleming | Cleary Gottlieb Steen+Hamilton | '' |
| Chris Symms | Richards Layton | Committee |
| William Taylor | McCarter + English | Retirees |
| Jaime Chapman | YCST | UK Joint Administr |
| Jonathan Stevenson | Elliott Greenleaf | LTD Committee |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Richard Mills | Foyt Legal: Legal | advice Committee |
| Stephanie Shelly | '' | '' |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 04/16/2013
Calendar Time: 11:00 AM ET

2nd Revision 04/16/2013 06:59 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 0910138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Lisa Beckerman | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, LLI | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Daniel Guyder | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Rebecca J. Song | | Napier Park Global Capital | Interested Party, Napier Park Global Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Jack Tracy | | Willkie Farr & Gallagher LLP | Creditor, UK Pension Trust Limited / LISTEN ONLY |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | John H Yoakum | John H. Yoakum - In Pro Per/Pro Se | In Propria Persona, John Yoakum / LIVE |