# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------X | : | |
| *In re* | : | Chapter 11 |
| | : | |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| ------------------------------------------------------X | | Objections Due:  May 7, 2013 at 4:00 p.m. (EST) |

**FIFTH APPLICATION OF MEMBERS OF THE
OFFICIAL COMMITTEE OF RETIRED EMPLOYEES
FOR ALLOWANCE OF REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED FOR
THE PERIOD MARCH 1, 2013 THROUGH APRIL 3, 2013**

| | |
|---|---|
| Name of Applicant: | **Committee Members Seeking Reimbursement: Michael P. Ressner; Susan Kane; Mark M. Haupt, Sr.; Gary Donahee; and John T. Zalokar** |
| Authorized to Provide Services to: | **The Official Committee of Retired Employees** |
| Date of Appointment: | **June 21, 2011** |
| Period for which Expense Reimbursement is Sought: | **March 1, 2013 Through April 3, 2013** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$8,947.31 (Aggregate Amount Sought)** |
| --- | --- |
| | **This is a  x  Monthly Application.** |

If this is not the first application filed, disclose the following for each prior application:

| DATE FILED | PERIOD COVERED | REQUESTED FEES/EXPENSES | APPROVED FEES/EXPENSES |
| --- | --- | --- | --- |
| 11/4/11 | 10/1/11 – 10/31/11 | $3,185.48 | $3,185.48 |
| 3/30/12 | 2/1/12 – 2/29/12 | $3,681.92 | $3,681.92 |
| 8/9/12 | 6/1/12 – 7/31/12 | $11,274.59 | $11,274.59 |
| 11/19/12 | 7/1/13 – 9/30/12 | $6,745.84 | $6,745.84 |

2

ME1 15456968v.1

# EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

**MICHAEL P. RESSNER[2]**
**EXPENSE SUMMARY**
**MARCH 1, 2013 THROUGH APRIL 3, 2013[3]**

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | --- |
| Airfare (3/18/13 – 3/20/13) | American Airlines | $399.80 |
| Lodging (3/18/13 – 3/20/13) | Marriott | $1,014.50 |
| Taxis (Travel Ground) | N/A (local yellow-cabs) | $41.23 |
| Car Service | Executive Transportation | $150.00 |
| **Grand Total Expenses** | | **$1,605.53** |

**SUSAN KANE[4]**
**EXPENSE SUMMARY**
**MARCH 1, 2013 THROUGH APRIL 3, 2013**

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | --- |
| Airfare (3/18/13 – 3/20/13) | American Airlines | $456.30 |
| Airfare (fee for earlier departure on 3/20/13) | American Airlines | $75.00 |
| Lodging (3/18/13 – 3/20/13) | New York Marriott East Side | $1,037.46 |
| **Grand Total Expenses** | | **$1,568.76** |

---

[2]  Copies of the supporting receipts for Michael P. Ressner are attached hereto as **Exhibit "A"**
[3]  Members of the Official Committee of Retired Employees traveled to New York City to meet with representatives of the Debtors and other parties in interest from March 18, 2013 – March 20, 2013.
[4]  Copies of the supporting receipts for Susan Kane are attached hereto as **Exhibit "B"**

3

ME1 15456968v.1

**MARK M. HAUPT, SR.[5]**
**EXPENSE SUMMARY**
**MARCH 1, 2013 THROUGH APRIL 3, 2013**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare (3/18/13 – 3/20/13) | American Airlines | $335.80 |
| Lodging (3/18/13 – 3/20/13) | Marriott | $1,074.36 |
| Taxis (Travel Ground) | N/A (local yellow-cabs) | $34.33 |
| Airfare (4/1/13 – 4/2/13)[6] | US Airways | $561.80 |
| Meals | Legal Sea Foods | $40.60 |
| Federal Express | FedEx | $21.92 |
| **Grand Total Expenses** | | **$2,068.81** |

**GARY DONAHEE[7]**
**EXPENSE SUMMARY**
**MARCH 1, 2013 THROUGH APRIL 3, 2013**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare (3/18/13 – 3/20/13) | American Airlines | $1,437.80 |
| Lodging (3/18/13 – 3/20/13) | InterContinental New York Barlcay | $428.67 |
| Meals and Snacks | InterContinental New York Barlcay | $132.84 |
| Parking (DFW) | FreedomPark Airport Valet Services | $52.51 |
| **Grand Total Expenses** | | **$2,051.82** |

---

[5] Copies of the supporting receipts for Mark M. Haupt, Sr. are attached hereto as **Exhibit "C"**
[6] Members of the Official Committee of Retired Employees traveled to Wilmington, Delaware to attend the April 2, 2013 hearing to consider the Settlement Motion.
[7] Copies of the supporting receipts for Gary Donahee are attached hereto as **Exhibit "D"**

## JOHN T. ZALOKAR [8]
## EXPENSE SUMMARY

### MARCH 1, 2013 THROUGH APRIL 3, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare (3/18/13 – 3/20/13) | American Airlines | $514.78 |
| Lodging (3/18/13 – 3/20/13) | Marriott | $922.70 |
| Taxis (Travel Ground) | N/A (local yellow-cabs) | $90.33 |
| Meals | The Oyster Bar | $57.58 |
| Mileage (to O'Hare Int'l Airport) | Mileage @ .50 per mile @ 80 miles | $40.00 |
| Parking (O'Hare) (3/18/13 – 3/20/13) | O'Hare International Airport Parking Facility | $27.00 |
| **Grand Total Expenses** | | **$1652.39** |

