# EXHIBIT A

EXPENSES FOR THE RETIREE COMMITTEE MEMBER MICHAEL P. RESSNER

Michael P. Ressner
5909 Applegarth Lane
Raleigh, NC 27614

| Nortel Retiree Committee Meeting | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Mon** | **Tue** | **Wed** | **Thu** | **Fri** | **Sat** | **Sun** | |
| Date | 3/18/13 | 3/19/13 | 3/20/13 | | | | | |
| City | New York | New York | New York | | | | | |
| **Expense Summary** | | | | | | | | **Total** |
| Airfare | 399.80 | | | | | | | 399.80 |
| Upgrade | | | | | | | | - |
| Hotel | | | 1,014.50 | | | | | 1,014.50 |
| Personal Auto (@.55/mile) | | | | | | | | - |
| Parking | 41.23 | | | | | | | 41.23 |
| Taxi | 75.00 | | 75.00 | | | | | 150.00 |
| Car Service | | | | | | | | - |
| Meals | | | | | | | | - |
|   Breakfast | | | | | | | | - |
|   Lunch | | | | | | | | - |
|   Dinner | | | | | | | | - |
| Entertainment | | | | | | | | - |
| Conference | | | | | | | | - |
| Seminar Fees | | | | | | | | - |
| Phone | | | | | | | | - |
| Tips | | | | | | | | - |
| | | | | | | | | - |
| **Total Expenses** | 516.03 | - | 1,089.50 | - | - | - | - | 1,605.53 |
| Receipts Attached | | | | | | | | |

Hello MICHAEL    English    Search aa.com

# American Airlines 

## Raleigh/ Durham to New York
1 Adult
**Monday** March 18, 2013 – **Wednesday** March 20, 2013

**Your Trip Cost:**
**$399.80** USD

**Record Locator**
**GMIZNF**
Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation.

**Reservation Name**
**RDU/LGA**
Status: **Ticket Pending** on Mar 06, 2013
If you have made changes to your reservation, the Total Price will display the original itinerary price until your ticket(s) has been reissued. Once reissued, the Total Price will reflect your new price.

### Flight Information

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **4465** Operated by American Eagle Airlines | Raleigh/ Durham (RDU) March 18, 2013 01:05 PM | New York (LGA) March 18, 2013 02:45 PM |
| **American Airlines** **4569** Operated by American Eagle Airlines | New York (LGA) March 20, 2013 07:10 PM | Raleigh/ Durham (RDU) March 20, 2013 08:55 PM |

Average Fare — $378.00
**Average Fare**
Adult — $378.00
**AAdvantage® Benefits**
Preferred Seats — $0.00
PriorityAAccess℠ — $0.00
Same-Day Standby — $0.00
**Taxes & Fees**
Adult — $21.80

**Flight Subtotal** — **$399.80**

### Your Notifications

Email:
MICHAEL@RESSNER.COM

- Send 2 hours prior to departure
- Including Baggage Claim
- Connecting Flight Departure Status
- Gate changes

Enabled
Disable

### Passenger Summary
Save time at the airport! Add your travel information below to check-in online.

**MICHAEL RESSNER**        No Further information required to travel

**Trip Contact Information**

We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.

1    Area Code and Number

# Marriott
## HOTELS & RESORTS

GUEST FOLIO

| Room | Name | Rate | Depart | Time | ACCT# |
|---|---|---|---|---|---|
| 2305 | RESSNER/MICHAEL | 439.00 | 03/20/13 | 12:00 | 13189 |

Type: DNKG
Arrive: 03/18/13  Time: 15:39

Room Clerk: 52

Address

Payment

RWD#:

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 03/18 | ROOM TR | 2305, 1 | 439.00 | | |
| 03/18 | RM TX | 2305, 1 | 38.96 | A | |
| 03/18 | NYC TAX | 2305, 1 | 25.79 | B | |
| 03/18 | OCC/JAV | 03/18/13 | 3.50 | | |
| 03/19 | ROOM TR | 2305, 1 | 439.00 | | |
| 03/19 | RM TX | 2305, 1 | 38.96 | A | |
| 03/19 | NYC TAX | 2305, 1 | 25.79 | B | |
| 03/19 | OCC/JAV | 03/19/13 | 3.50 | | |
| 03/20 | MC CARD | | | $1014.50 | |

TO BE SETTLED TO:    MASTER CARD        CURRENT BALANCE    .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------
|   | DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|---|
| K | 8.875% SALES TAX | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|---|---|---|---|
| 1014.50 | .00 | .00 | 1014.50 |

------------------ EXP. REPORT SUMMARY ------------------
03/18 ROOM&TAX        507.25

03/19 ROOM&TAX        507.25

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
   SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____

```
Copy   CREDIT RECEIPT
HACK #:  00471595
MED  #:     9M84
03/18/13 15:14-15:34
RATE #: 1
STAND. CITY RATE
Miles R1: 10.25
TRIP #:     7534
FARE  :   $29.50
TOLLS :
  RFK.Br:   $5.33
  ST.SUR:   $0.50
TIPS  :    $5.90
Total :   $41.23
CARDNUMBER: 6614
AUTHOR.: 36700P
Signature:
         Airport → Hotel
------------------
Contact TLC DIAL 3-1-1
```

"Executive Transportation" <info@executivetransportationnc.com>
to Michael Ressner
Invoice #2185

## Executive Transportation

"Serving All US Cities" P.O. Box 721 Franklinton, NC 27525
US
Tel: (919) 728-8418
Email: info@executivetransportationnc.com

PAID IN FULL

| | |
|---|---|
| **Invoice:** | 2185 |
| **Invoice Date:** | 03/20/2013 |
| **Terms:** | DUE ON RECEIPT |
| **Due By:** | DUE ON RECEIPT |

**Bill To:**
MICHAEL RESSNER
5909 APPLEGARTH RD.
RALEIGH, NC 27614
(919) 866-0046

**PO/Reference #**
N/A

| Conf# | Date & Times | Passenger | Client # | Routing Information | Trip Total | Total Due |
|---|---|---|---|---|---|---|
| 15750 | 03/18/2013 11:30 AM 11:50 AM | Ressner, Michael | | PU: -- : 5909 Applegarth Rd. Raleigh NC 27614 (United States of America) DO: -- : RDU - Raleigh-Durham International Airport / AA - American Airlines - AA | 75.00 | 0.00 |
| 15751 | 03/20/2013 08:55 PM 09:20 PM | Ressner, Michael | | PU: -- : RDU - Raleigh-Durham International Airport / AA - American Airlines - AA , Flt# 4569 **Notes:** Terminal #2 Zone #15 DO: -- : 5909 Applegarth Rd. Raleigh NC 27614 (United States of America) | 75.00 | 0.00 |

**Total:** 150.00
**Discount:** 0.00
**Finance Charge:** 0.00
**Payments:** 150.00
**Total Due ($):** 0.00