**EXHIBIT B**

EXPENSES FOR THE RETIREE COMMITTEE MEMBER SUSAN KANE

Susan Kane
Nortel Retiree Committee
March 22, 2013

Request for reimbursement for expenses incurred from March 18-20, 2013 related to meetings to discuss election results of proposed Nortel retiree medical plan, VEBA, and HRA/investment managers.

| | |
|---|---:|
| Round trip airfare from Nashville to NYC | $ 456.30 |
| Fee for changing return flight to earlier departure time | 75.00 |
| Hotel for nights of March 18 & 19 | 1,037.46 |
| Total | $1,568.76 |

# XFINITY Connect

skane6@comcast.ne

± Font Size −

## E-Ticket Confirmation-LQXKMQ 18MAR

**From :** American Airlines@aa.com <notify@aa.globalnotifications.com>  
**Subject :** E-Ticket Confirmation-LQXKMQ 18MAR  
**To :** SKANE6@COMCAST.NET

Sun, Mar 03, 2013 02:27 AM



Reservations    Redeem Miles    My Account    Deals

# eTicket Itinerary & Receipt Confirmation

Ticket Issued: Mar 2, 2013

Susan Kane,

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.

**For faster check-in at the airport, scan the barcode below at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.


Book a Hotel »


Book a Car »


Buy Trip Insurance »

# AVIS

Up to 35% off plus up to 3,000 AAdvantage bonus miles »

# Budget

Up to 30% off plus up to 2,000 AAdvantage bonus miles »

 

Earn 35K bonus miles and a Free Checked Bag »



30 Days of Unlimited Access as low as $99 »

Record Locator   LQXKMQ



# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American Airlines | 4653 | NASHVILLE<br>MON 18MAR<br>12:15 PM | NEW YORK LGA<br>MON 18MAR<br>3:20 PM | S |
| | | Operated By American Eagle Airlines | | |
| Susan Kane | Seat 14B | Economy | FF#: 7875BB8 | Food For Purchase |
| American Airlines | 4484 | NEW YORK LGA<br>WED 20MAR<br>6:10 PM | NASHVILLE<br>WED 20MAR<br>7:45 PM | S |
| | | Operated By American Eagle Airlines | | |
| Susan Kane | Seat 6B | Economy | FF#: 7875BB8 | Food For Purchase |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|---|
| Susan Kane | 0012376781303 | 405.58 | 50.72 | 456.30 |
| Visa XXXXXXXXXXXXX3829 | | | | $ 456.30 ✓ |

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

AA CARRY-ON BAGGAGE

American Airlines does not impose Carry-On bag fees however, restrictions do apply.  To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

AA CHECKED BAGGAGE CHARGES

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag.  For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

Record Locator **LQXKMQ**

# Receipt

| Passenger | Document # | Description | Amount | Tax | Total |
|---|---|---|---|---|---|
| Susan Kane | 0010641817926 | Same-Day Flight Change/LGA-BNA | 75.00 USD | 0.00 | 75.00 USD |
| Visa XXXXXXXXXXXX3829 | | | | | $75.00 ✓ |

 ealFinder

ɔns of Carriage     Special Assistance     Flight Check-in     Flight Status Notification

NRID: 15227642123271594560537

2

# XFINITY Connect

skane6@comcast.ne

+ Font Size -

## Your Mar 18, 2013 - Mar 20, 2013 stay at the New York Marriott East Side

**From :** Thanks for staying! <efolio@marriott.com>  Fri, Mar 22, 2013 09:27 AM
**Subject :** Your Mar 18, 2013 - Mar 20, 2013 stay at the New York Marriott East Side
**To :** SKANE6@COMCAST.NET
**Reply To :** Thanks for staying! <efolio@marriott.com>

Thank you for choosing the New York Marriott East Side for your recent stay.

As requested, below is a billing summary or adjustment for your stay. **If you have questions about your bill,** please contact us at (212) 755-4000 or NYEastSideAccounting@marriott.com.

Make another reservation on Marriott.com >>



Marriott Rewards members may receive this email automatically after every stay.

Modify your email preferences >>

### Summary of Your Stay

**Hotel: New York Marriott East Side**
525 Lexington Avenue at 49th Street
New York, New York 10017
USA
(212) 755-4000

**Guest: KANE/SUSAN/MRS**
NORTEL NETWORKS
220 ATHENS WAY
NASHVILLE, TN 37228-1311
USA

**Dates of stay:** Mar 18, 2013 - Mar 20, 2013
**Guest number:** 8913
**Marriott Rewards number:** XXXXX8944

**Room number:** 1020
**Group number:**

| Date | Description | Reference | Charges | Credits |
| --- | --- | --- | --- | --- |
| 03/18/13 | ROOM TR | 1020, 1 | 449.00 | |
| 03/18/13 | RM TX | 1020, 1 | 39.85 | |
| 03/18/13 | NYC TAX | 1020, 1 | 26.38 | |
| 03/18/13 | OCC/JAV | 03/18/13 | 3.50 | |
| 03/19/13 | ROOM TR | 1020, 1 | 449.00 | |
| 03/19/13 | RM TX | 1020, 1 | 39.85 | |
| 03/19/13 | NYC TAX | 1020, 1 | 26.38 | |
| 03/19/13 | OCC/JAV | 03/19/13 | 3.50 | |
| 03/20/13 | Payment - Visa XXXXXXXXXXXX3829 | | 1,037.46 ✓ | |

**Total balance**                                                                  **0.00** USD

Was that the best night's sleep you've ever had? How about a repeat performance at your place!

### shopmarriott.com

**Important Information**

**Do Not Reply to this Email**
This email is an auto-generated message. Replies to automated messages are not monitored. If you have any questions please contact the hotel directly at (212) 755-4000.

**Why Have I Received this Email?**
You have received this email because you requested during your stay to receive an electronic version of your bill by email.

**Availability**
Electronic versions of your hotel bill, available by email from our over 2,300 participating properties in the Marriott family of hotels in the USA and Canada, are emailed to you within 72 hours of check-out. These email messages reflect changes made to your bill up to 11pm on your day of departure. Any adjustments after that time may not be shown.

If you have received this email in error, please notify us.

Learn more about eFolio, receiving your hotel bills by email.

**Authenticity of Bills**
Marriott retains official records of all charges and credits to your account and will honor only those records.

**Privacy**
Your privacy is important to Marriott. For full details of our privacy policy, please visit our Internet Privacy Statement.

**Credit of Marriott Rewards Points**
After a stay, it may take up to 7 days for Marriott Rewards points to be credited to your account.

Terms of Use::Internet Privacy Statement(c)1996-2012 Marriott International, Inc. All rights reserved. Marriott proprietary information.