# EXHIBIT C

EXPENSES FOR THE RETIREE COMMITTEE MEMBER MARK M. HAUPT, SR.

# Mark Haupt

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Sunday, March 10, 2013 10:35 PM |
| **To:** | MARK@CONVERGEDUSA.COM |
| **Subject:** | E-Ticket Confirmation-LTUTDJ  18MAR |

American Airlines — Reservations   Redeem Miles   My Account   Deals 

## eTicket Itinerary & Receipt Confirmation

Ticket Issued: Mar 10, 2013

### Mark M Haupt,

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.

**For faster check-in at the airport, scan the barcode below at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

Book a Hotel »     Book a Car »     Buy Trip Insurance »

**AVIS** — Up to 35% off plus up to 3,000 AAdvantage bonus miles »

**Budget** — Up to 30% off plus up to 2,000 AAdvantage bonus miles »

**citi / American Airlines AAdvantage** — Earn 35K bonus miles and a Free Checked Bag »

**Admirals Club** — 30 Days of Unlimited Access as low as $99 »

1

**Record Locator** LTUTDJ 

## Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American Airlines | 4434 | RALEIGH DURHAM MON 18MAR 2:30 PM | NEW YORK LGA MON 18MAR 4:05 PM | N |
| | | Operated By American Eagle Airlines | | |
| Mark Haupt | Seat 9A | Economy | FF#: VH48960 GLD | Food For Purchase |
| American | 4479 | NEW YORK LGA WED 20MAR 5:20 PM | RALEIGH DURHAM WED 20MAR 7:05 PM | W |
| Mark Haupt | Seat 9B | | FF#: VH48960 GLD | Food For Purchase |

## Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|---|
| Mark Haupt | 0012320163703 | 292.09 | 43.71 | 335.80 |
| American Express XXXXXXXXXXX3001 | | | | $ 335.80 |

Baggage Information

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE -RDULGA-02 Pieces/ American Airlines /UP TO 50 LB/23 KG
AND UP TO 62 LINEAR IN/158 LINEAR CM
BAG ALLOWANCE -LGARDU-02 Pieces/ American Airlines /UP TO 50 LB/23 KG
AND UP TO 62 LINEAR IN/158 LINEAR CM
1STCHECKED BAG FEE-RDULGA-USD0.00/ American Airlines /UP TO 50 LB/23 KG
AND UP TO 62 LINEAR IN/158 LINEAR CM
1STCHECKED BAG FEE-LGARDU-USD0.00/ American Airlines /UP TO 50 LB/23 KG
AND UP TO 62 LINEAR IN/158 LINEAR CM
2NDCHECKED BAG FEE-RDULGA-USD0.00/ American Airlines /UP TO 50 LB/23 KG
AND UP TO 62 LINEAR IN/158 LINEAR CM
2NDCHECKED BAG FEE-LGARDU-USD0.00/ American Airlines /UP TO 50 LB/23 KG
AND UP TO 62 LINEAR IN/158 LINEAR CM
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations

2

# Marriott
## HOTELS & RESORTS

**GUEST FOLIO**

```
MED#       5B89
DRIVER: 5401041
03/18/13 TR 5441
START  END MILES
15:56 16:20  8.4
 CUSTOMER COPY
 REGULAR FARE
RATE 1:$   26.00
SURCH: $    0.00
QMTNL:$     5.33
STSRCH:$    0.50
TIP  : $    2.50
TOTAL: $   34.33

CARD TYPE: AMEX
XXXXXXXXXX3001
AUTH:557387
```

| Room | Name | Rate | Depart | Time | ACCT# |
|---|---|---|---|---|---|
| 916 | HAUPT/MARK/MR | 449.00 | 03/20/13 | 12:00 | 9946 |

| Type | | | Arrive | Time | |
|---|---|---|---|---|---|
| DNKG | | | 03/18/13 | 16:23 | |

Room Clerk: 52

Address / Payment          RWD#: XXXXX2506

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 03/18 | TELECOMM | WFB | 16.95 | | |
| 03/18 | TEL TAX | WFB | 1.50 | | G |
| 03/18 | ROOM TR | 916, 1 | 449.00 | | |
| 03/18 | RM TX | 916, 1 | 39.85 | | A |
| 03/18 | NYC TAX | 916, 1 | 26.38 | | B |
| 03/18 | OCC/JAV | 03/18/13 | 3.50 | | |
| 03/19 | TELECOMM | WFB | 16.95 | | |
| 03/19 | TEL TAX | WFB | 1.50 | | G |
| 03/19 | ROOM TR | 916, 1 | 449.00 | | |
| 03/19 | RM TX | 916, 1 | 39.85 | | A |
| 03/19 | NYC TAX | 916, 1 | 26.38 | | B |
| 03/19 | OCC/JAV | 03/19/13 | 3.50 | | |
| 03/20 | AX CARD | | | $1074.36 | |

TO BE SETTLED TO:    AMERICAN EXPRESS   CURRENT BALANCE   .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO CHECK-OUT.

------------------ SUMMARY OF TAXES ------------------

| DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|
| K  8.875% SALES TAX | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|---|---|---|---|
| 1074.36 | .00 | .00 | 1074.36 |

------------------ EXP. REPORT SUMMARY ------------------

| 03/18 | PHONE | 18.45 |
|---|---|---|
| | ROOM&TAX | 518.73 |
| 03/19 | PHONE | 18.45 |
| | ROOM&TAX | 518.73 |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
MARK.HAUPT@EEILED.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X_____

⊕ Contains 30% post consumer fibers                                To secure your next stay, go to Marriott.com

```
4I4P63/1P      22MAR13     07560685         E-TICKET RECEIPT
HAUPT/MARKM                                           ARRIVAL              FROM TO
 130P  RALEIGH/DURHA RDU  US    3241    W   01APR    304P  PHILADELPHIA PHL   RDU PHL
 630P  PHILADELPHIA PHL   US    1084    W   02APR    808P  RALEIGH/DURHA RDU  O PHL RDU
```

**STNDBY/CHG FEE/NO RFND//CXL BY**

```
FP    AXXXXXXXXXXXX3001/XXXX/109958RDU US PHL251.17US RDU251.16 USD502.33E
ND US ZPRDUPHL XT 5.00AY9.00XFRDU4.5PHL4.5
```

IF ONE OF YOUR FLIGHTS IS ON A
PARTNER AIRLINE, PARTNER FEES
MAY APPLY. PLEASE GO TO
USAIRWAYS.COM/PARTNERBAGFEES
FOR MORE INFO

```
FARE USD   502.33    DOCUMENT NUMBER 0377178096159
TAX   XT    14.00
TAX   US    37.67    NO CASH VALUE                       THANK YOU FOR FLYING
TOTALUSD   561.80    NOT VALID FOR TRAVEL                     US AIRWAYS
```

```
Legal Sea Foods
B/C Connector
(267)295-9300
                              Check#:10634
Table 206
Server: Brenden K.  Gst 1
2:51 PM 4/2/13
Transaction #:15114
                                      Amex
Card Number       Auth Code
************3001  561412
Pmt type:

Amount:                        $34.60
Tip:                             6.00
                               ======
Total:                          40.60

              Guest Copy
```

