**EXHIBIT D**

**EXPENSES FOR THE RETIREE COMMITTEE MEMBER GARY DONAHEE**

From: "American Airlines@aa.com"
<notify@aa.globalnotifications.com>
Subject: E-Ticket Confirmation-LSGOFN  18MAR
Date: March 1, 2013 10:25:27 AM CST
To: "GDONAHEE@MAC.COM" <gdonahee@mac.com>

Ticket Issued: Mar 1, 2013

# Gary R Donahee,

Thank you for choosing American Airlines / American Eagle, a member of the **one**world® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using  www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.

**For faster check-in  at the airport, scan the barcode below at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.



| Record Locator | **LSG OFN** |

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 734 | DALLAS FT WORTH MON 18MAR 1:30 PM | NEW YORK LGA MON 18MAR 5:50 PM | P |
| Gary Donahee | Seat 5B | First Cl | FF#: B941352 PLT | Lunch |
| American | 791 | NEW YORK LGA TUE 19MAR 7:35 PM | DALLAS FT WORTH TUE 19MAR 10:40 PM | A |
| Gary Donahee | Seat 5A | First Cl | FF#: B941352 PLT | Dinner |

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|---|
| Gary Donahee | 0012376735328 | 1317.20 | 120.60 | 1437.80 |

**Gary Donahee - Additional Fare Collection** 50.02

Exchange, Master Card XXXXXXXXXXX8774

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE.  Tickets with nonrestrictive fares are valid for one year from original date of issue.  If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record

locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

AA CARRY-ON BAGGAGE

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

AA CHECKED BAGGAGE CHARGES

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent). If traveling to/from Mexico and your flight is operated by American Eagle, only one checked bag is allowed.

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and  To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's  conditions of carriage..

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including

the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

If you have a customer service issue, please Contact AA..

Conditions of Carriage   Special Assistance   Flight Check-in   Flight Status Notification

NRID: 5229172546540110244468400

From: ICBarclaybilling@ihg.com
Subject: IC Barclay Hotel Folio
Date: March 27, 2013 8:51:32 PM CDT
To: gdonahee@mac.com

Dear Valued Guest, Thank you for staying at the
InterContinental New York Barclay.  Attached please find a
copy of your invoice as per your request. Should you need
further assistance, please do not hesitate to contact us at
any time at (212) 906-1400 or via email at
icbarclaybilling@ihg.com. Best regards,InterContinental New
York Barclay



|  |  |  | 35 | 03-27-13 |

**Gary Donahee**  
5517 St Andrews Ct  
Plano Tx  
Usa,  75093

| | |
|---|---|
| Folio No. : | **1048651** |
| A/R Number : | |
| Group Code : | |
| Company : | |
| Membership No. : | |
| Invoice No. : | |
| Voucher No. : | |

| | |
|---|---|
| Room No. : | **0437** |
| Arrival : | **03-18-13** |
| Departure : | **03-19-13** |
| Conf. No. : | **64614055** |
| Rate Code : | **IKPCM** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-18-13 | Internet Access | 19:01 Room# 0437 : | 16.95 | |
| 03-18-13 | Barclay Bar Dinner - Liquor | Line# 437 : CHECK# 0043718 | 45.02 | |
| 03-18-13 | Room Service Dinner - Food | Line# 437 : CHECK# 0032222 | 63.90 | |
| 03-18-13 | *Accommodation | | 354.00 | |
| 03-18-13 | Sales Tax | | 31.42 | |
| 03-18-13 | City Tax | | 20.80 | |
| 03-18-13 | Occupancy Tax | | 4.00 | |
| 03-18-13 | NYS Javits Center Fee | | 1.50 | |
| 03-19-13 | Mini-Bar - Beverage | | 7.60 | |
| 03-19-13 | Mini-Bar - Food | | 5.44 | |
| 03-19-13 | Mini-Bar - Beverage | | 10.88 | |
| 03-19-13 | Mastercard | | | 561.51 |
| | | XXXXXXXXXXXX8774 | | |
| | | **Total** | **561.51** | **561.51** |
| | | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental The Barclay New York  
111 East 48th Street  
New York, NY  10017  
Telephone:  (212) 755-5900  Fax:  (212) 644-0079

Page :   1

From: FreedomPark Reservations <reservations@freedomparkdfw.com>
Subject: Airport Parking Receipt - Gary Donahee 3/18-3/19
Date: March 20, 2013 1:05:41 AM CDT
To: Gary Donahee <gdonahee@mac.com>

# Airport Parking Receipt

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedompark dfw.com

Receipt #: 1553320
Date: 3/16/2013 5:54:48 PM

SOLD TO: Gary Donahee
214-986-5443
gdonahee@mac.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---|---|---|---|---|
| 1553320 | 3/18/2013 | 3/19/2013 | | $52.51 |

Charges for AMEX ending in 1000 - Corp

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge |
|---|---|---|---|---|---|---|---|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 |
| | | | | | Credit Card Total | | $52.51 |

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at 972-252-2500.

Thanks for using FreedomPark!