EXHIBIT "E"

**EXPENSES FOR RETIREE COMMITTEE MEMBER JOHN T. ZALOKAR**

Record Locator **ABVBGC**

# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 374 | CHICAGO OHARE<br>MON 18MAR<br>12:25 PM | NEW YORK LGA<br>MON 18MAR<br>3:25 PM | O |
| John Zalokar | Seat 25D | | FF#: E870104 | |
| American | 345 | NEW YORK LGA<br>WED 20MAR<br>5:20 PM | CHICAGO OHARE<br>WED 20MAR<br>7:10 PM | P |
| John Zalokar | Seat 5B | | FF#: E870104 | |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|---|
| John Zalokar | 0012320202600 | 458 59 | 56.19 | 514 78 |

**John Zalokar - Additional Fare Collection** 4.99

Exchange, American Express XXXXXXXXXXX1002

[illegible]

[illegible] www.aa.com/refunds

[illegible]

[illegible] www.aa.com/airportexpectations

[illegible]

[illegible] Carry-On luggage [illegible]
BAG CHARGES. [illegible] INTERLINE PARTNER

[illegible]

[illegible]

# NEW YORK Marriott
## MARQUIS

1535 Broadway, New York City, New York 10036 (212) 398-1900

**GUEST FOLIO**

```
ROOM  3155   NAME ZALOKAR/JOHN/MR    RATE 399.00  DEPART 03/20/13  TIME 12:00   ACCT# 9021
TYPE  CNK                            ARRIVE 03/18/13  TIME 17:42
      45
```

MRW#: XXXXX1215

| DATE | REFERENCE | ROOM CLERK ADDRESS | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 03/18 | ROOM TR | 3155, 1 | 399.00 | | A |
| 03/18 | RM TAX | 3155, 1 | 35.41 | | B |
| 03/18 | CITY TAX | 3155, 1 | 23.44 | | C |
| 03/18 | OCC JAV | 3155, 1 | 3.50 | | |
| 03/19 | ROOM TR | 3155, 1 | 399.00 | | A |
| 03/19 | RM TAX | 3155, 1 | 35.41 | | B |
| 03/19 | CITY TAX | 3155, 1 | 23.44 | | C |
| 03/19 | OCC JAV | 3155, 1 | 3.50 | | |
| 03/20 | AX CARD | | | $922.70 | |

TO BE SETTLED TO:     AMERICAN EXPRESS  CURRENT BALANCE    .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL EXTENSION 6200, OR PRESS "MENU" ON YOUR TV.

```
   DESCRIPTION              TAXED AMOUNT       TAX
I  PHONE SALES TAX                .00          .00
J  NYC 2.35% UTILITY TX           .00          .00
L  NYS GROSS REC. TAX             .00          .00

      NET CHARGES              TAX         CREDITS      FOLIO
        922.70                 .00           .00       922.70
```

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.



# NEW YORK Marriott
## MARQUIS

For questions regarding this folio
Please call Marriott Business Service
Toll Free at (866) 435-7627

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. [The credit card company will bill in the usual manner.] If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____

```
Copy
    CREDIT RECEIPT
HACK #: 00451054
MED  #:      6P63
03/19/13 18:31-18:41
RATE #: 1
STAND. CITY RATE
Miles R1: 0.59
TRIP #:      7767
FARE  :    $7.00
EXTRAS:    $1.00
ST.SUR:    $0.50
TIPS  :    $1.50
Total :   $10.00
CARDNUMBER: 1002
AUTHOR.: 589654

Contact TLC DIAL 3-1-1
```

**OFFICIAL TAXI RECEIPT**

Date 3/20 20 13

FROM Marriott

TO 215 Park

FARE ......... TOLL ......... TOTAL 8.50

SIGNATURE ......... # .........

```
--ORIGINAL--
MED#         8M52
DRIVER:    495552
  CUSTOMER COPY
03/19/13 TR21344
START   END MILES
08:07 08:15  0.5
  REGULAR FARE
RATE 1:$    6.00
EXTRA: $    0.00
SURCH: $    0.00
STSRCH:$    0.50
TIP:   $    2.00
TOTAL: $    8.50

CARD TYPE: AMEX
XXXXXXXXXX1002
AUTH:546819

    THANKS
  TO CONTACT TLC
    DIAL 3-1-1
```

**Marriott.**
Leave a trail of genius.

#1
3/18
10. CAB
RETURN TO
HOTEL FROM
DINNER MEETING

3/18/13

Visit Marriott.com and book your next

30% post consumer fibers

```
MED#         4N80
DRIVER:   5412414
03/18/13 TR 2939
START  END MILES
18:10 18:18  0.7
  Regular Fare
RATE 1:$    6.50
SURCH: $    1.00
StSrch:$    0.50
TOTAL: $    8.00
    THANKS
  TO CONTACT TLC
    DIAL 3-1-1


MED#         4M41
DRIVER:   5248024
03/18/13 TR 3182
START  END MILES
17:03 17:33 11.0
  CUSTOMER COPY
  REGULAR FARE
RATE 1:$   32.50
SURCH: $    1.00
TRIBB:$     5.33
STSRCH:$    0.50
TIP  : $    6.00
TOTAL: $   45.33

CARD TYPE: AMEX
XXXXXXXXXX1002
```

```
0755
Server: OB PM 1 0                    Rec:411
03/19/13 18:13, Swiped    T: 988 Term: 5

THE OYSTER BAR
GRAND CENTRAL STATION
NY, NY 10017
(212)490-6650
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1002
00 TRANSACTION APPROVED
AUTHORIZATION #: 523646
Reference: 0319010000755
TRANS TYPE: Credit Card SALE
```

CHECK:            47.58
TIP:              10—
TOTAL:            57.58

X _____

***Duplicate Copy***

```
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
The "DUPLICATE" copy is for the guest
A GRATUITY OR SERVICE CHARGE IS NOT
INCLUDED ON YOUR BILL, EXCEPT FOR
PARTIES OF SIX (6) OR MORE
```

Dinner NT
3/19 #1/4 Meeting
N.Y.C.

---

**THANK YOU**
**O'Hare International Airport**
**Parking Facility - Lot F**
PO Box 66179, Chicago, IL, 60666-0179
Tel: (773) 686-7532

**DAILY TICKET**

| | |
|---|---|
| Transaction-Id: | 63306-30733 |
| In: | 3/18/2013 11:04 AM |
| Out: | 3/20/2013 6:07 PM |
| Duration: | 2 07:03 |
| Lane: | 27 |
| Vehicle LPN: | 313ZZZ |
| ID: | wharr |
| Parking Fees | $ 27.00 |
| Validations: | $ 0.00 |
| **Total:** | **$ 27.00** |
| CREDIT CARD | $ 27.00 |
| Balance Due | $ 0.00 |
| AMERICAN EXPRESS | XXXXXXXXXXXX1002 |
| Auth | 562391 |

Includes All Applicable Taxes