# EXHIBIT A

2725046.2

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
**Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC**
December 1, 2012 - December 31, 2012

**TOTAL HOURS:** 483.45

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 12/06/12 | 0.1 | 1 | Review Jones inquiry for information |
| M. Morton | 12/06/12 | 0.5 | 1 | Respond to request from LTD committee |
| A. Shapiro | 12/06/12 | 1.0 | 1 | Read through additional information |
| R. Mizak | 12/06/12 | 0.8 | 1 | Responded to questions from auditors on bid process |
| R. Mizak | 12/07/12 | 0.9 | 1 | Reviewed response / estimate from investment manager |
| M. Arnaoudona | 12/10/12 | 0.1 | 1 | Review list of follow up action items after Retiree Committee call |
| M. Morton | 12/12/12 | 0.5 | 1 | Respond to LTD Committee email |
| M. Morton | 12/14/12 | 0.5 | 1 | Review VEBA request from Doug Greer |
| M. Morton | 12/17/12 | 0.5 | 1 | Follow up on retiree committee questions |
| R. Mizak | 12/06/12 | 1.3 | 2 | Reviewed court docs related to committee vs. debtor requirements |
| M. Morton | 12/07/12 | 0.5 | 2 | Review term sheet language |
| R. Winters | 12/20/12 | 0.3 | 2 | Review new materials from Debtor + Greer comments on data |
| B. Yee | 12/28/12 | 3.0 | 2 | Review Prospective Insurer plans, produce claim form examples & call |
| B. Yee | 12/31/12 | 1.0 | 2 | Review 1994 Life & LTC plans, call with Neil on years of service |
| R. Mizak | 12/13/12 | 1.3 | 3 | Work on actuarial tables and updated model shown to committee in August |
| R. Winters | 12/14/12 | 0.2 | 3 | Review materials from Morton re medical costs developed (LTD); Yee email re subsidy |
| A. Shapiro | 12/17/12 | 1.3 | 3 | Contrast different data sources |
| V. Bodnar | 12/03/12 | 0.3 | 5 | Review bridge analysis |
| M. Morton | 12/03/12 | 0.5 | 5 | Review dual eligible analysis |
| M. Morton | 12/03/12 | 1.5 | 5 | Reconciliation to expert report |
| A. Shapiro | 12/03/12 | 1.0 | 5 | Look into third party liability calculation |
| A. Shapiro | 12/03/12 | 3.2 | 5 | Create Retiree census from source data |
| A. Shapiro | 12/03/12 | 1.5 | 5 | Create Retiree census from source data |
| A. Shapiro | 12/03/12 | 1.6 | 5 | Create Retiree census from source data |
| A. Shapiro | 12/04/12 | 0.5 | 5 | Look into Nortel Custom Report tab from DG14 file |
| A. Shapiro | 12/04/12 | 2.8 | 5 | Analyze scheduled benefits, LTIP, and medical claim costs |
| B. Yee | 12/04/12 | 5.2 | 5 | Analyze data and review with Andy, draft LTD report |
| M. Morton | 12/05/12 | 2.0 | 5 | Develop allocation tables examples |
| M. Morton | 12/05/12 | 2.5 | 5 | Review retiree dataset |
| A. Shapiro | 12/05/12 | 5.0 | 5 | Compare current retiree census to previous A&M version |
| A. Shapiro | 12/05/12 | 0.5 | 5 | Create Retiree census from source data |
| B. Yee | 12/05/12 | 0.5 | 5 | Review dependent medical plan projection |
| B. Nassau | 12/05/12 | 0.8 | 5 | Data Retrieval for Retiree Committee |
| M. Morton | 12/06/12 | 2.0 | 5 | Develop allocation tables examples |
| M. Morton | 12/06/12 | 0.5 | 5 | Review retiree dataset |
| A. Shapiro | 12/06/12 | 5.0 | 5 | Create retiree census for active and LTD employees |
| D. Greer | 12/07/12 | 0.7 | 5 | Review and supplement email to LTD Committee from M. Morton re: liability calculation methodology and model |
| M. Morton | 12/07/12 | 2.0 | 5 | Update allocation methodology |
| M. Morton | 12/07/12 | 1.5 | 5 | Create LTD tables for allocation |
| B. Yee | 12/07/12 | 4.3 | 5 | Review, edit and call to discuss term sheet, review allocation |
| R. Mizak | 12/07/12 | 1.7 | 5 | Updated model and spreadsheet with preliminary estimates. |
| M. Morton | 12/10/12 | 1.0 | 5 | Review net income sources |
| A. Shapiro | 12/10/12 | 1.3 | 5 | Update LTD census with 7/1/2012 data |
| A. Shapiro | 12/10/12 | 2.8 | 5 | Generate liabilities for all combinations |
| A. Shapiro | 12/10/12 | 2.0 | 5 | Update medical subsidy amounts |
| D. Greer | 12/11/12 | 0.8 | 5 | Review, research and respond to emailed inquiries from LTD committee members regarding LTD Benefit liability calculations and allocations |
| M. Morton | 12/11/12 | 1.5 | 5 | Review dependant calculation |
| M. Morton | 12/11/12 | 1.5 | 5 | Review LTD data quality |
| M. Morton | 12/11/12 | 1.5 | 5 | Review LTD data quality |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| A. Shapiro | 12/11/12 | 1.0 | 5 | Compare model 13.1 to 13.2 |
| A. Shapiro | 12/11/12 | 0.3 | 5 | Remove dependent and spouse life coverage from model |
| A. Shapiro | 12/11/12 | 0.5 | 5 | Build different claim costs for spouse and child into model |
| A. Shapiro | 12/11/12 | 1.3 | 5 | Compare data sources for scheduled benefit and offsets |
| A. Shapiro | 12/11/12 | 2.3 | 5 | Modify dependent children medical benefit calculation |
| A. Shapiro | 12/11/12 | 0.5 | 5 | Update LTD census with 7/1/2012 data |
| R. Mizak | 12/11/12 | 1.6 | 5 | Work on model and roll up of costs |
| M. Morton | 12/12/12 | 1.5 | 5 | Data review for LTD Committee |
| A. Shapiro | 12/12/12 | 2.0 | 5 | Calculate LTD claim costs split by employee and dependents |
| M. Morton | 12/13/12 | 1.5 | 5 | Review LTD data quality |
| M. Morton | 12/13/12 | 0.5 | 5 | Medicare advantage review |
| A. Shapiro | 12/13/12 | 2.5 | 5 | Calculate LTD claim costs split by employee and dependents |
| R. Mizak | 12/13/12 | 1.5 | 5 | Work on financial tables |
| R. Mizak | 12/13/12 | 0.7 | 5 | Revisions to financial table |
| D. Greer | 12/14/12 | 1.0 | 5 | Review and modify analysis related to gross estimated cost of existing Nortel Retiree Medical plan |
| M. Morton | 12/14/12 | 1.0 | 5 | Review medical illustration for Committee presentation |
| M. Morton | 12/14/12 | 1.0 | 5 | Review medical costs per member |
| M. Morton | 12/14/12 | 0.5 | 5 | Review updates to model for discussion with Committee |
| A. Shapiro | 12/14/12 | 0.3 | 5 | Analyze medical liability with new claim costs |
| A. Shapiro | 12/14/12 | 0.3 | 5 | Adjust medicare and RDS subsidy allocation |
| A. Shapiro | 12/14/12 | 0.8 | 5 | Generate liabilities for all combinations |
| A. Shapiro | 12/14/12 | 0.5 | 5 | Medical enrollee and subsidy amount projection |
| B. Nassau | 12/14/12 | 0.5 | 5 | Data Retrieval for Retiree Committee |
| R. Mizak | 12/14/12 | 1.5 | 5 | Work on financial tables |
| A. Shapiro | 12/17/12 | 0.3 | 5 | Medical enrollee and subsidy amount projection |
| A. Shapiro | 12/17/12 | 1.0 | 5 | Update census |
| A. Shapiro | 12/17/12 | 1.0 | 5 | Develop allocation grids for retirees |
| A. Shapiro | 12/17/12 | 1.8 | 5 | Develop allocation grids for retirees |
| B. Yee | 12/17/12 | 0.5 | 5 | Direct adjustments on census & claim values |
| A. Shapiro | 12/18/12 | 2.0 | 5 | Develop allocation grids for retirees |
| A. Shapiro | 12/18/12 | 1.0 | 5 | Develop allocation grids for retirees |
| A. Shapiro | 12/18/12 | 1.5 | 5 | Develop allocation grids for retirees |
| B. Yee | 12/18/12 | 1.7 | 5 | Review claim value listing and grid layout, email to Neil |
| R. Mizak | 12/18/12 | 0.9 | 5 | Updated budget with revised bids and analysis |
