## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                      :
In re                                                 :      Chapter 11
                                                      :
Nortel Networks Inc., et al.,¹                        :      Case No. 09-10138 (KG)
                                                      :
                              Debtors.                :      Jointly Administered
                                                      :
                                                      :
                                                      :
------------------------------------------------------X      Re: D.I. 10138
```

### NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on April 16, 2013, copies of **Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 9019 for Entry of an Order Approving Stipulation with United States Customs and Border Protection and Authorizing Payment of Certain Customs Duties** were served in the manner indicated upon the individuals identified below and on the attached service list.

### Via First Class Mail

Seth Brandon Shapiro, Esq.
U.S. Department of Justice
Civil Division Commercial Litigation Branch
1100 L Street, N.W., 10th Floor, Room 10012
Washington, D.C. 20005

Joseph M. Barbato, Esq.
Office of the Assistant Chief Counsel
U.S. Customs & Border Protection
6650 Telecom Drive
Indianapolis, Indiana 46278

C. A. Shea & Company, Inc.
Attn:  General Counsel
6 Mill Ridge Lane
Chester, NJ 07930

Christina M. Reger, Esq.
Bazelon Less & Feldman, P.C.
Suite 700, 1515 Market Street
Philadelphia, PA 19102

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: April 16, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____ */s/ Tamara K. Minott* _____
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6961736.9