To: Your Honorable Judge Gross
From: Brent Beasley

I support the settlement, but oppose receiving any portion of my settlement distribution in an HRA.

It is very likely I would use only a small portion of the HRA funds over the life of the HRA ███ ██████████████████. All the while, the funds in the HRA will be shrinking as a result of inflation, maintenance fees, and lost value due to the "time-value" of money. I realize some people may benefit from having their distributions in an HRA. ████████████████████████ ████████████████████████████████████████████████████████████████████

Below are the detailed reasons why I oppose an HRA.

1. The opportunity cost of not being able to invest the approximate ████████████████ ██████, that would go into an HRA, is significant when considered over any given time span, assuming interest/gains compounded annually on an investment of the approximate ██████. The investment of the approximate ██████ would only need approximately ██ interest compounded over █ years to make up the difference of what would be paid in taxes on the ██████, versus trying to avoid taxes by being placed in an HRA. The S&P 500 index has had an annual rate of return (including dividends) for the last decade of 8.24%. ████████ ████████████████████████████ Taxes would not have to be paid on the investment or earnings from stocks or mutual funds, until it is sold, and in the event taxes are paid, there is even a chance a lower capital gains tax rate maybe in effect.
2. The money in the HRA will be devalued due to inflation. If we assume just 2% inflation per year, the amount of money lost to inflation would be significant. The money lost due to devaluation would be substantially more than any tax savings gained by placing money in an HRA.
3. ████████████████████████████████ I will receive little benefit from a medical expense viewpoint from an HRA. Also, it is very unlikely I would ever use the ████████ in an HRA. ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████ This benefit from supplemental medical insurance would not offset the loss from inflation, management fees, and opportunity cost of not having my money in an HRA.
4. I am very concerned about exclusions for using the money from the HRA for possible medical treatments. ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████

5. I am very concerned about the survivorship stipulation. Since I am not married and have no children, if I were to die, there would be no one who could use the benefit until exhausted. The money in the HRA would simply evaporate.
6. I am very concerned about management fees.
7. I am concerned about paying upfront costs and waiting to be reimbursed from the HRA. With my financial situation, this really isn't an option for me.
8. I am also concerned that                          fill out paper work to be reimbursed
9. I am concerned about potential changes in the tax code/law. Since an HRA is governed by the tax code, and with healthcare costs being more scrutinized, there is a realistic possibility more actions will be taken to reduce healthcare costs, which could likely result in changes to the tax code.
10. I would be negatively impacted by having money placed in an HRA,

Best Regards,

Brent Beasley

To: Your Honorable Judge Gross
Fr: Gary Beasley
    567 Ammons Rd
    Dunn, NC 28334
Dt: April 13, 2013
Sj: HRA Negative Impact on My Son

My name is Gary Beasley. I am Brent Beasley's father. I have been involved with Brent, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I am familiar with his ▮▮▮▮▮▮▮▮▮▮▮▮▮ and the details of the Nortel's termination and settlement. I have reviewed his individual settlement proposal, and I understand and agree with his concerns. The HRA idea will negatively impact Brent because of effects from inflation, management fees, and a consideration of the "time-value" of money. I do not see how an HRA would benefit Brent in any way. In addition, Brent understands how to manage money and will better benefit from receiving the targeted HRA distribution, versus it being placed in an HRA.

Sincerely,

*Gary Beasley* (signature)

Gary Beasley