# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.* | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## ORDER SETTING HEARING RELATING TO JANUARY 6, 2014 TRIAL

The Debtors have requested a joint hearing with the Canadian Court to resolve scheduling and discovery issues and to consider Litigation Timetables and Discovery Plans. The Court finds that such a hearing is necessary at the earliest opportunity and has coordinated a hearing date with the Canadian Court for April 24, 2013, at 10:00 a.m.

The parties shall submit proposals, blacklined against the U.S. Debtors' proposal, on or before April 23, 2013, at noon.

Dated: April 16, 2013

KEVIN GROSS, U.S.B.J.