# EXHIBIT A

# Pension Newsletter

**Pension Benefit Guaranty Corporation**
**United States Government Agency**

Spring/Summer 2010



**PBGC**
Protecting America's Pensions

## Welcome to PBGC
*By Acting Director Vince Snowbarger*

Over the last year and a half, PBGC has become responsible for present and future pension payments to some quarter million participants whose pension plans failed during that period.

PBGC exists to back up pension promises made to Americans when their pension plan sponsors cannot keep those promises. Since PBGC was created in 1974, our mission and focus have been to provide security to workers entitled to defined benefit pensions. If you are new to PBGC, we welcome you and want to assure you that, although your pension plan has failed, you have not lost your pension benefit as well. When the time comes for you to begin receiving pension payments, PBGC will be here to provide you the retirement income you're entitled to by law.

Between now and then, you will find that we put a high premium on customer service, to make sure you have the information you need when you need it and to answer your questions accurately and forthrightly.



Vince Snowbarger

I encourage you to visit our Web site, www.pbgc.gov, to learn about how PBGC works, to find the latest news about PBGC, and to take advantage of MyPBA, our online service for participants in trusteed plans. MyPBA is a convenient way for you to conduct business with us electronically, and it's available to you at home throughout the year. You can find more information about MyPBA on our Web site at www.pbgc.gov/newusersguide.

If you have questions or problems with your pension, call our Customer Contact Center at 1-800-400-7242. For issues that cannot be resolved by our Customer Contact Center, our participant Problem Resolution Officer is ready to assist you—you can reach the PRO by calling 1-800-400-7242 ext. 4014, by e-mailing participant.pro@pbgc.gov, or by writing to:

Problem Resolution Officer
Pension Benefit Guaranty Corporation
1200 K St. NW, Room 12531
Washington, D.C. 20005

## Inside this issue

**Page 2**
Does PBGC pay Survivor Benefits?
Open Government at PBGC
Inspector General Is Vigilant Against Fraud & Abuse

**Page 3**
Changes to Health Coverage Tax Credit
Include Pension in Estate Plan
Newsletter Alert Now Available
Military Service & PBGC

**Page 4**
Información en Español
Keep Us Informed

www.pbgc.gov/dvnewsletter