# EXHIBIT D

*Nortel Networks Retirement Income Plan
As Amended And Restated
Effective As Of January 1, 2007*

## ARTICLE IV

## ELIGIBILITY FOR BENEFITS

### 4.1. Normal Retirement

A Member who elects to retire on his Normal Retirement Date shall receive a Normal Retirement Benefit as provided in Section 5.2. The Member's first payment date shall be as of the first day of the month coincident with or immediately following the later of his Termination Date and the last day of his total Severance, which shall be deemed to be his Benefit Commencement Date (subject to the provisions of Section 6.1. hereof regarding the actual date of issuance of the initial payment or a lump sum payment).

### 4.2. Late Retirement

A Member who remains employed after attainment of his Normal Retirement Date shall be eligible to retire on his Late Retirement Date. Any Member so remaining shall not be entitled to receive payments of his Late Retirement Benefit as provided in Section 5.3. until he actually retires, except as provided in Section 6.1.3. The Late Retirement Benefit shall begin as of the first day of any month, as elected by the Member, coincident with or immediately following the later of his Termination Date and the last day of his total Severance (subject to the provisions of Section 6.1. hereof regarding the actual date of issuance of the initial payment or a lump sum payment), provided that payment must commence no later than the date specified in Section 6.1.3. hereof. Such date shall be deemed to be the Member's Benefit Commencement Date.

A Member who works past the month in which a Normal Retirement Benefit would have begun shall be notified in writing during that month that benefits will not be started. The notification shall contain the information required by Department of Labor Regulation Section 2530.203-3 and other applicable law and regulations on suspension of benefits.

### 4.3. Early Retirement

A Member may elect to retire on or after his Early Retirement Date but prior to his Normal Retirement Date and receive an Early Retirement Benefit. Such benefit shall begin as of the first day of any calendar month coincident with or immediately following the later of his Termination Date and the last day of his total Severance (subject to the provisions of Section 6.1. hereof regarding the actual date of issuance of the initial payment or a lump sum payment), which date shall be his Benefit Commencement Date.

### 4.4. Disability Retirement

4.4.1. A Pension Service Plan Member with one (1) year of Vesting Service who becomes and remains totally and permanently disabled until he attains age fifty-five (55) and completes four (4) years of Vesting Service (or three (3) years of Vesting Service in the case of any Member credited with at least one (1) Hour of Service after 2007), or a Cash Balance Plan Member with one (1) year of Vesting Service who becomes and remains totally and permanently disabled until he attains age fifty-five (55) and completes two (2) years of Vesting Service, shall be entitled to receive the Disability Retirement Benefit provided in Section 5.5. The Disability Retirement Benefit shall become payable as of the first day of the first calendar month coincident with or immediately following the date he ceases to accrue Benefit Service as provided in Section 3.1.3. or Pay Credits as provided in Section 5.1.2. (subject to the provisions of Section 6.1. hereof regarding the actual date of issuance of the initial payment or a lump sum payment). The Member may elect that such date or the first day of any subsequent calendar month shall be his Benefit Commencement Date.

4.4.2. A Member shall be considered, for purposes of the Plan, to be totally and permanently disabled if:

18

  4.4.2.1. He is eligible to receive a Disability Insurance Benefit as provided under federal Social Security laws, or

  4.4.2.2. In the event that he is not eligible to receive such Disability Insurance Benefit, the Plan Administrator or its designee, on the basis of medical evidence which is satisfactory to it, determines in its sole discretion that

   (i) he is prevented from engaging in any occupation or employment for remuneration for which he is reasonably qualified by education and experience unless such prevention resulted from:

    4.4.2.2.1. War or an act of war;

    4.4.2.2.2. Service in the armed forces of any country or political subdivision thereof;

    4.4.2.2.3. Attempted suicide or self-inflicted injury or illness; or

    4.4.2.2.4. Participation in a criminal act, or

   (ii) he otherwise qualifies for disability benefits under any plan or policy maintained by his Employer.

4.4.3. The totally and permanently disabled Member shall submit to medical examinations, at the expense of the Employer at any reasonable time but not more often than every six (6) months prior to his Benefit Commencement Date pursuant to Section 4.4.1., the purpose of which is to permit the Plan Administrator or its designee to determine in its sole discretion whether he continues to be totally and permanently disabled for purposes of Section 4.4.2.2. If that Active Member refuses or fails to submit to any of the medical examinations described above, for purposes of the Plan, he shall not be eligible to be considered totally and permanently disabled from the time of such refusal or failure until he submits to such examination.

4.4.4. In order to become entitled to any Disability Retirement Benefits under Section 4.4 and 5.5, the Member must apply for such benefits at such time and in such manner as prescribed by the Plan Administrator or its designee.

4.5. **Termination of Employment/Vesting**

4.5.1. Except as otherwise provided herein, a Pension Service Plan Member whose employment is terminated other than by retirement (pursuant to Section 4.1., 4.2., 4.3. or 4.4. hereof) or death is entitled to a Vested Retirement Benefit as provided in Section 5.6. if such Member had four (4) or more years of Vesting Service on his Termination Date or, in the case of any Member who is credited with at least one Hour of Service after 2007, three (3) or more years of Vesting Service, on his Termination Date. A Cash Balance Plan Member whose employment is terminated other than by retirement (pursuant to Section 4.1., 4.2., 4.3. or 4.4. hereof) or death is entitled to a Vested Retirement Benefit as provided in Section 5.6. if such Member had two (2) or more years of Vesting Service on his Termination Date. Such Pension Service Plan or Cash Balance Plan Member's Benefit Commencement Date shall be the first day of a calendar month as elected by the Member after the later of his Termination Date or the last day of his total Severance, but not earlier than the first day of the fifth month after such date (subject to the provisions of Section 6.1. hereof regarding the actual date of issuance of the initial payment or a lump sum payment).

4.5.2. A Member who is not entitled to a Vested Retirement benefit in accordance with Section 4.5.1. shall be entitled to a Vested Retirement Benefit as provided in Section 5.6. if:

19