# EXHIBIT B


PBGC/Benefits Admin & Payment Dept
P.O. Box 151750
Alexandria VA 22315-1750

*EXHIBIT B*

Inquiry for a Benefit Estimate
November 15, 2012

PBGC Case Number: ████████
Plan Name:          NORTEL NETWORKS RETIREMENT INCOME PLAN

WAYNE SCHMIDT
████████████████████

Dear WAYNE SCHMIDT:

We are writing to you to provide the benefit estimate you requested.

## An Annuity Benefit Estimate

The enclosed benefit statement gives an estimate of your benefit as of the starting date you requested. If you are married, it also shows the survivor benefit for your spouse. If you would like a retirement estimate for a J&S benefit with a beneficiary who is not your spouse, please contact us.

Note:
If you are currently employed by Nortel Networks or its subsidiaries you may not receive early retirement benefits from this plan. However, if you have reached the Normal Retirement age under your plan, you may receive your pension benefit from the PBGC and continue to work for Nortel Networks or its subsidiaries. Please contact us at the telephone number provided below if you have any questions regarding your eligibility.

To begin receiving your PBGC benefit when you are eligible, request an application package from our Customer Contact Center at 1 (800) 400-7242, Monday through Friday, 8:00a.m. – 7:00p.m. ET. Please call no more than four months before you want your benefit to start. If you use a TTY/ASCII, call 1 (800) 877-8339, and give the relay operator our telephone number. Or, you may write to: PBGC/Benefits Admin & Payment Dept, P.O. Box 151750 , Alexandria VA 22315-1750. Please include your Social Security number, PBGC case number, 21391900, and a daytime telephone number.

This estimate is based on the information currently in our files. If the enclosed information is incorrect or if you have any questions, call our Customer Contact Center at 1 (800) 400-7242.

There is an IRS tax credit for health care insurance premiums called the Health Coverage Tax Credit (HCTC), which may apply to certain individuals who are 55 - 65 years of age and are receiving benefits from the PBGC. This credit does not apply if you are entitled to coverage under Medicare Part A, enrolled in Medicare Part B or a State's Medicaid program. In cases where individuals are 65 or older and not eligible for Medicare, they may still be eligible for the credit. The HCTC is equal to 72.5 percent of the premiums paid by you for qualified health insurance. HCTC information is also available from the IRS at its web site, www.irs.gov

**Pension Benefit Guaranty Corporation
U.S. Government Agency**

Keyword: HCTC, or at the HCTC toll-free number 1-866-628-HCTC (TTY: 1-866-626-HCTC).

PBGC offers online services. To learn more, go to www.pbgc.gov and click on 'Workers and Retirees' tab. Look for the link 'Online Pension Transactions (MyPBA)' on the left side of the webpage. If you open an online account, you will be able to:

- Request a benefit payment estimate
- Apply for pension benefits
- Designate or change beneficiary information
- Change your address, telephone number, or e-mail address
- Designate or edit your Federal Tax Withholdings
- Apply for electronic direct deposit (EDD)
- Edit your existing EDD information

Please keep this letter in your records for future reference.

Sincerely,

*Suzie Charles*

Suzie Charles
FBA Pension Benefit Analyst
Field Benefit Administration

Enclosure:
(Manual Insert) Benefit Statement
PACS Calculation Sheet

**Pension Benefit Guaranty Corporation**
**U.S. Government Agency**



# PBGC

| | | |
|---|---|---|
| Privacy Act Data | **Benefit Estimation** | 11/02/2012 08:58 AM |
| WAYNE SCHMIDT | | Page 1 of 2 |

## NORTEL NETWORKS RETIREMENT INCOME PLAN

PBGC Case Number:
Date of Plan Termination (DOPT):                                          July 17, 2009

Please verify the following information. If you find discrepancies, contact PBGC at 1-800-400-7242.
We will send a formal benefit determination when we have reviewed all data and plan provisions.

### YOUR BENEFIT SUMMARY

**Participant's Information**
--------------------------------------------

Name:                                                                    WAYNE SCHMIDT
Social Security Number:
Gender:                                                                  Male
Date of Birth:
Date of Hire:
Last Date Benefits Earned
Bankruptcy Petition Date:
Date of Termination of Employment:
Normal Retirement Date:

**Beneficiary's Information**
--------------------------------------------

Name:
Social Security Number:
Date of Birth:

**Summary of Participant's Benefit**
--------------------------------------------

Actual Retirement Date (ARD):
PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:
PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity:

### YOUR BENEFIT CALCULATION

**Pension Information used for Benefit Calculation**
--------------------------------------------

Years of Vesting Service:
Vesting Percentage:



**PBGC**

Privacy Act Data

WAYNE SCHMIDT

**Benefit Estimation**

11/02/2012 08:58 AM
Page 2 of 2

Your plan froze benefit accruals on 12/31/2007. This means that the size of your plan's benefits will generally not increase beyond that date, so your participation, salary and benefit service earned after 12/31/2007 were not included in the calculation of your accrued benefit. However, service from 12/31/2007 to the earlier of the date you terminate employment or your plan's Bankruptcy Petition Date is included for vesting purposes and eligibility for certain benefits.

Benefit Calculation

----------------------------

(1)    Pension Service Plan (PSP) Account Balance at
       ARD:

(2)    Plan's Present Value Factor for Conversion to a Straight Life Annuity at
       ARD:

(3)    PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:

(4)    Plan's Adjustment Factor for Joint-and-50% Survivor
       Annuity:

(5)    PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity: