# EXHIBIT C

PBGC/Benefits Admin & Payment Dept
P.O. Box 151750
Alexandria VA 22315-1750

200R
March 27, 2013

PBGC Case Number:
Plan Name:              NORTEL NETWORKS RETIREMENT INCOME PLAN

WAYNE SCHMIDT



Dear WAYNE SCHMIDT:

Thank you for contacting the Pension Benefit Guaranty Corporation (PBGC) about your
pension benefit. We have enclosed an application that you must complete and return to us
within 90 days of the date of this letter in order to keep the annuity starting date shown on the
enclosed calculations. If you fail to return your application to us within 90 days of the date of
this letter, your earliest annuity starting date will be the first of the month following our receipt
of your application.

Note:
If you are currently employed by Nortel Networks or its subsidiaries you may not receive early
retirement benefits from this plan. However, if you have reached the Normal Retirement age
under your plan, you may receive your pension benefit from the PBGC and continue to work
for Nortel Networks or its subsidiaries. Please contact us at the telephone number provided
below if you have any questions regarding your eligibility.

PBGC offers several benefit forms from which you may choose. The enclosed information
("Your Benefit, Your Choice") describes the benefit forms and gives an example of each. We
have also included a retirement estimate, which shows the amount of your benefit in each
form.

If there is a Qualified Domestic Relations Order ("QDRO") requiring payment of some or all of
your benefit from this plan to someone else, please tell us the date of the QDRO and the name
of the alternate payee.

You and your spouse, if you are married, should review the information very carefully before
you choose a form of benefit. If you would like a retirement estimate for a J&S benefit with a
beneficiary who is not your spouse, please contact us.

Within 90 days of receipt of your application, we will contact you to confirm the amount of your
payment and the date you will receive your first payment. If you have any questions or need
assistance, please call **1 (800) 400-7242**. If you use a TTY/ASCII, call **1-(800)-877-8339** and
give the relay operator our telephone number. You may also write to:

PBGC/Benefits Admin & Payment Dept
P.O. Box 151750
Alexandria VA 22315-1750

**Pension Benefit Guaranty Corporation**
**U.S. Government Agency**

When contacting us, include your Social Security number, PBGC case number 21391900, and a daytime telephone number.

Sincerely,

*Suzie Charles*

Suzie Charles
FBA Pension Benefit Analyst
Field Benefit Administration

Enclosures:
Privacy Act Notice (Short Form)
Form 700 - Participant Application for Pension Benefits
PACS Calculation Sheet
(Manual Insert) Benefit Statement
Reply Envelope for Benefit Applications - Generic White 9x12
Acceptable Proof of Age



**PRIVACY ACT DATA**

# Optional Benefit Form

| Plan Name: | NORTEL NETWORKS RETIREMENT INCOME PLAN |
|---|---|
| Plan Number: | ▮ |

| Participant: | SCHMIDT, WAYNE | Beneficiary: | |
|---|---|---|---|
| SSN: | | Date of Birth: | |
| Cust Id: | | Beneficiary Type: | |
| Date of Birth: | | | |
| Pension Benefits Beginning: | | | |

| | Benefit Form | Participant's Benefit | Survivor's Benefit |
|---|---|---|---|
| A: | Plan's Automatic Form for Unmarried Participant: Straight Life Annuity | ▮ | ▮ |
| B: | Plan's Automatic Form for Married Participant: | Only available for spouse as beneficiary. | |
| C: | Straight Life Annuity | ▮ | |
| D: | Joint–and–50% Survivor Annuity | ▮ | ▮ |
| E: | Joint–and–75% Survivor Annuity | ▮ | ▮ |
| F: | Joint–and–100% Survivor Annuity | ▮ | ▮ |
| G: | Joint–and–50% Survivor "Pop–up" Annuity * If the beneficiary dies first, the participant's benefit increases to the amount shown in Line C. | ▮ | ▮ |
| H: | 5–year Certain–and–Continuous Annuity | ▮ | ▮ |
| I: | 10–year Certain–and–Continuous Annuity | ▮ | ▮ |
| J: | 15–year Certain–and–Continuous Annuity | ▮ | ▮ |

Please read the information about your benefit choices that PBGC has provided with your application.
Some optional annuity forms offered by PBGC may be identical to your plan's automatic annuity forms.

| Prepared by: | Suzie Charles |
|---|---|
| Date Prepared: | 03/27/2013 |



PBGC

Privacy Act Data

WAYNE SCHMIDT

**Benefit Estimation**

03/20/2013 10:55 AM
Page 1 of 2

## NORTEL NETWORKS RETIREMENT INCOME PLAN

PBGC Case Number:
Date of Plan Termination (DOPT):

 July 17, 2009

Please verify the following information. If you find discrepancies, contact PBGC at 1-800-400-7242.
We will send a formal benefit determination when we have reviewed all data and plan provisions.

### YOUR BENEFIT SUMMARY

Participant's Information
-------------------------

Name:                                                          WAYNE SCHMIDT
Social Security Number:
Gender:                                                                 Male
Date of Birth:                                                             7
Date of Hire:
Last Date Benefits Earned
Bankruptcy Petition Date:
Date of Termination of Employment:
Normal Retirement Date:

Beneficiary's Information
-------------------------

Name:
Social Security Number:
Date of Birth:

Summary of Participant's Benefit
--------------------------------

Actual Retirement Date (ARD):
PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:
PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity:



**PBGC**

Privacy Act Data

**WAYNE SCHMIDT**

# Benefit Estimation

03/20/2013 10:55 AM
Page 2 of 2



Our records indicate that you were receiving Long Term Disability (LTD) from Nortel Networks prior to 05/31/2013. If you elected to participate in the settlement offered by Nortel Networks in regards to LTD benefits, you may not be eligible to receive your pension benefit prior to your Normal Retirement Date. If you waive participation in the settlement, you may commence your pension benefit at any time on or after the later of 06/01/2013 and the first day of the month coincident with or next following your 55th birthday. However, if you commence benefits prior to your Normal Retirement Date, your benefit will be reduced for early commencement under the terms of your pension plan. We cannot process your application for early retirement until we receive documentation that you have waived participation in the settlement.

## YOUR BENEFIT CALCULATION

Pension Information used for Benefit Calculation
------------------------------------------------
Years of Vesting Service:
Vesting Percentage:



Your plan froze benefit accruals on 12/31/2007. This means that the size of your plan's benefits will generally not increase beyond that date, so your participation, salary and benefit service earned after 12/31/2007 were not included in the calculation of your accrued benefit. However, service from 12/31/2007 to the earlier of the date you terminate employment or your plan's Bankruptcy Petition Date is included for vesting purposes and eligibility for certain benefits.

Benefit Calculation
-------------------

(1)  Pension Service Plan (PSP) Account Balance at ARD:

(2)  Plan's Present Value Factor for Conversion to a Straight Life Annuity at ARD:

(3)  PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:

(4)  Plan's Adjustment Factor for Joint-and-50% Survivor Annuity:

(5)  PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity: