Case 09-10138-MFW    Doc 10151    Filed 04/15/13    Page 1 of 3

09-10138 KG

FILED
2013 APR 15 AM 11:59

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Kevin Gross

Enclosed are my Nortel HR Shared Services Documents. My date of Hire with Nortel is 06/25/1984 until termination on 05/31/2013. Also these Documents show I am a full time employee for a total of 29 years. Please consider with my years of service with Nortel, to allow me with Severance pay.

Sincerely,

Vada Wilson

*Vada Wilson*

## I. EMPLOYEE DATA

Notice Date: **2010/08/31**

Employee: **Vada Wilson**

Employee Number: **0204275**

Continuous Service Date: **1984/06/25**

Severance Eligibility Date: **1984/06/25**

Employment Termination Date: **2010/08/31**

Severance Stop Date: **2011/03/29**

Employee Home Address:

101 TENY'S LN
ROUGEMONT
NC     27572

Severance Period (for employees with at least 6 months of service): **30**
(Number of Weeks to Commence Following Termination Date)

HR Contact: **Nortel HR Shared Services**
**Mail Stop 570/02/0C2**
**PO Box 13010**
**4001 E. Chapel Hill-Nelson Hwy**
**Research Triangle Park, NC 27709-3010**
**1-800-676-4636**

V5.0

| | |
|---|---|
| **HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION** | |
| **PROBUSINESS / SAP INFORMATION** | |

EMPLOYEE NAME: <u>Vada Wilson</u>

GLOBAL ID: <u>0204275</u>

TERMINATION EFFECTIVE DATE: <u>2010/08/31</u>

ENTITY: <u>LTD</u>   DEPT: <u>8900</u>

BENEFITS END DATE: <u>2010/08/31</u>

EMPLOYEE STATUS: Full Time: <u>F</u>
                                         Part Time:

CONTINUOUS SERVICE DATE: <u>1984/06/25</u>

LOCATION: <u>438</u>

EMPLOYEE ADDRESS:

LOCATION DESCRIPTION: <u>NASHF</u>

101 TENY'S LN
ROUGEMONT
NC 27572

SAP ACTION CODE: <u>84</u>

SAP SEPARATION REASON CODE: <u>33</u>
SAP SEPARTION REASON DESCRIPTION: <u>Work force reduction</u>

**WITHHOLDINGS & AMOUNTS OWED**
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.