# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 3/5/2013 | Weekly trade payable claims call with K. O'Neill of Cleary and M. Cilia of RLKS. | 0.50 | 420 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 3/13/2013 | Call with M. Cilia of RLKS and B. Hunt of Epiq regarding schedules. | 0.50 | 420 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 3/28/2013 | Weekly trade payable claims call with M. Cilia of RLKS and K. O'Neill of Cleary. | 0.50 | 420 | 210.00 |
| 4 | Court Hearings / Preparation | Coley P. Brown | 3/5/2013 | Reviewed the 29th omnibus order and followed up with Epiq regarding the same. | 1.00 | 420 | 420.00 |
| 4 | Court Hearings / Preparation | James Lukenda | 3/25/2013 | Nortel - hearing preparation, review application, related correspondence | 0.30 | 725 | 217.50 |
| 4 | Court Hearings / Preparation | James Lukenda | 3/26/2013 | Nortel - telephonic hearing on compensation | 0.50 | 725 | 362.50 |
| 6 | Retention and Fee Applications | Coley P. Brown | 3/6/2013 | Updated monthly fee application exhibits. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/4/2013 | Reviewed the updated claims and schdules report provided by B. Hunt of Epiq. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/4/2013 | Reviewed and updated employee claims analysis per request of M. Cilia of RLKS. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/5/2013 | Revised employee claims analysis to per request of J. Croft of Cleary. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/6/2013 | Updated monthly fee application documents and provided to Huron MD for review. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/7/2013 | Updated employee claims anlysis per request of Nortel and RLKS. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/7/2013 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/8/2013 | Updated employee claims analysis regarding communication documents. | 1.60 | 420 | 672.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/11/2013 | Updated employee claims analysis based on informaiton provided by A. Tsai of Epiq. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/12/2013 | Updated employee claims anlaysis based on employee claim documents. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/13/2013 | Reviewed employee claim settlement report provided by A. Tsai of Epiq. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/13/2013 | Updated employee claims analysis per request of M. Cilia of RLKS. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/14/2013 | Updated employee claims analysis and prepared summary regarding the same. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/18/2013 | Reviewed and updated employee claims analysis per request of M. Cilia of RLKS. | 1.30 | 420 | 546.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/19/2013 | Reviewed and updated employee claims analysis per request of J. Croft of Cleary. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/20/2013 | Reviewed and updated employee claims analysis per request of A. Tsai of Epiq. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/21/2013 | Reviewed and updated employee claims analysis per request of J. Davison of Nortel. | 1.40 | 420 | 588.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/22/2013 | Reviewed and updated employee claims analysis per request of J. Croft of Cleary. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/25/2013 | Reconciled employee claims analysis provided by A. Tsai of Epiq. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/26/2013 | Reviewed and updated employee claims analysis per request of A. Tsai of Epiq. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/27/2013 | Reviewed and updated employee claims analysis and provided to J. Croft of Cleary. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/28/2013 | Reconciled employee claims analysis and documented notes regarding the same. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 3/29/2013 | Reconciled employee claims analysis and documented notes regarding the same. | 2.00 | 420 | 840.00 |