# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013**

| Date | Professional | Cost Type | Description | Amount |
|---|---|---|---|---|
|  |  |  |  | $ - |