

PBGC/Benefits Admin & Payment Dept
P.O. Box 151750
Alexandria VA 22315-1750

Inquiry for a Benefit Estimate    305
March 27, 2013

PBGC Case Number:
Plan Name:            NORTEL NETWORKS RETIREMENT INCOME PLAN

WILLIAM REED

Dear WILLIAM REED:

We are writing to you to provide the benefit estimate you requested.

An Annuity Benefit Estimate

> The enclosed benefit statement gives an estimate of your benefit as of the starting date you requested. If you are married, it also shows the survivor benefit for your spouse. If you would like a retirement estimate for a J&S benefit with a beneficiary who is not your spouse, please contact us.
>
> Note:
> If you are currently employed by Nortel Networks or its subsidiaries you may not receive early retirement benefits from this plan. However, if you have reached the Normal Retirement age under your plan, you may receive your pension benefit from the PBGC and continue to work for Nortel Networks or its subsidiaries. Please contact us at the telephone number provided below if you have any questions regarding your eligibility.
>
> To begin receiving your PBGC benefit when you are eligible, request an application package from our Customer Contact Center at **1 (800) 400-7242,** Monday through Friday, 8:00a.m. – 7:00p.m. ET. Please call no more than four months before you want your benefit to start. If you use a TTY/ASCII, call **1 (800) 877-8339**, and give the relay operator our telephone number. Or, you may write to: PBGC/Benefits Admin & Payment Dept, P.O. Box 151750 , Alexandria VA  22315-1750. Please include your Social Security number, PBGC case number, 21391900, and a daytime telephone number.

This estimate is based on the information currently in our files. If the enclosed information is incorrect or if you have any questions, call our Customer Contact Center at **1 (800) 400-7242.**

There is an IRS tax credit for health care insurance premiums called the Health Coverage Tax Credit (HCTC), which may apply to certain individuals who are 55 - 65 years of age and are receiving benefits from the PBGC. This credit does not apply if you are entitled to coverage under Medicare Part A, enrolled in Medicare Part B or a State's Medicaid program. In cases where individuals are 65 or older and not eligible for Medicare, they may still be eligible for the credit. The HCTC is equal to 72.5 percent of the premiums paid by you for qualified health insurance. **HCTC information is also available from the IRS at its web site, www.irs.gov**

**Pension Benefit Guaranty Corporation
U.S. Government Agency**

**Keyword: HCTC, or at the HCTC toll-free number 1-866-628-HCTC (TTY: 1-866-626-HCTC).**

PBGC offers online services. To learn more, go to www.pbgc.gov and click on 'Workers and Retirees' tab. Look for the link 'Online Pension Transactions (MyPBA)' on the left side of the webpage. If you open an online account, you will be able to:

- Request a benefit payment estimate
- Apply for pension benefits
- Designate or change beneficiary information
- Change your address, telephone number, or e-mail address
- Designate or edit your Federal Tax Withholdings
- Apply for electronic direct deposit (EDD)
- Edit your existing EDD information

Please keep this letter in your records for future reference.

Sincerely,

*Suzie Charles*

Suzie Charles
FBA Pension Benefit Analyst
Field Benefit Administration

Enclosure:
(Manual Insert) Benefit Statement
PACS Calculation Sheet



# PRIVACY ACT DATA

## Optional Benefit Form

| | |
|---|---|
| Plan Name: | NORTEL NETWORKS RETIREMENT INCOME PLAN |
| Plan Number: | ▇▇▇▇▇▇▇ |

| | |
|---|---|
| Participant: | REED, WILLIAM |
| SSN: | ▇▇▇▇▇▇▇▇▇ |
| Cust Id: | ▇▇▇▇▇ |
| Date of Birth: | ▇▇▇▇▇▇▇ |
| Pension Benefits Beginning: | ▇▇▇▇▇▇▇ |

| | Benefit Form | Participant's Benefit |
|---|---|---|
| A: | Plan's Automatic Form for **Unmarried** Participant<br>Straight Life Annuity | ▇▇▇▇▇ |
| B: | Plan's Automatic Form for **Married** Participant: | ▇▇▇▇▇▇▇▇▇▇▇▇ |
| C: | Straight Life Annuity | ▇▇▇▇ |
| D: | Joint-and-50% Survivor Annuity | ▇▇▇▇▇▇▇▇▇▇▇▇ |
| E: | Joint-and-75% Survivor Annuity | ▇▇▇▇▇▇▇▇▇▇▇▇ |
| F: | Joint-and-100% Survivor Annuity | ▇▇▇▇▇▇▇▇▇▇▇▇ |
| G: | Joint-and-50% Survivor "Pop-up" Annuity<br>* If the beneficiary dies first, the participant's benefit increases to the amount shown in Line C. | ▇▇▇▇▇▇▇▇ |
| H: | 5-year Certain-and-Continuous Annuity | ▇▇▇▇ |
| I: | 10-year Certain-and-Continuous Annuity | ▇▇▇▇ |
| J: | 15-year Certain-and-Continuous Annuity | ▇▇▇▇ |

