**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

**JOINDER OF WILLIAM REED IN RESPONSE TO WAYNE J. SCHMIDT**

**CONFIDENTIAL - FILED UNDER SEAL**

Date: April 17, 2013                /s/ Rafael X. Zahralddin-Aravena
                                    Rafael X. Zahralddin-Aravena (DE No. 4166)
                                    Shelley A. Kinsella (DE No. 4023)
                                    1105 North Market Street, Suite 1700
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 384-9400
                                    Facsimile: (302) 384-9399
                                    Email: rxza@elliottgreenleaf.com
                                    Email: sak@elliottgreenleaf.com

                                    *Counsel to the Official Committee of*
                                    *Long Term Disability Participants*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.