IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.* | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re Dkt Nos. 9591 & 9938** |

### ORDER RELATING TO JOHN H. YOAKUM

On April 2, 2013, the Court approved the Settlement Agreement (the "Settlement") between Debtors and the Official Committee of Retired Employees (the "Retiree Committee"), Order, D.I. 9938.

The Settlement Agreement provides the eligibility requirements for the retirees to participate in and benefit from the settlement. The settlement beneficiaries include all current and former employees of the Debtors eligible to recover benefits under the Retiree Welfare Plans. In turn, such participation requires a retiree to have retired from Debtors' employment and, at such time, to have accepted and to have begun receiving pension benefits.

The Retiree Committee has rejected the claim of Mr. John H. Yoakum ("Mr. Yoakum") for retiree benefits. D.I. 9591. Mr. Yoakum has objected (D.I. 9562). Although the Retiree Committee has presented evidence in support of the disallowance, the Court is fully satisfied that Mr. Yoakum's objection to his rejection must be sustained.

In particular, the Retiree Committee explains, and the evidence shows and is unrefuted, that Mr. Yoakum did not retire and did not begin collecting his pension benefits when he left Debtors' employment. Instead, Mr. Yoakum rejected receipt of his pension and also rejected enrollment in the Nortel Networks Retiree Health and Welfare Benefits.

Case 09-10138-MFW    Doc 10161    Filed 04/17/13    Page 2 of 2

Despite the foregoing, Mr. Yoakum has presented facts which persuade the Court that the equities outweigh the Retiree Committee's evidence and rationale for denying Mr. Yoakum the opportunity to enjoy the settlement proceeds.

Mr. Yoakum, who worked and produced for Debtors continuously for 22 years was approximately 55 years old when he was forced to leave Debtors because his business unit was sold to Avaya, Inc. Mr. Yoakum filed a claim in the Debtors' bankruptcy. Upon Debtors' Court approved sale of assets to Avaya, Inc., Mr. Yoakum joined Avaya, thereby assisting in the transition. Mr. Yoakum could not fairly be expected to retire at age 55. As a productive employee for Debtors and then their purchaser, the Court finds that Mr. Yoakum is eligible to participate in the Settlement.

SO ORDERED.

Dated: April 17, 2013

_____
KEVIN GROSS, U.S.B.J.

2