April 12, 2013

                                                    Chapter 11
                                                   Case No. 09-10138 (KG)
                                                   Jointly Administered
                                                   **Related D.I.: 8067,9304,9427,10049**

Judge Kevin Gross
824 N. Market St.
Wilmington, De. 19801

### DECLARATION OF JOHN J. ROSSI OBJECTION TO MOTION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR APPROVAL OF DISTRIBUTION FOR RELATED RELIEF

        My Name Is John J. Rossi ███████████

        I would like to object to how the settlement funds will be distributed ███████████ I would just like to have my settlement funds not be put into the VEBA-HRA so I can be done with this and try to live the rest of my time in peace.

        The VEBA-HRA would hurt me over the life of the VEBA-HRA, ███████████ I am also fighting the PBGC as they say if I take settlement I will not be able to collect my pension till 65.

███████████ I would like to have the settlement funds given to me in lump sum and to not have any of the settlement put in it. ███████████ our Honor I now have 3 different estimates and this is to be revised so I ask you to please just let me have settlement.

        Sincerely Yours,

        /s/ John J. Rossi
        John J. Rossi   ( Pro Se )