# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Bankr. Case No. 09-10138 (KG) |
| Debtors.[1] | (Jointly Administered) |

## [PROPOSED] ORDER GRANTING JOINT ADMINISTRATORS' MOTION FOR LEAVE TO APPEAL FROM ORDER APPROVING ALLOCATION PROTOCOL

Upon consideration of the motion (the "Motion") of the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited and certain of its affiliates,[2] for entry of an order, pursuant to 28 U.S.C. § 158(a) and Rules 8001, 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, granting the Joint Administrators leave to appeal from the portions of the Order and Opinion Approving Allocation Protocol, which were entered by the United States Bankruptcy Court for the District

---

1. The debtors in these chapter 11 cases, along with the last four digits of each tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226).

2. These affiliates, known as the "EMEA Debtors" are: Nortel GmbH; Nortel Networks (Austria) GmbH; NNIR; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania, S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A. ("NNSA"); Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks, s.r.o. The Joint Administrators are court-appointed administrators and authorized foreign representatives in proceedings under the Insolvency Act 1986, pending before the High Court of Justice of England and Wales. The Joint Administrators in the U.K. proceedings for all of the above listed debtors, with the exception of Nortel Networks (Ireland) Limited ("NNIR"), are: Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris. The Joint Administrators in the U.K. proceedings for NNIR are: Alan Robert Bloom and David Martin Hughes.

-2-

of Delaware (the "U.S. Court") on April 3, 2013 (Bankr. D.I. 9947, 9946), approving the entry of a protocol which outlines the process for joint litigation of the allocation disputes by the U.S. Court and the Ontario Superior Court of Justice–Commercial List, and due and proper notice of the Motion having been given, it is hereby:

    ORDERED that the Motion is GRANTED.

Dated:

_____
UNITED STATES DISTRICT JUDGE