April 17, 2013

Felicia Jones Mann

Nortel LTD

Judge,

I am filing an objection to the amount of approximately ▮▮▮▮▮ in an HRA. I do not believe I will use the amount. I would like for it to be less.

I am giving Rafael and Elliott Greenleaf permission to file this objection on my behalf and use this as my electronic signature.

Thank you.