# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## OBJECTION OF FELICIA JONES MANN

## CONFIDENTIAL - FILED UNDER SEAL

Date: April 18, 2013              /s/ Rafael X. Zahralddin-Aravena
                                               Rafael X. Zahralddin-Aravena (DE No. 4166)
                                               Shelley A. Kinsella (DE No. 4023)
                                               1105 North Market Street, Suite 1700
                                               Wilmington, Delaware  19801
                                               Telephone:  (302) 384-9400
                                               Facsimile:   (302) 384-9399
                                               Email:  rxza@elliottgreenleaf.com
                                               Email:  sak@elliottgreenleaf.com

                                               *Counsel to the Official Committee of*
                                               *Long Term Disability Participants*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.