# **EXHIBIT B**

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| 03/11/2013 | PHOTOCOPIES | 0.30 |
| 03/21/2013 | PHOTOCOPIES | 78.00 |
| 03/21/2013 | PHOTOCOPIES | 117.00 |
| 03/21/2013 | PHOTOCOPIES | 0.45 |
| 03/27/2013 | PHOTOCOPIES | 4.50 |
| 03/29/2013 | PHOTOCOPIES | 0.60 |
| | **Total For: PHOTOCOPIES** | **200.85** |
| 03/01/2013 | PHOTOCOPIES | 0.15 |
| 03/11/2013 | PHOTOCOPIES | 5.55 |
| 03/11/2013 | PHOTOCOPIES | 5.25 |
| 03/13/2013 | PHOTOCOPIES | 5.70 |
| 03/13/2013 | PHOTOCOPIES | 14.85 |
| 03/14/2013 | PHOTOCOPIES | 0.15 |
| 03/14/2013 | PHOTOCOPIES | 0.15 |
| 03/14/2013 | PHOTOCOPIES | 0.15 |
| 03/14/2013 | PHOTOCOPIES | 0.15 |
| 03/14/2013 | PHOTOCOPIES | 0.15 |
| 03/14/2013 | PHOTOCOPIES | 0.15 |
| 03/14/2013 | PHOTOCOPIES | 0.15 |
| 03/14/2013 | PHOTOCOPIES | 1.20 |
| 03/14/2013 | PHOTOCOPIES | 0.60 |
| 03/14/2013 | PHOTOCOPIES | 0.15 |
| 03/14/2013 | PHOTOCOPIES | 5.55 |
| 03/14/2013 | PHOTOCOPIES | 4.80 |
| 03/15/2013 | PHOTOCOPIES | 5.70 |
| 03/15/2013 | PHOTOCOPIES | 6.90 |
| 03/15/2013 | PHOTOCOPIES | 5.10 |
| 03/15/2013 | PHOTOCOPIES | 1.35 |
| 03/15/2013 | PHOTOCOPIES | 0.60 |
| 03/15/2013 | PHOTOCOPIES | 0.15 |
| 03/15/2013 | PHOTOCOPIES | 0.15 |
| 03/15/2013 | PHOTOCOPIES | 0.30 |
| 03/15/2013 | PHOTOCOPIES | 5.55 |
| 03/18/2013 | PHOTOCOPIES | 6.60 |
| 03/18/2013 | PHOTOCOPIES | 0.45 |
| 03/19/2013 | PHOTOCOPIES | 4.50 |
| 03/19/2013 | PHOTOCOPIES | 0.15 |
| 03/19/2013 | PHOTOCOPIES | 5.10 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| | | | |
|---|---|---|---|
| 03/19/2013 | PHOTOCOPIES | 1.35 | |
| 03/19/2013 | PHOTOCOPIES | 6.45 | |
| 03/21/2013 | PHOTOCOPIES | 4.50 | |
| 03/21/2013 | PHOTOCOPIES | 9.00 | |
| 03/21/2013 | PHOTOCOPIES | 2.85 | |
| 03/21/2013 | PHOTOCOPIES | 2.10 | |
| 03/21/2013 | PHOTOCOPIES | 2.85 | |
| 03/21/2013 | PHOTOCOPIES | 3.45 | |
| 03/21/2013 | PHOTOCOPIES | 6.15 | |
| 03/26/2013 | PHOTOCOPIES | 0.30 | |
| 03/26/2013 | PHOTOCOPIES | 2.85 | |
| 03/26/2013 | PHOTOCOPIES | 3.00 | |
| 03/27/2013 | PHOTOCOPIES | 3.45 | |
| 03/27/2013 | PHOTOCOPIES | 2.10 | |
| 03/27/2013 | PHOTOCOPIES | 2.70 | |
| 03/28/2013 | PHOTOCOPIES | 12.00 | |
| 03/28/2013 | PHOTOCOPIES | 4.65 | |
| 03/28/2013 | PHOTOCOPIES | 2.10 | |
| | **Total For: PHOTOCOPIES** | | **159.30** |
| | | | |
| 03/21/2013 | VELO BINDING Velobind | 8.75 | |
| | **Total For: VELO BINDING** | | **8.75** |
| | | | |
| 03/08/2013 | TELEPHONE TELEPHONE | 0.79 | |
| 03/08/2013 | TELEPHONE TELEPHONE | 1.24 | |
| 03/08/2013 | TELEPHONE TELEPHONE | 1.24 | |
| 03/20/2013 | TELEPHONE TELEPHONE | 3.72 | |
| 03/25/2013 | TELEPHONE TELEPHONE | 2.48 | |
| 03/25/2013 | TELEPHONE TELEPHONE | 2.44 | |
| 03/25/2013 | TELEPHONE TELEPHONE | 2.48 | |
| 03/25/2013 | TELEPHONE TELEPHONE | 2.31 | |
| 03/25/2013 | TELEPHONE TELEPHONE | 0.05 | |
