**CERTIFICATE OF SERVICE**

      I, William F. Taylor, Jr., hereby certify that April 18, 2013, I caused a true and correct copy of the foregoing *Certificate of No Objection Regarding the Seventeenth Monthly Application of Togut, Segal & Segal LLP, as counsel to the Official Committee of Retired Employees, for an Allowance of Interim Compensation and Reimbursement of All Actual and Necessary Expenses for the period January 1, 2013 through January 31, 2013* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

                                    /s/ *William F. Taylor, Jr.*
                                    William F. Taylor, Jr. (#2936)

| | |
|---|---|
| Mark Kenney, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>(Trustee) | Nortel Networks, Inc.<br>Attn: Accounts Payable<br>P.O. Box 13010<br>RTP, NC 27709 |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>(Counsel for Official Committee Of Unsecured Creditors) | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(Counsel for Official Committee Of Unsecured Creditors) |
| Derek C. Abbott, Esq.<br>Ann C. Cordo, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(Debtor's Counsel) | James L. Bromley<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(Debtor's Counsel) |
| | Rafael Xavier Zahralddin-Aravena<br>Elliott Greenleaf<br>1105 North Market Street, Suite 1700<br>Wilmington, DE 19801 |

ME1 15457799v.1