## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) | Jointly Administrated |
| Debtors. | ) | **Related D.I.:8067** |
|  | ) |  |
|  | ) | **RE:          D.I. # 9304, 9427,** |
|  | ) | **10049, 9370** |
|  | ) |  |
|  | ) | **Objections Date: April 19, 2013** |
|  | ) | **at 4:00 pm (EST);** |
|  | ) |  |
|  | ) | **Hearing Date: April 30 ,2013** |
|  | ) | **at 10:00 am (EST);** |
|  | ) |  |
|  | ) |  |

**OBJECTION TO DEBTORS' MOTION OF PURSUANT TO SECTIONS 363 AND 105 OF THE
BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023
TO (I)(A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT
REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS,
(B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT
PURPOSES ONLY, (C) APPROVE THE NOTICE
PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND
(II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT,
(B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS
TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF**

Marilyn Day, a disabled LTD employee, of the above-captioned debtors and debtors-in-

possession (the "Debtors"), hereby submits this Objection to Debtors' Motion to (A) Preliminary

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel
Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251),
CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks
Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation
(3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks
Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found
in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

approve the settlement agreement regarding long-term Disability plans and claims; (B) conditional certification of class for settlement purposes only; (C) conditional Appointment of class representatives regarding the settlement proposed in regards to the Debtors Motion to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Marilyn Day respectfully represents as follows:

## <u>BACKGROUND</u>

1. On January 14, 2009 (the "Petition Date"), the Debtors, other than Nortel Networks Inc., filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code (the "Chapter 11 Cases"), which cases are consolidated for procedural purposes only. The Debtors continue to operate as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On June 3, 2011, a significant number of LTD Participants filed a joinder to the Retiree Committee Appointment Motion (Docket No. *5595).* Contemporaneously, certain LTD Participants filed a motion seeking appointment of a committee as the official representative for LTD Participants (Docket No. *5595)* (the "LTD Committee Appointment Motion"). Additionally, multiple other LTD Participants filed correspondence with the Court supporting the relief sought in the Retiree and LTD Committee Appointment Motions. *(See, e.g.,* Docket Nos.5659-61, *5670-76,* 5678-81, 5694-5701, *5703-5708, 5712-5716* and *5760-5764).*

3. On August 2, 2011, the United States Trustee appointed the members of the LTD Committee [D.I. 6073], as amended on August 4, 2011 [D.I. 6080];

4. The LTD committee by-laws were drafted and the LTD committee selected the legal representation of Elliot-Greenleaf as their Attorney on August 5, 2011.

5. *On July 30,2012 Debtors filed Motion for entry of an order pursuant to 11  US. C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long Term Disability Plans and the Employment of the LTD Employees* (Docket No. 8067)

## PREFACE.

**Rulings based on Number of Objections**: I request that the court not discount the value and worth of Objections submitted concerning any Long Term Disability Motions. Due to these factors:

1.Everyone is Disabled and medically unable to do objections in a timely fashion,

 2. 50% unable to access internet,

3. Many others incapable of writing objection to court,

4. Others unable to pay for expenses for postage and costly Court Call Fees.

 so therefore the few of LTD employees that do submit objections, the points brought up should be considered upon the impact of the LTD employees situation and not quantity (percentage of Objections), to decide whether the Motion/ objections are valid or not.

I, as an LTD employee, need  the Court's assistance to protect the LTD employee in amount of individual settlement and what happens to me upon termination from Nortel Networks. This is requested to be allowed all benefits and entitlements as a Nortel Networks, Inc. employee. Thank you.

**RELIEF REQUESTED**

**6.** I respectfully request that the court amend Debtor's Motion [D.I. 9304].[2]

**7.** I request the motion be amended for these reasons:

- PBGC pay pension to LTD employees after termination from company.

- Retirement Letter: for <u>IRS Income Tax Credit for Disabled and Elderly</u> in future filings of income tax of LTD employees, Request Nortel HRShared Services give to individual LTD employees statement of retirement upon termination.

- Illogical calculations by Actuaries

- Failure of Actuaries to Disclose Methodology of Calculations

- Actuaries figures applied to wrong areas:

  Medical,

  401K benefit LTIP,

  Disability Pay

- Methodology puts undue duress on LTD employees

- Unaffordable medical benefits

- Denial of Retirement benefits to eligible LTD employees:

  Should not be either/or decision for LTD benefits or Retiree Benefits

- Do not expunge LTD employee claims per Retiree Settlement. This is proof for request for Severance, Retire, LTIP.

- Severance Claims allowed for LTDers

- Retirement Benefits Settlement Plan Agreement allocated for LTD employees

- Deficient Settlement Amount

---

[2] Note: unless indicated, all Reference text is to Motion 9304 and in italic..

