IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 9850-9860 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ Carol Zhang
                                                          Carol Zhang

Sworn to before me this
17th day of April, 2013

/s/ Panagiotis Caris
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>             Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  ADOM, PRINCE                      ADOM, PRINCE
         PRINCE ADOM                       3651 SMOKE TREE TRAIL
         3651 SMOKE TREE TRAIL             EULESS, TX 76040
         EULESS TX 76040
```

Please note that your claim # 2000 in the above referenced case and in the amount of $86,813.37 has been transferred **(unless previously expunged by court order)** to:

```
                                           SOLUS RECOVERY FUND LP
                                           TRANSFEROR: ADOM, PRINCE
                                           ATTN: JON ZINMAN
                                           410 PARK AVENUE, 11TH FLOOR
                                           NEW YORK, NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9850 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2013                          David D. Bird, Clerk of Court

                                          /s/ Tim Conklin
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 16, 2013.

**EXHIBIT B**

```
TIME: 12:25:44                                              NORTEL NETWORKS INC.                                                              PAGE:   1
DATE: 04/16/13                                                CREDITOR LISTING

Name                            Address
ABELLO, BERNARDO                15 MORNINGSIDE DR CORAL GABLES FL 33133
ADOM, PRINCE                    PRINCE ADOM 3651 SMOKE TREE TRAIL EULESS TX 76040
BARRIOS, ALVIO                  14351 SW 22 STREET MIAMI FL 33175
HOGAN, ROBERT A.                3830 SWEETEN CREEK ROAD CHAPEL HILL NC 27514
LOGUE, JOSEPH                   10224 BUSHVELD LN RALEIGH NC 27613
MCNULTY, KEITH J                1425 GREY ROCK WAY SUWANEE GA 30024
PUND, CAROLYN BAJARIN           3255 TREBOL LN SAN JOSE CA 95148
REYES, JORGE                    1408 TIMARRON LN. MCKINNEY TX 75070
SEITZ, DENNIS W                 5200 LINNADINE WAY NORCROSS GA 30092
SOLUS RECOVERY FUND LP          TRANSFEROR: ABELLO, BERNARDO ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: ADOM, PRINCE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: BARRIOS, ALVIO ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: HOGAN, ROBERT A. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: LOGUE, JOSEPH ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: MCNULTY, KEITH J ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: PUND, CAROLYN BAJARIN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: REYES, JORGE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: SEITZ, DENNIS W ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: SOWARDS, ALAN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP          TRANSFEROR: STEIN, CRAIG F. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOWARDS, ALAN                   103 LINDENTHAL CT CARY NC 27513
STEIN, CRAIG F.                 312 LORI DRIVE BENICIA CA 94510


Total Number of Records Printed    22
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006