IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 9877-9891 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 17, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
18th day of April, 2013

/s/ Notary
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9877-9891_4-17-13.doc

**EXHIBIT A**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
```

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CARROLL, RODNEY
     363 PREAKNESS PLACE
     VAN ALSTYNE, TX 75495
```

Please note that your claim # 4016 in the above referenced case and in the amount of $68,900.00 allowed at $58,974.15 has been transferred **(unless previously expunged by court order)** to:

```
     SOLUS CORE OPPORTUNITIES LP
     TRANSFEROR: CARROLL, RODNEY
     ATTN: JON ZINMAN
     410 PARK AVENUE, 11TH FLOOR
     NEW YORK, NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9886 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/17/2013                         David D. Bird, Clerk of Court

                                         /s/ Tim Conklin
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 17, 2013.

**EXHIBIT B**

**EXHIBIT B**

```
TIME: 12:25:47                                            NORTEL NETWORKS INC.
DATE: 04/17/13                                              CREDITOR LISTING                                            PAGE:     1
```

| Name | Address |
|---|---|
| CARROLL, RODNEY | 363 PREAKNESS PLACE VAN ALSTYNE TX 75495 |
| FLETCHER, ERIKA | 12713 PINTO CHASE CT. AUSTIN TX 78732 |
| LEAVELL, BRENT | 13338 N HIGHWAY 23 OZARK AR 72949-3989 |
| LOWMAN, TERESITA (SITA) | 2649 FAIRWAY RIDGE MCKINNEY TX 75070 |
| MENDONCA, TIMOTHY | TIMOTHY MENDONCA 490 FOREST PARK RD OLDSMAR FL 34677 |
| MENDONCA, TIMOTHY | 490 FOREST PART RD OLDSMAR FL 34677 |
| MILLER, JANET | 19278 PARKVIEW RD. CASTRO VALLEY CA 94546 |
| PETERSON, JEFFREY | 7 SCOTCH PINES LANE E. SETAUKET NY 11733 |
| PULLIAM, KIMBELY M. | PO BOX 317 CREEDMOOR NC 27522 |
| QUICK, JANET | 11103 MAPLE ST. CLEVELAND TX 77328 |
| QUICK, JOHN | 11103 MAPLE STREET CLEVELAND TX 77328-6847 |
| RANADE, MILIND | 3908 CELADINE DRIVE PLANO TX 75093 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: CARROLL, RODNEY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: FLETCHER, ERIKA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: LEAVELL, BRENT ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: LOWMAN, TERESITA (SITA) ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: MENDONCA, TIMOTHY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: MILLER, JANET ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: PETERSON, JEFFREY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: PULLIAM, KIMBELY M. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: QUICK, JANET ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: QUICK, JOHN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: RANADE, MILIND ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: WEIGLER, SEAN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: YERONICK, MARY FRAN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| WEIGLER, SEAN | 1301 CHICKASAW DRIVE RICHARDSON TX 75080 |
| YERONICK, MARY FRAN | 3212 STONEYFORD CT RALEIGH NC 27603 |

Total Number of Records Printed        27

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006