# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:  
Nortel Networks, Inc., et al  
Debtors

Chapter 11  
Case No. 09-10138 (KG)

Honorable Kevin Gross,

I hereby request a change in the distribution methodology for my projected settlement of ▮▮▮▮▮▮▮. Presently, using the distribution proposed the VEBA/HRA will take anywhere from ▮▮▮▮▮▮▮ of the net settlement amount given to me by Nortel.



One other possible problem is the annuity that the LTD Committee is pursuing. At this time, they are pursuing an annuity that provides, ▓▓▓▓▓ for payouts over a four year period with the annuity being willable ▓▓▓▓. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The only way I would be opposed to the annuity or the timed payout is if it is not willable.



I realize that your job is to apply the law and I believe that you have the ability to also make exceptions in the case of the law causing harm.  While I don't wish to take away anyone else's ability to accept the proposed VEBA/HRA part of the settlement, I do ask you to make an exception for myself and allow me not to put settlement proceeds into a VEBA/HRA.

Thank you for your time,

Paul D. Wolfe