## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                    Debtors.

------------------------------------------------------------X

:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Objections Due: June 3, 2013 at 10:00 p.m. (ET)**
**Hearing Date:  June 25, 2013 at 10:00 a.m. (ET)**

### RE-NOTICE OF MOTION OF JOHN J. ROSSI, NORTEL US LTD EMPLOYEE, MOTION COMPELLING DEBTORS TO ADMIT MY CLAIM FOR SEVERANCE ALLOWANCE AS VALID PER NOTEL NETWORKS SEVERANCE ALLOWANCE PLAN AND ISSUE PAYMENT [D.I. 10170]

        PLEASE TAKE NOTICE that on April 18, 2013, John Rossi ("Mr. Rossi") filed the *Motion to Compel Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment* [D.I. 10170] (the "Motion").

        PLEASE TAKE FURTHER NOTICE that after discussions between Mr. Rossi and counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors," and together with Mr. Rossi, (the "Parties"), have agreed that a hearing on the Motion will be held on **June 25, 2013 at 10:00 a.m. (Eastern Time)**, before the Honorable Kevin Gross, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th floor, courtroom #3, Wilmington, Delaware 19801.

        PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion must (a) be in writing and served on or before **June 3, 2013 at 10:00 a.m. (Eastern Time)**; and (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated:  April 18, 2013             /s/ John J. Rossi_____
        Wilmington, Delaware       John J. Rossi
                                   1568 Woodcrest Dr.
                                   Wooster, Ohio 44691
                                   Telephone(330) 264-7737
                                   Facsimile: N/A
                                   Email: jrossi91@gmail.com

                                   *Appearing Pro Se*