DATE: April 17, 2013

TO: The Honorable Judge Gross

FROM: Paul D. Wolfe


This is a joinder in Response to Wayne Schmidt, Docket No. 10146. I have the same issues and concerns regarding my PBGC Nortel Networks Pension, if I accept the LTD Settlement.

PBGC is stating that if I accept the LTD settlement, I may not begin to receive benefits before the age of 65, but if I do not accept the LTD Settlement, I can begin to receive the pension benefits at a very reduced level.

There is no clarity from PBGC, nor will they identify what documents or Revision/Issue/Sections of the Nortel Networks Retirement Plan they are basing this on. The LTD Settlement is not severance pay.

PBGC will not answer any questions regarding Disability Pension or any question because we LTDers are still considered on payroll. They will not answer any questions until after the settlement and termination. This is too late.

So far the PBGC has told me in 2010 that they would pay a disability pension because the pension had been turned over to them to administer. I called again the next year, 2011, when I heard that they wouldn't pay the disability pension and they told me that Nortel would pay me disability until I was 65. Then in 2012, I called again and they said they couldn't send me any estimates except for age 65 because of the case presently under litigation.

I cannot make an informed decision without knowing all the consequences.

PBGC is one of the largest creditors in this Nortel Networks Inc. bankruptcy. I ask you Judge Gross to compel PBGC to work with Elliott Greenleaf to resolve these issues with the LTDers. Approximately 60% of the 200 LTDers (~130) are part of the PBGC Nortel Pension.

Thank you for your time,

Paul D. Wolfe