

**Subject:** FW: Joinder - John Rossi
**From:** "John J. Rossi" ███████████████████
**Date:** April 18, 2013, 3:00:17 PM EDT
**To:** "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>
**Cc:** "Eric M. Sutty" <EMS@elliottgreenleaf.com>
**Subject: Joinder**
**Reply-To:** "John J.  Rossi" ███████████████████

-- I would like to join Wayne's Shmit PBGC objection please if I may as I am also having
problems with the PBGC and all that he put in also. And they are telling me I will not be able to
collect my Pension if I take settlement till 65 so these are my reasons.

I hope I did this right.

John J. Rossi

John J. Rossi

