Attn:                                                                                         April 18, 2013
The Honorable Judge Kevin Goss
Rafael X. Zahralddin
Eric Sutty
Shareholder and Director
ELLIOTT GREENLEAF
1105 North Market Street
17th Floor
Wilmington, DE 19801
 Elliottgreenleaf.com

From: Miriam Stewart



     I have given Rafael Zahralddin and Eric Sutty permission to file this objection in efforts to lower my HRA. I need this lowered due to the fact I do not want to leave my family with such burdens with medical bills to which are owed . I have made the decision for quality over quantity of life. I would ask the court to please consider my request because I feel at this point with all my health issues I would need to be in a better financial position. I do not like the agreement currently made for my HRA. I would not be hesitant in using a third of the monies in my HRA. But there are also litigating factors that depend on me also having monies left each month from my present LTD that helped me live monthly. If I do not have access to these monies, I would be living on the street or a shelter. You may refer to Wayne Schmidt whose power of attorney is Tim Steele objection in Document number 10147  as also in helping make my final moments a little less burdensome . I agree with this document. Also your Honor we need help and clear answers as to our PBGC accounts. They have not been very cooperative in answering nor responding to the questions that we have been asking. I feel that you are the only one that can get a straight response as to how this effects our group. Thank You your Honor for all your hard work and the endless nights that you had to make decisions that affect so many but please take mine in consideration. Please accept my signature as an electronic signature.

                            Thank You,
                            Miriam Stewart