IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) ) ) | Jointly Administered |

**OBJECTION OF MIRIAM STEWART TO THE
DISTRIBUTION MOTION AND RELATED RELIEF; AND
RESPONSE TO WAYNE J. SCHMIDT OBJECTION (D0CKET NO. 10146)**

**CONFIDENTIAL - FILED UNDER SEAL**

Date: April 19, 2013          /s/ Rafael X. Zahralddin-Aravena
                              Rafael X. Zahralddin-Aravena (DE No. 4166)
                              Shelley A. Kinsella (DE No. 4023)
                              1105 North Market Street, Suite 1700
                              Wilmington, Delaware  19801
                              Telephone:  (302) 384-9400
                              Facsimile:   (302) 384-9399
                              Email:  rxza@elliottgreenleaf.com
                              Email:  sak@elliottgreenleaf.com

                              *Counsel to the Official Committee of
                              Long Term Disability Participants*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.