

**Subject:** FW: Objection to Case No 09-10138 (KG) Approval of Distribution and Related Relief

**From:** George Hovater
**Date:** April 18, 2013, 10:07:05 PM EDT
**To:** "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>, "Eric M. Sutty" <EMS@elliottgreenleaf.com>
**Subject: Objection to Case No 09-10138 (KG) Approval of Distribution and Related Relief**

George I. Hovater Jr.
Nortel LTD

To the Honorable Judge Kevin Gross

I am filing an objection to the amount of ▆▆▆▆▆▆▆▆▆▆ that is being put into an HRA. Currently with my Medicare and Tricare for Life (medical insurance from military for my 20 years in service) my hospital, medical, and medicines are primarily being paid for in full. If I am forced to take this HRA I will never be able to even use a small percentage of it. This money in the HRA will almost totally be lost. If it were to be put into an annuity or something like that which I could will to my spouse that would be fine. However the HRA would be a total loss of funds. Requesting that I be excused from using an HRA which would be like throwing my money away.

I am giving Rafael and Eric at Elliott Greenleaf permission to file this objection on behalf of myself and use this as my electronic signature

Thank You for your time and I hope something can be worked out.

George I Hovater Jr

4/19/2013