

**From:** George Hovater
**Date:** April 18, 2013, 5:30:54 PM EDT
**To:** "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>, "Eric M. Sutty" <EMS@elliottgreenleaf.com>
**Subject: Jointer to Docket 10147 filed 04/16/2013**

Mr Rafael Zahralddin and or Mr Eric Sutty,

To The Honorable Kevin Gross

My contacts with the PBGC have resulted in leaving me totally confused and worried. I am also a LTD individual whom has worked and is entitled to pension benefits. I have been told I must take one or the other. LTD settlement or Retirement settlement. I have paid my dues into each of these settlements and believe I am entitled to both. Due to my limited income this is very important to me. I can not make a proper decision due to the fact PBGC is leaving us in the dark. I fully support Docket # 10146 and 10147 filed by Tim Steele for Wayne J Schmidt. I will try to telephonically appear at the hearing but due to my limited income I may be unable to do so. Thank you so much for your time.

George I. Hovater Jr

