**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) Jointly Administrated |
| Debtors. | ) |
| | ) **RE:      D.I. # 8067,9304, 9427** |
| | ) |
| | ) **Objection Date: April 19,** |
| | ) **2013 at 4.00 pm (EST);** |
| | ) |
| | ) **Hearing Objections Due:** |
| | ) **April  30, 2013 at 10.00 am (EST)** |
| | ) |
| | ) |
| | ) |

**OBJECTION TO DEBTORS' MOTION OF PURSUANT TO SECTIONS 363 AND 105**
**OF THE**
**BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023**
**TO (I)(A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT**
**REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS,**
**(B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT**
**PURPOSES ONLY, (C) APPROVE THE NOTICE**
**PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND**
**(II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT,**
**(B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS**
**TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF**

Jerry L. Wadlow, a disabled LTD employee, of the above-captioned debtors and debtors-

in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion to (A)

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel
Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251),
CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks
Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation
(3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks
Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found
in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Preliminary approve the settlement agreement regarding long-term Disability plans and claims; (B) conditional certification of class for settlement purposes only; (C) conditional Appointment of class representatives regarding the settlement proposed in regards to the Debtors Motion to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Jerry L. Wadlow respectfully represents as follows:

## BACKGROUND

1. On January 14, 2009 (the "Petition Date"), the Debtors, other than Nortel Networks Inc., filed voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code (the "Chapter 11 Cases"), which cases are consolidated for procedural purposes only. The Debtors continue to operate as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On June 3, 2011, a significant number of LTD Participants filed a joinder to the Retiree Committee Appointment Motion (Docket No. *5595).* Contemporaneously, certain LTD Participants filed a motion seeking appointment of a committee as the official representative for LTD Participants (Docket No. *5595)* (the "LTD Committee Appointment Motion"). Additionally, multiple other LTD Participants filed correspondence with the Court supporting the relief sought in the Retiree and LTD Committee Appointment Motions. *(See, e.g.,* Docket Nos.5659-61, *5670-76,* 5678-81, 5694-5701, *5703-5708, 5712-5716* and *5760-5764).*

3. On August 2, 2011, the United States Trustee appointed the members of the LTD Committee [D.I. 6073], as amended on August 4, 2011 [D.I. 6080];

4. The LTD committee by-laws were drafted  and the LTD committee selected the legal representation of Elliot-Greenleaf as their Attorney on August 5, 2011.

5. *On July 30, 2012 Debtors filed Motion for entry of an order pursuant to 11 US. C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long Term Disability Plans and the Employment of the LTD Employees* (Docket No. 8067).

## RELIEF REQUESTED

6. Jerry L. Wadlow respectfully request that the settlement disbursement of funds be audited by an independent auditor not currently employed by the Debtors.

## BASIS FOR RELIEF

7. All or most of the LTD committee members are dealing with their disabilities and coping with harsh side effects of drugs they are prescribed. However, the Debtors' in their Motion [D.I.9304] have put the LTD committee members in charge to deal with issues which require full attention of an able and qualified worker. Therefore they should not be given the responsibility of the disbursement of the settlement funds but an independent audit should be provided for verification of the disbursement of funds by an independent auditor/actuary who is not currently an employee of the Debtors'.

8. I bring up these observations and discrepancies in hopes that justice and fairness will prevail in this case.

## NOTICE

9. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Jerry L. Wadlow respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

10. **WHEREFORE**, Jerry L. Wadlow respectfully requests the entry of an Order, providing that the Debtors to provide an independent audit.

Dated:  April 16, 2013

Jerry L. Wadlow
PO Box 79
Wewoka, OK 74884

Telephone(405) 592-9315
Facsimile:  N/A
Email: jerry.wadlow@yahoo.com

*Appearing Pro Se*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
| Debtors. | ) Jointly Administrated |
|  | ) |
|  | ) **Re: Docket No. 8067, 9304, 9427** |

**ORDER GRANTING OBJECTION TO DEBTORS' MOTION OF PURSUANT TO SECTIONS 363 AND 105 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023 TO (I) (A) PRELIMINARILY APPROVE THE SETTLEMENT AGREEMENT REGARDING LONG-TERM DISABILITY PLANS AND CLAIMS, (B) CONDITIONALLY CERTIFY A CLASS FOR SETTLEMENT PURPOSES ONLY, (C) APPROVE THE NOTICE PROCEDURES, AND (D) SCHEDULE A FAIRNESS HEARING; AND (II)(A) FINALLY APPROVE THE SETTLEMENT AGREEMENT, (B) FINALLY CERTIFY A CLASS, (C) AUTHORIZE THE DEBTORS TO TERMINATE THE LTD PLANS, AND (D) GRANT RELATED RELIEF**

Upon consideration of the Objection filed by Jerry L. Wadlow, and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Debtor's provide an independent audit prior to disbursement of funds.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: _____, 2013
       Wilmington, Delaware

                                             _____
                                             HONORABLE KEVIN GROSS
                                             CHIEF UNITED STATES BANKRUPTCY JUDGE