# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 10126, 10129, 10142, 10147, 10160, 10164, 10169, 10183, 10185, 10190, 10193, 10195 and 10197 |

## NOTICE OF WITHDRAWAL OF DUPLICATE FILINGS

**PLEASE TAKE NOTICE** that on April 15, 2013 the following documents were entered:

a. *Letter [UNDER SEAL] Regarding Individual Settlement Statement Filed by David Litz* (Docket No. 10126);

b. *Letter [UNDER SEAL] Regarding Individual Settlement Statement Filed by Kerry Logan* (Docket No. 10129); and

**PLEASE TAKE FURTHER NOTICE** that on April 16, 2013 the following documents were entered:

c. *Letter [UNDER SEAL] to the Honorable Judge Kevin Gross Regarding HRA Response for the Settlement Distribution Filed by Brent Beasley* (Docket No. 10142);

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

d. *Response UNDER SEAL-- Wayne J. Schmidt, Nortel US LTD Employee, Response to Order (A) Preliminarily Approving the Settlement Agreement Regarding Long Term Disability Plan and Claims, (B) Conditionally Certifying a Class for Settlement Purposes Only, (C) Approving the Notice Procedures, (D) Scheduling a Fairness Hearing and (E) Granting Related Relief Filed by Wayne J. Schmidt* (Docket No. 10147); and

**PLEASE TAKE FURTHER NOTICE** that on April 17, 2013 the following documents were entered:

e. *Joinder [UNDER SEAL] in Response to Wayne Schmidt Filed by William Reed.* (Docket No. 10160);

f. *Objection [UNDER SEAL] to Debtors Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Filed by John J. Rossi* (Docket No. 10164); and

**PLEASE TAKE FURTHER NOTICE** that on April 18, 2013 the following documents were entered:

g. *Objection [UNDER SEAL] to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Felicia Jones Mann* (Docket No. 10169);

h. *Objection [UNDER SEAL] to Debtors Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to*

*(I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief Filed by Marilyn Day* (Docket No. 10183);

i. *Objection [UNDER SEAL] to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Paul Douglas Wolfe* (Docket No. 10185); and

**PLEASE TAKE FURTHER NOTICE** that on April 19, 2013 the following documents were entered:

j. *Joinder [UNDER SEAL] in Response to Wayne J. Schmidt Objection Filed by John J. Rossi.* (Docket No. 10190);

k. *Objection [UNDER SEAL] to the Motion of the Official Committee of Long Term Disability Participants For Approval Of Distribution And Related Relief; and Response to Wayne J. Schmidt Objection Filed by Miriam L. Stewart* (Docket No. 10193);

l. *Objection [UNDER SEAL] to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by George I Hovater, Jr.* (Docket No. 10195);

m. *Joinder [UNDER SEAL] in Response to Wayne J. Schmidt Objection Filed by George I Hovater, Jr.* (Docket No. 10197); and

**PLEASE TAKE FURTHER NOTICE** that counsel for the Official Committee of Long Term Disability Participants hereby withdraws the documents above, as they are all duplicates of documents already on the docket in redacted form (the unredacted versions of which have been submitted under seal).

| | |
|---|---|
| Dated:  April 19, 2013<br>           Wilmington, DE | **ELLIOTT GREENLEAF**<br><br>*/s/ Shelley A. Kinsella*<br>Rafael X. Zahralddin-Aravena (DE Bar No. 4166)<br>Shelley A. Kinsella (DE Bar No. 4023)<br>1105 N. Market Street, Suite 1700<br>Wilmington, DE 19801<br>Telephone: (302) 384-9400<br>Facsimile: (302) 384-9399<br>Email: rxza@elliottgreenleaf.com<br>Email: ems@elliottgreenleaf.com<br><br>*Counsel to the Official Committee of*<br>*Long Term Disability Participants* |