IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: Re: D.I. 10145
:
------------------------------------------------------------X

**DEBTORS' NOTICE OF FILING OF PROPOSED
LITIGATION TIMETABLE AND DISCOVERY PLAN**

1.   Pursuant to the Court's order dated April 16, 2013, and in order to provide the other parties an opportunity to review, consider, and propose modifications to the Debtors' proposed Litigation Timetable[2] and Discovery Plan, the Debtors in the above-captioned cases hereby submit their proposed Litigation Timetable, attached hereto as **Exhibit A**, and Discovery Plan, attached hereto as **Exhibit B**, related to the litigation of Allocation, the EMEA Claims, and the UK Pension Claims.

2.   On March 8, 2013, the US and Canadian Courts both granted the motions before them requesting the entry of an Allocation Protocol. On that same day, the Canadian Court issued an endorsement, which directed the Monitor and the Canadian Debtors to "coordinate input from the parties with respect to a litigation schedule."

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]   Capitalized terms that are undefined shall have the meaning ascribed to them in the Allocation Protocol attached as Exhibit A to the April 15, 2013 *Certification of Counsel Regarding Allocation Protocol* [D.I. 10133].

3. On March 15, 2013, the Monitor circulated to various parties, including the US Debtors, a Litigation Timetable and a Discovery and Deposition Plan that the Monitor proposed would govern the litigation related to Allocation, EMEA Claims, and the UK Pension Claims. The Monitor requested input on the proposed documents by March 20, 2013.

4. On March 19, 2013, the US Debtors provided comments to the Monitor in the form of a revised Litigation Timetable and Discovery Plan.

5. On March 21, 2013, the US Debtors submitted to this Court the *Notice of Submissions to the Honourable Mr. Justice Geoffery Morawetz Regarding Allocation and Litigation Matters* [D.I. 9746], which attached letters and discovery proposals sent to the Canadian Court by the Monitor and the Debtors, attached respectively as Exhibits A and B thereto.

6. On March 26, 2013, this Court held a status conference at which the various parties explained their positions with regard to the Litigation Timetable and the Discovery Plan. The US Debtors represented to the Court that there was agreement on many points, but several issues remained unresolved and the parties would continue to meet and confer to attempt to find agreement on the outstanding issues.

7. On April 3, 2013, this Court issued an *Order Approving Allocation Protocol* [D.I. 9947] (the "April 3 Order") setting January 6, 2014 as the date to begin trial.

8. On April 4, 2013, the parties held a meet and confer to discuss the scheduling and discovery issues. The parties continued to disagree on several issues, including how to conduct coordinated discovery under different sets of procedural and substantive rules and how to place reasonable limits on discovery given the expedited schedule and a trial date set for January 6, 2014.

9. On April 8, 2013, the US Debtors circulated new versions of their Litigation Timetable and Discovery Plan, which had been revised to incorporate certain comments received at or after the April 4 meet and confer, and to adjust their proposed Litigation Timetable in light of the January 6, 2014 trial date. The US Debtors thereafter received additional comments from several of the parties on the Litigation Timetable and Discovery Plan.

10. On April 15, 2013, pursuant to the April 3 Order, the US Debtors submitted their proposed Allocation Protocol to this Court. Along with submitting the Allocation Protocol, the US Debtors requested that this Court schedule a joint hearing with the Canadian Court to resolve the outstanding scheduling and discovery issues.

11. On April 16, 2013, this Court issued an *Order Setting Hearing Related to January 6, 2014 Trial* [D.I. 10145], which set a joint hearing with the Canadian Court on April 24, 2013 to resolve scheduling and discovery issues and to consider the Litigation Timetables and Discovery Plans that had been advanced by the parties. The Court further ordered that the parties submit proposals of their Litigation Timetables and Discovery Plans, blacklined against the US Debtors proposal, on or before April 23, 2013 at noon.

12. To permit the parties adequate time to prepare their proposals to be blacklined against the US Debtors proposed Litigation Timetable and Discovery Plan, the US Debtors notified the other parties on April 17, 2013 that they would be filing their proposed Litigation Timetable and Discovery Plan on April 19, 2013, and that any parties who had not yet given the US Debtors comments on the versions circulated on April 8 were asked to do so by April 18, 2013 at 5:00 p.m. in order to provide adequate opportunity for the US Debtors to consider such comments prior to this submission to the Court. The US Debtors thereafter held

several telephonic conferences or otherwise communicated with certain parties to discuss their proposed modifications.

13. On April 17, 2013, the Monitor also circulated its proposed Litigation Timetable and Discovery and Deposition Plan.

14. The US Debtors have incorporated certain of the comments that they received from other parties subsequent to the circulation of the April 8 drafts of the Litigation Timetable and Discovery Plan, and have also made certain changes as a result of the Monitor's April 17 draft to better align the parties' respective proposals.

15. Given that the US Debtors are unaware at this time of the extent, if any, to which other parties intend to propose modifications to the US Debtors' Litigation Timetable and Discovery Plan on April 23, they will refrain at this time from explaining the reasons for and benefits of any specific provisions in these documents, but reserve the right to do so in writing by noon on April 23, 2013 and/or orally at the hearing on April 24, 2013. They also reserve the right to make further modifications to these proposals depending on comments received from other parties.

Dated: April 19, 2013
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice)*
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

7145158.1