# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Nortel Networks Inc., et al.  
Allen & Overy LLP,

**Case No.:** 09–10138–KG

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that the Joint Administrators and Foreign Representatives for Nortel Networks UK Limited filed a Notice of Appeal on 4/17/13 regarding the Opinion and Order

The Notice of Appeal may be viewed at docket number 10166. The order on appeal may be viewed at docket number 9946 & 9947.

David D. Bird  
CLERK OF COURT

Date: 4/22/13  
(VAN–440)