# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Nortel Networks Inc., *et al.*, | § | |
| | § | Case No. 09-10138 (KG) |
| Debtors. | § | |

## NOTICE OF LAW FIRM NAME CHANGE

TO:  The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that effective April 22, 2013, the law firm of Polsinelli Shughart PC changed its name to Polsinelli PC.  The office address, email addresses, telephone and facsimile numbers remain the same.

Dated:  Wilmington, Delaware
        April 22, 2013

**POLSINELLI PC**

  /s/ *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

2388825.1