**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks, Inc., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Dan C. Kozusko, Esquire of Willkie Farr & Gallagher LLP to represent the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund, in the above-captioned cases.

Dated: April 22, 2013              */s/ Justin R. Alberto*
       Wilmington, Delaware        Justin R. Alberto (No. 5126)
                                   BAYARD, P.A.
                                   222 Delaware Avenue, Suite 900
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 655-5000

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

                                   */s/ Dan C. Kozusko*
                                   Dan C. Kozusko, Esquire
                                   WILLKIE FARR & GALLAGHER LLP
                                   787 Seventh Avenue
                                   New York, New York 10019-6099
                                   Telephone: (212) 728-8000
                                   Facsimile: (212) 728-8111
                                   Email: dkozusko@willkie.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:   April ___, 2013            _____
                                   The Honorable Kevin Gross
                                   Chief United States Bankruptcy Judge

{BAY:02265104v1}