Honorable Judge Kevin Gross
% Clerk of the Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Cynthia B. Richardson

RE:  CASE NO.: 09-10138 (KG)
     Nortel Networks, Inc.
     Chapter 11

April 20, 2013

Honorable Judge Gross:

My name is Cynthia Battle Richardson, and I am a ▇ year old, disabled, Nortel Networks, LTD employee anticipating a monetary settlement, which you so graciously approved. I do not oppose the estimated settlement amount; however, I do oppose the proposed disbursement of the settlement, as it relates to my individual circumstances.

According to documentation I received, persons under age 57 will receive their settlement amount over a four-year period, with a portion of their proceeds allocated to an HRA. I understand that the basis for the four-year payment plan is to lessen the tax burden for a select, higher income group. However, after consulting with my tax advisor, the need to prepare myself for a future ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ outweighs the tax burden I will incur with a lump sum settlement disbursement. By dividing my settlement amount over four years, the estimated ▇▇▇▇ I receive, beginning June 1, 2013, will only allow me to make principal and interest payments, (no additional principal). And, although I will be able to stay in my home for the next four years, after the settlement is gone, I will still be left with a mortgage that I won't be able to pay, due to a limited income. In short, ▇▇▇▇ will not be enough to pay my mortgages off, thereby preventing me from keeping my home, and drastically altering my plans for life after the settlement money is gone. Therefore, in order for me to benefit from the settlement, I am requesting an exception to the disbursement proposal, and asking that my settlement be issued in a lump sum disbursement.

In addition to the four-year payout plan not suiting my needs, allocating funds to an HRA is not necessary. I have already met with my SHIP counselor, and I have already enrolled in a Medicare HMO Advantage Plan, which provides coverage for Medicare Parts A, B, C, and D, and does not require monthly premium payments. The plan also offers low-cost services and additional help with products/services for qualifying members. Additionally, I have selected a low-cost dental plan that offers individual and/or family coverage, should I choose to add my children. I do not foresee my family or I spending the ▇▇▇▇▇ allocated for HRA within four years, or even ten years. I believe that I am better suited, competent, and responsible enough to decide how and when the ▇▇▇▇▇ will be applied to my healthcare. Therefore, I am asking that the ▇▇▇▇▇ also be issued to me in a lump sum.

Judge Gross, I would like to personally thank you for making fair and generous judgments in this case. Were it not for your compassion and humility, many of the LTD members (specifically me) would end up homeless, or worse. I am certain that your ruling in this matter will also be fair and greatly appreciate.

Sincerely,

*Cynthia B. Richardson*

Cynthia B. Richardson
Nortel Networks, LTD Employee