## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.,* | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
| | ) | |

_____

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

PLEASE TAKE NOTICE that the Canadian Creditors Committee ("**CCC**"), an ad hoc group of representatives of creditors holding claims solely against Nortel Networks Corporation and certain of its Canadian affiliates who are debtors in *Companies' Creditors Arrangement Act* proceedings pending before the Ontario Superior Court of Justice and in Chapter 15 proceedings pending before this Court, hereby appears by its counsel, DLA Piper LLP (US) ("**DLA**"), at this juncture through a limited appearance for the purposes described in the Allocation Protocol ordered by this Court by Order entered April 3, 2013 [D.I. 9947] in furtherance of the CCC's rights, interests and standing as a Core Party under the Allocation Protocol, reserving the right to seek broader appearance at a later date if the need for same arises.

DLA hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and request that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases.

DLA further requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these

chapter 11 cases, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the CCC through service upon the undersigned at the address, telephone, and facsimile number set forth below:

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of any member of the CCC or of any creditor represented by any member of the CCC, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the members of the CCC may

*[Remainder of page intentionally left blank]*

be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments are expressly reserved.

Dated:  April 23, 2013
        Wilmington, Delaware

**DLA PIPER LLP (US)**

By: */s/ Selinda A. Melnik*
Selinda A. Melnik (Bar No. 4032)
919 North Market Street, Suite 1500
Wilmington, DE  19801
Telephone: +1 (302) 468-5650
Facsimile:  +1 (302) 394-2341
Email: selinda.melnik@dlapiper.com

*Counsel for the Canadian Creditors Committee*