IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                           :

In re                          :       Chapter 11
                           :

Nortel Networks Inc., *et al.*,[1]   :       Case No. 09-10138 (KG)
                           :

         Debtors.        :       (Jointly Administered)
                           :
---------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF COUNSEL

        PLEASE TAKE NOTICE that the appearance of Juliet Drake of Cleary Gottlieb

Steen & Hamilton LLP is hereby withdrawn as counsel for the Debtors in the above-captioned

proceedings.  The Debtors continue to be represented by the law firms of Cleary Gottlieb Steen

& Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP.

Dated: April 23, 2013       CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE           James L. Bromley (admitted *pro hac vice*)
                          Lisa M. Schweitzer (admitted *pro hac vice*)
                          One Liberty Plaza
                          New York, New York 10006
                          Telephone:  (212) 225-2000
                          Facsimile:  (212) 225-3999

                          and

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                          */s/ Ann C. Cordo*
                          Eric D. Schwartz (No. 3134)
                          Derek C. Abbott (No. 3376)
                          Ann C. Cordo (No. 4817)
                          Tamara K. Minott (No. 5643)

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7145830.1