<u>**CERTIFICATE OF SERVICE**</u>

I, Selinda A. Melnik, hereby certify that on this 23rd day of April 2013, I caused a true and correct copy of the foregoing **Motion and Order for Admission *Pro Hac Vice* of Timothy E. Hoeffner** to be served upon the parties on the attached service list in the manner indicated.

*/s/ Selinda A. Melnik*
Selinda A. Melnik (DE #4032)

# NORTEL 2002 SERVICE LIST

**BY HAND DELIVERY**
Christopher A. Ward
Justin K. Edelson
Polsinelli Shughart PC
222 Delaware Ave, Ste 1101
Wilmington, DE  19801

**BY HAND DELIVERY**
Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave, Ste 1501
Wilmington, DE  19801

**BY HAND DELIVERY**
Tobey M. Daluz
Leslie Heilman
David T. May
Ballard Spahr
919 Market St, 11th Floor
Wilmington, DE  19801

**BY HAND DELIVERY**
Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street, Ste 1700
Wilmington, DE  19801

**BY HAND DELIVERY**
David B. Stratton
Leigh-Anne M. Raport
Evelyn J. Meltzer
Pepper Hamilton LLP
1313 Market Street, Ste 5100
Wilmington, DE  19801

**BY HAND DELIVERY**
Henry Jaffe
Pepper Hamilton LLP
1313 Market Street, Ste 5100
Wilmington, DE  19801

**BY HAND DELIVERY**
Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet, Ste 8000
Wilmington, DE  19801

**BY HAND DELIVERY**
Domenic Pacitti
Klehr Harrison
919 Market Street, Ste 1000
Wilmington, DE  19801

**BY HAND DELIVERY**
Michael D. DeBaecke
Blank Rome LLP
1201 Market Street, Ste 800
Wilmington, DE  19801

**BY HAND DELIVERY**
William D. Sullivan
Sullivan Hazeltine Allinson LLC
4 E 8th Street, Ste 400
Wilmington, DE  19801

**BY HAND DELIVERY**
Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street, Ste 950
Wilmington, DE  19801

**BY HAND DELIVERY**
Adam G.  Landis
Kerri K. Mumford
J. Landon Ellis
Landis Rath & Cobb LLP
919 Market Street, Ste 1800
Wilmington, DE  19801

**BY HAND DELIVERY**
Mary F. Caloway
P.J. Duhig
Buchanan Ingersoll & Rooney
1105 N. Market Street, Ste 1900
Wilmington, DE  19801-1228

**BY HAND DELIVERY**
James L. Patton
Edwin J. Harron
Young Conaway Stargatt & Taylor, LLP
1000 W. King Street
Wilmington, DE  19801

**BY HAND DELIVERY**
Stephen M. Miller
Brett D. Fallon
Carl N.  Kunz
Courtney R. Hamilton
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE  19801

**BY HAND DELIVERY**
US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801

BY HAND DELIVERY
Mark Kenney
Office of the U.S. Trustee
844 King St, Ste 2207
Lockbox 35
Wilmington, DE  19801-3519

BY HAND DELIVERY
Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

BY HAND DELIVERY
Mark D. Collins
Christopher M. Samis
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

BY HAND DELIVERY
Duane D. Werb
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE  19801

BY HAND DELIVERY
Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave, Ste 1410
Wilmington, DE  19801

BY HAND DELIVERY
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

BY HAND DELIVERY
Kathleen M. Miller
Smith Katzenstein & Jenkins LLP
800 Delaware Ave, 10th Floor
Wilmington, DE  19801

BY HAND DELIVERY
William P. Bowden
Ashby & Geddes P.A.
500 Delaware Ave, 8th Floor
Wilmington, DE  19801

BY HAND DELIVERY
Ricardo Palacio
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

BY HAND DELIVERY
Maria Aprile Sawczuk
Stevens & Lee P.C.
1105 N Market St, 7th Floor
Wilmington, DE  19801

BY HAND DELIVERY
Nicholas  Skiles
Swartz Campbell LLC
300 Delaware Ave, Ste 1410
Wilmington, DE  19801

