# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING OF LITIGATION TIMETABLE AND DISCOVERY PLAN OF THE MONITOR AND THE CANADIAN DEBTORS AND BLACKLINES

**PLEASE TAKE NOTICE** that on April 23, 2013, Ernst & Young Inc., the Monitor and foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (together, the "**Canadian Debtors**"), in proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), by its undersigned counsel, filed, in the above-captioned cases, copies of (i) the *Submissions of the Monitor and Canadian Debtors Concerning Litigation Timetable and Discovery Plan* dated April 19, 2013, together with a Litigation Timetable and the Discovery and Deposition Plan attached as Schedule A thereto (together, the "**Submissions**") and (ii) pursuant to this Court's order dated April 16, 2013, blackline copies of the foregoing documents compared against the respective Proposed Litigation Timetable and Discovery Plan submitted by the above-captioned debtors on April 19, 2013 (the "**Blacklines**").[2] Copies of the Submissions and the Blacklines are annexed hereto as Exhibits A and B respectively.

---

[1] The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

[2] Dkt No. 10210.

**PLEASE TAKE FURTHER NOTICE** that copies of the Submissions and the Blacklines are also available on the Monitor's website, www.ey.com/ca/nortel or upon request to the Monitor's counsel.

Dated: Wilmington, Delaware
April 23, 2013

        ALLEN & OVERY LLP

        Ken Coleman
        Daniel Guyder
        1221 Avenue of the Americas
        New York, New York  10020
        Telephone (212) 610-6300
        Facsimile (212) 610-6399
        ken.coleman@allenovery.com
        daniel.guyder@allenovery.com

        -and-

        BUCHANAN INGERSOLL & ROONEY

        By: /s/ Mary F. Caloway
        Mary F. Caloway (No. 3059)
        1105 North Market Street, Suite 1900
        Wilmington, Delaware 19801
        (302) 552-4200 (telephone)
        (302) 552-4295 (facsimile)
        mary.caloway@bipc.com

        Attorneys for Ernst & Young Inc., as Monitor
        and Foreign Representative of the Canadian Debtors