IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.,* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I. 10145** |
| | ) | |
| | ) | Hearing Date: April 24, 2013 10 a.m. ET |
| | ) | Response Due: April 23, 2013 12p.m. ET |

## SUBMISSION OF THE CANADIAN CREDITORS COMMITTEE REGARDING PROPOSED DISCOVERY PLAN

Pursuant to this Court's Order entered April 16, 2013 [D.I. 10145], the Canadian Creditors Committee ("**CCC**")[1], by and through its undersigned counsel, hereby submits to this Court as its proposal respecting the Discovery Plan for the conduct of the Allocation proceedings the CCC's submission to the Canadian Court, which is a blackline against the proposal submitted to Justice Morawetz by the Monitor and the Canadian Debtors previously blacklined against the U.S. Debtors' proposal.

The CCC hereby reserves the right to: (i) explain orally to the Court at the scheduled hearing on this matter its concerns respecting certain aspects of the Discovery Plan including, without limitation, the concerns addressed by its proposal; (ii) make further modifications to the proposal depending on comments received from other parties; and (iii) request revisions of any Discovery Plan approved by the Courts as may be required over time given the unfolding of the

*[Remainder of page intentionally left blank]*

---

[1] The CCC is an ad hoc group of representatives of creditors holding claims solely against Nortel Networks Corporation and certain of its Canadian affiliates who are debtors in *Companies' Creditors Arrangement Act* proceedings pending before the Ontario Superior Court of Justice and in Chapter 15 proceedings pending before this Court. The CCC has filed a Notice of Appearance in these cases [D.I.10220] and counsel for the CCC will be filing a Verified Statement under Fed. R. Bankr. P. Rule 2019.

EAST\55696906.1

process leading to trial, including, without limitation, as a result of provisions in the

Confidentiality Agreement currently in negotiation amongst the parties.

Dated:  April 23, 2013
         Wilmington, Delaware

                                              Respectfully submitted,

                                              **DLA PIPER LLP (US)**

                                              By: /s/ Selinda A. Melnik
                                              Selinda A. Melnik (Bar No. 4032)
                                              919 North Market Street, Suite 1500
                                              Wilmington, DE  19801
                                              Telephone: +1 (302) 468-5650
                                              Facsimile:  +1 (302) 394-2341
                                              E-mail: selinda.melnik@dlapiper.com

                                              *Counsel for the Canadian Creditors Committee*