# CERTIFICATE OF SERVICE

I, Justin R. Alberto, hereby certify that on April 23, 2013, I caused a copy of the foregoing **Submission of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund in Response to the Debtors' Proposed Discovery Plan and Litigation Timetable** to be served on the parties listed on the attached service list via First Class United States Mail.

                                                      */s/ Justin R. Alberto*
                                                      Justin R. Alberto (No. 5126)

| | |
|---|---|
| Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>Ann C. Cordo, Esq.<br>Andrew R. Remming, Esq.<br>*Morris Nichols Arsht & Tunnell*<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>Email:   dabbott@mnat.com<br>           eschwartz@mnat.com<br>           acordo@mnat.com<br>           aremming@mnat.com | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Drew G. Sloan, Esq.<br>*Richards Layton & Finger*<br>One Rodney Square<br>920 N King St<br>Wilmington, Delaware 19801<br>Email:   collins@rlf.com<br>           samis@rlf.com<br>           dsloan@rlf.com |
| Deborah M. Buell, Esq.<br>James L. Bromley, Esq.<br>Lisa M. Schwitzer, Esq.<br>Neil P. Forrest, Esq.<br>*Cleary Gottlieb*<br>One Liberty Plaza<br>New York, New York 10006<br>Email:   dbuell@cgsh.com<br>           jbromley@cgsh.com<br>           lschweitzer@cgsh.com<br>           nforrest@cgsh.com | Thomas R. Kreller, Esq.<br>*Milbank, Tweed, Hadley & McCloy LLP*<br>One Chase Manhattan Plaza<br>New York, New York  10005-1413<br>Email:   tkreller@milbank.com |
| Fred S. Hodara, Esquire<br>David H. Botter, Esquire<br>Lisa Beckerman, Esquire<br>Joshua Sturm, Esquire<br>*Akin Gump Strauss Hauer & Feld LLP*<br>One Bryant Park<br>New York, New York 10036<br>Email:  fhodara@akingump.com<br>          dbotter@akingump.com<br>          lbeckerman@akingump.com<br>          jsturm@akingump.com | Michael Luskin<br>Derek J.T. Adler<br>*Hughes Hubbard*<br>One Battery Park Plaza<br>New York, New York 10004<br>Email:   luskin@hugheshubbard.com<br>           adler@hugheshubbard.com |
| Laura Davis Jones, Esquire<br>Kathleen P. Makowski, Esquire<br>*Pachulski Stang Ziehl & Jones LLP*<br>919 N. Market St. 17th Fl.<br>Wilmington, Delaware  19899-8705<br>Email:   ljones@pszjlaw.com<br>           kmakowski@pszjlaw.com | Patrick Tinker, Esquire<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, Delaware  19801-3519<br>Email:   thomas.p.tinker@usdoj.gov |

| | |
|---|---|
| James L. Patton, Esquire<br>Edwin J. Harron, Esquire<br>*Young Conaway Stargatt & Taylor LLP*<br>The Brandywine Bldg 17th Fl.<br>1000 West Street<br>Wilmington, Delaware 19801<br>Email:  jpatton@ycst.com<br>           eharron@ycst.com | Amit Kurlekar, Esquire<br>*Akin Gump Strauss Hauer & Feld LLP*<br>580 California Street, Suite 1500<br>San Francisco, California 94104<br>Email:  akurlekar@akingump.com |
| Ken Coleman, Esquire<br>Lisa Kraidin, Esquire<br>*Allen & Overy LLP*<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email:  ken.coleman@allenovery.com<br>           lisa.kraidin@allenovery.com | |

{BAY:02265905v1}