Court File No. 09-CL-7950

***ONTARIO***
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER PART IV OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED.

---

## RESPONDING SUBMISSIONS OF
## NORTEL NETWORKS UK LIMITED (IN ADMINISTRATION) AND THE
## COMPANIES LISTED IN SCHEDULE "A" HERETO
## TO PROPOSED LITIGATION TIMETABLE AND DISCOVERY PLAN

**(Returnable April 24, 2013)**

---

**LAX O'SULLIVAN SCOTT LISUS LLP**
Suite 2750, 145 King Street West
Toronto, Ontario  M5H 1J8

**Matthew P. Gottlieb**  (LSUC#: 32268B)
Email:  mgottlieb@counsel-toronto.com
Tel:    (416) 644-5353
Fax:    (416) 598-3730

**Tracy Wynne** (LSUC#: 37395R)
Email: twynne@counsel-toronto.com
Tel:    (416) 598-7835
Fax:    (416) 598.3730

**DAVIES WARD PHILLIPS & VINEBERG LLP**
155 Wellington Street West
Toronto ON  M5V 3J7

**Robin B. Schwill**  (LSUC#: 38452I)
Email:  rschwill@dwpv.com
Tel:    (416) 863-5502
Fax:    (416) 863-0871

Lawyers for Nortel Networks UK Limited (In Administration) et. al.

# INDEX

Court File No. 09-CL-7950

*ONTARIO*
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER PART IV OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED.

## TABLE OF CONTENTS

| Tab No. | Document |
| --- | --- |
| 1. | Responding Submissions |
| A. | Responding Submissions to U.S. Debtor's Proposed Litigation Timetable and Discovery Plan |
| B. | Black-line to Monitor's Proposed Litigation Timetable and Discovery Plan |

# TAB 1

Court File No. 09-CL-7950

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE
### (COMMERCIAL LIST)

IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER PART IV OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED.

### RESPONDING SUBMISSIONS OF
### NORTEL NETWORKS UK LIMITED (IN ADMINISTRATION) AND THE
### COMPANIES LISTED IN SCHEDULE "A" HERETO
### TO PROPOSED LITIGATION TIMETABLE AND DISCOVERY PLAN

#### Background

1.         On April 17, 2013, this Court issued an endorsement scheduling a hearing for April 24, 2013 to address a litigation timetable and discovery plan for this proceeding and ordered the relevant parties to submit black-lines to the Canadian Debtor's proposed Litigation Timetable and Discovery Plans by April 23, 2013, at 12:00 pm.

2.         On April 17, 2013, the United States Bankruptcy Court for the District of Delaware (the "U.S. Court") issued a similar order requiring the relevant parties to

Tor#: 2967735.4

submit black-lines to the U.S. Debtors' proposed litigation timetable and discovery plans on or before noon on April 23, 2013.

3.          On April 19, 2013, the Canadian Debtors and the Monitor served submissions with respect to their proposed Litigation Timetable and Discovery Plan (the "**Canadian Proposal**").  On the same date, the U.S. Debtors filed notice of their proposed litigation timetable and discovery plan with the U.S. Court (the "**U.S. Proposal**").

4.          The Canadian Proposal and the U.S. Proposal are different.

5.          Nortel Networks UK Limited (In Administration) and the companies listed on Schedule "A" hereto (collectively, the "**EMEA Debtors**") have or will shortly file with the U.S. Court their response to the U.S. Proposal.  This response is attached hereto as Appendix "A" (the "**EMEA Reply to U.S. Proposal**").

**EMEA Reply to Canadian Proposal**

6.          These responding submissions are made without prejudice to the **EMEA** Debtors' rights to appeal the order of this Court made by endorsement issued on March 8, 2013 with reasons issued April 3, 2013 and are not a waiver of any arguments that may be asserted in such appeal.

7.          The EMEA Debtors' response to the Canadian Proposal is reflected in the black-line attached hereto as Appendix "B".

Tor#: 2967735.4

8.         The background and reasons for the changes to the Canadian Proposal being proposed by the EMEA Debtors is, for the most part, the same as those set out in the EMEA Reply to U.S. Proposal and those submissions are adopted herein by reference.

9.         However, as noted above, the Canadian Proposal and U.S. Proposal are not identical. Therefore, the following sets out additional reasons for required changes to the Canadian Proposal.

**Reasons Particular to Response to Canadian Proposal**

10.        The Canadian Proposal suggests new pleadings for the EMEA Claims (defined below). Specifically, the Canadian Debtors seek to require the EMEA Debtors, among others, to deliver what is described as "affirmative pleadings" setting forth, with reasonable particularity, the relief sought, material facts relied upon and legal bases for the EMEA Claims (defined below) and the grounds which are relied upon to challenge the disallowance of their claims.

11.        The Canadian Debtors did not seek such relief in the allocation protocol put before this Court at the June 7, 2011 hearing. Furthermore, such a "pleading" is not contemplated by the EMEA Claims Procedure Order issued by this Court on January 21, 2011 and at no time did the Canadian Debtors seek to amend the EMEA Claims Procedure Order.

12.        The EMEA Debtors have complied with the EMEA Claims Procedure Order. The EMEA Debtors filed their detailed claims in these proceedings on March

18, 2011 as required by the EMEA Claims Procedure Order (the **"EMEA Claims"**). At the request of the Monitor, the EMEA Debtors also filed further particulars to all such EMEA Claims.

13.        The Monitor delivered notices of disallowance in respect of all of the EMEA Claims on March 20, 2013, just over two years after the filing of the EMEA Claims.  The notices of disallowance merely make blanket denials and do not provide a single basis of fact or law to dispute the EMEA Claims while the EMEA Claims and further particulars delivered to the Monitor set out the factual and legal basis of each claim made by the EMEA Debtors.  As these facts and legal principles were not confronted by the Monitor in the notices of disallowance, pursuant to the EMEA Claims Procedure Order the EMEA Debtors filed notices of dispute in response to all of the notices of disallowance.   In these notices of dispute, the EMEA Debtors, among other things, necessarily maintained, in full, their position and claims set forth in the proofs of claim and the further particulars pertaining to the EMEA Claims.

14.        Given that the EMEA Debtors complied with the EMEA Claims Procedure Order, the large number of EMEA Debtors and the large number of EMEA Claims filed, it would be entirely unreasonable to now force the EMEA Debtors to prepare and file new pleadings regarding the EMEA Claims, especially considering the extremely tight timeframe pursuant to which these matters are to proceed.

15.        Moreover, as the Monitor did not provide the EMEA Debtors with a proper reply to the EMEA Claims by providing, with reasonable particularity, the material facts and legal bases relied upon to disallow the EMEA Claims, it is simply

Tor#: 2967735.4

inappropriate and unjust in the circumstances to attempt to require the EMEA Debtors to deliver such "affirmative pleadings". This is especially the case when the fact that the EMEA Debtors have not had access to many of their own documents since the filing date is considered – a fact that the Canadian Debtors and Monitor have been aware of since the beginning of these proceedings.

Date:   April 23, 2013

**LAX O'SULLIVAN SCOTT LISUS LLP**
145 King Street West, Suite 2750
Toronto, ON  M5H 1J8

Matthew P. Gottlieb (LSUC#: 32268B)
Tel:   416.644.5353
Fax:  416.598.3730

Tracy Wynne (LSUC#: 37395R)
Tel:   416.598-7835
Fax:  416.598.3730

**DAVIES WARD PHILLIPS & VINEBERG LLP**
155 Wellington Street West
Toronto, ON  M5V 3J7

Robin B. Schwill (LSUC #38452I)
Tel:   416.863.5502
Fax:  416.863.0871

Lawyers for Nortel Networks UK Limited (In Administration) et. al.

TO:   ATTACHED SERVICE LIST

## Schedule A

(a)     Nortel Networks UK Limited

(b)     Nortel Networks SA (France)

(c)     Nortel GmbH (Germany)

(d)     Nortel Networks (Ireland) Limited (Ireland)

(e)     Nortel Networks N.V. (Belgium)

(f)     Nortel Networks S.p.A. (Italy)

(g)     Nortel Networks B.V. (Netherlands)

(h)     Nortel Networks Polska S.p. z.o.o. (Poland)

(i)     Nortel Networks Hispania S.A. (Spain)

(j)     Nortel Networks International Finance & Holding B.V. (Netherlands)

(k)     Nortel Networks (Austria) GmbH (Austria)

(l)     Nortel Networks s.r.o. (Czech Republic)

(m)     Nortel Networks Engineering Service Kft. (Hungary)

(n)     Nortel Networks Portugal S.A. (Portugal)

(o)     Nortel Networks Slovensko s.r.o. (Slovakia)

(p)     Nortel Networks France S.A.S. (France)

(q)     Nortel Networks Oy (Finland)

(r)     Nortel Networks Romania SRL (Romania)

(s)     Nortel Networks AB (Sweden)

*April 8, 2013*

Court File No.  09-CL-7950

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF NORTEL
NETWORKS CORPORATION, NORTEL NETWORKS LIMITED, NORTEL NETWORKS GLOBAL
CORPORATION, NORTEL NETWORKS INTERNATIONAL CORPORATION AND NORTEL
NETWORKS TECHNOLOGY CORPORATION

APPLICATION UNDER THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. C-36, AS AMENDED

**SERVICE LIST**

TO:  **NORTON ROSE CANADA LLP**
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4

Catherine Ma

Email:   catherine.ma@nortonrose.com

Tel:      416.216.4000
Fax:     416.216.3930

Lawyers for the Applicants

AND   **GOWLING LAFLEUR HENDERSON LLP**
TO:    Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Derrick Tay
Jennifer Stam
Katie Parent

Email:    derrick.tay@gowlings.com
jennifer.stam@gowlings.com
katie.parent@gowlings.com

Tel:      416.862.5697
Fax:     416.862.7661

Lawyers for the Applicants

- 2 -

TO: **ERNST & YOUNG INC.**
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7

Murray McDonald
Brent Beekenkamp

Email:   nortel.monitor@ca.ey.com

Tel:    416.943.3016
Fax:    416.943.3300

AND
TO: **GOODMANS LLP**
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Jay Carfagnini
Joseph Pasquariello
Gail Rubenstein
Fred Myers
Chris Armstrong

Email:   jcarfagnini@goodmans.ca
         jpasquariello@goodmans.ca
         grubenstein@goodmans.ca
         fmyers@goodmans.ca
         carmstrong@goodmans.ca

Tel:    416.597.4107
Fax:    416.979.1234

Lawyers for the Monitor, Ernst & Young Inc.

