IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 9917-9924, 9927, 9928, 9941-9944 & 9967-9974 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　）
　　　　　　　　　　　　） ss.:
COUNTY OF NEW YORK　）

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 19, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kerry O'Neil
　　　　　　　　　　　　　　　　　　　　　　　　Kerry O'Neil

Sworn to before me this
22 day of April, 2013

/s/ Notary Public
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9917-9924, 9927, 9928, 9941-9944 & 9967-9974_4-19-13_SS.doc

# EXHIBIT A

Case 09-10138-MFW   Doc 10229   Filed 04/23/13   Page 2 of 6

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   AMERSHEK, THOMAS D.
      15 W. HYLAND DR.
      NEW RINGGOLD, PA 17960
```

Please note that your claim # 981 in the above referenced case and in the amount of $40,538.47 allowed at $54,171.62 has been transferred **(unless previously expunged by court order)** to:

```
      HAIN CAPITAL HOLDINGS, LLC
      TRANSFEROR: AMERSHEK, THOMAS D.
      ATTN: AMANDA RAPOPORT
      301 ROUTE 17, 7TH FLOOR
      RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                  UNITED STATES BANKRUPTCY COURT
                  District of Delaware
                  824 Market Street, Fifth Floor
                  Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9991 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2013                          David D. Bird, Clerk of Court

                                          /s/ Tim Conklin
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 22, 2013.

# EXHIBIT B

```
TIME: 11:57:55                                         NORTEL NETWORKS INC.
DATE: 04/19/13                                          CREDITOR LISTING                                                              PAGE:     1

Name                                     Address
ATNAFE, WOUBIT                           521 BELL TRACE LN ANTIOCH TN 37013
BAKER, VINCENT J.                        204 FORKS OF BUFFALO DR. AMHERST VA 24521
BARAN, MICHAEL F.                        4310 THETFORD ROAD DURHAM NC 27707
BERGLUND, JOSEPH                         1121 GORDON OAKS DR PLANO TX 75023-2038
BOWBEER, TERI                            65 GREG CT ALAMO CA 94507-2841
BRADEE, WILLIAM F.                       4605 SUNDANCE DR PLANO TX 75024-3888
CHAPLIN, JEAN                            JEAN CHAPLIN 2717 GHOLSON DRIVE CEDAR PARK TX 78613
COLEMAN, STEPHEN M.                      7000 KRISTI DRIVE GARNER NC 27529
CONRAD, LARRY G.                         7704 TYLERTON DR. RALEIGH NC 27613
COOPER, MICHAEL                          P.O. BOX 1056 MADISON FL 32341
HAIN CAPITAL HOLDINGS, LLC               TRANSFEROR: ATNAFE, WOUBIT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC               TRANSFEROR: MCDADE, LEE J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC               TRANSFEROR: WHITTED BRASWELL, TASHA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC               TRANSFEROR: WILLIAMS, JEFFREY E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
MCDADE, LEE J.                           3823 COLE MILL RD. DURHAM NC 27712
REID, ALAN B.                            2900 SHADYWOOD LANE PLANO TX 75023
SKIPPER, THEODORE                        1133 SECRETARIAT DR GRAND PRAIRIE TX 75052
SOLUS RECOVERY FUND II MASTER LP.        TRANSFEROR: REID, ALAN B. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.        TRANSFEROR: SKIPPER, THEODORE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.        TRANSFEROR: STONEHOUSE, DAVID ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.        TRANSFEROR: TARLAMIS, ALEXANDER ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.        TRANSFEROR: TODARO, THOMAS ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.        TRANSFEROR: VANDERHOFF, MICHAEL ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.        TRANSFEROR: WENNERSTROM, JAMES A ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.        TRANSFEROR: WILLIAMS, WILLIAM G. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                   TRANSFEROR: ZHOU, NIAN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP.  TRANSFEROR: BOWBEER, TERI 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.               TRANSFEROR: BAKER, VINCENT J. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.               TRANSFEROR: BARAN, MICHAEL F. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.               TRANSFEROR: BERGLUND, JOSEPH 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.               TRANSFEROR: BRADEE, WILLIAM F. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.               TRANSFEROR: CHAPLIN, JEAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.               TRANSFEROR: COLEMAN, STEPHEN M. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.               TRANSFEROR: CONRAD, LARRY G. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.               TRANSFEROR: COOPER, MICHAEL 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STONEHOUSE, DAVID                        4923 OAK PARK RD RALEIGH NC 27612-3022
TARLAMIS, ALEXANDER                      3030 NW 126TH AVE SUNRISE FL 33323-6305
TODARO, THOMAS                           3209 VIRGINIA CREEPER LN WILLOW SPRING NC 27592-9241
VANDERHOFF, MICHAEL                      3665 TW HENDERSON RD CUMMING GA 30041
WENNERSTROM, JAMES A                     207 DIPLOMA DR. DURHAM NC 27713
WHITTED BRASWELL, TASHA                  2810 THOREAU DR DURHAM NC 27703
WILLIAMS, JEFFREY E.                     201 WINDY KNOLL LN. WYLIE TX 75098
WILLIAMS, WILLIAM G.                     P.O. BOX 1713 APEX NC 27502
ZHOU, NIAN                               7569 KIRWIN LN CUPERTINO CA 95014

Total Number of Records Printed          44
```

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006