IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> **Ref. Docket Nos. 9898-9915** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 18, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
____ day of April, 2013

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ADAMS, DEBRA K.
           5225 HICKORY RIDGE RD.
           LEBANON, TN 37087

Please note that your claim # 7438 in the above referenced case and in the amount of
    $10,950.00 allowed at $9,495.68  has been transferred **(unless previously expunged by court order)** to:

        SOLUS RECOVERY FUND II MASTER LP.
        TRANSFEROR: ADAMS, DEBRA K.
        ATTN: JON ZINMAN
        410 PARK AVENUE, 11TH FLOOR
        NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9898       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/18/2013                                  David D. Bird, Clerk of Court

                                                /s/ Tim Conklin
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 18, 2013.

**EXHIBIT B**

```
TIME: 11:51:12                                              NORTEL NETWORKS INC.                                                    PAGE:   1
DATE: 04/18/13                                              CREDITOR LISTING

Name                                       Address
ADAMS, DEBRA K.                            5225 HICKORY RIDGE RD. LEBANON TN 37087
BALDWIN, ROBERT SHAW                       970 VILLAGE GREEN DRIVE, #424F ALLEN TX 75013
COATES, BYRON                              11380 LITTLEBEAR DR BOCA RATON FL 33428
CONKLIN, JOHN                              751 WOODED LAKE DRIVE APEX NC 27523
CURRLIN, GEORGE                            37 PINE RIDGE DRIVE SMITHTOWN NY 11787
DINH, HA K.                                517 WYOMING DR MURPHY TX 75094
DOBBINS, RICHARD                           21 MOUNTAIN VIEW RD LAKE TOXAWAY NC 28747
DOWDY, JILL                                445 B HALLTOWN ROAD PORTLAND TN 37148
GELL, NANCY F.                             102 ROCK SPRING COURT CARRBORO NC 27510
HUEBER, LORRAINE J.                        10 HAVERHILL DRIVE CHURCHVILLE NY 14428
JOHNSON, JACK                              7123 AZALEA LN DALLAS TX 75230
JOHNSON, RONNIE                            568 CRANBORN CT. PICKERINGTON OH 43147
KAMBLE, KESHAV G                           34243 KENWOOD DRIVE FREMONT CA 94555
KING, KATRINA                              7435 BENT TRAIL MANSFIELD TX 76063
KOTHARI, PRIYADARSHINI                     1415 W 51ST ST, #3 AUSTIN TX 78756
MASON, TIINA                               2 CAROL ANN LN AMHERST NH 03031
MCKENNA, GREGORY                           9272 CO RD 150 KENTON OH 43326
MONAHAN, MARY                              7 1/2 CONDICT ST. MORRIS PLAINS NJ 07950
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: ADAMS, DEBRA K. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: BALDWIN, ROBERT SHAW ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: COATES, BYRON ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: CONKLIN, JOHN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: CURRLIN, GEORGE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: DINH, HA K. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: DOBBINS, RICHARD ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: DOWDY, JILL ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: GELL, NANCY F. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: HUEBER, LORRAINE J. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: JOHNSON, JACK ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: JOHNSON, RONNIE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: KAMBLE, KESHAV G ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: KING, KATRINA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: KOTHARI, PRIYADARSHINI ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: MASON, TIINA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: MCKENNA, GREGORY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: MONAHAN, MARY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

Total Number of Records Printed    36
```

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006