**Exhibit A**

## Comparison of Parties' Litigation Timetables and Discovery Plans

|  | **Scheduling** | **Separate Litigations** | **Reasonable Limitations on Discovery** |
|---|---|---|---|
| **US Debtors** | • Fact discovery lasts 3.5 months and is completed by August 30.<br><br>• Expert discovery lasts 2.5 months and is completed by November 22. | • Provides for separate discovery procedures for Allocation, US Claims, and Canadian Claims, which reflects the independent jurisdiction and different procedural rules of each Court.<br><br>• Specifies which parties have standing to participate in each of the litigations. | • Provides for discovery groups, which require parties with aligned interests to serve consolidated discovery requests and notice depositions together.<br><br>• Limits discovery groups to 10 fact witness depositions, yielding a maximum of 30.<br><br>• Produces indices of hard-copy documents; may provide hard-copy documents for inspection. |
| **Monitor/ CCC** | • Same end dates as US Debtors.<br><br>• Later date for the start of document discovery shortens this period by one week. | • Provides for one discovery procedure for Allocation, US Claims, and Canadian Claims.<br><br>• Allows parties without standing to propound discovery in US Claims. | • Allows each Core Party to serve discovery requests individually, increasing objections and inefficiency.<br><br>• Allows each Core Party to designate 10 fact witness depositions, yielding up to 100 or more depositions.<br><br>• Aligned with US Debtors re: hard-copy documents. |
| **EMEA Claimants** | • Fact discovery lasts 4.5 months and is completed by September 27.<br><br>• Expert discovery lasts less than 1.5 months and is completed by December 6. | • Aligned with US Debtors. | • Generally aligned with US Debtors on concept of discovery groups.<br><br>• Disagree with US Debtors that document requests should be "limited" and "reasonable."<br><br>• Disagree with US Debtors that numerical limits can be placed on depositions at this stage.<br><br>• Aligned with US Debtors re: hard-copy documents. |
| **UK Pension Claimants** | • Fact discovery lasts 4.5 months and is completed by September 30.<br><br>• Expert discovery lasts 1.5 months and is completed by December 15. | • Aligned with US Debtors. | • Generally aligned with the US Debtors on concept of discovery groups.<br><br>• Disagree with US Debtors that numerical limits can be placed on depositions at this stage.<br><br>• Disagree with US Debtors re: hard-copy documents; would require parties to search hard-copy documents. |