IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 24, 2013 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**MATTER GOING FORWARD**

1. Order Setting Hearing Relating to January 6, 2014 Trial (D.I. 10145, Entered 4/16/13).

    Deadline: April 23, 2013 at 12:00 p.m. (ET).

    Responses Received:

    (a) Debtors' Notice of Filing of Proposed Litigation Timetable and Discovery Plan (D.I. 10210, Filed 4/19/13);

    (b) **Joint Administrators' Response and Limited Objection to U.S. Debtors' Proposed Litigation Timetable and Discovery Plan (D.I. 10224, Filed 4/23/13);**

    (c) **Notice of Filing of Litigation Timetable and Discovery Plan of the Monitor and the Canadian Debtors and Blacklines (D.I. 10225, Filed 4/23/13);**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (b), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold.**

(d) **Submission of the Canadian Creditors Committee Regarding Proposed Discovery Plan (D.I. 10226, Filed 4/23/13);**

(e) **Submission of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund in Response to the Debtors' Proposed Discovery Plan and Litigation Timetable (D.I. 10227, Filed 4/23/13); and**

(f) **Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Documents Filed in the Canadian Proceedings by the Joint Administrators (D.I. 10228, Filed 4/23/13).**

(g) **Debtors' Statement in Support of Debtors' Proposed Litigation Timetable and Discovery Plan (D.I. 10233, Filed 4/23/13)**

Related Pleadings:

(a) Certification of Counsel Regarding Allocation Protocol (D.I. 10133, Filed 4/15/13); and

(b) Notice of Filing of Monitor's Allocation Protocol (D.I. 10134, Filed 4/15/13).

Status: **A hearing on this matter will go forward.**

Dated: April 23, 2013  
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP  
James L. Bromley (admitted *pro hac vice*)  
Lisa M. Schweitzer (admitted *pro hac vice*)  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　*/s/ Ann C. Cordo*　　　  
Eric D. Schwartz (No. 3134)  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 18th Floor  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

2