## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Nortel Networks, Inc., *et al.*, | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) |
| | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Dan C. Kozusko, Esquire of Willkie Farr & Gallagher LLP to represent the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund, in the above-captioned cases.

Dated: April 22, 2013
      Wilmington, Delaware

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*/s/ Dan C. Kozusko*
Dan C. Kozusko, Esquire
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: dkozusko@willkie.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April 23, 2013

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge

{BAY:02265104v1}