IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[2] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Re: Docket #s 10049, 10042 |

## ORDER GRANTING LIMITED OBJECTION OF RAHUL KUMAR TO THE MOTION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR APPROVAL OF DISTRIBUTION AND RELATED RELIEF

Upon consideration of the Limited Objection filed by RAHUL KUMAR and any responses thereto; and it appearing that sufficient notice of the Limited Objection has been given; and in good cause having been shown, it is hereby

ORDERED that Rahul Kumar's Entire Settlement Amount, including that which otherwise would have been placed in a HRA, be paid to him in a single payment,

ORDERD that this Single Payment of Rahul Kumar's Entire Settlement Amount be reduced only by the amount Withheld as Income Tax for the IRS and a Nominal Administrative Cost to cover for Processing of the Single Payment, Income Tax Withholding for the IRS and Issuance of Tax Statements in the Future,

---

[2] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ORDERED that this Single Payment be made to Rahul Kumar before or at the time of the Initial Distribution.

Dated: _____, 2013
Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE