# EXHIBIT 1

Inquiry Submitted by Rahul Kumar on KCC Website, the Official Website of the LTD Committee regarding the Unsuitability of the "HRA" and "Payment Over Four Years" for me.

PLEASE NOTE: The single inquiry was broken up into two parts because there was a 500 character limit on the size of the inquiry.

# Aurelia Lyles

| | |
|---|---|
| From: | info@kccllc.com |
| Sent: | Wednesday, March 27, 2013 5:01 PM |
| To: | ▮ |
| Subject: | Web Inquiry re: Nortel Networks Inc et al (Long Term Disability Plan Participants) |

Consent to Email Notification: ▮

The Year You Went Out On Long-Term Disability (ex. 1990):

Do You Have Copies of the LTD Summary Plan Description or Plan Applicable to You? ▮

Do You Have Records or Documents That State Your Benefits Are Vested or How Long Your Benefits Would Continue Into the Future? ▮

Full Name:   Rahul Kumar
Organization:
Street Address 1: ▮
Street Address 2: ▮
City: ▮
State: ▮
Zip: ▮
Email Address: ▮
Phone: ▮
Fax:
Relationship to Debtor:   LTD Employee

Inquiry:  I live in India and pay taxes in the US as a NRA and in India as a Resident. On LTD distribution, I will be paying taxes in India at a Flat Rate of ▮ regardless of the amount.  None of your tax efficiency will work for me (NRA)

Your HRA exposes me to jeopardy with Tax Authorities in India who may simply not recognize it as tax exempt.  You are not indemnifying me against  such risk.  Even otherwise, the HRA may simply not be usable for expenses in India for a number of reasons...contd

****************************************************************************
Please visit the following website to read the KCC legal notice:
http://www.kccllc.com/Email-Disclaimer/
****************************************************************************

*Aurelia*

1

# Aurelia Lyles

**From:** info@kccllc.com
**Sent:** Wednesday, March 27, 2013 5:07 PM
**To:**
**Subject:** Web Inquiry re: Nortel Networks Inc et al (Long Term Disability Plan Participants)

Consent to Email Notification:

The Year You Went Out On Long-Term Disability (ex. 1990):

Do You Have Copies of the LTD Summary Plan Description or Plan Applicable to You?

Do You Have Records or Documents That State Your Benefits Are Vested or How Long Your Benefits Would Continue Into the Future?

Full Name:  Rahul Kumar
Organization:
Street Address 1:                                         Street Address 2:
City:
State:
Zip:
Email Address:
Phone:
Fax:
Relationship to Debtor:  LTD Employee

Inquiry:   ...cont'd Your scheme to pay over 4 years gives me no tax savings but causes me to lose at least      on even very conservative interest.

Please consider these factors.  A single lump sum payment will  solve many of my problems.

I will be happy to provide any additional explanations you need.


************************************************************************
Please visit the following website to read the KCC legal notice:
http://www.kccllc.com/Email-Disclaimer/
************************************************************************

*Aurelia*

1