## EXHIBIT 2

Inquiry Submitted by Rahul Kumar on KCC Website, the Official Website of the LTD Committee, inquiring whether HRA can even be used to pay for Qualified Medical Expenses in India.

PLEASE NOTE: There was a 500 Character limit on the Size of the Inquiry.

# Aurelia Lyles

**From:** info@kccllc.com
**Sent:** Friday, March 29, 2013 7:07 AM
**To:**
**Subject:** Web Inquiry re: Nortel Networks Inc et al (Long Term Disability Plan Participants)

Consent to Email Notification: 

The Year You Went Out On Long-Term Disability (ex. 1990):

Do You Have Copies of the LTD Summary Plan Description or Plan Applicable to You? 

Do You Have Records or Documents That State Your Benefits Are Vested or How Long Your Benefits Would Continue Into the Future?

Full Name:  Rahul Kumar
Organization:
Street Address 1:
Street Address 2:
City:
State:
Zip:
Email Address:
Phone:
Fax:
Relationship to Debtor:  LTD Employee

Inquiry:  I live & incur all of my Medical Expenses in India. Yet to meet a doctor here who accepts Debit Cards.  Documentation here can often be so lacking that it would present great difficulty to substantiate many of the HRA Claims. It could also be impossible for the HRA/IRS to validate claims

It is therefore not difficult to understand why Medicare does not cover any Medical Expenses incurred in India

Are you certain that HRA will pay for Medical Expense Reimbursements submitted from India?

*********************************************************************
Please visit the following website to read the KCC legal notice:
http://www.kccllc.com/Email-Disclaimer/
*********************************************************************