## EXHIBIT 3

2012 Substitute Tax Statement from SSA

```
*** REC 2013060  101439 HF2C30E0 BUUS  CIPQYAG   PQAG    (F-BUU )  ***

1099    DTE:03/01/13  SSN:█████████           DOC:PC8 UNIT:N        PG: 001
           +++++FORM SSA-1042S - SOCIAL SECURITY BENEFIT STATEMENT - 2012+++++
         +THIS FORM IS FOR USE IN FILING A UNITED STATES FEDERAL INCOME TAX RETURN.
         +DO NOT RETURN IT TO SOCIAL SECURITY. READ THE ATTACHED GENERAL INFORMATION.

BOX 1.  NAME-RAHUL KUMAR
BOX 2.  BENEFICIARY SOCIAL SECURITY NUMBER-█████████SEE BOX 11 BELOW)
BOX 3.  BENEFITS FOR 2012- $ █████████    (SEE DESCRIPTION OF AMOUNT IN BOX 3 BELOW)
BOX 4.  BENEFITS REPAID TO SSA IN 2012-NONE
           (SEE DESCRIPTION OF AMOUNT IN BOX 4 BELOW)
BOX 5.  NET BENEFITS (BOX 3 MINUS BOX 4) FOR 2012-$ █████████
BOX 6.  RATE OF TAX-30.0  BOX 7. AMOUNT OF TAX WITHHELD-$ █████████
BOX 8.  AMOUNT OF TAX REFUNDED-NONE
BOX 9.  NET TAX WITHHELD DURING 2012 (BOX 7 MINUS BOX 8)-$ █████████
BOX 10. ADDRESS-RAHUL KUMAR
                █████████

BOX 11. CLAIM NUMBER-█████████     (USE THIS NUMBER IF YOU NEED TO CONTACT SSA)

+++DESCRIPTION OF AMOUNT IN BOX 3+++
ADD:
PAID BY CHECK OR DIRECT DEPOSIT----------------------------------------$ █████
MEDICARE PART B-------------------------------------------------------$ █████
MEDICARE PART C-------------------------------------------------------$ █████
MEDICARE PART D-------------------------------------------------------$ █████
WORKERS COMPENSATION OFFSET-------------------------------------------$ █████
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS------------------------------$ █████
PAID TO ANOTHER FAMILY MEMBER-----------------------------------------$ █████
ATTORNEY FEES---------------------------------------------------------$ █████
AMOUNT WITHHELD FOR TAXES---------------------------------------------$ █████
VOLUNTARY FEDERAL INCOME TAX WITHHELD---------------------------------$ █████
BENEFIT PAYMENT OFFSET - TREASURY-------------------------------------$ █████
                                                     TOTAL ADDITIONS-$ █████
SUBTRACT:
NONTAXABLE PAYMENTS---------------------------------------------------$ █████
AMOUNTS FOR OTHER FAMILY MEMBERS PAID TO YOU--------------------------$ █████
                                                  TOTAL SUBTRACTIONS-$ █████
               BENEFITS FOR 2012 (AMOUNT SHOWN IN BOX 3)-$ █████

+++DESCRIPTION OF AMOUNT IN BOX 4+++
ADD:
CHECKS RETURNED TO SSA------------------------------------------------$ █████
DEDUCTIONS FOR WORK OR OTHER ADJUSTMENTS------------------------------$ █████
OTHER REPAYMENTS------------------------------------------------------$ █████
         BENEFITS REPAID TO SSA IN 2012 (AMOUNT SHOWN IN BOX 4)-$ █████
```