# EXHIBIT 4

The following Exhibit shows Paragraph 2 of
### CIRCULAR NO. 8/2012 [F.NO. 275/192/2012-IT(B)], DATED 5-10-2012
from the Income Tax Department, Department of Revenue, Ministry of Finance, Government of India. The Circular lists, in India Rupees, the latest available Rate of Income Tax.

The table below converts the Table "A Normal Rates o Tax" listed in Circular 8/2012 into US Dollars using Exchange Rate of US $ 1 = Indian Rupee 55.

| Sl. No. | Total Income | Rate of Tax |
|---|---|---|
| 1 | Where the total income does not exceed US $ 3,636.36 | Nil |
| 2 | Where the total income exceeds US $ 3,636.36 but does not exceed US $ 9,090.91 | 10 percent of the income by which the total income exceeds US $ 3,636.36 |
| 3 | Where the total income exceeds US $ 9,090.91 but does not exceed US $ 18,181.82 | US $ 545.45 plus 20 percent of the amount by which the total income exceeds US $ 9,090.91 |
| 4 | Where the income exceeds US $ 18,181.82 | US $ 2,363.64 plus 30 percent of the amount by which the total income exceeds US $ 18,181.82 |

# SECTION 192 OF THE INCOME-TAX ACT, 1961 - DEDUCTION OF TAX AT SOURCE - SALARY - INCOME-TAX DEDUCTION FROM SALARIES UNDER SECTION 192 DURING THE FINANCIAL YEAR 2012-13

### CIRCULAR NO. 8/2012 [F.NO. 275/192/2012-IT(B)], DATED 5-10-2012

Reference is invited to Circular No. 05/2011, dated 16-8-2011 whereby the rates of deduction of income-tax from the payment of income under the head "Salaries" under Section 192 of the Income-tax Act, 1961 (hereinafter 'the Act'), during the financial year 2011-12, were intimated. The present Circular contains the rates of deduction of income-tax from the payment of income chargeable under the head "Salaries" during the financial year 2012-13 and explains certain related provisions of the Income-tax Act, 1961 (hereinafter the Act) and Income-tax Rules, 1962 (hereinafter the Rules). The relevant Acts, Rules, Forms and Notifications are available at the website of the Income Tax Department- *www.incometaxindia.gov.in*.

## 2. RATES OF INCOME-TAX AS PER FINANCE ACT, 2012:

As per the Finance Act, 2012, income-tax is required to be deducted under Section 192 of the Income-tax Act 1961 from income chargeable under the head "Salaries" for the financial year 2012-13 (i.e. Assessment Year 2013-14) at the following rates:

### 2.1 Rates of tax

#### A. Normal Rates of tax:

| Sl. No. | *Total Income* | *Rate of tax* |
|---|---|---|
| 1 | Where the total income does not exceed Rs. 2,00,000/-. | *Nil* |
| 2 | Where the total income exceeds Rs. 2,00,000 but does not exceed Rs. 5,00,000/-. | 10 per cent of the amount by which the total income exceeds Rs. 2,00,000/- |
| 3 | Where the total income exceeds Rs. 5,00,000/- but does not exceed Rs. 10,00,000/-. | Rs. 30,000/- *plus* 20 per cent of the amount by which the total income exceeds Rs. 5,00,000/-. |
| 4 | Where the total income exceeds Rs. 10,00,000/-. | Rs. 1,30,000/- *plus* 30 per cent of the amount by which the total income exceeds Rs. 10,00,000/- |

#### B. Rates of tax for every individual, resident in India, who is of the age of sixty years or more but less than eighty years at any time during the financial year:

| Sl. No | *Total Income* | *Rate of tax* |
|---|---|---|
| 1 | Where the total income does not exceed Rs. 2,50,000/-. | *Nil* |
| 2 | Where the total income exceeds Rs. 2,50,000 but does not exceed Rs. 5,00,000/-. | 10 per cent of the amount by which the total income exceeds Rs. 2,50,000/- |
| 3 | Where the total income exceeds Rs. 5,00,000/- but does not exceed Rs. 10,00,000/-. | Rs. 25,000/- *plus* 20 per cent of the amount by which the total income exceeds Rs. 5,00,000/-. |
| 4 | Where the total income exceeds Rs. 10,00,000/-. | |

|  |  | Rs. 1,25,000/- *plus* 30 per cent of the amount by which the total income exceeds Rs. 10,00,000/- |

**C. In case of every individual being a resident in India, who is of the age of eighty years or more at any time during the financial year:**

| Sl. No | Total Income | Rate of tax |
|---|---|---|
| 1 | Where the total income does not exceed Rs. 5,00,000/-. | *Nil* |
| 2 | Where the total income exceeds Rs. 5,00,000 but does not exceed Rs. 10,00,000/-. | 20 per cent of the amount by which the total income exceeds Rs. 5,00,000/- |
| 3 | Where the total income exceeds Rs. 10,00,000/-. | Rs. 1,00,000/- *plus* 30 per cent of the amount by which the total income exceeds Rs. 10,00,000/- |

**2.2 Surcharge on Income tax:**

There will be **no surcharge** on income tax payments by individual taxpayers during FY 2012-13 (AY 2013-14).

**2.3.1 Education Cess on Income tax:**

The amount of income-tax shall be increased by Education Cess on Income Tax at the rate of two per cent of the income-tax.

**2.3.2 Secondary and Higher Education Cess on Income-tax:**

From Financial Year 2007-08 onwards, an additional surcharge is chargeable at the rate of one per cent of income-tax (not including the Education Cess on income-tax).

Education Cess, and Secondary and Higher Education Cess are payable by both resident and nonresident assessees.