EXHIBIT 7
---

Term Deposit Rates of the "State Bank of India" effective from April 1, 2013.

Helpful Information:

'Below Rupees One Crore' means 'Below Rupees ███████

Rupee (or "INR", the Indian Rupee) is the Currency of India

Using the Exchange Rate of US $1 = INR 55 which is prevalent these days, Rupees 1 Crore = US $ ███████. The first table shows Interest Rates on "Term Deposits" that are below this large amount.

The Dates in India are written as follows:
    DD:MM:YYYY
DD = Day
MM = Month
YYYY = Year



About us | Affiliates | Corporate Governance | Investor Relations | Contact Us | Customer Care

HOME »
INTEREST RATES »
DEPOSIT RATES »

- DOMESTIC TERM DEPOSITS
- RESIDENT INDIAN SENIOR CITIZENS DEPOSIT RATES
- REINVESTMENT PLAN

DOMESTIC TERM DEPOSITS

[Print Page]

The revised interest rates for **Domestic Term Deposits**

**'Below Rupees One Crore'** effective from the 1st April 2013

would be as under:





(All figures in % per annum)

|  | Rates w.e.f.01.04.2013 (No change) |
|---|---|
| 7 days to 90 days | 6.50 |
| 91 days to 179 days | 6.50 |
| 180 days | 6.50 |
| 181 days to 240 days | 6.50 |
| 241 days to less than 1 year | 6.50 |
| 1 year to less than 2 years | 8.75 |
| 2 years to less than 3 years | 8.75 |
| 3 years to less than 5 years | 8.75 |
| 5 years and up to 10 years | 8.75 |

**RESIDENT INDIAN SENIOR CITIZENS DEPOSIT RATES**

The premium for Senior Citizens will be 0.25% per annum on retail deposits of one year and above. Accordingly, the interest rates payable on deposits to resident Indian Senior Citizens (60 years and above) for **Domestic Term Deposits 'Below Rupees One Crore'** effective from the 1st April 2013 is as under:

(All figures in % per annum)

|  | Rates w.e.f.01.03.2013 (No change) |
|---|---|
| 7 days to 90 days | 6.50 |
| 91 days to 179 days | 6.50 |
| 180 days | 6.50 |
| 181 days to 240 days | 6.50 |
| 241 days to less than 1 year | 6.50 |
| 1 year to less than 2 years | 9.00 |

| | |
|---|---|
| 2 years to less than 3 years | 9.00 |
| 3 years to less than 5 years | 9.00 |
| 5 years and up to 10 years | 9.00 |

The interest rate payable to SBI Staff and SBI pensioners will be 1.00% above the applicable rates. The rate applicable to SBI Pensioners of age 60 years and above will be 1.00% above the rate payable to resident Indian senior citizens i.e. SBI resident Indian Senior Citizen Pensioners will get both the benefits of Staff (1%) and resident Indian Senior Citizens (0.25%).

The proposed rates of interest shall be made applicable to fresh deposits and renewals of maturing deposits. The interest rates on "SBI Tax Savings Scheme 2006(SBITSS)" schemes and NRO deposits shall be aligned as per the proposed rates for domestic term deposits. **However, NRO deposits of Staff are not eligible for additional 1% interest otherwise applicable to staff domestic retail deposits**, these rates of interest shall also be made applicable to domestic term deposits from Cooperative Banks.

**Premature Withdrawal:**

(a) For Single term deposit of less than Rs 15 lacs, in case of premature withdrawals, the interest rate shall be 0.50% below the rate applicable for the period the deposit remained with the bank or 0.50% below the contracted rate whichever is lower **for all tenors** provided these have remained with the bank for at least 7 days.

(b) However, for Single term deposit of Rs 15 lacs and above but below Rs 1 Crore, for **tenors below 1 year**, there shall be no penalty for premature withdrawal of deposits provided these have remained with the Bank for atleast 7 days.

(c) For Single term deposit of Rs 15 lacs and above but below Rs 1 crore, for **tenors of 1 year and above** in the case of premature withdrawals, the interest rate shall be 0.50% below the rate applicable for the period the deposit remained with the bank or 0.50% below the contact rate whichever is lower provided these have remained with the bank for at least 7 days.

(d) These instructions for premature withdrawals will apply only to fresh deposits and renewed maturing deposits.

(e) There is no discretion for reduction/waiver of penalty for premature withdrawal of term deposits.

(f) No premature penalty will be levied from staff and SBI pensioners. Interest rate to be paid on premature withdrawal of term deposits by staff and SBI pensioners will be same as applicable for the period the deposit has remained with the Bank.

The revised interest rates on **'Domestic Term Deposits'** of **'Rs One Crore & above'** with effect from **1st March 2013** would be as under:

| Tenors | Existing w.e.f. 07.09.2012 | Revised w.e.f. 01.03.2013 |
|---|---|---|
| 7 days to 180 days | 7.50 | 7.50 |
| 181 days to 270 days | 7.50 | 7.50 |
| 271 days to less than 1 year | 7.50 | 7.50 |
| 1 year to less than 2 years | **8.50** | **8.75** |
| 2 years to less than 5 years | **8.50** | **8.75** |
| 5 years to 10 years | **8.50** | **8.75** |

**Premature payment of term deposits:**

The instructions regarding interest rate to be charged on premature payment of domestic term deposits are as under:

a. There shall be no penalty for premature withdrawal of bulk deposits of tenors below one year provided these have remained with the bank for at least 7 days.

b. In other cases of premature withdrawal, the Interest shall be 0.50% below the rate applicable for the period the deposit has remained with the Bank or 0.50% below the contracted rate, whichever is lower. However, no interest will be paid if the deposit remains for less than 7 days period.

c. These instructions for premature withdrawals will apply only to fresh deposits and renewed maturing deposits.

d. There is no discretion for reduction/waiver of penalty for premature withdrawal of term deposits

The revised rates of interest shall be made applicable to fresh deposits and renewals of maturing deposits. The interest rates on NRO term deposits shall be aligned as per the rates for domestic term deposits. These rates of interest shall also be made applicable to domestic term deposits from Cooperative Banks.

This site best viewed on resolution 800 x 600   © 2008 Copyright State Bank of India