IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL AND REQUEST
TO BE REMOVED FROM SERVICE LISTS**

PLEASE TAKE NOTICE that Prickett, Jones & Elliott, P.A. hereby withdraws its appearance in the above-referenced case on behalf of *The Fourth Estate Directors and Fourth Estate subsidiaries*, and requests that the following counsel be removed from any applicable service lists herein.

        Bruce E. Jameson, Esquire
        Prickett, Jones & Elliott, P.A.
        1310 King Street
        Wilmington, DE 19801

        PRICKETT, JONES & ELLIOTT, P.A.

        By:   /s/ Bruce E. Jameson
             Bruce E. Jameson (ID No. 2931)
             1310 King Street
             P.O. Box 1328
             Wilmington, DE 19899
             TEL: (302) 888-6500
             FAX: (302) 658-8111
             bejameson@prickett.com

Dated: April 23, 2013