**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------X
                                    :      Chapter 11
                                    :

*In re*                             :      Case No. 09-10138 (KG)
                                    :

Nortel Networks Inc., *et al.*,[1]      :      Jointly Administered
                                    :
                        Debtors.   :
------------------------------------------------------X

**ORDER CERTIFYING THE JOINT ADMINISTRATORS'
NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT PURSUANT TO 28 U.S.C. § 158(d)(2)**

        This matter coming before the Court on the Joint Request of Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession (collectively, the "Debtors" or the "U.S. Debtors") and the Official Committee of Unsecured Creditors (the "Committee") for certification of the Joint Administrators' Notice of Appeal [D.I. 10166] directly to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C § 158(d)(2); and the Court having found that (i) the Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1334 and 157, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iii) notice of the Request was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief herein granted;

---

[1]      The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

IT IS HEREBY ORDERED THAT:

1.     The Request is GRANTED as set forth herein.

2.     The Court certifies that an immediate appeal from the portion of the April 3, 2013 Order denying the Cross-Motion to Compel Arbitration is appropriate because an immediate appeal may materially advance the progress of these long-standing cases and because multiple parties have requested certification.

3.     This Court thus certifies the Notice of Appeal pursuant to 28 U.S.C. § 158(d)(2).

4.     This certification does not apply to *the Joint Administrators' Motion for Leave to Appeal from Order Approving Allocation Protocol*, filed April 17, 2013 [D.I. 10167].

5.     The Court suggests that expedition of any direct appeal regarding the *Notice of Appeal* is appropriate and would facilitate resolution and materially advance the progress of these cases.

Dated: _____, 2013
          Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

2