**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
             Debtors. :
: **RE: D.I. _____**
:
:
------------------------------------------------------------X

## ORDER GRANTING JOINT MOTION FOR
## AN ORDER RETAINING JURISDICTION PENDING APPEAL

Upon the Joint Motion (the "<u>Motion</u>")[2] filed by Nortel Networks Inc. ("<u>NNI</u>") and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "<u>Debtors</u>") and the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), requesting an order pursuant to Section 105 of the Bankruptcy Code declaring the Joint Administrators' appeal from this Court's Order [D.I. 9947] and the related Opinion [D.I. 9946] dated April 3, 2013 [D.I. 10166] (the "<u>Appeal</u>") to be frivolous and retaining this Court's jurisdiction over all aspects of the above-referenced proceedings pending resolution of the Appeal, as well as the documents attached thereto; and upon all prior submissions regarding the

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Allocation Protocol Motion and the Cross-Motion to Compel Arbitration; and upon the record of these Chapter 11 proceedings; and upon the record of the hearing on the Motion held on _____; and adequate notice of the Motion having been given; and it appearing that no other or further notice is required; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and sufficient cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED.

    2.    The Appeal filed by the Joint Administrators lacks colorable support and is wholly without merit, and therefore is frivolous and does not deprive this Court of jurisdiction.

    3.    This Court will retain jurisdiction over all aspects of the proceedings in this Court to which the Appeal relates, pending the outcome of the Appeal.

    4.    The parties shall proceed with discovery and trial as directed by further order of this Court.

Dated: _____, 2013
       Wilmington, Delaware

                            _____
                            THE HONORABLE KEVIN GROSS
                            CHIEF UNITED STATE BANKRUPTCY JUDGE