Honorable Judge Kevin Gross
Care of Clerk Of the Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

RE: CASE NO: 09-10138 (KG)     April 23, 2013
    Nortel Networks, Inc

Honorable Judge Gross:

My name is Najam Dean, and I am LTD employee of Nortel Networks Inc. Your Honor I am in favor of the LTD settlement, but I oppose the proposed disbursement of the settlement, as it relates to my individual circumstances.
I am requesting an exception to the disbursement proposal, and asking the court that my portion of the settlement be issued in a lump sum disbursement.

Your Honor, Thank you for listening to the least fortunate group of LTDers and providing a relief for them and for their families. I am confident that your ruling in this matter will also be fair and just.

Sincerely,

Najam ud Dean