**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 24, 2013 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**MATTER GOING FORWARD**

1. Order Setting Hearing Relating to January 6, 2014 Trial (D.I. 10145, Entered 4/16/13).

   Deadline: April 23, 2013 at 12:00 p.m. (ET).

   Responses Received:

   (a) Debtors' Notice of Filing of Proposed Litigation Timetable and Discovery Plan (D.I. 10210, Filed 4/19/13);

   (b) Joint Administrators' Response and Limited Objection to U.S. Debtors' Proposed Litigation Timetable and Discovery Plan (D.I. 10224, Filed 4/23/13);

   (c) Notice of Filing of Litigation Timetable and Discovery Plan of the Monitor and the Canadian Debtors and Blacklines (D.I. 10225, Filed 4/23/13);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (b), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] **Amended items appear in bold.**

(d) Submission of the Canadian Creditors Committee Regarding Proposed Discovery Plan (D.I. 10226, Filed 4/23/13);

(e) Submission of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund in Response to the Debtors' Proposed Discovery Plan and Litigation Timetable (D.I. 10227, Filed 4/23/13); and

(f) Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Documents Filed in the Canadian Proceedings by the Joint Administrators (D.I. 10228, Filed 4/23/13).

(g) Debtors' Statement in Support of Debtors' Proposed Litigation Timetable and Discovery Plan (D.I. 10233, Filed 4/23/13)

Related Pleadings:

(a) Certification of Counsel Regarding Allocation Protocol (D.I. 10133, Filed 4/15/13); and

(b) Notice of Filing of Monitor's Allocation Protocol (D.I. 10134, Filed 4/15/13).

Status: A hearing on this matter will go forward.

**2. Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) (D.I. 10244, Filed 4/23/13).**

**Objection Deadline: April 24, 2013 at 10:00 a.m. (ET). (Requested)**

**Responses Received: None at time of agenda.**

**Related Pleadings:**

**(a) Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) (D.I. 10245, Filed 4/23/13).**

**Status: A hearing on this matter will go forward to the extent that the Court enters an order shortening notice.**

Dated: April 23, 2013
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*