April 5, 2013

I Marilyn Green wish the court to approve the settlement agreement regarding Long Term Disability Plans and Claims.

**I object to my funds going into Veba or HRA**

I would like the judge to consider my situation when granting settlement. I will never use the funds in VEBA or HRA as I ▓▓▓▓▓▓▓ I have ▓▓▓▓▓▓▓ and both of these pay for my doctors and hospital/medicine. **I would Like your Honor to release ▓▓▓▓▓ funds for me to use paying off my bills so ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.** I would like to use some of the funds to pay ▓▓▓▓▓▓. I would still like to receive them over the 2 year period due to taxes. If I should pass before the 2 year I would like my spouse ▓▓▓▓▓▓ to receive the remainder.

I would also like PBGC to release our retirement funds

Thank you Your Honor for considering my request.

Marilyn Green