**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                                  :

*In re*                          :       Chapter 11

Nortel Networks Inc., *et al.*,[1]    :       Case No. 09-10138 (KG)

            Debtors.    :       Jointly Administered

                                  :

---------------------------------------------------------- X   **Re: D.I. 10249 & 10251**

## NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on April 23, 2013, a copy of the **Notice of Second Amended Agenda of Matters Scheduled for Hearing on April 24, 2013 at 10:00 a.m. (Eastern Time)** and a copy of the **Notice of Third Amended Agenda of Matters Scheduled for Hearing on April 24, 2013 at 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: April 23, 2013
       Wilmington, Delaware

                         CLEARY GOTTLIEB STEEN & HAMILTON LLP
                         James L. Bromley (admitted pro hac vice)
                         Lisa M. Schweitzer (admitted pro hac vice)
                         One Liberty Plaza
                         New York, NY 10006
                         Telephone: (212) 225-2000
                         Facsimile: (212) 225-3999

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Anne C. Cordo_
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7149303.1

2