# EXHIBIT A

**Nortel LTD Committee**
**Settlement Structure Options**
($000's)

*(All Amounts are Estimates and Subject to Change)*

| | Notes | Lump Sum No HRA | Lump Sum w/ $60K HRA cap | Successor Disability Plan | Annuity |
|---|---|---|---|---|---|
| Settlement @ 5/31 | (1) | $ 26,640 | $ 26,640 | $ 26,640 | $ 26,640 |
| [redacted] | (1) | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | (2) | [redacted] | [redacted] | [redacted] | [redacted] |
| Available for Distribution | | $ 23,776 | $ 22,754 | $ 22,355 | $ 22,761 |
| **Income Replacement** | | | | | |
| Gross Payment / Year | | | | | |
| 2013 | (1) | $ 23,776 | $ 16,379 | $ 5,702 | $ 5,805 |
| 2014 | (1) | - | - | 4,815 | 4,903 |
| 2015 | (1) | - | - | 2,787 | 2,838 |
| 2016 | (1) | - | - | 2,787 | 2,838 |
| Subtotal - Pre tax | | 23,776 | 16,379 | 16,092 | 16,384 |
| Income tax (estimate) | (1) | (6,556) | (3,678) | (2,440) | (2,485) |
| FICA tax (estimate) | (1,3) | (2,592) | (1,989) | - | (2,506) |
| Timing Adjust. 5/31 → 6/30 | (4) | (680) | (680) | (680) | (680) |
| **Subtotal - After tax** | | **$ 13,948** | **$ 10,032** | **$ 12,971** | **$ 10,713** |
| **HRA** | (1) | n/a | $60K cap | $60K cap | $60K cap |
| Total Credit | | - | 6,375 | 6,263 | 6,377 |
| **Subtotal - HRA** | | **$ -** | **$ 6,375** | **$ 6,263** | **$ 6,377** |
| ***Total Value Received*** | | ***$ 13,948*** | ***$ 16,407*** | ***$ 19,235*** | ***$ 17,090*** |
| ***Net Variance from Highest Value*** | | ***$ (5,287)*** | ***$ (2,828)*** | ***$ -*** | ***$ (2,145)*** |

(1) Amounts shown reflect settlement value assuming a start date of 6/1/2013.
(2) Base administrative expenses modeled at 4% of net proceeds for the scenarios containing HRAs. Additional expenses reflect scenario specific expenses.

(1,3) FICA taxes were calculated by individual and the include the employee and employers portion of the taxes. Annual payments up to $113.7K at 15.3%, annual payments between $113.7K and $200K at 2.9%, and annual payments over $200K at 3.8%.
(4) Adjustment of $680K to reflect the one month delay in the implementation of the settlement to June 30, 2013.

***PRELIMINARY ESTIMATES - SUBJECT TO CHANGE***

**Nortel LTD**

**Preliminary DRAFT Estimate of VEBA Trust Costs, Subject to Change**

($000's)

**Lump Sum w/ $60K HRA Cap** — PRELIMINARY DRAFT ESTIMATE BEFORE RECEIPT OF BIDS [1]

| VEBA Trust Obligations | Notes | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|
| Accounting | (2) | $ 35 | $ 35 | $ 35 | $ 35 | $ - | $ 140 |
| Audit Service Provider | (3) | - | 30 | 30 | 30 | 30 | 120 |
| Tax Compliance Service | (4) | 15 | 15 | 15 | 15 | - | 60 |
| Disbursing Agent | (5) | 20 | - | - | - | - | 20 |
| Trustee Meetings | (6) | 48 | 48 | 48 | 48 | - | 192 |
| Trustee Fees | (7) | 30 | 30 | 30 | 30 | - | 120 |
| Insur. D&O, E&O, & Fiduc. | (8) | 50 | - | - | - | - | 50 |
| Actuarial | (9) | - | - | - | - | - | - |
| Investment - management | (10) | - | - | - | - | - | - |
| Investment - custody svcs. | (10) | - | - | - | - | - | - |
| Investment | (10) | - | - | - | - | - | - |
| Legal - VEBA | (11) | 30 | 30 | 30 | 30 | - | 120 |
| Annuity Fee | (12) | - | - | - | - | - | - |
| Disability Compliance | (13) | - | - | - | - | - | - |
| Private letter ruling | (14) | 200 | - | - | - | - | 200 |
| Subtotal | | $ 428 | $ 188 | $ 188 | $ 188 | $ 30 | $ 1,022 |
| Potential Transition / Gap Costs | | | | | | | |
| Legal - other | (15) | 200 | - | - | - | - | 200 |
| Subtotal | | $ 628 | $ 188 | $ 188 | $ 188 | $ 30 | $ 1,222 |

