# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                                        Chapter 11
Nortel Networks, Inc., et al        Case No. 09-10138 (KG)
Debtors

Honorable Kevin Gross,

I hereby request a change in the distribution methodology for my projected settlement of $███████. Presently, using the distribution proposed the VEBA/HRA will take anywhere from ████ to ████ of the net settlement amount given to me by Nortel.

I have talked to a SHIIPS counselor and insurance agents and my insurance premiums to get a medicare advantage account with a prescription drug benefit are going to cost me less than ████ per month. With ███████ in a VEBA/HRA account, you can see that it could take longer than my life expectancy to put this money to a wise use.



My prior objection to the settlement distribution methodology was for the above reasons and I also objected to a planned annuity if it was not willable.  Since that time I have found out that we will have to have a disability plan in order to achive a payout over a number of years.  This disability plan is not willable either but does provide my best chance of providing for my wife.  I would ask the court to allow me to put my entire settlement amount into this disability.



I realize that your job is to apply the law and I believe that you have the ability to also make exceptions in the case of the law causing harm.  While I don't wish to take away anyone else's ability to accept the proposed VEBA/HRA part of the settlement, I do ask you to make an exception for myself and allow me not to put settlement proceeds into a VEBA/HRA.  I would also ask that you allow me to put all available settlement proceeds into a disability trust and have them distributed over time.

Thank you for your time,

Paul D. Wolfe