**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 17, 2013, I caused to be served the:

    a)  "Nortel Networks Inc. and Affiliated U.S. Debtors Retirement Election and Release Form for Long-Term Disabled Employees," a sample of which is annexed hereto as <u>Exhibit A</u>, (the "LTD Retirement Election Form"), and

    b)  "Nortel Networks Inc. and Affiliated U.S. Debtors Retiree Settlement Election and Release Form for Cobra Participants," a sample of which is annexed hereto as <u>Exhibit B</u>, (the "Cobra Participants Election Form"),

    by causing true and correct copies of the:

    i.  LTD Retirement Election Form, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit C</u>, (Filed Under Seal), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

    ii.    Cobra Participants Election Form, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
_____ day of April, 2013

_____
Notary Public

_____
Carol Zhang

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ---------------------------------------------------------- X | | Chapter 11 |
| *In re* | : | |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |
| | : | |
| | : | |
| ---------------------------------------------------------- X | | |

**NORTEL NETWORKS INC. AND AFFILIATED U.S. DEBTORS RETIREMENT
ELECTION AND RELEASE FORM FOR LONG-TERM DISABLED EMPLOYEES**

**The Retiree Settlement Agreement**

   The above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents.  These benefits are offered under formal and informal benefits plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" herein, and are further defined in the attached retirement election and release form (the "Election Form").

   An Official Committee of Retired Employees (the "Retiree Committee") was appointed in the Debtors' cases to negotiate a possible consensual termination or modification of the Retiree Welfare Plans.  Those negotiations ultimately resulted in a settlement agreement between the Debtors and the Retiree Committee (the "Retiree Settlement Agreement"),[2] which would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment to the Retiree Committee in accordance with the Retiree Settlement Agreement.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used in this Election Form that are not defined herein shall have the meaning given to them in the Retiree Settlement Agreement.

On December 31, 2012, Nortel filed the *Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Retiree Motion"), asking the Bankruptcy Court to approve the Retiree Settlement Agreement.  Pursuant to the *Order Granting Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9938], entered on April 2, 2013, the Bankruptcy Court approved the Retiree Settlement Agreement.  **Accordingly, Nortel is authorized to terminate the Retiree Welfare Plans as of June 30, 2013 at 11:59 p.m. (ET) (the "Termination Date"), and discontinue providing benefits thereunder to current and future Retirees.  The Retiree Settlement Agreement also releases Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits in exchange for paying the Settlement Amount to the Retiree Committee for the benefit of the Retirees.**

Under the terms of the Retiree Settlement Agreement, all current and former employees of the Debtors who were eligible as of January 31, 2013 to receive benefits under the Retiree Welfare Plans are permitted to participate in the settlement between the Debtors and the Retiree Committee, subject to the terms of the Retiree Settlement Agreement.[3]

On January 18, 2013, Nortel and the Official Committee of Long-Term Disability Participants (the "LTD Committee") jointly filed the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief* [D.I. 9304] (the "Joint Motion"), asking the Bankruptcy Court to approve a settlement reached between Nortel and the LTD Committee, as memorialized in a settlement agreement (as amended and restated, the "LTD Settlement Agreement"), and to certify a settlement class consisting of all of the Debtors' long-term disabled employees who are participants in the Debtors' Long Term Disability Plan and certain other plans and programs (the "LTD Employees") as of the termination date (the "Settlement Class"), which is proposed to be June 30, 2013, solely for settlement purposes.  Pursuant to the *Order (A) Preliminarily Approving the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certifying a Class for Settlement Purposes Only, (C) Approving the Notice Procedures, (D) Scheduling a Fairness Hearing and (E) Granting Related Relief* [D.I. 9427], entered on February 14, 2013, the Bankruptcy Court will hold a hearing on April 30, 2013 to decide whether the LTD Settlement Agreement should be finally approved.  **If the relief sought in the Joint Motion is finally granted, Nortel will be authorized to terminate the LTD Plans (as defined in the Joint Motion) in their entirety as of June 30, 2013 at 11:59 p.m. (ET), and**

---

[3]    The Debtors and the Retiree Committee reserve the right to deny a current or former employee's participation in the Retiree Settlement Agreement if it is determined that such employee has not satisfied the eligibility criteria set forth in section 8(a) of the Retiree Settlement Agreement.

to discontinue providing benefits thereunder.  The LTD Settlement Agreement also will release Nortel and other third parties from liability related to the LTD Plans and the LTD Benefits (as defined in the LTD Settlement Agreement) in exchange for the allowance of a general non-priority, unsecured claim in favor of the LTD Committee.  If the LTD Settlement Agreement is not finally approved by the Bankruptcy Court, the Debtors and the LTD Committee reserve all of their rights and defenses with respect to the termination of the LTD Plans and the LTD Benefits.

IF YOU ARE A LONG-TERM DISABLED INDIVIDUAL WHO IS ELIGIBLE AND WOULD LIKE TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT, YOU MUST VOLUNTARILY ELECT TO RETIRE FROM NORTEL BY COMPLETING, SIGNING AND RETURNING THE ATTACHED ELECTION FORM TO NORTEL WITHIN THIRTY (30) DAYS AFTER THE DATE THAT THE ORDER APPROVING THE RETIREE SETTLEMENT AGREEMENT BECOMES FINAL AND NOT SUBJECT TO FURTHER APPEAL (WHICH, IF NO APPEAL IS TAKEN, WILL BE APRIL 17, 2013).  YOUR RETIREMENT FROM NORTEL WILL BE DEEMED EFFECTIVE ON THE TERMINATION DATE OF THE RETIREE WELFARE PLANS, WHICH IS PROPOSED TO BE JUNE 30, 2013 (WHICH SHALL BE TREATED AS YOUR "RETIREMENT DATE").  THEREFORE, IF YOU ARE AN LTD EMPLOYEE AND YOU ELECT TO RETIRE, INCLUDING RETIRING FOR THE PURPOSE OF PARTICIPATING IN THE RETIREE SETTLEMENT AGREEMENT, YOU WILL CONTINUE TO RECEIVE LTD BENEFITS (AS DEFINED IN THE LTD SETTLEMENT AGREEMENT) UNDER AND SUBJECT TO THE TERMS OF THE LTD PLANS (AS DEFINED IN THE LTD SETTLEMENT AGREEMENT) THROUGH THE RETIREMENT DATE.  THE EFFECTIVENESS OF YOUR ELECTION TO RETIRE IN ORDER TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT WILL BE TREATED AS CONDITIONED UPON THE RETIREE SETTLEMENT AGREEMENT BECOMING EFFECTIVE ON OR PRIOR TO APRIL 17, 2013.

