**To:**

**Subject:** RE: Objection to Disbursment

On Apr 24, 2013, at 12:05 PM, "John J. Rossi" wrote:

-- I object and do not want to be in a VEBA or HRA and will accept payments as stated in Motion. I have consulted mt Tax expert, and Fin. and both do not agree with Tax issuses and being that both advised me that the VEBA and HRA is not good for me. And I would like just to have settlement and be done. The IRS cannot do what was stated as I have dealt with them before and won.

John J. Rossi

4/24/2013