Case 09-10138-MFW   Doc 10261   Filed 04/24/13   Page 1 of 1

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 24, 2013 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### *Matter:*

SCHEDULING AND DISCOVERY ISSUES  (with Canada)

**R / M #:**   10,249 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Continued to Date Set for 5/1/13 @ 9:30 a.m.
#2 -  ORDER SIGNED -  Jurisdiction Hearing set for 5/1/13 @ 9:30 a.m.

Page 1 of 1                                                                                                                                    4/24/2013        1:14:44PM