# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 4/24/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen & Hamilton | " |
| Jim Bromley | " | " |
| Daryl Stein | " | " |
| Emily Weiss | " | " |
| Dan Guyder | Allen & Overy LLP | E&Y (Monitor) / Canadian Debtors |
| Laura Hall | Allen & Overy LLP | " / " |
| Selinda A. Melnik | DLA Piper | Canadian Creditors Cttee (CCC) |
| Timothy Hoeffner | DLA Piper | Canadian Creditors Cttee (CCC) |
| Derek Adler | Hughes Hubbard | SNMSA |
| Dennis Wilson | " | EMEA |
| Neil Oxford | " | " |
| Fara Tabatabai | " | " |
| Ed Harron | YCST | " |
| David Crichlow | Katten Muchin | Wilmington Trust (Indenture Trustee) |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 4/24/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Stephen Miller | Morris James LLP | Law Debenture Indenture Trustee |
| Dan Lowenthal | Patterson Belknap | " |
| Abid Qureshi | Akin Gump | Committee |
| Chris Samis | Richards Layton | Committee |
| Justin Alberto | Bayard | UK Pension Claimants |
| Brian O'Connor | Willkie Farr | " " |
| Dan Korosko | Willkie Farr | " " |
| Robert Johnson | Akin Gump | Committee |
| David Botter | (") | (") |
| Nick Bassett | Milbank | Ad Hoc Bondholder Group |
| Thomas Kreller | Milbank | " |
| Mark Kenney | US DOJ/Office of U.S. Trustee | U.S. Trustee |
| Kathleen Minkowski | Rochelski Stengziehl Jones | Bondholder Group |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 04/24/2013
Calendar Time: 10:00 AM ET

Amended Calendar 04/24/2013 06:59 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Joseph Badike-Berkow | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David E. Blabey, Jr. | | Kramer Levin Naftalis & Frankel, LLP | Creditor, Aurelius / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Gregor Dannacher | | Kamunting Street | Other Prof., Jack Mui / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Marla A. Decker | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Commitee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Karen B. Dine | | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Matthew Ehmer | | Silver Point Capital | Creditor, Silver Point Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | James Gage | | McCarthy Tetrault LLP | Administrator(s), Morneau Shepell Administrator of Certain Pension Fund / LIVE |

Peggy Drasal ext. 802            CourtConfCal2012            Page 1 of 3

Page 2 of 3

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Angela Dimsdale Gill  *Matthew Bullen* | Hogan Lovells International LLP | Representing, Nortel Networks UK Pension Trust / LIVE |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Brian Guiney | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Fred S. Hodara | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Carras Holmstead | Stone Lion Capital Partners | Interested Party, Stone Lion Capital Partners / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Brad Kahn | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Paul Keller | Allen & Overy, LLP | Monitor, Ernest & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael Linn | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Dan Mindel | Herbert Smith | Administrator(s), Nortel Networks UK (Joint Administrator) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael J. Riela | Latham & Watkins LLP | Creditor, Bank of New York Mellon / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Dennis Ruggere | UBS Securities LLC | Creditor, UBS / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Javier Schiffrin | Malek Schiffrin LLP | Interested Party, Javier Schiffrin / LISTEN ONLY |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5556413 | Jack Tracy | Willkie Farr & Gallagher LLP | | Creditor, UK Pension Trust Limited / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5570819 | Barry Wadsworth | CAW Canada | | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5568198 | John Whiteoak | Herbert Smith | | Interested Party, Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5566771 | Michael J. Wunder | Dentons Canada, LLP. | | Creditor, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5565824 | Matthew A Zloto | Aurelius Capital Management, LP | | Interested Party, Aurelius Capital Management / LISTEN ONLY |