Apr. 26. 2013 1:53PM    Case 09-10138-MFW    Doc 10261-2    Filed 04/24/13    Page 1 of 3    No. 6943    P. 1



# SUPERIOR COURT OF JUSTICE
COUR SUPÉRIEURE DE JUSTICE

*361 University Avenue*
*Toronto, ON M5G 1T3*

*Telephone: (416) 327-5284  Fax: (416) 327-5417*

# FAX COVER SHEET

Date: April 24, 2013

TO:                                                      FAX NO.:

Sherry Scaruzzi                                          302-252-2944


FROM:         The Honourable Mr. Justice Morawetz

TOTAL PAGES (INCLUDING COVER PAGE): 3

MESSAGE:      Counsel Slip for Nortel Hearing

*The Information contained in this facsimile message is confidential information. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address*

Original will NOT follow. If you do not receive all pages, please telephone us immediately at the above number.

REPORTER: ELENA LOHSE

# COUNSEL SLIP

COURT FILE NO: CV-09-7950-00CL

DATE: APRIL 24, 2013

NO ON LIST: 1

TITLE OF PROCEEDING: NORTEL NETWORKS CORPORATION

**COUNSEL FOR PLAINTIFF(S) / APPLICANT(S) / PETITIONER(S):**
Derrick Tay — 416-862-5047 (ph), 416-862-7661 (f)
Jennifer Stam
for Nortel Networks Corporation et al

**COUNSEL FOR DEFENDANT(S) / RESPONDENT(S):**

John Salmas for Wilmington Trust, National Association — Ph: (416) 360-3570, Fax: (866) 875-2093

Scott Bomhof and Andrew Gray — Nortel Networks Inc. and the US Debtors — L: 416-865-7370, fax: 416-865-7380

ARTHUR JACQUES — NORTEL CONTINUED EMPLOYEES COMM. — (o) 416 214 5213, (f) 416 214 5413

Michael Barrack — Nortel Networks UK Pension Trustee and the UK Pension Protection Fund
Bill Burden and Lara Jackson
Matthew Gottlieb — P: 416.598.5353, F: 416.598.3730
Tracy Wynne
Robin Schwill
counsel to EMEA Debtors

LYNDON BARNES — o 416 862 6679, f 416 862 6666 — FOR FORMER DIRECTORS

Paul Steep 416 601 8256
Byron Shaw 416 868 0673
for Canadian Creditors Committee

SHAYNE KUKULOWICZ — COUNSEL FOR UCC
416-863-4740 (PH)
416-863-4592 (F)

(P) 416-304-1616
(F) 416-304-1313
(T) 416-869-5963 (F) 416-640-3019

MARK ZIGLER 416 595 2090
416 201 2877

for Former + Disabled Canadian employees
J. Pasquariello
Benjamin Zarnet 416-597-4204
Peter Ruby 416-597-4184
Counsel for the Monitor
Fax: 416-979-1234
Gavin Finlayson 416-777-5762
Jonathan Bell 416.863.1716
for Noteholder Group

Lily Harmer for Superintedent of Financial Institutions