IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | | **Re: Docket Nos. 9371 and 10162** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that on February 5, 2013 the *Declaration of John J. Rossi Objection to Debtors Joint Motion to (I)(A) Deny the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Deny the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Deny the Settlement Agreement, (B) Deny Certify a Class, (C) Deny the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief* (Docket No. 9371) was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that on April 17, 2013 the *Objection [REDACTED] Objection to Debtors Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B)*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice* (Docket No. 10162) was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that I hereby withdraw the documents above.

Dated: April 24, 2013
       Wilmington, DE

                                          /s/ John J. Rossi
                                          John J. Rossi