

Rafael,

As requested.

I support the settlement, however I would prefer to have the money directed to an HRA rolled in to the VEBA or annuity distribution I am to receive.

I do not want to receive an HRA lump sum distribution, esp if it effects my social security disability payment or medicare status.  If the HRA money cannot be rolled into an VEBA or annuity for distribution, I would prefer it just go to the HRA.

Brent Beasley,

Thanks!

4/24/2013