██████████████████████

| | |
|---|---|
| **From:** | Adella Venneman <████████████████> |
| **Sent:** | Wednesday, April 24, 2013 4:34 PM |
| **To:** | Rafael X. Zahralddin-Aravena |
| **Subject:** | LTD settlement |

Per request from Deb....

I support the LTD settlement.

Adella Venneman
████████████
████████████