|         |                                          |
|---------|------------------------------------------|
| **From:**    | Truckers Wife <███>                 |
| **Sent:**    | Wednesday, April 24, 2013 4:37 PM   |
| **To:**      | Rafael X. Zahralddin-Aravena        |
| **Subject:** | Support the LTD Settlement          |

Hi Rafeal,

I support the LTD settlement.

Thank You,

Thelma Watson