**From:** Rafael X. Zahralddin-Aravena
**Sent:** Wednesday, April 24, 2013 4:31 PM
**To:**
**Subject:** Fwd: In Support of the LTD settlement

Sent from my iPhone

Begin forwarded message:

> **From:** Crickett Grissom
> **Date:** April 24, 2013, 4:14:47 PM EDT
> **To:** "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>
> **Subject: In Support of the LTD settlement**
>
> I am personally in support of the LDT settlemnent with Nortel Networks.
>
> Crickett Grissom

4/24/2013