| | |
|---|---|
| **From:** | Tim Steele <​> |
| **Sent:** | Wednesday, April 24, 2013 4:38 PM |
| **To:** | Rafael X. Zahralddin-Aravena |
| **Subject:** | Nortel - LTD Settlement Agreement |

Hello Rafael:

By way of this e-mail we wish to express our agreement for the terms of the (A) Proposed Settlement Agreement Regarding Long-Term Disability Plans and Claims; (B) Conditional Certification of a Class for Settlement Purposes Only; (C) Conditional Appointment of Class Counsel and Class Representatives; (D) Scheduled Date of Fairness Hearing for Final Approval of Proposed Settlement.

While we acknowledge that the settlement does not reflect a full settlement for the benefits that will be lost by Wayne Schmidt as a result of the agreement, we are aware of the significant litigation risk involved in pursing a full settlement. Accordingly we believe that the proposed settlement is fair under the circumstances and should receive final approval from the court.

Your assistance in bringing our statement of support to the attention of the court will be appreciated.

Tim Steele
Power of Attorney for:
Wayne J. Schmidt