██████████████████

| | |
|---|---|
| **From:** | Peter Lawrence <████████████████> |
| **Sent:** | Wednesday, April 24, 2013 3:56 PM |
| **To:** | Rafael X. Zahralddin-Aravena |
| **Subject:** | LTD Settlement |

Dear Rafael:

I am writing to express my satisfaction with, and agreement to, the settlement that you and the LTD committee members have negotiated and structured for the LTD group.

Thank you for your efforts,

Peter Lawrence
████████████████
████████████████

1