**From:** Rafael X. Zahralddin-Aravena
**Sent:** Wednesday, April 24, 2013 4:31 PM
**To:**
**Subject:** Fwd: LTD Settlement

Sent from my iPhone

Begin forwarded message:

> **From:**
> **Date:** April 24, 2013, 3:57:50 PM EDT
> **To:** "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>
> **Subject: LTD Settlement**
> **Reply-To:**
>
> Kenneth S. Hazelrig
>
> (Per, Mary Hazelrig-
>
> Is in support of the LTD Settlement.
>
> However, I do not want                                   Social Security or Medicare benefits.
>
> Also, I have **not** run into the same issues with the PBGC. I even brought it up and the rep said they had not heard anything about it and my husband is Q'd to start July 1st...I hope?
>
> Thank for your time and all your trouble.
>
> Blessings,
> Mary Hazelrig
>
> Sent from my Galaxy S®III

4/24/2013