**From:** Rafael X. Zahralddin-Aravena
**Sent:** Wednesday, April 24, 2013 4:32 PM
**To:**
**Subject:** Fwd: LTD Settlement

Sent from my iPhone

Begin forwarded message:

> **From:** Janetta Hames
> **Date:** April 24, 2013, 3:52:23 PM EDT
> **To:** "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>
> **Subject: LTD Settlement**
>
> I am sending this e-mail in support of the LTD Settlement.
>
> Thank you,
>
> Janetta Hames

4/24/2013