## Sandra I. Collazo

**From:** Rafael X. Zahralddin-Aravena
**Sent:** Wednesday, April 24, 2013 4:33 PM
**To:** Jennifer L. Ford; Eric M. Sutty; Sandra I. Collazo
**Subject:** Fwd: Nortel LTD settelment

Sent from my iPhone

Begin forwarded message:

> **From:** Jim ▇▇▇▇▇▇▇▇
> **Date:** April 24, 2013, 3:50:26 PM EDT
> **To:** "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>
> **Subject: Nortel LTD settelment**
>
> I fully agree with and support the Nortel LTD settlement.
>
> James Hunt
> ▇▇▇▇▇▇▇▇

4/24/2013