**From:** Rafael X. Zahralddin-Aravena
**Sent:** Wednesday, April 24, 2013 4:33 PM
**To:**
**Subject:** Fwd: Support Statement in favor of LTD Settlement

Sent from my iPhone

Begin forwarded message:

> **From:** Cynthia Schmidt
> **Date:** April 24, 2013, 3:42:46 PM EDT
> **To:** "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>
> **Subject: Support Statement in favor of LTD Settlement**
>
> I strongly support the LTD Settlement and urge Judge Gross to approve it.
>
> Cynthia Ann Schmidt

4/24/2013