<u>**Addendum**</u>

**To Objection Docket 10183 by Marilyn Day**

**Please add the following to my objection in lieu of information per Conference Call on April 23, 2013 by counsel representing LTD employees.**

Tax Issues:

1. Per discussions with Tax Attorney as of April, 2013.

    A. The Recovery of a Settlement proceeds in lieu of what for or how you received it. I.E. Disability pay – how taxed; medical benefits how taxed; LTIP benefit how taxed; Life insurance how taxed;

    B. Therefore the standard tax protocol is: whatever is being replaced, should be taxed the same way.

    C. The IRS will agree with the Settlement Agreement in Taxing. So whatever the court decides, the IRS will concur.

2. Lack of preparation of committee, Council, professional experts: As a result of this, we have no valid policies or procedures or contracts that we as LTD employees can participate in.

3. We are expected to agree to the Motions, yet we do not know what we are agreeing to, since nothing is finalized – no contracts for HRA or Annuity or "Continued Disability Plan" or Trust.


EXAMPLE: This is reflective of an individual gets a job offer.

4. A future employee gets a job offer and has not started working, therefore no salary is guaranteed or in place because no contract/offer agreement has been signed between Employer and Employee.

5. The future employee goes to buy a house or a car. He cannot purchase a house or car because of no official earning statement.

6. <u>This is what the LTD employees are facing</u>.

   1. Disability income continuation plan is not set up.

   2. Annuity plan is not set up.

   3. HRA is not set up.

   4. Trust plan not set up.

   5. Tax liability and approval by IRS with whatever LTD employee participates in in not setup.

   6. Social Security Administration ruling and exception not setup.

   7. Some LTD employees do not wish to participate in the proposed VEBA/HRA

   8. With regard to the retirees: We are not in the same situation the retirees are in. The LTD group is losing a significant portion of their income, and this settlement is compensation for losing income as well as losing medical benefits. One the other hand, the retirees only settled for medical benefits, and is receiving their income replacement from PBGC.

   9. Conclusion the LTD employees are unable to plan or make life decisions (medical coverage, decide tax liability, etc.) because of these factors.

**Relief Requested**

7.  . I request the court extend the amount of time to this settlement until these factors and contracts are decided, produced in writing and distributed in written agreements to the LTD employees.

8.  The Court's assistance is requested on our behalf for these following reasons:

9.  A major concern is if the IRS (Internal Revenue Service) considers the settlement amount Nonqualified Deferred Compensation, we will be taxed <u>federal income tax, FICA income tax, and state income tax</u>. Thus, causing a likely probability that the **LTD employees will lose Social Security Administration disability status and therefore lose Medicare coverage as a disabled person.** Both these points of no disability pay from Social Security and no Medicare coverage threaten the lifestyle and the life of each LTD employee.

10. It also affects the medical coverage and income for spousal and dependent coverage.

11. I therefore request that until rulings from the IRS, and Social Security Administration determining the LTD employees eligibility and taxable status are received from the Class Appointees (LTD Committee) that the debtors provide all benefits: welfare benefits and disability pay until these matters are resolved with the LTD employees.

12. I request that the Debtors Estate provide legal services until these matters are resolved.

Nonqualified Deferred Compensation tax issues

13. Continued Disability Plan

A. Possible discrimination

Surviving LTD employees. It was stated that the according to the plan that all LTD employees would receive any Deceased LTD employee's portion of the settlement.

B. Currently the younger the employees, the longer the payout. - Immediately payout verses four years period.

C. These questions arise, does the LTD employees who receive compensation immediately, get a portion of the LTD settlement that's left over after they've already been paid their settlement.

D. The question is: "Is this a winner's take all mentality"? The winners represent the surviving LTD members or is it the LTD members who have not received payment?

14. Discrimination. Who gets the remaining administration fees? Is it distributed among all the LTD employees? .Or the last LTD employees to be paid their settlement portion?

15. Administration management: Are we going to receive financial statements of the amount in the LTD settlement cost? I.E. for administration fees broken down, what for, and at what frequency will we receive reports? What about disputes with Administration fees?

16. Current problem: Basic Math:

EXAMPLE: LTD Individual Settlement Final Total is given, after:

A. Discounted Actuary rate

B. Discounted for portion of settlement divided by number of LTD employees,

C. Deducted any applicable taxes.

D. Then XX % is discounted for investor's purchase of claim.

E. Then 2 or 4 or 6 percent or higher administration fee is deducted from Individual

Settlement. Leaving less money for LTD employee to utilize.


**Conclusion**

I request the court's assistance in choosing the most profitable return for the LTD

employee's settlement amount. With the least detrimental contingencies.


Thank you.


Dated: April 23, 2013

/s/ Marilyn Day

Marilyn Day