**From:** Ralph MacIver
**Sent:** Wednesday, April 24, 2013 3:56 PM
**To:** Rafael X. Zahralddin-Aravena
**Subject:** I support the LTD Settlement

Ralph MacIver