**From:**
**Sent:** Wednesday, April 24, 2013 6:02 PM
**To:**
**Subject:** FW: IN FAVOR OF THE SETTLEMENT

**From:** NDean [mailto: ]
**Sent:** Wednesday, April 24, 2013 5:21 PM
**To:**
**Subject:** IN FAVOR OF THE SETTLEMENT

Najam ud Dean

4/24/2013