**From:** ▮
**Sent:** Wednesday, April 24, 2013 6:03 PM
**To:** ▮
**Subject:** FW: Support of LTD settlement

**From:** scott howard [mailto:▮]
**Sent:** Wednesday, April 24, 2013 5:19 PM
**To:** ▮
**Subject:** Support of LTD settlement

I am in total support of the LTD settlement as long as no FICA taxes are involved.
I am 100% in support of a settlement with an LTD extension type disbursement.

Scott David Howard

4/24/2013