**From:** ▬
**Sent:** Wednesday, April 24, 2013 6:04 PM
**To:** ▬
**Subject:** FW: Support settlement

-----Original Message
From: Sissy [mailto:▬]
Sent                                  5:15 PM
To: ▬
Subject: Support settlement

▬

From my iPhone
With Love,
Sissy