**From:**
**Sent:** Wednesday, April 24, 2013 6:53 PM
**To:**
**Subject:** FW: Disability Trust Plan

**From:** Pamela Powell Lutz [mailto: ]
**Sent:** Wednesday, April 24, 2013 6:15 PM
**To:**
**Cc:**
**Subject:** Disability Trust Plan

Rafael:

I agree to the terms of the Veba w/HRA under the Disability Trust Plan.

Pam Powell

4/24/2013