**From:**
**Sent:** Wednesday, April 24, 2013 6:55 PM
**To:**
**Subject:** FW: Settlement

-----Original Message-----
From: Nancy Wilson [mailto:█]
Sen  6:21 PM
To:
Subject: Re: Settlement

I support the settlement.

Sent from my iPhone

On Apr 24, 2013, at 5:00 PM, "█" <█> wrote:

> Hi Ms. Wilson:
>
> I am writing on behalf of Rafael, would you kindly state whether you support or reject the Long Term Disability Settlement Agreement.  Unfortunately, your response must state that information.
>
> Thank you for your attention in this matter.
>
> Best Regards,
>
> █
>
> -----Original Message-----
> From: Nancy Wilson [mailto:█]
> Sent:  5:24 PM
> To: █
> Subject: Settlement
>
> N
█
>
> Sent from my iPhone