IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re*                                              : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                    : Case No. 09-10138 (KG)
:
                 Debtors.         : Jointly Administered
:
: **Hearing date: May 1, 2013 at 10:00 a.m. (ET)**
: **Objection deadline: April 29, 2013 at 4:00 p.m. (ET)**
:
: Re: D.I. 10244, 10245, 10246, 10247, 10265, 10264
:
------------------------------------------------------------X

**NOTICE OF HEARING**

       **PLEASE TAKE NOTICE** that on April 23, 2013, Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), and the Official Committee of Unsecured Creditors (the "Committee," together with the Debtors, the "Movants"), filed the (A) *Joint Request for Certification of the Joint Administrators Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2)* (D.I. 10244) (the "Certification Motion") and (B) *Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Request for Certification of the Joint Administrators Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2)* (D.I. 10245).

       **PLEASE TAKE FURTHER NOTICE** that on April 23, 2013, the Movants filed the (A) *Joint Motion for an Order Retaining Jurisdiction Pending Appeal* (D.I. 10246) (the "Jurisdiction Motion") and (B) *Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Motion for an Order Retaining Jurisdiction Pending Appeal* (D.I. 10247).

       **PLEASE TAKE FURTHER NOTICE** that on April 24, 2013, the Court entered an *Order Granting the Joint Motion for Entry of an Order Shortening Notice Relating to the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

*Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit* (D.I. 10256) and an *Order Granting the Joint Motion for Entry of an Order Shortening Notice Relating to the Joint Motion for an Order Retaining Jurisdiction Pending Appeal* (D.I. 10264).

**PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the entry of an order approving the Certification Motion and the Jurisdiction Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the **April 29. 2013 at 4:00 p.m.** objection deadline (the "Objection Deadline") and serve a copy on the Movants.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE CERTIFICATION MOTION AND JURISDICTION MOTION WILL BE HELD ON **MAY 1, 2013 AT 10:00 A.M. (EASTERN TIME)**, BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  April 24, 2013
         Wilmington, Delaware

                              CLEARY GOTTLIEB STEEN &
                              HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice)*
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)

Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

   - and -

AKIN GUMP STRAUSS HAUER & FELD LLP

Fred Hodara (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

   - and -

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Counsel for the Official Committee
of Unsecured Creditors