**From:** Rafael X. Zahralddin-Aravena
**Sent:** Wednesday, April 24, 2013 7:25 PM
**To:**
**Subject:** FW: Responce

**From:** WILSON
**Sent:** Wednesday, April 24, 2013 7:10 PM
**To:** Rafael X. Zahralddin-Aravena
**Subject:** Responce

I personally support the LTD settlement.

Vada Wilson

4/24/2013