**From:** Rafael X. Zahralddin-Aravena
**Sent:** Wednesday, April 24, 2013 12:30 PM
**To:**
**Subject:** Fwd: Nortel Call

> **From:** Alan Heinbaugh
> **Date:** April 24, 2013, 12:10:42 PM EDT
> **To:** "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>
> **Subject: Re: Nortel Call**
>
> No i don't believe I have any objections. Im glad the HRA was lowered and I am comfortable with the current direction.
>
> Sent from my iPhone

4/24/2013