**From:**
**Sent:** Wednesday, April 24, 2013 7:26 PM
**To:**
**Subject:** FW: LTD Settlement position


-----Original Message-
From: Callie [mailto:                    ]
Sent                              7:16 PM
To:
Subject: LTD Settlement position


Rafael and committee,

There are too many variables and unanswered/open ended questions for me to make a decision on how I feel about the settlement.

MY GUT is telling me (and I truly believe and know) that you all have worked tirelessly to get us to this point and that I should trust in your guidance and your decisions.  This being said, I hope you can also appreciate my DEEP concerns when I see government documents "quoted" and questions that I hadn't even thought of brought up and there are no answers.

This is what I am in support of:

If part of the settlement can be put in an HRA thus protecting it from taxes, then I will hopefully find a way to make that work in my personal situation.

I don't mind paying my fair part of taxes for the income continuation - that's only fair, however - if I can find a way to legally minimize the tax implications then I am all for it.

If the money has to be tied up or spent up by an administrator that will significantly reduce my portion then I would like to avoid that.

My husband and I did not hire a lawyer (in retrospect maybe we should've at least tried to figure out a way to afford it) and I've been able (with the help of the peer group) to navigate my way through all my deliverables and have held my own....until now.

There are a few LTD folks who must have more time and energy than i o to be able to dissect this situation and lately the calls have been so far over my head and scary that I have become intimidated, scared, and totally confused.

I trust you all, will continue to trust your guidance and hard work BUT am begging you to hold a call that explains this in laymans terms and help us understand the ramifications of all the scenarios and unanswered questions.

Thanks for all you have done and all you continue to do,


Sent from my iPad

1