**From:** ▮
**Sent:** Wednesday, April 24, 2013 7:04 PM
**To:** ▮
**Subject:** FW: agree to settlement

> **From:** Judy A. Schultheis [mailto:▮]
> **Sent:** Wednesday, April 24, 2013 6:09 PM
> **To:** ▮
> **Subject:** agree to settlement
>
> Judy A. Schultheis
>
> I agree to the settlement.

Cheers from beautiful and historic Mount Vernon,
Judy A. Schultheis

4/24/2013