**From:** ███████████████
**Sent:** Wednesday, April 24, 2013 6:02 PM
**To:** ███████████
**Subject:** FW: RSVP ASAP - LTD Settlement

---

**From:** Fred Lindow [mailto:███████████████]
**Sent:** Wednesday, April 24, 2013 5:22 PM
**To:** ███████████████████████
**Subject:** FW: RSVP ASAP - LTD Settlement

I am in agreement with the proposed settlement.

My wife and I appreciate the effort put forth by you and your team of experts.

Fred S. Lindow
███████████
███████████

**From:** ███████████ [mailto:███████████████████]
**Sent:** Wednesday, April 24, 2013 12:38 PM
**To:** ███████████
**Cc:** ███████████████████████████████████████

**Subject:** RSVP ASAP - LTD Settlement
**Importance:** High

Dear Peers,
IF you personally support the LTD Settlement
THEN it would be MOST helpful if you sent an email to ███████████████████████
**ASAP / POST HASTE to express your agreement to the Settlement.**
State your Name, Mailing Address

Thank you,
███

4/24/2013