To whom it may concern:

I Jane Neumann as a soon to be former LTD employee, I am pleased with the settlement agreement. I am also confident in the LTD committee (they themselves are in the same position as the other entire LTD group) they know firsthand the special situations and hardships that we all face as a LTD group.

The team of lawyers and the amount of effort which still continues to inform us, I only know these people by voice from informative, conference calls, and court hearings. But, I trust them wholeheartedly; I can hear their compassion for all of us. There desire to help us through this final lap with our individual concerns as well as our group concerns.

I am agreeing with VEBA with an HRA with a $60,000 cap and a VEBA LTD Plan if available. For my situation my main concern is medical co-insurance and because I am on Social Security and Medicare, and don't want to lose any of those with the settlement.

Jane Neumann