■■■■■■

**From:** ■■■■■■
**Sent:** Wednesday, April 24, 2013 8:47 PM
**To:** ■■■■■■
**Subject:** FW: RSVP ASAP - LTD Settlement
**Importance:** High

---

**From:** ■■■■■■ [mailto:■■■■■■
**Sent:** Wednesday, April 24, 2013 8:03 PM
**To:** ■■■■■■
**Subject:** Fw: RSVP ASAP - LTD Settlement
**Importance:** High

I approve the settlement.

Robert D. Dover
■■■■■■

Sent via BlackBerry by AT&T

---

**From:** ■■■■■■>
**Date:** Wed, 24 Apr 2013 15:38:08 -0400
**To:** ■■■■■■>
**Cc:** ■■■■■■

4/24/2013



**Subject:** RSVP ASAP - LTD Settlement

Dear Peers,
IF you personally support the LTD Settlement
THEN it would be MOST helpful if you sent an email to

**ASAP / POST HASTE to express your agreement to the Settlement.**
State your Name, Mailing Address

Thank you,