**From:** ▮
**Sent:** Wednesday, April 24, 2013 8:48 PM
**To:** ▮
**Subject:** FW: Rohrbaugh Settlement Support Record

**From:** Esme Morgaine [mailto:▮]
**Sent:** Wednesday, April 24, 2013 8:16 PM
**To:** ▮
**Subject:** Rohrbaugh Settlement Support Record

To Whom It May Concern:

As a member of the Nortel LTD Class Constituency, let it be hereby be duly noted that I stand in support of the Settlement Motion and its
Distribution Methodology as it is now being set forth before the court, for its final decision. I have full trust that the team comprised
of our committee members and the professionals that have represented our class, have done and continue to do due diligence to bring about
a just and as fair of a result as possible under the law, to all parties represented within the LTD pool.

Electronically signed on April 24, 2013

Brenda L. Rohrbaugh