**From:**
**Sent:** Wednesday, April 24, 2013 8:48 PM
**To:**
**Subject:** FW: RSVP ASAP - LTD Settlement

-----Or              ----
From:                [mailto:              ]
Sent                         8:29 PM
To:
Subject: Fwd: RSVP ASAP - LTD Settlement

I agree with the LTD Settlement as long as it doesn't affect my Social Security and Medicare Benefits.


Thank You

-----Original Message-----
From:
To:



Sent: Wed, Apr 24, 2013 3:38 pm
Subject: RSVP ASAP - LTD Settlement