**From:** ▮
**Sent:** Wednesday, April 24, 2013 9:52 PM
**To:** ▮
**Subject:** Fwd: RSVP ASAP - LTD Settlement

Sent from my iPad

Begin forwarded message:

> **From:** Scott Gennett <▮>
> **Date:** April 24, 2013, 9:02:55 PM EDT
> **To:** ▮
> **Subject: RE: RSVP ASAP - LTD Settlement**
>
> This is to state support of the settlement.
>
> Scott S Gennett