**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, April 24, 2013 9:52 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Fwd: settlement support

Sent from my iPad

Begin forwarded message:

> **From:** Michael R Thompson ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Date:** April 24, 2013, 7:52:55 PM EDT
> **To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ " ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Subject: settlement support**
>
> I support the settlement Michael Thompson

From: