**From:** █████████████████
**Sent:** Wednesday, April 24, 2013 10:07 PM
**To:** █████████████████
**Subject:** Fwd: Positive Support for LTD settlement

Sent from my iPad

Begin forwarded message:

> **From:** Charlie Sandner <█████████████>
> **Date:** April 24, 2013, 10:05:39 PM EDT
> **To:** "█████████████████████████████
> **Subject: Positive Support for LTD settlement**
>
> I support the LTD settlement. I also approve of the most recent distribution method proposed. The committee should be commended for going above and beyond.
>
> I for one realize I'm no lawyer (unfortunately some don't). But I bet I write better computer code than you...the point being, we each have expertise in certain areas. I'm not a lawyer--I don't even play one on TV. In legal matters I defer to you.
>
> Charles Sandner
> ███████████████
> --
> *Signed: Charlie Sandner*

From:
█████