**From:**
**Sent:** Wednesday, April 24, 2013 11:06 PM
**To:**
**Subject:** Fwd: Successor LTD PLan

Sent from my iPhone

Begin forwarded message:

> **From:** Mark Janis < >
> **Date:** April 24, 2013, 10:51:23 PM EDT
> **To:** "Rafael X. Zahralddin-Aravena" < >
> **Subject: Successor LTD PLan**
>
> I fully support the Supplement to the Motion of the Official Committee of LTD Participants for Approval Of Distribution and Related Relief as distributed by email today.
>
> I am in favor of creating a Successor LTD Plan as the most tax efficient plan for distribution of the settlement proceeds by the Official Committee of LTD Participants.
>
> Mark R Janis

From: