**From:**
**Sent:** Wednesday, April 24, 2013 11:42 PM
**To:**
**Subject:** FW: agreement with LTD settlement



---

**From:** Vicki Anstead [mailto:
**Sent:** Wednesday, April 24, 2013 11:35 PM
**To:**
**Cc:**
**Subject:** agreement with LTD settlement

I agree with the Long Term Disability settlement in the Nortel Networks bankruptcy.
Victoria Anstead