**From:** ▮▮▮▮
**Sent:** Thursday, April 25, 2013 12:03 AM
**To:** ▮▮▮▮
**Subject:** FW: Joinder to DI 10147 filed 4/16/2013



---

**From:** Jerry Wadlow [mailto:▮▮▮▮
**Sent:** Thursday, April 25, 2013 12:02 AM
**To:** ▮▮▮▮
**Subject:** Joinder to DI 10147 filed 4/16/2013

Mr. Rafael Zahralddin-Aravena and Mr. Eric Sutty

To the Honorable Judge Kevin Gross

After contacting PBGC on many occasions, they have left me in total confusion. For instance I was a member of Nortel's 'Cash Balance Plan', and currently PBGC now has that money approximately ▮▮▮▮  The Nortel 'Cash Balance Plan' was frozen by Nortel in 2007, or 2008 ( I am not sure exactly what year), and the 'Cash Balance Plan' was basically for anyone that didn't participate in the 401k when they started working for Nortel. I was hired in Feb of ▮▮▮ and didn't start a 401k until 2002, or 2003, so Nortel put money in the 'Cash balance Plan' which has drawn interest over the years. The document that was sent out by Nortel concerning the 'Cash Balance Plan' states that once employment is terminated, that a person that participated in the 'Cash Balance Plan' can elect to take a lump sum payment among several other options. Right now, PBGC has stated that if anyone takes just one dollar from the LTD Settlement, they will not be able to retire until they reach the age of 65. Currently, I am ▮ years old, and if I am forced to wait another 13 years to retire from a bankrupt entity, I have no idea how that would, or could possibly work. So, I would like to know how I can either take disability retirement after termination from Nortel, or how to get what I have in the 'Cash Balance Plan' in one lump sum, and any other pension related monies that belongs to me regarding pension, and related to PBGC .
Judge Gross, your help in this matter will be greatly appreciated.

Thank You ,

/s/ Jerry L. Wadlow



▮▮▮