**From:** ▮
**Sent:** Thursday, April 25, 2013 7:18 AM
**To:** ▮
**Subject:** Fwd: LTD Settlement Agreement

Begin forwarded message:

> **From:** John Elliott <▮>
> **Date:** April 25, 2013, 6:33:48 AM EDT
> **To:** ▮
> **Subject: LTD Settlement Agreement**
>
> Hi Rafael
>
> I just wanted to write to you in support of the settlement that you and the LTD Committee have reached. Thank You All.... for all of your hard work!!
>
> Best regards
> John S. Elliott
> ▮
>
> Sent from my iPa

4/25/2013