**From:** ▓
**Sent:** Thursday, April 25, 2013 9:07 AM
**To:** ▓
**Subject:** FW:

---

**From:** S Aiken [mailto:▓]
**Sent:** Thursday, April 25, 2013 9:02 AM
**To:** ▓
**Subject:**

I agree with the settlement.
Sandra Aiken
▓

**From:**
▓