**From:** ███████████████
**Sent:** Thursday, April 25, 2013 9:35 AM
**To:** ███████████
**Subject:** Fwd: LTD Settlement

███████████████

Begin forwarded message:

> **From:** Janette Head <███████████████████>
> **Date:** April 25, 2013, 9:32:47 AM EDT
> **To:** "Rafael X. Zahralddin-Aravena" <███████████████>
> **Cc:** "<███████████████>" <███████████████>
> **Subject: LTD Settlement**
>
> I support the LTD Settlement.
>
> Janette M. Head

4/25/2013