IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 9975-9997** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 22, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                      _____
                                                                       Pete Caris

Sworn to before me this
24th day of April, 2013

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\NORTEL\Affidavits\Transfer Notices_AFF_DI 9975-9997_4-22-13_SS.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   AMERSHEK, THOMAS D.
      15 W. HYLAND DR.
      NEW RINGGOLD, PA 17960
```

Please note that your claim # 981 in the above referenced case and in the amount of $40,538.47 allowed at $54,171.62 has been transferred **(unless previously expunged by court order)** to:

```
HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: AMERSHEK, THOMAS D.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9991 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2013                               David D. Bird, Clerk of Court

                                               /s/ Tim Conklin
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 22, 2013.

# EXHIBIT B

NORTEL NETWORKS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| AMERSHEK, THOMAS D. | 15 W. HYLAND DR. NEW RINGGOLD PA 17960 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: WELLSPRING CAPITAL L.P. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| FERRELL, DWAYNE | 103 BEECH FORGE DRIVE ANTIOCH TN 37013 |
| GAGLIONE, MICHAEL | 7613 SILVER VIEW LANE RALEIGH NC 27613 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AMERSHEK, THOMAS D. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MEATON, MIHAELA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NISKALA, KEITH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: VOSBURG, WILLIAM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAMILTON, CHARLES | 2005 SUNDAY SILENCE GREENBRIER TN 37073 |
| HOCKADAY, KELLY H. | 6816 INDIAN WELLS ROAD CARY NC 27519 |
| HORTON, JOYCE | 301 WESTCHESTER DRIVE NASHVILLE TN 37210 |
| MEATON, MIHAELA | 10015 OXFORD CHAPEL DRIVE TAMPA FL 33647 |
| MENDONCA, TIMOTHY A. | 490 FOREST PARK ROAD OLDSMAR FL 34677 |
| NISKALA, KEITH | KEITH NISKALA 4 SHELLEY DRIVE LONDONDERRY NH 03053 |
| PERKINS, VANDORA S. | 3924 BENTLEY BRIDGE RD. RALEIGH NC 27612 |
| POUGH, KEVIN | 36272 CONGRESS ROAD FARMINGTON HILLS MI 48335 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: FERRELL, DWAYNE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: GAGLIONE, MICHAEL 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: HAMILTON, CHARLES 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: HOCKADAY, KELLY H. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: HORTON, JOYCE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: MENDONCA, TIMOTHY A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: PERKINS, VANDORA S. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: POUGH, KEVIN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: STEVENS, LILLIEN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: VASILE, VINCENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: WAITE, LORI K. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: WALTON, GERANIMA G. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: WELCH, WARD 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: WEST, GLINDA 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: WHITED, MORRIS N. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: YOUNG, DANIEL F. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| STEVENS, LILLIEN | 12415 PENROSE TR RALEIGH NC 27614 |
| VASILE, VINCENT | 3040 WINTERBERRY DRIVE ROANOKE VA 2408 |
| VOSBURG, WILLIAM | 3232 NEUSE BANK CT WAKE FOREST NC 27587 |
| VOSBURG, WILLIAM | WILLIAM VOSBURG 3232 NUESE BANK CT WAKE FOREST NC 27587 |
| WAITE, LORI K. | 156 EQUESTRIAN DR ROCKWALL TX 75032 |
| WALTON, GERANIMA G. | 805 BUTTERNUT DRIVE GARLAND TX 75044 |
| WELCH, WARD | 707 NORTH COLUMBIA STREET CHAPEL HILL NC 27516 |
| WELLSPRING CAPITAL L.P. | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC ATTN: PAUL YACOUBIAN 1790 KIRBY PARKWAY, SUITE 127 MEMPHIS TN 38138 |
| WEST, GLINDA | 5945 W PARKER RD APT 2523 PLANO TX 75093-7764 |
| WHITED, MORRIS N. | 1713 FROSTY HOLLOW RD WAKE FOREST NC 27587 |
| YOUNG, DANIEL F. | 2784 KINSINGTON CIRCLE WESTON FL 33332 |

Total Number of Records Printed    43

Cleary Gottlieb Steen & Hamilton LLP
Attn: James Bromley
One Liberty Plaza
New York, NY 10006