IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 10213** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 22, 2013, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on April 24, 2013 at 10:00 A.M. (Eastern Time)," dated April 22, 2013 [Docket No. 10213], by causing true and correct copies to be:

     i.      enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

     ii.      delivered by facsimile to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
24th day of April, 2013

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AJASSOCIÉS | ATTN: NICOLAS GRICOURT 10 ALLÉE PIERRE DE COUBERTIN VERSAILLES 78000 FRANCE |
| BANK OF N.Y. MELLON | (REPRESENTED BY S. SEIGEL OF MCMILLAN IN ATTN: MICHAEL J. RIELA, ROBERT J. ROSENB LATHAM & WATKINS LLP 885 THIRD AVENUE NEW YORK NY 10022-4834 |
| CAW-CANADA LEGAL DEPARTMENT | ATTN: BARRY E. WADSWORTH 205 PLACER COURT TORONTO ON M2H 3H9 CANADA |
| COSME ROGEAU | 25 AVENUE HOCHE VERSAILLES 78000 FRANCE |
| ERNST & YOUNG | ATTN: YARON HAR-ZVI 3 AMINADAV STREET, TEL AVIV 67067 ISRAEL |
| FRESHFIELDS BRUCKHAUS DERINGER LLP | ATTN:  KEN BAIRD 65 FLEET STREET LONDON EC4Y 1HS ENGLAND |
| GOODMANS LLP | ATTN:  JAY CARFAGNINI, BRIAN EMPEY FRED MYERS, JOE PASQUARIELLO 333 BAY STREET, SUITE 2400 BAY ADELAIDE CENTRE TORONTO ON M5H 257 CANADA |
| KOSKIE MINSKY LLP | ATTN: ANDREA MCKINNON 20 QUEEN STREET WEST SUITE 900 BOX 52 TORONTO ON M5H 3R3 CANADA |
| KOSKIE MINSKY LLP | ATTN: SUSAN PHILPOTT 20 QUEEN STREET WEST SUITE 900 BOX 52 TORONTO ON M5H 3R3 CANADA |
| KOSKIE MINSKY LLP | ATTN: MARK ZIGLER 20 QUEEN STREET WEST SUITE 900 BOX 52 TORONTO ON M5H 3R3 CANADA |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | (REPRESENTED BY E. LAMEK OF BLG) ATTN: EDMOND LAMEK BORDEN LADNER GERVAIS SCOTIA PLAZA, 40 KING STREET WEST, 44TH TORONTO ON M5H 3Y4 CANADA |
| MAYER BROWN LLP | ATTN: JEAN-MARIE L. ATAMIAN, THOMAS M. V 1675 BROADWAY NEW YORK NY 10019-5820 |
| MCCARTHY TETRAULT LLP | ATTN: BARBARA J. BOAKE 66 WELLINGTON STREET, SUITE 5300, TD BAN TORONTO DOMINION CENTRE TORONTO ON M5K 1E6 CANADA |
| MCCARTHY TETRAULT LLP | ATTN: JAMES D. GAGE 66 WELLINGTON STREET, SUITE 5300, TD BAN TORONTO DOMINION CENTRE TORONTO ON M5K 1E6 CANADA |
| MCCARTHY TETRAULT LLP | ATTN: RYAN STABILE 66 WELLINGTON STREET, SUITE 5300, TD BAN TORONTO DOMINION CENTRE TORONTO ON M5K 1E6 CANADA |
| NORTEL AUSTRALIA COMMUNICATION SYSTEMS P | C/O THOMSONS LAWYERS LEVEL 25 AUSTRALIA SQUARE, 265 GEORGE ST SYDNEY NSW 2000 AUSTRALIA |
| NORTEL COMMUNICATIONS HOLDINGS (1997) LI | 14TH FLOOR, 35 EFAL STREET PETAH TIKVA ISRAEL |
| NORTEL COMMUNICATIONS HOLDINGS (1997) LI | HAYARDEN STREET AIRPORT CITY CENTRE BEN-GURION AIRPORT PO BOX 266 TEL AVIV 70100 ISRAEL |
| NORTEL DE MEXICO, S. DE R. L. DE C. V. | INSURGENTES SUR 1605-FLOOR 30 COL. SAN JOSE INSURGENTES 3900 MEXICO |
| NORTEL GMBH | MAIN AIRPORT CENTER UNTERSCHEWEINSTIEGE 6 FRANKFURT AM MAIN 60549 GERMANY |
| NORTEL GMBH | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (ASIA) LIMITED | 5/F CITYPLAZA FOUR 12 TAIKOO WAN ROAD TAIKOO SHING HONG KONG |
| NORTEL NETWORKS (ASIA) LIMITED | MACAU S.A.R. AVENIDA DA PRAIA GRANDE NOS. 417-429, PRAIA GRANDE COMMERCIAL CE NO. 17 ANDAR E, EM MACAU |
| NORTEL NETWORKS (ASIA) LIMITED | 68, NAZIMUDDIN ROAD, F-8/4 ISLAMABAD PAKISTAN |
| NORTEL NETWORKS (ASIA) LIMITED | TAIPEI BRANCH OFFICE SHIN KONG MANHATTAN BUILDING, 14F SECTION 5, NO. 8 XIN YI ROAD TAIPEI, TAIWAN 110 CHINA |
| NORTEL NETWORKS (AUSTRIA) GMBH | C/O BDO AUSTRIA GMGH, FISCHHOF 316 WIEN 1010 AUSTRIA |
| NORTEL NETWORKS (AUSTRIA) GMBH | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (CHINA) LIMITED | NO. 6 WANGJING DONG LU, CHAOYANG, DISTRICT BEIJING 100102 CHINA |
| NORTEL NETWORKS (INDIA) PRIVATE LIMITED | C-227, GROUND FLOOR, NEAR GARDEN OF FIVE WESTEND MARG, PARYAVARAN COMPLEX NEW DELHI 110 030 INDIA |
| NORTEL NETWORKS (IRELAND) LIMITED | MERVUE BUSINESS PARK MERVUE GALWAY IRELAND |
| NORTEL NETWORKS (IRELAND) LIMITED | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (NORTHERN IRELAND) LIMIT | DOAGH ROAD NEWTOWNABBEY CO. ANTRIM BT3 66XA GB |
| NORTEL NETWORKS (THAILAND) LTD. | C/O REGUS, 36TH FLOOR, CRC TOWER ALL SEASONS PLACE NO. 87/2, WIRELESS ROAD |

