**From:** ▮
**Sent:** Thursday, April 25, 2013 12:41 PM
**To:** ▮
**Subject:** Fwd: Settlement

▮

Begin forwarded message:

> **From:** Bruce Turner <▮>
> **Date:** April 25, 2013, 12:15:56 PM EDT
> **To:** "▮
> **Subject: Settlement**
>
> My name is Bruce Turner I support the LTD Settlement.
>
> ▮

**From:**
▮