IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

UNITED STATES' OBJECTION TO MOTION
FOR APPROVAL OF DISTRIBUTION AND RELATED RELIEF

COMES NOW the United States of America and respectfully objects to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief (Doc. 10049). The committee requests that the Court enter an order establishing the tax consequences to the debtors of the proposed distribution and related transactions. (Ex. C, Doc. 10049-4, at ¶ 12.) However, the Court does not have jurisdiction to enter such an order.

An order establishing the tax consequences of a proposed transaction is a declaratory judgment. See, e.g. In re UAL Corp., 336 B.R. 370, 372 (Bankr. N.D. Ill.) The Declaratory Judgment Act generally authorizes federal courts to enter declaratory judgments, but it generally denies federal courts that power with respect to federal taxes. 28 U.S.C. § 2201. There is an exception to this general prohibition, though, for proceedings under Bankruptcy Code § 505. Id. This appears to be the only exception that could colorably apply in this case.

But § 505 allows a bankruptcy court to decide only existing tax disputes, not future ones. See UAL, 336 B.R. at 378 (analyzing legislative history and concluding that § 505 allows only "adjudication of existing tax liabilities or refund claims").

1

Paragraph 12 of the committee's proposed order includes language resolving a potential future tax dispute. Such an order is not proper under § 505, and as such the Court does not have jurisdiction to enter it.

WHEREFORE, the United States respectfully prays that the Court deny the request of the Official Committee of Long Term Disability Participants for the Court to determine the tax consequences to the debtors of the proposed distribution and related transactions.

DATED: April 25, 2013.

>                KATHRYN KENEALLY
>                Assistant Attorney General
>                Tax Division
>
>
>                /s/ W. Bradley Russell
>                W. BRADLEY RUSSELL
>                Trial Attorney, Tax Division
>                U.S. Department of Justice
>                Post Office Box 227
>                Ben Franklin Station
>                Washington, D.C. 20044
>                Telephone: 202-307-0854

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served this 25th day of April 2013, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

/s/ W. Bradley Russell
W. BRADLEY RUSSELL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-307-0854

9903566.1