# EXHIBIT A

## Objections Filed

| DATE | D.I. | DESCRIPTION |
|---|---|---|
| 1/28/2013 | 9342 | Daniel David Objection |
| 2/4/2013 | 9366 | Paul Morrison Objection |
| 2/4/2013 | 9367 | Jerry Wadlow Objection |
| 2/5/2013 | 9370 | Marilyn Day Objection |
| 2/5/2013 | 9372 | Charles Barry Objection |
| 2/7/2013 | 9382 | Ernest Demel Objection |
| 2/5/2013 | 9384 | Stephen Paroski Objection |
| 2/25/2013 | 9517 | Stephen Paroski Objection |
| 3/18/2013 | 9673 | Estelle Loggins Motion |
| 4/16/2013 | 10146 | Wayne Schmidt Objection |
| 4/16/2013 | 10152 | Kevin Leonard Objection |
| 4/16/2013 | 10153 | Kevin Leonard Objection |
| 4/17/2013 | 10159 | William Reed Joinder to Wayne Schmidt |
| 4/17/2013 | 10172 | Vernon Long Objection |
| 4/18/2013 | 10174 | Narinder Saran Objection |
| 4/18/2013 | 10175 | Narinder Saran Objection |
| 4/18/2013 | 10176 | Narinder Saran Objection |
| 4/18/2013 | 10180 | Marilyn Day Objection |
| 4/19/2013 | 10188 | Paul Wolfe Joinder |
| 4/19/2013 | 10189 | John Rossi Joinder |

| DATE | D.I. | DESCRIPTION |
|---|---|---|
| 4/19/2013 | 10191 | Miriam Stewart Objection |
| 4/19/2013 | 10196 | George Hovater Joinder |
| 4/19/2013 | 10198 | Jerry Wadlow Objection |
| 4/19/2013 | 10199 | Jerry Wadlow Objection |
| 4/19/2013 | 10200 | Jerry Wadlow Objection |
| 4/19/2013 | 10201 | Daniel David Objection |
| 4/19/2013 | 10202 | Daniel David Objection |
| 4/19/2013 | 10203 | Daniel David Objection |
| 4/19/2013 | 10204 | Daniel David Objection |
| 4/19/2013 | 10207 | Emily Cullen Objection |
| 4/19/2013 | 10208 | Vernon Long Objection |
| 4/19/2013 | 10209 | Kevin Leonard Objection |
| 4/23/2013 | 10238 | Kevin Leonard Objection |
| 4/23/2013 | 10252 | Marilyn Green Objection |
| 4/24/2013 | 10279 | Marilyn Day Supplemental Objection |
| 4/24/2013 | 10291 | Caroline Underwood Objection |
| 4/25/2013 | 10303 | Jerry Wadlow Joinder to Wayne Schmidt |