**Subject:** RE: I am in Agreement with the Settlement

**From:** DeAnna Soriano [mailto: ▮ ]
**Sent:** Thursday, April 25, 2013 3:55 PM
**To:** Rafael X. Zahralddin-Aravena
**Subject:** I am in Agreement with the Settlement

I am an agreement with the settlement.

Chad soriano