# **EXHIBIT 1**

Claims Services Provided by

**The Prudential Insurance Company of America**



October 4, 2012

Estelle Loggins

STEPHEN X MILLER
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87696
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

Claimant: Estelle Loggins
Claim No.:
Date of Birth:
Control No./Br.: 39900 / 000RB

Dear Ms. Loggins:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc..

Under the terms of the plan, benefits are payable up to a maximum duration, and our records indicate that the maximum duration of your LTD claim is December 10, 2012. Therefore, your claim is terminated effective December 11, 2012 with no further benefits payable.

Please note that you claim is not being closed on the basis of an evaluation of your medical status but rather on the contractual maximum duration of benefits payable under the terms of the policy.

Prudential will send you a payment each month up to the maximum period of payment.

Your maximum period of payment is age 65:

### Appeal Rights

You have a right to appeal this decision. If you choose to do so, your appeal must be made in writing by you or your authorized representative, and submitted within 180 days of the date of receipt of this letter. Your appeal should contain:

- Your name, control number, and Social Security number (or claim number)
- The reasons that you disagree with our determination
- Medical evidence or information to support your position such as:
    - Copies of therapy treatment notes
    - Any additional treatment records from physicians
    - Actual test results (e.g. EMG, MRI)

You may submit with your appeal any other written comments, documents, records, or information related to your claim.

You are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim.

Your written claim appeal should be submitted to Appeals Review Unit at the address listed above.

A determination on your appeal will be made within 45 days of the receipt of your appeal request. This period may be extended by 45 days, if special circumstances require an extension. You will receive written notice of the extension, the reason for the extension, and the date by which the Appeals Review Unit expects to render a decision, within the initial 45-day period. However, if the Appeals Review Unit requests additional information, the extension may be delayed until you provide the requested information.

If our decision to deny benefits is upheld at the first level of appeal, you or your authorized representative may file a voluntary second appeal. You are entitled to receive upon request and at no cost, sufficient information to make a decision about filing this appeal. The same time frame for the first appeal will apply to the second appeal.

After completion of the first level of appeal, you may also file a lawsuit under the Employee Retirement Income Security Act (ERISA). ERISA allows you to file suit for policy benefits and reasonable attorney's fees. Your decision on whether to file a second appeal will not affect your rights to sue under ERISA.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
***STEPHEN X MILLER***
STEPHEN X MILLER
Disability Claim Manager

cc:   Nortel Networks , Benefits Administrator


Attachments:

Nortel Networks
Benefits Administrator
GES Disb Prime - MS 570/02/0C2
PO Box 13010
Research Triangle Park, NC  27709-3010

|ˌIˌIˌIIˌˌˌIIˌˌIIIˌˌIˌIˌˌˌIIˌIIˌˌˌˌIIIIˌˌIˌIˌIˌIˌˌˌIIˌI