**<u>EXHIBIT 3</u>**



# GROUP
# BENEFITS
# PLAN



## northern
## telecom

Salaried
Revised
Plan

# Your Benefit Plan

The Plan Summary issued to you as a part of this Booklet summarizes the coverages and amounts that are available to you.

You will become covered for the benefits described only if you are eligible, enroll for each coverage as required and agree to make any required contributions.

Source of Benefits — The Employee Term Life and Accidental Death and Dismemberment Insurance and Dependents Term Life Insurance is provided under a group insurance policy underwritten by The Prudential Insurance Company of America. The Long Term Disability and Medical Benefits are provided directly by Northern Telecom Inc. through a self-funded program under which The Prudential Insurance Company of America will provide certain administrative and claim services.

NORTHERN TELECOM INC.

# Table of Contents

## PART I

### Term Life and Accidental Death and Dismemberment Insurance.
### Underwritten by The Prudential Insurance Company of America.

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Employee Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Employee Accidental Death and Dismemberment Insurance . . . . . . . . . . . . . . .
Dependents Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Termination of Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## PART II

### Long Term Disability and Medical Expense Benefits.
### Provided by Northern Telecom Inc.

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Long Term Disability Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Medical Expense Benefits Foreword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Hospital Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Convalescent Facility Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Surgical Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Second Surgical Opinion Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Physicians Expense Benefits (In Hospital) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Diagnostic Laboratory and X-Ray Expense Benefits . . . . . . . . . . . . . . . . . . . . . . 23
Supplemental Accident Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Major Medical Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Dental Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Miscellaneous Medical Expense Provisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
Termination of Coverage Provisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
Extension of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
Conversion Privilege for Medical Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . 38
General Provisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

## PART III

Insurance Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
Summary Plan Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

# Part I
# Employee Term Life and Accidental Death and Dismemberment Insurance and Dependents Term Life Insurance

Underwritten by The Prudential Insurance
Company of America

# Eligibility Provisions

## Eligibility

If you are a full-time employee in an Eligible Class shown in the Plan Summary, you will become covered for Employee Term Life and Accidental Death and Dismemberment Insurance and Dependents Term Life Insurance under the plan on the first day on or after the Effective Date shown in the Plan Summary on which you are eligible and have enrolled for the coverage.

If you do not enroll for the Contributory Life and Accidental Death and Dismemberment Insurance within 31 days after you first become eligible for that coverage, you will be required to furnish evidence of your good health and that coverage will not become effective until Prudential has determined that evidence to be satisfactory.

If you are both disabled and away from work on the date you would otherwise become covered, your coverage will not start until you return to active work.

## Eligible Dependents

Eligible dependents include your wife or husband (except in the event of divorce or annulment), and your unmarried children who are 14 days of age but less than 19 years of age. However, no dependent will be eligible while that dependent is employed and is covered under his employer's group benefits plan.

In addition to your own or lawfully adopted child, any step child, foster child or child for whom you are a legal guardian may be included the same as your own child, provided the child depends on you for support and maintenance and lives with you in a regular parent-child relationship.

Any other unmarried child age 19 or more but less than age 25 who is a full-time student in an educational institution and depends wholly upon you for support and maintenance will also be considered your eligible dependent.

No one will be eligible as a dependent while covered as an employee or while in active military service.

If you have met the requirements for covering your dependents shown in the Eligibility Provisions of the Plan Summary, an eligible dependent will become covered immediately. However, if a dependent is confined for medical care or treatment in any institution or at home when coverage would normally start, the dependent will not be covered until given a final release by the doctor from all such confinement.

# Your Term Life Insurance

See the Plan Summary for the amount of insurance available to you.

Your Term Life Insurance will be paid to any beneficiary you name if you die from any cause. You may change your beneficiary whenever you wish.

## Insurance During Total Disability

If you become totally disabled, contact your Employer as soon as possible to determine what arrangements can be made to continue your insurance. If you become totally disabled before age 60, your Employer may pay the full cost of your Term Life Insurance while you remain totally disabled. To have your Employer pay the cost of this insurance, you must furnish proof of total disability between nine and twelve months after the disability commenced, and as required thereafter. Should you die during the first 12 months of total disability, your insurance will be paid even if you had not furnished proof of the disability or premiums had not been continued.

## Change To An Individual Policy

During the 31 days following termination of your employment, you may change your Group Term Life Insurance, without having to furnish evidence of good health, to one of a number of Prudential individual life policies. The policy will be effective at the end of the 31-day period, and the premiums will be the same as you would ordinarily pay if you applied for an individual policy at that time. If you die during this 31-day period, your Group Term Life Insurance will be paid whether or not you have applied for an individual policy.

The amount of any reduction in your Term Life Insurance due to your attainment of age 70 or retirement may be changed to an individual policy under the same conditions described above.

## Certificate

Refer to your Certificate at the end of this booklet for additional information on your life insurance.

# Your Accidental Death and Dismemberment Insurance

See the Plan Summary for the amount of insurance available to you.

This insurance will be paid for any of the following losses as the result of an accident occurring on or off the job while you are insured. It is payable regardless of other insurance.

Loss of Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Full Amount of Insurance
(Paid to your beneficiary)

Loss of:
Both hands, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Both feet, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Sight of both eyes, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     Full Amount
One hand and one foot, . . . . . . . . . . . . . . . . . . . . . . . . . .     of Insurance
One hand and sight of one eye, or                                          (Paid to you)
One foot and sight of one eye . . . . . . . . . . . . . . . . . . . . .

Loss of:
One hand, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     One-half the
One foot, or . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     Amount of
Sight of one eye . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     Insurance
                                                                          (Paid to you)

---

**Exclusions**

The Accidental Death and Dismemberment Insurance does not cover loss that occurs more than 90 days after the accident, nor any loss resulting from war (including undeclared war and armed aggression), suicide, attempted suicide, bodily or mental infirmity or disease, or an infection other than a pyogenic infection of an accidental cut or wound.

The total payment for all losses due to any one accident will not be more than the full amount of insurance.

---

**Certificate**

Refer to your Certificate at the end of this booklet for additional information on your Accidental Death and Dismemberment Insurance.

# Term Life Insurance For Your Dependents

The amount of Term Life Insurance shown in the Plan Summary will be paid t you if one of your covered dependents dies.

**Change To An Individual Policy**

During the 31 days following termination of your employment, arrangement may be made to change each dependent's term life insurance to one of number of Prudential individual life insurance policies without the need t furnish evidence of good health. The policy will be effective at the end of the 31 day period, and the premium will be the same as would ordinarily be paid if a individual policy were applied for at that time. If a dependent dies during this 3 day period, the dependent's Term Life Insurance will be paid whether or not ar individual policy was applied for.

This privilege also is available for a covered dependent if you should die or i the dependent ceases to be eligible for the Term Life Insurance.

**Certificate**

Refer to your Certificate at the end of this booklet for additional information or your Dependents Term Life Insurance.

# Termination of Insurance Provisions

**TERMINATION OF INSURANCE**

The insurance will terminate if you cease to be a member of the eligible classes, or the Group Insurance is discontinued. The contributory insurance will terminate if you discontinue your contributions.

Ceasing active work will be considered to be immediate termination of employment, except that if you are absent from active work because of sickness, injury, temporary lay-off, or leave of absence, employment may be deemed to continue for the purposes of some of the coverages up to the limits specified in the group contract.

If you cease active work for any reason, you should find out immediately from your Employer what coverages, if any, can be continued in force so that you will be able to exercise any rights you may have under the plan.

**Dependents Coverage Only**

A dependent's coverage will terminate when the dependent ceases to be an eligible dependent, your coverage terminates, the plan terminates, or you fail to make any required contribution.

**POLICY AND CERTIFICATES**

The benefits are described more fully in the certificate at the end of this booklet. The extent of the insurance for each individual is governed at all times by the complete terms of the Group Insurance policy or policies issued by Prudential.

# Part II
# Long Term Disability, Medical Expense and Dental Expense Benefits

These benefits are provided by Northern Telecom Inc. under a self-funded program. Under this program, The Prudential Insurance Company of America will provide certain administrative claim services.

# Eligibility Provisions

### Eligibility

If you are a permanent full-time employee in an Eligible Class shown in the Plan Summary, you will become covered for Long Term Disability, Medical Expense and Dental Expense Benefits under the plan on the first day on or after the Effective Date shown in the Plan Summary on which you have met the requirements for coverage shown in the Eligibility Provisions of the Plan Summary and have enrolled for the coverage.

If you are both disabled and away from work on the date you would otherwise become covered, your coverage will not start until you return to active work.

A covered person (or a family member) means, in addition to yourself, any one of your eligible dependents who is covered under this plan.

### Eligible Dependents

Eligible dependents include your wife or husband and your unmarried children who are under 19 years of age.

In addition to your own or lawfully adopted child, any step child, foster child, or child for whom you are a legal guardian may be included the same as your own child provided the child depends on you for support and maintenance and lives with you in a regular parent-child relationship.

Any other unmarried child age 19 or more but less than age 25 who is a full-time student in an educational institution and depends wholly upon you for support and maintenance will also be considered your eligible dependent.

No person may be eligible for benefits both as an employee and as a dependent or as a dependent of more than one employee. A dependent cannot become covered unless you are covered.

If you have met the requirements for covering your dependents shown in the Eligibility Provisions of the Plan Summary, an eligible dependent will become covered immediately.

However, for purposes of any Medical, Major Medical or Dental Expense Benefits included in the plan, if a dependent is confined for medical care or treatment in any institution or at home when coverage would normally start, the dependent will not be covered until given a final release by the doctor from all such confinement.

# Your Long Term Disability Benefits

This plan will pay you Monthly Income Benefits for a period of total disab caused by an accidental bodily injury or disease. There is a waiting per which must elapse before benefits become payable. This is described in Plan Summary.

### Total Disability

You are considered totally disabled at any time that you are unable to w because of the disease or injury.

During the first 24 months of a period of total disability, you will be consider unable to work if you cannot work at the type of occupation in which y normally engage.

After the first 24 months of a period of total disability you will be consider unable to work only if you are unable to work at any reasonable occupation reasonable occupation is any gainful activity for which you are fitted by yc education, training or experience, or for which you could reasonably becor fitted.

The rules for determining a "period of total disability" are spelled out on t following page.

### Monthly Income Benefit

This benefit for each month is based upon 70% of your "Monthly Rate of Bas Earnings" before you become totally disabled, but the benefit is reduced by ar "other income benefits" you receive for that month.

### When Benefits Begin

Your Monthly Income Benefits will start as soon as you complete the Waitin Period shown in the Plan Summary, if written proof of your total disability i furnished to Prudential within six months following completion of the waitin period. If not, benefits will commence on the day six months preceding the dat written proof is furnished.

### How Long Benefits are Paid

You will continue to receive Monthly Income Benefits while you remain totall disabled, up to the end of the Maximum Benefit Period shown in the Plai Summary.

