## EXHIBIT 5

# GROUP
# BENEFITS
# PLAN



1-1-87

**Revised
Plan**

# Your Benefit Plan

The Plan Summary issued to you as a part of this Booklet summarizes the coverages and amounts that are available to you under this Plan.

You will become covered for the benefits described only if you are eligible, enroll for each coverage as required and agree to make any required contributions.

Source of Benefits — The Employee Term Life and Accidental Death and Dismemberment Insurance, Dependents Term Life Insurance and Dependent Spouse Term Life Coverage are provided under a group insurance policy underwritten by The Prudential Insurance Company of America. The Weekly Disability Benefits (applicable to Hourly Employees), Long Term Disability and Medical and Dental Benefits are provided directly by Northern Telecom Inc. through a self-funded program under which The Prudential Insurance Company of America will provide certain administrative and claim services. The Weekly Disability Benefits (applicable to Salaried Employees) are provided directly by Northern Telecom Inc.

NORTHERN TELECOM INC.

i

# Table of Contents

## PART I

**Term Life and Accidental Death and Dismemberment Insurance.**
**Underwritten by The Prudential Insurance Company of America.**

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Employee Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Employee Accidental Death and Dismemberment Insurance . . . . . . . . . . . . . . . 5
Dependents Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Dependent Spouse Term Life Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Termination of Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

## PART II

**Weekly Disability, Long Term Disability and Medical and Dental**
**Expense Benefits. Provided by Northern Telecom Inc.**

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Weekly Disability Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Long Term Disability Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Medical Expense Benefits Foreword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
The Prudential Patient Advisory Support Services Program (PruPASS) . . . . . . . . 18
Second Surgical Opinion Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Hospital Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Provisions Applying to the Treatment of Alcoholism/Drug Dependency . . . . . . . 29
Convalescent Facility Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
Surgical Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
Physicians Expense Benefits (In Hospital) . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Diagnostic Laboratory and X-Ray Expense Benefits . . . . . . . . . . . . . . . . . . . 35
Supplemental Accident Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . 36
Hospice Care Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
Home Health Care Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
Major Medical Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
Dental Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
Miscellaneous Medical Expense Provisions . . . . . . . . . . . . . . . . . . . . . . . . . 46
Termination of Coverage Provisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
Extension of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
Conversion Privilege for Medical Expense Benefits . . . . . . . . . . . . . . . . . . . . 60
General Provisions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

## PART III

Insurance Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
Summary Plan Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84

# Part I
# Employee Term Life and Accidental Death and Dismemberment Insurance, Dependents Term Life Insurance and Dependent Spouse Term Life Coverage

Underwritten by The Prudential Insurance
Company of America

# Eligibility Provisions

## Eligibility

If you are a permanent full-time employee in an Eligible Class shown in the Plan Summary, you will become covered for Employee Term Life Insurance (Non-Contributory and Contributory) and Employee Accidental Death and Dismemberment Insurance (Non-Contributory and Contributory), Dependents Term Life Insurance (Non-Contributory) and Dependent Spouse Term Life Insurance (Contributory) under this Plan on the first day on or after the Effective Date shown in the Plan Summary on which you are eligible and have enrolled for the coverage. Dependents Term Life Insurance coverage applies only if you have Dependent Medical Expense and Dental Expense Benefits coverage under Part II of this Plan.

If you do not enroll for the Contributory Employee Life and Employee Accidental Death and Dismemberment Insurance and Contributory Dependent Spouse Term Life Insurance within 31 days after you first become eligible for that coverage, you will be required to furnish evidence of your good health and that coverage will not become effective until Prudential has determined that evidence to be satisfactory.

If you are both disabled and away from work on the date you would otherwise become covered, your coverage will not start until you return to active work.

## Eligible Dependents

(For Dependents Term Life Insurance)
Eligible dependents include your wife or husband (except in the event of divorce or annulment), and your unmarried children (including lawfully adopted children) who are 14 or more days of age but less than 19 years of age. However, no dependent child will be eligible while that dependent is employed and is covered under his employer's group benefits plan.

In addition to your own or lawfully adopted child, any stepchild, foster child or child for whom you are a legal guardian will be included under Dependents Term Life Insurance coverage, provided the child depends on you for support and maintenance and lives with you in a regular parent-child relationship.

Any of your unmarried children age 19 or more but less than age 25 who are full-time students in an educational institution and depend wholly upon you for support and maintenance will also be considered your eligible dependents for Dependents Term Life Insurance coverage.

No one will be eligible as a dependent while covered as an employee or while in active military service.

If you have met the requirements for covering your dependents shown in the Eligibility Provisions of the Plan Summary, an eligible dependent will become covered at the same time as your coverage commences. However, if a dependent is confined for medical care or treatment in any institution or at home when coverage would normally start, the dependent will not be covered until given a final release by the doctor from all such confinement.

(For Contributory Dependent Spouse Term Life Insurance)
An eligible spouse is your wife or husband (except in the event of divorce or annulment). However a spouse will not be eligible while in active military service.

If you have met the requirements for covering your dependent spouse shown in the Eligibility Provisions of the Plan Summary, an eligible dependent spouse will become covered at the same time your coverage commences. However, if a dependent spouse is confined for medical care or treatment in any institution or at home when coverage would normally start, the dependent spouse will not be covered until given a final release by the doctor from all such confinement.

# Your Term Life Insurance

See the Plan Summary for the amount of insurance available to you.

Your Term Life Insurance will be paid to any beneficiary you name if you die from any cause. You may change your beneficiary whenever you wish.

### Insurance During Total Disability

If you become totally disabled, contact your Employer as soon as possible to determine what arrangements can be made to continue your insurance. If you become totally disabled before age 60, your Employer may pay the full cost of your Term Life Insurance while you remain totally disabled. To have your Employer pay the cost of this insurance, you must furnish proof of total disability between nine and twelve months after the disability commenced, and as required thereafter. Should you die during the first 12 months of total disability, your insurance will be paid even if you had not furnished proof of the disability or premiums had not been continued.

### Change To An Individual Policy

During the 31 days following termination of your employment, you may change your Group Term Life Insurance, without having to furnish evidence of good health, to one of a number of Prudential individual life policies. If elected, such individual life policy will be effective at the end of the 31-day period, and the premiums will be the same as you would ordinarily pay if you applied for an individual policy at that time. If you die during this 31-day period, your Group Term Life Insurance will be paid whether or not you have applied for an individual policy.

The amount of any reduction in your Term Life Insurance due to your attainment of age 70 or retirement may be changed to an individual policy under the same conditions described above.

### Certificate

Refer to the Certificate at the end of this booklet for additional information on your Group Term Life Insurance coverage.

# Your Accidental Death and Dismemberment Insurance

See the Plan Summary for the amount of insurance available to you.

Your Accidental Death and Dismemberment Insurance will be paid for any of the following losses as the result of an accident occurring on or off the job while you are insured. It is payable regardless of other insurance.

Loss of Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Full Amount of Insurance
(Paid to your beneficiary)

Loss of:
Both hands, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Both feet, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Sight of both eyes, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      Full Amount
One hand and one foot, . . . . . . . . . . . . . . . . . . . . . . . . . . . .      of Insurance
One hand and sight of one eye, or                                               (Paid to you)
One foot and sight of one eye . . . . . . . . . . . . . . . . . . . . . . . .

Loss of:
One hand, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      One-half the
One foot, or . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      Amount of
Sight of one eye . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      Insurance
(Paid to you)

Loss of sight means total and irrecoverable loss of sight. Loss of a hand or foot means loss by severance at or above the wrist or ankle.

### Exclusions

The Accidental Death and Dismemberment Insurance does not cover loss that occurs more than 90 days after the accident, nor any loss resulting from war (including undeclared war and armed aggression), suicide, attempted suicide, bodily or mental infirmity or disease, an infection other than a pyogenic infection of an accidental cut or wound, or participation in the commission of an assault or felony.

The total payment for all losses due to any one accident will not be more than the full amount of insurance.

### Certificate

Refer to the Certificate at the end of this booklet for additional information on your Accidental Death and Dismemberment Insurance coverage.

# Term Life Insurance
# For Your Dependents

See the Plan Summary for the amount of insurance available to you. Dependents Term Life Insurance coverage applies only if you have Dependent Medical Expense and Dental Expense Benefits coverage under Part II of this Plan.

Your Dependents Term Life Insurance will be paid to you if one of your covered dependents dies from any cause.

### Change To An Individual Policy

During the 31 days following termination of your employment, arrangements may be made to change each of your dependent's Dependents Term Life Insurance to one of a number of Prudential individual life insurance policies without the need to furnish evidence of good health. If elected, such individual life policy(ies) will be effective at the end of the 31-day period, and the premium will be the same as would ordinarily be paid if an individual policy were applied for at that time. If a dependent dies during this 31 day period, your Dependents Term Life Insurance will be paid whether or not an individual policy was applied for.

This privilege also is available for a covered dependent if you should die or if the dependent ceases to be eligible for the Term Life Insurance.

### Certificate

Refer to the Certificate at the end of this booklet for additional information on your Dependents Term Life Insurance coverage.

# Term Life Coverage
# For Your Dependent Spouse

See the Plan Summary for the amount of insurance available to you.

The amount of Spouse Term Life Insurance for which you have enrolled will be paid to you if your covered spouse dies. However, if you predecease your spouse, the death benefit is payable to the estate of your spouse or, at Prudential's option, to any one or more of the following surviving relatives of your spouse: mother, father, children, brothers or sisters.

### Change To An Individual Policy

During the 31 days following termination of your employment, arrangements may be made to change your Spouse Term Life Insurance to one of a number of Prudential individual life insurance policies without the need to furnish evidence of good health. If elected, such individual life policy will be effective at the end of the 31-day period, and the premium will be the same as would ordinarily be paid if an individual policy were applied for at that time. If your spouse dies during this 31 day perod, the Spouse Term Life Insurance will be paid whether or not an individual policy was applied for.

This privilege also is available for your covered spouse if you should die or if the spouse ceases to be eligible for the Term Life Insurance.

### Certificate

Refer to the Certificate at the end of this booklet for additional information on your Dependent Spouse Term Life Insurance coverage.

# Termination of Insurance Provisions

**Termination of Insurance**

The insurance coverages described in this Part I of this Plan will terminate if you cease to be a member of an Eligible Class, or the Group Insurance is discontinued by your Employer. In addition any contributory insurance coverage will also terminate if you discontinue your contributions.

Ceasing active work will be considered to be immediate termination of employment, except that if you are absent from active work because of sickness, injury, temporary lay-off, or leave of absence, employment may be deemed to continue for the purposes of some of the coverages up to the limits specified in the Group Insurance policy.

If you cease active work for any reason, you should find out immediately from your Employer what coverages, if any, can be continued in force so that you will be able to exercise any rights you may have under the plan.

**Dependents Coverage Only**

In addition to the termination events described above, Dependent's Term Life Insurance coverage for dependents will also terminate when the dependent ceases to be an eligible dependent or when you cease to have Dependent Medical Expense and Dental Expense Benefits coverage under Part II of this Plan.

**POLICY AND CERTIFICATES**

The benefits are described more fully in the certificate at the end of this booklet. The extent of the insurance for each individual is governed at all times by the complete terms of the Group Insurance policy or policies issued by Prudential.

# Part II

# Weekly Disability, Long Term Disability, Medical Expense and Dental Expense Benefits

These benefits are provided by Northern Telecom Inc. under a self-funded program. Under this program, The Prudential Insurance Company of America will provide certain administrative claim services.

# Eligibility Provisions

### Eligibility

If you are a permanent full-time employee in an Eligible Class shown in the Plan Summary, you will become covered for Weekly Disability, Long Term Disability, Medical Expense and Dental Expense Benefits, Contributory Dependents Medical Expense and Dental Expense Benefits under this plan on the first day on or after the Effective Date shown in the Plan Summary on which you are eligible and have enrolled for the coverage.

If you are both disabled and away from work on the date you would otherwise become covered, your coverage will not start until you return to active work.

### Eligible Dependents

(For Contributory Dependents Medical Expense and Dental Expense Benefits) eligible dependents include your wife or husband (except in the event of divorce or annulment) and your unmarried children (including lawfully adopted children) who are under 19 years of age.

In addition to your own or lawfully adopted child, any stepchild, foster child, or child for whom you are a legal guardian will be included under Dependents Medical Expense and Dental Expense Benefits provided the child depends on you for support and maintenance and lives with you in a regular parent-child relationship.

Any of your unmarried children age 19 or more but less than age 25 who are full-time students in an educational institution and depend wholly upon you for support and maintenance will also be considered your eligible dependents for Dependents Medical Expense and Dental Expense Benefits.

No person may be eligible for benefits both as an employee and as a dependent or as a dependent of more than one employee. A dependent cannot become covered unless you are covered.

If you have met the requirements for covering your dependents shown in the Eligibility Provisions of the Plan Summary, an eligible dependent will become covered at the same time as your coverage commences. However, if a dependent is confined for medical care or treatment in any institution or at home when coverage would normally start, the dependent will not be covered until given a final release by the doctor from all such confinement.

# Your Weekly Disability Benefits

This Plan will pay you a Weekly Disability Benefit for a period of time specified in the Plan Summary if you become totally disabled by an accidental bodily injury or disease while covered under the Plan.

### Non-Occupational Disability Benefit

The Plan Summary shows your amount of Weekly Disability Benefit and the beginning date for benefits during a period of total disability.

You are considered totally disabled when you cannot work because of sickness or accidental injury, and are under the regular care of a physician. No benefits will be payable for any day on which you are doing any work, anywhere, for pay or profit.

While you are totally disabled, benefits will continue for up to the Maximum Period of Payments shown in the Plan Summary for any one period of total disability.

Successive periods of total disability separated by less than two consecutive weeks of full-time active work will be considered one period of disability, unless the subsequent period of disability results from causes unrelated to the causes of the earlier period and you have returned to one day of full time active work between the periods.

This Non-Occupational Disability benefit is only paid for disabilities which are not Occupational Disabilities. Occupational Disabilities are those caused by (a) injury arising out of or in the course of, any employment for wage or profit or (b) disease covered with respect to such employment, by any workers' compensation law, occupational disease law or similar legislation.

### Occupational Disability Benefit

This Plan will also pay you a Weekly Disability Benefit for a total disability which is an Occupational Disability as defined above. This benefit is provided on the same terms as the benefit for a non-occupational disability. The amount of Weekly Disability Benefit payable, however, is equal to the excess of the Non-Occupational Weekly Disability Benefit over the benefits payable under any workers' compensation law, occupational disease law or similar legislation.

# Your Long Term Disability Benefits

This Plan will pay you Monthly Income Benefits for a period of total disability caused by an accidental bodily injury or disease while covered under this Plan. There is a waiting period which must elapse before benefits become payable. This is described in the Plan Summary.

## Total Disability

You are considered totally disabled at any time that you are unable to work because of a disease or injury.

During the first 24 months of a period of total disability, you will be considered unable to work if you cannot work at the type of occupation in which you normally engage.

After the first 24 months of a period of total disability you will be considered unable to work only if you are unable to work at any reasonable occupation. A reasonable occupation is any gainful activity for which you are fitted by your education, training or experience, or for which you could reasonably become fitted.

The rules for determining a "period of total disability" are spelled out on the following page.

## Monthly Income Benefit

This benefit for each month is based upon 70% of your "Monthly Rate of Basic Earnings" before you become totally disabled but in no event more than the Maximum Monthly Benefit shown in the Plan Summary. This benefit is reduced by any "other income benefits" you receive for that month or which you would be entitled to receive if timely claim for them had been made by you, but in no event shall this benefit be less than the Minimum Monthly Benefit shown in the Plan Summary.

## When Benefits Begin

Your Monthly Income Benefits will start as soon as you complete the waiting period shown in the Plan Summary, provided that written proof of your total disability is furnished to Prudential within six months following completion of the waiting period. Otherwise Monthly Income Benefits will commence on the day six months following the date written proof of your total disability is so furnished.

## How Long Benefits are Paid

You will continue to receive Monthly Income Benefits while you remain totally disabled (as described herein), up to the end of the Maximum Benefit Period shown in the Plan Summary.

## Period of Total Disability

Since benefits are payable only during a period of total disability, it is important that you understand when this period begins and ends.

Each period of total disability will start as soon as you are both totally disabled and under the care of a physician. You will not be considered to be under the care of a physician more than 31 days before he has been seen and treated you personally for the disease or injury causing the total disability.

Your period of total disability will end when any one of the following occurs:

1. You cease to be totally disabled or you die; or

2. You actually start working at the type of occcupation in which you normally engage or at any reasonable occupation. Work at an Approved Rehabilitation Program as defined later will not count as work at the type of occupation in which you normally engage or at a reasonable occupation; or

3. You cease to be under the care of a physician; or

4. You fail to furnish the latest required proof of the continuance of your total disability to this Plan or refuse to be examined by a physician designated by this Plan.

Once a period of total disability has ended, any new period of total disability will be treated separately. However, two separate periods of total disability resulting from the same or related causes which are separated by less than 3 months will be considered as and combined into one period.

The rule just described for combining two periods of total disability into one period will also apply to any successive additional periods of total disability resulting from the same or related causes separated by less than 3 months. Two periods will not be combined unless you were covered for this benefit at the start of the earlier period.

## Other Income Benefits

This Plan defines "other income benefits" as

(1) Income received from any employer or from any occupation for compensation or profit

(2) Any disability, retirement, or unemployment benefits required or provided for under any law of a government — for example,
    (a)  unemployment compensation benefits,
    (b)  no-fault wage replacement benefits,
    (c)  statutory disability benefits,
    (d)  benefits under the Federal Social Security Act, the Canada Pension Plan, and the Quebec Pension Plan, including dependents benefits, but not counting any increase in benefits enacted after the monthly Long Term Disability benefit payments have started under this Plan.

(3) Disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis).

(4) Any benefits received under workers' compensation law or any other similar law, excluding payments received for legal fees incurred in the claim process.

Benefits of the type listed above payable to you or your spouse, children or dependents by reason of your disability or retirement are included as "other income benefits".

For the purposes of this Plan, "other income benefits" will be determined as follows:

(1) Any periodic payments will be allocated to monthly periods.

(2) Any single lump sum payment including any periodic payments which you or your spouse, children or dependents have elected to receive in a single lump sum will be allocated to sixty monthly periods with the exception of workers' compensation benefits. Any single lump sum payment under workers' compensation laws will be fully offset in its entirety against any benefits otherwise payable by this Plan.

(3) Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

### Estimated Other Income Benefits

"Other income benefits" include benefits that would be payable if timely claim for them had been made by you. In the case of Social Security benefits under the Federal Social Security Act, this includes timely and diligent pursuit of benefits through each of these steps:

(1) Application for such benefits;

(2) Appeal at the reconsideration level, if benefits are denied.

(3) Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give this Plan written proof that you have completed the application process for other income benefits, and benefits are finally denied, this Plan may:

(1) estimate your monthly Social Security and other income benefits; and

(2) use that amount to determine your monthly benefit.

Your Social Security or other income benefits will not be estimated while your application and appeals are pending if you sign a Reimbursement Agreement on a form satisfactory to the Plan.

