**<u>EXHIBIT 8</u>**

# NORTHERN TELECOM / BNR U.S. EMPLOYEE BENEFITS

## FOR BARGAINING UNIT EMPLOYEES OF NYNEX MERIDIAN SYSTEMS

☐ THE MEDICAL PLAN

☐ DENTAL PLAN

☐ TERM LIFE INSURANCE AND
ACCIDENTAL DEATH & DISMEMBERMENT PLAN

☐ SHORT-TERM DISABILITY PLAN

☐ LONG-TERM DISABILITY PLAN

# BENEFITS CONNECTION

# TABLE OF CONTENTS

## THE MEDICAL PLAN

                                                                       PAGE

**FOREWORD TO THE MEDICAL PLAN** ................................................................. 1

**IMPORTANT INFORMATION** ........................................................................ 3

   Eligibility (Who is Eligible to Become Covered and When You Become Covered) ...... 4

   Effective Date ................................................................................................ 5

   Delay of Effective Date ................................................................................... 7

**THE MEDICAL PLAN** ................................................................................... 9

   Basic Medical Expense Coverage .................................................................. 11

   Hospital Expense Coverage .......................................................................... 11

   Surgical Expense Coverage .......................................................................... 14

   Preadmission Certification/Continued Stay Review (PAC/CSR) Requirements ......... 15

   Prospective Procedure Review (PPR) Requirements ...................................... 15

   Physician Expense Benefits (In-Hospital) ...................................................... 16

   Diagnostic X-ray and Laboratory Expense Coverage ................................... 17

   Accident Expense Coverage ........................................................................ 18

   Home Health Care Expense Coverage ......................................................... 19

   Special Preventive Services Expense Coverage ............................................ 20

**MAJOR MEDICAL EXPENSE COVERAGE** ...................................................... 21

   Introduction ................................................................................................. 23

   Benefit Maximums and Limitations ................................................................ 25

   Major Medical Covered Expenses ................................................................ 26

   Home Health Care Expense Coverage ......................................................... 28

# TABLE OF CONTENTS

PAGE

**GENERAL PROVISIONS FOR THE MEDICAL PLAN** ................................................. 29

**MODIFICATION OF MAJOR MEDICAL AND**
**BASIC EXPENSE COVERAGE FOR THE MEDICAL PLAN** ........................................ 31

Preadmission Certification/Continued Stay Review (PAC/CSR Requirements) .......... 31

Prospective Procedure Review (PPR) Requirements ........................................... 33

LifeSource Institute Program ........................................................................ 35

Companion Travel Program .......................................................................... 36

Special Services through Intracorp ................................................................ 39

    Medical Case Management ..................................................................... 39

    Medline ............................................................................................. 39

Hospital Audit Reward Program (HARP) ........................................................ 40

Reduction of Benefits Because of Medicare ................................................... 40

General Definitions .................................................................................... 42

Extension of Health Care Protection ............................................................. 47

Conversion Privilege for The Medical Plan Coverage – CIGNA .......................... 48

When Your Coverage Ends ......................................................................... 50

Generally Excluded Charges and General Limitations ...................................... 54

Rules for Coordination of Benefits of the Plan With Other Benefits .................... 58

Claim Rules ............................................................................................. 63

Benefit Maximums and Limitations ............................................................... 63

Benefit Modification for Third Party Liability .................................................. 63

**THE DENTAL PLAN** ................................................................................. 67

Eligibility (Who is Eligible to Become Covered and When You Become Covered) .... 69

Effective Date .......................................................................................... 70

Delay of Effective Date .............................................................................. 71

Dental Expense Benefits ............................................................................. 72

How Your Dental Plan Works ....................................................................... 72

Covered Dental Expenses ........................................................................... 73

Definitions – Dental .................................................................................. 76

Generally Excluded Charges ....................................................................... 77

Rules for Coordination of Benefits of the Dental Plan With Other Benefits .......... 79

Claim Rules ............................................................................................. 83

Benefit Modification for Third Party Liability .................................................. 83

When Dental Coverage Ends ....................................................................... 86

# TABLE OF CONTENTS

                                                                                    **PAGE**

**TERM LIFE INSURANCE AND ACCIDENTAL DEATH & DISMEMBERMENT** ................................ 91

    Eligibility Provisions ................................................................................ 93

    Your Term Life and Accidental Death & Dismemberment Insurance ........................ 93

    Termination of Insurance Provisions ............................................................ 95

**SHORT-TERM AND LONG-TERM DISABILITY PLANS** ............................................. 107

    Eligibility and Effective Date ................................................................... 109

    Short-Term Disability Benefits .................................................................. 110

    Long-Term Disability Benefits ................................................................... 112

    Benefit Modification for Third Party Liability ................................................. 118

    Termination of Coverage ....................................................................... 120

**ERISA INFORMATION** .............................................................................. 121

*Foreword to*

# THE MEDICAL PLAN

Protection against the hardship that so often accompanies Sickness or Accident is important to all of us.

In order to help protect you against those hardships, the Company has arranged a Health Care Program. The health care benefits of the plan have been designed toward the goal of helping to provide better health care for you and your family.

Under the Plan, you may choose to be covered under one of three options depending upon your individual needs:

- Managed Care Plan

- Medical Plan

- Plus Benefit Plan

You have elected The Medical Plan. You can be covered by only one plan at a time. Annually, during the established enrollment period, you may elect to change your coverage to any one of the three options by completing a new enrollment form.

The Medical Plan is an integrated medical plan. It is made up of two parts, Basic Medical Expense Coverage and Major Medical Expense Coverage. The Basic Plan generally covers Covered Expenses at 100% (80% for some) of the Reasonable and Customary Charge (depending on the type of service or supply — see specific details in the Plan) up to a specified maximum which is described in the Plan. These Covered Expenses are not subject to any Deductibles. Basic Medical Expense Benefits include specialty and hospital care, in addition to some preventive medical care such as well baby care up to age one (1), pap smears every year, a tetanus shot every ten (10) years, mammograms according to AMA recommendations, and sigmoidoscopy once every three (3) years for Covered Persons age forty-five (45) and over.

Any remaining Covered Expenses are covered under the Major Medical Plan at 80% of the Reasonable and Customary Charge (depending on the type of service or supply — see specific details in this booklet) after the annual deductible is satisfied, up to a specified maximum described in the provisions concerning the Major Medical Portion of The Medical Plan. You pay the remaining 20% of the Covered Expenses after the annual deductible is satisfied.

# IMPORTANT INFORMATION

## WHO IS COVERED

All regular, full-time, Employees of NYNEX Meridian Systems who are in a bargaining unit covered by a collective bargaining agreement are covered. Coverage will be effective one month after employment, provided you have enrolled for medical coverage, and there is no pre-existing condition exclusion. Coverage under this Plan is contributory. To be covered, an Employee must make the required contribution.

## YOU SHOULD KNOW...

- The Coverages in this Plan are available to you if you are covered. Only those Coverages for which you become covered will apply to you. The rules for becoming covered are in this Plan's "When You Become Covered" section.

- There is a Delay of Effective Date section. The rules of that section may delay the start of your Coverage.

- The Coverages are described in more detail. Be sure to read these pages carefully. They show when benefits are or are not payable under the plan. They also outline when your Coverage ends and the conditions, limitations and exclusions that apply to the Coverages.

- Coverage is generally provided for "Covered Expenses" as defined under each Coverage. A charge is considered incurred on the date of the service or purchase for which the charge is made.

- A Definitions section is included in this Plan. Many of the terms used in the Plan are defined in that section.

- There are some services which are generally excluded from Coverage. These are found in the list of Generally Excluded Charges and General Limitations beginning on page 54.

- The benefits described in the Plan are provided by the Company. CIGNA, on behalf of the Company, provides administrative functions for the Plan, including determining benefits under the Plan.

- CIGNA provides employee benefit products and services. Intracorp, a review organization subsidiary of CIGNA, furnishes cost containment services.

# Eligibility

## WHO IS ELIGIBLE TO BECOME COVERED AND WHEN YOU BECOME COVERED

### Employee Coverage

If you are eligible to be covered (See the Important Information section on the previous page), you are eligible for Employee Coverage.

The rules for obtaining Employee Coverage are listed in the Effective Date section.

## DEPENDENT COVERAGE

### You are eligible for Qualified Dependent Coverage while:

- you are eligible for Employee Coverage, and
- you have a Qualified Dependent.

## QUALIFIED DEPENDENTS

### You may obtain Dependent Coverage for:

- your spouse,
- your unmarried children less than nineteen (19) years old.

  Exceptions are made to the age nineteen (19) limit if your child is:

  (1) wholly dependent on you for support and maintenance, or

  (2) less than age twenty-five (25) and enrolled as a full-time student in an accredited educational institution and primarily supported by you.

Your children include your legally adopted children and each of your stepchildren and legally authorized foster children who depend on you for support and maintenance and who live with you in a regular parent-child relationship.

Your spouse is not considered your Qualified Dependent while on active duty in the armed forces of any country.

- Your child is not considered your Qualified Dependent while:

  (1) on active duty in the armed forces of any country, or

  (2) covered for Health Care Expenses under this Plan as an Employee.

# Effective Date

## EMPLOYEE COVERAGE

Your Employee benefits under this Plan will begin the first day on which:

- you are eligible for Employee Coverage, and

- you have met any evidence requirement for Employee Coverage, and

- your coverage is not being delayed under the Delay of Effective Date section on page 6, and

- you have enrolled for coverage, and

- you have paid all required contributions.

You must give evidence of good health in either of these situations if:

(1) you have not met a previous evidence requirement to become covered under any medical plan covering Employees of the Company, or

(2) you wish to become covered under the Plan and on the day immediately before the date you wish to become eligible for benefits under the Plan:

    (a) you were eligible for coverage under a prior medical plan of the Company covering Employees of the Company, and

    (b) you were not covered under that prior plan.

This requirement will be met when the Plan decides the evidence is satisfactory.

## DEPENDENT COVERAGE

**Prompt enrollment is important.** If you are eligible for Dependent Coverage, enroll for it on an early date. If you do so, your Dependent Benefits under the Plan for a person will begin the first day on which they are eligible.

Dependent Coverage will be effective if:

- the person is your Qualified Dependent, and

- you are covered for the benefits, if any, under the Plan, and

- you have met any evidence requirement for that Qualified Dependent, and

- your coverage for that Qualified Dependent is not being delayed under the Delay of Effective Date on page 7, and

- you have paid all required contributions.

**Change in Family Status**

It is important that you inform the Company promptly of a change in family status, for example, if you marry or divorce.

If you are covered for one or more children, you need not report additional children.

## Delay of Effective Date

### EMPLOYEE COVERAGE

Your benefits under the Plan will be delayed if you are not actively at work on the day your Coverage would otherwise begin. This same rule will apply to any change in your Coverage. Active Work Requirement is defined as a requirement that you be actively at work on a full-time basis at the Company's place of business, or at any other place that the Company's business requires you to go.

### DEPENDENT COVERAGE

If a Qualified Dependent is confined for medical care or treatment at home or elsewhere when Coverage would normally start, the Qualified Dependent will not be covered until the Sickness or Injury which caused the confinement has been remedied and such Qualified Dependent is released by his or her physician.

### NEWBORN CHILD EXCEPTION

This section does not apply to a child of yours at that child's birth if the child is born to you and either:

    (1) is your first Qualified Dependent, or

    (2) becomes a Qualified Dependent while you are covered for Dependent Benefits under that Coverage for any other Qualified Dependent.

# The

# Medical

# Plan

# THE MEDICAL PLAN

The Medical Plan is comprised of two parts. The first part is the Basic Medical Expense Coverage which pays first and covers 100% of the Covered Expenses (subject to the limitations described on the pages that follow). The second part is the Major Medical Expense Coverage which pays for Covered Expenses not eligible under the Basic Medical Expense Coverage, in addition to any Covered Expenses which exceed the Basic Medical Expense Coverage maximums.

To the extent that there is Coverage for a particular service under both the Basic and Major Medical Expense Coverage, Major Medical Coverage would begin only after the maximums for the particular Coverage under the Basic Medical Coverage are exhausted.

## Basic Medical Expense Coverage

Basic Medical consists of Hospital Expense Coverage, Surgical Expense Coverage, Hospital Medical Expense Coverage, Diagnostic X-ray and Laboratory Expense Coverage, Accident Expense Coverage, Home Health Care Expense Coverage, and Special Preventive Services Expense Coverage. Each of these Coverages will be discussed separately.

## Hospital Expense Coverage

This Coverage pays benefits for Covered Expenses (defined below) incurred for a Hospital Stay. Benefit maximums apply to any one period of a person's Hospital Stay.

### Maximum Hospital Room and Board Benefit

Covered Percent: 100%

Benefits will be paid for a maximum of 365 days of a person's Hospital Stay as an inpatient, at 100% of Covered Expenses.

The benefit for each day is the amount of the Covered Expenses for room and board for that day, but not more than the Hospital's Semi-private Rate.

"Semi-private Rate" means the Hospital's standard semi-private room daily rate. If the Hospital has no semi-private rooms, the Semi-private Rate is 90% of its lowest private room daily rate.

One period of Hospital Stay consists of all Related Hospital Stays.

**Related Hospital Stays**

Separate Hospital Stays of a person starting while the person is covered are considered related if:

(1) for the Employee:

    (a) you are not actively at work for at least one (1) day, and

(2) for the Covered Dependent:

    (a) the confinement is separated by less than three (3) months, or

    (b) the confinement results from related causes.

**Necessary Services and Supplies**

**Covered Percent:** 100%

100% of the Covered Expenses for services and supplies other than room and board.

Covered Expenses for an Inpatient Hospital Stay will be limited unless the rules concerning Preadmission Certification/Continued Stay Review (PAC/CSR) and Prospective Procedure Review (PPR) are satisfied (see below). The Covered Expense limit does not apply if a person is being isolated in a private room because of the person's communicable disease.

**Benefit Provisions for Treatment of Alcoholism and Chemical Dependency**

Basic Medical Expense Benefits are 100% of the Reasonable and Customary charge – subject to a lifetime maximum of fifty-six (56) days of confinement, not to exceed a maximum payment of $15,000.

Benefits for detoxification are not eligible unless the follow-up treatment for Alcoholism and Chemical Dependency begins within thirty-one (31) days after release from the confinement.

Benefits for treatment of Alcoholism and Chemical Dependency, all mental, psychoneurotic and personality disorders are all payable at 100% of the Reasonable and Customary charges and are subject to an overall lifetime maximum of $40,000. This benefit is subject to Preadmission Certification/Continued Stay Review (PAC/CSR) and/or Prospective Procedure Review (PPR) by CIGNA/Intracorp.

**THE MEDICAL PLAN**

## COVERED EXPENSES

A charge is a Covered Expense if all of these conditions are met:

(1) it is made for a service or supply that:

(a) is listed below, and

(b) is furnished to a person in connection with the person's stay in a Hospital.

(2) the Hospital Stay starts while the person is a Covered Person.

(3) the service or supply and the Hospital Stay are ordered by a Doctor to treat the person's Sickness or Injury.

(4) either:

(a) a room and board charge is made by the Hospital for the stay, or

(b) no room and board charge is made by the Hospital for the stay, but the service or supply is furnished:

(i) within forty-eight (48) hours of an Accidental Injury, for emergency treatment of that Injury during the Hospital Stay, or

(ii) at the time of, and because of, surgery performed during the Hospital Stay.

## SERVICES AND SUPPLIES

(1) All other supplies and non-professional services furnished by the Hospital for medical care in that Hospital.

(2) Anesthetics and their administration, when given in the Hospital.

(3) Ambulance use for local travel to and from the Hospital provided by that Hospital. The benefit for ambulance use for local travel to and from the Hospital is limited to $25 if ambulance services are provided by an agency other than the Hospital.

Refer to the section entitled "Generally Excluded Charges and General Limitations" for a list of services and supplies not covered by this Coverage.

*Note:*   Benefits for a confinement in a distinct part of an institution which meets both the definition of a hospital and a convalescent facility will be determined on the basis of the benefits payable for a confinement in a convalescent facility.

# Surgical Expense Coverage

This Coverage pays benefits for charges incurred for Surgical Procedures performed by a Doctor.

**Covered Percent:** 100%

100% of the Covered Expenses subject to the rules concerning Prospective Procedure Review as noted below. However, if two or more surgical procedures are performed in one session, benefits depend on the nature of the additional procedures. If they require separate incisions and add complexity to the care necessary, the maximum benefit will be:

- 100% of the charges for the major procedure, plus

- 50% of the fee for the other procedure as if both operations had been performed separately.

If a second procedure is incidental and doesn't require a separate incision, the maximum benefit payable will be 100% of the charges for the major procedure only.

## COVERED EXPENSES

A charge is a Covered Expense if it is made by a Doctor for a service in connection with a Surgical Procedure performed. The service must be in the list below.

## DOCTORS' SERVICES

(1) The immediate pre-operative exam of the person by the Doctor who performs the Surgical Procedure.

(2) The performance of the Surgical Procedure by a Doctor.

(3) Aid by a Doctor in the performance of the Surgical Procedure, if such aid is required by the nature of the Surgical Procedure or the person's condition or required by the relevant Hospital in which the Surgical Procedure is performed.

(4) The post-operative care that is required by and directly related to the Surgical Procedure and is given by a Doctor.

(5) The closed or open reduction of fractures or dislocation of the jaw.

## CHARGES NOT COVERED

A charge for:

(1) aid in a Surgical Procedure performed in a Hospital if the Hospital has available staff Doctors who are qualified to provide this aid, and

(2) for purposes of determining the Reasonable and Customary Charge, the sum of the charges for items (1), (2) and (4) under Doctors' services above will be considered as one charge for one service.

Please refer to the section entitled "Generally Excluded Charges and General Limitations" for a list of services and supplies not covered by this Coverage.

# Preadmission Certification/Continued Stay Review (PAC/CSR) Requirements

Covered Expenses for an Inpatient Hospital Stay will be limited unless the rules concerning Preadmission Certification/Continued Stay Review (PAC/CSR) and Prospective Procedure Review (PPR) are satisfied.

Whenever your Doctor recommends that you or a member of your family be admitted to the Hospital, including admissions for maternity claims, you should contact Intracorp, a CIGNA Company, at **1-800-257-2702**. If the admission is authorized the review specialist will determine the length of stay necessary for your treatment. If your physician later determines that you must remain in the Hospital longer than the approved length of stay, your physician must contact Intracorp for a Continued Stay Review. For an admission due to pregnancy, you should call Intracorp before the end of the first trimester. Intracorp will continue to monitor the confinement until you are discharged from the Hospital. The results of the review will be communicated to you, the attending physician, the Hospital and the Claims Administrator.

- If you do not contact Intracorp for preadmission certification before entering the Hospital for medical treatment, you will be required to pay 20% of the eligible Hospital charges in addition to your existing copayment, if any.

- If you enter the Hospital after admission has been denied by an Intracorp review specialist, you will be required to pay 100% of the covered Hospital charges.

- If your Hospital Stay is longer than authorized by Intracorp, you will be required to pay 100% of the covered Hospital charges for room and board for the unauthorized days.

## Prospective Procedure Review (PPR) Requirements

When your Doctor recommends any of the procedures listed below, you or your Doctor must call a Medical Review Specialist at Intracorp, a CIGNA Company, at **1-800-257-2702**. If you are being admitted to the Hospital, you or your Doctor can make one phone call and meet the requirements for Coverage. You must call Intracorp three (3) days before the procedure is scheduled. In some cases, Intracorp may be able to recommend alternative courses of treatment.

(1) Arthroscopy

(2) Cesarean Section

(3) Hysterectomy

(4) Joint Replacement/Reconstruction

(5) MRI – Magnetic Resonance

(6) Spinal Procedures

(7) Varicose Vein Surgery

See the Special Services beginning on page 39 for more details.

# Physician Expense Benefits — In-Hospital

**Covered Percent: 100%**

This Coverage pays benefits for 100% of the Covered Expenses incurred for Doctors' visits made during an Inpatient Hospital Stay.

Only those days in the Hospital needed for medical care of the person's Sickness or Injury will be considered. One period of Hospital Stay consists of all Related Hospital Stays.

## MAXIMUM HOSPITAL MEDICAL BENEFIT

Benefits will be paid for a maximum of 365 days of an Inpatient Hospital Stay.

**Covered Expenses**

A charge is a Covered Expense if made by a Doctor for the Doctor's visit to a person during a Hospital Stay. All of these conditions must be met:

(1) the visits are for the medical care of the person's Sickness or Injury, and

(2) the Hospital Stay:

    (a) results from Sickness or Injury, and

    (b) starts while the person is covered, and

    (c) is one for which a room and board charge is made.

*Note:*    A charge for a visit made on or after the day surgery is performed during a Hospital Stay is not a Covered Expense under this Coverage. This applies only if the visit is made during that stay and in connection with the Sickness or Injury for which the surgery was performed.

