**<u>EXHIBIT 10</u>**

*1996 Admin Info.*

# IN THIS SECTION

INTRODUCTION ................................................................................................ 1

WHO TO CALL ................................................................................................ 2

ADMINISTRATIVE INFORMATION .............................................................. 3

    Plan Year ...................................................................................................... 3

    Plan Administrator ........................................................................................ 3

    Employer Identification Number .................................................................. 3

    Agent for Service of Legal Process .............................................................. 4

    Plan Identification ........................................................................................ 5

MEMBER SERVICES ...................................................................................... 7

ABOUT DOMESTIC PARTNERS .................................................................. 12

    Eligibility ...................................................................................................... 12

    Enrolling Your Domestic Partner ................................................................ 13

    Changes in Circumstances .......................................................................... 14

CLAIMING BENEFITS .................................................................................... 15

    Filing Claims ................................................................................................ 15

    Appealing a Claim After a Final Denial ...................................................... 15

YOUR RIGHTS UNDER COBRA .................................................................. 17

    COBRA Participation .................................................................................. 17

    COBRA Continuation Period ...................................................................... 18

    Notification .................................................................................................. 18

    Election ........................................................................................................ 19

    Cost of Participation .................................................................................... 19

    When COBRA Ends .................................................................................... 20

THIRD PARTY LIABILITY .............................................................................. 20

COURT ORDERS ...................................................................................................... 21

    Qualified Domestic Relations Orders .................................................................... 21

    Qualified Medical Child Support Orders ............................................................... 21

PENSION BENEFIT GUARANTY CORPORATION .................................................. 22

YOUR RIGHTS UNDER ERISA .................................................................................. 23

PLAN DOCUMENTS .................................................................................................. 25

FUTURE OF THE PLANS ............................................................................................ 25

# *Administrative Information*

# INTRODUCTION



This section contains information on the administration of FLEX Benefits, contacts you may need in certain situations and your rights as a plan participant. Each of the plans which is part of "FLEX Benefits" is a separate plan and administration differs among plans.



**1**   · **Administrative Information**

# WHO TO CALL

| If you have questions about... | you should call... |
| --- | --- |
| • general benefits issues | HR Info Center<br>4001 E. Chapel Hill-Nelson Hwy.<br>RTP, N.C. 27709<br>(919)992-4636<br>(800)676-4636 |
| • how to get forms | HR Info Center |
| • network Physicians or specific Covered Expenses | Member Services — See attached chart identifying plan name/address and phone number OR contact the HR Info Center OR refer to your medical I.D. card. |
| • Claims | Claims Administrator for the Plan named in the chart on page 5, column 5. |
| • appeal of denied Claims | Northern Telecom Inc. Employee Benefits Committee (EBC) |

# ADMINISTRATIVE INFORMATION

## Plan Year

The Plan Year is January 1 to December 31.

## Plan Administrator

Northern Telecom Inc. ("Company") is the plan sponsor and Plan Administrator. The Company has delegated various responsibilities for plan administration to other entities or specific departments within the organization. The Human Resources Information Center (HR Info Center) provides basic information to Employees regarding vendors of benefit services and enrollment processes. Some of the Claims Administrators are outside vendors which have been contracted to provide administrative services as well as process Claim reimbursements. The Claims Administrators are listed on the chart on pages 7-11. The Health Services Department manages Short-Term Disability (STD) cases. The Employee Benefits Committee (EBC) is the final authority to review denied Claims. Should you need to contact the Plan Administrator or the Employee Benefits Committee, refer to the following address:

Attn: Benefits Department, Dept. #8426
Northern Telecom Inc.
200 Athens Way
Nashville, TN 37228-1397
(615) 734-4000

## Employer Identification Number

The employer identification number assigned to Northern Telecom Inc. by the IRS is #04-2486332. Subsidiary companies of Northern Telecom Inc. also provide this plan to their Employees. For a complete list of these employers/subsidiary companies you may contact the HR Info Center.

