**EXHIBIT 12**

**Northern Telecom Inc.**   Tel 615 734-4000
200 Athens Way
Nashville, TN 37228-1397



January, 1997

Nortel Benefits Eligible Employees:

We are pleased to present you with a copy of the new "Employee Benefits and Programs" handbook for non-bargaining unit employees. As an active, benefits eligible employee you are entitled to written information regarding the benefit plans offered by Northern Telecom Inc. This written information is commonly referred to as a "Summary Plan Description" (SPD). This handbook of SPD's has been designed to inform you of specific details as well as address questions you may have about your employee benefits.

This handbook was written and designed based on the benefit programs of the 1996 Plan Year. Even though you are receiving this handbook just after the start of the 1997 Plan Year, it is important to keep in mind that what is reflected in this version is **1996 Plan Year information.** Changes that have been made to Plan Year 1997 information will be sent to you as updated "inserts" to this binder at a later time. However, for now, you may refer to your 1997 FLEX Highlights brochure for information on how the plan has changed from the 1996 plan year to the 1997 plan year.

Information on the "Retirement Plan for Employees", the "Long Term Investment Plan" and the "Severance Plan" will be sent to you under separate cover in late 1997. The tabs for these 3 sections have already been included in this handbook. As mentioned, you will be sent other addendums or revised information periodically that will update this handbook in efforts to keep it current with each Plan Year. It is imperative that you insert or replace any pages you receive as you receive them so your handbook will remain as updated as possible.

We hope you find your "Employee Benefits and Programs" handbook informative and that you will consider it a valuable resource and reference tool.

If you have any questions regarding the information contained in this handbook or would like to request additional copies, please contact the Human Resources Information Center at (800) 676-4636.