**EXHIBIT 13**

Northern Telecom  Tel 615 734-4000
Northern Telecom Plaza  Twx 810 371-1206
200 Athens Way  Telex 554368
Nashville, TN 37228-1397

August, 1997

# N♦RTEL

U.S. FLEX Eligible Employees:

In January of this year a three ring binder entitled "Employee Benefits and Programs" was distributed to all U.S. FLEX eligible employees. This handbook contained various sections of information relating to your Nortel benefits for the 1996 Plan Year. (If you were hired on or after January 1, 1997 you should have received this handbook in the new employee orientation.) Below is information regarding an update to this handbook.

The "Employee Benefits and Programs" handbook included a dental/vision/hearing care section containing descriptive information about the program for the 1996 Plan Year. Changes that have been made to the 1997 Plan Year information are enclosed in a revised insert for your binder. **Please remove all of the existing 1996 Plan Year information on the dental/vision/hearing care plan from your binder and replace it with the enclosed 1997 information** so that your handbook will be accurate and up to date.

You will periodically be provided other updates or inserts to include in your handbook. It is imperative that you insert or replace any pages you receive as you receive them so that your handbook will be as current as possible. Information on the "Retirement Plan for Employees", the "Long Term Investment Plan" and the "Severance Plan" will be sent to you later this year for inclusion in this handbook.

We hope you find your Summary Plan Description's (SPD) to be an informative and useful tool. If you have any questions regarding the information contained in the enclosed SPD or would like to request additional copies of the handbook, please contact the Human Resources Information Center at (800) 676-4636.

Just for your information, in 1996 Nortel paid approximately $11.9 million dollars to provide dental benefits to over 22,000 U.S. employees and their enrolled dependents. Additionally, 84,000 dental expense reimbursement checks were issued in 1996 alone.

U.S. Corporate Benefits

NOR-HC-00003266