**EXHIBIT 14**

**NORTEL**
NORTHERN TELECOM

# flex benefits
### it's your call

HIGHLIGHTS

1997

# Easy Steps to 1997 Enrollment

Review this brochure, your personalized *1997 U.S. Enrollment Worksheet*, and any other materials you need to make your Northern Telecom (Nortel) benefits decisions.

Decide whether you should make changes to your benefit selections, participate in the Reimbursement Accounts, or change your status as a smoker or nonsmoker for life insurance purposes. *Note that coverage under the Dental, Vision and Hearing Care Options have changed significantly. Review these changes before making a decision about this coverage. See Page 2 of this brochure.*

**YES**

You must call the Telephone Enrollment System **between October 21 and November 4. There will not be a second enrollment period.**

- Complete your *1997 U.S. Enrollment Worksheet* to use as a guide.
- Refer to the *1997 Enrollment Workbook*, which can be reviewed electronically through Basic Services or obtained in paper copy at locations shown on an insert in this enrollment package. You may also call the HR Info Center at 1-800-676-4636 for a copy.
- If needed, the Provider Directories for Managed Care Options and HMOs are available at locations shown on the insert or through the HR Info Center.
- Call the Telephone Enrollment System at 1-800-545-0352 starting Monday, October 21, 1996, through Monday, November 4, 1996. Hours are 7 a.m. to 3 a.m. Sunday through Friday and 7 a.m. to midnight Saturday (Eastern time). Hearing-impaired employees may call the HR Info Center at 1-919-992-6914 weekdays between 8 a.m. and 7:30 p.m.
- Record your selections on the interactive voice response system. The required access code, employee number, and enrollment identification number are shown on your *1997 U.S. Enrollment Worksheet*.
- Call back and review selections or make other changes at any time before midnight on November 4.

**NO**

You do not need to call the Telephone Enrollment System. If you have a Dental, Vision and Hearing Care Option for 1996, you will remain in that option next year with the 1997 changes. If you are in the Premium Option or Comprehensive Option you will be locked into that coverage through 1998. Your other current selections will continue during 1997, and you will not participate in either Reimbursement Account. You will receive any excess FLEX Credits as taxable income.

Watch for your *Confirmation Statement* to arrive in the mail during the week of November 18. Check the information to ensure that it reflects the benefits you selected for 1997.

**YES**

Keep the *Confirmation Statement* for your records.

**NO**

Call the HR Info Center by 4:30 p.m. on November 27 with any corrections.

Return your *Nortel Generic Vendor Data Form* and/or your *Confirmation Statement* to the HR Info Center by November 27 if you need to update or correct the information. If you have chosen a higher level of life insurance, which requires an *Evidence of Insurability form*, return the form within 30 days to Prudential at the address shown on the form.

**Your new benefit coverage becomes effective on January 1, 1997.**

# Introduction

It's time to make your call to select the FLEX Benefits package that will best meet your needs in 1997. Each fall, you have the opportunity to review your current benefits, make changes to your FLEX Benefits selections, and enroll in the Reimbursement Accounts for the following calendar year.

These benefits are an important part of your total pay at Nortel. Taking a few minutes once a year to rethink your needs is important to you and to any family members you cover.

Please note that Nortel has increased your FLEX Credits for 1997. This change is another good reason to review your benefits. It's your call.

This brochure highlights the 1997 FLEX Benefits choices, plan changes, and enrollment steps. Please review this information along with your *1997 U.S. Enrollment Worksheet*, which shows your current benefits and your choices for 1997. Also enclosed for your reference is a comprehensive *Summary of Medical Benefits and Coverages*.

For more detailed information, please refer to the *1997 Enrollment Workbook*. The workbook is available electronically on Basic Services. (See the instructions for accessing Nortel's Basic Services on the insert included in this enrollment package.) If you don't have access to Basic Services, see the enclosed directions for obtaining a workbook and/or Provider Directories for the Managed Care and HMO Options. If your facility is not on the list, you may obtain a workbook or Provider Directory by calling the HR Info Center at 1-800-676-4636.

## A Quick FLEX Review

Nortel automatically covers you with the Core FLEX Benefits shown on page 2. Your coverage is partially based on your FLEX Earnings. FLEX Earnings include your base salary as of September 16, 1996. If you are eligible for sales incentives, FLEX Earnings also include target incentives, paid at 100% of annual objectives, as defined each year by Nortel. If you are a part-time employee working 20 to 34 hours per week, your FLEX Earnings are based on a 25-hour work week.

The cost of Core coverage, except for medical, is paid by Nortel. The company also provides you with FLEX Credits which you can use to purchase Core medical benefits *and/or* Optional FLEX Benefits. You may select the optional coverage that best suits your needs.

