# What's Changed?

Changes Effective August 1, 1996

▼ **Personalized Credit Eligibility** — If you are a transferred, FLEX-eligible employee and you were working for Nortel on July 1, 1994, you are now eligible to receive personalized FLEX Credits. This change affects non-North American to U.S., as well as Canadian to U.S. transfers, bargaining unit to nonbargaining unit transfers, and employees whose service has been bridged with a continuous service date prior to July 1, 1994.

▼ **Domestic Partners** — If you transfer from a Nortel location outside the U.S., you may be immediately eligible to cover your domestic partner in the U.S. without the usual 12-month waiting period. You must have carried Nortel health coverage on your domestic partner for at least one year before your transfer. You will still be required to provide documents verifying domestic partnership. Call the HR Info Center for additional information before adding your domestic partner to Nortel health care benefits.

▼ **Cross-Border Transfer Defaults** — If you complete a cross-border transfer (Canada to U.S.) and you fail to enroll in new benefits coverage within 60 days of the effective transfer date, you will receive default (Core FLEX Benefits) coverage shown on page 2. You will maintain the same level of coverage (for example, You + Your Spouse or Domestic Partner Only) that you were enrolled in before the transfer.

▼ **In-Country Transfer Defaults** — If you complete an in-country transfer and you fail to enroll in new benefits coverage within 60 days of the effective transfer date, you will be defaulted to the Medical Option closest to the medical option you had before the transfer. For example, if you transferred from New York to Texas and you carried the CIGNA Managed Care 100/80 Option, you would be defaulted to Prudential Managed Care 100/80 Option in Texas. You will maintain the same level of coverage (for example, You + Your Child(ren) Only) you carried before the transfer. All other selections (life insurance, etc.) will remain the same as your choices before your transfer.

## If You Need a Provider Directory . . .

If you are eligible for a Health Maintenance Organization (HMO) or a Managed Care Option, you may wish to obtain a Provider Directory listing doctors available in the networks in your area. An insert showing locations where directories will be available is enclosed. If directories are not available, call the HR Info Center at 1-800-676-4636, and a directory will be made available to you. Please review the information and doctor listings in the Provider Directory for your area before the end of open enrollment on November 4.

## If You Need a 1997 Enrollment Workbook . . .

The *1997 Enrollment Workbook* contains more detailed information on benefit changes and the enrollment process. You may access the workbook electronically on your personal computer through Basic Services. Enclosed is a list of locations where the workbooks will be available.

# Your Choices For 1997

For more detail, refer to the enclosed *Summary of Medical Benefits and Coverages* and/or the *1997 Enrollment Workbook*.

## Medical Benefits

| Network Area | Option 0 (No Coverage) | Option 1 (Indemnity) | Option 2 (Managed Care 100/80) In-Network | Option 2 Out-of-Network | Option 3 (Managed Care 80/60) In-Network | Option 3 Out-of-Network | Option 4 (Managed Care EPO) Limited Availability |
|---|---|---|---|---|---|---|---|
| **DEDUCTIBLE** | | | | | | | |
| Annual Individual | — | $200 | $0 | $150 | $0 | $400 | N/A |
| Annual Family | — | $400 | $0 | $300 | $0 | $800 | N/A |
| Per Hospital confinement | — | — | $150 | $300 | — | — | $100 |
| **REIMBURSEMENT** | | | | | | | |
| Hospital | — | 100%[3] | 100%[4] | 80%[3,4] | 80% | 60%[1,3] | 100%[4] |
| Office Visits | — | 80%[2] | $15 Copay | 80%[1] (Preventive care is not covered out-of-network) | $15 Copay | 60%[1] (Preventive care is not covered out-of-network) | $10 Copay |
| **OUT-OF-POCKET MAXIMUM** (Plus deductible/copay) | | | | | | | |
| Individual | — | $1,500 | None | $2,000 | $1,500 | $3,500 | None |
| Family | — | $3,000 | None | $4,000 | $3,000 | $7,000 | None |
| Lifetime Medical Maximum | — | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 | Unlimited |

| Non-Network Area | Option 0 (No Coverage) | Option 1 (Indemnity) | Option 2 (Comprehensive 150) | Option 3 (Comprehensive 300) |
|---|---|---|---|---|
| **DEDUCTIBLE** | | | | |
| Annual Individual | — | $200 | $150 | $300 |
| Annual Family | — | $400 | $300 | $600 |
| **REIMBURSEMENT** | | | | |
| Hospital | — | 100%[3] | 80%[3] | 80%[1,3] |
| Office Visits | — | 80%[2] | 80%[1] | 80%[1] |
| **OUT-OF-POCKET MAXIMUM** (Plus deductible/copay) | | | | |
| Individual | — | $1,500 | $1,500 | $2,000 |
| Family | — | $3,000 | $3,000 | $4,000 |
| Lifetime Medical Maximum | — | $1,000,000 | $1,000,000 | $1,000,000 |

