**<u>EXHIBIT 16</u>**

Disability

# IN THIS SECTION

INTRODUCTION ............................................................................................................... 1

PLAN HIGHLIGHTS ......................................................................................................... 2

ELIGIBILITY ..................................................................................................................... 3

PARTICIPATION .............................................................................................................. 4
    Core FLEX Benefits ..................................................................................................... 4
    Optional FLEX Benefits .............................................................................................. 4
    If You are on Disability During an Open Enrollment Period ...................................... 4

WHEN COVERAGE BEGINS ........................................................................................... 6
    Core FLEX Benefits ..................................................................................................... 6
    Optional FLEX Benefits .............................................................................................. 6
    Delay of Effective Date ................................................................................................ 6

CHANGING YOUR SELECTIONS .................................................................................. 7

COST OF COVERAGE ...................................................................................................... 7

FLEX EARNINGS .............................................................................................................. 8

SHORT-TERM DISABILITY (STD) BENEFITS ............................................................. 9
    STD Benefit Amount .................................................................................................. 9
    Extension of Benefits Due to Part-Time Employment ................................................ 9
    Definition of Disability ............................................................................................. 10
    When Benefits Begin and End .................................................................................. 10
    If You are Disabled Again ......................................................................................... 10
    Reduction of Benefits Due to Other Income ............................................................ 11
    Exclusions ................................................................................................................. 13

LONG-TERM DISABILITY (LTD) BENEFITS ................................................................. 14

    LTD Benefit Amount .......................................................................................... 14

    Definition of Disability ...................................................................................... 14

    When Benefits Begin and End .......................................................................... 15

    If You are Disabled Again .................................................................................. 16

    Waiver of Premium ........................................................................................... 17

    Reduction of Benefits Due to Other Income .................................................. 17

    Approved Rehabilitation Program .................................................................... 19

    Cost of Living Adjustment ................................................................................ 20

    Exclusions .......................................................................................................... 20

OCCUPATIONAL DISABILITY BENEFITS ................................................................. 21

WHEN COVERAGE ENDS .......................................................................................... 22

OTHER IMPORTANT INFORMATION ...................................................................... 23

    A Note About State Disability Laws ................................................................ 23

    Limits on Assignments ...................................................................................... 23

    Errors in Payment ............................................................................................. 23

ADMINISTRATIVE INFORMATION .......................................................................... 23

# *Short-Term and Long-Term Disability Plan*

# INTRODUCTION



Your disability benefits are designed to continue all or part of your income if you are unable to work due to Illness or Injury. In addition to the Short-Term Disability (STD) and Long-Term Disability (LTD) coverage provided to you by the Company as part of your Core FLEX Benefits, FLEX gives you the option to select supplemental coverage in these areas.

This is a brief description of the various options the Company has designed for your review and selection. Please read the description carefully to understand the options the Company is offering to you.

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Short-Term and Long-Term Disability Plans can be found in the plan document. If there is a difference between the information in this summary and the plan document, the plan document will govern. In no case does this document indicate or guarantee any right of future employment.

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

*Core STD Benefit*

100% of FLEX Earnings for up to 6 weeks of disability, then 70%* for up to the next 20 weeks of disability

*Supplemental STD Benefit*

Raise 70% Core Benefit to 90% of FLEX Earnings for the 7th to 26th week of disability

## Long-Term Disability (LTD)

*Core LTD Benefit*

50%* of FLEX Earnings after 26 weeks of disability

*Supplemental LTD Benefit*

Raise 50% Core Benefit to 70% of FLEX Earnings after 26 weeks of disability

*\* or statutory minimum (if greater)*

# ELIGIBILITY

You are eligible for the Short-Term Disability (STD) and Long-Term Disability (LTD) plans if you are a regular Employee of the Company and its Affiliates in one of the following categories:

- a full-time Employee who is regularly scheduled to work at least 35 hours per week

- a part-time Employee who is regularly scheduled to work between 20-37.5 hours per week

If you are a member of a bargaining unit, you are not eligible for Short-Term or Long-Term Disability benefits unless specified in the collective bargaining agreement.

---

# PARTICIPATION

STD and LTD benefits are available on your Hire Date provided you turn in an enrollment form when required and make the applicable Employee contributions.

STD and LTD benefits are mutually exclusive and each plan pays benefits independent of the other. Under no circumstances will STD and LTD benefits be paid concurrently.

## Core FLEX Benefits

*You do not need to enroll for Core STD or Core LTD coverage.*

You do not need to enroll for Core STD or Core LTD coverage.

