**<u>EXHIBIT 19</u>**



Replace with Administrative Information Tab

# IN THIS SECTION

INTRODUCTION ................................................................................................................ 1

WHOM TO CALL ............................................................................................................... 2

ADMINISTRATIVE INFORMATION .............................................................................. 3
    Plan Year ........................................................................................................................ 3
    Plan Administrator ......................................................................................................... 3
    Employer Identification Number .................................................................................. 3
    Agent for Service of Legal Process ............................................................................... 4
    Plan Identification ......................................................................................................... 5

MEMBER SERVICES ......................................................................................................... 7

ABOUT DOMESTIC PARTNERS ..................................................................................... 9
    Eligibility ....................................................................................................................... 9
    Enrolling Your Domestic Partner ............................................................................... 10
    Changes in Circumstances .......................................................................................... 11

CLAIMING BENEFITS ................................................................................................... 12
    Filing Claims ............................................................................................................... 12
    Appealing a Claim After a Final Denial ..................................................................... 13

YOUR RIGHTS UNDER COBRA ................................................................................... 14
    COBRA Participation .................................................................................................. 14
    COBRA Continuation Period ..................................................................................... 15
    Notification .................................................................................................................. 16
    Election ........................................................................................................................ 16
    Cost of Participation .................................................................................................... 17
    When COBRA Ends .................................................................................................... 17
    Right to Certificate of Health Coverage ..................................................................... 18

THIRD PARTY LIABILITY .............................................................................................. 19

COURT ORDERS ........................................................................................................... 19

    Qualified Domestic Relations Orders ................................................................... 19

    Qualified Medical Child Support Orders ............................................................. 20

PENSION BENEFIT GUARANTY CORPORATION ................................................. 20

YOUR RIGHTS UNDER ERISA .................................................................................. 21

PLAN DOCUMENTS .................................................................................................... 23

FUTURE OF THE PLANS ............................................................................................. 23

*Administrative Information*



# INTRODUCTION

This section contains information on the administration of FLEX Benefits, contacts you may need in certain situations and your rights as a plan participant. Each plan is part of "FLEX Benefits" and is a separate plan with different administration.

Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the binder.



# WHOM TO CALL

## *If you have questions about...*    *you should contact...*

- General benefits issues

  InfoCenter
  P.O. Box 13010, Mailstop 11A010B5
  Research Triangle Park, N.C. 27709

  Overnight Delivery
  Address:

  4400 Emperor Boulevard, Mailstop 11A010B5
  Morrisville, N.C.  27560
  (919) 992-4636 or (800) 676-4636;
  hearing impaired call (919) 992-6914

- How to get forms

  InfoCenter at (919) 992-4636 or
  (800) 676-4636. Hearing impaired call
  (919) 992-6914. For Long-Term Investment
  Plan forms, contact the Plan's Service
  Network at (800) 726-0026. Forms are also
  available on the Services@Work website.

- Network Physicians
  or covered medical
  expenses

  Refer to your medical I.D. card, OR contact
  Member Services (see chart on
  pages 7–8 identifying plan name, address and
  phone number), OR contact the InfoCenter
  at (919) 992-4636 or (800) 676-4636;
  hearing impaired call (919) 992-6914

- Claims

  Claims Administrator for the Plan named in
  column 5 of the chart on pages 5–6

- Final appeal of
  denied Claims

  Nortel Networks Inc. Employee
  Benefits Committee (EBC)
  c/o Benefits Department #8426
  200 Athens Way
  Nashville, TN 37228-1397
  (615) 734-4000

# ADMINISTRATIVE INFORMATION

## Plan Year

The Plan Year is January 1 to December 31.

