**<u>EXHIBIT 21</u>**

# ADMINISTRATIVE INFORMATION

## INTRODUCTION

This section contains certain information on the administration of FLEX Benefits and some of the Capital Accumulation and Retirement Benefits, such as the Long-Term Investment Plan, the Retiree Medical Plan, and the Retirement Income Plan (including the Pension Service Plan and the Cash Balance Plan). Information about other Company employee benefit plans, like the Business Travel Accident Insurance Plan, is also included in this section.   However, each plan is a separate plan with different administration. Please review the summary plan description (SPD) for the specific plan about which you have questions for more details.   For information about the International Health Services Plan (IHSP), Medical Benefits Abroad Plan, and the Severance Allowance Plan refer to the SPD for each specific plan.

Please note that certain key words in each section are capitalized. You can find the explanation of these words in the Glossary section on Services@Work or in individual SPDs where the words are used.

# WHOM TO CALL

| If you have questions about… | you should contact… |
|---|---|
| • General benefits issues | Global Employee Services<br>Nortel Networks Inc.<br>PO Box 13010, Mail Stop 570020C2<br>Research Triangle Park, NC 27709-3010<br>919-992-4636 or 1-800-676-4636<br>FAX: 919-905-9301 or 919-905-9302<br>E-mail:  Internal – GES, North America<br>E-mail:  External – gesna@nortelnetworks.com<br><br>Overnight Delivery Address:<br>4001 E. Chapel Hill-Nelson Highway<br>Mail Stop 570020C2<br>Research Triangle Park, NC 27709-3010<br>919-992-4636 or 1-800-676-4636 |
| • How to get forms | Global Employee Services at 919-992-4636 or 1-800-676-4636. For Long-Term Investment Plan forms, contact the Nortel Networks Long-Term Savings Center at 1-800-726-0026. Forms are also available on Services@Work. |
| • Network Physicians or covered medical expenses | Refer to your medical ID card, or contact Member Services (see "Customer Service/Member Services" chart identifying plan name, address and phone number), or  contact Global Employee Services at 919-992-4636 or 1-800-676-4636. |
| • Claims or benefits available under the plan | Claims Administrator for the plan named in column 5 of the "Plan Identification" chart. |

| | |
|---|---|
| • Final appeal of claims that are denied a final time by the Claims Administrator under self-funded plans or options (i.e., non-HMO Medical plan options): | Employee Benefits Committee Nortel Networks Inc. C/O Benefits Dept., #8426 220 Athens Way, Suite 300 Nashville, TN 37228-1397 919-997-2544 |

• Final appeal of claims that are denied a final time by the Claims Administrator under the following insured plans or options:

| | |
|---|---|
| ▪ Business Travel Accident Insurance Plan | American Home Assurance Company 145 Wellington Street West Toronto, Ontario  M5J 1H8 800-361-9080 |
| ▪ Life & Accidental Death & Dismemberment Insurance Plan | The Prudential Insurance Company of America Group Life Claims Division PO Box 19101 Philadelphia, PA  19101 800-524-0542 |
| ▪ Medical Plan - HMO options | The contact information for each HMO is listed under "Customer Service/Member Services" |

# ADMINISTRATIVE INFORMATION

## Plan Year

The Plan Year for the FLEX Plan (and its component plans) and the Capital Accumulation and Retirement Plans is January 1 to December 31.

# Plan Administrator

Nortel Networks Inc. ("Company") is the Plan Administrator of the FLEX Plan (and most of its component plans) and the Capital Accumulation and Retirement Plans.  The summary plan description for the individual plan will indicate if another entity is the Plan Administrator. The Company has delegated various responsibilities for plan administration to other entities or specific departments within and outside the organization. Global Employee Services provides basic information to Employees regarding vendors of benefit services and enrollment processes. Some of the Claims Administrators are outside vendors that have been contracted to provide administrative services as well as some vendors process claim reimbursements and/or benefit payments. The Claims Administrators are listed on the "Plan Identification" chart.  The Nortel Networks Disability Service Center manages Short-Term Disability (STD) cases. The Employee Benefits Committee (EBC) is the final authority to review denied Claims of any of the self-funded plans (i.e., non-HMO Medical Plan options). The official address of the Company when it is acting as the  "Plan Administrator" is:

> Plan Administrator
> Nortel Networks Inc.
> C/O Benefit Dept., #8426
> 220 Athens Way, Suite 300
> Nashville, TN 37228-1397

The address of the Employee Benefits Committee is:

> Employee Benefits Committee
>  Nortel Networks Inc.
> C/O Benefits Dept., #8426
> 220 Athens Way, Suite 300
> Nashville, TN 37228-1397

# Employer Identification Number

The employer identification number assigned to Nortel Networks Inc. by the IRS is #04-2486332. Certain subsidiary companies of Nortel Networks Inc. also provide this plan to their Employees.  For a current list of these subsidiary companies, please contact Global Employee Services.

# Agent for Service of Legal Process

The agent for service of legal process is:

> Attn: Lynn Egan
> Nortel Networks Inc.
> 220 Athens Way, Suite 300
> Nashville, TN 37228-1397
> 615-432-4787

Legal process may also be served upon the trustee of a trust that funds benefits under the plan involved in a legal proceeding.

The trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Medical Plan; the Dental/Vision/Hearing Care Plan; the Life and AD&D Insurance Plan; the Long-Term Disability Plan; the Retiree Medical Plan; the Retiree Life Insurance and Long-Term Care Plan and the plans for certain former NYNEX Meridian Systems employees) is Bank of America. Bank of America can be contacted at the following address:

> Retirement Services Group
> Bank of America
> 213 South LaSalle Street
> Chicago, IL 60697
> 312-828-2345

The trustee of the Nortel Networks Long-Term Investment Plan is The Northern Trust Company.   They can be contacted at the following address:

> The Northern Trust Company
> 50 S. LaSalle Street
> Chicago, IL    60675
> 312-444-5052

The trustee of the Nortel Networks Retirement Income Plan is J.P. Morgan Chase Bank.  The J.P. Morgan Chase Bank can be contacted at the following address:

> JPMorgan Chase Bank
> 3 Metrotech Center – 6th Floor
> Brooklyn, NY 11245
> 718-242-1974

# Plan Identification

The following chart is designed to provide you with some specific information regarding each employee benefit plan that Nortel Networks Inc. sponsors that is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). Regarding the column headings below: "Plan Type" refers to whether the plan is a welfare or pension benefit. The Plan Number refers to the number that has been assigned to the specific plan by Nortel Networks Inc. The Funding Method describes how the benefits under the plan are funded, i.e. with an insurance contract, from a trust where money is set aside for payment of the benefits, or from "self-funding". The Claims Administrator is the entity that provides the daily administrative services required to maintain each plan. The Contribution Source states who pays premiums/costs for each plan. This chart is not designed to inform you of all specifics surrounding all plans. Additional information can be obtained by contacting the Claims Administrator at the respective address and phone number that are provided on the Customer Service/Member Services chart and by reviewing the summary plan description for the applicable plan.

