**From:** Rafael X. Zahralddin-Aravena
**Sent:** Thursday, April 25, 2013 5:08 PM
**To:**
**Subject:** FW: Agreement to the LTD Settlement

**From:** Dave
**Sent:** Thursday, April 25, 2013 5:00 PM
**To:** Rafael X. Zahralddin-Aravena
**Subject:** Agreement to the LTD Settlement

David Fox

4/25/2013