IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
                                    :

*In re*  :  Chapter 11

Nortel Networks Inc., *et al.*,  :  Case No. 09-10138 (KG)

                Debtors.[1]  :  Jointly Administered

                                    :  **Hearing date: April 30, 2013 at 10:00 am (ET)**

------------------------------------------------------------ X

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF NORTEL NETWORKS INC, ET AL. TO THE DEBTORS' REPLY IN FURTHER
SUPPORT OF THE JOINT MOTION PURSUANT TO SECTIONS 363 AND 105 OF THE
BANKRUPTCY CODE, AND BANKRUPTCY RULES 9019 AND 7023 TO (A) FINALLY
APPROVE THE SETTLEMENT AGREEMENT REGARDING LONG-TERM
DISABILITY PLANS AND CLAIMS, (B) FINALLY CERTIFY A CLASS, (C)
AUTHORIZE THE DEBTORS TO TERMINATE THE LTD PLANS,
AND (D) GRANT RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks Inc. ("NNI") and certain of its U.S. affiliates, as debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby joins (the "Joinder") in the *Debtors' Reply in Further Support of the Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (A) Finally Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief* [D.I. 10316] (the "Debtors' Reply"), and requests that this Court approve the relief requested in the *Joint*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (b), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief, dated January 18, 2013* [D.I. 9304] (the "LTD Settlement Motion"). In support of the Joinder, the Committee respectfully submits as follows:

## JOINDER

1. Since the appointment of the Official Committee of Long Term Disability Participants (the "LTD Committee") in August 2011, the Debtors, the LTD Committee, the Bondholder Group (as defined in the LTD Settlement Motion) and the Committee (collectively, the "Parties") have spent a great deal of time and effort over the course of approximately 18 months to reach a resolution regarding the termination of the Debtors' Long Term Disability Plan and certain other plans and programs (collectively, the "LTD Plans") through litigation, negotiations and a court-approved mediation process. Ultimately, as this Court is aware, the Parties reached a settlement regarding the termination of the LTD Plans in the form of the agreement (the "Settlement Agreement") attached as Exhibit A to the LTD Settlement Motion, which is currently before this Court. The Settlement Agreement is the product of good faith, arms-length negotiations between the Parties and represents a reasonable outcome under the circumstances when compared with the likely alternative of continued litigation between the Parties concerning numerous legal issues. The proposed settlement as set forth in the Settlement Agreement is in the best interests of the Debtors' estates and their creditors. Accordingly, the

104474078 v2
RLF1 8530551v.1

Committee supports the Debtors' position that the relief requested in the LTD Settlement Motion is appropriate and should be approved by this Court and, accordingly, files this Joinder in support thereof.

## CONCLUSION

For all of the foregoing reasons, the Committee respectfully requests that the Court (a) approve the relief requested in the LTD Settlement Motion, and (b) grant the Committee such other and further relief as the Court deems just, proper and equitable.

Dated: April 25, 2013
       Wilmington, Delaware

Respectfully submitted,

By: _____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Tel.: (302) 651-7700

and

Fred S. Hodara (*pro hac vice*)
Lisa G. Beckerman (*pro hac vice*)
David H. Botter (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
Tel.: (212) 872-1000
Co-counsel to the Committee

104474078 v2
RLF1 8530551v.1