**Via Hand Delivery**

Mark Kenney[2]
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**Via Hand Delivery and Email**

Rafael Xavier Zahralddin-Aravena (rxza@elliottgreenleaf.com)
Elliott Greenleaf
1105 North Market Street
Suite 1700
P.O. Box 2327
Wilmington, DE 19801

**Via Email**

Albert Togut (altogut@teamtogut.com)
Neil Berger (neilberger@teamtogut.com)
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

William F. Taylor, Jr. (wtaylor@mccarter.com)
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

Mark D. Collins Esq. (collins@rlf.com)
Christopher M. Samis Esq. (samis@rlf.com)
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

Fred S. Hodara Esq. (fhodara@akingump.com)
David H. Botter Esq.(dbotter@akingump.com)
Akin Gump
One Bryant Park
New York, NY  10036

---

[2]  The UST received the *Declaration of John J. Ray III In Further Support of the Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief* without the exhibits attached.

Thomas R. Kreller (tkreller@milbank.com)
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Laura Davis Jones (ljones@pszyj.com)
Timothy P. Cairns (tcairns@pszyj.com)
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705