# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### DEBTORS' MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE RELATING TO DEBTORS' MOTION FOR AN ORDER APPROVING NNI'S ENTRY INTO A SUBLEASE TERM SHEET AND SUBLEASE AGREEMENT AT FACILITY IN RALEIGH, NORTH CAROLINA

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors") hereby move this Court (the "Motion") for the entry of an order, substantially in the form attached hereto as Exhibit A, pursuant to sections 102(1) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), (i) shortening notice to allow the Debtors' Motion for an Order Approving NNI's Entry into a Sublease Term Sheet and Sublease Agreement at Facility in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Raleigh, North Carolina (the "Approval Motion"),[2] filed contemporaneously herewith, to be considered on an expedited basis; (ii) setting **May 3, 2013 at 4:00 PM (Eastern Time)** as the deadline to file objections to the Approval Motion (the "Objection Deadline"); and (iii) scheduling a hearing on the Approval Motion for the omnibus hearing currently scheduled for **May 7, 2013 at 10:00 AM (Eastern Time)** (the "Hearing").  In support of this Motion, the Debtors rely on the Declaration of John J. Ray III (the "Ray Declaration"), attached hereto as Exhibit B.  In further support of this Motion, the Debtors respectfully represent as follows:

## Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are sections 102(1) and 105(a) of the Bankruptcy Code, as supplemented by Bankruptcy Rule 9006 and Local Rule 9006-1(e).

## Background

3. On January 14, 2009 (the "Petition Date"), the Debtors, other than Nortel Networks (CALA) Inc.,[3] filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which cases are consolidated for procedural purposes only (the "Chapter 11 Cases").  The Debtors continue to operate as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") has appointed an Official Committee of Unsecured Creditors (the "Committee") in

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Approval Motion.

[3] Nortel Networks (CALA) Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 14, 2009, which was consolidated and is being jointly administered with the other Debtors' chapter 11 cases for procedural purposes [D.I. 1098].

2

respect of the Debtors [D.I.s 141, 142], and an ad hoc group of bondholders has been organized (the "Bondholder Group").

5. On the Petition Date, the Debtors' ultimate corporate parent Nortel Networks Corporation ("NNC"), NNI's direct corporate parent Nortel Networks Limited ("NNL," and together with NNC and their affiliates, including the Debtors, "Nortel"), and certain of their Canadian affiliates (collectively, the "Canadian Debtors")[4] commenced a proceeding with the Ontario Superior Court of Justice (the "Canadian Court") under the Companies' Creditors Arrangement Act (Canada), seeking relief from their creditors and a Monitor, Ernst & Young Inc., was appointed by the Canadian Court. Also on the Petition Date, the High Court of England and Wales placed nineteen of Nortel's European affiliates (collectively, the "EMEA Debtors")[5] into administration under the control of individuals from Ernst & Young LLP. Other Nortel affiliates have commenced and in the future may commence additional creditor protection, insolvency and dissolution proceedings around the world.

6. Since the Petition Date, Nortel has sold its business units and other assets to various purchasers. For further information regarding these chapter 11 cases, reference may be made to the Monthly Operating Reports filed by the Debtors and http://dm.epiq11.com/nortel.

### Relief Requested

7. By this Motion, the Debtors seek the entry of an order (i) shortening the notice period for the Approval Motion to allow it to be considered on an expedited basis; (ii) setting

---

[4]   The Canadian Debtors include the following entities: NNC, NNL, Nortel Networks Technology Corporation, Nortel Networks Global Corporation and Nortel Networks International Corporation.

[5]   The EMEA Debtors include the following entities: Nortel Networks UK Limited, Nortel Networks S.A., Nortel Networks (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel Networks, s.r.o., Nortel Networks Engineering Service Kft, Nortel Networks Portugal S.A., Nortel Networks Slovensko, s.r.o. and Nortel Networks International Finance & Holding B.V.

**May 3, 2013 at 4:00 PM (Eastern Time)** as the Objection Deadline; and (iii) scheduling the Hearing on the Approval Motion for **May 7, 2013 at 10:00 AM (Eastern Time)**.

