**To:** Rafael X. Zahralddin-Aravena
**Subject:** RE: NORTEL LTD Settlement

**From:** Eliezer Dekel <​>
**Date:** April 26, 2013, 8:38:56 AM EDT
**To:** "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>
**Subject: NORTEL LTD Settlement**

Dear Rafael,

I agree with the settlement.

Thanks,
Norma Dekel