**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br>Nortel Networks Inc., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>Jointly Administered |
| OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS,<br>Plaintiffs,<br>v.<br>NORTEL NETWORKS INC., *et al.*,<br>Defendants. | Adv. Proc. No. 12-50995 (KG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 30, 2013 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ADJOURNED MATTER**

1. John J. Rossi, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10170, Filed 4/18/13).

   Objection Deadline: June 3, 2013 at 10:00 p.m. (ET).

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (b), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Response Received: None.

Related Pleadings:

(a) Re-Notice of Motion of John J. Rossi, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment (D.I. 10186, Filed 4/18/13).

Status: This matter has been adjourned to the hearing scheduled for June 25, 2013 at 10:00 a.m. (ET).

**CONTESTED MATTERS GOING FORWARD**

2. Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Scheduling a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 9304, Adv. Case D.I. 15, Filed 1/18/13).

Objection Deadline: April 19, 2013 at 4:00 p.m. (ET).

Responses Received:

(a) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Daniel D. David (D.I. 9342, Filed 1/28/13);

(b) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Paul E. Morrison (D.I. 9366, Filed 2/4/13);

(c) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and

Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Jerry Wadlow (D.I. 9367, Filed 2/4/13);

(d) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Marilyn Day (D.I. 9370, Filed 2/5/13);

(e) Declaration of John J Rossi Objection to Debtors' Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Denie the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Denie the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Denie the Settlement Agreement, (B) Denie Certify a Class, (C) Denie the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (D.I. 9371, Filed 2/5/13);

(f) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Charles V. Barry (D.I. 9372, Filed 2/5/13);

(g) Declaration of Ernest Demel in Support of Daniel D. David's Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (D.I. 9382, Filed 2/7/13);

(h) Objection of Stephen Paroski to Long Term Disability Proposed Settlement and Motion of Stephen Paroski for Order Directing Ericsson Inc and Telefonaktiebolaget LM Ericsson to Contribute to Long Term Disability Proposed Settlement (D.I. 9384, Filed 2/5/13);

(i) Objection to Terms of Long Term Disability Settlement Agreement Filed by Cynthia Paroski, Stephen Paroski (D.I. 9517, Filed 2/25/13);

(j) Remajos Brown, Nortel US LTD Employee, Response Supporting Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Scheduling a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (D.I. 9657, Filed 3/12/13);

(k) James Hunt, Nortel US LTD Employee, Response Supporting Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Scheduling a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (D.I. 9658, Filed 3/11/13);

(l) Estelle Loggins, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Compensation and Reimbursement of Amounts Owed for the Period of March 1, 2003 Through December 31, 2012 (D.I. 8270) as Valid Per Nortel Networks Summary Plan Description (SPD) 2000 and Issue Payment Immediately (D.I. 9673, Filed 3/18/13);

(m) Wayne J. Schmidt, Nortel US LTD Employee, Response to Order (A) Preliminarly Approving the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certifying a Class for Settlement Purposes Only, (C) Approving the Notice Procedures, (D) Scheduling a Fairness Hearing and (E) Granting Related Relief (D.I. 10146, Filed 4/16/13);

(n) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Kevin Leonard (D.I. 10152, Filed 4/16/13);

(o) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C)

Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Kevin Leonard (D.I. 10153, Filed 4/16/13);

(p) Joinder in Response to Wayne Schmidt Filed by William Reed (D.I. 10159, Filed 4/17/13);

(q) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by John J. Rossi (D.I. 10162, Filed 4/17/13);

(r) Objection to Debtors' Motion of Pursuant To Sections 363 And 105 Of The Bankruptcy Code, And Bankruptcy Rules 9019 And 7023 To (I)(A) Preliminarily Approve The Settlement Agreement Regarding Long-Term Disability Plans And Claims, (B) Conditionally Certify A Class For Settlement Purposes Only, (C) Approve The Notice Procedures, And (D) Schedule A Fairness Hearing; And (II)(A) Finally Approve The Settlement Agreement, (B) Finally Certify A Class, (C) Authorize The Debtors To Terminate The Ltd Plans, And (D) Grant Related Relief Filed by Vernon Long (D.I. 10172, Filed 4/17/13);

(s) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Narinder Saran (D.I. 10174, Filed 4/18/13);

(t) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Narinder Saran (D.I. 10175, Filed 4/18/13);

(u) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily

Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Narinder Saran (D.I. 10176, Filed 4/18/13);

(v) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Marilyn Day (D.I. 10180, Filed 4/18/13);

