IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                                     Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 9851, 9889, 9917, 10004-10010, 10015 & 10018-10030** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                    ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 23, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    /s/ Carol Zhang
                                                                                    Carol Zhang

Sworn to before me this
24th day of April, 2013

/s/ Cassandra Murray
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 9851, 9889, 9917, 10004-10010, 10015 & 10018-10030_4-23-13.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GIBSON, ROBERT JOHN
     308 HALLS MILL DRIVE
     CARY, NC 27519
```

Please note that your claim # 5853 in the above referenced case and in the amount of $53,295.74 has been transferred **(unless previously expunged by court order)** to:

```
SOLUS RECOVERY FUND LP
TRANSFEROR: GIBSON, ROBERT JOHN
ATTN: JON ZINMAN
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9851 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/23/2013                            David D. Bird, Clerk of Court

                                            /s/ Tim Conklin
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 23, 2013.

**EXHIBIT B**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

```
TIME: 11:12:15                                            NORTEL NETWORKS INC.                                                                     PAGE:   1
DATE: 04/23/13                                              CREDITOR LISTING

Name                                       Address
ASM CAPITAL III, L.P.                      TRANSFEROR: IAN MARTIN LIMITED AND IAN MARTIN TECHNOLOGY STAFFING INC 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL III, L.P.                      TRANSFEROR: NERA INC. C/O ASM CAPITAL 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
ASM CAPITAL III, L.P.                      TRANSFEROR: SEAL CONSULTING, INC. 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797
ASM CAPITAL III, L.P.                      TRANSFEROR: TELCORDIA TECHNOLOGIES, INC. 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797
BENDER, ALBERT                             7313 SPYGLASS WAY RALEIGH NC 27615
BIGGERS, TRACY                             1779 MT ZION RD ASHLAND CITY TN 37015
CRT SPECIAL INVESTMENTS LLC                TRANSFEROR: KHAWAR, ABDUL JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
CRT SPECIAL INVESTMENTS LLC                TRANSFEROR: WELLSPRING CAPITAL L.P. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902
DEUTSCHE BANK SECURITIES INC.              TRANSFEROR: INTL BUSINESS MACHINES CORP ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
EVERHART, DONNA                            303 WEST PEARSALL STREET DUNN NC 28334
GIBSON, ROBERT JOHN                        308 HALLS MILL DRIVE CARY NC 27519
HAIN CAPITAL HOLDINGS, LLC                 TRANSFEROR: BIGGERS, TRACY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC                 TRANSFEROR: LLOYD, MARK W. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
KHAWAR, ABDUL                              11103 EMPIRE LAKES DRIVE RALEIGH NC 27617
LLOYD, MARK W.                             291 FIRE TOWER DR. ROUGEMONT NC 27572
MCCOY, ANDRE                               PO BOX 2034 BALA CYNWYD PA 19004
PAFILIS, VASSILIS                          VASSILIS PAFILIS 4511 AVEBURY DRIVE PLANO TX 75024
SHAW, DARRELL K.                           20 BUCKY ST. EUHARLEE GA 30145
SOLUS CORE OPPORTUNITIES LP                TRANSFEROR: ASM CAPITAL III, L.P. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                TRANSFEROR: BENDER, ALBERT ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                TRANSFEROR: DEUTSCHE BANK SECURITIES INC ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                TRANSFEROR: EVERHART, DONNA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                TRANSFEROR: MCCOY, ANDRE ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: SHAW, DARRELL K. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.          TRANSFEROR: WINGO, GARY L ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                     TRANSFEROR: ASM CAPITAL III, L.P. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                     TRANSFEROR: DEUTSCHE BANK SECURITIES INC ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                     TRANSFEROR: GIBSON, ROBERT JOHN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                     TRANSFEROR: PAFILIS, VASSILIS ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                     TRANSFEROR: TRYLOVICH, KAREN ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                     TRANSFEROR: VAUGHN, JERRY E ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                     TRANSFEROR: WILLIAMS, AVERY ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SPCP GROUP, LLC                            TRANSFEROR: CRT SPECIAL INVESTMENTS LLC 2 GREENWICH PLAZA, 1ST FLOOR ATTN: ADAM DEPANFILIS GREENWICH CT 06830
TRYLOVICH, KAREN                           221 SPALDING GATE DR ATLANTA GA 30328
VAUGHN, JERRY E                            1431 KENSINGTON COURT SOUTHLAKE TX 76092
WILLIAMS, AVERY                            4635 BELCLAIRE AVE DALLAS TX 75209-6003
WINGO, GARY L                              9340 STONEY RIDGE LANE ALPHARETTA GA 30022

Total Number of Records Printed        37
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
                                           NORTEL NETWORKS INC.
                                            CREDITOR LISTING

Name                           Address
SOLUS RECOVERY FUND LP         TRANSFEROR: TRYLOVICH, KAREN W ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
TRYLOVICH, KAREN W             221 SPALDING GATE DR ATLANTA GA 30328

Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC