## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 10032-10038, 10040, 10058 & 10065-10074** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK    )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 24, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kerry O'Neil

Sworn to before me this
25th day of April, 2013

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 10032-10038, 10040, 10058 & 10065-10074_4-24-13.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11

NORTEL NETWORKS INC., et al.,                   | Case No. 09-10138 (KG)

                    Debtors.                    | Jointly Administered

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BUXTON, CYNTHIA
             PO BOX 293214
             NASHVILLE, TN 37229-3214

Please note that your claim # 4813 in the above referenced case and in the amount of $31,604.03 allowed at $33,972.53  has been transferred **(unless previously expunged by court order)** to:

        HAIN CAPITAL HOLDINGS, LLC
        TRANSFEROR: BUXTON, CYNTHIA
        ATTN: AMANDA RAPOPORT
        301 ROUTE 17, 7TH FLOOR
        RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10065    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/24/2013                        David D. Bird, Clerk of Court


                                        /s/ Tim Conklin
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 24, 2013.

**EXHIBIT B**

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

TIME: 16:35:23
DATE: 04/24/13

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| BUXTON, CYNTHIA | PO BOX 293214 NASHVILLE TN 37229-3214 |
| CHONG, BAK LENG | 19070 BROOKVIEW DR. SARATOGA CA 95070 |
| CHONG, BAK LENG | 19070 BROOKVIEW DRIVE SARATOGA CA 95070 |
| COLE, TONYA L | 1590 SOUTHWESTERN BLVD. APT. E25 WEST SENENCA NY 14224 |
| CREASY, JEFFREY | 2001 SMITH DRIVE CLAYTON NC 27520 |
| CROSS, PATRICIA A. | 1704 CASTALIA DR CARY NC 27513 |
| DANE, EUGENE | |
| DANE, EUGENE | 1505 ELM ST #1101 DALLAS TX 75201 |
| DOYLE, DANIEL | 88 FRANCIS WYMAN RD BURLINGTON MA 01803 |
| GARNER, CHRISTOPHER | 155 WEDGEWOOD DRIVE HAUPPAUGE NY 11788 |
| GROOMS, PAUL M. | 410 BELLE POINT DR. MT. PLEASANT SC 29464 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BUXTON, CYNTHIA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: COLE, TONYA L ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CREASY, JEFFREY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CROSS, PATRICIA A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DOYLE, DANIEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GARNER, CHRISTOPHER ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GROOMS, PAUL M. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HUGHES, PAUL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PHELPS, BILLIE G. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SOROKA, STEPHEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: STRATTON, MARK E. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HUGHES, PAUL | 66 LUDLOW ST. STATEN ISLAND NY 10312 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: MCARTHUR, BRANT ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| MCARTHUR, BRANT | 11500 AUTUMN OAKS LANE RALEIGH NC 27614 |
| PHELPS, BILLIE G. | 160 MOLLY'S PLACE RD ROXBORO NC 27574 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: TRYLOVICH, KAREN W ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: WEVER, JOHN P ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: CHONG, BAK LENG 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: DANE, EUGENE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOROKA, STEPHEN | 19 CARLIDA RD GROVELAND MA 01834-1708 |
| STRATTON, MARK E. | 3617 LOFTWOOD LN WAKE FOREST NC 27587 |
| TRYLOVICH, KAREN W | 221 SPALDING GATE DR ATLANTA GA 30328 |
| WEVER, JOHN P | 8817 WOODYHILL RD RALEIGH NC 27613 |

Total Number of Records Printed        34