███████████

**From:** Rafael X. Zahralddin-Aravena
**Sent:** Friday, April 26, 2013 12:26 PM
**To:** ████████████████████████
**Subject:** FW: Supporting the Settlement

**From:** rk8228 [mailto:████████████]
**Sent:** Friday, April 26, 2013 12:25 PM
**To:** Rafael X. Zahralddin-Aravena
**Subject:** Supporting the Settlement

Hi Rafael,

I support the Settlement.

Rahul Kumar