**Teri Bowbeer**
**65 Greg Ct.**
**Alamo, CA 94507**

April 23, 2013

United States Bankruptcy Court                LETTER TRANSMITTED BY
District of Delaware                          FEDERAL EXPRESS DELIVERY SERVICE
Attention: Judge Gross
824 North Market Street, 5th Floor
Wilmington, DE 19801-3577

Case # 09-10138

Epiq Claim # 2932

Docket/Transfer of Claim # 9928

On April 23rd, 2013 I received a notice from Epiq that my claim is being transferred. This writing is to notify the Delaware Bankruptcy Court that regarding claim 2932, I have not agreed to transfer this claim. This is to notify the Court that I object to transferring an assignment of claim.

In June, 2012, I was contacted by Silverstone, Taylor and Klein in Dallas, Texas to sell my claim. In August, 2012, I signed a contract for an agreed-to purchase price. The financial terms of the agreement were never completed according to the terms and conditions. The contract that is documented on the Epiq website is null and void. Page 1 has been completely revised and altered from the original contract without my knowledge or approval. Also, other parts of this document have been blacked out. They altered certain pages of the contract and then copied my signature page from the original agreement. I have not cashed any checks or been paid any money for the sale/transfer of this claim.

Please confirm receipt of this letter and that my claim has been restored to correct owner status.

If you have any questions, please call 925-743-0755.

Sincerely,

*[signature]*
Teri Bowbeer

CC: Debtor's Counsel
Morris, Nichols, Arsht and Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899


Epiq Bankruptcy Solutions
757 Third Street, 3rd Floor
New York, NY 10017