**From:** Rafael X. Zahralddin-Aravena
**Sent:** Friday, April 26, 2013 12:34 PM
**To:**
**Subject:** FW: RSVP ASAP - LTD Settlement

**From:** Mike Alms
**Sent:** Friday, April 26, 2013 10:25 AM
**To:** Rafael X. Zahralddin-Aravena
**Cc:**
**Subject:** RE: RSVP ASAP - LTD Settlement

Rafael,

I feel that you and the team have done a very good job of laying out the options for distributing the LTD settlement.
All options have good points and bad points (everything does).

As with everything that's happened since I started on this sucky road of Disability, the finality of it is out of my control.
I still maintain a positive attitude and WILL MAKE the most out of what life brings.

I am praying for a good day on Tuesday and praying for Judge Gross.
I do not envy his job at all.

**Michael Alms**