**From:** Eric M. Sutty
**Sent:** Friday, April 26, 2013 1:47 PM
**To:**
**Subject:** Fwd: Revised response in support of settlement

**From:** Brent Beasley
**Date:** April 26, 2013, 1:44:22 PM EDT
**To:** "Rafael X. Zahralddin-Aravena" <RXZA@elliottgreenleaf.com>, "Eric M. Sutty" <EMS@elliottgreenleaf.com>
**Subject: Revised response in support of settlement**

Rafael,

Based on the new information presented on Tuesday, and after careful consideration and thought, I would like to withdraw my previous responses opposing the HRA.

I would like to submit a response in favor of the settlement and for its distribution as however is determined best by the judge.

I apologize for any inconvenience this may cause.

Sincerely,

Brent Beasley,

4/26/2013