█████████████

**From:**   Rafael X. Zahralddin-Aravena
**Sent:**   Friday, April 26, 2013 2:58 PM
**To:**   ████████████████████
**Subject:** FW: In Support of NT-LTD Settlement

---

**From:** ████████████████████████████████████
**Sent:** Friday, April 26, 2013 2:41 PM
**To:** Rafael X. Zahralddin-Aravena
**Subject:** In Support of NT-LTD Settlement

Rafael/EG:

This statement is to confirm my complete support for Court Approval of the proposed LTD Settlement, and also my support for Court Approval of the proposed Distribution and Related Relief as outlined in Motions filed with the Court.

Lynette Kay Seymour
██████████████████
█████████████

Thank you.