**From:** Rafael X. Zahralddin-Aravena
**Sent:** Friday, April 26, 2013 2:52 PM
**To:** ▮
**Cc:** ▮
**Subject:** RE: Plz File Deb Jones Objection

**From:** Deborah Jones ▮
**Sent:** Thursday, April 25, 2013 3:44 PM
**To:** Rafael X. Zahralddin-Aravena
**Cc:** Shelley A. Kinsella
**Subject:** Plz File Deb Jones Objection

Hi Rafael,
Thank you for asking Towers to generate the numbers for consideration. Have spent a most of the day continuing the discussion around this with my brother, my cousin and Michael. We fully understand implications including taxes and increased medicare premium, but requesting a Lump Sum is the only path I have to getting my family down here asap; I am having an awful time and need them to take on caregiver role. I added a statement identifying we reviewed the numbers from Towers and are committed to this appeal to the Court that will allow me to get my critical support system in place asap. If you would please file my objection.
Thank you,
Deb

I am a ▮ woman disabled by a number of conditions, one of them being ▮ in ▮ I recently moved down to ▮ take advantage of a world class treatment facility ▮ This level of quality care was not available to me at my prior location ▮

What I couldn't have foreseen is that ▮ over the last year. ▮

▮ The critical piece lacking is the funds to provide for such a timely ▮ The LTD Settlement Agreement is the only opportunity I have of getting the foundation of ongoing care & support in place. A Lump Sum payment to me is the best use for me of my individual apportionment; it far outweighs any tax benefits I would receive via distributed income payments that would not be sufficient ▮ I am being compensated at a rate of approximately 4-yrs of income replacement, by itself, that doesn't get me twenty years down the road. The best use of those funds, ▮ Long-term finances are not a concern ▮

▮ has comprehensively reviewed all of my individual data kindly

4/26/2013

provided by Towers. We have thoroughly discussed my medical needs, ███████████████████████████████████████████████████████████████████████ I implore the Court to order a Lump Sum payment of my apportionment ███████████████████████████████████████████

I understand that many folks in our base would benefit greatly from the tax deferment offered by a distributed income but for my individual best interest, ██████████████████████████████████████
would be for the Court to approve a Lump Sum payment to myself. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Although I recognize the LTD Committee's support of a "VEBA, HRA and VEBA LTD Plan" as meeting the goal of providing an optimal solution towards reducing tax implications for the LTD base, I also recognize that some people have valid reasons to ask for consideration and I wish that courtesy be granted myself as well.  In a class action, one solution doesn't fit everyone's medical needs the best; it is impossible to at its broadest umbrella as everyone's disability needs are different. However, I have hopes that the Court will allow exceptions to address valid needs that individuals have, that do not negatively impact others and thereby achieve the best possible outcome for all.

4/26/2013