**From:**
**Sent:** Friday, April 26, 2013 4:31 PM
**To:** 
**Subject:** FW: Suport the LTD Settlement

> **From:** L Purdum
> **Date:** April 26, 2013, 4:12:32 PM EDT
> **To:** "Rafael X. Zahralddin-Aravena"
> **Subject: Suport the LTD Settlement**
>
> Leona Purdum
>
>
> I support the pursuit of compensation for LTD Settlement. Consider this an electronic signature.
> Thank you,
> Leona

4/26/2013