# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss.: |
| COUNTY OF NEW CASTLE | ) |

Aurelia Lyles, being duly sworn, hereby deposes and says:

1.      I am a competent adult and am otherwise capable of making this sworn statement.

2.      I am a paralegal with the law firm of Elliott Greenleaf in Wilmington, Delaware, which is counsel to the Official Committee of Long Term Disability Participants in this action.

3.      On April 25, 2013, I caused copies of the following documents to be served upon the parties on the attached service list in the manner indicated:

   a) *Supplement to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief* (D.I. 10254).

4.      On April 26, 2013, I caused copies of the following documents to be served upon the parties on the attached service list in the manner indicated:

   a) *Omnibus Reply Of The Official Committee Of Long Term Disability Participants In Support Of The Joint Motion Pursuant To Sections 363 And 105 Of The Bankruptcy Code, And Bankruptcy Rules 9019 And 7023 To (A) Finally Approve The Settlement Agreement, (B) Finally Certify A Class, (C)*

---

[1]      The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Authorize The Debtors To Terminate The Ltd Plans, And (D) Grant Related Relief* (D.I. 10322).

b) *Omnibus Reply Of The Official Committee Of Long Term Disability Participants To Objections To The Motion For Approval Of Distribution And Related Relief* (D.I. 10323).

5.      I declare under the penalty of perjury that the foregoing is true and correct.

Aurelia Lyles, Paralegal
ELLIOTT GREENLEAF
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Phone:  (302) 384-9400
Fax:  (302) 384-9399
axl@elliottgreenleaf.com

Sworn to and subscribed
before me this 26th day
of April, 2013.

SANDRA ISABEL COLLAZO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 28, 2015

WLM: 25298 v1