## SERVICE LIST

*[The Service List Addresses of The Official Committee of Long-Term Disability Members and LTD Employees was filed under seal pursuant to the Amended Order Authorizing the Debtors and the Retiree Committee to File Under Seal Certificates of Service Related to LTD Employees,* (Doc. No. 9389, 2/8/2013).]