IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------x
:
In re                                                       :    Chapter 11
                                                            :
NORTEL NETWORKS, INC., ET AL.,                              :    Case No. 09-10138 (KG)
                                                            :
                               Debtors.                     :    (Jointly Administered)
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Long Term Disability Participants, in the above-captioned cases:

On April 26, 2013, I caused to be served the following documents via Overnight Delivery on those parties identified on **Exhibit A**:

- Omnibus Reply of the Official Committee of Long Term Disability Participants in Support of the Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief **[Docket No. 10322]**
- Omnibus Reply of the Official Committee of Long Term Disability Participants to Objections to the Motion for Approval of Distribution and Related Relief **[Docket No. 10323]**

Dated: April 26, 2013

/s/ Karen M. Wagner
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

State of California     )
                        ) ss
County of Los Angeles   )

Subscribed and sworn to (or affirmed) before me on this 26th day of April 2013, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015