# Exhibit A

Exhibit A
Notice List – Overnight Delivery

| Name | Notice Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Akin Gump | Fred S. Hodara Esq | One Bryant Park | Brian C Jacobs D H Botter | New York | NY | 10036-0000 |
| Cleary Gottlieb Steen & Hamilton | James L. Bromley | One Liberty Plaza | | New York | NY | 10006-0000 |
| Cleary Gottlieb Steen & Hamilton | Lisa Schweitzer J Kim | One Liberty Plaza | M Fleming Delacruz R Ryan | New York | NY | 10006-0000 |
| McCarter and English LLP | William F Taylor Jr | 405 N King St 8th Fl | Renaissance Centre | Wilmington | DE | 19801 |
| Morris Nichols Arsht & Tunnell LLP | Derek C. Abbott | 1201 N Market St 18th Fl | Ann C Cordo | Wilmington | DE | 19899-1347 |
| Nortel Networks Inc | Attn Accounts Payable | PO Box 13010 | | Research Triangle Park | NC | 27709-0000 |
| Office of the U.S. Trustee | Thomas P Tinker | 844 King St | Ste 2207 Lockbox 35 | Wilmington | DE | 19801-3519 |
| Richards Layton & Finger | Mark D. Collins Esq | 920 N King St | C M Samis Esq | Wilmington | DE | 19801-0000 |
| Togut Segal and Segal LLP | Albert Togut Neil Berger | One Penn Plz | | New York | NY | 10119 |
| US Department Labor | Leonard H Gerson | PO Box 1914 | Solicitor Plan Benefits | Washington | DC | 20013-0000 |

Exhibit A
2002 Service List - Overnight Delivery

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| Akin Gump | Fred S Hodara Esq | One Bryant Park | Ryan Jacobs Esq David Botter Esq | New York | NY | 10036 | |
| Alan Heinbaugh | | 19816 Colby Ct | | Saratoga | CA | 95070 | |
| Aldine Independent School District | Susan R Fuertes Esq | 14910 Aldine Westfield Rd | | Houston | TX | 77032 | |
| Allen and Overy LLP | Ken Coleman Esq | 1221 Ave of the Americas 20th Fl | Lisa JP Kraidin Esq | New York | NY | 10020 | |
| APC Workforce Solutions LLC | Doug Goin CFO | 420 S Orange Ave | 6th Fl | Orlando | FL | 32801 | |
| Arnall Golden Gregory LLP | Darryl S Laddin Esq | 171 17th St NW Ste 2100 | Frank N White Esq | Atlanta | GA | 30363-1031 | |
| Ashby and Geddes PA | Ricardo Palacio Esq | 500 Delaware Ave | | Wilmington | DE | 19801 | |
| Ashby and Geddes PA | William P Bowden Esq | 500 Delaware Ave | 8th Fl | Wilmington | DE | 19801 | |
| Baker Botts LLP | Judith W Ross | 2001 Ross Ave | | Dallas | TX | 75201 | |
| Ballard Spahr | Tobey M Daluz Esq | 919 Market St 11TH Fl | David T May Leslie Heilman | Wilmington | DE | 19801 | |
| Ballard Spahr Andrews and Ingersoll LLP | David L Pollack J Meyers | 1735 Market St | 51st Fl Mellon Bank Ctr | Philadelphia | PA | 19103 | |
| Barbara Carr | | 145 Grecian Pkwy | | Rochester | NY | 14626 | |
| Barbara Dunston | | 261 McNair Dr | | Henderson | NC | 27537 | |
| Barbara Gallagher | | 410 W Acres Rd | | Whitesboro | TX | 76273 | |
| Bartlett Hackett Feinberg PC | Frank F McGinn Esq | 155 Federal St | 9th Fl | Boston | MA | 02110 | |
| Bayard PA | Charlene Davis Esq | 222 Delaware Ave | D A Obrien Justin R Alberto | Wilmington | DE | 19801 | |
| Bernstein Shur Sawyer and Nelson | Robert J Keach Paul McDonald | 100 Middle St Box 9729 | Daniel J Murphy | Portland | ME | 04104-5029 | |
| Bertram Frederick Thomas Fletcher | | 35 Broomhill Ct | | Clayton | NC | 27527 | |
| Betty Lewis | | 1301 H Leon St | | Durham | NC | 27705 | |
| Bialson Bergen and Schwab | Lawrence M Schwab Esq | 2600 El Camino Real Ste 300 | Patrick M Costello T M Gaa | Palo Alto | CA | 94306 | |
| Blank Rome LLP | Bonnie Glantz Fatell | 1201 N Market St Ste 8000 | Victoria A Guilfoyle | Wilmington | DE | 19801 | |
