## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **RE: D.I. 10339** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 26, 2013, a copy of the **Debtors' Limited Response to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: April 26, 2013
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, NY 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        and

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Tamara K. Minott*
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7154211.1

**Via Hand Delivery**

Mark Kenney
Office of the U.S. Trustee
844 King Street Suite 2207
Wilmington, DE 19801

**Via Hand Delivery and Email**

Rafael Xavier Zahralddin-Aravena (rxza@elliottgreenleaf.com)
Elliott Greenleaf
1105 North Market Street
Suite 1700
P.O. Box 2327
Wilmington, DE 19801

**Via Overnight Mail**

W. Bradley Russell
U.S. Department of Justice
Tax Division
PO Box 227
Washington, DC 20044

**Via Email**

Albert Togut (altogut@teamtogut.com)
Neil Berger (neilberger@teamtogut.com)
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119

William F. Taylor, Jr. (wtaylor@mccarter.com)
McCarter & English LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801

Mark D. Collins Esq. (collins@rlf.com)
Christopher M. Samis Esq. (samis@rlf.com)
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

Fred S. Hodara Esq. (fhodara@akingump.com)
David H. Botter Esq.(dbotter@akingump.com)
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller (tkreller@milbank.com)
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017


Laura Davis Jones (ljones@pszyj.com)
Timothy P. Cairns (tcairns@pszyj.com)
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705