## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 10075-10079, 10081-10084 & 10089-10094** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kerry O'Neil

Sworn to before me this
26 day of April, 2013

Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          |        Chapter 11

NORTEL NETWORKS INC., et al.,                   |        Case No. 09-10138 (KG)

                    Debtors.                     |        Jointly Administered

                                                |

                                                |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:   BAILS, RICHARD
                3317 CHANTILLY DR
                PLANO, TX 75025

Please note that your claim # 1372 in the above referenced case and in the amount of
     $41,950.00 allowed at $32,984.22  has been transferred **(unless previously expunged by court order)** to:

          HAIN CAPITAL HOLDINGS, LLC
          TRANSFEROR: BAILS, RICHARD
          ATTN: AMANDA RAPOPORT
          301 ROUTE 17, 7TH FLOOR
          RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 100920      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/25/2013                                David D. Bird, Clerk of Court


                                                /s/ Tim Conklin
                                                _____
                                                By: Epiq Bankruptcy Solutions, LLC
                                                    as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 25, 2013.

**EXHIBIT B**

```
TIME: 11:26:38                              NORTEL NETWORKS INC.
DATE: 04/25/13                               CREDITOR LISTING                              PAGE:    1
```

| Name | Address |
|------|---------|
| BAILS, RICHARD | 3317 CHANTILLY DR PLANO TX 75025 |
| BAKER, DEBRA L. | 2816 DUNNOTTAR AVE HENDESON NV 89044-0245 |
| BOVINETTE, JOHN D. | 15 S. LAKEWOOD CT. SOUTH ELGIN IL 60177 |
| CARR, STEVEN M. | 37 BRAMS HILL DR MAHWAH NJ 07430 |
| CHALEMELA, DEEPIKA | DEEPIKA CHALEMELA 2916 WATERFORD DR IRVING TX 75063-3192 |
| CHOPRA, MOHIT | 1113 BRIDGEWAY LANE ALLEN TX 75013 |
| DARTE, SUZANNE | SUZANNE DARTE 3613 DOWNING CIR DEER PARK TX 77536 |
| DELISSIO, ANTHONY | 15 GRACE DRIVE OLD BRIDGE NJ 08857 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BAILS, RICHARD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BAKER, DEBRA L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BOVINETTE, JOHN D. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CARR, STEVEN M. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CHALEMELA, DEEPIKA ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: CHOPRA, MOHIT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DARTE, SUZANNE ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DELISSIO, ANTHONY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HALL, NITA J. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: HORTON, CLIFTON D. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MCCALLUM, RUSSELL L. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: OWENS, RICK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RUUS, KIRSTEN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SHAREE JOPLIN ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: VIDETTO, RONALD ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALL, NITA J. | 915 RIDGEMONT DRIVE ALLEN TX 75002 |
| HORTON, CLIFTON D. | 211 S. 12TH ST WILMINGTON NC 28401 |
| MCCALLUM, RUSSELL L. | 103 CEDARPOST DRIVE CARY NC 27513 |
| OWENS, RICK | 1962 MIDDLE SETTLEMENTS RD MARYVILLE TN 37801 |
| RUUS, KIRSTEN | 1451 NORTH WEST 108TH AVENUE APT 303 PLANTATION FL 33322 |
| SHAREE JOPLIN | 1253 VZ COUNTY ROAD 1412 VAN TX 75790-3177 |
| VIDETTO, RONALD | 35 PINEDALE AVE. FARMINGVILLE NY 11738 |

```
Total Number of Records Printed        30
```

Cleary Gottlieb Steen & Hamilton LLP
Attn: James Bromley
One Liberty Plaza
New York, NY 10006