**To:** Rafael X. Zahralddin-Aravena
**Subject:** RE: In support of settlement
**From:**
**Sent:** Saturday, April 27, 2013 8:25 PM
**To:** Rafael X. Zahralddin-Aravena
**Subject:** In support of settlement

I support the settlement and the efforts to minimize tax impact. I am very dissapointed in the position of the IRS and the PBGC...the regulations are intended to help those in need, not penalize them.

Roger Carlsen