# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 10340** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 29, 2013, a copy of the **Order Shortening Notice Relating to Debtors' Motion for an Order Approving NNI's Entry into a Sublease Term Sheet and Sublease Agreement at Facility in Raleigh, North Carolina** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: April 29, 2013
Wilmington, Delaware

> CLEARY GOTTLIEB STEEN & HAMILTON LLP
> James L. Bromley (admitted pro hac vice)
> Lisa M. Schweitzer (admitted pro hac vice)
> One Liberty Plaza
> New York, NY 10006
> Telephone: (212) 225-2000
> Facsimile: (212) 225-3999
>
> and
>
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
> */s/ Tamara K. Minott*
> Derek C. Abbott (No. 3376)
> Ann C. Cordo (No. 4817)
> Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6961736.10

**Via Overnight Mail**

LaSalle Bank National Association
135 S. LaSalle Street, Suite 1625
Chicago, Illinois 60603
Attn: Asset-Backed Securities Trust

Wells Fargo Commercial Asset Servicing
Duke Energy Center
550 S. Tryon St., 14th Flr
Charlotte, NC  28202
Attn: James Early

Fullbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Attn:  Eric Anderson

Zurich Structured Finance, Inc.
c/o Zurich Global Investment Advisors, Ltd.
165 Broadway, Suite 2100
New York, New York 10006
Attn: Peter Bauer

Centre Group LLC
165 Broadway, Suite 3000
New York, NY  10006
Attn:  General Counsel

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Neil Tucker

Forse, Inc.
130 Mosswood Blvd.
Youngsville NC 27596
Attn: General Counsel

GENBAND US LLC
2801 Network Boulevard
Suite 300
Frisco, Texas 75034
Attn: Richard Hohnholt

Brown McCarroll, L.L.P.
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
Attn: Irene L. Hosford

Ericsson Inc.
6300 Legacy Drive
Plano, TX 75024
Attn: Real Estate Department

Ericsson Inc.
6300 Legacy Drive
Plano, TX 75024
Attn: Legal Department

Liechty & McGinnis, LLP
11910 Greenville Avenue, Suite 400
Dallas, Texas 75243
Attn: Lorne O. Liechty

Avaya Inc.
c/o Newman Knight Frank
125 Park Avenue, 12th Floor
New York, NY 22033
Attn: Lease Management

Avaya Inc.
Director of Global Real Estate
211 Mount Airy Road
Basking Ridge, NJ 07920

Avaya Inc.
211 Mount Airy Road
Basking Ridge, NJ 07920
Attn: General Counsel

Jeffrey W. Breeser
Willcox & Savage, P.C.
440 Monticello Avenue
Suite 2200
Norfolk, Virginia 23510

Andrew Kelton
CB Richard Ellis-Raleigh LLC
4208 Six Forks Rd., Ste. 1220
Raleigh, NC 27609

Shannon L. Clark
CBRE, Inc. | Legal Department
700 Commerce Drive, Suite 550
Oak Brook, IL 60523

3

Glenn Dyke
CBRE, Inc.
3280 Peachtree Road, NE
Terminus 100, Suite 1400
Atlanta, Georgia 30305

4