IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) | Jointly Administered |
| | ) ) ) ) | Objection Deadline: May 2, 2013 at 10a.m.<br>Hearing Date:   May 7, 2013 at 10 a.m.<br>RE:            Docket #s 7685, 9304, 9938 |

## NORTEL US LTD EMPLOYEES MOTION COMPELLING DEBTORS TO DISCLOSE CRITICAL BENEFIT INFORMATION TOWARDS DISCERNMENT OF TRANSITION FROM LTD PLANS TO RETIREE PLAN

Nortel US LTD Employees signed herein, of the above-captioned Debtors and Debtors-in-possession (the "Debtors"), hereby submits this motion compelling Debtors to disclose critical information with respect to Debtors intent towards honoring Severance benefits promised LTD employees per Nortel Networks Severance Allowance Plan. This is vital information so that LTD Employees may discern the value of remaining an LTD Employee or voluntarily retiring; the Debtors are requiring a decision be received by them no later than May 17, 2013 and we do not have the benefit of this key piece of data. This information is material to the LTD Employee making the best possible election towards their survival upon termination of employment. In support of this Motion, we respectfully represent as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## **BACKGROUND**

1. On May 7, 2012 the Debtors filed "Motion To Authorize And Approve Procedures To Resolve Or Otherwise Settle Claims Of Employees Terminated Post-Petition". [D.I. 7617] This Motion was approved by the Court on May 24, 2012. [D.I. 7685]

2. On January 18, 2013, the Debtors and the LTD 1102 Committee filed a Joint Motion "Joint Motion Pursuant to 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 To (I)(A) Preliminarily Approve The Settlement Agreement Regarding Long-Term Disability Plans And Claims, (B) Conditionally Certify A Class For Settlement Purposes Only, (C) Approve The Notice, Procedures, And (D) Schedule A Fairness Hearing; And (II)(A) Finally Approve The Settlement Agreement, (B) Finally Certify A Class, (C) Authorize The Debtors To Terminate The LTD Plans, And (D) Grant Related Relief". [D.I. 9304]

3. On April 2, 2013, "Order Granting Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C., Sections 105, 363 and 1114 And Fed. R. Bankr. P. 9019, Approving A Settlement Agreement With The Official Committee Of Retired Employees" was approved by the Court. [D.I. 9938]

4. On or about April 22, 2013, a Jointly Administered notification was received by retiree eligible LTD Employees, "Nortel Networks Inc. And Affiliated U.S. Debtors Retirement Election And Release Form For Long-Term Disabled Employees".

## RELIEF REQUESTED

5. We request the Debtors explicitly identify their intent towards honoring Severance benefits promised LTD Employees per Nortel Networks Severance Allowance Plan.

6. We request the Debtors resolve Severance of LTD Employees being terminated Post-Petition in the same expeditious manner with which they are addressing Severance of other Nortel Employees terminated Post-Petition.

7. Given May 7, 2013 is the next Omnibus Hearing date, we respectfully request the Court allow the shortened window for processing this Motion as we are responding as fast as we can to deadline of May 17, 2013 just placed upon us today by the Debtors.

## BASIS FOR RELIEF

8. On or about April 22, 2013, retiree eligible LTD Employees received notification that they were able to participate in the Retiree Settlement Agreement, "Nortel Networks Inc. And Affiliated U.S. Debtors Retirement Election And Release Form For Long-Term Disabled Employees". Among the various qualifications to participate in the Retiree Settlement, LTD Employees were instructed that they must voluntarily retire and that voluntary retirement resulted in a waiver of their Severance. Please see the last paragraph of p.3 of that document "... in accordance with the terms of the Nortel Networks Severance Allowance Plan, the Nortel Networks Enhanced Severance Allowance Plan and Nortel's past practice, you are not entitled to Severance benefits as a result of your voluntary retirement from Nortel."

9. Upon receipt of this form, a number of LTD Employees called Nortel Human Resources during their defined business operation hours and requested Nortel's

position on the recognition of LTD Employees Severance. The LTD Employees expressed to Nortel Human Resources that whether or not the Debtors intent is to acknowledge the LTD Employees Severance is a material component for an LTD Employee to make an educated decision between remaining in the LTD Settlement or jumping into the Retiree Settlement. An LTD Employee needs to be able to compare the value of each Settlement before making such a grave decision. When Nortel Human Resources answered the phone and/or returned calls, the response was variations of "I really cannot tell you", "that would be decided by the Court on April 30" and "by May 17, we should know what the Judge will decide".

10. Debtors appear to document their admission that Severance is due LTD Employees explicitly by their request for an LTD Employee to waive rights to Severance as a pre-requisite to join the Retirement Settlement. Unfortunately, we could not get clarification from Nortel Human Resource as to how we should be interpreting the language of the LTD Retirement Election form.

11. This Motion solely seeks to receive a response from the Debtor as to their explicit intent towards acknowledging Severance of LTD Employees. Each party signed herein reserves the right to pursue their Severance under their individual volition and available resources.

12. LTD Employees have not received sorely needed information to make a knowledgeable choice around whether or not to voluntarily transition to the Debtors Retiree Plan. The LTD Employees need to know the value of their Severance to make this weighty decision. A timely response to LTD Employees inquiry is imperative as Debtors require receipt of LTD Retirement Election Form no later than May 17,2013.

## NOTICE

1.     Notice of this Motion has been provided to the US Bankruptcy Court, Delaware and the Debtors Counsel, Cleary, Gottlieb, Steen & Hamilton LLP via first class mail. Other parties will receive notice through the Court's electronic filing system. We respectfully submit that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE,** Nortel US LTD Employees signed herein, respectfully request this Court grant this Motion and relief request herein compelling the Debtors to disclose critical information with respect to Debtors intent towards honoring Severance benefits promised LTD employees per Nortel Networks Severance Allowance Plan.

