IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                           Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 10095-10110, 10115, 10118-10123, 10125, 10128, 10130-10132, 10148, 10149, 10267, 10268** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 26, 2013, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e) (2) or (4)," (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            */s/ Kerry O'Neil*
                                                                                Kerry O'Neil

Sworn to before me this
29th day of April, 2013

*/s/ Notary*
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\Transfer Notices_Aff_DI 10095-10110, 10115, 10118-10123, 10125, 10128, 10130-10132, 10148, 10149, 10267 & 10268_4-26-13_SS.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BORCHERS, WALTER SCOTT
     2233 WEST VILLAGE LN. SE
     SMYRNA, GA 30080
```

Please note that your claim # 8419 in the above referenced case and in the amount of
$12,293.43 has been transferred **(unless previously expunged by court order)** to:

```
SOLUS RECOVERY LH FUND LP.
TRANSFEROR: BORCHERS, WALTER SCOTT
ATTN: JON ZINMAN
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington, DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10103    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2013                          David D. Bird, Clerk of Court

                                          /s/ Tim Conklin
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 26, 2013.

**EXHIBIT B**

```
TIME: 10:22:24                                              NORTEL NETWORKS INC.
DATE: 04/26/13                                                 CREDITOR LISTING                                              PAGE:      1
```

| Name | Address |
|---|---|
| BORCHERS, WALTER SCOTT | 2233 WEST VILLAGE LN. SE SMYRNA GA 30080 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: AIKEN, JERRY L. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: KHAWAR, ABDUL JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: LAU, ROSS B JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: MILLER, CLYDE E JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: MILLER, CLYDE E. JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: SAMUEL, JOSEPH JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| DEBRA BAKER | 270 E FLAMINGO RD UNIT 126 LAS VEGAS NV 89169-0325 |
| DG VALUE PARTNERS II MASTER FUND LP | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC 460 PARK AVENUE 13TH FLOOR NEW YORK NY 10022 |
| DG VALUE PARTNERS, LP | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC 460 PARK AVENUE 13TH FLOOR NEW YORK NY 10022 |
| GENCARELLI, LOUIS A | 6 STRATTON DRIVE WESTBOROUGH MA 01581 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: DEBRA BAKER ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GENCARELLI, LOUIS A ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JAMESON, JEFF ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MOLINA, JUANA M. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: NICHOLS, ALEX G. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: PIRACHA, ANWAR A. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: RUSSELL MCCALLUM ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: SALGADO, MARK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: STEGMAN, KENNETH ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TAYLOR, THOMAS ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| JAMESON, JEFF | 7022 S. 30TH STREET PHOENIX AZ 85042 |
| MCDUFFIE, WILLIAM I. | 480 PANORAMA PARK PLACE CARY NC 27519 |
| MOLINA, JUANA M. | 5279 NW 117 AVE CORAL SPRINGS FL 33076 |
| NICHOLS, ALEX G. | 1917 KIPLING DRIVE FLOWER MOUND TX 75022 |
| PIRACHA, ANWAR A. | 2001 LUNENBURG DRIVE ALLEN TX 75013 |
| PLOPPER, DAVID | 21 FAIRWOOD DR HILTON NY 14468 |
| ROBINSON, DAVID A | 9307 MANDRAKE CT. TAMPA FL 33647 |
| RUSSELL MCCALLUM | 103 CEDARPOST DRIVE CARY NC 27513 |
| SALGADO, MARK | 157 BELMONT LANE VAN ALSTYNE TX 75495 |
| SLAUGHTER, SHARON | 12325 INGLEHURST DRIVE RALEIGH NC 27613 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: MCDUFFIE, WILLIAM I. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: WALSH, JOHN R. ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: PLOPPER, DAVID ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: TOOKE, RICHARD ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: BORCHERS, WALTER SCOTT ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: ROBINSON, DAVID A ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: SLAUGHTER, SHARON ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: WHITE, ELISA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| STEGMAN, KENNETH | 400 GREEN BROOK DR. ALLEN TX 75002 |
| TAYLOR, THOMAS | 3585 DOROTHY LANE WATERFORD MI 48329-1106 |
| TOOKE, RICHARD | 2612 KINLAWTON PL RALEIGH NC 27614 |
| WALSH, JOHN R. | 316 LILLY LANE MURFREESBORO TN 37128 |
| WHITE, ELISA | 4122 TRAVIS ST. # 19 DALLAS TX 75204 |

Total Number of Records Printed        44

Cleary Gottlieb Steen & Hamilton LLP
Attn: James Bromley
One Liberty Plaza
New York, NY 10006