**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



Interim (S)

VAT Invoice Date: **25 April 2013**       Our Ref: **GDB/CCN01.00001**       Invoice No.: **347256**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 33,605.50 |
| For the period to 31 March 2013, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 80.16 |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 94.74 |
| | 0.00 | | 33,780.40 |
| | | VAT | 0.00 |
| | | Total | 33,780.40 |
| | | **Balance Due** | **33,780.40** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268

Please quote reference 347256 when settling this invoice

**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA BELGIUM CHINA FRANCE GERMANY HONG KONG SAR INDONESIA (ASSOCIATED OFFICE) ITALY JAPAN PAPUA NEW GUINEA
SAUDI ARABIA SINGAPORE SPAIN SWEDEN UNITED ARAB EMIRATES UNITED KINGDOM UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/03/2013

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.30 | 210.00 | (C0012) |
|  |  | 0.30 | 210.00 | (C0031) |
|  |  | **0.60** | **420.00** |  |
| Partner: | Marcus Fink | 2.10 | 1,365.00 | (C0012) |
|  |  | **2.10** | **1,365.00** |  |
| Partner: | Angela Pearson | 0.30 | 202.50 | (C0007) |
|  |  | 4.60 | 3,105.00 | (C0012) |
|  |  | **4.90** | **3,307.50** |  |
| Senior Associate | Antonia Croke | 0.20 | 92.00 | (C0007) |
|  |  | 14.90 | 6,854.00 | (C0012) |
|  |  | 0.10 | 46.00 | (C0031) |
|  |  | **15.20** | **6,992.00** |  |
| Associate | Andy Wright | 33.10 | 13,074.50 | (C0012) |
|  |  | **33.10** | **13,074.50** |  |
| Junior Associate | Lindsey Roberts | 5.90 | 1,858.50 | (C0003) |
|  |  | 1.40 | 441.00 | (C0007) |
|  |  | 14.70 | 4,630.50 | (C0012) |
|  |  | 1.50 | 472.50 | (C0031) |
|  |  | **23.50** | **7,402.50** |  |
| Junior Associate | Sophie Law | 0.40 | 116.00 | (C0007) |
|  |  | 3.20 | 928.00 | (C0012) |
|  |  | **3.60** | **1,044.00** |  |
|  | **TOTAL** | **83.00** | **33,605.50** |  |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/03/2013

## Matter: CCN01.00001 - BANKRUPTCY

### C0003    Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 5.90 | 315.00 | 1,858.50 |
| | | | Total | 1,858.50 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2013 | Lindsey Roberts | DRFT | Drafting interim fee application | 0.80 | 315.00 | 252.00 |
| 12/03/2013 | Lindsey Roberts | INTD | Email to S Gibson re: monthly invoice | 0.10 | 315.00 | 31.50 |
| 18/03/2013 | Lindsey Roberts | DRFT | Amending monthly invoice | 0.80 | 315.00 | 252.00 |
| 18/03/2013 | Lindsey Roberts | DRFT | Checking figures in interim fee applications; email to Barbara Witters re: the same | 0.60 | 315.00 | 189.00 |
| 23/03/2013 | Lindsey Roberts | DRFT | Amending monthly invoice | 0.60 | 315.00 | 189.00 |
| 23/03/2013 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.70 | 315.00 | 220.50 |
| 25/03/2013 | Lindsey Roberts | INTD | Emails to S. Gibson re. monthly invoice | 0.10 | 315.00 | 31.50 |
| 27/03/2013 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.60 | 315.00 | 189.00 |
| 28/03/2013 | Lindsey Roberts | DRFT | Finalising monthly fee application | 1.40 | 315.00 | 441.00 |
| 28/03/2013 | Lindsey Roberts | LETT | Email to B Kahn re: monthly fee application | 0.20 | 315.00 | 63.00 |

