## Exhibit C

### DISBURSEMENT SUMMARY
### MARCH 01, 2013 THROUGH MARCH 31, 2013

| | |
|---|---:|
| Document Production | £80.16 |
| Travel – Ground Transportation | £85.87 |
| Meals | £8.87 |
| **TOTAL** | £174.90 |