**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production**                                                                                    80.16

**Fares, Courier Charges and Incidental Expenses (Meals)**

13/03/2013          VENDOR: Roberts, Lindsey INVOICE#: 03305288031600106676 DATE: 16/03/2013          8.87
                    Food/drink, 13/03/13, Dinner - Working Late

**Fares, Courier Charges and Incidental Expenses (Taxis)**

08/03/2013          VENDOR: Roberts, Lindsey INVOICE#: 03291154031300106676 DATE: 13/03/2013         24.40
                    Taxi, 08/03/13, Taxi Home - Working Late

14/03/2013          VENDOR: BruCar Ltd; INVOICE#: BR/107123; DATE: 14/03/2013  -  TAXI - LROBER (EC2A to      61.47
                    SW9)14/03/13

                                                                                                     **174.90**