**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
MARCH 01, 2013 THROUGH MARCH 31, 2013**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 12 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £700 | 0.60 | 420.00 |
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £675 | 4.90 | 3,307.50 |
| Marcus Fink | Partner for 10 months; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £650 | 2.10 | 1,365.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £460 | 15.20 | 6,992.00 |
| Andy Wright | Associate for 4 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £395 | 33.10 | 13,074.50 |
| Lindsey Roberts | Associate for 2 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £315 | 23.50 | 7,402.50 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £290 | 3.60 | 1,044.00 |
| **TOTAL** | | | **83.00** | **33,605.50** |

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 01, 2013 THROUGH MARCH 31, 2013**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 5.90 | 1,858.50 |
| Creditors Committee Meetings | 2.30 | 851.50 |
| General Claims Analysis/Claims Objections | 72.90 | 30,167.00 |
| European Proceedings/Matters | 1.90 | 728.50 |
| **TOTAL** | **83.00** | **33,605.50** |