# EXHIBIT A

RLF1 8355643v.1

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970

Page 3

Client #  732310

Matter #  165839

For services through March 31, 2013
relating to  Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/14/13 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | | $86.00 |
| 03/27/13 | Attention to reviewing and calendaring upcoming critical dates | | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | | $90.00 |

Total Fees for Professional Services          $176.00

TOTAL DUE FOR THIS INVOICE          **$176.00**
BALANCE BROUGHT FORWARD          $510.50

**TOTAL DUE FOR THIS MATTER**          **$686.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 18, 2013  
Invoice 428970  
Page 4  
Client #  732310

Matter #  165839

For services through March 31, 2013  
relating to Claims Administration

| | | | | |
|---|---|---|---|---|
| 03/11/13 | Review S. Howard and N. ud Dean motions to compel payment of severance claim | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |
| 03/14/13 | Review R. Horne retiree committee request (.3); Review R. Horne objection to retiree settlement (.3) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 450.00 | $270.00 |

Total Fees for Professional Services     $540.00

TOTAL DUE FOR THIS INVOICE     **$540.00**  
BALANCE BROUGHT FORWARD     $3,864.00

**TOTAL DUE FOR THIS MATTER**     **$4,404.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 18, 2013  
Invoice 428970  
Page 5

Client # 732310

Matter # 165839

For services through March 31, 2013  
relating to Court Hearings

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/04/13 | Retrieve and review re: 3/5/13 agenda (.1); E-mail to distribution re: same (.1); Retreive re: 3/5/13 agenda pleadings (.3); Prepare 3/5/13 hearing binders x3 for C. Samis (.6) | Paralegal | Barbara J. Witters | 1.10 hrs. | 215.00 | $236.50 |
| 03/04/13 | Prepare for 3/5/13 hearing (.7); Emails to B. Kahn re: preparation for 3/7/13 hearing (.2); Email to B. Kahn re: preparation for 3/5/13 hearing (.1); Email to B. Witters re: preparation for 3/5/13 hearing (.1); Email to B. Witters re: 3/7/13 hearing (.1) | Associate | Christopher M. Samis | 1.20 hrs. | 450.00 | $540.00 |
| 03/05/13 | Attention to e-mail from B. Kahn re: 3/7/13 telephonic appearances (.1); Telephone call to Courtcall re: 3/7/13 telephonic appearances of D. Botter and B. Kahn (.2); E-mail to B. Kahn re: same (.1); Retreive and review re: 3/7/13 agenda (.1); E-mail to distribution re: same (.1) | Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 03/05/13 | Prepare for 3/5/13 hearing (1.7); Attend 3/5/13 hearing (2.1); Meet with D. Botter, A. Quereshi and M. Kenney re: retention of experts for allocation litigation (.3); Post-3/5/13 hearing meeting with D. Botter and A. Quereshi re: outcome of hearing and preparation for 3/7/13 hearing (.8); Email to L. Morris re: preparation for 3/7/13 hearing (.1); Attention to logistics of 3/7/13 hearing (.6) | Associate | Christopher M. Samis | 5.60 hrs. | 450.00 | $2,520.00 |
| 03/06/13 | Retrieve re: 3/7/13 agenda pleadings (1.0); Prepare 3/7/13 hearing binders x6 volumes (2.0); Circulate to distribution re: 3/5/13 hearing transcript (.1) | Paralegal | Barbara J. Witters | 3.10 hrs. | 215.00 | $666.50 |
| 03/06/13 | Email to F. Hodara re: status of 3/7/13 hearing (.1); Prepare for 3/7/13 hearing (2.4); Emails to D. Botter re: logistics of 3/7/13 hearing (.3); Review transcript from 3/5/13 hearing (.6) | Associate | Christopher M. Samis | 3.40 hrs. | 450.00 | $1,530.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

