# EXHIBIT B



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

April 18, 2013
Invoice 428970

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through March 31, 2013
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $50.00 |
| Business Meals | $56.30 |
| Conference Calling | $241.00 |
| Court Reporter Services | $326.10 |
| Document Retrieval | $161.50 |
| Long distance telephone charges | $39.28 |
| Messenger and delivery service | $97.69 |
| Photocopying/Printing | $3,590.40 |
| 27,176 @ $.10 pg./ 8,728 @ $.10/pg. | |
| Postage | $17.88 |

| | |
|---|---:|
| Other Charges | $4,580.15 |

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$4,580.15** |
| BALANCE BROUGHT FORWARD | $1,913.89 |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970

Page 2

Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                              **$6,494.04**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970
Page 16
Client #  732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 03/01/13 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | Amount = | $99.90 | |
| 03/01/13 | Photocopies | | DUP.10CC |
| | Amount = | $2.50 | |
| 03/01/13 | Messenger and delivery charges | | MESS |
| | Amount = | $12.90 | |
| 03/01/13 | PACER | | DOCRETRI |
| | Amount = | $9.00 | |
| 03/01/13 | Postage | | POST |
| | Amount = | $3.36 | |
| 03/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 03/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 03/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 03/01/13 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 03/01/13 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 03/01/13 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970

Page 17

Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/01/13 | Printing | | DUP.10CC |
| | | Amount = $1.20 | |
| 03/01/13 | Printing | | DUP.10CC |
| | | Amount = $1.20 | |
| 03/01/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/01/13 | Printing | | DUP.10CC |
| | | Amount = $1.10 | |
| 03/01/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/01/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/04/13 | PACER | | DOCRETRI |
| | | Amount = $31.00 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount = $3.90 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount = $1.40 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount = $5.50 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970

Page 18

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount =  $5.50 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount =  $3.90 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount =  $1.40 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount =  $1.40 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount =  $5.50 | |
| 03/04/13 | Printing | | DUP.10CC |
| | | Amount =  $3.90 | |
| 03/05/13 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 03/05/13 | PACER | | DOCRETRI |
| | | Amount =  $27.90 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $21.80 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $0.90 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970

Page 19

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $48.90 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $51.60 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $3.30 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $45.40 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $162.60 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $15.30 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $0.80 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $0.80 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $2.50 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $1.00 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/05/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970

Page 20

Client #  732310

| 03/05/13 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $0.40 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $5.00 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $3.50 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $4.10 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $15.00 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $3.80 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $51.60 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $21.80 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970

Page 21

Client #  732310

| 03/05/13 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount = $3.30 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount = $21.20 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount = $1.90 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount = $2.60 | |
| 03/05/13 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 03/06/13 | Binding/Tabs Velobinding | | BIND |
| | | Amount = $30.00 | |
| 03/06/13 | Binding/Tabs Velobinding | | BIND |
| | | Amount = $20.00 | |
| 03/06/13 | Photocopies | | DUP.10CC |
| | | Amount = $473.60 | |
| 03/06/13 | Photocopies | | DUP.10CC |
| | | Amount = $302.00 | |
| 03/06/13 | Photocopies | | DUP.10CC |
| | | Amount = $61.60 | |
| 03/06/13 | Photocopies | | DUP.10CC |
| | | Amount = $721.60 | |
| 03/06/13 | Photocopies | | DUP.10CC |
| | | Amount = $348.80 | |
| 03/06/13 | Photocopies | | DUP.10CC |
| | | Amount = $206.40 | |
| 03/06/13 | Photocopies | | DUP.10CC |
| | | Amount = $485.80 | |
| 03/06/13 | Photocopies | | DUP.10CC |
| | | Amount = $68.80 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970
Page 22
Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 03/06/13 | PACER | | DOCRETRI |
| | | Amount =  $69.20 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $3.50 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $1.80 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $4.10 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $0.70 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount =  $51.60 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970
Page 23
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount = $48.90 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount = $21.80 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount = $131.80 | |
| 03/06/13 | Printing | | DUP.10CC |
| | | Amount = $3.30 | |
| 03/07/13 | RODNEY GRILLE | | MEALSCL |
| | | Amount = $56.30 | |
| 03/07/13 | Akin Gump Strauss Hauer & Feld LLP - Messenger and delivery | | MESS |
| | | Amount = $14.89 | |
| 03/07/13 | Messenger and delivery | | MESS |
| | | Amount = $45.00 | |
| 03/07/13 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 03/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/07/13 | Printing | | DUP.10CC |
| | | Amount = $6.00 | |
| 03/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/07/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/11/13 | DIAZ DATA SERVICES | | CTRPT |
| | | Amount = $210.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970
Page 24
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/12/13 | DIAZ DATA SERVICES | | CTRPT |
| | | Amount = $16.20 | |
| 03/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/12/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/13/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/14/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/14/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/14/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/14/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/14/13 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 03/14/13 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 03/14/13 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970

