IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Re: Doc Nos. 10124, 10127, 10141, 10162, 10168, 10194, 10205, 10217, 10218, 10239, 10248, 10252, 10258, 10260, 10266 |

## NOTICE OF SETTLEMENT AND WITHDRAWAL OF OBJECTIONS TO THE LONG TERM DISABILITY SETTLEMENT AGREEMENT, DISTRIBUTION MOTION AND SUPPLEMENT

The Official Committee of Long Term Disability Participants (the "LTD Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby files this notice of withdrawal (the "Notice of Withdrawal") to the objections (collectively, the "Objections") to the Joint Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (the

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

"Settlement Motion") (Docket No. 9304, Filed 1/28/13); Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief (the "Distribution Motion") (Docket No. 10049, Filed 4/11/13); and Supplement to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief (the "Supplement") (Docket No. 10254, Filed 4/23/13).

The LTD Committee has been directed to withdraw the following objections to the Settlement Motion all of which have been resolved, except as noted herein:

a.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Jerry Wadlow (D.I. 9367, Filed 2/4/13);

b.) Declaration of John J. Rossi Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (D.I. 9371, Filed 2/5/13), ("Rossi Settlement Motion Objection I");

c.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief filed by John J. Rossi (D.I. 10162, Filed 4/17/13), ("Rossi Settlement Motion Objection II");

d.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the

Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief filed by Vernon Long (D.I. 10172, Filed 4/17/13);

e.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Jerry L. Wadlow (D.I. 10200, Filed 4/19/13);

f.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief filed by Emily D. Cullen (D.I. 10207, Filed 4/19/13) (the "Cullen Settlement Motion Objection"); and

The LTD Committee has been directed to withdraw the following objections to the Distribution Motion all of which have been resolved, except as noted herein:

a.) Letter Regarding Individual Settlement Statement Filed by David Litz (D.I. 10124, Filed 4/15/13);

b.) Letter Regarding Individual Settlement Statement Filed by Kerry Logan (D.I. 10127, Filed 4/15/13);

c.) Letter to the Honorable Judge Kevin Gross Regarding HRA Response for the Settlement Distribution Filed by Brent Beasley (D.I. 10141, Filed 4/16/13);

d.) Objection to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Felicia Jones Mann (D.I. 10168, Filed 4/18/13);

e.) Objection to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief; and Response to Wayne J. Schmidt Filed by Miriam L. Stewart (D.I. 10191, Filed 4/19/13);

f.) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by George I. Hovater, Jr. (D.I. 10194, Filed 4/19/13);

g.) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Gary W. Garrett (D.I. 10205, Filed 4/19/13);

h.) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Emily D. Cullen (D.I. 10217, Filed 4/22/13) (the "Cullen Distribution Motion Objection");

i.) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Cynthia B. Richardson (D.I. 10218, Filed 4/22/13);

j.) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief filed by Jerry L. Wadlow (D.I. 10237, Filed 4/23/13);

k.) Limited Objection of Rahul Kumar to the Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief (D.I. 10239, Filed 4/23/13);

l.) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Najam Dean (D.I. 10248, Filed 4/23/13);

m.) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Marilyn Green (D.I. 10252, Filed 4/23/13);

n.) Amended Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Paul Douglas Wolfe (D.I. 10258, Filed 4/24/13);

o.) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by John J. Rossi (D.I. 10260, Filed 4/24/13) ("Rossi Distribution Motion Objection"); and

p.) Response Regarding Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief Filed by Brent Beasley (D.I. 10266, Filed 4/24/13).

Ernest Demel has already reached a prior settlement with the Debtors and is not a current LTD employee.[2] Thomas Cherry is not an LTD Employee, he is a retiree.[3]

The <u>Rossi Settlement Motion Objection I</u> (D.I. 9371, filed 2/5/13), the <u>Rossi Settlement Motion Objection II</u> (D.I. 10162, filed 4/17/13), and the <u>Rossi Distribution Motion Objection</u> (D.I. 10260, filed 4/24/13) have already been resolved and withdrawn (D.I. 10262, Filed 4/24/2013).

