## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket Nos. 10049 and 10254** |

### DECLARATION OF RICHARD MIZAK

I, Richard Mizak, declare as follows:

1.      I am a Senior Director with Alvarez & Marsal ("A&M"). I have over 17 years of financial advisory and commercial banking experience, including 13 years of experience working with troubled companies, creditors, investors and other stakeholders. I have extensive experience in financial modeling, cash management, business-line performance and viability analysis, as well as in preparing numerous business, strategic and liquidation plans.

2.      I hold a bachelor's degree in finance and entrepreneurial studies from Xavier University and a masters degree in business administration from New York University. I am a Fellow of the International Association of Restructuring, Insolvency and Bankruptcy Professionals (INSOL), a Certified Insolvency and Restructuring

---

[1]      The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Advisor (CIRA), and a member of the Turnaround Management Association (TMA) and the American Bankruptcy Association (ABI).

3.    On October 24, 2011, the Court entered an Order authorizing the employment and retention of Alvarez & Marsal Healthcare Industry Group, LLC as Financial Advisors to both the Official Committee of Retirees Committee and the Official Committee of Long Term Disability Participants (the "LTD Committee") *nunc pro tunc* to September 8, 2011 [D.I. 6679].

4.    This declaration is made to assist the Court and interested parties in understanding and evaluating the exhibits attached hereto as Exhibit 1 and Exhibit 2 (collectively, the "Exhibits").

5.    The Exhibits are summaries of facts or an analysis thereof and were compiled using facts and information received from the Debtors, the LTD Committee, DaVinci/Towers Watson and A&M's own factual investigation. The Exhibits were prepared by myself, people working under my direct supervision, and/or people on which I rely for accurate information in the course of my work.

### Exhibit 1

6.    The table on Exhibit 1 contains four columns that show the final scenarios selected by the LTD Committee.[2] The scenarios shown from left to right are: (a) a lump sum distribution of all proceeds; (b) a lump sum distribution of the income replacement portion of the settlement plus an HRA credit of up to $60,000 per participant for the

---

[2] Capitalized terms not defined herein shall have the same meanings as set forth in the *Motion of The Official Committee of Long Term Disability Participants For Approval Of Distribution And Related Relief Filed by Official Committee of Long-Term Disability Participants*, filed on April 11, 2013 (D.I. 10049) and the *Supplement to Motion of The Official Committee of Long Term Disability Participants For Approval Of Distribution And Related Relief Filed by Official Committee of Long-Term Disability Participants*, filed on April 23, 2013 (D.I. 10254).

health care component of the settlement; (c) a VEBA LTD Plan containing periodic distributions of the income replacement portion ("disability plan") of the settlement based on each participant's years remaining to retirement plus an HRA credit of up to $60,000 per participant for the health care component of the settlement; and (d) the purchase of an annuity to make periodic distributions of the income replacement portion of the settlement based on each participant's years remaining to retirement plus an HRA credit of up to $60,000 per participant for the health care component of the settlement.

7.    The rows in the table flow from top to bottom, starting with the gross amount of the Allowed Claim, and then making various deductions arriving at the net benefit to the LTD participants for each of the four scenarios.

8.    Looking at the left most column from top to bottom:

a.    *Settlement @ 5/31* -- The Settlement @ 5/31 line reflects the total Allowed Claim provided by Nortel to the LTD Committee under the settlement.  The numbers calculated assumed a start date of 6/1/2013.  The actual start date was delayed to 7/1/2013 which will result in a reduction in the settlement value of $680,000.

b.    *Purchasers Discount from Face Value* -- [This description has been removed due to the confidentiality agreement between the LTD Committee and Claim Purchaser.]

c.    *Net before Admin* -- Net before Admin reflects the net amount to be received by the LTD Committee or a successor body from the Claim Purchaser for the Allowed Claim without regard to any possible tax withholding.  The amounts shown are before administrative expenses.

d.    *Budgeted Admin Expenses* -- The Budgeted Admin Expenses reflect the total estimated amount of administrative fees to be borne, for all but the lump sum

3

distribution option, by the to-be-formed VEBA trust to administer the benefits for all participants. The lump sum distribution scenario assumes $200,000 of administrative fees related to a private letter ruling and disbursing agent fees. The expenses for the three scenarios that use a VEBA trust were calculated by scenario, by professional service provider, and by year and assumed a minimum four year life of the to-be-formed VEBA trust. Amounts that may be charged against individual account holders such as HRA administration fees, Affordable Care Act fees, and/or the Patient Centered Initiative fee are not included in this line item and will be charged against the balances remaining in individual accounts.

