# EXHIBIT 1

**Nortel Long-Term Disability Settlement**
**Settlement Structure Scenarios**
($000's)

*(All Amounts are Estimates and Subject to Change)*

| | Notes | Lump Sum No HRA | Lump Sum w/ $60K HRA cap | VEBA LTD Plan | Annuity |
|---|---|---|---|---|---|
| Settlement @ 5/31 | (1) | $ 26,640 | $ 26,640 | $ 26,640 | $ 26,640 |
| Available for Distribution and Taxes | (2) | $ 23,776 | $ 22,754 | $ 22,355 | $ 22,761 |
| **Income Replacement** | | | | | |
| Gross Payment / Year | | | | | |
| 2013 | (1) | $ 23,776 | $ 16,379 | $ 5,702 | $ 5,805 |
| 2014 | (1) | - | - | 4,815 | 4,903 |
| 2015 | (1) | - | - | 2,787 | 2,838 |
| 2016 | (1) | - | - | 2,787 | 2,838 |
| Subtotal - Pre tax | | 23,776 | 16,379 | 16,092 | 16,384 |
| Income Tax (Estimate) | (1) | (6,556) | (3,678) | (2,440) | (2,485) |
| FICA Tax (Estimate) | (3) | (2,592) | (1,989) | - | (2,506) |
| Subtotal - After Tax | | $ 14,628 | $ 10,712 | $ 13,651 | $ 11,393 |
| **HRA** | | | | | |
| Total Credit | (1) | n/a | $60K cap | $60K cap | $60K cap |
| Subtotal - HRA | | $ - | $ 6,375 | $ 6,263 | $ 6,377 |
| **Total Value Received** | | $ 14,628 | $ 17,087 | $ 19,915 | $ 17,770 |
| **Net Variance from Highest Value** | (4) | $ (5,287) | $ (2,828) | $ - | $ (2,145) |

(1) Amounts shown reflect settlement value assuming a start date of 6/1/2013. The settlement will be lowered by $680K for the revised 7/1/2013 start date.
(2) Base administrative expenses modeled on a scenario by scenario basis.
(3) FICA taxes were calculated by individual and the include the employee and employers portion of the taxes. Annual payments up to $113.7K at 15.3%, annual payments between $113.7K and $200K at 2.9%, and annual payments over $200K at 3.8%.
(4) Net Variance from Highest Value line shows the potential net benefit the third scenario (VEBA LTD Plan combined with an HRA Medical Plan) will provide when compared to the other scenarios.