# EXHIBIT 2

Nortel Long-Term Disability Settlement
Preliminary DRAFT Estimate of VEBA Trust Costs, Subject to Change
($000's)

| VEBA Trust Obligations | Notes | Lump Sum w/ $60K HRA Cap PRELIMINARY DRAFT ESTIMATE BEFORE RECEIPT OF BIDS (1) | | | | | | VEBA LTD Plan PRELIMINARY DRAFT ESTIMATE BEFORE RECEIPT OF BIDS (1) | | | | | | Annuity PRELIMINARY DRAFT ESTIMATE BEFORE RECEIPT OF BIDS (1) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014 | 2015 | 2016 | 2017 | Total | 2013 | 2014 | 2015 | 2016 | 2017 | Total | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
| Accounting | (2) | $ 35 | $ 35 | $ 35 | $ 35 | $ - | $ 140 | $ 35 | $ 35 | $ 35 | $ 35 | $ - | $ 140 | $ 35 | $ 35 | $ 35 | $ 35 | $ - | $ 140 |
| Audit Service Provider | (3) | - | 30 | 30 | 30 | 30 | 120 | - | 40 | 40 | 40 | 40 | 160 | - | 40 | 40 | 40 | 40 | 160 |
| Tax Compliance Service | (4) | 15 | 15 | 15 | 15 | - | 60 | 15 | 15 | 15 | 15 | - | 60 | 15 | 15 | 15 | 15 | - | 60 |
| Disbursing Agent | (5) | 20 | - | - | - | - | 20 | 12 | 12 | 12 | 12 | - | 48 | 12 | 12 | 12 | 12 | - | 48 |
| Trustee Meetings | (6) | 48 | 48 | 48 | 48 | - | 192 | 48 | 48 | 48 | 48 | - | 192 | 48 | 48 | 48 | 48 | - | 192 |
| Trustee Fees | (7) | 30 | 30 | 30 | 30 | - | 120 | 30 | 30 | 30 | 30 | - | 120 | 30 | 30 | 30 | 30 | - | 120 |
| Insur. D&O, E&O, & Fiduc. | (8) | 50 | - | - | - | - | 50 | 50 | - | - | - | - | 50 | 50 | - | - | - | - | 50 |
| Actuarial | (9) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment - management | (10) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment - custody svcs. | (10) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment - income | (10) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal - VEBA | (11) | 30 | 30 | 30 | 30 | - | 120 | 30 | 30 | 30 | 30 | - | 120 | 30 | 30 | 30 | 30 | - | 120 |
| Annuity Fee | (12) | - | - | - | - | - | - | 139 | 89 | 52 | 52 | - | 331 | (75) | - | - | - | - | (75) |
| Disability Compliance | (13) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Private letter ruling | (14) | 200 | - | - | - | - | 200 | 200 | - | - | - | - | 200 | 200 | - | - | - | - | 200 |
| Subtotal | | $ 428 | $ 188 | $ 188 | $ 188 | $ 30 | $ 1,022 | $ 559 | $ 299 | $ 262 | $ 262 | $ 40 | $ 1,421 | $ 345 | $ 210 | $ 210 | $ 210 | $ 40 | $ 1,015 |
| Potential Transition / Gap Costs | | | | | | | | | | | | | | | | | | | |
| Legal - other | (15) | 200 | - | - | - | - | 200 | 200 | - | - | - | - | 200 | 200 | - | - | - | - | 200 |
| Total | | $ 628 | $ 188 | $ 188 | $ 188 | $ 30 | $ 1,222 | $ 759 | $ 299 | $ 262 | $ 262 | $ 40 | $ 1,621 | $ 545 | $ 210 | $ 210 | $ 210 | $ 40 | $ 1,215 |

Notes:

(1) The estimate reflects the annual run rate of operating the trust over a four year period, excluding one-time start-up costs
(2) Cost to maintain books and records, compilation of quarterly financial statements and preparation of annual financial statements. Prepare reporting materials for board, respond to inquiries, maintain and reconcile participant lists, etc.
(3) One-time costs relate to the preparation and filing of IRS Form 1024-Request for Tax Exempt Status (partial). Annual fees relate to the year-end plan audit and required testing
(4) Preparation of Form 990 Trust Return for the VEBA (partial) or Form 1041 for non-VEBA trust, and Annual preparation of Form 5500 for the HRA and VEBA LTD plan if applicable
(5) Includes distribution costs, tax withholding services, and similar services
(6) Cost of VEBA Committee meetings including travel, lodging, meeting rooms, telecom, and/or other admin expenses
(7) Cost of VEBA Committee participation fees and/or third-party Trustee fees
(8) Insurance, combined D&O, E&O, and Fiduciary for the VEBA trust.
(9) While it is assumed not required and / or will be completed before the settlement deadline by Da Vinci / Towers Watson, a line in the budget was included as a contingency. Actuarial services may be required if distribution protocols are subsequently changed by the VEBA Committee based upon, for example, a redistribution of proceeds prior to wind-up
(10) Investment income is assumed to exceed investment and custody management expense, though due to low market interest rates in the near term the net benefit/cost is assumed to be zero for conservatism.
(11) Preliminary estimate of one-time costs to defend claims. Annual fees relate to preliminary estimate of legal cost of running VEBA trust, including annual board minutes, legal counsel for committee, etc
(12) Preliminary estimate of cost to purchase annuity. The amount shown reflects one bid received that would provide income of $75,000 to the to-be-formed VEBA trust
(13) Reflects the cost of confirming eligibility for disability benefits as required by IRS or other governing bodies. Set up fees approximate $100-125 per participant, annual testing approximates $600 per participant per year for each year they receive income replacement benefits. The above table assumes all participants are tested in year one
(14) Private letter rulings (PLRs), in the United States, are written decisions by the Internal Revenue Service (IRS) in response to taxpayer requests for guidance. A private letter ruling binds only the IRS and the requesting taxpayer based upon the specific facts presented in the PLR request. Therefore it is critical that the facts be specific and determinable prior to filing the PLR
(15) Preliminary estimate of yet unknown costs (including legal), that could be incurred by the trust post-effective date