IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., *et al.,* <br><br> Debtors.[1] | Chapter 11 <br> Case No. 09-10138 (KG) <br> (Jointly Administered) |

**VERIFIED STATEMENT OF DLA PIPER LLP(US)
REGARDING CANADIAN CREDITORS COMMITTEE
PURSUANT TO BANKRUPTCY RULE 2019**

DLA Piper LLP(US) ("**Counsel**" or "**DLA**") hereby makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure on behalf of the Canadian Creditors Committee (the "**CCC**") and in connection with Counsel's representation of the CCC, an ad hoc group of officially authorized representatives of employee and employee benefits creditors asserting direct claims against the Canadian parent and certain Canadian affiliates (the "**Canadian Debtors**")[2] of the above-captioned chapter 11 Debtors and claiming against non-Canadian Nortel debtors through intercompany claims asserted against them by the Canadian Debtors on behalf of their estates:

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Aitsystems International Inc. *(5596),* Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. *(3545),* Nortel Networks HPOCS Inc. *(3546),* Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. *(0358),* Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. *(0567)* and Nortel Networks (CALA) Inc. (4226).

[2] The Canadian Debtors include Nortel Networks Corporation (the ultimate parent of the U.S. Debtors), Nortel Networks Limited (the ultimate operating parent of the U.S. Debtors), Nortel Networks Technology Corporation, Nortel Networks International Corporation, and Nortel Networks Global Corporation. On January 14, 2009, the Canadian Debtors filed for and obtained protection under the Canadian *Companies' Creditors Arrangement Act,* which proceedings currently are pending before the Ontario Superior Court of Justice. The Canadian Debtors also are debtors under Chapter 15 of the Bankruptcy Code in proceedings pending before this Court.

1.   The CCC was formed to collectively represent the common interests of its members in the several insolvency proceedings commenced by Nortel Networks Corporation and its subsidiaries in Canada, the United States, the United Kingdom, Europe and elsewhere.

2.   The CCC members collectively represent tens of thousands of creditors asserting claims in the approximate aggregate amount of $3 billion, including the following interests:

- **Former Employees, including Pensioners and Disabled Employees of Nortel** (the "*Former and Disabled Employees*")**:**  These are the individual Canadian employees, from salaried staff to senior management, who helped to grow and run Nortel's global businesses. Each of the 20,000 former and disabled employees, including pensioners, their survivors and beneficiaries, hold individual contracts of employment with Nortel, which collectively represent $2 billion in claims in the form of cash payments owing to the Nortel Canada registered pension plans. This group has an additional $1 billion of claims in contractual health benefit and other employment-related obligations. The Former and Disabled Employees collectively are represented pursuant to Orders of the Ontario Superior Court of Justice by Court-appointed representatives and Court-appointed counsel;

- **The National Automobile, Aerospace, Transportation, and General Workers Union of Canada (CAW – Canada)** ("*CAW Canada*")**:** The CAW is a trade union representing over 750 members and former members, including actives, retirees, survivors, and disabled employees, under the term of individual retainers or pursuant to obligations imposed by statute;

- **Nortel Canadian Continuing Employees** (the "*Continuing Employees*")**:** The Continuing Employees include approximately 3,000 active and transferred employees of Nortel's Canadian operations.  They collectively are represented pursuant to Order of the Ontario Superior Court of Justice through Court-appointed representatives and Court-appointed counsel;

- **Morneau Shepell Ltd., in its capacity as Administrator of Nortel's two Canadian registered pension plans** (the "*Pension Plans Administrator*")**:** The Administrator is the arms-length fiduciary who administers the Nortel Canadian registered pension plans for the benefit of Nortel's Canadian former employees and pensioners; and

- **The Superintendent of the Financial Services Commission of Ontario** ("*FSCO*") **in his capacity as Administrator of the Pension Benefits Guarantee Fund** ("*PBGF*")**:** The PBGF guarantees pension benefits of Ontario members and beneficiaries under covered single-employer defined benefit plans in the event of the insolvency of the plan sponsor, in accordance with the Ontario *Pension Benefits Act*, R.S.O. 1990, c. P.8 and applicable regulations.  The PBGF is administered by the Superintendent of Financial Services and currently covers over 1,500 defined benefit plans with members and beneficiaries in Ontario.

