IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1(b) and the attached certification, the undersigned counsel moves the admission pro hac vice of Amera Z. Chowhan of the law firm of Hughes Hubbard & Reed LLP to represent in this action Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris in their Capacity as Joint Administrators and Foreign Representatives for Nortel Networks UK Limited and certain of its affiliates located in the region known as EMEA.

/s/ Edwin J. Harron
Edwin J. Harron (No. 3396)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Amera Z. Chowhan
Amera Z. Chowhan
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: April ____, 2013

_____
KEVIN GROSS
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

01:13568816.1