UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On April 23, 2013, at my direction and under my supervision, employees of Reliable caused to be served the following document by first class mail or hand delivery on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 04/23/2013 | 10225 | Notice of Filing of Litigation Timetable and Discovery Plan of The Monitor and the Canadian Debtors and Blacklines Filed by Ernst & Young Inc., As Monitor & foreign Representative of the Canadian Nortel Group. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Caloway, Mary) Modified on 4/24/2013 (SB). (Entered: 04/23/2013) |

x /s/ Gene Matthews
Gene Matthews

Dated: April 29, 2013

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 29th day of April, 2013, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x /s/ Kristin A. McCloskey

[Notary Seal: KRISTIN A. MCCLOSKEY, MY COMMISSION EXPIRES JULY 18, 2016, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

Michael J. Riela
Latham & Watkins LLP
885 Third Avenue
Ste 1000
New York, NY  10022-4068

Daniel Lowenthal
Brian Guiney
Patterson, Belkmap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Kevin Lloyd John Whitecoak
Richard Lawton
Herbert Smith LLP
Exchange House
Primrose Street London EC2A 2HS

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019-6099

Derek J.T. Adler
Hughes Hubbard & reed LLP
One Battery Park Plaza
New York, NY  10004

Mark kenney, Esq
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market St. 17th Fl.
Wilmington, DE  19899-8705

Mark F Calloway Esq
Buchanan Ingersoll & Rooney
1105 N Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801

James L. Patton
Edwin J. Harron
John T Dorsey
Young Conaway
1000 N king Street
Wilmington, DE  19801

Thomas R. Kreller Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Charlene D. Davis Esq.
Justin R. Alberto
Bayard P.A.
222 Delaware Ave
Ste 900
Wilmington, DE 19801

Stephen Miller
Courtney Hamiliton
Morris James LLP
500 Delaware Ave
Wilmington, DE 19801

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036