# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 4/30/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW-FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Annie Cordo | MNAT/Nichols Arsht & Tunnel | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen Hamilton | " |
| Megan Fleming | " | " |
| Roger Cooper | " | " |
| Rob Ryan | " | " |
| Mark Cullen for Emily Culler | pro se | pro se |
| Lisa Beckerman | Akin Gump | Creditors' Committee |
| Arun Kurichety | " | " |
| Thomas Matz | Milbank Tweed | Bondholder Group |
| Nick Bassett | " | " |
| Neil Berger | Togut Segal & Segal LLP | Retirees Committee |
| Chris Samis | Richards Layton & Finger | Creditors' Committee |
| W. Bradley Russell | DEPARTMENT OF JUSTICE | UNITED STATES |
| Mark Kenney | USDOJ Office of US Trustee | US Trustee |
| Rafael Zahralddin | Elliott Greenleaf | LTD Committee |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 4/30/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kate Buck | McCarter & English | Retiree Cmte |
| Morgan Maxwell | Sole practitioner | Long Term Disabled Committee |
| Justin Ekelson | Poisnelli | Ericsson |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Margaret Curran | Elliott Greenleaf | LTD Committee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

**Calendar Date:** 04/30/2013
**Calendar Time:** 10:00 AM ET

Amended Calendar 04/30/2013 06:05 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 0910138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 0910138 | Hearing | | Matthew A Zloto | | Aurelius Capital Management, LP | Interested Party, Nortel Networks / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael P. Alms | | Michael P. Alms - In Pro Per/Pro Se | In Propria Persona, Michael P. Alms / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Charles V Barry | | Charles V Barry - In Pro Per/Pro Se | In Propria Persona, Charles V. Barry / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Neil Berger | | Togut, Segal & Segal LLP | Creditor, Official Committee to the Retiree's / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David E. Blabey, Jr. | | Kramer Levin Naftalis & Frankel, LLP | Creditor, Aurelius / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Daniel David | | Daniel David - In Pro Per/Pro Se | Creditor, Daniel David / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Marilyn Day | | Marilyn Day - In Pro Per/Pro Se | Interested Party, Marilyn Day / LIVE |

| Debtor | Case | Proceeding | Party Name | Firm | Representing |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Craig W. Dent | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Andrew M. Gould | Wick Phillips Gould & Martin, LLP | Representing, Ericsson Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Daniel Guyder | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Janette Head | Janette Head - In Pro Per/Pro Se | In Propria Persona, Janette Head / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Tara Hittleman | Ericsson Inc. | Interested Party, Ericsson Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Richard Hodges | Richard Hodges - In Pro Per/Pro Se | In Propria Persona, Richard Hodges / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Mark R. Janis | Mark R. Janis - In Pro Per/Pro Se | Interested Party, Mark Janis / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Deborah M. Jones | Deborah M. Jones - In Pro Per/Pro Se | In Propria Persona, Deb Jones (Employee) / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Rahul Kumar | Rahul Kumar - In Pro Per/Pro Se | In Propria Persona, Rahul Kumer / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Kerry W. Logan | Kerry W. Logan - In Pro Per/Pro Se | In Propria Persona, Kerry W. Logan / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Carol Raymond | Nortel Networks Inc. | In Propria Persona, Carol Raymond / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | William A. Reed | William Reed - In Pro Per/Pro Se | In Propria Persona, William Reed / LIVE |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Brenda Rohrbaugh | Brenda Rohrbaugh - In Pro Per/Pro Se | In Propria Persona, Brenda Rohrbaugh / LIVE |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | John J. Rossi | John J. Rossi - In Pro Per/Pro Se | In Propria Persona, John J. Rossi / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Narinder Saran | Narinder Saran - In Pro Per/Pro Se | Creditor, Narinder Saran / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Stephanie Skelly | Togut, Segal & Segal LLP | Creditor, Offical Committee of Retiree / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Jack Tracy | Willkie Farr & Gallagher LLP | Creditor, NN UK Pension Trust Limited / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Jerry Wadlow | Jerry Wadlow - In Pro Per/Pro Se | In Propria Persona, Jerry Wedlow / LIVE |