# EXHIBIT A

Michael J Riela
Direct Dial: (212) 906-1373
Email: michael.riela@lw.com

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D C |
| Milan | |

File No. 039045-0001

April 10, 2013

Brad M. Kahn
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

Re:    Bank of New York Mellon Expense Reimbursement

Dear Brad:

Further to our email exchange today, attached is the expense detail for Rob Major at BNY Mellon, relating to the trip to Toronto in January. He is requesting reimbursement of $3,893.95.

Please let me know if you have any questions. Thanks.

Truly yours,

Michael J Riela
of LATHAM & WATKINS LLP

Enclosure

NY\5753923.1

Expense Report

New Window | Help | Customize Page | 🛒

Expense Report \ Expense Receipt \



BNY MELLON

## Expense Report

Robert Major

**0000522074**

EmplID:

| Report Date: | 01/30/2013 | 4:30:58PM | Status: Submitted |
|---|---|---|---|

**Description:** Nortel Mediation

**Business Purpose:** Other Purpose

**Comment:**

| Date | Expense Type | Merchant | Department | Long Description | Monetary Amount | Currency Code |
|---|---|---|---|---|---|---|
| 01/18/2013 | Travel/Air/Train | AIR CANADA WINNIPEG | 6882199 | AMEX REF#:7378500392480069 70246535 - | 27.15 | USD |
| 01/18/2013 | Travel/Air/Train | UNITED AIRLINES MIAMI LAKES | 6882199 | AMEX REF#:7378500392480060 00363338 - | 150.00 | USD |
| 01/13/2013 | Travel/Air/Train | UNITED AIRLINES COLUMBUS | 6882199 | AMEX REF#:7378500392480060 00129333 - | 25.00 | USD |
| 01/02/2013 | Travel/Air/Train | UNITED AIRLINES MIAMI LAKES | 6882199 | AMEX REF#:7378500392480060 00167613 - | 1,255.03 | USD |
| 01/19/2013 | Meals During Travel | YYZ TRUE BURGER TRAN MISSISSAUGA | 6882199 | AMEX REF#:7378500392480050 10074346 - | 16.61 | USD |
| 01/18/2013 | Meals During Travel | STARUBKCS CMH 391514 COLUMBUS | 6882199 | AMEX REF#:7378500392480050 10143560 - | 1.80 | USD |
| 01/18/2013 | Travel/Air/Train | AMERICAN EXPRESS INTERACTIVE EXCH MANUAL | 6882199 | AMEX REF#:7378500392480030 11315842 - | 20.00 | USD |
| 01/13/2013 | Lodging | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Lodging | 395.71 | USD |
| 01/13/2013 | Lodging-Room Tax | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Lodging-Room Tax | 51.44 | USD |
| 01/14/2013 | Lodging | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Lodging | 395.72 | USD |
| 01/14/2013 | Lodging-Room Tax | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Lodging-Room Tax | 51.44 | USD |
| 01/15/2013 | Lodging | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Lodging | 395.71 | USD |
| 01/15/2013 | Lodging-Room Tax | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Lodging-Room Tax | 51.44 | USD |

| 01/16/2013 | Lodging | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Lodging | 395.71 USD |
|---|---|---|---|---|---|
| 01/16/2013 | Lodging-Room Tax | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Lodging-Room Tax | 51.45 USD |
| 01/17/2013 | Lodging | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Lodging | 395.71 USD |
| 01/17/2013 | Lodging-Room Tax | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Lodging-Room Tax | 51.44 USD |
| 01/16/2013 | Meals During Travel | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Meals During Travel | 18.83 USD |
| 01/17/2013 | Meals During Travel | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Meals During Travel | 32.26 USD |
| 01/17/2013 | Meals During Travel | SHANGRI-LA HOTEL TOR TORONTO | 6882199 | Hotel Wizard: Meals During Travel | 18.69 USD |
| 01/18/2013 | Taxi & Other | RONTI TAXI RONTI TAX TORONTO | 6882199 | AMEX REF#:7378500392480050 10245234 - | 67.24 USD |
| 01/17/2013 | Meals During Travel | STARBUCKS COFF042176 TORONTO | 6882199 | AMEX REF#:7378500392480050 10214786 - | 4.32 USD |
| 01/13/2013 | Meals During Travel | RABBA FINE FOODS #17 TORONTO | 6882199 | AMEX REF#:7378500392480050 10129286 - | 10.57 USD |
| 01/13/2013 | Meals During Travel | WGP EXPRESS CM398352 COLUMBUS | 6882199 | AMEX REF#:7378500392480050 10129467 - | 4.68 USD |
| 01/02/2013 | Travel/Air/Train | AMERICAN EXPRESS INTERACTIVE NO TOUCH | 6882199 | AMEX REF#:7378500392480030 10233646 - | 6.00 USD |

