**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------- X
                                                     :
In re                                                :   Chapter 11
                                                     :
Nortel Networks Inc., et al.,¹                       :   Case No. 09-10138 (KG)
                                                     :
                          Debtors.                   :   Jointly Administered
                                                     :   RE:  D.I. 9946, 9947, 10246, 10368
                                                     :
                                                     :
---------------------------------------------------- X
```

**JOINT MOTION FOR LEAVE TO FILE A REPLY (A) IN FURTHER SUPPORT OF
THE JOINT MOTION FOR AN ORDER RETAINING JURISDICTION PENDING
APPEAL AND (B) IN RESPONSE TO THE JOINT ADMINISTRATORS' OBJECTION
TO JOINT MOTION FOR AN ORDER RETAINING JURISDICTION PENDING
APPEAL AND CROSS-MOTION TO CONFIRM STAY PENDING APPEAL**

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in

possession (collectively, the "Debtors"), together with the Official Committee of Unsecured

Creditors (the "Committee" and together with the U.S. Debtors, the "Movants") hereby move

this Court (the "Joint Motion for Leave"), for the entry of an order substantially in the form

attached hereto as Exhibit A, granting the Movants leave to file a reply (the "Reply"), in further

support of the Movants' *Joint Motion for an Order Retaining Jurisdiction Pending Appeal* [D.I.

10246] (the "Joint Motion to Retain Jurisdiction"), and in response to the *Joint Administrators'*

*Objection to Joint Motion for an Order Retaining Jurisdiction Pending Appeal and Cross-*

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification
number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc.
(9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation
(0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks
Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826),
Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable
Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their
petitions are available at http://dm.epiq11.com/nortel.

*Motion to Confirm Stay Pending Appeal* [D.I. 10368] (the "Objection and Cross-Motion").[2]  In support of this Motion, the Movants respectfully represent as follows:

1.       On April 23, 2013, the Movants filed the Joint Motion to Retain Jurisdiction and the *Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Motion for an Order Retaining Jurisdiction Pending Appeal* [D.I. 10247], seeking to have the Joint Motion to Retain Jurisdiction heard on an expedited basis.

2.       On April 24, 2013, the Court entered the *Order Granting the Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Motion for an Order Retaining Jurisdiction Pending Appeal* [D.I. 10264], setting April 29, 2013 as the objection deadline for the Joint Motion to Retain Jurisdiction and setting a hearing for May 1, 2013 at 10:00 a.m. (the "Hearing").

3.       On April 29, 2013, the Joint Administrators filed the Objection and Cross-Motion.

4.       Rule 9006-1(d) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") states that "[r]eply papers may be filed, and if filed, shall be served so as to be received by 4:00 p.m. Eastern Time the day prior to the deadline for filing the agenda."  Local Rule 9029-3(a) requires that agendas be filed by 12:00 p.m. (ET) two business days prior to the hearing.  Under the Local Rules, the deadline to file the agenda for the hearing was April 29, 2013 at 12:00 p.m., and the deadline to file the Reply was April 26, 2013 at 4:00 p.m.

---

[2]       Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Joint Motion to Retain Jurisdiction.

5.      Because the Objection and Cross-Motion was filed after the deadline for a reply under this Court's local rules, no reply is possible except by leave of the Court.

6.      The Movants hereby seek leave of the Court to file the Reply attached hereto as Exhibit B, to respond to the legal and factual arguments raised by the Joint Administrators. Under these circumstances, the Movants believe that ample cause exists to grant the Movants leave to file this brief Reply.

## Notice

7.      Notice of the Joint Motion for Leave has been given via electronic mail or facsimile to (i) the U.S. Trustee; (ii) counsel to the Joint Administrators; (iii) counsel to the ad hoc group of bondholders; (iv) the Canadian Monitor; and (v) counsel to the U.K. Pension Trust. The Movants submit that under the circumstances no other or further notice is necessary.

## No Prior Request

8.      No prior request for the relief sought herein has been made to this or any other court.

WHEREFORE, the Movants respectfully request that this Court (i) grant Movants leave to file the Reply; (ii) enter the proposed order attached as Exhibit A hereto; and (iii) grant the Movants such other and further relief as may be just and proper.

Dated:  April 30, 2013
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

- and -

AKIN GUMP STRAUSS HAUER & FELD LLP

Fred Hodara (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

- and -

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile: (302) 651-7701

*Counsel for the Official Committee*
*of Unsecured Creditors*