**EXHIBIT A**
**Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :    Chapter 11
:
:    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
:    Jointly Administered
Debtors.                                                 :
:    **Re: D.I. 10246, 10368**
:
---------------------------------------------------------X

### ORDER AUTHORIZING MOVANTS
### TO FILE A REPLY TO DOCKET ITEM 10368

Upon the motion (the "Joint Motion for Leave") of Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee" and together with the U.S. Debtors, the "Movants"), for entry of an order, as more fully described in the Joint Motion for Leave, providing leave to file a reply (the "Reply") to the Objection and Cross-Motion and in further support of the Joint Motion to Retain Jurisdiction; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Joint Motion for Leave and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Joint Motion for Leave is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

forth in the Joint Motion for Leave establish just cause for the relief requested in the Joint Motion for Leave, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

    IT IS HEREBY ORDERED THAT:

    1.    The Joint Motion for Leave is GRANTED.

    2.    The Movants are hereby granted leave to file the Reply.

    3.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2013    _____
    Wilmington, Delaware    THE HONORABLE KEVIN GROSS
                              CHIEF UNITED STATES BANKRUPTCY JUDGE