IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                : Chapter 11
:
Nortel Networks Inc., *et al.*,[1]    : Case No. 09-10138 (KG)
:
        Debtors.            : Jointly Administered
------------------------------------------------------------X

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 1, 2013 AT 10:00 A.M. (EASTERN TIME)**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTER GOING FORWARD**

1. Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) (D.I. 10244, Filed 4/23/13).

    Objection Deadline: April 24, 2013 at 10:00 a.m. (ET). Extended for EMEA to April 29, 2013 at 4:00 p.m. (ET).

    Responses Received:

    (a) Joint Administrators' Joinder in Part and Response to Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) (D.I. 10367, Filed 4/29/13).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

Related Pleadings:

(a) Order Granting the Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) (D.I. 10256, Entered 4/24/13); and

(b) Notice of Hearing (D.I. 10288, Filed 4/24/13).

Status: A hearing on this matter will go forward.

## CONTESTED MATTER GOING FORWARD

2. Joint Motion for an Order Retaining Jurisdiction Pending Appeal (D.I. 10246, Filed 4/23/13).

Objection Deadline: April 29, 2013 at 4:00 p.m. (ET).

Responses Received:

(a) The Joint Administrators' Objection to Joint Motion for an Order Retaining Jurisdiction Pending Appeal and Cross-Motion to Confirm Stay Pending Appeal (D.I. 10368, Filed 4/29/13).

Related Pleadings:

(a) Order Granting the Joint Motion for Entry of an Order under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Motion for an Order Retaining Jurisdiction Pending Appeal (D.I. 10264, Entered 4/24/13);

(b) Notice of Hearing (D.I. 10288, Filed 4/24/13); and

(c) **Joint Motion For Leave To File A Reply (A) In Further Support Of The Joint Motion For An Order Retaining Jurisdiction Pending Appeal And (B) In Response To The Joint Administrators' Objection To Joint Motion For An Order Retaining Jurisdiction Pending Appeal And Cross-Motion To Confirm Stay Pending Appeal (D.I. 10399, Filed 4/30/13).**

Status: A hearing on this matter will go forward.

| | |
|---|---|
| Dated: April 30, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and –<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>      */s/ Ann C. Cordo*      <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |