IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: § | |
| § | Case No.: 09-10138 (KG) |
| NORTEL NETWORKS, INC., *et al.*, § | Chapter: 11 |
| § | Jointly Administered |
| Debtors. § | |
| § | |

## REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that the undersigned law firm hereby requests removal from all service lists in the above-referenced bankruptcy cases, including mail and email and cm/ecf notice lists.

PHILLIPS, GOLDMAN & SPENCE, P.A.

  */s/ Stephen W. Spence*
Stephen W. Spence, Esquire (#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210

Date:  May 1, 2013

**CERTIFICATE OF SERVICE**

      I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18 and that on May 1, 2013, I caused a copy of the foregoing *Request for Removal from Service Lists* to be served on all parties receiving notice through the Court's cm/ecf system.

      Under penalty of perjury, I certify the foregoing to be true and correct.

                                       */s/ Celeste A. Hartman*
                                       CELESTE A. HARTMAN