SIGN-IN-SHEET

CASE NAME: Nortel Networks Inc.
CASE NO.: 09-10138 (KG)

COURTROOM LOCATION: 3
DATE: 5/1/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| DANIEL GUYDER | ALLEN & OVERY LLP | E&Y (MONITOR) FOR LANADIAN |
| KATHLEEN MURPHY | BUCHANAN INGERSOLL & RODNEY | " , " , " |
| BRIAN O'CONNOR | Willkie Farr & Dallagh LLP | UK Pension Claimant |
| Lisa Beckerman | Akin Gump | Creditors' Committee |
| Ann Knechth | " | " |
| Annie Cordo | Morris nichols cushit firm " | Debtors |
| Derec Abbott | " | " |
| Lisa Schweitzer | Cleary Gottieb Steen Hamb | " |
| James Bromley | " | " |
| Jackie Mosrood | " | " |
| Roger Cooper | " | " |
| Megan Fleming | " | " |
| Bob Ryan | " | " |
| Thomas Platz | Milbank Tweed | Bondholder Group |
| Nick Bassett | " | " |
|  | Bankruptcy | |



**SIGN-IN-SHEET**

CASE NAME:  Nortel Networks Inc.
CASE NO.:  09-10138 (KG)

COURTROOM LOCATION: 3
DATE:  5/1/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| DEREK ADLER | HUGHES HUBBARD & REED LLP | EMEA DEBTORS / JOINT ADMINISTRATORS |
| GABRIELLE GLEMANN | '' | '' |
| CHARLES HUBERTY | '' | '' |
| EDWIN HARRON | YOUNG CONAWAY STARGATT & TAYLOR | '' |
| Fred Hodara | Akin Gump | Creditors' Committee |
| David Botter | '' | '' |
| Lisa Beckerman | '' | '' |
| Abid Qureshi | '' | '' |
| Cloe Saring | Richards Layton | '' |
| Belinda A. Nobvik | DLA Piper | CANADIAN CREDITORS Cttee (CCC) |
| Mark Kenny | USDOJ / Office of US Trustee | U.S. Trustee |
| Stefan Mc Miller | Morris James LLP | Law Debenture (Indenture) |
| | | |
| | | |
| | | |

(#3)

# SIGN-IN-SHEET

CASE NAME: Nortel Networks Inc.

CASE NO.: 09-10138 (KG)

COURTROOM LOCATION: 3

DATE: 5/1/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Shelley Kinsella | Elliott Greenleaf | LTD Comm. |
| Lisa Beckerman | Akin Gump P | Creditors' Comm Hale |
| Aan Kur:chety | (" | (") |
| Chris Samis | Rehmess Layton | (") |
| Rafael Zahrel | Elliott Grof | LTD Comm |
| Aam Khan | (" | LTD Comm |
| ETc | Elliott Greenleaf | LTD Comm |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 05/01/2013
Calendar Time: 10:00 AM ET

*Amended Calendar 05/01/2013 07:13 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|---------------|-----------|-----------|-------------|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Joseph Badike-Berkow | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David E. Blabey, Jr. | | Kramer Levin Naftalis & Frankel, LLP | Creditor, Aurelius / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Stephen Blauner | | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David Crichlow | | Katten Muchin Rosenman LLP | New Yr. Creditor, Wilmington Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Gregor Dannacher | | Kamunting Street | Other Prof., Jack Mui / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Maria A. Decker | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LL | Interested Party, Ad Hoc Commitee / LISTEN ONLY |

| Debtor | Case | Type | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| | | | | 5573558 Karen B. Dine | Katten Muchin Rosenman LLP | New Yr / Creditor, Wilmington Trust / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Angela Dimsdale Gill | (212) 940-8772 | Hogan Lovells International LLP | Representing, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Matthew Gottlieb | | Lax, O'Sullivan, Scott & Lisus | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Andrew M. Gould | | Wick Phillips Gould & Martin, LLP | Representing, Ericsson Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Brian Guiney | | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pension Trust Ltd / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Janette Head | | Janette Head - In Pro Per/Pro Se | In Propria Persona, Janette Head / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Tara Hittleman | | Ericsson Inc. | Interested Party, Ericsson Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Carras Holmstead | | Stone Lion Capital Partners | Interested Party, Stone Lion Capital Partners / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Robert Johnson | | Akin Gump Strauss Hauer & Feld L.L.P | Interested Party, Official Committe of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Rahul Kumar | | Rahul Kumar - In Pro Per/Pro Se | In Propria Persona, Rahul Kumer / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |

| Debtors | Case | Type | Name | | Firm | Party |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | | | 5573532 Daniel A. Lowenthal | | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Dan Mindel | | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Brenda Rohrbaugh | | Brenda Rohrbaugh - In Pro Per/Pro Se | In Propria Persona, Brenda Rohrbaugh / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Robin Schwill | | Davies Ward Phillips & Vineberg LLP | Interested Party, Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Jack Tracy | | Willkie Farr & Gallagher LLP | Creditor, UK Pension Trust Limited / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | John Whiteoak | | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael J. Wunder | | Dentons Canada, LLP. | Creditor, The Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Matthew A Zloto | | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |

Court Conference

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
Courtroom

| Calendar Date: | 05/01/2013 |
| Calendar Time: | 11:00 AM ET |

Amended Calendar 05/01/2013 08:16 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Neil Berger | | Togut, Segal & Segal LLP | Creditor, Official Committee to the Retiree's / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Daniel David | | Daniel David - In Pro Per/Pro Se | Creditor, Daniel David / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Deborah M. Jones | | Deborah M. Jones - In Pro Per/Pro Se | In Propria Persona, Deb Jones (Employee) / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Kerry W. Logan | | Kerry W. Logan - In Pro Per/Pro Se | In Propria Persona, Kerry W. Logan / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Carol Raymond | | Nortel Networks Inc. | In Propria Persona, Carol Raymond / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | John J. Rossi | | John J. Rossi - In Pro Per/Pro Se | In Propria Persona, John J. Rossi / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Narinder Saran | | Narinder Saran - In Pro Per/Pro Se | Creditor, Narinder Saran / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | William F. Taylor, Jr. | | McCarter & English | Creditor, Official Committee of Retirees / LISTEN ONLY |