# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 01, 2013 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

1) Long Term Disability  (continued from 4/30/13)
   **R / M #:**   10,356 / 0

2) **ADV: 1-12-50995**
   **Official Committee of Long Term Disabili vs Nortel Networks Inc., et al.**
   LTD
   **R / M #:**   43 / 0

## *Appearances:*

   SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

   HEARING HELD CONTINUED FROM 4/30/13 . AGENDA ITEMS:
   #1 - Adjourned to 6/25/13 @ 10 AM
   #2 - Approved - ORDER SIGNED
   #3 - Motion Denied, Revised Order to be submitted
   #4 - T&E - Approved - Revised ORDER SIGNED