# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 5/1/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| DANIEL GUYDER | ALLEN & OVERY LLP | E&Y (Monitor) for Canadian |
| KATHLEEN MURPHY | BUCHANAN INGERSOLL & ROONEY | " " " |
| BRIAN O'CONNOR | Willkie Farr & Gallagher LLP | UK Pension Claimants |
| Lisa Beckerman | Akin Gump | Creditors Committee |
| Ana Kucheb | " | " |
| Annie Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen & Hamilton | " |
| Sumon Bromley | " | " |
| Jackie Moessner | " | " |
| Royer Cooper | " | " |
| Megan Fleming | " | " |
| Bob Ryan | " | " |
| Thomas Patz | Milbank Tweed | Bondholder Group |
| Nick Bassett | " | " |
| | | |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 5/1/13



PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| DEREK ADLER | HUGHES HUBBARD & REED LLP | EMEA DEBTORS / JOINT ADMINISTRATORS |
| GABRIELLE GLEMANN | " | " |
| CHARLES HUBERTY | " | " |
| EDWIN HARRON | YOUNG CONAWAY STARGATT & TAYLOR | " |
| Fred Hodara | Akin Gump | Creditors' Committee |
| David Botter | " | " |
| Lisa Beckerman | " | " |
| Abid Qureshi | " | " |
| Chris Samis | Richards Layton | " |
| Selinda A. Melnik | DLA Piper | CANADIAN CREDITORS Cttee (LLC) |
| Mark Kenney | USDOJ/Office of U.S. Trustee | U.S. Trustee |
| Stephen McMillen | Morris James LLP | Law Debenture (Indenture Tee) |

# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 5/1/13

(#3)

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Shelley Kinsella | Elliott Greenleaf | LTD Comm. |
| Lisa Beckerman | Akin Gump | Creditors' Comm'tee |
| Ann Kucichetty | " | (") |
| Chris Samis | Richards Layton | (") |
| Rafael Zahralddin | Elliott Greenleaf | LTD Comm |
| Mary Kilson | " | LTD Comm |
| Eric [?] | Elliott Greenleaf | LTD Comm |

# Court Conference

**Calendar Date:** 05/01/2013
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

*Amended Calendar 05/01/2013 07:13 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Joseph Badtke-Berkow | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David E. Blabey, Jr. | | Kramer Levin Naftalis & Frankel, LLP | Creditor, Aurelius / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Stephen Blauner | | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Peg Brickley | | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David Crichlow | | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Gregor Dannacher | | Kamunting Street | Other Prof., Jack Mui / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Marla A. Decker | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committee / LISTEN ONLY |

Peggy Drasal ext. 802    CourtConfCal2012    Page 1 of 4

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5573558 | Karen B. Dine | Katten Muchin Rosenman LLP New York Creditor, Wilmington Trust / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | (212) 940-8772 | Angela Dimsdale Gill | Hogan Lovells International LLP Representing, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Matthew Gottlieb | Lax, O'Sullivan, Scott & Lisus Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Andrew M. Gould | Wick Phillips Gould & Martin, LLP Representing, Ericsson Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Brian Guiney | Patterson Belknap Webb & Tyler Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Andrew Hanrahan | Willkie Farr & Gallagher LLP Creditor, UK Pension Trust Ltd / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Janette Head | Janette Head - In Pro Per/Pro Se In Propria Persona, Janette Head / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Tara Hittleman | Ericsson Inc. Interested Party, Ericsson Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Carras Holmstead | Stone Lion Capital Partners Interested Party, Stone Lion Capital Partners / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Robert Johnson | Akin Gump Strauss Hauer & Feld L.L.P Interested Party, Official Committe of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Rahul Kumar | Rahul Kumar - In Pro Per/Pro Se In Propria Persona, Rahul Kumer / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael Linn | Farallon Capital Management Interested Party, Farallon Capital / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | 5573532 | Daniel A. Lowenthal | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Dan Mindel | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Brenda Rohrbaugh | Brenda Rohrbaugh - In Pro Per/Pro Se | In Propria Persona, Brenda Rohrbaugh / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Robin Schwill | Davies Ward Phillips & Vineberg LLP | Interested Party, Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Jack Tracy | Willkie Farr & Gallagher LLP | Creditor, UK Pension Trust Limited / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | John Whiteoak | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael J. Wunder | Dentons Canada, LLP. | Creditor, The Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Matthew A Zloto | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 05/01/2013
Calendar Time: 11:00 AM ET

Amended Calendar 05/01/2013 08:16 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Neil Berger | | Togut, Segal & Segal LLP | Creditor, Official Committee to the Retiree's / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Daniel David | | Daniel David - In Pro Per/Pro Se | Creditor, Daniel David / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Deborah M. Jones | | Deborah M. Jones - In Pro Per/Pro Se | In Propria Persona, Deb Jones (Employee) / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Kerry W. Logan | | Kerry W. Logan - In Pro Per/Pro Se | In Propria Persona, Kerry W. Logan / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Carol Raymond | | Nortel Networks Inc. | In Propria Persona, Carol Raymond / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | John J. Rossi | | John J. Rossi - In Pro Per/Pro Se | In Propria Persona, John J. Rossi / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Narinder Saran | | Narinder Saran - In Pro Per/Pro Se | Creditor, Narinder Saran / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | William F. Taylor, Jr. | | McCarter & English | Creditor, Official Committee of Retirees / LISTEN ONLY |