# EXHIBIT 3
*Individual Recovery Schedule*

## Table of Individual Settlement Amounts

Estimated Individual Settlement Amount before
Application of Allowance % and State Tax Withholding

| Index | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total |
|---|---|---|---|---|---|---|
| 1 | $6,315 | $389 | $1,579 | $4 | $0 | $8,287 |
| 2 | $27,961 | $78,777 | $3,587 | $32 | $3,254 | $113,611 |
| 3 | $24,854 | $45,784 | $10,604 | $61 | $1,834 | $83,135 |
| 4 | $58,416 | $75,102 | $7,706 | $0 | $0 | $141,223 |
| 5 | $116,431 | $46,316 | $25,168 | $53 | $7,971 | $195,939 |
| 6 | $0 | $56,975 | $1,880 | $0 | $0 | $58,855 |
| 7 | $15,432 | $31,046 | $4,324 | $12 | $3,778 | $54,593 |
| 8 | $18,439 | $54,653 | $7,619 | $24 | $0 | $80,735 |
| 9 | $52,745 | $25,729 | $28,266 | $79 | $2,991 | $109,810 |
| 10 | $9,747 | $6,244 | $5,118 | $6 | $0 | $21,115 |
| 11 | $14,483 | $9,732 | $4,007 | $8 | $1,186 | $29,417 |
| 12 | $108,064 | $14,154 | $17,969 | $47 | $4,552 | $144,786 |
| 13 | $180,583 | $42,527 | $60,058 | $214 | $0 | $283,382 |
| 14 | $53,110 | $101,785 | $12,434 | $47 | $0 | $167,376 |
| 15 | $26,147 | $12,038 | $11,333 | $17 | $0 | $49,535 |
| 16 | $173,075 | $40,134 | $37,062 | $0 | $13,839 | $264,109 |
| 17 | $37,916 | $23,648 | $11,870 | $43 | $0 | $73,478 |
| 18 | $7,901 | $9,715 | $2,855 | $19 | $804 | $21,293 |
| 19 | $70,943 | $95,180 | $3,099 | $0 | $8,473 | $177,695 |
| 20 | $113,944 | $93,113 | $16,031 | $108 | $10,909 | $234,105 |
| 21 | $68,829 | $94,766 | $8,626 | $83 | $6,606 | $178,910 |
| 22 | $38,097 | $14,245 | $11,190 | $34 | $0 | $63,566 |
| 23 | $3,369 | $3,146 | $2,132 | $10 | $1,542 | $10,199 |
| 24 | $151,919 | $50,006 | $25,681 | $115 | $11,578 | $239,299 |
| 25 | $90,530 | $105,342 | $14,081 | $119 | $7,241 | $217,314 |
| 26 | $18,764 | $15,034 | $5,288 | $32 | $1,942 | $41,060 |
| 27 | $23,187 | $45,807 | $4,394 | $17 | $0 | $73,405 |
| 28 | $33,952 | $70,693 | $4,543 | $15 | $4,448 | $113,651 |
| 29 | $7,123 | $14,091 | $3,659 | $5 | $810 | $25,688 |
| 30 | $122,059 | $57,643 | $30,810 | $162 | $9,796 | $220,470 |
| 31 | $7,203 | $8,232 | $906 | $5 | $0 | $16,346 |
| 32 | $7,155 | $9,224 | $2,081 | $4 | $651 | $19,116 |
| 33 | $22,707 | $15,236 | $8,311 | $44 | $2,638 | $48,936 |
| 34 | $168,392 | $67,345 | $15,484 | $213 | $0 | $251,435 |
| 35 | $24,317 | $2,800 | $2,529 | $9 | $1,390 | $31,045 |
| 36 | $101,486 | $43,313 | $9,147 | $0 | $9,872 | $163,818 |
| 37 | $94,058 | $117,503 | $3,664 | $60 | $9,033 | $224,317 |
| 38 | $73,107 | $51,605 | $31,042 | $62 | $3,156 | $158,973 |
| 39 | $60,611 | $54,990 | $8,909 | $37 | $0 | $124,548 |
| 40 | $98,884 | $50,158 | $19,924 | $93 | $5,650 | $174,709 |
| 41 | $232,613 | $92,898 | $21,717 | $348 | $10,534 | $358,110 |
| 42 | $83,720 | $36,641 | $22,109 | $45 | $6,743 | $149,257 |
| 43 | $9,203 | $10,819 | $5,106 | $0 | $850 | $25,978 |
| 44 | $16,483 | $28,441 | $5,429 | $0 | $0 | $50,353 |
| 45 | $27,039 | $22,488 | $5,655 | $18 | $2,787 | $57,988 |
| 46 | $35,788 | $138,112 | $8,842 | $38 | $5,820 | $188,601 |
| 47 | $7,832 | $58,410 | $8,521 | $65 | $3,938 | $78,766 |
| 48 | $4,810 | $6,252 | $688 | $2 | $527 | $12,279 |
| 49 | $923 | $7,412 | $1,481 | $3 | $475 | $10,293 |

