Estelle L. Loggins
250 Old Mill Lane
Dallas, Texas 75217

April 24, 2003

To:  Honorable Judge Kevin Gross

From: **Estelle Loggins (EMPLYEE OF NORTEL NETWORKS INC.) (EMP. ID: 0883338**

Re: **Nortel Networks INC. Chapter 11. Case No: 09-10138(KG) & Re: DI 8720 &9673**

Subject: **APPEAL FOR JUSTICE AND CONTINUED SUPPORT**

Honorable Kevin Gross United States Bankruptcy Judge

**BACKGROUND**

1. It has been  over a year since I wrote to you. The only difference is now I am a retired Nortel Employee.  However,  my concerns has not changed about the way Nortel and Prudential Disability Managements continued to repeatedly deny full Benefits as described in the Summary Plan Description (SPD 2000).  As noted in my letter to you dated July 11, 2011. "It took the Department of Labor to force Nortel to reimburse me for monthly Medicare benefit cost; something they promised in the SPD.  The DOL ordered them to reimburse me and all the other recipients of LTD; did they comply; not fully.".

In additionI, have sent two motions to your court for action on this matter (D. I. 8270 and 9673) I am now unable to support myself and looking at the possibility of eviction from my current residence.  What do I have to do to get my motions addressed by the court; or is this possible?

Nortel promised its employees that for the hours we worked (sometimes without pay; when I left on disability I had over 120 hours of overtime I will never be compensated for.) Nortel told us we would be rewarded with better benefits at retirement , that has proved not to be true.  We were promised that as long as there was a Nortel we would be protected!!  I believed this until I was injured on the job; what I did not realize is I would have to fight the debtors (in and out of court) and their business partners (such as Prudential) every bit of the way for every dime I received.

If Nortel does not keep its word I fear for my future.  I relied on the information in the SPD to my detriment.  To deny me these benefits as promised assures me a future of poverty and homelessness.  I have worked to hard all my life to come to such and end.  IT IS NOT JUST; IT IS NOT RIGHT; AND IT IS UNCONSTITUTIONAL!!  NO MAN OR WOMAN SHOULD NOT BE DEPRIVED OF THERE LIFE, LIBERTY OR PURSUIT OF HAPPINESS.  I have suffered for thirteen years at the hands of Nortel and Prudential; if I am forced to continue I will surely be come homeless and DIE from depression or heart failure!

My mental health has declined and I continue to be treated for severe depression due to the fact that they have denied me my expected and legally promised financial expectations. I am someone's Mother;  how would you feel if your Mother had to suffer such indignation by a corporation?

2.  I ask you now to please admit and grant my request for payment as outlined in D. I. 8720 & 9673.  I will not receive any of the payments described in the settlement because my official retirement date occurred on December 10, 2012.  For the most part the

Settlement Agreement reached by for retirees does not effect any of the information listed in D. I. 8720 or 9673. My issues with the debtors has not been addressed and as I understand it they will be expunged and I do not want this to happen. Nortel owes me money and they know it. Please hold them accountable for their actions.

I relied on information in the SPD to my detriment. As a result I have lost my Home, Good Credit, and my Self-Respect.

Respectively yours,

*Estelle L. Loggins*
Estelle L. Loggins