IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: April 19, 2013 at 4 p.m. |
| | ) | Hearing Date: April 30, 2013 at 10 a.m. |
| | ) | RE: Docket #s 9304, 9427 |

**Ralph MacIver, NORTEL US LTD EMPLOYEE, RESPONSE SUPPORTING**
"Joint Motion Pursuant to 363 and 105 of the Bankruptcy Code, and Bankruptcy Rules 9019 and 7023 To (I)(A) Preliminarily Approve The Settlement Agreement Regarding Long-Term Disability Plans And Claims, (B) Conditionally Certify A Class For Settlement Purposes Only, (C) Approve The Notice, Procedures, And (D) Schedule A Fairness Hearing; And (II)(A) Finally Approve The Settlement Agreement, (B) Finally Certify A Class, (C) Authorize The Debtors To Terminate The LTD Plans, And (D) Grant Related Relief" [D.I. 9304]

Dear Honorable Kevin Gross,

I wish to formally communicate to the Court the following please:

- I support the LTD Settlement [D.I. 9304]. Although I am obviously not totally happy with the settlement figures, I understand the Debtors are not either; therefore a satisfactory compromise has been met.

- I have concerns with respect to potentially significant Tax implications and would hope their impact is minimized or it will be yet another entity that will diminish the returns critical for my survival.

Sincerely,

*[signature]*

Ralph MacIver

116 Honeycomb Lane

Morrisville, NC 27560

March 10 2013