---

[8] Copies of the supporting receipts for John T. Zalokar are attached hereto as **Exhibit "E"**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------x
:
*In re*                                                                    :   Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                            :   Case No. 09-10138 (KG)
:   Jointly Administered
Debtors.                           :
:   **Objections Due:  May 7, 2013 at 4:00 p.m.**
:
----------------------------------------------------------x

**FIFTH APPLICATION OF MEMBERS OF THE OFFICIAL COMMITTEE OF
RETIRED EMPLOYEES, FOR ALLOWANCE OF REIMBURSEMENT OF ALL
ACTUAL AND NECESSARY EXPENSES INCURRED FOR
THE PERIOD MARCH 1, 2013 THROUGH ARPIL 3, 2013**

Pursuant to 11 U.S.C. §§ 105 and 330 of the United States Bankruptcy Code, Michael P. Ressner, Susan Kane, Mark M. Haupt, Sr., Gary Donahee, and John T. Zalokar, as members of the Official Committee of Retired Employees (the "Retiree Committee") appointed in these cases, hereby move this Court for reimbursement of reasonable, actual and necessary expenses incurred as members of the Retiree Committee in the aggregate amount of $8,947.31 for the period commencing March 1, 2013 through and including April 3, 2013 (the "Fee Period").  In support of this Application, the Retiree Committee respectfully represents as follows:

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On January 14, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. No trustee or examiner has been appointed in the Debtors' jointly administered bankruptcy cases.

4. On January 26, 2009, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors.

## APPOINTMENT OF OFFICIAL COMMITTEE OF RETIRED EMPLOYEES

5. On June 21, 2011, this Court entered an Order Pursuant to Section 1114 of the Bankruptcy Code Appointing an Official Committee of Retired Employees [D.I. 5783].

6. On August 2, 2011, the United States Trustee appointed the Retiree Committee [D.I. 6074]. The Retiree Committee consists of the following members: Gary R. Donahee; Michael P. Ressner; Susan Kane; John T. Zalokar; and Mark M. Haupt, Sr.

**FEE PROCEDURES ORDER**

7.      On February 4, 2009 the Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [D.I. 222] (the "Administrative Order").  Under the terms of the Administrative Order, members of the Retiree Committee are authorized to submit statements for reimbursement of expenses and receive one hundred percent reimbursement of approved expenses.

**RELIEF REQUESTED**

8.      Pursuant to the Administrative Order and sections 105, 331 and 503(b)(3)(F) of the Bankruptcy Code, the Retiree Committee respectfully submits this Application for allowance of reimbursement of actual, reasonable and necessary expenses incurred by several of its members in representing the Retiree Committee during the Fee Period.

9.      During the Fee Period, while serving as members of the Retiree Committee, Michael P. Ressner, Susan Kane, Mark M. Haupt, Sr., Gary Donahee and John T. Zalokar incurred out-of-pocket expenses in the total amount of $8,947.31 in connection with their travel to and from Retiree Committee meetings in New York City. Moreover, Mr. Haupt, incurred out of pocket expenses in connection with his travel to and attendance as a witness at the April 2, 2013 hearing to consider approval of the Retiree Committee Settlement Agreement with the Debtors.  True and complete copies of the supporting receipts for each of the foregoing Retiree Committee members are attached hereto as Exhibit "A," Exhibit "B," Exhibit "C," "Exhibit "D," and "Exhibit

"E," respectively. As of the date of this Application, the Retiree Committee members on whose behalf this Application is submitted have received no payments on account of these expenses.

## REIMBURSEMENT OF REASONABLE, ACTUAL AND NECESSARY EXPENSES IS APPROPRIATE

1. The members of the Retiree Committee request reimbursement of expenses in the aggregate amount of $8,947.31. Such expenses relate to (i) March 19, 2013 and March 20, 2013 Retiree Committee meetings in New York City and (ii) the April 2, 2013 hearing to consider the Settlement Motion.

2. The expenses incurred by the Retiree Committee members were necessary to permit the effective performance of the member's duties under sections 1103 and 1114 of the Bankruptcy Code and are reimbursable from the Debtors' estates.

3. The "majority of courts agree that committee members should be reimbursed for their expenses, e.g. costs relating to attending committee meetings." Creditors Comm. Chairmam v. Fibrex, Inc. (In re Fibrex, Inc.), 240 B.R. 714, 717 (Bankr S.D. Inc. 2001). Section 503(b)(3)(F) permits a member of a committee appointed under section 1102 of the Bankruptcy Code to "timely file a request for payment of an administrative expense" if such expenses are incurred in the performance of the duties of a duly appointed committee. Id.

4. This is the Retiree Committee's Fifth Application and none of the expenses for which reimbursement is requested are duplicative of any expenses requested or awarded in any prior application.

4

5. To the extent that charges for disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Application, the Retiree Committee reserves the right to request additional reimbursement of such expenses in a future application.

**WHEREFORE**, Ressner, Kane, Haupt, Donahee and Zalokar, as members of the Retiree Committee, respectfully request they be allowed reimbursement in the amount of $8,947.31 for actual, reasonable and necessary expenses incurred during the Fee Period, and request such other and further relief as is just.

Dated: Wilmington, Delaware
April 16, 2013

**MCCARTER & ENGLISH, LLP**

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (Del. No. 2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel. (302) 984-6313
Email: wtaylor@mcarter.com

- and -

**TOGUT, SEGAL & SEGAL LLP**

Albert Togut (*Pro Hac Vice Admission*)
Neil Berger (*Pro Hac Vice Admission*)
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Email: altogut@teamtogut.com
Email: neilberger@teamtogut.com

*Counsel to the Official Committee of Retired Employees*