| M. Morton | 12/19/12 | 1.0 | 5 | Review grid for retirees |
| A. Shapiro | 12/19/12 | 1.5 | 5 | Format allocation grids |
| A. Shapiro | 12/19/12 | 2.0 | 5 | Check allocation grids |
| A. Shapiro | 12/19/12 | 0.3 | 5 | Liability model as of 4/30/2013 |
| A. Shapiro | 12/19/12 | 1.3 | 5 | Counts of enrollees in allocation grids |
| R. Mizak | 12/19/12 | 0.5 | 5 | Call (D. Greer, R. Mizak, and R. Yee) re: modeling assumptions to forecast HRA durations |
| A. Shapiro | 12/20/12 | 0.3 | 5 | Update census with surviving spouse LTC & waived retirement |
| A. Shapiro | 12/20/12 | 0.8 | 5 | HRA runoff model |
| A. Shapiro | 12/20/12 | 0.3 | 5 | Medical enrollee and subsidy amount projection |
| A. Shapiro | 12/20/12 | 1.0 | 5 | Format allocation grids |
| A. Shapiro | 12/21/12 | 0.5 | 5 | Reformat allocation grids |
| B. Yee | 12/21/12 | 1.0 | 5 | Supervise submission of retiree listing and grid |
| R. Mizak | 12/22/12 | 0.8 | 5 | Updated estimates in budget per calls with professionals. |
| A. Shapiro | 12/24/12 | 0.3 | 5 | HRA runoff model |
| R. Mizak | 12/24/12 | 1.3 | 5 | Work on revised budget, updated footnotes, revised estimates |
| R. Mizak | 12/24/12 | 1.7 | 5 | Worked on building out forecast asset balance run rate less investment expense plus investment income |
| A. Shapiro | 12/26/12 | 0.5 | 5 | Revise mortality assumptions |
| A. Shapiro | 12/26/12 | 1.0 | 5 | Format allocation grids |
| B. Yee | 12/26/12 | 0.5 | 5 | Discuss and advise Andy on claim form & grid format |
| B. Yee | 12/26/12 | 1.0 | 5 | Revise grid format |
| A. Shapiro | 12/27/12 | 4.0 | 5 | Census checking |
| A. Shapiro | 12/27/12 | 3.3 | 5 | Manual overrides of Census data |
| B. Yee | 12/27/12 | 0.5 | 5 | Discuss with Andy on mortality table, claim form & census statistics |
| A. Shapiro | 12/28/12 | 0.3 | 5 | Format allocation grids |
| R. Mizak | 12/11/12 | 1.4 | 6 | Diligence on professional fee estimate: insurance coverage |

04/12/13  3:37 PM

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Mizak | 12/11/12 | 1.0 | 6 | Diligence on professional fee estimate: third potential HRA administrator |
| R. Mizak | 12/11/12 | 0.7 | 6 | Diligence on professional fee estimate: custodian |
| R. Mizak | 12/12/12 | 0.4 | 6 | Analyzed estimate from auditor |
| R. Mizak | 12/12/12 | 0.8 | 6 | Analyzed estimate from another auditor plus detailed comments that would increase or decrease the estimate of costs to complete audit. |
| D. Greer | 12/28/12 | 0.5 | 7 | Call with N. Berger and Retiree Committee member re: questions pertaining to Retiree ballot |
| V. Bodnar | 12/02/12 | 0.1 | 8 | Call with Ron Winters |
| V. Bodnar | 12/02/12 | 0.5 | 8 | Call with M. Morton re: project status |
| M. Morton | 12/02/12 | 0.4 | 8 | Call with V. Bodnar |
| M. Morton | 12/02/12 | 1.3 | 8 | Conference call with Ron Winters |
| V. Bodnar | 12/03/12 | 0.5 | 8 | Professionals call |
| V. Bodnar | 12/03/12 | 1.0 | 8 | LTD Committee advisors call to discuss new analysis and prepare for LTD Committee call |
| M. Morton | 12/03/12 | 1.0 | 8 | Conference call with financial advisors |
| M. Morton | 12/03/12 | 1.0 | 8 | Conference call with Neil Berger |
| B. Yee | 12/03/12 | 0.5 | 8 | Call with R. Winters, D. Greer & J. Baliban |
| B. Yee | 12/03/12 | 0.8 | 8 | Call to discuss status of analysis |
| R. Mizak | 12/03/12 | 1.1 | 8 | Participation in conference call re: trust with counsel and A&M (Greer, Winters, and Mizak) |
| R. Mizak | 12/03/12 | 0.2 | 8 | Follow-up call (Greer and Mizak) re: service providers |
| R. Winters | 12/05/12 | 0.2 | 8 | Telephone call with Rafael Zahralddin re sale of claim under possible settlement |
| R. Winters | 12/05/12 | 0.3 | 8 | Telephone call (Ronald Winters + Maria Arnaoudona) re research on sale of GUC under possible LTD settlement |
| R. Winters | 12/05/12 | 0.3 | 8 | Telephone call with M. Curran re review of market to sell claim under potential settlement |
| R. Winters | 12/05/12 | 0.5 | 8 | Telephone call (Ronald Winters + Maria Arnaoudona) re GUC claims values for prospective LTD settlement |
| M. Arnaoudona | 12/05/12 | 0.3 | 8 | Telephone call (Ronald Winters + Maria Arnaoudona) re research on sale of GUC under possible LTD settlement |
| M. Arnaoudona | 12/05/12 | 0.5 | 8 | Telephone call (Ronald Winters + Maria Arnaoudona) re research on sale of GUC under possible LTD settlement |
| K. Gregson | 12/05/12 | 2.0 | 8 | Prospective Insurer enrollment team planning call |
| V. Bodnar | 12/06/12 | 0.5 | 8 | Call with Ron Winters re: term sheet language |
| R. Mizak | 12/06/12 | 1.0 | 8 | Meeting (R. Winters, R. Mizak) re: trust structure and vendor responses. |
| R. Winters | 12/07/12 | 0.2 | 8 | Telephone call (Ronald Winters + Maria Arnaoudona) re deliverables for LTD Committee |
| R. Winters | 12/07/12 | 0.3 | 8 | Telephone call with Rafael Zahralddin + Curran re requirements for LTD Committee + settlement mechanics |
| R. Winters | 12/07/12 | 1.0 | 8 | Participation in call (R. Winters, R. Mizak, D. Greer) to discuss trust progression. |
| R. Winters | 12/07/12 | 0.9 | 8 | Call with Retiree counsel re trust prep and tasks (partial) |
| R. Winters | 12/07/12 | 1.1 | 8 | Telephone call with Rafael Zahralddin + TW + Henderson re deliverables for LTD Committee |
| D. Greer | 12/07/12 | 1.0 | 8 | Participation in call (R. Winters, R. Mizak, D. Greer) to discuss trust progression. |
| V. Bodnar | 12/07/12 | 1.2 | 8 | Advisors call |
| V. Bodnar | 12/07/12 | 1.0 | 8 | Retiree advisors call |
| M. Morton | 12/07/12 | 1.0 | 8 | Call with financial advisors and lawyers |
| M. Morton | 12/07/12 | 1.0 | 8 | Call with Cleary re: data |
| M. Arnaoudona | 12/07/12 | 0.2 | 8 | Telephone call (Ronald Winters + Maria Arnaoudona) re deliverables for LTD Committee |
| R. Mizak | 12/07/12 | 1.3 | 8 | Prepared for call with counsel re: trust formation |
| R. Mizak | 12/07/12 | 1.0 | 8 | Participation in call (R. Winters, R. Mizak, D. Greer) to discuss trust progression. |
| R. Mizak | 12/07/12 | 1.2 | 8 | Prepared question list and discussion points for call with counsel. |
| K. Gregson | 12/07/12 | 1.0 | 8 | Call with Berger regarding Prospective Insurer role in communication and Admin |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| M. Arnaoudona | 12/09/12 | 0.5 | 8 | Call with R. Winters & D. Greer re; allocations analysis and presentation for Retiree Committee |
| R. Winters | 12/10/12 | 0.1 | 8 | Call (Winters & Greer) to prepare for Retiree Committee call |
| R. Winters | 12/10/12 | 0.6 | 8 | Call (Berger + Arnaoudona + Winters); Aetna threshold issues |
| R. Winters | 12/10/12 | 0.6 | 8 | Call series (Winters + Arnaoudona); re development of materials for Retiree Committee conference call |
| D. Greer | 12/10/12 | 0.1 | 8 | Call (Winters & Greer) to prepare for Retiree Committee call |
| M. Morton | 12/10/12 | 0.4 | 8 | Call with D. Greer & R. Winters in preparation for LTD Committee call |
| M. Arnaoudona | 12/10/12 | 0.6 | 8 | Call (Berger + Arnaoudona + Winters); Aetna threshold issues |