Please read the information about your benefit choices that PBGC has provided with your application.
Some optional annuity forms offered by PBGC may be identical to your plan's automatic annuity forms.

| | |
|---|---|
| Prepared by: | Suzie Charles |
| Date Prepared: | 03/27/2013 |

Manually-keyed Report



Privacy Act Data

**WILLIAM REED**

## Benefit Estimation

03/20/2013 10:15 AM
Page 1 of 2

### NORTEL NETWORKS RETIREMENT INCOME PLAN

**PBGC Case Number:**
**Date of Plan Termination (DOPT):** July 17, 2009

Please verify the following information. If you find discrepancies, contact PBGC at 1-800-400-7242. We will send a formal benefit determination when we have reviewed all data and plan provisions.

### YOUR BENEFIT SUMMARY

Participant's Information
-----------------------------------
Name:                                                    WILLIAM REED
Social Security Number:
Gender:
Date of Birth:
Date of Hire:
Last Date Benefits Earned
Bankruptcy Petition Date:
Date of Termination of Employment:
Normal Retirement Date:

Summary of Participant's Benefit
---------------------------------------------
Actual Retirement Date (ARD):
PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:

Our records indicate that you were receiving Long Term Disability (LTD) from Nortel Networks prior to 05/31/2013. If you elected to participate in the settlement offered by Nortel Networks in regards to LTD benefits, you may not be eligible to receive your pension benefit prior to your Normal Retirement Date. If you waive participation in the settlement, you may commence your pension benefit at any time on or after the later of 06/01/2013 and the first day of the month coincident with or next following your 55th birthday. However, if you commence benefits prior to your Normal Retirement Date, your benefit will be reduced for early commencement under the terms of your pension plan. We cannot process your application for early retirement until we receive documentation that you have waived participation in the settlement.

### YOUR BENEFIT CALCULATION

Pension Information used for Benefit Calculation
-------------------------------------------------------------------



Privacy Act Data

**WILLIAM REED**

**Benefit Estimation**

03/20/2013 10:15 AM
Page 2 of 2

Years of Vesting Service:
Vesting Percentage:

Your plan froze benefit accruals on 12/31/2007. This means that the size of your plan's benefits will generally not increase beyond that date, so your participation, salary and benefit service earned after 12/31/2007 were not included in the calculation of your accrued benefit. However, service from 12/31/2007 to the earlier of the date you terminate employment or your plan's Bankruptcy Petition Date is included for vesting purposes and eligibility for certain benefits.

Benefit Calculation
--------------------------

(1)   Pension Service Plan (PSP) Account Balance at ARD:

(2)   Plan's Present Value Factor for Conversion to a Straight Life Annuity at ARD:

(3)   PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:



**PRIVACY ACT DATA**

## Optional Benefit Form

| | | |
|---|---|---|
| Plan Name: | NORTEL NETWORKS RETIREMENT INCOME PLAN | |
| Plan Number: | ▮ | |

| | | |
|---|---|---|
| Participant: | REED, WILLIAM | |
| SSN: | ▮ | |
| Cust Id: | | |
| Date of Birth: | | |
| Pension Benefits Beginning: | | |

| | Benefit Form | Participant's Benefit |
|---|---|---|
| A: | Plan's Automatic Form for **Unmarried** Participant Straight Life Annuity | ▮ |
| B: | Plan's Automatic Form for **Married** Participant: | ▮ |
| C: | Straight Life Annuity | ▮ |
| D: | Joint-and-50% Survivor Annuity | ▮ |
| E: | Joint-and-75% Survivor Annuity | ▮ |
| F: | Joint-and-100% Survivor Annuity | ▮ |
| G: | Joint-and-50% Survivor "Pop-up" Annuity<br>\* If the beneficiary dies first, the participant's benefit increases to the amount shown in Line C. | ▮ |
| H: | 5-year Certain-and-Continuous Annuity | ▮ |
| I: | 10-year Certain-and-Continuous Annuity | ▮ |
| J: | 15-year Certain-and-Continuous Annuity | ▮ |

Please read the information about your benefit choices that PBGC has provided with your application.
Some optional annuity forms offered by PBGC may be identical to your plan's automatic annuity forms.

| | |
|---|---|
| Prepared by: | Suzie Charles |
| Date Prepared: | 03/27/2013 |

Manually-keyed Report