| 03/25/2013 | TELEPHONE TELEPHONE | 2.54 | |
| 03/25/2013 | TELEPHONE TELEPHONE | 2.60 | |
| 03/25/2013 | TELEPHONE TELEPHONE | 2.54 | |
| 03/25/2013 | TELEPHONE TELEPHONE | 2.48 | |
| 03/25/2013 | TELEPHONE TELEPHONE | 2.48 | |
| 03/29/2013 | TELEPHONE TELEPHONE | 5.15 | |
| 03/29/2013 | TELEPHONE TELEPHONE | 5.31 | |
| 03/29/2013 | TELEPHONE TELEPHONE | 5.26 | |
| 03/29/2013 | TELEPHONE TELEPHONE | 0.22 | |
| 03/29/2013 | TELEPHONE TELEPHONE | 4.91 | |
| 03/29/2013 | TELEPHONE TELEPHONE | 5.31 | |
| 03/29/2013 | TELEPHONE TELEPHONE | 5.38 | |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---|---|
| 03/29/2013 | TELEPHONE TELEPHONE | 5.43 | |
| | **Total For: TELEPHONE** | | **66.36** |
| | | | |
| 02/20/2013 | MONROE LIMO P/U MARK DANIELE FROM EDISON (CHARGE BEFORE 6:00AM) TO NEWARK AIRPORT | 90.75 | |
| 02/20/2013 | MONROE LIMO P/U MARK DANIELE FROM NEWARK AIRPORT TO EDISON | 78.55 | |
| 02/24/2013 | MONROE LIMO P/U MARK DANIELE FROM EDISON TO LGA | 169.35 | |
| 02/27/2013 | MONROE LIMO P/U MARK DANIEL FROM JFK (1/2 HOUR WAIT) TO EDISON | 184.60 | |
| 03/19/2013 | CAR SERVICE FEE FOR G. DONAHEE, NORTEL RETIREE COMMITTEE MEMBER - TRAVEL FROM NYO TO LGA. | 70.73 | |
| 03/20/2013 | CAR SERVICE FEE FOR J. ZALOKAR AND M. HAUPT - NORTEL RETIREE COMMITTEE MEMBER - TRAVEL FROM NYO TO LGA AFTER ATTENDING COMMITTEE MEETINGS. | 70.73 | |
| 03/20/2013 | CAR SERVICE FEE FOR S. KANE AND M. RESSNER - CLIENTS OF M. DANIELLE - TRAVEL FROM NYO TO LGA AFTER ATTENDING COMMITTEE MEETINGS. | 70.73 | |
| | **Total For: CAR SERVICES** | | **735.44** |
| | | | |
| 03/18/2013 | USER FEE -- IRS RULING REQUEST PRIVATE LETTER | 18,000.00 | |
| | **Total For: FILING FEES-MISC** | | **18,000.00** |
| | | | |
| 03/19/2013 | LUNCH SERVED DURING THE NORTEL RETIREE COMMITTEE MEETING. | 282.33 | |
| 03/20/2013 | LUNCH SERVED DURING THE SECOND DAY OF THE NORTEL RETIREE COMMITTEE MEETING. | 271.42 | |
| | **Total For: LUNCHEON MEETINGS** | | **553.75** |
| | | | |
| 03/19/2013 | BREAKFAST SERVED DURING THE NORTEL RETIREE COMMITTEE MEETING. | 165.66 | |
| 03/20/2013 | BREAKFAST SERVED DURING SECOND DAY OF THE NORTEL RETIREE COMMITTEE MEETING. | 135.20 | |
| | **Total For: MEALS** | | **300.86** |
| | | | |
| 03/08/2013 | DELIVERY TO JUDGE KEVIN GROSS | 5.00 | |
| 03/11/2013 | DELIVERY TO JUDGE KEVIN GROSS | 5.00 | |
| 03/20/2013 | CHARGE FOR RUSH HAND DELIVERY FROM NY OFFICE TO NEWARK OFFICE FOR M. DANIELE. | 95.50 | |
| | **Total For: MESSENGER/OUTSIDE** | | **105.50** |
| | | | |
| 02/21/2013 | FEDERAL EXPRESS Delivery to: Pamela Keyl   Reference Librar McCarter & English, LLP Tracking #: 794808131854 | 15.30 | |
| | **Total For: FEDERAL EXPRESS** | | **15.30** |

**TOTAL DISBURSEMENTS** .................................................................    **$20,146.11**