- Misleading accounting practices using Scarcities Economics tactics by the Debtors

- The payment is to be paid at the time the  plan is terminated along with the proper compensation, which is reflective of the needs of the Totally Disabled employees of all the other LTD associated Plans I respectfully agree that associated LTD benefits, the Nortel Networks Inc. Medical Plan, the Nortel Networks Inc. Dental, Vision, and Hearing Care Plan, the Nortel Networks Inc. Life Insurance Plan, the Nortel Networks Inc. AD&D Insurance Plan, the Nortel Networks Inc. Health Care Reimbursement Account Plan, the Nortel Networks Business Travel Accident Insurance Plan, the Nortel Networks Inc. Dependent Day Care Reimbursement Account Plan, the Nortel Networks Inc. Long-Term Investment Plan, .

## **BASIS FOR RELIEF**

**Current LTD Scenarios**

Below are some scenarios caused by the current Settlement Offer in the Motion. And are what LTD Employees are facing in making decisions.

8. <u>Your Individual Claim by Benefit Category</u> statement given to each LTD employee is our Compensation Table broken into categories:


EXAMPLE: for one LTD employee in age: early 50s.

| Benefit Category for Total Household | Total Entitled Benefits in LLTD Plan | Present Value Factor (1) | Individual Claim Amount | Estimated Settlement Ration | Estimated Individual Settlement Amount | Allowance % (2) | State Tax With-holding | Estimated Net Individual Settlement Amount |
|---|---|---|---|---|---|---|---|---|
| Income Replacement (net of Offset) | | | | 46.0662% | | | | |
| Medical Benefit | | | | 46.0662% | | | | |
| Life Insurance | | | | 46.0662% | | | | |
| Accidental Dismemberment & Death Insurance | | | | 46.0662% | | | | |
| Long Term Investment Plan Benefit | | | | 46.0662% | | | | |
| Total * | $782000 | | | 46.0662% | $226000 | Income tax % | | |

(1) MINUS the factor: based on LTD employee's current age to reaching age 65 and your probability of dying because disabled. + depreciating rate of value of dollar.

 (2) Federal Income Tax

*Other Deductions not included in Total:

Investor's percentage and Administration costs.

**9.**  Replacement Medical Insurance:

    A.  Employee Medicare Supplemental Insurance – some cases over $500/month premium.

    B.  Spouse's Medical Coverage – not Medicare qualified for Supplementary insurance – based on current and prior health for last 10 years.

    C.  Dependents Medical Coverage – not Medicare qualified for Supplementary insurance – based on current and prior health for last 10 years

       -  <u>Transplant recipient Dependent (under age 26),</u> in January, 2013 – still recovering, under continued medical care and may need future surgeries in coming years.

**FACTS**

**10. LTD CONTRACT**

- Employee goes through a very thorough review and examination of his/her condition.

- On approval of his/her LTD approval the employee and employer enter into a new contract.

- This contract is under a Simple Contract Claim law, which we all abide by each day of our lives.

- i.e. just like a provider puts in for a service claim for any of our welfare plan benefits, that once approved whether by approval claim number or confirmation number becomes a Simple Contract Claim.

Therefore in LTD contract claim case, Nortel is liable for 100% of the income continuation and waiver of insurance premium.

**11.** Nortel's liability

- In a general contract claim, the liability is not erased by simply terminating plan coverage.

- Note: now the employee is benefiter of this contract as well as other Employee benefits.

- Once the contract is established, the liability remains even if the Employer chooses not to pay in bankruptcy.

- This liability is not diminished as a matter of the company's credit, bond or any other rating by Wall Street prior to bankruptcy petition.

- This liability in effect is an allowable priority administrative claim for Employee's services already rendered.

**Illustration of Contract Claim**

**12.** The payment is to be paid at the time the  plan is terminated along with the proper compensation, which is reflective of the needs of the Totally Disabled employees of all the other LTD associated Plans Your Honor may wonder why a group of LTD

employees are so passionate about their cause. Let me express this in a simple example:

Part One of  Example: Purchasing a car:

    1.  Go to Dealership.

    2.   Find vehicle.

    3.  You as customer and Dealership meet Terms and Conditions:

a.  Price of vehicle

b.  Warranty of 100,000 miles

c.  Oil changes.

    4.  The Dealership and you sign contact/agreement: customer pays XX dollars for car, The Dealership gives car and honors 100,000 mile warranty, and terms.

**13.** Part Two of example: Nortel and Employee

Nortel company policies included Long Term Disability. Employee meets Terms and Conditions of policy set by company.

Company offers:

1.  Disability Pay until age 65.

2.  Fulltime benefits as all fulltime employee receive coverage.

3.  Company determines payment plan: to be distributed on the regular employee schedule. (Note: other options: fiduciary rate calculation until 65 and paid in lump sum to employee or lump sum payment to age 65 immediately upon determination of LTD acceptance into Plan.)

4.  Employee is accepted as participant in company's (Nortel) LTD plan and recipient on the effective date of start of long term disability.

5.  Employee must accept payment policy as established by company on the effective date. And has no choice of how to receive monetary receipt of pay to age 65; plus Fulltime employee benefits until deceased.  (End of Example)

## 14. LTD CONTRACT

•   Employee goes through a very thorough review and examination of his/her condition.