BY HAND DELIVERY
Rachel B. Mersky
Monzack Mersky McLaughlin Browder
1201 N Orange St, Ste 400
Wilmington, DE  19801

BY HAND DELIVERY
Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave, Ste 1600
Wilmington, DE  19801-1659

BY HAND DELIVERY
Jeffrey S. Wisler
Marc J. Phillips
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE  19801

BY HAND DELIVERY
Charlene D. Davis
Daniel A. O'Brien
Justin R. Alberto
Bayard P.A.
222 Delaware Ave, Ste 900
Wilmington, DE  19801

BY HAND DELIVERY
Bruce E. Jameson
Prickett Jones & Elliott PA
1310 King Street
Box 1328
Wilmington, DE  19899

BY HAND DELIVERY
Christopher P. Simon
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE  19801

**BY HAND DELIVERY**
Kurt F. Gwynne
J. Cory Falgowski
Reed Smith LLP
1201 N Market Street, Ste 1500
Wilmington, DE  19801

**BY HAND DELIVERY**
William F. Taylor Jr.
McCarter & English LLP
405 N. King Street, 8th Floor
Renaissance Centre
Wilmington, DE  19801

**BY FIRST CLASS MAIL - INT'L.**
Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi,    244-8567
JAPAN

**BY FIRST CLASS MAIL - INT'L.**
Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
ENGLAND

**BY FIRST CLASS MAIL - INT'L.**
Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St., Ste 3800
Toronto, Ontario  M5J 2Z4
CANADA

**BY FIRST CLASS MAIL - INT'L.**
Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West, Ste 1600
Toronto, Ontario  M5X 1G5
CANADA

**BY FIRST CLASS MAIL - INT'L.**
Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King St West, Ste 400
Toronto, Ontario  M5K 0A1
CANADA

**BY FIRST CLASS MAIL - INT'L.**
Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Ste 3400
Toronto, Ontario  M5H 2S7
CANADA

**BY FIRST CLASS MAIL - INT'L.**
Derek  Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

**BY FIRST CLASS MAIL - INT'L.**
Rahul Kumar
C-701 Neelachal Apt. Plot No 3
Sector 4, Dwarka
New Delhi,    110078
INDIA

**BY FIRST CLASS MAIL - INT'L.**
Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East, 4th Floor
Montreal, QC  H3G 2W6
CANADA

**BY FIRST CLASS MAIL**
Seth B. Shapiro
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044

**BY FIRST CLASS MAIL**
Jan M. Geht
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044

**BY FIRST CLASS MAIL**
Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

**BY FIRST CLASS MAIL**
Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

EAST\55687453.1

BY FIRST CLASS MAIL
Sheryl L. Moreau
Missouri Dept of Revenue
Bankruptcy Division
PO Box 475
Jefferson City, MO  65105-0475

BY FIRST CLASS MAIL
Laura L. McCloud
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

BY FIRST CLASS MAIL
Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

BY FIRST CLASS MAIL
John P. Dillman
Linebarger Goggan Blair  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

BY FIRST CLASS MAIL
Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 1770
Midlothian, VA  23113

BY FIRST CLASS MAIL
Amos U. Priester IV
Anna B. Osterhout
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC  27602-2611

BY FIRST CLASS MAIL
L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

BY FIRST CLASS MAIL
Michael McWalters
P.O. Box 338
Alviso, CA  95002-0338

BY FIRST CLASS MAIL
Jerry Wadlow
P.O. Box 79
Wewoka, OK  74884

BY FIRST CLASS MAIL
Thelma Watson
P.O. Box 971
Bath, SC  29816

BY FIRST CLASS MAIL
Miss Deborah M.M. Jones
P.O. Box 458
Willow Spring, NC  27592

BY FIRST CLASS MAIL
Vicente Matias Murrell
Stephen D. Schreiber
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC  20005-4026

BY FIRST CLASS MAIL
Robert  Winter
Paul Hastings Janofsky & Walker LLP
875 15th St NW
Washington, DC  20005

BY FIRST CLASS MAIL
David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW, Ste 200
Washington, DC  20036