AND
TO: **OSLER HOSKIN AND HARCOURT
LLP**
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh

Email:   lbarnes@osler.com
         esellers@osler.com
         eputnam@osler.com
         ahirsh@osler.com

Tel:    416.362.2111
Fax:    416.862.6666

Lawyers for the Boards of Directors of
Nortel Networks Corporation and Nortel
Networks Limited

AND
TO: **FASKEN MARTINEAU DUMOULIN LLP**
66 Wellington Street West
Toronto Dominion Bank Tower
P.O. Box 20, Suite 4200
Toronto, Ontario  M5K 1N6

Donald E. Milner
Aubrey Kauffman
Jon Levin

Email:   dmilner@fasken.com
         akauffman@fasken.com
         jlevin@fasken.com

Tel:    416.868.3538
Fax:    416.364.7813

Lawyers for Export Development Canada

- 3 -

AND TO: **EXPORT DEVELOPMENT CANADA**
151 O'Connor Street
Ottawa, Ontario  K1A 1K3

Jennifer Sullivan

Email:  jsullivan@edc.ca

Tel:    613.597.8651
Fax:    613.598.3113

AND TO: **THORNTON GROUT FINNIGAN LLP**
3200-100 Wellington Street West
Toronto-Dominion Centre, Canadian Pacific Tower
Toronto, Ontario  M5K 1K7

Leanne M. Williams

Email:  lwilliams@tgf.ca

Tel:    416.304.1616
Fax:    416.304.1313

Lawyers for Flextronics Telecom Systems Ltd.

AND TO: **McINNES COOPER**
Purdy's Wharf Tower II
1300 – 1969 Upper Water Street
Halifax, NS  B3J 2V1

John Stringer, Q.C.
Stephen Kingston

Email:  john.stringer@mcinnescooper.com
       stephen.kingston@mcinnescooper.com

Tel:    902.425.6500
Fax:    902.425.6350

Lawyers for Convergys EMEA Limited

AND TO: **MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com

Tel:    416.595.8615/8577
Fax:    416.595.8695

Lawyers for Toronto-Dominion Bank

AND TO: **CAW-CANADA**
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Barry E. Wadsworth
Lewis Gottheil

Email:  barry.wadsworth@caw.ca
       lewis.gottheil@caw.ca

Tel.:   416.495.3776
Fax:    416.495.3786

Lawyers for all active and retired Nortel employees represented by the CAW-Canada

AND TO: **BOUGHTON LAW CORPORATION**
Suite 700
595 Burrard Street
Vancouver, BC  V7X 1S8

R. Hoops Harrison

Email:  hharrison@boughton.ca

Tel:    604.687.6789
Fax:    604.683.5317

Lawyers for Tonko Realty Advisors (BC) Ltd., in its capacity as duly authorized agent for Holdings 1506 Enterprises Ltd.

- 4 -

AND TO:
**BORDEN LADNER GERVAIS LLP**
Scotia Plaza, 40 King Street West
Toronto, Ontario  M5H 3Y4

Roger Jaipargas

Email:  rjaipargas@blgcanada.com
Tel:    416.367.6266
Fax:    416.361.7067

Lawyers for Bell Canada

AND TO:
**SISKINDS LLP**
680 Waterloo Street
London, Ontario  N6A 3V8

Raymond F. Leach
A. Dimitri Lascaris
Emilie E. M. Maxwell

Email:  ray.leach@siskinds.com
        dimitri.lascaris@siskinds.com
        emilie.maxwell@siskinds.com

Tel:    519.672.2121
Fax:    519.672.6065

Lawyers for Indiana Electrical Workers
Pension Trust Fund IBEW, Laborers Local
100 and 397 Pension Fund, and Bruce
William Lapare

AND TO:
**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:  mzigler@kmlaw.ca
Tel:    416.595.2090
Fax:    416.204.2877

Email:  sphilpott@kmlaw.ca
Tel:    416.595.2104
Fax:    416.204.2882

Email:  akaplan@kmlaw.ca
Tel:    416.595.2087
Fax:    416.204.2875

Email:  bwalancik@kmlaw.ca
Tel:    416.542.6288
Fax:    416.204.2906

Lawyers for the Former Employees of Nortel

AND TO:
**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan

Email:  zychk@bennettjones.com
Tel:    416.777.5738
Fax:    416.863.1716

Email:  orzyr@bennettjones.com
Tel:    416.777.5737
Fax:    416.863.1716

Email:  finlaysong@bennettjones.com
Tel:    416.777.5762
Fax:    416.863.1716

Email:  swanr@bennettjones.com
Tel:    416.777.7479
Fax:    416.863.1716

Canadian Lawyers for The Informal Nortel
Noteholder Group

- 5 -

AND
TO:

**PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP**
Suite 501
250 University Avenue
Toronto, Ontario  M5H 3E5

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson

Email:   ken.rosenberg@paliareroland.com
Tel:     416.646.4304
Fax:     416.646.4301

Email:   max.starnino@paliareroland.com
Tel:     416.646.7431
Fax:     416.646.4301

Email:   lily.harmer@paliareroland.com
Tel:     416.646.4326
Fax:     416.646.4301

Email:   karen.jones@paliareroland.com
Tel:     416.646.4339
Fax:     416.646.4301

Email:   tina.lie@paliareroland.com
Tel:     416.646.4332
Fax:     416.646.4301

Email:   michelle.jackson@paliareroland.com
Tel:     416.646.7470
Fax:     416.646.4301

Lawyers for the Superintendent of Financial
Services as Administrator of the Pension
Benefits Guarantee Fund

AND
TO:

**KOSKIE MINSKY**
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik

Email:   mzigler@kmlaw.ca
Tel:     416.595.2090
Fax:     416.204.2877

Email:   sphilpott@kmlaw.ca
Tel:     416.595.2104
Fax:     416.204.2882

Email:   akaplan@kmlaw.ca
Tel:     416.595.2087
Fax:     416.204.2875

Email:   bwalancik@kmlaw.ca
Tel:     416.542.6288
Fax:     416.204.2906

Lawyers for the LTD Beneficiaries

- 6 -

AND TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com
Tel:      416.595.8615
Fax:      416.595.8695

Lawyers for LG Electronics Inc.

AND TO:

**MILLER THOMSON LLP**
Scotia Plaza
40 King Street West, Suite 5800
P.O. Box 1011
Toronto, Ontario  M5H 3S1

Jeffrey Carhart

Email:  jcarhart@millerthomson.com
Tel:      416.595.8615
Fax:      416.595.8695

Canadian Lawyers for Telmar Network
Technology, Inc. and Precision
Communication Services, Inc.

AND TO:

**CHAITONS LLP**
Barristers & Solicitors
5000 Yonge Street, 10th Floor
Toronto, Ontario  M2N 7E9

Harvey G. Chaiton

Email:  harvey@chaitons.com
Tel:      416.218.1129
Fax:      416.218.1849

Lawyers for IBM Canada Limited

AND TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

E. Patrick Shea

Email:  patrick.shea@gowlings.com

Tel:      416.369.7399
Fax:      416.862.7661

Lawyers for Westcon Group

AND TO:

**FRASER MILNER CASGRAIN LLP**
1 First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1B2

R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs

Email:  Shayne.kukulowicz@fmc-law.com
          Michael.wunder@fmc-law.com
          ryan.jacobs@fmc-law.com

Tel:      416.863.4511
Fax:      416.863.4592

Canadian Lawyers for the Official
Committee of Unsecured Creditors

AND TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3Y2

Jonathan Wigley

Email:  jwigley@gardiner-roberts.com
Tel:      416.865.6655
Fax:      416.865.6636

Lawyers for Andrew, LLC

AND
TO:

**AIRD & BERLIS**
Brookfield Place
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Harry Fogul
Peter K. Czegledy

Email:  hfogul@airdberlis.com
Tel:    416.865.7773
Fax:    416.863.1515

Email:  pczegledy@airdberlis.com
Tel:    416.865.7749
Fax:    416.863.1515

Lawyers for Microsoft Corporation

AND
TO:

**MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Raymond M. Slattery
David T. Ullmann

Email:  rslattery@mindengross.com
        dullmann@mindengross.com
Tel:    416.369.4149
Fax:    416.864.9223

Lawyers for Verizon Communications Inc.

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:    416.863.1515

Canadian Lawyers for Tellabs, Inc.

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

D. Robb English
Sanjeev P. R. Mitra

Email:  renglish@airdberlis.com
        smitra@airdberlis.com

Tel:    416.863.1500
Fax:    416.863.1515

Lawyers for Tata Consultancy Services
Limited and Tata America International
Corporation

AND
TO:

**VERINT SYSTEMS, INC.**
800 North Point Parkway
Alpharetta, Georgia  30005

Paige Honeycutt
Assistant General Counsel

Email:  paige.honeycutt@verint.com
Tel:    770.754.1900
Fax:    678.319.0732

Lawyers for Verint Americas Inc. and Verint
Systems, Inc.

AND
TO:

**ALEXANDER HOLBURN BEAUDIN &
LANG LLP**
Barristers and Solicitors
700 West Georgia Street
Suite 2700
Vancouver, British Columbia  V7Y 1B8

Sharon M. Urquhart

Email:  surquhart@ahbl.ca
Tel:    604.484.1757
Fax:    604.484.1957

Lawyers for Algo Communication Products
Ltd.