**Successor Disability Plan** — PRELIMINARY DRAFT ESTIMATE BEFORE RECEIPT OF BIDS [1]

| VEBA Trust Obligations | Notes | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|
| Accounting | (2) | $ 35 | $ 35 | $ 35 | $ 35 | $ - | $ 140 |
| Audit Service Provider | (3) | - | 40 | 40 | 40 | 40 | 160 |
| Tax Compliance Service | (4) | 15 | 15 | 15 | 15 | - | 60 |
| Disbursing Agent | (5) | 12 | 12 | 12 | 12 | - | 48 |
| Trustee Meetings | (6) | 48 | 48 | 48 | 48 | - | 192 |
| Trustee Fees | (7) | 30 | 30 | 30 | 30 | - | 120 |
| Insur. D&O, E&O, & Fiduc. | (8) | 50 | - | - | - | - | 50 |
| Actuarial | (9) | - | - | - | - | - | - |
| Investment - management | (10) | - | - | - | - | - | - |
| Investment - custody svcs. | (10) | - | - | - | - | - | - |
| Investment | (10) | - | - | - | - | - | - |
| Legal - VEBA | (11) | 30 | 30 | 30 | 30 | - | 120 |
| Annuity Fee | (12) | - | - | - | - | - | - |
| Disability Compliance | (13) | 139 | 89 | 52 | 52 | - | 331 |
| Private letter ruling | (14) | 200 | - | - | - | - | 200 |
| Subtotal | | $ 559 | $ 299 | $ 262 | $ 262 | $ 40 | $ 1,421 |
| Potential Transition / Gap Costs | | | | | | | |
| Legal - other | (15) | 200 | - | - | - | - | 200 |
| Subtotal | | $ 759 | $ 299 | $ 262 | $ 262 | $ 40 | $ 1,621 |

**Annuity** — PRELIMINARY DRAFT ESTIMATE BEFORE RECEIPT OF BIDS [1]

| VEBA Trust Obligations | Notes | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|
| Accounting | (2) | $ 35 | $ 35 | $ 35 | $ 35 | $ - | $ 140 |
| Audit Service Provider | (3) | - | 40 | 40 | 40 | 40 | 160 |
| Tax Compliance Service | (4) | 15 | 15 | 15 | 15 | - | 60 |
| Disbursing Agent | (5) | 12 | 12 | 12 | 12 | - | 48 |
| Trustee Meetings | (6) | 48 | 48 | 48 | 48 | - | 192 |
| Trustee Fees | (7) | 30 | 30 | 30 | 30 | - | 120 |
| Insur. D&O, E&O, & Fiduc. | (8) | 50 | - | - | - | - | 50 |
| Actuarial | (9) | - | - | - | - | - | - |
| Investment - management | (10) | - | - | - | - | - | - |
| Investment - custody svcs. | (10) | - | - | - | - | - | - |
| Investment | (10) | - | - | - | - | - | - |
| Legal - VEBA | (11) | 30 | 30 | 30 | 30 | - | 120 |
| Annuity Fee | (12) | (75) | - | - | - | - | (75) |
| Disability Compliance | (13) | - | - | - | - | - | - |
| Private letter ruling | (14) | 200 | - | - | - | - | 200 |
| Subtotal | | $ 345 | $ 210 | $ 210 | $ 210 | $ 40 | $ 1,015 |
| Potential Transition / Gap Costs | | | | | | | |
| Legal - other | (15) | 200 | - | - | - | - | 200 |
| Subtotal | | $ 545 | $ 210 | $ 210 | $ 210 | $ 40 | $ 1,215 |

Notes:

(1) The estimate reflects the annual run rate of operating the trust during year one and does not include one-time start-up costs

(2) Cost to maintain books and records, compilation of quarterly financial statements and preparation of annual financial statements. Prepare reporting materials for board, respond to inquires, maintain and reconcile participant lists, etc.

(3) One time costs relate to the preparation and filing of IRS Form 1024-Request for Tax Exempt Status (partial). Annual fees relate to the year-end plan audit and required testing

(4) Preparation of Form 990 Trust Return for the VEBA (partial) or Form 1041 for non-VEBA trust, and Annual preparation of Form 5500 for the HRA and disability plan if applicable

(5) Includes distribution costs, tax withholding services, and similar services

(6) Cost of VEBA Committee meetings including travel, lodging, meeting rooms, telecom, or other admin expenses

(7) Cost of VEBA Committee participation fees and/or third-party Trustee fees

(8) Insurance, combined D&O, E&O, and Fiduciary for the VEBA trust.

(9) While it is assumed not required and / or will be completed before the settlement deadline by Da Vinci / Towers Watson, a line in the budget was included as a contingency. Actuarial services may be required if distribution protocols are subsequently changed by the VEBA Committee based upon, for example, a redistribution of proceeds prior to wind-up

(10) Investment income is assumed to exceed investment and custody management expense, though due to low market interest rates in the near term the net benefit/cost is assumed to be zero for conservatism.

(11) Preliminary estimate of one time costs to defend claims (pending EG comment and validation). Annual fees relate to preliminary estimate of legal cost of running VEBA trust, including annual board minutes, legal counsel for committee, etc.

(12) Preliminary estimate of cost to purchase annuity. Not currently know whether or not the cost would be netted against the distribution or subtracted from the estimate of expense

(13) Reflects the cost of confirming eligibility for disability benefits as required by IRS or other governing bodies. Set up fees approximate $100-125 per participant, annual testing approximates $600 per participant per year for each year they receive income replacement benefits. The above table assumes all participants are tested in year one

(14) Private letter rulings (PLRs), in the United States, are written decisions by the Internal Revenue Service (IRS) in response to taxpayer requests for guidance. A private letter ruling binds only the IRS and the requesting taxpayer based upon the specific facts presented in the PLR request. Therefore it is critical that the Facts be specific and determinable prior to filing the PLR

(15) Preliminary estimate of yet unknown costs (including legal), that could be incurred by the trust post-effective date