BY VOLUNTARILY TERMINATING YOUR EMPLOYMENT WITH NORTEL, YOU WILL WAIVE YOUR RIGHT TO RECEIVE BENEFITS UNDER ALL PLANS, ARRANGEMENTS, AGREEMENTS AND PROGRAMS AVAILABLE TO CURRENT EMPLOYEES OF NORTEL, INCLUDING, WITHOUT LIMITATION, THE RIGHT TO RECEIVE ANY FURTHER INCOME CONTINUATION BENEFITS PURSUANT TO THE NORTEL NETWORKS INC. LONG-TERM DISABILITY PLAN, AFTER YOUR RETIREMENT DATE.  ADDITIONALLY, BY ELECTING TO RETIRE AND COMPLETING AND RETURNING THIS ELECTION FORM, YOU WILL AGREE TO RELEASE ALL CLAIMS RELATED TO OR ARISING UNDER THE LTD PLANS, INCLUDING, WITHOUT LIMITATION, ANY AND ALL LTD CLAIMS (AS DEFINED IN THE LTD SETTLEMENT AGREEMENT) AND ACKNOWLEDGE THAT, IN ACCORDANCE WITH THE TERMS OF THE NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN, THE NORTEL NETWORKS ENHANCED SEVERANCE ALLOWANCE PLAN AND NORTEL'S PAST PRACTICE, YOU ARE NOT ENTITLED TO SEVERANCE BENEFITS AS A RESULT OF YOUR VOLUNTARY RETIREMENT FROM NORTEL.

3

Should you voluntarily retire and release your right to receive LTD Benefits under the LTD Plans by completing and returning the attached Election Form, you will **only** be eligible to participate in the Retiree Settlement Agreement and shall be deemed **not** to be a member of the Settlement Class for the purpose of participating in the LTD Settlement Agreement, receiving distributions under the LTD Settlement Agreement, or otherwise.  For the avoidance of doubt, should the LTD Settlement Agreement not become effective for any reason, any LTD Employee who has voluntarily retired from Nortel, including in order to participate in the Retiree Settlement Agreement, will no longer have a right to receive LTD Benefits under the LTD Plans and shall no longer be a member of the Settlement Class.

**IF YOU FAIL TO COMPLETE THE ELECTION FORM AND RETURN IT SO THAT IT IS ACTUALLY RECEIVED ON OR BEFORE <u>MAY 17, 2013 AT 5:00 P.M. (ET)</u>, YOU WILL NOT BE ABLE TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT.**

**PLEASE CONTACT COUNSEL TO THE LTD COMMITTEE OR COUNSEL TO THE RETIREE COMMITTEE RATHER THAN THE CLERK OF THE BANKRUPTCY COURT, IN THE FIRST INSTANCE, WITH QUESTIONS REGARDING THE TERMS OF THE SETTLEMENTS AND THE ELECTION DESCRIBED HEREIN.  IF YOU HAVE QUESTIONS REGARDING YOUR YEARS OF SERVICE, YOU MAY CONTACT NORTEL HR SHARED SERVICES BY TELEPHONE AT 919-905-9351 OR TOLL-FREE AT 800-676-4636.**

**SHOULD YOU HAVE PARTICULARIZED CONCERNS, YOU ARE ENCOURAGED TO RETAIN YOUR OWN COUNSEL TO PROVIDE YOU WITH ADVICE RELATED TO YOUR SITUATION.  YOUR LOCAL BAR ASSOCIATION CAN PROVIDE YOU WITH THE NAMES OF QUALIFIED ATTORNEYS IN THE FIELD OF EMPLOYEE BENEFITS IF YOU DO NOT ALREADY HAVE AN ATTORNEY.**

<u>**Election Form Instructions**</u>

You may voluntarily choose to retire as of the Termination Date of the Retiree Welfare Plans and participate in the settlement between Nortel and the Retiree Committee, as set forth in the Retiree Settlement Agreement, by following the instructions below.  **Please read and follow these instructions carefully:**

- Complete <u>EACH</u> of the following sections of the Election Form:
  - o   Section I – Personal Information
  - o   Section II – Election and Release Signature
- Complete, sign and return the attached Election Form so that it is **actually received** by Nortel on **<u>May 17, 2013 at 5:00 p.m. (ET)</u>**.  **Please return your completed and signed Election Form via fax to 919-905-9301, via e-mail to HRSSNA@nortel-us.com <u>or</u> via mail to:**

**Nortel HR Shared Services**
**P.O. Box 13010**
**Research Triangle Park, NC 27709**

4

**NORTEL NETWORKS INC. AND AFFILIATED U.S. DEBTORS RETIREMENT ELECTION AND RELEASE FORM FOR LONG-TERM DISABLED EMPLOYEES**