| Claim Name | Address Information |
|---|---|
| NORTEL NETWORKS (THAILAND) LTD. | KHWAENG LUMPINI    KHET PATHUMWAN BANGKOK 10320 THAILAND |
| NORTEL NETWORKS AB | NORTEL NETWORKS FILIAL AF NORTEL NETWORKS AKTIEBOLAG LAUTRUPSGADE 11 COPENHAGEN 5 2100 DENMARK |
| NORTEL NETWORKS AB | C/O BDO STOCKHOLM AB BOX 241 15, STOCKHOLM 104 51 SWEDEN |
| NORTEL NETWORKS AB | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS AG | WILSTRASSE 11 8610 USTER CH-8610 SWITZERLAND |
| NORTEL NETWORKS AG | ATTN: STEPHEN GALE, KEVIN LLOYD HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| NORTEL NETWORKS APPLICATIONS MANAGEMENT | SOLUTIONS INC. (2106 - DE) |
| NORTEL NETWORKS AS | H. HEYERDAHLSGT 1 OSLO 0160 NORWAY |
| NORTEL NETWORKS AS | ATTN: STEPHEN GALE, KEVIN LLOYD HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| NORTEL NETWORKS AUSTRALIA PTY LIMITED | C/O THOMSONS LAWYERS LEVEL 25 AUSTRALIA SQUARE, 265 GEORGE ST SYDNEY NSW 2000 AUSTRALIA |
| NORTEL NETWORKS B.V. | EVERT VAN DE BEEKSTRAAT,  310 SCHIPHOL A SCHIPHOL 1118 CX THE NETHERLANDS |
| NORTEL NETWORKS B.V. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS CHILE S.A. | AVENIDA DEL VALLE 662 CIUDAD EMPRESARIAL HUECHUARABA SANTIAGO CHILE |
| NORTEL NETWORKS CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS CORPORATION | ATTN: ALLAN BIFIELD 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS CORPORATION | ATTN: JOHN DOOLITTLE 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS CORPORATION | ATTN: ANNA VENTRESCA 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS DE ARGENTINA, S.A. | C/O  MATIAS DE LARRECHEA OF SEVERGNINI, GRINBERG & LARRECHEA RECONQUISTA 336, 2O PISO BUENOS AIRES C1003ABC ARGENTINA |
| NORTEL NETWORKS DE COLOMBIA, S.A.S. | CALLE 96 NO. 13-11 SANTAFE DE BOGOTA COLOMBIA |
| NORTEL NETWORKS DE GUATEMALA, LTDA. | 16 CALLE O-55, ZONA 10 TORRE INTERNACIONAL, 7MO NIVEL GUATEMALA GUATEMALA |
| NORTEL NETWORKS DE MEXICO, S.A. DE C.V. | AVENIDA INSURGENTES, SUR NO. 1605-PISO 3 TORRE MURAL, COL SAN JOSE INSURGENTES MEXICO D.F. MEXICO |
| NORTEL NETWORKS DEL ECUADOR, S.A. | AV. REPUBLICA DEL SALVADOR Y NACIONES UN MANSION BLANCA BUILDING, PARIS TOWER 5TH FLOOR, OFFICE P5-1 QUITO ECUADOR |
| NORTEL NETWORKS DEL PARAGUAY S.A. | C/O BERKEMEYER & ASOCIADOS, BENJAMIN CON EDIFICIO JACARANDA, 4TH FLOOR ASUNCION PARAGUAY |
| NORTEL NETWORKS DEL URUGUAY, S.A. | BOULEVARD ARTIGAS 417 APT. 11 MONTEVIDEO 1100 URUGUAY |
| NORTEL NETWORKS ENGINEERING SERVICE KFT. | NAGY JENO UTCA 10 BUDAPEST 1126 HUNGARY |
| NORTEL NETWORKS ENGINEERING SERVICE KFT. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS FRANCE S.A.S. | CENTRE D'AFFAIRES PARC LUMIERE 46, AVENUE DES FRERES LUMIERE TRAPPES 78190 FRANCE |
| NORTEL NETWORKS FRANCE S.A.S. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS GLOBAL CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS GLOBAL CORPORATION | NORTEL NETWORKS GLOBAL CORPORATION SHANGHAI, CHINA - REPRESENTATIVE OFFICE 11/F, ETON PLACE 69 DONGFANG ROAD SHANGHAI 200/20 CHINA |
| NORTEL NETWORKS GLOBAL CORPORATION | C/O PRAGMA GROUP QUANTUM TOWER, 6TH FLOO CHARLES MALEK AVENUE ASHRAFIEH BEIRUT LEBANON |
| NORTEL NETWORKS GLOBAL CORPORATION | OUTSOURCING DIVISION  BDO (RUSSIA) 9, MALAYA SEMENOVSKAYA STR.,BLDG. 3 MOSCOW 107023 RUSSIA |
| NORTEL NETWORKS HISPANIA, S.A. | CAMINO DEL CERRO DE LOS GAMOS NO. 1 EDIFICIO 6,  28.224 POZUELO DE ALA MADRID |