### Period of Total Disability

Since benefits are payable only during a period of total disability, it is importan that you understand when this period begins and ends.

Each period of total disability will start as soon as you are both totally disabled and under the care of a physician. You will not be considered to be under the care of a physician more than 31 days before he has seen and treated you personally for the disease or injury causing the total disability.

Your period of total disability will end when any one of the followng occurs:

1. You cease to be totally disabled or you die.

2. You actually start working at any reasonable occupation. Work at an Approved Rehabilitation Program as defined later will not count as work at a reasonable occupation.

3. You cease to be under the care of a physician.

4. You fail to furnish the latest required proof of the continuance of your total disability to the Plan or refuse to be examined by a physician designated by the Plan.

Once a period of total disability has ended, any new period of disability will be treated separately. However, two separate periods of total disability resulting from the same or related causes which are separated by less than 3 months will be combined into one period.

The rule just described for combining two periods of total disability into one period will also apply to any additional periods of total disability resulting from the same or related causes. Two periods will not be combined unless you were covered for this benefit at the start of the earlier period.

## Other Income Benefits

The plan defines "Other income benefits" as

(1) Income received from any employer or from any occupation for compensation or profit

(2) Disability, retirement, or unemployment benefits required or provided for under any law of a government — for example,

(a) unemployment compensation benefits,
(b) temporary or permanent disability benefits under any workers' compensation law or any other similar law, which are intended to compensate the worker for (i) loss of past and future wages, (ii) impairment of earning capacity or diminished ability to compete in the open labor market, and (iii) any degree of permanent impairment or loss of bodily function or capacity.
(c) no-fault wage replacement benefits,
(d) statutory disability benefits,
(e) benefits under the Federal Social Security Act, the Canada Pension Plan, and the Quebec Pension Plan, including dependents benefits, but not counting any increase in benefits enacted after the monthly LTD benefit payments have started.

(3) Disability, retirement or unemployment benefits provided under any gr insurance or pension plan or any other arrangement of coverage for individ in a group (whether on an insured or uninsured basis).

Benefits listed above payable to you or your spouse, children or dependent reason of your disability or retirement are included as "other income benef

For the purposes of this plan, "other income benefits" will be determine follows:

(1) Any periodic payments will be allocated to monthly periods.

(2) Any single sum payment including any periodic payments which you your spouse, children or dependents could have elected to receive in a sir sum, will be allocated to sixty monthly periods.

(3) Any periodic or single sum payments received as a retroactive award n be allocated retroactively.

## Monthly Rate of Basic Earnings

Your monthly rate of basic earnings will be determined from the rule bel which applies to you, and separately for each period of total disability. A ret active change in your rate of earnings will be considered to take effect on t date the new rate is determined.

For all regular hourly and salaried employees — The employee's basic mont! pay rate in effect for the last complete payroll period before the start of t period of total disability, excluding bonuses, overtime pay or any other ex compensation. If the employee is a piece worker, his average monthly piec work earnings over his basic monthly pay rate for the three months before t start of the period of total disability will be added to his monthly rate of ba: earnings.

Commissioned Salesmen — One twelfth of the total income received from tl employee's employer, including commissions, for the last full calendar ye just before the start of the period of total disability. If the employee has n been employed for a full calendar year prior to the commencement of tl period of total disability, his average monthly income from his employer, ii cluding commissions, for the 12 months immediately preceding the start of tl period of total disability, or the number of months so employed if less than 1. If the calculation is based on fewer than 12 months employment, the emplo ee's monthly rate of basic earnings will not exceed $500.

Executives eligible for an incentive bonus — The employee's basic monthly p; rate in effect for the last complete payroll period before the start of the period ( total disability, plus his average monthly bonus for the preceding two full caler dar years before the start of the period of total disability, but excluding an other extra compensation.

## Approved Rehabilitation Program

An "approved rehabilitation program" means

(1) a program of vocational rehabilitation, or

(2) a period of part-time work for purposes of rehabilitation,

which will be considered to begin only when the Plan approves it in writing, and to end when the Plan withdraws its approval.

The Plan includes this rehabilitation program to help you get back to work. With the Plan's approval, you can continue receiving LTD benefits for a limited time while on an approved rehabilitation program. Thus, you may get back into a gainful occupation with the assurance that for a specified period you will not lose your eligibility for benefits. During this period, your monthly LTD benefit will be your regular payment less 80% of your earnings from the rehabilitative job.

Also, certain expenses of a vocational rehabilitation program may be paid. If the Plan determines that a program that should make you self-supporting is within your ability, you will be notified of the type and duration of the expenses covered, and the conditions for payment. If you agree to undertake the program, the charges for the covered expenses will be paid, up to $10,000.

### Physician

"Physician" means a licensed practitioner of the healing arts acting within the scope of his practice; except that with respect to a period of total disability, or any portion thereof, during which total disability is caused by any condition other than a medically determinable physical impairment, "physician" shall mean a legally qualified physician who either specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to render the necessary evaluation and treatment of mental illness.

### Exclusions

Pre-existing Disease or Injury — If, at the time you become covered for Long Term Disability Benefits, you have recently been treated for any condition, a period of total disability that starts within the first 12 months that you are covered under the Long Term Disability Plan will not be covered if its causes are in any way related to the causes of the condition for which you were treated. A recently treated condition is a disease or injury for which you received treatment or services or took drugs or medicines which were prescribed or recommended by a physician during the three month period just before you last became covered for this benefit.

### Other Exclusions —

You are not covered for any disability which is in any way caused by any of the following:

1. Intentionally self-inflicted injuries.

2. Your commission of a felony.

3. War or any act of war (whether war is declared or not), insurrection, rebellion, or participation in a riot or civil commotion.

# Medical Expense Benefits

### Foreword

The benefits described on the following pages are designed to help you meet expenses in connection with medical care. The Medical Expense Benefits, any, for which you may cover your dependents, are specified on the Pla Summary. Benefits for each of your covered dependents will be determined o the same basis as for you except where otherwise specifically provided.

Since many people receive benefits for medical care costs under more that one plan, this plan contains a "Co-Ordination With Other Benefits" provision which may reduce the benefits of this plan in the event there is other coverage How this provision works is explained in the Miscellaneous Medical Expense Provisions section. That section also contains exclusions which apply to all o the Medical Expense Benefits.

Certain terms used in this Booklet have special meanings. They are defined ir the General Provisions Section.

# Hospital Expense Benefits

This plan will pay a Hospital Expense Benefit for Board and Room Charges and Miscellaneous Charges in connection with a hospital confinement caused solely by a non-occupational disease or non-occupational injury.

## Board and Room Charges

The benefit payable is equal to the actual charges made by a hospital for board and room. For each day of confinement in a private room, benefits will not be paid for any board and room charges in excess of the Private Room Limit shown in the Plan Summary. Benefits will be payable for the Maximum Period of Benefits shown in the Plan Summary.

## Miscellaneous Charges

The benefit payable is equal to the actual charges made for the miscellaneous services and supplies listed below during the period for which board and room charges are payable. Benefits will be payable for the Maximum Period of Benefits shown in the Plan Summary.

The charges for miscellaneous services and supplies for which hospital expense benefits are payable are the following.

1. The charges made by a hospital in its own behalf for necessary services and supplies, other than board and room.
2. The charges made by an agency other than a hospital for necessary professional ambulance service to or from the hospital, up to a maximum amount of $25.00 during any one continuous period of disability.
3. The charges made by a physician who is not the operating physician or his assistant, for the administration of anesthetics other than local infiltration anesthetics.

## Continuous Period of Disability

Payment is made for one period of hospital confinement up to the Maximum Period of Benefits shown in the Plan Summary. For you, two or more periods of hospital confinement are considered one period of hospital confinement unless they are separated by your return to active work. For a dependent, all periods of hospital confinement separated by less than three months are considered one period of hospital confinement unless due to entirely unrelated causes.

## Limitations

As this coverage is intended for hospital expenses, benefits are payable only under the following conditions.

1. The person must be confined in a hospital.

2. The Hospital Benefit covers Miscellaneous Charges only if they are incurred during a period for which benefits are payable for Board and Room Charges. This requirement will be waived if treatment is given in a hospital and the only hospital charge is for services and supplies rendered in connection with and on the same day as a surgical procedure or is for emergency treatment of a non-occupational injury, given on the day of the injury or the next following day.

3. Confinement must commence while the person is covered for this benefit.

No benefits are payable for charges for the services of any physician or intern, or for any private duty or special nursing services, regardless of whether the services are rendered under the direction of the hospital or otherwise, or for charges described in the Medical Expense Benefits Exclusions.

If a confinement is in a distinct part of an institution which meets both the definition of a hospital and of a convalescent facility, then the benefits, if any, payable for that confinement will be determined on the basis of the benefits payable for convalescent facility confinement rather than those for a hospital confinement.

# Convalescent Facility Expense Benefits

This plan will pay a Convalescent Facility Expense Benefit for Board and Room charges and Miscellaneous Charges in connection with a convalescent facility confinement caused solely by a non-occupational disease or non-occupational injury.

## Board and Room Charges

The benefit payable is equal to the actual charges made by a convalescent facility for board and room during a Convalescent Period. However, the benefit payable for each day of confinement in a private room will not exceed the Convalescent Facility Private Room Limit shown in the Plan Summary. Benefits will be payable for the Maximum Period of Benefits during a Convalescent Period shown in the Plan Summary.

## Miscellaneous Charges

The benefit payable is equal to the actual charges made for the miscellaneous services and supplies listed below during a Convalescent Period. The benefit will be payable until the expiration of the Maximum Period of Benefits during a Convalescent Period shown in the Plan Summary.

The charges for miscellaneous services and supplies for which Convalescent Facility Expense benefits are payable are the charges made by a convalescent facility in its own behalf for the following.

1. Use of special treatment rooms; x-ray and laboratory examinations; physical, occupational, or speech therapy; oxygen and other gas therapy; and other medical services customarily provided by a convalescent facility except private duty or special nursing services or physician services.

2. Drugs, biologicals, solutions, dressings and casts but no other supplies.

## Convalescent Period

Definition of "convalescent period" — In order for a convalescent period to begin an individual must have been confined in a hospital for at least three consecutive days and then, within 14 days following the termination of the hospital confinement, become confined in a convalescent facility to receive skilled nursing services and physical restoration services for convalescence from the injury or disease which caused the hospital confinement. The convalescent period will begin on the first day of that confinement in the convalescent facility and even though there may be several confinements in a Convalescent Facility, the Convalescent Period will continue until there has been a period of 90 consecutive days during which the individual has been free of confinement in any type of institution providing nursing care.

## Limitations

Since Convalescent Facility Expense Benefits are intended to cover confinements while convalescing from a disease or injury, Convalescent Facility Benefits will be paid only under the following conditions.

1. The charges must be for services and supplies which are solely for u during a convalescent facility confinement and for convalescing from the d ease or injury which caused the confinement.