If this Plan finds that the amount of other income benefits that should have been used to determine your Monthly Income Benefit differs from the amount actually used, these rules apply:

(1) If Monthly Income Benefits have been underpaid, this Plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

(2) If Monthly Income Benefits have been overpaid, this Plan may either require a lump sum reimbursement payment to this Plan or, at it's option, reduce or eliminate future payments. If this Plan reduces or eliminates future payments, the Minimum Monthly Benefit will not apply.

### Monthly Rate of Basic Earnings

Your Monthly Rate of Basic Earnings will be determined by using the rule below which applies to you, and separately for each period of total disability. A retroactive change in your rate of earnings will be considered to take effect on the date the new rate is determined.

For all regular hourly and salaried employees — Your Monthly Rate of Basic Earnings shall be your basic monthly pay rate in effect for the last complete payroll period before the start of the period of total disability, excluding bonuses, overtime pay or any other form of compensation. If the employee is a piece worker, his average monthly piece-work earnings over his basic monthly pay rate for the three months before the start of the period of total disability will be added to his monthly rate of basic earnings.

Commissioned Salesmen — Your Monthly Rate of Basic Earnings shall be one twelfth of your total basic income received from your Employer, consisting of base salary and commissions but excluding bonuses or any other form of compensation for the last full calendar year just before the start of the period of total disability. If you have not been employed for a full calendar year prior to the commencement of the period of total disability, your Monthly Rate of Basic Earnings shall be your basic income (as previously defined) for your actual period of employment divided by the number of months of such employment.

Executives eligible for an incentive bonus — The employee's basic monthly pay rate in effect for the last complete payroll period before the start of the period of total disability, plus his average monthly bonus for the preceding two full calendar years before the start of the period of total disability, but excluding any other extra compensation.

### Approved Rehabilitation Program

An "approved rehabilitation program" means

(1) a program of vocational rehabilitation, or

(2) a period of part-time work for purposes of rehabilitation,

which will be considered to begin only when this Plan approves such program in writing, and to end when this Plan withdraws its approval.

This Plan includes this rehabilitation program to help you get back to work. With this Plan's approval, you may continue receiving Long Term Disability benefits for a limited time while on an approved rehabilitation program. Thus, you may get back into a gainful occupation with the assurance that for a specified period you will not lose your eligibility for benefits. During this period, your monthly Monthly Income Benefit will be your regular Monthly Income Benefit payment less 80% of your earnings from the rehabilitative job.

Also, certain expenses of a vocational rehabilitation program may be paid by this Plan at the discretion of the Plan Administrator. If this Plan determines that a program that should make you self-supporting is within your ability, you will be notified of the type and duration of the expenses covered, and the conditions for payment. If you agree to undertake the program, the charges for the approved covered expenses will be paid, up to a maximum benefit of $10,000.

## Physician

"Physician" means a licensed practitioner of the healing arts acting within the scope of his practice; except that with respect to a period of total disability, or any portion thereof, during which total disability is caused by any condition other than a medically determinable physical impairment, "physician" shall mean a legally qualified physician who either specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to render the necessary evaluation and treatment of mental illness.

## Exclusions

Pre-existing Disease or Injury — If, at the time you become covered under this Plan for Long Term Disability Benefits, you have recently been treated for any condition, a period of total disability that starts within the first 12 months that you are covered under the Long Term Disability Plan will not be covered if its causes are in any way related to the causes of the condition for which you were treated. A recently treated condition is a disease or injury for which you received treatment or services or took drugs or medicines which were prescribed or recommended by a physician during the three month period just before you last became covered for this benefit.

## Other Exclusions —

You are not covered for any disability which is in any way caused by any of the following:

1. Intentionally self-inflicted injuries.

2. Your participation in the commission of an assault or felony.

3. War or any act of war (whether war is declared or not), insurrection, rebellion, or participation in a riot or civil commotion.

# Medical Expense Benefits

## Foreword

The Medical Expense and Dental Benefits described on the following pages are designed to help you meet expenses in connection with medical and dental care. Medical Expense and Dental Expense coverage, on a contributory basis, is also available for your eligible dependents. Benefits for each of your covered eligible dependents will be determined on the same basis as for you except where otherwise specifically provided.

Since many people receive benefits for medical and dental care costs under more than one plan, this Plan contains a "Coordination With Other Benefits" provision which may reduce the benefits of this Plan in the event there is other coverage. How this provision works is explained in the Miscellaneous Medical Expense Provisions section. That section also contains exclusions which apply to all of the Medical Expense Benefits.

Certain terms used in this portion of this Plan have special meanings. They are defined in the General Provisions Section.

## THE PRUDENTIAL PATIENT ADVISORY
## SUPPORT SERVICES (PruPASS)
## PROGRAM

The PruPASS Program is a combination of three health care plan services: (1) Pre-Admission and Concurrent Review Service (PACRS); (2) Second Surgical Opinion Program (SSOP); and (3) the Support Specialist. The Program is designed to evaluate all inpatient hospital admissions and non-emergency elective surgical procedures that you or your covered eligible dependents may require. The purpose of the Program is to make sure that you understand the length of hospital stay and elective surgical procedures that will be considered necessary under this Plan, before you incur the expense. The services provided by PACRS and SSOP are described in detail on the following pages.

To receive the benefits of the PruPASS Program, you or your covered eligible dependent must call the PruPASS toll-free number, 1-800-251-7277, **before** scheduling surgery or entering the hospital. A Support Specialist will then be assigned to assist you.

**If you or your covered eligible dependents have been admitted to a hospital because of an emergency, PruPASS must be called within two working days of admission.**

The Support Specialist, under the supervision of a PruPASS medical professional and together with your doctor, will evaluate your or your covered eligible dependent's medical condition. The Support Specialist will approve a hospital length of stay that will be fully eligible under this Plan. However, this approval does not guarantee either the payment of benefits or the amount of benefits.

When your doctor recommends non-emergency elective surgery, the Support Specialist will arrange for a second opinion examination, at no cost to you or your covered eligible dependent. If the second opinion doctor does not confirm the need for the proposed surgery, then a third opinion may be arranged, again, at no cost to you or your covered eligible dependent. If a second confirming opinion is not obtained, your eligible charges will be reduced. However, you and your attending doctor may discuss alternative treatments that may be fully eligible under this Plan.

## THE PRUDENTIAL PATIENT ADVISORY
## SUPPORT SERVICES (PruPASS)
## PROGRAM — (Continued)

Maximum benefits are available under this Plan only if you or your covered eligible dependents use the PruPASS Program. If you or your covered eligible dependents **do not** use the PruPASS Program for a scheduled hospitalization, or if the stay in the hospital is beyond the approved number of days, **eligible hospital charges, that would otherwise have been covered, will be reduced as described on the following pages.**

Likewise, if you or your covered eligible dependents undergo elective surgery without obtaining a second opinion, as required by the PruPASS Program, **surgical charges, that would otherwise have been covered, will be reduced as described on the following pages.**

To receive maximum hospital and surgical benefits under this Plan, call the PruPASS Support Specialist at 1-800-251-7277.

## PRE-ADMISSION & CONCURRENT REVIEW SERVICE (PACRS) — EARLY DETERMINATION OF NEED FOR HOSPITAL CONFINEMENT UNDER HOSPITAL AND MAJOR MEDICAL EXPENSE BENEFITS

### For You and Your Covered Dependents

Under the terms of this Plan, Eligible Expenses do not include expenses for services or supplies which are not "reasonably necessary", for medical care of a diagnosed sickness or injury. To be considered "reasonably necessary", a service or supply, including a hospital confinement, must meet the tests described in the general "Medical Expense Benefits Exclusions". Prudential will make a Determination of Need for each day of an Inpatient Hospital Confinement. That Determination of Need is solely for the purpose of determining Eligible Expenses under this Plan and is not medical advice.

For days of Inpatient Hospital Confinement found not "reasonably necessary" under a Determination of Need, no benefits are payable under this Plan. This could include all days of Inpatient Hospital Confinement or some of them.

Section C. describes the procedures and time limits that apply to a request for an early Prudential Determination of Need for days of an Inpatient Hospital Confinement. Unless such a request is made and complies with Section C. and within those time limits, the Eligible Expenses for approved days of Inpatient Hospital Confinement are subject to the Eligible Expense limit in Section A. This can result in a smaller benefit under this Plan since benefits are based upon Eligible Expenses.

Section B. defines many of the terms used here.

**A.    Effect on Eligible Expenses When a Request For Prudential's Determination Of Need Is Not Made On Time.**

The Eligible Expense limit below applies to expenses incurred for each day of Inpatient Hospital Confinement that Prudential's Support Specialist approves as needed for medical care of the patient's condition, other than:

(1)    Any day approved as a result of a Determination of Need or extension request that complies with Section C. below, including its time limits.

(2)    Any day which (a) is approved as a result of a Determination of Need or extension request that complies with Section C. below, except for its time limits, and (b) occurs on or after the date of Prudential's receipt of the request.

Thus, the Eligible Expense limit only applies to an approved day not described in (1) or (2) above. That Eligible Expense limit does not apply when there is full compliance with Section C (Request for Early Prudential Determination of Need). The request procedures are those of Prudential's Pre-Admission and Concurrent Review Service (PACRS), a program for early Determination of Need for hospital stays.

**Eligible Expense limit:** The Eligible Expenses for each such day will be only 80% of the expenses that would otherwise be Eligible Expenses.

**B. Definitions**

**Inpatient Hospital Confinement:** A hospital confinement for which a room and board charge is made by the hospital.

**Determination of Need:** A determination by Prudential, under the terms of this Plan that approves or disapproves a day or days of Inpatient Hospital Confinement (including hospital services and supplies) as needed for medical care of a diagnosed sickness or injury.

**Eligible Expenses:** Expenses that may be used as the basis for a claim under the terms of this Plan.

**Non-Emergency Admission:** A hospital admission which is for an Inpatient Hospital Confinement but is not an Emergency Admission.

**Emergency Admission:** A hospital admission for an Inpatient Hospital Confinement for a condition which, unless promptly treated on an inpatient basis, would:

(1)   put the patient's life in danger; or

(2)   cause serious damage to a bodily function of the patient.

**Support Specialist:** The person who will review the need and/or length of Inpatient Hospital Confinement.

**C. Request For Early Prudential Determination Of Need**

**1. Non-Emergency Admission.**

You or the patient must arrange for a request for Prudential's Determination of Need to be made. The request must meet these tests:

(a)   It must be made by phone call to Prudential's PruPASS Support Specialist at 1-800-251-7277 from the doctor, you or the patient before the hospital confinement starts.

(b)   It must include the facts required by Prudential for its Determination of Need. If the request does not include all such facts, Prudential has the right to ask you or the doctor for them. The request for Determination of Need will not be considered complete unless they are supplied by the end of the second day after Prudential asks.

If the above tests are met, the Support Specialist will tell the doctor and the hospital by phone, the number of days of Inpatient Hospital Confinement that Prudential approves as needed for medical care of the patient's condition. This will be confirmed by written notice sent to you, to the doctor and to the hospital.

**2. Emergency Admission.**

The rules for Non-Emergency Admission apply, except that:

(a)   The request for Prudential's Determination of Need must be made by phone, not later than the second day after the hospital confinement starts.

(b)   The phone call may be made by the patient's doctor, the hospital or a member of the patient's family.

C. **Request For Early Prudential Determination Of Need — Continued**

   3. **Extension of Length of Hospital Confinement.**

   It may be possible to extend the number of days of Inpatient Hospital Confinement that Prudential had approved as needed for medical care of the patient's condition under the terms of the Plan. You or the patient must arrange for the patient's doctor to request such an extension by phoning the Support Specialist, before the previously approved length of stay is over.

   When the request is made, the Support Specialist will make a new Determination of Need on the basis of information given by the doctor. The doctor will be told how many days, if any, that Prudential approves as needed for medical care of the patient's condition. This will be confirmed by written notice sent to you, to the doctor and to the hospital.

D. **Early Prudential Determination Of Need Does Not Guarantee Benefits**

   Prudential's Determination of Need under Section C. does not guarantee either payment of benefits or the amount of benefits. Eligibility for, and payment of, benefits are subject to all of the terms of the Plan. But Prudential's Determination of Need under that Section is binding on it, unless Prudential has been misled by the information furnished to it.

E. **Instructional Material; Prudential's Phone Number**

   Prudential will give your Employer instructional material to give to you. The Support Specialist's phone number and the facts to be supplied with each request are outlined in this descriptive material for your convenience.

# Second Surgical Opinion Program

The Second Surgical Opinion Program, arranged with Prudential, is aimed at providing information which may lead to a decision to use alternative treatment for the medical condition involved, before someone decides to have elective surgery.

You and your covered eligible dependents may use the Program while covered under Medical Expense Benefit Coverage when:

- there is a medical condition for which a surgeon has proposed to perform an Elective Surgical Procedure covered by this Plan (see General Provisions for a list of Elective Surgical Procedures on page 58).

- the surgery is to be performed while the patient is confined in a hospital as an inpatient or to an ambulatory surgical center, or to surgery performed in a doctor's office or in a hospital's outpatient department. (The Second Surgical Opinion Program will not apply to emergency surgery.)

The Program gives you access to the advice of one or two Board Certified Specialists to consider along with the opinion of your or the patient's own surgeon. This advice will make you better able to determine the medical advisability of the proposed elective surgery, and acquaint you with possible alternative methods of treating a condition.

**You can arrange for a second opinion by phoning the PruPASS Support Specialist at 1-800-251-7277.**

You will be given the names of two or three specialists participating in the Program who treat medical conditions like the one for which surgery was recommended. Those specialists will be selected on the basis of location, so that the patient will usually not have to travel far from home or work to obtain a second opinion. After you choose a specialist from the names provided, Prudential will make and confirm an appointment in writing.

Under the Program the completion of a claim form for the second opinion will not be necessary. There is no cost to the patient for this opinion. The specialist has been instructed to submit the bill directly to Prudential for payment. The Program also covers the cost of any additional X-ray and laboratory tests which that doctor might need.

If the second opinion specialist does not confirm the advisability of the proposed surgery, a third opinion may be arranged (and will be paid for) in the same manner as the second.

When elective surgery is proposed, it is up to you to decide whether or not to use the Program and, if it is used, the extent to which any advice given by the specialist or specialists is followed. However, the decision will affect the benefit payable under your Medical Expense Benefit Coverage for an elective surgical procedure.

As indicated in the previous pages of this Plan, there is no change in the benefit provided for an elective surgical procedure performed after its advisability has been confirmed by a second or third opinion under the Program. But the benefit will be smaller if the procedure is performed without having been so confirmed. In this case, the Eligible Expense for the procedure under your Medical Expense Benefit Coverage will be 80% of the expense which would otherwise be eligible.

We urge the Employees to use the Second Surgical Opinion Program when elective surgery is proposed. An opinion confirming the advisability for surgery may give you and your covered eligible dependents greater peace of mind, and a non-confirming opinion may provide an alternative non-surgical method of treatment for the medical condition. If you do not use the Program, you will be passing up the chance to get additional medical advice at no cost to you or your covered eligible dependents. Also, if you choose to proceed with elective surgery when its advisability has not been confirmed under the Program, there is a smaller benefit for the surgery.

# Hospital Expense Benefits

This Plan will pay a Hospital Expense Benefit for Board and Room Charges and Miscellaneous Charges in connection with a hospital confinement caused solely by a non-occupational disease or non-occupational injury.

## Board and Room Charges

The benefit payable is equal to the actual charges made by a hospital for board and room. For each day of confinement in a private room, benefits will not be paid for any board and room charges in excess of the Private Room Limit shown in the Plan Summary. Benefits will be payable for the Maximum Period of Benefits shown in the Plan Summary.

## Miscellaneous Charges

The benefit payable is equal to the actual charges made for the miscellaneous services and supplies listed below during the period for which board and room charges are payable. Benefits will be payable for the Maximum Period of Benefits shown in the Plan Summary.

The charges for miscellaneous services and supplies for which hospital expense benefits are payable are the following.

1. The charges made by a hospital in its own behalf for necessary services and supplies, other than board and room.

2. The charges made by an agency other than a hospital for necessary professional ambulance service to or from the hospital, up to a maximum amount of $25.00 during any one continuous period of disability.

3. The charges made by a physician who is not the operating physician or his assistant, for the administration of anesthetics other than local infiltration anesthetics.

## Continuous Period of Disability

Payment is made for one period of hospital confinement up to the Maximum Period of Benefits shown in the Plan Summary. For you, two or more periods of hospital confinement are considered one period of hospital confinement unless they are separated by your return to active work. For a dependent, all periods of hospital confinement separated by less than three months are considered one period of hospital confinement unless due to entirely unrelated causes.

## Limitations

As this coverage is intended for hospital expenses, benefits are payable only under the following conditions.

1. The person must be confined in a hospital.

2. The Hospital Benefit covers Miscellaneous Charges only if they are incurred during a period for which benefits are payable for Board and Room Charges. This requirement will be waived if treatment is given in a hospital and the only hospital charge is for services and supplies rendered in connection with and on the same day as a surgical procedure or is for emergency treatment of a non-occupational injury, given on the day of the injury or the next following day.

3. Confinement must commence while the person is covered for this benefit.

No benefits are payable for charges for the services of any physician or intern, or for any private duty or special nursing services, regardless of whether the services are rendered under the direction of the hospital or otherwise, or for charges described in the Medical Expense Benefits Exclusions.

If a confinement is in a distinct part of an institution which meets both the definition of a hospital and of a convalescent facility, then the benefits, if any, payable for that confinement will be determined on the basis of the benefits payable for convalescent facility confinement rather than those for a hospital confinement.

## Provisions Applying to the Treatment of Alcoholism/Drug Dependency

This Plan will pay a benefit for treatment of alcoholism/chemical dependency for Board and Room charges and Miscellaneous charges in connection with a confinement in a hospital or an approved treatment facility.

## Board and Room Charges

The benefit payable is equal to the actual charges made by the facility for board and room. Benefits will be payable for 2 confinements per lifetime up to the Maximums shown in the Plan Summary.

Separate confinements will be considered one confinement unless separated by at least 30 days.

## Limitations

Benefits for detoxification are not eligible unless follow-up treatment for alcoholism/chemical dependency begins within 31 days after release from the hospital or the approved treatment facility.

# Convalescent Facility Expense Benefits

This Plan will pay a Convalescent Facility Expense Benefit for Board and Room charges and Miscellaneous Charges in connection with a convalescent facility confinement caused solely by a non-occupational disease or non-occupational injury.

## Board and Room Charges

The benefit payable is equal to the actual charges made by a convalescent facility for board and room during a Convalescent Period. However, the benefit payable for each day of confinement in a private room will not exceed the Convalescent Facility Private Room Limit shown in the Plan Summary. Benefits will be payable for the Maximum Period of Benefits during a Convalescent Period shown in the Plan Summary.

## Miscellaneous Charges

The benefit payable is equal to the actual charges made for the miscellaneous services and supplies listed below during a Convalescent Period. The benefit will be payable until the expiration of the Maximum Period of Benefits during a Convalescent Period shown in the Plan Summary.

The charges for miscellaneous services and supplies for which Convalescent Facility Expense benefits are payable are the charges made by a convalescent facility in its own behalf for the following.