Please refer to the section entitled "Generally Excluded Charges and General Limitations" for a list of services and supplies not covered by this Coverage.

**THE MEDICAL PLAN**

# Diagnostic X-ray and Laboratory Expense Coverage

This Coverage pays benefits for Covered Expenses incurred for X-ray and laboratory exams made to diagnose Sickness or Injury.

**Covered Percent: 100%**

For all diagnostic X-ray and laboratory exams.

## COVERED EXPENSES

A charge is a Covered Expense if it is made for an X-ray or laboratory exam of a Covered Person. The exam must be made solely to diagnose a Sickness or Injury. It must be ordered by a Doctor.

A charge is not a Covered Expense if it is a charge for an exam to the extent that benefits are payable under another Coverage. This exclusion does not apply to charges for which benefits are payable under any Accident Expense Coverage, Major Medical Expense Coverage or Dental Expense Coverage.

Please refer to the section entitled "Generally Excluded Charges and General Limitations" for a list of services and supplies not covered by this Coverage.

                                                

# Accident Expense Coverage

## Maximum Accident Benefit: $300

This Coverage pays benefits for charges incurred for medical care of you or your Qualified Dependent's Accidental Injuries which are not otherwise covered under Basic Medical. The care must be furnished within ninety (90) days after the accident. If the service is covered by another Coverage in the Basic Medical Expense Coverage (regardless of the Covered Expense) it will not be covered under the Accident Expense Coverage. However, this Coverage (which has no Deductible) would pay prior to Coverage under Major Medical or Dental (which generally have Deductibles).

For all Injuries that result from one accident, the amount payable is the amount of the Covered Expenses for those Injuries, but not more than $300.

## COVERED EXPENSES

A charge is a Covered Expense if made for the medical care of an Accidental Injury. The charge must be made for a service or supply (listed below), and the service or supply must be ordered by a Doctor and furnished within ninety (90) days after the accident.

### Services and Supplies

(1) Services and supplies, including room and board, furnished by a Hospital for medical care in that Hospital.

(2) Doctors' services for surgery and for other medical care.

(3) X-ray exams and laboratory exams.

(4) Private duty professional nursing by a Registered Graduate Nurse.

(5) Drugs and medicines prescribed by a Doctor.

(6) Casts, splints, trusses, braces, crutches, artificial limbs and artificial eyes.

(7) Surgical dressings.

(8) Ambulance use for local travel.

(9) Treatment of Accidental Injury to natural teeth when the charges are for Doctors' services or X-ray exams. "Treatment" includes replacement of those teeth.

(10) Rental of wheelchairs, Hospital type beds and artificial respirators.

Please refer to the section entitled "Generally Excluded Charges and General Limitations" for a list of services and supplies not covered by this benefit.

                                                

# Home Health Care Expense Coverage

These provisions provide for payment of benefits for Covered Expenses incurred for Home Health Care.

| | |
|---|---|
| Maximum benefit for all Home Health Care services furnished during a Home Health Care Visit: | $50 |
| Maximum number of visits per calendar year: | 100 |

## COVERED EXPENSES

The list of services and supplies in a Home Health Care Facility (listed below) which:

(1) are furnished to a person who is under a Doctor's care, and

(2) are ordered by the Doctor for care and treatment of the patient's Sickness or Injury, as part of a Home Health Care Plan submitted by the Doctor to a Home Health Care Agency, and

(3) are furnished by the Home Health Care Agency for that care and treatment in the patient's home, and charged for by the Home Health Care Agency, and

(4) are furnished while the patient's inpatient stay in a Hospital, a Convalescent Nursing Home, or a Skilled Nursing Facility would be required if there were no Home Health Care, and

(5) are not mainly Custodial Care.

## HOME HEALTH CARE SERVICES AND SUPPLIES

(1) Part-time or intermittent home nursing care given or supervised by a Registered Nurse.

(2) Part-time or intermittent home health aide service, mainly for care of the person.

(3) Physical, occupational or respiratory therapy by a qualified therapist.

(4) Therapy by a qualified speech therapist if needed to restore or rehabilitate any speech loss or impairment caused by a Sickness or Injury that is not a mental, psychoneurotic or personality disorder, or by surgery for that Sickness or Injury. If the Sickness or Injury is a congenital defect, this item (4) includes therapy only after surgery for that defect.

(5) Nutritional counseling furnished or supervised by a registered dietitian.

(6) Medical supplies, lab services, drugs and medicines prescribed by a Doctor.

Please refer to the section entitled "Generally Excluded Charges and General Limitations" for a list of services and supplies not covered by this benefit.

# Special Preventive Services Expense Coverage

**Covered Percent:** 100%

Basic Medical includes Special Preventive Services Expense Provisions

Expenses covered at 100% are as follows:

A.  **Mammography**

For screening purposes, women at low risk of breast cancer will be covered for mammography as follows:

- One baseline low dose mammogram:

    (1) for covered individuals b etween the ages of 35-39,

    (2) every two (2) calendar years for covered individuals between the ages of 40-49, and

    (3) once each calendar year for covered individuals age 50 and above.

B.  **Pap Smears/Pelvic Exam/Breast Exam**

- One normal exam and lab test per calendar year.

C.  **Sigmoidoscopy**

- Every three (3) calendar years for men and women age 45 and over.

D.  **Tetanus Immunizations**

- Every ten (10) years.

E.  **Well Baby Care/Immunizations**

- A service or supply furnished to a newborn child up to age 1 will be covered if the service or supply meets either of these conditions:

    (1) it is furnished for the medical care of a diagnosed Sickness (including congenital defect or birth abnormality) or Injury, or

    (2) it is furnished in the days immediately following the child's birth and is in the list below:

    (a) Hospital room and board,

    (b) other supplies and non-professional services furnished by the Hospital for medical care in that Hospital, or

    (c) charges for Doctor's visits while the well child is confined.

- Routine physical examinations by a Doctor, and standard immunizations administered by or under the immediate direction of a Doctor, for children up to and including age five (5).

# Major Medical Expense Coverage Plan

# MAJOR MEDICAL EXPENSE COVERAGE

## Introduction

This Coverage pays benefits for many of the charges incurred for care and treatment of Sicknesses and Injuries. There is a Deductible that applies to all Covered Expenses. The amount payable, once the Deductible is satisfied, is the Covered Percent for the particular charge. This is generally 80%, subject to benefit maximums. If a charge is covered by both Basic and Major Medical Coverage, benefits under Basic Medical will be exhausted prior to Coverage under Major Medical.

Major Medical includes special provisions for charges incurred for Home Health Care.

| MAJOR MEDICAL EXPENSE COVERAGE TERMS | |
|---|---|
| **Covered Expenses** | These are the charges that may be used as the basis for a claim. They are the charges for certain services and supplies, to the extent the charges meet the terms described. |
| **Covered Percent** | A percentage of Covered Expenses used to determine the benefits payable for certain charges. The Covered Percent is not applied to charges used to meet the deductible. The Covered Percent is described below. |
| **Deductible** | This is the amount of Covered Expenses that each person must incur for each calendar year before benefits under this Coverage are payable. No benefit is payable for any charge used to meet the Deductible. The Deductible applies to all Covered Expenses. No benefits are payable for Covered Expenses used to meet the Deductible. |
| **Family Unit** | You and your dependents. |
| **Surgical Procedure** | This means only cutting, suturing, treatment of burns, correction of fracture, reduction of dislocation, manipulation of joint under general anesthesia, electrocauterization, tapping (paracentesis), application of plaster casts, administration of pneumothorax, endoscopy or injection of sclerosing solution. |

## MAJOR MEDICAL BENEFIT PROVISIONS

### Deductible Amount

$200 of Covered Expenses for each person in each Deductible Period, but if two or more Covered Persons in a Family have incurred Covered Expenses during a Deductible Period which are not payable because of the application of the separate Deductibles, and the sum of these expenses equals $400, from then on, each Covered Person in that Family will be considered to have met the Deductible for that calendar year. Only those Covered Expenses for which no benefits are payable can be counted toward the Deductible.

### Emergency Room Deductible

There will be an additional $25 Deductible charged for each emergency room treatment unless the treatment is the result of an accident which occurred immediately before emergency room treatment. The Emergency Room Deductible will be waived if the emergency room treatment is followed immediately by a Hospital admission.

### Deductible Period

The period made up of the calendar year and the preceding three (3) months. This means that any part of a Covered Expense incurred in the last three (3) months of a calendar year that is used toward the Deductible for that calendar year will also count toward the Deductible for the next calendar year.

### Common Accident Exception

When two or more Covered Persons in a Family are injured in the same accident, Covered Expenses for those Injuries will be combined to meet one Deductible for all such Covered Persons for that year. This exception applies only to determine benefits for those Injuries. Any amount payable solely because of this exception will not count against the Lifetime Benefit Maximum.

### Covered Percent

80%, except that the portion of your covered Major Medical Expense you pay after any applicable Deductible called the out-of-pocket benefit percent (20% of covered Major Medical Expenses other than those for mental, psychoneurotic and personality disorders while not confined) are known as out-of-pocket expenses. When a Covered Person pays $1,500 or a Family pays $3,000 in out-of-pocket covered Major Medical Expenses (the out-of-pocket amounts other than those for mental, psychoneurotic and personality disorders while not confined) in a calendar year, the plan pays 100% of any additional covered Major Medical Expenses (other than those for mental, psychoneurotic and personality disorders while not confined) for that year and in the next year up to the maximum amount of benefits provided by the Plan.

**THE MEDICAL PLAN**

## Benefit Maximums and Limitations

- Lifetime Benefit Maximum for all mental, psychoneurotic and personality disorders is $40,000 (including Alcoholism and Chemical Dependency lifetime maximum of $15,000). This maximum includes any benefit payment for mental, psychoneurotic and personality disorders under Basic Medical.

- The Lifetime Benefit Maximum for all Sicknesses and Injuries is $500,000. Benefits payable for the Mental, Psychoneurotic and Personality disorders described above count toward this maximum; but, benefits payable under the Basic Medical Expense Coverage will not count toward this maximum.

### AUTOMATIC LIMITED RESTORATION

At the start of each calendar year, if the person is then a Covered Person, any previously used part of that maximum will then be restored for future charges, up to the lesser of:

(1)    $2,000, and

(2)    the amount needed to restore the full maximum.

### RESTORATION WITH EVIDENCE OF GOOD HEALTH

This applies to any Lifetime Benefit Maximum of a person, when at least $1,000 of that maximum has become payable. That full Lifetime Benefit Maximum may be restored for future charges, for Covered Medical Expenses other than such expenses in connection with Alcoholism and Drug Dependency, and in connection with Mental or Nervous disorders incurred after the date of restoration, without the need for any further action on the individual's part. For this to apply, you must give evidence of that person's good health satisfactory to CIGNA. The maximum will be restored when CIGNA decides the evidence is satisfactory.

### CHARGES FOR CERTAIN DOCTORS' SERVICES FOR MENTAL, PSYCHONEUROTIC AND PERSONALITY DISORDERS (INCLUDING ALCOHOLISM AND CHEMICAL DEPENDENCY)

The Deductible is applied before the following benefits are applicable:

### Limits for Doctors' Services During Visits Other Than:

- visits during a Hospital Stay for which a room and board charge is made, and

- visits in connection with convulsive therapy.

| | |
|---|---|
| **Covered Expense Limit:** | 80% of $62.50/visit, subject to annual deductible. |
| **Amount Payable:** | 80% of the Covered Expenses. This means that not more than $50 will be payable for each visit. |
| **Annual Benefit Maximum:** | $2,600 in each calendar year (combined with outpatient mental health). |

# Major Medical Covered Expenses

A charge is a Covered Expense if all of these conditions are met:

- it is made for a service or supply furnished to you or your Qualified Dependent,

- the service or supply is in the list below, and

- the service or supply is ordered by a Doctor on account of the person's Sickness or Injury.

## SERVICES AND SUPPLIES

(1) Hospital room and board including normal daily services and supplies furnished by the Hospital. This item (1) has a Covered Expense limit for each day the person is in a private room. That limit is the Hospital's standard semi-private room rate for that day. If the Hospital has no semi-private rooms, that limit is 90% of its lowest private room rate for that day. The Covered Expense limit does not apply if a person is being isolated in a private room because of the person's communicable disease.

(2) All other supplies and non-professional services furnished by the Hospital for medical care in it.

(3) Anesthetics and their administration.

(4) Ambulance use for local travel.

(5) Doctors' services for Surgical Procedures and for other medical care. Surgical Procedures include the closed or open reduction of fractures or dislocation of the jaw.

However, if two or more surgical procedures are performed in one session, benefits depend on the nature of the additional procedures. If they require separate incisions and add complexity to the care necessary, the maximum benefit will be:

- 100% of the charges for the major procedure, plus

- 50% of the fee for the other procedure as if both operations had been performed separately.

If a second procedure is incidental and doesn't require a separate incision, the maximum benefit payable will be 100% of the charges for the major procedure only.

(6) Private duty professional nursing by a Registered Graduate Nurse, if such care is furnished while:

(a) intensive nursing care by such a nurse is required in the treatment of an acute Sickness or Injury, and

(b) the patient is not in either:

(i) a Hospital, or

(ii) any other health care institution that provides nursing care.

For each patient, the Covered Expense limit is $10,000 in each calendar year.

Requirement (a) above will in no event be considered to be met if the care actually furnished is mainly Custodial Care.

(7) Therapy that is by a qualified speech therapist and is described in (a) or (b):

   (a) speech therapy to restore speech after a loss or impairment of a demonstrated previous ability to speak. To qualify under this (a), the loss or impairment must not be caused by a mental, psychoneurotic or personality disorder.

   Two examples of speech therapy not covered above:

   (i) therapy to correct pre-speech deficiencies, and

   (ii) therapy to improve speech skills that have not fully developed.

   (b) speech therapy, to develop or improve speech, after surgery to correct a defect that both:

   (i) existed at birth, and

   (ii) impaired or would have impaired the ability to speak.

(8) Treatment by a physical or occupational therapist.

(9) Drugs and medicines prescribed by a Doctor.

(10) X-ray exams and lab exams.

(11) Treatment by X-ray, radium or any other radioactive substance.

(12) Surgical dressings; blood and blood plasma not replaced by or for the patient, artificial limbs, larynx and eyes; heart pacemaker; casts, splints, trusses, braces and crutches; rental of wheelchair, iron lung, or Hospital bed; and oxygen and rental of equipment for its use.

(13) Any of the services and supplies shown above that are required for a live donor as a result of a Surgical Transplant Procedure. This applies whether the Covered Person is the donor or the recipient of the transplant. But in the case of a Covered Person who is the recipient of the transplant, both of the following will apply:

   (a) the services and supplies will be considered to be furnished on account of the recipient's Sickness or Injury,

   (b) Covered Expenses on the charges for those services are limited to the extent to which benefits for the charges, services and supplies are not provided by reason of the donor's Coverage under one or more of:

   (i) any group or individual contract,

   (ii) any arrangement of Coverage for individuals in a group (whether on an insured or uninsured basis), including any prepayment Coverage.

(14) Treatment of Accidental Injury to natural teeth when the charges:

   (a) are for Doctor's services or X-ray exams, and

   (b) are incurred within twelve (12) months of the accident. "Treatment" includes replacement of those teeth within that time.

   Please refer to the section entitled "Generally Excluded Charges and General Limitations" for a list of services and supplies not covered by this Coverage.

# Home Health Care Expense Coverage

These provisions provide for payment of benefits for Covered Expenses incurred for Home Health Care after exhaustion of the Basic Medical Coverage.

**Covered Percent: 80%**

**Limits**

> Except for medical supplies, drugs and medicines prescribed by a Doctor, there is a Covered Expense limit of $50 for all Home Health Care Services furnished during a Home Health Care Visit. Maximuim of 100 visits per year.

## COVERED EXPENSES

The list of services and supplies in a Home Health Care Facility (listed below) which:

> (1) are furnished to a person who is under a Doctor's care, and

> (2) are ordered by the Doctor for care and treatment of the person's Sickness or Injury, as part of a Home Health Care Plan submitted by the Doctor to a Home Health Care Agency, and

> (3) are furnished by the Home Health Care Agency for that care and treatment in the person's home, and charged for by the Home Health Care Agency, and

> (4) are furnished while the person's Inpatient Hospital Stay, a Convalescent Nursing Home, or a Skilled Nursing Facility would be required if there were no Home Health Care, and

> (5) are not mainly Custodial Care.

## HOME HEALTH CARE SERVICES AND SUPPLIES

> (1) Part-time or intermittent home nursing care given or supervised by a Registered Nurse.

> (2) Part-time or intermittent home health aide service, mainly for care of the person.

> (3) Physical, occupational or respiratory therapy by a qualified therapist.

> (4) Therapy by a qualified speech therapist if needed to restore or rehabilitate any speech loss or impairment caused by a Sickness or Injury that is not a mental, psychoneurotic or personality disorder, or by surgery for that Sickness or Injury. If the Sickness or Injury is a congenital defect, this item (4) includes therapy only after surgery for that defect.

> (5) Nutritional counseling furnished or supervised by a registered dietitian.

> (6) Medical supplies, lab services, drugs and medicines prescribed by a Doctor.

Please refer to the section entitled "Generally Excluded Charges and General Limitations" for a list of services and supplies not covered by this Coverage.

# General Provisions

## FOR THE

# Medical Plan

# MODIFICATION OF MAJOR MEDICAL AND BASIC EXPENSE COVERAGE FOR THE MEDICAL PLAN

Under the terms of the Plan, Covered Expenses do not include charges for unnecessary services or supplies. Those services or supplies are ones which are not needed for medical care of a diagnosed Sickness or Injury. The Plan includes the tests which a service or supply, including a Hospital Stay, must meet in order to be considered needed.

Covered Expenses for an Inpatient Hospital Stay will be limited unless the rules concerning Preadmission Certification/Continuous Stay Review (PAC/CSR) are satisfied.

## Preadmission Certification/Continued Stay Review (PAC/CSR) Requirements

Preadmission Certification (PAC) and Continued Stay Review (CSR) refer to the process used to certify the medical necessity and length of any Hospital Stay. PAC and CSR are performed through a utilization review program by Intracorp, a CIGNA Company. PAC should be requested by you or your Qualified Dependent through your physician for each Inpatient Hospital Admission. CSR should be requested, prior to the end of the certified length of stay, for a continued Inpatient Hospital Stay.

- If you do not contact Intracorp for preadmission certification before entering the Hospital for medical treatment, you will be required to pay 20% of the eligible Hospital charges, in addition to your existing coinsurance.

- If you enter the Hospital after admission has been denied by an Intracorp review specialist, you will be required to pay 100% of the covered Hospital charges.

- If your Hospital Stay is longer than authorized by Intracorp, you will be required to pay 100% of the covered Hospital charges for room and board for the unauthorized days.

In any case, those expenses incurred for which payment is excluded by the terms set forth above will not be considered as expenses incurred for the purpose of any other part of this plan, except for the "Coordination of Benefits" section.

You should start the PAC process by calling Intracorp, at **1-800-257-2702**, prior to an elective admission, or in the case of an emergency admission within forty-eight (48) hours or the first working day, after the admission. For an admission due to pregnancy, you should call Intracorp before the end of the first trimester. Intracorp will continue to monitor the confinement until you are discharged from the Hospital. The results of the review will be communicated to you, the attending physician, the Hospital, and the Claims Administrator.

Intracorp is an organization with a staff of Registered Graduate Nurses and other trained staff members who perform the PAC and CSR process in conjunction with consultant physicians.

Eligibility for and payment of benefits are subject to all of the terms of the Plan.

**Information Kit**

You will be given an Information Kit (your Hospital Preadmission Review Kit) which includes the address and phone number (**1-800-257-2702**) to be used in requesting an early PAC/CSR. This number also appears on your ID card. The kit describes the facts to be supplied with the request.

## HEALTHY BABY BENEFITS

In conjunction with the Preadmission Certification Program, Intracorp also offers a program for expectant mothers. The goal is early identification of high risk pregnancies and the prevention of premature births. However, as a part of the program, expectant mothers can learn good prenatal practices. This results in a healthy pregnancy and the delivery of a healthy baby. When you learn that you are pregnant, call Intracorp, toll-free, at **1-800-257-2702** for more information.

NYNEX Meridian Systems                                    THE MEDICAL PLAN

# Prospective Procedure Review (PPR) Requirement

If your physician has recommended one of the seven (7) Procedures (listed below), you or your physician must contact Intracorp, a CIGNA Company, as soon as possible, but at least three (3) days prior to the scheduled performance of the Procedure.

Intracorp, a CIGNA Company, is an organization with a staff of Registered Nurses and physician advisors who perform the Prospective Procedure Review in conjunction with consultant physicians.