# Agent for Service of Legal Process

The agent for service of legal process is:

> Attn: Roger Schecter
> Northern Telecom Inc.
> 200 Athens Way
> Nashville, TN 37228-1397
> (615) 734-4000

Legal process may also be served upon the trustee of any trust which funds benefits under the plans. The trustee of the Northern Telecom Inc. Health & Welfare Benefits Trust (which funds benefits under the plans) is Bank of America, Illinois. They can be contacted at the following address:

> Retirement Services Group
> Bank of America
> 213 South LaSalle Street
> Chicago, IL 60697
> (312) 828-4851

The trustee of the Northern Telecom Inc. Long-Term Investment Plan is Bankers Trust Company. They can be contacted at the following address:

> Bankers Trust Company
> P.O. Box 1330
> Church Street Station
> New York, NY 10008
> (800) 726-0026

The trustee of the Northern Telecom Inc. Retirement Plan for Employees is Chase Manhattan Bank. They can be contacted at the following address:

> Chase Manhattan Bank
> 4 Chase Metrotech Center
> Brooklyn, NY 11245
> (718) 242-9121

**Administrative -    4
Information**

# PLAN IDENTIFICATION

The following chart is designed to provide you with some specific infor-
mation regarding each plan and plan type that Northern Telecom Inc.
sponsors. Plan type refers to whether the plan is a welfare, retirement or
pension benefit. The plan number refers to the number which has been
assigned to the specific plan by Northern Telecom Inc. Funding method
describes the party(ies) responsible for funding the plan. Claims Adminis-
trator identifies who provides the daily administrative services required to
maintain each plan. The contribution source states how premiums/costs
for each plan are distributed between Northern Telecom Inc. and/or plan
participants. This chart is not designed to inform you of all specifics
surrounding all plans. However, additional information can be obtained
by contacting the Claims Administrator at the respective address and
phone number that are provided on the chart on pages 7-11.

| Formal Plan Name | Plan Type | Plan Number | Funding Method | Claims Administrator | Contribution Source |
|---|---|---|---|---|---|
| MEDICAL PLAN | | | | | |
| Comprehensive 300 Medical Plan<br><br>Comprehensive 150 Medical Plan | Welfare | 506 | Northern Telecom Inc. (self-insured) | CIGNA Hartford, CT 06152 | Northern Telecom Inc. and participants |
| Managed Care 100/80 Medical Plan<br><br>Managed Care 80/60 Medical Plan<br><br>Managed Care EPO Medical Plan | Welfare | 506 | Northern Telecom Inc. (self-insured)<br><br>*and*<br><br>Prudential (insured) for Prudential Managed Care EPO Plan | Prudential Healthcare[SM] Atlanta, GA 30339<br><br>*or*<br><br>CIGNA Hartford, CT 06152<br><br>*or*<br><br>Healthsource Raleigh, NC | Northern Telecom Inc. and participants |
| Indemnity Medical Plan | Welfare | 506 | Northern Telecom Inc. (self-insured) | CIGNA Hartford, CT 06152 | Northern Telecom Inc. and participants |

**5**   • **Administrative Information**

| Formal Plan Name | Plan Type | Plan Number | Funding Method | Claims Administrators | Contribution Source |
|---|---|---|---|---|---|
| DENTAL, VISION AND HEARING CARE PLAN | Welfare | 508 | Northern Telecom Inc. (self-insured) | CIGNA Hartford, CT 06152 | Northern Telecom Inc. and participants |
| SHORT-TERM DISABILITY PLAN | Welfare | 509 | Northern Telecom Inc. (self-insured) | Northern Telecom Inc. Health Services | Northern Telecom Inc. and participants |
| LONG-TERM DISABILITY PLAN | Welfare | 509 | Northern Telecom Inc. (self-insured) | CIGNA Hartford, CT 06152 | Northern Telecom Inc. and participants |
| LIFE INSURANCE AND ACCIDENTAL DEATH & DISMEMBERMENT PLAN | Welfare | 510 | Prudential (insured) | Prudential Group Life Insurance Parsippany, NJ 07054 | Northern Telecom Inc and participants |
| BUSINESS TRAVEL ACCIDENT | Welfare | 510 | Northern Telecom Limited | Lloyd's of London | Northern Telecom Inc. |
| HEALTH CARE REIMBURSEMENT ACCOUNT | Welfare | 513 | pre-tax participant contributions | CIGNA Hartford, CT 06152 | participants |
| DEPENDENT CARE REIMBURSEMENT ACCOUNT | Welfare | 512 | pre-tax participant contributions | CIGNA Hartford, CT 06152 | participants |
| RETIREMENT PLAN FOR EMPLOYEES | Pension | 001 | Trust | HR Info Center | Northern Telecom Inc. |
| LONG TERM INVESTMENT PLAN | Pension | 003 | Trust | Bankers Trust Company New York, NY | Northern Telecom Inc. and participants |