If the FLEX Benefits you select cost more than your FLEX Credits, you pay the difference through payroll deductions. If your FLEX Benefits cost less than your FLEX Credits, you receive any excess FLEX Credits as additional taxable income. The amount of FLEX Credits you will receive for 1997 is printed on your *1997 U.S. Enrollment Worksheet*.

## What's Changing?

**Changes Effective January 1, 1997:**

▽ **Credit Amount** – All Nortel FLEX-eligible employees will receive increased FLEX Credits for 1997. (See Page 8 for details.)

▽ **Excess Credits** – Before January 1, 1997, if you did not enroll in Optional Flex Benefits, you received Core FLEX Benefits. If you were eligible for them, your excess FLEX Credits were forfeited. Starting in 1997, the FLEX Benefits Program will pay you any excess FLEX Credits as taxable income.

▽ **Dental, Vision and Hearing Care** – Dental, Vision and Hearing Care Options have been revised to distinguish clearly among Basic, Comprehensive, and Premium coverage. The lock-in rule for current coverage has been waived so that you can choose new coverage for 1997. After you make your choice during this enrollment period, the two-year lock-in will again be applied to the Comprehensive and Premium Options. See the more detailed information about this change on Page 2. Please carefully compare your current coverage with the revised options to ensure that you keep or select the option that best meets your needs.

▽ Please refer to the *Summary of Medical Benefits and Coverages* for other coverage changes made to the Medical Plan.

1

## Your Core FLEX Benefits

The Optional FLEX Benefits selections supplement or replace the following company-paid Core FLEX Benefits:

▼ **Medical Coverage –**
**Employee Only**
Managed Care 80/60
(Network Area)
or
Comprehensive 300
(Non-Network Area)

▼ **Employee Life Insurance**
1 times FLEX Earnings

▼ **Employee Accidental Death & Dismemberment Insurance**
1 times FLEX Earnings (or a percentage of FLEX Earnings based on loss)

▼ **Business Travel Accident Insurance**
2 times FLEX Earnings coverage for full-time employees (minimum $100,000/maximum $300,000) (or a percentage of FLEX Earnings based on loss)
$100,000 coverage for part-time employees (or a percentage based on loss)

▼ **Short-Term Disability**
100% FLEX Earnings for up to six weeks
70% FLEX Earnings for up to the next 20 weeks

▼ **Long-Term Disability**
50% FLEX Earnings

## Dental, Vision and Hearing Care Option Changes

Beginning January 1, 1997, the Dental, Vision and Hearing Care Options have been redesigned to distinguish the options more clearly. You will still choose from three levels of coverage; however, the benefits provided under the Comprehensive and Premium Options have changed.

Option 1, the **Basic Option** provides a basic reimbursement level; it is intended for those with minimal dental, vision, and hearing care needs.

Option 2, the **Comprehensive Option** adds coverage for additional services and increases the amounts of some reimbursements.

Option 3, the **Premium Option** provides the highest reimbursement level for each covered service of the three options.

Please refer to the Dental, Vision and Hearing Care matrix on Page 5. Compare each option before you make a decision about this coverage.

Then, refer to your *1997 U.S. Enrollment Worksheet* for associated costs. The pricing for the options reflects the benefit changes.

If you wish to select new Dental, Vision and Hearing Care coverage, call the Telephone Enrollment System. If you do not call the Telephone Enrollment System during the enrollment period, you will continue with the same-named option you are currently enrolled in.

For example, if you are currently enrolled in the Comprehensive Option, you will continue in the Comprehensive Option for 1997 — even though benefit levels for that option have changed. In addition, you will be locked into that option through 1998.

Because these changes to the Dental, Vision and Hearing Care coverage are substantial, the two-year lock-in provision is being waived with respect to your current coverage. The two-year lock-in provision will reapply effective January 1, 1997, for those who elect the Comprehensive or Premium Options for 1997.

## Qualified Family Status Change

Most of your FLEX selections will remain in effect the entire calendar year, January 1 through December 31. Your Dental, Vision and Hearing Care selection will remain in effect for two plan years, unless you select the Basic Option or no coverage.

If you have a Qualified Family Status Change (QFSC), which is sometimes referred to as a life event change, you may be allowed to make certain changes in your coverage during the year.

A QFSC includes:

▼ Marriage

▼ Divorce or legal separation

▼ Birth, adoption, or change in custody of a dependent child

▼ Death of a spouse or dependent child

▼ Change in your employment status (from or to part-time or full-time)

▼ Change in your spouse's employment status (from or to part-time or full-time)

▼ Commencement or loss of your spouse's employment

▼ Certain work-related relocations where a Network Area is affected

▼ Child's loss of dependent status

The benefit selections you may make must be consistent with the change in family status. You must request the benefit change and document the qualifying event within 60 days of the occurrence. Otherwise, you will have to wait until the next annual enrollment period to make a change.

2