NOTES:
Eligibility for HMOs and Managed Care Networks is based on the area where you live. The networks available to you are listed on your *1997 U.S. Enrollment Worksheet*. One or more HMO options may also be available to you.

Refer to your *1997 U.S. Enrollment Worksheet* for the Medical Plan options specifically available to you. You may enroll for coverage for You Only, You + Your Child(ren) Only, You + Your Spouse or Domestic Partner Only, or You + Your Spouse or Domestic Partner + Child(ren).

You must call the HR Info Center for an affidavit to apply for your domestic partner's coverage prior to enrolling him/her for the first time. The cost of coverage for your domestic partner will be imputed income added to your gross earnings.

[1] Based on reasonable and customary limits and subject to deductible.
[2] Subject to deductible
[3] If precertified
[4] Less deductible per hospital confinement

### Network Medical Plan Names

You will find that plan names shown on your *1997 U.S. Enrollment Worksheet* are slightly different from the names shown in the Provider Directories. Here are the translations:

| Worksheet Plan Name | Provider Directory Plan Name |
|---|---|
| Managed Care EPO | Prudential Health Care HMO |
| Managed Care 100/80 | Prudential Health Care POS |
| Managed Care 80/60 | Prudential Health Care POS |
| Managed Care EPO | CIGNA Exclusive Provider Program |
| Managed Care 100/80 | CIGNA Designated Provider Program |
| Managed Care 80/60 | CIGNA Designated Provider Program |
| CIGNA HMO | CIGNA Exclusive Provider Program |

4

## Dental, Vision and Hearing Care

| | Option 0 (No Coverage) | Option 1 (Basic) | Option 2 (Comprehensive) | Option 3 (Premium) |
|---|---|---|---|---|
| **REIMBURSEMENT LEVEL** | | | | |
| Preventive Dental Services | — | 80% | 100% | 100% |
| Minor Dental Services | — | 80% | 80% | 100% |
| Major Dental Services | — | Not Covered | 50% | 80% |
| Orthodontic Services | — | Not Covered | 50% | 50% |
| Vision Care | — | 80% | 80% | 100% |
| Hearing Care | — | 80% | 80% | 100% |
| **MAXIMUM BENEFITS** | | | | |
| Annual Dental Maximum (excluding orthodontia) | — | $500/person | $1,500/person | $1,500/person |
| Lifetime Orthodontia Maximum | — | N/A | $1,500/person | $2,500/person |
| Vision Care Maximum | — | $100/person every 24 months | $200/person every 24 months | $250/person every 24 months |
| Hearing Care Maximum | — | $250/person every 24months | $300/person every 24 months | $500/person every 24 months |

NOTES:
Dental, Vision and Hearing Care coverage has changed significantly. For that reason, any lock-in you are currently subject to has been waived for this enrollment period.

Coverage is available to You Only, You + Your Child(ren) Only, You + Your Spouse or Domestic Partner Only, or You + Your Spouse or Domestic Partner + Child(ren). Dental charges are subject to reasonable and customary limits.

Option 2 (Comprehensive) and Option 3 (Premium) require a two-year enrollment. During the plan years beginning 1/1/97 and 1/1/98, you will be locked into the option you choose now. You may not change your option. You may only add or delete dependent coverage if you have a qualified family status change. You must request the addition or deletion and document the qualifying event within 60 days of the occurrence. Again, you may not make changes (including adding or deleting dependents) during open enrollment for 1998 if you select Option 2 or Option 3 in 1997. Please refer to your *1997 Enrollment Workbook* for details.

The Vision Care and Hearing Care maximum 24-month accumulation periods now both run on a calendar-year basis and reset at the beginning of odd-numbered years regardless of when you enroll. The Vision Care maximum applies to frames and lenses, including contact lenses.