## Optional FLEX Benefits

*You may increase the amount of your Core STD and Core LTD coverage by electing Supplemental STD and Supplemental LTD coverage.*

You may increase the amount of your Core STD and Core LTD coverage by electing Supplemental STD and Supplemental LTD coverage. You must enroll for Supplemental STD and Supplemental LTD coverage within 60 days of being eligible, during an Open Enrollment period or within 60 days of a Qualified Family Status Change (as described in the FLEX Overview on page 10).

## If You are on Disability During an Open Enrollment Period

### STD

If you are on STD during an Open Enrollment period, and you are still on STD when your newly selected coverage is supposed to begin, the following provisions apply:

- You will receive FLEX Credits and may change your FLEX Benefits selections, including your Supplemental STD and/or Supplemental LTD selections.

- You will continue to be eligible for disability benefits under your current plan selections. Should you become eligible for LTD, your benefits would be paid under the provisions of your current LTD plan selection. Once you return to Active Work for two consecutive weeks, you will be covered under your new selections and any Payroll Deductions for the new coverage will begin.

## *LTD*

If you are on LTD during an Open Enrollment period, you will not be eligible to enroll in STD or change your current LTD selection. (However, Medical, Dental, Vision and Hearing Care, Life and AD&D benefits will continue to be available to you.) In addition, the following provisions apply:

- You may change your Medical, Dental, Vision and Hearing Care and Dependent Life Insurance selections.

- You will continue to be eligible for Long-Term Disability benefits under your current plan selection. The cost of Supplemental STD and Supplemental LTD coverage is based on your salary as of the administrative preparation period just prior to the Open Enrollment period of the preceeding year.

- Once you return to Active Work for 30 days, you may change your enrollment selections since this is considered a Qualified Family Status Change. Your newly selected coverage will be effective according to plan provisions.

# WHEN COVERAGE BEGINS

## Core FLEX Benefits

*Core Short-Term
Disability and Core
Long-Term Disability
coverage is automatically effective on the
first day you are
Actively at Work as a
new Employee.*

Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.

## Optional FLEX Benefits

You may enroll for Supplemental STD and Supplemental LTD coverage within 60 days of the date you first become eligible as a new Employee, during an Open Enrollment period or within 60 days of a Qualified Family Status Change (as described in the FLEX Overview section on page 10).

Your coverage will begin as follows:

| *If you enroll and pay the required contribution...* | *Your coverage will be effective on...* |
| --- | --- |
| Within 60 days of your Hire Date | Your Hire Date |
| Within 60 days of a Qualified Family Status Change | The Effective Date of the status change |
| During Open Enrollment | The first day of the Plan Year, normally January 1 |

If you do not enroll under any of the above circumstances, you will be covered under Core STD and Core LTD only, and you must wait until an Open Enrollment period (or experience a Qualified Family Status Change) to make a Supplemental STD or Supplemental LTD  selection.

## Delay of Effective Date

If you are disabled and away from work on the date you would otherwise first become covered as a new Employee, your coverage will not start until you are Actively at Work.

# CHANGING YOUR SELECTIONS

Your Supplemental STD and Supplemental LTD selections remain in effect for the entire Plan Year. You will not be able to change your selections during the Plan Year unless you experience a Qualified Family Status Change as described in the FLEX Overview section on page 10.

# COST OF COVERAGE

The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Supplemental STD and Supplemental LTD coverage with FLEX Credits or before-tax Payroll Deductions.

*The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Supplemental STD and Supplemental LTD coverage with FLEX Credits or before-tax Payroll Deductions.*

# FLEX EARNINGS

*FLEX Earnings are your base salary.*

*If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives paid at 100% annual objectives, as defined each year by the Company (excluding bonuses).*

FLEX Earnings are your base salary. FLEX Earnings do not include other types of pay, including, but not limited to, overtime, shift differential or relocation payments or bonuses. If you are a part-time Employee regularly working 20 to 34 hours per week, your FLEX Earnings are based on a 25-hour work week. If you are a part-time Employee regularly working 35 to 37.5 hours per week, your FLEX Earnings are based on a 40-hour work week. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives paid at 100% annual objectives, as defined each year by the Company (excluding bonuses).

If your FLEX Earnings change during the Plan Year, related FLEX Payroll Deductions and FLEX Credits will not change during the year since these deductions and credits are based on your FLEX Earnings as of the administrative preparation period just prior to the Open Enrollment period of the preceding year. If your FLEX Earnings increase during the year, pay-related benefits will be based on your FLEX Earnings at the time of your disability. However, if your FLEX Earnings decrease during the year, pay-related benefits will be based on your FLEX Earnings as of the administrative preparation period just prior to the Open Enrollment period of the preceding year.