## Plan Administrator

Nortel Networks Inc. ("Company") is the Plan Administrator. The Company has delegated various responsibilities for plan administration to other entities or specific departments within the organization. The InfoCenter provides basic information to Employees regarding vendors of benefit services and enrollment processes. Some of the Claims Administrators are outside vendors that have been contracted to provide administrative services as well as process Claim reimbursements. The Claims Administrators are listed on the chart on pages 5-6. The Health Services Department manages Short-Term Disability (STD) cases. The Employee Benefits Committee (EBC) is the final authority to review denied Claims. Should you need to contact the Plan Administrator or the Employee Benefits Committee, refer to the following address:

> Attn: Benefits Department, #8426
> Nortel Networks Inc.
> 200 Athens Way, Mailstop C-505
> Nashville, TN 37228-1397
> (615) 734-4000

## Employer Identification Number

The employer identification number assigned to Nortel Networks Inc. by the IRS is #04-2486332. Certain subsidiary companies of Nortel Networks Inc. also provide this plan to their Employees. For a complete list of these subsidiary companies, you may contact the InfoCenter.

# Agent for Service of Legal Process

The agent for service of legal process is:

> Attn: Roger Schecter
> Nortel Networks Inc.
> 200 Athens Way
> Nashville, TN 37228-1397
> (615) 734-4000

Legal process may also be served upon the trustee of any trust that funds benefits under the plans. The trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the plans) is Bank of America, Illinois. Bank of America can be contacted at the following address:

> Retirement Services Group
> Bank of America
> 213 South LaSalle Street
> Chicago, IL 60697
> (312) 828-2345

The trustee of the Nortel Networks Long-Term Investment Plan is Deutsche Bank (formerly Bankers Trust). They can be contacted at the following address:

> Deutsche Bank
> 130 Liberty Street
> New York, NY 10006
> (800) 726-0026

The trustee of the Nortel Networks Pension Service Plan is Chase Manhattan Bank. Chase Manhattan Bank can be contacted at the following address:

> Chase Manhattan Bank
> 4 Chase Metrotech Center
> Brooklyn, NY 11245
> (718) 242-9121

# PLAN IDENTIFICATION

The following chart is designed to provide you with some specific information regarding each plan and plan type that Nortel Networks Inc. sponsors. Plan type refers to whether the plan is a welfare or pension benefit. The plan number refers to the number that has been assigned to the specific plan by Nortel Networks Inc. The funding method describes the party(ies) responsible for funding the plan. The Claims Administrator identifies who provides the daily administrative services required to maintain each plan. The contribution source states how premiums/costs for each plan are distributed between Nortel Networks Inc. and/or plan participants. This chart is not designed to inform you of all specifics surrounding all plans. Additional information can be obtained by contacting the Claims Administrator at the respective address and phone number that are provided either on the chart below or, with respect to the Medical Plan, on the chart on pages 7–8.

| Formal Plan Name | Plan Type | Plan Number | Funding Method | Claims Administrator | Contribution Source |
|---|---|---|---|---|---|
| MEDICAL PLAN | | | | | |
| Point-of-Service (POS) Medical Option | Welfare | 506 | Nortel Networks Inc. (self-insured) | UnitedHealthcare (UHC) Atlanta, GA 30374 *or* CIGNA HealthCare Hartford, CT 06152 | Nortel Networks Inc. and participants |
| Preferred Provider Organization (PPO) Medical Option | Welfare | 506 | Nortel Networks Inc. (self-insured) | UnitedHealthcare (UHC) Atlanta, GA 30374 *or* CIGNA HealthCare Hartford, CT 06152 | Nortel Networks, Inc. and participants |
| Exclusive Provider Organization (EPO) Medical Option | Welfare | 506 | Nortel Networks Inc. (self-insured) | UnitedHealthcare (UHC) Atlanta, GA 30374 *or* CIGNA HealthCare Hartford, CT 06152 | Nortel Networks, Inc. and participants |
| Comprehensive Option | Welfare | 506 | Nortel Networks Inc. (self-insured) | CIGNA HealthCare Harford, CT 06152 | Nortel Networks, Inc. and participants |
| Out-of-Area Comprehensive Option | Welfare | 506 | Nortel Networks Inc. (self-insured) | CIGNA HealthCare Hartford, CT 06152 | Nortel Networks Inc. and participants |