| Formal Plan Name | Plan Type | Plan Number | Funding Method | Claims Administrator | Contribution Source |
|---|---|---|---|---|---|
| Nortel Networks Business Travel Accident Insurance Plan | Welfare | 527 | Insured | American Home Assurance Company 145 Wellington Street West Toronto, Ontario  M5J 1H8 | Nortel Networks Inc. |
| Nortel Networks Dental/Vision/ Hearing Care Plan | Welfare | 508 | Self-funded | CIGNA Healthcare Hartford, CT 06152 (for Dental and Hearing benefits)<br><br>Vision Service Plan (VSP) Rancho Cordova, CA 95670 (for Vision benefits) | Nortel Networks Inc. and participants |
| Nortel Networks Dependent Day Care Reimbursement Account Plan | Welfare | 512 | Self-funded | SHPS, Inc. Louisville, KY 40232 | Participants |
| Nortel Networks Health Care Reimbursement Account Plan | Welfare | 513 | Self-funded | SHPS, Inc. Louisville, KY 40232 | Participants |
| Nortel Networks International Health Services Plan | Welfare | 525 | Self-funded | CIGNA  International PO Box 15050 Wilmington, DE 19850 | Nortel Networks Inc. |
| Nortel Networks Life Insurance and Accidental Death & Dismemberment (AD&D) Insurance Plan | Welfare | 510 | Insured | The Prudential Insurance Company of America Livingston, NJ 07054 | Nortel Networks Inc. and participants |
| Nortel Networks Long-Term Investment Plan | Pension (401k) | 003 | Trust | Hewitt Associates, LLC PO Box 785033 Orlando, FL 32878-5033 | Nortel Networks Inc. and participants |

| Formal Plan Name | Plan Type | Plan Number | Funding Method | Claims Administrator | Contribution Source |
|---|---|---|---|---|---|
| Nortel Networks Medical Plan | Welfare | 506 | Self-funded (except HMO options) | CIGNA HealthCare Hartford, CT 06152 or UnitedHealthcare (UHC) Atlanta, GA 30374 | Nortel Networks Inc. and participants |
| | | | | United Behavioral Health 425 Market Street, 27th Floor San Francisco, CA 94105-2426 (for EAP, Mental Health & Substance Abuse Treatment benefits) | |
| | | | | Medco Health (formerly Merck-Medco) 100 Parsons Pond Drive Franklin Lakes, NJ 07417 (for Prescription Drug benefits) | |
| | | | Insured | BlueCross BlueShield (HMO) Rochester, NY 14647 | |
| | | | Insured | Harvard Pilgrim Health Care (HMO) Quincy, MA 02169 | |
| | | | Insured | Kaiser Permanente (HMO) – N. California Region Oakland, CA 94612 | |
| Nortel Networks Medical Benefits Abroad Plan (Travel Well) | Welfare | 526 | Self-funded | CIGNA International PO Box 15050 Wilmington, DE 19850 | Nortel Networks Inc. |
| Nortel Networks Retiree Life Insurance and Long-Term Care Plan | Welfare | 518 | Long-Term Care: Self-funded; Life Insurance: Insured | The Prudential Insurance Company of America Livingston, NJ 07054 | Nortel Networks Inc. |
| Nortel Networks Retiree Medical Plan | Welfare | 517 | Self-funded | CIGNA HealthCare Hartford, CT 06152 | Nortel Networks Inc. and participants |
| | | | | United Behavioral Health 425 Market Street, 27th Floor San Francisco, CA 94105-2426 (for EAP, Mental Health & Substance Abuse Treatment benefits) | |
| | | | | Medco Health (formerly Merck-Medco) 100 Parsons Pond Drive Franklin Lakes, NJ 07417 (for Prescription Drug benefits) | |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Retirement Income Plan (includes Pension Service Plan and Cash Balance Plan) | Pension | 001 | Trust | Global Employee Services Nortel Networks Inc. PO Box 13010 Research Triangle Park NC 27709-3010 | Nortel Networks Inc. |
| Nortel Networks Severance Allowance Plan | Welfare | 507 | Self-funded | Global Employee Services Nortel Networks Inc. PO Box 13010 Research Triangle Park NC 27709-3010 | Nortel Networks Inc. |
| Nortel Networks Short-term and Long-term Disability Plans | Welfare | 509 | Self-funded | Nortel Networks Disability Service Center (Short-Term Disability) The Prudential Insurance Company of America Livingston, NJ 07039 (Long-Term Disability) | Nortel Networks Inc. and participants |

# CUSTOMER SERVICE/MEMBER SERVICES

Customer Service/Member Services is your link to information about your plans. The charts below provide addresses and phone numbers for each of the listed plans, arranged in alphabetical order based on the name of the plan.  Call Global Employee Services at 1-800-676-4636 if you cannot locate the plan about which you need information in the list that follows.  Also check the summary plan description for the applicable plan for additional details.

| Plan | Address | Phone Number |
|---|---|---|

### Business Travel Accident Insurance Plan

| | | |
|---|---|---|
| Global Employee Services<br>(Submits Claim on the claimant's behalf ) | PO Box 13010<br>Research Triangle Park<br>NC 27708-3010 | 919-992-4636<br>ESN 352-4636<br>1-800-676-4636 |
| American Home Assurance Company<br>(Claims Administrator) | 145 Wellington Street West<br>Toronto, Ontario  M5J 1H8 | 1-800-361-9080 |

### Dental/Vision/Hearing Care Plan

**Dental Benefits**

| | | |
|---|---|---|
| CIGNA | PO Box 9013<br>Sherman, TX 75091 | 1-800-257-2702 |

**Vision Benefits**

| | | |
|---|---|---|
| Vision Service Plan | Corporate Headquarters<br>3333 Quality Drive<br>Rancho Cordova, CA 95670 | 1-800- 877-7195 |

**Hearing Care Benefits**

| | | |
|---|---|---|
| CIGNA | PO Box 33668<br>Charlotte, NC 28233-3668 | 1-800-257-2702 |

### International Health Services Plan

| | | |
|---|---|---|
| CIGNA International | PO Box 15050<br>Wilmington, DE 19850-5050 | 1-800-441-2668<br>302-479-6617<br>(reverse charges accepted) |

### Life & AD&D Insurance Plan

| | | |
|---|---|---|
| Global Employee Services<br>(Submits Claim on the claimant's behalf ) | PO Box 13010<br>Research Triangle Park<br>NC 27708-3010 | 919-992-4636<br>ESN 352-4636<br>1-800-676-4636 |

| | | |
|---|---|---|
| The Prudential Insurance Company<br>of America<br>Group Life Claims Division<br>(Claims Administrator) | PO Box 19101<br>Philadelphia, PA 19101 | 1-800-524-0542 |