## Facts Relevant to this Motion

8.  As more fully described in the Approval Motion and the Ray Declaration, NNI and IBM have reached agreement on a term sheet, attached to the Approval Motion as Exhibit B (the "Term Sheet"), pursuant to which, after the finalization of definitive documentation and the satisfaction of certain conditions, NNI will sublease a portion of the premises at 4001 E. Chapel Hill-Nelson Highway, Raleigh, North Carolina (the "Subleased Premises") to IBM. The Term Sheet is a productive step forward for NNI and will provide financial benefit to the Debtors in their wind down process.

9.  NNI currently is the tenant under an existing lease with U.S. Bank National Association, (as successor trustee to State Street Bank and Trust Company) as owner trustee of ZSF/Research Gateway Trust (the "Master Landlord"), dated July 27, 2001, for the Facility (the "Master Lease"), which includes the Subleased Premises. The Facility consists of office, electronic laboratory and warehouse space used by NNI in connection with its businesses prior to its various divestitures. NNI assumed the Master Lease in late 2009 pursuant to section 365 of the Bankruptcy Code in connection with the closing of the sale of the CMDA and LTE business to Telefonaktiebolaget L. M. Ericsson ("Ericsson"). See Order Authorizing and Approving (A) the Sale of Certain Assets of the Debtors' CDMA and LTE Business Free and Clear of All Liens, Claims and Encumbrances, (B) the Assumption and Assignment of Contracts and (C) the Assumption and Sublease of Certain Leases, dated July 28, 2009 [D.I. 1205].

10. NNI subsequently subleased approximately 54% of the rentable square footage available under the Master Lease to third parties, including purchasers of certain former Nortel businesses, GENBAND US LLC, Avaya Inc. and Ericsson (collectively, along with any other

subtenants at the Facility, the "Existing Subtenants"). NNI uses some of the remaining office space for its residual winddown activities, and the remaining rentable square footage available under the Master Lease currently remains unused. Accordingly, the Sublease will enable NNI to obtain revenue from currently unutilized space at the Facility. The proposed Sublease is the best use NNI has identified for such unused space based on its marketing efforts.

**Basis for Relief**

11. Local Rule 9006-1(e) provides for shortened notice "by order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e). As set forth below, shortening notice is justified here.

12. The Debtors respectfully submit that shortened notice is appropriate in this instance because approval of the Term Sheet and the Sublease are in the best interests of the Debtors. Additionally, the Term Sheet contemplates the execution of a Sublease by May 15, 2013, so that IBM may commence improvements to the Subleased Premises prior to moving operations to the Subleased Premises. For the reasons noted above, it is in the best interest of the Debtors' estates to have the Term Sheet approved by this Court as soon as possible. Absent a hearing of the Approval Motion on May 7, 2013, there is a substantial risk that NNI will be unable to execute the Sublease and obtain the attendant benefits to its estate. For these reasons, the Debtors believe that a hearing on the Approval Motion on shortened notice is in the best interests of the Debtors' estates and creditors.

13. The Debtors have consulted with counsel to the Committee prior to filing this Motion, and understand that the Committee has no objection to the relief sought in this Motion.

14. For these reasons, the Debtors respectfully submit that allowing the Approval Motion to be considered on shortened notice is reasonable and appropriate under the circumstances.

**Notice**

15.     Notice of the Motion has been given via hand delivery or overnight mail to the (i) U.S. Trustee; (ii) counsel to the Committee; (iii) counsel to the Bondholder Group; (iv) counsel to the Subtenant; (v) counsel to the Existing Subtenants; (vi) counsel to the Master Landlord; (vii) counsel to the Indenture Trustee under the Lease; and (viii) the general service list established in these chapter 11 cases pursuant to Bankruptcy Rule 2002.  The Debtors submit that under the circumstances no other or further notice is necessary.

**No Prior Request**

16.     No prior request for the relief sought herein has been made to this or any other court.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that this Court (i) grant this Motion and the relief requested herein; (ii) enter the proposed order attached hereto; and (iii) grant such other and further relief as it deems just and proper.

Dated: April 26, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (*admitted pro hac vice*)
Lisa M. Schweitzer (*admitted pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*