(w) Joinder in Response to Wayne J. Schmidt Filed by Paul Douglas Wolfe (D.I. 10188, Filed 4/19/13);

(x) Joinder in Response to Wayne J. Schmidt Objection Filed by John J. Rossi (D.I. 10189, Filed 4/19/13);

(y) Objection to the Motion of the Official Committee of Long Term Disability Participants For Approval Of Distribution And Related Relief; and Response to Wayne J. Schmidt Objection Filed by Miriam L. Stewart (D.I. 10191, Filed 4/19/13);

(z) Joinder in Response to Wayne J. Schmidt Objection Filed by George I Hovater, Jr. (D.I. 10196, Filed 4/19/13);

(aa) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Jerry L. Wadlow (D.I. 10198, Filed 4/19/13);

(bb) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C)

Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Jerry L. Wadlow (D.I. 10199, Filed 4/19/13);

(cc) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Jerry L. Wadlow (D.I. 10200, Filed 4/19/13);

(dd) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Daniel D. David (D.I. 10201, Filed 4/19/13);

(ee) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Daniel D. David (D.I. 10202, Filed 4/19/13);

(ff) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Daniel D. David (D.I. 10203, Filed 4/19/13);

(gg) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C)

Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Daniel D. David (D.I. 10204, Filed 4/19/13);

(hh) Objection to Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Emily D. Cullen (D.I. 10207, Filed 4/19/13);

(ii) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Vernon Long (D.I. 10208, Filed 4/19/13);

(jj) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing, and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Kevin Leonard (D.I. 10209, Filed 4/19/13);

(kk) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by Kevin Leonard (D.I. 10238, Filed 4/23/13);

(ll) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Disability and Relief Filed by Marilyn Green (D.I. 10252, Filed 4/23/13);

(mm) Notice of Withdrawal of Objections of John J. Rossi to the Settlement Agreement Regarding Long Term Disability Plans Filed by John J. Rossi (D.I. 10262, Filed 4/24/13);

(nn) Response in Support of the Long-Term Disability Settlement Agreement Filed by Adella Venneman (D.I. 10269, Filed 4/24/13);

(oo) Response in Support of the Long-Term Disability Settlement Agreement Filed by Thelma Watson (D.I. 10270, Filed 4/24/13);

(pp) Response in Support of the Long Term Disability Settlement Agreement Filed by Crickett Grissom (D.I. 10271, Filed 4/24/13);

(qq) Response in Support of the Long-Term Disability Settlement Agreement Filed by Tim Steele (D.I. 10272, Filed 4/24/13);

(rr) Response in Support of the Long-Term Disability Settlement Agreement Filed by Peter Lawrence (D.I. 10273, Filed 4/24/13);

(ss) Response in Support of the Long Term Disability Settlement Agreement Filed by Kenneth Hazelrig (D.I. 10274, Filed 4/24/13);

(tt) Response in Support of the Long Term Disability Settlement Agreement Filed by Janetta Hames (D.I. 10275, Filed 4/24/13);

(uu) Response in Support of the Long Term Disability Settlement Agreement Filed by James Hunt (D.I. 10276, Filed 4/24/13);

(vv) Response in Support of the Long Term Disability Settlement Agreement Filed by Cynthia Ann Schmidt (D.I. 10277, Filed 4/24/13);

(ww) Supplemental Response to Marilyn Day Objection Filed by Marilyn Day (D.I. 10279, Filed 4/24/13);

(xx) Response in Support of the Long Term Disability Settlement Agreement Filed by Ralph Maclver (D.I. 10281, Filed 4/24/13);

(yy) Response in Support of the Long Term Disability Settlement Agreement Filed by Najam Dean (D.I. 10282, Filed 4/24/13);

(zz) Response in Support of the Long-Term Disability Settlement Agreement Filed by Scott Howard (D.I. 10283, Filed 4/24/13);

(aaa) Response in Support of the Long-Term Disability Settlement Agreement Filed by Remajos Brown (D.I. 10284, Filed 4/24/13);

(bbb) Response in Support of Long Term Disability Settlement Agreement Filed by Nancy Wilson (D.I. 10287, Filed 4/24/13);

(ccc) Response in Support of Long Term Disability Settlement Agreement Filed by Vada Wilson (D.I. 10289, Filed 4/24/13);

(ddd) Response in Support of Long Term Disability Settlement Agreement Filed by Alan Heinbaugh (D.I. 10290, Filed 4/24/13);

(eee) Response to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Caroline Underwood (D.I. 10291, Filed 4/24/13);