| Blank Rome LLP | Michael D DeBaecke Esq | 1201 Market St | Ste 800 | Wilmington | DE | 19801 | |
| Bonnie J Boyer | | 305 W Juniper Ave | | Sterling | VA | 20164-3724 | |
| Boylan Brown | Devin Lawton Palmer | 145 Culver Rd | | Rochester | NY | 14620-1678 | |
| Bracewell and Guiliani LLP | Jennifer Feldsher | 1251 Ave of the Americas | | New York | NY | 10020 | |
| Brad Lee Henry | | 11596 W Sierra Dawn Blvd | Lot 386 | Surprise | AZ | 85378 | |
| Brenda L Rohrbaugh | | 2493 Alston Dr | | Marietta | GA | 30062 | |
| Brenda L Wread | | 3408A Water Vista Pkwy | | Lawrenceville | GA | 30044 | |
| Brown and Connery LLP | Donald K Ludman Esq | 6 N Broad St Ste 1000 | | Woodbury | NJ | 08096 | |
| Brown McCarroll LLP | Kell C Mercer | 111 Congress Ave Ste 1400 | Afton Sands Puryear | Austin | TX | 78701 | |
| Bruce Francis | | 5506 Lake Elton Rd | | Durham | NC | 27713 | |
| Bruce Turner | | 8 Sunset Dr | | Homer | NY | 13077 | |
| Bryan Cave LLP | Cullen K Kuhn Esq | 211 N Broadway | Ste 3600 | St Louis | MO | 63102 | |
| Bryan Cave LLP | Eric S Prezant Esq | 161 N Clark St | Ste 4300 | Chicago | IL | 60601 | |
| Bryan Cave LLP | Michelle McMahon Esq | 1290 Ave of the Americas | | New York | NY | 10104 | |
| Buchalter Nemer | Shawn M Christianson Esq | 55 Second St | 17th Fl | San Francisco | CA | 94105-3493 | |
| Buchanan Ingersoll and Rooney | Mary F Caloway Esq | 1105 N Market St Ste 1900 | PJ Duhig Esq | Wilmington | DE | 19801-1228 | |
| Carmel Turlington Totman | | 164 Berton St | | Boone | NC | 28607 | |
| Carol F Raymond | | 7962 SW 185 St | | Miami | FL | 33157-7487 | |
| Caroline Underwood | | 2101 Emerson Cook Rd | | Pittsboro | NC | 27312 | |
| Carter Ledyard and Milburn LLP | Susan P Johnston Esq | 2 Wall St | | New York | NY | 10005 | |
| Chad Soraino | | 8974 Hickory Ave | | Hesperia | CA | 92345 | |
| Chadbourne and Parke LLP | N Thodore Zink Jr Esq | 30 Rockefeller Plz | | New York | NY | 10112 | |
| Chae S Roob | | 8584 Chanhassen Hills Dr S | | Chanhassen | MN | 55317 | |
| Charles Sandner | | 1970 N Leslie 3779 | | Pahrump | NV | 89060 | |
| Ciardi Ciardi and Astin | Mark H Ralston | 2603 Oak Lawn Ave | Ste 200 | Dallas | TX | 75219 | |
| Ciardi Ciardi and Astin | Rick A Steinberg | 100 Church St | 8th Fl | New York | NY | 10007 | |
| Claudia Vidmer | | 213 Orchard Ln | | Glen Ellyn | IL | 60137 | |
| Cole Schotz Meisel Forman and Leonard | Norman L Pernick | 500 Delaware Ave Ste 1410 | Sanjay Bhatnagar | Wilmington | DE | 19801 | |
| Connolly Bove | Jeffrey Wisler Esq M J Phillips | 1007 N Orange St | The Nemours Building | Wilmington | DE | 19801 | |

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| Cowles and Thompson PC | Stephen C Stapleton | 901 Main St Ste 3900 | | Dallas | TX | 75202 | |
| Crickett Grissom | | 2580 W Porter Creek Ave | | Porterville | CA | 93257 | |
| Cross and Simon LLC | Christopher P Simon | 913 N Market St | 11th Fl | Wilmington | DE | 19801 | |
| Curtis Mallet Prevost Colt and Mosle LLP | Steven J Reisman Esq | 101 Park Ave | James V Drew Esq | New York | NY | 10178-0061 | |
| Cynthia Ann Schmidt | | PO Box 119 | | Oregon House | CA | 95962 | |
| Cynthia B Richardson | | 5717 Cypress Dr | | Rowlett | TX | 75089 | |
| Daniel D David | | 2105 Possum Trot Rd | | Wake Forest | NC | 27587 | |
| Danny Owenby | | 2136 Sapelo Ct | | Fernandina | FL | 32034 | |
| David Litz | | 316 N Manus Dr | | Dallas | TX | 75224 | |
| Davis and Kuelthau SC | Russell S Long | 111 E Kilbourn Ave Ste 1400 | | Milwaukee | WI | 53202-6613 | |