Dated: _____        _____

Nortel US LTD Employees electronically signed

*Appearing Pro Se*

/s/ Steven Addison, P.O. Box 164275, Ft. Worth, TX 76179
/s/ Sandra G. Aiken, 3166 Tump Wilkins Road, Stem, NC 27581
/s/ Michael Alms, 4944 Elm Island Circle, NC Waterford, WI 53185
/s/ Victoria Anstead, 3894 Ridge Lea Road, Amherst, NY 14228
/s/ Steven E. Bennett, 37052 Chestnut Street, Newark, CA 94560
/s/ Remajos E. Brown, 2353 Sword Drive, Garland, TX 75044
/s/ Bonnie Jean Boyer, 305 W. Juniper Avenue, Sterling, VA 20164
/s/ Dennis Wayne Bullock, 3557 Jacobs Road, Stem, NC 27581
/s/ Roger G. Carlsen, 462 E Calle De Ocaso, Sahuarita, AZ 85629
/s/ Barbara Carr, 145 Grecian Park Way, Rochester, NY 14626
/s/ Najam U. Dean, 6 Augusta Drive, Millbury, MA 01527
/s/ Thomas Dikens, 2612 Bengal Lane, Plano, TX 75023
/s/ John S. Elliott, 6 Grouse Lane, Merrimack, NH 03054
/s/ Richard Engelman, 1505 Nevada Drive, Plano, TX 75093
/s/ Nanette Faison, 981 Kittrell Road, Kittrell, NC 27544
/s/ Bert Fletcher, 35 Broomhill Court, Clayton, North Carolina 27527
/s/ David A. Fox, 1607 Haven Place, Allen, TX 75002
/s/ Gary W. Garrett, 4093 Hogan Drive, Tyler, TX 75709
/s/ Scott S. Gennett, 16 Wildwood Street Lake Grove, NY 11755
/s/ Marilyn Green, 1106 Boston Hollow Rd. Ashland City, Tennessee 37015
/s/ Crickett Grissom, 2580 W. Porter Creek Ave, Porterville, CA 93257
/s/ Edward G. Guevarra, 11007 Scripps Ranch Blvd, San Diego, CA 92131
/s/ Janetta Hames, 649 Fossil Wood Drive, Saginaw, TX 76179
/s/ Janette Head, 16 Gleneagle Drive, Bedford, NH 03110
/s/ Brad L. Henry, 11596 W Sierra Dawn Blvd, Lot 386, Surprise, Arizona 85378
/s/ Richard B. Hodges, 4707 Peach Tree Lane, Sachse Texas, 75048
/s/ George I. Hovater Jr, 9009 Casals Street, Unit 1, Sacramento, CA 95826
/s/ Scott Howard, 2050 Cabiao Road, Placerville, CA 95667
/s/ James Hunt, 8903 Handel Loop, Land O Lakes FL, 34637
/s/ Mark R. Janis, 193 Via Soderini, Aptos, CA 95003
/s/ Peter Lawrence, 16295 Via Venetia W, Delray Beach, FL 33484
/s/ James Jerome Lee, 1310 Richmond Street, El Cerrito, CA 94530
/s/ Fred S. Lindow, PO Box 33206, Los Gatos, CA 95031-3206
/s/ Kerry Wayne Logan, 1207 High Hammock Drive, Tampa, FL 33619
/s/ William E. Mariotti, 146 Carterville Heights Road, Wytheville, VA 24382
/s/ Patick C. Merwin, 206 Amberglow Place, Cary, NC 27513
/s/ Reid Mullett, 4224 Thamesgate Close, Norcross, GA 30092
/s/ Danny L. Owenby, 2136 Sapelo Court, Fernandina Beach, FL 32034
/s/ Susan Paperno, 1632 Julius Bridge Road, Ball Ground, GA 30107
/s/ Carol Raymond, 7962 S.W. 185 St. Miami, FL 33157
/s/ William A. Reed, 7810 Heaton Drive, Theodore, Al 36582-2362
/s/ Michael D. Rexroad, 5244 Linwick Drive, Fuquay Varina, NC 27526
/s/ Brenda Rohrbaugh, 2493 Alston Drive, Marietta, GA 30062
/s/ Ronald J. Rose Jr., 26 Pheasant Run, Ballston Spa, NY 12020
/s/ Charles E. Sandner, 1970 N Leslie #3779, Pahrump, NV 89060
/s/ Cynthia Ann Schmidt, PO Box 119, Oregon House, CA 95962

/s/ Wayne J. Schmidt, 5346 S. Mohave Sage Drive, Gold Canyon, AZ 85118
/s/ Judy A. Schultheis, 2201 Sweetbriar Drive, Alexandria, VA 22307-1523
/s/ Manuel Segura, 1028 Fairmount Avenue, Trenton, NJ 08629
/s/ Lynette Kay Seymour, 16711 Rivendell Lane, Austin, TX 78737
/s/ Herbert Preston Stansbury, 3193 US Highway 15, Stem, NC 27581
/s/ Meriam Stewart, 2615 Baileys Crossroads Road, Benson, NC 27504
/s/ Michael R. Thompson, 564 Old Candia Road, Candia, NH 03034
/s/ Caroline Underwood, 2101 Emerson Cook Rd., Pittsboro, NC 27312
/s/ Paul D. Wolfe, 113 Red Drum Lane, Gloucester, NC 28528