1,858.50

**Matter: CCN01.00001 - BANKRUPTCY**

| C0007 | **Creditors Committee Meetings** | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Partner** | | | | |
| AMP | Angela Pearson | 0.30 | 675.00 | 202.50 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.20 | 460.00 | 92.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.40 | 315.00 | 441.00 |
| SLAW | Sophie Law | 0.40 | 290.00 | 116.00 |
| | | | Total | 851.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/03/2013 | Angela Pearson | PHON | Committee call | 0.30 | 675.00 | 202.50 |
| 08/03/2013 | Lindsey Roberts | PHON | Nortel Committee call | 0.30 | 315.00 | 94.50 |
| 14/03/2013 | Sophie Law | PHON | Prep for and attd committee call | 0.40 | 290.00 | 116.00 |
| 21/03/2013 | Lindsey Roberts | PHON | UCC Committee call | 0.60 | 315.00 | 189.00 |
| 22/03/2013 | Antonia Croke | READ | Review agenda for UCC call | 0.10 | 460.00 | 46.00 |
| 28/03/2013 | Antonia Croke | LETT | Consider Email from Fagen, Matthew Re: Nortel Weekly Committee Call | 0.10 | 460.00 | 46.00 |
| 28/03/2013 | Lindsey Roberts | PHON | Attend UCC weekly call | 0.50 | 315.00 | 157.50 |
| | | | | | | 851.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0012 | General Claims Analysis/Claims Objections | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 4.60 | 675.00 | 3,105.00 |
| GDB | Giles Boothman | 0.30 | 700.00 | 210.00 |
| MDF | Marcus Fink | 2.10 | 650.00 | 1,365.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 14.90 | 460.00 | 6,854.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 33.10 | 395.00 | 13,074.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 14.70 | 315.00 | 4,630.50 |
| SLAW | Sophie Law | 3.20 | 290.00 | 928.00 |
| | | | Total | **30,167.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0012     General Claims Analysis/Claims Objections