April 18, 2013  
Invoice 428970  
Page 6  

Client # 732310  

Matter # 165839  

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/07/13 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 03/07/13 | Attention to e-mail from C. Samis re: 3/8/13 telephonic appearances (.1); Telephone call to Courtcall re: 3/8/13 telephonic appearances for C. Samis, F. Hodara, D. Botter, A. Qureshi, B. Kahn and M. Fagen (.6); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 215.00 | $172.00 |
| 03/07/13 | Prepare for 3/7/13 hearing (1.6); Attend 3/7/13 hearing (4.1); Emails to B. Witters re: logistics of 3/8/13 telephonic hearing (.2); Email to B. Kahn re: logistics of 3/8/13 telephonic hearing (.1); Email to M. Wunder re: logistics of 3/8/13 telephonic hearing (.1); Call from A. Cordo re: logistics of 3/8/13 telephonic hearing (.2); Email to D. Botter re: preparation for 3/7/13 hearing (.1); Email to A. Qureshi re: preparation for 3/7/13 hearing (.1); Emails to L. Morris re: preparation for 3/7/13 hearing (.4); Email to B. Witters re: preparation for 3/7/13 hearing (.1); Email to B. Witters and L. Morris re: preparation for 3/7/13 hearing (.1) | | | |
| Associate | Christopher M. Samis | 7.10 hrs. | 450.00 | $3,195.00 |
| 03/08/13 | Circulate to distribution re: 3/7/13 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 03/08/13 | Attention to logistics of 3/8/13 hearing (.3); Prepare for 3/8/13 hearing (.3); Participate in 3/8/13 hearing (.5); Emails to B. Kahn re: outcome of 3/8/13 hearing (.3); Emails to M. Wunder and B. Kahn re: logistics of 3/8/13 hearing (.4) | | | |
| Associate | Christopher M. Samis | 1.80 hrs. | 450.00 | $810.00 |
| 03/22/13 | Retrieve and review re: 3/26/13 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970
Page 7

Client #  732310

Matter #  165839

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/25/13 | Attention to e-mail from M. Fagen re: F. Hodara 3/26/13 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to F. Hodara re: same (.1); Attention to e-mail from B. Kahn re: D. Botter 3/26/13 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to D. Botter re: same (.1) | Paralegal — Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| 03/25/13 | Prepare for 3/26/13 hearing (.5); Emails to B. Kahn and F. Hodara re: preparation for 3/26/13 hearing (.2); Email to M. Fagen re: preparation for 3/26/13 hearing (.1) | Associate — Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |
| 03/26/13 | Organize six boxes of binders utilized by counsel at 3/7/13 hearing (1.0); Organize one binder utilized by counsel at 3/26/13 hearing (.1); Attention to e-mail from C. Samis re: 3/27/13 telephonic appearances for A. Qureshi & B. Kahn (.1); Telephone call to Courtcall re: same (.2); E-mail to distribution re: same (.1) | Paralegal — Barbara J. Witters | 1.50 hrs. | 215.00 | $322.50 |
| 03/26/13 | Attend 3/26/13 hearing (.5); Prepare for 3/26/13 hearing (.3); Call from D. Abbott re: proposed 3/27/13 hearing (.2); Call with D. Abbott, A. Cordo, K. Murphy and others re: proposed 3/27/13 hearing (.3); Calls to B. Kahn re: proposed 3/27/13 hearing (.4); Emails to B. Kahn re: logistics of 3/27/13 hearing (.2); Email to B. Witters re: logistics of 3/27/13 hearing (.1) | Associate — Christopher M. Samis | 2.00 hrs. | 450.00 | $900.00 |
| 03/27/13 | Attention to e-mail from C. Samis re: 3/8/13 hearing transcript (.1); Search files re: same (.1); E-mail to B. Kahn and C. Samis re: same (.1) | Paralegal — Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| 03/27/13 | Prepare for 3/27/13 hearing (1.1); Attend 3/27/13 hearing (1.7); Email to B. Witters re: getting transcript from 3/8/13 hearing to B. Kahn (.1) | Associate — Christopher M. Samis | 2.90 hrs. | 450.00 | $1,305.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