Page 25

Client #  732310

| Date | Description | | |
|------|-------------|------|------|
| 03/14/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/14/13 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 03/14/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/15/13 | PACER | | DOCRETRI |
| | | Amount = $5.10 | |
| 03/15/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 03/15/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/15/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 03/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 03/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/18/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970

Page 26

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 03/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 03/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 03/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 03/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/19/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/20/13 | 14168634715 Long Distance | | LD |
| | | Amount = $2.82 | |
| 03/20/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/20/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/20/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/20/13 | Printing | | DUP.10CC |
| | | Amount = $5.40 | |
| 03/21/13 | 14168634715 Long Distance | | LD |
| | | Amount = $16.92 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

April 18, 2013
Invoice 428970
Page 27
Client #  732310

| 03/21/13 | 14168634715 Long Distance | | LD |
| | | Amount =  $5.64 | |
| 03/21/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/22/13 | Printing | | DUP.10CC |
| | | Amount =  $1.90 | |
| 03/22/13 | Printing | | DUP.10CC |
| | | Amount =  $2.80 | |
| 03/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 03/25/13 | CourtCall | | CONFCALL |
| | | Amount =  $121.00 | |
| 03/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 03/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

April 18, 2013
Invoice 428970
Page 28
Client # 732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/25/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/25/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/25/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/25/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/25/13 | Printing | | DUP.10CC |
| | Amount = $4.50 | | |
| 03/25/13 | Printing | | DUP.10CC |
| | Amount = $4.30 | | |
| 03/25/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/25/13 | Printing | | DUP.10CC |
| | Amount = $5.30 | | |
| 03/25/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/25/13 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 03/26/13 | CourtCall | | CONFCALL |
| | Amount = $120.00 | | |
| 03/26/13 | Photocopies | | DUP.10CC |
| | Amount = $26.00 | | |
| 03/26/13 | 12128728121 Long Distance | | LD |
| | Amount = $6.95 | | |
| 03/26/13 | 12128728121 Long Distance | | LD |
| | Amount = $5.56 | | |
| 03/26/13 | 12128728121 Long Distance | | LD |
| | Amount = $1.39 | | |
| 03/26/13 | Messenger and delivery charges | | MESS |
| | Amount = $12.90 | | |
| 03/26/13 | PACER | | DOCRETRI |
| | Amount = $4.00 | | |
| 03/26/13 | Postage | | POST |
| | Amount = $7.56 | | |

Nortel Creditors Committee                                          April 18, 2013
c/o Fred S. Hodara, Esq.                                            Invoice 428970
Akin Gump Strauss Hauer Feld LLP                                    Page 29
One Bryant Park
New York NY  10036                                                  Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 03/26/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/26/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/26/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 03/26/13 | Printing | | DUP.10CC |
| | Amount = $2.00 | | |
| 03/26/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/26/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/26/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/26/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/26/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 03/27/13 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 03/28/13 | Photocopies | | DUP.10CC |
| | Amount = $20.50 | | |
| 03/28/13 | Messenger and delivery | | MESS |
| | Amount = $12.00 | | |
| 03/28/13 | PACER | | DOCRETRI |
| | Amount = $12.00 | | |
| 03/28/13 | Postage | | POST |
| | Amount = $6.96 | | |
| 03/28/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/28/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 03/28/13 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |

Nortel Creditors Committee                                          April 18, 2013
c/o Fred S. Hodara, Esq.                                            Invoice 428970
Akin Gump Strauss Hauer Feld LLP
One Bryant Park                                                     Page 30
New York NY 10036                                                   Client # 732310

| | | | |
|---|---|---|---|
| 03/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/28/13 | Printing | | DUP.10CC |
| | | Amount = $3.50 | |
| 03/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 03/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 03/28/13 | Printing | | DUP.10CC |
| | | Amount = $2.90 | |
| 03/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 03/28/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

TOTALS FOR 732310            Official Committee of the Board of Directors of Nortel
                             Networks Inc


Expenses    $4,580.15