The <u>Cullen Settlement Motion Objection</u> (D.I. 10207, Filed 4/19/13), and the <u>Cullen Distribution Motion Objection</u> (D.I. 10217, Filed 4/22/13) have been resolved and settled except as to whether Emily Cullen should receive a settlement for medical benefits which objection is preserved for both the Distribution Motion and Settlement Motion.

The only unresolved objections to the Settlement Motion that remain are the objections filed by Dan David, Kevin Leonard and Narinder Saran who each filed multiple objections and Paul Morrison, Marilyn Day and Charles Barry who each filed one objection:

> a.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Daniel David (D.I. 9342, Filed 1/28/13);

---

[2] Ernest Demel filed a Declaration in Support of Daniel D. David's Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD Plans, and (D) Grant Related Relief (D.I. 9382, Filed 2/7/13).

[3] Thomas Cherry filed an Objection to the Retiree Settlement, but is listed on the docket as an Objection to the LTD Settlement Agreement (D.I. 9659, Filed 3/11/13).

b.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Paul E. Morrison (D.I. 9366, Filed 2/4/13);

c.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Marilyn Day (D.I. 9370, Filed 2/5/13);

d.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Charles V. Barry (D.I. 9372, Filed 2/7/13);

e.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Kevin Leonard (D.I. 10152, Filed 4/16/13);

f.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Kevin Leonard (D.I. 10153, Filed 4/16/13);

g.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Narinder Saran (D.I. 10174, Filed 4/18/13);

h.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Narinder Saran (D.I. 10175, Filed 4/18/13);

i.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Narinder Saran (D.I. 10176, Filed 4/18/13);

j.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Daniel David (D.I. 10201, Filed 4/19/13);

k.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Daniel David (D.I. 10202, Filed 4/19/13);

Case 09-10138-MFW    Doc 10381    Filed 04/29/13    Page 8 of 9

l.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Daniel David (D.I. 10203, Filed 4/19/13);

m.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Daniel David (D.I. 10204, Filed 4/19/13);

n.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Kevin Leonard (D.I. 10209, Filed 4/19/13); and

o.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rule 9019 and 7023 to (I)(a) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (b) Conditionally Certify a Class for Settlement Purposes Only, (c) Approve the Notice Procedures, and (d) Schedule a Fairness Hearing; and (II)(a) Finally Approve the Settlement Agreement, (b) Finally Certify a Class, (c) Authorize the Debtors to Terminate the LTD Plans, and (d) Grant Related Relief filed by Kevin Leonard (D.I. 10238, Filed 4/23/13).

The only unresolved objections to the Distribution Motion that remain are:

a.) Objection to Debtors' Motion Pursuant to Sections 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 to (I)(A) Preliminarily Approve the Settlement Agreement Regarding Long Term Disability Plans and Claims, (B) Conditionally Certify a Class for Settlement Purposes only, (C) Approve the Notice Procedures, and (D) Schedule a Fairness Hearing; and (II)(A) Finally Approve the Settlement Agreement, (B) Finally Certify a Class, (C) Authorize the Debtors to Terminate the LTD

Plans, and (D) Grant Related Relief filed by Marilyn Day (D.I. 10180, Filed 4/18/13); and

b.) Objection to Motion of the Official Committee of Long Term Disability Participants for Approval of Distribution and Related Relief filed by Daniel D. David (D.I. 10236, Filed 4/23/13).

Stephen Paroski supports the LTD Settlement but his objection is to Contribute to Direct Ericsson Inc and Telefonaktiebolaget LM Ericsson to the Settlement.

The LTD Committee has not resolved any objections related to the PBGC.

The terms of the settlements are confidential because they involve personal health history and related contribution including, but not limited to HIPAA. The LTD Committee will request that the terms of the settlements be made in a sealed courtroom or in camera.

Dated: April 29, 2013
Wilmington, DE

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: ems@elliottgreenleaf.com

*Counsel to the Official Committee of
Long Term Disability Participants*