    e.    *Available for Distribution and Taxes* -- The amount available for distribution reflects the sum of income replacement and HRA account distributions. Amounts shown are before tax (U.S. Income Tax or FICA Taxes). Estimated taxes are subject to a separate declaration by A&M's tax professionals.

    f.    *Income Replacement*-- Income Replacement reflects the estimated amount of pre-tax dollars to be paid to all LTD participants collectively over the period. The number of payments varies by scenario. The two lump sum distribution scenarios assumed a single distribution of the income replacement portion of the settlement to each LTD participant. The VEBA LTD Plan and Annuity Plan structures assumed distributions would be made over one, two or four periods based on years each LTD participant had remaining to age 65 as of 5/31/2013. The VEBA LTD Plan may actually pay benefits out over a number of years as the plan committee deems appropriate to administer the plan.

g.      *Subtotal - Pre tax* -- The Subtotal – Pre-Tax shows the total amount of estimated projected income replacement payments to be distributed to all LTD participants collectively over the period.

h.      *Income tax (estimate)* -- Income Tax (Estimate) reflects the estimated U.S. Individual income taxes on the income replacement portion of the settlement calculated on a participant-by-participant basis.   The calculations assumed: (a) participant was single; (b) participant claimed standard deductions and (c) participant's only other source of income was Social Security Disability payments.  Individual tax status was not known and was not reflected in this analysis for conservative purposes.  A&M was not requested to review the various state and local tax impacts to any participants due to the numerous states and multiple individual issues/elections that could be possible.  Details concerning these calculations are provided in a separate declaration by A&M tax professionals.

i.      *FICA tax (estimate)* -- FICA Tax (Estimate) reflects the estimated FICA taxes on the income replacement portion of the settlement and is calculated LTD participant by LTD participant.  Details concerning these calculations are provided in a separate declaration by A&M tax professionals

j.      *Subtotal - After tax* -- Subtotal -- After Tax reflects the amount of income replacement benefits the LTD participants would receive after the payment of estimated U.S. Individual income and FICA taxes.

k.      *HRA* -- This reflects the maximum amount to be paid to individuals for Health Reimbursement Arrangement payments as elected by the Committee before fees and government charges

l.    *Total Credit* -- Total Credits reflect the amount of the settlement that would be paid to all LTD participants' HRA balance collectively.

m.    *Subtotal – HRA* -- Subtotal – HRA reflects the total amount credited to the HRA accounts in the three scenarios that included HRA accounts.

n.    *Total Value Received* -- The Total Value Received by LTD participants collectively reflects the sum of the after-estimated-tax income replacement disbursements and HRA credit portions of the settlement.

o.    *Net Variance from Highest Value* -- Net Variance from Highest Value line shows the potential net benefit the third scenario (VEBA LTD Plan combined with an HRA Medical Plan) will provide when compared to the other scenarios.

### Exhibit 2

9.    Exhibit 2 is titled *"Preliminary DRAFT Estimate of VEBA Trust Costs."* This chart contains the estimated administrative costs of three of the four final scenarios selected by the LTD Committee.  The scenarios shown from left to right include: (a) a lump sum distribution of the income replacement portion of the settlement plus an HRA credit of up to $60,000 per participant for the health care component of the settlement; (b) a VEBA LTD Plan containing periodic distributions of the income replacement portion of the settlement based on each participant's years remaining to retirement plus an HRA credit of up to $60,000 per participant for the health care component of the settlement; and (c) the purchase of an annuity to make periodic distributions of the income replacement portion ("disability plan") of the settlement based on each participant's years remaining to retirement plus an HRA credit of up to $60,000 per participant for the health care component of the settlement.  The rows in the table flow from top to bottom, show

6

the estimated costs of by category of administering the scenario over a four-year period on a scenario-by-scenario basis, and concludes the total estimated administrative costs by year and in total for each of the four scenarios.

10.    Looking at the left most column from top to bottom:

a.    *VEBA Trust Obligations* -- The VEBA Trust Obligations are the estimated total costs of operating the VEBA trust and VEBA Committee over an assumed period of four years for the three scenarios that include HRAs: (a) Lump Sum Plus HRA with a $60,000 Cap; (b) VEBA LTD Plan with HRA with a $60,000 Cap; and (c) Annuity with HRA with a $60,000 Cap. The estimates exclude potential one-time start-up costs.

b.    *Accounting* -- Accounting reflects the estimated cost to maintain books and records, compilation of periodic financial statements and preparation of annual financial statements. Prepare reporting materials for board, respond to inquiries, maintain and reconcile participant lists, etc. Estimate based on preliminary bids received from service providers.

c.    *Audit Service Provider* -- Audit Service Provider reflects estimated one-time costs relate to the preparation and filing of IRS Form 1024-Request for Tax Exempt Status (partial). Estimated Annual fees relate to the year-end plan audit and required testing. Estimate based on average of preliminary bids received from service providers.