3.  In compliance with Rule 2019, the attached chart sets forth for each CCC member the identity of such member's duly authorized representative, the source of appointment, the name and contact details of such member's duly authorized counsel, and the nature and where currently ascertainable the aggregate amount of the disclosable economic interests, as defined in Rule 2019, of creditors represented by such member.

4.  In March, 2013, the CCC retained DLA to act as its U.S. and cross-border counsel. Prior thereto, DLA had acted as U.S. and cross-border counsel to FSCO in its individual capacity and as a member of the CCC. As of the date of this Verified Statement, DLA represents only the CCC and does not represent or purport to represent any entity other than the CCC in connection with the Debtors' chapter 11 cases. In addition, the CCC does not represent or purport to represent any entity in connection with the Debtors' chapter 11 cases other than its members in furtherance of their common interests.

5.  Upon information and belief formed after due inquiry, DLA does not hold any claims against, or interests, in the Debtors.

6.  On April 23, 2013, the CCC, through Counsel, filed a Notice of Appearance in the above-captioned Chapter 11 cases [D.I. 10220].

7.  Counsel reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Rule 2019.

Dated:  April 30, 2013
        Wilmington, DE

DLA PIPER LLP (US)
By: /s/ Selinda A. Melnik
Selinda A. Melnik (Bar No. 4032)
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: +1 (302) 468-5650
Facsimile:  +1 (302) 394-2341
E-mail: selinda.melnik@dlapiper.com

Counsel for the Canadian Creditors Committee

**RULE 2019 STATEMENT OF THE**
**CANADIAN CREDITORS' COMMITTEE (CCC)**

| MEMBER | OFFICIAL REPRESENTATIVE | APPOINTMENT SOURCE | COUNSEL | NATURE & EST. DISPOS. ECON. INTEREST |
|---|---|---|---|---|
| FORMER AND DISABLED EMPLOYEES | Donald Sproule, David Archibald and Michael Campbell (*Former Employees*) and Sue Kennedy (*Disabled Employees*) in their capacity as court appointed representative | Orders of the Ontario Superior Court of Justice dated May 27, 2009 and July 30, 2009 | Koskie Minsky LLP 20 Queen St. West Suite 900 Toronto, ON M5H 3R3 Canada Mark Zigler T: 416.595.2090 mzigler@kmlaw.ca | Various employment and benefit claims under employment contracts, Est. CDN$1 billion obligations plus Est. CDN $2 billion in claims owing to Nortel Canada Pension Plan, per below |
| CAW CANADA | Ken Lewenza, President CAW-Canada l | Individual retainers and various provincial labor legislation in Canada | CAW-Canada Legal Department 205 Placer Court Toronto, ON M2H 3H9 Canada Barry Wadsworth T: 416.495.3776 barryw@caw.ca | See above |
| CURRENT EMPLOYEES | Kent Felske and Dany Sylvain, in their capacity as court appointed representative | Orders of the Ontario Superior Court of Justice dated July 22, 2009 | Shibley Righton LLP, w/Nelligan O'Brien Payne LLP 250 University Ave. Suite 700 Toronto, ON M5H 3E5 Canada Arthur O. Jacques T: 416.214.5213 arthur.jacques@shibleyrighton.com | Pension, benefit, other claims under employment contract in amount not yet ascertained |
| PENSION PLANS ADMINISTRATOR | Morneau Shepell Ltd | Superintendent of FSCO in his capacity as Administrator of the PBGF | McCarthy Tétrault LLP PO Box 48, Suite 5300 Toronto-Dominion Bank Tower Toronto ON M5K 1E6 Canada R. Paul Steep T: 416.601.7998 psteep@mccarthy.ca | Claims against Nortel in respect of deficit in Nortel Canadian Registered Pension Plans. Est. CDN$2 billion. |
| ONTARIO PENSION BENEFITS GUARANTEE FUND | Superintendent of FSCO as Administrator of the PBGF | *Pension Benefits Act*, R.S.O. 1990, c.P.8 (Ontario) | Paliare Roland Rosenberg Rothstein LLP 155 Wellington St West 35th Floor Toronto, ON M5V 3H1 Kenneth Rosenberg T: 416.646.4300 ken.rosenberg@paliareroland.com | Subrogated claim equal to amount paid out of the PBGF in respect of Nortel's Ontario pension claims plus interest Est. CDN$0.4 billion. |