**Expense Report Totals**

| | |
|---|---|
| Employee Expenses: | 3,893.950 |
| Non-Reimbursable Expenses: | 0.000 |
| Prepaid Expenses: | 0.000 |
| Employee Credits: | 0.000 |
| Vendor Credits: | 0.000 |
| Cash Advances Applied: | 0.000 |
| Total Due Employee: | 0.000 |
| Total Due Vendor: | 3,893.950 |

I certify that the information provided above is an accurate record of expenses incurred.

Employee Signature                    Date

Approved By                           Date

Return to Expense Sheet

Expense Report

Expense Report | Expense Receipt

SECOND CUP 9853
25 KING STREET WEST
TORONTO.ON M5L1E7
4169479748

Merchant ID: 16758760011
Term ID: 009                          Ref #: 124

Sale

XXXXXXXXXXX
AMEX                    Entry Method: Swiped

01/16/13                              13:56:41
Inv #: 000124              Appr Code: 586296
Apprvd                     Batch#: 000040

Total:                        $       8.50

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher).
Retain this copy for statement
verification.

X_____
             MAJOR/ROBERT

             Merchant Copy

---

HMSHOST
STARBUCKS COFFEE B
PORT COLUMBUS INT'L AIRPORT

9972 DANIEL
------------------------------------
CHK 8565 JAN18'13  4:19PM  GST 1
------------------------------------
TO  GO

1 COD T                           1.80

SUBTOTAL                          1.80
AMOUNT                        1 . 8 0
XXXXXXXXXXXXXXX               XX/XX
AMEX          A3                  1.80

THANK YOU FOR YOUR BUSINESS!
TELL US ABOUT YOUR EXPERIENCE
PHONE # (614)256-0476
EMAIL:KIRK.CHRISTIAN@HMSHOST.COM

HMSHost
Making The Travelers Day Better

HMSHost Store Code = 5983D13

Find Us On Facebook
www.facebook.com/Hmshost

Your order number is: 8565

---

TAXI#2
647-771-2262

Term Id:14R1H077
Merch Id:14RH77
Receipt #:0392    Batch#:78
AMEX PURCHASE
Accl:XXXXXXXXXXX

APPROVED 00

AMOUNT          CAD$65.00
                # 07 24 USD

I agree to pay above total,
as per cardholder or merchant
agreement. Retain this copy
for your records.

MAJOR/R

Ref. #: 000527 071800000552 S
Auth.#: 561645
Date: 2013/01/16  Time: 12:24:38

***CUSTOMER COPY***

4892-P'RSON T1 FE2051 RELAY SPF N/G
LESTER B PEARSON INT'L AIRPORT
TORONTO, ON  L5P 1B5
(905) 6729145
Louann Demontigny- Area Manager
ldemontigny@lstrna.com

Customer Copy

| | | | |
|---|---|---|---|
| 068818006203 | NHL HACKEY | $4.99 | FPH |
| 776863000616 | CHARACTER B | $12.99 | FPH |

| | |
|---|---|
| SubTotal | $17.98 |
| 13.00%  HST | $2.34 |
| TOTAL | $20.32 |

| | |
|---|---|
| CDN $ | $5.00 |
| VISA | $15.32 |

STORE  4892            TERM H4892C01
SLIP # 326700          REG  1
RETAIN THIS COPY FOR YOUR RECORDS
** Purchase           ** Swipe
CARD # ***********         EXP **/**
Visa
REF #        AUTH #      RESP 001
161001001031  07293C     ISO  00
DATE         TIME        AMOUNT
01/18/2013   13:59:09    $    15.32
             APPROVED
----------------------------------------