The information shown in this exhibit is subject to change based on but not limited to changes in settlement date and participant elections. This exhibit reflects the plan termination date change to June 30, 2013.

## Table of Individual Settlement Amounts

Estimated Individual Settlement Amount before
Application of Allowance % and State Tax Withholding

| Index | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total |
|---|---|---|---|---|---|---|
| 50 | $9,351 | $30,650 | $3,719 | $18 | $1,832 | $45,572 |
| 51 | $22,951 | $36,865 | $9,279 | $14 | $2,160 | $71,270 |
| 52 | $68,903 | $79,764 | $21,929 | $89 | $8,996 | $179,681 |
| 53 | $0 | $109,127 | $2,476 | $13 | $0 | $111,616 |
| 54 | $66,883 | $62,665 | $8,564 | $28 | $0 | $138,141 |
| 55 | $21,649 | $68,763 | $2,306 | $14 | $2,089 | $94,821 |
| 56 | $55,890 | $78,763 | $3,231 | $17 | $3,297 | $141,199 |
| 57 | $166,778 | $65,702 | $19,998 | $82 | $0 | $252,560 |
| 58 | $94,975 | $94,934 | $5,054 | $23 | $7,112 | $202,098 |
| 59 | $43,116 | $46,632 | $2,279 | $28 | $4,615 | $96,671 |
| 60 | $169,859 | $115,193 | $7,644 | $0 | $0 | $292,696 |
| 61 | $15,576 | $8,840 | $8,164 | $14 | $929 | $33,523 |
| 62 | $13,491 | $16,307 | $4,123 | $4 | $0 | $33,924 |
| 63 | $33,709 | $53,643 | $7,142 | $41 | $3,090 | $97,624 |
| 64 | $96,983 | $41,717 | $30,161 | $88 | $8,861 | $177,809 |
| 65 | $151,222 | $38,592 | $59,717 | $243 | $0 | $249,773 |
| 66 | $140,842 | $161,715 | $7,802 | $242 | $7,320 | $317,920 |
| 67 | $45,263 | $32,308 | $8,363 | $24 | $3,678 | $89,635 |
| 68 | $50,920 | $17,587 | $10,616 | $0 | $4,279 | $83,402 |
| 69 | $25,894 | $7,061 | $4,092 | $10 | $2,880 | $39,936 |
| 70 | $0 | $27,432 | $1,216 | $0 | $0 | $28,649 |
| 71 | $27,614 | $11,589 | $9,474 | $38 | $0 | $48,714 |
| 72 | $21,591 | $43,183 | $3,033 | $0 | $2,731 | $70,538 |
| 73 | $33,955 | $8,199 | $14,070 | $41 | $0 | $56,265 |
| 74 | $205 | $2,510 | $767 | $2 | $202 | $3,686 |
| 75 | $85,321 | $103,345 | $5,815 | $26 | $0 | $194,506 |
| 76 | $0 | $65 | $2,258 | $3 | $0 | $2,326 |
| 77 | $101,284 | $38,115 | $21,683 | $140 | $8,482 | $169,704 |
| 78 | $4,879 | $7,307 | $1,901 | $4 | $0 | $14,091 |
| 79 | $11,660 | $1,902 | $872 | $3 | $463 | $14,899 |
| 80 | $94,961 | $28,250 | $15,310 | $52 | $7,833 | $146,407 |
| 81 | $44,456 | $27,275 | $8,058 | $24 | $3,612 | $83,425 |
| 82 | $25,021 | $38,768 | $4,611 | $32 | $0 | $68,432 |
| 83 | $123,261 | $73,753 | $12,746 | $54 | $8,221 | $218,035 |
| 84 | $99,274 | $107,418 | $12,198 | $174 | $0 | $219,064 |
| 85 | $115,688 | $65,352 | $25,296 | $104 | $10,476 | $216,915 |
| 86 | $16,438 | $7,441 | $4,679 | $5 | $1,540 | $30,103 |
| 87 | $75,064 | $54,305 | $9,984 | $57 | $0 | $139,409 |
| 88 | $72,788 | $135,604 | $24,558 | $126 | $7,620 | $240,696 |
| 89 | $49,161 | $16,745 | $14,253 | $71 | $4,291 | $84,521 |
| 90 | $27,162 | $19,224 | $5,296 | $0 | $1,811 | $53,493 |
| 91 | $111,817 | $36,045 | $9,741 | $0 | $12,922 | $170,524 |
| 92 | $112,353 | $37,782 | $6,019 | $25 | $0 | $156,178 |
| 93 | $179,912 | $63,146 | $9,714 | $197 | $10,479 | $263,447 |
| 94 | $83,611 | $39,600 | $19,988 | $38 | $5,775 | $149,012 |
| 95 | $38,622 | $168,014 | $26,048 | $161 | $9,785 | $242,631 |
| 96 | $166,775 | $66,831 | $21,163 | $106 | $0 | $254,874 |
| 97 | $2,246 | $5,415 | $1,023 | $2 | $0 | $8,687 |
| 98 | $48,940 | $19,263 | $4,879 | $71 | $2,144 | $75,297 |