| M. Arnaoudona | 12/10/12 | 0.6 | 8 | Call series (Winters + Arnaoudona); re development of materials for Retiree Committee conference call |
| R. Winters | 12/11/12 | 0.9 | 8 | Professionals call with Togut firm. M&E + Mizak, Arnaoudona, Greer, Winters |
| D. Greer | 12/11/12 | 0.6 | 8 | Call with M. Morton and B. Yee re: questions from LTD Committee |
| D. Greer | 12/11/12 | 0.9 | 8 | Professionals call with Togut firm. M&E + Mizak, Arnaoudona, Greer, Winters |
| M. Morton | 12/11/12 | 0.5 | 8 | Conference call with Doug Greer |
| M. Morton | 12/11/12 | 0.3 | 8 | Discuss allocation with R. Yee |
| B. Yee | 12/11/12 | 0.7 | 8 | Call with D. Greer and M. Morton on data issues raised by Committee |
| M. Arnaoudona | 12/11/12 | 0.9 | 8 | Professionals call with Togut firm. M&E + Mizak, Arnaoudona, Greer, Winters |
| R. Mizak | 12/11/12 | 0.9 | 8 | Professionals call with Togut firm. (M&E, Mizak, Arnaoudona, Greer, and Winters) |
| R. Mizak | 12/11/12 | 0.1 | 8 | Call with McCarter & English re: trust professionals |
| R. Winters | 12/12/12 | 0.4 | 8 | Telephone call with Bob Yee re language for advice to participants |
| R. Winters | 12/12/12 | 0.3 | 8 | Discussions (Winters - Arnaoudona) re LTD prospective claim sale |
| M. Morton | 12/12/12 | 1.0 | 8 | Conference call with Dan and Paul |
| B. Yee | 12/12/12 | 1.2 | 8 | Call with Ron on allocation description, research VEBA & HR |
| M. Arnaoudona | 12/12/12 | 0.3 | 8 | Discussions (Winters - Arnaoudona) re LTD prospective claim sale |
| R. Mizak | 12/12/12 | 0.5 | 8 | Call with insurance professional re: fidelity bond under EIRSA and fiduciary D&O liability |
| R. Mizak | 12/12/12 | 1.2 | 8 | Prepared for and participated in conference call with head of sales for HRA administrator |
| R. Mizak | 12/12/12 | 1.3 | 8 | Discussion with group on refunded scope of work for respective professional services teams related to trust under various scenarios |
| K. Gregson | 12/12/12 | 2.0 | 8 | Prospective Insurer enrollment team planning call preparation |
| K. Gregson | 12/12/12 | 1.0 | 8 | Prospective Insurer enrollment team planning call |
| R. Winters | 12/13/12 | 0.4 | 8 | LTD Committee advisors call re: settlement allocation methodologies |
| D. Greer | 12/13/12 | 0.4 | 8 | LTD Committee advisors call re: settlement allocation methodologies |
| M. Morton | 12/13/12 | 1.5 | 8 | Call with financial advisors |
| R. Mizak | 12/13/12 | 0.6 | 8 | Discussion with insurance professional re: trust considerations, budgetary issues, etc. |
| R. Mizak | 12/13/12 | 0.5 | 8 | Call with potential auditor |
| R. Mizak | 12/13/12 | 0.3 | 8 | Call with potential investment manager, re: quote |
| R. Mizak | 12/13/12 | 0.4 | 8 | Call with potential investment advisor and custodian |
| R. Mizak | 12/13/12 | 0.4 | 8 | Call with potential accountant |
| K. Gregson | 12/13/12 | 1.0 | 8 | Advisor call on Ballot and settlement communication |
| R. Winters | 12/14/12 | 1.2 | 8 | Participated in professionals call (Retiree Committee); prep for Call with Committee re settlement, potential implementation options and costs (R. Winters, R. Mizak and D. Greer) |
| R. Winters | 12/14/12 | 0.3 | 8 | Call with Neil Berger re professionals and arranging required deliverables |
| M. Arnaoudona | 12/14/12 | 0.7 | 8 | Retiree Advisors Call |
| R. Mizak | 12/14/12 | 1.0 | 8 | Prepared for call with committee advisors, reviewed tables, made changes as required. |
| R. Mizak | 12/14/12 | 1.2 | 8 | Participated in professionals call (Retiree Committee); prep for Call with Committee re settlement, potential implementation options and costs (R. Winters, R. Mizak and D. Greer - some for partial) |
| R. Mizak | 12/14/12 | 0.2 | 8 | Call with insurance advisor on fidelity bond required under ERISA |
| R. Mizak | 12/14/12 | 0.3 | 8 | Prepared for and participated in call with counsel |
| B. Yee | 12/19/12 | 0.3 | 8 | Call with Doug and Don regarding claim listing |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Mizak | 12/19/12 | 0.5 | 8 | Communications with counsel re: open issues raised by potential auditor |
| R. Mizak | 12/19/12 | 0.4 | 8 | Communications with counsel re: open issues raised by actuaries |
| R. Winters | 12/20/12 | 0.1 | 8 | Telephone call with Neil Berger re update from prior Retiree Committee call + prep for professionals call |
| R. Mizak | 12/20/12 | 0.4 | 8 | Call with accountant |
| R. Winters | 12/21/12 | 0.9 | 8 | Retiree Committee professionals discussion re settlement implementation and documentation |
| D. Greer | 12/21/12 | 0.1 | 8 | Call (Yee & Greer) re: matrix presentation of individual retiree claims |
| D. Greer | 12/21/12 | 0.9 | 8 | Retiree Committee professionals discussion re settlement implementation and documentation |
| B. Yee | 12/21/12 | 1.0 | 8 | Call with advisors |
| R. Mizak | 12/21/12 | 0.9 | 8 | Retiree Committee professionals discussion re settlement implementation and documentation |
| R. Mizak | 12/21/12 | 0.5 | 8 | Follow up calls and responses to questions form potential vendors |
| B. Yee | 12/24/12 | 0.5 | 8 | Call with Doug re: Individual Claim Form format |
| R. Winters | 12/26/12 | 0.5 | 8 | Prepared for and participated in call with committee professionals (ballot, expenses, calendar, open enrollment) |
| B. Yee | 12/26/12 | 0.5 | 8 | Call with advisors |
| R. Mizak | 12/26/12 | 0.5 | 8 | Prepared for and participated in call with committee professionals |
| R. Winters | 12/27/12 | 0.9 | 8 | Nortel Retiree Committee advisors call re: communication and elections related to Retiree settlement |
| R. Winters | 12/27/12 | 0.7 | 8 | Conference call with Retiree Committee professionals re claim form + ballot form |
| B. Yee | 12/27/12 | 1.0 | 8 | Calls with Doug & Neil times to review claim form |
| B. Yee | 12/27/12 | 0.8 | 8 | Call with N. Berger, M. Danielle, & D. Greer on claim form |
| D. Greer | 12/28/12 | 0.2 | 8 | Follow up call with N. Berger (after call with Retiree Committee member) |
| R. Winters | 12/01/12 | 0.3 | 10 | Email exchanges re specifics of Debtor expert report (LTD) |
| R. Winters | 12/02/12 | 0.4 | 10 | Email exchanges re expert report (LTD) and response for analyses from Zahralddin |
| R. Winters | 12/02/12 | 0.1 | 10 | Review Aetna letter |
| D. Greer | 12/02/12 | 0.2 | 10 | Respond to email inquiry from R. Zahralddin re: analysis requested by mediator |
| D. Greer | 12/02/12 | 0.1 | 10 | Email exchange with R. Winters re: analysis of Ethan Kra expert report |
| R. Winters | 12/03/12 | 0.1 | 10 | Nortel update call (Winters & Greer) |
| R. Winters | 12/03/12 | 0.2 | 10 | Review emails from LTD Committee members |
| R. Winters | 12/03/12 | 0.1 | 10 | Email exchange with Greer re: protocols for communicating with Committees |
| R. Winters | 12/03/12 | 0.1 | 10 | Emails with Berger, Gregson (insurance rates) |
| D. Greer | 12/03/12 | 0.1 | 10 | Nortel update call (Winters & Greer) |
| D. Greer | 12/03/12 | 0.2 | 10 | Review emails from LTD Committee members |
| D. Greer | 12/03/12 | 0.1 | 10 | Email exchange with R. Winters re: protocols for communicating with Committees |