•   On approval of his/her LTD approval the employee and employer enter into a new contract.

•   This contract is under a Simple Contract Claim law, which we all abide by each day of our lives.

•   i.e. just like a provider puts in for a service claim for any of our welfare plan benefits, that once approved whether by approval claim number or confirmation number becomes a Simple Contract Claim.

Therefore in LTD contract claim case, Nortel is liable for 100% of the income continuation and waiver of insurance premium

Nortel's liability

•   In a general contract claim, the liability is not erased by simply terminating a plan coverage.

•   Note: now the employee is benefiter of this contract as well as other Employee benefits.

•   Once the contract is established, the liability remains even if the Employer chooses not to pay in bankruptcy.

•   This liability is not diminished as a matter of the company's credit, bond or any other rating by Wall Street prior to bankruptcy petition.

• This liability in effect is an allowable priority administrative claim for Employee's services already rendered.

• The Employer still has the responsibility to pay benefits incurred prior to the plan's termination or changes.

15. Thus, because of the consensual agreement between Nortel and Employee in the employer/participant LTD plan, I respectfully disagree that the Debtors in their motion on classifying LTD income continuation approved claim payments to the LTD participant as benefit coverage that occurs in the future rather than an approved claim liability to be paid to the LTD participant based on their income replacement present value amount.

**ARGUMENTS for Relief**

I bring these observations from an analytical perspective. In no way do I intentionally mean to reflect on the character of the individuals discussed in this dispute of Docket 9304. I merely wish the Court to consider the matters I discuss objectively.

16. **PBGC pay pension to LTD employees after termination from company.**

17. I request the Court's assistance from: either future Discrimination to LTD employees or a lack of understanding by PBGC. What the PBGC doesn't understand is that our settlement is only for a portion of our individual disability pay. It should NOT be calculated from medical benefits and other benefits that have nothing to do with pension pay.

18. EXAMPLE: Since Nortel Networks, Inc. filed bankruptcy; the Nortel Retirees are receiving their pension payments from the PBGC and also receive medical benefits,

etc. Welfare Benefits from Nortel. The Retiree's PBGC pension pay has not been reduced because of participation in Nortel Welfare benefits. So why are we, the eligible LTD employees being told that if we participate in LTD settlement, then we have to wait until age 65. We are entitled to this as Disabled employees forced into retirement because of Nortel's bankruptcy.

There are only approximately 130 LTD employees/PBGC eligible. So why can't this U.S. Government agency, PBGC, simply calculate the difference in our REDUCED disability pay from our pension pay and pay us the difference in our monthly pension check. The LTD counsel has our Individual Allocation of Settlement Amount ro share with PBGC. Or have the LTD financial advisors calculate it.

**19. Retirement Letter: For IRS Income Tax Credit for Disabled and Elderly**

**20.** In future filings of income tax of LTD employees, Request Nortel HRShared Services give LTD employees statement of retirement upon termination. In order for any LTD employee to qualify for IRS annual Income Tax Credit for Disabled and Elderly, the individual MUST be retired. I request that the court order Nortel to write a letter for each individual LTD employee, stating that we were disabled and retired.

NOTE: please refer to IRS Publication 17 Tax Guide 2012 for Individuals, Chapter 32, Credit for Elderly or the Disabled pp. 221-224.

**21. Actuaries findings: Your individual claim benefit category**

**22. Illogical calculations by Actuaries**:

**23.** Column 2 Present Value Factor: Is this valid for LTDers?

It has never been explained by our Actuaries, how these figures and where they were derived from: I was told in group non-confidential conference calls, it was based on Actuary tables for Disabled and value of dollar and other stuff.

Giving me the impression that I, the employee, whose income is discounted from the actual claim value, was not entitled to know. Yet it is my monetary claim that is being reduced.

**24.** LTDers History:

I have found no actuary tables for disabled. but here are the facts that I do know about the 200 LTD employees.

**A.** We are all alive and not dead from Jan. 2009 – present April, 2013 except for two employees deceased in that timeframe.

**B.** LTD employees range from going on to disability from 1983 to 2008.

**C.** Thirty years for some LTD employees and yet we are alive, not dead.

**D.** Over 100 employees are 55 years or older.

**25.** Question: How many LTD employees are medically diagnosed to die before age 65. There is a fallacy with the logic of using a random table for general disabled people. Ours should be based on the individual's disability, race, gender, not on general populous.

**26.** Looking at the Center for Disease Control, depending on the age, the general population is more likely to die from accidents, crime-related, suicide, than health issues.

**27.** So I am still wondering where the logic is for Column 2. I have searched the Social

Security Administration sites and Center for Disease Control.  I do not find any

Actuary tables for people who are disabled.