BY FIRST CLASS MAIL
Joseph E. Shickich Jr.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA  98154-1192

BY FIRST CLASS MAIL
Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME  04104-5029

BY FIRST CLASS MAIL
Ramona Neal
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714

BY FIRST CLASS MAIL
Kaushik Patel
5665 Arapaho Road, #1023
Dallas, TX  75248

BY FIRST CLASS MAIL
David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Bldg, Ste 300
711 Navarro
San Antonio, TX  78205

**BY FIRST CLASS MAIL**
Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave, 19th Floor
New York, NY  10173-1922

**BY FIRST CLASS MAIL**
Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019

**BY FIRST CLASS MAIL**
David A. Rosenzweig
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198

**BY FIRST CLASS MAIL**
Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center, Ste 400
New York, NY  10281-1022

**BY FIRST CLASS MAIL**
Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710

**BY FIRST CLASS MAIL**
Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY  10019

**BY FIRST CLASS MAIL**
Michael L. Schein
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

**BY FIRST CLASS MAIL**
Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004

**BY FIRST CLASS MAIL**
Raniero  D'Aversa Jr.
Laura D. Metzger
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY  10019-6142

**BY FIRST CLASS MAIL**
Ronald S. Beacher
Pryor Cashman LLP
7 Times Square
New York, NY  10036

**BY FIRST CLASS MAIL**
Dennis Dunne
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

**BY FIRST CLASS MAIL**
Michelle McMahon
Bryan Cave LLP
1290 Ave of the Americas
New York, NY  10104

**BY FIRST CLASS MAIL**
N. Thodore Zink Jr.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

**BY FIRST CLASS MAIL**
Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY  10036-8704

**BY FIRST CLASS MAIL**
Ken Coleman
Lisa J.P. Kraidin
Allen & Overy LLP
1221 Ave of the Americas, 20th Floor
New York, NY  10020

**BY FIRST CLASS MAIL**
Carren B. Shulman
Kimberly K. Smith
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY  10112

**BY FIRST CLASS MAIL**
Edmond P. O'Brien
Stempel Bennett Claman & Hochberg PC
675 Third Ave, 31st Floor
New York, NY  10017

EAST\55687453.1

**BY FIRST CLASS MAIL**
Steven J. Reisman
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY 10178-0061

**BY FIRST CLASS MAIL**
Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas, 19th Floor
New York, NY 10036

**BY FIRST CLASS MAIL**
Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY 10036

**BY FIRST CLASS MAIL**
Jeremy E. Crystal
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019

**BY FIRST CLASS MAIL**
Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019-6099

**BY FIRST CLASS MAIL**
Susan P. Johnston
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

**BY FIRST CLASS MAIL**
Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Ave, Ste 1000
New York, NY 10022-4068

**BY FIRST CLASS MAIL**
David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Ave, Ste 1000
New York, NY 10022-4068

**BY FIRST CLASS MAIL**
Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY 10019-6064

**BY FIRST CLASS MAIL**
Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178

**BY FIRST CLASS MAIL**
Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Andrew M. Leblanc
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

**BY FIRST CLASS MAIL**
Fred S. Hodara
Ryan C. Jacobs
David H. Botter
Akin Gump
One Bryant Park
New York, NY 10036

**BY FIRST CLASS MAIL**
Kenneth E. Noble
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585

**BY FIRST CLASS MAIL**
Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY 10020

**BY FIRST CLASS MAIL**
Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119

**BY FIRST CLASS MAIL**
Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St, Ste 3000
Los Angeles, CA 90017

**BY FIRST CLASS MAIL**
Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Ave, Ste 200
Dallas, TX  75219

**BY FIRST CLASS MAIL**
Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX  75201

**BY FIRST CLASS MAIL**
Stephen C. Stapleton
Cowles & Thompson PC
901 Main Street, Ste 3900
Dallas, TX  75202

**BY FIRST CLASS MAIL**
Lynnette R. Warman
Hunton & Williams
1445 Ross Ave, Ste 3700
Dallas, TX  75202-2799

**BY FIRST CLASS MAIL**
Carol E. Momjian
PA Senior Deputy Atty Gen
21 S 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