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Andrew F. Kent
Tushara Weerasooriya
Hilary E. Clarke

Email:  andrew.kent@mcmillan.ca
Tel:     416.865.7160
Fax:    416.865.7048

Email:  hilary.clarke@mcmillan.ca
Tel:     416.865.7286
Fax:    416.865.7048

Email:  tushara.weerasooriya@mcmillan.ca
Tel:     416.865.7262
Fax:    416.865.7048

Lawyers for Royal Bank of Canada

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, Ontario  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:  bdarlington@davis.ca
Tel:     416.365.3529
Fax:    416.369.5210

Email:  jdavissydor@davis.ca
Tel:     416.941.5397
Fax:    416.365.7886

Lawyers for Brookfield LePage Johnson
Controls Facility Management Services

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:     416.865.7726
Fax:    416.863.1515

Email:  iaversa@airdberlis.com
Tel:     416.865.3082
Fax:    416.863.1515

Lawyers for Perot Systems Corporation

AND
TO:

**McMILLAN LLP**
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario  M5J 2T3

Brett Harrison
Jeffrey Levine

Email:  brett.harrison@mcmillan.ca
Tel :    416.865.7932
Fax :   416.865.7048

Email:  jeffrey.levine@mcmillan.ca
Tel:     416.865.7791
Fax:    416.865.7048

Lawyers for Citibank

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
40 King Street West,
Suite 2100
Toronto, Ontario  M5H 3C2

Deborah S. Grieve

Email:  dgrieve@casselsbrock.com
Tel:     416.860.5219
Fax:    416.350.6923

Lawyers for Alvarion Ltd.

AND
TO:

**GARDINER ROBERTS LLP**
Suite 3100, Scotia Plaza
40 King Street West
Toronto, ON  M5H 3Y2

Jonathan Wigley

Email:  jwigley@gardiner-roberts.com
Tel:     416.865.6655
Fax:    416.865.6636

Lawyers for Amphenol Corporation

- 9 -

AND
TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, Ontario  M5J 2T9

Sanjeev P.R. Mitra

Email:  smitra@airdberlis.com

Tel:      416.863.1500
Fax:     416.863.1515

Lawyers for Enbridge Gas Distribution Inc.

AND
TO:

**BLANEY McMURTRY LLP**
Barristers and Solicitors
1500 – 2 Queen Street East
Toronto, Ontario  M5C 3G5

Lou Brzezinski

Email:  lbrzezinski@blaney.com
Tel:      416.593.2952
Fax:     416.594.5084

Lawyers for Expertech Network Installation
Inc.

AND
TO:

**MCFARLANE LEPSOE**
Barristers & Solicitors
70 Gloucester Street, Third Floor
Ottawa, Ontario  K2P 0A2

Paul K. Lepsoe

Email:  pklepsoe@mcfarlanelaw.com

Tel:      613.233.2679
Fax:     613.233.3774

Lawyers for Iron Mountain Canada
Corporation and Iron Mountain Information
Management, Inc.

AND
TO:

**McMILLAN LLP**
1900, 736-6th Avenue S.W.
Calgary, Alberta  T2P 3T7

Adam Maerov

Email:  adam.maerov@mcmillan.ca
Tel:      403.215.2752
Fax:     403.531.4720

Lawyers for Right Management Inc.

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Junior Sirivar
Geoff R. Hall

Email:  jsirivar@mccarthy.ca
Tel:      416.601.7750
Fax:     416.868.0673

Email:  ghall@mccarthy.ca
Tel:      416.601.7856
Fax:     416.868.0673

Lawyers for Frank Andrew Dunn

AND
TO:

**CASSELS BROCK & BLACKWELL LLP**
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

E. Bruce Leonard
David S. Ward

Email:  bleonard@casselsbrock.com
            dward@casselsbrock.com

Tel:      416.860.6455
Fax:     416.640.3054

Lawyers for the UK Pension Protection Fund
and Nortel Networks UK Pension Trust
Limited

- 10 -

AND
TO:

**BAKER & McKENZIE LLP**
Brookfield Place, P.O. Box 874
181 Bay Street, Suite 2100
Toronto, Ontario  M5J 2T3

Chris Besant
Lydia Salvi

Email:  chris.besant@bakernet.com

Tel:      416.865.2318
Fax:     416.863.6275

Email:  lydia.salvi@bakernet.com

Tel:      416.865.6944
Fax:     416.863.6275

Lawyers for Jabil Circuit Inc.

AND
TO:

**IRVING MITCHELL KALICHMAN LLP**
Place Alexis Nihon, Tour 2
3500 Boulevard De Maisonneuve Ouest
Bureau 1400
Montreal, Quebec  H3Z 3C1

Kurt A. Johnson

Email :  kjohnson@imk.ca
Tel:      514.935.5755
Fax :    514.935.2999

Lawyers for GFI INC., a division of Thomas &
Betts Manufacturing Inc.

AND
TO:

**BENNETT JONES LLP**
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4

Robyn M. Ryan Bell
Mark Laugesen

Email:  ryanbellr@bennettjones.com
            laugesenm@bennettjones.com

Tel:      416.863.1200
Fax:     416.863.1716

Lawyers for Tel-e Connect Systems Ltd.
and
Tel-e Connect Systems (Toronto) Ltd.

AND
TO:

**NELLIGAN O'BRIEN PAYNE LLP**
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario  K1P 6L2

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict

Email:  janice.payne@nelligan.ca
            steven.levitt@nelligan.ca
            christopher.rootham@nelligan.ca
            ainslie.benedict@nelligan.ca

Tel:      613.231.8245
Fax:     613.788.3655

Lawyers for the Steering Committee of Nortel
Canadian Continuing Employees – Post
CCAA as at January 14, 2009

- 11 -

| | | | |
|---|---|---|---|
| AND TO: | **SCHNEIDER & GAGGINO** | AND TO: | **EURODATA** |

AND TO: **SCHNEIDER & GAGGINO**
375 Lakeshore Drive
Dorval, Quebec H9S 2A5

Dan Goldstein
Marco Gaggino

Email: dgoldstein@schneidergaggino.com
mgaggino@schneidergaggino.com

Tel:    514.631.8787
Fax:   514.631.0220

Lawyers for the Teamsters Quebec Local 1999

AND TO: **EURODATA**
2574 Sheffield Road
Ottawa, Ontario  K1B 3V7

Nanci Shore

Email:  nanci@eurodata.ca
Tel:    613.745.0921
Fax:   613.745.1172

AND TO: **AETL TESTING, INC.**
130 Chaparral Court, Suite 250
Anaheim, California 92808

Raffy Lorentzian

Email:  raffy.lorentzian@ntscorp.com
Tel:    714.998.4351
Fax:   714.998.7142

Lawyers for AETL Testing, Inc.

AND TO: **MINDEN GROSS LLP**
145 King Street West, Suite 2200
Toronto, Ontario  M5H 4G2

Timothy R. Dunn

Email:  tdunn@mindengross.com
Tel:    416.369.4335
Fax:   416.864.9223

Lawyers for 2748355 Canada Inc.

AND TO: **AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:    416.865.7726
Fax:   416.863.1515

Email:  iaversa@airdberlis.com
Tel:    416.865.3082
Fax:   416.863.1515

Lawyers for Huawei Technologies Co. Ltd.

AND TO: **BALDWIN LAW PROFESSIONAL CORPORATION**
54 Victoria Avenue
Belleville, Ontario K8N 5J2

Ian W. Brady

Email:  ibrady@baldwinlaw.ca
Tel:    613.771.9991
Fax:   613.771.9998

Lawyers for Sydney Street Properties Corp.

- 12 -

AND
TO:

**GOWLING LAFLEUR HENDERSON LLP**
Suite 1600, First Canadian Place
100 King Street West
Toronto, ON  M5X 1G5

David F.W. Cohen

Email:  david.cohen@gowlings.com

Tel:      416.369.6667
Fax:     416.862.7661

Lawyers for General Electric Canada
Equipment Finance G.P. and GE Capital
Canada Leasing Services Inc.

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:  arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email :  thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :    416.214.5400

Lawyers for The Recently Severed Canadian
Nortel Employees Committee

AND
TO:

**DAVIS LLP**
1 First Canadian Place
Suite 5600
100 King Street West
Toronto, ON  M5X 1E2

Bruce Darlington
Jonathan Davis-Sydor

Email:  bdarlington@davis.ca
Tel:      416.365.3529
Fax:     416.369.5210

Email:  jdavissydor@davis.ca
Tel:      416.941.5397
Fax:     416.365.7886

Lawyers for Computershare Trust Company
of Canada

AND
TO:

**SHIBLEY RIGHTON LLP**
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae

Email:  arthur.jacques@shibleyrighton.com
Tel:      416.214.5213
Fax:     416.214.5413

Email :  thomas.mcrae@shibleyrighton.com
Tel :     416.214.5206
Fax :    416.214.5400

Co-Counsel for the Steering Committee of
Nortel Canadian Continuing Employees –
Post CCAA as at January 14, 2009

- 13 -

AND TO:

**NATIONAL TECHNICAL SYSTEMS**
130 Chaparral Ct., Suite 250
Anaheim, California, U.S.A.
92808

Raffy Lorentzian

Email:  raffy.lorentzian@ntscorp.com
Tel:   714.998.4351

AND TO:

**LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Terrence O'Sullivan
Shaun F. Laubman

E-mail:  tosullivan@counsel-toronto.com
Tel:   416.598.1744
Fax:   416.598.3730

Email:  slaubman@counsel-toronto.com
Tel:   416.598.1744
Fax:   416.598.3730

Lawyers for William A. Owens

AND TO:

**AIRD & BERLIS LLP**
Barristers & Solicitors
Brookfield Place, P.O. Box 754
181 Bay Street, Suite 1800
Toronto, ON  M5J 2T9

Steven L. Graff
Ian E. Aversa

Email:  sgraff@airdberlis.com
Tel:   416.865.7726
Fax:   416.863.1515

Email:  iaversa@airdberlis.com
Tel:   416.865.3082
Fax:   416.863.1515

Lawyers for the Current and Former
Employees of Nortel Networks Inc. who are
or were Participants in the Long-Term
Investment Plan Sponsored by Nortel
Networks Inc.