## I.      PERSONAL INFORMATION

**Employee Name:**

**Global ID:**

**Current Home Address:**

**City:**                        **State:**                        **Zip Code:**

**Home Phone Number:**

**Other Contact Number:**

**Date of Birth:**

**U.S. Citizen?   (   ) Yes        or        (   ) No**

---

## II.      ELECTION AND RELEASE SIGNATURE

By signing this Election Form, the undersigned hereby represents and agrees that he or she:

(a)      Currently is eligible for and is receiving long-term disability benefits from Nortel Networks Inc. or its U.S. affiliates (collectively, the "Debtors");

(b)      Has been provided with a copy of the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* (the "Retiree Motion"), the settlement agreement between the Debtors and the Official Committee of Retired Employees (the "Retiree Committee"), dated December 28, 2012 (the "Retiree Settlement Agreement"), the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief* (the "Joint Motion") and the proposed settlement agreement between the Debtors and the Official Committee of Long-Term Disability Participants (the "LTD Committee") (the "LTD Settlement Agreement"), which remains subject to court approval;

(c)      Is eligible to participate in the Retiree Settlement Agreement based on his or her years of service as of January 31, 2013;

(d)     Understands that the Debtors and the Retiree Committee reserve the right to deny his or her participation in the Retiree Settlement Agreement if it is determined that he or she has not satisfied the eligibility criteria set forth in section 8(a) of the Retiree Settlement Agreement;

(e)     Is making the decision to execute this Election Form and to retire from the Debtors on a voluntary basis and fully understands that a Retiree Committee and LTD Committee have been appointed in the Debtors' pending chapter 11 bankruptcy cases who are available to explain the terms of the Retiree Settlement Agreement and the LTD Settlement Agreement, respectively;

(f)     Acknowledges that he/she has been encouraged to obtain legal advice with respect to making this decision and executing this Election Form and has had the opportunity to obtain legal advice;

(g)     Voluntarily terminates his/her employment with the Debtors, which termination shall be effective as of the termination date of the Retiree Welfare Plans[1] (the "Retirement Date");

(h)     Waives the right to receive further benefits or coverage under the LTD Plans[2] after the Retirement Date, including, without limitation, income continuation benefits pursuant to the Nortel Networks Inc. Long-Term Disability Plan and medical benefits under the Nortel Networks Inc. Medical Plan, and affirmatively releases the Debtors from any further obligation to make such payments or provide such benefits;

(i)     Waives the right to participate in the settlement contemplated by the LTD Settlement Agreement and waives the right to be a member of the Settlement Class (as defined in the LTD Settlement Agreement) for the purpose of

---

[1]     For purposes of this Election Form, the "Retiree Welfare Plans" include the Nortel Networks Inc. Retiree Medical Plan, the Nortel Networks Inc. Retiree Life Insurance and Long-Term Care Plan for Retirees, certain predecessor plans, and other formal or informal benefit plans, agreements, arrangements or programs (including plans, agreements, arrangements or programs that are funded through the purchase of insurance) or arrangements for current or future retired employees, their surviving spouses and eligible dependents, including plans, arrangements, agreements or programs for medical, surgical, or hospital care benefits, or benefits in the event of sickness, accident, disability, or death, in each case as such plans, agreements, arrangements or programs have been amended or modified from time to time.

[2]     For purposes of this Election Form, the "LTD Plans" include the Nortel Networks Inc. Long-Term Disability Plan, the Nortel Networks Short-Term Disability Plan, the Nortel Networks Inc. Medical Plan, the Nortel Networks Inc. Dental, Vision, and Hearing Care Plan, the Nortel Networks Inc. Life Insurance Plan, the Nortel Networks Inc. AD&D Insurance Plan, the Nortel Networks Inc. Health Care Reimbursement Account Plan, the Nortel Networks Business Travel Accident Insurance Plan, the Nortel Networks Inc. Dependent Day Care Reimbursement Account Plan, the Nortel Networks Inc. Long-Term Investment Plan, such plans, as well as predecessor plans and other formal or informal benefit plans, agreements, arrangements or programs (including plans, agreements, arrangements or programs that are funded through the purchase of insurance) or arrangements for disabled employees, their surviving spouses and eligible dependents, including for medical, surgical, or hospital care benefits, income continuation benefits or any other benefits in the event of sickness, accident, disability, or death (in each case as such plans have been amended or modified from time to time.

2

participating in the LTD Settlement Agreement, receiving distributions under the LTD Settlement Agreement, or otherwise;

(j)   Acknowledges that, in accordance with the terms of the Nortel Networks Severance Allowance Plan, the Nortel Networks Enhanced Severance Allowance Plan and Nortel's past practice, he/she is not entitled to any severance benefits as a result of his/her voluntary retirement from the Debtors;

(k)   Releases the Debtors, their estates, the LTD Plans, the LTD Plan administrators, the members of all Nortel benefit plan committees (including, without limitation, the Employee Benefits Committee, the Joint Leadership Resources Committee, the Compensation and Human Resources Committee and any predecessors thereto), the Official Committee of Unsecured Creditors, and the ad hoc group of bondholders that has been organized, and each of their respective past and present parents, subsidiaries, affiliates, general partners, limited partners, shareholders, administrators, liquidators, directors, officers, employees, managers, agents, attorneys, solicitors, trustees, fiduciaries, accountants and advisors, and each of all of their respective predecessors, successors and assigns, from any and all LTD Claims (as defined in the LTD Settlement Agreement);

(l)   Understands that while he or she may discover or appreciate facts, claims, issues, or concerns in addition to or different from those that he or she now knows or believes to exist with respect to the subject matter of this Election Form, the Retiree Settlement Agreement and the LTD Settlement Agreement, which if known or suspected at the time of execution of this Election Form, might have materially affected the election and releases contained herein, this Election Form shall still govern the elections and releases contained herein and the releases herein shall be, and remain in effect, notwithstanding the discovery of additional or different facts, claims, issues, or concerns;

(m)   Acknowledges that they are familiar with the provisions of California Civil Code section 1542 ("**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.**"), Cal. Civ. Code § 1542 (West 2012) (emphasis added), and he or she hereby expressly waives any rights he or she may have thereunder, as well as under any other statutes or common law doctrines of similar effect; and

3

(n)     Acknowledges that the election to retire and participate in the Retiree Settlement Agreement is subject to the terms and conditions set forth in the Retiree Settlement Agreement  and the Retiree Settlement Agreement becoming effective on or prior to April 17, 2013.