| Claim Name | Address Information |
|---|---|
| NORTEL NETWORKS HISPANIA, S.A. | SPAIN |
| NORTEL NETWORKS HISPANIA, S.A. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS INTERNATIONAL CORPORATIO | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS INTERNATIONAL CORPORATIO | NORTEL NETWORKS INTERNATIONAL CORPORATIO BEIJING REPRESENTATIVE OFFICE NO. 6, WANGJING DONG LU CHAOYANG DISTRICT BEIJING 100102 CHINA |
| NORTEL NETWORKS INTERNATIONAL CORPORATIO | NORTEL NETWORKS INTERNATIONAL CORPORATIO PORT OF SPAIN, TRINIDAD REPRESENTATIVE O 5/7 SWEET BRIAR ROAD ST. CLAIR TRINIDAD |
| NORTEL NETWORKS INTERNATIONAL CORPORATIO | NORTEL NETWORKS INTERNATIONAL CORPORATIO HO CHI MINH CITY, VIETNAM - REP OFFICE REGUS, ME LINH POINT TOWER, 6F & 7F, ME DISTRICT 1 HO CHI MINH CITY VIETNAM |
| NORTEL NETWORKS INTERNATIONAL CORPORATIO | NORTEL NETWORKS INTERNATIONAL CORPORATIO HANOI, VIETNAM - REPRESENTATIVE OFFICE REGUS, HANOI PRESS CLUB, 4-6/F, 59A LY T HOAM KIEM DISTRICT HANOI VIETNAM |
| NORTEL NETWORKS INTERNATIONAL FINANCE & | EVERT VAN DE BEEKSTRAAT,  310 SCHIPHOL A SCHIPHOL 1118 CX THE NETHERLANDS |
| NORTEL NETWORKS INTERNATIONAL FINANCE & | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS ISRAEL (SALES & MARKETIN | 14TH FLOOR, 35 EFAL STREET PETAH TIKVA ISRAEL |
| NORTEL NETWORKS ISRAEL (SALES & MARKETIN | ATTN: AVI D. PELOSSOF ZELLERMAYER, PELOS THE RUBENSTEIN HOUSE 20 LINCOLN STREET TEL AVIV ISRAEL |
| NORTEL NETWORKS ISRAEL (SALES & MARKETIN | HAYARDEN STREET AIRPORT CITY CENTRE BEN-GURION AIRPORT TEL AVIV 70100 ISRAEL |
| NORTEL NETWORKS JAPAN | (A/K/A NORTEL NETWORKS KABUSHIKI KAISHA) 2F SHINBASHI TOKYU BUILDING 4-21-3 SHINBASHI, MINATO-KU TOKYO 105-0004 JAPAN |
| NORTEL NETWORKS KOREA LIMITED | 16F, HAE-SUNG 2 BLDG. 942-10, DAECHI 3-DONG, KANGNAM-KU SEOUL 135-725 KOREA |
| NORTEL NETWORKS LIMITED | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS MALAYSIA SDN. BHD. | SECURITIES SERVICES (HOLDINGS) SDN. BHD. SUITE 18.05 MWE PLAZA, NO. 8 LEBUH FARQU PENANG 10200 MALAYSIA |
| NORTEL NETWORKS N.V. | NORTEL NETWORKS NV C/O REGUS PAGASUSLAAN 5 DIEGEM B-1831 BELGIUM |
| NORTEL NETWORKS N.V. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS NETAS TELEKOMUNIKASYON A | ALEMDAG CADDESI NO. 171 UMRANIYE ISTANBUL 34768 TURKEY |
| NORTEL NETWORKS NEW ZEALAND LIMITED | 171 FEATHERSTON STREET HP TOWER, LEVEL 21 WELLINGTON NEW ZEALAND |
| NORTEL NETWORKS O.O.O. | 3 SMOLENSKAYA SQUARE, BLOCK B 9TH FLOOR BUSINESS CENTRE REGUS, MOSCOW 121099 RUSSIA |
| NORTEL NETWORKS OPTICAL COMPONENTS LIMIT | ATTN: STEPHEN GALE, KEVIN LLOYD HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| NORTEL NETWORKS OY | C/O BDO OY, VATTENIEMENRANTA 2 HELSINKI 002 10 FINLAND |
| NORTEL NETWORKS OY | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS PERU S.A.C. | VIA PRINCIPAL 140 EDIFICIO REAL SEIS, PISO 6 SAN ISIDRO LIMA 27 PERU |
| NORTEL NETWORKS POLSKA SP Z.O.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS PORTUGAL, S.A. | C/O ERNST & YOUNG AVENIDA DA REPUBLICA 90 3O LISBON 1649-024 PORTUGAL |
| NORTEL NETWORKS S.A. | ATTN: EDOUARD FABRE RAJEEV SHARMA-FOKEER ANTOINE TCHEKHOFF FOUCAUD, TCHEKHOFF, POCHET ET ASSOCIÉS 1 BIS, AVENUE FOCH PARIS 75116 FRANCE |
| NORTEL NETWORKS S.A. | COSME ROGEAU 25 AVENUE HOCHE VERSAILLES 78000 FRANCE |
| NORTEL NETWORKS S.A. | CENTRE D'AFFAIRES PARC LUMIERE 46, AVENUE DE FRERES LUMIERE TRAPPES 78190 FRANCE |
| NORTEL NETWORKS S.P.A. | VIA SENIGALLIA N. 18/2 MILAN NORTH PARK MILANO ITALY |