2. The charges must be other than in connection with care for mental disc ders. Mental disorders include (but are not limited to) senile deterioration, dru addiction, alcoholism, chronic brain syndrome and mental retardation.

If a confinement is in a distinct part of an institution which meets both th definition of a hospital and of a convalescent facility, then the benefits, if an payable for that confinement will be determined on the basis of the benefi payable for convalescent facility confinement rather than those for a hospit confinement.

No benefits are payable for charges incurred unless both the hospital confine ment for a particular disease or injury and the following convalescent facilit confinement commence while the family member is covered for this benel nor for any charges described in the Medical Expense Benefits Exclusions.

# Surgical Expense Benefits

This plan will pay a Surgical Expense Benefit for the services described in this section in connection with the diagnosis or treatment of a non-occupational disease or non-occupational injury equal to the usual and prevailing charge for the services.

A "usual and prevailing charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

## Surgical Charges

This benefit is equal to the usual and prevailing charges made by the operating physician for performing a surgical procedure. However, the benefit for Elective Surgical Procedures performed without an affirmative second or third surgical opinion is equal to 80% of the usual and prevailing charges made by the operating physician.

A "surgical procedure" is any procedure in one of the following categories performed by a physician.

1. The incision, excision, or electrocauterization of any organ or part of the body.

2. The manipulative reduction of a fracture or dislocation.

3. The suturing of a wound.

4. Endoscopy.

5. Applying plaster casts.

A "surgical procedure" also means any obstetrical procedure.

The immediate pre-operative examination by the physician performing the procedure, and the post-operative care required by and directly related to the procedure, will be considered as part of the surgical procedure.

## Oral Surgery

The above benefits are also payable for the following oral surgical procedures.

1. The excision of partially or completely unerupted teeth.

2. The excision of a tooth root without the extraction of the entire tooth (not including root canal therapy).

3. The closed or open reduction of fractures or dislocation of the jaw.

4. Other incision or excision procedures on the gums and tissues of the mouth when not performed in connection with the extraction of teeth.

For the purposes of the oral surgery covered by the benefit, the term "phy cian" includes a duly licensed dentist.

## Surgical Assistance Charges

This benefit is equal to the usual and prevailing charges made by a physic for Surgical Assistance Services given in connection with a surgical proced or obstetrical procedure for which Surgical Expense Benefits are payable un this plan.

Surgical Assistance Services are the services of a physician for necessary te nical surgical assistance given to the operating physician while the perso confined in a hospital as an in-patient and at a time when surgical assistanc not routinely available as a hospital service. Prudential will determine whet a surgical procedure requires technical assistance and whether surgical as: tance is routinely available.

## Limitations

Surgical Expense Benefits will be payable only for services performed wh the person is covered for this benefit.

Benefits will not be payable for cosmetic surgery unless necessary for pron repair of a non-occupational injury.

Benefits will not be payable for any services performed by a resident physici or intern of a hospital.

Benefits will not be payable for diagnostic x-rays, laboratory services, x-ray radioactive therapy, drugs or medicines, dental work or oral surgery except described in the section entitled Oral Surgery, or for charges described in t Medical Expense Benefits Exclusions.

# Second Surgical Opinion Program

The Second Surgical Opinion Program, arranged with Prudential, is aimed at providing information which may lead to a decision to use alternative treatment for the medical condition involved, before someone decides to have elective surgery.

You and your dependents are eligible to use the Program while covered under the Medical Expense Benefit Plan when

- there is a medical condition for which a surgeon has proposed to perform an Elective Surgical Procedure covered by the Plan (see General Provisions for a list of Elective Surgical Procedures)

- the surgery is to be performed while the patient is confined in a hospital as an inpatient or to an ambulatory surgical center. (Confinement in a hospital as an inpatient means one or more days of hospital confinement for which a room and board charge will be made. The Second Surgical Opinion Program will not apply to emergency surgery or to surgery performed in a doctor's office or in a hospital's outpatient department.)

The Program gives you access to the advice of one or two Board Certified Specialists to consider along with the opinion of your own surgeon. This advice will make you better able to determine the medical advisability of the proposed elective surgery, and acquaint you with possible alternative methods of treating a condition.

You can arrange for a second opinion by phoning or writing:
Prudential Insurance Company
P.O. Box 700
Ft. Washington, PA 19034
(800) 523-5322

You will be given the names of two or three specialists participating in the Program who treat medical conditions like the one for which surgery was recommended. Those specialists will be selected on the basis of location, so that the patient will usually not have to travel far from home or work to obtain a second opinion. After you choose a specialist from the names provided, Prudential will make and confirm an appointment in writing.

Under the Program the completion of a claim form for the second opinion will not be necessary. There is no cost to the patient for this opinion. The specialist has been instructed to submit the bill directly to Prudential for payment. The Program also covers the cost of any additional X-ray and laboratory tests which that doctor might need.

If the second opinion specialist does not confirm the advisability of the proposed surgery, a third opinion may be arranged (and will be paid for) in the same manner as the second.

When elective surgery is proposed, it is up to you to decide whether or not use the Program and, if it is used, the extent to which any advice given by specialist or specialists is followed. However, the decision will affect the ben payable under the Medical Expense Benefit Plan for an elective surgi procedure.

As indicated in the previous pages of this booklet, there is no change in benefit provided for an elective surgical procedure performed after its visability has been confirmed by a second or third opinion under the Progra But the benefit will be smaller if the procedure is performed without havi been so confirmed. In this case, the eligible expense for the procedure un the Medical Expense Benefit Plan will be 80% of the expense which wou otherwise be eligible.

We urge everyone to use the Second Surgical Opinion Program when electi surgery is proposed. An opinion confirming the advisability for surgery m give you and your dependents greater peace of mind, and a non-confirmi opinion may provide an alternative non-surgical method of treatment for t medical condition. If you do not use the Program, you will be passing up t chance to get additional medical advice at no cost to you or your dependen Also, if you choose to proceed with elective surgery when its advisability h not been confirmed under the Program, there is a smaller benefit for t surgery.

# Physicians Expense Benefits (In Hospital)

This plan will pay a Physicians Expense Benefit for the services described in this section in connection with the diagnosis or treatment of a non-occupational disease or a non-occupational injury equal to the usual and prevailing charge for the service.

A "usual and prevailing charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

## Physicians Charges

This benefit is equal to the usual and prevailing charges made for Physicians Services during any one continuous period of disability up to the number of days of hospital confinement shown in the Plan Summary.

Physicians Services are the services of a physician for medical treatment given to covered persons while the person is confined in a hospital as an in-patient.

Physicians Services will not include:

1. Any dental work or dental treatment, eye examinations or the fitting of glasses, diagnostic x-ray or laboratory services, x-ray or radioactive therapy, administration of an anesthetic, or consultations.
2. Any service for which a Surgical Expense Benefit is payable under this plan.

## Continuous Period of Disability

Payment up to the Maximum Period of Payment will be made for as many separate and distinct periods of disability as may occur. A "continuous period of disability" is defined in the Hospital Expense Benefits section.

## Limitations

For this benefit to be payable, the treatment must be performed, and the hospital confinement must have commenced, while the person is covered for this benefit.

Benefits will not be payable for drugs or medicines or for charges described in the Medical Expense Benefits Exclusions.

The charges of a resident physician or intern will not be included as Physicians Services.

# Diagnostic Laboratory and X-Ray Expense Benefits

This plan will pay a Laboratory and X-Ray Expense Benefit for the service described in this section in connection with the diagnosis of a non-occupational disease or a non-occupational injury equal to the usual and prevailing charge for the service.

A "usual and prevailing charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

## Examination Charges

This benefit is equal to the usual and prevailing charges made by a physician for Laboratory and X-Ray Services.

Laboratory and X-Ray Services are laboratory or x-ray examinations for diagnosis only given by a physician or the interpretation of the examination by a physician who is not a resident physician or intern of a hospital. Examinations made in or through a hospital are not included as Laboratory and X-Ray Services unless given as out-patient care and unless no hospital expense benefit of any kind is payable for the examination under this plan.

Dental X-Rays will not be included as Laboratory and X-Ray Services unless they are given in connection with either a non-occupational injury or oral surgery for which Surgical Expense Benefits are payable under this plan. For covered dental x-rays, the term "physician" includes a duly-licensed dentist.

## Limitations

Benefits will be payable only for examinations performed while the person is covered for this benefit.

Benefits will not be payable for charges described in the Medical Expense Benefits Exclusions.

# Supplemental Accident Expense Benefits

This plan will pay an Accident Expense Benefit for covered expenses (see list below) incurred in connection with a non-occupational injury.

**Benefit**

This benefit is equal to the amount by which the charges actually made for covered expenses exceed the amount of any other Basic Medical Expense Benefits payable under this plan for those expenses. The maximum amount payable, however, for all injuries sustained in connection with any one accident, is the Supplemental Accident Expense Benefit Maximum shown in the Plan Summary.

**List of Covered Expenses**

Covered expenses are only the charges made for the following services, and only if those services are required for the treatment of the injury.

Hospital services.
Services of a physician.
Services of a registered graduate nurse.
Professional ambulance service when used to transport a person from the place where he is injured to the first hospital where treatment is given.
Drugs and dressings, braces, crutches and artificial limbs and eyes.
Rental of wheel chairs, hospital-type beds and artificial respirators.

For the purposes of the services recognized by this paragraph, the term "physician" includes a duly licensed dentist.

**Limitations**

Benefits will be payable only if the injury is sustained by a person while covered for this benefit.

Benefits will not be payable for any expenses incurred more than 90 days after the date of the accident which caused that injury, or for charges described in the Medical Expense Benefits Exclusions.

# Major Medical Expense Benefits

This plan will pay Major Medical Expense Benefits for Covered Medical Expenses (as described on the following pages) incurred in connection with a non-occupational disease or non-occupational injury.

**Benefit**

This benefit will be payable if the amount of a person's Covered Medical Expenses, incurred in any calendar year, exceeds the sum of (1) the Deductible shown in the Plan Summary and (2) the Basic Medical Expense Benefits, as described earlier in this Booklet, payable for such expenses. The Benefit Percentage payable for these excess Covered Medical Expenses and the person's Lifetime Maximum Benefit are shown in the Plan Summary.

**Covered Medical Expenses**

Covered Medical Expenses are the expenses listed below, if such expenses are incurred while Major Medical coverage is in force for the person. If, however any of the listed expenses are excluded from coverage because of the Medical Expense Benefits Exclusions, those expenses will not be considered Covered Medical Expenses.

**Hospital Expenses** — These are the charges made by a hospital in its own behalf for the following.

1. Board and Room. However, if private accommodations are used, benefits will not be paid for any board and room charges over the Private Room Limit shown in the Plan Summary.

2. Necessary hospital services and supplies, other than board and room, furnished by the hospital.

**Other Medical Expenses** — The following charges are considered "Other Medical Expenses," provided that they have not been considered as "Hospital Expenses."