1. Use of special treatment rooms; x-ray and laboratory examinations; physical, occupational, or speech therapy; oxygen and other gas therapy; and other medical services customarily provided by a convalescent facility except private duty or special nursing services or physician services.

2. Drugs, biologicals, solutions, dressings and casts but no other supplies.

## Convalescent Period

Definition of "convalescent period" — In order for a convalescent period to begin an individual must have been confined in a hospital for at least three consecutive days and then, within 14 days following the termination of the hospital confinement, become confined in a convalescent facility to receive skilled nursing services and physical restoration services for convalescence from the injury or disease which caused the hospital confinement. The convalescent period will begin on the first day of that confinement in the convalescent facility and even though there may be several confinements in a Convalescent Facility, the Convalescent Period will continue until there has been a period of 90 consecutive days during which the individual has been free of confinement in any type of institution providing nursing care.

## Limitations

Since Convalescent Facility Expense Benefits are intended to cover confinements while convalescing from a disease or injury, Convalescent Facility Benefits will be paid only under the following conditions.

1. The charges must be for services and supplies which are solely for use during a convalescent facility confinement and for convalescing from the disease or injury which caused the confinement.

2. The charges must be other than in connection with care for mental disorders. Mental disorders include (but are not limited to) senile deterioration, drug addiction, alcoholism, chronic brain syndrome and mental retardation.

If a confinement is in a distinct part of an institution which meets both the definition of a hospital and of a convalescent facility, then the benefits, if any, payable for that confinement will be determined on the basis of the benefits payable for convalescent facility confinement rather than those for a hospital confinement.

No benefits are payable for charges incurred unless both the hospital confinement for a particular disease or injury and the following convalescent facility confinement commence while the family member is covered for this benefit nor for any charges described in the Medical Expense Benefits Exclusions.

# Surgical Expense Benefits

This Plan will pay a Surgical Expense Benefit for the services described in this section in connection with the diagnosis or treatment of a non-occupational disease or non-occupational injury equal to the usual and prevailing charge for the services.

A "usual and prevailing charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

## Surgical Charges

This benefit is equal to the usual and prevailing charges made by the operating physician for performing a surgical procedure. However, the benefit for Elective Surgical Procedures performed without an affirmative second or third surgical opinion is equal to 80% of the usual and prevailing charges made by the operating physician.

A "surgical procedure" is any procedure in one of the following categories performed by a physician.

1. The incision, excision, or electrocauterization of any organ or part of the body.

2. The manipulative reduction of a fracture or dislocation.

3. The suturing of a wound.

4. Endoscopy.

5. Applying plaster casts.

A "surgical procedure" also means any obstetrical procedure.

The immediate pre-operative examination by the physician performing the procedure, and the post-operative care required by and directly related to the procedure, will be considered as part of the surgical procedure.

## Oral Surgery

The above benefits are also payable for the following oral surgical procedures.

1. The excision of partially or completely unerupted teeth.

2. The excision of a tooth root without the extraction of the entire tooth (not including root canal therapy).

3. The closed or open reduction of fractures or dislocation of the jaw.

4. Other incision or excision procedures on the gums and tissues of the mouth when not performed in connection with the extraction of teeth.

For the purposes of the oral surgery covered by the benefit, the term "physician" includes a duly licensed dentist.

## Surgical Assistance Charges

This benefit is equal to the usual and prevailing charges made by a physician for Surgical Assistance Services given in connection with a surgical procedure or obstetrical procedure for which Surgical Expense Benefits are payable under this plan.

Surgical Assistance Services are the services of a physician for necessary technical surgical assistance given to the operating physician while the person is confined in a hospital as an inpatient and at a time when surgical assistance is not routinely available as a hospital service. Prudential will determine whether a surgical procedure requires technical assistance and whether surgical assistance is routinely available.

## Limitations

Surgical Expense Benefits will be payable only for services performed while the person is covered for this benefit.

Benefits will not be payable for cosmetic surgery unless necessary for prompt repair of a non-occupational injury.

Benefits will not be payable for any services performed by a resident physician or intern of a hospital.

Benefits will not be payable for diagnostic x-rays, laboratory services, x-ray or radioactive therapy, drugs or medicines, dental work or oral surgery except as described in the section entitled Oral Surgery, or for charges described in the Medical Expense Benefits Exclusions.

Benefits will not be payable for charges described in the Medical Expense Benefits Exclusions, except that the "Dental Services Charge" part will not apply to the following as described in the section entitled "Oral Surgery": diagnostic x-rays, laboratory services, x-ray or radioactive therapy, drugs or medicines, dental work or oral surgery.

# Physicians Expense Benefits (In Hospital)

This Plan will pay a Physicians Expense Benefit for the services described in this section in connection with the diagnosis or treatment of non-occupational disease or a non-occupational injury equal to the usual and prevailing charge for the service.

A "usual and prevailing charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

## Physicians Charges

This benefit is equal to the usual and prevailing charges made for Physicians Services during any one continuous period of disability up to the number of days of hospital confinement shown in the Plan Summary.

Physicians Services are the services of a physician for medical treatment given to covered persons while the person is confined in a hospital as an inpatient.

Physicians Services will not include:

1. Any dental work or dental treatment, eye examinations or the fitting of glasses, diagnostic x-ray or laboratory services, x-ray or radioactive therapy, administration of an anesthetic, or consultations.

2. Any service for which a Surgical Expense Benefit is payable under this plan.

## Continuous Period of Disability

Payment up to the Maximum Period of Payment will be made for as many separate and distinct periods of disability as may occur. A "continuous period of disability" is defined in the Hospital Expense Benefits section.

## Limitations

For this benefit to be payable, the treatment must be performed, and the hospital confinement must have commenced, while the person is covered for this benefit.

Benefits will not be payable for drugs or medicines or for charges described in the Medical Expense Benefits Exclusions.

The charges of a resident physician or intern will not be included as Physicians Services.

# Diagnostic Laboratory and X-Ray Expense Benefits

This Plan will pay a Laboratory and X-Ray Expense Benefit for the services described in this section in connection with the diagnosis of a non-occupational disease or a non-occupational injury equal to the usual and prevailing charge for the service.

A "usual and prevailing charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

## Examination Charges

This benefit is equal to the usual and prevailing charges made by a physician for Laboratory and X-Ray Services.

Laboratory and X-Ray Services are laboratory or x-ray examinations for diagnosis only given by a physician or the interpretation of the examination by a physician who is not a resident physician or intern of a hospital. Examinations made in or through a hospital are not included as Laboratory and X-Ray Services unless given as outpatient care and unless no hospital expense benefit of any kind is payable for the examination under this plan.

## Limitations

Benefits will be payable only for examinations performed while the person is covered for this benefit.

Benefits will not be payable for charges described in the Medical Expense Benefits Exclusions.

Benefits will not be payable for charges described in the Medical Expense Benefits Exclusions, except that the "Dental Services Charge" part will not apply to dental x-rays which are given in connection with either a non-occupational injury or oral surgery for which Surgical Benefits are payable under this Plan. For covered dental x-rays, the term "physician" includes a duly-licensed dentist.

# Supplemental Accident Expense Benefits

This Plan will pay an Accident Expense Benefit for covered expenses (see list below) incurred in connection with a non-occupational injury.

**Benefit**

This benefit is equal to the amount by which the charges actually made for covered expenses exceed the amount of any other Basic Medical Expense Benefits payable under this plan for those expenses. The maximum amount payable, however, for all injuries sustained in connection with any one accident, is the Supplemental Accident Expense Benefit Maximum shown in the Plan Summary.

**List of Covered Expenses**

Covered expenses are only the charges made for the following services, and only if those services are required for the treatment of the injury.

Hospital services.
Services of a physician.
Services of a registered graduate nurse.
Professional ambulance service when used to transport a person from the place where he is injured to the first hospital where treatment is given.
Drugs and dressings, braces, crutches and artificial limbs and eyes.
Rental of wheel chairs, hospital-type beds and artificial respirators.

For the purposes of the services recognized by this paragraph, the term "physician" includes a duly licensed dentist.

**Limitations**

Benefits will be payable only if the injury is sustained by a person while covered for this benefit.

Benefits will not be payable for any expenses incurred more than 90 days after the date of the accident which caused that injury, or for charges described in the Medical Expense Benefits Exclusions.

Benefits will not be payable for any expenses incurred more than 90 days after the date of the accident which caused that injury, or for charges described in the Medical Expense Benefits Exclusions, except that the "Dental Services Charge" part will not apply to expenses incurred in connection with the accident which caused that injury.

# Hospice Care Expense Benefits

**Hospice Care Benefit**

This Plan will pay a benefit for charges incurred for a terminally ill person while in a hospice care program.

Certification of the terminal illness must be given to Prudential by the primary attending doctor in order for a terminally ill person to be considered in a hospice care program.

The benefit will be paid if the hospice services or the hospice stay is:

1. provided while the terminally ill person is a covered individual;

2. ordered by the supervising doctor as part of the hospice care program;

3. charged for by the hospice care program; and

4. provided within 6 months of the terminally ill person's entry or re-entry (after a remission period) in the hospice care program.

**While Not An Inpatient In a Hospice** — The benefit will pay the charges incurred for all hospice services for one period of care in the hospice care program up to the Maximum Outpatient Benefit shown in the Plan Summary.

**While An Inpatient In a Hospice** — The benefit will pay the charges incurred for one period of care in the hospice care program up to the Maximum Daily Hospice Inpatient Benefit, and Maximum Hospice Inpatient Benefit shown in the Plan Summary.

All periods of care in a hospice care program will be considered related and to have occurred in the one period of care unless separated by at least 3 consecutive months.

**Limitations under Hospice Care Benefit**

The following charges are not covered:

1. Charges in connection with an accident related to employment, or sickness covered under workers' compensation or similar law.

2. Charges for services or supplies (a) furnished by or for the U.S. government; or (b) any other government unless payment is legally required; or (c) to the extent provided under any governmental program or law under which the individual is or could be covered. Item (c) does not apply to state plans under Medicaid or to any law or plan which states that its benefits are excess to those of any private insurance program or other governmental program.

3. Charges incurred during a remission period. This applies if, during remission, the terminally ill person is discharged from the hospice care program.

4. Charges for services provided by yourself, spouse, or a child, brother, sister, or parent of yourself or spouse.

**Bereavement Benefit**

This benefit will pay for charges incurred for counseling services for the family unit, if ordered and received under the hospice care program.

The benefit will be paid if (1) on the day prior to death the terminally ill person was in the hospice care program, a member of the family unit, and a covered individual; and (2) the charges are incurred by the family unit within three months following the date the terminally ill person dies.

The benefit will pay the charges up to the Maximum Bereavement Benefit Per Family Unit shown in the Plan Summary.

**Limitations under Bereavement Benefit**

The following charges are not covered:

1. Charges for the treatment of a diagnosed sickness or injury of a family unit member to the extent that benefits are payable under another coverage. If benefits of such a coverage are expressed as a percent of charges, this exclusion will apply as if the percent were 100%.

2. Charges for services provided by yourself, spouse, or a child, brother, sister or parent of yourself or spouse.

# Home Health Care Expense Benefits

This Plan will pay a benefit for charges incurred for home health care. These are the charges made by a Home Health Care Agency for the following services and supplies ordered by a physician and furnished in a person's home under a home health care program prescribed in writing by a physician.

1. Charges for the following, but only to the extent that the charge for each home health care visit does not exceed $50. Not more than 100 home health care visits will be included in the charges for any one person in a calendar year. Each visit by a member of a home health care team is counted as one visit.

(a) Part-time or intermittent nursing care provided or supervised by a Registered Nurse (R.N.).
(b) Part-time or intermittent home health aide services, primarily for the patient's care.
(c) Physical, occupational, speech or respiratory therapy by a qualified therapist.
(d) Nutrition counseling provided by or under the supervision of a registered dietician.

2. Charges for medical supplies, laboratory services, drugs and medications prescribed by a physician.

Charges for home health care services and supplies will be covered to the extent they would have been covered if furnished by a Hospital during inpatient confinement. They must be furnished by someone other than you, your spouse, or a child, brother, sister or parent of you or your spouse.

# Major Medical Expense Benefits

This Plan will pay Major Medical Expense Benefits for Covered Medical Expenses (as described on the following pages) incurred in connection with a non-occupational disease or non-occupational injury.

## Benefit

This benefit will be payable if the amount of a person's Covered Medical Expenses, incurred in any calendar year, exceeds the sum of (1) the Deductible shown in the Plan Summary and (2) the Basic Medical Expense Benefits, as described earlier in this Booklet, payable for such expenses. The Benefit Percentage payable for these excess Covered Medical Expenses and the person's Lifetime Maximum Benefit are shown in the Plan Summary.

## Covered Medical Expenses

Covered Medical Expenses are the expenses listed below, if such expenses are incurred while Major Medical coverage is in force for the person. If, however any of the listed expenses are excluded from coverage because of the Medical Expense Benefits Exclusions, those expenses will not be considered Covered Medical Expenses.

**Hospital Expenses** — These are the charges made by a hospital in its own behalf for the following.

1. Board and Room. However, if private accommodations are used, benefits will not be paid for any board and room charges over the Private Room Limit shown in the Plan Summary.

2. Necessary hospital services and supplies, other than board and room, furnished by the hospital.

**Other Medical Expenses** — The following charges are considered "Other Medical Expenses," provided that they have not been considered as "Hospital Expenses."

1. The fees of a physician.

2. The charges of a registered graduate nurse — other than a nurse who ordinarily resides in your home, or is a member of your family or your spouse's family.

3. The charges for the following medical services and supplies.
   (a) Drugs and medicines obtainable only upon the prescription of a physician.
   (b) Diagnostic laboratory and X-ray examinations.
   (c) X-ray, radium and radioactive isotopes therapy.
   (d) Anesthetics and oxygen.
   (e) Rental of iron lung and other durable medical or surgical equipment.
   (f) Artificial limbs and artificial eyes, but not eyeglasses, or hearing aids.
   (g) Professional ambulance service when used to transport an individual from the place where he is injured by an accident or stricken by a disease to the first hospital where treatment is given — no other charges in connection with travel are included.
   (h) Charges by a qualified Social Worker for treatment of a specifically diagnosed mental or nervous disorder, provided such treatment is given in accordance with a prescribed treatment program which is medically related to injury or sickness.

4. Speech therapy — By a qualified speech therapist to restore or rehabilitate any speech loss or impairment caused by injury or sickness except a mental, psychoneurotic or personality disorder or by surgery for that injury or sickness. In the case of a congenital defect, speech therapy expenses will be considered only if incurred after corrective surgery for the defect. These services must be furnished by someone other than you, your spouse, or a child, brother, sister or parent of you or your spouse.

**Mouth Conditions** — Expenses incurred in connection with dental work or oral surgery will be considered Covered Medical Expenses only if they are incurred for the prompt repair of natural teeth or other body tissues, required as a result of a non-occupational injury occurring while covered.

For the purposes of the dental work or oral surgery recognized by this paragraph, the term "physician" includes a duly licensed dentist.

**Cosmetic Surgery** — Any of the listed expenses incurred in connection with cosmetic surgery will be considered Covered Medical Expenses only if the cosmetic surgery is necessary for the prompt repair of a non-occupational injury which occurs while the person is covered for this benefit.

## The Deductible

The Deductible is the amount of Covered Medical Expenses, in excess of Basic Medical Expense Benefits, which must be paid before Major Medical Expense Benefits are payable. The amount of the Deductible is shown in the Plan Summary. A separate Deductible will apply to each covered member of your family.

The Deductible applies only once in any calendar year even though there may be several different injuries or diseases. So that Major Medical benefit payments will not be subject to a Deductible late in one calendar year and soon again in the next following year, any expenses applied against the Deductible in the last three months of a calendar year will reduce the Deductible for the next calendar year.

**If a Common Accident** causes injury to two or more members of your family, the Deductible Amount will be applied, in both the calendar year in which the accident occurs and the next following calendar year, to the combined covered charges incurred in such year as a result of the common accident.

## Family Deductible Limit

If two or more covered members of a person's family have eligible expenses during a calendar year which are not payable because of the application of the separate deductibles, and the sum of those expenses equal the Family Limit on Deductibles shown in the Plan Summary, the requirement that each person has to satisfy the individual deductible will be waived for all covered members of the person's family for the rest of the year and benefits will be paid for all eligible expenses incurred by them during the remainder of the year.

## Maximum Benefit

The Lifetime Maximum Benefit for each covered person for all Covered Medical Expenses combined is shown in the Plan Summary.

At any time when at least $1,000 has been counted against the Maximum Benefit, an individual may apply to have the total amount of his Maximum Benefit reinstated by submitting, at his own expense, satisfactory evidence of good health. However, on each January 1 while covered, the amount which has been counted against the Maximum Benefit (but not more than $2,000 on any January 1) will be restored to the Maximum Benefit, for Covered Medical Expenses incurred after the date of the restoration, without the need for any further action on the individual's part.

## Limitations

Benefits will not be payable for charges described in the Medical Expense Benefits Exclusions, except that the "Dental Services Charge" part will not apply to expenses described in the section entitled "Mouth Conditions."

# Dental Expense Benefits

This Plan will pay Dental Expense Benefits for Covered Dental Expenses (see list below) incurred in connection with a non-occupational disease or non-occupational injury.

## Benefit

Benefits are payable during a calendar year at the applicable Coinsurance Rate shown in the Plan Summary for Covered Dental Expenses which are specified below in Parts I, II, and III and are in excess of the applicable Dental Deductible Amounts shown in the Plan Summary for Parts II and III.

Covered Dental Expenses are the actual charges for necessary dental treatment or service (to the extent that such charges are usual and prevailing for the area and type of service).

Total payment for all covered expenses incurred during a calendar year shall not exceed the applicable Maximum Payment shown in the Plan Summary, except as provided in the next following paragraph.

If Covered Dental Expenses exceed the Maximum Payment shown in the Plan Summary under Parts I and II in any calendar year because of charges for initial replacement of full upper and lower dentures, the Maximum Payment for that calendar year may be increased by an amount equal to the next calendar year Maximum Payment. The Maximum Payment available for the next calendar year will then be reduced by the excess paid over the Maximum Payment for the prior calendar year.

## Covered Dental Expenses

PART I — Routine Oral Examinations:
    Cleaning of teeth
    X-rays where professionally indicated
    Examinations and diagnosis
    Sodium Fluoride treatment (if under age 18)
    Dental Covered Charges shall not include charges for more than two routine oral examinations in any one calendar year with respect to a covered individual.

PART II — Restorative Dentistry, Oral Surgery and Prosthetics:
    Extractions and oral surgery, including excision of impacted teeth
    Fillings, inlays and crowns
    Treatment of periodontal and other diseases of the gums and tissues of the mouth
    Endodontic treatment, including root canal therapy
    Initial installation of prosthesis (including dentures) for replacement of one or more natural teeth extracted while covered for this benefit. Replacement of full or partial dentures
    Repair and maintenance of prosthesis
    Space maintainers
    Anesthetics administered in connection with oral surgery or other covered dental services

PART III — Orthodontia
    Straightening of teeth including orthodontic appliances

**Predetermination of Benefits** — Charges incurred by you or your covered eligible dependents are eligible only when the dentist's proposed course of treatment ("Treatment Plan") has been submitted to and reviewed by Prudential, and returned to the dentist showing the estimated benefits. No "Treatment Plan" need be submitted if the total charges do not exceed $300 or if emergency care is required.