Upon review of your medical condition, Intracorp, a CIGNA Company, may require that you obtain a second opinion. Intracorp will then provide you with the names of three (3) physicians/surgeons of appropriate specialty. You must inform Intracorp of your choice of a physician/surgeon from the list, or another physician of appropriate specialty, within five (5) working days. Charges for, or in connection with, obtaining a second opinion will be paid at 100%.

If you do not comply with all the requirements of this section prior to the performance of any of the listed Procedures, the amount payable for physician's fees for that Procedure will be reduced by 20%.

**PROCEDURES REQUIRING PROSPECTIVE REVIEW:**

- Arthroscopy – fiber optic examination of a joint

- Cesarean Section – surgical incision of the walls of the abdomen and uterus for delivery

- Hysterectomy – surgical removal of the uterus

- Joint Replacement/Reconstruction – surgical implant of artificial joint

- MRI – Magnetic Resonance – non-invasive 3 dimensional scan of the body

- Spinal Procedures:

  — Lumbar Fusion – surgically uniting vertebrae

  — Lumbar – surgical removal of bulging disc

  — Lumbar Chemonuceoysis – chemical dissolving of disc

  — Cervical Excision – surgical removal of bony arches

  — Laminectomy – surgical removal of bone

- Varicose Vein Surgery – surgical excision of a varicose vein

Those expenses incurred for which payment is excluded by the terms set forth previously will not be considered as expenses incurred for the purpose of any other part of this plan, except for the "Coordination of Benefits" section.

      

## LIFESOURCE INSTITUTE AND COMPANION TRAVEL PROGRAMS

The provisions for the LifeSource and Companion Travel Programs change the Medical Expense Coverage. All of the terms and provisions of the Plan apply to the LifeSource and Companion Travel Programs, except as specifically altered by the following:

| DEFINITIONS | |
|---|---|
| **Health Care Services** | The medical care rendered to a Covered Person by a Provider for Procedures. |
| **LifeSource Institute** | A Provider who has entered into a written agreement to provide Health Care Services for specific procedures. A Listing of Life Source Institutes and Procedures is available upon request. |
| **Negotiated Fees** | A specific dollar amount to be charged by a Provider per stay, regardless of the actual itemized services and supplies furnished by the Provider. Negotiated Fees are set forth in the reimbursement schedule in the Agreement with the Provider. |
| **Pre-Screening Evaluation** | The review of past and present medical records and current X-ray and laboratory results by the LifeSource Institute to determine whether the Covered Person is an appropriate candidate for the Procedure. |
| **Procedure** | One or more surgical procedures or medical therapy performed in a LifeSource Institute. |
| **Provider** | An individual, organization or institution licensed by the state in which it is located and that is a LifeSource Institute. |
| **Travel Companion** | That person chosen by a Covered Person to accompany the Covered Person to a LifeSource Institute and to remain there for all or a portion of the duration of the Covered Person's stay. In the event the Covered Person is incapable of making this choice, the selection may be made by the person responsible for the welfare of the Covered Person. |

      

# LifeSource Institute Program

Each LifeSource Institute has agreed to furnish services and supplies for one or more Procedures to Covered Persons. The charges for Health Care Services under the agreement are reimbursed on the basis of a Negotiated Fee. The Negotiated Fee is generally lower than the LifeSource Institute's usual charge for other patients.

Under the LifeSource Institute Program, the Covered Person or the Covered Person's physician, may elect to use the services of and initiate the referral to a LifeSource Institute for the Procedures covered by the agreement. The LifeSource Institute selected by the Covered Person is subject to approval by CIGNA. Covered Persons do not have to use a LifeSource Institute, in which case, the provisions of this Modification shall not apply to the Procedure.

If a Covered Person elects to use the LifeSource Institute Program to provide Health Care Services for a Procedure, any Preadmission Certification and Continued Stay Review (PAC/CSR) and Prospective Procedure Review (PPR) provisions that may be part of the Plan will not apply.

The LifeSource Institute Program also covers eligible charges incurred for the Covered Person's travel to and from the LifeSource Institute in which the Procedure is performed.

## CHANGES MADE IN THE COVERAGE

Benefits for Covered Expenses for services and supplies furnished at a LifeSource Institute are described below. For the expenses to be eligible, the LifeSource Institute must perform a Pre-Screening Evaluation on the Covered Person and determine that the Procedure is appropriate for the treatment of the Covered Person. In the case where the Covered Person initiates the referral, the Covered Person's physician, if any, will be notified prior to the Pre-Screening Evaluation being completed.

Benefits under the Coverage for Covered Expenses incurred for services and supplies at a LifeSource Institute are modified as follows:

(1) the Calendar Year Deductible Amount will not apply to Covered Expenses for services and supplies furnished by a LifeSource Institute.

(2) the reduction in benefit amount for any one period of Hospital Stays, as stated in the relevant coverage, shall not apply to stays in a LifeSource Institute.

(3) the Covered Percent for Covered Expenses for services and supplies furnished by a LifeSource Institute is increased to 100%, and not the Covered Percent shown in the Coverage.

(4) 100% of the covered expenses incurred for the transportation, by air, ambulance or otherwise, of a Covered Person to and from the LifeSource Institute in which the Procedure is to be performed will be payable. Unless otherwise approved, the LifeSource Institute in which the Procedure is performed must be the one that is nearest to the Covered Person's home.

# Companion Travel Program

Under the Companion Travel Program, the Coverage is changed to pay benefits for some of the expenses incurred by a person to accompany a Covered Person to a LifeSource Institute. It also pays benefits for some of the expenses a Travel Companion incurs to remain with the Covered Person for all or a portion of the duration of the Covered Person's stay in the LifeSource Institute. Not all expenses are covered; some are excluded entirely or included to a limited extent. The itinerary the Travel Companion uses must be approved before any charges are incurred. Itinerary includes mode of transportation and hotel accommodations. There are Companion Travel maximums and limits which apply to each Covered Person's stay in a LifeSource Institute.

Benefits under the Coverage are payable according to the terms of this section. Benefits are payable for Covered Expenses incurred for services and supplies by a Travel Companion while accompanying a Covered Person to a LifeSource Institute located 50 or more miles from the Travel Companion's home.

A charge is a Covered Expense under this Section if it is for a service or supply that meets all of these conditions:

    (1) it is in the list below,

    (2) it is furnished while the Travel Companion is accompanying a Covered Person to or from a LifeSource Institute or while the Covered Person is confined in a LifeSource Institute. The LifeSource Institute must be located 50 or more miles from the Travel Companion's home, and

    (3) it is furnished as a part of a Travel Companion's itinerary which has been previously approved.

List of Companion Travel Program Services and Supplies, subject to the Limits below:

    (1) transportation as a passenger in or on a public vehicle provided by a common carrier for passenger service to the LifeSource Institute,

    (2) transportation to the LifeSource Institute by a Travel Companion using a motor vehicle,

    (3) hotel accommodations necessary for a Travel Companion to remain in the immediate area of the LifeSource Institute for all or a portion of the duration of the Covered Person's stay, and

    (4) other reasonable and necessary services and supplies furnished to a Travel Companion.

## LIMITS

    (1) The following Covered Expense Limits apply for Companion Travel Program Services and Supplies above:

        (a) there is a Covered Expense Limit for each trip to a LifeSource Institute. That limit is the amount equal to the cost of a round trip coach air fare to the LifeSource Institute. This limit applies whether the transportation is as a passenger in or on a public vehicle provided by a common carrier for passenger service or while using a motor vehicle,

(b) there is a Hotel Accommodation Daily Covered Expense Limit for charges incurred for each day of a Travel Companion's stay. That limit is an amount equal to the Reasonable and Customary daily charge for a room in a mid-range priced hotel, and

(c) there is an Other Covered Expenses Daily Limit of the reasonable and necessary charges incurred each day, not to exceed $25 per day.

(2) A service or supply which is a Companion Travel Program Service or Supply will be considered included in the list of services and supplies in the Covered Expenses section of the Coverage only by reason of these Companion Travel Program provisions.

## AMOUNT PAYABLE

For each stay by a Covered Person in a LifeSource Institute the amount payable for Covered Expenses for Companion Travel Services and Supplies incurred by a Travel Companion will be:

(1) the amount of the Covered Expenses incurred for transportation as a passenger in or on a public vehicle to the LifeSource Institute up to the Companion Travel Transportation Maximum. The Maximum is an amount equal to the cost of one round trip coach air fare to the LifeSource Institute except if the Covered Person's stay in a LifeSource Institute is for three or more weeks. In that case the Maximum will be the cost of two round trip coach air fares to the LifeSource Institute, and

(2) for transportation to the LifeSource Institute while using a motor vehicle the amount equal to:

(a) the number of miles to the LifeSource Institute times, and

(b) $.15 per mile up to the Companion Travel Transportation Maximum as defined in item (1) above.

Mileage will be determined in accordance with the most current edition of the Rand McNally guide.

(3) the amount of the Covered Expenses incurred for Companion Travel Hotel Accommodations not to exceed an amount of $50 per day and not to exceed a total of twenty-one (21) days during each stay by a Covered Person in a LifeSource Institute.

(4) the amount of the Covered Expenses for Other Travel Companion services and supplies not to exceed the Other Covered Expenses Maximum of $500.

## CHARGES NOT COVERED

(1) Charges for personal comfort and convenience items.

(2) Charges in connection with the Companion Travel Program that are not incurred during a Covered Person's stay in a LifeSource Institute except travel days.

(3) Charges in connection with the Companion Travel Program that have not been included in the itinerary previously approved prior to the date they were incurred.

(4) Charges in connection with transportation for the Travel Companion other than the trip required to accompany the Covered Person to and from the LifeSource Institute, except as stated above in item (1), Amount Payable.

(5) Charges in connection with the repair or maintenance of a motor vehicle.

(6) Charges for personal expenses incurred by the Travel Companion to maintain the Companion's home during the Covered Person's stay in the LifeSource Institute. These expenses include but are not limited to child care charges, house sitting charges and kennel charges.

(7) Reimbursement of any wages lost by the Travel Companion during the Covered Person's stay in the LifeSource Institute.

### Application of Generally Excluded Charges to the Companion Travel Program

Charges incurred for Companion Travel are not subject to the Generally Excluded Charges section of The Medical Plan.

## LISTING OF INSTITUTES OF QUALITY AND PROCEDURES

The Covered Person shall receive a listing of the Institutes which are taking part in the LifeSource Institute Program. The listing shall include the Institute's name, address, telephone number, and the procedure(s) for which the institute is participating in the program.

The relationship between the Plan, the Plan Administrator, the Claims Administrator and the LifeSource Institute is that of independent contractors, and none of the Plan, the Plan Administrator, or the Claims Administrator, by virtue of the LifeSource Institute or Companion Travel Programs, is responsible for the acts or omissions of the LifeSource Institute involved in this Program.

## Special Services through Intracorp

### MEDICAL CASE MANAGEMENT

Under this medical review service, a case manager would be assigned to a Covered Person to work through the course of the illness and help plan medical treatment.

Each case manager is a specially trained Registered Nurse who is supported by Intracorp's nationwide staff of physicians and rehabilitation specialists. They know the latest treatments and referrals to get the care needed. Professionals assist in finding the highest quality options of treatment for an illness. If your Doctor or other health care provider prescribes special medical supplies, equipment or services, or if outpatient treatment, therapy or physical rehabilitation are needed, the case manager will make the necessary arrangements.

The Covered Person always makes the final decision about treatment alternatives. There is no obligation to follow any treatment suggestion, and the person can withdraw from the program at any time.

### MEDLINE

Medline is a free medical information service through Intracorp. A Covered Person can call Medline's toll-free number and talk to one of Intracorp's trained Registered Nurses (R.N.'s) about health care treatment or the medical review process.

Medline personnel answer questions regarding medications, and explain treatment plans, diagnostic tests and medical terminology. They also can list Health Care Services and resources in your local area. They do not make diagnoses, prescribe medications over the phone or answer specific questions about insurance, but can refer the appropriate resource — a physician or benefits manager. The Covered Person can call Intracorp's toll-free number, **1-800-257-2702** and request Medline. All calls are confidential.

## Hospital Audit Reward Program (HARP)

By reviewing your Hospital bills for accuracy, you can be eligible for a cash reward if you should find a billing error. A billing error is defined as a bill which includes services not provided to you. It will not include mathematical errors or typing errors. Each time your efforts lead to a corrected Hospital billing and the error would have resulted in an overpayment, you will receive 50% of the benefit overpayment that would have been made. There is a $10 minimum (i.e. a $20 bill error) and a $500 maximum (i.e. a $1,000 billing error) award for you. Contact your Benefit Administrator for more information.

## Reduction of Benefits Because of Medicare

These Provisions apply to all Health Care Expense Coverages under the Plan (called "Affected Coverages" below). They change the Affected Coverages to reduce their benefits because of those a person has or could have obtained under Medicare. The changes are described below.

| MEDICARE TERMS | |
|---|---|
| Medicare | Title XVIII (Health Insurance for the Aged and Disabled) of the Federal Social Security Act, as amended from time to time. |
| Part A of Medicare | The program of Hospital insurance benefits for the aged and disabled under Part A of Medicare. |
| Part B of Medicare | The voluntary program of supplementary medical insurance benefits for the aged and disabled under Part B of Medicare. |
| Subject Person | A person who is or could be covered under Medicare. |
| Full Medicare Coverage | Coverage for all benefits provided under Part A and Part B of Medicare. This includes benefits that would be provided under Medicare in the absence of benefits payable under the group health plan of an employer other than the Company. But it does not include benefits provided under Part A of Medicare in the case of a Subject Person who: |
| | (1)   is not covered under that Part A, and |
| | (2)   could become covered under that part only by enrolling and paying the required premium. |

## MEDICARE PROVISIONS

### Changes Made in the Plan

(1) The following will apply when charges within the scope of the Affected Coverages are made for services and supplies furnished to a Subject Person in a calendar year and while the Subject Person has protection under those Coverages. The total Allowable Expense benefits payable for those charges under those Coverages will be (a) minus (b):

   (a) the total amount that would be payable for those charges under the Affected Coverages in the absence of these Provisions.

   (b) the total amount that is considered to be paid for those charges under Medicare, as described in (2).

   The above will be determined before the rules of the Plan for coordination of benefits are applied.

(2) In determining amounts under (1):

   (a) this applies when charges are not actually made because payment under Medicare is based on the "reasonable cost" of services and supplies rather than charges. Charges for those services and supplies will be considered to have been made in the amount of the Reasonable and Customary Charges that would have been made for them in the absence of Medicare.

   (b) the amount considered to be paid under Medicare with respect to services and supplies is the amount of the charges made for those services and supplies, to the extent that:

      (i) those charges are Reasonable and Customary, and

      (ii) those services and supplies are within the scope of Full Medicare Coverage. But that amount will not include out-of-pocket benefit percents and other amounts which are directly chargeable to the Subject Person under Medicare or would be so chargeable if the Subject Person had Full Medicare Coverage.

(3) Any provision of the Plan that excludes a charge for a service or supply to the extent that the service or supply, or any benefit for the charge, is provided by any law or governmental plan, will not apply to Medicare.

(4) The rules of the Plan for coordination of benefits are changed as follows:

   (a) the term Program in those rules will not include any Coverage under Medicare.

   (b) if a Subject Person incurs an expense for a service or supply during a Claim Determination Period (defined in those rules), that both is an Allowable Expense (defined in those rules) and is within the scope of that person's Medicare Coverage, the following will apply. The total Allowable Expenses will be reduced by the amount equal to the benefits that are considered to be paid under Medicare for that service or supply (See (2)(b) above).

**THE MEDICAL PLAN**                                                           **NYNEX Meridian Systems**

# GENERAL DEFINITIONS

| | |
|---|---|
| **Actively at Work** | A requirement that you be actively at work on a full time basis at the Company's place of business, or at any other place that the Company's business requires you to go. |
| **Calendar Year** | A year starting January 1 and ending December 31. |
| **CIGNA** | CIGNA is the Claims Administrator for The Medical Plan. |
| **CIGNA Home Office** | CIGNA's Corporate Office in Hartford, Connecticut. |
| **Covered Expenses** | These are the charges that may be used as the basis for a claim under the Coverages. They are the charges for certain services and supplies, to the extent the charges meet the terms of the Covered Expenses sections of the eligible Coverage. If a person receives a benefit in the form of a service or supply, the Covered Expense for that service or supply will be its reasonable cash value. |
| **Covered Percent** | A percent of Covered Expenses used to determine the benefits payable for those charges under the Coverages. The Covered Percent is not applied to charges used to meet any Deductible. The Covered Percent for each benefit is shown in the Coverage sections. |
| **Covered Person under a Coverage** | An Employee who is covered for benefits under that Coverage; a Qualified Dependent under that Coverage. |
| **Custodial Care** | This means that care that provides a level of routine maintenance for the purpose of meeting personal needs. This is care that can be provided by a lay person who does not have professional qualifications, skills or training. Custodial care includes, but is not limited to: help in walking and getting into or out of bed; help in bathing, dressing, and eating; help in other functions of daily living of a similar nature; administration of or help in using or applying medications, creams and ointments; routine administration of medical gasses after a regimen of therapy has been set up; routine care of a patient, including functions such as changes of dressings, diapers and protective sheets and periodic turning and positioning in bed; routine care and maintenance in connection with casts, braces and other similar devices, or other equipment and supplies used in treatment of a patient, such as colostomy and ileostomy bags and indwelling catheters; routine tracheostomy care; general supervision of exercise programs including carrying out of maintenance programs of repetitive exercises that do not need the skills of a therapist and are not skilled rehabilitation services. |

## GENERAL DEFINITIONS (*Cont'd*)

| | |
|---|---|
| **Dependent Coverage** | Coverage on the person of a Qualified Dependent. |
| **Doctor** | A licensed practitioner of the healing arts acting within the scope of the license. |
| **Employee** | A person employed by the Company; the term also applies to that person for any rights after Coverage ends. |
| **Employee Coverage** | Coverage on the person of an Employee. |
| **Family Unit** | You and your Qualified Dependents. |
| **Formulary** | A list of medications determined to be safe and effective that is regularly reviewed and updated to reflect current medical standards of drug therapy. When one or more equivalent drugs or brands of drugs exist that reflect current medical standards of drug therapy, the Formulary need not include more than one such drug or brand. |

This definition of Hospital applies to Part I benefits only, see the definition of Hospital above for the Part II definition.

**Home Health Care Agency**

An organization which meets the requirements in (1), (2), or (3):

(1) It is licensed as a home health agency in the locality where the Home Health Care is given.

(2) It is a home health agency as defined in Medicare.

(3) It administers a Home Health Care Plan and meets all of these requirements:

   (a) the person's Doctor certifies that it is a proper Provider of Home Health Care.

   (b) it has a full-time administrator.

   (c) it keeps written files of services and supplies furnished to a person.

   (d) either its staff includes at least one Registered Nurse (R. N.) or it has access to nursing care by a Registered Nurse.

## GENERAL DEFINITIONS (Cont'd)

| | |
|---|---|
| **Home Health Care Plan** | A Home Health Care program, prescribed in writing by a person's Doctor, for the medically necessary care and treatment of the person's Sickness or Injury in the person's home. In the Program, the Doctor must certify that an inpatient stay in a Hospital, a Convalescent Nursing Home, or a Skilled Nursing Facility would be required by that person if there were no Home Health Care. |
| **Home Health Care Visit** | A visit by a member of a Home Health Care Team. |
| **Hospital** | An institution that meets either of these two tests: |

(1) it is accredited as a Hospital under the Hospital Accreditation Program of the Joint Commission on Accreditation of Health Care Organizations (JCAHO).

(2) it is legally operated, has twenty-four (24) hour a day supervision by a staff of Doctors, has twenty-four (24) hour a day nursing service by Registered Graduate Nurses, and complies with (a) or (b).

(a) it mainly provides general inpatient medical care and treatment of sick and injured persons by the use of medical, diagnostic and major surgical facilities. All such facilities are in it or under its control.

(b) it mainly provides specialized inpatient medical care and treatment of sick or injured persons by the use of medical and diagnostic facilities (including X-ray and laboratory). All such facilities are in it, under its control, or available to it under a written agreement with a Hospital (as defined above) or with a specialized Provider of those facilities.

(3) it is an Intermediate Care Facility.

(4) it is an alcoholism, drug abuse or mental illness treatment center that complies with (a), (b), or (c):

(a) it is licensed as a Hospital.

(b) it is a facility licensed, certified or approved to provide services for the care and treatment of alcoholism, drug abuse or mental illness by the appropriate agency of the state in which it is located.

(c) it is accredited as an alcoholism, drug abuse of mental illness treatment center by the Joint Commission on Accreditation of Health Care Organizations (JCAHO).