**Administrative ·**   **6**
**Information**

# MEMBER SERVICES

Member Services is your link to information about the Medical Plans. The chart below provides addresses and phone numbers for each plan by insurance carrier and location.

| Location/Plan | Address | Phone Number |
|---|---|---|
| **CIGNA** | | |
| Louisiana<br>Plan 100/80, 80/60, EPO | P.O. Box 9312<br>Sherman, TX 75091-9312 | (800)238-8801 |
| Michigan<br>Plan 100/80, 80/60, EPO | P.O. Box 182467<br>Columbus, OH 43218-2467 | (800)541-7526 |
| New Jersey - Northern<br>Plan 100/80, 80/60, EPO | P.O. Box 15553<br>Wilmington, DE 19850-5553 | (800)345-9458 |
| New Jersey - Southern<br>Plan 100/80, 80/60, EPO | P.O. Box 15124<br>Wilmington, DE 19850-5124 | (800)345-9458 |
| New Mexico<br>Plan 100/80, 80/60, EPO | P.O. Box 2546<br>Sherman, TX 75091-2546 | (800)245-2471 |
| New York<br>Plan 100/80, 80/60, EPO | P.O. Box 800<br>Unionville, CT 06085 | (800)345-9458 |
| Oregon<br>Plan 100/80, 80/60, EPO | P.O. Box 24022<br>Fresno, CA 93779-4022 | (800)245-2471 |
| Pennsylvania, Pittsburgh<br>Plan 100/80, 80/60, EPO | P.O. Box 182331<br>Columbus, OH 43218-2331 | (800)541-7526 |
| Pennsylvania, Philadelphia/York<br>Plan 100/80, 80/60, EPO | P.O. Box 15124<br>Wilmington, DE 19850-5124 | (800)345-9458 |
| Puerto Rico<br>Plan PPO | P.O. Box 71203<br>San Juan, PR 00936-7275 | (809)753-6868 |

| | | |
|---|---|---|
| Utah<br>Plan 100/80, 80/60, EPO | P.O. Box 3316, Station D<br>Albuquerque, NM 87190 | (800)245-2471 |
| Washington<br>Plan 100/80, 80/60, EPO | P.O. Box 24022<br>Fresno, CA 93779-4022 | (800)245-2471 |
| Wisconsin<br>Plan 100/80, 80/60, EPO | P.O. Box 3025<br>Bourbonnais, IL 60914 | (800)541-7526 |
| All Locations<br>Plan: Indemnity Network<br>Indemnity Non-Network<br>Comprehensive 300/600<br>Comprehensive 150/300 | P.O. Box 33668<br>Charlotte, N.C. 28233-3668 | (800)257-2702 |
| International Locations | CIGNA International | (800)441-2668 |
| International Health Services Plan | P.O. Box 15050<br>Wilmington, DE 19850 | (302)479-6617 |

## HEALTHSOURCE

| | | |
|---|---|---|
| North Carolina<br>Plan 100/80, 80/60, EPO | P.O. Box 28187<br>Raleigh, N.C. 27611-8187 | (800)948-8639 |

## PRUDENTIAL HEALTHCARE℠

| | | |
|---|---|---|
| Arkansas<br>Plan 100/80, 80/60, EPO | P.O. Box 470475<br>Tulsa, OK 74147-0475 | (800)821-8787<br>(501)227-8933 |
| California, Northern<br>Plan 100/80, 80/60, EPO | P.O. Box 7590<br>San Mateo, CA 94403 | (800)552-4545 |
| California, Southern<br>Plan 100/80, 80/60, EPO | P.O. Box 9315<br>Van Nuys, CA 91409 | (800)433-3150 |
| California, San Diego<br>Plan 100/80, 80/60, EPO | P.O. Box 85085<br>San Diego, CA 92186-5805 | (800)552-4545 |