## Reimbursement Accounts

| | |
|---|---|
| Health Care | Contribute $120 - $5,200 annually |
| Dependent (Day) Care | Contribute $120 - $5,000 annually |

NOTES:
If you want to participate in the Health Care and/or Dependent (Day) Care Reimbursement Accounts, you must enroll for 1997 even if you are not changing your 1996 contribution amount. If you do not call the Telephone Enrollment System, you will not be able to participate in a Reimbursement Account in 1997 unless you have a qualified family status change.

## Disability

| | Option 0 | Option 1 |
|---|---|---|
| Short-Term Disability | Core Benefit Only | Raises 70% Core Benefit to 90% for the 7th to 26th weeks of disability |
| Long-Term Disability | Core Benefit Only | Raises 50% Core Benefit to 70% |

NOTES:
If you are on disability leave on January 1, 1997, you will continue to receive disability benefits under your 1996 coverage (and pay the applicable payroll deductions) until you have returned to work for 14 days for Short-Term Disability (STD) or 30 days for Long-Term Disability (LTD). Then, payroll deductions and coverage for any newly selected options will begin.

## Life Insurance

| | Option 0 | Option 1 | Option 2 | Option 3 | Option 4 | Option 5 |
|---|---|---|---|---|---|---|
| EMPLOYEE LIFE | Core Coverage Only | 1 x FLEX Earnings* | 2 x FLEX Earnings* | 3 x FLEX Earnings* | 4 x FLEX Earnings* | 5 x FLEX Earnings* |

| | Option 0 | Option 1 | Option 2 | Option 3 |
|---|---|---|---|---|
| DEPENDENT LIFE Spouse | No Coverage | $10,000 | $25,000 | $50,000 |
| Children | No Coverage | $10,000 per child (Children 14 days to 6 months old are covered at $1,000) | | |

*Refer to Page 1 for a definition of FLEX earnings.

NOTES:
Life insurance rates for 1997 are based on your age as of December 31, 1997, and on whether or not you smoke. Because of the effect smoking has on health, nonsmokers pay lower rates for Optional Employee Life Insurance than smokers pay. You are eligible for the nonsmoking rate in 1997 if you have not smoked or used a tobacco product since January 1, 1996.

If you smoke, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary may risk a life insurance claim denial in the future.

If you want to increase your Employee Life Insurance coverage or choose to increase your Spouse Life Insurance coverage to $50,000, evidence of insurability must be approved before new coverage will be effective. *Evidence of Insurability* forms will be sent with your *Confirmation Statement*.

# Your Other Benefits at Nortel

In addition to FLEX Benefits, Nortel provides retirement benefits and a wide range of benefits and services. Take a look:

## RETIREMENT BENEFITS

▽ Long-Term Investment Plan
  – Save 1-15% of your pay pre-tax.
  – Nortel matches 60% of the first 6% of your savings.
  – Invest in one or more of nine investment funds.

▽ Retirement Plan
  – Provides a benefit when you retire.
  – Amount is based on your service and salary.

## TIME OFF WITH PAY

▽ Vacation

▽ Holidays

## LEAVE OF ABSENCE FOR ELIGIBLE EMPLOYEES

▽ Leave of Absence
  – Provides time off for specific, urgent circumstances, such as bereavement, military leave, jury duty, or personal needs.

▽ Unpaid Family Care Leave of Absence
  – Provides time off for up to one year to care for a newborn or newly adopted child or a seriously ill family member.

## OTHER BENEFITS

▽ Adoption Expenses Reimbursement Program
  – Pays up to $2,500 toward eligible expenses in adopting a child.

▽ Educational Assistance
  – Reimburses up to $6,000/year for eligible courses, plus books and fees.

▽ Hospital Audit Reward Program
  – Provides possible cash reward for Managed Care and Indemnity Plan participants for finding hospital billing errors.

▽ Matching Gifts Program
  – Your cash gift to an eligible college or university is matched ($50 to $5,000 per year) by the company.

## OTHER SERVICES

▽ Child Safety Seat Reimbursement
  – Provides reimbursement of up to $30 for the purchase of an approved child safety seat for a newborn or newly adopted child in lieu of flowers.

▽ Mortgage Services Program

▽ Payroll Direct Deposit

▽ Savings Bonds
  – You can purchase U.S. Savings Bonds through payroll deductions.

▽ Homeowners/Auto Insurance Program
  – See insert for details.