# SHORT-TERM DISABILITY (STD) BENEFITS

STD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## STD Benefit Amount

### Core STD Benefit

The plan pays a weekly benefit of 100% of your FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period. After that, the plan pays 70% of your FLEX Earnings for up to the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11-13.

*The plan pays a weekly benefit of 100% of your FLEX Earnings for up to six weeks of your disability ...*

### Supplemental STD Benefit

Supplemental STD increases your coverage so that the plan pays 100% of your FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period, then 90% of your FLEX Earnings for up to the next 20 weeks. Supplemental STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11-13.

## Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis while you are still eligible for STD benefits equal to 100% of your FLEX Earnings, you will receive your full wage for the period that you work plus the applicable STD benefit for the period you receive disability benefits. Since your return to work on a part-time basis will decrease the STD benefit amount you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your FLEX Earnings.

*... you will receive your full wage for the period that you work plus the applicable STD benefit for the period you receive disability benefits.*

*You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury.*

*This means that you cannot perform the work you were normally performing at the time of your disability. In addition, you must be under the regular care of a Physician.*

*STD benefits begin on the sixth consecutive working day of your disability due to Illness or Accident. These benefits end when you are no longer Totally Disabled or have received 26 weeks of STD benefits.*

# Definition of Disability

You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury. This means that you cannot perform the work you were normally performing at the time of your disability. In addition, you must be under the regular care of a Physician.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

You must provide written proof of your Total Disability to Northern Telecom Inc. Health Services. Health Services will make the final determination of disability. Independent Medical Evaluations (IMEs) may be required in order to arrive at this final determination.

# When Benefits Begin and End

STD benefits begin on the sixth consecutive working day of your disability due to Illness or Accident. These benefits end when you are no longer Totally Disabled or have received 26 weeks of STD benefits.

# If You are Disabled Again

If you are Totally Disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than two consecutive weeks since you were Totally Disabled or
- you have not returned for one day of full-time Active Work between the two disability periods

For example, you have received STD benefits for 10 weeks, and you…

1. return to Active Work for one week before the same Illness requires you to stay at home again. In this case, benefits continue under the previous Claim for the rest of the 26-week period.

2. return to Active Work for three weeks, then the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

3. return to Active Work for one day, then a new Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

# Reduction of Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)
- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)
- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:
  - unemployment compensation benefits
  - no-fault wage replacement benefits
  - statutory disability benefits

*… the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.*

- Social Security benefits, the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to weekly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

*It is your responsibility to complete any required applications, such as for Social Security benefits ...*

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security benefits, you are expected to pursue, in a timely and diligent manner, each of the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan may estimate your weekly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 15 of the Administrative Information section.

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, this plan may either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments.

# Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion
- occupational disabilities. Occupational disabilities are those caused by:
  - an Injury arising out of, or in the course of, any employment for wage or profit, or
  - a disease covered under a Workers' Compensation law, occupational disease law or similar legislation

*STD benefits will not be paid for any disability resulting from:*

- *intentionally self-inflicted injuries*
- *your participation in the commission of an assault or felony*
- *war or any act of war*
- *occupational disabilities.*

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 50% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks. Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $50.

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

### Supplemental LTD Benefits

Supplemental LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks. Supplemental LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $100.

## Definition of Disability

*During the first 24 months of a covered Total Disability ... you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 24 months of a covered Total Disability (after the 26-consecutive week waiting period), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.

After the first 24-month period of covered Total Disability (after the 26-consecutive week waiting period), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

# When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period, provided that you give written proof of your Total Disability satisfactory to the Claims Administrator before the end of the 26-consecutive week waiting period. Otherwise, monthly LTD benefits may be delayed up to the day six months after the date you provide written proof of your Total Disability.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You go back to work (other than an approved rehabilitation program).

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the following chart.

*After the first 24-month period of covered Total Disability you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period ...*

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

# If You are Disabled Again

Once a period of Total Disability has ended, any new period of Total Disability will be treated separately. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than three consecutive months since your first disability.

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable after a new 26-week waiting period.

# Waiver of Premium

While you are receiving LTD benefits, you will not be required to pay premiums for any Supplemental LTD or Optional Employee Life Insurance coverage you have selected.

# Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  – unemployment compensation benefits

  – no-fault wage replacement benefits

  – statutory disability benefits

  – Social Security benefits, the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

*While you are receiving LTD benefits, you will not be required to pay premiums for any Supplemental LTD or Optional Employee Life Insurance coverage you have selected.*

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

*It is your responsibility to complete any required applications, such as for Social Security benefits …*

In the case of Social Security, you are expected to pursue the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan may estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan may either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

# Approved Rehabilitation Program

While you are receiving LTD benefits, you may take part in an "approved rehabilitation program" to help you get back to work. An approved rehabilitation program is:

- a program of vocational rehabilitation, or

- a period of part-time work with the Company for purposes of rehabilitation, approved by the Claims Administrator. This period will begin when the Claims Administrator approves such program in writing and will end when the Claims Administrator withdraws its approval.

With the Claims Administrator's approval, you may continue to receive LTD benefits for a limited time while on an approved rehabilitation program. During this period, your regular monthly LTD benefit will be reduced by 80% of your earnings from your rehabilitative job. Here is an example:

*... you may continue to receive LTD benefits for a limited time while on an approved rehabilitation program.*

| Monthly LTD Benefit From The Plan | Rehabilitative Earnings | 80% Reduction | Net LTD Benefit From This Plan |
|---|---|---|---|
| $1,600 | $300 | $240 | $1360 |

If this plan determines that a program that should make you self-supporting is within your ability, the plan may pay certain expenses of a vocational rehabilitation program at the discretion of the Plan Administrator. If this benefit applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program. The maximum payment is $10,000.

*... your regular monthly LTD benefit will be reduced by 80% of your earnings from your rehabilitative job.*

# Cost of Living Adjustment

*The current LTD plan ... provides a cost of living adjustment for LTD benefits. This adjustment applies to your Core and Supplemental LTD benefits each year after the first year of Long-Term Disability.*

The current LTD plan which began July 1, 1994 provides a cost of living adjustment for LTD benefits. This adjustment applies to your Core and Supplemental LTD benefits each year after the first year of Long-Term Disability. This adjustment increases your total LTD benefit by 60% of the annual Consumer Price Index increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the Consumer Price Index increases by 4%, your benefit will increase 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one year anniversary date that your LTD benefit began.

# Exclusions

*LTD benefits will not be paid for any disability which is in any way caused by the following:*

- *intentionally self-inflicted injuries*
- *your participation in the commission of an assault or felony*
- *war or any act of war*
- *a Pre-Existing Condition ...*

LTD benefits will not be paid for any disability which is in any way caused by the following:

- intentionally self-inflicted injuries
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion
- a Pre-Existing Condition, as described below

## Pre-Existing Conditions Exclusion

If you are a newly hired Employee, you will not be covered for 12 months after coverage is effective for any disability caused or in any way related to a condition existing within 90 days of your coverage Effective Date.

A "Pre-Existing Condition" is an Illness, Injury or condition for which you:

- received treatment or services from a Physician
- took drugs or medicines prescribed by a Physician
- incur expenses or
- receive a diagnosis

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may also be payable to you for a Total Disability which is an Occupational Disability as defined below. This benefit is provided on the same terms as the benefit for a non-occupational (non-employment related) disability. The amount of disability benefits payable, however, is equal to the excess of the non-occupational disability benefit over the benefits payable under any Workers' Compensation law, occupational disease law or similar legislation.

Occupational Disabilities are those caused by:

- an injury arising out of, or in the course of, any employment for wage or profit or

- a disease covered with respect to such employment by any Workers' Compensation law, occupational disease law or similar legislation.

*Disability benefits may also be payable to you for a Total Disability which is an Occupational Disability …*

# WHEN COVERAGE ENDS

LTD and STD coverage will end on the earliest of the following dates:

- the date your employment ends or you stop qualifying for coverage or
- the date the part of the plan providing the coverage ends or
- the date you fail to pay the required premium or contribution or
- the date you begin an unpaid leave of absence.

For coverage purposes, your employment will end when you are no longer an active full-time or part-time Employee. However, the Company may consider you as still an active Employee during certain types of approved leaves of absence. For example, if you are on an unpaid medical leave of absence because of Injury or Illness, your coverage may be continued.

If you stop Active Work for any reason, you should contact the Company at once to determine what arrangements, if any, can be made to continue any of your coverage.

# OTHER IMPORTANT INFORMATION

## A Note About State Disability Laws

In certain locations, state mandated disability plans supersede the Company's plan. As a result, applicable state disability law may alter the provisions described in this summary.

*… applicable state disability law may alter the provisions described in this summary.*

## Limits on Assignments

Benefits under the plan may be assigned only as a gift assignment. The Claims Administrator will not:

- be responsible for determining the validity of a purported gift assignment *or*
- be held to know about an assignment unless it has received a copy of it.

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under this plan or any other Company welfare plan.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file claims and appeal denied claims, where to get more information, your ERISA rights and how the Company may amend the plan.