| Formal Plan Name | Plan Type | Plan Number | Funding Method | Claims Administrator | Contribution Source |
|---|---|---|---|---|---|
| International Health Services Plan | Welfare | 506 | Nortel Networks Inc. (self-insured) | CIGNA HealthCare Hartford, CT 06152 | Nortel Networks Inc. |
| Dental, Vision and Hearing Care Plan | Welfare | 508 | Nortel Networks Inc. (self-insured) | Cigna Healthcare Hartford, Ct 06152 (Dental and Hearing) Vision Service Plan (VSP) Rancho Cordova, CA 95670 (Vision) | Nortel Networks Inc and participants |
| Short-Term and Long-Term Disability Plan | Welfare | 509 | Nortel Networks Inc. (self-insured) | Nortel Networks Inc. Health Services (Short-Term Disability) The Prudential Insurance Company of America Livingston, NJ 07054 (Long-Term Disability) | Nortel Networks Inc. and participants |
| Life Insurance and Accidental Death & Dismemberment Plans | Welfare | 510 | Prudential (insured) | The Prudential Insurance Company of America Livingston, NJ 07054 | Nortel Networks Inc. and participants |
| Business Travel Accident Insurance | Welfare | 510 | Nortel Networks Limited | Proform Insurance Services, Inc. Aurora, ON L4G3W3 | Nortel Networks Inc |
| Health Care and Dependent Day Care Reimbursement Account | Welfare | 513 (Health Care) 512 (Dependent Day Care) | pre-tax participant contributions | SHPS, Inc. Louisville, KY 40232 | participants |
| Pension Service Plan | Pension | 001 | Trust | InfoCenter PO Box 13010 RTP, NC 27709 | Nortel Networks Inc |
| Long-Term Investment Plan | Pension | 003 | Trust | MetLife 800 Crescent Centre Dr. Franklin, TN 37067 | Nortel Networks Inc. and participants |
| Severance Plan | Welfare | 007 | Nortel Networks Inc. (self-insured) | Nortel Networks Inc | Nortel Networks Inc. |

# MEMBER SERVICES

Member Services is your link to information about your plans. The charts below provide addresses and phone numbers for each option by insurance carrier and location.

| Location/Plan | Address | Phone Number |
|---|---|---|
| **CIGNA — Medical Plan** | | |
| Louisiana<br>PPO, POS, EPO | P.O. Box 9022<br>Sherman, TX 75091-9022 | (800) 832-3211 |
| Michigan<br>PPO, POS, EPO | P.O. Box 182467<br>Columbus, OH 43218-2467 | (800) 832-3211 |
| New Jersey - Northern<br>PPO, POS, EPO | P.O. Box 15553<br>Wilmington, DE 19850-5553 | (800) 832-3211 |
| New Jersey - Southern<br>PPO, POS, EPO | P.O. Box 15124<br>Wilmington, DE 19850-5124 | (800) 832-3211 |
| New Mexico<br>PPO, POS, EPO | P.O. Box 27107<br>Albuquerque, NM 87125 | Outside of Albuquerque<br>(800) 808-7363<br>Within Albuquerque<br>(505) 262-7363 |
| New York<br>PPO, POS, EPO | P.O. Box 800<br>Unionville, CT 06085 | (800) 832-3211 |
| Oregon<br>PPO, POS, EPO | P.O. Box 24022<br>Fresno, CA 93779-4022 | (800) 832-3211 |
| Pennsylvania, Pittsburgh<br>PPO, POS, EPO | P.O. Box 182468<br>Columbus, OH 43218-2468 | (800) 832-3211 |
| Pennsylvania, Philadelphia/York<br>PPO, POS, EPO | P.O. Box 15142<br>Wilmington, DE 19850-5142 | (800) 832-3211 |
| Puerto Rico<br>PPO | P.O. Box 71203<br>San Juan, PR 00936-7275 | (787) 753-6868 |
| Utah<br>PPO, POS, EPO | P.O. Box 3316, Station D<br>Albuquerque, NM 87190 | (800) 832-3211 |

| Washington<br>PPO, POS, EPO | P.O. Box 24022<br>Fresno, CA 93779-4022 | (800) 832-3211 |
| Wisconsin<br>PPO, POS, EPO | P.O. Box 3025<br>Bourbonnais, IL 60914 | (800) 832-3211 |
| All Locations<br>Options: Comprehensive,<br>Out-of-Area Comprehensive | P.O. Box 33668<br>Charlotte, N.C. 28233-3668 | (800) 257-2702 |
| International Locations | CIGNA International | (800) 441-2668 |
| International Health Services Plan | P.O. Box 15050<br>Wilmington, DE 19850 | (302) 479-6617 |