## Long-Term Disability Plan

| | | |
|---|---|---|
| Nortel Networks Disability Service Center<br>(Submits Claim on the claimant's behalf) | 4001 East Chapel Hill-Nelson Highway<br>Mail Stop 808/01/R22<br>Research Triangle Park, NC 27709-9811 | 1-800-949-8190<br>ESN 357-2598 |
| The Prudential Insurance Company<br>of America<br>Group Long-Term Disability Claims<br>(Claims Administrator) | PO Box 13480<br>Philadelphia, PA 19101 | 1-800-842-1718 |

## Long-Term Investment Plan

| | | |
|---|---|---|
| Hewitt Associates | P.O. Box 785033<br>Orlando, FL  32878-5033 | 1-800-726-0026 |

## Medical Plan
### Medical Benefits

**CIGNA**

| | | |
|---|---|---|
| All Locations (*except Puerto Rico)<br>Options: PPO, Comprehensive,<br>Out-of-Area Comprehensive | PO Box 33668<br>Charlotte, NC 28233-3668 | 1-800-257-2702 |
| Louisiana<br>POS, EPO | PO Box 9022<br>Sherman, TX 75091-9022 | 1-800-832-3211 |
| Michigan<br>POS, EPO | PO Box 182467<br>Columbus, OH 43218-2467 | 1-800-832-3211 |
| New Jersey - Northern<br>POS, EPO | PO Box 15538<br>Wilmington, DE 19850-5538 | 1-800-832-3211 |
| New Jersey - Southern<br>POS, EPO | PO Box 15538<br>Wilmington, DE 19850-5538 | 1-800-832-3211 |
| New Mexico<br>POS, EPO | PO Box 2456<br>Sherman, TX 75091-2546 | Outside of Albuquerque<br>1-800-808-7363<br>Within Albuquerque<br>505-262-7363 |
| New York<br>POS, EPO | PO Box 800<br>Unionville, CT 06085 | 1-800-832-3211 |
| North Carolina<br>POS, EPO | PO Box 28087<br>Raleigh, NC 27611-8087 | 1-800-849-9000 |

| | | |
|---|---|---|
| Oregon<br>POS, EPO | PO Box 24022<br>Fresno, CA 93779-4022 | 1-800-832-3211 |
| Pennsylvania, Philadelphia/York<br>POS, EPO | PO Box 15124<br>Wilmington, DE 19850-5124 | 1-800-832-3211 |
| *Puerto Rico<br>PPO | PO Box 71203<br>San Juan, PR 00936-7275 | 787-753-6868 |
| Utah<br>POS, EPO | PO Box 3316, Station D<br>Visalia, CA 93278 | 1-800-832-3211 |
| Washington<br>POS, EPO | PO Box 24022<br>Fresno, CA 93779-4022 | 1-800-832-3211 |
| Wisconsin<br>POS, EPO | PO Box 3025<br>Bourbonnais, IL 60914 | 1-800-832-3211 |

| | | |
|---|---|---|
| **UnitedHealthcare**<br>PPO, POS, EPO, Hawaii PPO | PO Box 740800<br>Atlanta, GA 30374-0800 | 1-877-311-7846 |

**Employee Assistance Program, Mental Health & Substance Abuse Treatment Benefits**

| | | |
|---|---|---|
| United Behavioral Health | P O Box 30755<br>Salt Lake City, UT 84130-0755 | 1-800-842-2991 |

**Prescription Drug Benefits**

| | | |
|---|---|---|
| Medco Health (formerly Merck-Medco) | PO Box 2187<br>Lee's Summit, MO 64063-2187 | 1-800-711-3460 |

| | | |
|---|---|---|
| **Blue Choice Value  (HMO)** | Member Services Department<br>Excellus BlueCross BlueShield<br>Rochester Region<br>165 Court Street<br>Rochester, NY  14647 | 1-800-462-0108 |
| **Harvard Pilgrim Health Care (HMO)** | Member Services Department<br>1600 Crown Colony Drive<br>Quincy, Mass.  02169 | 1-888-333-4742 |
| **Kaiser Permanente Northern California (HMO)** | Kaiser Permanente Santa Clara<br>900 Kiely Blvd. Bldg. E<br>Santa Clara, CA  95051 | 1-800-464-4000 |
| | Kaiser Permanente Santa Teresa<br>275 Hospital Parkway Lobby Fl.<br>San Jose, CA  95119 | 1-800-464-4000 |
| | Kaiser Permanente Redwood City<br>1150 Veterans Blvd.<br>Redwood City, CA  94065 | 1-800-464-4000 |

## Medical Benefits Abroad Plan

| | | |
|---|---|---|
| CIGNA International | PO Box 15050<br>Wilmington, DE 19850-5050 | 1-800-441-2668<br>302-797-3100<br>(reverse charges<br>accepted) |

## Reimbursement Account Plans

| | | |
|---|---|---|
| SHPS | FSA Processing Center<br>PO Box 34700<br>Louisville, KY 40232-4700 | 1-800-678-6684 |

## Retiree Life Insurance and Long-Term Care Plan

### Life Insurance Benefits

| | | |
|---|---|---|
| Global Employee Services<br>(Submits Claim on the claimant's behalf ) | PO Box 13010<br>Research Triangle Park<br>NC 27708-3010 | 919-992-4636<br>ESN 352-4636<br>1-800-676-4636 |
| The Prudential Insurance Company<br>of America<br>Group Life Claims Division<br>(Claims Administrator) | PO Box 19101<br>Philadelphia, PA  19101 | 1-800-524-0542 |

### Long-Term Care Benefits

| | | |
|---|---|---|
| The Prudential Insurance Company<br>of America<br>Group Long-Term Care Division | PO Box 931<br>Horsham, PA 19044-0931 | 1-800-732-0416 |

## Retiree Medical Plan

### Medical Benefits

| | | |
|---|---|---|
| CIGNA | PO Box 33668<br>Charlotte, NC 28233-3668 | 1-800-257-2702 |

### Employee Assistance Program, Mental Health & Substance Abuse Treatment Benefits

| | | |
|---|---|---|
| United Behavioral Health | P O Box 30755<br>Salt Lake City, UT 84130-0755 | 1-800-842-2991 |

### Prescription Drug Benefits

| | | |
|---|---|---|
| Medco Health (formerly Merck-Medco) | PO Box 2187<br>Lee's Summit, MO 64063-2187 | 1-800-711-3460 |

## Retirement Income Plan

| | | |
|---|---|---|
| Global Employee Services | PO Box 13010<br>Research Triangle Park<br>NC 27708-3010 | 919-992-4636<br>ESN 352-4636<br>1-800-676-4636 |

## Severance Allowance Plan

Global Employee Services

PO Box 13010
Research Triangle Park
NC 27708-3010

919-992-4636
ESN 352-4636
1-800-676-4636

## Short-Term Disability Plan

Nortel Networks Disability Service Center

4001 East Chapel Hill-Nelson Highway
Mail Stop 808/01/R22
Research Triangle Park, NC 27709-9811

1-800-949-8190
ESN 357-2598

# ABOUT DOMESTIC PARTNERS

The following information about Domestic Partners applies only to the Medical Plan and the Dental/Vision/Hearing Care Plan since those are the only Nortel Networks Inc. employee benefit plans under which you can cover a Domestic Partner for benefits.