(fff) Response In Support of the Long Term Disability Settlement Agreement) Filed by Judy A. Schultheis (D.I. 10292, Filed 4/24/13);

(ggg) Response In Support of the Long Term Disability Settlement Agreement Filed by Fred Lindow (D.I. 10293, Filed 4/24/13);

(hhh) Response In Support of the Long Term Disability Settlement Agreement Filed by Jane Neumann (D.I. 10294, Filed 4/24/13);

(iii) Response In Support of the Long Term Disability Settlement Agreement Filed by Robert Dale Dover (D.I. 10295, Filed 4/24/13);

(jjj) Response In Support of the Long Term Disability Settlement Agreement Filed by Brenda L. Rohrbaugh (D.I. 10296, Filed 4/24/13);

(kkk) Response In Support of the Long Term Disability Settlement Agreement Filed by Olive Jane Stepp (D.I. 10297, Filed 4/24/13);

(lll) Response In Support of the Long Term Disability Settlement Agreement Filed by Scott Gennett (D.I. 10298, Filed 4/24/13);

(mmm) Response In Support of the Long Term Disability Settlement Agreement Filed by Michael R. Thompson (D.I. 10299, Filed 4/24/13);

(nnn) Response In Support of the Long Term Disability Settlement Agreement Filed by Charles Sandner (D.I. 10300, Filed 4/24/13);

(ooo) Response In Support of the Long Term Disability Settlement Agreement Filed by Victoria Anstead (D.I. 10302, Filed 4/24/13);

(ppp) Joinder in Response to Wayne J. Schmidt Filed by Jerry Wadlow (D.I. 10303, Filed 4/25/13);

(qqq) Response in Support of the Long Term Disability Settlement Agreement Filed by John Elliott (D.I. 10305, Filed 4/25/13);

(rrr) Response in Support of the Long Term Disability Settlement Agreement Filed by Sandra Aiken (D.I. 10306, Filed 4/25/13);

(sss) Response in Support of the Long Term Disability Settlement Agreement Filed by Janette Head (D.I. 10307, Filed 4/25/13);

(ttt) Response in Support of the Long Term Disability Settlement Agreement Filed by Bruce Turner (D.I. 10314, Filed 4/25/13);

(uuu) Response in Support of the Long Term Disability Settlement Agreement Filed by Chad P. Soriano (D.I. 10317, Filed 4/25/13);

(vvv) Response in Support of the Long Term Disability Settlement Agreement Filed by David A. Fox (D.I. 10319, Filed 4/25/13); and

(www) Response in Support of the Long Term Disability Settlement Agreement Filed by Norma Dekel (D.I. 10327, Filed 4/26/13).

Related Pleadings:

(a) Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees (D.I. 8067, Filed 7/30/12);

(b) Verified Complaint for Declaratory and Injunctive Relief (Main Case D.I. 8961, Adv. Proc. Case D.I. 1, Filed 11/19/12);

(c) Declaration of John J. Ray III in Support of Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 9305, Adv. Proc. Case D.I. 17, Filed 1/18/13);

(d) Declaration of Rafael X. Zahralddin in Support of Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 9306, Adv. Proc. Case D.I. 16, Filed 1/18/13);

(e) Debtors' Reply in Further Support of the Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term

Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing (Main Case D.I. 9402, Adv. Proc. Case D.I. 19, Filed 2/11/13);

(f) Notice of Filing of Revised Exhibits to Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 9403, Adv. Proc. Case D.I. 20, Filed 2/11/13);

(g) Omnibus Reply of the Official Committee of Long Term Disability Participants in Support of the Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 9406, Adv. Proc. Case D.I. 21, Filed 2/11/13);

(h) Order (A) Preliminarily Approving the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certifying a Class for Settlement Purposes Only, (C) Approving the Notice Procedures, (D) Scheduling a Fairness Hearing and (E) Granting Related Relief (Main Case D.I. 9427, Adv. Case D.I. 26, Entered 2/14/13);

(i) Notice of (A) Proposed Settlement Agreement Regarding Long-Term Disability Plans and Claims; (B) Conditional Certification of a Class for Settlement Purposes Only; (C) Conditional Appointment of Class Counsel and Class Representatives; (D) Scheduled Date of Fairness Hearing for Final Approval of Proposed Settlement (Main Case D.I. 9443, Adv. Case D.I. 28, Filed 2/15/13);

(j) Certificate of Publication Re: Houston Chronicle (D.I. 9623, Filed 3/11/13);