| Davis Wright Tremaine LLP | James C Waggoner Esq | 1300 SW 5th Ave | Ste 2300 | Portland | OR | 97201-5630 | |
| Deborah Faircloth | | 115 Winchester Ln | | Rocky Point | NC | 28457 | |
| Debra L Vega | | 818 Glenco Rd | | Durham | NC | 27703 | |
| DLA Piper LLP US | Richard M Kremen Esq | 6225 Smith Ave | Dale K Cathell Esq | Baltimore | MD | 21209 | |
| DLA Piper LLP US | Selinda A Melnik | 919 N Market St | 15th Fl | Wilmington | DE | 19801 | |
| Duane Morris LLP | Michael R Lastowski | 222 Delaware Ave Ste 1600 | | Wilmington | DE | 19801-1659 | |
| Edward G Guevarra Jr | | 11007 Scripps Ranch Blvd | | San Diego | CA | 92131 | |
| Edwards Angell Palmer and Dodge | Stuart M Brown | 919 N Market St Ste 1500 | | Wilmington | DE | 19801 | |
| Ellen Sue Brady | | 1630 Dry Fork Rd | | Ashland City | TN | 37015 | |
| EMC Corporation | Ronald Rowland Esq | 307 International Cir Ste 270 | c o Receivable Management Servs | Hunt Valley | MD | 21094 | |
| Emily D Cullen | | 100 Telmew Ct | | Cary | NC | 27518 | |
| Export Development Canada | Derek Austin | 151 OConnor St | | Ottawa | ON | K1A 1K3 | CANADA |
| Flextronics | Steve Jackman Esq VP | 847 Gibralter Dr | | Milpitas | CA | 95035 | |
| FPL Law Department | Rachel S Budke Esq | 700 Universe Blvd | | Juno Beach | FL | 33408 | |
| Fraser Milner Casgrain LLP | Michael J Wunder R S Kukulowicz | 77 King St W Ste 400 | Alex L MacFarlane | Toronto | ON | M5K 0A1 | CANADA |
| Freddie Wormsbaker | | 327 Locust St | | Twin Falls | ID | 83301 | |
| Freeborn and Peters LLP | Aaron L Hammer Esq | 311 S Wacker Dr Ste 3000 | Devon J Eggert Esq | Chicago | IL | 60606 | |
| Fulbright and Jaworski LLP | David A Rosenzweig Esq | 666 5th Ave | | New York | NY | 10103-3198 | |
| Gary W Garrett | | 4093 Hogan Dr Unit 4114 | | Tyler | TX | 75709 | |
| George I Hovater Jr | | 9009 Casals St | Unit 1 | Sacramento | CA | 95826 | |
| Gerald R Utpadel | | 4627 Greenmeadows Ave | | Torrance | CA | 90505 | |
| Gibbons PC | David N Crapo Esq | One Gateway Ctr | | Newark | NJ | 07102-5310 | |
| Gloria Benson | | 1824 Wilson Pike | | Brentwood | TN | 37027 | |
| Goodmans LLP | Chris Armstrong | Bay Adelaide Centre | 333 Bay St Ste 3400 | Toronto | ON | M5H 2S7 | CANADA |
| Gould and Ratner LLP | Christopher J Horvay Esq | 222 N Lasalle St | Ste 800 | Chicago | IL | 60601 | |
| Gowling Lafleur Henderson | Jennifer Stam Derrick Tay | 100 King St W Ste 1600 | 1 First Canadian Pl | Toronto | ON | M5X 1G5 | CANADA |
| Gussie Anderson | | 109 Gumpond Beall Rd | | Lumberton | MS | 39455 | |
| Hahn Loeser and Parks LLP | Alan S Kopit Esq | 200 Public Square Ste 2800 | Christopher W Peer Esq | Cleveland | OH | 44114 | |
| Herbert Preston Stansbury | | 3193 US Hwy 15 | | Stern | NC | 27581 | |
| Herbert Smith | Stephen Gale | Exchange House | Primrose St | London | UK | EC2A 2HS | UNITED KINGDOM |
| Hinckley Allen and Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | |
| Hitachi Lt Telecommunicatons | Minoru Inayoshi Gen Mgr of M and A | 216 Totsuka cho Totsuka ku | and Network Systems Div | Yokohama shi | | 244-8567 | JAPAN |
| HP Company | Ramona Neal Esq | 11307 Chinden Blvd | MS 314 | Boise | ID | 83714 | |
| Hughes Hubbard | Michael Luskin | One Battery Park Plz | Derek JT Adler | New York | NY | 10004 | |
| Hunton and Williams | Lynnette R Warman | 1445 Ross Ave | Ste 3700 | Dallas | TX | 75202-2799 | |
| IBM Corp Legal Dept | R S Stahel | 1503 LBJ Fwy | 3rd Fl | Dallas | TX | 75234 | |