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2013 | Antonia Croke | READ | Review revised supplemental submission and allocation protocol and email re same | 0.50 | 460.00 | 230.00 |
| 01/03/2013 | Antonia Croke | INTD | Discussion with AWRIGHT | 0.10 | 460.00 | 46.00 |
| 01/03/2013 | Andy Wright | LETT | Reviewing attachments to warning notice and updating commentary table | 2.90 | 395.00 | 1,145.50 |
| 04/03/2013 | Antonia Croke | INTD | Discussion with AMP | 0.20 | 460.00 | 92.00 |
| 04/03/2013 | Angela Pearson | INTD | Discussion with ACROKE | 0.20 | 675.00 | 135.00 |
| 04/03/2013 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 04/03/2013 | Marcus Fink | LETT | Organising transfer of tPR documents into file management system | 0.80 | 650.00 | 520.00 |
| 05/03/2013 | Antonia Croke | READ | Review US Debtor/UCC supplemental submission filed in Canada and email re same | 0.50 | 460.00 | 230.00 |
| 05/03/2013 | Antonia Croke | READ | Review EMEA joint administrators submission and the US ad hocs submission to the US Court | 1.20 | 460.00 | 552.00 |
| 05/03/2013 | Antonia Croke | READ | Consider agenda for March 7 hearing and emails re same | 0.50 | 460.00 | 230.00 |
| 05/03/2013 | Antonia Croke | READ | Review submissions of Monitor+Canadian debtors; law debenture and BNY as indenture trustees | 0.80 | 460.00 | 368.00 |
| 05/03/2013 | Antonia Croke | INTD | Discussion with LROBER | 0.50 | 460.00 | 230.00 |
| 05/03/2013 | Angela Pearson | READ | Review email | 0.50 | 675.00 | 337.50 |
| 05/03/2013 | Giles Boothman | READ | Emails and team | 0.30 | 700.00 | 210.00 |
| 05/03/2013 | Lindsey Roberts | INTD | Discussion with ACROKE | 0.50 | 315.00 | 157.50 |
| 05/03/2013 | Lindsey Roberts | READ | Review of emails re: joint hearing and review of supplemental submissions | 0.30 | 315.00 | 94.50 |
| 06/03/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 07/03/2013 | Angela Pearson | READ | Review email | 0.20 | 675.00 | 135.00 |
| 08/03/2013 | Antonia Croke | READ | Consider email re hearing | 0.10 | 460.00 | 46.00 |
| 08/03/2013 | Antonia Croke | READ | Review supplemental submission of UK Pension parties in US and submissions to the Canadian Court by EMEA, Monitor and pension parties | 1.60 | 460.00 | 736.00 |
| 08/03/2013 | Andy Wright | LETT | Reviewing WN materials | 0.20 | 395.00 | 79.00 |
| 08/03/2013 | Angela Pearson | INTD | Discussion with LROBER | 0.50 | 675.00 | 337.50 |
| 08/03/2013 | Angela Pearson | LETT | Email Brad | 0.20 | 675.00 | 135.00 |
| 08/03/2013 | Lindsey Roberts | LETT | Discussion with AMP | 0.50 | 315.00 | 157.50 |
| 08/03/2013 | Lindsey Roberts | READ | Review of US/Canadian Submissions | 2.50 | 315.00 | 787.50 |
| 08/03/2013 | Lindsey Roberts | PHON | Follow-up from call (internal discussion with AMP and follow-up email) | 0.80 | 315.00 | 252.00 |
| 09/03/2013 | Antonia Croke | READ | Review Morawetz endorsement and email re same | 0.30 | 460.00 | 138.00 |
| 09/03/2013 | Antonia Croke | READ | Consider emails re UK parties position | 0.50 | 460.00 | 230.00 |
| 10/03/2013 | Antonia Croke | LETT | Emails re pensions issues | 0.10 | 460.00 | 46.00 |
| 10/03/2013 | Lindsey Roberts | READ | Consider jurisdiction issue raised on call | 0.80 | 315.00 | 252.00 |
| 11/03/2013 | Antonia Croke | LETT | Emails A Wright re pensions list | 0.10 | 460.00 | 46.00 |
| 11/03/2013 | Andy Wright | LETT | Internal correspondence re. analysis for warning notice materials | 0.10 | 395.00 | 39.50 |
| 11/03/2013 | Angela Pearson | INTD | Discussion with LROBER | 0.30 | 675.00 | 202.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0012    General Claims Analysis/Claims Objections