April 18, 2013  
Invoice 428970  
Page 8  
Client # 732310  

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 03/28/13 | Organize three volumes of binders utilized by counsel at 2/14/13 hearing (.4); Retrieve and review re: 4/1/13 agenda (.1); E-mail to distribution re: same (.1); Attention to e-mail from M. Fagen re: 4/1/13 telephonic appearance for F. Hodara (.1); Telephone call to Courtcall re: same (.1); E-mail to F. Hodara re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 215.00 | $193.50 |

Total Fees for Professional Services  $13,224.00

TOTAL DUE FOR THIS INVOICE  **$13,224.00**  
BALANCE BROUGHT FORWARD  $4,024.00

**TOTAL DUE FOR THIS MATTER**  **$17,248.00**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

April 18, 2013  
Invoice 428970  
Page 9  
Client #  732310  

Matter # 165839  

For services through March 31, 2013  
relating to Litigation/Adversary Proceedings  

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/04/13 | Review and revise supplemental submission on allocation protocol (1.0); Email to A. Cordo re: clearance to execute and file supplemental submission on allocation protocol (.1); Email to B. Kahn re: filing and service of supplemental submission on allocation protocol (.1); Review BNY supplemental allocation statement (.3); Review Monitor's supplemental allocation submission (.3); Review NNUK supplemental allocation submission (.6) | | | |
| Associate | Christopher M. Samis | 2.40 hrs. | 450.00 | $1,080.00 |
| 03/08/13 | Meet with M. Merchant and P. Heath re: logistics of allocation dispute | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 03/28/13 | E-mails to F. Hodara and others re: status of allocation opinion | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |

Total Fees for Professional Services       $1,260.00

**TOTAL DUE FOR THIS INVOICE**       **$1,260.00**  
BALANCE BROUGHT FORWARD       $1,095.50  

**TOTAL DUE FOR THIS MATTER**       **$2,355.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

April 18, 2013  
Invoice 428970  
Page 10  

Client # 732310  

Matter # 165839

For services through March 31, 2013  
relating to RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/07/13 | E-mail to B. Kahn re: fee and expense estimates February | | | | |
| | Paralegal — Barbara J. Witters | | 0.10 hrs. | 215.00 | $21.50 |
| 03/18/13 | Prepare cno re: RLF January fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 0.40 hrs. | 215.00 | $86.00 |
| 03/18/13 | Review, revise and finalize CNO for 48th monthly RL&F fee application | | | | |
| | Associate — Christopher M. Samis | | 0.20 hrs. | 450.00 | $90.00 |
| 03/21/13 | Review RLF February bill memos and meal charges | | | | |
| | Paralegal — Barbara J. Witters | | 0.40 hrs. | 215.00 | $86.00 |
| 03/21/13 | Review February bill memo | | | | |
| | Associate — Christopher M. Samis | | 0.80 hrs. | 450.00 | $360.00 |
| 03/25/13 | Retrieve re: RLF monthly fee applications and cnos for 16th interim fee period (.1); Prepare RLF interim fee binder (.2) | | | | |
| | Paralegal — Barbara J. Witters | | 0.30 hrs. | 215.00 | $64.50 |
| 03/26/13 | Review and revise RLF February fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal — Barbara J. Witters | | 1.00 hrs. | 215.00 | $215.00 |
| 03/26/13 | Review 49th RL&F fee application | | | | |
| | Associate — Christopher M. Samis | | 0.60 hrs. | 450.00 | $270.00 |

Total Fees for Professional Services  $1,193.00

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

April 18, 2013  
Invoice 428970  
Page 11  
Client #  732310

Matter #  165839

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$1,193.00** |
| BALANCE BROUGHT FORWARD | $1,410.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,603.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970
Page 12
Client #  732310