d.    *Tax Compliance Service* --Tax Compliance Service reflects estimated one-time costs relate to the preparation and filing of IRS Form 1024-Request for Tax Exempt Status (partial). Annual fees relate to the year-end plan audit and required testing. Estimate based on input from tax specialists.

e.    *Disbursing Agent* -- Disbursing Agent reflects estimated distribution costs, tax withholding services, and similar services required to distribute the income replacement portion of the settlement to individual LTD participants.  Estimate based on preliminary bid received from service provider.

f.    *Trustee Meetings* -- Trustee Meetings reflects the estimated cost of VEBA Committee meetings including travel, lodging, meeting rooms, telecom, and/or other admin expenses.  Assumes four in-person meeting per year for the duration of the VEBA trust.  Estimate is preliminary and subject to change

g.    *Trustee Fees* -- Trustee Fees reflects the estimated cost of VEBA Committee participation fees and/or third-party Trustee fees in the event the current committee members are unable or unwilling to complete their terms of service.  Estimate based on costs on "placeholder" amount of $6,000 a per trustee per year basis and subject to change.

h.    *Insur. D&O, E&O, & Fiduc.* -- Insur. D&O, E&O, & Fiduc. reflects the cost of insurance for the VEBA, including: (a) Directors and Officers (D&O); (b) Errors and Omissions (E&O); (c) Fiduciary; and (d) an Employee Retiree Income Security Act (ERISA) bond for the VEBA Trust.  Estimate based on preliminary bid received from service providers.

i.    *Actuarial* --Actuarial reflects the cost of actuarial service, if required.  This analysis assumed additional services would not be required and/or will be completed before the settlement deadline by DaVinci/Towers Watson, a line in the budget was included as a contingency.  Actuarial services may be required if distribution protocols

are subsequently changed by the VEBA Committee based upon, for example, a redistribution of proceeds prior to wind-up. No amount was estimated.

j.    *Investment — management* -- Investment — management reflects the estimated annual cost of an investment manager to manage the net proceeds per an investment management policy determined by the VEBA Committee. Investment income is assumed to exceed the combined investment and custody management expense, though due to low market interest rates in the near term the net benefit/cost is assumed to be zero for conservatism.

k.    *Investment - custody svcs.* -- Investment - custody services reflects the estimated annual cost of custodial services for the invested assets. Investment income is assumed to exceed the combined investment and custody management expense, though due to low market interest rates in the near term the net benefit/cost is assumed to be zero for conservatism.

l.    *Investment – income* -- Investment - income reflects the annual income earned on the invested assets. Investment income is assumed to exceed investment and custody management expense, though due to low market interest rates in the near term the net benefit/cost is assumed to be zero for conservatism.

m.    *Legal – VEBA* -- Legal - VEBA reflects a preliminary estimate of one-time costs to defend claims. Annual fees relate to preliminary estimate of legal cost of operating VEBA trust, including annual board minutes, legal counsel for committee, etc. Estimate based on preliminary on guidance by LTD Committee counsel.

n.    *Annuity Fee* -- Annuity Fee reflects the estimated cost (benefit) to purchase annuity.  The amount shown reflects one bid received that would provide income (cash benefit) of $75,000 to the to-be-formed VEBA trust.

o.    *Disability Compliance* -- Disability Compliance reflects estimated the cost of complying with eligibility (if necessary) for disability benefits which may be required by IRS or other governing bodies.  Set up fees approximate $100-125 per participant, annual testing approximates $600 per participant per year for each year they receive income replacement benefits.  The above table assumes all participants are tested in year one. Estimate based on preliminary bid received from a candidate service provider.

p.    *Private letter ruling* -- Private letter ruling reflects the estimated cost of obtaining a Private Letter Ruling.  Private letter rulings ("PLRs"),   Details concerning the PLR are provided in a separate declaration or LTD Counsel oral argument.  Estimate based on preliminary estimate received from tax counsel.

q.    *Subtotal* --Subtotal reflects the estimated total cost of operating the to-be-formed VEBA trust before any one-time, transitional, and/or gap costs.

r.    *Potential Transition / Gap Costs* -- Potential Transition / Gap Costs reflect estimated costs that may be incurred by the trust and VEBA Committee not related to the ongoing operations of the trust.  Estimated based on discussion with LTD Counsel.

s.    *Legal – other* -- Legal – other reflects the estimated cost of defending against potential causes of action or other non-ordinary course legal matters following the Effective Data. Estimate based on guidance by LTD counsel.

t.    *Total* -- Total reflects the estimated total cost of running the to-be-formed VEBA Committee and trust after estimated one-time, transitional, and/or gap costs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  April 29, 2013

Richard Mizak