ITEMS 2
Store: 4892  Terminal: 00001    Tran: 3267
Oper: 1059   18/01/2013         12:58:38 PM
             GST# 895178747
       Thank you for shopping Relay
       Visit our website: www.lstrna.com

SSP TORONTO
2710 Britannia Road East
Toronto, ON
L5P 1B2
416-776-2483

** TRANSACTION RECORD **

Tran. #: 14205

Check #: 3202
Employee #: 488
Employee Name: SATNAM K
Workstation #: 38

Type: Pre-Authorization
Acct: AMEX
Card #: xxxxxxxxxxx

            Amount    $13.96


            Tip $_____.__


            TOTAL $_____.__

Reference #:
66228136 0011110790  S
Auth. #: 522815
S0001T0038 005
2013/01/18 13:42:58


   APPROVED - THANK YOU
        00-025


Cardholder will pay
above amount to card
issuer pursuant to
cardholder agreement

    Customer Copy

      IMPORTANT
    Retain this copy
    for your records



Shangri·La hotel

TORONTO

Mr Robert Major
6525 West Campus Oval Ste200
New Albany OH 43054
United States

Email              :  robert.major@bnymellon.com
Membership Number  :  505095321071
Membership Level   :  GOLD

COPY OF INVOICE

| | | |
|---|---|---|
| Folio No. | : | 2366 |
| Room No. | : | 1009 |
| Person(s) | : | 1 |
| Arrival | : | 13/01/13 |
| Departure | : | 18/01/13 |
| Cashier No. | : | 998 |
| Page No. | : | 1 of 2 |

Shangri-La Hotel, Toronto        30/01/13    15:52

| Date | Description | Reference | Charges | Payments |
|---|---|---|---|---|
| 13/01/13 | Room Charge | | 380.00 | |
| 13/01/13 | Room Charge-HST 13% | | 49.40 | |
| 14/01/13 | Room Charge | | 380.00 | |
| 14/01/13 | Room Charge-HST 13% | | 49.40 | |
| 15/01/13 | Room Charge | | 380.00 | |
| 15/01/13 | Room Charge-HST 13% | | 49.40 | |
| 16/01/13 | Room Charge | | 380.00 | |
| 16/01/13 | Room Charge-HST 13% | | 49.40 | |
| 17/01/13 | Room Charge | | 380.00 | |
| 17/01/13 | Room Charge-HST 13% | | 49.40 | |
| 17/01/13 | Room Service Charge (MB) | | 16.00 | |
| 17/01/13 | Room Service Charge (MB) HST 13 | | 2.08 | |
| 17/01/13 | In Room Dining Breakfast | | 19.00 | |
| 17/01/13 | In Room Dining Breakfast HST 13 | | 3.56 | |
| 17/01/13 | Lobby Lounge Supper | | 16.00 | |
| 17/01/13 | Lobby Lounge Supper HST 13% | | 1.95 | |
| 17/01/13 | In Room Dining-Breakfast Service C | | 3.42 | |
| 17/01/13 | In Room Dining-Delivery Charge | | 5.00 | |
| 18/01/13 | CC-American Express | | | 2,214.01 |

HST #: 85058 7585 RT0002

HST Summary

| | |
|---|---|
| Room | 247.00 |
| F&B | 7.59 |
| Other | 0.00 |
| Total | 254.5~ |

| | | |
|---|---|---|
| Total | 2,214.01 | 2,214.01 |
| Balance | 0.00 | CAD |

#2,x=5 75 6 01



**Shangri-La hotel**

TORONTO

Mr Robert Major
6525 West Campus Oval Ste200
New Albany OH 43054
United States

| | | |
|---|---|---|
| Email | : | robert.major@bnymellon.com |
| Membership Number | : | 505095321071 |
| Membership Level | : | GOLD |

COPY OF INVOICE

| | | |
|---|---|---|
| Folio No. | : | 2366 |
| Room No. | : | 1009 |
| Person(s) | : | 1 |
| Arrival | : | 13/01/13 |
| Departure | : | 18/01/13 |
| Cashier No. | : | 998 |
| Page No. | : | 2 of 2 |