The information shown in this exhibit is subject to change based on but not limited to changes in settlement date and participant elections. This exhibit reflects the plan termination date change to June 30, 2013.

## Table of Individual Settlement Amounts

Estimated Individual Settlement Amount before
Application of Allowance % and State Tax Withholding

| Index | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total |
|---|---|---|---|---|---|---|
| 99 | $61,417 | $62,735 | $19,144 | $97 | $5,866 | $149,259 |
| 100 | $127,041 | $54,669 | $8,123 | $0 | $13,218 | $203,050 |
| 101 | $18,425 | $6,277 | $1,498 | $5 | $0 | $26,204 |
| 102 | $30,709 | $7,961 | $10,259 | $38 | $0 | $48,967 |
| 103 | $26,209 | $10,146 | $6,737 | $16 | $1,223 | $44,331 |
| 104 | $30,197 | $15,356 | $8,561 | $15 | $0 | $54,129 |
| 105 | $116,571 | $112,189 | $26,942 | $205 | $0 | $255,907 |
| 106 | $99,952 | $79,326 | $18,905 | $44 | $6,656 | $204,884 |
| 107 | $133,127 | $94,036 | $30,620 | $59 | $8,966 | $266,809 |
| 108 | $101,736 | $109,612 | $23,253 | $183 | $0 | $234,784 |
| 109 | $16,434 | $22,217 | $10,367 | $29 | $2,898 | $51,944 |
| 110 | $60,088 | $213,301 | $12,613 | $91 | $2,499 | $288,592 |
| 111 | $292,413 | $109,285 | $9,788 | $55 | $0 | $411,541 |
| 112 | $171,800 | $79,188 | $42,399 | $152 | $7,670 | $301,209 |
| 113 | $252,856 | $108,106 | $51,196 | $313 | $18,985 | $431,456 |
| 114 | $34,411 | $58,333 | $8,790 | $64 | $3,233 | $104,831 |
| 115 | $233,821 | $42,546 | $9,814 | $256 | $15,492 | $301,927 |
| 116 | $28,302 | $16,630 | $4,609 | $32 | $0 | $49,573 |
| 117 | $28,587 | $54,333 | $14,792 | $18 | $5,373 | $103,103 |
| 118 | $104,684 | $100,506 | $7,787 | $46 | $0 | $213,023 |
| 119 | $13,761 | $22,363 | $2,472 | $9 | $0 | $38,605 |
| 120 | $12,916 | $9,572 | $7,887 | $0 | $1,489 | $31,864 |
| 121 | $20,343 | $33,053 | $2,930 | $28 | $2,097 | $58,451 |