| R. Winters | 12/04/12 | 0.2 | 10 | Emails with Togut firm re Kra report |
| R. Winters | 12/04/12 | 0.4 | 10 | A&M Internal correspondence on claims trading range (Greer 0.2; others 0.2) |
| D. Greer | 12/04/12 | 0.1 | 10 | Review email exchange re: possible replacement health benefits for Retirees |
| V. Bodnar | 12/05/12 | 0.5 | 10 | Review miscellaneous emails re: term sheet |
| B. Nassau | 12/05/12 | 0.1 | 10 | Email correspondence with D. Greer, R. Winters, N. Berger |
| D. Greer | 12/06/12 | 0.3 | 10 | Research and respond to email inquiry from S. Skelly |
| D. Greer | 12/06/12 | 0.1 | 10 | Review email exchange re: allocation methodology for potential LTD settlement |
| D. Greer | 12/06/12 | 0.3 | 10 | Review email inquiries from LTD Committee members |
| V. Bodnar | 12/06/12 | 0.8 | 10 | Review miscellaneous emails re: term sheet |
| R. Winters | 12/07/12 | 0.4 | 10 | Correspondence with Henderson on LTD settlement |
| D. Greer | 12/07/12 | 0.3 | 10 | Review M. Morton response to LTD Committee inquiry including attachment |
| D. Greer | 12/07/12 | 0.4 | 10 | Supplement M. Morton's response with additional explanations and suggestions for LTD Committee |
| V. Bodnar | 12/07/12 | 0.7 | 10 | Review miscellaneous emails re: term sheet |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 12/08/12 | 0.2 | 10 | Review materials from Gregson re insurance; email comment from Greer |
| R. Winters | 12/09/12 | 0.2 | 10 | Review materials from Daniele; service providers |
| R. Winters | 12/09/12 | 0.1 | 10 | Correspondence with Berger re insurance |
| D. Greer | 12/10/12 | 0.1 | 10 | Prepare and distribute (to A&M team) list of follow up action items after Retiree Committee call |
| R. Winters | 12/11/12 | 0.2 | 10 | Emails re TW declaration |
| R. Winters | 12/11/12 | 0.2 | 10 | Review emails re VEBA / HRA service providers |
| V. Bodnar | 12/11/12 | 0.5 | 10 | Review emails |
| D. Greer | 12/12/12 | 0.6 | 10 | Review and respond to emails regarding LTD Committee questions |
| D. Greer | 12/12/12 | 0.4 | 10 | Review and respond to emails regarding Retiree Committee settlement |
| M. Arnaoudona | 12/12/12 | 0.3 | 10 | Receive data and relevant contract info re: claims trading from D. Greer |
| R. Winters | 12/13/12 | 0.2 | 10 | Review Morton email re LTD data |
| R. Winters | 12/13/12 | 0.2 | 10 | Emails re TW Declaration |
| R. Winters | 12/13/12 | 0.2 | 10 | Review internal LTD strategy correspondence |
| R. Mizak | 12/13/12 | 0.6 | 10 | Email and communications with potential auditor re: clarifications of work plan and scope of work |
| R. Winters | 12/14/12 | 0.3 | 10 | Review Berger email + attachments for Saturday conf call with Committee |
| V. Bodnar | 12/14/12 | 0.5 | 10 | Review emails |
| R. Mizak | 12/17/12 | 0.3 | 10 | Email and communications with potential HRA admin re: potential plan design |
| R. Mizak | 12/17/12 | 0.7 | 10 | Email and communications with potential actuarial firm and discussion with counsel. |
| R. Mizak | 12/17/12 | 0.2 | 10 | Email and communications with potential trustee, custodian and investment manager |
| R. Mizak | 12/17/12 | 0.4 | 10 | Email and communications with potential auditor, scheduled a call for 12/18 |
| R. Winters | 12/19/12 | 0.2 | 10 | Emails re: completion of TW declaration |
| D. Greer | 12/19/12 | 0.2 | 10 | Review emailed inquiry from R. Mizak re: VEBA trust budget |
| R. Winters | 12/20/12 | 0.1 | 10 | Emails re completion of TW declaration |
| R. Winters | 12/21/12 | 0.1 | 10 | Emails re completion of TW declaration |
| M. Morton | 12/21/12 | 0.5 | 10 | Emails re: information sent to participants |
| A. Shapiro | 12/21/12 | 1.0 | 10 | Respond to Doug's email re: grids and seriatim listing |
| A. Shapiro | 12/21/12 | 1.0 | 10 | Respond to Doug's email re: grids and seriatim listing |
| B. Yee | 12/27/12 | 0.5 | 10 | Review N. Berger's and M. Danielle's suggestions |
| V. Bodnar | 12/28/12 | 0.8 | 10 | Review all e-mails from prior three days |
| R. Winters | 12/31/12 | 0.7 | 10 | Review emails re LTD settlement and retiree forms; transmit revised email re insurance issues |
| R. Winters | 12/03/12 | 1.0 | 11 | LTD Committee advisors call to discuss new analysis and prepare for LTD Committee call |
| D. Greer | 12/03/12 | 0.6 | 11 | Call among Towers / DaVinci + A&M re planning for call with Committee and EG (Kra expert report) |
| D. Greer | 12/03/12 | 1.0 | 11 | LTD Committee advisors call to discuss new analysis and prepare for LTD Committee call |
| D. Greer | 12/03/12 | 0.5 | 11 | Partial participation on LTD Committee call re: E. Kra expert report and other matters |
| V. Bodnar | 12/03/12 | 1.4 | 11 | Committee call |
| M. Morton | 12/03/12 | 1.5 | 11 | Conference call with committee |
| A. Shapiro | 12/04/12 | 2.0 | 11 | Meet with B. Yee to review new census methodology |
| R. Mizak | 12/04/12 | 1.5 | 11 | Preparatory questions for discussion with VEBA expert. |
| R. Mizak | 12/04/12 | 0.7 | 11 | Call with VEBA expert re: vendor criterion and process |
| R. Winters | 12/06/12 | 1.0 | 11 | Meeting (R. Winters, R. Mizak) re: trust structure and vendor responses. |
| D. Greer | 12/07/12 | 0.4 | 11 | Call with Cleary, B. Moore, S. Skelly, M. Morton and D. Greer re: outstanding questions on Retiree census |
| R. Winters | 12/10/12 | 0.3 | 11 | Partial participation on call with TW and D. Greer in preparation for LTD Committee call |
| R. Winters | 12/10/12 | 2.0 | 11 | Participation (partial) on LTD Committee call to discuss settlement and allocation related issues |
| R. Winters | 12/10/12 | 0.9 | 11 | Retiree Committee Call regarding health plan alternatives and other considerations for settlement implementation |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 12/10/12 | 0.9 | 11 | Retiree Committee Call regarding health plan alternatives and other considerations for settlement implementation |
| D. Greer | 12/10/12 | 0.3 | 11 | Partial participation on call with TW and R. Winters in preparation for LTD Committee call |
| D. Greer | 12/10/12 | 0.3 | 11 | Review TW presentation in advance of LTD Committee call |
| D. Greer | 12/10/12 | 1.0 | 11 | Partial participation on LTD Committee call to discuss settlement and allocation related issues |
| V. Bodnar | 12/10/12 | 2.3 | 11 | Committee call |
| M. Morton | 12/10/12 | 2.5 | 11 | Conference call with committee |
| M. Morton | 12/10/12 | 1.0 | 11 | Conference call with committee |
| B. Yee | 12/10/12 | 0.9 | 11 | Call with Committee |
| M. Arnaoudona | 12/10/12 | 2.0 | 11 | Prep & Participate in Retiree Committee call |
| M. Arnaoudona | 12/10/12 | 1.0 | 11 | Prep & Participate in LTD Committee call |
| R. Mizak | 12/10/12 | 0.3 | 11 | Prepared for retiree committee call. |
| R. Mizak | 12/10/12 | 0.9 | 11 | Retiree Committee Call regarding health plan alternatives and other considerations for settlement implementation |
| B. Yee | 12/11/12 | 0.7 | 11 | Call with Committee |
| V. Bodnar | 12/12/12 | 1.8 | 11 | Committee call |