**28.** EXAMPLE: http://www.ssa.gov/planners/lifeexpectancy.htm

*...According to data compiled by the Social Security Administration:*

*A man reaching age 65 today can expect to live, on average, until age 83.*

*A woman turning age 65 today can expect to live, on average, until age 85.*

*And those are just averages. About one out of every four 65-year-olds today will live*

*past age 90, and one out of 10 will live past age 95.*

**29.** EXAMPLE: Source: CDC/NCHS, National Vital Statistics System, Mortality.

**Table 1. Life table for total population: United States, 2009**

| Age | Probability of dying between ages x to x+1 q(x) | Number surviving to age x l(x) | Number dying between ages x to x+1 d(x) | Person-years lived between ages x to x+1 L(x) | Total number of person-years lived above age x T(x) | Expectation of life at age x e(x) |
|---|---|---|---|---|---|---|
| 40-41 | 0.001778 | 96,701 | 172 | 96,615 | 3,909,988 | 40.4 |
| 41-42 | 0.001933 | 96,529 | 187 | 96,436 | 3,813,373 | 39.5 |
| 42-43 | 0.002118 | 96,343 | 204 | 96,241 | 3,716,937 | 38.6 |
| 43-44 | 0.002332 | 96,139 | 224 | 96,027 | 3,620,696 | 37.7 |
| 44-45 | 0.002564 | 95,915 | 246 | 95,792 | 3,524,670 | 36.7 |
| 45-46 | 0.002796 | 95,669 | 267 | 95,535 | 3,428,878 | 35.8 |
| 46-47 | 0.003034 | 95,401 | 289 | 95,256 | 3,333,343 | 34.9 |
| 47-48 | 0.003297 | 95,112 | 314 | 94,955 | 3,238,087 | 34.0 |
| 48-49 | 0.003600 | 94,798 | 341 | 94,627 | 3,143,132 | 33.2 |
| 49-50 | 0.003938 | 94,457 | 372 | 94,271 | 3,048,505 | 32.3 |
| 50-51 | 0.004306 | 94,085 | 405 | 93,882 | 2,954,234 | 31.4 |
| 51-52 | 0.004682 | 93,680 | 439 | 93,460 | 2,860,351 | 30.5 |
| 52-53 | 0.005058 | 93,241 | 472 | 93,005 | 2,766,891 | 29.7 |
| 53-54 | 0.005424 | 92,770 | 503 | 92,518 | 2,673,886 | 28.8 |
| 54-55 | 0.005794 | 92,266 | 535 | 91,999 | 2,581,368 | 28.0 |
| 55-56 | 0.006186 | 91,732 | 567 | 91,448 | 2,489,369 | 27.1 |
| 56-57 | 0.006622 | 91,164 | 604 | 90,862 | 2,397,921 | 26.3 |
| 57-58 | 0.007102 | 90,561 | 643 | 90,239 | 2,307,058 | 25.5 |
| 58-59 | 0.007630 | 89,917 | 686 | 89,574 | 2,216,819 | 24.7 |
| 59-60 | 0.008205 | 89,231 | 732 | 88,865 | 2,127,245 | 23.8 |
| 60-61 | 0.008826 | 88,499 | 781 | 88,109 | 2,038,380 | 23.0 |
| 61-62 | 0.009495 | 87,718 | 833 | 87,302 | 1,950,271 | 22.2 |
| 62-63 | 0.010217 | 86,885 | 888 | 86,441 | 1,862,969 | 21.4 |
| 63-64 | 0.011010 | 85,997 | 947 | 85,524 | 1,776,528 | 20.7 |
| 64-65 | 0.011896 | 85,051 | 1,012 | 84,545 | 1,691,004 | 19.9 |
| 65-66 | 0.012923 | 84,039 | 1,086 | 83,496 | 1,606,459 | 19.1 |
| 66-67 | 0.014095 | 82,953 | 1,169 | 82,368 | 1,522,963 | 18.4 |
| 67-68 | 0.015356 | 81,784 | 1,256 | 81,156 | 1,440,595 | 17.6 |
| 68-69 | 0.016682 | 80,528 | 1,343 | 79,856 | 1,359,439 | 16.9 |
| 69-70 | 0.018072 | 79,184 | 1,431 | 78,469 | 1,279,583 | 16.2 |
| 70-71 | 0.019630 | 77,753 | 1,526 | 76,990 | 1,201,114 | 15.4 |
| 71-72 | 0.021430 | 76,227 | 1,634 | 75,410 | 1,124,124 | 14.7 |
| 72-73 | 0.023431 | 74,594 | 1,748 | 73,720 | 1,048,714 | 14.1 |
| 73-74 | 0.025763 | 72,846 | 1,877 | 71,907 | 974,994 | 13.4 |
| 74-75 | 0.028364 | 70,969 | 2,013 | 69,963 | 903,087 | 12.7 |
| 75-76 | 0.031060 | 68,956 | 2,142 | 67,885 | 833,124 | 12.1 |
| 76-77 | 0.034041 | 66,814 | 2,274 | 65,677 | 765,239 | 11.5 |
| 77-78 | 0.037491 | 64,540 | 2,420 | 63,330 | 699,562 | 10.8 |
| 78-79 | 0.041456 | 62,120 | 2,575 | 60,833 | 636,232 | 10.2 |
| 70-80 | 0.045793 | 59,545 | 2,727 | 58,182 | 575,400 | 9.7 |

**30. Failure of Actuaries to disclose the logic of Methodology and Calculation to LTD constituency.**

31. Value of the dollar: never told what that figure was and what span was considered. Was it based on LTDers current individual age to until reaches age 65?