**BY FIRST CLASS MAIL**
Fred S. Kurtzman
Klehr Harrison
1835 Market Street, Ste 1400
Philadelphia, PA  19103

**BY FIRST CLASS MAIL**
David L. Pollack
Jeffrey Meyers
Ballard Spahr Andrews & Ingersoll LLP
51st Fl, Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103

**BY FIRST CLASS MAIL**
Dana S. Plon
Sirlin Gallogly & Lesser
123 S. Broad Street, Ste 2100
Philadelphia, PA  19109

**BY FIRST CLASS MAIL**
Alan S. Kopit
Christopher W. Peer
Hahn Loeser & Parks LLP
200 Public Square, Ste 2800
Cleveland, OH  44114

**BY FIRST CLASS MAIL**
Susan R. Fuertes
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

**BY FIRST CLASS MAIL**
Secretary of Treasury
John G. Townsend Bldg.
401 Federal St, Ste 4
Dover, DE  19901

**BY FIRST CLASS MAIL**
Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg.
401 Federal Street, Ste 4
Dover, DE  19901

**BY FIRST CLASS MAIL**
Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr, Ste 400
Littleton, CO  80124

**BY FIRST CLASS MAIL**
Dustin P. Branch
Katten Muchin Rosenman LLP
2029 Century Park East, Ste 2600
Los Angeles, CA  90067-3012

**BY FIRST CLASS MAIL**
Christopher J. Horvay
Gould & Ratner LLP
222 N Lasalle St, Ste 800
Chicago, IL  60601

**BY FIRST CLASS MAIL**
Aaron L. Hammer
Devon J. Eggert
Freeborn & Peters LLP
311 South Wacker Dr, Ste 3000
Chicago, IL  60606

**BY FIRST CLASS MAIL**
Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Ste 3000
Chicago, IL  60606

**BY FIRST CLASS MAIL**
Eric S. Prezant
Bryan Cave LLP
161 N Clark St, Ste 4300
Chicago, IL  60601

**BY FIRST CLASS MAIL**
Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle St, Ste 2600
Chicago, IL  60601

**BY FIRST CLASS MAIL**
Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404

**BY FIRST CLASS MAIL**
Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive, Ste 3000
Chicago, IL  60606

**BY FIRST CLASS MAIL**
Cullen K. Kuhn
Bryan Cave LLP
211 N Broadway, Ste 3600
St. Louis, MO  63102

**BY FIRST CLASS MAIL**
John J. Rossi
1568 Woodcrest Drive
Wooster, OH  44691

**BY FIRST CLASS MAIL**
Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI  02903

**BY FIRST CLASS MAIL**
Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA  30363-1031

**BY FIRST CLASS MAIL**
Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave, 6th Floor
Orlando, FL  32801

**BY FIRST CLASS MAIL**
Steve  Jackman VP
Flextronics
847 Gibralter Drive
Milpitas, CA  95035

**BY FIRST CLASS MAIL**
Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD  21202

**BY FIRST CLASS MAIL**
Richard M. Kremen
Dale K. Cathell
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD  21209

**BY FIRST CLASS MAIL**
James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street, Ste 1000
Baltimore, MD  21202-1671