AND TO:

**DAVIES WARD PHILLIPS & VINEBERG LLP**
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1

Robin B. Schwill
Sean Campbell

Email:  rschwill@dwpv.com
Email:  scampbell@dwpv.com

Tel:   416.863.0900
Fax:   416.863.0871

and

**LAX O'SULLIVAN SCOTT LISUS LLP**
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8

Matthew P. Gottlieb

Email:  mgottlieb@counsel-toronto.com
Tel:   416.644.5353
Fax:   416.598.3730

Counsel to the Joint Administrators of Nortel
Networks UK Limited

- 14 -

AND
TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Sheryl E. Seigel

Email:  sheryl.seigel@mcmillan.ca
Tel:    416.307.4063
Fax:    416.365.1719

Lawyers for The Bank of New York Mellon

AND
TO:

**DEPARTMENT OF JUSTICE**
Ontario Regional Office
The Exchange Tower, Box 36
130 King Street W., Suite 3400
Toronto, Ontario  M5X 1K6

Diane Winters

Email:  dwinters@justice.gc.ca
Tel:    416.973.3172
Fax:    416.973.0810

AND
TO:

**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Susan M. Grundy
Marc Flynn

Email:  susan.grundy@blakes.com
Tel:    416.863.2572
Fax:    416.863.2653

Email:  marc.flynn@blakes.com
Tel:    416.863.2685
Fax:    416.863.2653

Lawyers for Telefonaktiebolaget L M
Ericsson (publ)

AND
TO:

**SIMMONS, DA SILVA & SINTON LLP**
Suite 200, 201 County Court Blvd.
Brampton, Ontario
L6W 4L2

Puneet S. Kohli
Email:  puneet@sdslawfirm.com

Tel:    905.861.2819

Lawyers for Wipro Limited

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, TD Bank Tower
Toronto Dominion Centre
Toronto, Ontario  M5K 1E6

Heather Meredith

Email:  hmeredith@mccarthy.ca
Tel:    416.601.8342
Fax:    416.868.0673

Lawyers for Hitachi Communications
Technologies, Ltd.

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Kevin P. McElcheran

Email:  kmcelcheran@mccarthy.ca
Tel:    416.601.7730
Fax:    416.868.0673

Lawyers for Avaya Inc.

- 15 -

AND TO:
**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario  M5L 1A9

Pamela Huff
Milly Chow
Hugh DesBrisay
Craig Thorburn

Email:  pamela.huff@blakes.com
Tel:    416.863.2958
Fax:    416.863.2653

Email:  milly.chow@blakes.com
Tel:    416.863.2594
Fax:    416.863.2653

Email:  hugh.desbrisay@blakes.com
Tel:    416.863.2426
Fax:    416.863.2653

Email:  craig.thorburn@blakes.com
Tel:    416.863.2965
Fax:    416.863.2653

Lawyers for MatlinPatterson Global Advisers
LLC, MatlinPatterson Global Opportunities
Partners III L.P. and MatlinPatterson
Opportunities Partners (Cayman) III L.P.

AND TO:
**FOOLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:   jspiegelman@foglers.com
Tel:     416.864.9700
Fax:     416.941.8852

Vern W. DaRe

Email:    vdare@foglers.com
Tel:      416-941-8842
Fax:      416-941-8852

Lawyers for Belden (Canada) Inc.

AND TO:
**VINCENT DAGENAIS GIBSON LLP/s.r.l**
Barristers and Solicitors
600-325 Dalhousie Street
Ottawa, ON  K1N 7G2

Thomas Wallis

E-mail:  thomas.wallis@vdg.ca
Tel:     613.241.2701
Fax:     613.241.2599

Lawyers for La Regie des Rentes du
Quebec

AND TO:
**STIKEMAN ELLIOTT LLP**
445 Park Avenue, 7th Floor
New York, NY  10022

Gordon Cameron
Ron Ferguson

Email:   gncameron@stikeman.com
Tel:     212.845.7464
Fax:     212.371.7087

Email:   rferguson@stikeman.com
Tel:     212.845.7477
Fax:     212.371.7087

Lawyers for GENBAND Inc.

- 16 -

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
Scotia Plaza, Suite 4400
40 King Street West
Toronto, ON  M4H 3Y4

John D. Marshall
Craig J. Hill

Email:   jmarshall@blgcanada.com
Tel:      416.367.6024
Fax:     416.361.2763

Email:   chill@blgcanada.com
Tel:      416.367.6156
Fax:     416.631.7301

Lawyers for the U.K. Pensions Regulator

AND
TO:

**BLAKE, CASSELS & GRAYDON**
Box 25, Commerce Court West
199 Bay Street, Suite 2800
Toronto, Ontario  M5L 1A9

Pamela J. Huff
J. Jeremy Forgie

Email:   pamela.huff@blakes.com
Tel:      416.863.2958
Fax:     416.863.2653

Email:   jeremy.forgie@blakes.com
Tel:      416.863.3888
Fax:     416.863.2653

Lawyers for The Northern Trust Company,
Canada

AND
TO:

**CLEARY GOTTLIEB STEEN & HAMILTON
LLP**
One Liberty Plaza
New York, NY 10006

James Bromley
Lisa Schweitzer
Jeremy Opolsky

Email:   jbromley@cgsh.com
             lschweitzer@cgsh.com
             jopolsky@cgsh.com

Tel:      212.225.2000
Fax:     212.225.3999

Lawyers for Nortel Networks Inc.

AND
TO:

**McCARTHY TETRAULT LLP**
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario  M5K 1E6

Barbara J. Boake
James D. Gage
Elder C. Marques

E-mail:  bboake@mccarthy.ca
Tel:      416.601.7557
Fax:     416.868.0673

Email:   jgage@mccarthy.ca
Tel:      416.601.7539
Fax:     416.686.0673

Email:   emarques@mccarthy.ca
Tel:      416.601.7822
Fax:     416.686.0673

Lawyers for Morneau Shepell Limited

- 17 -

AND
TO:

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, ON  M5J 2T3

D. Brent McPherson

Email:   brent.mcpherson@mcmillan.ca
Tel:      416.307.4103
Fax:      416.304.3769

Lawyers for Wells Fargo Bank, National
Association, as successor by merger to
Wachovia Bank, N.A., in its capacity as
Servicer for the Nortel Networks Pass-
Through Trust, Series 1-1

AND
TO:

**ROCHON GENOVA LLP**
121 Richmond Street West
Suite 900
Toronto, ON  M5H 2K1

Joel P. Rochon

Email:   jrochon@rochongenova.com
Tel:      416.363.1867
Fax:      416.363.0263

Lawyers for the Opposing LTD Employees

AND
TO:

**DAVID STEER**
10 Cypress Court
Nepean, ON  K2H 8Z8

E-mail:  davidsteer127@sympatico.ca

AND
TO:

**FOGLER, RUBINOFF LLP**
Barristers and Solicitors
Suite 1200
Toronto-Dominion Centre
95 Wellington Street West
Toronto, Ontario  M5J 2Z9

Jeffrey K. Spiegelman

Email:   jspiegelman@foglers.com

Tel:      416.864.9700
Fax:      416.941.8852

Lawyers for Apex Logistics Inc.

AND
TO:

**TORYS LLP**
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens

Email:   tdemarinis@torys.com
            sbomhof@torys.com
            sblock@torys.com
            agray@torys.com
            aslavens@torys.com

Tel:      416.865.0040
Fax:      416.865.8730

Lawyers for Nortel Networks Inc.

AND
TO:

**TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario  K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email:   hvw@tmlegal.ca
            rbm@tmlegal.ca

Tel:      613.542.1889
Fax:      613.542.8202

Lawyers for The Corporation of the City of
Belleville

- 18 -

AND TO:
**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Andrew J. F. Kent
Wael Rostom

Email: andrew.kent@mcmillan.ca
Tel : 416.865.7160
Fax : 416.865.7048

Email: wael.rostom@mcmillan.ca
Tel : 416.865.7790
Fax : 416.865.7048

Lawyers for the Norpax LLC and RPX
Corporation, in its capacity as Managing
Member of Norpax LLC

AND TO:
**TEMPLEMAN MENNINGA LLP**
401-366 King Street East
Kingston, Ontario K7K 6Y3

Harold Van Winssen
R. Benjamin Mills

Email: hvw@tmlegal.ca
rbm@tmlegal.ca

Tel: 613.542.1889
Fax: 613.542.8202

Lawyers for Algonquin and Lakeshore
Catholic District School Board

AND TO:
**BLAKE, CASSELS & GRAYDON LLP**
199 Bay Street, Suite 2800
Commerce Court West
Toronto, Ontario M5L 1A9

Steven J. Weisz
Jenna Willis

Email: steven.weisz@blakes.com
Tel: 416.863.2616
Fax: 416.863.2653

Email: jenna.willis@blakes.com
Tel: 416.863.3348
Fax: 416.863.2653

Lawyers for the American Registry for Internet
Numbers

AND TO:
**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario M5J 2T3

Brett Harrison

Email: brett.harrison@mcmillan.ca
Tel : 416.865.7932
Fax : 416.865.7048

Lawyers for Rogers Communications Inc.