_____          _____

**Employee Name (Please Print)**                                **GID**

_____          _____

**Employee Signature**                                          **Date**

4

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------- X
                                                    :    Chapter 11
In re                                               :
                                                    :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                    :
                        Debtors.                    :    Jointly Administered
                                                    :
                                                    :
                                                    :
                                                    :
----------------------------------------------------------- X
```

**NORTEL NETWORKS INC. AND AFFILIATED U.S. DEBTORS RETIREE
SETTLEMENT ELECTION AND RELEASE FORM FOR COBRA PARTICIPANTS**

**The Retiree Settlement Agreement**

The above-captioned Debtors, (the "Debtors" or "Nortel") have provided certain benefits including life insurance, medical coverage, and long-term care insurance to the Debtors' retired employees, their surviving spouses, domestic partners and eligible dependents. These benefits are offered under formal and informal benefits plans, agreements and programs, which are referred to as the "Retiree Welfare Plans" herein, and are further defined in the attached retirement election and release form (the "Election Form").

An Official Committee of Retired Employees (the "Retiree Committee") was appointed in the Debtors' cases to negotiate a possible consensual termination or modification of the Retiree Welfare Plans. Those negotiations ultimately resulted in a settlement agreement between the Debtors and the Retiree Committee (the "Retiree Settlement Agreement"),[2] which would allow Nortel to terminate the Retiree Welfare Plans in exchange for making a payment to the Retiree Committee in accordance with the Retiree Settlement Agreement.

---

[1]       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]       Capitalized terms used in this Election Form that are not defined herein shall have the meaning given to them in the Retiree Settlement Agreement.

On December 31, 2012, Nortel filed the *Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9224] (the "Retiree Motion"), asking the Bankruptcy Court to approve the Retiree Settlement Agreement.  Pursuant to the *Order Granting Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* [D.I. 9938], entered on April 2, 2013, the Bankruptcy Court approved the Retiree Settlement Agreement.  **Accordingly, Nortel is authorized to terminate the Retiree Welfare Plans as of June 30, 2013 at 11:59 p.m. (ET) (the "Termination Date"), and discontinue providing benefits thereunder to current and future Retirees.  The Retiree Settlement Agreement also releases Nortel and other third parties from liability related to the Retiree Welfare Plans and Retiree Benefits in exchange for paying the Settlement Amount to the Retiree Committee for the benefit of the Retirees.**

Under the terms of the Retiree Settlement Agreement, all current and former employees of the Debtors, including those former employees receiving medical or other welfare benefits under the Consolidated Omnibus Budget Reconciliation Act ("COBRA" and anyone receiving such benefits, a "COBRA Participant") who were eligible as of January 31, 2013 to receive benefits under the Retiree Welfare Plans are permitted to participate in the settlement between the Debtors and the Retiree Committee, subject to the terms of the Retiree Settlement Agreement.[3]

On January 18, 2013, Nortel and the Official Committee of Long-Term Disability Participants (the "LTD Committee") jointly filed the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief* [D.I. 9304] (the "Joint Motion"), asking the Bankruptcy Court to approve a settlement reached between Nortel and the LTD Committee, as memorialized in a settlement agreement (as amended and restated, the "LTD Settlement Agreement"), and to certify a settlement class consisting of all of the Debtors' long-term disabled employees who are participants in the Debtors' Long Term Disability Plan and certain other plans and programs (the "LTD Employees") as of the termination date, which is proposed to be June 30, 2013, solely for settlement purposes.  In addition to seeking approval of the LTD Settlement Agreement through the Joint Motion, the Debtors have sought authorization to terminate the LTD Plans in their entirety as of June 30, 2013 with respect to all plan participants, including the LTD Employees, the Debtors' active employees and the COBRA Participants.  Pursuant to the *Order (A) Preliminarily Approving the Settlement Agreement Regarding Long-Term Disability Plans and*

---

[3]      The Debtors and the Retiree Committee reserve the right to deny a current or former employee's participation in the Retiree Settlement Agreement if it is determined that such employee has not satisfied the eligibility criteria set forth in section 8(a) of the Retiree Settlement Agreement.