| Claim Name | Address Information |
| --- | --- |
| NORTEL NETWORKS S.P.A. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS S.R.O. | KLIMENTSKA 1216/46 PRAGUE 1 11002 CZECH REPUBLIC |
| NORTEL NETWORKS S.R.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS SA | ATTN: STEPHEN GALE HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| NORTEL NETWORKS SINGAPORE PTE LTD | C/O DELOITTE TOUCHE TOMATSU PO BOX 1275, PORT MORESBY PAPUA NATIONAL CAPITAL DISTRICT 121 PG |
| NORTEL NETWORKS SINGAPORE PTE LTD | MANILA, PHILIPPINES - BRANCH OFFICE C/O BATUHAN BLANDO CONCEPCION LAW OFFICE 20/F LIBERTY CENTER 104 HV DELA COSTA ST SALCEDO VILLAGE MAKATI CITY 1227 PH |
| NORTEL NETWORKS SINGAPORE PTE LTD | C/O ABOGADO PTE LTD 8 MARINA BOULEVARD #05-02 MARINA BAY, FINANCIAL CENTRE TOWER 1 SINGAPORE 18981 SG |
| NORTEL NETWORKS SLOVENSKO, S.R.O. | SV. CYRILA A METODA 2 PIEST'ANY 921 101 SK |
| NORTEL NETWORKS SLOVENSKO, S.R.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS SOUTH AFRICA (PROPRIETAR | 13 WELLINGTON ROAD PARKTOWN 2193 JOHANNESBURG SOUTH AFRICA |
| NORTEL NETWORKS SOUTH AFRICA (PROPRIETAR | ATTN: STEPHEN GALE, JOHN OGILVIE HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| NORTEL NETWORKS TECHNOLOGY (THAILAND) LT | REGUS, 36TH FLOOR, CRC TOWER, ALL SEASON NO. 87/2 WIRELESS ROAD KHWAENG LUMPINI KHET PATHUMWAN BANGKOK THAILAND |
| NORTEL NETWORKS TECHNOLOGY (THAILAND) LT | 1768 THAI SUMMIT TOWER, 24TH FLOOR NEW PETCHBURI ROAD, BANGKAPI BANGKAPI, HUAY KWANG BANGKOK 10320 THAILAND |
| NORTEL NETWORKS TECHNOLOGY CORPORATION | C/O STEWART MCKELVEY SUITE 800, 1959 UPPER WATER ST. HALIFAX NS B3J 2X2 CANADA |
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIP | (SHANGHAI) CO., LTD. SHANGHAI BRANCH OFFICE ROOM 1101-1104 AND 1110-1113, 69 DONGFON SHANGHAI 200120 CHINA |
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIP | (SHANGHAI) CO., LTD. SOUTHPART 1ST & 2ND FLOOR, XINS NO. 43 B NO.556, FASAI ROAD WAIGAOQIAO FREE TRADE ZONE SHANGHAI 200131 CHINA |
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIP | (SHANGHAI) CO., LTD. GUANGZHOU BRANCH OFFICE UNIT 04, 31/F, NO. 403, HUAN SHI DONG LU GUANGZHOU 510095 CHINA |
| NORTEL NETWORKS TELECOMUNICACOES DO BRAS | AVENIDA DAS NACOES UNIDAS, 17.891 9 ANDAR, PARTE B SANTO AMARO SAO PAULO 04795-000 BRAZIL |
| NORTEL NETWORKS UK LIMITED | RIYADH, SAUDI ARABIA - BRANCH OFFICE 18TH FLOOR, ABRAJ BUILDING, ULAYYAH STRE RIYADH 11683 SAUDI ARABIA |
| NORTEL NETWORKS UK LIMITED | ATTN: STEPHEN GALE HERBERT SMITH, EXCHAN PRIMROSE STREEET LONDON EC2A 2HS UNITED KINGDOM |
| NORTEL NETWORKS UK LIMITED | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS UK LIMITED | MAIDENHEAD OFFICE PARK WESTACOTT WAY MAIDENHEAD BERKSHIRE SL6 3QH UNITED KINGDOM |
| NORTEL NETWORKS UK LIMITED | ATTN: MICHAEL LUSKIN  HUGHES HUBBARD ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| NORTEL NETWORKS UK LIMITED | ATTN: JAMES L. PATTON, EDWIN J. HARRON YOUNG CONAWAY  THE BRANDYWINE BLDG 1000 WEST STREET 17TH FLOOR WILMINGTON DE 19801 |
| NORTEL NETWORKS UK PENSION TRUST LIMITED | AND THE BOARD OF THE PENSION PROTECTION ATTN: MARC ABRAMS, BRIAN E. O'CONNOR SAMEER ADVANI, JEREMY E. CRYSTAL WILLKIE FARR & GALLAGHER LLP NEW YORK NY 10019 |
| NORTEL NETWORKS UK PENSION TRUST LIMITED | AND THE BOARD OF THE PENSION PROTECTION ATTN: CHARLENE D. DAVIS, JUSTIN R. ALBER BAYARD, P.A. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19801 |
| NORTEL TECHNOLOGY EXCELLENCE CENTRE PRIV | 122 BULL TEMPLE ROAD BANGALORE 560 019 INDIA |
| NORTEL TECHNOLOGY EXCELLENCE CENTRE PRIV | 5TH FLOOR, TOWER D IBC KNOWLEDGE PK, NO 4/1 BANNERGHATTA RD BANGALORE 560 029 INDIA |

| Claim Name | Address Information |
|---|---|
| NORTEL TECHNOLOGY EXCELLENCE CENTRE PRIV | NORTEL TECHNOLOGY EXCELLENCE CENTRE LTD. UNIT $701, 7TH FLOOR, "C" BLOCK RMZ CENT DODDANDEKUNDI (V), KRISHNARAJAPURAM (H) BANGALORE 560048 INDIA |
| NORTEL TRINIDAD AND TOBAGO LIMITED | 34 FITT STREET WOODBROOK PORT OF SPAIN TT |
| NORTEL TRINIDAD AND TOBAGO LIMITED | 5-7 SWEET BRIAR ROAD PORT OF SPAIN TRINIDAD AND TOBAGO |
| NORTEL VIETNAM LIMITED | HANOI PRESS CLUB, 4-6F, 59 LY THAI TO HOAN KIEM DISTRICT HANOI VIETNAM |
| NORTHERN TELECOM PCN LIMITED | ATTN: STEPHEN GALE, KEVIN LLOYD HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: LILY HARMER 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: JESSICA LATIMER 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: KENNETH T. ROSENBERG 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PALIARE ROLAND ROSENBERG ROTHSTEIN LLP | ATTN: MASSIMO (MAX) STARNINO 250 UNIVERSITY AVENUE SUITE 501 TORONTO ON M5H 3E5 CANADA |
| PT NORTEL NETWORKS INDONESIA | REGUS, 30/F MENARA KADIN INDONESIA JL H.R. RASUNA SAID BLOCK X-5, KAV 2-3 JAKARTA 12950 INDONESIA |
| THE BONDHOLDERS' COMMITTEE | ATTN: ALBERT A. PISA, MICHAEL D. NOLAN MILBANK TWEEN HADLEY & MCCLOY LLP 1 CHASE MANHATTA PLZ #47 NEW YORK NY 10005 |
| THE CANADA-ONLY CREDITORS' COMMITTEE THE | ATTN: MARK ZIGLER, SUSAN PHILPOTT KOSKIE MINSKY LLP 20 QUEEN STREET WEST, SUITE 900 TORONTO ON M5H 3R3 CANADA |
| THE JOINT ADMINISTRATORS | ATTN: DEREK J.T. ADLER HUGHES HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| THE MONITOR | ATTN: JAY CARGAGNINI GOODMANS LLP BAY ADELAIDE CENTRE, 333 BAY STREET, SUI TORONTO ON M5H 257 CANADA |
| THE UNSECURED CREDITORS COMMITTEE ("UCC" | ATTN: FRED HODARA, DAVID BOTTER, BRAD KA AKIN, GUMP, STRAUSS, HAUER & FELD, LLP ONE BRYANT PARK NEW YORK NY 10036 |
| WILMINGTON TRUST COMPANY | (REPRESENTED BY J. SALMAS OF HEENAN IJN ATTN: SUSAN POWER JOHNSTON, AMANDA RABOY COVINGTON & BURLING LLP THE NEW YORK TIMES BUILDING, 620 EIGHTH NEW YORK NY 10018-1405 |