1. The fees of a physician.

2. The charges of a registered graduate nurse — other than a nurse who ordinarily resides in your home, or is a member of your family or your spouse's family.

3. The charges for the following medical services and supplies.
   (a) Drugs and medicines obtainable only upon the prescription of a physician.
   (b) Diagnostic laboratory and X-ray examinations.
   (c) X-ray, radium and radioactive isotopes therapy.
   (d) Anesthetics and oxygen.
   (e) Rental of iron lung and other durable medical or surgical equipment.

(f) Artificial limbs and artificial eyes, but not eye examinations, eye glasses, or hearing aids.

(g) Professional ambulance service when used to transport an individual from the place where he is injured by an accident or stricken by a disease to the first hospital where treatment is given — no other charges in connection with travel are included.

(h) Charges by a qualified Social Worker for treatment of a specifically diagnosed mental or nervous disorder, provided such treatment is given in accordance with a prescribed treatment program which is medically related to injury or sickness.

**Mouth Conditions** — Expenses incurred in connection with dental work or oral surgery will be considered Covered Medical Expenses only if they are incurred for the prompt repair of natural teeth or other body tissues, required as a result of a non-occupational injury occurring while covered.

For the purposes of the dental work or oral surgery recognized by this paragraph, the term "physician" includes a duly licensed dentist.

**Cosmetic Surgery** — Any of the listed expenses incurred in connection with cosmetic surgery will be considered Covered Medical Expenses only if the cosmetic surgery is necessary for the prompt repair of a non-occupational injury which occurs while the person is covered for this benefit.

### The Deductible

The Deductible is the amount of Covered Medical Expenses, in excess of Basic Medical Expense Benefits, which must be paid before Major Medical Expense Benefits are payable. The amount of the Deductible is shown in the Plan Summary. A separate Deductible will apply to each covered member of your family.

The Deductible applies only once in any calendar year even though there may be several different injuries or diseases. So that Major Medical benefit payments will not be subject to a Deductible late in one calendar year and soon again in the next following year, any expenses applied against the Deductible in the last three months of a calendar year will reduce the Deductible for the next calendar year.

**If a Common Accident** causes injury to two or more members of your family, the Deductible Amount will be applied, in both the calendar year in which the accident occurs and the next following calendar year, to the combined covered charges incurred in such year as a result of the common accident.

### Family Deductible Limit

If two or more covered members of a person's family have eligible expenses during a calendar year which are not payable because of the application of the separate deductibles, and the sum of those expenses equal the Family Limit on Deductibles shown in the Plan Summary, the requirement that each person has to satisfy the individual deductible will be waived for all covered members of the person's family for the rest of the year and benefits will be paid for all eligible expenses incurred by them during the remainder of the year.

### Maximum Benefit

The Lifetime Maximum Benefit for each covered person for all Covered Medic Expenses combined is shown in the Plan Summary.

At any time when at least $1,000 has been counted against the Maximu Benefit, an individual may apply to have the total amount of his Maximu Benefit reinstated by submitting, at his own expense, satisfactory evidence good health. However, on each January 1 while covered, the amount which h been counted against the Maximum Benefit (but not more than $2,000 on a January 1) will be restored to the Maximum Benefit, for Covered Medical E penses incurred after the date of the restoration, without the need for a further action on the individual's part.

# Dental Expense Benefits

This plan will pay Dental Expense Benefits for Covered Dental Expenses (see list below) incurred in connection with a non-occupational disease or non-occupational injury.

**Benefit**

Benefits are payable during a calendar year at the applicable Coinsurance Rate shown in the Plan Summary for Covered Dental Expenses which are specified below in Parts I, II and III and are in excess of the applicable Dental Deductible Amounts shown in the Plan Summary.

Covered Dental Expenses are the actual charges for necessary dental treatment or service (to the extent that such charges are usual and prevailing for the area and type of service).

Total payment for all covered expenses incurred during a calendar year shall not exceed the applicable Maximum Payment shown in the Plan Summary, except as provided in the next following paragraph.

If Covered Dental Expenses exceed the Maximum Payment shown in the Plan Summary under Parts I and II in any calendar year because of charges for initial replacement of full upper and lower dentures, the Maximum Payment for that calendar year may be increased by an amount equal to the next calendar year Maximum Payment. The Maximum Payment available for the next calendar year will then be reduced by the excess paid over the Maximum Payment for the prior calendar year.

**Covered Dental Expenses**

PART I — Routine Oral Examinations:

> Cleaning of teeth
> X-rays where professionally indicated
> Examinations and diagnosis
> Sodium Fluoride treatment (if under age 18)
> Dental Covered Charges shall not include charges for more than two routine oral examinations in any one calendar year with respect to a covered individual.

PART II — Restorative Dentistry, Oral Surgery and Prosthetics:

> Extractions and oral surgery, including excision of impacted teeth
> Fillings, inlays and crowns
> Treatment of periodontal and other diseases of the gums and tissues of the mouth
> Endodontic treatment, including root canal therapy
> Initial installation of prosthesis (including dentures) for replacement of one or more natural teeth extracted while covered for this benefit.
> Replacement of full or partial dentures
> Repair and maintenance of prosthesis
> Space maintainers
> Anesthetics administered in connection with oral surgery or other covered dental services

PART III — Orthodontia
> Straightening of teeth including orthodontic appliances

**Predetermination of Benefits** — Charges incurred by you are eligible only when the dentist's proposed course of treatment ("Treatment Plan") has been submitted to and reviewed by Prudential, and returned to the dentist showing the estimated benefits. No "Treatment Plan" need be submitted if the total charges do not exceed $300 or if emergency care is required.

A "Treatment Plan" is the dentist's report that (a) itemizes his recommended services, (b) shows his charge for each service, and (c) is accompanied by supporting X-rays where required or requested by Prudential.

Predetermination of benefits permits the review of the proposed treatment in advance and allows for resolution of any questions before, rather than after, the work has been done. Additionally, both you and the dentist will know in advance what is covered and what the estimated benefits are, assuming you remain covered.

**The Deductible**

The Deductible is the amount of Covered Dental Expenses which must be paid before Dental Expense Benefits are payable. The amount of the Deductible is shown in the Plan Summary. A separate Deductible will apply to each covered member of your family.

The Deductible applies only once in any calendar year. So that Dental benefit payments will not be subject to a Deductible late in one calendar year and soon again in the next following year, any expenses applied against the Deductible in the last three months of a calendar year will reduce the Deductible for the next calendar year.

**Family Deductible Limit**

If two or more covered family members incur Covered Dental Expenses during a calendar year which are not payable because of the application of the separate deductibles, and the sum of those expenses equal the Family Limit on Deductibles shown in the Plan Summary, the requirement that each person has to satisfy the individual deductible will be waived for all covered members of the person's family for the rest of the year.

**Orthodontic Claim Payments**

The claim will be paid in instalments beginning when the orthodontic appliances are first inserted, and quarterly thereafter for the estimated duration of the treatment plan, as long as the patient remains covered. The instalments will be in equal amounts, except that the initial instalment will be the initial charge made by the orthodontist up to the maximum orthodontic benefit.

**Maximum Payment** — The applicable Maximum Payment per calendar year for each covered member of your family is shown in the Plan Summary.

**Limitations**

No Dental Expense Benefits are provided under the plan for the following:

1. Charges for any dental services or supplies which are included as Covered Medical Expenses under the plan of Major Medical Expense Benefits provided under this plan or under any other plan sponsored by your Employer.

2. Services or supplies for which any other Basic Medical Expense Benefit is payable either under this plan or under any other plan sponsored by your Employer.

3. Charges for treatment by anyone except a dentist. However, charges for cleaning or scaling of teeth performed by a licensed dental hygienist under the supervision and direction of the dentist will be covered. "Dentist" means only a duly licensed dentist or a physician authorized by his license to perform the particular procedure rendered by him.

4. Charges for first installation of dentures and bridgework (including crowns and inlays forming the abutments), when the charges are for the replacement of congenitally missing teeth, or for replacement of natural teeth all of which are lost while the family member was not covered for this benefit.

5. Charges for services and supplies that are partially or wholly cosmetic in nature, including charges for personalization or characterization of dentures.

6. Charges for an appliance, or modification of one, where an impression was made before the patient was covered; a crown, bridge or gold restoration for which the tooth was prepared before the patient was covered; root canal therapy if the pulp chamber was opened before the patient was covered.

7. Charges for any replacement of bridgework or of full artificial or partial artificial dentures unless one of the following conditions applies: (a) the replacement or addition of teeth is required to replace one or more natural teeth extracted while the person was covered for this benefit, (b) the existing denture or bridgework was installed at least five years prior to its replacement and the existing denture or bridgework cannot be made serviceable, or (c) the existing denture is an immediate temporary denture and replacement by a permanent denture is required and done within twelve months from the date the immediate temporary denture was installed.

8. Charges for the replacement of a lost or stolen prosthetic device.

9. Charges for an orthodontic procedure for which an active appliance was installed before the person was covered (or installed before the person was covered for two years, if coverage started more than 31 days after the person was first eligible to be covered).

10. Charges or expenses described in the Medical Expense Benefits Exclusions.

As a part of the Predetermination of Benefits, and as a part of the proof of loss required in the "General Provisions" section of this Booklet:

(a) Prudential, at no cost to you, has the right to have an oral examination of the person made, and

(b) You are responsible for furnishing to Prudential all diagnostic and evaluative material which Prudential may require to predetermine a benefit or to establish the Plan's liability.

If Predetermination of Benefits is not made, or if any diagnostic or evaluative material which the Prudential may require is not furnished, the benefits payable may be less than would otherwise be payable, to the extent Prudential cannot reasonably verify the Covered Dental Expenses for the course of treatment.

—30—

# Miscellaneous Medical Expense Provisions

## MEDICAL EXPENSE BENEFITS EXCLUSIONS

No Medical Expense Benefits are provided under the plan for the following

1. Charges caused by an occupational disease or an occupational injury. Th includes any charges incurred in connection with (a) injury arising out of, or the course of, any employment for wage or profit or (b) disease covered, w respect to such employment, by any workers' compensation law, occupation disease law or similar legislation.

2. Charges for services or supplies which are furnished, paid for or otherwi provided for (a) by reason of the past or present service of any person in th armed forces of a government, or (b) under any law of a government (nation or otherwise) except where the payments or the benefits are provided under plan specifically established by a government for its own civilian employees their dependents.

If any law of the jurisdiction in which the plan is delivered to the Employ prohibits or restricts the application of this exclusion as to a facility owned operated by such jurisdiction or by any of its political subdivisions, this excli sion shall be applicable only to the extent permitted by such law.