A "Treatment Plan" is the dentist's report that (a) itemizes his recommended services, (b) shows his charge for each service, and (c) is accompanied by supporting X-rays where required or requested by Prudential.

Predetermination of benefits permits the review of the proposed treatment in advance and allows for resolution of any questions before, rather than after, the work has been done. Additionally, both you and the dentist will know in advance what is covered and what the estimated benefits are, assuming you or your covered eligible dependents remain covered.

**The Deductible**

The Deductible is the amount of Covered Dental Expenses which must be paid before Dental Expense Benefits for Parts II and III are payable. The amount of the Deductible is shown in the Plan Summary. A separate Deductible will apply to each covered eligible dependent.

The Deductible applies only once in any calendar year. So that Dental benefit payments will not be subject to a Deductible late in one calendar year and soon again in the next following year, any expenses applied against the Deductible in the last three months of a calendar year will reduce the Deductible for the next calendar year.

**Family Deductible Limit**

If two or more covered family members incur Covered Dental Expenses during a calendar year which are not payable because of the application of the separate deductibles, and the sum of those expenses equal the Family Limit on Deductibles shown in the Plan Summary, the requirement that each person has to satisfy the individual deductible will be waived for all covered members of your family for the rest of the year.

**Orthodontic Claim Payments**

A claim for orthodontic treatment will be paid in instalments beginning when the orthodontic appliances are first inserted, and quarterly thereafter for the estimated duration of the treatment plan, as long as the patient remains covered. The instalments will be in equal amounts, except that the initial instalment will be the initial charge made by the orthodontist up to the maximum orthodontic benefit.

**Maximum Payment** — The applicable Maximum Payment for you and each covered eligible dependent is shown in the Plan Summary.

**Limitations**

No Dental Expense Benefits are provided under this Plan for the following:

1. Charges for any dental services or supplies which are included as Covered Medical Expenses under the Major Medical Expense Benefits coverage provided under this Plan or under any other plan sponsored by your Employer.

2. Services or supplies for which any other Basic Medical Expense Benefit is payable either under this Plan or under any other plan sponsored by your Employer.

3. Charges for treatment by anyone except a dentist. However, charges for cleaning or scaling of teeth performed by a licensed dental hygienist under the supervision and direction of the dentist will be covered. "Dentist" means only a duly licensed dentist or a physician authorized by his license to perform the particular procedure rendered by him.

4. Charges for first installation of dentures and bridgework (including crowns and inlays forming the abutments), when the charges are for the replacement of congenitally missing teeth, or for replacement of natural teeth all of which are lost while the family member was not covered for this benefit.

5. Charges for services and supplies that are partially or wholly cosmetic in nature, including charges for personalization or characterization of dentures.

6. Charges for an appliance, or modification of one, where an impression was made before the patient was covered; a crown, bridge or gold restoration for which the tooth was prepared before the patient was covered; root canal therapy if the pulp chamber was opened before the patient was covered.

7. Charges for any replacement of bridgework or of full artificial or partial artificial dentures unless one of the following conditions applies: (a) the replacement or addition of teeth is required to replace one or more natural teeth extracted while the person was covered for this benefit, (b) the existing denture or bridgework was installed at least five years prior to its replacement and the existing denture or bridgework cannot be made serviceable, or (c) the existing denture is an immediate temporary denture and replacement by a permanent denture is required and done within twelve months from the date the immediate temporary denture was installed.

8. Charges for the replacement of a lost or stolen prosthetic device.

9. Charges for an orthodontic procedure for which an active appliance was installed before the person was covered (or installed before the person was covered for two years, if coverage started more than 31 days after the person was first eligible to be covered).

10. Charges or expenses described in the Medical Expense Benefits Exclusions, except that the "Dental Services Charge" part will not apply.

As a part of the Predetermination of Benefits, and as a part of the proof of loss required in the "General Provisions" section of this Plan:

(a) Prudential, at no cost to you, has the right to have an oral examination of the person made, and

(b) You are responsible for furnishing to Prudential all diagnostic and evaluative material which Prudential may require to predetermine a benefit or to establish this Plan's liability.

If a Predetermination of Benefits is not made, or if any diagnostic or evaluative material which the Prudential may require is not furnished, the benefits payable may be less than would otherwise be payable, to the extent Prudential cannot reasonably verify the Covered Dental Expenses for the course of treatment.

# Miscellaneous Medical Expense Provisions

## MEDICAL EXPENSE BENEFITS EXCLUSIONS

No Medical Expense Benefits are provided under this Plan for the following:

1. Charges caused by an occupational disease or an occupational injury. This includes any charges incurred in connection with (a) injury arising out of, or in the course of, any employment for wage or profit or (b) disease covered, with respect to such employment, by any workers' compensation law, occupational disease law or similar legislation.

2. Charges for services or supplies which are furnished, paid for or otherwise provided for (a) by reason of the past or present service of any person in the armed forces of a government, or (b) under any law of a government (national or otherwise) except where the payments or the benefits are provided under a plan specifically established by a government for its own civilian employees or their dependents.

If any law of the jurisdiction in which this Plan applies to an employee prohibits or restricts the application of this exclusion as to a facility owned or operated by such jurisdiction or by any of its political subdivisions, this exclusion shall be applicable only to the extent permitted by such law.

3. Charges for services or supplies not recommended and approved by a Physician.

4. Charges for Unnecessary Services and Supplies. This means charges for services or supplies, including tests or check-up exams, that are not reasonably necessary for the medical care of the patient's sickness or injury. To be considered "reasonably necessary", the service or supply must be ordered by a physician and must be commonly and customarily recognized throughout the physician's profession as appropriate in the treatment of the patient's diagnosed sickness or injury. The service or supply must not be educational or experimental in nature. For the purpose of this Plan, investigational procedures are considered experimental. The service or supply must not be provided primarily for the purpose of medical or other research. In addition, in the case of hospital confinement, on an inpatient or outpatient basis, the length of confinement and hospital services and supplies will be considered "reasonably necessary" only to the extent they are determined by this Plan to be (a) related to the treatment of the condition involved and (b) not allocable to scholastic education or vocational training of the patient.

5. Charge in Excess of Usual and Prevailing Charge. This means the portion of any charge for any service or supply in excess of the usual and prevailing charge as determined by this Plan. The usual and prevailing charge for any service or supply is the usual charge of the provider for the service or supply in the absence of insurance, but not more than the prevailing charge in the area for a like service or supply. A like service is of the same nature and duration, requires the same skill, and is performed by a provider of similar training and experience. A like supply is one which is identical or substantially equivalent. "Area" means the municipality (or, in the case of a large city, the subdivision thereof) in which the service or supply is actually provided or such greater area as is necessary to obtain a representative cross-section of charges for a like service or supply.

6. Charges for Custodial Care (see Definitions).

7. Eye Care Charges. A charge for or in connection with (a) exams to determine the need for (or changes of) eyeglasses or lenses of any type; (b) eyeglasses or lenses of any type; (c) eye surgery such as radial keratotomy, when the primary purpose is to correct myopia (nearsightedness), hyperopia (farsightedness) or astigmatism (blurring).

8. Charges for prescription drugs and medicines payable through the National Pharmacies, Inc. Prescription Drug Benefits Optional Program of the Purchaser, including the Employee's cost of each prescription or refill.

9. A charge for actual or attempted impregnation or fertilization which involves either a covered person or a surrogate as a donor or recipient.

10. Dental Services Charge. A charge for physician's services or x-ray exams involving one or more teeth, the tissue or structure around them, the alveolar process or the gums. This applies even if a condition requiring any of these services involves a part of the body other than the mouth such as the treatment of Temporomandibular Joint Disorders (TMJD) or malocclusions involving joints or muscles by methods including but not limited to, crowning, wiring or repositioning teeth. This exclusion does not apply to charges made for treatment or removal of a malignant tumor.

11. Charges incurred in connection with cosmetic surgery, unless the cosmetic surgery is necessary for the prompt repair of a non-occupational injury which occurs while the person is covered for this benefit.

12. Charges incurred for routine newborn circumcisions.

**Hospital Audit Reward Program (HARP)** — By reviewing your hospital bills for accuracy, you can be eligible for a cash reward if you should find a billing error. A billing error is defined as a bill which includes services not provided to you. It will not include mathematical errors or typing errors. Each time your efforts lead to a corrected hospital billing and the error would have resulted in an overpayment, you will receive 50% of the benefit overpayment that would have been made. There is a $10.00 minimum (i.e. a $20.00 bill error) and a $500.00 maximum (i.e. a $1,000 billing error) award for you. Contact your Benefit Administrator for more information.

**PROVISION FOR CO-ORDINATION OF BENEFITS UNDER THIS PLAN (OUR PLAN) WITH OTHER PLANS.**

This Plan contains a provision coordinating it with coverage the patient has under other plans. The provision is designed to guard against overpayment of actual expenses and helps to control the cost of the benefits for everyone.

**Benefit Determination** — If a person is covered under two or more plans (including this Plan), the benefits under this Plan may be reduced to the extent that the sum of the benefits payable under this Plan and the benefits available under all other plans with respect to Allowable Expenses incurred for him in any calendar year does not exceed the total of such Allowable Expenses.

**How This Works** — When a claim is made, the primary plan pays its benefits without regard to any other plans. The secondary plans adjust their benefits so that the total benefits available will not exceed the allowable expenses. No plan pays more than it would without the coordination provision.

A plan without a coordinating provision similar to ours is always the primary plan. If all plans have such a provision: (1) the plan covering the patient directly, rather than as an employee's dependent, is primary and the others secondary; (2) if a child is covered under both parents' plans, the plan of the parent whose birthday falls earlier in a year will be primary ( if both parents have the same birthday, the benefits of the plan which covered the parent for a longer period of time); but when the parents are separated or divorced, their plans pay in the following order: (a) if a court decree has established financial responsibility for the child's health care expenses, the plan of the parent with this responsibility; (b) the plan of the parent with custody of the child; (c) the plan of the stepparent married to the parent with custody of the child; (d) the plan of the parent not having custody of the child; (3) the plan covering the person as an employee who is neither laid off nor retired, or as that employee's dependent, is primary over the plan covering the person as a laid off or retired employee or as that employee's dependent (however, if the other plan does not determine the order of benefits in this same way and as a result does not agree on the order of benefits, this rule (3) will be ignored); (4) if neither (1), (2) nor (3) above applies, the plan which has covered the person longest is primary.

When this Plan is the secondary plan and its payment is reduced to consider the primary plan's benefits, a record is kept of the reduction. This amount will be used to increase this Plan's payments on the patient's later claims under a secondary plan in the same calendar year — to the extent there are allowable expenses that would not otherwise be fully paid by this Plan and the others.

**Plans** — are these types of medical or dental care benefits: (a) coverage (other than Medicare) under a governmental program or required or provided by statute, including "no fault" coverage to the extent required in policies or contracts by a motor vehicle insurance statute or similar legislation; (b) group insurance or other coverage for a group of individuals, including prepayment, group and individual practice coverage, including student coverage obtained through an educational institution above the high school level.

**Allowable Expense** — is any necessary, reasonable and customary item of expense covered at least in part by one of the plans. If benefits are provided in the form of services, the reasonable cash value of each service rendered shall be considered both an Allowable Expense and a benefit paid.

**Administration** — This Plan may release or obtain such information which we consider necessary for purposes of the coordination provisions or any similar provision of any other plan. This Plan may obtain from you information required to implement this provision.

This Plan shall have the right to pay to any organization which has made payments under other plans which should have been made under this Plan, any amounts which this Plan shall determine are proper for the purposes of this provision. Amounts so paid by this Plan shall be considered benefits paid under this Plan, and this Plan shall be fully discharged from liability under this Plan to the extent of such payments.

If, at any time, payments made by this Plan with respect to Allowable Expenses total more than the maximum amount necessary at that time to satisfy the intent of this provision, this Plan shall have the right to recover such overpayment.

## HOW MEDICARE AFFECTS MEDICAL EXPENSE BENEFITS UNDER THIS PLAN

It is recommended that your local Social Security Office be contacted for information concerning enrollment in Medicare at least 45 days before the month in which a person can qualify for coverage under the Health Insurance portion of the Social Security Act of the United States known as Medicare.

The following applies to an individual who is covered under this Plan and also is eligible for Part A and Part B under Medicare.

The payments under this Plan will be reduced by the benefits available under Medicare.

It works this way:

1. In determining a claim payment under this Plan, the first step is to calculate the amount that would be paid if the person had no Medicare coverage.

2. The above amount is reduced by the Medicare benefits for the expenses upon which the claim under this Plan is based. In determining the Medicare benefits, the person will be assumed to have full Medicare coverage (that is, both part A and part B) whether or not the individual has enrolled for the full coverage.

If Medicare benefits are paid for expenses not covered under this Plan, they will not be used to reduce your benefits under this Plan. In the case of services and supplies for which Medicare makes direct reimbursement to the provider, the amount of expenses and Medicare benefits will be determined on the basis of the usual and prevailing charges for the services and supplies.

## EFFECT OF MEDICAL EXPENSE COVERAGE UNDER A HEALTH MAINTENANCE ORGANIZATION PLAN

Regardless of any other provision of this Plan to the contrary, the following applies to you and your eligible dependents who are enrolled in a health maintenance organization ("HMO") plan offered by your Employer as an alternate to the Medical Expense Benefits coverage under this Plan:

(1)    Neither you nor your eligible dependents shall be a member of an eligible class for the Medical Expense Benefits under this Plan.

(2)    No Medical Expense Benefits will be payable under this Plan with respect to charges for services and supplies furnished while you and your eligible dependents are enrolled in such an HMO plan.

### Persons Previously Enrolled in a Health Maintenance Organization.

If the above paragraph applies to you and you cease to be enrolled in an HMO plan offered by your Employer as an alternate to the Medical Expense Benefits under this Plan, you may, notwithstanding any other provisions for becoming covered by the Medical Expense Benefits under this Plan, become covered for such benefits in accordance with (1) or (2) below:

(1)    You will become covered immediately under this Plan upon such cessation, if all of the following are then satisfied —
  (a)    In the case of an employee, you are a member of an eligible class for this Plan; in the case of your dependents, they are eligible dependents and you are covered by the Medical Expense Benefits coverage of this Plan and elect to have contributory coverage for your eligible dependents.
  (b)    You elect the Medical Expense Benefits coverage under this Plan with respect to yourself and your eligible dependents either —
    (i)    during an annual enrollment period established by your Employer for electing medical coverage alternatives offered by your Employer; or
    (ii)    immediately upon ceasing to be enrolled in an HMO plan due to a change of residence or to the HMO ceasing operation or to maintain an agreement with your Employer.

(2)    If you and your eligible dependents do not become covered by the Medical Expense Benefit coverage in accordance with the above, you may obtain such coverage in accordance with the terms of this Plan exclusive of this section.

### Non-Duplication of Benefits.

The following shall in no event be considered a service or supply giving rise to an eligible charge under any Medical Expense Benefit coverage under this Plan:

Any service or supply provided on a prepayment basis by an HMO plan in accordance with an agreement between your Employer and the HMO whereby the HMO is offered by the Employer as an alternative to the Medical Expense Benefits under this Plan.

### Terms and Conditions of HMO Plan Coverage.

If you elect to obtain your Medical Expense Benefits coverage through an HMO plan offered by your Employer, you must also obtain Medical Expense Benefits coverage for your eligible dependents under such HMO plan. Medical Expense Benefits coverage under an HMO plan is contributory.

Also if you elect to obtain your Medical Expense Benefits coverage for yourself and your eligible dependents through an HMO plan offered by your Employer, you shall be deemed to have agreed to and to be bound by the terms and conditions of the contract between the HMO and your Employer pursuant to which such benefits are made available.

# Termination of Coverage Provisions

When your employment with your Employer terminates or you cease to be a member of a class eligible for coverage under any part of this Plan, your coverage under this Plan or the applicable part thereof will cease. If you are required to make contributions for any of the coverages provided under this Plan and you fail to make such contributions, such contributory coverage(s) will cease, unless terminated sooner for other reasons, at the end of the period for which contribution has been made. Satisfactory evidence of good health must be furnished before such contributory coverage(s) can again be obtained.

Your coverage under a particular part or parts of this Plan will also terminate if this Plan or the applicable part thereof is discontinued.

Ceasing active work will be considered to be immediate termination of employment, except that if you are absent from active work because of temporary lay-off, or approved leave of absence, employment may be deemed to continue for the purposes of some of the coverages up to the limits specified by your Employer.

For Long Term Disability coverage, if you are absent from active work because of temporary lay-off or leave of absence, your employment will be deemed (except Long Term Disability coverage) to terminate on your last full day of active work prior to the start of the lay-off or leave of absence.

If you are absent from active work because of a leave of absence approved by your Employer, your employment may be deemed to continue for the purposes of this Plan (except Long Term Disability coverage) up to two years as specified by your Employer.

If you cease active work for any reason, you should find out immediately from your Employer what coverages, if any, can be continued in force.

### Dependents Coverage Only

A dependent's coverage under this Plan will terminate at the earliest of the following dates (a) upon discontinuance of all dependents coverage under this Plan, (b) when you cease to be in a class of employees eligible for dependents coverage, (c) when a dependent becomes covered for employee coverage, (d) when a dependent ceases to meet this Plan's definition of an eligible dependent, (e) when your employee coverage terminates, or (f) failure to make required contributions when due.

### Continuation of Coverage for Handicapped Children

If you have an unmarried dependent child who is fully handicapped and who is covered under this Plan at the time he reaches the maximum eligibility age for coverage of dependent children, such child's coverage under this Plan (except any life insurance) will be continued, as long as such child remains fully handicapped, until the earliest termination of your dependent coverage under this Plan, for any of the reasons stated in the previous section other than the age of such child.

Your dependent child is considered fully handicapped if he/she is unable to earn his/her own living because he/she is mentally retarded or physically handicapped and he/she depends chiefly on you for support and maintenance.

Proof that your dependent child is fully handicapped must be submitted not later than 31 days after he/she would have ceased to be covered as a dependent under this Plan because of age. Your Employer also has the right to require, at reasonable intervals, proof that your child has been fully handicapped continuously since the last proof was submitted. After your child's coverage has been continued under this section for two years, this proof will not be required more often than once a year. If you fail to submit any required proof, or refuse to permit medical examination of your child, he/she will be considered to be no longer fully handicapped.

## MEDICAL EXPENSE BENEFITS COVERAGES FOR RETIRED EMPLOYEES

The following Medical Expense Benefits Coverages are provided to retired employees and their dependents who meet the eligibility requirements.

### Mirror Medicare Coverage

Mirror Medicare Coverage applies if the following conditions are met:

1. You are retired from your Employer; and

2. At the time of your retirement from your Employer you have at least 10 years of service with your Employer or affiliates of your Employer; and

3. You are at least 55 years of age;

4. You and your eligible dependents are not eligible for coverage under Part A or Part B of Medicare (see definition below).