## GENERAL DEFINITIONS (Cont'd)

|  | But, Hospital does not include a nursing home. Neither does it include an institution, or part of one, which: |
|---|---|
|  | (i)   is used mainly as a place for convalescence, rest, nursing care or for the aged, or |
|  | (ii)  furnishes mainly homelike or Custodial Care or training in the routines of daily living, or |
|  | (iii) is mainly a school. |
| **Hospital Inpatient Stay** | A Hospital Stay for which a room and board charge is made by the Hospital. |
| **Hospital Outpatient Stay** | A Hospital Stay for which no room and board charge is made by the Hospital. |
| **Injury** | Injury to the body of a Covered Person. |
| **Intermediate Care** | An institution that provides care and treatment of mental, psycho-neurotic and personality disorders; alcoholism; or drug abuse through one or more specialized programs and meets all of these three tests: |
|  | (1)  it is staffed by Registered Graduate Nurses and other mental health professionals. |
|  | (2)  it provides for the clinical supervision of such specialized programs by Doctors who are licensed in the state in which it is located. |
|  | (3)  each specialized program provided by it must: |
|  | (a)  provide treatment for no less than three (3) hours nor more than twelve (12) hours per day, and |
|  | (b)  furnish a written, individual treatment plan which states specific goals and objectives, and |
|  | (c)  maintain, at a minimum, ongoing weekly progress notes which demonstrate periodic review and direct patient evaluation by the attending Doctor, and |

# GENERAL DEFINITIONS (Cont'd)

(d) meet either of these two tests:

(i) it is accredited by the Joint Commission on Accreditation of Health Care Organizations (JCAHO) to provide the type of specialized program described above, or

(ii) it is licensed, accredited or approved by the appropriate agency in the state in which it is located to provide the type of specialized program described above.

**Intracorp**

A CIGNA Company that offers an array of Medical Review Services.

**Medicaid**

Title XIX (Grants to States for Medical Assistance Programs) of the Federal Social Security Act, as amended from time to time.

**Medicare**

Title XVIII (Health Coverage for the Aged and Disabled) of the Federal Social Security Act, as amended from time to time.

**Physician**

"Physician" means a licensed practitioner of the healing arts acting within the scope of his practice; except that with respect to a period of total disability, or any portion thereof, during which total disability is caused by any condition other than a medically determinable physical impairment, "physician" shall mean a legally qualified physician who either specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to render the necessary evaluation and treatment of mental illness.

**Sickness**

Any disorder of the body or mind of a Covered Person, but not an Injury, pregnancy of a Covered Person, including abortion, miscarriage or childbirth.

**Skilled Nursing Facility**

A licensed institution (other than a hospital) that specializes in providing physical rehabilitation, skilled nursing and medical care on an in-patient basis.

**War**

This means declared or undeclared War and includes resistance to armed aggression.

**You**

An Employee.

# Extension of Health Care Protection

The following applies to all Coverages under The Medical Plan:

A person's protection under the Plan may be extended after the date that person ceases to be covered under the Plan. It will be extended if, on that date, the person is totally disabled from a Sickness or Injury and is under a Doctor's care. The extension covers all Sicknesses or Injuries. It will be for the time the person remains so disabled from any such Sickness or Injury and under such care.

In the event of death of an employee who has Dependent Coverage, such Coverage for the family will be extended for a maximum of ninety (90) days from the employee's date of death.

# Conversion Privilege for The Medical Plan Coverage — CIGNA

This Conversion Privilege describes when and how you, or your spouse or child, may get an individual Health Care Expense Insurance Contract (called the Converted Contract below) when your Coverage under the Plan (called Medical Care Coverage below), or that of your spouse or child, ends.

## RIGHT TO CONVERT

A right under this section is subject to the rest of this Conversion Privilege.

You have the right to get a Converted Contract if both of these are met:

(1) your Medical Care Coverage ends for any reason other than:

   (a) your failure to pay, when due, any contribution required under the Plan, or

   (b) the end of your employment (other than retirement) if you then have the right to elect to continue your group Health Care Coverage.

(2) you have been covered for at least three (3) months for Medical Care Coverage (or for it and for similar benefits under any group plan that it replaced).

Your spouse or each of your children has the right to get a Converted Contract if both of these are met:

(1) your Qualified Dependent Coverage for your spouse or child under the Medical Care Coverage ends for one of these reasons:

   (a) your death,

   (b) your spouse ceases to be a Qualified Dependent, due to divorce or annulment of your marriage, or

   (c) your spouse or child ceases to be a Qualified Dependent for any other reason, and you do not have the right to get a Converted Contract at that time.

(2) you have been covered for at least three (3) months for Medical Care Coverage (or for it and for similar benefits under any group plan that it replaced).

If your spouse and any of your children have the right to get a Converted Contract at the same time, your spouse may elect conversion for all.

## APPLICATION AND FIRST PREMIUM PAYMENT

The person who has the right to get the Converted Contract must apply for it, and pay the first premium, to CIGNA within thirty-one (31) days after the Medical Care Coverage for that person ends. Evidence of good health is not required.

## EFFECTIVE DATE

The Converted Contract will take effect on the day after the Medical Care Coverage ends. Some of the Medical Care Coverages may not be available under the Converted Contract. The levels of benefits under the Converted Contract may be lower than those of the Medical Care Coverage.

Premiums for the Converted Contract will be based on CIGNA's rates for:

(1) the age and class of risk (but not health) of each person covered under it, and

(2) the type and amount of insurance it provides, and

(3) its premium period.

Premiums will not be due less often than quarterly unless the insured agrees.

## PERSONS COVERED

Subject to the exceptions below, these persons covered are:

(1) if the Converted Contract is issued to you, you and your Qualified Dependents whose Medical Care Coverage ended when yours did,

(2) if your spouse has the right to get a Converted Contract and it is issued to your spouse, your spouse and any of your dependent children whose Medical Care Coverage ended at the same time, and

(3) if your child has the right to get a Converted Contract and it is issued to your child, only that child.

These are the exceptions to the above rules:

(1) CIGNA may issue a separate Converted Contract to any person.

(2) CIGNA is not required to issue a Converted Contract covering these persons:

(a) a person who is or could be covered by Medicare,

(b) a person whose Medical Care Coverage ends by reason of the end of all Medical Care Coverage for a group of Employees, by amendment or otherwise, if it is replaced for the group of Employees by similar benefits under a group plan within the next thirty-one (31) days, or

(c) a person to whom one or more of the items below applies, when the benefits of the Converted Contract, together with the similar benefits provided or available from the sources shown in those items, would result in over insurance under CIGNA's standards:

(i) the person is covered by an insurance or other contract, a plan or a program.

(ii) the person is eligible for Coverage (whether or not covered) under any insured or uninsured arrangement for Coverage for persons in a group.

(iii) a law requires that benefits be provided or made available to that person.

# When Your Coverage Ends

## TERMINATION OF COVERAGE

Your Employee or your Dependent Benefits under the Plan will end when the first of these occurs:

- your employment ends (see below),

- the part of the Plan providing the Coverage, or the Plan, ends,

- you fail to pay, when due, any contribution required for Coverage of the Plan, or

- the Coverage is Dependent Coverage and your Employee Benefits under that Coverage ends.

Your dependents Coverage for a Qualified Dependent under a Coverage will end when that person ceases to be a Qualified Dependent for that Coverage (See Continued Coverage for an incapacitated child below). In the event of your death, if you had Dependent Coverage, it will be extended up to a maximum of ninety (90) days from the date of death.

## END OF EMPLOYMENT

For Coverage purposes, your employment will end when you are no longer a full-time Employee actively at work for the Company, but the Company may consider you as still employed during certain types of absences from full-time work. This is subject to any time limits or other conditions stated in the Plan.

If you stop active full-time work for any reason, you should contact the Company at once to determine what arrangements, if any, have been made to continue any of your Coverage.

## CONTINUED COVERAGE FOR AN INCAPACITATED CHILD

The Coverage for the child will not end on the date the age limit in the definition of Qualified Dependent is reached if both of these are true:

(1) the child is then mentally or physically incapable of earning a living. The Plan must receive proof of this within the next thirty-one (31) days, and

(2) the child otherwise meets the definition of Qualified Dependent.

If these conditions are met, the age limit will not cause the child to stop being a Qualified Dependent under that Coverage. This will apply as long as the child remains so incapacitated.

## RIGHT TO CONTINUE HEALTH CARE EXPENSE COVERAGE

For purposes of continuation rights, Coverage means any Coverage for medical care. A right under this part is subject to the rest of these provisions:

- you have the right to continue your Employee or Employee and Dependents Benefits under the Coverages of the Plan if those Coverages would have ended:

    (1) because your employment ended for a reason other than gross misconduct, or

    (2) because your work hours were reduced.  ⁻

- each of your Qualified Dependents has the right to continue under the Coverages of the Plan if your dependents Coverage for the Qualified Dependent under those Coverages would have ended:

    (1) because your employment ended for a reason other than gross misconduct, or

    (2) because your work hours were reduced, or

    (3) at your death, or

    (4) because you became entitled to Medicare Benefits, or

    (5) in the case of your spouse, when your spouse ceased to be a Qualified Dependent as a result of divorce or legal separation, or

    (6) in the case of your dependent child, when your child ceased to be a Qualified Dependent under the rules of the Plan.

*Notice:* This applies if your Dependent Coverage for a Qualified Dependent would have ended due to an event shown in (5) or (6) above. If a person wants to continue the Coverage, written notice of the event must be given to the Company within sixty (60) days after the event shown in (5) or (6) above.

## CONTINUATION

The Company will give a written election notice of the right to continue the Coverage. Such notice will state the amount of the payments, if any, required for the continued Coverage. If a person wants to continue the Coverage, the election notice must be completed and returned to the Company within sixty (60) days of the later of:

    (1) the date the Coverage would otherwise have ended, or

    (2) the date of the notice informing of the continuation right, but in no event, more than 120 days (150 days if the Coverage is being continued due to an event shown in (5) or (6) above) after the date the Coverage would otherwise have ended.

The first payment for the continued Coverage must be made by the forty-fifth (45th) day after the date the election notice is completed. If this is done, the Coverage will be continued until the first of these occurs:

(1) the day eighteen (18) months from the earlier of the date:

    (a) your employment ends for a reason other than gross misconduct, or

    (b) your work hours are reduced. But Coverage may continue up to an additional eleven (11) months while a person is determined to be disabled under the Federal Social Security Act if:

        (i) the disability was determined to exist on the date employment ended or work hours were reduced, and

        (ii) the person gives the Company written notice of the disability within sixty (60) days after the determination of disability is made and within the eighteen (18) months after the date employment ended or work hours were reduced.

The Company must be notified if there is a final determination under the United States Social Security Act that the person is no longer disabled. The notice must be provided within thirty (30) days after the final determination. The insurance will end as of the first month that starts more than thirty (30) days after the determination.

This also applies if your dependent child ceases to be a Qualified Dependent under the rules of the Plan.

(2) the day thirty-six (36) months from the earliest of the date:

    (a) of your death, or

    (b) of your entitlement to Medicare Benefits, or

    (c) of your divorce or legal separation from your spouse, or

    (d) your dependent child ceases to be a Qualified Dependent under the rules of the Plan. The thirty-six (36) months will be reduced by the number of months you have the Coverage after employment ended, such as during any benefit continuation period, or work hours were reduced.

(3) if the person fails to make any payment required by the Company for the continued Coverage, the end of the period for which the person has made required payments.

(4) the day the person becomes covered (after the day the person made the election for continuation Coverage) under any other health plan for persons in a group, on an insured or uninsured basis. This item (4) shall not apply to any period for which pre-existing conditions are excluded or benefits for them are limited under the other health plan.

(5) the day the person becomes entitled to Medicare Benefits, or

(6) the part of the Plan providing the Coverage ends.

While Coverage is continued under this part, all other terms of the Plan will apply, except that the Employee Delay of Effective Date section will not apply.

While Dependent Coverage is continued under this part, all other terms of the Plan will apply, except that benefits under the Coverage will be paid to the person who elected the continuation right. If the person who elected the continuation right is not living, the following will apply:

(1) If you elected the continuation right, benefits will be paid to:

    (a) your spouse, if living, or

    (b) your spouse's estate, if your spouse is not living but survived your dependent children, or

    (c) the person or institution appearing to have assumed the main support of your dependent children, if neither (a) nor (b) applies.

(2) If your spouse elected the continuation right, benefits will be paid to:

    (a) your spouse's estate, if your spouse survived your dependent children; or

    (b) the person or institution appearing to have assumed the main support of your dependent children, if (a) does not apply.

(3) If your dependent child elected the continuation right, benefits will be paid to your dependent child's estate.

If an amount is so paid, the Plan will not have to pay that part of your benefits again.

Please note that in the event bankruptcy proceedings are initiated against the Company under Title XI of the United States Code, retirees and Qualified Dependents eligible for Coverage have additional rights to continue Coverage after the inception of such bankruptcy proceedings.

# Generally Excluded Charges and General Limitations

The following charges are not covered under The Medical Plan except as specifically noted elsewhere in this Plan.

## (1) Work-Connected Injury or Disease Charge

A charge in connection with (a) or (b):

(a) an Injury arising out of, or in the course of, any work for wage or profit (whether or not with the Company).

(b) a disease covered, with respect to such work, by any workers' compensation law, occupational disease law or similar law.

## (2) Government Plan Charge

A charge for a service or supply

(a) furnished by or for the United States government or any other government, unless payment of the charge is required by law, or

(b) to the extent that the service or supply, or any benefit for the charge is provided by any law or governmental plan under which the patient is or could be covered. This (b) does not apply to a state plan under Medicaid or to any law or plan when, by law, its benefits are excess to those of any private insurance program or other non-governmental program.

## (3) Charge for Unnecessary Services or Supplies

A charge for services or supplies, including tests and check-up exams, to the extent that they are not needed for:

(a) the diagnosis of a Sickness or Injury, or

(b) the medical care of a diagnosed Sickness or Injury.

To be considered "needed" a service or supply must meet all of these tests:

(i) it is ordered by a Doctor,

(ii) it is recognized throughout the Doctor's profession as safe and effective, is required for the diagnosis or treatment of the particular Sickness or Injury, and is employed appropriately in a manner and setting consistent with generally accepted United States medical standards, and

(iii) it is neither educational nor experimental or investigational in nature.

- "Educational" means that the primary purpose of a service or supply is to provide the patient with any of the following training in the activities of daily living; instruction in scholastic skills such as reading and writing; preparation for an occupation; or treatment for learning disabilities.

- "Experimental or Investigational" means that the medical use of a service or supply is still under study and the service or supply is not yet recognized throughout the Doctor's profession in the United States as safe and effective for diagnosis or treatment.

This includes, but is not limited to: all phases of clinical trials; all treatment protocols based upon or similar to those used in clinical trials; drugs approved by the Federal Food and Drug Administration under its Treatment Investigation New Drug regulation; and Federal Food and Drug Administration approved drugs used for unrecognized treatment indications.

Services or supplies which are provided only because an unnecessary service or supply is being provided will also be considered not needed.

In the case of a Hospital Stay, in addition to meeting the above tests, the length of the stay and Hospital services and supplies will be considered "needed" only to the extent that they are not allocable to the scholastic education or vocational training of the patient.

### (4) Blood Charge

A charge for blood or blood plasma which is replaced by or for the patient.

### (5) Dental Services Charge

A charge for Doctors' services or X-ray exams involving one or more teeth, the tissue or structure around them, the alveolar process or the gums. This applies even if a condition requiring any of these services involves a part of the body other than the mouth such as the treatment of Temporomandibular Joint Disorders (TMJD) or malocclusion involving joints or muscles by methods including, but not limited to, crowning, wiring or repositioning teeth. This provision does not apply to a charge made for:

(a) the treatment or removal of a malignant tumor, or

(b) the treatment of Accidental Injury to natural teeth when the charges:

(i) are for Doctor's services or X-ray exams, and

(ii) are incurred within twelve (12) months of the accident. "Treatment" includes the replacement of those teeth within that time. It also does not include "oral surgery" to the extent set forth in the relevant sections relating to Coverage for Surgical Procedures.

### (6) Foot Conditions Charge

A charge for Doctors' services for:

(a) a weak, strained, flat, unstable or imbalanced foot or for a metatarsalgia or a bunion. This does not apply to a charge for an open cutting operation.

(b) one or more corns, calluses or toenails. This does not apply to a charge for:

(i) removal of part or all of one or more nail roots, and

(ii) services in connection with treatment of a metabolic or peripheral vascular disease.

(7) **Eye Care Charge**

A charge for or in connection with:

(a) exams to determine the need for (or changes of) eyeglasses or lenses of any type.

(b) eyeglasses or lenses of any type except initial replacements for loss of the natural lens.

(c) eye surgery such as radial keratotomy, when the primary purpose is to correct myopia (near-sightedness), hyperopia (farsightedness) or astigmatism (blurring).

(8) **Cosmetic Surgery Charge**

A charge in connection with Cosmetic Surgery. "Cosmetic Surgery" means surgery performed mainly to change a person's appearance. It includes surgery performed to treat a mental, psychoneurotic or personality disorder through change in appearance. But the following are not considered to be Cosmetic Surgery:

(a) surgery to correct the result of an Accidental Injury sustained while a person is a Covered Person.

(b) surgery to treat a condition, including a birth defect, which impairs the function of a body organ.

(c) surgery to reconstruct a breast after a mastectomy performed for the treatment of a disease.

(9) **Impregnation or Fertilization Charge:**

A charge for either of the following that involves either a Covered Person or a surrogate as a donor or recipient:

(a) actual or attempted impregnation.

(b) actual or attempted fertilization.

(10) **Custodial Care**

Charges for services in connection with Custodial Care.

(11) **War**

Charges for Sickness or Injury due to War or any act of War while the person is a Covered Person.

(12) **Hearing Exams and Hearing Aids**

Charges for exams to determine the need for hearing aids, the need to adjust them and for hearing aids.

(13) **Comfort and Convenience Items and Services**

Charges for personal comfort and convenience items and services.

(14) **Charges Made by the Company or a Close Relative**

Charges for a service or supply furnished by:

(a)  the Company, or

(b)  you, your spouse, or a child, brother, sister, or your parent, or your spouse's parent.

(15) **Charges for Prescription Drugs and Medicines** payable through the National Pharmacies, Inc. Prescription Drug Benefits Optional Program of the Company, including the Employee's cost of each prescription or refill.

(16) **Charges for Transsexual Surgery** including Hormonal Therapy.

(17) **Charge above the Reasonable and Customary Charge**

A charge for a service or supply to the extent that it is above the Reasonable and Customary Charge in the area for a like service or supply.

(18) **Charges Which the Person is not Legally Required to Pay**

No payment will be made for expenses incurred by you or any one of your Qualified Dependents to the extent that benefits are paid or payable for those expenses under the mandatory part of any auto insurance policy written to comply with:

(a)  a "no-fault" insurance law, or

(b)  an uninsured motorist insurance law.

The Claims Administrator will take into account any adjustment option chosen under such part by you or any one of your Qualified Dependents.

## Rules for Coordination of Benefits of the Plan
## With Other Benefits

The purpose of a group health care program is to help you pay for Covered Expenses, but not to result in total benefits greater than the Covered Expenses incurred. Thus, the Plan's benefits that, without these rules, would be payable health care expenses may be reduced so that the total benefits from this and all of the other Programs (defined below) will not be more than the total Allowable Expenses (defined below). That reduction will be made only if these rules so state. This coordination with other Programs helps to control the cost of benefits for everyone.