**Administrative ·    8**
**Information**

| | | |
|---|---|---|
| Colorado<br>Plan 100/80, 80/60, EPO | P.O. Box 378710<br>Denver, CO 80237-8710 | (800)453-8025 |
| Connecticut<br>Plan 100/80, 80/60, EPO | P.O. Box 4046<br>Iselin, N.J. 08830 | (800)422-7399<br>(908)632-7728 |
| D.C./Maryland/Virginia<br>Plan 100/80, 80/60 | P.O. Box 904<br>Horsham, PA 19044-0907 | (800)648-4483 |
| D.C./Maryland/Virginia<br>Plan EPO | 2800 N. Charles Street<br>Baltimore, MD 21218 | (800)648-4483 |
| Florida, Jacksonville<br>Plan 100/80, 80/60, EPO | P.O. Box 45082<br>Jacksonville, FL 32232-5082 | (904)396-5401 |
| Florida, Orlando<br>Plan 100/80, 80/60, EPO | P.O. Box 45064<br>Jacksonville, FL 32232-5064 | (407)875-2171 |
| Florida, South<br>Plan 100/80, 80/60, EPO | P.O. Box 45064<br>Jacksonville, FL 32232-5064 | (800)457-3885 |
| Florida, Tampa<br>Plan 100/80, 80/60, EPO | P.O. Box 45064<br>Jacksonville, FL 32232-5064 | (800)284-4302 |
| Georgia<br>Plan 100/80, 80/60, EPO | P.O. Box 44097<br>Jacksonville, FL 32231-4097 | (770)955-7735 |
| Illinois<br>Plan 100/80, 80/60, EPO | P.O. Box 567<br>Matteson, IL 60443-0567 | (800)787-4778 |
| Kansas, Kansas City<br>Plan 100/80, 80/60, EPO | P.O. Box 411006<br>St. Louis, MO 63141-3006 | (816)756-0404 |
| Kansas, Topeka<br>Plan 100/80, 80/60 | P.O. Box 411006<br>St Louis, MO 63141-3006 | (912)233-0110 |
| Kansas, Wichita<br>Plan 100/80, 80/60 | P.O. Box 470475<br>Tulsa, OK 74147-0475 | (918)665-6277<br>(918)624-4610 |

| | | |
|---|---|---|
| Massachusetts<br>Plan 100/80, 80/60, EPO | P.O. Box 15075<br>Albany, N.Y. 12212 | (800)422-7399 |
| Missouri, Kansas City<br>Plan 100/80, 80/60, EPO | P.O. Box 411006<br>St. Louis, MO 63141-3006 | (816)756-0404 |
| Missouri, St. Louis<br>Plan 100/80, 80/60, EPO | P.O. Box 411340<br>Creve Coeur. MO 63141 | (800)298-7625<br>(IL Members)<br>(314)542-2121<br>(MO Members) |
| Tri-State<br>N.Y., N.J., Connecticut<br>Plan 100/80, 80/60, EPO | P.O. Box 4046<br>Iselin, N.J. 08830 | (800)422-7399 |
| North Carolina<br>Plan 100/80, 80/60, EPO | P.O. Box 45096<br>Jacksonville, FL 32232-5096 | (704)365-6070 |
| Ohio, Cincinnati<br>Plan 100/80, 80/60, EPO | P.O. Box 2464<br>Cincinnati, OH 45201-1877 | (800)932-7478<br>(outside city)<br>(513)621-5172 |
| Ohio, Columbus<br>Plan 100/80, 80/60, EPO | P.O. Box 1877<br>Cincinnati, OH 45201-1877 | (800)452-3094<br>(614)761-0244 |
| Ohio, Northern<br>Plan 100/80, 80/60, EPO | P.O. Box 2889<br>Cincinnati, OH 45201-2889 | (800)458-3940<br>(outside city)<br>(216)621-0947 |
| Oklahoma, Oklahoma City<br>Plan 100/80, 80/60, EPO | P.O. Box 470475<br>Tulsa, OK 74147-0475 | (405)879-1790 |
| Oklahoma, Tulsa<br>Plan 100/80, 80/60, EPO | P.O. Box 470475<br>Tulsa, OK 74147-0475 | (918)624-4610<br>(918)665-6277 |
| Pennsylvania<br>Plan 100/80, 80/60, EPO | P.O. Box 5362<br>Cincinnati, OH 45201-5362 | (800)648-4478 |