7

# Flex Credit Increase for 1997

As you review your *1997 U.S. Enrollment Worksheet*, you will note that Nortel is allocating more FLEX Credits for your use in 1997. In July 1994, when the FLEX Benefits Program began, the company made a commitment to review FLEX Credit amounts regularly. That review has occurred each year. As a result of this year's review, you will have additional credits, starting January 1, 1997. The company will continue to monitor FLEX Credit allocations and make decisions about any future *ad hoc* additions as appropriate.

Your FLEX Credits include a flat-dollar amount plus, if you were an active U.S. FLEX-eligible employee before July 1, 1994, an additional personalized amount based on your FLEX Earnings, your age as of January 1, 1994, and the benefits you were enrolled in on June 30, 1994. Eligibility criteria for the personalized FLEX Credits has been expanded to include employees who did not become eligible for FLEX Benefits until after July 1, 1994, but who have a continuous service date with Nortel before July 1, 1994.

## High Scores for Nortel Benefits in FLEX Audit

In November 1995, Nortel asked an independent benefits consulting company to conduct an audit of how the FLEX Benefits Program compares with the programs of 14 competing companies. The audit shows that Nortel's program ranked second overall in the U.S. among surveyed companies. The total benefit value of the Nortel program exceeded the median values of the surveyed group by 12% to 25%.

## Focus on Cost

Nortel continues to experience significant increases in health care benefit costs. The cost for the indemnity plans has increased by a rate of 50% higher than costs for the managed care plans. Unit costs for benefits other than health care benefits (such as life and disability insurance) have remained the same since 1994. Nortel continues to work with other large employers, professional associations, suppliers, insurers, and elected officials from all levels of government to preserve affordable, sustainable, and appropriate health care benefits.

Nortel's goal continues to be to pay most of the cost — approximately 80% — to provide a standard level of medical coverage for full-time employees. However, as costs continue to rise, Nortel must continue to share some of the increases with employees. As you make your choices for next year, remember that you and Nortel share the cost of benefits, including any price increases. Through FLEX, you make the call to choose the benefits that best meet your needs and fit your budget.

# If You Do Not Call the Telephone Enrollment System by November 4 . . .

- You will keep your current coverage, and you will receive any excess FLEX Credits as taxable income.
- The Dental, Vision and Hearing Care Option that you currently carry (Basic, Comprehensive, or Premium) will continue under the new revised plan design. (See page 2.) If you are currently enrolled in the Comprehensive or Premium Option, you will be locked into that option for the 1997 and 1998 plan years.
- You will not be able to participate in the Reimbursement Accounts for 1997.

Remember, if you are an eligible employee and you have never enrolled in Nortel FLEX Benefits, you will continue to receive default coverage — Core FLEX Benefits only. (Your FLEX Credits will be used to pay for Core medical benefits.) If you are eligible for excess FLEX Credits, you will receive them as taxable income. You will continue to receive only Core FLEX Benefits until you call to enroll during an annual enrollment period or you have a qualified family status change that you report and provide documentation for within 60 days for the purpose of changing benefit coverage levels.

## Did You Know?

Your medical, dental, vision, and hearing care benefits are self-insured by Nortel. You send your claims to a claims administrator for reimbursement, but Nortel ultimately receives a bill for all of those claims. This method of funding benefits has a direct impact on the bottomline. It's not an anonymous insurance company paying those costs. It's your company.

## Dates to Remember

| Date | Event |
|---|---|
| October 21 – November 4, 1996 | Telephone Enrollment System open |
| November 15 –18, 1996 | Confirmation Statements mailed to home address |
| November 27, 1996 | Deadline for Confirmation Statement corrections and submitting the Nortel Generic Vendor Data Form |
| January 1, 1997 | New coverage begins |
| January 3, 1997 | New payroll deductions begin |
| January 1 – 15, 1997 | New ID cards are mailed if you made changes or have new dependent information requiring a new ID card |

This brochure provides only a summary of some of Nortel's benefit plans. The actual plan documents govern the details of coverage in benefits in all cases. While Nortel hopes to continue the benefit plans described in this brochure, it reserves the right to change, amend, and reduce or even terminate any of these plans at any time without prior notice to, or consent by, employees. This brochure does not constitute a contract of employment between Nortel and any employee.

US Info Center Dept 1094/RTP
4001 East Chapel Hill-Nelson Hwy
PO Box 13010
Research Triangle Park NC 27709-3010
1-800-676-4636
1-919-992-6914 (TDD)

# NORTEL
NORTHERN TELECOM



US