## UnitedHealthcare — Medical Plan

| UnitedHealthcare<br>PPO, POS, EPO, Hawaii PPO | P.O. Box 740800<br>Atlanta, GA 30374-0800 | (877) 311-7846 |

## The Prudential Insurance Company of America — Life, Accidental Death & Dismemberment and Long-Term Disability Plans

| Prudential Group<br>Life Claims Division | 213 Washington Street<br>P.O. Box 1215<br>Newark, NJ 01701-1215 | (800) 524-0542 |
| Prudential Group<br>Long-Term Disability Claims | P.O. Box 2300<br>Parsippany, NJ 07054 | (800) 842-1718 |

## Vision Service Plan — Vision Plan

| Vision Service Plan | Corporate Headquarters<br>3333 Quality Drive<br>Rancho Cordova, CA 95670 | (800) 877-7195 |

# ABOUT DOMESTIC PARTNERS

## Eligibility

To be eligible for Domestic Partner coverage under FLEX Benefits, you and your Domestic Partner must satisfy the following guidelines:

1. For the 12-month period before you sign the Affidavit of Domestic Partnership, you and your Domestic Partner must have:

   – lived in the same residence

   – shared financial obligations (including basic living expenses)

   – been each other's sole and exclusive partner

   – publicly represented yourself as domestic partners

   – intended to continue this relationship in this manner indefinitely.

2. Neither you, nor your Domestic Partner, may be married to anyone else.

3. You may not be related to your Domestic Partner by blood or marriage to a degree that would prohibit a legal marriage in the state where you live.

4. You and your Domestic Partner must be at least 18 years old.

5. You and your Domestic Partner must be mentally competent to consent to a contract.

*You may add your Domestic Partner to health coverages… within 31 days of a Qualified Family Status Change (including an establishment of a domestic partnership) or during an Annual Enrollment period.*

You may add your Domestic Partner to health coverages within 31 days of a Qualified Family Status Change (including an establishment of a domestic partnership) or during an Annual Enrollment period.

If you make false statements on the Affidavit of Domestic Partnership, the Company or its agent(s) may take civil action to recover direct or indirect losses and attorney's fees, and may discipline you up to and including terminating your employment (and your Domestic Partner's employment, if employed by the Company).

# Enrolling Your Domestic Partner

If you are interested in enrolling your Domestic Partner for the first time, call the InfoCenter to request a package of information. This package includes an Affidavit of Domestic Partnership that you must submit to the InfoCenter with two supporting documents. The supporting documents must clearly refer to you and your Domestic Partner, and must show that your relationship has existed for at least the past 12 months. No more than one document from each of the following categories may be submitted:

- Domestic Partnership Agreement
- Registration of domestic partnership with local government where you live
- Joint mortgage or lease or other evidence of joint ownership of real estate
- Designation of Domestic Partner as primary Beneficiary in your will, life insurance or IRA accounts (for these purposes only, primary Beneficiary means a person to whom you have allocated 50% or more of your estate, life insurance or IRA accounts as applicable)
- Durable power of attorney for property or health care
- Evidence of joint ownership of a motor vehicle
- Evidence of joint checking, savings or credit accounts

The Company and its designated agent(s) will determine if the documents are sufficient proof of domestic partnership. Once approved, you may then enroll your Domestic Partner in Medical, and/or Dental, Vision and Hearing Care coverage.

*… support documents must clearly refer to you and your Domestic Partner, and at least one document must show that your relationship has existed for at least the past 12 months.*

# Changes in Circumstances

If there is any change in circumstances attested to in the Affidavit of Domestic Partnership, you must notify the InfoCenter in writing within 31 days of the change.