## Eligibility

To be eligible for Domestic Partner coverage under the Medical Plan or the Dental/Vision/Hearing Care Plan, you and your Domestic Partner must satisfy the following guidelines:

1. For the 12-month period before you sign the Affidavit of Domestic Partnership, you and your Domestic Partner must have:

    – lived in the same residence

    – shared financial obligations (including basic living expenses)

    – been each other's sole and exclusive partner

    – publicly represented yourself as domestic partners

    – intended to continue this relationship in this manner indefinitely.

2. Neither you, nor your Domestic Partner, may be married to anyone else.

3. You may not be related to your Domestic Partner by blood or marriage to a degree that would prohibit a legal marriage in the state where you live.

4. You and your Domestic Partner must be at least 18 years old.

5. You and your Domestic Partner must be mentally competent to consent to a contract.

You may add your Domestic Partner to health coverages within 31 days of a Status Change (including an establishment of a domestic partnership) or during an Annual Enrollment Period.

If you make false statements on the Affidavit of Domestic Partnership, the Company or its agent(s) may take civil action to recover direct or indirect losses and attorney's fees, and may discipline you up to and including terminating your employment (and your Domestic Partner's employment, if employed by the Company).

> You may add your Domestic Partner to health coverages within 31 days of a Status Change (including an establishment of a domestic partnership) or during an Annual Enrollment Period.
> … support documents must clearly refer to you and your Domestic Partner, and at least one document must show that your relationship has existed for at least the past 12 months.

# Enrolling Your Domestic Partner

If you are interested in enrolling your Domestic Partner for the first time, call Global Employee Services within 31 days of your qualifying event to give notice of your intent to add a Domestic Partner. Global Employee Services will contact you with instructions on how to enroll. Enrollment can be completed online or if preferred, you may submit via mail. You must be able to present two supporting documents if required for audit purposes. The supporting documents must clearly refer to you and your Domestic Partner, and must show that your relationship has existed for at least the past 12 months. No more than one document from each of the following categories may be submitted:

- Domestic Partnership Agreement

- Registration of domestic partnership with local government where you live

- Joint mortgage or lease or other evidence of joint ownership of real estate

- Designation of Domestic Partner as primary Beneficiary in your will, life insurance or IRA accounts (for these purposes only, primary Beneficiary means a person to whom you have allocated 50% or more of your estate, life insurance or IRA accounts as applicable)

- Durable power of attorney for property or health care

- Evidence of joint ownership of a motor vehicle

- Evidence of joint checking, savings or credit accounts

The Company and its designated agent(s) will determine if the documents are sufficient proof of domestic partnership. Once approved, you may then enroll your Domestic Partner in Medical, and/or Dental/Vision/ Hearing Care coverage. You may enroll your Domestic Partner and/or your Domestic Partner's children in Medical and/or Dental/Vision/Hearing Care coverage only. Your Domestic Partner and/or your Domestic Partner's children are not eligible for Dependent Life Insurance or Accidental Death and Dismemberment coverage.

If your domestic partnership ends, you must file a Termination of Domestic Partnership Statement with Global Employee Services within 31 days of the termination.

If you do not file a request to terminate coverage within 31 days, you will have to wait until the next Annual Enrollment Period. You will continue to pay premiums for your Domestic Partner's coverage until the start of the next Plan Year, even though your Domestic Partner is ineligible for coverage.

# Changes in Circumstances

If there is any change in circumstances attested to in the Affidavit of Domestic Partnership, you must notify Global Employee Services in writing within 31 days of the change.

If your domestic partnership ends, you must file a Termination of Domestic Partnership Statement with Global Employee Services within 31 days of the termination. The following rules apply:

- Your Domestic Partner's coverage will end at the end of the month when your partnership terminates.

- You will not be eligible to file or be designated a Domestic Partner on another Affidavit of Domestic Partnership for another 12 months. This 12-month limitation applies to your Domestic Partner if he/she also works for the Company.

- The Company or its agent(s) will not be responsible for notifying your Domestic Partner of the filing of the Statement of Termination of Domestic Partnership.

If you do not file a request to terminate coverage within 31 days, you will have to wait until the next Annual Enrollment Period. You will continue to pay premiums for your Domestic Partner's coverage until the start of the next Plan Year, even though your Domestic Partner is ineligible for coverage.

# CLAIMING BENEFITS

Different procedures for filing claims and filing appeals of denied claims apply to each of the Company employee benefit plans.  Please read the applicable section below for the plan from which you want to claim a benefit.  Claims and appeals information for plans not listed below are included in the summary plan description for that particular plan.  Plans that have included such information in the separate summary for that plan are the:  International Health Services Plan (IHSP);  Long- Term Investment Plan; the Retirement Income Plan (including the Cash Balance Plan and the Pension Service Plan); the Retiree Medical Plan; the Retiree Life Insurance and Long-Term Care Plan; and the Severance Allowance Plan.  The ultimate decision about your eligibility for benefits under each of the plans is made by the Plan Administrator for that plan.  For all of the plans named in this "Claiming Benefits" section except the Business Travel Accident Insurance Plan, the Life and AD&D Insurance Plan, and the Medical Plan's HMO options, the Plan Administrator is the Employee Benefits Committee of Nortel Networks Inc.  For the:

- Business Travel Accident Insurance Plan, the Plan Administrator is American Home Assurance Company.

-  Life and AD&D Insurance Plan, the Plan Administrator is the Prudential Insurance Company of America.

- Medical Plan's HMO options, the Plan Administrator is listed below for each HMO.

    o   Blue ChoiceValue

    o   Harvard Pilgrim Health Care

    o   Kaiser Permanente Northern California

You must submit proof of your Claim under the plan in question that is satisfactory to the Plan Administrator to be entitled to benefits from that plan.

# Medical Plan, Medical Benefits Abroad Plan, Dental/Vision/Hearing Care Plan, and the Health Care Reimbursement Account Plan

## Filing Claims:

In most instances, to make a formal Claim for benefits, you must file a written Claim with the Claims Administrator. However, some Managed Care option providers may submit Claims directly on your behalf. (In order to properly process your request, please refer to the "Plan Identification" chart for a complete list of all Claims Administrators.   Their respective addresses and phone numbers are listed under the "Customer Services/Member Services" chart.  You will receive a written notice from the Claims Administrator or its delegate regarding your Claim within 90 days of its receipt by the Claims Administrator. If an extension of time is required to process your Claim, you will receive written notice of the need for an extension before the end of the 90-day period, explaining the reasons for the delay. If you are not furnished notice within the 90-day period, a telephone inquiry should be made to the Claims Administrator regarding the status of the Claim.  If the Claims Administrator denies the Claim, you may begin the appeal process.