(k) Certificate of Publication Re: USA Today (D.I. 9624, Filed 3/11/13);

(l) Certificate of Publication Re: The Wall Street Journal (D.I. 9625, Filed 3/11/13);

(m) Certificate of Publication Re: Tampa Bay Times (D.I. 9627, Filed 3/11/13);

(n) Certificate of Publication Re: San Jose Mercury News (D.I. 9628, Filed 3/11/13);

(o) Certificate of Publication Re: Dallas Morning News (D.I. 9629, Filed 3/11/13);

(p) Certificate of Publication Re: Miami Herald (D.I. 9630, Filed 3/11/13);

(q) Certificate of Publication Re: Charlotte Observer Publishing Co. (D.I. 9631, Filed 3/11/13);

(r) Certificate of Publication Re: The Globe and Mail Inc. (D.I. 9632, Filed 3/11/13);

(s) Certificate of Publication Re: The Orlando Sentinel (D.I. 9633, Filed 3/11/13);

(t) Certificate of Publication Re: The News & Observer (D.I. 9634, Filed 3/11/13);

(u) Notice of Filing of Revised Order (A) Approving the Settlement Agreement on a Final Basis, (B) Certifying a Class for Settlement Purposes Only on a Final Basis, (C) Authorizing the Debtors to Terminate the LTD Plans, and (D) Granting Related Relief (Main Case D.I. 10051, Adv. Case D.I. 34, Filed 4/11/13);

(v) Notice of Extension of Termination Date Under the LTD Settlement Agreement (Main Case D.I. 10053, Adv. Case D.I. 35, Filed 4/11/13);

(w) Debtors' Reply in Further Support of the Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (A) Finally Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 10316, Adv. Case D.I. 38, Filed 4/25/13);

(x) Declaration of John J. Ray III In Further Support of the Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 10318, Adv. Case D.I. 39, Filed 4/25/13);

(y) Joinder of the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al. to the Debtors' Reply in Further Support of the Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (A) Finally Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (D.I. 10320, Filed 4/25/13); and

(z) Omnibus Reply of the Official Committee of Long Term Disability Participants in Support of the Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to

Terminate the LTD Plans, and (D) Grant Related Relief (Main Case D.I. 10322, Adv. Case D.I. 41, Filed 4/25/13).

Status: A hearing on this matter will go forward.

3. Motion of Stephen Paroski for the Order of Successor Ericsson, Inc. and Telefonaktiebolaget LM Ericsson (Publ) Purchasers of GSM Division of Nortel Network Pay Relief to Stephen Ray Paroski I in the Amoumt of Three Hunderd Twenty One Thousands and Nine Hunder and Sixty Four Dollar Plus One Hunder Thousand Dollas in Pundit Damages $321,964.97 + $100,000.00 = $421,964.00 (D.I. 9916, Filed 3/28/13).

Objection Deadline: April 15, 2013 at 4:00 p.m. (ET).

Responses Received:

(a) Debtors' Objection to the Motion of Stephen Paroski for the Order of Successor Ericsson, Inc. and Telefonaktiebolaget LM Ericsson (Publ) Purchasers of GSM Division of Nortel Network Pay Relief to Stephen Ray Paroski I in the Amount of Three Hunderd Twenty One Thousands and Nine Hunder and Sixty Four Dollar Plus One Hunder Thousand Dollas in Pundit Damages $321,964.97 + $100,000.00 = $421,964.00 (D.I. 10045, Filed 4/11/13); and

(b) Ericsson's and Telefonaktiebolaget LM Ericsson's Objection to Motion of Stephen Paroski […] to Pay Relief to Stephen Ray Paroski in the Amount of […] $421,964.00 (D.I. 10113, Filed 4/15/13).

Related Pleadings:

(a) Order Denying Motion of Stephen Paroski for the Order Promissory Estoppel Order Authorizing and Approving Procedures Funding or Buyout Ericsson Inc. and Telefonaktiebolaget LM Ericsson and Nortel (D.I. 8274, Filed 8/22/12); and

(b) Notice of Change in Hearing Date on Motion The Court That Successor Ericsson. Inc. and Telefonaktiebolaget Lm Pay Relief to Stephen Paroski (D.I. 10150, Filed 4/15/13).

Status: A hearing on this matter will go forward.

4. Motion of the Official Committee of Long Term Disability Participations for Approval of Distribution and Related Relief (D.I. 10049, Filed 4/11/13).

Objection Deadline: April 23, 2013 at 4:00 p.m. (ET). Extended for the Debtors to April 26, 2013 at 4:00 p.m. (ET).