| IBM Corporation IBM Credit LLC | Bankruptcy Coordinator | 275 Viger E 4th Fl | | Montreal | QC | H3G 2W6 | CANADA |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| J Scott Douglass Esq | | 909 Fannin Ste 1800 | | Houston | TX | 77010 | |
| James Craig | | 42 E Cavalier Rd | | Scottsville | NY | 14546 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 2 of 6

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| James Hunt | | 8903 Handel Loop | | Land O Lakes | FL | 34637 | |
| James Lee | | 1310 Richmond St | | El Cerrito | CA | 94530 | |
| Jane Neumann | | 11730 Co Rd 24 | | Watertown | MN | 55388 | |
| Janet Bass | | 1228 Moultrie Ct | | Raleigh | NC | 27615 | |
| Janetta Hames | | 649 Fossil Wood Dr | | Saginaw | TX | 76179 | |
| Janette M Head | | 16 Gleneagle Dr | | Bedford | NH | 03110 | |
| JD Thompson Law | Judy D Thompson | PO Box 33127 | | Charlotte | NC | 28233 | |
| Jeffrey Borron | | 13851 Tanglewood | | Farmers Branch | TX | 75234 | |
| Jerry Wadlow | | PO Box 79 | | Wewoka | OK | 74884 | |
| John J Rossi | | 1568 Woodcrest Dr | | Wooster | OH | 44691 | |
| John Mercer | | 121 Monastery Rd | | Pine City | NY | 14871 | |
| John S Elliott | | 6 Grouse Ln | | Merrimack | NH | 03054-2876 | |
| Kathleen A Reese | | 200 Carnegie Dr | | Milpitas | CA | 95035 | |
| Katten Muchin Rosenman LLP | Dustin P Branch Esq | 2029 Century Park E | Ste 2600 | Los Angeles | CA | 90067-3012 | |
| Katten Muchin Rosenman LLP | Kenneth E Noble Esq | 575 Madison Ave | | New York | NY | 10022-2585 | |
| Kaushik Patel | | 5665 Arapaho Rd No 1023 | | Dallas | TX | 75248 | |
| Kelley Drye and Warren LLP | Kristin S Elliott | 101 Park Ave | | New York | NY | 10178 | |
| Kerry Wayne Logan | | 1207 High Hammock No 102 | | Tampa | FL | 33619-7609 | |
| Kim M Yates | | 207 Tomato Hill Rd | | Leesburg | FL | 34748 | |
| Klehr Harrison | Domenic Pacitti Esq | 919 Market St Ste 1000 | | Wilmington | DE | 19801 | |
| Klehr Harrison | Fred S Kurtzman Esq | 1835 Market St Ste 1400 | | Philadelphia | PA | 19103 | |
| Kramer Levin Naftalis Frankel LLP | Ernest S Wechsler | 1177 Ave of the Americas | | New York | NY | 10036 | |
| LA County Treasurer and Tax Collector | | PO Box 54110 | | Los Angeles | CA | 90054-0110 | |
| Landis Rath and Cobb LLP | Adam G Landis Esq | 919 Market St Ste 1800 | Kerri Mumford J Landon Ellis | Wilmington | DE | 19801 | |
| Latham and Watkins LLP | David S Allinson | 885 Third Ave Ste 1000 | T Malone A Croswell | New York | NY | 10022-4068 | |
| Latham and Watkins LLP | Robert J Rosenberg | 885 Third Ave Ste 1000 | M J Riela Z N Goldstein | New York | NY | 10022-4068 | |
| Lathrop and Gage LLP | Stephen K Dexter Esq | 950 Seventeenth St | US Bank Tower Ste 2400 | Denver | CO | 80202 | |
| Laura L McCloud Esq | Assistant Attorney General | PO Box 20207 | | Nashville | TN | 37202 | |
| Laurie Adams | | 217 Ridge Creek Dr | | Morrisville | NC | 27560 | |
| Leah McCaffrey | | 7139 Debbe Dr | | Dallas | TX | 75252 | |
| Leona Purdum | | 2532 N 4th St 254 | | Flagstaff | AZ | 86004 | |
| Lewis and Roca LLP | Scott K Brown Esq | 40 N Central Ave Ste 1900 | | Phoenix | AZ | 85004 | |
| Linebarger Goggan Blair and Sampson LLP | David G Aelvoet Esq | 711 Navarro | Travis Bldg Ste 300 | San Antonio | TX | 78205 | |
| Linebarger Goggan Blair and Sampson LLP | Elizabeth Weller Esq | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | |
| Linebarger Goggan Blair and Sampson LLP | John P Dillman Esq | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Lois Diane Uphold | | 201 Camden Park Dr | | Goldsboro | NC | 27530 | |
| Lottie Edith Chambers | | 2716 Dalford Ct | | Raleigh | NC | 27604 | |