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 11/03/2013 | Lindsey Roberts | READ | Review of documents and discussion with AMP. | 0.60 | 315.00 | 189.00 |
| 11/03/2013 | Sophie Law | READ | Reading emails and submissions re 7 March hearing | 1.30 | 290.00 | 377.00 |
| 12/03/2013 | Antonia Croke | DRFT | Review pensions materials and draft UK pensions parties disclosure request list (continuing) | 2.10 | 460.00 | 966.00 |
| 12/03/2013 | Andy Wright | LETT | Analysis of warning notice materials; updating commentary; internal discussion with Lindsey Roberts | 4.30 | 395.00 | 1,698.50 |
| 12/03/2013 | Lindsey Roberts | INTD | Telephone conversation with A Wright re: pensions documents | 0.30 | 315.00 | 94.50 |
| 12/03/2013 | Lindsey Roberts | READ | Brief review of the UK Order | 0.20 | 315.00 | 63.00 |
| 13/03/2013 | Lindsey Roberts | READ | Review of IFSA and UK Court Order and Affidavit and hearing transcript | 2.90 | 315.00 | 913.50 |
| 14/03/2013 | Andy Wright | LETT | Reviewing warning notice materials; updating commentary table | 3.50 | 395.00 | 1,382.50 |
| 14/03/2013 | Angela Pearson | READ | Review documents re IFSA / Allocation Protocol | 0.50 | 675.00 | 337.50 |
| 14/03/2013 | Angela Pearson | INTD | Discussion with LROBER | 0.40 | 675.00 | 270.00 |
| 14/03/2013 | Angela Pearson | LETT | Amend email | 0.50 | 675.00 | 337.50 |
| 14/03/2013 | Lindsey Roberts | INTD | Discussion with AMP re: EMEA relief in UK Courts | 0.20 | 315.00 | 63.00 |
| 14/03/2013 | Lindsey Roberts | INTD | Discussion with AMP re: relief open to EMEA in UK Court | 2.40 | 315.00 | 756.00 |
| 15/03/2013 | Antonia Croke | READ | Consider emails re application to the UK court | 0.30 | 460.00 | 138.00 |
| 15/03/2013 | Andy Wright | LETT | Reviewing warning notice materials; updating commentary table | 0.50 | 395.00 | 197.50 |
| 18/03/2013 | Antonia Croke | LETT | Review email re Monitors proposed lit timetable and discovery plan | 0.10 | 460.00 | 46.00 |
| 18/03/2013 | Andy Wright | LETT | Reviewing WN materials; updating disclosure request list | 2.40 | 395.00 | 948.00 |
| 18/03/2013 | Lindsey Roberts | INTD | Telephone conversation with A Wright | 0.10 | 315.00 | 31.50 |
| 18/03/2013 | Lindsey Roberts | READ | Review of pension pleadings (in detail) | 0.90 | 315.00 | 283.50 |
| 19/03/2013 | Antonia Croke | DRFT | Draft further amends to UK pensions disclosure list | 1.60 | 460.00 | 736.00 |
| 19/03/2013 | Andy Wright | LETT | Reviewing warning notice materials; internal discussions; updating document request list; drafting emails | 3.80 | 395.00 | 1,501.00 |
| 19/03/2013 | Marcus Fink | LETT | Discussion with ACW re disclosure requests and discuss ACW findings re attachments/exhibits to UK Pension Regulator's Warning Notice | 0.40 | 650.00 | 260.00 |
| 20/03/2013 | Andy Wright | LETT | Internal discussion with MDF re. document request list; amending document request list; internal email re. document request list. | 0.80 | 395.00 | 316.00 |
| 20/03/2013 | Lindsey Roberts | INTD | Discussion with SLAW re: ACROKE email re: pensions review | 0.10 | 315.00 | 31.50 |
| 20/03/2013 | Lindsey Roberts | READ | Review of proposed timetable and discovery plans in advance of Professional's call | 0.60 | 315.00 | 189.00 |
| 20/03/2013 | Marcus Fink | LETT | Review of disclosure list and discussion of same with ACW | 0.90 | 650.00 | 585.00 |
| 20/03/2013 | Sophie Law | PHON | Read email in from ACROKE re UK Pension Party doc requests, intd LROBER re same; intds re professionals' call | 0.20 | 290.00 | 58.00 |
| 21/03/2013 | Antonia Croke | READ | Review Email from Andy Wright Re: RE: Nortel pensions | 0.20 | 460.00 | 92.00 |
| 21/03/2013 | Andy Wright | LETT | Reviewing warning notice materials and updating commentary table | 1.50 | 395.00 | 592.50 |
| 21/03/2013 | Lindsey Roberts | READ | Review of ACROKE and AWRIGHT's emails on pension disclosure requests | 0.30 | 315.00 | 94.50 |
| 21/03/2013 | Lindsey Roberts | INTD | Email to AMP and SLAW re: disclosure requests | 0.30 | 315.00 | 94.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012 General Claims Analysis/Claims Objections