Matter #  165839

For services through March 31, 2013
relating to Fee Applications of Others

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/13 | Attention to e-mail from B. Kahn re: Ashurst 16th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); FInalize, file and coordinate service re: same (.2); Prepare cno re: Akin Gump December fee application (.2); Finalize and file cno re: same (.2) | Paralegal Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 03/07/13 | Update fee status chart | Paralegal Barbara J. Witters | 0.80 hrs. | 215.00 | $172.00 |
| 03/13/13 | Prepare exhibit B to 16th interim fee order | Paralegal Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 03/14/13 | Revise exhibit B re: 16th interim fee order (2.0); E-mail to B. Kahn re: same (.1) | Paralegal Barbara J. Witters | 2.10 hrs. | 215.00 | $451.50 |
| 03/15/13 | Prepare cno re: Fraser Milner November fee application (.2); Finalize and file cno re: same (.2) | Paralegal Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 03/18/13 | Prepare cno re: Fraser Milner December fee application (.2); Finalize and file cno re: same (.2) | Paralegal Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 03/18/13 | Review, revise and finalize cno for 48th Fraser Milner fee application | Associate Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 18, 2013
Invoice 428970
Page 13

Client # 732310

Matter # 165839

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/19/13 | E-mail from and to M. Maddox re: exhibit B to 16th interim fee order (.1); Revise exhibit B re same (.2); E-mail to fee professionals re: same (.1); Attention to e-mails from Capstone and Fraser Milner re: same (.1); Revise exhibit B re: same (.4); E-mail to M. Maddox re: same (.1); Prepare cno re: Capstone January fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Akin Gump January fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Fraser Milner January fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 2.20 hrs. | 215.00 | $473.00 |
| 03/20/13 | Emails to M. Wunder re: reduction in copying expenses (.2); Review exhibit for 16th interim fee order (.2) | Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |
| 03/21/13 | Revise exhibit B re: 16th interim fee order for Fraser Milner expense reduction (.3); E-mail to C. Samis re: same (.1); Research expenses of Fraser Milner December fee application (1.0); Discussion with C. Samis re: same (.2) | Paralegal | Barbara J. Witters | 1.60 hrs. | 215.00 | $344.00 |
| 03/21/13 | Call to A. Cordo re: finalizing Committee exhibit for 16th interim fee order (.2); Emails to A. Cordo re: finalizing Committee exhibit for 16th interim fee order (.2); Meet with B. Witters re: finalizing Committee exhibit for 16th interim fee order (.3); Call to M. Wunder re: finalizing Committee exhibit for 16th interim fee order (.2); Emails to B. Witters re: finalizing Committee exhibit for 16th interim fee order (.2); Email to M. Wunder re: finalizing Committee exhibit for 16th interim fee order (.1) | Associate | Christopher M. Samis | 1.20 hrs. | 450.00 | $540.00 |
| 03/22/13 | Revise exhibit B re: 16th interim fee order (.6); Discussion with C. Samis re: same (.1); E-mail to M. Wunder re: same (.1); Attention to e-mail from M. Wunder re: foreign exchange numbers for 16th interim fee order (.1); Update exhibit B re: same (.2); E-mail to A. Cordo re: same (.1) | Paralegal | Barbara J. Witters | 1.20 hrs. | 215.00 | $258.00 |
| 03/22/13 | Attention to finalizing 16th interim fee order | Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

April 18, 2013  
Invoice 428970  
Page 14  

Client # 732310  

Matter # 165839  

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/25/13 | Prepare cno re: Ashurst January fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 03/25/13 | Review CNO for January 2013 Ashurst | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 03/28/13 | Attention to e-mail from B. Kahn re: Ashurst Feb fee application (.1); Retrieve and assemble re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |

Total Fees for Professional Services                                      $3,636.50

TOTAL DUE FOR THIS INVOICE                                               **$3,636.50**  
BALANCE BROUGHT FORWARD                                                   $3,431.50  

**TOTAL DUE FOR THIS MATTER**                                             **$7,068.00**

Nortel Creditors Committee       April 18, 2013
c/o Fred S. Hodara, Esq.       Invoice 428970
Akin Gump Strauss Hauer Feld LLP       Page 15
One Bryant Park
New York NY  10036       Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 24.30 | 215.00 | 5,224.50 |
| Christopher M. Samis | 32.90 | 450.00 | 14,805.00 |
| TOTAL | 57.20 | $350.17 | 20,029.50 |

**TOTAL DUE FOR THIS INVOICE**       $24,609.65

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310