Shangri-La Hotel, Toronto      30/01/13    15:52

| Date | Description | Reference | Charges | Payments |
|---|---|---|---|---|

 AMERICAN EXPRESS® BUSINESS TRAVEL

Page 1 of 3
Generated: January 2, 2013  9:48 AM

## Travel Arrangements for  ROBERT H MAJOR

| | |
|---|---|
| Record Locator | KDRTQC |
| Trip ID | 31232456772 |

**Agent ID: IT**

15100 NW 67th Avenue - Suite 300 - Miami Lakes, FL
33014
Phone: 1 (800) 223-4654
ROBERT MAJOR
BNY MELLON
6525 WEST CAMPUS OVAL
SUITE 200
NEW ALBANY OHIO  43054

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 016 | Ticket Date | 1/2/2013 |
| Ticket Number | 7182122468 | Invoice | 000062826 |
| Check Digit | 4 | Electronic | Yes |
| Billing Code | ENIST6862199 | | |

### Charges

| | |
|---|---|
| Ticket Base Fare (USD) | 1,099.00 |
| Ticket Tax Fare | 156.03 |
| Total (USD) Ticket Amount | 1,255.03 |
| | |
| Transaction Fee | 6.00 |
| Airfare charged to American Express | |
| | |
| Total | 1,261.03 |

## Travel Details                    Sunday  January 13, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES<br>TSA SECURED FLIGHT | Estimated time | 1 hour 32 minutes |
| Flight | 8141<br>OPERATED BY AIR CANADA EXPRESS - JAZZ | Distance | 305 Miles |
| Origin | Columbus, OH | Meal Service | No Meal Service |
| Destination | Toronto ON, CANADA | Plane | Dash 8 Turboprop |
| Departing | 4:35 PM | | Non-smoking |
| Arriving | 6:07 PM | | |
| | | | |
| Departure Terminal | PASSENGER CHECK-IN WITH AIR CANADA | | |
| Arrival Terminal | TERMINAL 1 | | |
| Seat | 09D | | |
| Class | Economy | | |

## Travel Details                    Friday  January 18, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES<br>TSA SECURED FLIGHT | Estimated time | 1 hour 34 minutes |
| Flight | 8379<br>OPERATED BY AIR CANADA EXPRESS - JAZZ | Distance | 305 Miles |
| Origin | Toronto ON, CANADA | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | Dash 8 Turboprop |
| Departing | 8:25 PM | | Non-smoking |
| Arriving | 9:59 PM | | |

 ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™ 

| Departure Terminal | TERMINAL 1, PASSENGER CHECK-IN WITH AIR CANADA |
|---|---|
| Seat | 08D |
| Class | Economy |

*********IMPORTANT VISA/PASSPORT SERVICE INFORMATION**********
A VALID PASSPORT IS REQUIRED FOR ALL INTERNATIONAL DESTINATIONS.
ADDITIONAL DOCUMENTATION SUCH AS A VISA MAY ALSO BE REQUIRED.
SOME COUNTRIES REQUIRE YOUR PASSPORT BE VALID FOR 6 MONTHS
BEYOND YOUR INTENDED STAY. FOR ALL INTERNATIONAL TRAVEL
DOCUMENTATION REQUIREMENTS AND TO OBTAIN SPECIAL NEGOTIATED RATES
FOR AMERICAN EXPRESS CUSTOMERS PLEASE ACCESS
WWW.TRAVISA.COM/AMERICANEXPRESS OR WWW.CIBT.COM/AMERICANEXPRESS

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| A24H8Z | UNITED AIRLINES |

### Additional Messages

'TRAVEL ADVISORIES: PLEASE BE SURE TO CHECK
BNY MELLONS GLOBAL CORPORATE SECURITY INTRANET PAGE
HTTP://MYSOURCE.BNYMELLON.NET/CORPORATESECURITY/INDEX.HTML
CONTACT NUMBERS NEW YORK 212-815-2029 OR TOLL FREE 866-466-6344
IN LONDON 44-207-964-5652
IN THE EVENT OF ANY MEDICAL PERSONAL OR LEGAL EMERGENCY...
CONTACT GLOBAL RESCUE AT 800-381-9754 OR 617-459-4200...
COLLECT CALLS ACCEPTED...OR EMAIL OPERATIONS@GLOBALRESCUE.COM...
**** CORPORATE ID: BNYMELLON EMPLOYEE **
*********************************************