| 122 | $5,997 | $8,852 | $2,866 | $7 | $754 | $18,476 |
| 123 | $2,306 | $2,087 | $1,542 | $5 | $306 | $6,246 |
| 124 | $74,929 | $67,968 | $13,653 | $124 | $0 | $156,674 |
| 125 | $36,585 | $19,417 | $5,999 | $8 | $2,455 | $64,464 |
| 126 | $101,029 | $56,132 | $29,293 | $102 | $7,751 | $194,308 |
| 127 | $16,024 | $18,377 | $2,602 | $5 | $1,465 | $38,472 |
| 128 | $31,597 | $6,610 | $2,453 | $0 | $0 | $40,660 |
| 129 | $12,200 | $29,068 | $3,379 | $18 | $1,332 | $45,997 |
| 130 | $14,221 | $20,348 | $1,341 | $6 | $0 | $35,915 |
| 131 | $1,059 | $2,085 | $366 | $1 | $0 | $3,512 |
| 132 | $21,989 | $48,393 | $3,870 | $22 | $3,358 | $77,631 |
| 133 | $329,501 | $113,414 | $25,856 | $0 | $25,105 | $493,876 |
| 134 | $122,975 | $74,321 | $17,855 | $78 | $0 | $215,229 |
| 135 | $226,335 | $101,816 | $45,744 | $274 | $16,589 | $390,757 |
| 136 | $30,282 | $30,372 | $6,275 | $19 | $0 | $66,948 |
| 137 | $24,107 | $16,706 | $8,625 | $21 | $2,148 | $51,607 |
| 138 | $183,876 | $187,377 | $42,836 | $0 | $0 | $414,090 |
| 139 | $20,999 | $63,694 | $1,605 | $14 | $2,177 | $88,488 |
| 140 | $169,102 | $160,460 | $14,951 | $57 | $8,625 | $353,195 |
| 141 | $56,941 | $17,089 | $22,221 | $76 | $4,579 | $100,905 |
| 142 | $83,251 | $65,440 | $2,676 | $27 | $4,109 | $155,503 |
| 143 | $158,865 | $148,357 | $79,537 | $274 | $8,298 | $395,331 |
| 144 | $101,491 | $108,133 | $17,387 | $157 | $0 | $227,168 |
| 145 | $35,275 | $2,933 | $3,528 | $13 | $0 | $41,748 |
| 146 | $14,859 | $33,560 | $5,989 | $29 | $0 | $54,435 |
| 147 | $0 | $22,102 | $10,474 | $27 | $1,619 | $34,223 |

The information shown in this exhibit is subject to change based on but not limited to changes in settlement date and participant elections. This exhibit reflects the plan termination date change to June 30, 2013.

## Table of Individual Settlement Amounts

Estimated Individual Settlement Amount before
Application of Allowance % and State Tax Withholding