| M. Morton | 12/12/12 | 2.0 | 11 | Conference call with LTD Committee |
| A. Shapiro | 12/12/12 | 1.0 | 11 | Call with LTD committee |
| R. Winters | 12/13/12 | 0.2 | 11 | Review Gregson draft re: upcoming conference call |
| B. Yee | 12/13/12 | 1.7 | 11 | Call to discuss allocation method with committee members |
| R. Winters | 12/14/12 | 0.7 | 11 | Participation on professionals call (Retiree Committee); prep for Call with Committee re settlement, potential implementation options + costs |
| R. Winters | 12/14/12 | 0.2 | 11 | LTD Committee call to discuss form of settlement and other matters |
| R. Winters | 12/14/12 | 0.2 | 11 | Call (Winters & Greer) re: preparation for LTD Committee call |
| D. Greer | 12/14/12 | 1.0 | 11 | LTD Committee call to discuss form of settlement and other matters |
| D. Greer | 12/14/12 | 0.2 | 11 | Call (Winters & Greer) re: preparation for LTD Committee call |
| M. Morton | 12/14/12 | 1.0 | 11 | Conference call with LTD Committee |
| B. Yee | 12/14/12 | 1.5 | 11 | Call with Committee to review allocation description |
| R. Winters | 12/15/12 | 2.1 | 11 | Retiree Committee call to discuss potential health plan, allocations, settlement agreement and other issues |
| D. Greer | 12/15/12 | 2.1 | 11 | Conference call with Retiree Committee + professionals to review insurance options, polling, settlement agreement + other matters; professionals include Neil Berger, Brian Moore, Mizak, Maria Arnaoudona, Doug Greer, Kevin Gregson, Mark Daniele |
| M. Arnaoudona | 12/15/12 | 1.0 | 11 | Prep & Participate in Retiree Committee call - presentation of allocation and threshold analysis |
| R. Mizak | 12/15/12 | 2.1 | 11 | Conference call with Retiree Committee + professionals to review insurance options, polling, settlement agreement + other matters; professionals include Neil Berger, Brian Moore, Mizak, Maria Arnaoudona, Doug Greer, Kevin Gregson Daniele |
| R. Winters | 12/17/12 | 0.6 | 11 | LTD Committee call re settlement status + data |
| D. Greer | 12/17/12 | 0.6 | 11 | LTD Committee call re settlement status + data |
| M. Morton | 12/17/12 | 0.6 | 11 | Conference call with LTD Committee |
| B. Yee | 12/17/12 | 0.5 | 11 | Review allocation method to prepare for call with Committee |
| B. Yee | 12/17/12 | 2.0 | 11 | Call with Committee |
| R. Winters | 12/19/12 | 0.4 | 11 | Review materials distributed by Skelly for upcoming Retiree call |
| R. Winters | 12/19/12 | 0.5 | 11 | Call (Winters & Greer) re: preparation for Retiree Committee call |
| R. Winters | 12/19/12 | 0.8 | 11 | Retiree Committee call to discuss settlement agreement, statement of support and form of ballot. |
| D. Greer | 12/19/12 | 0.5 | 11 | Call (Winters & Greer) re: preparation for Retiree Committee call |
| D. Greer | 12/19/12 | 0.8 | 11 | Retiree Committee call to discuss settlement agreement, statement of support and form of ballot. |
| M. Morton | 12/19/12 | 0.8 | 11 | Call with Retiree Committee |
| M. Arnaoudona | 12/19/12 | 1.0 | 11 | Retiree Advisors Call |
| R. Mizak | 12/19/12 | 1.0 | 11 | Read materials for call with retiree committee and counsel |
| R. Mizak | 12/19/12 | 0.8 | 11 | Retiree Committee call to discuss settlement agreement, statement of support and form of ballot |
| R. Winters | 12/26/12 | 0.9 | 11 | Prepared for and participated in call with committee |
| V. Bodnar | 12/26/12 | 1.0 | 11 | Participation on retiree committee call |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| A. Shapiro | 12/26/12 | 1.0 | 11 | Call with retiree committee |
| M. Arnaoudona | 12/26/12 | 1.0 | 11 | Retiree Advisors Call |
| R. Mizak | 12/26/12 | 0.9 | 11 | Prepared for and participated in call with committee |
| D. Greer | 12/27/12 | 0.1 | 11 | Call with N. Berger re: materials for Retiree Committee call |
| D. Greer | 12/28/12 | 0.8 | 11 | Retiree Committee call to discuss Retiree ballot and related documents |
| D. Greer | 12/02/12 | 0.6 | 12 | Modify draft report to LTD Committee and send to A&M and TW for review and comment |
| V. Bodnar | 12/02/12 | 0.5 | 12 | Review Kra report |
| K. Gregson | 12/04/12 | 1.0 | 12 | Development of communication FAQs for Ballot process |
| R. Winters | 12/06/12 | 0.3 | 12 | Review draft LTD presentation |
| D. Greer | 12/06/12 | 0.3 | 12 | Review and respond to questions from R. Winters re: GUC trading ranges and development of presentation for LTD Committee |
| D. Greer | 12/06/12 | 0.3 | 12 | Review and comment on draft presentation to LTD Committee |
| M. Arnaoudona | 12/06/12 | 0.3 | 12 | Review and respond to questions from R. Winters re: GUC trading ranges and development of presentation for LTD Committee |
| V. Bodnar | 12/07/12 | 0.5 | 12 | Allocation method language |
| M. Arnaoudona | 12/09/12 | 2.0 | 12 | Work on allocation and threshold presentation for the Retiree Committee |
| R. Winters | 12/10/12 | 0.4 | 12 | Review, complete, transmit insurance plan comparisons |
| V. Bodnar | 12/10/12 | 1.5 | 12 | Review and revise presentation for call |
| M. Morton | 12/10/12 | 1.5 | 12 | Presentation development |
| B. Yee | 12/10/12 | 2.6 | 12 | Prepare presentation to Committee |
| D. Blustein | 12/10/12 | 1.2 | 12 | Change powerpoint presentation to TW format |
| R. Mizak | 12/10/12 | 1.5 | 12 | Work on summary tables and analysis of bids |
| R. Winters | 12/14/12 | 0.7 | 12 | Call (Winters & Greer) re: presentation to Retiree Committee |
| R. Winters | 12/14/12 | 0.3 | 12 | Review, edit Arnaoudona materials re: thresholds |
| D. Greer | 12/14/12 | 0.8 | 12 | Review and comment on draft presentation of proposed health plan to Retiree Committee |
| D. Greer | 12/14/12 | 0.7 | 12 | Call (Winters & Greer) re: presentation to Retiree Committee |
| D. Greer | 12/14/12 | 0.4 | 12 | Partial participation on professionals call (Retiree Committee); prep for Call with Committee re settlement, potential implementation options + costs |
| D. Greer | 12/14/12 | 0.3 | 12 | Call with B. Nassau re: analysis required for Retiree Committee presentation |
| V. Bodnar | 12/14/12 | 0.5 | 12 | Review medical cost illustration |
| M. Morton | 12/14/12 | 0.7 | 12 | Description of allocation |
| A. Shapiro | 12/14/12 | 2.3 | 12 | Medical cost illustration |
| B. Nassau | 12/14/12 | 0.3 | 12 | Call with D. Greer re: analysis required for Retiree Committee Presentation |
| A. Shapiro | 12/19/12 | 0.5 | 12 | Instructions for interpreting retirement grid |
| A. Shapiro | 12/19/12 | 1.0 | 12 | Seriatim list of medical, life, LTC liabilities |
| A. Shapiro | 12/26/12 | 2.3 | 12 | Settlement cover letter template |
| A. Shapiro | 12/28/12 | 3.3 | 12 | Format cover sheet and provide example to committee |
| D. Blustein | 12/28/12 | 0.3 | 12 | Review illustration |
| R. Winters | 12/02/12 | 0.7 | 13 | Review report of expert Ethan Kra |
| R. Winters | 12/02/12 | 0.2 | 13 | Review Greer summary analysis requested by mediator |
| R. Winters | 12/02/12 | 0.2 | 13 | Review Greer summary email for R. Zahralddin and other LTD Committee advisors summarizing preliminary analysis related to E. Kra expert report |