32. What price index or organization was used to determine the value of the dollar? It varies with economist, month to month, world events, exchange price globally?...no answers.

33. Cost of inflation and Cost of living continues to increase yearly. As illustrated by charts and excerpts below:

34. EXAMPLE: http://www.usinflationcalculator.com/inflation/annual-averages-for-rate-of-inflation/

Annual Averages for Rate of Inflation
The chart and table of **annual averages for rates of inflation** displays the yearly averages from 2003-2013 from the monthly published Consumer Price Index. The table was last updated on April 16, 2013. It will be updated again with newly released US inflation data when it becomes available on May 16, 2013.
Generally, more interest — at least what you hear or see through the media — is directed toward current inflation rates instead of annual averages shown below.
For 2013, the most recent monthly data (12-month based) will used in the chart and table.



**35.** EXAMPLE:
http://www.usinflationcalculator.com/inflation/us-inflation-eases-as-consumer-prices-retreat-in-march-2013/10001146/#more-1146

- **CURRENT CPI AND INFLATION RATE**

- **Table of Inflation Rates by Month and Year (1999-2013)**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Ave |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2013 | 1.6 | 2.0 | 1.5 | | | | | | | | | | |
| 2012 | 2.9 | 2.9 | 2.7 | 2.3 | 1.7 | 1.7 | 1.4 | 1.7 | 2.0 | 2.2 | 1.8 | 1.7 | 2.1 |
| 2011 | 1.6 | 2.1 | 2.7 | 3.2 | 3.6 | 3.6 | 3.6 | 3.8 | 3.9 | 3.5 | 3.4 | 3.0 | 3.2 |
| 2010 | 2.6 | 2.1 | 2.3 | 2.2 | 2.0 | 1.1 | 1.2 | 1.1 | 1.1 | 1.2 | 1.1 | 1.5 | 1.6 |
| 2009 | 0 | 0.2 | -0.4 | -0.7 | -1.3 | -1.4 | -2.1 | -1.5 | -1.3 | -0.2 | 1.8 | 2.7 | -0.4 |
| 2008 | 4.3 | 4 | 4 | 3.9 | 4.2 | 5.0 | 5.6 | 5.4 | 4.9 | 3.7 | 1.1 | 0.1 | 3.8 |
| 2007 | 2.1 | 2.4 | 2.8 | 2.6 | 2.7 | 2.7 | 2.4 | 2 | 2.8 | 3.5 | 4.3 | 4.1 | 2.8 |
| 2006 | 4 | 3.6 | 3.4 | 3.5 | 4.2 | 4.3 | 4.1 | 3.8 | 2.1 | 1.3 | 2 | 2.5 | 3.2 |
| 2005 | 3 | 3 | 3.1 | 3.5 | 2.8 | 2.5 | 3.2 | 3.6 | 4.7 | 4.3 | 3.5 | 3.4 | 3.4 |
| 2004 | 1.9 | 1.7 | 1.7 | 2.3 | 3.1 | 3.3 | 3 | 2.7 | 2.5 | 3.2 | 3.5 | 3.3 | 2.7 |
| 2003 | 2.6 | 3 | 3 | 2.2 | 2.1 | 2.1 | 2.1 | 2.2 | 2.3 | 2 | 1.8 | 1.9 | 2.3 |
| 2002 | 1.1 | 1.1 | 1.5 | 1.6 | 1.2 | 1.1 | 1.5 | 1.8 | 1.5 | 2 | 2.2 | 2.4 | 1.6 |
| 2001 | 3.7 | 3.5 | 2.9 | 3.3 | 3.6 | 3.2 | 2.7 | 2.7 | 2.6 | 2.1 | 1.9 | 1.6 | 2.8 |
| 2000 | 2.7 | 3.2 | 3.8 | 3.1 | 3.2 | 3.7 | 3.7 | 3.4 | 3.5 | 3.4 | 3.4 | 3.4 | 3.4 |
| 1999 | 1.7 | 1.6 | 1.7 | 2.3 | 2.1 | 2 | 2.1 | 2.3 | 2.6 | 2.6 | 2.6 | 2.7 | 2.2 |

Inflation Rate <u>1.5%</u>

Consumer Price Index
(CPI) <u>232.773</u>

(Released April 16, 2013 for March 2013)

**US inflation rose 1.5% over the past 12 months** compared to the 2.0% increase in the 12 months ending January. The increase was the smallest since the 12 months ending July 2012. (See inflation rates since 2003.)