**BY FIRST CLASS MAIL**
Randall D. Crocker
VonBriesen & Roper S.C.
411 E Wisconsin Ave, Ste 700
Milwaukee, WI  53202

**BY FIRST CLASS MAIL**
Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave, Ste 1400
Milwaukee, WI  53202-6613

**BY FIRST CLASS MAIL**
Shawn M. Christianson
Buchalter Nemer
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

**BY FIRST CLASS MAIL**
Merle C. Meyers
Michele Thompson
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA  94104

**BY FIRST CLASS MAIL**
Louis J. Cisz III
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600

**BY FIRST CLASS MAIL**
Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX  75201

**BY FIRST CLASS MAIL**
James C. Waggoner
Davis Wright Tremaine LLP
1300 SW 5th Ave, Ste 2300
Portland, OR  97201-5630

**BY FIRST CLASS MAIL**
Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Ave, Ste 1400
Austin, TX  78701

**BY FIRST CLASS MAIL**
Cynthia Ann Schmidt
PO Box 119
Oregon House, CA  95962

**BY FIRST CLASS MAIL**
Rachel S. Budke
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408

**BY FIRST CLASS MAIL**
Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY  14620-1678

**BY FIRST CLASS MAIL**
Scott K. Brown
Lewis and Roca LLP
40 North Central Ave, Ste 1900
Phoenix, AZ  85004

**BY FIRST CLASS MAIL**
Michael R. Thompson
564 Old Candia Road
Candia, NH  03034

**BY FIRST CLASS MAIL**
Janette M. Head
16 Gleneagle Drive
Bedford, NH  03110

**BY FIRST CLASS MAIL**
Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA  19602-1184

**BY FIRST CLASS MAIL**
Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH  43215

**BY FIRST CLASS MAIL**
Jennifer V. Doran
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109

**BY FIRST CLASS MAIL**
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

**BY FIRST CLASS MAIL**
James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA  02199-3600

**BY FIRST CLASS MAIL**
Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road, Ste 200
Melville, NY  11747

**BY FIRST CLASS MAIL**
Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street, Suite 302
Huntington, NY  11743

**BY FIRST CLASS MAIL**
Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street, 8th Floor
New York, NY  10007

**BY FIRST CLASS MAIL**
Lawrence M. Schwab
Thomas M. Gaa
Patrick M. Costello
Bialson Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alto, CA  94306

**BY FIRST CLASS MAIL**
David I. Swan
Kenneth M. Misken
McGuireWoods LLP
1750 Tysons Blvd, Ste 1800
McLean, VA  22102-4215

**BY FIRST CLASS MAIL**
Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street, Ste 2300
Charlotte, NC  28202

**BY FIRST CLASS MAIL**
David M.  Schilli
Ty E. Shaffer
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street, Ste 1900
Charlotte, NC  28246

**BY FIRST CLASS MAIL**
J. Scott Douglass
909 Fannin, Ste 1800
Houston, TX  77010

**BY FIRST CLASS MAIL**
Brian W. Bisignani
Post & Schell P.C.
17 N 2nd Street, 12th Floor
Harrisburg, PA  17101-1601

**BY FIRST CLASS MAIL**
Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO  80202-5332

**BY FIRST CLASS MAIL**
Stephen K. Dexter
Lathrop & Gage LLP
US Bank Tower, Ste 2400
950 Seventeenth St
Denver, CO  80202

**BY FIRST CLASS MAIL**
Stephen C. Tingey
Ray Quinney & Nebeker P.C.
36 South State Street, Ste 1400
Salt Lake City, UT  84145-0385

**BY FIRST CLASS MAIL**
Kerry Wayne Logan
1207 High Hammock Drive, #102
Tampa, FL  33619-7609

**BY FIRST CLASS MAIL**
Elizabeth Banda
Perdue Brandon Fielder Collins & Mott
LLP
4025 Woodland Park Blvd, Ste 300
Arlington, TX  76013