- 19 -

| | |
|---|---|
| AND TO: | **ATTORNEY GENERAL FOR ONTARIO**<br>Crown Law Office – Civil<br>720 Bay Street, 8th Floor<br>Toronto, Ontario  M7A 2S9<br><br>Leonard Marsello<br>William MacLarkey<br>Mario Faieta<br><br>Email:  leonard.marsello@ontario.ca<br>Tel:    416.326.4939<br>Fax:   416.326.4181<br><br>Email:  William.MacLarkey@ontario.ca<br>Tel:    416.326.4082<br>Fax:   416.326.4181<br><br>Email:  mario.faieta@ontario.ca<br>Tel:    416.314.6482<br>Fax:   416.314.6579<br><br>Lawyers for Her Majesty the Queen in right of Ontario, as represented by the Ministry of the Environment | AND TO: | **STIKEMAN ELLIOTT LLP**<br>Barristers & Solicitors<br>5300 Commerce Court West<br>199 Bay Street<br>Toronto, Ontario  M5L 1B9<br><br>Elizabeth Pillon<br>Dan Murdoch<br><br>Email:  lpillon@stikeman.com<br>Tel:    416.869.5623<br>Fax:   416.947.0866<br><br>Email:  dmurdoch@stikeman.com<br>Tel:    416.869.5529<br>Fax:   416.947.0866<br><br>Lawyers for Apple Inc. |
| AND TO: | **DAVIS LLP**<br>1 First Canadian Place, Suite 6000<br>100 King Street West<br>P.O. Box 367,<br>Toronto, Ontario  M5X 1E2<br><br>Bruce Darlington<br>Jonathan Davis-Sydor<br><br>Email:  bdarlington@davis.ca<br>Tel:    416.365.3529<br>Fax:   416.369.5210<br><br>Email:  jdavissydor@davis.ca<br>Tel:    416.941.5397<br>Fax:   416.365.7886<br><br>Lawyers for Lenovo (Singapore) Pte. Ltd. | AND TO: | **MILLER THOMSON LLP**<br>Scotia Plaza<br>40 King Street West, Suite 5800<br>P.O. Box 1011<br>Toronto, Ontario  M6H 3S1<br><br>Craig A. Mills<br><br>Email:  cmills@millerthomson.com<br>Tel :   416.595.8596<br>Fax :   416.595.8695<br><br>Lawyers for 2058756 Ontario Limited |

- 20 -

AND TO:

**CHAITONS LLP**
Barristers & Solicitors
5000 Yonge Street, 10th Floor
Toronto, Ontario  M2N 7E9

Harvey G. Chaiton
Doug Bourassa

Email: harvey@chaitons.com
Tel : 416.218.1129
Fax : 416.218.1849

Email: doug@chaitons.com
Tel : 416.218.1145
Fax : 416.218.1845

Lawyers for SMNP Research International,
Inc. and SMNP Research, Inc.

AND TO:

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West,
199 Bay Street
Toronto, Ontario  M5L 1B9

Ashley John Taylor
Kathryn Esaw

Email: ataylor@stikeman.com
Tel : 416.869.5236
Fax : 416.947.0866

Email: kesaw@stikeman.com
Tel: 416.869.6820
Fax : 416.947.0866

Lawyers for Sanmina SCI Corporation

AND TO:

**STIKEMAN ELLIOTT LLP**
Barristers & Solicitors
5300 Commerce Court West,
199 Bay Street
Toronto, Ontario  M5L 1B9

Alan D'Silva
Ellen Snow

Email: adsilva@stikeman.com
Tel: 416.869.5204
Fax: 416.947.0866

Email: esnow@stikeman.com
Tel: 416.869.5286
Fax: 416.947.0866

Counsel to Chartis Insurance Company of
Canada Inc.

AND TO:

**CONSTELLATION ENERGY GROUP, INC.**
100 Constellation Way
Suite 600
Baltimore, MD 21202

David Quagliana
Manager, Credit Workout

Email: david.quagliana@constellation.com
Tel: 410.470.2058

- 21 -

AND
TO:

**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022-2585

Craig A. Barbarosh
Email:  craig.barbarosh@kattenlaw.com
Tel:    212.940.8665
Fax:    212.940.8776

David A. Crichlow
Email:  david.crichlow@kattenlaw.com
Tel:    212.940.8941
Fax:    212.940.8776

Karen B. Dine
Email:  Karen.dine@kattenlaw.com
Tel:    212.940.8772
Fax:    212.940.8776

U.S. Counsel to Wilmington Trust

AND
TO:

**CONSTELLATION NEWENERGY, INC.**
116 Huntington Avenue
Suite 700
Boston, MA 02116

Cathy Barron
Senior Counsel

Email:  cathy.barron@constellation.com
Tel:    617.717.7906
Fax:    617.772.7550

AND
TO:

**HEENAN BLAIKIE LLP**
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4

John Salmas
Kenneth Kraft
Sara-Ann Van Allen

Email:  jsalmas@heenan.ca
Tel:    416.360.3570
Fax:    416.360.8425

Email:  kkraft@heenan.ca
Tel:    416.643.6822
Fax:    416.360.8425

Email:  svanallen@heenan.ca
Tel:    416.360.3570
Fax:    416.360.8425

Canadian Lawyers for Wilmington Trust,
National Association

AND
TO:

**BORDEN LADNER GERVAIS LLP**
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4

Edmond F. B. Lamek
James Szumski

Email:  elamek@blg.com
Tel:    416.367.6311
Fax:    416.361.2436

Email:  jszumski@blg.com
Tel:    416.367.6310
Fax:    416.682.2811

Lawyers for Law Debenture Trust Company of
New York

- 22 -

AND     **PATTERSON BELKNAP WEBB & TYLER**
TO:      **LLP**
          1133 Avenue of the Americas
          New York, NY  10036

          Daniel A. Lowenthal

          Email:   dalowenthal@pbwt.com
          Tel:     212.336.2720
          Fax:    212.336.1253

          U.S. Counsel for Law Debenture Trust
          Company of New York

**COURTESY COPIES:**

AND
TO:

**LEWIS AND ROCA**
40 North Central Avenue
Phoenix, Arizona
USA  85004-4429

Scott K. Brown

Email:  sbrown@lrlaw.com

Tel:    602.262.5321
Fax:    602.734.3866

Lawyers for The Prudential Insurance
Company of America

AND
TO:

**CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061

Steven J. Reisman
James V. Drew

E-mail:  sreisman@curtis.com
         jdrew@curtis.com

Tel:    212.696.6000
Fax:    212-697-1559

Lawyers for Flextronics International

AND
TO:

**AKIN GUMP STRAUSS HAUER &
FELD LLP**
One Bryant Park
New York, NY  10036

Fred S. Hodara

Email:  fhodara@akingump.com

Tel:    212.872.1000
Fax:    212.872.1002

U.S. Lawyers for the Official Committee
of Unsecured Creditors

AND
TO:

**MILBANK, TWEED, HADLEY
McCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa

Email:  TKreller@milbank.com
Tel:    213.892.4463
Fax:    213.629.5063

Email:  JHarris@milbank.com
Tel:    212.530.5475
Fax:    212.530.5219

Email:  APisa@milbank.com
Tel:    212.530.5319
Fax:    212.530.5219

U.S. Lawyers for The Informal Nortel
Noteholder Group

- 24 -

AND
TO:

**VEDDER PRICE P.C.**
1633 Broadway, 47th Floor
New York, New York  10019

Michael L. Schein

Email:  mschein@vedderprice.com

Tel:    212.407.6920
Fax:    212.407.7799

U.S. Lawyers for Telmar Network
Technology, Inc. and Precision
Communication Services, Inc.

AND
TO:

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834

Michael J. Riela

Email: michael.riela@lw.com

Tel :   212.906.1373
Fax :   212.751.4864

U.S. Lawyers for The Bank of New York
Mellon

AND
TO:

**BRYAN CAVE LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois  60601

Eric S. Prezant

Email:  eric.prezant@bryancave.com
Tel:    312.602.5033
Fax:    312.602.5050

U.S. Lawyers for Tellabs, Inc.

# TAB A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **RE: Docket Nos. 10145, 10210** |

**JOINT ADMINISTRATORS' RESPONSE AND LIMITED OBJECTION TO U.S. DEBTORS' PROPOSED LITIGATION TIMETABLE AND DISCOVERY PLAN**

In accordance with the Court's April 16, 2013 Order Setting Hearing Relating to January 6, 2014 Trial [D.I. 10145], the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[1] for Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors"),[2] hereby respond and object on a limited basis (the "Response and Limited Objection") to the Proposed Litigation Timetable and Discovery Plan filed by Nortel Networks Inc. and its

---

1.   The Joint Administrators in the English proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited, are: Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris. The Joint Administrators in the English proceedings for Nortel Networks (Ireland) Limited are: Alan Robert Bloom and David Martin Hughes.

2.   The EMEA Debtors are located in Europe, the Middle East and Africa and are in proceedings pending before the High Court of Justice of England and Wales. They are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks s.r.o.

affiliated chapter 11 debtors,[3] related to the litigation of Allocation, the EMEA Claims and the UK Pension Claims.[4]  (Debtors' Notice of Filing of Proposed Litigation Timetable and Discovery Plan [D.I. 10210] (the "Proposed Timetable and Discovery Plan").)   In support of this Response and Limited Objection, the Joint Administrators respectfully state as follows:

   1.  On April 17, 2013, the Joint Administrators filed a timely Notice of Appeal in relation to the Order Approving Allocation Protocol that was entered on April 3, 2013 [D.I. 9947] (the "Allocation Protocol Order") and the accompanying Opinion [D.I. 9946] (the "Allocation Opinion"), which denied the Joint Administrators' motion to compel arbitration of the dispute over allocation of the proceeds of the sale of the various Nortel businesses.

   2.  The filing of an appeal from an order denying a motion to compel arbitration automatically divests the lower court of jurisdiction until the appeal has been fully litigated. *See Ehleiter v. Grapetree Shores, Inc.*, 482 F.3d 207, 215 n.6 (3d Cir. 2007); *Guidotti v. Legal Helpers Debt Resolution*, No. 11-1219, 2012 WL 3262461, at \*2-3 (D.N.J. Aug. 7, 2012); *V.I. Water & Power Auth. v. Gen. Elec. Int'l*, No. 2006-131, 2009 WL 2413670, at \*1 (D.V.I. Aug. 4, 2009).  Accordingly, the Court is not in a position to proceed with litigation of the dispute over allocation of sales proceeds while the appeal is pending.  The Joint Administrators therefore object to the entry of the Proposed Timetable and Discovery Plan

---

3. The debtors in these chapter 11 cases (the "U.S. Debtors"), along with the last four digits of each tax identification number, are:  Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226).