*Claims, (B) Conditionally Certifying a Class for Settlement Purposes Only, (C) Approving the Notice Procedures, (D) Scheduling a Fairness Hearing and (E) Granting Related Relief* [D.I. 9427], entered on February 14, 2013, the Bankruptcy Court will hold a hearing on April 30, 2013 to decide whether the LTD Settlement Agreement should be finally approved. **If the relief sought in the Joint Motion is finally granted, Nortel will be authorized to terminate the LTD Plans (as defined in the Joint Motion) in their entirety as of June 30, 2013 at 11:59 p.m. (ET), and to discontinue providing benefits thereunder. Please note that a final order approving the relief sought in the Joint Motion will bind all individuals receiving or eligible to receive benefits under the LTD Plans, including the Debtors' active employees and COBRA Participants. If the LTD Settlement Agreement is not finally approved by the Bankruptcy Court, the Debtors and the LTD Committee reserve all of their rights and defenses with respect to the termination of the LTD Plans and the LTD Benefits.**

**IF YOU ARE A COBRA PARTICIPANT WHO IS ELIGIBLE AND WOULD LIKE TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT, YOU MUST VOLUNTARILY ELECT TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT BY COMPLETING, SIGNING AND RETURNING THE ATTACHED ELECTION FORM TO NORTEL WITHIN THIRTY (30) DAYS AFTER THE DATE THAT THE ORDER APPROVING THE RETIREE SETTLEMENT AGREEMENT BECOMES FINAL AND NOT SUBJECT TO FURTHER APPEAL (WHICH, IF NO APPEAL IS TAKEN, WILL BE APRIL 17, 2013). YOUR ELECTION TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT WILL BE DEEMED EFFECTIVE ON THE TERMINATION DATE OF THE RETIREE WELFARE PLANS, WHICH IS PROPOSED TO BE JUNE 30, 2013 (WHICH SHALL BE TREATED AS YOUR "<u>ELECTION DATE</u>"). THEREFORE, IF YOU ARE A COBRA PARTICIPANT AND YOU ELECT TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT, YOU WILL CONTINUE TO RECEIVE COBRA CONTINUATION COVERAGE UNDER AND SUBJECT TO THE TERMS OF THE APPLICABLE LTD PLANS (AS DEFINED IN THE LTD SETTLEMENT AGREEMENT) THROUGH THE ELECTION DATE. THE EFFECTIVENESS OF YOUR ELECTION TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT WILL BE TREATED AS CONDITIONED UPON THE RETIREE SETTLEMENT AGREEMENT BECOMING EFFECTIVE ON OR PRIOR TO APRIL 17, 2013.**

**BY VOLUNTARILY ELECTING TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT, YOU WILL WAIVE YOUR RIGHT TO RECEIVE BENEFITS UNDER ALL PLANS, ARRANGEMENTS, AGREEMENTS AND PROGRAMS AVAILABLE TO CURRENT EMPLOYEES OF NORTEL, INCLUDING, WITHOUT LIMITATION, THE RIGHT TO RECEIVE ANY FURTHER COBRA CONTINUATION COVERAGE UNDER THE NORTEL NETWORKS INC. MEDICAL PLAN AND THE NORTEL NETWORKS INC. DENTAL, VISION, AND HEARING CARE PLAN, AFTER YOUR ELECTION DATE. ADDITIONALLY, BY ELECTING TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT AND COMPLETING AND RETURNING THIS ELECTION FORM, YOU WILL AGREE TO**

**RELEASE NORTEL FROM ALL CLAIMS RELATED TO OR ARISING UNDER THE LTD PLANS.**

        **IF YOU FAIL TO COMPLETE THE ELECTION FORM AND RETURN IT SO THAT IT IS ACTUALLY RECEIVED ON OR BEFORE <u>MAY 17, 2013 AT 5:00 P.M. (ET)</u>, YOU WILL NOT BE ABLE TO PARTICIPATE IN THE RETIREE SETTLEMENT AGREEMENT.**

        **PLEASE CONTACT COUNSEL TO THE RETIREE COMMITTEE RATHER THAN THE CLERK OF THE BANKRUPTCY COURT, IN THE FIRST INSTANCE, WITH QUESTIONS REGARDING THE TERMS OF THE RETIREE SETTLEMENT AGREEMENT AND THE ELECTION DESCRIBED HEREIN.  IF YOU HAVE QUESTIONS REGARDING YOUR YEARS OF SERVICE, YOU MAY CONTACT NORTEL HR SHARED SERVICES BY TELEPHONE AT 919-905-9351 OR TOLL-FREE AT 800-676-4636.**

        **SHOULD YOU HAVE PARTICULARIZED CONCERNS, YOU ARE ENCOURAGED TO RETAIN YOUR OWN COUNSEL TO PROVIDE YOU WITH ADVICE RELATED TO YOUR SITUATION.  YOUR LOCAL BAR ASSOCIATION CAN PROVIDE YOU WITH THE NAMES OF QUALIFIED ATTORNEYS IN THE FIELD OF EMPLOYEE BENEFITS IF YOU DO NOT ALREADY HAVE AN ATTORNEY.**

<u>**Election Form Instructions**</u>

        You may voluntarily choose to participate in the settlement between Nortel and the Retiree Committee, as set forth in the Retiree Settlement Agreement, by following the instructions below.  **Please read and follow these instructions carefully:**

- Complete <u>EACH</u> of the following sections of the Election Form:

    - Section I – Personal Information
    - Section II – Election and Release Signature

- Complete, sign and return the attached Election Form so that it is **<u>actually received</u>** by Nortel on **<u>May 17, 2013 at 5:00 p.m. (ET)</u>**.  **Please return your completed and signed Election Form via fax to 919-905-9301, via e-mail to HRSSNA@nortel-us.com <u>or</u> via mail to:**

**Nortel HR Shared Services**
**P.O. Box 13010**
**Research Triangle Park, NC 27709**

4

**NORTEL NETWORKS INC. AND AFFILIATED U.S. DEBTORS RETIREE
SETTLEMENT ELECTION AND RELEASE FORM FOR COBRA PARTICIPANTS**