> **Total Creditor count  139**

| Claim Name | Address Information |
|---|---|
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ANSTEAD, VICTORIA | 3894 RIDGE LEA ROAD # A BUFFALO NY 14228 |
| BASS, JANET | 1228 MOULTRIE COURT RALEIGH NC 27615 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO, ESQ. & DANIEL A. O'BRIEN, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET NEWARK CA 94560 |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOSWELL MANN, WENDY | 4913 SUMMIT PLACE DR. NW, APT 404 WILSON NC 27896 |
| BOYER, BONNIE J. | 305 W. JUNIPER AVE STERLING VA 20164 |
| BRAD LEE HENRY | 11596 W SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| BRADY, ELLEN SUE | 1630 DRY ROAD ASHLAND CITY TN 37015 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT E. BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN, REMAJOS | 2353 SWORD DRIVE GARLAND TX 75044 |
| BRUCE FRANCIS | 5506 LAKE ELTON RD. DURHAM NC 27713 |
| CARLSEN, ROGER G. | 390 E. PASEO CELESTIAL SAHUARITA AZ 85629 |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| CARR, BARBARA | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| CARTER LEDYARD & MILBURN LLP | ATTN: SUSAN P. JOHNSON 2 WALL STREET NEW YORK NY 10005 |
| CHAD SORAINO | 894 HICKORY AVE. HESPERIA CA 92345 |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. RALEIGH NC 27604 |
| CRAIG, JAMES | 42 E. CAVALIER ROAD SCOTTSVILLE NY 14546 |
| CULLEN, EMILY D | 100 TELMEW CT CARY NC 27518 |
| DAVID LITZ | 316 N MANUS DRIVE DALLAS TX 75224 |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DEBORAH M. M. JONES | P.O. BOX 458 WILLOW SPRING NC 27592 |
| DEMEL ERNEST | RCS BOX 426 NEW YORK NY 10101 |
| DUNSTON, BARBARA | 261 MCNAIR DRIVE HENDERSON NC 27537 |
| DURANT, FRED | 708 EAST H STREET LEOTI KS 67861 |
| ELLIOTT, JOHN S. | 6 GROUSE LANE MERRIMACK NH 03054 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FAIRCLOTH, DEBORAH | 115 WINCHESTER LANE ROCKY POINT NC 28457 |
| FAISON, NANETTE | 981 KITTRELL RD KITTRELL NC 27544 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| FREDDIE WORMSBAKER | 327 LOCUST ST. TWIN FALLS ID 83301 |
| GALLAGHER, BARBARA | 410 WEST ACRES ROAD WHITESBORO TX 76273 |
| GAMBOURG & BORSEN LLP | ATTN: ROMAN GAMBOURG, ESQ. COUNSEL TO MERA NETOWRKS THE BRIDGE PLAZA BUILDING 2185 LEMOINE AVENUE, SUITE B4 FORT LEE NJ 07024 |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 TYLER TX 75709 |

| Claim Name | Address Information |
|---|---|
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE TORRANCE CA 90505 |
| GLORIA BENSON | 1824 WILSON PIKE BRENTWOOD TN 37027 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY 1 FIRST CANADIAN PLACE 100 KING STREET WEST, SUITE 1600 TORONTO ON M5X 1G5 CANADA |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE. PORTERVILLE CA 93257 |
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| HEINBAUGH, ALLAN | 19816 COLBY CT SARATOGA CA 95070 |
| HEISLER, SUSAN ANN | 133 ANNA ROAD BOX 194 BLAKESLEE PA 18610 |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| HODGES, RICHARD | 913 WINDEMERE LANE WAKE FOREST NC 27587 |
| HOVATER, JR., GEORGE I | 9009 CASALS ST. UNIT 1 SACRAMENTO CA 95826 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| JACOBS, WANDA | 801 DUPREE STREET DURHAM NC 27701 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANETTA HAMES | 649 FOSSIL WOOD DRIVE SAGINAW TX 76179 |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JEFFREY B. BORRON | 13851 TANGLEWOOD DR. FARMER BRANCH TX 75234 |
| JOHN J. ROSSI | 1568 WOODCREST DRIVE WOOSTER OH 44691 |
| JOHN MERCER | 121 MONASTERY RD. PINE CITY NY 14871 |
| JOHNSON, WILLIAM E. | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. #1023 DALLAS TX 75248 |
| KENNETH MURRAY | PO BOX 3043 MCKEESPORT PA 15134 |
| KERRY WAYNE LOGAN | 1207 HIGH HAMMOCK DR. #102 TAMPA FL 33619 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNESET S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KUMAR, RAHUL | C-701 NEELACHAL APT. PLOT NO 3 SECTOR 4, DWARKA NEW DELHI 110078 INDIA |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LATHAM & WATKINS LLP | ATTN: DAVID S. ALLINSON; THOMAS MALONE; ALEXANDRA CROSWELL 885 THIRD AVENUE, SUITE 100 NEW YORK NY 10022 |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. COUNSEL TO MERA NETWORKS 800 WEST STREET WILMINGTON DE 19801 |
| LEWIS, BETTY | 1301- H LEON ST. DURHAM NC 27705 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| MACLVER, RALPH | 116 HONEYCOMB LANE MORRISVILLE NC 27560 |
| MADDRY, SHIRLEY | 2519 RIDDLE ROAD DURHAM NC 27703 |
| MANN, WENDY BOSWELL | 4913 SUMMIT PLACE DR. NW, APT. 404 WILSON NC 27896 |
| MARILYN DAY | 2020 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARTEL, ROBERT JOSEPH | 200 LIGHTHOUSE LANE APT B3 SWANSBORO NC 28584 |
| MASSENGILL, TERRY D. | 126 KERI DRIVE GARNER NC 27529 |
| MCCAFFREY, LEAH | 7139 DEBBE DR. DALLAS TX 75252 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MICHAEL D REXROAD | 5244 LINWICK DR. FUQUAY VARINA NC 27526 |
| MICHAEL MCWALTERS | PO BOX 338 ALVISO CA 95002-0338 |