3. Charges for services or supplies not recommended and approved by Physician.

4. Charges for Unnecessary Services and Supplies. This means charges fc any service or supply which is not reasonably necessary for the medical care the patient's sickness or injury. To be considered "reasonably necessary", th service or supply must be ordered by a Physician and must be commonly an customarily recognized throughout the Physician's profession as appropriat in the treatment of the patient's diagnosed sickness or injury. The service c supply must not be educational or experimental in nature, nor provide primarily for the purpose of medical or other research. In addition, in the cas of Hospital confinement, on an inpatient or outpatient basis, the length c confinement and Hospital services and supplies will be considere "reasonably necessary" only to the extent they are determined by the Plan t be (a) related to the treatment of the condition involved and (b) not allocable t scholastic education or vocational training of the patient.

5. Charge in Excess of Usual and Prevailing Charge. This means the portion o any charge for any service or supply in excess of the usual and prevailin charge as determined by the Plan. The usual and prevailing charge for an service or supply is the usual charge of the provider for the service or supply ii the absence of insurance, but not more than the prevailing charge in the are for a like service or supply. A like service is of the same nature and duration requires the same skill, and is performed by a provider of similar training and experience. A like supply is one which is identical or substantially equivalent "Area" means the municipality (or, in the case of a large city, the subdivision thereof) in which the service or supply is actually provided or such greater are as is necessary to obtain a representative cross-section of charges for a like service or supply.                                    31

6. Charges for Custodial Care (see Definitions).

## PROVISION FOR CO-ORDINATION OF BENEFITS UNDER THIS PLAN (OUR PLAN) WITH OTHER PLANS.

This Plan contains a provision coordinating it with coverage the patient has under other plans. This provision is designed to guard against overpayment of actual expenses and helps to control the cost of the benefits for everyone.

**Benefit Determination** — If a person is covered under two or more Plans (including this Plan), the benefits under this Plan may be reduced to the extent that the sum of the benefits payable under this Plan and the benefits available under all other Plans with respect to Allowable Expenses incurred for him in any calendar year does not exceed the total of such Allowable Expenses.

**How This Works** — When a claim is made, the primary plan pays its benefits without regard to any other plans. The secondary plans adjust their benefits so that the total benefits available will not exceed the allowable expenses. No plan pays more than it would without the coordination provision.

A plan without a coordinating provision is always the primary plan. If all plans have such a provision: (1) the plan covering the patient directly, rather than as an employee's dependent, is primary and the others secondary, (2) if a child is covered under both parents' plans, the father's is primary; but when the parents are separated or divorced, their plans pay in the following order: (a) if a court decree has established financial responsibility for the child's health care expenses, the plan of the parent with this responsibility; (b) the plan of the parent with custody of the child; (c) the plan of the stepparent married to the parent with custody of the child; (d) the plan of the parent not having custody of the child; (3) if neither (1) nor (2) apply, the plan covering the patient longest is primary.

When ours is the secondary plan and its payment is reduced to consider the primary plan's benefits, a record is kept of the reduction. This amount will be used to increase our Plan's payments on the patient's later claims in the same calendar year — to the extent there are allowable expenses that would not otherwise be fully paid by our Plan and the others.

**Plans** — are these types of medical or dental care benefits: (a) coverage (other than Medicare) under a governmental program or required or provided by statute, including "no fault" coverage to the extent required in policies or contracts by a motor vehicle insurance statute or similar legislation; (b) group insurance or other coverage for a group of individuals, including prepayment, group and individual practice coverage, including student coverage obtained through an educational institution above the high school level.

**Allowable Expense** — is any necessary, reasonable and customary item of expense covered at least in part by one of the Plans. If benefits are provided in the form of services, the reasonable cash value of each service rendered shall be considered both an Allowable Expense and a benefit paid.

**Administration** — Our Plan may release or obtain such information which we consider necessary for purposes of the coordination provisions or any similar provision of any other Plan. Our Plan may obtain from you information required to implement this provision.

Our Plan shall have the right to pay to any organization which has made payments under other Plans which should have been made under this Plan, any amounts which our Plan shall determine are proper for the purposes of this provision. Amounts so paid by our Plan shall be considered benefits paid under this Plan, and our Plan shall be fully discharged from liability under this Plan to the extent of such payments.

If, at any time, payments made by our Plan with respect to Allowable Expenses total more than the maximum amount necessary at that time to satisfy the intent of this provision, our Plan shall have the right to recover such overpayment.

## HOW MEDICARE AFFECTS MEDICAL EXPENSE BENEFITS UNDER THE PLAN

It is recommended that your local Social Security Office be contacted for information concerning enrollment in Medicare at least 45 days before the month in which a person can qualify for coverage under the Health Insurance portion of the Social Security Act of the United States known as Medicare.

The following applies to an individual less than age 65 who is covered under our Plan and also is eligible for part A under Medicare.

The payments under our Plan are reduced by the benefits available under Medicare.

It works this way:

1. In determining a claim payment under our Plan, the first step is to calculate the amount that would be paid if the person had no Medicare coverage.

2. The above amount is reduced by the Medicare benefits for the expenses upon which the claim under our Plan is based. In determining the Medicare benefits, the person will be assumed to have full Medicare coverage (that is, both part A and part B) whether or not the individual has enrolled for the full coverage.

If Medicare benefits are paid for expenses not covered under our Plan, they will not be used to reduce our benefits. In the case of services and supplies for which Medicare makes direct reimbursement to the provider, the amount of expenses and Medicare benefits will be determined on the basis of the usual and prevailing charges for the services and supplies.

**EFFECT OF COVERAGE UNDER A HEALTH MAINTENANCE ORGANIZATION PLAN (HMO PLAN)**

Persons Enrolled in a Health Maintenance Organization.

Regardless of any other provision of the Plan to the contrary, the following apply to any person who is enrolled in a health maintenance organization offered by the Employer as an alternate to the health benefits under this Plan:

(1)  The person shall neither be a member of the eligible classes for the medical benefits nor an eligible dependent under this Plan.

(2)  No medical benefits will be payable under this Plan with respect to charges for services and supplies furnished while the person is so enrolled.

Persons Previously Enrolled in a Health Maintenance Organization.

Any person to whom the above paragraph applies and who has ceased to be enrolled in a health maintenance organization offered by the Employer as an alternate to the health benefits under this Plan, may, notwithstanding any other provisions for becoming covered for health benefits under this Plan, become covered for such benefits in accordance with (1) or (2) below:

(1)  The person will become covered immediately upon such cessation, if all of the following are then satisfied —
    (a)  In the case of an Employee, the person is a member of the eligible classes for the Plan; in the case of a dependent, the person is an eligible dependent of such an Employee.
    (b)  The Employee has elected the health benefits under this Plan with respect to the person (himself and any qualified dependents) either —
        (i)   during an annual enrollment period established by the Employer for electing alternatives within the Employer's health benefits plan, or
        (ii)  immediately upon ceasing to be enrolled in a health maintenance organization due to a change of residence or to the health maintenance organization ceasing operation.

(2)  If the person does not become such a covered person in acordance with the above, he may become such a covered person in acordance with the terms of the Plan exclusive of this section.

Non-Duplication of Benefits.

The following shall in no event be considered a service or supply giving rise to an eligible charge under any medical coverage under the Plan:

Any service or supply provided on a prepayment basis by a health maintenance organization in accordance with an agreement between the Employer and the organization whereby the organization is offered by the Employer as an alternative to health benefits under this Plan.

# Termination of Coverage Provisions

**TERMINATION OF COVERAGE**

When your employment terminates or you cease to be a member of a class eligible for coverage under any part of the plan, your coverage under that part of the plan will cease. If you are required to make contributions for any part of this plan and if you fail to make such contributions, contributory coverage will cease, unless terminated sooner for other reasons, at the end of the period for which contribution has been made. Satisfactory evidence of good health must be furnished before coverage can again be obtained.

Your coverage will also terminate if this Plan is discontinued.

Ceasing active work will be considered to be immediate termination of employment, except that if you are absent from active work because of sickness, injury, temporary lay-off, or leave of absence, employment may be deemed to continue for the purposes of some of the coverages up to the limits specified in the Plan.

Under the long term disability coverage, if you are absent from active work because of temporary lay-off or leave of absence, your employment will be deemed to terminate on your last full day of active work prior to the start of the lay-off or leave of absence.

If you cease active work for any reason, you should find out immediately from your Employer what coverages, if any, can be continued in force so that you will be able to exercise any rights you may have under the plan.

**Dependents Coverage Only**

A dependent's coverage will terminate at the earliest of the following dates (a) upon discontinuance of all dependents coverage under the plan, (b) when you cease to be in the classes of employees eligible for dependents coverage, (c) when a dependent becomes covered for employee coverage, (d) when such person ceases to meet this Booklet's definition of an eligible dependent, or (e) when your employee coverage terminates.

**Continuation of Coverage For Handicapped Children**

If you have an unmarried child who is fully handicapped and covered under the plan at the time he reaches the maximum age for coverage of children as dependents, the child's coverage under the plan (except any life insurance) will be continued, as long as he remains fully handicapped, until termination of

your dependent coverage under this plan, or, if sooner, the date he no longer meets this plan's definition of a dependent for any reason except age.

Your child is considered fully handicapped if he is unable to earn his own living because he is mentally retarded or physically handicapped and he depends chiefly on you for support and maintenance.

Proof that your child is fully handicapped must be submitted not later than 31 days after he would have ceased to be covered as a dependent under this plan. Your employer also has the right to require, at reasonable intervals, proof that your child has been fully handicapped continuously since the last proof was submitted. After your child's coverage has been continued under this section for two years, this proof will not be required more often than once a year. If you fail to submit any required proof, or refuse to permit medical examination of your child, he will be considered to be no longer fully handicapped.

Your child's coverage will not be continued, however, if an individual medical expense policy has been issued to him under any Conversion Privilege available under this plan.

# Extension of Benefits

### Long Term Disability Coverage

If a period of total disability is in progress when your coverage terminates, you will continue to be eligible to receive the Long Term Disability Benefits as long as they would otherwise be available under the plan.

### Medical Coverage

If a person is totally disabled on the date his coverage terminates, Basic Medical Expense Benefits (except Accident Expense Benefits) during that disability will be extended for a period of up to three months and Major Medical Expense Benefits during that disability will be extended for a period of up to 12 months. Major Medical Expense Benefits will be extended, however, only if the Maximum Benefit has not been paid. This extension applies to coverage of the totally disabled individual only.

The words "totally disabled" mean that

1. you are prevented because of injury or disease from engaging in your customary occupation and are performing no work of any kind for pay or profit; or
2. your dependent is prevented because of injury or disease from engaging in substantially all of the normal activities of a person of like age and sex in good health.

Extended Major Medical Expense Benefits will cease immediately when a family member becomes covered under any other group plan for benefits of a similar type.

### Dental Expense Coverage

Benefits after termination of coverage are continued for Covered Dental Expenses incurred within one month following termination and while the Plan is in force, if such charges are incurred because of a condition which existed on the date of termination and for which a period of treatment commenced while covered.