Mirror Medicare Coverage will pay benefits for those charges which are Medicare Eligible Expenses (see definition below) under Part A or Part B of Medicare. The amount of benefits to be paid for these charges will be determined in the same way as the benefits are determined under Medicare. This means that the deductibles, benefit percentages, maximums per benefit period and lifetime, and exclusions which apply are the same as those which are then in effect under Medicare. The benefits will change when Medicare changes.

The following standard provisions of Medical Expense Benefits Coverage, as described in this Plan, will continue to apply to Mirror Medicare Coverage:

1. Exclusion of "Charges for Unnecessary Services and Supplies" and "Charges in Excess of Usual and Prevailing Charge".

2. Provisions for Coordination of Benefits under this Plan with other plans.

3. "Eligible Dependents" eligibility provisions.

Mirror Medicare Coverage for your eligible dependents is available on a contributory basis commencing with your coverage.

Mirror Medicare Coverage for you will cease on the earliest to occur of (i) your becoming eligible for coverage under Part A or Part B of Medicare, (ii) your death, or (iii) discontinuance of this Plan or this part of this Plan. Contributory Mirror Medicare Coverage for an eligible covered dependent will cease on the earliest to occur of (i) failure to make required contributions when due, (ii) a covered dependent ceasing to meet this Plan's definition of an eligible dependent, (iii) a covered dependent becoming eligible under Part A or Part B of Medicare, (iv) death of the covered dependent, or (v) discontinuance of this Plan or this part of this Plan.

### Definitions

Medicare means Title XVIII (Health Insurance for the Aged) of the United States Social Security Act, as amended from time to time.

Medicare Eligible Expenses means health care expenses of the kinds covered by Medicare to the extent allowable and medically necessary under Medicare.

### Medicare Supplemental Medical Expense Coverage

Medicare Supplemental Medical Expense Coverage applies only if the following conditions are met:

1. You are retired from your Employer; and

2. You are at least 55 years of age; and

3. At the time of your retirement from your Employer, if you retire between the age 55 and before age 65, you have at least 10 years of service with your Employer or affiliates of your Employer, or

   At the time of your retirement from your Employer, if you retire at age 65 or later, you have at least 5 years of service with your Employer or affiliates of your Employer; and

4. You are covered either by Mirror Medicare coverage under this Plan or by Part A or Part B of Medicare. Medicare Supplemental Medical Expense coverage is available to you only on a contributory basis.

Medicare Supplemental Medical Expense coverage will pay the following benefits:

1. The deductible on Medicare reimbursements under Part A or Part B of Medicare;

2. The subscriber paid portion of inpatient hospital care expenses under Medicare from the 61st day of hospital confinement to the 90th day of hospital confinement and during the Medicare lifetime reserve;

3. Inpatient hospital care expenses after exhaustion of the Medicare lifetime reserve; and

4. 80% of the cost of out-of-hospital prescription drugs and of the cost of out-of-hospital private duty nursing care by a registered graduate nurse (other than a relative) subject to a $50 annual deductible.

Medicare Supplemental Medical Expense coverage for your eligible dependents on a contributory basis commencing with your coverage.

The following standard provisions of Medical Expense Benefits coverage will continue to apply to Medicare Supplemental Medical Expense coverage:

1. Exclusion of "Charges for Unnecessary Services and Supplies" and "Charges in Excess of Usual and Prevailing Charge."

2. Provisions for Coordination of Benefits under this Plan and other plans.

3. "Eligible Dependents" eligibility provisions.

Medicare Supplemental Medical Expense coverage for you will cease on the earliest to occur of (i) failure to make required contributions when due, (ii) your death, or (iii) discontinuance of this Plan or this part of this Plan.

Medicare Supplemental Medical Expense coverage for your eligible covered dependents will cease on the earliest to occur of (i) failure to make required contributions when due (ii) a covered dependent ceasing to meet this Plan's definition of an eligible dependent; (iii) death of the covered dependent, or (iv) discontinuance of this Plan or this part of this Plan.

## ELECTIVE CONTINUATION OF MEDICAL EXPENSE AND DENTAL EXPENSE BENEFITS

### Overview

This section sets out the conditions under which you and your dependents who are covered by the Medical Expense and Dental Expense coverage of this Plan, including alternative health maintenance organization coverage, may elect to purchase continuation of such Medical Expense and Dental Expense coverage after that point in time when coverage would otherwise terminate under this Plan. The option to elect to purchase continuation coverage under this section is offered as an alternative to the conversion privilege for Medical Expense coverage in the event of termination of employment or change in eligibility status described elsewhere in this Plan. The option to elect to purchase continuation of coverage as described in this section applies only to Medical Expense and Dental Expense Benefits, including alternative health maintenance organization coverage, as offered under the Plan from time to time, and does not extend to any other benefits described in this Plan.

### Who May Elect Continuation of Coverage

Each "qualified beneficiary" (as defined below) under this Plan who, pursuant to the terms of this Plan, would lose Medical Expense and Dental Expense coverage under this Plan upon the occurrence of a "qualifying event" (as defined below) may elect to purchase continuation of such Medical Expense and Dental Expense coverage for the applicable additional time period specified below in this section.

### Definitions

For purposes of this section, "covered employee" means an employee who is (or was) covered by the Medical Expense and Dental Expense coverage portions of this Plan, including alternative health maintenance organization coverage, by virtue of the eligibility provisions of the Plan.

For purposes of this section, "qualified beneficiary" means:

a. The spouse and/or dependent children of a covered employee, if, on the day before the occurrence of the qualifying event such spouse and/or dependent children were actually covered by the Medical Expense and Dental Expense coverage portions of this Plan, including alternative health maintenance organization coverage; and

b. The covered employee, himself/herself, if the qualifying event is termination of employment (for other than gross misconduct) or reduction of work hours.

For purposes of this section, "qualifying event" shall mean any of the following events occurring to a covered employee which will result in the termination of Medical Expense and Dental Expense coverage under this Plan of a qualified beneficiary:

a. Death of a covered employee;

b. Termination of employment (for other than gross misconduct) or reduction in work hours of a covered employee;

c. Divorce or legal separation of a covered employee from his or her spouse; or

d. A dependent child ceasing to be an eligible dependent pursuant to the eligibility provisions of this Plan.

(See below regarding employee notification requirements concerning certain qualifying events).

For purposes of this section "termination of Medical Expense and Dental Expense coverage" shall mean the date when full Medical Expense and Dental Expense coverage, including alternative health maintenance organization coverage, terminates as a result of a qualifying event, even though under certain circumstances some limited Medical Expense and/or Dental Expense coverage may continue for a period of time after the qualifying event as described in the provisions of this Plan dealing with extension of benefits.

### Period of Continuation of Coverage

If a qualified beneficiary elects to purchase continuation of Medical Expense and Dental Expense coverage under this Plan pursuant to this section, the maximum duration of such continuation Medical Expense and Dental Expense coverage which may be purchased shall be as follows:

| Qualifying Event | Qualified Beneficiary(ies) | Maximum Coverage From Time of Qualifying Event |
|---|---|---|
| Termination of employment of covered employee (for other than gross misconduct) | Employee, spouse, dependent children | 18 months |
| Reduction in work hours of covered employee | Employee, spouse, dependent children | 18 months |
| Death of covered employee | Spouse, dependent children | 36 months |
| Divorce or legal separation of covered employee from his/her spouse | Spouse, dependent children | 36 months |
| Dependent child ceases to be an eligible dependent child under the eligibility provisions of this Plan | Affected dependent child | 36 months |

If there are multiple qualifying events, the maximum period of coverage shall be calculated from the date of the earliest qualifying event.

Prior to the end of the maximum coverage period, the occurrence of the following events will result in the automatic discontinuation, as of the date of such occurrence, of any continuation of Medical Expense and Dental Expense coverage which may have been elected by a qualified beneficiary under this section.

a. The date the Employer ceases to provide any medical expense and/or dental expense coverage to any of its employees;

b. The date on which a qualified beneficiary fails to make timely payment of the premiums required for continuation of Medical Expense and Dental Expense coverage under this section (See below concerning premium payment requirements);

c. The date on which a qualified beneficiary becomes an employee covered by any other group health plan;

d. The date on which a qualified beneficiary becomes eligible for Medicare benefits; or

e. The date a qualified beneficiary, who is such because he/she is a former spouse of a covered employee, remarries and becomes covered by any other group health plan.

If a qualified beneficiary has elected to purchase continuation of Medical Expense and Dental Expense coverage under this Plan, such qualified beneficiary may voluntarily discontinue such continuation coverage at any time prior to the end of the maximum coverage period.

## Election Time Period

A qualified beneficiary has a period of time to elect to purchase continuation of Medical Expense and Dental Expense coverage under this Plan beginning on the date that medical expense and dental expense coverage terminates under the terms of this Plan as a result of a qualifying event and ending no earlier than sixty (60) days after the later of:

a. the date the Medical Expense and Dental Expense coverage terminates under the terms of the Plan as a result of the qualifying event; or
b. in the case of qualified beneficiaries who receive notice pursuant to the notification provisions of this section below, the date of such notice.

Unless an election expressly provides to the contrary, any election to continue Medical Expense and Dental Expense coverage by a qualified beneficiary who is either a covered employee or the spouse of a covered employee shall be deemed to include any other qualified beneficiaries in the family group of the covered employee or spouse making the election.

The continuation Medical Expense and Dental Expense coverage which may be purchased as a result of an election under this section shall include the coverages offered from time to time under the Plan to similarly situated employees and dependents who have not been affected by a qualifying event, including the election to continue medical and dental coverage under an applicable health maintenance organization available under the alternate health maintenance organization coverage provisions of this Plan.

## Conversion Privilege for Medical Expense Coverage

Each qualified beneficiary who elects to purchase continuation of medical expense coverage under this section shall have the option to convert to an individual medical care benefit policy upon the expiration of the maximum coverage period of the continuation medical expense coverage under this section but only to the extent that such conversion option is offered under the terms of this Plan or under any health maintenance organization coverage available under the alternate health maintenance organization coverage provisions of this Plan.

This conversion option, to the extent applicable under the terms of this Plan, shall be offered to a qualified beneficiary one-hundred and eighty (180) days prior to expiration of such qualified beneficiary's maximum coverage period for continuation of medical expense coverage determined pursuant to this section and such qualified beneficiary may exercise such conversion option at any time during such one-hundred and eighty (180) day period up to and including the last day of the maximum coverage period for continuation of medical expense coverage.

## Premiums for Continuation of Coverage

Each qualified beneficiary who elects to purchase continuation of Medical Expense and Dental Expense coverage shall pay to the Employer a monthly premium as a condition of maintaining such continuation of coverage.

The amount of such monthly premium shall be determined by this Plan administrator pursuant to applicable law.

Each monthly premium shall be due and payable monthly in advance of the coverage month to which the premium applies, except that the premium applicable to the period of continuation coverage between the date that Medical Expense and Dental Expense coverage terminates under this Plan and the date of election to purchase continuation of such coverage shall be due and payable within forty-five (45) days after the date of election.

No invoices shall be issued by this Plan with respect to premium payments, except that, at the time of election to purchase continuation of Medical Expense and Dental Expense coverage, each electing qualified beneficiary shall be informed of the amount of the monthly premium and the amount of the premium which must be paid within forty-five (45) days after the date of election. It is the responsibility of each qualified beneficiary who has elected to purchase continuation of Medical Expense and Dental Expense coverage to pay the monthly premiums on a timely basis in accordance with the above.

If a qualified beneficiary fails to pay the monthly premium(s) within the time required, as specified above, the continuation of Medical Expense and Dental Expense coverage shall automatically terminate as of the day after the last day of continuation coverage for which premiums have been paid.

## Notice Concerning Qualifying Events

Each covered employee or qualified beneficiary is responsible for notifying this Plan of the occurrence of any of the following qualifying events:

a. Divorce or legal separation of a covered employee from his/her spouse; or
b. A dependent child covered under this Plan ceasing to be an eligible dependent pursuant to the eligibility provisions of this Plan.

Such notice shall be in writing addressed to the Human Resources manager of the covered employee's business unit of the Employer.

The Employer is responsible for notifying this Plan of the occurrence of any of the following qualifying events:

a. Death of a covered employee; or
b. Termination of employment or reduction of work hours of a covered employee.

## Notice by the Plan

Within fourteen (14) days after becoming aware of the occurrence of a qualifying event through notice from the Employer or from the covered employee or qualified beneficiary, as applicable, the Plan administrator shall notify in writing each individual who is a qualified beneficiary as a result of such qualifying event of such individual's right to elect to purchase continuation of Medical Expense and Dental Expense coverage under this section.

Any such notice by this Plan to an individual who is a qualified beneficiary because such individual is the spouse of a covered employee shall be deemed to be notice to all other qualified beneficiaries residing with such spouse at the time of notice.

Such notice shall be given by mailing the notice to the last known address known to this Plan of each such qualified beneficiary. A spouse and dependent children will be presumed to reside with the covered employee unless this Plan is advised of another address.

This Plan administrator shall also provide written notification to each covered employee and his/her spouse of the rights under this section to elect to purchase continuation of Medical Expense and Dental Expense coverage at the time the covered employee first becomes eligible to participate in the Medical Expense and Dental Expense coverage under this Plan.

### Nondiscrimination

The right to elect to purchase continuation of Medical Expense and Dental Expense coverage under this section is not conditioned upon any qualified beneficiary providing evidence of insurability.

# Extension of Benefits

### Long Term Disability Coverage

If a period of total disability is in progress when your coverage terminates, you will continue to be eligible to receive the Long Term Disability Benefits as long as they would otherwise be available under this Plan.

### Medical Coverage

If you or a covered eligible dependent is totally disabled on the date coverage under this Plan terminates, Basic Medical Expense Benefits (except Accident Expense Benefits) during that disability will be extended for a period of up to three months and Major Medical Expense Benefits during that disability will be extended for a period of up to 12 months, subject to required contributions with respect to a dependent. Major Medical Expense Benefits will be extended, however, only if the Maximum Benefit has not been paid. This extension applies to coverage of the totally disabled persons only.

The words "totally disabled" mean that

1. you are prevented because of injury or disease from engaging in your customary occupation and are performing no work of any kind for pay or profit; or
2. your dependent is prevented because of injury or disease from engaging in substantially all of the normal activities of a person of like age and sex in good health.

Extended Major Medical Expense Benefits will cease immediately when a family member becomes covered under any other group plan for benefits of a similar type.

### Hospice Care Coverage

If you or a covered eligible dependent is totally disabled and under a doctor's care on the date coverage under this Plan terminates, Hospice Care Expense Benefits during that disability will be extended for up to three months if coverage terminated because (a) the Plan was terminated, or (b) the Hospice Care Expense Benefits portion of the Plan was terminated, or (c) the Hospice Care Expense Benefits portion of the Plan was terminated for the person's class. If such Hospice Care Expense Benefits coverage terminates for any other reason, Hospice Care Expense Benefits during that disability will be extended for up to 12 months.

Extended Hospice Care Expense benefits will cease immediately when a person becomes covered under any other group plan for benefits of a similar type.

### Dental Expense Coverage

Benefits after termination of coverage are continued for Covered Dental Expenses incurred within one month following termination and while this Plan is in force, if such charges are incurred because of a condition which existed on the date of termination and for which a plan of treatment was approved and commenced while covered.

# Conversion Privilege For Medical Expenses

If the Medical Expense Benefits for you and your covered eligible dependents are terminated through termination of your employment or transfer out of an eligible class, you may, subject to established rules, obtain a Prudential individual policy of medical care benefits. The benefits and provisions of the individual policy differ from those of this Plan.

This conversion privilege also is available to your covered eligible dependents if you die while an employee and to your covered eligible dependents who cease to be eligible dependents.

Application for the individual policy must be made and the first premium paid within 31 days from the termination of coverage under the Plan, and is subject to the employee having been covered under the Plan for at least 3 months.

This conversion privilege is also available to a person who elects to purchase continuation of Medical Expense Coverage under the section of this Plan entitled "Elective Continuation of Medical Expense and Dental Expense Benefits" and arises at the expiration of the maximum period of such elective continuation coverage.

Application for the individual policy must be made and the first premium paid prior to expiration of such elective continuation coverage.

Additional information may be obtained from Prudential by anyone who is eligible for an individual policy. A form to be used for this purpose will be furnished by the employer.

# General Provisions

**Employer** — The term "Employer" as used in this Plan shall mean Northern Telecom Inc. and its United States subsidiaries.

**Misstatements** — If any facts relevant to the existence or amount of coverage shall have been misstated, the true facts will determine whether or not, and how much, coverage is in force.

**Change or Discontinuance of Plan** — It is hoped that this Plan will be continued indefinitely, but the right of change or discontinuance at any time must be reserved.

**Plan** — This booklet and the Plan Summary constitutes the Group Benefits Plan for Employees of Northern Telecom Inc. In the event of any question regarding the interpretation of this Booklet or the proper payment of benefits, further information may be obtained from your Employer.

**Multiple Coverage** — If you are in the employ of or connected with two or more employers, you will not be eligible for multiple coverage under this Plan.

### Extension of Benefits to Former Employees

In connection with the sale of a business, or portion thereof, involving employees covered by this Plan, the NTI Vice-President, Human Resources, may, at his discretion, extend one or more of the coverages provided in this Plan to cover former employees of the business, or portion thereof, being sold and their dependents for a period of time after they have become employees of the acquiring company as a result of the sale. Such discretionary extension of coverage(s) to former employees and their dependents shall be limited to an appropriate transition period arising in connection with such sale of a business, or portion thereof, where it is not reasonably practicable for the acquiring company to provide comparable coverage(s) to such former employees and their dependents immediately upon consummation of the sale and their becoming employees of the acquiring company.

### THE FOLLOWING PROVISIONS APPLY TO MEDICAL EXPENSE COVERAGE ONLY.

**Definition of Physician** — A licensed practitioner of the healing arts acting within the scope of his practice. The Long Term Disability section of this Booklet contains a special definition that applies to that coverage.

**Definition of Hospital** — This means only:

(1) an institution which is accredited as a hospital under the Hospital Accreditation Program of the Joint Commission on Accreditation of Hospitals, or

(2) any other institution which is operated pursuant to law, under the supervision of a staff of Physicians and with twenty-four hour a day nursing service, and which is primarily engaged in providing

   (a) general inpatient medical care and treatment of sick and injured persons through medical, diagnostic and major surgical facilities, all of which facilities must be provided on its premises or under its control, or

   (b) specialized inpatient medical care and treatment of sick or injured persons through medical and diagnostic facilities (including x-ray and laboratory) on its premises, under its control, or through a written agreement with a Hospital (as defined above) or with a specialized provider of those facilities.

(3) an institution not meeting all the requirements of (1) or (2) but which is (a) licensed or approved as a community mental health center by the appropriate agency of the state in which the services are furnished, (b) qualified to provide a program for the inpatient or outpatient treatment of emotionally disturbed or mentally ill persons under a written treatment plan monitored by a physician, and (c) affiliated with a Hospital under a contractual agreement with an established system for patient referral.