These rules for coordination apply to This Program, but only with respect to expenses incurred on or after the date these rules take effect. "This Program" and other terms used in these rules are defined in Section A. Section B describes the effect of other health care benefits on those of the Plan, subject to Sections C, D and E.

| | A. DEFINITIONS |
|---|---|
| **Program** | Any of these which provide benefits or services for, or by reason of, medical care or treatment. |
| | (a) Coverage under a governmental plan or required or provided by law. This does not include a state plan under Medicaid or any law or plan when, by law, its benefits are excess to those of any private insurance program or other non-governmental program. |
| | (b) Group insurance or other coverage for persons in a group, whether insured or uninsured. This includes prepayment, group practice or individual practice coverage. But, this does not include: |
| |    (i) school accident-type coverage for grammar school or high school students, or |
| |    (ii) any individually underwritten and issued contract or plan of insurance that meets both of these tests: |
| |       • it provides solely for Accident and Sickness Benefits, and |
| |       • it is a contract or plan of insurance for which the insured, or member of the insured's family, or the insured's guardian has paid 100% of the premiums. |
| | (c) Medical coverage under the "no fault" or medical payments provisions of an automobile insurance contract. |
| | For the purposes of these rules, a Medical Program is one that mainly provides benefits or services for, or because of, medical care or treatment, and is not a Dental Program or a Vision Care Program. |

## A. DEFINITIONS (Cont'd)

| | |
|---|---|
| **Separate Programs** | Each contract or other arrangement for coverage under (a), (b) or (c) is a separate Program.<br><br>Also, rules for coordination of benefits may apply only to part of a Medical Program. If so, the part to which the rules apply is a separate Program from the part to which the rules do not apply. |
| **This Program** | The part of the Plan that provides benefits for medical expenses.<br><br>It is possible for a person to be a Covered Person under the Plan as:<br><br>(a) an Employee and a dependent spouse; or<br><br>(b) a dependent child of two Employees.<br><br>When this occurs, the person's coverage in one capacity will be considered This Program and the person's coverage in the other capacity will be considered separately as other than This Program. |
| **Allowable Expense** | The Reasonable and Customary Charge for a needed service or supply, when the charge, service or supply is covered at least in part by one or more Medical Programs covering the person for whom claim is made.<br><br>Reasonable Charge, Customary Charge and needed service or supply have the same meanings as in the Generally Excluded Charges section of the Plan.<br><br>When a Program provides benefits in the form of services, the reasonable cash value for each service rendered will be considered both an Allowable Expense and a benefit paid.<br><br>If a person covered by This Program has expenses for a stay in a Hospital private room, the term Allowable Expense does not include the difference between the charge for the Hospital private room and the Eligible Charge for a Hospital room under This Program, unless:<br><br>(a) the Hospital private room charges are a Covered Expense under one of the Programs, or<br><br>(b) the person's stay in a Hospital private room is medically necessary in terms of generally accepted medical practice. |
| **Claim Determination Period** | A Calendar Year, but, for any person, this does not include any part while the person has no coverage under This Program or any part before the date these or similar rules take effect. |

## B. EFFECT ON BENEFITS

| | |
|---|---|
| **When this Section Applies** | This Section B applies when the sum of the benefits in (a) and (b) below for a person's Allowable Expenses in a Claim Determination Period would be more than those Allowable Expenses. In that case, the benefits of This Program will be reduced so that they and the benefits in (b) do not total more than those Allowable Expenses. |
| | (a) The benefits that would be payable for the Allowable Expenses under This Program in the absence of this Section B. |
| | (b) The benefits that would be payable for the Allowable Expenses under all other Programs of the same type as This Program, in the absence of rules with a purpose like that of these rules, whether or not claim is made. But, this (b) does not include the benefits of a Program if: |
| | (i) it has rules coordinating its benefits with those of This Program; and |
| | (ii) those rules have Claim Determination Period and Facility of Payment items similar to those in these rules; and |
| | (iii) its rules and This Program's rules both require This Program to determine benefits before it does. |
| **This Program's Rules** | This Program's Rules for the Order in which Benefits are Determined: When a person's health care is the basis for a claim: |
| | (a) **Non-dependent/Dependent:** The benefits of a Program that covers the person other than as a dependent are determined before those of a Program that covers the person as a dependent. |
| | (b) **Dependent Child/Parents Not Separated or Divorced:** Except as stated in subparagraph B(2)(c) below, when This Program and another Program cover the same child as a dependent of different persons, called "parents": |
| | (i) the benefits of the Program of the parent whose birthday falls earlier in a year are determined before those of the Program of the parent whose birthday falls later in that year, but |
| | (ii) if both parents have the same birthday, the benefits of the Program which covered the parent longer are determined before those of the Program which covered the other parent for a shorter period of time. |

## B. EFFECT ON BENEFITS (Continued)

However, if the other Program does not have the rule described in (i), immediately above, and if, as a result, the Programs do not agree on the order of benefits, the rule in the other Program will determine the order of benefits.

(c) **Dependent Child/Separated or Divorced Parents:** If two or more Programs cover a person who is a dependent child of divorced or separated parents, benefits for the child are determined in this order:

(i)   first, the Program of the parent with custody of the child,

(ii)  then, the Program of the spouse of the parent with custody of the child, and

(iii) finally, the Program of the parent not having custody of the child.

However, if the specific terms of a court decree state that one of the parents is responsible for the health care expenses of the child, and the entity obligated to pay or provide the benefits of the Program of that parent has actual knowledge of those terms, the benefits of that Program are determined first. This paragraph does not apply when any benefits are actually paid or provided before the entity has that actual knowledge.

(d) **Active/Inactive Employee:** The benefits of a Program which covers a person as an employee who is neither laid off nor retired, or as that employee's dependent, are determined before those of a Program which covers that person as a laid off or retired employee or as that employee's dependent. If the other Program does not have this rule, and if, as a result, the Programs do not agree on the order of benefits, this rule (d) is ignored.

(e) **Longer/Shorter Length of Coverage:** If none of the above rules determine the order of benefits, the benefits of the Program which covered a person longer are determined before those of the Program which covered that person for the shorter time.

**Effect of Reduction in Benefits**

When these rules reduce This Program's benefits, each benefit is reduced in proportion. The benefit is then charged against any applicable benefit limit of This Program.

## C.  RIGHT TO RECEIVE AND RELEASE NEEDED INFORMATION

Certain facts are needed to apply these coordination of benefits rules. The Plan has the right to decide which facts it needs. It may get needed facts from or give them to any other organization or person. The Claims Administrator need not tell, or get the consent of, any person to do this. Each person claiming benefits under This Program must give the Plan any facts it needs to pay the claim.

## D.  FACILITY OF PAYMENT

A payment made under another Program may include an amount which should have been paid under This Program. If it does, the Plan may pay that amount to the organization which made that payment. That amount will then be treated as though it were a benefit paid under This Program. The Plan will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services, in which case the payment made shall be deemed to be the reasonable cash value of any benefits provided in the form of services.

## E.  RIGHT OF RECOVERY

If the amount of the payments made by the Plan is more than it should have paid under This Program, it may recover the excess. It may get such recovery or payment from one or more of:

(a)  the persons it has paid or for whom it has paid;

(b)  insurance companies; or

(c)  other organizations.

The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

# Claim Rules

## PROOF OF LOSS

The Claims Administrator must be given written proof of any claim made under the Plan. This proof must cover the occurrence, character and extent of that claim. A claim will not be considered valid unless the proof is furnished by the end of the calendar year following the calendar year in which the service was rendered. However, it may not be reasonably possible to do so. In that case, the claim will still be considered valid if the proof is furnished as soon as reasonably possible.

## WHEN BENEFITS ARE PAID

Benefits are paid when written proof is received. But, if a Coverage provides that benefits are payable at equal intervals of a month or less, the Plan will not have to pay those benefits more often.

A benefit unpaid at your death will be paid to your estate. But, this does not apply if the Plan states otherwise.

## PHYSICAL EXAM

The Plan, at its own expense, has the right to examine the person whose loss is the basis of claim. The Plan may do this when and as often as is reasonable while the claim is pending.

# Benefit Maximums and Limitations

If during an annual open enrollment period of the Company or otherwise, a Covered Person elects, in accordance with the terms of the Plan, to be covered under the provisions of an Option under which he or she was not previously covered, benefit amounts paid or deemed to be paid under the prior Option for purposes of lifetime, annual or other benefits maximums and/or limitations shall be credited against the relevant benefits maximum or limitation contained in the new Option.

# Benefit Modification for Third Party Liability

In the event that you or one of your covered eligible Qualified Dependents ("Claimant") suffers an Injury or Illness covered by this Plan which Injury or Illness is caused by a third party, that is, by a person, corporation or other legal entity other than the person for whom a claim for medical benefits under this Plan is being made ("Responsible Third Party"), you agree in good faith to pursue a claim against such Responsible Third Party for recovery of the value of the benefits paid by this Plan in connection with such Injury or Illness.

To the extent payments for medical expenses resulting from such Injury or Illness are made to a Claimant or his/her legal representative, or may be made to a Claimant or his/her legal representative in the future, by or for the Responsible Third Party (as a result of a legal judgment, settlement or in any other manner) such expenses are excluded from the Claimant's Coverage under this Plan.

When a Claimant files a claim for benefits under this Plan which benefits would be payable but for the above exclusion, this Plan will pay such benefits provided:

    (1) that payment for such benefits has not yet been made to the Claimant or his/her representative by or for the Responsible Third Party, and

    (2) that the Claimant (or, if incapable, his/her legal representative) agrees in writing, using a form designated by this Plan, to promptly pay back to this Plan the amounts of any benefits paid by this Plan in connection with such Injury or Illness to the extent of any payments made to the Claimant or his representative by or for the Responsible Third Party. This agreement shall apply:

        (a) whether or not liability for the Injury or Illness is admitted by the Responsible Third Party, and

        (b) whether or not the payments from the Responsible Third Party itemize what they are for. A reasonable apportionment of the fees and costs incurred by the Claimant in pursuing a recovery from the Responsible Third Party may be deducted from amounts to be repaid to this Plan.

When any payments are made to a Claimant or his representative by or for a Responsible Third Party, such payments shall first be applied to reimburse this Plan for benefits previously paid by this Plan in connection with the Injury or Illness. To the extent such payments to a Claimant or his representative by the Responsible Third Party exceed such reimbursable amount, the future benefits payable under this Plan in connection with the Injury or Illness shall be redetermined by reducing the amount of such benefits by the amount of the payments made or to be made to the Claimant or his representative by or for the Responsible Third Party.

The Claimant agrees that amounts reimbursable to this Plan in accordance with the above may, as payments are received by the Claimant or his representative from or for the Responsible Third Party, be deducted from other benefits payable by the Plan to the Claimant.

When a final judgment or settlement payment is received from or for the Responsible Third Party by the Claimant or his representative such that no future or additional payments will be received from or for the Responsible Third Party and when, based on such final payment from or for the Responsible Third Party, reimbursement to this Plan and a redetermination of benefits payable by the Plan as to known future treatment of the Claimant in connection with the Injury or Illness have been made, the Claimant agrees to and shall continue to be obligated to reimburse the Plan, from any remaining portion of the payments from the Responsible Third Party previously retained by the Claimant or his representative, for any subsequent benefits paid by this Plan in connection with treatment for the Injury or Illness occurring within twenty-four (24) months after the redetermination of benefits made at the time of the final judgment or settlement and not included in such redetermination.

Each Claimant or his/her representative shall promptly notify the Plan of the name of any Responsible Third Party involved in an Injury or Illness for which the Claimant seeks to receive benefits under this Plan. Each Claimant shall keep the Plan fully informed of all actions being taken by the Claimant to obtain a recovery from the Responsible Third Party, including informing this Plan of any payments received from the Responsible Third Party, any final judgment recovered against the Responsible Third Party or any discussions with the Responsible Third Party concerning settlement of the claim.

This Plan shall have the right to review any proposed settlement of the Claimant's claim for recovery from the Responsible Third Party and this Plan shall have the express right, at its option, to reject any such settlement which does not adequately provide for the recovery from the Responsible Third Party of benefits paid or to be paid by this Plan to the Claimant in connection with the Injury or Illness. The Claimant agrees not to enter into any settlement with the Responsible Third Party which has been reasonably rejected by this Plan as provided for above.

## LIMITS ON ASSIGNMENTS

Unless the Plan states otherwise, benefits may be assigned without restriction. The Claims Administrator will not be responsible for determining the validity of a purported assignment. The Claims Administrator will not be held to have knowledge of an assignment unless it has received a copy thereof.

## ERRORS IN PAYMENT OF BENEFITS

If the Claims Administrator determines that benefits previously paid to you or your Qualified Dependent ("Claimant") were incorrectly paid either because there was an overpayment or because benefits were paid to the wrong Claimant, the Claims Administrator may seek reimbursement of such incorrect benefit payment by either requesting that the Claimant reimburse the Claims Administrator or by deducting the amount of incorrect benefit payments from subsequent benefit payments payable to the Claimant by this Plan or any other welfare plan maintained by the Company.

## INCONTESTABILITY PROVISION

No statement made by a person covered under the Plan relating to insurability for Coverage shall be used in contesting the validity of the Coverage after the Coverage has been in force prior to the contest for a period of two (2) years.

# The

# Dental

# Plan

# THE DENTAL PLAN

## Eligibility — Who is Eligible to Become Covered and When You Become Covered

### EMPLOYEE COVERAGE

If you are a regular, full-time employee of NYNEX Meridian Systems and are in a bargaining unit represented by a union with a collective bargaining agreement, you will be covered for Dental Benefits after you complete one month of employment provided you have enrolled for Medical Coverage.

### DEPENDENT COVERAGE

**You are eligible for Dependent Coverage while:**

- you are eligible for Employee Coverage, and

- you have a Qualified Dependent.

### QUALIFIED DEPENDENTS

**You may obtain Dependent Coverage for:**

- your spouse, or

- your unmarried children less than nineteen (19) years old.

    Exceptions are made to the age nineteen (19) limit if your child is:

    (1) wholly dependent on you for support and maintenance due to a mental or physical handicap, or

    (2) less than age twenty-five (25) and enrolled in school as a full-time student and primarily supported by you.

Your children include your legally adopted children and each of your stepchildren and legally authorized foster children who depends on you for support and maintenance and who lives with you in a regular parent-child relationship.

Your spouse is not considered your Qualified Dependent while on active duty in the armed forces of any country.

Your child is not considered your Qualified Dependent while:

(1) on active duty in the armed forces of any country, or

(2) covered under this Plan as an employee.

# Effective Date

## EMPLOYEE COVERAGE

Your Employee Benefits under this Plan will begin the first day on which:

- you are eligible for Employee Coverage, and

- you have met any evidence requirement for Employee Coverage, and

- your Coverage is not being delayed under the Delay of Effective Date section, and

- you have enrolled for this Coverage and Coverage under the Company's medical plan, and

- you have paid all required contributions.

You must give evidence of good health and good dental condition if:

(1) you have not met a previous evidence requirement to become covered under any Dental Plan covering employees of the Company, or

(2) you wish to become covered under the Plan and on the day immediately before the date you wish to become eligible for benefits under the Plan:

    (a) you are eligible for coverage under a prior Dental Plan of the Company covering Employees of the Company, and

    (b) you are not covered under that prior plan.

    This requirement will be met when the Claims Administrator decides the evidence is satisfactory.

## DEPENDENT COVERAGE

**Prompt enrollment is important.**  If you are eligible for Dependent Coverage, enroll for it on an early date.  If you have enrolled for it, your Dependent Benefits under the Plan for a person will begin the first day on which they are eligible.

Dependent Coverage will be effective if:

- the person is your Qualified Dependent, and

- you are covered for the benefits, if any, under the Plan, and

- you have met any evidence requirement for that Qualified Dependent, and

- your Coverage for that Qualified Dependent is not being delayed under the Delay of Effective Date section below, and

- you have paid all required contributions.

Satisfactory evidence of good health for a Qualified Dependent is required if:

(1) you enroll for Dependent Benefits more than thirty-one (31) days after you are first eligible for Dependent Benefits. The requirement will apply to each Qualified Dependent you have when you enroll.

(2) you again enroll for Dependent Benefits after any Coverage under the Plan ends because you did not pay a required contribution. The evidence requirement will apply to each Qualified Dependent you have when you enroll.

(3) the Qualified Dependent is a person for whom a previous requirement for evidence of good health has not been met. The evidence was previously required for that person to become covered under a Dental Plan of the Company, as a dependent or an Employee.

(4) you wish to become covered for Dependent Benefits with respect to a Qualified Dependent under the Coverages described in this Plan and on the day immediately before the date you become eligible for Dependent Benefits under the plan:

(a) you are eligible for coverage with respect to the Qualified Dependent under a prior Dental Plan of the Company covering the Employees of the Company, and

(b) you are not covered with respect to the Qualified Dependent under that prior plan.

The evidence requirement will not apply to a new Qualified Dependent while you are covered for Dependent Benefits.

**Change in Family Status**

It is important that you inform the Company promptly of a change in family status, for example, if you should marry or divorce.

## Delay of Effective Date

### EMPLOYEE COVERAGE

Your benefits under the Plan will be delayed if you are not Actively at Work on the day your Coverage would otherwise begin. This same rule will apply to any change in your Coverage.

### DEPENDENT COVERAGE

If a Qualified Dependent is confined for medical care or treatment, at home or elsewhere when Coverage would normally start, the dependent will not be covered until the Sickness or Injury which caused the confinement has been remedied and such dependent is released by his or her physician.

**Newborn Child Exception**

The Delay of Effective Date provision does not apply to a child of yours at that child's birth if the child is born to you and either:

(1) is your first Qualified Dependent, or

(2) becomes a Qualified Dependent while you are covered for Dependent Benefits under that Coverage for any other Qualified Dependent.

# Dental Expense Benefits

This Coverage will pay Dental Expense Benefits for Covered Dental Expenses incurred in connection with a non-occupational disease or non-occupational injury.

Benefits are payable in four different categories, Type I, II, III and IV described below.  Covered Dental Expenses during a calendar year are payable at the Covered Percentage, shown below, which are in excess of the applicable Dental deductible, if any, noted below.

Covered Dental Expenses are the actual charges for necessary Dental treatment or service (to the extent that such charges are Reasonable and Customary for the area and type of service).

## How Your Dental Plan Works

**$25 PER PERSON CALENDAR YEAR DEDUCTIBLE**

**$50 PER FAMILY CALENDAR YEAR DEDUCTIBLE**

| TYPE I | TYPE II | TYPE III | TYPE IV |
|---|---|---|---|
| 80% Covered Expenses | 80% Covered Expenses | 50% Covered Expenses | 100% Covered Expenses |
| Routine Preventive Care | Restorative Dentistry, Dentures and Certain Oral Surgery | Orthodontia | Certain Oral Surgical Procedures |

| $1,200 Calendar Year Maximum | $1,000 Lifetime Maximum | No Maximum |
|---|---|---|

**Individual Deductible** — the deductible is the amount of Covered Dental Expenses which must be paid before the Dental Expense Benefits for Type II and Type III are payable.  The amount of deductible is $25.

**Family Deductible** — after Dental deductibles totaling $50 have been applied in a calendar year for either:

    (a)  you and your Qualified Dependents, or

    (b)  your Qualified Dependents, your family need not satisfy any Dental deductibles for the rest of that year.

Dental expenses that were applied toward the individual or family deductible during the last three (3) months of a calendar year will be applied toward the next year's deductible.

Total payment for all Covered Expenses incurred during a calendar year shall not exceed the applicable maximum payment, except as provided in the following paragraph:

If Covered Dental Expenses exceed the maximum payment under Type I and II in any calendar year because of charges for initial replacement of full upper and lower dentures, the maximum payment for that calendar year may be increased by an amount equal to the next calendar year's (but, only the next calendar year's) maximum payment. The maximum payment available for the next calendar year will then be reduced by the excess paid over the maximum payment for the prior calendar year.

---

## Covered Dental Expenses

*TYPE I* — **Routine Oral Examinations** .
- Cleaning of teeth, up to two per calendar year
- X-rays where professionally indicated
- Examinations and diagnosis
- Sodium Fluoride treatment (under age 18)

*TYPE II* — **Restorative Dentistry, Prosthetics and Certain Oral Surgical Procedures**
- Extractions of fully erupted teeth
- Fillings, inlays and crowns
- Treatment of periodontal and other diseases of the gums and tissues of the mouth
- Endodontic treatment, including root canal therapy
- Initial installation of prosthesis (including dentures) for replacement of one or more natural teeth extracted while covered for this benefit, replacement of full or partial dentures
- Repair and maintenance of prosthesis
- Space maintainers
- Anesthetics administered in connection with oral surgery or other covered Dental services

*TYPE III* — **Orthodontia**
- Straightening of teeth including orthodontic appliances

*TYPE IV* — **Certain Oral Surgical Procedures**
- The excision of partially or completely unerupted teeth
- The excision of a tooth root without the extraction of the entire tooth (not including root canal therapy)
- Other incision or excision procedures on the gums and tissues of the mouth when not performed in connection with the extraction of teeth

**THE MEDICAL PLAN**                                                    **NYNEX Meridian Systems**

## CHARGES NOT COVERED

No Dental Expense Benefits are provided under this Coverage for:

1. charges for any dental services or supplies which are included as Covered Medical Expenses under the Company's medical plan;

2. charges for treatment by anyone except a Dentist. However, charges for cleaning or scaling of teeth performed by a licensed dental hygienist under the supervision and direction of a Dentist will be covered. "Dentist" means only a duly licensed Dentist or a physician authorized by his license to perform the particular procedure rendered by him;

3. charges for first installation of dentures and bridgework (including crowns and inlays forming the abutments), when the charges are for the replacement of congenitally missing teeth, or for replacement of natural teeth all of which were lost while the patient was not covered for this benefit;

4. charges for services and supplies that are partially or wholly cosmetic in nature, including charges for personalization or characterization of dentures;

5. charges for an appliance, or modification of one, where an impression was made before the patient was covered; a crown, bridge or gold restoration for which the tooth was prepared before the patient was covered; root canal therapy if the pulp chamber was opened before the patient was covered;

6. charges for any replacement of bridgework or of full artificial or partial artificial dentures unless one of the following conditions applies:

   (a) the replacement or addition of teeth is required to replace one or more natural teeth extracted while the person was covered for this benefit,

   (b) the existing denture or bridgework was installed at least five years prior to its replacement and the existing denture or bridgework cannot be made serviceable, or

   (c) the existing denture is an immediate temporary denture and replacement by a permanent denture is required and done within twelve (12) months from the date the immediate temporary denture was installed;

7. charges for the replacement of a lost or stolen prosthetic device;

8. charges for an orthodontic procedure for which an active appliance was installed before the person was covered (or installed before the person was covered for two years, if Coverage started more than thirty-one (31) days after the person was first eligible to be covered);

9. charges for procedures, appliances or restorations (except full dentures) whose main purpose is to:

   (a) change vertical dimension,

   (b) diagnose or treat conditions or dysfunction of the temporomandibular joint,

   (c) stabilize periodontally involved teeth, or

---

74

    (d) restore occlusion:

        (i) charges for porcelain or acrylic veneers of crowns or pontics on or replacing the upper and lower first, second and third molars,

        (ii) charges for bite registrations; precision or semi-precision attachments; or splinting, or

        (iii) charges for a surgical implant of any type including any prosthetic device attached to it;

10. charges for instruction for plaque control, oral hygiene and diet;

11. charges for dental services that do not meet common dental standards;

12. charges for services and supplies received from a hospital;

13. Generally Excluded Charges as described on pages 77-78 of this booklet.

## PREDETERMINATION OF BENEFITS

The term Predetermination of Benefits means a review by the Claims Administrator of a Dentist's description of planned treatment and expected charges, including those for diagnostic X-rays. This review should be made for your benefit whenever extensive dental work is proposed. The information should be sent to the Claims Administrator before the dental work is started. If there is a major change in the treatment plan, a revised plan should be submitted. This program allows for a review of treatment in advance so that any questions may be resolved before, rather than after, any work has been done.