**Administrative ·     10**
**Information**

| | | |
|---|---|---|
| Tennessee, Nashville<br>Plan 100/80, 80/60, EPO | P.O. Box 45098<br>Jacksonville, FL 32232-5098 | (615)248-7156 |
| Tennessee, Memphis<br>Plan 100/80, 80/60, EPO | P.O. Box 45097<br>Jacksonville, FL 32232-5097 | (901)541-9420 |
| Texas, Austin<br>Plan 100/80, 80/60, EPO | P.O. Box 26699<br>Austin, TX 78755 | (800)621-2645<br>(512)323-0440 |
| Texas, Corpus Christi<br>Plan 100/80, 80/60 | P.O. Box 27718<br>Houston, TX 77227 | (800)876-7778 |
| Texas, Dallas<br>Plan 100/80, 80/60, EPO | P.O. Box 26260<br>Austin, TX 78755-0260 | (800)882-2734<br>(214)991-0188 |
| Texas, Houston<br>Plan 100/80, 80/60, EPO | P.O. Box 27718<br>Houston, TX 77227 | (713)494-3000 |
| Texas, San Antonio<br>Plan 100/80, 80/60, EPO | P.O. Box 795030<br>San Antonio, TX 78279 | (800)657-5959 |
| Texas, El Paso<br>Plan 100/80, 80/60, EPO | P.O. Box 27718<br>Houston, TX 77227 | (800)876-7778 |
| Texas, Amarillo<br>Plan 100/80, 80/60 | P.O. Box 27718<br>Houston, TX 77227 | (800)876-7778 |
| Virginia, Richmond<br>Plan 100/80, 80/60, EPO | P.O. Box 44098<br>Jacksonville, FL 32231 | (804)323-0820 |

# ABOUT DOMESTIC PARTNERS

## Eligibility

To be eligible for Domestic Partner coverage under FLEX Benefits, you (and your domestic partner) must satisfy the following guidelines:

1. For the 12-month period before you sign the Affidavit of Domestic Partnership, you and your Domestic Partner must have:

   - lived in the same residence

   - shared financial obligations (including basic living expenses)

   - been each other's sole and exclusive partner

   - publicly represented yourself as domestic partners

   - you must intend to continue this relationship in this manner indefinitely.

2. Neither you, nor your Domestic Partner, may be married to anyone else.

3. You may not be related to your Domestic Partner by blood or marriage to a degree that would prohibit a legal marriage in the state where you live.

4. You and your Domestic Partner must be at least 18 years old.

5. You and your Domestic Partner must be mentally competent to consent to a contract.

*You may add your Domestic Partner to health coverages ... within 60 days of a Qualified Family Status Change (including an establishment of a domestic partnership) or during an Open Enrollment period.*

You may add your Domestic Partner to health coverages, except the Prudential Healthcare EPO in Georgia, Maryland or Virginia, within 60 days of a Qualified Family Status Change (including an establishment of a domestic partnership) or during an Open Enrollment period.

If you make false statements on the Affidavit of Domestic Partnership, the Company or its agent(s) may take civil action to recover direct or indirect losses and attorney's fees, and may discipline you up to and including terminating your employment (and the Domestic Partner, if employed by the Company).

**Administrative -     12
Information**

# Enrolling Your Domestic Partner

If you are interested in enrolling your Domestic Partner for the first time, call the HR Info Center to request a package of information. This package includes an Affidavit of Domestic Partnership that you must submit to the HR Info Center with two support documents. The support documents must clearly refer to you and your Domestic Partner, and at least one must show that your relationship has existed for at least the past 12 months. No more than one document from each of the following categories may be submitted:

- Domestic Partnership Agreement

- Registration of domestic partnership with local government where you live

- Joint mortgage or lease or other evidence of joint ownership of real estate

- Designation of Domestic Partner as primary Beneficiary in your will, life insurance or IRA accounts (for these purposes only, primary Beneficiary means a person to whom you have allocated 50% or more of your estate, life insurance or IRA accounts as applicable)

- Durable power of attorney for property or health care

- Evidence of joint ownership of a motor vehicle

- Evidence of joint checking, savings or credit accounts

The Company and its designated agent(s) will determine if the documents are sufficient proof of domestic partnership. Once approved, you may then enroll your Domestic Partner in Medical, and/or Dental, Vision and Hearing Care coverage.

*... support documents must clearly refer to you and your Domestic Partner, and at least one must show that your relationship has existed for at least the past 12 months.*

# Changes in Circumstances

If there is any change in circumstances attested to in the Affidavit of Domestic Partnership, you must notify the HR Info Center in writing within 60 days of the change.