If your domestic partnership ends, you must file a Termination of Domestic Partnership Statement with the InfoCenter within 31 days of the termination. The following rules apply:

*If your domestic partnership ends, you must file a Termination of Domestic Partnership Statement with the InfoCenter within 31 days of the termination.*

- Your Domestic Partner's coverage will end at the end of the month when your partnership terminates.

- You will not be eligible to file or be designated a Domestic Partner on another Affidavit of Domestic Partnership for another 12 months. This 12-month limitation applies to your Domestic Partner if he/she also works for the Company.

- The Company or its agent(s) will not be responsible for notifying your Domestic Partner of the filing of the Statement of Termination of Domestic Partnership.

If you do not file a request to terminate coverage within 31 days, you will have to wait until the next Annual Enrollment period. You will continue to pay premiums for your Domestic Partner's coverage until the start of the next plan year, even though your Domestic Partner is ineligible for coverage.

*If you do not file a request to terminate coverage within 31 days, you will have to wait until the next Annual Enrollment period. You will continue to pay premiums for your Domestic Partner's coverage until the start of the next plan year, even though your Domestic Partner is ineligible for coverage.*

# CLAIMING BENEFITS

## Filing Claims

In most instances, to make a formal Claim for benefits, you must file a written Claim with the Claims Administrator. However, some Managed Care Plan providers may submit claims directly on your behalf. (In order to properly process your request, please refer to the chart on pages 5-6 for a complete list of all Claims Administrators and their respective addresses.) You will receive a written notice from the Claims Administrator or its delegate regarding your Claim within 90 days of its receipt by the Claims Administrator. If an extension of time is required to process your Claim, you will receive written notice of the need for an extension before the end of the 90-day period, explaining the reasons for the delay. If you are not furnished notice within the 90-day period, your Claim will be considered denied.

Generally the Claims Administrators listed in column 5, pages 5-6 (except for Health Services and the InfoCenter) allow you to first appeal to them directly when you think they have made a mistake in denying your Claim. Therefore, if a Claim is denied by one of those Claims Administrators, you should send your first appeal directly to the Claims Administrator. If the Claims Administrator continues to deny your Claim, the Claims Administrator will notify you in writing that a final denial of your Claim has been made. After that occurs, only the Employee Benefits Committee has the authority to review your denied Claim. See the following page, "Appealing a Claim After a Final Denial" to learn what to do when that occurs.

# Appealing a Claim After a Final Denial

If the Claims Administrator makes a final denial of all or part of your Claim, you or your Beneficiary will be notified in writing. This notice will include:

- specific reasons why the Claim was denied.

- specific references to applicable provisions of the plan document or other relevant records or papers, and information regarding where you may see them.

- an explanation of how to appeal for reconsideration of the Claims Administrator's decision.

You or your authorized representative may review all documents related to any denial of benefits. If you disagree with the Claims Administrator's decision, you have 60 days from the receipt of the final denial to request a review. This request should be made in writing and sent to the Employee Benefits Committee. Refer to the Plan Administrator information on page 3 for the appropriate address.

The Employee Benefits Committee (EBC) will reconsider your Claim and will issue a decision within 60 days. If special circumstances require more time for this process, you will be notified in writing no later than 120 days after the receipt of your request. Special appeal rights apply to some benefits. See the description of each specific plan in this handbook to determine if special appeal rights apply.

The EBC has the final discretionary authority to construe and to interpret the plan, to decide all questions of eligibility for benefits and to determine the amount of such benefits. The EBC's decisions on such matters are final and conclusive. However, on insured benefit plans such as the Life Insurance and AD&D Insurance Plan, Prudential makes the final decision on benefit determination.

# YOUR RIGHTS UNDER COBRA

You, your Dependents and your Domestic Partner have the option to tempo-
rarily extend your health care coverages at full group rates, plus a 2% adminis-
tration fee, in certain instances when coverage under FLEX Benefits would
otherwise end. This is called COBRA coverage. COBRA stands for the Con-
solidated Omnibus Budget Reconciliation Act of 1985. To be eligible for
COBRA coverage continuation you must first be enrolled in the health plans
the day before you become ineligible.