## Appealing a Denied Claim:

Generally the Claims Administrators listed in the "Plan Identification" chart, column 5, (except for Global Employee Services) allow you to first appeal to them directly when you think they have made a mistake in denying your Claim. Therefore, if a Claim is denied by one of those Claims Administrators, you should send your first appeal directly to the Claims Administrator. If the Claims Administrator continues to deny your Claim, the Claims Administrator will notify you in writing that a final denial of your Claim has been made. After that occurs, only the Employee Benefits Committee or the HMO administrator if your coverage is under an HMO option has the authority to review your denied Claim.

If the Claims Administrator makes a final denial of all or part of your Claim, you or your Beneficiary will be notified in writing. This notice will include:

- specific reasons why the Claim was denied.

- specific references to applicable provisions of the plan document or
  other relevant records or papers, and information regarding where you may see them.

- an explanation of how to appeal for reconsideration of the Claims Administrator's decision.

You or your authorized representative may review all documents related to any denial of benefits.  If you disagree with the Claims Administrator's decision, you have 60 days from the receipt of the final denial to request a review. This request should be made in writing and sent to the Employee Benefits Committee (EBC) at the address listed above.

The EBC will reconsider your Claim and will normally issue a decision within 60 days.  If special circumstances require more time for this process, you will be notified in writing no later than 120 days after the receipt of your request.

The EBC has the final discretionary authority to construe and to interpret these  plans, to decide all questions of eligibility for benefits and to determine the amount of such benefits. The EBC's decisions on such matters are final and conclusive.

# DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT PLAN, BUSINESS TRAVEL ACCIDENT INSURANCE PLAN, AND LIFE AND AD&D INSURANCE PLAN

## FILING CLAIMS:

To make a formal Claim for benefits, you must file a written Claim with the Claims Administrator. However, for the Business Travel Accident Insurance Plan and the Life and AD&D Insurance Plan, Global Employee Services will submit Claims on your behalf after their receipt of the required claim information from you.  (In order to properly process your request, please refer to the "Plan Identification" chart for a complete list of all Claims Administrators.   Their respective addresses and phone numbers are listed under the "Customer Services/Member Services" chart.)  You will receive a written notice from the Claims Administrator or its delegate regarding your Claim within 90 days of its receipt by the Claims Administrator. If an extension of time is required to process your Claim, you will receive written notice of the need for an extension before the end of the 90-day period, explaining the reasons for the delay. If you are not furnished notice within the 90-day period, a telephone inquiry should be made to the Claims Administrator regarding the status of the Claim.  If the Claims Administrator denies the Claim, you may begin the appeal process.

## APPEALING A DENIED CLAIM:

### If You Receive an Adverse Benefit Determination

The Claims Administrator will provide you with notification of any adverse benefit determination, which will set forth:

1. The specific reason(s) for the adverse benefit determination.
2. Reference to the specific plan provisions on which the benefit determination is based.
3. A description of any additional material or information that is necessary for you to perfect the Claim and an explanation of why that material or information is necessary.
4. A description of the plan's appeal procedures and time limits applicable to such procedures, including a statement of your right to bring civil action under ERISA after an adverse determination on appeal.

## Procedures for Appealing an Adverse Benefit Determination

You, or your authorized representative, have 60 days following the receipt of a notification of an adverse benefit determination within which to appeal the determination.

With respect to the Dependent Day Care Reimbursement Plan, the "Plan Administrator" is the Employee Benefits Committee of Nortel Networks Inc.  Your written appeal should be sent to them at:

> Employee Benefits Committee
> Nortel Networks Inc.
> C/O Benefits Dept., #8426
> 220 Athens Way, Suite 300
> Nashville, TN 37228-1397

With respect to the Business Travel Accident Insurance Plan, the "Plan Administrator" is American Home Assurance Company.  Their address for the mailing of your written appeals is:

> American Home Assurance Company
> 145 Wellington Street West
> Toronto, Ontario  M5J 1H8

With respect to the Life and AD&D Insurance Plan, the "Plan Administrator" is the Prudential Insurance Company of America.  Their address for the mailing of written appeals is:

> The Prudential Insurance Company of America
> Group Life Claims Division
> PO Box 19101
> Philadelphia, PA  19101

With respect to each plan, you have the right to the following information or to make the following requests from the Plan Administrator named above (as applicable):

1.  Submit written comments, documents, records and other information relating to the Claim for benefits.
2.  Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your Claim for benefits. For this purpose, a document, record or other information is treated as "relevant" to your Claim if it:
    - Was relied upon in making the benefit determination.
    - Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination.
    - Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination.
3.  A review that takes into account all comments, documents, records and other information submitted by you relating to the Claim, regardless of whether such information was submitted or considered in the initial benefit determination.

## For the Business Travel Accident Insurance Plan

American Home Assurance Company will notify you of the benefit determination on review of an appeal under the Business Travel Accident Insurance Plan within a reasonable period of time, but not later than 60 days after receipt of your request for review by the plan.  This 60-day period may be extended for up to an additional 60 days, if the Plan Administrator:

- ▪ determines that special circumstances require an extension of time for processing the Claim, and

- ▪ notifies you of the special circumstances requiring the extension of time and the date by which the plan expects to render a determination upon review before the initial 60-day period expires.

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the Plan Administrator sends you the extension notification until the date you respond to the request for additional information.

The Plan Administrator's notice of an adverse benefit determination on appeal will contain all of the following information:

1. The specific reason(s) for the adverse benefit determination.
2. Reference to the specific plan provisions on which the benefit determination is based.
3. A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your Claim.
4. A statement describing any voluntary appeal procedures offered by the plan and your right to obtain the information about such procedures.
5. A statement of your right to bring action under ERISA.

## For the Life and AD&D Insurance Plan

Prudential Insurance Company of America will notify you of the benefit determination on review of an appeal under the Life and AD&D Insurance Plan within a reasonable period of time, but not later than 60 days after receipt of your request for review by the plan. This 60-day period may be extended for up to an additional 60 days, if the Plan Administrator:

- ▪ determines that  special circumstances require an extension of time for processing the Claim, and

- ▪ notifies you of the special circumstances requiring the extension of time and the date by which the plan expects to render a determination upon review before the initial 60-day period expires.

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on  the date the Plan Administrator sends you the extension notification until the date you respond to the request for additional information.

The Plan Administrator's notice of an adverse benefit determination on appeal will contain all of the following information:

1. The specific reason(s) for the adverse benefit determination.
2. Reference to the specific plan provisions on which the benefit determination is based.
3. A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your Claim.
4. A statement describing any voluntary appeal procedures offered by the plan and your right to obtain the information about such procedures.
5. A statement of your right to bring action under ERISA.