Responses Received:

(a) Letter Regarding Individual Settlement Statement Filed by David Litz (D.I. 10124, Filed 4/15/13);

(b) Letter Regarding Individual Settlement Statement Filed by Kerry Logan (D.I. 10127, Filed 4/15/13);

(c) Letter to the Honorable Judge Kevin Gross Regarding HRA Response for the Settlement Distribution Filed by Brent Beasley (D.I. 10141, Filed 4/16/13);

(d) Objection to Debtors' Motion of Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long-Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes Only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief Filed by John J. Rossi (D.I. 10162, Filed 4/17/13);

(e) Objection to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Felicia Jones Mann (D.I. 10168, Filed 4/18/13);

(f) Objection to Debtors' Motion of Pursuant To Sections 363 And 105 Of The Bankruptcy Code, And Bankruptcy Rules 9019 And 7023 To (I)(A) Preliminarily Approve The Settlement Agreement Regarding Long-Term Disability Plans And Claims, (B) Conditionally Certify A Class For Settlement Purposes Only, (C) Approve The Notice Procedures, And (D) Schedule A Fairness Hearing; And (II)(A) Finally Approve The Settlement Agreement, (B) Finally Certify A Class, (C) Authorize The Debtors To Terminate The Ltd Plans, And (D) Grant Related Relief Filed by Vernon Long (D.I. 10172, Filed 4/17/13);

(g) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Paul Douglas Wolfe (D.I. 10184, Filed 4/18/13);

(h) Objection to the Motion of the Official Committee of Long Term Disability Participants For Approval Of Distribution And Related Relief; and Response to Wayne J. Schmidt Objection Filed by Miriam L. Stewart (D.I. 10191, Filed 4/19/13);

(i) Objection to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by George I Hovater, Jr. (D.I. 10194, Filed 4/19/13);

(j) Objection to Motion of Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Gary W. Garrett (D.I. 10205, Filed 4/19/13);

(k) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Vernon Long (D.I. 10208, Filed 4/19/13);

(l) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Emily D. Cullen (D.I. 10217, Filed 4/22/13);

(m) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Cynthia B. Richardson (D.I. 10218, Filed 4/22/13);

(n) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Daniel D. David (D.I. 10236, Filed 4/23/13);

(o) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Jerry L. Wadlow (D.I. 10237, Filed 4/23/13);

(p) Limited Objection of Rahul Kumar to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief (D.I. 10239, Filed 4/23/13);

(q) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Najam Dean (D.I. 10248, Filed 4/23/13);

(r) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Disability and Relief Filed by Marilyn Green (D.I. 10252, Filed 4/23/13);

(s) Amended Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Paul Douglas Wolfe (D.I. 10258, Filed 4/24/13);

(t) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by John J. Rossi (D.I. 10260, 4/24/13);

(u) Response Regarding Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Brent Beasley (D.I. 10266, Filed 4/24/13);

(v) Response in Support of the Long-Term Disability Settlement Agreement Filed by Scott Howard (D.I. 10283, Filed 4/24/13);

(w) Response in Support of the Long Term Disability Settlement Agreement Filed by Pamela Powell (D.I. 10286, Filed 4/24/13);

(x) Response in Support of Long Term Disability Settlement Agreement Filed by Alan Heinbaugh (D.I. 10290, Filed 4/24/13);

(y) Response to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Caroline Underwood (D.I. 10291, Filed 4/24/13);

(z) Response In Support of the Long Term Disability Settlement Agreement Filed by Jane Neumann (D.I. 10294, Filed 4/24/13);

(aa) Response In Support of the Long Term Disability Settlement Agreement Filed by Brenda L. Rohrbaugh (D.I. 10296, Filed 4/24/13);

(bb) Response In Support of the Long Term Disability Settlement Agreement Filed by Charles Sandner (D.I. 10300, Filed 4/24/13);

(cc) Response In Support of the Long Term Disability Settlement Agreement Filed by Mark R. Janis (D.I. 10301, Filed 4/24/13); and

(dd) United States' Objection to Motion for Approval of Distribution and Related Relief (D.I. 10315, Filed 4/25/13).

Related Pleadings:

(a) Supplement to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief (D.I. 10254, Filed 4/23/13); and

(b) Omnibus Reply of the Official Committee of Long Term Disability Participants to Objections to the Motion for Approval of Distribution and Related Relief (D.I. 10323, Filed 4/26/13).

Status: A hearing on this matter will go forward.

Dated: April 26, 2013
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7152318.5