| Lowenstein Sandler PC | Michael S Etkin | 65 Livingston Ave | Ira M Levee | Roseland | NJ | 07068 | |
| Lowenstein Sandler PC | Vincent A DAgostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 | |
| Lynette Kay Seymour | | 16711 Rivendell Ln | | Austin | TX | 78737 | |
| Magnozzi and Kye LLP | Amish R Doshi | 23 Green St | Ste 302 | Huntington | NY | 11743 | |
| Malek Schiffrin LLP | Javier Schiffrin | 340 Madison Ave 19th Fl | Kevin Malek | New York | NY | 10173-1922 | |
| Manuel Segura | | 215 Sheridan Apt B 43 | | Perth Amboy | NJ | 08861 | |
| Marilyn Day | | 2020 Fox Glen Dr | | Allen | TX | 75013 | |
| Marilyn Green | | 1106 Boston Hollow Rd | | Ashland City | TN | 37015 | |
| Mark A Phillips | | 6117 Trevor Simpson Dr | | Lake Park | NC | 28079 | |
| Mark R Janis | | 193 Via Soderini | | Aptos | CA | 95003 | |
| Max Taylor Asst City Atty | Municipal Operations | 201 W Colfax Ave | Dept 1207 | Denver | CO | 80202-5332 | |
| Mayer Brown LLP | Brian Trust | 1675 Broadway | T M Vitale A K Trehan | New York | NY | 10019 | |
| Mayer Brown LLP | Craig Reimer | 71 S Wacker Dr | | Chicago | IL | 60604-1404 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 3 of 6

Exhibit A
2002 Service List - Overnight Delivery

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| McGuireWoods LLP | David I Swan Esq | 1750 Tysons Blvd Ste 1800 | Kenneth M Misken Esq | McLean | VA | 22102-4215 | |
| McGuireWoods LLP | James E Van Horn | 7 Saint Paul St Ste 1000 | | Baltimore | MD | 21202-1671 | |
| MD Department of Labor Licensing and Reg | Off of Unemplmt Ins Contrib Div | Litigation Prosecution Unit | 1100 N Eutaw St Rm 401 | Baltimore | MD | 21201 | |
| Meyers Law Group PC | Merle C Meyers Esq | 44 Montgomery St Ste 1010 | Michele Thompson Esq | San Francisco | CA | 94104 | |
| Michael D Rexroad | | 5244 Linwick Dr | | Fuquay Varina | NC | 27526 | |
| Michael McWalters | | PO Box 338 | | Alviso | CA | 95002-0338 | |
| Michael P Alms | | 4944 Elm Island Cir | | Waterford | WI | 53185 | |
| Michael R Thompson | | 564 Old Candia Rd | | Candia | NH | 03034 | |
| Michael Stutts | | 1616 Hastings Bluff | | McKinney | TX | 75070 | |
| Milbank Tweed Hadley and McCloy LLP | Dennis Dunne Esq | One Chase Manhattan Plz | | New York | NY | 10005-1413 | |
| Milbank Tweed Hadley and McCloy LLP | Dennis F Dunne Thomas Kreller | One Chase Manhattan Plz | Andrew M Leblanc Albert Pisa | New York | NY | 10005 | |
| Milbank Tweed Hadley and McCloy LLP | Thomas R Kreller | 601 S Figueroa St | Ste 3000 | Los Angeles | CA | 90017 | |
| Miriam L Stewart | | 2615 Baileys Crossroads Rd | | Benson | NC | 27504 | |
| Miss Deborah MM Jones | | PO Box 458 | | Willow Spring | NC | 27592 | |
| Missouri Dept of Revenue | Sheryl L Moreau Esq | Bankruptcy Division | PO Box 475 | Jefferson City | MO | 65105-0475 | |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | |
| Monzack Mersky McLaughlin Browder | Rachel B Mersky Esq | 1201 N Orange St | Ste 400 | Wilmington | DE | 19801 | |
| Morris James LLP | Brett D Fallon Esq | 500 Delaware Ave Ste 1500 | | Wilmington | DE | 19801 | |
| Morris James LLP | Carl N Kunz Esq | 500 Delaware Ave Ste 1500 | Michael J Custer Esq | Wilmington | DE | 19801 | |
| Morris James LLP | Stephen M Miller | 500 Delaware Ave Ste 1500 | Courtney R Hamilton | Wilmington | DE | 19801 | |
| Najam ud Dean | | 6 Augusta Dr | | Milbury | MA | 01527 | |
| Nancy Ann Wilson | | 7101 Chase Oaks Blvd | Apt 1637 | Plano | TX | 75025 | |
| Nanette Faison | | 981 Kittrell Rd | | Kitrell | NC | 27544 | |