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 21/03/2013 | Sophie Law | READ | Review emails + attachments re proposed litigation/discovery timetable and correspondence | 0.50 | 290.00 | 145.00 |
| 22/03/2013 | Antonia Croke | READ | Review materials submitted by the Monitor re allocation litigation scheduling | 1.10 | 460.00 | 506.00 |
| 22/03/2013 | Antonia Croke | LETT | Consider Akin email re litigation timetable | 0.10 | 460.00 | 46.00 |
| 22/03/2013 | Antonia Croke | READ | Review final version of US litigation timetable and discovery plan | 0.50 | 460.00 | 230.00 |
| 22/03/2013 | Andy Wright | LETT | Reviewing of warning notice materials; updating commentary table; updating documents request list | 3.80 | 395.00 | 1,501.00 |
| 22/03/2013 | Angela Pearson | READ | Review emails/attachment | 0.30 | 675.00 | 202.50 |
| 22/03/2013 | Angela Pearson | INTD | Discussion with LROBER | 0.20 | 675.00 | 135.00 |
| 22/03/2013 | Lindsey Roberts | INTD | Discussion with AMP | 0.20 | 315.00 | 63.00 |
| 22/03/2013 | Sophie Law | DRFT | Review pensions disclosure request list (ACROKE), suggest amends, email same to Ashurst team, amends to list. | 1.00 | 290.00 | 290.00 |
| 25/03/2013 | Antonia Croke | LETT | Emails re pensions disclosure list draft | 0.30 | 460.00 | 138.00 |
| 26/03/2013 | Andy Wright | LETT | Reviewing warning notice materials and updating commentary table | 2.50 | 395.00 | 987.50 |
| 26/03/2013 | Lindsey Roberts | READ | Review of emails re: status conference | 0.20 | 315.00 | 63.00 |
| 26/03/2013 | Sophie Law | READ | Email in re attendance before judge, review attachments | 0.20 | 290.00 | 58.00 |
| 27/03/2013 | Antonia Croke | LETT | Email A Wright | 0.10 | 460.00 | 46.00 |
| 27/03/2013 | Antonia Croke | READ | Review email re status conference and CCCs ltr re "core party" recognition in US | 0.50 | 460.00 | 230.00 |
| 27/03/2013 | Andy Wright | LETT | Reviewing warning notice materials and updating commentary table | 2.00 | 395.00 | 790.00 |
| 28/03/2013 | Andy Wright | LETT | Reviewing warning notice materials; updating commentary table | 4.80 | 395.00 | 1,896.00 |
| 29/03/2013 | Antonia Croke | LETT | Consider Email from Mr Fred S Hodara Re: Nortel communication from Judge Gross | 0.10 | 460.00 | 46.00 |
| 29/03/2013 | Antonia Croke | READ | Review all Nortel/Reply Pleadings filed by the Debtors and the Retiree Committee in connection with the Motion to approve the Retiree Settlement | 0.90 | 460.00 | 414.00 |
| | | | | | | **30,167.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0031 | European Proceedings/Matters | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|
| **Partner** | | | | | |
| GDB | Giles Boothman | | 0.30 | 700.00 | 210.00 |
| **Senior Associate** | | | | | |
| ACROKE | Antonia Croke | | 0.10 | 460.00 | 46.00 |
| **Junior Associate** | | | | | |
| LROBER | Lindsey Roberts | | 1.50 | 315.00 | 472.50 |
| | | | | Total | 728.50 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/03/2013 | Giles Boothman | READ | Read emails re administrators UK proceedings | 0.30 | 700.00 | 210.00 |
| 08/03/2013 | Lindsey Roberts | PHON | Nortel professional's call | 0.50 | 315.00 | 157.50 |
| 14/03/2013 | Lindsey Roberts | INTD | Emails to and from SLAW re: UCC call | 0.20 | 315.00 | 63.00 |
| 20/03/2013 | Lindsey Roberts | PHON | Nortel Professionals' call | 0.50 | 315.00 | 157.50 |
| 21/03/2013 | Lindsey Roberts | READ | Materials for UCC call | 0.20 | 315.00 | 63.00 |
| 21/03/2013 | Lindsey Roberts | INTD | Telephone conversation with SLAW re: UCC call | 0.10 | 315.00 | 31.50 |
| 25/03/2013 | Antonia Croke | LETT | Consider emails | 0.10 | 460.00 | 46.00 |
| | | | | | | 728.50 |