***** AMERICAN EXPRESS E-FULFILLMENT CENTER *****
FOR ASSISTANCE 24 X 7 PLEASE CALL 1-800-922-8576
---PLEASE PRESS OPTION 1 FOR ONLINE THEN OPTION 2--
IF CALLING FROM OUTSIDE THE US - DIAL COLLECT:
305-913-7253
*********************************************

FAA REQUIRES A VALID GOVERNMENT ISSUED PHOTO ID
YOUR AMERICAN EPXRESS ITINERARY AND A BOARDING
PASS PRESENT AT SECURITY AND ALL CHECK IN POINTS.
*********************************************

CHANGES AND REISSUES OF NON-REFUNDABLE TICKETS ARE
SUBJECT TO A FEE-PLUS FARE DIFFERENCE IF THE ORIGINAL
FARE RESTRICTIONS ARE NOT MET.
*********************************************

CHECK ONLINE FOR HOTEL CANCEL POLICIES TO AVOID
NO SHOW CHARGES TO YOUR CORPORATE CARD.
*********************************************

IMPORTANT MESSAGE FOR INTERNATIONAL TRAVELLERS
PLEASE OBTAIN NECESSARY PASSPORT AND VISA DOCUMENTATION.
INTERNATIONAL CHECK-IN TIMES MAY VARY FROM 90 MINUTESTO 3 HOURS.
CHECK-IN DETAILS ARE AVAILABLE FROM YOUR TRAVEL OR AIRLINE WEBSITES.
***TICKET IS NON REFUNDABLE***
NON REFUNDABLE TICKETS REQUIRE
CHANGES/CANCELLATIONS PRIOR TO
ORIGINAL DATE/TIME OF DEPARTURE
IF NOT THE TICKET MAY NO LONGER HAVE VALUE
ONLINE TICKET FEE 6.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to
include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

Liability Statement. American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbookings, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

For customers purchasing travel from within the state of California:  Our California State Seller of Travel Registration Number is: 1022318-10. Upon cancellation of the transportation or travel services, where you, the customer, are not at fault and have not canceled in violation of the terms and conditions, if any, of the contract for transportation or travel services, all sums paid to American Express for services not received by you will be promptly refunded to you unless you otherwise advise American Express in writing, after cancellation.  American Express is a participant in the California Travel Consumer Restitution Fund (the "Fund"). If you, the passenger, were located in California at the time of your purchase, you may request reimbursement from the Fund if you are owed a refund of more than $50 for transportation or travel services which was not refunded in a timely manner by the seller of travel who was registered and participating in the Fund at the time of sale. The maximum amount which may be paid by the Fund to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted within six months after the scheduled completion date of the travel. A claim must include sufficient information and documentation to prove your claim and a $35 processing fee. You must agree to waive your right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a claim against the Fund. You may request a claim form by writing to: Travel Consumer Restitution Corporation, P.O. Box 6001, Larkspur, CA 94977-6001; or by faxing a request to: (415) 927-7698. Note: Sales transactions with customers located outside of California are not covered by the Fund and such customers are not eligible to file a claim against the Fund.

For customers purchasing travel in the state of Oregon:  Transportation, lodging, meals, entertainment and all other services are sold to you to you either on a refundable or non-refundable basis. If all or part of the transportation or services are canceled by any person, we shall, within 2 working days of learning of the cancellation, request on your behalf that the service suppliers or wholesalers provide a refund of all sums sent them on your behalf. We shall send any refund received from the service suppliers or wholesalers to you within 2 working days after the refund received by us has cleared the bank.

For customers purchasing travel in the state of Washington:  Our Washington State Seller of Travel Registration Number is: UBI#600469694.  If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

Cancellation and change penalties may apply to these arrangements. Details will be provided upon request.