| Index | Income Replacement | Medical Benefit | Life Insurance | AD&D Insurance | Long-Term Investment Plan | Total |
|---|---|---|---|---|---|---|
| 148 | $8,953 | $1,962 | $1,264 | $7 | $1,062 | $13,248 |
| 149 | $20,531 | $45,934 | $2,288 | $20 | $0 | $68,774 |
| 150 | $39,605 | $31,394 | $10,714 | $19 | $2,875 | $84,606 |
| 151 | $23,929 | $15,200 | $8,881 | $22 | $0 | $48,032 |
| 152 | $186,951 | $165,074 | $34,435 | $215 | $16,251 | $402,926 |
| 153 | $14,861 | $10,929 | $1,635 | $29 | $0 | $27,453 |
| 154 | $30,547 | $11,376 | $9,907 | $13 | $1,986 | $53,828 |
| 155 | $31,903 | $45,655 | $5,537 | $46 | $3,495 | $86,635 |
| 156 | $13,014 | $8,759 | $5,668 | $4 | $0 | $27,446 |
| 157 | $41,299 | $59,729 | $22,043 | $33 | $10,136 | $133,241 |
| 158 | $132,534 | $79,380 | $5,224 | $80 | $12,159 | $229,377 |
| 159 | $40,658 | $53,618 | $6,743 | $0 | $5,277 | $106,296 |
| 160 | $31,647 | $40,768 | $9,150 | $18 | $0 | $81,584 |
| 161 | $143,687 | $46,544 | $25,630 | $0 | $7,012 | $222,873 |
| 162 | $10,867 | $13,987 | $2,467 | $2 | $752 | $28,075 |
| 163 | $46,467 | $45,083 | $15,195 | $25 | $3,822 | $110,592 |
| 164 | $1,471 | $2,926 | $311 | $1 | $150 | $4,859 |
| 165 | $117,532 | $79,068 | $36,675 | $169 | $0 | $233,443 |
| 166 | $476,963 | $119,622 | $74,179 | $378 | $0 | $671,142 |
| 167 | $14,030 | $26,250 | $6,670 | $21 | $1,068 | $48,040 |
| 168 | $36,000 | $22,949 | $13,107 | $33 | $3,299 | $75,388 |
| 169 | $22,074 | $10,393 | $4,558 | $12 | $2,287 | $39,323 |
| 170 | $56,164 | $204,258 | $29,963 | $185 | $0 | $290,570 |
| 171 | $59,124 | $70,970 | $6,829 | $76 | $0 | $136,999 |
| 172 | $40,345 | $72,153 | $10,104 | $96 | $4,142 | $126,840 |
| 173 | $133,893 | $28,733 | $4,756 | $0 | $9,883 | $177,266 |
| 174 | $87,230 | $110,607 | $49,734 | $183 | $0 | $247,754 |
| 175 | $7,364 | $42,455 | $8,639 | $17 | $5,121 | $63,596 |
| 176 | $19,738 | $46,587 | $4,460 | $32 | $2,404 | $73,221 |
| 177 | $90,456 | $117,380 | $18,045 | $52 | $7,917 | $233,851 |
| 178 | $136,344 | $118,922 | $6,984 | $129 | $7,792 | $270,170 |
| 179 | $108,913 | $17,034 | $50,863 | $178 | $0 | $176,988 |
| 180 | $10,346 | $3,893 | $2,514 | $7 | $1,033 | $17,792 |
| 181 | $219,588 | $18,093 | $21,106 | $0 | $0 | $258,787 |
| 182 | $2,021 | $5,060 | $963 | $2 | $189 | $8,236 |
| 183 | $39,344 | $22,653 | $14,289 | $65 | $3,930 | $80,282 |
| 184 | $43,356 | $45,606 | $3,841 | $20 | $6,008 | $98,831 |
| 185 | $9,607 | $172,925 | $2,782 | $46 | $2,195 | $187,554 |
| 186 | $117,064 | $93,655 | $32,354 | $0 | $5,924 | $248,996 |
| 187 | $0 | $73,302 | $13,114 | $0 | $8,785 | $95,200 |
| 188 | $98,696 | $177,495 | $7,038 | $123 | $0 | $283,352 |
| 189 | $173,252 | $56,663 | $8,291 | $37 | $11,290 | $249,534 |
| 190 | $242,213 | $45,953 | $76,565 | $270 | $16,387 | $381,388 |
| Total | $12,891,155 | $9,904,244 | $2,475,751 | $10,741 | $678,110 | $25,960,000 |

The information shown in this exhibit is subject to change based on but not limited to changes in settlement date and participant elections. This exhibit reflects the plan termination date change to June 30, 2013.