| D. Greer | 12/02/12 | 1.0 | 13 | Review expert report of E. Kra |
| D. Greer | 12/02/12 | 0.5 | 13 | Prepare and send summary email to R. Zahralddin and other LTD Committee advisors summarizing analysis requested by mediator |
| D. Greer | 12/02/12 | 0.1 | 13 | Email exchange with J. Baliban re: availability for discussion re: expert analysis for LTD Committee |
| D. Greer | 12/02/12 | 0.8 | 13 | Prepare and send summary email to R. Zahralddin and other LTD Committee advisors summarizing preliminary analysis related to E. Kra expert report |
| M. Morton | 12/02/12 | 0.5 | 13 | Review expert report |
| B. Yee | 12/02/12 | 1.8 | 13 | Review Kra's report, call re: report |
| R. Winters | 12/03/12 | 0.5 | 13 | Call (Greer, Baliban, Winters, Morton, Yee) re: expert analysis regarding interest rates |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 12/03/12 | 0.6 | 13 | Call among Towers / DaVinci + A&M re planning for call with Committee and EG (Kra expert report) |
| D. Greer | 12/03/12 | 0.5 | 13 | Call (Greer, Baliban, Winters, Morton, Yee) re: expert analysis regarding interest rates |
| M. Morton | 12/03/12 | 1.5 | 13 | Review expert report |
| B. Yee | 12/03/12 | 3.5 | 13 | Review Kra's report and research |
| M. Morton | 12/04/12 | 10.0 | 13 | Mediation meeting |
| R. Mizak | 12/09/12 | 1.4 | 13 | Reviewed information forwarded by counsel. |
| B. Yee | 12/11/12 | 1.0 | 13 | Review draft language on claim settlement court finding |
| A. Shapiro | 12/13/12 | 2.0 | 13 | Describe sources and identify conflicts between them |
| D. Greer | 12/19/12 | 0.3 | 13 | Review amended scheduling order for LTD trial |
| R. Winters | 12/21/12 | 0.4 | 13 | Review revised Retiree statement in support + calc for per-month usage |
| D. Greer | 12/21/12 | 0.2 | 13 | Review various orders re: scheduling of litigation and court hearing on LTD termination motion |
| R. Winters | 12/27/12 | 0.3 | 13 | Review form of ballot; + sample narrative of ICF |
| R. Mizak | 12/03/12 | 0.8 | 14 | Researched alternate providers |
| M. Arnaoudona | 12/06/12 | 2.0 | 14 | Research on Nortel claims trading activity |
| E. Lesher | 12/12/12 | 1.5 | 14 | Research Medicare subsidies |
| A. Shapiro | 12/14/12 | 0.5 | 14 | Research health reimbursement account usage |
| B. Yee | 12/14/12 | 1.5 | 14 | Review medical subsidies. Research HRA usage |
| M. Arnaoudona | 12/17/12 | 0.7 | 14 | Research on LTD tax issues and email summary to R. Winters & D. Greer |
| M. Arnaoudona | 12/18/12 | 2.0 | 14 | Research on GUC trading values and calls to traders |
| R. Winters | 12/06/12 | 0.2 | 15 | Review task list (Retiree) |
| R. Winters | 12/07/12 | 0.2 | 15 | Correspondence re TW declaration |
| M. Morton | 12/13/12 | 0.5 | 15 | Discuss upcoming deliverables with R. Yee & A. Shapiro |
| M. Morton | 12/13/12 | 0.5 | 15 | Discuss upcoming deliverables with R. Yee & A. Shapiro |
| A. Shapiro | 12/13/12 | 0.8 | 15 | Strategy planning with B. Yee and M. Morton |
| A. Shapiro | 12/17/12 | 0.3 | 15 | Plan with M. Morton |
| M. Morton | 12/18/12 | 0.5 | 15 | Emails re: follow up items |
| D. Greer | 12/27/12 | 0.1 | 15 | Respond to email inquiry from M. Daniele |
| A. Shapiro | 12/31/12 | 0.3 | 15 | Planning with R. Yee |
| R. Winters | 12/03/12 | 0.2 | 17 | Review rates provided by potential medical insurance provider |
| D. Greer | 12/03/12 | 0.2 | 17 | Review rates provided by potential medical insurance provider |
| B. Yee | 12/11/12 | 1.6 | 17 | Research on a number of allocation methods |
| R. Winters | 12/13/12 | 0.3 | 17 | Review Mizak budget re fees |
| D. Greer | 12/13/12 | 0.5 | 17 | Review and comment on draft summary presentation of VEBA budget |
| D. Greer | 12/13/12 | 0.5 | 17 | Follow-up discussion (D. Greer, R. Mizak) re: prior budgets and forecasts, and actuarial assumptions. |
| D. Greer | 12/13/12 | 1.2 | 17 | Review and comment on preliminary draft budget for establishment and operation of VEBA |
| D. Greer | 12/13/12 | 0.4 | 17 | Discussion (Mizak & Greer) re: draft VEBA budget and summary presentation |
| R. Winters | 12/14/12 | 0.1 | 17 | Review form of Retiree ballot |
| D. Greer | 12/14/12 | 0.3 | 17 | Review, edit and distribute summary points re: Retiree VEBA budget |
| D. Greer | 12/18/12 | 0.5 | 17 | Discussion (Mizak & Greer) re: development of VEBA trust budget |
| R. Winters | 12/19/12 | 0.4 | 17 | Call (Greer & Winters) re: Retiree communications |
| D. Greer | 12/19/12 | 0.4 | 17 | Call (Greer & Winters) re: Retiree communications |
| R. Winters | 12/20/12 | 0.2 | 17 | Call (Greer & Winters) re: Retiree allocations and matrix |
| D. Greer | 12/20/12 | 1.0 | 17 | Review and comment on draft matrices for Retiree communications |
| D. Greer | 12/20/12 | 0.2 | 17 | Call (Greer & Winters) re: Retiree allocations and matrix |
| K. Gregson | 12/20/12 | 0.6 | 17 | Call (K. Gregson and R. Mizak) re: plan structure and budgeting |
| D. Greer | 12/24/12 | 0.3 | 17 | Call (D. Greer & R. Mizak) re: Retiree VEBA budget |
| R. Winters | 12/27/12 | 0.5 | 17 | Call (R. Winters & D. Greer) re: Retiree ballot questions and issues |
| D. Greer | 12/27/12 | 0.9 | 17 | Call (B. Yee, D. Greer and N. Berger (partial participation)) re: development of individualized examples for Retiree ballots |
| D. Greer | 12/27/12 | 0.9 | 17 | Nortel Retiree Committee advisors call re: communication and elections related to Retiree settlement |
| D. Greer | 12/27/12 | 0.3 | 17 | Call (D. Greer & R. Yee) re: examples for Retiree ballot |
| D. Greer | 12/27/12 | 0.5 | 17 | Develop template for Retiree ballot examples and distribute to Retiree advisors for comment |
| D. Greer | 12/27/12 | 0.3 | 17 | Review email comments from Retiree Committee advisors |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 12/27/12 | 0.3 | 17 | Review latest iteration of VEBA budget |
| D. Greer | 12/27/12 | 0.5 | 17 | Review, research and respond to inquiry from A. Shapiro |
| D. Greer | 12/27/12 | 0.8 | 17 | Call with N. Berger and Retiree Committee member re: factual questions regarding retiree ballot |
| D. Greer | 12/27/12 | 0.5 | 17 | Call (R. Winters & D. Greer) re: Retiree ballot questions and issues |
| B. Yee | 12/27/12 | 0.5 | 17 | Review Aetna plans |
| D. Greer | 12/28/12 | 0.1 | 17 | Call (R. Yee + D. Greer) re: Retiree ballot |
| R. Winters | 12/02/12 | 0.2 | 18 | Call (D. Greer & R. Winters) re: prep for Nortel settlement discussions |
| R. Winters | 12/02/12 | 0.7 | 18 | Partial participation in call (D. Greer, V. Bodnar, M. Morton, B. Yee) re: preparation for Nortel settlement discussions |
| D. Greer | 12/02/12 | 0.2 | 18 | Call (D. Greer & R. Winters) re: prep for Nortel settlement discussions |
| D. Greer | 12/02/12 | 1.3 | 18 | Call (D. Greer, V. Bodnar, M. Morton, B. Yee) re: preparation for Nortel settlement discussions (partial participation by R. Winters) |
| K. Gregson | 12/02/12 | 1.5 | 18 | Prospective Insurer Call on Town Hall and communication planning |
| R. Winters | 12/03/12 | 1.1 | 18 | Participation in conference call re: trust with counsel and A&M (Greer, Winters, and Mizak) |