*"On balance, this reflects the soft demand environment out there. There is not a lot of price pressure. That's good for the Fed to maintain its accommodative policy," Reuters quoted Sam Bullard, a senior economist at Wells Fargo in Charlotte, North Carolina.*

**Core US inflation gained 1.9% year-over-year through March. The core 12-month inflation reading was reported at 2.0% in the February and 1.9% in the previous three months before then**. This core US inflation rate is closely watched by the Federal Reserve as it helps decide where the central bank sets its key interest rate. <u>**The level is a touch below the Fed's 2% inflation target.**</u>

US inflation data from September through March and over the past 12 months follows.

**September 2012 – March 2013 Consumer Prices – Gains in Percent**

| | Sept 2012 | Oct 2012 | Nov 2012 | Dec 2012 | Jan 2013 | Feb 2013 | Mar 2013 | 12 Month |
|---|---|---|---|---|---|---|---|---|
| All items | 0.5 | 0.2 | -0.2 | .0 | .0 | 0.7 | -0.2 | 1.5 |
| Food | 0.1 | 0.2 | 0.2 | 0.2 | .0 | 0.1 | .0 | 1.5 |
| Food at home | -0.1 | 0.3 | 0.3 | 0.2 | .0 | 0.1 | -0.1 | 1.0 |
| Food away from home | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 2.3 |
| Energy | 3.9 | 0.1 | -3.4 | -0.8 | -1.7 | 5.4 | -2.6 | -1.6 |
| Energy commodities | 6.1 | 0.1 | -5.7 | -1.5 | -3.0 | 8.6 | -4.1 | -3.1 |
| Gasoline (all types) | 6.3 | -0.1 | -6.0 | -1.9 | -3.0 | 9.1 | -4.4 | -3.1 |
| Fuel oil | 4.1 | 1.1 | -0.2 | .0 | -0.2 | 3.1 | -2.1 | -2.4 |
| Energy services | 0.4 | .2 | 0.6 | 0.3 | 0.4 | 0.5 | -0.2 | 1.1 |
| Electricity | 0.1 | 0.3 | 0.4 | 0.2 | 1.1 | 0.3 | -0.6 | 0.9 |
| Utility (piped) gas service | 1.2 | -0.2 | 1.5 | 0.7 | -1.7 | 1.2 | 1.0 | 1.8 |
| All items less food, energy | 0.2 | 0.2 | 0.1 | 0.1 | 0.3 | 0.2 | 0.1 | 1.9 |
| Comm. less food, energy | -0.1 | .0 | -0.1 | -0.1 | 0.2 | .0 | -0.1 | .0 |
| New vehicles | .0 | 0.1 | 0.3 | 0.2 | 0.1 | -0.3 | 0.1 | 1.1 |
| Used cars and trucks | -1.4 | -0.7 | -0.4 | -0.3 | 0.2 | 0.8 | 1.2 | 0.1 |
| Apparel | 0.5 | 0.6 | -0.5 | 0.1 | 0.8 | -0.1 | -1.0 | 0.8 |
| Medical care | -0.1 | 0.1 | -0.3 | -0.3 | 0.1 | -0.4 | 0.1 | 0.6 |
| Services less energy | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.2 | 0.2 | 2.5 |
| Shelter | 0.2 | 0.2 | 0.2 | 0.1 | 0.2 | 0.2 | 0.2 | 2.2 |
| Transportation | 0.5 | 0.6 | 0.2 | 0.4 | 0.5 | 0.1 | 0.2 | 3.1 |
| Medical care | 0.3 | 0.1 | 0.3 | 0.3 | 0.2 | 0.3 | 0.3 | 3.9 |

The US Bureau of Labor Statistics (BLS) has a scheduled release date of May 16, 2013 at 8:30 AM ET for the next round of Consumer Price Index data. This inflation information will offer consumer prices during the month of April 2013. The CPI is the core data used in this site's Inflation Calculator.

**36. Actuaries figures applied to wrong areas:** We should be considered a separate

entity (one group of 200 LTD, Nortel employees)**.** Not classified with all disabled

people of United States or world. And then calculate life expectancy

- 401K benefit: LTIP,

- Disability Pay

**37. Methodology puts undue duress on LTD employees**

**38.** EXAMPLE: 62 year old LTD employee is at 87%  of Present Value Factor :(Col. 2),

which equals Discount Earning Rate.

 Employee has three years to make 13% in investments, etc. But the Return Rate is

1.5% on investments in the Market. How is Actuary calculating data for the discount

rate?

**39. Unaffordable medical benefits**

**40.** EXAMPLE. Future premiums supplement insurance for Medicare $500+ or,

contingent upon which state LTD employee residency

**41. Denial of Retirement benefits to eligible LTD employees**

Should not be either/or for LTD benefits or Retiree Benefits. If vested, then employee

is entitled to LTT and Retiree Benefits.

**42. Severance Claims allowed for LTDers**

**43. Do not expunge LTD employee claims per Retiree Settlement.** This is proof for

request for Severance, Retire, LTIP.