**BY FIRST CLASS MAIL**
Donald K. Ludman
Brown & Connery LLP
6 North Broad Street, Ste 1000
Woodbury, NJ  08096

**BY FIRST CLASS MAIL**
Attn: Chantel Pinnock
Travelers
1 Tower Square, 5MN
Hartford, CT  06183-4044

**BY FIRST CLASS MAIL**
Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022

**BY FIRST CLASS MAIL**
Mark G. Ledwin
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604

**BY FIRST CLASS MAIL**
Robert S. McWhorter
Nossaman LLP
915 L Street, Ste 1000
Sacramento, CA  95814

**BY FIRST CLASS MAIL**
Lois Diane Uphold
201 Camden Park Drive
Goldsboro, NC  27530

**BY FIRST CLASS MAIL**
Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

**BY FIRST CLASS MAIL**
Debra L. Vega
818 Glenco Road
Durham, NC  27703

**BY FIRST CLASS MAIL**
Wendy Boswell Mann
2114 Claret Lane
Morrisville, NJ  27560

**BY FIRST CLASS MAIL**
Wendy Boswell Mann
4913 Summit Place Dr. NW
Apt. 404
Wilson, NC  27896

**BY FIRST CLASS MAIL**
Ann Groninger
Patterson Harkavy
225 E. Worthington Ave, Ste 200
Charlotte, NC  28203

**BY FIRST CLASS MAIL**
R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway, 3rd Floor
Dallas, TX  75234

**BY FIRST CLASS MAIL**
Robert E. Nies
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052

**BY FIRST CLASS MAIL**
Vincent A. D'Agostino
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

**BY FIRST CLASS MAIL**
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068

**BY FIRST CLASS MAIL**
David N. Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

**BY FIRST CLASS MAIL**
Brad Lee Henry
11596 W. Sierra Dawn Boulevard
Lot 386
Surprise, AZ  85378

**BY FIRST CLASS MAIL**
Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

**BY FIRST CLASS MAIL**
Ronald Rowland
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD  21094

**BY FIRST CLASS MAIL**
Office of Unemployment Ins Contrib Div
MD Department of Labor Licensing & Reg
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore, MD  21201

**BY FIRST CLASS MAIL**
Deborah B. Waldmeir
State of MI Dept of Treasury
Cadillac Place, Ste 10-200
3030 W Grand Blvd.
Detroit, MI  48202