4. Capitalized terms used and not defined herein shall have the meaning ascribed them in the Proposed Timetable and Discovery Plan.

insofar as they purport to set a schedule and otherwise provide for court proceedings in relation to the dispute over the allocation of the proceeds of the Nortel asset sales.

3.      Notwithstanding this automatic stay of proceedings in the allocation dispute, the Joint Administrators believe that it would be efficient to proceed with exchanging pleadings and discovery in relation to the allocation dispute on the understanding that, once the appeal has been decided, these will be deployed in the ultimate hearings on allocation, whether these are to be held in arbitration or by the Courts, provided there is an express agreement by the parties, confirmed by the Courts, that this will be without prejudice to and without waiver of the Joint Administrators' contention that the Courts are not the proper forum for the dispute over allocation.  Counsel for the Joint Administrators have conferred with counsel for the U.S. Debtors, who agreed in principle that it would be appropriate to proceed in this fashion, subject to drafting an appropriate stipulation to be submitted for approval by the Court.  The Joint Administrators will work with the U.S. Debtors to prepare and submit such a stipulation as soon as practicable.  The attached comments on the Proposed Timetable and Discovery Plan, insofar as they relate to the schedule and procedures for litigating the allocation dispute, are without prejudice to the appeal.  The Joint Administrators' willingness to address allocation matters in the manner envisioned in the Proposed Timetable and Discovery Plan is contingent on entering an appropriate stipulation protecting their rights, as outlined above.

4.      With regard to the Joint Administrators' proposed amendments to the Proposed Timetable and Discovery Plan, most of these are self-explanatory.  However, the following points should be noted:

a.      The Joint Administrators believe that the overall schedule is very aggressive.  In particular, the period allowed for fact discovery is unrealistically short.  The Joint

Administrators therefore propose to extend that period, which results in shortening the time for expert disclosure and other pre-trial preparations. The Joint Administrators believe that this creates a more realistic balance between the fact and expert portions of the discovery period.

            b.       The Joint Administrators object to those portions of the Proposed Timetable and Discovery Plan that seek to impose arbitrary limits on the use of various discovery devices in advance, in particular in relation to depositions. The Joint Administrators believe that the best approach to these matters will be for the parties to confer in good faith at the appropriate times and submit any disputes promptly to the Courts for decision.

            WHEREFORE, the Joint Administrators respectfully request that this Court (i) adopt the modifications to the Proposed Timetable and Discovery Plan reflected in Exhibits A and B hereto and (ii) grant such other and further relief as this Court may deem just or proper.

Dated: Wilmington, Delaware
April 23, 2013

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Jaime Luton Chapman
    James L. Patton (No. 2202)
    Edwin J. Harron (No. 3396)
    John T. Dorsey (No. 2988)
    Jaime Luton Chapman (No. 4936)

    Rodney Square
    1000 North King Street
    Wilmington, Delaware 19801
    Telephone:  302-571-6600
    Fax:  302-571-1253

– and –

HUGHES HUBBARD & REED LLP

    Derek J.T. Adler
    Neil J. Oxford
    Fara Tabatabai
    Charles H. Huberty

    One Battery Park Plaza
    New York, New York 10004
    Telephone:  212-837-6000
    Fax:  212-422-4726

– and –

HERBERT SMITH FREEHILLS LLP

    Kevin Lloyd
    John Whiteoak
    Richard Lawton

    Exchange House
    Primrose Street
    London EC2A 2HS

*Counsel for Joint Administrators*

# EXHIBIT A

EMEA Debtors' Blackline of US Debtors' Proposed Litigation Timetable as of April 19, 2013

LITIGATION TIMETABLE

Pursuant to the US Court's and Canadian Court's Orders approving the Allocation Protocol, the Cross-Border Protocol, and the Cross-Border Claims Protocol, it is hereby ordered:[1]

| Due Date 2013 | Step in Allocation | Step in US Claims | Step in Canadian Claims |
|---|---|---|---|
| Present through April 24 | The Discovery Participants to negotiate in good faith to try to come to agreement on a Discovery Plan.[2] | | |
| April 24 | Hearing before both Courts to approve an agreed upon Discovery Plan or, absent agreement, for directions or court orders concerning finalization of a Discovery Plan, which may include a schedule for periodic joint discovery conferences before the Courts. | | |
| April 30 | The US Debtors, UCC, EMEA Debtors, Joint Administrators, Canadian Debtors, Monitor, and Bondholder Group shall each file and serve an opening submission on Allocation, which shall set out with reasonable particularity the relief sought with respect to Allocation, the material facts relied upon, and the legal bases for such position. Any other Core Party who wishes to participate in the Allocation litigation must submit an opening submission by this date. Each of the opening submissions may be | The US Claims Defendant Group shall file and serve their responses to the US Claims. | The EMEA Debtors and the UK Pensions Claimants shallto deliver Dispute Notices pursuant to paragraphs 25 of the EMEA Claims Procedure Order and paragraph 17 of the Claims Procedure Resolution Order, respectively, with reasonable particularity, the relief sought, material facts relied upon and legal bases for the challenges to the disallowances of claims being advanced at the Joint Hearing ordered by the Ontario Superior |

---

[1]    Capitalized terms shall have the meaning ascribed to them in the Allocation Protocol and Annex A attached hereto.

[2]    In the event of any inconsistency between this Litigation Timetable and the Discovery Plan, the terms of the Discovery Plan shall govern.

| Due Date 2013 | Step in Allocation | Step in US Claims | Step in Canadian Claims |
|---|---|---|---|
| | made individually, jointly, and/or by joining another Core Party's opening submission. | | ~~Court of Justice.~~ |
| ~~May 7~~April 30 | | | ~~The members of the~~ Canadian ~~Claims Defendant Group shall file and~~ Debtors to serve ~~their~~ responses ~~to~~, with particulars, to each of the Claims made by the ~~applicable Canadian Claims.~~ EMEA Debtors, |
| May 10 | Deadline for service of ~~limited reasonable~~initial requests for production of ~~non-privileged~~ documents in accordance with the Discovery Plan by each of the Canadian Allocation Group, the EMEA Allocation Group, the US Allocation Group, and the Bondholder Allocation Group. This deadline is without prejudice to the right of any Allocation Group to serve additional requests for documents if it determines, in good faith, that this is reasonably necessary. | Deadline for service of ~~limited reasonable~~initial requests for production of ~~non-privileged~~ documents in accordance with the Discovery Plan by each of the US EMEA Claimants Group, the UK Pension Claimants, and the US Claims Defendant Group. This deadline is without prejudice to the right of any of the US EMEA Claimants Group, the UK Pension Claimants, and the US Claims Defendant Group to serve additional requests for documents if it determines, in good faith, that this is reasonably necessary. | Deadline for service of ~~limited reasonable~~initial requests for production of ~~non-privileged~~ documents in accordance with the Discovery Plan by each of the Canadian EMEA Claimants Group, the UK Pension Claimants, and the Canadian Claims Defendant Group. This deadline is without prejudice to the right of any of Canadian EMEA Claimants Group, the UK Pension Claimants, and the Canadian Claims Defendant Group to serve additional requests for documents if it determines, in good faith, that this is reasonably necessary. |

Formatted: Font color: Background 1
Formatted Table
Formatted: Default Paragraph Font
Formatted: Space After: 0 pt
Formatted: Space After: 0 pt
Formatted: Default Paragraph Font
Formatted: Default Paragraph Font
Formatted: Default Paragraph Font
Formatted: Default Paragraph Font
Formatted: Highlight
Formatted: Highlight

| Due Date 2013 | Step in Allocation | Step in US Claims | Step in Canadian Claims |
|---|---|---|---|
| May 10 | Deadline for service of ~~identification interrogatories~~Identification Interrogatories in accordance with the Discovery Plan by each of the Canadian Allocation Group, the EMEA Allocation Group, the US Allocation Group, and the Bondholder Allocation Group, without prejudice to an Allocation Group's right to later serve contention interrogatories~~, as to be discussed and/or resolved~~ if permitted by agreement of the Core Parties or order of the Courts. | Deadline for service of ~~identification interrogatories~~Identification Interrogatories in accordance with the Discovery Plan by each of the US EMEA Claimants Group, the UK Pension Claimants, and the US Claims Defendant Group, without prejudice to a US Claim Party's right to later serve contention interrogatories~~, as to be discussed and/or resolved~~ if permitted by agreement of the Core Parties or order of the Court. | Deadline for service of Identification Interrogatories in accordance with the Discovery Plan by each of the Canadian EMEA Claimants Group, the UK Pension Claimants, and the Canadian Claims Defendant Group, without prejudice to a US Claim Party's right to later serve contention interrogatories if permitted by agreement of the Core Parties or order of the Court. |
| May 10 | The Discovery Participants shall aim in good faith to reach agreement on a Confidentiality Stipulation and Protective Order as soon as possible and file motions with the applicable Court or Courts seeking approval of a Confidentiality Order. To the extent the Discovery Participants are unable to agree on a Confidentiality Stipulation and Protective Order, May 10 is the deadline for the Discovery Participants to file their versions of the Confidentiality Stipulation and Protective Order with the Courts. | | |
| May ~~14~~15 | The US Debtors, UCC, EMEA Debtors, Joint Administrators, Canadian Debtors, Monitor, Bondholder Group, and any other Core Party who filed an opening submission may each file and serve a response to any opposing Core Party's opening submission or designate its opening submission as a cross-response. Each of the responses may be made individually, jointly, and/or by | | |