## I.    PERSONAL INFORMATION

**Employee Name:**

**Global ID:**

**Current Home Address:**

**City:**                              **State:**                              **Zip Code:**

**Home Phone Number:**

**Other Contact Number:**

**Date of Birth:**

**U.S. Citizen?    (    ) Yes        or        (    ) No**

---

## II.    ELECTION AND RELEASE SIGNATURE

By signing this Election Form, the undersigned hereby represents and agrees that he or she:

    (a)    Currently is eligible for and receives medical, dental, vision, and/or hearing coverage pursuant to the Consolidated Omnibus Budget Reconciliation Act ("COBRA") from Nortel Networks Inc. or its U.S. affiliates (collectively, the "Debtors");

    (b)    Has been provided with a copy of the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 353 and 1114 and Fed. R. Bankr. P. 9019 Approving a Settlement Agreement with the Official Committee of Retired Employees* (the "Retiree Motion"), the settlement agreement between the Debtors and the Official Committee of Retired Employees (the "Retiree Committee"), dated December 28, 2012 (the "Retiree Settlement Agreement"), the *Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief* (the "Joint Motion") and the proposed settlement agreement between the Debtors and the Official Committee of Long-Term Disability Participants (the "LTD Committee") (the "LTD Settlement Agreement"), which remains subject to court approval;

(c)     Is eligible to participate in the Retiree Settlement Agreement based on his or her years of service as of the end of his or her COBRA benefit period, but, in any event, no later than January 31, 2013;

(d)     Understands that the Debtors and the Retiree Committee reserve the right to deny his or her participation in the Retiree Settlement Agreement if it is determined that he or she has not satisfied the eligibility criteria set forth in section 8(a) of the Retiree Settlement Agreement;

(e)     Is making the decision to execute this Election Form and to participate in the Retiree Settlement Agreement on a voluntary basis and fully understands that a Retiree Committee has been appointed in the Debtors' pending chapter 11 bankruptcy cases who is available to explain the terms of the Retiree Settlement Agreement;

(f)     Acknowledges that he/she has been encouraged to obtain legal advice with respect to making this decision and executing this Election Form and has had the opportunity to obtain legal advice;

(g)     Voluntarily elects to participate in the Retiree Settlement Agreement, which election shall be effective as of the termination date of the Retiree Welfare Plans[1] (the "Election Date");

(h)     Waives the right to receive further benefits or continuation coverage under the LTD Plans[2] after the Election Date, including, without limitation, medical benefits pursuant to the Nortel Networks Inc. Medical Plan and dental, vision, and hearing benefits under the Nortel Networks Inc. Dental, Vision, and Hearing Care Plan, and affirmatively releases the Debtors from any further obligation to make such payments or provide such benefits;

---

[1]     For purposes of this Election Form, the "Retiree Welfare Plans" include the Nortel Networks Inc. Retiree Medical Plan, the Nortel Networks Inc. Retiree Life Insurance and Long-Term Care Plan for Retirees, certain predecessor plans, and other formal or informal benefit plans, agreements, arrangements or programs (including plans, agreements, arrangements or programs that are funded through the purchase of insurance) or arrangements for current or future retired employees, their surviving spouses and eligible dependents, including plans, arrangements, agreements or programs for medical, surgical, or hospital care benefits, or benefits in the event of sickness, accident, disability, or death, in each case as such plans, agreements, arrangements or programs have been amended or modified from time to time.

[2]     For purposes of this Election Form, the "LTD Plans" include the Nortel Networks Inc. Long-Term Disability Plan, the Nortel Networks Short-Term Disability Plan, the Nortel Networks Inc. Medical Plan, the Nortel Networks Inc. Dental, Vision, and Hearing Care Plan, the Nortel Networks Inc. Life Insurance Plan, the Nortel Networks Inc. AD&D Insurance Plan, the Nortel Networks Inc. Health Care Reimbursement Account Plan, the Nortel Networks Business Travel Accident Insurance Plan, the Nortel Networks Inc. Dependent Day Care Reimbursement Account Plan, the Nortel Networks Inc. Long-Term Investment Plan, such plans, as well as predecessor plans and other formal or informal benefit plans, agreements, arrangements or programs (including plans, agreements, arrangements or programs that are funded through the purchase of insurance) or arrangements for disabled employees, their surviving spouses and eligible dependents, including for medical, surgical, or hospital care benefits, income continuation benefits or any other benefits in the event of sickness, accident, disability, or death (in each case as such plans have been amended or modified from time to time.