| Claim Name | Address Information |
|---|---|
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MORRISON, PAUL EDWARD | 2241 COLLEGE AVENUE QUINCY IL 62301 |
| MULLETT, REID | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| NAJAM UD DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NANCY WILSON | 7101 CHASE OAKS BLVD., APT. 1637 PLANO TX 75025 |
| NEUMANN, JANE | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| NORTON ROSE | ATTN: TONY REYES ROYAL BANK PLAZA SOUTH TOWER 200 BAY ST., SUITE 3800 TORONTO ON M5J 2Z4 CANADA |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA BEACH FL 32034 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PETER LAWRENCE | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| POWELL, PAMELA J. | 676 BROOKVIEW DRIVE CHAPEL HILL NC 27514 |
| PURDUM,LEONA | 2532 N. 4TH STREET # 254 FLAGSTAFF AZ 86004 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| REXROAD, MICHAEL D. | 5244 LINWICK DR FUQUAY VARINA NC 27526 |
| RICHARD LYNN ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| RICHARDSON, CYNTHIA B | 5717 CYPRESS DRIVE ROWLETT TX 75089 |
| ROBERT DALE DOVER | 2509 QUAIL RIDGE RD. MELISSA TX 75454 |
| ROBERT JOSEPH MARTEL | 200 LIGHTHOUSE LANE; APT. B3 SWANSBORO NC 28584 |
| RODGER G. CARLSEN | 390 E. PASEO CELESTIAL SAHUARITA AZ 85629 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROOB, CHAE S. | 8584 CHANHASSEN HILLS DR. SOUTH, CHANHASSEN MN 55317 |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 PAHRUMP NV 89060 |
| SCHMIDT, WAYNE J. | 5346 S. MOHAVE SAGE DR. GOLDEN CANYON AZ 85118 |
| SCOTT DAVID HOWARD | 2050 CABIAO ROAD PLACERVILLE CA 95667 |
| SCOTT GENNETT | 16 WILDWOOD DRIVE LAKE GROVE NY 11755 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 PERTH AMBOY NJ 08861 |
| SEYMOUR, LYNETTE KAY | 16711 RIVENDELL LANE AUSTIN TX 78737 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, 19TH FLOOR NEW YORK NY 10001 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STATE OF MICHIGAN, DEPARTMENT OF TREASURY | HEATHER L. DONALD AND ALLISON M. DIETZ REVENUE AND COLLECTIONS DIVISION 3030 W. GRAND BLVD, SUITE 10-200 DETROIT MI 48202 |
| STEPP, OLIVE JANE | 470 FAIRVIEW ROAD ASHEVILLE NC 28803 |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THOMPSON, MICHAEL R. | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| TIM STEELE | POWER OF ATTORNEY FOR WAYNE SCHMIDT P.O. BOX 374 CHRISTOPHER LAKE SK S0J 0N0 CANADA |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TOTMAN, CARMEL TURLINGTON | 164 BERTON STREET BOONE NC 28607 |
| TURNER, BRUCE | 8 SUNSET DRIVE HOMER NY 13077 |
| TURNER, RAYMOND | 1813 ERIC DRIVE GRAHAM NC 27253 |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE GOLDSBORO NC 27530 |
| VEGA, DEBRA | 818 GLENCO ROAD DURHAM NC 27703 |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| WADLOW, JERRY | PO BOX 79 WEWOKA OK 74884 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WILLIAM A. REED | 7810 HEATON DRIVE THEODORE AL 36582 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WOLFE, PAUL DOUGLAS | 113 RED DRUM LANE GLOUCESTER NC 28528 |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY LAWRENCEVILLE GA 30044 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |

**Total Creditor count  146**

**EXHIBIT B**

| name | contact | fax |
|---|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT | 508-910-8441 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S HODARA ESQ; RYAN C JACOBS ESQ | 212-872-1002 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQLISA JP KRAIDIN ESQ | 212-610-6399 |
| AMPHENOL CORPORATION | ATTN: EDWARD C WETMORE VP & GEN COUNSEL | 203-265-8827 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO | 407-770-6162 |
| ARDENT LAW GROUP PC | ATTN: HUBERT H KUO ESQ | 949-863-9783 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S LADDIN ESQFRANK N WHITE ESQ | 404-873-8121 |
| ASHBY & GEDDES PA | ATTN: RICARDO PALACIO ESQ | 302-654-2067 |
| ASHBY & GEDDES PA | ATTN: WILLIAM P BOWDEN ESQ | 302-654-2067 |
| ASHBY & GEDDES PA | GREGORY A TAYLOR ESQ; BENJAMIN W KEENAN | 302-654-2067 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L MCCLOUD ESQ | 615-741-3334 |
| BAKER BOTTS LLP | JUDITH W ROSS ESQ | 214-661-4605 |
| BALLARD SPAHR | ATTN: TOBEY M DALUZ ESQLESLIE HEILMAN ESQ | 302-252-4466 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L POLLACK ESQJEFFREY MEYERS ESQ | 215-864-9473 |
| BALLARD SPAHR LLP | ROBERT MCL BOOTE ESQ | 215-864-8999 |
| BALLARD SPAHR LLP | TOBEY M DALUZ ESQ; DAVID T MAY ESQ | 302-252-4466 |
| BARTLETT HACKETT FEINBERG PC | ATTN: FRANK F MCGINN ESQ | 617-422-0383 |
| BAYARD PA | ATTN: CHARLENE D DAVIS ESQDANIEL A O'BRIEN ESQ | 302-658-6395 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L URANGA | 334-954-6106 |
| BERNSTEIN SHUR SAWYER & NELSON | ATTN: ROBERT J KEACH ESQ; PAUL MCDONALD ESQ; | 207-774-1127 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M SCHWAB ESQTHOMAS M GAA ESQ | 650-494-2738 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATOKEVIN G COLLINS | 302-254-5383 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO LLC; MATTHEW DENN ESQ; | 302-254-5383 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H LISTER | 202-659-5800 |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL ESQ; | 302-425-6464 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER | 585-238-9012 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER | 212-938-3837 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D FLASCHENKATHERINE L LINDSAY | 860-246-3201 |
| BROWN & CONNERY LLP | ATTN: DONALD K LUDMAN ESQ | 856-853-9933 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ | 212-541-4630 |
| BRYAN CAVE LLP | ATTN: ERIC S PREZANT ESQ | 312-602-5050 |
| BRYAN CAVE LLP | ATTN: CULLEN K KUHN ESQ | 314-552-8869 |
| BUCHALTER NEMER | ATTN: SHAWN M CHRISTIANSON ESQ | 415-227-0770 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F CALOWAY ESQPJ DUHIG ESQ | 302-552-4295 |
| CHADBOURNE & PARKE LLP | ATTN: N THODORE ZINK JR ESQ | 212-541-5369 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L PERNICKSANJAY BHATNAGAR | 302-652-3117 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E MOMJIAN | 215-560-2202 |
| CONNOLLY BOVE | ATTN: JEFFREY S WISLER ESQMARC J PHILLIPS ESQ | 302-658-0380 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H RUDMAN ESQ; DAVID A ROSENFELD ESQ | 631-367-1173 |
| COWLES & THOMPSON PC | ATTN: STEPHEN C STAPLETON | 214-462-6401 |
| CROSS & SIMON LLC | CHRISTOPHER P SIMON ESQ | 302-777-4224 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J REISMAN ESQJAMES V DREW ESQ | 212-697-1559 |
| CYNTHIA ANN SCHMIDT | | 530-692-1499 |
| DAVIS & KUELTHAU SC | ATTN: RUSSELL S LONG ESQ | 414-278-3656 |
| DEWEY & LEBOEUF LLP | LAWRENCE E MILLER ESQ | 312-794-8100 |
| DLA PIPER LLP (US) | ATTN: RICHARD M KREMEN ESQDALE K CATHELL ESQ | 410-580-3001 |
| DUANE MORRIS LLP | MICHAEL R LASTOWSKI ESQ; SUMMER L ROSS ESQ | 302-657-4901 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M BROWN | 302-770-7263 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X ZAHRALDDIN-ARAVENA; | 302-384-9399 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN VICE PRESIDENT | 303-927-4513 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M ALSTON ESQ | 206-447-9700 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S BUDKE ESQ | 561-691-7103 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE | 302-739-3812 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J WUNDERR SNAYNE KUKULOWICZ | 416-863-4592 |
| FREEBORN & PETERS LLP | ATTN: AARON L HAMMER ESQDEVON J EGGERT ESQ | 312-360-6995 |
| FREEBORN & PETERS LLP | ATTN: DEVON J EGGERT ESQ | 312-360-6995 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A ROSENZWEIG ESQ | 212-318-3400 |
| GIBBONS PC | ATTN: DAVID N CRAPO ESQ | 973-639-6244 |
| GIBSON DUNN | JANET WEISS ESQ | 212-351-4035 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J HORVAY ESQ | 312-899-1624 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S KOPIT ESQCHRISTOPHER W PEER ESQ | 216-241-2824 |

| | | |
|---|---|---|
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E GISLESON | 504-561-6024 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V DORAN ESQ | 617-345-9020 |
| HOLBROOK MARY L | | 916-983-0969 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ | 208-396-3958 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R WARMAN | 214-740-7181 |
| IBM CORP LEGAL DEPT | ATTN: R S STAHEL | 972-561-6487 |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR | 845-491-5032 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | 215-516-2015 |
| J SCOTT DOUGLASS ESQ | | 713-227-7497 |
| JONES DAY | ATTN: JEFFREY B ELLMAN ESQROBBIN S RAHMAN ESQ | 404-581-8330 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E NOBLE ESQ | 212-894-5653 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P BRANCH ESQ | 310-788-4471 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S STEEL ESQ | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | KRISTIN S ELLIOTT ESQ | 212-808-7897 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T ATTANASIO ESQ | 310-407-9090 |
| KLEHR HARRISON | ATTN: JOANNE B WILLS ESQ | 302-426-9193 |
| LANDIS RATH & COBB LLP | ADAM G LANDIS ESQ; KERRI K MUMFORD ESQ; | 302-467-4450 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J RIELA ESQ | 212-751-4864 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J ROSENBERG ESQ | 212-751-4864 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N GOLDSTEIN ESQ | 212-751-4864 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K DEXTER ESQ | 720-931-3201 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K BROWN ESQ | 602-734-3866 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G AELVOET ESQ | 210-226-4308 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ | 469-221-5002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P DILLMAN ESQ | 713-844-3503 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A D'AGOSTINO ESQ | 973-597-2400 |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD ESQ; IRA M LEVEE ESQ | 973-597-2400 |
| MAGNOZZI & KYE LLP | ATTN: AMISH R DOSHI ESQ | 631-923-2860 |
| MALEK SCHIFFRIN LLP | JAVIER SCHIFFRIN ESQ; KEVIN MALEK ESQ | 212-220-9504 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST ESQ; THOMAS M VITALE ESQ; | 212-262-1910 |
| MAYER BROWN LLP | ATTN: MELISSA A MICKEY | 312-706-9359 |
| MCCARTER & ENGLISH LLP | ATTN: WILLIAM F TAYLOR JR ESQ | 302-984-6399 |
| MCGUIREWOODS LLP | ATTN: DAVID I SWAN ESQKENNETH M MISKEN ESQ | 703-712-5050 |
| MEYERS LAW GROUP PC | ATTN: MERLE C MEYERS ESQMICHELE THOMPSON ESQ | 415-362-7515 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F DUNNE ESQTHOMAS R KRELLER ESQ | 212-822-5219 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L MOREAU ESQ | 573-751-7232 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN | 866-741-2505 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER PA | ATTN: RACHEL B MERSKY ESQ | 302-656-2769 |
| MORRIS JAMES LLP | ATTN: BRETT D FALLON ESQ | 302-571-1750 |
| MORRIS JAMES LLP | ATTN: CARL N KUNZ ESQMICHAEL J CUSTER ESQ | 302-571-1750 |
| MORRIS JAMES LLP | ATTN: STEPHEN M MILLER; COURTNEY R HAMILTON | 302-571-1750 |
| MOSES & SINGER LLP | ATTN: ALAN KOLODCHRISTOPHER CARUSOKENT KOLBIG | 212-554-7700 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST CITY ATTY | 720-913-3180 |
| NIXON PEABODY LLP | ATTN: LOUIS J CISZ III | 415-984-8300 |
| NOSSAMAN LLP | ATTN: ROBERT S MCWHORTER ESQ | 916-442-0382 |
| OFFICE OF THE US TRUSTEE | ATTN: MARK KENNEY | 302-573-6497 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQLAURA D METZGER ESQ | 212-506-5151 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E MOMJIAN ESQ | 215-560-2202 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONESTIMOTHY P CAIRNS | 302-652-4400 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: LAUREN F VERNI | 401-861-8210 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: PATRICIA ANTONELLI | 401-861-8210 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A LOWENTHAL; BRIAN P GUINEY | 212-336-2222 |
| PATTERSON HARKAVY | | 919-942-5256 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ROBERT E WINTER | 202-551-0129 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY | |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ | 202-326-4112 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQLEIGH-ANNE M RAPORT ESQ | 302-421-8390 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ | 302-421-8390 |
| PEPPER HAMILTON LLP | DAVID B STRATTON ESQ; EVELYN J MELTZER ESQ | 302-421-8390 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ | 817-860-6509 |
| PINCKNEY HARRIS & WEIDINGER LLC | ATTN: DONNA L HARRIS ESQ; KEVIN M CAPUZZI ESQ | 302-442-7046 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQJUSTIN K EDELSON ESQ | 302-252-0921 |