# Conversion Privilege For Medical Expenses

An employee whose Medical Expense Benefits are terminated through termination of employment or transfer out of an eligible class may, subject to established rules, obtain a Prudential individual policy of medical care benefits. The benefits and provisions of the individual policy differ from those of the Group Benefits Plan.

This privilege also is available for certain covered dependents of an employee who dies — also for a covered dependent who ceases to be an eligible dependent.

Application for the individual policy must be made and the first premium paid within 31 days from the termination of coverage under the Plan, and is subject to the employee having been insured under the Plan for at least 3 months.

Additional information may be obtained from Prudential by anyone who is eligible for an individual policy. A form to be used for this purpose will be furnished by the employer.

# General Provisions

**Misstatements** — If any facts relevant to the existence or amount of coverage shall have been misstated, the true facts will determine whether or not, an how much, coverage is in force.

**Change or Discontinuance of Plan** — It is hoped that this Plan will be continue indefinitely, but the right of change or discontinuance at any time must b reserved.

**Plan** — This Booklet describes only the principal features of the Plan an should not be considered the plan document. The complete terms of the pla are set forth in the plan document maintained by Northern Telecom Inc., an the terms of that plan will govern. In the event of any question regarding th interpretation of this Booklet or the proper payment of benefits, further information may be obtained from your Employer.

**Multiple Coverage** — If you are in the employ of or connected with two or more employers, you will not be eligible for multiple coverage under the Plan.

**THE FOLLOWING PROVISIONS APPLY TO ACCIDENT AND HEALTH COVERAGE ONLY.**

**Definition of Physician** — A licensed practitioner of the healing arts acting within the scope of his practice. The Long Term Disability section of this Book let contains a special definition that applies to that coverage.

**Definition of Hospital** — This means only:

(1) an institution which is accredited as a hospital under the Hospital Accreditation Program of the Joint Commission on Accreditation of Hospitals, or

(2) any other institution which is operated pursuant to law, under the supervision of a staff of Physicians and with twenty-four hour a day nursing service, and which is primarily engaged in providing
  (a) general inpatient medical care and treatment of sick and injured persons through medical, diagnostic and major surgical facilities, all of which facilities must be provided on its premises or under its control, or
  (b) specialized inpatient medical care and treatment of sick or injured persons through medical and diagnostic facilities (including x-ray and laboratory) on its premises, under its control, or through a written agreement with a Hospital (as defined above) or with a specialized provider of those facilities.

In no event shall the term "Hospital" include a convalescent nursing home or include an institution or part thereof which (i) is used principally as a convalescent facility, rest facility, nursing facility, facility for the care of drug addicts or alcoholics, or facility for the aged, or (ii) furnishes primarily domiciliary or custodial care, including training in the routines of daily living, or (iii) is operated primarily as a school.

**Definition of Board and Room Charges** — This includes, in addition to charges for board and room, any charges which are made by an institution as a condition of occupancy or on a regular daily or weekly basis for other services such as general nursing services.

**Definition of Custodial Care** — Custodial care is care which consists of services and supplies, including board and room and other institutional services, furnished to an individual primarily to assist him in activities of daily living, whether or not he is disabled. These services and supplies are custodial care regardless of the practitioner or provider who prescribed, recommended or performed them.

When board and room and skilled nursing services must be combined with other necessary therapeutic services and supplies in accordance with generally accepted medical standards to establish a program of medical treatment, they will not be considered custodial care. However, to meet this test they must be provided to an individual in an institution for which coverage is available under the plan and the program of medical treatment must be one which can reasonably be expected to substantially improve the individual's medical condition.

**Definition of Convalescent Facility** — An institution (or distinct part thereof) which meets fully every one of the following tests:

1. It is primarily engaged in and licensed to provide Skilled Nursing Services and Physical Restoration Services to convalescing patients for compensation on an in-patient basis.
2. It is providing these services on a 24-hour basis and under the full-time supervision of a physician or a registered professional nurse with licensed nursing personnel on duty at all times.
3. It maintains a complete medical record on each patient and it has a utilization review plan for all of its patients.
4. It is not other than incidentally a place for rest, for custodial care, for educational care, for the care of mental disorders or a place for the aged. Mental disorders include, but are not limited to, drug addiction, alcoholism, chronic brain syndrome and mental retardation.

A convalescent facility will be treated the same as a hospital as the term is used in determining benefits for physicians services.

**Definition of "skilled nursing services"** — The professional services that may be rendered by a registered professional nurse or by a licensed practical nurse under the direction of a registered professional nurse.

**Definition of "physical restoration services"** — Services which assist the patient to achieve a sufficient degree of body functioning to permit self-care in the essential activities of daily living.

**Definition of pregnancy** — Pregnancy, including resulting childbirth, abortion or miscarriage, shall be treated as an illness for all purposes of the Plan.

**Definition of Qualified Social Worker** — An individual who (a) is legally licensed or certified by the state in which he practices and who is in private practice, (b) has a degree in social work or social welfare from a school accredited by the Council on Social Work Education, and (c) has at least two years' work experience in psychiatric social work in a hospital, out-patient clinic, medical rehabilitation or medical care program.

**Definition of Elective Surgical Procedure** — A non-emergency surgical procedure scheduled at the patient's convenience without jeopardizing the patient's life or causing serious impairment to the patient's bodily functions and is performed while the patient is confined in a hospital as an inpatient or in an ambulatory surgical center.

The elective surgical procedures are:
Appendectomy (non-emergency)
Arterial excision, graft or by-pass
Arthrotomy of knee
Cholecystectomy (excision of gall bladder)
Colectomy (excision of all or part of the colon)
Gastroplasty (obesity surgery)
Hemorrhoidectomy, internal and external only
Hernia repair, inguinal
Hysterectomy
Ileum By-pass (obesity)
Laminectomy (removal of intervertebral disc)
Lens extraction (cataract removal)
Ligation and/or stripping of varicose veins
Meniscectomy (excision semilunar cartilage of knee joint)
Ocular muscles, any type of operation
Osteotomy of smaller bones (bone graft)
Salpingectomy and/or oophorectomy (excision of any ovary and/or uterine tube)
Tendon lesion excision, other than digits
Thyroidectomy, subtotal or partial (thyroid gland)
Tonsillectomy and/or adenoidectomy
Total knee or hip joint replacement
Transurethral prostatectomy (prostate gland)

Of course any procedure (even those listed) will not be considered elective if the operation is of an emergency nature (that is, must be scheduled without delay), as determined by the patient's surgeon.

**Definition of Ambulatory Surgical Center** — A public or private institution that is:

(1)   established, equipped and operated primarily as a facility for performance of surgical procedures and meets the following requirements; (a) is operated under the supervision of a staff of doctors, maintains adequate medical records and provides for periodic review of the facility and its operation by a Utilization and/or Tissue Committee composed of doctors other than those owning or supervising the facility; (b) permits a surgical procedure to be performed only by a doctor privileged to perform such procedure in a hospital in its area and requires that a licensed anesthesiologist administer the anesthetics and be present during the surgical procedure, unless only local infiltration anesthetics are used; (c) provides no overnight accommodations for patients, has at least two operating rooms, one post-anesthesia recovery room and full-time services of registered nurses (R.N.) in all operating and most anesthesia recovery rooms; (d) is equipped to perform diagnostic x-ray and laboratory examinations and has the necessary equip-

ment and trained personnel to handle foreseeable emergencies, including a defibrillator for cardiac arrest, a tracheotomy set for airway obstruction, and a blood bank or other supply for hemorrhaging; (e) maintains written agreements with hospitals in its area for immediate acceptance of patients who develop complications or require postoperative confinement; or

(2)  licensed as an ambulatory surgical center by the state in which the center is located.

**Definition of Second Surgical Opinion** — An opinion of a board certified specialist based on his examination of the patient, of the advisability of an elective surgical procedure after another doctor, licensed to practice medicine and perform surgery, has proposed to perform surgery, but prior to the performance of the surgery.

**Definition of Third Surgical Opinion** — An opinion of the board certified specialist of the advisability of an elective surgical procedure, based on his examination of the patient, after the second surgical opinion of another board certified specialist indicated that the proposed elective surgical procedure is not medically advisable.

**Definition of Affirmative Second or Third Surgical Opinion** — A second surgical opinion or a third surgical opinion that confirms the advisability of the proposed elective surgical procedure.

**Definition of Board Certified Specialist** — A doctor, designated by Prudential, who holds the rank of Diplomat of an American Board (M.D.) or Certified Specialist (D.O.).

## CLAIM PROVISIONS

**Time Limit on Certain Defenses** — An individual's claim, under any given coverage, for a loss which is incurred or which commences more than 2 years (1 year as to Long Term Disability Coverage) after the coverage becomes effective for the individual, will not be reduced or denied because there existed prior to the effective date, a disease or physical condition not expressly excluded from the coverage on the date of the loss.

**Proof of Loss** — Written proof of total disability under Long Term Disability coverage must be given to the Plan within 90 days after the end of the waiting period shown in the Plan Summary and subsequent written proof of the continuance of the disability must be furnished at such intervals as the Plan may reasonably require. Written proof of loss under any other coverage must be given to the Plan within 90 days after the loss.

Proof of loss must cover the occurrence, the character, and the extent of the loss.

Proof of loss under Long Term Disability coverage must also include evidence satisfactory to the Plan that you, your spouse, child or dependent has made proper application, and reapplication within a reasonable time if benefits were denied, for all "other income benefits" payable. You need not make application for retirement benefits available only on a reduced basis or for disability benefits under a group life insurance policy if the payment would reduce the amount of life insurance, however, such benefits will be considered "other income benefits" if applied for and received. Evidence satisfactory to the Plan must be furnished that all of the proofs required to support such application or reapplication for other income benefits have been submitted, that such benefits have not subsequently been waived and of the amount of such benefits.

Late proof may be accepted only if, under the particular circumstances, it was furnished as soon as was reasonably possible, and, in any event except in the absence of your legal capacity, within one year after the time it was otherwise required.

No action at law or in equity may be brought to recover under the Plan after 3 years from the time written proof is required to be furnished.

**Payment of Claims** — All accrued benefits under Long Term Disability coverage will be paid at the end of each calendar month during the period for which benefits are payable.

A Long Term Disability Benefit payable for less than a full month will be prorated on the basis of one-thirtieth of the monthly benefit for each day of eligibility for payment.

Benefits payable for any other loss will be paid immediately upon receipt of due written proof of loss. All benefits will be payable to you. However, unless you request otherwise in writing not later than the time proof of loss is filed, the Plan may pay any part or all of any benefits provided on account of hospital, nursing, medical or surgical service directly to the hospital or person providing the services.

If any benefit is payable to you, and you are a minor or otherwise not competent to give a valid release, or if any benefit is payable to your estate, the Plan may deduct up to $1,000 from the benefit payable and pay it to any of your relatives (by blood or marriage) whom it believes is fairly entitled to it.