(4) an institution which is (a) qualified to provide a program for the inpatient treatment of alcoholism or drug dependence under a written treatment plan monitored by a physician, (b) accredited by the Joint Commission on Accreditation of Hospitals, and (c) licensed as a residential treatment facility by the appropriate agency of the state in which it is located.

In no event shall the term "Hospital" include a convalescent nursing home or include an institution or part thereof which (i) is used principally as a convalescent facility, rest facility, nursing facility, or facility for the aged, or (ii) furnishes primarily domiciliary or custodial care, including training in the routines of daily living, or (iii) is operated primarily as a school.

**Definition of Board and Room Charges** — This includes, in addition to charges for board and room, any charges which are made by an institution as a condition of occupancy or on a regular daily or weekly basis for other services such as general nursing services.

**Definition of Custodial Care** — Custodial care is care which consists of services and supplies, including board and room and other institutional services, furnished to an individual primarily to assist him in activities of daily living, whether or not he is disabled. These services and supplies are custodial care regardless of the practitioner or provider who prescribed, recommended or performed them.

When board and room and skilled nursing services must be combined with other necessary therapeutic services and supplies in accordance with generally accepted medical standards to establish a program of medical treatment, they will not be considered custodial care. However, to meet this test they must be provided to an individual in an institution for which coverage is available under the plan and the program of medical treatment must be one which can reasonably be expected to substantially improve the individual's medical condition.

**Definition of Convalescent Facility** — An institution (or distinct part thereof) which meets fully every one of the following tests:

1. It is primarily engaged in and licensed to provide Skilled Nursing Services and Physical Restoration Services to convalescing patients for compensation on an inpatient basis.
2. It is providing these services on a 24-hour basis and under the full-time supervision of a physician or a registered professional nurse with licensed nursing personnel on duty at all times.
3. It maintains a complete medical record on each patient and it has a utilization review plan for all of its patients.
4. It is not other than incidentally a place for rest, for custodial care, for educational care, for the care of Mental disorders or a place for the aged. Mental disorders include, but are not limited to, drug addiction, alcoholism, chronic brain syndrome and mental retardation.

A convalescent facility will be treated the same as a hospital as the term is used in determining benefits for physicians services.

**Definition of "skilled nursing services"** — The professional services that may be rendered by a registered professional nurse or by a licensed practical nurse under the direction of a registered professional nurse.

**Definition of "physical restoration services"** — Services which assist the patient to achieve a sufficient degree of body functioning to permit self-care in the essential activities of daily living.

**Definition of pregnancy** — Pregnancy, including resulting childbirth, abortion or miscarriage, shall be treated as an illness for all purposes of the Plan.

**Definition of Qualified Social Worker** — An individual who (a) is legally licensed or certified by the state in which he practices and who is in private practice, (b) has a degree in social work or social welfare from a school accredited by the Council on Social Work Education, and (c) has at least two years' work experience in psychiatric social work in a hospital, outpatient clinic, medical rehabilitation or medical care program.

**Definition of Elective Surgical Procedure** — A non-emergency surgical procedure scheduled at the patient's convenience without jeopardizing the patient's life or causing serious impairment to the patient's bodily functions and is performed while the patient is confined in a hospital as an inpatient or in an ambulatory surgical center.

The elective surgical procedures are:

Arterial excision, graft or by-pass
Arthrotomy of knee
Caesarean section
Colectomy (excision of all or part of the colon)
Coronary bypass
Gastroplasty (obesity surgery)
Hemorrhoidectomy, internal and external only
Hernia repair, umbilical
Hysterectomy
Ileum By-pass (obesity)
Laminectomy (removal of intervertebral disc)
Lens extraction (cataract removal)
Meniscectomy (excision semilunar cartilage of knee joint)
Ocular muscles, any type of operation
Osteotomy of smaller bones (bone graft)
Pacemaker insertions
Salpingectomy and/or oophorectomy (excision of any ovary and/or uterine tube)
Tympanotomy
Tendon lesion excision, other than digits
Thyroidectomy, subtotal or partial (thyroid gland)
Tonsillectomy and/or adenoidectomy
Total knee or hip joint replacement
Transurethral prostatectomy (prostate gland)

Of course any procedure (even those listed) will not be considered elective if the operation is of an emergency nature (that is, must be scheduled without delay), as determined by the patient's surgeon.

**Definition of Ambulatory Surgical Center** — A public or private institution that is:

(1)   established, equipped and operated primarily as a facility for performance of surgical procedures and meets the following requirements; (a) is operated under the supervision of a staff of doctors, maintains adequate medical records and provides for periodic review of the facility and its operation by a Utilization and/or Tissue Committee composed of doctors other than those owning or supervising the facility; (b) permits a surgical procedure to be performed only by a doctor privileged to perform such surgery in a hospital in its area and requires that a licensed anesthesiologist administer the anesthetics and be present during the surgical procedure, unless only local infiltration anesthetics are used; (c) provides no overnight accommodations for patients, has at least two operating rooms, one post-anesthesia recovery room and full-time services of registered nurses (R.N.) in all operating and most anesthesia recovery rooms; (d) is equipped to perform diagnostic x-ray and laboratory examinations and has the necessary equipment and trained personnel to handle

foreseeable emergencies, including a defibrillator for cardiac arrest, a tracheotomy set for airway obstruction, and a blood bank or other supply for hemorrhaging; (e) maintains written agreements with hospitals in its area for immediate acceptance of patients who develop complications or require postoperative confinement; or

(2)   licensed as an ambulatory surgical center by the state in which the center is located.

**Definition of Second Surgical Opinion** — An opinion of a board certified specialist arranged through Prudential, based on his examination of the patient, of the advisability of an elective surgical procedure after another doctor, licensed to practice medicine and perform surgery, has proposed to perform surgery, but prior to the performance of the surgery.

**Definition of Third Surgical Opinion** — An opinion of the board certified specialist arranged through Prudential, of the advisability of an elective surgical procedure, based on his examination of the patient, after the second surgical opinion of another board certified specialist indicated that the proposed elective surgical procedure is not medically advisable.

**Definition of Affirmative Second or Third Surgical Opinion** — A second surgical opinion or a third surgical opinion arranged through Prudential, that confirms the advisability of the proposed elective surgical procedure.

**Definition of Board Certified Specialist** — A doctor, designated by Prudential, who holds the rank of Diplomate of an American Board (M.D.) or Certified Specialist (D.O.).

**Definition of Home Health Care Agency** — Any of the following (1) a Home Health Agency, (HHA) licensed in the jurisdiction in which the home health services are delivered, or (2) an HHA as defined in Medicare, or (3) any agency or organization which provides a program of home health care and meets all of the following requirements:

It is certified by the patient's physician as an appropriate provider of home health services;

It keeps written records of services provided to the patient;

And, it has at least one registered nurse (R.N.) or nursing care by an R.N. available to it.

**Definition of a Home Health Care Plan** — A home health care program prescribed in writing by a Physician for care and treatment of a sickness or injury in the patient's home, including certification by the Physician that inpatient confinement in a Hospital, convalescent nursing home or skilled nursing facility would be required if the home care weren't provided.

**Terminally Ill Person** — A member of the family unit whose life expectancy is six months or less, as certified by the primary attending doctor.

**Family Unit** — An employee and his covered dependents.

**Hospice Care Program** — A formal program directed by a doctor to help care for a terminally ill person. This may be through either:

(1) a centrally-administered, medically directed and nurse-coordinated program which: (a) provides a coherent system primarily of home care; (b) uses a hospice team; and (c) is available 24 hours a day, seven days a week; or

(2) confinement in a hospice.

The program must meet standards set by the National Hospice Organization and approved by Prudential. If such a program is required by a state to be licensed, certified, or registered, it must also meet that requirement to be considered a hospice care program.

**Hospice Team** — A team of professionals and volunteer workers who provide care to: (1) reduce or abate pain or other symptoms of mental or physical distress; and (2) meet the special needs arising out of the stresses of the terminal illness, dying and bereavement. The team includes at least: a doctor; a registered graduate nurse; and could include the following: a social worker; a clergyman/counselor; volunteers; a clinical psychologist; physiotherapist; and occupational therapist.

**Hospice** — A facility which provides short periods of stay for a terminally ill person in a home-like setting for either direct care or respite. This facility may be either free-standing or affiliated with a hospital. It must operate as an integral part of the hospice care program.

If such a facility is required by a state to be licensed, certified, or registered, it must also meet that requirement to be considered a hospice.

**Hospice Services** — Services and supplies furnished to a terminally ill person by: (1) a hospice; and/or (2) hospice team.

**Primary Attending Doctor** — The doctor who: (1) is treating the terminally ill person; and (2) recommends admittance to a hospice care program.

**Supervising Doctor** — The doctor directing the hospice care program.

**Remission** — A halt in the progression of a terminal disease; or an actual reduction in the extent to which the disease has already progressed.

**Counseling Services** — Supportive services provided after the death of the terminally ill person, by members of the hospice team in counseling sessions with the family unit.

## CLAIM PROVISIONS

**Time Limit on Certain Defenses** — An individual's claim, under any given coverage, for a loss which is incurred or which commences more than 2 years (1 year as to Long Term Disability Coverage) after the coverage becomes effective for the individual, will not be reduced or denied because there existed prior to the effective date, a disease or physical condition not expressly excluded from the coverage on the date of the loss.

**Proof of Loss** — Written proof of total disability under Long Term Disability coverage must be given to the Plan within 90 days after the end of the waiting period shown in the Plan Summary and subsequent written proof of the continuance of the disability must be furnished at such intervals as the Plan may reasonably require. Written proof of loss under any other coverage must be given to the Plan within 90 days after the loss.

Proof of loss must cover the occurrence, the character, and the extent of the loss.

Proof of loss under Long Term Disability coverage must also include evidence satisfactory to the Plan that you, your spouse, child or dependent has made proper application, and reapplication within a reasonable time if benefits were denied, for all "other income benefits" payable. You need not make application for retirement benefits available only on a reduced basis or for disability benefits under a group life insurance policy if the payment would reduce the amount of life insurance, however, such benefits will be considered "other income benefits" if applied for and received. Evidence satisfactory to the Plan must be furnished that all of the proofs required to support such application or reapplication for other income benefits have been submitted, that such benefits have not subsequently been waived and of the amount of such benefits.

Late proof may be accepted only if, under the particular circumstances, it was furnished as soon as was reasonably possible, and, in any event except in the absence of your legal capacity, within one year after the time it was otherwise required.

No action at law or in equity may be brought to recover under the Plan after 3 years from the time written proof is required to be furnished.

**Payment of Claims** — All accrued benefits under Long Term Disability coverage will be paid at the end of each calendar month during the period for which benefits are payable.

In order to be considered for payment, all claims must be submitted to Prudential by December 31 of the year following the year in which the claim was incurred.

A Long Term Disability Benefit payable for less than a full month will be pro-rated on the basis of one-thirtieth of the monthly benefit for each day of eligibility for payment.

Benefits payable for any other loss will be paid immediately upon receipt of due written proof of loss. All benefits will be payable to you. However, unless you request otherwise in writing not later than the time proof of loss is filed, the Plan may pay any part or all of any benefits provided on account of hospital, nursing, medical or surgical service directly to the hospital or person providing the services.

If any benefit is payable to you, and you are a minor or otherwise not competent to give a valid release, or if any benefit is payable to your estate, the Plan may deduct up to $1,000 from the benefit payable and pay it to any of your relatives (by blood or marriage) whom it believes is fairly entitled to it.

The Plan at its own expense will have the right and opportunity to examine the person of any individual whose injury or disease is the basis of a claim when and as often as it may reasonably require during the period for which such individual claims benefits. The Plan will also have the right to recover any overpayment of Long Term Disability benefits either directly from you or by deduction from your future monthly income benefit payments.

**Determination of Fact** — The Employer's determination in good faith (subject to adjustment for error) of the existence and duration of your employment, any absence from work, and of any facts relating to your monthly rate of basic earnings or any Employer retirement plan, will be binding on all persons for the purposes of the Long Term Disability Benefit coverage.

**Third Party Liability** — In the event that you or one of your covered eligible dependants ("Claimant") suffers an injury or illness covered by the medical and/or dental coverage portions of this Plan which injury or illness is caused by a third party, that is, by a person, corporation or other legal entity other than the person for whom a claim for medical and/or dental benefits under this Plan is being made ("Responsible Third Party"), you agree in good faith to pursue a claim against such Responsible Third Party for recovery of the value of the medical and/or dental benefits paid by this Plan in connection with such injury or illness.

To the extent payments for medical and/or dental expenses resulting from such injury or illness are made to a Claimant or his/her legal representative, or may be made to a Claimant or his/her legal representative in the future, by or for the Responsible Third Party (as a result of a legal judgment, settlement or in any other manner) such expenses are excluded from the Claimant's Medical and Dental Expense coverage under this Plan.

When a Claimant files a claim for Medical and/or Dental Expense benefits under this Plan which benefits would be payable but for the above exclusion, this Plan will pay such benefits provided:

(1) That payment for such benefits has not yet been made to the Claimant or his/her representative by or for the Responsible Third Party; and

(2) That the Claimant (or, if incapable, his/her legal representative) agrees in writing, using a form designated by this Plan, to promptly pay back to this Plan the amounts of any Medical and Dental Expense benefits so paid by this Plan in connection with such injury or illness to the extent of any payments made to the Claimant or his representative by or for the Responsible Third Party. This agreement shall apply (a) whether or not liability for the injury or illness is admitted by the Responsible Third Party, and (b) whether or not the payments from the Responsible Third Party itemize what they are for. A reasonable apportionment of the fees and costs incurred by the Claimant in pursuing a recovery from the Responsible Third Party may be deducted from amounts to be repaid to this Plan.

When any payments are made to a Claimant or his representative by or for a Responsible Third Party, such payments shall first be applied to reimburse this Plan for Medical and/or Dental Expense benefits previously paid by this Plan in connection with the injury or illness. To the extent such payments to a Claimant or his representative by the Responsible Third Party exceed such reimbursable amount, the future Medical and/or Dental Expense benefits payable under this Plan in connection with the injury or illness shall be redetermined by reducing the amount of such benefits by the amount of the payments made or to be made to the Claimant or his representative by or for the Responsible Third Party.

The Claimant agrees that amounts reimbursable to this Plan in accordance with the above may, as payments are received by the Claimant or his representative from or for the Responsible Third Party, be deducted from other Medical and/or Dental Expense benefits payable by the plan to the Claimant.

When a final judgment or settlement payment is received from or for the Responsible Third Party by the Claimant or his representative such that no future or additional payments will be received from or for the Responsible Third Party and when, based on such final payment from or for the Responsible Third Party, reimbursement to this Plan and a redetermination of medical and dental benefits payable by the Plan as to known future treatment of the Claimant in connection with the injury or illness have been made, the Claimant agrees to and shall continue to be obligated to reimburse the Plan, from any remaining portion of the payments from the Responsible Third Party previously retained by the Claimant or his repesentative, for any subsequent Medical and/or Dental Expense benefits paid by this Plan in connection with treatment for the injury or illness occurring within twenty-four (24) months after the redetermination of medical and/or dental benefits made at the time of the final judgment or settlement and not included in such redetermination.

There shall be no obligation by the Claimant to reimburse this Plan for Medical and/or Dental Expense benefits payable under this Plan for treatment for the injury or illness occurring more than twenty-four (24) months after the redetermination of benefits made at the time of the final judgment or settlement payment which treatment was not included as part of such redetermination.

Each Claimant or his/her representative shall promptly notify this Plan of the name of any Responsible Third Party involved in an injury or illness for which the Claimant seeks to receive Medical and/or Dental Expense benefits under this Plan. Each Claimant shall keep this Plan fully informed of all actions being taken by the Claimant to obtain a recovery from the Responsible Third Party, including informing this Plan of any payments received from the Responsible Third Party, any final judgment recovered against the Responsible Third Party or any discussions with the Responsible Third Party concerning settlement of the claim.

This Plan shall have the right to review any proposed settlement of the Claimant's claim for recovery from the Responsible Third Party and this Plan shall have the express right, at its option, to reject any such settlement which does not adequately provide for the recovery from the Responsible Third Party of Medical and/or Dental Expense benefits paid or to be paid by this Plan to the Claimant in connection with the injury or illness. The Claimant agrees not to enter into any settlement with the Responsible Third Party which has been reasonably rejected by this Plan as provided for above.

# THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

CERTIFIES that insurance is provided for certain Employees under Group Policy G-34900

### POLICYHOLDER

## NORTHERN TELECOM INC.

EMPLOYEES INSURED — The Employees who are eligible to become insured under the Group Policy and the effective dates of their insurance are determined by the Eligibility Provisions of the Employee Benefit Plan Booklet in which this Certificate is included. Termination of Insurance is governed by the Termination of Employee Insurance and Termination of Dependents Insurance sections of the Certificate.

BENEFICIARY FOR DEATH BENEFITS — See Beneficiary Provisions of the Certificate.

AMOUNTS OF INSURANCE — See Coverage Schedule of the Certificate.

The provisions of the Group Policy principally affecting the insurance provided for eligible Employees are summarized in the Certificate. A Certificate issued to an Employee replaces any certificates previously issued with respect to the Group Coverage or Coverages summarized. All benefits are subject in every respect to the Group Policy, which alone constitutes the agreement under which payments are made.

### THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

### GROUP INSURANCE CERTIFICATE

GRP 31300
CERT

(1-102) ED 6-66

## COVERAGE SCHEDULE

(The pages which follow refer to this Schedule)

Employee Term Life Insurance — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount is described in the Plan Summary made a part of the Employee Plan Booklet in which this Certificate is included.

Employee Accidental Death and Dismemberment Insurance — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount is described in the Plan Summary made a part of the Employee Plan Booklet in which this Certificate is included.

Dependents Term Life Insurance — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount applicable to each of an Employee's dependents is described in the Plan Summary made a part of the Employee Plan Booklet in which this Certificate is included.

Dependent Spouse Term Life Coverage — Insurance Assignable only as a gift assignment.

Amount of Insurance — The amount ($10,000 or $20,000) elected by the Employee on the enrollment card for Optional Contributory Spouse Term Life Insurance, but not more than 50% of the Employee's total amount of Employee Term Life Insurance.

GRP 31300
CERT

(2-101) ED 3-66

### DEFERMENT OF EFFECTIVE DATE

Employee Insurance: If the Employee is both disabled and away from work when he would otherwise become insured for Employee Insurance under a coverage or when any adjustment in the benefits under such insurance would take effect, the effective date of such insurance or adjustment will be deferred until the first day thereafter on which he returns to active work.

Dependents Insurance: If Dependents Insurance applies to an Employee, he will be insured for such insurance with respect to each of his qualified dependents, subject to the following —

(1) An Employee shall not become insured for any Dependents Insurance unless he is insured for Employee Insurance.

(2) An Employee shall not be insured with respect to any qualified dependent for whom evidence of insurability satisfactory to Prudential is required because of late enrollment or enrollment after previous termination of any insurance because of failure to contribute.