Covered Expenses will be determined by the Claims Administrator and are subject to the Alternate Benefit Provision. When there has not been a Predetermination of Benefits, the Claims Administrator will determine the expenses that will be included as Covered Expenses at the time the claim is received.

Predetermination of Benefits does not guarantee payment. The estimate of benefits payable may change based on the benefits, if any, for which a person qualifies at the time services are completed.

## ALTERNATE BENEFIT PROVISION

When more than one Dental Service could provide suitable treatment based on common dental standards, the Claims Administrator will determine the Dental Service on which payment will be based and the expenses that will be included as Covered Expenses. Benefits will be provided for treatment rendered which is the most adequate, appropriate and cost effective. You and your Dentist are free to apply this benefit payment to the treatment of your choice; however, you are responsible for the expenses incurred which exceed Covered Expenses. For this reason, the Claims Administrator strongly recommends the use of Predetermination of Benefits when major dental services are needed, so that you and your Dentist know in advance what the benefit plan will cover before any treatment begins.

## ORTHODONTIC CLAIM PAYMENTS

A claim for orthodontic treatment will be paid in installments beginning when the orthodontic appliances are first inserted, and quarterly thereafter for the estimated duration of the treatment plan, as long as the patient remains covered. The installments will be in equal amounts, except that the initial installment will be the initial charge made by the orthodontist, up to the maximum orthodontic benefit.

## Definitions for Dental

| | |
|---|---|
| **Actively at Work** | A requirement that you be actively at work on a full-time basis at the Company's place of business, or at any other place that the Company's business requires you to go. |
| **Calendar Year** | A year starting January 1 and ending December 31. |
| **CIGNA** | CIGNA is the claims administrator. |
| **Covered Expenses** | These are the charges that may be used as the basis for a claim under the Plan. They are the charges for certain services and supplies, to the extent the charges meet the terms of the Covered Expense sections of the eligible Coverage. If a person receives a benefit in the form of a service or supply, the Covered Expense for that service or supply will be its reasonable cash value. |
| **Covered Percent** | A percent of Covered Expenses used to determine the benefits payable for those charges under the Coverages. The Covered Percent is not applied to charges used to meet any deductible. The Covered Percent for each benefit is shown in the Coverage sections. |
| **Covered Person Under a Coverage** | An employee who is covered for benefits under the Coverage; a Qualified Dependent under that Coverage. |
| **Dependent Coverage** | Coverage on a Qualified Dependent. |
| **Doctor** | A licensed practitioner of the healing arts acting within the scope of his license. |
| **Employee** | A person employed by the Company; the term also applies to that person for any rights after Coverage ends. |
| **Employee Coverage** | Coverage on an Employee. |
| **Injury** | Injury to the body of a Covered Person. |
| **Sickness** | Any disorder of the body or mind of a Covered Person, but not an Injury, pregnancy of a Covered Person, including abortion, miscarriage or childbirth. |
| **You** | An Employee. |

## GENERALLY EXCLUDED CHARGES

The following charges are not covered under the Dental Plans, except as specifically noted elsewhere in this Plan.

(1) **Work-Connected Injury or Disease Charge**

A charge in connection with:

(a) an Injury arising out of, or in the course of, any work for wage or profit (whether or not with the Company), or

(b) an disease covered by any workers' compensation law, occupational disease law or similar law.

(2) **Governmental Plan Charge**

A charge for a service or supply:

(a) furnished by or for the United States government or any other government, unless payment of the charge is required by law, or

(b) to the extent that the service or supply, or any benefit for the charge is provided by any law or governmental plan under which the patient is or could be covered. This does not apply to a state plan under Medicaid or to any law or plan when, by law, its benefits are excess to those of any private insurance program or other non-governmental program.

(3) **Charge for Unnecessary Services or Supplies**

A charge for services or supplies, including tests and check-up exams will not be covered unless:

(a) it is ordered by a Doctor or Dentist,

(b) it is recognized throughout the Provider's profession as safe and effective and is employed appropriately in a manner and setting consistent with generally accepted United States medical standards, or

(c) it is neither Educational nor Experimental or Investigational in nature.

(i) "Educational" means that the primary purpose of a service or supply is to provide the patient with any of the following: training in the activities of daily living; instruction in scholastic skills such as reading and writing; preparation for an occupation; or treatment for learning disabilities.

(ii) "Experimental or Investigational" means that the medical use of a service or supply is still under study and the service or supply is not yet recognized throughout the Doctor's profession in the United States as safe and effective for diagnosis or treatment.

This includes, but is not limited to: all phases of clinical trials; all treatment protocols based upon or similar to those used in clinical trials; drugs approved by the Federal Food and Drug Administration under its Treatment Investigation New Drug regulation; and Federal Food and Drug Administration approved drugs used for unrecognized treatment indications.

Services or supplies which are provided only because an unnecessary service or supply is being provided will also be considered not needed.

**(4) Charge Above the Reasonable and Customary Charge**

A charge for a service or supply to the extent that it is above the Reasonable and Customary charge in the area for a like service or supply, as determined by the Claims Administrator.

**(5) War**

Charges for Sickness or Injury due to war or any act of war while the person is a Covered Person.

**(6) Comfort and Convenience Items and Services**

Charges for personal comfort and convenience items and services.

**(7) Charges Made by the Employer or a Close Relative**

Charges for a service or supply furnished by:

(a) the Employer, or

(b) you, your spouse, or a child, brother, sister, or parent or your spouse's parent.

**(8) Not Legally Required Charge**

Charges which the patient is not legally required to pay.

No payment will be made for expenses incurred by you or any one of your Qualified Dependents to the extent that benefits are paid or payable for those expenses under the mandatory part of any auto insurance policy written to comply with:

- a "no-fault" insurance law, or

- an uninsured motorist insurance law.

# Rules for Coordination of Benefits of the Dental Plan With Other Benefits

The purpose of a group health care program is to help you pay for Covered Expenses, but not to result in total benefits greater than the Covered Expenses incurred. Thus, the Plan's benefits that, without these rules, would be payable health care expenses may be reduced so that the total benefits from this and all of the other Programs (defined below) will not be more than the total Allowable Expenses (defined below). That reduction will be made only if these rules so state. This coordination with other Programs helps to control the cost of benefits for everyone.

These rules for coordination apply to This Program, but only with respect to expenses incurred on or after the date these rules take effect. "This Program" and other terms used in these rules are defined in Section A. Section B describes the effect of other health care benefits on those of the Plan, subject to Sections C, D and E.

## A. DEFINITIONS

(1) **Program:** Any of these which provide benefits or services for, or by reason of, medical care or treatment.

(a) Coverage under a governmental plan or required or provided by law. This does not include a state plan under Medicaid or any law or plan when, by law, its benefits are excess to those of any private insurance program or other non-governmental program.

(b) Group insurance or other coverage for persons in a group, whether insured or uninsured. This includes prepayment, group practice or individual practice coverage. But, this does not include:

(i) school accident-type coverage for grammar school or high school students, or

(ii) any individually underwritten and issued contract or plan of insurance that meets both of these tests:

- it provides solely for Accident and Sickness Benefits, and

- it is a contract or plan of insurance for which the insured, or member of the insured's family, or the insured's guardian has paid 100% of the premiums.

(c) Dental coverage under the "no fault" or medical payments provisions of an automobile insurance contract.

For the purposes of these rules, a Dental Program is one that mainly provides benefits or services for, or because of, dental care or treatment.

**Separate Programs:**

Each contract or other arrangement for coverage under (a), (b) or (c) is a separate Program. But, each part of a contract or other arrangement for coverage that is a Dental Program is a Separate Program.

Also, rules for coordination of benefits may apply only to part of a Dental Program. If so, the part to which the rules apply is a separate Program from the part to which the rules do not apply.

(2) **This Program:** The part of the Plan that provides benefits for dental expenses.

It is possible for a person to be a Covered Person under the Plan as:

(a) an Employee and a dependent spouse, or

(b) a dependent child of two Employees.

When this occurs, the person's coverage in one capacity will be considered This Program and the person's coverage in the other capacity will be considered separately as other than This Program.

The term "This Program" applies separately to each part of the Plan that is a Dental Program.

(3) **Allowable Expense:** The Reasonable and Customary Charge for a needed service or supply, when the charge, service or supply is covered at least in part by one or more Programs of the same type (Dental Programs) covering the person for whom claim is made.

Reasonable Charge, Customary Charge and needed service or supply have the same meanings as in the Generally Excluded Charges section of the Plan.

When a Program provides benefits in the form of services, the reasonable cash value for each service rendered will be considered both an Allowable Expense and a benefit paid.

(4) **Claim Determination Period:** A Calendar Year, but, for any person, this does not include any part while the person has no coverage under This Program or any part before the date these or similar rules take effect.

B. **EFFECT ON BENEFITS**

(1) **When this Section Applies:** This Section B applies when the sum of the benefits in (a) and (b) below for a person's Allowable Expenses in a Claim Determination Period would be more than those Allowable Expenses. In that case, the benefits in This Program will be reduced so that they and the benefits in (b) do not total more than those Allowable Expenses.

(a) The benefits that would be payable for the Allowable Expenses under This Program in the absence of this Section B.

(b) The benefits that would be payable for the Allowable Expenses under all other Programs of the same type as This Program, in the absence of rules with a purpose like that of these rules, whether or not claim is made. But, this (b) does not include the benefits of a Program if:

    (i) it has rules coordinating its benefits with those of This Program, and

    (ii) those rules have Claim Determination Period and Facility of Payment items similar to those in these rules, and

    (iii) its rules and This Program's rules both require This Program to determine benefits before it does.

(2) **This Program's Rules for the Order in which Benefits are Determined:** When a person's health care is the basis for a claim:

(a) **Non-dependent/Dependent:** The benefits of a Program that covers the person other than as a dependent are determined before those of a Program that covers the person as a dependent.

(b) **Dependent Child/Parents Not Separated or Divorced:** Except as stated in subparagraph B(2)(c) below, when This Program and another Program cover the same child as a dependent of different persons, called "parents":

    (i) the benefits of the Program of the parent whose birthday falls earlier in a year are determined before those of the Program of the parent whose birthday falls later in that year, but

    (ii) if both parents have the same birthday, the benefits of the Program which covered the parent longer are determined before those of the Program which covered the other parent for a shorter period of time.

However, if the other Program does not have the rule described in (i), immediately above, and if, as a result, the Programs do not agree on the order of benefits, the rule in the other Program will determine the order of benefits.

(c) **Dependent Child/Separated or Divorced Parents:** If two or more Programs cover a person who is a dependent child of divorced or separated parents, benefits for the child are determined in this order:

    (i) first, the Program of the parent with custody of the child,

    (ii) then, the Program of the spouse of the parent with custody of the child, and

    (iii) finally, the Program of the parent not having custody of the child.

However, if the specific terms of a court decree state that one of the parents is responsible for the health care expenses of the child, and the entity obligated to pay or provide the benefits of the Program of that parent has actual knowledge of those terms, the benefits of that Program are determined first. This paragraph does not apply when any benefits are actually paid or provided before the entity has that actual knowledge.

(d) **Active/Inactive Employee:** The benefits of a Program which covers a person as an employee who is neither laid off nor retired, or as that employee's dependent, are determined before those of a Program which covers that person as a laid off or retired employee or as that employee's dependent. If the other Program does not have this rule, and if, as a result, the Programs do not agree on the order of benefits, this rule (d) is ignored.

(e) **Longer/Shorter Length of Coverage:** If none of the above rules determine the order of benefits, the benefits of the Program which covered a person longer are determined before those of the Program which covered that person for the shorter time.

(3) **Effect of Reduction in Benefits:** When these rules reduce This Program's benefits, each benefit is reduced in proportion. The benefit is then charged against any applicable benefit limit of This Program.

## C. RIGHT TO RECEIVE AND RELEASE NEEDED INFORMATION

Certain facts are needed to apply these coordination of benefits rules. The Plan has the right to decide which facts it needs. It may get needed facts from or give them to any other organization or person. The Claims Administrator need not tell, or get the consent of, any person to do this. Each person claiming benefits under This Program must give the Plan any facts it needs to pay the claim.

## D. FACILITY OF PAYMENT

A payment made under another Program may include an amount which should have been paid under This Program. If it does, the Plan may pay that amount to the organization which made that payment. That amount will then be treated as though it were a benefit paid under This Program. The Plan will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services, in which case the payment made shall be deemed to be the reasonable cash value of any benefits provided in the form of services.

## E. RIGHT OF RECOVERY

If the amount of the payments made by the Plan is more than it should have paid under This Program, it may recover the excess. It may get such recovery or payment from one or more of:

(a) the persons it has paid or for whom it has paid,

(b) insurance companies, or

(c) other organizations.

The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

# Claim Rules

## PROOF OF LOSS

The Claims Administrator must be given written proof of any claim made under a Plan. This proof must cover the occurrence, character and extent of that loss. A claim will not be considered valid unless the proof is furnished by the end of the Calendar Year following the Calendar Year in which the service was rendered. However, it may not be reasonably possible to do so. In that case, the claim will still be considered valid if the proof is furnished as soon as reasonably possible.

## WHEN BENEFITS ARE PAID

Benefits are paid when written proof the loss is received. But, if the Plan provides that benefits are payable at equal intervals of a month or less, the Plan will not have to pay those benefits more often.

A benefit unpaid at your death will be paid to your estate. This does not apply if the Plan states otherwise.

## PHYSICAL EXAM

The Plan, at its own expense, has the right to examine the person whose loss is the basis of claim. The Plan may do this when and as often as is reasonable while the claim is pending.

# Benefit Modification for Third Party Liability

## THIRD PARTY LIABILITY

In the event that you or one of your covered eligible Qualified Dependents ("Claimant") suffers an Injury or Illness covered by this Plan which Injury or Illness is caused by a third party, that is, by a person, corporation or other legal entity other than the person for whom a claim for benefits under this Plan is being made ("Responsible Third Party"), you agree in good faith to pursue a claim against such Responsible Third Party for recovery of the value of the benefits paid by this Plan in connection with such Injury or Illness.

To the extent payments for expenses resulting from such Injury or Illness are made to a Claimant or his/her legal representative, or may be made to a Claimant or his/her legal representative in the future, by or for the Responsible Third Party (as a result of a legal judgment, settlement or in any other manner) such expenses are excluded from the Claimant's Coverage under this Plan.

When a Claimant files a claim for benefits under this Plan which benefits would be payable but for the above exclusion, this Plan will pay such benefits provided:

(1) that payment for such benefits has not yet been made to the Claimant or his/her representative by or for the Responsible Third Party, and

(2) that the Claimant (or, if incapable, his/her legal representative) agrees in writing, using a form designated by this Plan, to promptly pay back to this Plan the amounts of any benefits paid by this Plan to the extent of any payments made to the Claimant or his representative by or for the Responsible Third Party. This agreement shall apply:

(a) whether or not liability for the Injury or Illness is admitted by the Responsible Third Party, and

(b) whether or not the payments from the Responsible Third Party itemize what they are for. A reasonable apportionment of the fees and costs incurred by the Claimant in pursuing a recovery from the Responsible Third Party may be deducted from amounts to be repaid to this Plan.

When any payments are made to a Claimant or his representative by or for a Responsible Third Party, such payments shall first be applied to reimburse this Plan for benefits previously paid by this Plan in connection with the Injury or Illness. To the extent such payments to a Claimant or his representative by the Responsible Third Party exceed such reimbursable amount, the future benefits payable under this Plan in connection with the Injury or Illness shall be redetermined by reducing the amount of such benefits by the amount of the payments made or to be made to the Claimant or his representative by or for the Responsible Third Party.

The Claimant agrees that amounts reimbursable to this Plan in accordance with the above, may, as payments are received by the Claimant or his representative from or for the Responsible Third Party, be deducted from other benefits payable by the Plan to the Claimant.

When a final judgment or settlement payment is received from or for the Responsible Third Party by the Claimant or his representative such that no future or additional payments will be received from or for the Responsible Third Party and when, based on such final payment from or for the Responsible Third Party, reimbursement to this Plan and a redetermination of benefits payable by the Plan as to known future treatment of the Claimant in connection with the Injury or Illness have been made, the Claimant agrees to and shall continue to be obligated to reimburse the Plan, from any remaining portion of the payments from the Responsible Third Party previously retained by the Claimant or his representative, for any subsequent benefits paid by this Plan in connection with treatment for the Injury or Illness occurring within twenty-four (24) months after the redetermination of benefits made at the time of the final judgment or settlement and not included in such redetermination.

Each Claimant or his/her representative shall promptly notify the Plan of the name of any Responsible Third Party involved in an Injury or Illness for which the Claimant seeks to receive benefits under this Plan. Each Claimant shall keep the Plan fully informed of all actions being taken by the Claimant to obtain a recovery from the Responsible Third Party, including informing this Plan of any payments received from the Responsible Third Party, any final judgment recovered against the Responsible Third Party or any discussions with the Responsible Third Party concerning settlement of the claim.

This Plan shall have the right to review any proposed settlement of the Claimant's claim for recovery from the Responsible Third Party and this Plan shall have the express right, at its option, to reject any such settlement which does not adequately provide for the recovery from the Responsible Third Party of benefits paid or to be paid by this Plan to the Claimant in connection with the Injury or Illness. The Claimant agrees not to enter into any settlement with the Responsible Third Party which has been reasonably rejected by this Plan as provided for above.

## LIMITS ON ASSIGNMENTS

You may assign your benefits under the Plan. The Claims Administrator will not be responsible for determining the validity of a purported assignment. The Claims Administrator will not be held to have knowledge of an assignment unless it has received a copy thereof.

## ERRORS IN PAYMENT OF BENEfiTS

If the Claims Administrator determines that benefits previously paid to you or your Qualified Dependent ("Claimant") were incorrectly paid either because there was an overpayment or because benefits were paid to the wrong Claimant, the Claims Administrator may seek reimbursement of such incorrect benefit payment by either requesting that the Claimant reimburse the Claims Administrator or by deducting the amount of incorrect benefit payments from subsequent benefit payments payable to the Claimant by this Plan or any other welfare plan provided by the Company.

# When Dental Coverage Ends

Your benefits or your Qualified Dependent's Benefits under the Dental Coverage will end on the earliest of the following dates:

- the date your employment ends (see below),

- the date the part of the Plan providing the Coverage ends,

- the date you fail to pay, when due, any contribution required for Coverage of the Plan, or

- the coverage is Dependent Coverage and your Employee Benefits under that Coverage ends.

Your Dependent Coverage for a Qualified Dependent under a Coverage will end when that person ceases to be a Qualified Dependent for that Coverage.  (See exception for an incapacitated child.)

The Coverage for an incapacitated child will not end at age nineteen (19) if:

(1) the child is then mentally or physically incapable of earning a living (the Plan must receive proof of this within the next thirty-one (31) days), and

(2) the child otherwise meets the definition of Qualified Dependent.

The child will remain covered as long as both these conditions are met.

## TERMINATION OF EMPLOYMENT

For Coverage purposes, your employment will end when you are no longer a full-time Employee, Actively at Work for the Company, but the Company may consider you as still employed during certain types of absences from full-time work.

If you stop active full-time work for any reason, you should contact the Company at once to determine what arrangements, if any, have been made to continue any of your Coverage.