*If your domestic partnership ends, you must file a Termination of Domestic Partnership Statement with the HR Info Center within 60 days of the termination.*

If your domestic partnership ends, you must file a Termination of Domestic Partnership Statement with the HR Info Center within 60 days of the termination. The following rules apply:

- Your Domestic Partner's coverage will end at the end of the month when your partnership terminates. Your Domestic Partner will not be eligible to continue coverage under COBRA.

- You will not be eligible to file or be designated a Domestic Partner on another Affidavit of Domestic Partnership for another 12 months. This 12-month limitation applies to your Domestic Partner if he/she also works for the Company.

- The Company or its agent(s) will not be responsible for notifying your Domestic Partner of the filing of the Statement of Termination of Domestic Partnership.

*If you do not file a request to terminate coverage within 60 days, you will have to wait until the next Open Enrollment period. You will continue to pay premiums for your Domestic Partner's coverage until the start of the next plan year, even though your Domestic Partner is ineligible for coverage.*

If you do not file a request to terminate coverage within 60 days, you will have to wait until the next Open Enrollment period. You will continue to pay premiums for your Domestic Partner's coverage until the start of the next plan year, even though your Domestic Partner is ineligible for coverage

# CLAIMING BENEFITS

## Filing Claims

To make a formal Claim for benefits, you must file a written Claim with the
Claims Administrator. (In order to properly process your request, please refer to
the chart on page 5 for a complete list of all Claims Administrators and their
respective addresses.) You will receive a written notice from the Claims Adminis-
trator or its delegate regarding your Claim within 90 days of its receipt by the
administrator. If an extension of time is required to process your Claim, you will
receive written notice of the need for an extension before the end of the 90-day
period, explaining the reasons for the delay. If you are not furnished notice
within the 90-day period, your Claim will be considered denied.

Generally the Claims Administrators listed in column 5, page 5 (except for
Health Services and the HR Info Center) allow you to first appeal to them
directly when you think they have made a mistake in denying your Claim. So,
when a Claim is denied by one of those Claims Administrators, you should
send your first appeal to the Claims Administrator directly. However, if the
Claims Administrator continues to deny your Claim, they will tell you in
writing that they have made a final denial of your Claim. After that occurs,
only the Employee Benefits Committee has the authority to review your
denied Claim. See "Appealing a Claim After a Final Denial" below to learn
what to do when that occurs.

## Appealing a Claim After a Final Denial

If the Claims Administrator makes a final denial of all or part of your Claim,
you or your Beneficiary will be notified in writing. This notice will include:

- specific reasons why the Claim was denied

- specific references to applicable provisions of the plan document or other
  relevant records or papers, and information regarding where you may see
  them

- an explanation of how to appeal for reconsideration of the Claims
  Administrator's decision

You or your authorized representative may review all documents related to any denial of benefits. If you disagree with the Claims Administrator's decision, you have 60 days from the receipt of the final denial to request a review. This request should be made in writing and sent to the Employee Benefits Committee. Refer to the Plan Administrator information on page 3 for the appropriate address.

The Employee Benefits Committee (EBC) will reconsider your Claim and will issue a decision within 60 days. If special circumstances require more time for this process, you will be notified in writing no later than 120 days after the receipt of your request.

The EBC has the final discretionary authority to construe and to interpret the plan, to decide all questions of eligibility for benefits and to determine the amount of such benefits, and the EBC's decisions on such matters are final and conclusive.

**Administrative ·**    **16**
**Information**

# YOUR RIGHTS UNDER COBRA

You and your Dependents have the option to extend your health care coverages at full group rates, plus a 2% administration fee, in certain instances when coverage under FLEX Benefits would otherwise end. This is called COBRA coverage. COBRA stands for the Consolidated Omnibus Budget Reconciliation Act of 1985.

## COBRA Participation

If one of the qualifying events listed in the COBRA Continuation Period chart on page 18 causes you or a Dependent to lose health care coverage, you may continue coverage in the Medical and Dental, Vision and Hearing Care Plans and the Health Care Reimbursement Account for yourself and your eligible Dependents.

Continued coverage is available for a maximum of 18, 29, or 36 months, depending on the event outlined in the chart. The maximum continuation period if multiple events should occur is a total of 36 months. For example, if you terminate and then die while covered by the plan, your Dependents' coverage may continue for a maximum of 36 months.