## COBRA Participation

If one of the qualifying events listed in the COBRA Continuation Period chart
on the following page causes you, your Dependent or your Domestic Partner
to lose health care coverage, you may continue coverage in the Medical, EAP,
Dental, Vision and Hearing Care Plans and the Health Care Reimbursement
Account for yourself and your eligible Dependents.

Continued coverage is available for a maximum of 18, 29 or 36 months,
depending on the event outlined in the chart. If you are disabled on the date
of the Qualifying Event, or within 60 days of COBRA coverage, you may be
eligible to extend your COBRA continuation period for an additional 11
months.  Verification by the Social Security Administration must be submitted
to the COBRA Administrator within 60 days of the date disability is approved
in order to extend coverage from 18 to 29 months.  The continuation pre-
mium for the additional 11 months will be increased from 102% to 150% of
the full group rate per person. The maximum continuation period if multiple
events should occur is a total of 36 months. For example, if you terminate and
then die while covered by the plan, your Dependents' coverage may continue
for a maximum of 36 months.

## *COBRA Continuation Period*

| Circumstances | Maximum Continuation Period | | |
|---|---|---|---|
| | YOU | SPOUSE OR DOMESTIC PARTNER | CHILD(REN) |
| You lose coverage because of reduced work hours | 18 months | 18 months | 18 months |
| You terminate for any reason (except gross misconduct) | 18 months | 18 months | 18 months |
| You are disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours or you become disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |
| You die | N/A | 36 months | 36 months |
| You and your spouse legally separate or divorce | N/A | 36 months | 36 months |
| You and your Domestic Partner terminate your relationship | N/A | 36 months | 36 months |
| You become entitled to Medicare | N/A | 36 months | 36 months |
| Your or your Domestic Partner's child no longer qualifies as a Dependent | N/A | N/A | 36 months |
| Your spouse or Domestic Partner is disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours or your spouse becomes disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |
| Your or your Domestic Partner's child is disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours or becomes disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |

# Notification

The COBRA Administrator, COBRAServ, will notify you by mail of your COBRA election rights when the qualifying event is a reduction in hours or termination of employment. You will receive instructions on how to continue your health care benefits under COBRA.

If your Dependents lose coverage due to divorce, legal separation, or loss of Dependent status, you (or a family member) must notify the InfoCenter within 60 days of the event so that COBRA can be offered and their election rights can be mailed to them.

*If your Dependents lose coverage due to divorce, legal separation, or loss of Dependent status, you (or a family member) must notify the InfoCenter within 60 days of the event so that COBRA can be offered...*

# Election

It is the responsibility of you, your spouse, your Domestic Partner or your Dependent children to contact the InfoCenter within 60 days of the event to elect continued participation under COBRA. You will have an additional 45-day period (after the 60-day election period) to pay any premiums you missed.

If you fail to contact the InfoCenter within 60 days of the qualifying event, you will not be eligible to elect COBRA.

*If you fail to contact the InfoCenter within 60 days of the qualifying event, you will not be eligible to elect COBRA.*

If you elect COBRA continuation:

- Initially, you may keep the same level of coverage you had at the time of the event or choose a lower level of coverage (e.g., you only, you and your child(ren) and/or Domestic Partner's child(ren), you and your spouse (or Domestic Partner) or you and your family).

- Coverage will be effective as of the date of the qualifying event.

- You may change coverage during the Annual Enrollment period or if you experience a Qualified Family Status Change (Life Event), as described on pages 10-12 in the FLEX Overview section.

- You may enroll any newly eligible spouse or child under the usual plan rules.

COBRA participants are held to similar guidelines concerning their health insurance as active employees.  Changes in your health plans once enrolled in COBRA can only be made during the Annual Enrollment Period, typically occurring in the last quarter of each calendar year, or within 31 days of a Qualified Family Status Change (Life Event) (as described on pages 10–12 of the FLEX Overview Section).

# Cost of Participation

COBRA participants must pay monthly premiums for their coverage:

- For Medical, EAP and Dental, Vision and Hearing Care coverage, premiums are based on the full group rate per covered person set at the beginning of the Plan Year, plus 2% to cover administrative costs.

- Regular monthly premiums are due to the COBRA Administrator (COBRAServ) by the first of each month.