## For the Dependent Day Care Reimbursement Account Plan

With respect to an appeal under the Dependent Day Care Reimbursement Account Plan, the Employee Benefits Committee will make a decision on your appeal of a Dependent Day Care Reimbursement Account Plan Claim no later than the date of the meeting of the Committee that immediately follows the Plan's receipt of a request for review, unless the request for review is filed within thirty (30) days preceding the date of such meeting.  (The Committee holds monthly meetings.)  In such case, a benefit determination may be made by no later than the date of the second meeting following the Plan's receipt of the request for review.  If special circumstances require a further extension of time for processing, a benefit determination shall be rendered not later than the third meeting of the Committee following the Plan's receipt of the request for review.  If such an extension of time for review is required because of special circumstances, the Committee will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension.   The Committee will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

An appeal to the Employee Benefits Committee, following the process described above, should be mailed to:

Employee Benefits Committee
Nortel Networks Inc.
C/O Benefits Dept., #8426
220 Athens Way, Suite 300
Nashville, TN  37228-1397

# SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN

## FILING CLAIMS:

This section outlines the procedure for filing and appealing claims involving disability determinations under the Short-Term Disability Plan and the Long-Term Disability Plan. These procedures are intended to comply with the requirements of ERISA and will be interpreted in accordance with ERISA requirements. To make a formal Claim for benefits, you must file a written Claim with the Claims Administrator.  (In order to properly process your request, please refer to the "Plan Identification" chart for a complete list of all Claims Administrators.   Their respective addresses and phone numbers are listed under the "Customer Services/Member Services" chart.)

### Timeframe for Claim Determinations

If you receive an adverse benefit determination (i.e., any denial, reduction or termination of a benefit or a failure to provide or make a payment), the Claims Administrator will notify you of the adverse determination within a reasonable period of time but not later than 45 days after receiving the Claim. This 45-day period may be extended for up to 30 days, if the Claims Administrator both determines the extension is necessary due to matters beyond the control of the plan, and notifies you of the reason(s) requiring the extension of time
and the date by which the plan expects to render a decision before the initial 45-day period expires.

If prior to the end of the first 30-day extension period, the Claims Administrator again determines that due to matters beyond the control of the plan, a decision cannot be rendered within that extension period, the determination period may be extended for up to an additional 30 days. In such case, the Claims Administrator must notify you of the reason(s) requiring the extension of time and the date by which the plan expects to render a decision before the first 30-day extension period expires.

All extension notices you receive regarding your disability benefits must specifically explain:

- The standards on which entitlement to a benefit is based, with reference to specific plan provisions.
- The unresolved issues that prevent a decision on the Claim.
- The additional information needed to resolve those issues.

You have 45 days to provide the specified additional information.

In the event that an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination stops on the date the Claims Administrator sends you the extension notification until the date you respond to the request for additional information.

**If You Receive an Adverse Benefit Determination**

The Claims Administrator will provide you with notification of any adverse benefit determination, which will set forth:

1. The specific reason(s) for the adverse benefit determination.
2. Reference to the specific plan provisions on which the benefit determination is based.
3. A description of any additional material or information that is necessary for you to perfect the Claim and an explanation of why that material or information is necessary.
4. A description of the plan's appeal procedures and time limits applicable to such procedures, including a statement of your right to bring civil action under ERISA after an adverse determination on appeal.
5. Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse benefit determination; a statement or copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
6. Either an explanation of the scientific or clinical judgment for the adverse determination, applying the terms of the plan to your medical circumstances or a statement that such explanation will be provided free of charge upon request if the adverse benefit determination was based on a medical necessity or experimental treatment or similar exclusion or limit.
7. Your right to bring an action under ERISA Section 502(a) for claims denied on review.

## APPEALING A FINAL DENIAL OF A CLAIM:

You, or your authorized representative, have 180 days following the receipt of a notification of an adverse benefit determination within which to appeal the determination to the Employee Benefits Committee of Nortel Networks Inc.  Their address is:

Employee Benefits Committee

Nortel Networks Inc.

C/O Benefits Dept., #8426

220 Athens Way, Suite 300

Nashville, TN 37228-1397

You have the right to:

1. Submit written comments, documents, records and other information relating to the Claim for benefits.
2. Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your Claim for benefits. For this purpose, a document, record or other information is treated as "relevant" to your Claim if it:
   - Was relied upon in making the benefit determination
   - Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
   - Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination
   - Constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for your diagnosis, regardless of whether such statement was relied upon in making the benefit determination.

3.  A review that takes into account all comments, documents, records and other information submitted by you relating to the Claim, regardless of whether such information was submitted or considered in the initial benefit determination.
4.  A review that does not defer to the initial adverse benefit determination and that is conducted by a named fiduciary of the plan who is neither the individual who made the adverse determination nor that person's subordinate.
5.  If the appeal involved an adverse benefit determination based in whole, or in part, on a medical judgment, you have the right to require the named fiduciary to consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment and who was neither consulted in connection with the initial adverse benefit determination nor the subordinate of any such individual.
6.  The identification of medical or vocational experts whose advice was obtained in connection with the adverse benefit determination.

The Employee Benefits Committee will make a decision on your appeal of a Short-term Disability Plan or Long-term Disability Plan Claim no later than the date of the meeting of the Committee that immediately follows the plan's receipt of a request for review, unless the request for review is filed within thirty (30) days preceding the date of such meeting. (The Committee holds monthly meetings.) In such case, a benefit determination may be made by no later than the date of the second meeting following the plan's receipt of the request for review. If special circumstances require a further extension of time for processing, a benefit determination shall be rendered not later than the third meeting of the Committee following the plan's receipt of the request for review. If such an extension of time for review is required because of special circumstances, the Committee will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension.

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the Committee sends you the extension notification until the date you respond to the request for additional information.

The Committee will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

The Committee's notice of an adverse benefit determination on appeal will contain all of the following information:

1.  The specific reason(s) for the adverse benefit determination.
2.  Reference to the specific plan provisions on which the benefit determination is based.
3.  A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your Claim.
4.  A statement describing any voluntary appeal procedures offered by the plan and your right to obtain the information about such procedures, and a statement of your right to bring action under ERISA Section 502(a).
5.  Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse benefit determination or notice that a copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse benefit determination will be provided free of charge upon request.
6.  Either an explanation of the scientific or clinical judgment for the adverse determination, applying the terms of the plan to your medical circumstances or a statement that such explanation will be provided free of charge upon request if the adverse benefit determination was based on a medical necessity or experimental treatment or similar exclusion or limit.

You and your plan may have other voluntary alternative options, such as mediation. One way to find out what may be available to you is to contact your local U.S. Department of Labor Office and your state insurance regulatory agency.

# YOUR RIGHTS UNDER COBRA

You, your Dependents and your Domestic Partner have the option to temporarily extend your health care coverages at full group rates, plus a 2% administration fee, in certain instances when coverage under certain FLEX Benefits and other health care benefits (identified under the "COBRA Participation" below) would otherwise end. This is called COBRA coverage. COBRA stands for the Consolidated Omnibus Budget Reconciliation Act of 1985. To be eligible for COBRA coverage continuation you must first be enrolled in the health plan you wish to continue on the day before you become ineligible.