| Nixon Peabody LLP | Louis J Cisz III | One Embarcadero Ctr | 18th Fl | San Francisco | CA | 94111-3600 | |
| Norton Rose | Tony Reyes | 200 Bay St Ste 3800 | Royal Bank Plz S Tower | Toronto | ON | M5J 2Z4 | CANADA |
| Nossaman LLP | Robert S McWhorter Esq | 915 L St Ste 1000 | | Sacramento | CA | 95814 | |
| Office of the US Trustee | Mark Kenney Esq | 844 King St | Ste 2207 Lockbox 35 | Wilmington | DE | 19801-3519 | |
| Olive Jane Stepp | | 470 Fairview Rd | | Asheville | NC | 28803 | |
| Orrick Herrington and Sutcliffe LLP | Raniero DAversa Jr Esq | 51 W 52nd St | Laura D Metzger Esq | New York | NY | 10019-6142 | |
| PA Senior Deputy Atty Gen | Carol E Momjian Esq | 21 S 12th St | 3rd Fl | Philadelphia | PA | 19107-3603 | |
| Pachulski Stang | Laura Davis Jones | 919 N Market St 17th Fl | Timothy P Cairns | Wilmington | DE | 19899-8705 | |
| Pamela J Powell | | 676 Brookview Dr | | Chapel Hill | NC | 27514 | |
| Partridge Snow and Hahn LLP | Patricia Antonelli | 180 S Main St | Lauren F Verni | Providence | RI | 02903 | |
| Patterson Belknap Webb and Tyler | Daniel A Lowenthal | 1133 Ave of the Americas | Brian P Guiney | New York | NY | 10036-6710 | |
| Patterson Harkavy | Ann Groninger Esq | 225 E Worthington Ave | Ste 200 | Charlotte | NC | 28203 | |
| Paul Douglas Wolfe | | 113 Red Drum Ln | | Gloucester | NC | 28528 | |
| Paul Edward Morrison | | 2241 College Ave | | Quincy | IL | 62301 | |
| Paul Hastings Janofsky and Walker LLP | Robert Winter | 875 15th St NW | | Washington | DC | 20005 | |
| Paul Weiss Rifkind Wharton and Garrison | Stephen J Shimshak | 1285 Ave of the Americas | Marilyn Sobel | New York | NY | 10019-6064 | |
| Pension Benefit Guaranty Corp | Vicente Matias Murrell Esq | 1200 K St NW | Stephen D Schreiber Esq | Washington | DC | 20005-4026 | |
| Pepper Hamilton LLP | David B Stratton Esq | 1313 Market St Ste 5100 | L M Raport E J Meltzer | Wilmington | DE | 19801 | |
| Pepper Hamilton LLP | Henry Jaffe Esq | 1313 Market St | Ste 5100 | Wilmington | DE | 19801 | |
| Perdue Brandon Fielder Collins Mott LLP | Elizabeth Banda Esq | 4025 Woodland Park Blvd | Ste 300 | Arlington | TX | 76013 | |
| Pinckney Harris and Weidinger LLC | Donna L Harris | 1220 N Market St Ste 950 | Kevin M Capuzzi | Wilmington | DE | 19801 | |
| Polsinelli Shughart PC | Christopher A Ward Esq | 222 Delaware Ave Ste 1101 | Justin K Edelson Esq | Wilmington | DE | 19801 | |
| Post and Schell PC | Brian W Bisignani Esq | 17 N 2nd St | 12th Fl | Harrisburg | PA | 17101-1601 | |
| Poyner Spruill LLP | Shannon E Hoff | 301 S College St Ste 2300 | | Charlotte | NC | 28202 | |
| Prickett Jones and Elliott PA | Bruce E Jameson | 1310 King St | Box 1328 | Wilmington | DE | 19899 | |
| Pryor Cashman LLP | Ronald S Beacher Esq | 7 Times Square | | New York | NY | 10036 | |
| Rahul Kumar | | C 701 Neelachal Apt Plot No 3 | Sector 4 Dwarka | New Delhi 110078 | | | INDIA |

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| Ralph MacIver | | 116 Honeycomb Ln | | Morrisville | NC | 27560 | |
| Ray Quinney and Nebeker PC | Stephen C Tingey Esq | 36 S State St Ste 1400 | | Salt Lake City | UT | 84145-0385 | |
| Raymond Turner | | 1813 Eric Dr | | Graham | NC | 27253 | |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 N Market St Ste 1500 | J Cory Falgowski Esq | Wilmington | DE | 19801 | |
| Reid T Mullett | | 4224 Thamesgate Close | | Norcross | GA | 30092 | |
| Remajos Brown | | 2353 Sword Dr | | Garland | TX | 75044-6036 | |
| Richard Hodges | | 913 Windemere Ln | | Wake Forest | NC | 27587 | |