Intermediary Disclosure.  Amex helps manage your company's travel expenses and assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers and recommending specific itineraries.  In this role, we are acting as an independent third party and not as a fiduciary.  We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors.  Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives.  In addition, we receive compensation from suppliers when customers use the American Express® Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change.  In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability, your preferences, and any agreements we have to book travel in accordance with your company's travel policy. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

Rhode Island Registration Number: ML#1192; Nevada Seller of Travel Registration No.: NV#2001-0126; Iowa: TA# 002 Registered Iowa Travel Agency



AMERICAN EXPRESS® BUSINESS TRAVEL

Page 1 of 2
Generated: January 18, 2013  8:06 AM

## Travel Arrangements for  ROBERT H MAJOR

Record Locator     KDRTQC
Trip ID     31232456772

Agent ID: IT

15100 NW 67th Avenue - Suite 300 - Miami Lakes, FL
33014
Phone: 1 (800) 223-4654
ROBERT MAJOR
BNY MELLON
6525 WEST CAMPUS OVAL
SUITE 200
NEW ALBANY OHIO  43054

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 016 | Ticket Date | 1/18/2013 |
| Ticket Number | 7183341317 | Invoice | 000050992 |
| Check Digit | 8 | Electronic | Yes |
| Billing Code | ENIST6882199 | | |

### Charges

| | |
|---|---|
| Ticket Base Fare (USD) | 1,099.00 |
| Ticket Tax Fare | 158.03 |
| Total (USD) Ticket Amount | 1,255.03 |
| | |
| Current Fare | 1,255.03 |
| Prior ticket 0157182122468  credit | -1,255.03 |
| Exchange Fee | 150.00 |
| Transaction Fee | 20.00 |
| Airfare charged to American Express | |
| **Total** | **170.00** |

## Travel Details

Friday  January 18, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES TSA SECURED FLIGHT | Estimated time | 1 hour 34 minutes |
| Flight | 8319 OPERATED BY AIR CANADA EXPRESS - JAZZ | Distance | 305 Miles |
| Origin | Toronto ON, CANADA | Meal Service | No Meal Service |
| Destination | Columbus, OH | Plane | Dash 8 Turboprop |
| Departing | 2:35 PM | | Non-smoking |
| Arriving | 4:09 PM | | |
| Departure Terminal | TERMINAL 1; PASSENGER CHECK-IN WITH AIR CANADA | | |
| Seat | Unassigned | | |
| Class | Economy | | |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| A24H8Z | UNITED AIRLINES |

### Additional Messages

*TRAVEL ADVISORIES: PLEASE BE SURE TO CHECK
BNY MELLONS GLOBAL CORPORATE SECURITY INTRANET PAGE
HTTP://MYSOURCE.BNYMELLON.NET/CORPORATESECURITY/INDEX.HTML
CONTACT NUMBERS NEW YORK 212-815-2029 OR TOLL FREE 866-466-6344

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS 

IN LONDON 44-207-964-5652
IN THE EVENT OF ANY MEDICAL PERSONAL OR LEGAL EMERGENCY...
CONTACT GLOBAL RESCUE AT 800-381-9754 OR 617-459-4200...
COLLECT CALLS ACCEPTED ...OR EMAIL OPERATIONS@GLOBALRESCUE.COM...
**** CORPORATE ID. BNYMELLON EMPLOYEE **
*****************************************************

/**** AMERICAN EXPRESS E-FULFILLMENT CENTER *****
FOR ASSISTANCE 24 X 7 PLEASE CALL 1-800-922-8576
---PLEASE PRESS OPTION 1 FOR ONLINE THEN OPTION 2--
IF CALLING FROM OUTSIDE THE US - DIAL COLLECT:
305-913-7253
************************************************

FAA REQUIRES A VALID GOVERNMENT ISSUED PHOTO ID
YOUR AMERICAN EPXRESS ITINERARY AND A BOARDING
PASS PRESENT AT SECURITY AND ALL CHECK IN POINTS.
***************************************************

CHANGES AND REISSUES OF NON-REFUNDABLE TICKETS ARE
SUBJECT TO A FEE-PLUS FARE DIFFERENCE IF THE ORIGINAL
FARE RESTRICTIONS ARE NOT MET.
****************************************************

CHECK ONLINE FOR HOTEL CANCEL POLICIES TO AVOID
NO SHOW CHARGES TO YOUR CORPORATE CARD.
****************************************************