| R. Winters | 12/03/12 | 0.3 | 18 | Call (Greer & Winters) re: prep for mediation session |
| D. Greer | 12/03/12 | 1.1 | 18 | Participation in conference call re: trust with counsel and A&M (Greer, Winters, and Mizak) |
| D. Greer | 12/03/12 | 0.2 | 18 | Follow-up call (Greer and Mizak) re: service providers |
| D. Greer | 12/03/12 | 0.3 | 18 | Call (Greer & Winters) re: prep for mediation session |
| D. Greer | 12/03/12 | 1.2 | 18 | Various analyses for LTD advisors in preparation for mediation session |
| D. Greer | 12/03/12 | 0.5 | 18 | Review responses from Debtors re: outstanding questions on Retiree census |
| R. Winters | 12/04/12 | 7.5 | 18 | Participation in LTD mediation session (including Debtors + Retiree Committee); breaks to attend to unrelated matters |
| D. Greer | 12/04/12 | 0.2 | 18 | Review correspondence between R. Mizak and M. Daniele re: VEBA administration service providers |
| D. Greer | 12/04/12 | 0.1 | 18 | Review analysis prepared by TW for LTD mediation session prep |
| D. Greer | 12/04/12 | 0.2 | 18 | Correspond with R. Winters re: possible considerations related to LTD Settlement discussions |
| D. Greer | 12/04/12 | 0.1 | 18 | Review data received related to trading values of Nortel GUC claims |
| V. Bodnar | 12/04/12 | 10.0 | 18 | Mediation meeting |
| R. Winters | 12/05/12 | 0.7 | 18 | Call (Winters & Greer) re: settlement discussion outcomes and follow ups |
| R. Winters | 12/05/12 | 0.2 | 18 | Call (Winters & Greer) re: requests following mediation session |
| R. Winters | 12/05/12 | 0.1 | 18 | Call (Winters & Greer) re: GUC values |
| R. Winters | 12/05/12 | 0.3 | 18 | Correspondence among LTD Committee advisers re: settlement considerations and requested analysis |
| R. Winters | 12/05/12 | 0.2 | 18 | Review Curran document on allocation |
| D. Greer | 12/05/12 | 0.7 | 18 | Call (Winters & Greer) re: settlement discussion outcomes and follow ups |
| D. Greer | 12/05/12 | 0.2 | 18 | Call (Winters & Greer) re: requests following mediation session |
| D. Greer | 12/05/12 | 0.1 | 18 | Call (Winters & Greer) re: GUC values |
| D. Greer | 12/05/12 | 0.4 | 18 | Research (including 3 calls) regarding recent trading values of GUC claims in Nortel case |
| D. Greer | 12/05/12 | 0.3 | 18 | Correspondence among LTD Committee advisers re: settlement considerations and requested analysis |
| K. Gregson | 12/05/12 | 1.5 | 18 | Call with Prospective Insurer to review Balloting process and Prospective Insurer roll |
| R. Winters | 12/06/12 | 0.5 | 18 | Call (R. Winters & D. Greer) re: LTD settlement discussions |
| R. Winters | 12/06/12 | 0.5 | 18 | Call (R. Winters & D. Greer) re: LTD settlement discussions |
| D. Greer | 12/06/12 | 0.2 | 18 | Review VEBA formation task list circulated by N. Berger |
| D. Greer | 12/06/12 | 0.5 | 18 | Call (Greer & Mizak) re: VEBA set up and admin vendors |
| D. Greer | 12/06/12 | 0.2 | 18 | Research related to question from Mizak |
| D. Greer | 12/06/12 | 0.5 | 18 | Respond to inquiry from LTD Committee member re: settlement proposal and related admin costs |
| D. Greer | 12/06/12 | 0.5 | 18 | Call (R. Winters & D. Greer) re: LTD settlement discussions |
| D. Greer | 12/06/12 | 0.4 | 18 | Review correspondence among LTD Committee advisors and LTD Committee members re: draft settlement term sheet |
| D. Greer | 12/06/12 | 0.3 | 18 | Review analysis re: possible allocation methodologies prepared by R. Winters and TW |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 12/06/12 | 0.5 | 18 | Call (R. Winters + D. Greer) re: LTD settlement discussions |
| R. Mizak | 12/06/12 | 0.5 | 18 | Call (Greer & Mizak) re: VEBA set up and admin vendors |
| R. Winters | 12/07/12 | 0.4 | 18 | Telephone call (Winters-Greer) re deliverables for LTD Committee settlement deliberations |
| D. Greer | 12/07/12 | 0.5 | 18 | Respond to inquiry from Committee member re: settlement admin expenses |
| D. Greer | 12/07/12 | 0.4 | 18 | Telephone call (Winters-Greer) re deliverables for LTD Committee settlement deliberations |
| D. Greer | 12/07/12 | 0.8 | 18 | Review and comment on draft LTD term sheet |
| D. Greer | 12/07/12 | 0.4 | 18 | Call with Cleary, B. Moore, S. Skelly, M. Morton and D. Greer re: outstanding questions on Retiree census |
| D. Greer | 12/07/12 | 0.2 | 18 | Call with prospective provider of Retiree VEBA services |
| D. Greer | 12/07/12 | 0.1 | 18 | Correspond with R. Mizak re: prospective vendors for Retiree VEBA services |
| R. Winters | 12/09/12 | 0.8 | 18 | Call (Winters & Greer) re: analysis required fro Retiree Committee re: settlement allocations |
| R. Winters | 12/09/12 | 0.5 | 18 | Call (Winters, Greer, Arnaoudona) re; allocations analysis and presentation for Retiree Committee |
| D. Greer | 12/09/12 | 0.8 | 18 | Call (Winters & Greer) re: analysis required fro Retiree Committee re: settlement allocations |
| D. Greer | 12/09/12 | 0.5 | 18 | Call (Winters, Greer, Arnaoudona) re; allocations analysis and presentation for Retiree Committee |
| D. Greer | 12/10/12 | 0.3 | 18 | Call (Greer & Mizak) re: census data to use for VEBA budgeting process |
| R. Mizak | 12/10/12 | 0.4 | 18 | Call (Greer & Mizak) re: census data to use for VEBA budgeting process |
| R. Winters | 12/11/12 | 0.5 | 18 | Review; provide comment on allocation methodology |
| R. Winters | 12/11/12 | 0.3 | 18 | Review draft retiree settlement (from TSS) |
| D. Greer | 12/11/12 | 0.5 | 18 | Review draft language describing allocation methodology for Retiree Benefits. |
| D. Greer | 12/11/12 | 0.2 | 18 | Call with M. Curran re: LTD benefit calculations |
| D. Greer | 12/11/12 | 0.2 | 18 | Discussion of VEBA budgeting process with R. Mizak |
| R. Mizak | 12/11/12 | 0.2 | 18 | Discussion of VEBA budgeting process (D. Greer and R. Mizak) |
| R. Winters | 12/12/12 | 0.5 | 18 | Discussion (R. Winters, R. Mizak and D. Greer) regarding description of allocation methodology and other matters |
| R. Winters | 12/12/12 | 0.4 | 18 | Correspondence with Yee re allocation description (Retiree) |
| D. Greer | 12/12/12 | 0.3 | 18 | Call (M. Daniele & D. Greer) re: Retiree ballot template |
| D. Greer | 12/12/12 | 0.5 | 18 | Discussion (R. Winters, R. Mizak and D. Greer) regarding description of allocation methodology and other matters |
| D. Greer | 12/12/12 | 0.3 | 18 | Provide data and relevant contract info re: claims trading to M. Arnaoudona |
| D. Greer | 12/12/12 | 0.5 | 18 | Review and summarize the utility of Nortel VEBA historical financial statements for Retiree Committee counsel |
| R. Mizak | 12/12/12 | 0.5 | 18 | Discussion (R. Winters, R. Mizak and D. Greer) regarding description of allocation methodology and other matters |
| K. Gregson | 12/14/12 | 1.5 | 18 | Prospective Insurer call with Lieb on pricing for April/June enrollment |
| R. Winters | 12/17/12 | 0.2 | 18 | Call (Winters + Greer) re: LTD settlement issues including values of GUC |
| R. Winters | 12/17/12 | 0.1 | 18 | Review info on tax withholding |
| D. Greer | 12/17/12 | 0.2 | 18 | Call (Winters + Greer) re: LTD settlement issues including values of GUC |