**44. Request for LTIP contributions continue until LTD employees reach age 65.**

**45. Deficient Settlement Amount:**

**46. LTD Settlement Amount**

**What is the right amount?** Based on estimates below:

A.  5500 reports for 2010 pg 67: $72 million (Exhibit D.)., 2011

B.  Debtors' Valuation expert, Dr. Ethan Kra's, conclusion based on Nortel's entry

into bankruptcy January, 2009. Valuation Expert: ***this discount rate is between***

***zero and $14.6 million*** Refer to Docket 9041 Exhibit A.

*C.*  LTD committee's, actuary, Vincent Bodnar estimate. *In contrast, the LTD*

*Committee's actuary, Vincent Bodnar,37 has estimated the LTD Employees'*

*claims under the LTD Plans to be worth approximately **$60 million** based on an*

*assumed hypothetical benefit termination date of May 31, 2013.*

D.  LTD employees POCs submitted via Claims, Individual Objections, or Letters to

court.

**What are the actual expenses by Debtor?** $2 million a month, $1 million a month,

$680,000 a month?

Actual Expenses: 26 Million settlement equals: **one year of LTD expenses** or **two**

**years expense for LTD employees**  depending on which figure the Debtors say is

their cost, when they have provided no proof.

 *(Motion 9304) Settlement Consideration.*

*Solely for the purpose of settlement of the Adversary Proceeding, the Parties*

*consent to the certification of the Settlement Class pursuant to Federal Rule of*

*Civil Procedure 23(b)(2), and Federal Rule of Bankruptcy Procedure*

*7023(b)(2).*

*Without admitting or denying liability, and solely for the purpose of*

*settlement, the Debtors consent to the entry of an order against them on Count*

*II of the Class Complaint declaring that they shall not terminate any of the*

*LTD Plans with respect to any of the LTD Employees on or before the*

*Termination Date, unless and until NNI allows a general non-priority,*

*unsecured claim in favor of the LTD Committee in the gross amount of*

*Motion 9304 pg 27 In the event the Debtors and the LTD Committee agree in writing*

*to extend the Termination Date to June 30, 2013, the LTD General Unsecured Claim*

*would be reduced in the amount of $680,000.*

*$28,000,000 based on a hypothetical termination date of March 31, 2013,*

*minus the costs (for purposes of settlement, calculated as $680,000 per month)*

*for the transition period of April 1, 2013 through May 31, 2013, resulting in a*

*general non-priority, unsecured claim in the gross amount of $26,640,000,28*

*for the benefits under the LTD Plans (where such general non-priority,*

*unsecured claim in the gross amount of $26,640,000 shall constitute the "LTD*

*General Unsecured Claim"). The LTD General Unsecured Claim shall (pg 20)*

<u>*Approximately 81% of the maximum valuation estimated by Dr. Kra; or*</u>

<u>*Approximately 47% of the valuation estimated by Mr. Bodnar.*</u>


47. $72 Million in Exhibit D refers to the Nortel Networks Inc. 5500 Report filed for year

    2010, stated December 31, 2010 LTD value. These various LTD total balances state a

    contradiction of amount of money for LTD by Debtors. I must appeal that the Court

    order the Debtors to honor their agreements with the employees on LTD, when that

    event occurred at the time of acceptance into the Long Term Disability Program.

**48. Scarcity Economics tactics by the Debtors.**

**A.** Misleading accounting practices –

Dr. Kra, the Valuation expert from Mercer, was given a limited data to calculate the Nortel worth based on obsolete data from January, 2009. When Nortel had sold assets and increased its worth to approximately $7.5 - $9 Billion. This intentional deception to the court and to Dr. Ethan Kra presented a distorted worth to both the LTD committee and Retiree committee in negotiating. And skewed all legitimate negotiations. Yet it was public knowledge and well publicized in the media, Nortel's website of sale of assets. (Refer to Exhibit A.)

**B.** Docket 9282 Register Report reports an exaggerated amount of debt obligations or creditor claims, yet many are duplicate or multiple claims for the same item: i.e.

1. The PBGC has 16 claims for the same claim amount to each of Nortel's multiple companies.

2. United Kingdom claim is listed twice.

This demonstrates untidy bookkeeping practices and a misleading appearance.

**C.** Value of LTD worth:

*In contrast, the LTD Committee's actuary, Vincent Bodnar, has estimated the LTD Employees' claims under the LTD Plans to be worth approximately **$60 million** based on an assumed hypothetical benefit termination date of May 31, 2013.*

I assumed Mr. Bodnar calculations must be inaccurate if he also was given bad or distorted data, based on the $72 million doc. Info. 5500 auditor's report 2010 page 67. See Exhibit D.

**49.** Docket 9041 Exhibit A excepts:

15. If, however, the Court finds that the relevant plans do not permit Nortel to terminate some or all of the benefits currently provided to LTD employees without compensation to the LTD employees for loss of the benefits, and the Court authorizes Nortel to terminate the benefits as of April 1, 2013, the appropriate measure of the LTD employees' claims would be the value of the benefits the LTD employees and their dependents and beneficiaries would have received had the benefits not been terminated.