**BY FIRST CLASS MAIL**
Attn: Nathan  Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

**BY FIRST CLASS MAIL**
Securities & Exchange Commission
100 F St NE
Washington, DC  20549

**BY FIRST CLASS MAIL**
Najam ud Dean
6 Augusta Drive
Milbury, MA  01527

**BY FIRST CLASS MAIL**
Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC  28079

**BY FIRST CLASS MAIL**
Gerald R. Utpadel
4627 Greenmeadows Avenue
Torrance, CA  90505

**BY FIRST CLASS MAIL**
Michael P. Alms
4944 Elm Island Circle
Waterford, WI  53185

**BY FIRST CLASS MAIL**
William A. Reed
7810 Heaton Drive
Theodore, AL  36582-2362

- 11 -

**BY FIRST CLASS MAIL**
Bertram Frederick Thomas Fletcher
35 Broomhill Court
Clayton, NC  27527

**BY FIRST CLASS MAIL**
Nancy Ann Wilson
7101 Chase Oaks Blvd.
Apt. #1637
Plano, TX  75025

**BY FIRST CLASS MAIL**
Carol F. Raymond
7962 S.W. 185 Street
Miami, FL  33157-7487

**BY FIRST CLASS MAIL**
Richard Lynn Engleman
1505 Nevada Drive
Plano, TX  75093

**BY FIRST CLASS MAIL**
Janetta Hames
649 Fossil Wood Drive
Saginaw, TX  76179

**BY FIRST CLASS MAIL**
Mark R. Janis
193 Via Soderini
Aptos, CA  95003

**BY FIRST CLASS MAIL**
Jeffrey Borron
13851 Tanglewood
Farmers Branch, TX  75234

**BY FIRST CLASS MAIL**
Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA  30062

**BY FIRST CLASS MAIL**
Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY  12020

**BY FIRST CLASS MAIL**
Scott David Howard
2050 Cabiao Road
Placerville, CA  95667

**BY FIRST CLASS MAIL**
James Hunt
8903 Handel Loop
Land O Lakes, FL  34637

**BY FIRST CLASS MAIL**
David Litz
316 N. Manus Drive
Dallas, TX  75224

**BY FIRST CLASS MAIL**
Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX  75454

**BY FIRST CLASS MAIL**
Chad Soraino
8974 Hickory Ave.
Hesperia, CA  92345

**BY FIRST CLASS MAIL**
Bruce Francis
5506 Lake Elton Road
Durham, NC  27713

**BY FIRST CLASS MAIL**
Michael D. Rexroad
5244 Linwick Drive
Fuquay Varina, NC  27526

**BY FIRST CLASS MAIL**
Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC  27312

**BY FIRST CLASS MAIL**
Robert Joseph Martel
200 Lighthouse Lane
Apartment B3
Cedar Point, NC  28584

**BY FIRST CLASS MAIL**
Marilyn Green
1106 Boston Hollow Road
Ashland City, TN  37015

**BY FIRST CLASS MAIL**
Marilyn Day
2020 Fox Glen Drive
Allen, TX  75013

**BY FIRST CLASS MAIL**
James Lee
1310 Richmond Street
El Cerrito, CA  94530

**BY FIRST CLASS MAIL**
John Mercer
121 Monastery Road
Pine City, NY  14871

EAST\55687453.1

BY FIRST CLASS MAIL
Freddie Wormsbaker
327 Locust Street
Twin Falls, ID  83301

BY FIRST CLASS MAIL
Scott Gennett
16 Wildwood Street
Lake Grove, NY  11755

BY FIRST CLASS MAIL
Lynette Kay Seymour
16711 Rivendell Lane
Austin, TX  78737

BY FIRST CLASS MAIL
Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137

BY FIRST CLASS MAIL
Manuel Segura
215 Sheridan
Apt. #B-43
Perth Amboy, NJ  08861

BY FIRST CLASS MAIL
Nanette Faison
981 Kittrell Road
Kitrell, NC  27544

BY FIRST CLASS MAIL
William E. Johnson
2865 Horsemans Ridge Drive
Clayton, NC  27520

BY FIRST CLASS MAIL
Carmel Turlington Totman
164 Berton Street
Boone, NC  28607

BY FIRST CLASS MAIL
Roger G. Carlsen
390 E. Paseo Celestial
Sahuarita, AZ  85629

BY FIRST CLASS MAIL
Kim M. Yates
207 Tomato Hill Road
Leesburg, FL  34748

BY FIRST CLASS MAIL
Bruce Turner
8 Sunset Drive
Homer, NY  13077

BY FIRST CLASS MAIL
Remajos Brown
2353 Sword Drive
Garland, TX  75044-6036

BY FIRST CLASS MAIL
Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC  27604

BY FIRST CLASS MAIL
Jane Neumann
11730 Co Road, 24
Watertown, MN  55388

BY FIRST CLASS MAIL
Barbara Gallagher
410 West Acres Road
Whitesboro, TX  76273

BY FIRST CLASS MAIL
John S. Elliott
6 Grouse Lane
Merrimack, NH  03054-2876

BY FIRST CLASS MAIL
Pamela J. Powell
676 Brookview Drive
Chapel Hill, NC  27514

BY FIRST CLASS MAIL
Wayne J. Schmidt
5346 S. Mohave Sage Drive
Gold Canyon, AZ  85118

BY FIRST CLASS MAIL
Charles Sandner
1970 N. Leslie #3779
Pahrump, NV  89060

BY FIRST CLASS MAIL
Betty Lewis
1301-H Leon Street
Durham, NC  27705

BY FIRST CLASS MAIL
Steven E. Bennett
37052 Chestnut Street
Newark, CA  94560

BY FIRST CLASS MAIL
Alan Heinbaugh
19816 Colby Court
Saratoga, CA  95070

EAST\55687453.1

**BY FIRST CLASS MAIL**
Leona Purdum
2532 N. 4th Street #254
Flagstaff, AZ  86004

**BY FIRST CLASS MAIL**
George I. Hovater Jr.
9009 Casals Street
Unit 1
Sacramento, CA  95826

**BY FIRST CLASS MAIL**
Daniel D. David
2105 Possum Trot Road
Wake Forest, NC  27587

**BY FIRST CLASS MAIL**
Bonnie J. Boyer
305 W. Juniper Avenue
Sterling, VA  20164-3724

**BY FIRST CLASS MAIL**
Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC  27504

**BY FIRST CLASS MAIL**
Leah McCaffrey
7139 Debbe Drive
Dallas, TX  75252

**BY FIRST CLASS MAIL**
Terry D. Massengill
126 Keri Drive
Garner, NC  27529

**BY FIRST CLASS MAIL**
Laurie Adams
217 Ridge Creek Drive
Morrisville, NC  27560

**BY FIRST CLASS MAIL**
Olive Jane Stepp
470 Fairview Road
Asheville, NC  28803

**BY FIRST CLASS MAIL**
Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA  92131

**BY FIRST CLASS MAIL**
Gary W. Garrett
4093 Hogan Drive Unit 4114
Tyler, TX  75709

**BY FIRST CLASS MAIL**
Chae S. Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN  55317

**BY FIRST CLASS MAIL**
Raymond Turner
1813 Eric Drive
Graham, NC  27253

**BY FIRST CLASS MAIL**
Paul Douglas Wolfe
113 Red Drum Lane
Gloucester, NC  28528

**BY FIRST CLASS MAIL**
Victoria Anstead
3894 Ridge Lea Road, #A
Amherst, NY  14228

**BY FIRST CLASS MAIL**
Sandra Aiken
3166 Tump Wilkins Road
Stern, NC  27581

**BY FIRST CLASS MAIL**
Brenda L. Wread
3408A Water Vista Parkway
Lawrenceville, GA  30044

**BY FIRST CLASS MAIL**
Barbara Dunston
261 McNair Drive
Henderson, NC  27537

**BY FIRST CLASS MAIL**
Barbara Carr
145 Grecian Parkway
Rochester, NY  14626

**BY FIRST CLASS MAIL**
Herbert Preston Stansbury
3193 US Highway 15
Stern, NC  27581

**BY FIRST CLASS MAIL**
Crickett Grissom
2580 W. Porter Creek Avenue
Porterville, CA  93257

**BY FIRST CLASS MAIL**
Janet Bass
1228 Moultrie Court
Raleigh, NC  27615

EAST\55687453.1

BY FIRST CLASS MAIL
Vernon M. Long
4929 Kelso Lane
Garland, TX  75043

BY FIRST CLASS MAIL
Shirley Maddry
2519 Riddle Road
Durham, NC  27703

BY FIRST CLASS MAIL
Michael Stutts
1616 Hastings Bluff
McKinney, TX  75070

BY FIRST CLASS MAIL
Kathleen A. Reese
200 Carnegie Drive
Milpitas, CA  95035

BY FIRST CLASS MAIL
Ralph MacIver
116 Honeycomb Lane
Morrisville, NC  27560

BY FIRST CLASS MAIL
Emily D. Cullen
100 Telmew Court
Cary, NC  27518

BY FIRST CLASS MAIL
James Craig
42 E. Cavalier Road
Scottsville, NY  14546

BY FIRST CLASS MAIL
Reid T. Mullett
4224 Thamesgate Close
Norcross, GA  30092

BY FIRST CLASS MAIL
Danny Owenby
2136 Sapelo Court
Fernandina, FL  32034

BY FIRST CLASS MAIL
Susan Ann Heisler
133 Anna Road, Box 194
Blakelee, PA  18610

BY FIRST CLASS MAIL
Deborah Faircloth
115 Winchester Lane
Rocky Point, NC  28457

BY FIRST CLASS MAIL
Cynthia B. Richardson
5717 Cypress Drive
Rowlett, TX  75089

BY FIRST CLASS MAIL
Gloria Benson
1824 Wilson Pike
Brentwood, TN  37027

BY FIRST CLASS MAIL
Ellen Sue Brady
1630 Dry Fork Road
Ashland City, TN  37015

BY FIRST CLASS MAIL
Richard Hodges
913 Windemere Lane
Wake Forest, NC  27587

BY FIRST CLASS MAIL
Wanda Jacobs
801 Dupree Street
Durham, NC  27701

BY FIRST CLASS MAIL
Gussie Anderson
109 Gumpond Beall Rd
Lumberton, MS  39455

BY FIRST CLASS MAIL
Paul Edward Morrison
2241 College Avenue
Quincy, IL  62301

BY FIRST CLASS MAIL
Andrew M. Gould
Wick Phillips Gould & Martin LLP
2100 Ross Avenue Ste. 950
Dallas, TX  75201

- 15 -