3

| Due Date 2013 | Step in Allocation | Step in US Claims | Step in Canadian Claims |
|---|---|---|---|
| | joining another Core Party's response. The failure to file a responsive submission, or to respond specifically to each and every allocation argument advanced by another Core Party, shall not constitute acceptance of any other Core Party's position. | | |
| May 17 | Deadline for Core Party who is not in one of the Discovery Groups, and who seeks to serve document requests and/or interrogatories that are non-duplicative of those document requests and/or interrogatories already served by the Allocation Groups, to seek leave of the Court to serve such non-duplicative document requests and/or interrogatories if prior to this time, such Core Party has been unable to reach agreement with the Core Party on whom it seeks to serve the non-duplicative document requests and/or interrogatories after meeting and conferring with such Core Party in good faith. | | |
| May 20, or as soon thereafter as possible | In-person meet and confer between the Discovery Participants regarding the discovery requests and interrogatories served, procedures governing the production of documents, and any other issues that have arisen thereof. | | |

4

| Due Date 2013 | Step in Allocation | Step in US Claims | Step in Canadian Claims |
|---|---|---|---|
| May 31 | Deadline for responses ~~and~~or objections to document requests and <u>responses or</u> objections to interrogatories in accordance with the Discovery Plan. | | |
| May 31 | Subject to any objections, deadline for the recipients of document requests to commence the rolling production of documents in accordance with the Discovery Plan. | | |
| ~~June 21~~<u>July 31</u> | Production of documents to be <u>substantially</u> completed<u>, and Privilege Logs to be served,</u> in accordance with the Discovery Plan. | | |
| ~~June 28~~<u>August 7</u> | Deadline to file motions to compel and/or motions for a protective order with respect to document discovery. Notwithstanding this deadline, when a dispute arises, the affected Discovery Participants shall promptly attempt to resolve any discovery disputes in good faith and once an impasse is reached, file any motions with the relevant Court(s) promptly. | | |
| ~~June 28~~<u>August 7</u> | Deadline for identification by each Core Party of (i) its anticipated affiants as (non-expert) trial witnesses without prejudice to later identification, provided that other Core Parties have an opportunity to depose such witnesses before trial, and (ii) for designations of which (if any) of that Core Party's previously filed affidavits/witness statements ~~are being~~<u>it anticipates will be</u> relied upon as evidence at trial in accordance with ~~the~~ Discovery Plan. | Deadline for identification by each US Claim Party of (i) its anticipated affiants as (non-expert) trial witnesses without prejudice to later identification, provided that other US Claim Parties have an opportunity to depose such witnesses before trial, and (ii) for designations of which (if any) of that US Claim Party's previously filed affidavits/witness statements ~~are being~~<u>it anticipates will be</u> relied upon as evidence at trial in accordance with ~~the~~ Discovery Plan. | Deadline for identification by each Canadian Claim Party of (i) its anticipated affiants as (non-expert) trial witnesses without prejudice to later identification, provided that other Canadian Claim Parties have an opportunity to depose such witnesses before trial, and (ii) for designations of which (if any) of that Canadian Claim Party's previously filed affidavits/witness statements ~~are being~~<u>it anticipates will be</u> relied upon as evidence at trial in accordance with ~~the~~ Discovery Plan. |
| ~~June 28~~<u>August 7</u> | Deadline for each of the Canadian Allocation Group, the EMEA Allocation Group, and the US Allocation Group to serve on any | Deadline for each of the US EMEA Claimants Group, the UK Pension Claimants, and the US Claims Defendant Group to serve | Deadline for each of the Canadian EMEA Claimants Group, the UK Pension Claimants, and the Canadian Claims Defendant Group |

| Due Date 2013 | Step in Allocation | Step in US Claims | Step in Canadian Claims |
|---|---|---|---|
| | opposing Core Party the topics on which that Core Party's representative is to be examined or deposed in accordance with the Discovery Plan. | on any opposing Claim Party and/or a member of the Canadian Claims Defendant Group the topics on which that Claim Party's representative is to be deposed pursuant to Rule 30(b)(6) in accordance with the Discovery Plan. | to serve on any opposing Claim Party and/or a member of the US Claims Defendant Group the topics on which that Claim Party's representative is to be examined in accordance with the Discovery Plan. |
| ~~June 28~~August 7 | Deadline for ~~parties~~ each Allocation Group and each Claim Group to ~~designate~~serve notices stating the witnesses it wishes to ~~be examined~~examine or ~~deposed~~depose, subject to later additions for the reasons set forth in the Discovery Plan. ~~Each of (1) the Canadian Allocation Group and the Canadian Claims Defendant Group together; (2) the EMEA Allocation Group, the US EMEA Claimants Group, the US EMEA Claimants Group, and the UK Pension Claimants together;~~The parties shall meet as soon as possible after this date to confer and attempt to reach agreement on the list of witnesses to be deposed and ~~(3) the US Allocation Group and the US Claims Defendant Group together may designate up to ten (10) fact witnesses~~the time for examination ~~or deposition in accordance with the Discovery Plan~~of each witness by each party. In the absence of agreement this shall be submitted to the relevant Court(s) for decision. | | |
| ~~July 3~~August 12 | Deadline for each Core Party ~~that is timely served with a request under Rule 34.04 of the Ontario Rules of Civil Procedure and/or Rule 30(b)(6) of the United States Federal Rules of Civil Procedure~~ to identify its representative for oral examination or deposition. | Deadline for each US Claim Party (other than the Committee) ~~that is timely served with a request under Rule 30(b)(6) of the United States Federal Rules of Civil Procedure to identify its representative~~to designate one or more representatives for deposition (s) pursuant to Rule 30(b)(6). | Deadline for each Canadian Claim Party ~~that is timely served with~~to designate a ~~request under Rule 34.04 of the Ontario Rules of Civil Procedure to identify its~~ representative for an ~~oral~~ examination. |
| September 13~~August 16~~ | Deadline to identify experts and the subject matter of their reports in accordance with the Discovery Plan. | | |
| ~~August~~ | ~~Deadline~~Parties will attempt in | ~~Deadline~~Parties will attempt in | ~~Deadline~~Parties will attempt in |

| Due Date 2013 | Step in Allocation | Step in US Claims | Step in Canadian Claims |
|---|---|---|---|
| ~~30~~September 27 | good faith to complete witness depositions in accordance with the Discovery Plan by this date, with a preference to finish fact witness depositions prior to any representative party examinations or Rule 30(b)(6) depositions. and to complete all depositions regarding matters that will be the subject of expert testimony prior to this date. | good faith to complete witness depositions in accordance with the Discovery Plan by this date, with a preference to finish fact witness depositions prior to any Rule 30(b)(6) depositions and to complete all depositions regarding matters that will be the subject of expert testimony prior to this date. | good faith to complete witness depositions and cross examinations on previously filed affidavits/witness statements being tendered as evidence for trial (with any undertakings to be answered within three weeks of each examination), in accordance with the Discovery Plan by this date, with a preference to finish fact witness depositions prior to representative party examinations and to complete all depositions regarding matters that will be the subject of expert testimony prior to this date. |
| October 11~~September 13~~ | Deadline for service of expert reports (including exhibits) in accordance with the Discovery Plan. | | |
| ~~October 18~~November 8 | Deadline for service of responding experts' reports (including exhibits) in accordance with the Discovery Plan. | | |
| ~~November 22~~December 6 | Deadline to complete depositions of experts in accordance with the Discovery Plan. | | |
| ~~December 6~~ | ~~Deadline to file a list of all witnesses and exhibits that each Discovery Participant intends to rely upon as part of its direct case.~~ | | |
| December ~~13~~23 | Deadline to file motions in limine. | | |
| December ~~13~~23 | Deadline for filing of opening written submissions with the Courts. Such submissions will include | | |

7

|  |  |  |  |
|---|---|---|---|
|  | a)  Pre-trial briefs;<br><br>b)  ~~All~~Witness lists;<br><br>~~b)~~c)    ~~Any~~ fact affidavits to be used as a witness's direct testimony;~~,~~ if such practice is adopted pursuant to agreement of the parties and/or order(s) of the Court(s);<br><br>~~c)~~   ~~All~~List of all exhibits ~~to be used in a Discovery Participant's~~each party intends to rely on as part of direct case;~~ and~~<br><br>d)  ~~All deposition testimony to be used in a Discovery Participant's direct case.~~ |  |  |
| Week of December 16, if the Courts desire | Pre-Trial Conference(s) –<br><br>By this date, the Core Parties shall have met and conferred with an effort to reach agreement on:<br><br>a)  the undisputed facts to be agreed upon for trial;~~ and~~<br><br>b)  the contents of [document briefs??] for use at the Joint Hearing;~~.~~<br><br>By this date, the ~~exhibits~~Core Parties also shall have identified the portions of transcripts of depositions and examinations for ~~use at the Joint Hearing~~discovery relied upon by a party of adverse interest and served and filed all affidavits and reports to be relied upon as that party's direct evidence (including examination in chief) | Pre-Trial Conference(s) –<br><br>By this date, the US Claim Parties and the Canadian Claims Defendant Group shall have met and conferred with an effort to reach agreement on:<br><br>a)  the undisputed facts to be agreed upon for trial;~~ and~~<br><br>b)  the exhibits for use at the Joint Hearing.<br><br>By this date, the US Claim Parties and the Canadian Claims Defendant Group also shall have identified the portions of transcripts of depositions relied upon by a party of adverse interest and served and filed all affidavits and reports to be relied upon as that party's direct evidence (including examination in chief) | Pre-Trial Conference(s) –<br><br>By this date, the Canadian Claim Parties and the US Claims Defendant Group shall have met and conferred with an effort to reach agreement on:<br><br>a)  the undisputed facts to be agreed upon for trial;~~ and~~<br><br>b)  the contents of [document briefs??] for use at the Joint Hearing.<br><br>By this date, the Canadian Claim Parties and the US Claims Defendant Group also shall have identified the portions of transcripts of depositions and examinations for discovery relied upon by a party of adverse interest and served and filed all affidavits and reports to be relied upon as |

Formatted: Numbered + Level: 1 + Numbering Style: a, b, c, ... + Start at: 1 + Alignment: Left + Aligned at: 0" + Indent at: 0.25"

Formatted: Numbered + Level: 1 + Numbering Style: a, b, c, ... + Start at: 1 + Alignment: Left + Aligned at: 0" + Indent at: 0.25"

Formatted: Numbered + Level: 1 + Numbering Style: a, b, c, ... + Start at: 1 + Alignment: Left + Aligned at: 0" + Indent at: 0.25"

Formatted: Default Paragraph Font

Formatted: Default Paragraph Font

| | about Allocation. | about the US Claims. | that party's direct evidence (including examination in chief) about the Canadian Claims. |
|---|---|---|---|
| | All Nortel documents produced by a Discovery Participant to be deemed admissible without proof of authenticity, integrity of the chain of possession or the integrity of the system of storage and retrieval unless objected to by this date on a particularized and document-by-document basis. | All Nortel documents produced by a Discovery Participant to be deemed admissible without proof of authenticity, integrity of the chain of possession or the integrity of the system of storage and retrieval unless objected to by this date on a particularized and document-by-document basis. | All Nortel documents produced by a Core Party to be deemed admissible without proof of authenticity, integrity of the chain of possession or the integrity of the system of storage and retrieval unless objected to by this date on a particularized and document-by-document basis. |
| Begins January 6, 2014 | The US and Canadian courts will (a) hold simultaneously (i) hearings before the US and Canadian courts regarding Allocation, (ii) hearings before the US Court on the merits of any remaining US Claims, and (iii) hearings before the Canadian Court on the merits of any remaining Canadian Claims, provided, however, that the US and Canadian Courts, in their discretion, may sit separately for portions of such hearings to hear evidence or argument that is relevant to only the US Claims or only the Canadian Claims, and (b) issue their respective decisions on (i), (ii), and (iii). ~~The trial will begin with the Allocation issues and continue thereafter with remaining issues to be addressed in this Allocation Protocol, including EMEA Claims and UK Pension Claims.~~ | | |

Any date in this Litigation Timetable may be amended by the written agreement of all Core Parties, submitted to the US Court through the filing of a certification of counsel and to the Canadian Court through the filing of a letter from the Monitor to Justice Morawetz. Any Core Party may also file a motion with the applicable Court or Courts to modify this Litigation Timetable upon a showing of good cause.

Formatted: Default Paragraph Font

Formatted: All caps

## ANNEX A

### DEFINITIONS

Capitalized terms used in this Litigation Timetable but not otherwise defined in this Annex A shall have the meanings ascribed to them in the Allocation Protocol.

<u>Allocation Group</u>:  Any of the Canadian Allocation Group, the EMEA Allocation Group, the US Allocation Group, or the Bondholder Allocation Group.

<u>Bondholder Allocation Group</u>:  The Bondholder Group.

<u>Canadian Allocation Group</u>:  The Canadian Debtors, the Monitor, and the CCC.

<u>Canadian Claim Party</u>:  Any party in the Canadian EMEA Claimants Group or the Canadian Claims Defendant Group, or the UK Pension Claimants.

10

Canadian Claims:  Claims made by the Canadian EMEA Claimants Group and the UK Pension Claimants against any or all of the Canadian Debtors.

Canadian Claims Defendant Group:  The Canadian Debtors against whom the Canadian EMEA Claimants Group and the UK Pensions Claimants have brought claims, and the Directors and Officers (but only with respect to claims of the Canadian EMEA Claimants Group), and the Monitor.).

Canadian EMEA Claimants Group:  The EMEA Debtors and/or the Joint Administrators or any other administrator or liquidator of an EMEA Debtor who made claims against any or all of the Canadian Debtors or Directors and Officers, and the UK Pension Claimants who made claims against NNC and NNL, -Cosmé Rogeau, who has been appointed Liquidator for Nortel Networks SA under French secondary proceedings, acts jointly with the Joint Administrators with respect to Nortel Networks SA.

Claim Group:  Any of the US EMEA Claimants Group, the US Claims Defendant Group, the Canadian EMEA Claimants Group, the Canadian Claims Defendant Group, or the UK Pension Claimants.

Discovery Participant:  Any Core Party or party of the US EMEA Claimants Group, the US Claims Defendant Group, the Canadian EMEA Claimants Group, or the Canadian Claims Defendant Group who is participating in discovery pursuant to the Discovery Plan.

Discovery Plan:  The Discovery Plan that will be entered by the Courts.

EMEA Allocation Group:  The UK Pension Claimants, the EMEA Debtors (including Nortel Networks International Finance & Holding BV as behalf of itself and as assignee of Nortel Networks o.o.o.), and Nortel Networks Optical Components Ltd., Nortel Networks AS, Nortel Networks AG, Nortel Networks South Africa (Pty) Limited, and Nortel Networks (Northern Ireland) Limited. Cosmé Rogeau, who has been appointed Liquidator for Nortel Networks SA under French secondary proceedings, acts jointly with the Joint Administrators with respect to Nortel Networks SA.

Identification Interrogatories:  Interrogatories seeking names and last known contact details of witnesses potential with knowledge of information relevant to the subject matter of the action and the existence, custodian, location and general description of relevant documents and other physical evidence, or information of a similar nature.

Representatives:  Directors, officers, employees, attorneys, accountants, experts, consultants, financial advisors, or agents of any of the Core Parties, US Claim Parties, or Canadian Claim Parties.

US Allocation Group:  The US Debtors and the Committee.

11

US Claims:  Claims made by the US EMEA Claimants Group and the UK Pension Claimants against any or all of the US Debtors.

US Claims Defendant Group:  The US Debtors against whom the US EMEA Claimants Group and the UK Pension Claimants have brought claims and the Committee.

US EMEA Claimants Group:  The EMEA Debtors and/or Joint Administrators or any other administrator or liquidator of an EMEA Debtor who made claims against any or all of the US Debtors, Nortel Networks AS, Nortel Networks South Africa (Proprietary) Limited, Nortel Networks AG, Nortel Networks Optical Components Limited, Northern Telecom France SA, Northern Telecom PCN limited.  Cosmé Rogeau, who has been appointed Liquidator for Nortel Networks SA under French secondary proceedings, acts jointly with the Joint Administrators with respect to Nortel Networks SA.

US Claim Party:  Any party in the US EMEA Claimants Group or the US Claims Defendant Group, or the UK Pension Claimants.

**Formatted:** Underline

**Formatted:** Font color: Black

**Formatted:** Default Paragraph Font, Underline

**Formatted:** Default Paragraph Font

**Formatted:** Underline

**Formatted:** Underline

**Formatted:** Body Text, Space After:  10 pt

**EXHIBIT B**

01:13551188.1

EMEA Debtors' Blackline of US Debtors' Proposed Litigation Timetable as of April 19, 2013

# DISCOVERY PLAN

**1. Definitions**

Capitalized terms used herein and not otherwise defined shall have the meaning ascribed in the Allocation Protocol or Litigation Timetable.

**2. Applicable Procedural Regime:**

In accordance with the Cross Border Protocol, the Cross-Claims Protocol and the Allocation Protocol, the following procedural regimes apply:

(1) With respect to Allocation, the Cross-Border, Cross-Claims and Allocation Protocols apply to the extent not inconsistent with this Discovery Plan, and the Commercial List Practice Direction and the *Rules of Civil Procedure* for Ontario, and the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware will apply as applicable.

(2) With respect to US Claims, the Cross-Border and Cross-Claims Protocols apply to the extent not inconsistent with this Discovery Plan, and the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware will apply as applicable.

(3) With respect to Canadian Claims, the Cross-Border Protocol, the Cross-Claims Protocols, the Claims Resolution Order, and the EMEA Claims Procedure Order apply to the extent not inconsistent with this Discovery Plan, and the Commercial List Practice Direction and the *Rules of Civil Procedure* for Ontario will apply as applicable.

**3. Scope of Documentary Discovery Among Discovery Participants:**

*a) Definition of Documents*

References to "Documents" are intended to cover any record that contains any type of information or data in any form and includes everything within the definition of "document" contemplated by Rule 30.0l(a) of the Rules of Civil Procedure for Ontario and/or the types of documents contemplated by Rule 34 of the Federal Rules of Civil Procedure.

*b) Reasonable Accessible Documents and Proportionality*

No Discovery Participant will be required to search data sources, including applications and databases, that it reasonably understands to already be in the possession, custody, or control of the Allocation Group or Claim Group making the request, provided that a Discovery Participant shall enumerate in its response to a discovery request any data sources that are not being searched on this ground.

Each Discovery Participant will only be required to search only reasonably

Formatted: Default Paragraph Font, Font: 11 pt
Formatted: Font: 11 pt
Formatted: Right
Style Definition: Normal: Font: Adjust space between Latin and Asian text, Adjust space between Asian text and numbers
Style Definition ... [17]
Style Definition ... [16]
Style Definition ... [15]
Style Definition ... [14]
Style Definition ... [13]
Style Definition ... [12]
Style Definition ... [11]
Style Definition ... [10]
Style Definition ... [9]
Style Definition ... [8]
Style Definition ... [7]
Style Definition ... [6]
Style Definition ... [5]
Style Definition ... [4]
Style Definition ... [3]
Style Definition ... [2]
Style Definition ... [1]
Formatted: Underline
Formatted: Indent: First line: 0.5"
Formatted: Font: 11 pt
Formatted ... [18]
Formatted Table
Formatted: Font: 11 pt
Formatted: Font: 11 pt
Formatted ... [19]
Formatted ... [20]
Formatted ... [21]
Formatted ... [22]
Formatted: Font: 11 pt
Formatted: Font: 11 pt
Formatted ... [23]
Formatted: Font: 11 pt
Formatted: Font: 11 pt
Formatted: Font: 11 pt, Bold
Formatted: Font: 11 pt
Formatted: Font: 11 pt
Formatted: Font: 11 pt