(i)     Releases the Debtors, their estates, the LTD Plans, the LTD Plan administrators, the members of all Nortel benefit plan committees (including, without limitation, the Employee Benefits Committee, the Joint Leadership Resources Committee, the Compensation and Human Resources Committee and any predecessors thereto), the Official Committee of Unsecured Creditors, and the ad hoc group of bondholders that has been organized, and each of their respective past and present parents, subsidiaries, affiliates, general partners, limited partners, shareholders, administrators, liquidators, directors, officers, employees, managers, agents, attorneys, solicitors, trustees, fiduciaries, accountants and advisors, and each of all of their respective predecessors, successors and assigns, from any and all claims related to or arising under the LTD Plans;

(j)     Understands that while he or she may discover or appreciate facts, claims, issues, or concerns in addition to or different from those that he or she now knows or believes to exist with respect to the subject matter of this Election Form and the Retiree Settlement Agreement, which if known or suspected at the time of execution of this Election Form, might have materially affected the election and releases contained herein, this Election Form shall still govern the elections and releases contained herein and the releases herein shall be, and remain in effect, notwithstanding the discovery of additional or different facts, claims, issues, or concerns;

(k)     Acknowledges that they are familiar with the provisions of California Civil Code section 1542 ("**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.**"), Cal. Civ. Code § 1542 (West 2012) (emphasis added), and he or she hereby expressly waives any rights he or she may have thereunder, as well as under any other statutes or common law doctrines of similar effect; and

(l)     Acknowledges that the election to participate in the Retiree Settlement Agreement is subject to the terms and conditions set forth in the Retiree Settlement Agreement  and the Retiree Settlement Agreement becoming effective on or prior to April 17, 2013.


_____          _____

**Employee Name (Please Print)**                    **GID**


_____          _____

**Employee Signature**                              **Date**


3

**EXHIBIT C**

FILED UNDER SEAL

**EXHIBIT D**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLEN, DIANE | 1516 MARSH COVE LN WILMINGTON NC 28409 |
| ALLEN, HAILEY | 3190 ALSTON CHAPEL R PITTSBORO NC 27312 |
| ALLEN, JANET | 3190 ALSTON CHAPEL R PITTSBORO NC 27312 |
| ALLEN, JOHN | 3190 ALSTON CHAPEL R PITTSBORO NC 27312 |
| ARENCIBIA, ALEXANDER N | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| ARENCIBIA, CHRISTIAN D | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| ARENCIBIA, MAYTE | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| ARENCIBIA, RICARDO | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| BAKER, JIMMY | 701 BENNINGTON DR RALEIGH NC 27615 |
| BAKER, MELINDA | 6516 BROWNLEE DRIVE NASHVILLE TN 37205 |
| BARIAHTARIS, ROBERT | 3000 EAST SUNRISE BLVD UNTI 12-E FT LAUDERDALE FL 33304 |
| BERNSTEIN, BUNNY | 809 WHITTINGTON  TERRACE SILVER SPRINGS MD 20901 |
| BERNSTEIN, JOANNA | 809 WHITTINGTON  TERRACE SILVER SPRINGS MD 20901 |
| BERNSTEIN, TIMOTHY | 10800 TENBROOK DRIVE SILVER SPRING MD 20901 |
| BOYD, ARLENE | PO BOX 458 STEM NC 27581 |
| BRANTLEY, L KATHERINE | 3703 HIGHGATE DRIVE APT 3 DURHAM NC 27713 |
| BUTNER, BRENDA | 514 SHASTEEN BEND WINCHESTER TN 37398 |
| BUTNER, LONNIE | 514 SHASTEEN BEND WINCHESTER TN 37398 |
| CASE, CHAD | 501 SUTTER GATE LANE MORRISVILLE NC 27560 |
| COOK, MAX | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| COOK, MICHELLE | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| COOK, SETH | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| COOK, ZACHARY | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| CREASY, JEFFREY | 2001 SMITH DRIVE CLAYTON NC 27520 |
| CREASY, SHARON | 2001 SMITH DRIVE CLAYTON NC 27520 |
| CUMMINS, SUSAN | 607 ARKLAND PLACE NASHVILLE TN 37215 |
| DAVIS, LILLIE | 15 SKYLARK COURT NEW BRITIAN CT 06053 |
| DAVIS, VIRGINIA | 61 ALTA VISTA WAY DALY CITY CA 94014 |
| DISANTO, COLLEEN | 3017 REEVES RD WILLOUGHBY OH 44094 |
| DYER HARDY, CHERYL | 10935 PARKER VISTA PL. PARKER CO 80138 |
| FARRENKOPF, MARY | 1011 BUCKEYE LANE VILLA RICA GA 30180 |
| GANN, CANDACE | 792 BRIDLEWOOD CT CHICO CA 95926 |
| HALL, EILEEN | 928 UNION ST BOONE IA 50036 |
| HALL, JOHN | 928 UNION ST BOONE IA 50036 |
| HARDY, BRENDON | 10935 PARKER VISTA PL. PARKER CO 80138 |
| HARDY, BRIAN | 10935 PARKER VISTA PL. PARKER CO 80138 |
| HARDY, GRAYSON | 10935 PARKER VISTA PL. PARKER CO 80138 |
| HARDY, PRESTON | 10935 PARKER VISTA PL. PARKER CO 80138 |
| HART, PAULA | 5601 FARMRIDGE RD RALEIGH NC 27617 |
| HENSON, TOMMY | 250 OLD MILL LANE DALLAS TX 75217 |
| HOLBROOK, MARY | 1181 GREYFOX CT FOLSOM CA 95630 |
| HOLLOWELL, GAY | 312 19TH ST BUTNER NC 27509 |
| HUDSON, JO | 2471 GENITO JACK CIRCLE POWHATAN VA 23139 |
| JANKOWSKY, DEBRA | 11 ROSEWOOD CT. EPPING NH 03042 |
| JASON, MELISSA | 809 WHITTINGTON  TERRACE SILVER SPRINGS MD 20901 |
| JASON, STACEY | 809 WHITTINGTON  TERRACE SILVER SPRINGS MD 20901 |
| JOHNSON, MARY | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| KOPEC, BOBBYE | 21 WEST ST PEPPERELL MA 01463 |
| KOPEC, STANLEY | 21 WEST ST PEPPERELL MA 01463 |

| Claim Name | Address Information |
| --- | --- |
| LANGAN, LORRAINE | 16 COACH DR DRACUT MA 01826 |
| LANGAN, THOMAS | 16 COACH DR DRACUT MA 01826 |
| LEWIS, BETTY | 1301-H LEON ST DURHAM NC 27705 |
| LI, GABRIELLE | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LI, LAUREN | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LI, MITCHELL | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LI, RICHARD | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LI, SEAN | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LI, SUZANNE | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LIGHTFOOT, JESSICA | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| LIGHTFOOT, JOHN | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| LIGHTFOOT, OLIVIA | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| LIGHTFOOT, THUY | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| LIGHTFOOT, TIMOTHY | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| LOCKHART, JANE | 1600 LIATRIS LANE RALEIGH NC 27613 |
| LOCKHART, LAURA | 1600 LIATRIS LANE RALEIGH NC 27613 |
| LOCKHART, LEWIS | 1600 LIATRIS LANE RALEIGH NC 27613 |
| LOGGINS, ESTELLE | 250 OLD MILL LANE DALLAS TX 75217 |
| LOWE, LOU ANN | 3516 ARROWWOOD DR RALEIGH NC 27604-2562 |
| MAZIARZ, MICHAEL | 7 EARLE DRIVE LEE NH 03861-6234 |
| MAZIARZ, THOMAS | 7 EARLE DRIVE LEE NH 03861-6234 |
| MCLAURIN, RODRIGUEZ | 2607 DEARBORN DR DURHAM NC 27704 |
| MITCHELL, AMY | 1617 WENDY LN EFLAND NC 27243 |
| MITCHELL, APRIL | 1617 WENDY LN EFLAND NC 27243 |
| MITCHELL, BRITNEY | 1617 WENDY LN EFLAND NC 27243 |
| MITCHELL, RANDOLPH | 1617 WENDY LN EFLAND NC 27243 |
| MOORE, CURTIS | 7231 TANGLEGLEN DR DALLAS TX 75248 |
| MOORE, GWEN | 7231 TANGLEGLEN DR DALLAS TX 75248 |
| MOORE, KRISTI | 7231 TANGLEGLEN DR DALLAS TX 75248 |
| MOORE, REED | 7231 TANGLEGLEN DR DALLAS TX 75248 |
| NORMAN, GLEN | 40425 CHAPEL WY #307 FREMONT CA 94538 |
| PAGE, CHRISTOPHER | 2920 LAUREN OAKS DRIVE RALEIGH NC 27616 |
| PAMPERIN JR, RAYMOND | 10308 HIGHWAY 9 MOUNTAIN VIEW AR 72560 |
| PERKINSON, NATHANIEL | 104 NATHANIEL CT CARY NC 27511 |
| PERKINSON, TERRY | 104 NATHANIEL CT CARY NC 27511 |
| PULLIAM, ASHLEY | P.O. BOX 317 CREEDMOOR NC 27522 |
| PULLIAM, JERRY | P.O. BOX 317 CREEDMOOR NC 27522 |
| PULLIAM, KIMBERLY | P.O. BOX 317 CREEDMOOR NC 27522 |
| PULLIAM, KRISTIE | P.O. BOX 317 CREEDMOOR NC 27522 |
| RAY, DANIEL | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| RAY, LAUREN | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| RAY, MARY | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| RAY, SARAH | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| REICHERT, ANNA | 220 BEACON FALLS CT. CARY NC 27519 |
| REICHERT, GEORGE | 220 BEACON FALLS CT. CARY NC 27519 |
| REICHERT, KRYSTIE | 220 BEACON FALLS CT. CARY NC 27519 |
| REICHERT, LAURA | 220 BEACON FALLS CT. CARY NC 27519 |
| RIEDEL, AMY | 1 MEADOWBROOK RD. WESTON MA 02493 |
| RIEDEL, CLAIRE | 1 MEADOWBROOK RD. WESTON MA 02493 |

| Claim Name | Address Information |
|---|---|
| RIEDEL, ELIZABETH | 1 MEADOWBROOK RD. WESTON MA 02493 |
| RIEDEL, GEORGE | 1 MEADOWBROOK RD. WESTON MA 02493 |
| RUNYAN, TRAVIS | 182 ARKOTA SHORES HOT SPRINGS AZ 71913 |
| SALLESE JR, STEVEN | 95 KENWOOD ROAD METHUEN MA 01844 |
| SALLESE, CATHERINE | 95 KENWOOD ROAD METHUEN MA 01844 |
| SALLESE, NICOLE | 95 KENWOOD ROAD METHUEN MA 01844 |
| SMART, BRADLY | 3309 LORRAINE ST ANN ARBOR MI 48108-1969 |
| SMART, BRENDA | 3309 LORRAINE ST ANN ARBOR MI 48108 |
| SMITH, JULIANNA | 134 MARVIN ST MILAN MI 48160 |
| SMITH, KATHLEEN | 14 JARDINE RD GARDINER MT 59030 |
| SOOTS, RUSSELL | 5220 KNIGHTSBRIDGE WAY RALEIGH NC 27604 |
| STANULIS, JAMES | 2312 WARRINGTON AVE. FLOWER MOUND TX 75028 |
| STANULIS, ROBERT | 2312 WARRINGTON AVE. FLOWER MOUND TX 75028 |
| STANULIS, TERESA | 2312 WARRINGTON AVE. FLOWER MOUND TX 75028 |
| STONE, BRANDON | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STONE, BRIAN | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STONE, LISA | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STONE, MATTHEW | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STONE, WILLIAM | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STONE, ZACHARY | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STRATTON, MARK | 3617 LOFTWOOD LANE WAKE FOREST NC 27587 |
| STRATTON, RYAN | 3617 LOFTWOOD LANE WAKE FOREST NC 27587 |
| STRICKLAND, LEOLIA | 101 LANSING DR BENSON NC 27504 |
| THOMAS, KEVIN | 2920 LAUREN OAKS DRIVE RALEIGH NC 27616 |
| TOLF, ERIK | 32 OLD FARM ROAD BEDFORD NH 03110 |
| WALTON, WILLIAM | 10210 ARROW CREEK DR.  APT. 10 RALEIGH NC 27617 |
| WATTS, JUDITH | 155 EDGEWATER DRIVE BRYAN OH 43506 |
| WELLS, GABRIEL | 26675 WESTBROOK CT SUN CITY CA 92586 |
| WELLS, TINA | 26675 WESTBROOK CT SUN CITY CA 92586 |
| WELLS, TODD | 26675 WESTBROOK CT SUN CITY CA 92586 |
| WIDENER, SUSAN | 260 N TOMAHAWK ISLAND DR PORTLAND OR 97217 |
| YAP, EUGENE | 8608 LAKEWOOD DRIVE RALEIGH NC 27613 |

**Total Creditor count  130**