| | | |
|---|---|---|
| POST & SCHELL PC | ATTN: BRIAN W BISIGNANI ESQ | 717-731-1985 |
| POYNER SPRUILL LLP | ATTN: SHANNON E HOFF | 704-342-5264 |
| PRICKETT JONES & ELLIOTT PA | ATTN: BRUCE E JAMESON ESQ | 302-658-8111 |
| PRYOR CASHMAN LLP | ATTN: RONALD S BEACHER ESQ | 212-515-6959 |
| RAY QUINNEY & NEBEKER PC | ATTN: STEPHEN C TINGEY ESQ | 801-532-7543 |
| REED SMITH LLP | ATTN: KURT F GWYNNE ESQJ CORY FALGOWSKI ESQ | 302-778-7575 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQCHRISTOPHER M SAMIS ESQ | 302-651-7701 |
| RIDDELL WILLIAMS PS | ATTN: JOSEPH E SHICKICH JR ESQ | 206-389-1708 |
| ROBINSON BRADSHAW & HINSON PA | ATTN: DAVID M SCHILLI ESQTY E SHAFFER ESQ | 703-378-4000 |
| ROPES & GRAY LLP | ATTN: MARK I BANEANNE H PAK | 212-596-9090 |
| ROPES & GRAY LLP | JAMES M WILTON ESQ; PATRICIA I CHEN ESQ | 617-951-7050 |
| SAUL EWING LLP | ATTN: JOYCE A KUHNS | 410-332-8964 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH | 212-336-1348 |
| SECRETARY OF TREASURY | | 302-739-5635 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQKIMBERLY K SMITH ESQ | 212-332-3888 |
| SIRLIN GALLOGLY & LESSER PC | ATTN: DANA S PLON ESQ | 215-864-9669 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: SARAH E PIERCE | 302-651-3001 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP ATTN: AMOS U PRIESTER IV ESQ | 919-821-6800 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M MILLER ESQ | 302-652-8405 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | ATTN: EDMOND P O'BRIEN ESQ | 212-681-4041 |
| STEVENS & LEE PC | ATTN: MARIA APRILE SAWCZUK | 610-988-0838 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D SULLIVAN ESQ | 302-428-8195 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER | 919-541-8297 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ | 302-656-1434 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA | 212-704-2236 |
| TOGUT SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT ESQ; NEIL BERGER ESQ | 212-967-4258 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK | 860-277-2158 |
| TW TELECOM INC | ATTN: LINDA BOYLE | 303-566-1010 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK | 215-986-5721 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZIACTING GENERAL COUNSEL | 202-776-0080 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE | 302-573-6431 |
| US DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B SHAPIRO ESQ | 202-307-0494 |
| VEDDER PRICE PC | ATTN: MICHAEL L SCHEIN ESQ | 212-407-7799 |
| VEDDER PRICE PC | COUNSEL TO MIKE ZAFIROVSKI | 312-609-5005 |
| VONBRIESEN & ROPER SC | ATTN: RANDALL D CROCKER ESQ | 414-238-6532 |
| VORYS SATER SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB ESQ | 614-719-4663 |
| WACHTELL LIPTON ROSEN & KATZ | ATTN: PHILIP MINDLIN ESQ; DOUGLAS K MAYER ESQ | 212-403-2217 |
| WEIR & PARTNERS LLP | JEFFREY S CIANCIULLI ESQ | 302-652-8909 |
| WERB & SULLIVAN | ATTN: DUANE D WERB ESQ | 302-652-1111 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J LIPKIN ESQJEREMY E CRYSTAL ESQ | 212-728-8111 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G LEDWIN ESQ | 914-323-7001 |
| WOLFF & SAMSON PC | ATTN: ROBERT E NIES ESQ | 973-530-2212 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | STEVEN K KORTANEK ESQ; MATTHEW P WARD ESQ | |
| YOUNG CONAWAY | ATTN: JAMES L PATTONEDWIN J HARRON | 302-571-1253 |
| SEC | | 202-772-9317 |

| NAME | FAX |
|------|-----|
| Herbert Smith Stephen Gale | 011-44-20-7098-4878 |

| NAME | FAX |
|------|-----|
| Hitachi Communications Technologies Ltd | 011-813-6404-0555 |