The Plan at its own expense will have the right and opportunity to examine the person of any individual whose injury or disease is the basis of a claim when and as often as it may reasonably require during the period for which such individual claims benefits. The Plan will also have the right to recover any overpayment of Long Term Disability benefits either directly from you or by deduction from your future monthly income benefit payments.

**Determination of Fact** — The Employer's determination in good faith (subject to adjustment for error) of the existence and duration of your employment, any absence from work, and of any facts relating to your monthly rate of basic earnings or any Employer retirement plan, will be binding on all persons for the purposes of the Long Term Disability Benefit coverage.

**Subrogation of Benefits** — The Plan will be subrogated to the extent of the proceeds of any settlement or judgement resulting from your right of recovery from the party responsible for your medical or dental injuries. This means that if, for example, you have been paid medical or dental reimbursement benefits by the Plan and also recover for medical or dental expenses (as a result of a claim or lawsuit against someone else), then the Plan is entitled to reimbursement or recovery from you of all or a portion of the benefits paid to you by the Plan.

# THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

CERTIFIES that insurance is provided for certain Employees under Group Policy G-34900

POLICYHOLDER

## NORTHERN TELECOM INC.

EMPLOYEES INSURED — The Employees who are eligible to become insured under the Group Policy and the effective dates of their insurance are determined by the Eligibility Provisions of the Employee Benefit Plan Booklet in which this Certificate is included. Termination of Insurance is governed by the Termination of Employee Insurance and Termination of Dependents Insurance sections of the Certificate.

BENEFICIARY FOR DEATH BENEFITS — See Beneficiary Provisions of the Certificate.

AMOUNTS OF INSURANCE — See Coverage Schedule of the Certificate.

The provisions of the Group Policy principally affecting the insurance provided for eligible Employees are summarized in the Certificate. A Certificate issued to an Employee replaces any certificates previously issued with respect to the Group Coverage or Coverages summarized. All benefits are subject in every respect to the Group Policy, which alone constitutes the agreement under which payments are made.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

GROUP INSURANCE CERTIFICATE

GRP 31300
CERT

—45—

(1-102) ED 6-66

## COVERAGE SCHEDULE

(The pages which follow refer to this Schedule)

Employee Term Life Insurance — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount is described in the Plan Summary made a part of the Employee Plan Booklet in which this Certificate is included.

Employee Accidental Death and Dismemberment Insurance — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount is described in the Plan Summary made a part of the Employee Plan Booklet in which this Certificate is included.

Dependents Term Life Insurance — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount applicable to each of an Employee's dependents is described in the Plan Summary made a part of the Employee Plan Booklet in which this Certificate is included.

GRP 31300                                    (2-101) ED 3-66
CERT

---

## DEFERMENT OF EFFECTIVE DATE

Employee Insurance: If the Employee is both disabled and away from work when he would otherwise become insured for Employee Insurance under a coverage or when any adjustment in the benefits under such insurance would take effect, the effective date of such insurance or adjustment will be deferred until the first day thereafter on which he returns to active work.

Dependents Insurance: If Dependents Insurance applies to an Employee, he will be insured for such insurance with respect to each of his qualified dependents, subject to the following —

(1) An Employee shall not become insured for any Dependents Insurance unless he is insured for Employee Insurance.

(2) An Employee shall not be insured with respect to any qualified dependent for whom evidence of insurability satisfactory to Prudential is required because of late enrollment or enrollment after previous termination of any insurance because of failure to contribute.

(3) If any qualified dependent is confined for medical care or treatment either in an institution or at home on the date any Dependents Insurance under a coverage, or adjustment thereof, would otherwise become effective with respect to that dependent, such insurance or adjustment will be deferred

until his final medical release from all such confinement. This paragraph (3) will not operate to defer the effective date of an Employee's Dependents Term Life Insurance with respect to a child who is born to the Employee, and becomes a qualified dependent under that insurance at fourteen days of age, while the Employee is continuously insured under that insurance with respect to one or more other dependents.

## GENERAL DEFINITIONS

The Employer: When the term "the Employer" is used, it means collectively all employers included under the Group Policy.

Covered Individual under a coverage: An Employee who is insured for Employee Insurance; a qualified dependent with respect to whom an Employee is insured for Dependents Insurance.

Qualified Dependent: An Employee's spouse or unmarried child, other than (1) a person after that person has ceased to be a spouse of the Employee by reason of divorce or annulment; (2) a child less than fourteen days of age; (3) a child nineteen or more years of age unless (a) wholly dependent upon the Employee for support and maintenance, (b) enrolled as a full-time student in an educational institution, and (c) less than twenty-five years of age; (4) a spouse or child who (a) has complied with all requirements for becoming insured for Employee Term Life Insurance under the Group Policy other than the requirement that he have no protection under any Dependents Term Life Insurance of the Group Policy, or (b) has any protection under such Employee Term Life Insurance following termination of such insurance; (5) a spouse or child on active duty in any military, naval or air force of any country; and (6) a spouse or child who is insured for Employee Insurance under the Group Policy.

An Employee's children include, in addition to legally adopted children, any step children, foster children or children for whom the Employee is a legal guardian provided they are dependent on the Employee for support and maintenance and live with the Employee in a regular parent-child relationship.

A child shall not be a qualified dependent of more than one Employee. If more than one Employee would otherwise be insured under the Group Policy with respect to a child as a qualified dependent, the child will be considered to be the qualified dependent only of that one of such Employees with the longest period of continuous service with the Employer according to the Policyholder's records, unless otherwise determined by the mutual written agreement of all such Employees filed with the Policyholder.

Physician: A licensed practitioner of the healing arts acting within the scope of his practice.

Prudential's Home Office: Prudential's Home Office in Newark, New Jersey, or any of its other Home or Head Offices.

## EMPLOYEE TERM LIFE INSURANCE

### A. DEATH BENEFIT WHILE A COVERED INDIVIDUAL.

If the Employee dies while a covered individual, the amount of his insurance under this Coverage is payable when Prudential receives due written proof of death.

### B. DEATH BENEFIT DURING CONVERSION PERIOD.

This benefit is payable if the Employee dies within thirty-one days after he ceased to be a covered individual and while entitled (under Section C) to a conversion of his insurance under this Coverage to an individual policy.

An amount equal to that which might have been issued under the individual policy is payable under the Group Policy when Prudential receives due written proof of death, whether or not the Employee applied for conversion.

### C. CONVERSION PRIVILEGE.

An Employee ceasing to be a covered individual may convert his insurance under this Coverage to an individual policy of life insurance, without evidence of insurability, if he then ceases to be insured under the Group Policy by reason of —

(1) termination of his membership in the classes eligible for such insurance or

(2) termination, by amendment or otherwise, of the provisions for such insurance as to the eligible class of which he is a member, provided that at the date of such termination he has been so insured under such provisions (or under such provisions and any Prudential rider or group policy replaced by such provisions) for at least five years prior to such termination date.

Any such conversion shall be subject to the remainder of this Section.

Availability: The individual policy will be issued only if written application and the first premium payment for it are made to Prudential within thirty-one days after such cessation.

Individual Policy Requirements: The individual policy must conform to the following —

Amount — not in excess of the amount of his insurance under this Coverage at such cessation. Furthermore, if such cessation occurs by reason of termination, by amendment or otherwise, of the term life insurance provisions of the Group Policy as to his class, the total amount of individual insurance obtainable with respect to all his life insurance then terminating under the Group Policy shall in no event exceed the lesser of (1) the total amount of such insurance then terminating, reduced by the amount of any life insurance for which he is or becomes eligible under any group life insurance coverage issued by any insurance carrier within thirty-one days thereafter, and (2) $2,000.

Form — any form of life insurance policy, other than term insurance or a policy containing disability or other supplementary benefits, then customarily issued by Prudential at the age and amount applied for.

Premium — based on Prudential's rate applicable to its form and amount, the class of risk to which he belongs, and to his attained age on i effective date.

Effective Date — at the end of the thirty-one day period during which application for it may be made.

Any death benefit provided under a section of this Coverage is payable i accordance with that section and the Group Policy's Beneficiary and Mode Settlement provisions.

GRP 31300                    Group Employee Term Life Insuranc
LIFE R-201                       Coverage LIFE 201(7-

### EMPLOYEE ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

Payable for: The Employee's loss of life, sight, hand or foot.

Loss of sight means total and irrecoverable loss of sight. Loss of a hand or foo means loss by severance at or above the wrist or ankle.

Conditions for Benefit: All of the following —

(1) The Employee sustained an accidental bodily injury while a covered indi vidual.

(2) The injury, directly and independently of all other causes, resulted in the loss.

(3) The loss occurred within ninety days after the injury was sustained.

Amount Payable:

| For Loss of | Amount |
|---|---|
| Life | The Employee's amount of insurance under this Coverage |
| Both Hands | |
| Both Feet | |
| Sight of Both Eyes | |
| One Hand and One Foot | |
| One Hand and Sight of One Eye | |
| One Foot and Sight of One Eye | |
| One Hand | One-half the Employee's amount of insurance under this Coverage |
| One Foot | |
| Sight of One Eye | |

EMPLOYMENT ACCIDENTAL DEATH AND
DISMEMBERMENT INSURANCE — Continued

Amount limitation — The amount payable for all losses of the Employee as the result of the same accident is limited to his amount of insurance under this Coverage.

Not Covered: Any loss which results —

(1) from suicide or attempted suicide, whether the Employee is sane or insane, or

(2) directly or indirectly from bodily or mental infirmity or disease or medical or surgical treatment thereof, or

(3) from any infection, other than a pyogenic infection occurring through and at the time of an accidental cut or wound, or

(4) from war or any act of war ("war" means declared or undeclared war and includes resistance to armed aggression).

Each benefit of this coverage is payable to the Employee, except that any benefit unpaid at his death or becoming payable on account of his death will be paid to his Beneficiary or Beneficiaries determined under the Group's Policy Beneficiary Provisions. Payment is subject to the Group Policy's Claim Provisions.

GRP 31300                              Group Employee Accidental Death
AD&D R-101 ED 3-66                     and Dismemberment Insurance
                                       Coverage AD&D (101)

DEPENDENTS TERM LIFE INSURANCE

A.  DEATH BENEFIT WHILE A COVERED INDIVIDUAL.

If a dependent dies while a covered individual, the amount of insurance on the dependent under this Coverage is payable when Prudential receives due written proof of death.

B.  DEATH BENEFIT DURING CONVERSION PERIOD.

This benefit is payable if a dependent dies within thirty-one days after ceasing to be a covered individual and while entitled (under Section C) to a conversion of the insurance to an individual policy.

An amount equal to that which might have been issued under the individual policy is payable under the Group Policy when Prudential receives due written proof of death, whether or not application for conversion has been made.

C.  CONVERSION PRIVILEGE.

A dependent ceasing to be a covered individual may have the insurance on him under this Coverage converted to an individual policy of life insurance without evidence of insurability, if the Employee then ceases to be insured for Dependents Term Life Insurance under the Group Policy with respect to that dependent for any reason other than:

(1) termination, by amendment or otherwise, of the provisions for such insurance as to the eligible class of which the Employee is a member, unless at the date of such termination the Employee has been so insured with respect to the dependent under such provisions (or under such provisions and any Prudential rider or group policy replaced by such provisions) for at least five years prior to such termination date, or

(2) the Employee's failure to make any required contribution for insurance under the Group Policy.

Any such conversion shall be subject to the remainder of this Section.

Availability: The individual policy will be issued only if written application and the first premium payment for it are made to Prudential within thirty-one days after such cessation.

Individual Policy requirements: The individual policy must conform to the following —

Amount — not in excess of the amount of insurance on the dependent under this Coverage at such cessation. Furthermore, if such cessation occurs by reason of termination, by amendment or otherwise, of the Dependents Term Life Insurance provisions of the Group Policy as to the Employee's class, the total amount of individual insurance obtainable with respect to all the Dependents Term Life Insurance on the dependent then terminating under the Group Policy shall in no event exceed the lesser of (1) the total amount of such insurance then terminating, reduced by the amount of any life insurance for which the Employee is or becomes eligible with respect to the dependent under any group life insurance coverage issued by any insurance carrier within thirty-one days thereafter, and (2) $2,000

Form — any form of life insurance policy, other than term insurance or any policy containing disability or other supplementary benefits, then customarily issued by Prudential at the age and amount applied for.

Premium — based on Prudential's rate applicable to its form and amount, to the class of risk to which the dependent belongs, and to the dependent's attained age on its effective date.

Effective Date — at the end of the thirty-one day period during which application for it may be made.

---

Any death benefit provided under a section of this Coverage is payable to the Employee, if living at the death of the dependent. If the Employee predeceased the dependent, the death benefit is payable to the estate of the dependent or, at Prudential's option, to any one or more of the following surviving relatives of the dependent: wife, husband, mother, father, children, brothers or sisters.

---

GRP 31300
DEPL R-103   ED 3-66

Group Dependents Term Life Insurance
Coverage DEPL 103(1-1)

## BENEFICIARY PROVISIONS

Any insurance under the Group Policy becoming payable on account of the death of an Employee will be payable to the person designated by the Employee as his or her Beneficiary on a form satisfactory to Prudential, subject to the Assignment Limitations section of the General Provisions.

At any time the Employee may, without the consent of his Beneficiary, change the Beneficiary by filing written notice of the change through the Policyholder on a form satisfactory to Prudential. The new designation will take effect on the date the notice was signed, except that it will not apply as to any amount paid by Prudential before receipt of the notice.

If more than one Beneficiary is designated and in such designation the Employee has failed to specify their respective interests, the Beneficiaries will share equally. Unless otherwise provided in the Employee's Beneficiary designation, the interest of any designated Beneficiary predeceasing the Employee will terminate and will be shared equally by any Beneficiaries who survive the Employee. Any amount of the insurance for which there is no disposition of a terminated interest as provided above, and any other amount of the insurance for which there is no Beneficiary at the death of the Employee, will be payable to the estate of the Employee unless otherwise provided in the Assignment Limitations.

## MODE OF SETTLEMENT PROVISIONS

(for Employee Life Insurance)

A mode of settlement other than lump sum payment may be arranged with Prudential, subject to the provisions of the Group Policy, for all or a part of the Employee Life Insurance payable at an Employee's death. Information about the modes of settlement available may be obtained from Prudential upon request to the Policyholder.

## INCONTESTABILITY OF AN INDIVIDUAL'S LIFE INSURANCE

All statements with respect to Life Insurance under the Group Policy made by a person insured therefor shall be deemed representations and not warranties. With respect to each amount of such insurance for which a person is insured, no such statement shall be used in any contest of such insurance unless a copy of the instrument containing the statement is or has been furnished to the Employee or to his or her Beneficiary. No statement made by a person insured under the Group Policy relating to his or her insurability for such insurance shall be used in contesting the validity of the insurance with respect to when such statement was made after such insurance has been in force prior to the contest for a period of two years during his or her lifetime.

GRP 31300
CERT B-102 ED 3-66

(1-2)

---

## CLAIM PROVISIONS

These provisions apply to each coverage under the Group Policy which contains a specific provision subjecting the payment of benefits under the coverage to the Group Policy's Claim Provisions.

Written proof of the loss under a coverage upon which claim may be based must be furnished to Prudential within ninety days after —

(1) the end of each month or lesser period for which Prudential is liable under the coverage, if the coverage provides for payment at such periodic intervals; and

(2) the date of the loss, in the case of any other coverage.

Failure to furnish such proof within the required time shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible.

All benefits will be paid upon receipt of written proof covering the occurrence, character and extent of the event for which claim is made; except that if any coverage provides for payment at monthly or at more frequent periodic intervals, Prudential shall not be required to make payments of benefits thereunder more often than so provided.

CLAIM PROVISIONS — Continued

Prudential at its own expense shall have the right and opportunity to examine the person whose sickness or injury is the basis of claim when and so often as it may reasonably require during pendency of claim.

No action at law or in equity shall be brought to recover under the Group Policy prior to the expiration of sixty days after written proof of the loss upon which claim is based has been furnished as required above. No such action shall be brought more than three years after the expiration of the time within which proof of such loss is required.

### INDIVIDUAL'S STATEMENT AS TO COVERAGE SUBJECT TO CLAIM PROVISIONS

All statements with respect to the insurance under such coverage which are made by a person insured therefor shall be deemed representations and not warranties. With respect to each amount of such insurance for which a person is insured, no such statement made for the purpose of effecting such insurance of the person shall be used in any contest to avoid the insurance with respect to which such statement was made or to reduce benefits thereunder after such insurance has been in force prior to the contest for a period of two years during his lifetime, nor unless such statement is contained in a written application signed by him and a copy of such application is or has been furnished to him.

GRP 31300
GEN C-101 ED 3-66

--------

### TERMINATION OF EMPLOYEE INSURANCE

The Employee Insurance of an Employee under a coverage will automatically terminate when:

(1) he ceases to be a member of the coverage classes for the insurance because of termination of employment (described below) or for any other reason, or

(2) his class is no longer included in the coverage classes for the insurance, or

(3) the provisions of the Group Policy for the insurance terminate, or

(4) if the insurance is contributory, any contribution required of him for any insurance under the Group Policy is not made when due.

Termination of Employment — For insurance purposes, an Employee's employment will be considered to terminate when he is no longer actively engaged in work on a full-time basis for the Employer. However, the Group Policy has provisions under which the Policyholder may consider the Employee as still employed within the coverage classes for the insurance, subject to any time limits or other conditions stated in the Group Policy.

(Note: If the Employee stops active work for any reason, he should contact his employer immediately to determine what arrangements, if any, have been made to continue any of his insurance.)

### TERMINATION OF DEPENDENTS INSURANCE

An Employee's Dependents Insurance will terminate under the circumstances described in the section "Termination of Employee Insurance" as though that section's reference to "Employee Insurance" were a reference to "Dependents Insurance".

All of the Dependents Insurance under the Group Policy with respect to a particular qualified dependent will automatically terminate if that dependent ceases to be a qualified dependent.

### ASSIGNMENT LIMITATIONS

Insurance under a coverage is not assignable unless the Coverage Schedule indicates that it is assignable. An assignment may apply to any right, benefit or privilege of the Employee including, without limiting the generality of the foregoing, any right of the Employee to designate a Beneficiary or to convert to another policy. No responsibility for the validity or sufficiency of any assignment is assumed by Prudential. Prudential shall not be considered to have knowledge of any assignment unless the original or a duplicate is filed with Prudential through the Policyholder.

If, under an insurance for which the Group Policy allows Beneficiary designations, any amount of insurance becomes payable on account of the death of an Employee and there is, as to such amount of insurance, at the Employee's death an assignment in effect but no Beneficiary designated by the assignee, such amount of insurance will be payable to the assignee, if living, otherwise to the estate of the assignee and not as otherwise provided in the Beneficiary Provisions of the Group Policy.

GRP 31300                                          (4-101) ED 3-66 (1-13)
CERT

--------

### NOTICE TO EMPLOYEE

The above certificate evidences insurance protection under a Group Insurance Policy issued by THE PRUDENTIAL INSURANCE COMPANY OF AMERICA. This insurance replaces coverage previously provided under a group policy of another insurer. Your Beneficiary under the Prudential Group Policy is, unless and until you change your Beneficiary, the person designated as the beneficiary of record under the group policy of the other insurer.

If you wish to change your Beneficiary, contact your employer.

NORTHERN TELECOM INC.

# Summary Plan Description

This information, together with your booklet, is the Summary Plan Description and is designed to inform you, as a plan participant, of the provisions and benefits of your employee benefit plan. This information complies with the Employee Retirement Income Security Act of 1974 (ERISA).

Plan Name: Group Benefits Plan for Employees of Northern Telecom Inc.

Employer Identification Number: 04-2486332

Plan No.: 506

Plan Sponsor:  Northern Telecom Inc.
International Plaza
Nashville, Tennessee 37217

Type of Plan: Welfare

Plan year ends: August 31

Plan Administrator:  Employee Benefits Committee of
Northern Telecom Inc.
International Plaza
Nashville, Tennessee 37217
Tel: (615) 361-3500

Agent for service of legal process: Plan Administrator

Group Term Life and Accidental Death and Dismemberment Insurance benefits are underwritten by:

The Prudential Insurance Company of America
Prudential Plaza
Newark, N.J. 07101

All other benefits under the Plan are provided by Northern Telecom, Inc.

Plan eligibility, benefits under the plan, termination rules, and information on which plan costs are paid by the Employer and which by the Employee are previously described in this booklet.

Claims — This booklet contains information on reporting claims. Forms for submitting claims may be obtained from your Personnel Department.

If your claim is denied in whole or in part, you will receive a written notice of the denial, explaining the reason for the denial.

You may request a review of the denied claim. The request must be submitted, in writing, within 60 days after you receive the notice. Include your reasons for requesting the review and submit your request to the same office to which you submitted your claim. Your claim will be reviewed, and you will ordinarily be notified of the final decision within 60 days of the receipt of your request for review. The final decision will be made by The Prudential Insurance Company of America which is providing claim services under the Plan.

Your Rights under ERISA — As a participant in this plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all plan participants shall be entitled to:

Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by the plan with the U. S. Department of Labor, such as detailed annual reports and plan descriptions.

Obtain copies of all plan documents and other plan information upon written request to the plan administrator. The administrator may make a reasonable charge for the copies.

Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have your claim reviewed. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U. S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay the court costs and legal fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous. If you have any questions about your plan, you should contact the plan administrator, your Director of Personnel, or the Director of Benefits for Northern Telecom, Inc. If you have any questions about this statement or about your rights under ERISA you should contact the nearest Area Office of the U. S. Labor-Management Services Administration, Department of Labor.