DEFERMENT OF EFFECTIVE DATE — Continued

(3)  If any qualified dependent is confined for medical care or treatment either in an institution or at home on the date any Dependents Insurance under a coverage, or adjustment thereof, would otherwise become effective with respect to that dependent, such insurance or adjustment will be deferred until his final medical release from all such confinement. This paragraph (3) will not operate to defer the effective date of an Employee's Dependents Term Life Insurance with respect to a child who is born to the Employee, and becomes a qualified dependent under that insurance at fourteen days of age, while the Employee is continuously insured under that insurance with respect to one or more other dependents.

## GENERAL DEFINITIONS

The Employer: When the term "the Employer" is used, it means collectively all employers included under the Group Policy.

Covered Individual under a coverage: An Employee who is insured for Employee Insurance; a qualified dependent with respect to whom an Employee is insured for Dependents Insurance.

Qualified Dependent:

A.  For Dependents Term Life Insurance —

An Employee's spouse or unmarried child, other than (1) a person after that person has ceased to be a spouse of the Employee by reason of divorce or annulment; (2) a child less than fourteen days of age; (3) a child nineteen or more years of age unless (a) wholly dependent upon the Employee for support and maintenance, (b) enrolled as a full-time student in an educational institution, and (c) less than twenty-five years of age; (4) a spouse or child who (a) has complied with all requirements for becoming insured for Employee Term Life Insurance under the Group Policy other than the requirement that he have no protection under any Dependents Term Life Insurance of the Group Policy, or (b) has any protection under such Employee Term Life Insurance following termination of such insurance; (5) a spouse or child on active duty in any military, naval or air force of any country; and (6) a spouse or child who is insured for Employee Insurance under the Group Policy.

An Employee's children include, in addition to legally adopted children, any stepchildren, foster children or children for whom the Employee is a legal guardian provided they are dependent on the Employee for support and maintenance and live with the Employee in a regular parent-child relationship.

A child shall not be a qualified dependent of more than one Employee. If more than one Employee would otherwise be insured under the Group Policy with respect to a child as a qualified dependent, the child will be considered to be the qualified dependent only of that one of such Employees with the longest period of continuous service with the Employer according to the Policyholder's records, unless otherwise determined by the mutual written agreement of all such Employees filed with the Policyholder.

B.  For Dependent Spouse Term Life Coverage —

An Employee's spouse, other than (1) a person after that person has ceased to be a spouse of the Employee by reason of divorce or annulment; (2) a spouse who

GENERAL DEFINITIONS — Continued

(a) has complied with all the requirements for becoming insured for Employee Term Life Insurance under the Group Policy other than the requirement that he have no protection under Dependent Spouse Term Life Coverage of the Group Policy, or (b) has any protection under such Employee Term Life Insurance following termination of such insurance; and (3) a spouse on active duty in any military, naval or air force of any country.

Physician: A licensed practitioner of the healing arts acting within the scope of his practice.

Prudential's Home Office: Prudential's Home Office in Newark, New Jersey, or any of its other Home or Head Offices.

GRP 31300
CERT                                                                    (3-101)

## EMPLOYEE TERM LIFE INSURANCE

### A. DEATH BENEFIT WHILE A COVERED INDIVIDUAL.

If the Employee dies while a covered individual, the amount of his insurance under this Coverage is payable when Prudential receives due written proof of death.

### B. DEATH BENEFIT DURING CONVERSION PERIOD.

This benefit is payable if the Employee dies within thirty-one days after he ceased to be a covered individual and while entitled (under Section C) to a conversion of his insurance under this Coverage to an individual policy.

An amount equal to that which might have been issued under the individual policy is payable under the Group Policy when Prudential receives due written proof of death, whether or not the Employee applied for conversion.

### C. CONVERSION PRIVILEGE.

An Employee ceasing to be a covered individual may convert his insurance under this Coverage to an individual policy of life insurance, without evidence of insurability, if he then ceases to be insured under the Group Policy by reason of —

(1)   termination of his membership in the classes eligible for such insurance or

(2)   termination, by amendment or otherwise, of the provisions for such insurance as to the eligible class of which he is a member, provided that at the date of such termination he has been so insured under such provisions (or under such provisions and any Prudential rider or group policy replaced by such provisions) for at least five years prior to such termination date.

Any such conversion shall be subject to the remainder of this Section.

Availability: The individual policy will be issued only if written application and the first premium payment for it are made to Prudential within thirty-one days after such cessation.

Individual Policy Requirements: The individual policy must conform to the following —

Amount — not in excess of the amount of his insurance under this Coverage at such cessation. Furthermore, if such cessation occurs by reason of termination, by amendment or otherwise, of the term life insurance provisions of the Group Policy as to his class, the total amount of individual insurance obtainable with respect to all his life insurance then terminating under the Group Policy shall in no event exceed the lesser of (1) the total amount of such insurance then terminating, reduced by the amount of any life insurance for which he is or becomes eligible under any group life insurance coverage issued by any insurance carrier within thirty-one days thereafter, and (2) $2,000.

## EMPLOYEE TERM LIFE INSURANCE — Continued

Form — any form of life insurance policy, other than term insurance or any policy containing disability or other supplementary benefits, then customarily issued by Prudential at the age and amount applied for.

Premium — based on Prudential's rate applicable to its form and amount, to the class of risk to which he belongs, and to his attained age on its effective date.

Effective Date — at the end of the thirty-one day period during which application for it may be made.

———

Any death benefit provided under a section of this Coverage is payable in accordance with that section and the Group Policy's Beneficiary and Mode of Settlement provisions.

———

GRP 31300                                           Group Employee Term Life Insurance
LIFE R-201                                                  Coverage LIFE 201 (7-2)

———

## EMPLOYEE ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

Payable for: The Employee's loss of life, sight, hand or foot.

Loss of sight means total and irrecoverable loss of sight. Loss of a hand or foot means loss by severance at or above the wrist or ankle.

Conditions for Benefit: All of the following —

(1)   The Employee sustained an accidental bodily injury while a covered individual.

(2)   The injury, directly and independently of all other causes, resulted in the loss.

(3)   The loss occurred within ninety days after the injury was sustained.

Amount Payable:

| For Loss of | | Amount |
|---|---|---|
| Life | } | The Employee's amount of insurance under this Coverage |
| Both Hands | | |
| Both Feet | | |
| Sight of Both Eyes | | |
| One Hand and One Foot | | |
| One Hand and Sight of One Eye | | |
| One Foot and Sight of One Eye | | |
| One Hand | } | One-half the Employee's amount of insurance under this Coverage |
| One Foot | | |
| Sight of One Eye | | |

## EMPLOYEE ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE — Continued

**Amount limitation** — The amount payable for all losses of the Employee as the result of the same accident is limited to his amount of insurance under this Coverage.

Not Covered: Any loss which results —

(1) from suicide or attempted suicide, whether the Employee is sane or insane, or

(2) directly or indirectly from bodily or mental infirmity or disease or medical or surgical treatment thereof, or

(3) from any infection, other than a pyogenic infection occurring through and at the time of an accidental cut or wound, or

(4) from war or any act of war ("war" means declared or undeclared war and includes resistance to armed aggression), or

(5) directly or indirectly while participating in the commission of an assault or felony.

Each benefit of this coverage is payable to the Employee, except that any benefit unpaid at his death or becoming payable on account of his death will be paid to his Beneficiary or Beneficiaries determined under the Group's Policy Beneficiary Provisions. Payment is subject to the Group Policy's Claim Provisions.

GRP 31300
AD&D R-101 ED 3-66

Group Employee Accidental Death
and Dismemberment Insurance
Coverage AD&D (101)

## DEPENDENTS TERM LIFE INSURANCE

A.  DEATH BENEFIT WHILE A COVERED INDIVIDUAL.

If a dependent dies while a covered individual, the amount of insurance on the dependent under this Coverage is payable when Prudential receives due written proof of death.

B.  DEATH BENEFIT DURING CONVERSION PERIOD.

This benefit is payable if a dependent dies within thirty-one days after ceasing to be a covered individual and while entitled (under Section C) to a conversion of the insurance to an individual policy.

An amount equal to that which might have been issued under the individual policy is payable under the Group Policy when Prudential receives due written proof of death, whether or not application for conversion has been made.

C.  CONVERSION PRIVILEGE.

A dependent ceasing to be a covered individual may have the insurance on him under this Coverage converted to an individual policy of life insurance without evidence of insurability, if the Employee then ceases to be insured for Dependents Term Life Insurance under the Group Policy with respect to that dependent for any reason other than:

(1) termination, by amendment or otherwise, of the provisions for such insurance as to the eligible class of which the Employee is a member, unless at the date of such termination the Employee has been so insured with respect to the dependent under such provisions (or under such provisions and any Prudential rider or group policy replaced by such provisions) for at least five years prior to such termination date, or

(2) the Employee's failure to make any required contribution for insurance under the Group Policy.

Any such conversion shall be subject to the remainder of this Section.

Availability: The individual policy will be issued only if written application and the first premium payment for it are made to Prudential within thirty-one days after such cessation.

Individual Policy requirements: The individual policy must conform to the following —

Amount — not in excess of the amount of insurance on the dependent under this Coverage at such cessation. Furthermore, if such cessation occurs by reason of termination, by amendment or otherwise, of the Dependents Term Life Insurance provisions of the Group Policy as to the Employee's class, the total amount of individual insurance obtainable with respect to all the Dependents Term Life Insurance on the dependent then terminating under the Group Policy shall in no event exceed the lesser of (1) the total amount of such insurance then terminating, reduced by the amount of any life insurance for which the Employee is or becomes eligible with respect to the dependent under any group life insurance coverage issued by any insurance carrier within thirty-one days thereafter, and (2) $2,000.

DEPENDENTS TERM LIFE INSURANCE — Continued

Form — any form of life insurance policy, other than term insurance or any policy containing disability or other supplementary benefits, then customarily issued by Prudential at the age and amount applied for.

Premium — based on Prudential's rate applicable to its form and amount, to the class of risk to which the dependent belongs, and to the dependent's attained age on its effective date.

Effective Date — at the end of the thirty-one day period during which application for it may be made.

---

Any death benefit provided under a section of this Coverage is payable to the Employee, if living at the death of the dependent. If the Employee predeceased the dependent, the death benefit is payable to the estate of the dependent or, at Prudential's option, to any one or more of the following surviving relatives of the dependent: wife, husband, mother, father, children, brothers or sisters.

---

GRP 31300
DEPL R-103 ED 3-66

Group Dependents Term Life Insurance Coverage DEPL 103 (1-1)

## DEPENDENT SPOUSE TERM LIFE COVERAGE

FOR THE EMPLOYEE'S DEPENDENT SPOUSE ONLY

A.  DEATH BENEFIT WHILE A COVERED PERSON.

If a dependent spouse dies while a Covered Person, the amount of insurance on that dependent spouse under this Coverage is payable when Prudential receives written proof of death.

B.  DEATH BENEFIT DURING A CONVERSION PERIOD.

A death benefit is payable under this Section B if a dependent spouse dies:

(1)  within 31 days after ceasing to be a Covered Person; and

(2)  while entitled (under Section C) to a conversion of the insurance under this Coverage to an individual contract.

The amount of the benefit is equal to the amount of Dependent Spouse Term Life Coverage which could have been converted. It is payable even if conversion was not applied for. It is payable when Prudential receives written proof of death.

C.  CONVERSION PRIVILEGE.

This privilege applies if the Employee ceases to be insured for the Dependent Spouse Term Life Coverage of the Group Contract with respect to a dependent spouse. That dependent spouse may have the Employee's insurance on the dependent spouse under this Coverage, which then ends, converted to an individual life insurance contract. Evidence of insurability is not required. However, conversion is not available if the insurance ends for one of these reasons:

---

DEPENDENT SPOUSE TERM LIFE COVERAGE — Continued

(1)  The Employee fails to make any required contribution for insurance under the Group Contract.

(2)  The Dependent Spouse Term Life Coverage of the Group Contract for the Employee's class ends by amendment or otherwise. This (2) does not apply if, on the date it ends, the Employee has been insured with respect to the dependent spouse for five years for that insurance (or for that insurance and any Prudential rider or group contract replaced by that insurance).

Any such conversion is subject to the rest of this Section C.

Availability: The individual contract must be applied for and the first premium must be paid by the later of:

(1)  the thirty-first day after the Employee ceases to be insured for Dependent Spouse Term Life Coverage with respect to the dependent spouse; and

(2)  the fifteenth day after the Employee has been given written notice of the conversion privilege. But, in no event may the Employee convert the insurance to an individual contract if he does not apply for the contract and pay the first premium prior to the ninety-second day after he ceases to be insured for Dependent Spouse Term Life Coverage with respect to the dependent spouse.

Individual Contract Rules: The individual contract must conform to the following:

Amount: Not more than the amount of Dependent Spouse Term Life Coverage on the dependent spouse ending under this Coverage. But, if it ends because the Dependent Spouse Term Life Coverage of the Group Contract for the Employee's class ends, the total amount of individual insurance which may be obtained in place of the Dependent Spouse Term Life Coverage on the dependent spouse then ending under the Group Contract will not exceed the lesser of the following:

(1)  The total amount of the Employee's Dependent Spouse Term Life Coverage on the dependent spouse then ending under the Group Contract reduced by the amount of group life insurance from any carrier for which he is or becomes eligible with respect to the dependent spouse within the next 31 days.

(2)  $2,000.

Form: Any form of a life insurance contract that Prudential usually issues at the age and amount applied for. This does not include term insurance or a contract with disability or supplementary benefits.

Premium: Based on Prudential's rate as it applies to the form and amount, and to the dependent spouse's class of risk and age at the time.

## DEPENDENT SPOUSE TERM LIFE COVERAGE — Continued

Effective Date: The end of the 31 day period after the Employee ceases to be insured for Dependent Spouse Term Life Coverage with respect to the dependent spouse.

---

Any death benefit provided under a section of this Coverage is payable to the Employee. If the Employee is not living at the death of a dependent spouse, the death benefit is payable to the dependent spouse's estate or, at Prudential's option, to any one or more of these surviving relatives of the dependent spouse: wife; husband; mother; father; children; brothers; sisters.

---

83500
DPL R 7001

(7-1)

## BENEFICIARY PROVISIONS

Any insurance under the Group Policy becoming payable on account of the death of an Employee will be payable to the person designated by the Employee as his or her Beneficiary on a form satisfactory to Prudential, subject to the Assignment Limitations section of the General Provisions.

At any time the Employee may, without the consent of his Beneficiary, change the Beneficiary by filing written notice of the change through the Policyholder on a form satisfactory to Prudential. The new designation will take effect on the date the notice was signed, except that it will not apply as to any amount paid by Prudential before receipt of the notice.

If more than one Beneficiary is designated and in such designation the Employee has failed to specify their respective interests, the Beneficiaries will share equally. Unless otherwise provided in the Employee's Beneficiary designation, the interest of any designated Beneficiary predeceasing the Employee will terminate and will be shared equally by any Beneficiaries who survive the Employee. Any amount of the insurance for which there is no disposition of a terminated interest as provided above, and any other amount of the insurance for which there is no Beneficiary at the death of the Employee, will be payable to the estate of the Employee unless otherwise provided in the Assignment Limitations.

## MODE OF SETTLEMENT PROVISIONS

(for Employee Life Insurance)

A mode of settlement other than lump sum payment may be arranged with Prudential, subject to the provisions of the Group Policy, for all or a part of the Employee Life Insurance payable at an Employee's death. Information about the modes of settlement available may be obtained from Prudential upon request to the Policyholder.

## INCONTESTABILITY OF AN INDIVIDUAL'S LIFE INSURANCE

All statements with respect to Life Insurance under the Group Policy made by a person insured therefor shall be deemed representations and not warranties. With respect to each amount of such insurance for which a person is insured, no such statement shall be used in any contest of such insurance unless a copy of the instrument containing the statement is or has been furnished to the Employee or to his or her Beneficiary. No statement made by a person insured under the Group Policy relating to his or her insurability for such insurance shall be used in contesting the validity of the insurance with respect to when such statement was made after such insurance has been in force prior to the contest for a period of two years during his or her lifetime.

GRP 31300
CERT B-102 ED 3-66

(1-2)

---

## CLAIM PROVISIONS

These provisions apply to each coverage under the Group Policy which contains a specific provision subjecting the payment of benefits under the coverage to the Group Policy's Claim Provisions.

Written proof of the loss under a coverage upon which claim may be based must be furnished to Prudential within ninety days after —

(1) the end of each month or lesser period for which Prudential is liable under the coverage, if the coverage provides for payment at such periodic intervals; and

(2) the date of the loss, in the case of any other coverage.

Failure to furnish such proof within the required time shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible.

All benefits will be paid upon receipt of written proof covering the occurrence, character and extent of the event for which claim is made; except that if any coverage provides for payment at monthly or at more frequent periodic intervals, Prudential shall not be required to make payments of benefits thereunder more often than so provided.



## CLAIM PROVISIONS — Continued

Prudential at its own expense shall have the right and opportunity to examine the person whose sickness or injury is the basis of claim when and so often as it may reasonably require during pendency of claim.

No action at law or in equity shall be brought to recover under the Group Policy prior to the expiration of sixty days after written proof of the loss upon which claim is based has been furnished as required above. No such action shall be brought more than three years after the expiration of the time within which proof of such loss is required.

### INDIVIDUAL'S STATEMENT AS TO COVERAGE
### SUBJECT TO CLAIM PROVISIONS

All statements with respect to the insurance under such coverage which are made by a person insured therefor shall be deemed representations and not warranties. With respect to each amount of such insurance for which a person is insured, no such statement made for the purpose of effecting such insurance of the person shall be used in any contest to avoid the insurance with respect to which such statement was made or to reduce benefits thereunder after such insurance has been in force prior to the contest for a period of more than two years during his lifetime, nor unless such statement is contained in a written application signed by him and a copy of such application is or has been furnished to him.

GRP 31300
GEN C-101 ED 3-66

---

### TERMINATION OF EMPLOYEE INSURANCE

The Employee Insurance of an Employee under a coverage will automatically terminate when:

(1)  he ceases to be a member of the coverage classes for the insurance because of termination of employment (described below) or for any other reason, or

(2)  his class is no longer included in the coverage classes for the insurance, or

(3)  the provisions of the Group Policy for the insurance terminate, or

(4)  if the insurance is contributory, any contribution required of him for any insurance under the Group Policy is not made when due.

Termination of Employment — For insurance purposes, an Employee's employment will be considered to terminate when he is no longer actively engaged in work on a full-time basis for the Employer. However, the Group Policy has provisions under which the Policyholder may consider the Employee as still employed within the coverage classes for the insurance, subject to any time limits or other conditions stated in the Group Policy.

(Note: If the Employee stops active work for any reason, he should contact his employer immediately to determine what arrangements, if any, have been made to continue any of his insurance.)

### TERMINATION OF DEPENDENTS INSURANCE

An Employee's Dependents Insurance will terminate under the circumstances described in the section "Termination of Employee Insurance" as though that section's reference to "Employee Insurance" were a reference to "Dependents Insurance".

All of the Dependents Insurance under the Group Policy with respect to a particular qualified dependent will automatically terminate if that dependent ceases to be a qualified dependent.

### ASSIGNMENT LIMITATIONS

Insurance under a coverage is not assignable unless the Coverage Schedule indicates that it is assignable. An assignment may apply to any right, benefit or privilege of the Employee including, without limiting the generality of the foregoing, any right of the Employee to designate a Beneficiary or to convert to another policy. No responsibility for the validity or sufficiency of any assignment is assumed by Prudential. Prudential shall not be considered to have knowledge of any assignment unless the original or a duplicate is filed with Prudential through the Policyholder.

If, under an insurance for which the Group Policy allows Beneficiary designations, any amount of insurance becomes payable on account of the death of an Employee and there is, as to such amount of insurance, an assignment in effect but no Beneficiary designated by the assignee, such amount of insurance will be payable to the assignee, if living, otherwise to the estate of the assignee and not as otherwise provided in the Beneficiary Provisions of the Group Policy.

GRP 31300                                                          (4-101) ED 3-66 (1-13)
CERT

---

### MODIFICATION OF THE GROUP POLICY'S
### TERM LIFE INSURANCE PROVISIONS

The Conversion Privilege of the Group Policy's Term Life Insurance provisions is modified as follows: The benefit and premiums under each form of individual life insurance policy issued to males or females shall be those that usually apply to males, except that for any participating settlement under the individual policy payable for the lifetime of one or more payees, the female rates will apply to both male and female payees.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

83500                                                                              (7-1)C
GBT T 1012

---

### NOTICE TO EMPLOYEE

The above certificate evidences insurance protection under a Group Insurance Policy issued by THE PRUDENTIAL INSURANCE COMPANY OF AMERICA. This insurance replaces coverage previously provided under a group policy of another insurer. Your Beneficiary under the Prudential Group Policy is, unless and until you change your Beneficiary, the person designated as the beneficiary of record under the group policy of the other insurer.

If you wish to change your Beneficiary, contact your employer.

NORTHERN TELECOM INC.

# Summary Plan Description

This information, together with this booklet, is the Summary Plan Description and is designed to inform you, as a Plan participant, of the provisions and benefits of your Group Benefit Plan. This information complies with the Employee Retirement Income Security Act of 1974 (ERISA).

Plan Name: Group Benefits Plan for Employees of Northern Telecom Inc.

Employer Identification Number: 04-2486332

Plan No.: 506

Plan Sponsor:  Northern Telecom Inc.
200 Athens Way
Nashville, Tennessee 37228-1803

Type of Plan: Welfare

Plan year ends: June 30

Plan Administrator:  Employee Benefits Committee of
Northern Telecom Inc.
200 Athens Way
Nashville, Tennessee 37228-1803
Tel: (615) 734-4000

Agent for service of legal process: Plan Administrator

Group Term Life and Accidental Death and Dismemberment Insurance benefits are underwritten by:

The Prudential Insurance Company of America
Central Atlantic Group Operations
Horsham, PA 19044

All other benefits under this Plan are provided by Northern Telecom Inc.

Plan eligibility, benefits under this Plan, termination rules, and information on which Plan costs are paid by your Employer and which by the Employee are previously described in this booklet.

Claims — This booklet contains information on reporting claims. Forms for submitting claims may be obtained from your Human Resources Department.

If your claim is denied in whole or in part, you will receive a written notice of the denial, explaining the reason for the denial.

You may request a review of the denied claim. The request must be submitted, in writing, within 60 days after you receive the notice. Include your reasons for requesting the review and submit your request to the same office to which you submitted your claim. Your claim will be reviewed, and you will ordinarily be notified of the final decision within 60 days of the receipt of your request for review. The final decision will be made by The Prudential Insurance Company of America which is providing claim services under this Plan.

Your Rights under ERISA — As a participant in this Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all Plan participants shall be entitled to:

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all Plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by this Plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

Obtain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of this Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of this Plan. The people who operate this Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your Employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have your claim reviewed. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from this Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay the court costs and legal fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous. If you have any questions about this Plan, you should contact the Plan Administrator, your Director of Human Resources, or the Director of Benefits for Northern Telecom Inc. If you have any questions about this statement or about your rights under ERISA you should contact the nearest Area Office of the U.S. Labor-Management Services Administration, Department of Labor.

# Plan Summary

**EMPLOYER:** NORTHERN TELECOM INC.

**CONTROL NUMBER:** 34900/39900

The benefits shown in this Plan Summary are available for you and your eligible dependents. Your eligibility date and the date you become covered are determined by the Eligibility Provisions of this Plan Summary and the Plan booklet.

Source of Benefits — The Term Life and Accidental Death and Dismemberment Insurance coverage is provided under Group Policy No. G-34900 issued to your Employer by The Prudential Insurance Company of America. Weekly Disability Benefits, Long Term Disability Benefits and health care benefits are provided directly by your Employer.

This Plan Summary replaces all Plan Summaries previously issued to you. It should be kept with your copy of the Plan booklet which describes the benefits in greater detail.

---

**Employee Term Life and Group Accidental Death & Dismemberment Insurance**

Amount of Employee Term Life Insurance (Non-Contributory) — An amount equal to 200% of your Annual Rate of Basic Earnings. Such amount of insurance will be taken to the next higher multiple of $1,000 if not already a multiple thereof. The amount is subject to the maximum amount and reduction as described below.

Amount of Employee Accidental Death and Dismemberment Insurance (Non-Contributory) — An amount equal to your amount of Employee Term Life Insurance (Non-Contributory).

Your Employer pays the entire cost of the above insurance coverages for you.

You may, if you so elect, obtain Supplemental Employee Term Life and Accidental Death and Dismemberment Insurance on a Contributory Basis equal to either 100% or 200% of your Annual Rate of Basic Earnings. Such amount of insurance will be taken to the next higher multiple of $1,000 if not already a multiple thereof. The amount is subject to the maximum amount and reduction as described below.

1-1-87

If you are covered by Contributory Term Life and Accidental Death and Dismemberment Insurance, your monthly contribution toward the cost is based on your age as outlined:

| If you are | Your Per $1,000 Monthly Cost Is |
|---|---|
| Less than age 40 | $.06 |
| 40 but less than 50 | .17 |
| 50 but less than 60 | .46 |
| 60 and over | .81 |

The total amount of Term Life Insurance may not exceed $1,000,000 including both the Non-Contributory and the Contributory coverage.

The total amount of Accidental Death and Dismemberment Insurance may not exceed $500,000, including both the Non-Contributory and the Contributory coverage.

On and after the first day of the calendar month in which you attain age 70, but prior to your retirement, your Term Life Insurance and Accidental Death and Dismemberment Insurance (both Contributory and Non-Contributory) will each be limited to 50% of the amounts otherwise provided above or to $20,000, whichever is less. No increases or reductions will be made in your amounts of such insurance on or after the date this age reduction occurs, except as follows: On and after the first day of the calendar month in which you retire, either before or after age 70, your total amount of Term Life Insurance will be equal to 100% of your Annual Rate of Basic Earnings (as of the date of your retirement), reduced thereafter 10% each year for 5 years to an amount equal to 50% of your Annual Rate of Basic Earnings (as of the date of your retirement) or $50,000, whichever is less. Your Term Life Insurance at retirement is provided on a Non-Contributory Basis. Accidental Death and Dismemberment Insurance coverage (both Contributory and Non-Contributory) and Contributory Term Life Insurance coverage terminate when you retire.

**Annual Rate of Basic Earnings** — Your annual rate of basic earnings is based on your salary or pay from your Employer, including commissions but excluding bonuses, overtime pay, and any other form of compensation for a normal work week not exceeding forty hours.

Changes in Amount of Insurance — When your Annual Rate of Basic Earnings changes, your amount of Insurance will be automatically adjusted on the date of the change to reflect your new Annual Rate of Basic Earnings, except as hereinafter provided. If you receive part of your compensation in commissions, any change in your Annual Rate of Basic Earnings will be calculated once a year. If you are both totally disabled and away from work on the date a change in your amount of coverage would otherwise occur, the change in your amount of coverage will not occur until you return to active work.

### Dependents Term Life Insurance (Non-Contributory)

| Dependents Classification | Amount |
|---|---|
| Covered spouse | $4,000 |
| Covered children | |
|   14 days but less than 6 months | 2,000 |
|   6 months but less than 19 years | |
|     (25 if full-time student) | 4,000 |

This Dependents Term Life Insurance coverage applies only if you have enrolled for contributory Dependents Medical Expense or Dental Expense coverage under the Plan.

### Dependent Spouse Term Life Coverage (Contributory)

Amount of Dependent Spouse Term Life Coverage — The amount ($10,000 or $20,000) you elected, if any, on the enrollment card for Optional Contributory Spouse Term Life Insurance, but not more than 50% of your total amount of your Employee Term Life Insurance (both Contributory and Non-Contributory).

### Employee Weekly Disability Benefits

Benefits Begin — Sixth working day of total disability due to sickness or accident.

Amount of Weekly Disability Benefit — The amount is determined according to your length of credited service with your Employer, as follows:

| Service | 100% of your Weekly Basic Earnings are paid for the following number of weeks | 60% of your Weekly Basic Earnings are paid for the following number of weeks |
|---|---|---|
| Less than 6 months | 0 week(s) | 26 weeks |
| 6 months | 1 | 25 |
| 1 year(s) | 2 | 24 |
| 2 | 4 | 22 |
| 3 | 6 | 20 |
| 4 | 8 | 18 |
| 5 | 10 | 16 |
| 6 | 12 | 14 |
| 7 | 14 | 12 |
| 8 | 16 | 10 |
| 9 | 18 | 8 |
| 10 | 20 | 6 |
| 11 | 22 | 4 |
| 12 | 24 | 2 |
| 13 | 26 | 0 |

At any time that Federal Social Security, Workers' Compensation Benefits or any other statutory disability benefits are payable to you, the amount of Weekly Benefit will be reduced to the extent necessary so that the sum of such Weekly Benefit and any benefit payable to you under the Federal Social Security Act, Workers' Compensation Law or any other statutory disability benefits will not exceed 100% or 60% (as applicable pursuant to the above chart) of your Weekly Rate of Basic Earnings.

The word "payable" is not limited to the other statutory disability benefits described above actually received by you, but includes such other statutory disability benefits which would have been available if you had complied with the provision for making claim for such benefits.

Maximum Period of Payments — 26 weeks.

Weekly Rate of Basic Earnings — Your Weekly Rate of Basic Earnings is based on your basic salary or pay from your Employer, including commissions but excluding bonus, overtime pay or any other form of compensation, for a normal work week not exceeding forty hours. Your Weekly Rate of Basic Earnings is determined in the same manner as your Monthly Rate of Basic Earnings for Long Term Disability (as described in the Plan booklet).

## Employee Long Term Disability Benefits

Waiting Period — For any one period of total disability, the first 6 months of such period.

Monthly Income Benefit: 70% of your Monthly Rate of Basic Earnings as determined pursuant to this Plan (as described in the Plan booklet).

Should you be entitled to periodic benefits from certain other sources during a disability, your monthly benefit may be reduced as explained in the Plan booklet.

Minimum Monthly Benefit — $50.

Maximum Monthly Benefit — $7,000.

Maximum Benefit Period — Benefits will not be paid beyond age 65 for disabilities commencing before age 61. For disabilities commencing on or after age 61, benefits will not be paid for more than 3½ years, and in no event beyond age 70.

For total disabilities due to mental or nervous disorders the benefit period will be limited to 24 months; however if hospital confinement exists, or commences within 90 days following the date ending that 24 month period, benefits will continue for the duration of the hospital confinement (subject to the Maximum Benefit Period above).

## FOR YOU AND YOUR DEPENDENTS

The Plan booklet spells out the period to which each maximum applies.

**Basic Medical Expense Benefits** (subject to "Dual Choice of Health Care Benefits" below)

Hospital Expenses
Private Room Limit . . . . . . . . The institution's standard semi-private room rate.
Maximum for Miscellaneous Charges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Unlimited
Maximum Period of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 365 days

Alcoholism and Drug Dependency Maximums
Maximum per 1st Confinement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $10,000*
Maximum per 2nd Confinement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5,000*
*If eligible expenses for the 1st Confinement do not reach the maximum, the balance may be used toward the eligible expenses for the 2nd Confinement if necessary.
Maximum Period of Benefits per Confinement . . . . . . . . . . . . . . . . . . . . . 28 days

NOTE: Eligible expenses for hospital confinement may be limited — see the "Early Determination of Need for Hospital Confinement" description in the Booklet.

Convalescent Facility Expenses
Private Room Limit . . . . . . . . . The institution's standard semi-private room rate.
Maximum Period of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 365 days

Surgical Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . See Plan booklet

Physicians Expense Benefits (In-Hospital)
Maximum Period of Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 365 days

Diagnostic Laboratory and X-Ray Expense Benefits . . . . . . . . . . . . See Plan booklet

Supplemental Accident Expense Benefit Maximum . . . . . . . . . . . . . . . . . . . . . . . $300

Hospice Care Expenses
Maximum Outpatient Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,000
Maximum Daily Hospice Inpatient Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . 150
Maximum Hospice Inpatient Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,000
Maximum Bereavement Benefit per Family Unit . . . . . . . . . . . . . . . . . . . . 200
Home Health Care Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . See Plan booklet

**Major Medical Expense Benefits** — (subject to "Dual Choice of Health Care Benefits" below)

Benefit Percentage . . . . 80% of Covered Medical Expenses in a calendar year after Basic Medical Expense Benefits and the Deductible.

Covered Medical Expenses incurred for treatment of a mental or nervous condition while not hospital confined will be payable after the Basic Medical Expense Benefits and the Individual's Deductible. The benefit is 80% of $100 per visit and a maximum of $3,000 per calendar year will apply to these expenses.

Extra Benefit Feature    You will note that certain covered medical expenses incurred after any applicable Deductible are payable at the rate of 80% and you are responsible for paying the remaining 20%. When 20% of such expenses incurred as to a person in a calendar year equals $1,000 (other than those for treatment of mental or nervous disorders while not hospital confined), any benefits payable for such expenses incurred as to that person in the rest of that year and in the next calendar year will, after any applicable Deductible be payable at 100% rather than 80%.

Deductible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100
Family Limit on Deductibles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $200
Private Room Limit . . . . . . . . . . . . . The institution's standard semi-private room rate
Major Medical Lifetime Maximum Benefit . . . . . . . . . . . . . . . . . . . . . . . . . $500,000*
*$40,000 in the case of mental or nervous disorders.

## Dental Expense Benefits

Individual Deductible (applicable to Parts II and III Benefits only) . . . . . . . . . . . . . $25
Family Limit on Deductibles (applicable to Parts II and III Benefits only) . . . . . . . $50
Parts I and II Benefits: Routine exams, restorative dentistry, oral surgery and prosthetics
Maximum Payment (per calendar year) . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,000
Coinsurance Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80%
Part III: Orthodontia Benefits:
Maximum Payment (per lifetime) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,000
Coinsurance Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50%

## DUAL CHOICE OF HEALTH CARE BENEFITS

If you live in an area served by a "health maintenance organization" (HMO) which has arranged with your Employer to make available a dual choice of medical benefits, you may enroll yourself and eligible dependents for the benefits provided by the HMO, in place of the Medical Expense Benefits under this Plan. This choice is available to new employees upon first becoming eligible under this Plan. For those already covered under this Plan, you may transfer to HMO medical coverage during an established annual enrollment period.

If you and your dependents are enrolled in an HMO for medical coverage, you may switch to medical coverage under this Plan at specified times as follows: (a) during an annual enrollment period referred to above, (b) immediately upon moving out of the HMO service area, and (c) upon the HMO ceasing operation or ceasing to have a contract with your Employer. If the switch is permitted to be made at another time, coverage under this Plan for you and your dependents will take effect only on a day on which you are actively at work. Further, the coverage for a dependent who is confined for medical care or treatment in an institution or at home when the coverage would otherwise start is subject to the deferment provision in "Eligible Dependents" on a later page.

Dental Expense Benefits — The above does not apply to the Dental Expense Benefits. This benefit will be available under this Plan whether or not the HMO choice is exercised for medical coverage. If you are enrolled in an HMO, the Deductible for the Dental Expense Benefit will be $25, and the Family Limit on Deductible will be $50.

## MODIFIED HEALTH CARE COVERAGE FOR PERSONS ELIGIBLE FOR U. S. MEDICARE

On the date you or your covered dependents first become eligible to be covered by Medicare, the Medical Expense Benefits for such a person will be reduced by the benefits available under Medicare, as explained in your Plan booklet. However, if the person so eligible (1) is an active employee age 65 or over, or (2) is a dependent spouse age 65 or over of an active employee, and the individual has elected to retain this Plan as his/her primary coverage, the modification described above will not operate. Instead, Medicare will adjust its benefits, as required by law, to take into account benefits payable under this Plan.

A person who is or will be eligible for Part A of Medicare may apply for Part A (hospital insurance) and Part B (supplementary medical insurance) of the Medicare program even if he/she elects to retain this Plan as the primary coverage in accordance with the above.

## ELIGIBILITY PROVISIONS

Effective Date of Revised Plan: January 1, 1987

Eligible Class:     All employees of an Employer other than employees who are in bargaining units represented by unions with whom the Employer has entered into collective bargaining agreements.

Eligibility Date:     Your Eligibility Date is the date you commence active work for your Employer.

In order to be eligible for Long Term Disability Benefits,

1. You must be under the age of 69 years and have 6 months of service with your Employer when the total disability occurs,
2. You must be regularly scheduled to work at least 30 hours per week during your Employer's work week,
3. You must not be working outside the United States or Canada, and
4. Your "Monthly Rate of Basic Earnings" must be $400 or more.

Contributory Coverage: Supplemental Employee Term Life Insurance, Supplemental Employee Accidental Death and Dismemberment Insurance, Dependent Spouse Term Life Coverage, Retired Employee and Dependents Medicare Supplemental Medical Expense coverage, Dependents Medical-Dental Expense Benefits and Dependents Mirror Medicare coverage.

Non-Contributory Coverage: Non-Contributory Employee Term Life Insurance, Non-Contributory Employee Accidental Death and Dismemberment Insurance, Dependents Term Life Insurance, Weekly Disability Benefits, Long Term Disability Benefits, Employee Medical-Dental Expense Benefits and Employee Mirror Medicare coverage.

In order to obtain coverage, it is necessary for you to fill in the enrollment forms promptly. If you do not request any Contributory coverages within 31 days after you first become eligible, each Contributory coverage will become effective only when evidence of good health satisfactory to Prudential has been furnished at your own expense.

The date coverage commences on you and your dependents is determined by the Eligibility Provisions of the Plan booklet.

After your coverage becomes effective, it is necessary to notify your Employer of any change in the number of your dependents which will result in a change from one to the other of the following classifications.

1. Employee without Dependents.
2. Employee with Dependents.

If you wish to include coverage for a dependent who is your first eligible dependent, you must make a request to your Employer and meet any other requirements for this contributory coverage set forth in the Plan.

## YOUR CONTRIBUTIONS

Your contributions toward the cost of your elected contributory coverages provided by this Plan will be deducted from your pay. The amount of the required contributions are subject to change.

Please refer to the Plan booklet for complete details regarding this Plan. This Plan Summary summarizes only a portion of the benefits and provisions of this Plan.