## RIGHT TO CONTINUE DENTAL

A right under this part is subject to the rest of these provisions.

You have the right to continue your Employee or Employee and Dependent Benefits, under both, but not one, of the Coverages if those Coverages would have ended:

(1) because your employment ended for a reason other than gross misconduct,  or

(2) because your work hours were reduced.

Each of your Qualified Dependents has the right to continue under both, but not one, of the Coverages if your Dependent Coverage under the Coverages would have ended:

(1) because your employment ended for a reason other than gross misconduct, or

(2) because your work hours were reduced, or

(3) at your death, or

(4) because you became entitled to Medicare benefits, or

(5) in the case of your spouse, when your spouse ceased to be a Qualified Dependent as a result of a divorce or legal separation, or

(6) in the case of your Dependent Child, when your child ceased to be a Qualified Dependent under the rules of the Plan.

*Notice:*   This applies if your Dependent Coverage for a Qualified Dependent would have ended due to an event shown in (5) or (6) above.  If a person wants to continue the Coverage, written notice of the event must be given to the Company within sixty (60) days after the event shown in (5) or (6) above.

## CONTINUATION

The Company will give a written election notice of the right to continue the Coverage.  Such notice will state the amount of the payments, if any, required for the continued Coverage.  If a person wants to continue the Coverage, the election notice must be completed and returned to the Company within sixty (60) days of the later of:

(1) the date the Coverage would otherwise have ended, or

(2) the date of the notice informing of the continuation right, but in no event, more than 120 days (150 days if the Coverage is being continued due to an event shown in (5) or (6) above) after the date the Coverage would otherwise have ended.

The first payment for the continued Coverage must be made by the forty-fifth (45th) day after the date the election notice is completed.  If this is done, the Coverage will be continued until the first of these occurs:

(1) the day eighteen (18) months from the earlier of the date:

    (a) your employment ends for a reason other than gross misconduct, or

    (b) your work hours are reduced.

    But, Coverage may continue up to an additional eleven (11) months while a person is determined to be disabled under the Federal Social Security Act if:

        (i) the disability was determined to exist on the date employment ended or work hours were reduced, and

        (ii) the person gives the Company written notice of the disability within sixty (60) days after the determination of disability is made and within the eighteen (18) months after the date employment ended or work hours were reduced.

The Company must be notified if there is a final determination under the United States Social Security Act that the person is no longer disabled.  The notice must be provided within thirty (30) days after the final determination.  The insurance will end as of the first month that starts more than thirty (30) days after the determination.

This also applies if your dependent child ceases to be a Qualified Dependent under the rules of the Plan.

(2) the day thirty-six (36) months from the earliest of the date:

   (a) of your death, or

   (b) of your entitlement to Medicare Benefits, or

   (c) of your divorce or legal separation from your spouse, or

   (d) your dependent child ceases to be a Qualified Dependent under the rules of the Plan. The thirty-six (36) months will be reduced by the number of months you have the Coverage after employment ended, such as during any severance period, or work hours were reduced.

(3) if the person fails to make any payment required by the Company for the continued Coverage, the end of the period for which the person has made required payments.

(4) the day the person becomes covered (after the day the person made the election for continuation Coverage) under any other health plan for persons in a group, on an insured or uninsured basis. This item (4) shall not apply to any period for which pre-existing conditions are excluded or benefits for them are limited under the other health plan.

(5) the day the person becomes entitled to Medicare Benefits, or

(6) the part of the Plan providing the Coverage ends.

While Coverage is continued under this part, all other terms of the Plan will apply, except that the Employee Delay of Effective Date section will not apply.

While Dependent Coverage is continued under this part, all other terms of the Plan will apply, except that benefits under the Coverage will be paid to the person who elected the continuation right. If the person who elected the continuation right is not living, the following will apply:

(1) if you elected the continuation right, benefits will be paid to:

   (a) your spouse, if living, or

   (b) your spouse's estate, if your spouse is not living but survived your dependent children, or

   (c) the person or institution appearing to have assumed the main support of your dependent children, if neither (a) nor (b) applies.

(2) if your spouse elected the continuation right, benefits will be paid to:

   (a) your spouse's estate, if your spouse survived your dependent children, or

   (b) the person or institution appearing to have assumed the main support of your dependent children, if (a) does not apply, or

(3) if your dependent child elected the continuation right, benefits will be paid to your dependent child's estate.

If an amount is so paid, the Plan will not have to pay that part of your benefits again.

Please note that in the event bankruptcy proceedings are initiated against the Company under Title XI of the United States Code, retirees and Qualified Dependents eligible for Coverage have additional rights to continue Coverage after the inception of such bankruptcy proceedings.

# Term Life Insurance

## and

# Accidental Death & Dismemberment

# EMPLOYEE TERM LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

## Eligibility Provisions

### ELIGIBILITY

If you are a regular, full-time employee of NYNEX Meridian Systems who is in a bargaining unit repre-
sented by a union with a collective bargaining agreement, you will become covered for Employee Term
Life Insurance (Non-Contributory) and Employee Accidental Death and Dismemberment Insurance
(Non-Contributory).

### YOUR TERM LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

### Term Life — Amount of Insurance

Amount of Employee Term Life Insurance (Non-Contributory):

- $45,000

Your Term Life Insurance will be paid to any beneficiary you name if you die from any cause. You
may change your beneficiary whenever you wish on a form provided by the Company.

### Insurance During Total Disability

If you become Totally Disabled, contact the Company as soon as possible to determine what
arrangements can be made to continue your insurance. To have the Company pay the cost of this
insurance, you must furnish proof of Total Disability between nine (9) and twelve (12) months after
Total Disability commenced, and as required thereafter. Should you die during the first twelve (12)
months of Total Disability, your insurance will be paid even if you had not furnished proof of the
disability or premiums had not been continued.

### Total Disability

You are considered Totally Disabled when you cannot work because of Sickness or Injury and
you are under the regular care of a physician.

### Accidental Death and Dismemberment Insurance — Amount of Insurance

Amount of Employee Accidental Death and Dismemberment Insurance (Non-Contributory):

- $45,000

Your Accidental Death and Dismemberment Insurance will be paid for any of the following losses as the result of an accident occurring on or off the job while you are insured.  It is payable regardless of other insurance.

Loss of Life ................................................................................. Full Amount of
Insurance (Paid to
your beneficiary)

Loss of:

Both hands, ................................................................................. Full
Both feet, ................................................................................... Amount
Sight of both eyes, ....................................................................... of
One hand and one foot, ................................................................ Insurance
One hand and sight of one eye, or ................................................. (Paid
One foot and sight of one eye ....................................................... to you)

Loss of:

One hand, ................................................................................... One-half the Amount
One foot, or ................................................................................ of Insurance
Sight of one eye .......................................................................... (Paid to you)

Loss of sight means total and irrecoverable loss of sight.  Loss of a hand or foot means loss by severance at or above the wrist or ankle.

### Exclusions

The Accidental Death and Dismemberment Insurance does not cover loss that occurs more than ninety (90) days after the accident, nor any loss resulting from war (including undeclared war and armed aggression), suicide, attempted suicide, bodily or mental infirmity or disease, an infection other than a pyogenic infection of an accidental cut or wound, or participation in the commission of an assault or felony.

The total payment for all losses due to any one accident will not be more than the full amount of insurance.

·

# Termination of Insurance Provisions

## TERMINATION OF INSURANCE

The insurance Coverages described in this Plan will terminate if you cease to be an eligible employee or a Coverage is discontinued by your Employer.  In addition, any contributory insurance Coverage will also terminate if you discontinue your contributions.

Ceasing active employment will be considered to be immediate termination of employment, except that if you are absent from active work because of sickness, injury, temporary lay-off, or leave of absence, employment may be deemed to continue for the purpose of some of the Coverages up to the limits specified in the Plan.

If you cease active work for any reason, you should find out immediately from the Company what Coverages, if any, can be continued in force so that you will be able to exercise any conversion rights you may have under the Plan.

## POLICY AND CERTIfiCATE

The benefits are described more fully in the certificate at the end of this Section.  The extent of the insurance for each individual is governed at all times by the complete terms of the Group Insurance policy or policies issued by CIGNA.

**THE MEDICAL PLAN**                                    **NYNEX Meridian Systems**

*Home Office:  Bloomfield, Connecticut*
*Mailing Address:  Hartford, Connecticut 06152*

## CIGNA LIFE INSURANCE COMPANY

A CIGNA company (called CIGNA) certifies that it insures certain Employees
for the benefits provided by the following policy(s):

**POLICY HOLDER:**  NORTHERN TELECOM INC.

GROUP POLICY(S) — COVERAGE

2019429-01          LIFE INSURANCE

2019429-05          ACCIDENTAL DEATH & DISMEMBERMENT

Certificate Number CN001

This certificate describes the main features of the insurance. It does not waive or alter any of the terms of
the policy(s). If questions arise, the policy(s) will govern. This certificate takes the place of any other issued
to you on a prior date which described the insurance.

Larry English

GM6000  C2

## EXPLANATION OF TERMS

You will find terms starting with capital letters throughout your certificate. To help you understand your benefits, most of these terms are defined in the Definitions section of your certificate.

## ———————— THE SCHEDULE ————————

**The Schedule is a brief outline of your maximum benefits which may be payable under your insurance. For a full description of each benefit, refer to the appropriate section listed in the Table of Contents.**

# The Schedule

## LIFE INSURANCE — FOR YOU

|  | Amount of Life Insurance |
|---|---|
| Basic Life Insurance: ................................................................................ | $45,000 |

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE — FOR YOU

This insurance provides benefits for accidental death or dismemberment.
The amount that may be payable is based on your Amount of Principal Sum.

|  | Amount of AD&D Insurance |
|---|---|
| Amount of Basic Principal Sum ................................................................ | $45,000 |

## ELIGIBILITY – EFFECTIVE DATE

### Eligibility For Employee Insurance

You will become eligible for insurance on the day you complete the waiting period if you are a regular full-time employee of NYNEX Meridian Systems who is in a bargaining unit represented by a union with a collective bargaining agreement. If you were previously insured and your insurance ceased, you must satisfy the New Employee Group Waiting Period to become insured again. If your insurance ceased because you were no longer employed in a Class of Eligible Employees, you are not required to satisfy any Waiting Period if you again become a member of a Class of Eligible Employees within one year after your insurance ceased.

### Initial Employee Group

You are in the Initial Employee Group if you are employed in a class of employees on the date that class of employees becomes a Class of Eligible Employees as determined by your Employer.

### New Employee Group

You are in the New Employee Group if you are not in the Initial Employee Group.

### Waiting Period

|  |  |
|---|---|
| Initial Employee Group: | None |
| New Employee Group: | One month after employment |

### Employee Insurance

This plan is offered to you as an Employee. Basic Life Insurance and Basic Accidental Death and Dismemberment Insurance is provided at no cost to you.

### Effective Date of Your Basic Life Insurance and
### Basic Accidental Death & Dismemberment Insurance

Your Life Insurance will become effective on the date you become eligible.

If you are not in Active Service on the date you would otherwise become insured, you will become insured on the date you return to Active Service.

### Late Entrant – Employee

You are a Late Entrant if:

- you elect the insurance more than 31 days after you become eligible; or

- you again elect it after you cancel your payroll deduction.

CIGNA may require evidence of good health at your expense if you are a Late Entrant.

## LIFE INSURANCE

### Death Benefit

CIGNA will pay the amount of Life Insurance on you, when it receives due proof that you died while insured for this benefit;

The amount payable is determined from The Schedule and the other terms of the policy.

### Conversion Privilege For Life Insurance

When your Life Insurance ceases, you may apply to CIGNA for an individual converted life policy.  It will be issued to you if you are Entitled to Convert and if you apply in writing and pay the first premium to CIGNA within 32 days after the date your Life Insurance ceases.  Evidence of good health is not needed.

You should be notified in writing by your Benefit Plan Administrator of your right to a converted life policy.  If you are not notified within 16 days after your insurance ceases, the period for conversion will be extended to 15 days after you are notified.  In no event may you apply for a converted life policy more than 91 days after your Life Insurance ceases.

### Entitled To Convert

You are Entitled to Convert your Life Insurance only if:

- your insurance ceases because you are no longer in Active Service or no longer eligible for Life Insurance.

- your insurance ceases or is reduced because of retirement or age.

- the policy is cancelled for your class of Employees and you have been insured under the policy for at least five years before it is cancelled.

The amount of Life Insurance that you are Entitled to Convert will not be more than the amount of group Life Insurance that you lose.  If all insurance under the policy is cancelled on the class of Employees to which you belong, the amount of insurance under the converted life policy will be the smaller of:

(a) the amount of your insurance which ceases less any amount of group life insurance for which you become eligible within 31 days after the insurance ceases; or

(b) $2,000.

The converted policy will be one of CIGNA's current offerings based on its rules for converted life policies.  It will be issued at your attained age for the premium that applies to the class of risk to which you then belong.  It will take effect on the 32nd day after your Life Insurance ceases.  Neither term insurance nor disability benefits are offered under the converted life policy.

### Payment Of Benefit If Employee Dies

If you die during the first 31 days after the date your Life Insurance ceases, CIGNA will pay to the Beneficiary designated under your group policy, the amount of insurance you could have converted.  In this case, no payment will be made under the converted policy.

## ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

### For You

CIGNA will pay the Benefit Amount when it receives due proof that:

- you received an accidental bodily injury while insured for this benefit; and

- as a direct result of that injury, independently of all other causes, you sustained any loss shown in the Table of Losses and Benefits; and

- the loss occurred within 90 days after the date of that injury.

### Benefit Amount

The Benefit Amount for each loss will be your amount of Principal Sum determined from The Schedule multiplied by the percentage shown in the Table of Losses and Benefits for that loss. The maximum that will be paid for all losses resulting from injuries you receive in any one accident will be your amount of Principal Sum.

### Table of Losses and Benefits

|  | % of Principal Sum |
|---|---|
| Loss of Life | 100% |
| Loss of One Hand by Severance at or above the Wrist | 50% |
| Loss of One Foot by Severance at or above the Ankle | 50% |
| Entire and Irrecoverable Loss of Sight in One Eye | 50% |
| Loss of more than one of the above in one Accident | 100% |

### Limitations

Death and Dismemberment Benefits will not be paid for a loss which in any way results from:

- suicide or intentionally self-inflicted injury, while sane or insane.

- directly or indirectly from bodily or mental infirmity or disease or medical or surgical treatment thereof.

- sickness, disease, bodily infirmity, or bacterial or viral infection, even if contracted by accident. This exclusion does not apply to bacterial infection that is the natural and foreseeable result of an accidental external cut or wound.

- declared or undeclared war, or an act of war.

- directly or indirectly while participating in the commission of an assault or felony.

## PAYMENT OF BENEFITS

### To Whom Payable

Any benefits for loss of your life will be paid to your named Beneficiary.

Any amount of your loss of life benefits for which there is no designated or surviving Beneficiary will be paid, at CIGNA's option, to any of your following living relatives: spouse, mother, father, child or children, or to the executors or administrators of your estate. CIGNA will also have the right to make payment in such manner, if it is not able, within what it considers a reasonable period of time to locate your Beneficiary.

If you die while dismemberment benefits remain unpaid, CIGNA may, at its option, make direct payment to any of your following living relatives: spouse, mother, father, child or children, brothers or sisters, or to the executors or administrators of your estate.

If any person to whom benefits are payable is a minor, or in CIGNA's opinion, is not able to give valid receipt for any payment due him, such payment will be made to his legal guardian. However, if no request for payment has been made by his legal guardian, CIGNA may, at its option, make payment to the person or institution appearing to have assumed his custody and support. Payment in this event will be made in monthly installments of not more than $500.

Payment in the manner described above will release CIGNA from all liability to the extent of any payment made.

### Time of Payment

All benefits will be paid by CIGNA when it receives due proof of loss.

### Life Payment Option

At your written request, your amount of Life Insurance will be paid in installments after your death rather than in one sum, based on CIGNA's installment plans then available. If you do not make this request, your Beneficiary may do so, in writing, after your death.

Installment payments are not available for your loss of life benefit under your Accidental Death and Dismemberment Insurance.

If your Beneficiary dies while receiving installment payments, the remaining installments, unless otherwise disposed of, will be commuted at the rate of 3% compound interest per year. Payment will then be made in one sum to the executors or administrators of your Beneficiary's estate.

## Beneficiary Designation

### Beneficiary

When you become insured, you should name someone as your Beneficiary to receive your loss of life benefit. Your Beneficiary designation will be filed with CIGNA, or if agreed to in advance by CIGNA, with the Policyholder.

### Change of Beneficiary

You may change your Beneficiary at any time by completing a form satisfactory to CIGNA and signed by you. No change will take effect until this form is received by CIGNA or by the Policy-holder if CIGNA has agreed to this in advance. When the form is received, the change will take effect as of the date on the form. If you die before the form is received, CIGNA will not be liable for any payment it has already made.

### Consent of Beneficiary

Your Beneficiary's consent will not be required to change the Beneficiary or to effect any other changes.

## TERMINATION OF INSURANCE – EMPLOYEES

Your insurance will cease on the earliest date below:

- the date you cease to be in a Class of Eligible Employees or cease to qualify for the insurance.

- the last day for which you have made any required contribution for the insurance.

- the date the policy is cancelled.

- the date your Active Service ends except as described below.

Any continuation of insurance must be based on a plan which precludes individual selection.

### Temporary Layoff or Leave of Absence

If your Active Service ends due to temporary layoff or leave of absence your insurance will be continued until the date your Employer:

(a) stops paying premium for you; or

(b) otherwise cancels your insurance.

However, your insurance will not be continued for more than 60 days past the date your Active Service ends.

### Injury or Sickness
### (For Life and Accidental Death & Dismemberment Insurance)

If your Active Service ends due to an injury or sickness, your insurance will be continued while you remain Totally (and continuously) Disabled as a result of the injury or sickness. Your insurance will not continue past the date your Employer stops paying premium for you or otherwise cancels the insurance.

### Total Disability or Totally Disabled

You will be considered Totally Disabled, if because of an injury or sickness:

(1) you are unable to perform the essential duties of your occupation;

(2) you are under the regular care of a physician; and

(3) your Employer has received satisfactory proof of your Total Disability.

## ACCIDENT AND HEALTH PROVISIONS

### Notice of Claim

Written notice of claim must be given to CIGNA within 30 days after the occurrence or start of the loss on which claim is based. If notice is not given in that time, the claim will not be invalidated or reduced if it is shown that written notice was given as soon as was reasonably possible.

### Claim Forms

When CIGNA receives the notice of claim, it will give to the claimant, or to the Policyholder for the claimant, the claim forms which it uses for filing proof of loss. If the claimant does not get these claim forms within 15 days after CIGNA receives notice of claim, he will be considered to meet the proof of loss requirements of the policy if he submits written proof of loss within 90 days after the date of loss. This proof must describe the occurrence, character and extent of the loss for which claim is made.

### Proof of Loss

Written proof of loss must be given to CIGNA within 90 days after the date of the loss for which claim is made. If written proof of loss is not given in that time, the claim will not be invalidated nor reduced if it is shown that written proof of loss was given as soon as was reasonably possible.

### Physical Examination

CIGNA, at its own expense, will have the right to examine any person for whom claim is pending as often as it may reasonably require.

### Legal Actions

No action at law or in equity will be brought to recover on the policy until at least 60 days after proof of loss has been filed with CIGNA. No action will be brought at all unless brought within 3 years after the time within which proof of loss is required.

# Definitions

| | |
|---|---|
| **Active Service** | **You will be considered in Active Service:** |
| | • on any of your Employer's scheduled work days if you are performing the regular duties of your work on a full time basis on that day either at your Employer's place of business or at some location to which you are required to travel for your Employer's business. |
| | • on a day which is not one of your Employer's scheduled work days if you were in Active Service on the preceding scheduled work day. |
| **Employee** | The term Employee means a full-time employee of the Employer. The term does not include employees who are part-time or temporary. |
| **Employer** | The term Employer means the Policyholder and all Affiliated Employers. |
| **Occupational Classification** | The term Occupational Classification means the Employee's occupation reported by the Employer. |

The

# Short-Term

and

# Long-Term
# Disability Plans

# SHORT-TERM AND LONG-TERM DISABILITY PLANS

## Eligibility and Effective Date

If you are a regular full-time employee of NYNEX Meridian Systems who is in a bargaining unit represented by a union with a collective bargaining agreement, you will become covered for Short-Term Disability and Long-Term Disability benefits under this coverage after one month of employment provided you have enrolled for the coverage.

If you are both disabled and away from work on the date you would otherwise become covered, your coverage will not start until you return to active work.

Your benefit will be effective on the first day of a hospitalization and on the 8th day of illness.

You are considered totally disabled when you cannot work because of sickness or accidental injury, and are under the regular care of a physician. No benefits will be payable for any day on which you are doing any work, anywhere, for pay or profit.

The Company pays the entire cost for Short-Term Disability and Long-Term Disability Benefits.

At any time that Federal Social Security, Workers' Compensation benefits or any other statutory disability benefits are payable to you, the amount of Weekly benefits will be reduced to the extent necessary so that the sum of such Weekly benefits and any benefit payable to you under the Federal Social Security Act, Workers' Compensation Law or any other statutory disability benefits will not exceed 60% (as applicable pursuant to the above chart) of your Weekly Basic Earnings.

The word "payable" is not limited to the other statutory disability benefits described above actually received by you, but includes such other statutory disability benefits which would have been available if you had complied with the provision for making claim for such benefits.

This benefit is reduced by any "other income benefits" you receive for that week, or which you would be entitled to receive if timely claim for them had been made by you.

# Short-Term Disability Benefits

## OTHER INCOME BENEFITS

This Plan defines "other income benefits" as:

(1) income received from any employer or from any occupation for compensation or profit.

(2) any disability, retirement, or unemployment benefits required or provided for under any law of any government — for example:

   (a) unemployment compensation benefits,

   (b) no-fault wage replacement benefits,

   (c) statutory disability benefits, or

   (d) benefits under the Federal Social Security Act, the Canada Pension Plan, and the Quebec Pension plan, including dependents benefits, but not counting any increase in benefits enacted after the Weekly Disability Benefit payments have started under this Plan.

(3) disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

(4) any benefits received under workers' compensation law or any other similar law, excluding payments received for legal fees incurred in the claim process.

Benefits of the type listed above which are payable to you or any of your or dependents because of your disability or retirement are included as "other income benefits".

For the purposes of this Plan, "other income benefits" will be treated as follows:

(1) any periodic payments will be allocated to weekly periods,

(2) any single lump sum payment including any periodic payments which you or your dependents have elected to receive in a single lump sum will be allocated to weekly periods with the exception of workers' compensation benefits. Any single lump sum payment under workers' compensation laws will be fully offset in its entirety against any benefits otherwise payable by this Plan, and

(3) any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

## ESTIMATED OTHER INCOME BENEFITS

"Other income benefits" also include benefits that would be payable if timely claim for them had been made by you. In the case of Social Security benefits under the Federal Social Security Act, this includes timely and diligent pursuit of benefits through each of these steps:

(1) application for such benefits,

(2) appeal at the reconsideration level, if benefits are denied, and

(3) appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give this Plan written proof that you have completed the application process for other income benefits, and benefits are finally denied, this Plan may:

(1) estimate your weekly Social Security and other income benefits, and

(2) use that amount to determine your weekly benefit.

Your Social Security or other income benefits will not be estimated while your application and appeals are pending if you sign a Reimbursement Agreement on a form satisfactory to the Claims Administrator.

If the Claims Administrator finds that the amount of other income benefits that should have been used to determine your Weekly Disability Benefit differs from the amount actually used, these rules apply:

(1) if Weekly Disability Benefits have been underpaid, this Plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

(2) if Weekly Benefits have been overpaid, this Plan may either require a lump sum reimbursement payment to this Plan, or at its option, reduce or eliminate future payments.

## MAXIMUM PERIOD OF PAYMENTS

The maximum period of payment is twenty-six (26) weeks, subject to any Extension Period.

## WEEKLY BASIC EARNINGS

Your Weekly Basic Earnings are determined as described below:

**For all regular hourly and salaried employees** — your Weekly Basic Earnings shall be your basic weekly pay rate in effect for the last complete payroll period before the start of the period of total disability, excluding bonuses, overtime pay or any other form of compensation. If you are a piece worker, your average weekly piece-work earnings over your basic weekly pay rate for the three (3) weeks before the start of the period of total disability will be added to your weekly basic earnings.

## EXCLUSIONS

You are not covered for any disability which is in any way caused by any of the following:

1. intentionally self-inflicted injuries,

2. your participation in the commission of an assault or felony, and

3. war or any act of war (whether war is declared or not), insurrection, rebellion, or participation in a riot or civil commotion.

# Long-Term Disability Benefits

Monthly Income Benefits are payable to you after you have been totally disabled due to an accidental bodily injury or disease for at least the Benefit Waiting Period of six (6) months.

## TOTAL DISABILITY

You are considered totally disabled if you are unable to work because of a disease or injury.

During the first twenty-four (24) months of a period of a covered total disability (after your completion of the six (6) month Benefit Waiting Period), you will be considered unable to work if you cannot perform the work you normally perform.

After the first twenty-four (24) month period of covered total disability (after your completion of the six (6) month Benefit Waiting Period), you will be considered unable to work if you are unable to work at any reasonable occupation. A reasonable occupation is any gainful activity for which you are fitted by your education, training or experience, or for which you could reasonably become fitted.

## MONTHLY INCOME BENEFIT

The Plan will pay you 60% of your "Monthly Basic Earnings" before you become totally disabled, but in no event more than the Maximum Monthly Benefit, $2,000. This benefit is reduced by any "other income benefits" you receive for that month, or which you would be entitled to receive if timely claim for them had been made by you, but in no event shall this benefit be less than the Minimum Monthly Benefit, $50.

## WHEN BENEFITS BEGIN

Your Monthly Income benefits will start as soon as you complete the requisite six (6) month Benefit Waiting Period, provided that written proof of your total disability satisfactory to the Claims Administrator is furnished within six (6) months following completion of the waiting period. Otherwise, Monthly Income benefits will commence on the day six (6) months following the date written proof of your total disability is furnished.

## HOW LONG BENEFITS ARE PAID

You will continue to receive Monthly Income Benefits while you remain totally disabled, up to the end of the Maximum Benefit Period shown.

Maximum Benefit Period for any one period of total disability:

| Your Age at Commencement of Disability | Your Maximum Benefit Period |
| --- | --- |
| Under age 61 | To Age 65, but not less than 60 months |
| Age 61 | 60 months |
| Age 62 | 60 months |
| Age 63 | 60 months |
| Age 64 | 60 months |
| Age 65 | To Age 70 |
| Age 66 | To Age 70 |
| Age 67 | To Age 70 |
| Age 68 | To Age 70 |
| Age 69 - 74 | 12 months |
| Age 75 and over | 6 months |

## PERIOD OF TOTAL DISABILITY

Since benefits are payable only during a period of total disability, it is important that you understand when this period begins and ends.

Each period of total disability will start as soon as you are both totally disabled and under the care of a physician. You will not be considered to be under the care of a physician until he has been seen and treated you personally for the disease or injury causing the total disability for at least thirty-one (31) days. The Claims Administrator shall have the right to require that you be examined by a physician of his or her choosing.

Your benefit period during total disability will end when the first of the following occurs:

(1) you cease to be totally disabled or die; or as otherwise provided for in this booklet, or

(2) you actually start working at the type of occupation in which you normally engage or at any reasonable occupation. (Work at an Approved Rehabilitation Program as defined below will not count as work at the type of occupation in which you normally engage or at a reasonable occupation), or

(3) you cease to be under the care of a physician, or

(4) you fail to furnish the latest required proof of the continuance of your total disability or refuse to be examined by a physician designated by the Plan.

Once a period of total disability has ended, any new period of total disability will be treated separately. However, if you return to work for less than three (3) consecutive months, and then become disabled again due to the same or a related illness or injury, monthly benefits will begin as a continuation of the original disability.

This combining of two periods of total disability into one period will also apply to any successive additional periods of total disability resulting from the same or relating causes separated by less than three (3) months. Two periods will not be combined unless you were covered for this benefit at the start of the earlier period.

## OTHER INCOME BENEFITS

This Plan defines "other income benefits" as:

(1) income received from any employer or from any occupation for compensation or profit.

(2) any disability, retirement, or unemployment benefits required or provided for under any law of any government — for example:

    (a) unemployment compensation benefits,

    (b) no-fault wage replacement benefits,

    (c) statutory disability benefits, or

    (d) benefits under the Federal Social Security Act, the Canada Pension Plan, and the Quebec Pension plan, including dependents benefits, but not counting any increase in benefits enacted after the Short-Term Disability Benefit payments have started under this Plan.

(3) disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

(4) any benefits received under workers' compensation law or any other similar law, excluding payments received for legal fees incurred in the claim process.

Benefits of the type listed above which are payable to you or any of your or dependents because of your disability or retirement are included as "other income benefits".

For the purposes of this Plan, "other income benefits" will be treated as follows:

(1) any periodic payments will be allocated to monthly periods,

(2) any single lump sum payment including any periodic payments which you or your dependents have elected to receive in a single lump sum will be allocated to sixty (60) monthly periods with the exception of workers' compensation benefits. Any single lump sum payment under workers' compensation laws will be fully offset in its entirety against any benefits otherwise payable by this Plan, and

(3) any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

## ESTIMATED OTHER INCOME BENEFITS

"Other income benefits" also include benefits that would be payable if timely claim for them had been made by you. In the case of Social Security benefits under the Federal Social Security Act, this includes timely and diligent pursuit of benefits through each of these steps:

    (1) application for such benefits,

    (2) appeal at the reconsideration level, if benefits are denied, and

    (3) appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give this Plan written proof that you have completed the application process for other income benefits, and benefits are finally denied, this Plan may:

    (1) estimate your monthly Social Security and other income benefits, and

    (2) use that amount to determine your monthly benefit.

    Your Social Security or other income benefits will not be estimated while your application and appeals are pending if you sign a Reimbursement Agreement on a form satisfactory to the Claims Administrator.

    If the Claims Administrator finds that the amount of other income benefits that should have been used to determine your Monthly Income benefit differs from the amount actually used, these rules apply:

    (1) if Monthly Income benefits have been underpaid, this Plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

    (2) if Monthly Income benefits have been overpaid, this Plan may either require a lump sum reimbursement payment to this Plan, or at its option, reduce or eliminate future payments. If this Plan reduces or eliminates future payments, the Minimum Monthly benefit of $50 will not apply.

## MONTHLY RATE OF BASIC EARNINGS

Your Monthly Basic Earnings will be determined by using provisions which follow separately, for each period of total disability. A change in your earnings will be considered to take effect on the date the new rate is determined.

**For all regular hourly and salaried employees** — your Monthly Basic Earnings shall be your basic monthly pay rate in effect for the last complete payroll period before the start of the period of total disability, excluding bonuses, overtime pay or any other form of compensation. If you are a piece worker, your average monthly piece-work earnings over your basic monthly pay rate for the three (3) months before the start of the period of total disability will be added to your monthly basic earnings.

## APPROVED REHABILITATION PROGRAM

An "approved rehabilitation program" means:

(1) a program of vocational rehabilitation, or

(2) a period of part-time work with the Company for purposes of rehabilitation, which will be considered to begin only when the Claims Administrator approves such program, in writing, and to end when the Claims Administrator withdraws its approval.

This Plan includes this rehabilitation program to help you get back to work. With the Claims Administrator's approval, you may continue receiving Long Term Disability benefits for a limited time while on an approved rehabilitation program. Thus, you may get back into a gainful occupation with the assurance that for a specified period you will not lose your eligibility for benefits. During this period, your Monthly Income Benefit will be your regular Monthly Income Benefit payment less 80% of your earnings from the rehabilitative job.

| Example | | | |
|---|---|---|---|
| Monthly Income Benefit from the Plan | Monthly Earnings While You are Disabled | 80% Reduction | Net Monthly Income Benefit from the Plan |
| $1,600 | $300 | $240 | $1,360 |

Also, certain expenses of a vocational rehabilitation program may be paid by this Plan at the discretion of the Plan Administrator. If this Plan determines that a program that should make you self-supporting is within your ability, you will be notified of the type and duration of the expenses covered, and the conditions for payment. If you agree to undertake the program, the charges for the approved covered expenses will be paid, up to a maximum benefit of $10,000.

## PHYSICIAN

"Physician" means a licensed practitioner of the healing arts acting within the scope of his practice; except that with respect to a period of total disability, or any portion thereof, during which total disability is caused by any condition other than a medically determinable physical impairment, "physician" shall mean a legally qualified physician who either specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to render the necessary evaluation and treatment of mental illness.

## MENTAL ILLNESS LIMITATION

For total disabilities due to mental or nervous disorders, the benefit period will be limited to twenty-four (24) months; however, if hospital confinement exists, or commences within ninety (90) days following the date ending that twenty-four (24) month period, benefits will continue for the duration of the hospital confinement (subject to the Maximum Benefit Period described in page 102).

## PRE-EXISTING CONDITION EXCLUSION

No monthly benefits will be payable for any disability caused or contributed to by, or resulting from, a pre-existing condition. This limitation will not apply if your disability starts after you have been covered by the plan for twelve (12) months.

The term "pre-existing condition" means any condition for which you:

    (1) receive treatment,

    (2) incur expenses,

    (3) receive a diagnosis, or

    (4) take prescribed medication within ninety (90) days prior to the effective date of your insurance.

## OTHER EXCLUSIONS

You are not covered for any disability which is in any way caused by any of the following:

    (1) intentionally self-inflicted injuries,

    (2) your participation in the commission of an assault or felony, or

    (3) war or any act of war (whether war is declared or not), insurrection, rebellion, or participation in a riot or civil commotion.

# Benefit Modification for Third Party Liability

## THIRD PARTY LIABILITY

In the event that you ("Claimant") suffer an injury or illness covered by this Plan which injury or illness is caused by a third party, that is, by a person, corporation or other legal entity other than the Claimant ("Responsible Third Party"), you agree in good faith to pursue a claim against such Responsible Third Party for recovery of the value of the benefits paid by this Plan in connection with such injury or illness.

To the extent payments for lost wages or the like resulting from such injury or illness are made to a Claimant or his/her legal representative, or may be made to a Claimant or his/her legal representative in the future, by or for the Responsible Third Party (as a result of a legal judgment, settlement or in any other manner), such expenses are excluded from the Claimant's coverage under this Plan.

When a Claimant files a claim for benefits under this Plan which benefits would be payable but for the above exclusion, this Plan will pay such benefits provided:

(1) that payment for such benefits has not yet been made to the Claimant or his/her representative by or for the Responsible Third Party, and

(2) that the Claimant (or, if incapable, his/her legal representative) agrees in writing, using a form designated by this Plan, to promptly pay back to this Plan the amounts of any benefits paid by this Plan in connection with such injury or illness to the extent of any payments made to the Claimant or his representative by or for the Responsible Third Party. This agreement shall apply:

(a) whether or not liability for the injury or illness is admitted by the Responsible Third Party, and

(b) whether or not the payments from the Responsible Third Party itemize what they are for. A reasonable apportionment of the fees and costs incurred by the Claimant in pursuing a recovery from the Responsible Third Party may be deducted from amounts to be repaid to this Plan.

When any payments are made to a Claimant or his representative by or for a Responsible Third Party, such payments shall first be applied to reimburse this Plan for benefits previously paid by this Plan in connection with the injury or illness. To the extent such payments to a Claimant or his representative by the Responsible Third Party exceed such reimbursable amount, the future benefits payable under this Plan in connection with the injury or illness shall be redetermined by reducing the amount of such benefits by the amount of the payments made or to be made to the Claimant or his representative by or for the Responsible Third Party.

The Claimant agrees that amounts reimbursable to this Plan in accordance with the above may, as payments are received by the Claimant or his representative from or for the Responsible Third Party, be deducted from other benefits payable by the Plan to the Claimant.

When a final judgment or settlement payment is received from or for the Responsible Third Party by the Claimant or his representative such that no future or additional payments will be received from or for the Responsible Third Party and when, based on such final payment from or for the Responsible Third Party, reimbursement to this Plan and a redetermination of benefits payable by the Plan as to known future treatment of the Claimant in connection with the injury or illness have been made, the Claimant agrees to and shall continue to be obligated to reimburse the Plan, from any remaining portion of the payments from the Responsible Third Party previously retained by the Claimant or his representative, for any subsequent benefits paid by this Plan for the injury or illness occurring within twenty-four (24) months after the redetermination of benefits made at the time of the final judgment or settlement and not included in such redetermination.

Each Claimant or his/her representative shall promptly notify the Plan of the name of any Responsible Third Party involved in an injury or illness for which the Claimant seeks to receive benefits under this Plan. Each Claimant shall keep the Plan fully informed of all actions being taken by the Claimant to obtain a recovery from the Responsible Third Party, including informing this Plan of any payments received from the Responsible Third Party, any final judgment recovered against the Responsible Third Party or any discussions with the Responsible Third Party concerning settlement of the claim.

This Plan shall have the right to review any proposed settlement of the Claimant's claim for recovery from the Responsible Third Party and this Plan shall have the express right, at its option, to reject any such settlement which does not adequately provide for the recovery from the Responsible Third Party of benefits paid or to be paid by this Plan to the Claimant in connection with the injury or illness. The Claimant agrees not to enter into any settlement with the Responsible Third Party which has been reasonably rejected by this Plan as provided for above.

## LIMITS ON ASSIGNMENTS

Benefits under the Plan may be assigned only as a gift assignment. The Claims Administrator will not be responsible for determining the validity of a purported assignment. The Claims Administrator will not be held to have knowledge of an assignment unless it has received a copy thereof.

## ERRORS IN PAYMENT OF BENEFITS

If the Claims Administrator determines that benefits previously paid to you were incorrectly paid, the Claims Administrator may seek reimbursement of such incorrect benefit payment by either requesting that you reimburse the Claims Administrator or by deducting the amount of incorrect benefit payments from subsequent benefit payments payable to you by this Plan or any other welfare plan provided by the Company.

## Termination of Coverage

Your benefits under the Short-Term Disability and Long-Term Disability Plan will end on the earliest of the following dates:

- the date your employment ends or you cease to qualify for the coverage, or

- the date the part of the Plan providing the coverage ends.

For coverage purposes, your employment will end when you are no longer a full-time, active Employee. If you are on an unpaid medical leave of absence because of injury or sickness, your coverage may be continued.

If you stop active, full-time work for any reason, you should contact the Company at once to determine what arrangements, if any, have been made to continue any of your coverage.

# ERISA

# Information

## ERISA INFORMATION

| | |
|---|---|
| **Plan Name** | The Northern Telecom Inc.<br>Triple Option Plan<br>Disability Plan<br>Dependent Care Assistance Plan<br>Medical Reimbursement Plan |
| **Employer Identification Number** | 04-2486332 |
| **Plan Number** | 506, 508, 509, 512, 513 |
| **Plan Sponsor** | Northern Telecom Inc.<br>200 Athens Way<br>Nashville, Tennessee 37228 |
| **Type of Plan** | Welfare |
| **Plan Year** | January 1 to December 31 |
| **Plan Administrator** | Northern Telecom Inc.<br>200 Athens Way<br>Nashville, Tennessee 37228<br>Tel: (615) 734-4000 |
| **Agent for Service of Legal Process** | Plan Administrator |
| **Claims Administrator** | CIGNA<br>Hartford, CT 06152 |

Benefits under these plans will be paid, at the option of Northern Telecom Inc., from either current or accumulated earnings and profits of Northern Telecom Inc. or from a Voluntary Beneficiary Association Trust, which has been established by Northern Telecom Inc. for its employees and the employees of its participating affiliates, and which may be funded from time to time in the sole discretion of Northern Telecom Inc.

## PLAN CHANGES AND TERMINATION

The Company expects to continue this Plan, but necessarily reserves the right to amend this Plan from time to time or terminate this Plan at any time. Any amendment to this Plan may reduce or eliminate benefits payable under the Plan to persons who are Employees as of the effective date of the amendment.

## CLAIMS

This booklet contains information on reporting claims. Forms for submitting claims may be obtained from your Human Resources Department.

If your claim is denied in whole or in part, you will receive a written notice of the denial explaining the reason for the denial.

You may request a review of the denied claim. The request must be submitted, in writing, within sixty (60) days after you receive the notice. Include your reasons for requesting the review and submit your request to the same office to which you submitted your claim. Your claim will be reviewed, and you will ordinarily be notified of the final decision within sixty (60) days of the receipt of your request for review. The final decision will be made by CIGNA which is providing claim services under this Plan.

## YOUR RIGHTS UNDER ERISA

As a participant in this Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 ("ERISA"). ERISA provides that all Plan participants shall be entitled to:

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all Plan documents, including insurance contracts, collective bargaining agreements, and copies of all documents filed by this Plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

Obtain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of this Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of this Plan. The people who operate this Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including the Company, your union, or any other person, may terminate you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have your claim reviewed. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from this Plan and do not receive them within thirty (30) days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay the court costs and legal fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous. If you have any questions about this Plan, you should contact the Plan Administrator, your Director of Human Resources, or the Director of Benefits for Northern Telecom Inc. If you have any questions about this statement or about your rights under ERISA you should contact the nearest Area Office of the U.S. Labor-Management Services Administration, Department of Labor.

The Plan Administrator shall have discretionary authority to determine the benefits owing under this Plan, to otherwise interpret the provisions of this Plan and to make any necessary factual determinations hereunder.