## COBRA Continuation Period

| Circumstances | Maximum Continuation Period | | |
|---|---|---|---|
| | YOU | SPOUSE | CHILD |
| You lose coverage because of reduced work hours | 18 months | 18 months | 18 months |
| You terminate for any reason (except gross misconduct) | 18 months | 18 months | 18 months |
| You are disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours | 29 months | 29 months | 29 months |
| You die | N/A | 36 months | 36 months |
| You and your spouse legally separate or divorce | N/A | 36 months | 36 months |
| You become entitled to Medicare | N/A | 36 months | 36 months |
| Your child no longer qualifies as a Dependent | N/A | N/A | 36 months |

## Notification

*If your Dependents lose coverage due to divorce, legal separation, or loss of Dependent status, you (or a family member) must notify the HR Info Center within 60 days of the event so that COBRA can be offered ...*

The HR Info Center will notify you by mail of your COBRA election rights when the qualifying event is a reduction in hours or termination of employment. You will receive instructions on how to continue your health care benefits under COBRA.

If your Dependents lose coverage due to divorce, legal separation, or loss of Dependent status, you (or a family member) must notify the HR Info Center within 60 days of the event so that COBRA can be offered and your election rights can be mailed to you. Also, to extend coverage beyond 18 months because of disability, notice of the Social Security Administration's determination must be provided during the initial 18-month COBRA period.

**Administrative -**    **18**
**Information**

## Election

It is the responsibility of you, your spouse or your Dependent children to contact the HR Info Center within 60 days of the event to elect continued participation under COBRA. You will have an additional 45-day period (after the 60-day election period) to pay any premiums you missed.

If you fail to contact the HR Info Center within 60 days of the qualifying event, you will not be eligible to elect COBRA.

If you elect COBRA continuation:

- Initially, you may keep the same level of coverage you had at the time of the event or choose a lower level of coverage (eg: Employee only, Employee + child, Employee + spouse, Employee + family).

- Coverage will be effective as of the date of the qualifying event.

- You may change coverage during the Open Enrollment period or if you experience a Qualified Family Status Change, as described in the FLEX Overview.

- You may enroll any newly eligible spouse or child under the usual plan rules.

*If you fail to contact the HR Info Center within 60 days of the qualifying event, you will not be eligible to elect COBRA.*

## Cost of Participation

COBRA participants must pay monthly premiums for their coverage:

- For Medical, Dental, Vision and Hearing Care coverage, premiums are based on the full group rate per covered person set at the beginning of the Plan year, plus 2% to cover administrative costs.

- Regular monthly premiums are due to the COBRA administrator (vendor) by the first of each month.

- Health Care Reimbursement Account contributions can be continued on an after-tax basis, plus the 2% administration fee.

- If you are disabled under the Social Security definition, COBRA premiums for months 19-29 reflect the full group cost per person, plus 50%.

## When COBRA Ends

COBRA coverage will end before the maximum continuation period if:

- a person who was covered under COBRA becomes covered under another group health plan not offered by the Company (providing the plan does not have pre-Existing Condition limitations affecting the covered person).

- you or your eligible Dependents become entitled to Medicare. Covered Dependents who are not entitled to Medicare can continue coverage under COBRA until the maximum continuation period is reached.

- you or your Dependent fail to make timely monthly payments. (Payments are due on the first day of each month.)

- the Company ceases to provide benefits to any Employee.

# THIRD PARTY LIABILITY

*... you agree in good faith to pursue a Claim against the responsible third party to recover medical benefits received under the plan for that Injury or Illness.*

In the event that you suffer an Injury or Illness caused by a third party, you agree in good faith to pursue a Claim against the responsible third party to recover medical benefits received under the plan for that Injury or Illness.

Any payments you receive from the third party will be used to repay the plan for benefits you have already received for the Injury or Illness. Any future plan benefits for the Injury or Illness will be reduced by the amount of any payments you receive or will receive in the future from the third party.

A reasonable apportionment of fees and costs you incur in pursuing a recovery from the third party may be deducted from amounts to be repaid to the plan.

The plan has the right to review any proposed settlement between you and the third party, and the plan has the express right to reject any settlement that does not adequately provide for the recovery of the plan's benefits paid or to be paid to you in connection with the Injury or Illness. You agree not to enter into any settlement with the third party which has been reasonably rejected by the plan.

**Administrative · Information**    **20**



# COURT ORDERS

## Qualified Domestic Relations Orders

Normally, you cannot assign, transfer or attach your benefits, nor may you use them as collateral for a loan.

However, pension regulations require retirement plans to obey court orders (such as divorce decrees) that require a portion of your pension benefits to be paid to a spouse, former spouse, child, or Dependent. If such an order is a Qualified Domestic Relations Order (QDRO) any such payments will not violate this requirement.

If you are involved in a divorce or custody proceeding where your pension benefit becomes an issue, contact the HR Info Center for more information about QDROs. The Plan Administrator must review a proposed QDRO to determine if it is qualified. Domestic relations orders will not be honored until that decision is made.

## Qualified Medical Child Support Orders

A Qualified Medical Child Support Order (QMCSO) is an order or judgment from a court that directs the Plan Administrator to cover your child for benefits under the Medical Plan or under the Dental, Vision and Hearing Care Plan. If the Plan Administrator receives such an order, you and each child listed in the order will be notified about further procedures to carry out the order. A QMCSO cannot create benefits or provide for eligibility that does not follow the terms of the Company's plan. If you have questions about a QMCSO, contact the HR Info Center.

# PENSION BENEFIT GUARANTY CORPORATION

The Employee Retirement Income Security Act (ERISA) requires certain types of retirement plans to be insured by the Pension Benefit Guaranty Corporation (PBGC). This federal corporation, established under ERISA, provides insurance for certain plan benefits in the case of plan termination.

Vested benefits under the Northern Telecom Inc. Retirement Plan for Employees are insured by the PBGC at the level in effect on the date of plan termination. However, if a plan has been in effect less than five years before it terminates or if benefits have been increased within the five years before it terminates, the entire amount of the plan's vested benefits or the benefit increase may not be guaranteed. In addition, there is a ceiling on the amount of monthly benefit that PBGC guarantees which is adjusted periodically.

The Northern Telecom Inc. Long Term Investment Plan is not insured by the PBGC.

For more information on PBGC insurance protection and its limitations, ask your Plan Administrator or the PBGC. Inquiries to the PBGC should be addressed to the Office of Communications, PBGC, 2020 K Street, N.W., Washington, D.C. 20006. The PBGC Office of Communications may also be reached by calling (202) 254-4817.

**Administrative · Information** 22

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's employee benefit plans, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

- examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents, including insurance contracts, and copies of all documents filed by the plans with the U.S. Department of Labor, such as annual reports and plan descriptions.

- obtain copies of all plan documents and other plan information upon written request to the Plan Administrator. The Plan Administrator may request a reasonable charge for the copies.

- receive a summary of the plans' annual financial reports. The Plan Administrator is required by law to furnish each participant with a summary of these annual reports.

- obtain a statement telling you whether you have a right to receive a pension at your normal retirement age under the Northern Telecom Inc. Retirement Plan for Employees or the Northern Telecom Inc. Long-Term Investment Plan and if so, what your benefit would be at normal retirement age if you were to stop working now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to earn one. This statement must be requested in writing and is not required to be given more than once a year. The statement must be provided free of charge.

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your employee benefit plans.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and solely in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your Claim for a benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Plan Administrator review and reconsider your Claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may seek assistance from the U.S. Department of Labor or file suit in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in federal or state court.

If it should happen that a plan fiduciary misuses plan money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your Claim is frivolous.

If you have questions about this statement or about your ERISA rights, you should contact the nearest area office of the Pension and Welfare Benefit Administration of the United States Department of Labor.

**Administrative ·**     **24**
**Information**

# PLAN DOCUMENTS

In accordance with the disclosure requirements of ERISA, this guide serves as a summary plan description of all the Company's employee benefit plans. As such, this information is a summary of your benefit plans; it does not replace the official plan documents or insurance contracts, which govern in all cases.

# FUTURE OF THE PLANS

Although the benefits currently available are described here, the Company reserves the right to change or end the plans at any time. Any plan changes will result from actions taken and approved by the Company. The Company's decision to change or end the plans may be due to changes in federal or state laws governing welfare benefits, the requirements of the Internal Revenue Code or ERISA, the provisions of a contract or a policy involving an insurance company, or any other reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this is not a legal document and does not constitute an implied or expressed contract or guarantee of employment.