- Health Care Reimbursement Account contributions can be continued on an after-tax basis, plus the 2% administration fee.

- If you are disabled under the Social Security definition, COBRA premiums for months 19–29 reflect the full group cost per person, plus 50%.

# When COBRA Ends

COBRA coverage will end before the maximum continuation period if:

- a person who was covered under COBRA becomes covered under another group health plan not offered by the Company (providing the plan does not have Preexisting Condition limitations affecting the covered person). COBRA coverage will end if the Preexisting Condition limitation does not apply, or will end as of the date when the limitation expires. You are entitled to receive credit equal to the period of your COBRA coverage against the new plan's Preexisting Condition limitation period, so long as the new coverage begins without a break in coverage of 63 days or longer.

- you or your eligible Dependents become entitled to Medicare. Covered Dependents who are not entitled to Medicare can continue coverage under COBRA until the maximum continuation period is reached. If you become entitled to Medicare within 18 months before the termination of your employment (or a reduction in your work hours) that entitles you to COBRA continuation coverage, your qualified Dependents will be eligible for COBRA coverage for up to 36 months from the date you became eligible for Medicare.

- you or your eligible Dependents have met Preexisting Condition exclusions under a new employer's plan.

- any required premium for continued coverage is not paid within 30 days after it is due. (Payments are due on the first day of each month.)

- the Company ceases to provide benefits to all Employees

# Right to Certificate of Health Coverage

When you leave the Company's employment for any reason, or terminate your coverage in the Medical Plan, the Company will provide you a written certificate confirming the period of your participation in this plan as required by the Health Insurance Portability and Accountability Act of 1996 (HIPAA). You will need the certificate if you become eligible to enroll in another health plan that excludes coverage for preexisting medical conditions. Your new plan will be required to give you credit for your period of coverage in this plan, against the Preexisting Condition exclusion period (which cannot be more than 12 months for individuals who enroll when first eligible or 18 months for late enrollees).

If you are enrolled in this Plan for at least 12 months, do not have a break in coverage of 63 days or longer, and enroll in your new plan as soon as you are eligible, the new plan cannot exclude any Preexisting Condition that you have. If you have a break in coverage of at least 63 days, the new plan will not be required to give you credit for your period of coverage under this plan. The Company will also provide a certificate for any Dependent who ends coverage under this plan for any reason.

The Company will provide a certificate to former Employees and/or their Dependents automatically when:

- coverage terminates
- COBRA continuation, if elected, terminates
- a request is made within 24 months of the date plan coverage terminates.

HIPAA only provides proof of insurability. It does not offer a continuation of benefits. (Note: COBRA continuation coverage also counts as creditable coverage.)

# THIRD PARTY LIABILITY

*...you agree in good faith to pursue a Claim against the responsible third party to recover medical and dental, vision or hearing care benefits received under the plan for that Injury or Illness.*

In the event that you suffer an Injury or Illness caused by a third party, you agree in good faith to pursue a Claim against the responsible third party to recover medical and dental, vision or hearing care benefits received under the plan for that Injury or Illness.

Any payments you receive from the third party will be used to repay the plan for benefits you have already received for the Injury or Illness. Any future plan benefits for the Injury or Illness will be reduced by the amount of any payments you receive or will receive in the future from the third party.

A reasonable apportionment of fees and costs you incur in pursuing a recovery from the third party may be deducted from amounts to be repaid to the plan.

The plan has the right to review any proposed settlement between you and the third party, and the plan has the express right to reject any settlement that does not adequately provide for the recovery of the plan's benefits paid or to be paid to you in connection with the Injury or Illness. You agree not to enter into any settlement with the third party that has been reasonably rejected by the plan.

# COURT ORDERS

## Qualified Domestic Relations Orders

Normally, your retirement benefits cannot be assigned, transferred or attached, nor may you use them as collateral for a loan.

However, pension regulations require retirement plans to obey certain court orders (such as divorce decrees) that require a portion of your pension benefits to be paid to a spouse, former spouse, child or other Dependent. If such an order is a Qualified Domestic Relations Order (QDRO), any such payments will not violate this requirement.

If you are involved in a divorce or custody proceeding in which your pension benefit (under the Pension Service Plan or the Long-Term Investment Plan) becomes an issue, contact the InfoCenter for more information about QDROs. The Plan Administrator must review a proposed QDRO to determine if it is qualified. Domestic relations orders will not be honored until that decision is made.

## Qualified Medical Child Support Orders

A Qualified Medical Child Support Order (QMCSO) is an order or judgment from a court that directs the Plan Administrator to cover your child for benefits under the Medical Plan or under the Dental, Vision and Hearing Care Plan. Federal law provides that a Medical Child Support Order must meet certain form and content requirements in order to be a QMCSO. When an order is received, each affected participant and each child (or the child's representative) covered by the order will be given notice of the receipt of the order and a copy of the plan's procedure for determining if the order is valid. Coverage under the plan pursuant to a QMCSO will not become effective until the Plan Administrator determines that the order is a QMCSO. If you have any questions or would like to receive a copy of the written procedure for determining whether a QMCSO is valid, contact the InfoCenter.

# PENSION BENEFIT GUARANTY CORPORATION

The Employee Retirement Income Security Act (ERISA) requires certain types of retirement plans to be insured by the Pension Benefit Guaranty Corporation (PBGC). This federal corporation, established under ERISA, provides insurance for certain plan benefits in the case of plan termination.

Vested benefits under the Nortel Networks Inc. Pension Service Plan are insured by the PBGC at the level in effect on the date of plan termination. However, if a plan has been in effect less than five years before it terminates or if benefits have been increased within the five years before it terminates, the entire amount of the plan's vested benefits or the benefit increase may not be guaranteed. In addition,

there is a ceiling on the amount of monthly benefit that PBGC guarantees which is adjusted periodically.

The Nortel Networks Inc. Long-Term Investment Plan is not insured by the PBGC.

For more information on PBGC insurance protection and its limitations, ask your Plan Administrator or the PBGC. Inquiries to the PBGC should be addressed to the Office of Communications, PBGC, 2020 K Street, N.W., Washington, D.C. 20006. The PBGC Office of Communications may also be reached by calling (202) 254-4817.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's employee benefit plans, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

- examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents, including insurance contracts, and copies of all documents filed by the plans with the U.S. Department of Labor, such as annual reports and plan descriptions.

- obtain copies of all plan documents and other plan information upon written request to the Plan Administrator. The Plan Administrator may request a reasonable charge for the copies.

- receive a summary of the plans' annual financial reports. The Plan Administrator is required by law to furnish each participant with a summary of these annual reports.

- obtain a statement telling you whether you have a right to receive a pension at your normal retirement age under the Nortel Networks Inc. Pension Service Plan or the Nortel Networks Inc. Long-Term Investment Plan and if so, what your benefit would be at normal retirement age if you were to stop working now. If you do not have a right to a pension, the statement will

tell you how many more years you have to work to earn one. This statement must be requested in writing and is not required to be given more than once a year. The statement must be provided free of charge.

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your employee benefit plans.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and solely in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your Claim for a benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Plan Administrator review and reconsider your Claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may seek assistance from the U.S. Department of Labor or file suit in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in federal or state court.

If it should happen that a plan fiduciary misuses plan money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your Claim is frivolous.

If you have questions about this statement or about your ERISA rights, you should contact the nearest area office of the Pension and Welfare Benefit Administration of the United States Department of Labor.

# PLAN DOCUMENTS

In accordance with the disclosure requirements of ERISA, this guide serves as a summary plan description of all the Company's employee benefit plans. As such, this information is a summary of your benefit plans; it does not replace the official plan documents or insurance contracts, which govern in all cases.

# FUTURE OF THE PLANS

Although the benefits currently available are described here, the Company reserves the right to change or end the plans at any time. Any plan changes will result from actions taken and approved by the Company. The Company's decision to change or end the plans may be due to changes in federal or state laws governing welfare benefits, the requirements of the Internal Revenue Code or ERISA, the provisions of a contract or a policy involving an insurance company, or any other reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this is not a legal document and does not constitute an implied or expressed contract or guarantee of employment.