## COBRA Participation

If one of the qualifying events listed in the COBRA Continuation Period chart causes you, your Dependent or your Domestic Partner to lose health care coverage, you may continue coverage in the Medical Plan, Employee Assistance Program, Dental/Vision/Hearing Care Plan, Medical Benefits Abroad Plan (Travel Well), and the Health Care Reimbursement Account (on an after tax basis) for yourself and your eligible Dependents.

Continued coverage is available for a maximum of 18, 29 or 36 months, depending on the event outlined in the chart. If you are disabled on the date of the Qualifying Event, or within 60 days of COBRA coverage, you may be eligible to extend your COBRA continuation period for an additional 11 months.  Verification by the Social Security Administration must be submitted to the COBRA Administrator within 60 days of the date disability is approved in order to extend coverage from 18 to 29 months.  The continuation premium for the additional 11 months will be increased from 102% to 150% of the full group rate per person. The maximum continuation period if multiple events should occur is a total of 36 months. For example, if you terminate and then die while covered by the plan, your Dependents' coverage may continue for a maximum of 36 months.

# COBRA Continuation Period

| Circumstances | Maximum Continuation Period | | |
|---|---|---|---|
| | YOU | SPOUSE OR DOMESTIC PARTNER | CHILDREN OR DOMESTIC PARTNER'S CHILDREN |
| You lose coverage because of reduced work hours | 18 months | 18 months | 18 months |
| You terminate for any reason (except gross misconduct) | 18 months | 18 months | 18 months |
| You are disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours or you become disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |
| You die | N/A | 36 months | 36 months |
| You and your spouse legally separate or divorce | N/A | 36 months | 36 months |
| You and your Domestic Partner terminate your relationship | N/A | 36 months | 36 months |
| You become entitled to Medicare | N/A | 36 months | 36 months |
| Your or your Domestic Partner's child no longer qualifies as a Dependent | N/A | N/A | 36 months |
| Your spouse or Domestic Partner is disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours or your spouse becomes disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |
| Your or your Domestic Partner's child is disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours or becomes disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |

# Notification

The COBRA Administrator, COBRAServ, will notify you by mail of your COBRA election rights when the qualifying event is a reduction in hours or termination of employment. You will receive instructions on how to continue your health care benefits under COBRA.

If your Dependents lose coverage due to divorce, legal separation, or loss of Dependent status, you (or a family member) must notify Global Employee Services within 60 days of the event so that COBRA can be offered and their election rights can be mailed to them.

# Election

It is the responsibility of you, your spouse, your Domestic Partner or your Dependent children to contact Global Employee Services within 60 days of the event to elect continued participation under COBRA. You will have an additional 45-day period (after the 60-day election period) to pay any premiums you missed.

If you fail to contact Global Employee Services within 60 days of the qualifying event, you will not be eligible to elect COBRA.

If you elect COBRA continuation:

- Initially, you may keep the same level of coverage you had at the time of the event or choose a lower level of coverage (e.g., you only, you and your children and/or Domestic Partner's children, you and your spouse (or Domestic Partner) or you and your family).

- Coverage will be effective as of the date of the qualifying event.

- You may change coverage during the Annual Enrollment Period or if you experience a Status Change, as described in the FLEX Overview section.

- You may enroll any newly eligible spouse or child under the usual plan rules.

COBRA participants are held to similar guidelines concerning their health insurance as active employees. Changes in your health plans once enrolled in COBRA can only be made during the Annual Enrollment Period, typically occurring in the fall, or within 31 days of a Status Change (as described in the FLEX Overview section).

If your Dependents lose coverage due to divorce, legal separation, or loss of Dependent status, you (or a family member) must notify Global Employee Services within 60 days of the event so that COBRA can be offered…

If you fail to contact Global Employee Services within 60 days of the qualifying event, you will not be eligible to elect COBRA.

# Cost of Participation

COBRA participants must pay monthly premiums for their coverage:

- For Medical coverage, the Employee Assistance Program, Dental/Vision/Hearing Care coverage and Medical Benefits Abroad Plan (Travel Well) coverage, premiums are based on the full group rate per covered person set at the beginning of the Plan Year, plus 2% to cover administrative costs.

- Regular monthly premiums are due to the COBRA Administrator (COBRAServ) by the first of each month.

- Health Care Reimbursement Account contributions can be continued on an after-tax basis, plus the 2% administration fee.

- If you are disabled under the Social Security definition, COBRA premiums for months 19–29 reflect the full group cost per person, plus 50%.

# When COBRA Ends

COBRA coverage will end before the maximum continuation period if:

- a person who was covered under COBRA becomes covered under another group health plan not offered by the Company (providing the plan does not have Preexisting Condition limitations affecting the covered person). COBRA coverage will end if the Preexisting Condition limitation does not apply, or will end as of the date when the limitation expires. You are entitled to receive credit equal to the period of your COBRA coverage against the new plan's Preexisting Condition limitation period, so long as the new coverage begins without a break in coverage of 63 days or longer.

- you or your eligible Dependents become entitled to Medicare. Covered Dependents who are not entitled to Medicare can continue coverage under COBRA until the maximum continuation period is reached. If you become entitled to Medicare within 18 months before the termination of your employment (or a reduction in your work hours) that entitles you to COBRA continuation coverage, your qualified Dependents will be eligible for COBRA coverage for up to 36 months from the date you became eligible for Medicare.

- you or your eligible Dependents have met Preexisting Condition exclusions under a new employer's plan.

- any required premium for continued coverage is not paid within 30 days after it is due. (Payments are due on the first day of each month.)

- the Company ceases to provide benefits to all Employees.

# Right to Certificate of Health Coverage

When you leave the Company's employment for any reason, or terminate your coverage in the Medical Plan, the Company will provide you a written certificate confirming the period of your participation in this plan as required by the Health Insurance Portability and Accountability Act of 1996 (HIPAA). You will need the certificate if you become eligible to enroll in another health plan that excludes coverage for preexisting medical conditions. Your new plan will be required to give you credit for your period of

coverage in this plan, against the Preexisting Condition exclusion period (which cannot be more than 12 months for individuals who enroll when first eligible or 18 months for late enrollees).

If you are enrolled in this plan for at least 12 months, do not have a break in coverage of 63 days or longer, and enroll in your new plan as soon as you are eligible, the new plan cannot exclude any Preexisting Condition that you have. If you have a break in coverage of at least 63 days, the new plan will not be required to give you credit for your period of coverage under this plan. The Company will also provide a certificate for any Dependent who ends coverage under this plan for any reason.

The Company will provide a certificate to former Employees and/or their Dependents automatically when:

- coverage terminates
- COBRA continuation, if elected, terminates
- a request is made within 24 months of the date plan coverage terminates.

HIPAA only provides proof of insurability. It does not offer a continuation of benefits.  (Note: COBRA continuation coverage also counts as creditable coverage.)

…you agree in good faith to pursue a claim against the responsible third party to recover medical and dental, vision or hearing care benefits received under the plan for that Injury or Illness.

# THIRD PARTY LIABILITY

In the event that you suffer an Injury or Illness caused by a third party, you agree in good faith to pursue a Claim against the responsible third party to recover medical and dental, vision or hearing care benefits received under the plan for that Injury or Illness.

Any payments you receive from the third party will be used to repay the plan for benefits you have already received for the Injury or Illness. Any future plan benefits for the Injury or Illness will be reduced by the amount of any payments you receive or will receive in the future from the third party.

A reasonable apportionment of fees and costs you incur in pursuing a recovery from the third party may be deducted from amounts to be repaid to the plan.

The plan has the right to review any proposed settlement between you and the third party, and the plan has the express right to reject any settlement that does not adequately provide for the recovery of the plan's benefits paid or to be paid to you in connection with the Injury or Illness. You agree not to enter into any settlement with the third party that has been reasonably rejected by the plan.

# COURT ORDERS

## Qualified Domestic Relations Orders

Normally, your retirement benefits cannot be assigned, transferred or attached, nor may you use them as collateral for a loan.

However, pension regulations require retirement plans to obey certain court orders (such as divorce decrees) that require a portion of your pension benefits to be paid to a spouse, former spouse, child or other Dependent. If such an order is a Qualified Domestic Relations Order (QDRO), any such payments will not violate this requirement.

If you are involved in a divorce or custody proceeding in which your pension benefit (under the Retirement Income Plan or the Long-Term Investment Plan) becomes an issue, contact Global Employee Services for more information about QDROs. The Plan Administrator must review a proposed QDRO to determine if it is qualified. Domestic relations orders will not be honored until that decision is made.

## Qualified Medical Child Support Orders

A Qualified Medical Child Support Order (QMCSO) is an order or judgment from a court that directs the Plan Administrator to cover your child for benefits under the Medical Plan, Nortel Networks Retiree Medical Plan or under the Dental/Vision/Hearing Care Plan. Federal law provides that a Medical Child Support Order must meet certain form and content requirements in order to be a QMCSO.  When an order is received, each affected participant and each child (or the child's representative) covered by the order will be given notice of the receipt of the order and a copy of the plan's procedure for determining if the order is valid.  Coverage under the plan pursuant to a QMCSO will not become effective until the Plan Administrator determines that the order is a QMCSO.  If you have any questions or would like to receive a copy of the written procedure for determining whether a QMCSO is valid, contact Global Employee Services.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's employee benefit plans, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

- examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents, including insurance contracts, and copies of all documents filed by the plans with the U.S. Department of Labor, such as annual reports and plan descriptions.

- obtain copies of all plan documents and other plan information upon written request to the Plan Administrator. The Plan Administrator may request a reasonable charge for the copies.

- receive a summary of the plans' annual financial reports. The Plan Administrator is required by law to furnish each participant with a summary of these annual reports.

- obtain a statement telling you whether you have a right to receive a pension at your normal retirement age under the Nortel Networks Retirement Income Plan or the Nortel Networks Long-Term Investment Plan and if so, what your benefit would be at normal retirement age if you were to stop working now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to earn one. This statement must be requested in writing and is not required to be given more than once a year. The statement must be provided free of charge.

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your employee benefit plans.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and solely in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your Claim for a benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Plan Administrator review and reconsider your Claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may seek assistance from the U.S. Department of Labor or file suit in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in federal or state court.

If it should happen that a plan fiduciary misuses plan money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your claim is frivolous.

If you have questions about this statement or about your ERISA rights, you should contact the nearest area office of the Pension and Welfare Benefit Administration of the United States Department of Labor.

# PLAN DOCUMENTS

In accordance with the disclosure requirements of ERISA, this guide serves as a summary plan description of the Company's ERISA-governed employee benefit plans.   This information does not replace or alter information contained in formal plan documents that have been adopted by the company, to the extent those documents exist.  With respect to the Retirement Income Plan, the Long-Term Investment Plan, and the Severance Allowance Plan, a formal plan document has been adopted.  The summary plan description for the plan that is available on Services@Work contains the official provisions of the other employee benefit plans.   With respect to certain plans that were named under the "Agent for Service of Process" section, a formal trust agreement has been adopted.  With respect to plans identified in the "Plan Identification" chart as being "insured", formal insurance contracts exist.  The official plan documents, insurance contracts, and trust agreements will govern in all cases and will supersede the information in this Administrative Information section to the extent there are conflicts.

# FUTURE OF THE PLANS

Although the benefits currently available (in the 2002 Plan Year) are described in this summary and the other summaries for the Company's employee benefit plans, the Company reserves the right to change or end any or all of the plans described in this summary and in the other summaries at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate any of the plans at will and for any reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this is not a legal document and does not constitute an implied or expressed contract or guarantee of employment.

IN THIS SECTION

INTRODUCTION....................................................................................................................... 1

WHOM TO CALL ..................................................................................................................... 2

ADMINISTRATIVE INFORMATION ..................................................................................... 3

    Plan Year ....................................................................................................................................3

    Plan Administrator......................................................................................................................4

    Employer Identification Number ...............................................................................................5

    Agent for Service of Legal Process ...........................................................................................5

    Plan Identification......................................................................................................................7

CUSTOMER SERVICES/MEMBER SERVICES ......................................................... 10

ABOUT DOMESTIC PARTNERS ........................................................................................ 15

    Eligibility.................................................................................................................................15

    Enrolling Your Domestic Partner ............................................................................................16

    Changes in Circumstances.......................................................................................................17

CLAIMING BENEFITS ........................................................................................................ 18

    Medical, Medical Benefits Abroad, Dental/Vision/Hearing, & Health Care Reimbursement Account

    Plans ........................................................................................................................................19

        Filing Claims...................................................................................................................19

        Appealing a Denied Claim ..............................................................................................19

    Dependent Day Care Reimbursement Account, Business Travel Accident & Life & AD&D Plans ...................21

        Filing Claims...................................................................................................................21

        Appealing a Denied Claim ..............................................................................................21

    Short -Term Disability and Long-Term Disability Plans.........................................................25

        Filing Claims...................................................................................................................25

        Appealing a Final Denial of a Claim...............................................................................26

YOUR RIGHTS UNDER COBRA ...................................................................................................28

    COBRA Participation .................................................................................................................28

    COBRA Continuation Period ....................................................................................................29

    Notification................................................................................................................................30

    Election .....................................................................................................................................30

    Cost of Participation .................................................................................................................31

    When COBRA Ends..................................................................................................................31

    Right to Certificate of Health Coverage ..................................................................................31

THIRD PARTY LIABILITY .........................................................................................................32

COURT ORDERS ..........................................................................................................................33

    Qualified Domestic Relations Orders ......................................................................................33

    Qualified Medical Child Support Orders..................................................................................33

YOUR RIGHTS UNDER ERISA....................................................................................................34

PLAN DOCUMENTS .....................................................................................................................36

FUTURE OF THE PLANS ..............................................................................................................36