| Richard Lynn Engleman | | 1505 Nevada Dr | | Plano | TX | 75093 | |
| Richards Layton and Finger | Mark D Collins C M Samis Esq | 920 N King St | One Rodney Square | Wilmington | DE | 19801 | |
| Riddell Williams PS | Joseph E Shickich Jr Esq | 1001 4th Ave | Ste 4500 | Seattle | WA | 98154-1192 | |
| Robbins Geller Rudman and Dowd LLP | Samuel H Rudman | 58 S Service Rd Ste 200 | David A Rosenfeld | Melville | NY | 11747 | |
| Robert Dale Dover | | 2509 Quail Ridge Rd | | Melissa | TX | 75454 | |
| Robert Joseph Martel | | 200 Lighthouse Ln Apt B3 | | Cedar Point | NC | 28584 | |
| Robinson Bradshaw and Hinson PA | David M Schilli Esq | 101 N Tryon St Ste 1900 | Ty E Shaffer Esq | Charlotte | NC | 28246 | |
| Roger G Carlsen | | 390 E Paseo Celestial | | Sahuarita | AZ | 85629 | |
| Ronald J Rose Jr | | 26 Pheasant Run | | Ballston Spa | NY | 12020 | |
| Ropes and Gray LLP | James M Wilton Patricia Chen | 800 Boylston St | Prudential Tower | Boston | MA | 02199-3600 | |
| Ropes and Gray LLP | Mark I Bane | 1211 Ave of the Americas | Anne H Pak | New York | NY | 10036-8704 | |
| Sandra Aiken | | 3166 Tump Wilkins Rd | | Stem | NC | 27581 | |
| Saul Ewing LLP | Joyce A Kuhns | 500 E Pratt St | 8th Fl | Baltimore | MD | 21202 | |
| Scott David Howard | | 2050 Cabiao Rd | | Placerville | CA | 95667 | |
| Scott Gennett | | 16 Wildwood St | | Lake Grove | NY | 11755 | |
| SEC NY Regional Office | Alistar Bambach | 3 World Financial Ctr Ste 400 | Bankruptcy Division | New York | NY | 10281-1022 | |
| SEC NY Regional Office | Attn Nathan Fuchs | 233 Broadway | | New York | NY | 10279 | |
| Secretary of State | Div of Corporations Franchise Tax | John G Townsend Bldg | 401 Federal St Ste 4 | Dover | DE | 19901 | |
| Secretary of Treasury | | 401 Federal St Ste 4 | John G Townsend Bldg | Dover | DE | 19901 | |
| Securities and Exchange Commission | | 100 F St NE | | Washington | DC | 20549 | |
| Sheppard Mullin Richter and Hampton LLP | Carren B Shulman Esq | 30 Rockefeller Plz 24th Fl | Kimberly K Smith Esq | New York | NY | 10112 | |
| Shirley Maddry | | 2519 Riddle Rd | | Durham | NC | 27703 | |
| Sirlin Gallogly and Lesser | Dana S Plon Esq | 123 S Broad St | Ste 2100 | Philadelphia | PA | 19109 | |
| Skadden Arps Slate Meagher and Flom LLP | Sarah E Pierce | One Rodney Square | PO Box 636 | Wilmington | DE | 19899-0636 | |
| Smith Anderson Blount Dorsett | Amos U Priester IV Esq | PO Box 2611 | Anna B Osterhout Esq | Raleigh | NC | 27602-2611 | |
| Smith Katzenstein and Jenkins LLP | Kathleen M Miller Esq | 800 Delaware Ave | 10th Fl | Wilmington | DE | 19801 | |
| State of MI Dept of Treasury | Deborah B Waldmeir Esq | Cadillac Pl Ste 10 200 | 3030 W Grand Blvd | Detroit | MI | 48202 | |
| Stempel Bennett Claman and Hochberg PC | Edmond P OBrien Esq | 675 Third Ave | 31st Fl | New York | NY | 10017 | |
| Steven E Bennett | | 37052 Chestnut St | | Newark | CA | 94560 | |
| Stevens and Lee PC | Maria Aprile Sawczuk Esq | 1105 N Market St | 7th Fl | Wilmington | DE | 19801 | |
| Sullivan Hazeltine Allinson LLC | William D Sullivan Esq | 4 E 8th St | Ste 400 | Wilmington | DE | 19801 | |
| Sumitomo Electric | Chris Finch Credit Manager | 78 Alexander Dr | PO Box 13445 | Triangle Park | NC | 27709 | |
| Susan Ann Heisler | | 133 Anna Rd Box 194 | | Blakelee | PA | 18610 | |
| Swartz Campbell LLC | Nicholas Skiles Esq | 300 Delaware Ave Ste 1410 | | Wilmington | DE | 19801 | |
| Tax Authority Consulting Services PC | Mark K Ames | PO Box 1770 | | Midlothian | VA | 23113 | |
| Terry D Massengill | | 126 Keri Dr | | Garner | NC | 27529 | |
| The InTech Group Inc | Ernie Holling President | 305 Exton Commons | | Exton | PA | 19341 | |
| The Interpublic Group of Companies | Nicholas Vianna | 1114 Ave of the Americas | 19th Fl | New York | NY | 10036 | |
| Thelma Watson | | PO Box 971 | | Bath | SC | 29816 | |
| Tishler and Walk Ltd | Jeffrey B Rose | 200 S Wacker Dr | Ste 3000 | Chicago | IL | 60606 | |
| Travelers | Attn Chantel Pinnock | 1 Tower Square | 5MN | Hartford | CT | 06183-4044 | |
| TW Telecom Inc | Linda Boyle | 10475 Park Meadows Dr | Ste 400 | Littleton | CO | 80124 | |
| UC Tax Agent Bankr Rep | Denise A Mertz PA Dept Labor Industry | 625 Cherry St Rm 203 | Reading Bankr and Compliance Unit | Reading | PA | 19602-1184 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 5 of 6

Exhibit A
2002 Service List - Overnight Delivery

| Name | Notice Name | Address1 | Address2 | City | STAT | Zip | Country |
|---|---|---|---|---|---|---|---|
| Unisys Corporation | Janet Fitzpatrick | PO Box 500 | M S E8 108 | Blue Bell | PA | 19424 | |
| Universal Service Administrative Co | David Capozzi Acting AG | 2000 L St NW Ste 200 | | Washington | DC | 20036 | |
| US Attorneys Office | District of Delaware | 1007 N Orange St | | Wilmington | DE | 19801 | |
| US Dept of Justice Civil Div | Seth B Shapiro Esq | PO Box 875 | Ben Franklin Station | Washington | DC | 20044 | |
| US Dept of Justice Tax Div | Jan M Geht Esq | PO Box 227 | | Washington | DC | 20044 | |
| Vedder Price PC | Douglas J Lipke | 222 N LaSalle St Ste 2600 | Robert F Simon | Chicago | IL | 60601 | |
| Vedder Price PC | Michael L Schein Esq | 1633 Broadway | 47th Fl | New York | NY | 10019 | |
| Vernon M Long | | 4929 Kelso Ln | | Garland | TX | 75043 | |
| Victoria Anstead | | 3894 Ridge Lea Rd A | | Amherst | NY | 14228 | |
| VonBriesen and Roper SC | Randall D Crocker Esq | 411 E Wisconsin Ave | Ste 700 | Milwaukee | WI | 53202 | |
| Vorys Sater Seymour and Pease | Tiffany Strelow Cobb | 55 E Gay St | | Columbus | OH | 43215 | |
| Wachtell Lipton Rosen and Katz | Philip Mindlin Douglas Mayer | 51 W 52nd St | Gregory E Pessin Bejamin Roth | New York | NY | 10019 | |
| Wanda Jacobs | | 801 Dupree St | | Durham | NC | 27701 | |
| Wayne J Schmidt | | 5346 S Mohave Sage Dr | | Gold Canyon | AZ | 85118 | |
| Wendy Boswell Mann | | 2114 Claret Ln | | Morrisville | NJ | 27560 | |
| Wendy Boswell Mann | | 4913 Summit Pl Dr NW | Apt 404 | Wilson | NC | 27896 | |
| Werb and Sullivan | Duane D Werb Esq | 300 Delaware Ave 13th Fl | | Wilmington | DE | 19801 | |
| Wildman Harrold Allen and Dixon LLP | Mary E Olson | 225 W Wacker Dr | Ste 3000 | Chicago | IL | 60606 | |
| William A Reed | | 7810 Heaton Dr | | Theodore | AL | 36582-2362 | |
| William E Johnson | | 2865 Horsemans Ridge Dr | | Clayton | NC | 27520 | |
| Willkie Farr and Gallagher LLP | Jeremy E Crystal Esq | 787 7th Ave | | New York | NY | 10019 | |
| Willkie Farr and Gallagher LLP | Marc Abrams B E Oconnor | 787 7th Ave | Sameer Advani | New York | NY | 10019-6099 | |
| Wilson Elser Moskowitz Edelman Dicker | Mark G Ledwin Esq | 3 Gannett Dr | | White Plains | NY | 10604 | |
| Wolff and Samson PC | Robert E Nies Esq | One Boland Dr | The Offices at Crystal Lake | West Orange | NJ | 07052 | |
| Womble Carlyle Sandridge and Rice PLLC | Steven K Kortanek | 222 Delaware Ave Ste 1501 | Matthew P Ward | Wilmington | DE | 19801 | |
| Young Conaway | James L Patton | 1000 W King St | Edwin J Harron | Wilmington | DE | 19801 | |

In re: Nortel Networks, Inc., et al.
Case No. 09-10138 (KG)

Page 6 of 6