IMPORTANT MESSAGE FOR INTERNATIONAL TRAVELLERS
PLEASE OBTAIN NECESSARY PASSPORT AND VISA DOCUMENTATION.
INTERNATIONAL CHECK-IN TIMES MAY VARY FROM 90 MINUTESTO 3 HOURS.
CHECK-IN DETAILS ARE AVAILABLE FROM YOUR TRAVEL OR AIRLINE WEBSITES.
***TICKET IS NON REFUNDABLE***
NON REFUNDABLE TICKETS REQUIRE
CHANGES/CANCELLATIONS PRIOR TO
ORIGINAL DATE/TIME OF DEPARTURE
IF NOT THE TICKET MAY NO LONGER HAVE VALUE
ONLINE AGENT ASSISTED EXCHANGE FEE 20.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to
include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.



**AMERICAN EXPRESS**

**Corporate Card**
**Statement of Account**

**Sign-up For Online Statements**
www.americanexpress.com/checkyourbill

Prepared For
ROBERT MAJOR
BANK OF NEW YORK

Account Number XXXX-XXXXX

Closing Date 02/13/13

Page 1 of 3

**Balance Please Pay By Due $ 02/28/13**

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | |
|---|---|---|---|---|---|
| 1,261.03 | 2,632.92 | 0.00 | 0.00 | 0.00 | 3,893.95 |

For important information regarding your account refer to page 2.

Your account is 30 days past due. Pay by 02/28/13 to avoid delinquency charge.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

**Activity**  Date reflects either transaction or posting date

** Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

**Card Number XXXX-XXXXX**

| Date | Description | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 01/14/13 | UNITED AIRLINES COLUMBUS OH TKT# 01629749384954 AIRLINE/AIR C 01/13/13 SPECIAL SERVICE TICKET MAJOR /1ST BAG - AC CUNITED AIRLINES UNITED AIRLINES COLUMBUS OH FROM COLUMBUS OH TO CARRIER CLASS TORONTO ONTARIO CD UA 00 TO COLUMBUS OH UA 00 TO UNAVAILABLE YY 00 TO UNAVAILABLE YY 00 | | | 01487871000 | | 25 00 |
| 01/14/13 | WGP EXPRESS CM398352 COLUMBUS OH REF# 021474836 614-2392225 01/13/13 | | | 02147483600 | | 4.68 |
| 01/14/13 | RABBA FINE FOODS #17 TORONTO REF# 001000213 1 9058902436 01/13/13 GROCERY STORE ROC NUMBER 001000213 190422 | | | 00100021301 | 10.12 **Canadian Dollars | 10.57 |
| 01/18/13 | AMERICAN EXPRESS INTERACTIVE EXCH MANUAL MAJOR/ROBERT H TKT# 0167183341317 REC LOC# KDRTQC 01/18/13 | | | | | 20.00 |

↓ Please fold on the perforation below, detach and return with your payment. ↓

Do not staple or use paper clips
**Payment Coupon**

Account Number XXXX-XXXXX

**Please Pay By 02/28/13**

Continued on Page 3

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

ROBERT MAJOR
BANK OF NEW YORK

**Amount Due $3,893.95**

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00003499908569403 35 000389395000263292 13HH



Prepared For
**ROBERT MAJOR**
**BANK OF NEW YORK**

Account Number
XXXX-XXXXX

Closing Date
02/13/13

Page 3 of 3

| Activity Continued | *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 01/18/13 | STARBUCKS COFF042176   TORONTO<br>REF# 039204091        CA | 01/17/13 | 03920409100 | 4.15<br>**Canadian Dollars | 4.32 |
| 01/18/13 | SHANGRI-LA  HOTEL TOR TORONTO<br>FOL# 115965              LODGING<br>ARRIVAL  DATE DEPARTURE DATE<br>01/13/13   01/18/13    00<br>ROC NUMBER 115965 | 01/18/13 | 14300005701 | 2,214.01<br>**Canadian Dollars | 2,305.55 |
| 01/19/13 | STARUBKCS CMH 391514   COLUMBUS       OH<br>REF# 021474836       614-2392225 | 01/18/13 | 02147483800 | | 1.80 |
| 01/20/13 | YYZ TRUE BURGER TRAN  MISSISSAUGA<br>REF# 205877998     7037236189 | 01/19/13 | 20587799800 | 15.96<br>**Canadian Dollars | 16.61 |
| 01/22/13 | AIR  CANADA            WINNIPEG<br>TKT#  0147183341 3179   AIRLINE/AIR   C 01/18/13<br>ADDITIONAL   COLLECTION<br>MAJOR/ROBERTH         AIR  CANADA<br>AIR  CANADA            WINNIPEG<br>FROM<br>  TORONTO ONTARIO  CD<br>TO           CARRIER  CLASS<br>  COLUMBUS OH       YY<br>TO<br>  UNAVAILABLE | | | 26.25<br>**Canadian Dollars | 27.15 |
| 01/22/13 | RONTI  TAXI  RONTI  TAX TORONTO<br>REF# 010217147     647-771-2262 | 01/18/13 | 01021714700 | 65.00<br>**Canadian Dollars | 67.24 |
| 01/24/13 | UNITED  AIRLINES       MIAMI  LAKES       FL<br>TKT#  0167183341 3176   AIRLINE/AIR   C 01/18/13<br>PASSENGER  TICKET<br>MAJOR/ROBERT H<br>UNITED  AIRLINES      MIAMI  LAKES      FL<br>FROM<br>  TORONTO ONTARIO  CD<br>TO           CARRIER  CLASS<br>  COLUMBUS OH       UA     H<br>TO<br>  UNAVAILABLE       YY     00<br>TO<br>  UNAVAILABLE       YY     00<br>TO<br>  UNAVAILABLE       YY     00 | C 01/18/13 | 01210400000 | | 150.00 |

**Total for ROBERT MAJOR**

New Charges/Other Debits          2,632.92
Payments/Other Credits               0.00



AMERICAN EXPRESS

**Corporate Card**
**Statement of Account**

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

Prepared For
ROBERT MAJOR
BANK OF NEW YORK

Account Number
XXXX-XXXXX

Closing Date
01/13/13

Page 1 of 2

Balance Please Pay By
Due $ 01/28/13

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | |
|---|---|---|---|---|---|
| 0.00 | 1,261.03 | 0.00 | 0.00 | 0.00 | 1,261.03 |

For important information
regarding your account
refer to page 2.

**Payment is due in full. Please pay by 01/28/13 to allow time for your payment to be received by us and credited to your account.**

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity   Date reflects either transaction or posting date

| Card Number XXXX-XXXXX | | | Reference Code | Amount $ |
|---|---|---|---|---|
| 01/02/13 | AMERICAN EXPRESS INTERACTIVE   NO TOUCH<br>MAJOR/ROBERT  H         TKT#  0167182122468<br>REC LOC# KDRTQC                01/02/13 | | | 6.00 |
| 01/03/13 | UNITED  AIRLINES       MIAMI  LAKES        FL<br>TKT# 01671821224684   AIRLINE/AIR    C 01/02/13<br>PASSENGER TICKET<br>MAJOR/ROBERT  H         UNITED  AIRLINES<br>UNITED  AIRLINES       MIAMI  LAKES        FL<br>FROM<br>   COLUMBUS OH<br>TO                          CARRIER CLASS<br>   TORONTO ONTARIO CD   UA   M<br>TO<br>   COLUMBUS OH          UA   H<br>TO<br>   UNAVAILABLE          YY   00<br>TO<br>   UNAVAILABLE          YY   00 | | 0101090000d | 1,255.03 |

**Total for ROBERT MAJOR**

New Charges/Other Debits    1,261.03
Payments/Other Credits      0.00

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment  Coupon**

Account Number
XXXX-XXXXX

**Please Pay By**
01/28/13

Payable upon receipt in
U.S. Dollars.

Please enter account
number on all checks and
correspondence.

ROBERT  MAJOR
BANK  OF  NEW YORK

**Amount Due**
**$1,261.03**

Checks or drafts must be
drawn against banks
located in the U.S.

Check here if address,
telephone number, or
e-mail address has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN  EXPRESS
BOX  0001
LOS  ANGELES  CA  90096-8000

☐

0000349990856940335 000126103000126103 13HH