| K. Gregson | 12/17/12 | 1.5 | 18 | Prospective Insurer settlement ballot discussion on underwriting |
| K. Gregson | 12/17/12 | 0.8 | 18 | Berger email on Prospective Insurer pricing finalization and ballot development |
| R. Winters | 12/18/12 | 0.7 | 18 | Review changed forms for Retiree settlement + responses |
| D. Greer | 12/18/12 | 0.1 | 18 | Call (R. Yee & D. Greer) re: eligibility requirements under Retiree Settlement |
| K. Gregson | 12/18/12 | 1.0 | 18 | Call with Prospective Insurer enrollment team |
| D. Greer | 12/19/12 | 1.0 | 18 | Review and comment on Retiree ballot form |
| D. Greer | 12/19/12 | 1.2 | 18 | Review and comment on draft Retiree statement in support of settlement |
| D. Greer | 12/19/12 | 0.2 | 18 | Call (D. Greer and R. Mizak) re: draft VEBA trust budget |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 12/19/12 | 0.5 | 18 | Call (D. Greer, R. Mizak, and R. Yee) re: modeling assumptions to forecast HRA durations |
| K. Gregson | 12/19/12 | 1.5 | 18 | Finalization of plan feature and pricing with Prospective Insurer |
| K. Gregson | 12/19/12 | 2.0 | 18 | Development of plan feature and pricing matrix |
| K. Gregson | 12/20/12 | 1.5 | 18 | Development of final pricing with Tim Lieb and Prospective Insurer |
| D. Greer | 12/21/12 | 1.1 | 18 | Review and comment on latest iteration of settlement documents |
| D. Greer | 12/21/12 | 1.5 | 18 | Review notes from settlement discussions regarding settlement value and timing; develop demonstrative and send to N. Berger with comments |
| B. Yee | 12/21/12 | 1.0 | 18 | Review drafts of ballot & order |
| D. Greer | 12/22/12 | 0.2 | 18 | Review draft individual claim form for Retirees |
| D. Greer | 12/22/12 | 0.3 | 18 | Review Cleary blacklines on draft Retiree settlement support statement |
| D. Greer | 12/23/12 | 1.5 | 18 | Review and comment on draft Retiree settlement support statement and related documents |
| D. Greer | 12/24/12 | 0.6 | 18 | Call (D. Greer & R. Yee) re: retiree allocations and ballot |
| B. Yee | 12/24/12 | 1.0 | 18 | Review and comment on drafts of ballot & Retirement Committee's statement |
| R. Winters | 12/27/12 | 0.4 | 18 | Review updated draft Retiree Statement in Support of Settlement Agreement, updated Ballot Individual Claim Form Template distributed by TSS |
| D. Greer | 12/27/12 | 0.5 | 18 | Review and comment on latest iteration of Retiree statement in support of settlement agreement |
| B. Yee | 12/27/12 | 4.3 | 18 | Revise claim form to simplify display |
| B. Yee | 12/27/12 | 0.5 | 18 | Review notes on claim forms |
| R. Winters | 12/28/12 | 0.8 | 18 | Provide comments on ballot form and ICF; transmit; review Greer responses |
| R. Winters | 12/28/12 | 0.6 | 18 | Review sample ICF and allocation language from Towers (Morton) |
| R. Winters | 12/29/12 | 0.6 | 18 | Review draft LTD settlement term sheet |
| R. Winters | 12/30/12 | 0.3 | 18 | Draft notes on insurance issues |
| R. Mizak | 12/03/12 | 1.0 | 28 | Work on budget for potential VEBA trust: researched VEBA trustee and custodial services |
| R. Mizak | 12/03/12 | 1.3 | 28 | Work on budget for potential VEBA trust: prepared for and participated in call with potential custodial and trustee service provider |
| R. Mizak | 12/03/12 | 1.2 | 28 | Work on budget for potential VEBA trust: prepared for and participated in call with potential trust auditor, scoped out potential services |
| R. Mizak | 12/03/12 | 1.5 | 28 | Work on budget for potential VEBA trust: researched retiree billing service providers |
| R. Mizak | 12/03/12 | 1.0 | 28 | Work on budget for potential VEBA trust: researched HRA billing service providers |
| R. Mizak | 12/03/12 | 1.2 | 28 | Work on budget for potential VEBA trust: laid out templates |
| R. Mizak | 12/04/12 | 0.8 | 28 | Researched vendors: auditors |
| R. Mizak | 12/04/12 | 0.9 | 28 | Researched vendors: HRA administrators |
| R. Mizak | 12/04/12 | 0.7 | 28 | Spoke with potential investment mangers |
| R. Mizak | 12/04/12 | 1.3 | 28 | Researched vendors: trustees / custodians |
| R. Mizak | 12/06/12 | 1.6 | 28 | Work on timeline and work structure for roll-out of trust |
| R. Mizak | 12/07/12 | 0.8 | 28 | Communications with potential investment manager and related HRA administrator and trustee |
| R. Mizak | 12/07/12 | 0.3 | 28 | Spoke with potential trustee and investment manger. |
| R. Mizak | 12/07/12 | 0.4 | 28 | Additional calls to custodian and investment managers. |
| R. Mizak | 12/10/12 | 0.7 | 28 | Spoke with potential HRA administrator representative |
| R. Mizak | 12/10/12 | 1.0 | 28 | Preparation for and participation in call with potential HRA administrator |
| R. Mizak | 12/10/12 | 0.8 | 28 | Read and analyzed potential HRA administrator proposal |
| R. Mizak | 12/10/12 | 1.0 | 28 | Read and analyzed potential HRA administrator proposal |
| R. Mizak | 12/10/12 | 0.7 | 28 | Preparation for and participation in call with potential investment manager |
| R. Mizak | 12/10/12 | 0.9 | 28 | Preparation for and participation in call with potential HRA administrator |
| R. Mizak | 12/10/12 | 1.0 | 28 | Preparation for and participation in call with potential investment manager |
| R. Mizak | 12/11/12 | 0.5 | 28 | Read parts of proposed trust documents |
| R. Mizak | 12/11/12 | 1.5 | 28 | Analysis of insurance requirements re: fidelity bond under EIRSA and fiduciary D&O liability |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Mizak | 12/13/12 | 0.5 | 28 | Follow-up discussion (D. Greer, R. Mizak) re: prior budgets and forecasts, and actuarial assumptions. |
| R. Mizak | 12/13/12 | 1.8 | 28 | Work on actuarial tables to forecast duration of spend on medical trust. |
| R. Mizak | 12/13/12 | 0.4 | 28 | Discussion re: financial projections (R. Mizak and D. Greer) |
| R. Mizak | 12/14/12 | 0.6 | 28 | Analyzed bid from FA |
| R. Mizak | 12/14/12 | 0.1 | 28 | Call with insurance expert re: VEBA trust structure |
| R. Mizak | 12/18/12 | 0.8 | 28 | Communications with potential HRA administrator, responded to questions and inquiries, and reviewed proposal. |
| R. Mizak | 12/18/12 | 1.3 | 28 | Prepared for and participated in conference call with potential auditor, forwarded inquiries to counsel, responded to open items |
| R. Mizak | 12/18/12 | 0.5 | 28 | Discussion (Mizak & Greer) re: development of VEBA trust budget |
| R. Mizak | 12/18/12 | 1.2 | 28 | Prepared for and participated in conference call with potential accountant, responded to questions and inquiries |
| R. Mizak | 12/19/12 | 1.2 | 28 | Preparation for call with VEBA trust expert |
| R. Mizak | 12/19/12 | 0.2 | 28 | Call (D. Greer and R. Mizak) re: draft VEBA trust budget |
| R. Mizak | 12/20/12 | 0.6 | 28 | Call (K. Gregson and R. Mizak) re: plan structure and budgeting |
| R. Mizak | 12/20/12 | 1.0 | 28 | Work on proposal from trustee/custodian |
| R. Mizak | 12/24/12 | 0.3 | 28 | Call (D. Greer & R. Mizak) re: Retiree VEBA budget |
| R. Mizak | 12/27/12 | 0.4 | 28 | Communications with vendors re: bids and process. |