**This measure requires calculating the present value of these future benefits to LTD employees as of the date of the bankruptcy filing – January 14, 2009.**[1] ███████

████████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████

16. Should the Court determine that Nortel may not terminate some or all of the benefit plans – or that it may do so, but that the LTD employees have corresponding damage claims – **the value of the future benefits to LTD employees using this discount rate is between zero and $14.6 million as of January 14, 2009**

depending on which benefits the Court determines Nortel is able to terminate without having to compensate any of the LTD employees.

50. Dr. Kra, the Valuation expert from Mercer, was given a limited data to calculate the Nortel worth based on obsolete data from January, 2009. When Nortel had sold assets and increased its worth to approximately $7.5 - $9 Billion.  This intentional deception to the court and to Dr. Ethan Kra presented a distorted worth to both the LTD committee and Retiree committee in negotiating. And skewed all legitimate negotiations. Yet it was public knowledge and well publicized in the media, Nortel's website of sale of assets.

51. **Failure of Nortel to keep agreement with LTD employees.**

Nortel in the Summary Plan Description (SPD) stated the requirements for the employee to be accepted into the Long Term Disability Plan. █████████████

████████████████████████████

██████████████████████████████████

███████████████████████████████████

██████████████████████████████

Nortel needs to follow the guidelines stipulated by the U.S. Department of Labor: http://www.dol.gov/ebsa/publications/ghpfiduciaryresponsibilities.html.

Nortel Agreement and Contract is disability compensation to age 65 for every LTD recipient, Benefits (see Docket 8771 Objection by Marilyn Day; Section. Requirements for Health Plans).

52. The correct assets of LTD employees determined by the Debtors is: the 5500 2010 report of $72 million. Plus Administration fees for settlement.

**CONCLUSION**

**53.** *Welfare:* "Exemption from misfortune, sickness, calamity or evil; the enjoyment of health and the common blessings of life; prosperity; happiness; applied to persons. Exemption from any unusual evil or calamity; the enjoyment of peace and prosperity, or the ordinary blessings of society and civil government;" <u>Noah Webster's 1828 American Dictionary</u>

**54.** ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████

████████████████████████████████████████

████████████████████████

**55.** How the Court can help resolve this situation is

    A.  The Debtors honor their contract claim with LTD employees.

    B.  Increase the Settlement Amount to 5500 report amount.

    C.  Base the Actuaries figures on us (the LTD employees with consideration of how long we have lived being disabled. i.e. 30 years,) to age 65. LTD employees all have had available health care will on disability to manage or treat disability.

    D.  Include the Retiree portion of LTD's employees as part of the retiree-qualified LTD employee's individual claim

    E.  Order the PBGC pay LTD pension pay upon termination (minus severance pay).

F.  Order all LTD employees retired and disabled upon termination and each individual employee have letter stating that.

G.  Give us our rest of our 401K benefits (LTIP).

H.  Give us our severance pay that the debtors agreed to in the termination attempt in August, 2010.

**56.** I respectfully request you consider these observations and discrepancies in hopes that justice and fairness will prevail in this case.

## NOTICE

**57.** Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Marilyn Day respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**58. WHEREFORE**, Marilyn Day respectfully requests the entry of an Order, in the form attached.

/s/Marilyn Day

Dated:  April 18, 2013        _____

Marilyn Day
2020 Fox Glen Drive
Allen, TX. 75013

Telephone:  469-675-3612
Facsimile:  N/A
Email: mardiday@yahoo.com

*Appearing Pro Se*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|                              |   |                          |
|------------------------------|---|--------------------------|
| In re:                       | ) | Chapter 11               |
|                              | ) |                          |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG)   |
|                              | ) |                          |
| Debtors.                     | ) | Jointly Administered     |
|                              | ) |                          |
|                              | ) | **Re: Docket No. 9304**  |

**ORDER GRANTING OBJECTION TO DEBTORS' MOTION OF PURSUANT TO
SECTIONS 363 AND 105 OF THE
BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023
TO (I) (A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT
REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS,
(B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT
PURPOSES ONLY, (C) APPROVE THE NOTICE
PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND
(II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT,
(B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS
TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF**

Upon consideration of the Objection filed by Marilyn Day, and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that LTD settlement based on 5500 plan of 2010 is increased.to $70 million.

ORDERED that PBGC pay pension immediately to LTD employees after termination from company.

ORDERED that LTD employees receive Retirement Letter:

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ORDERED that Retirement settlement and LTD settlement  to eligible LTD employees

are received:

ORDERED  that LTD employee claims per Retiree Settlement are not expunged.

ORDERED that Settlement. Severance Claims allowed for LTD employees

ORDERED that Actuaries recalculate Methodology as LTD group in general population.

Dated: _____, 2013
          Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE