# EXHIBIT B

Nortel Networks Section 1114
2/1/2013...2/28/2013

# Togut, Segal & Segal LLP
## Summary Report

4/26/2013
1:18:14 PM

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Fax | | 0.0 | 1.25 |
| Lodging | | 0.0 | 1,816.84 |
| Meals | | 0.0 | 871.40 |
| Misc. | | 0.0 | 19,480.25 |
| Photocopies | | 0.0 | 572.70 |
| Postage | | 0.0 | 2.30 |
| Telephone | | 0.0 | 347.40 |
| Travel-airfare | | 0.0 | 5,437.93 |
| Travel-ground | | 0.0 | 2,030.42 |
| | Grand Total: | 0.0 | 30,560.49 |

1

Case 09-10138-MFW   Doc 10418-3   Filed 05/01/13   Page 3 of 13

Nortel Networks Section 1114
2/1/2013...2/28/2013

Togut, Segal & Segal LLP
Client Billing Report

4/26/2013
1:28:25 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|

**Matter: General**

| 2/1/13 | nberger / Travel-ground<br>General | E | 0.0<br>112.79 | 112.79<br>Billable |
|---|---|---|---|---|
| #248913 | Car service from office on 2/1/13 at 8:28pm -- worked late re retirees (less stop). | | | |
| 2/1/13 | foswald / Fax<br>General | E | 0.0<br>1.25 | 1.25<br>Billable |
| #248955 | TS&S monthly facsimile transmission for February 2013. | | | |
| 2/1/13 | foswald / Telephone<br>General | E | 0.0<br>66.00 | 66.00<br>Billable |
| #253865 | TS&S monthly telephone for February 2013. | | | |
| 2/1/13 | atogut / Postage<br>General | E | 0.0<br>2.30 | 2.30<br>Billable |
| #260306 | TS&S monthly postage for February 2013. | | | |
| 2/4/13 | nberger / Travel-ground<br>General | E | 0.0<br>107.62 | 107.62<br>Billable |
| #249294 | Car service from office on 2/4/13 at 9:17pm -- worked late re retirees (less waiting time). | | | |
| 2/4/13 | sskelly / Travel-ground<br>General | E | 0.0<br>108.12 | 108.12<br>Billable |
| #249339 | Car service from office on 2/4/13 at 8:18pm -- worked late re retirees. | | | |
| 2/4/13 | sskelly / Meals<br>General | E | 0.0<br>6.63 | 6.63<br>Billable |
| #257840 | Dinner on 2/4/13 -- worked late on settlement and TCs to retirees. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 2/5/13 #249669 | nberger / Travel-ground<br>General<br>Car service from office on 2/5/13 at 10:26pm -- worked late re retirees (less waiting time). | E | 0.0<br>108.00 | 108.00<br>Billable |
| 2/5/13 #249670 | sskelly / Travel-ground<br>General<br>Car service from office on 2/5/13 at 9:38pm -- worked late re retirees (less waiting time). | E | 0.0<br>104.25 | 104.25<br>Billable |
| 2/5/13 #257843 | sskelly / Meals<br>General<br>Dinner on 2/5/13 for SS and NB -- worked late on town hall meeting preparation. | E | 0.0<br>35.00 | 35.00<br>Billable |
| 2/6/13 #249944 | sskelly / Meals<br>General<br>Dinner on 2/6/13 – worked late responding to retiree inquiries (RG paid). | E | 0.0<br>18.70 | 18.70<br>Billable |
| 2/6/13 #250110 | sskelly / Travel-ground<br>General<br>Car service from office on 2/6/13 at 8:51pm -- worked late re retirees. | E | 0.0<br>104.04 | 104.04<br>Billable |
| 2/7/13 #250358 | sskelly / Travel-ground<br>General<br>Car service from office on 2/7/13 at 10:14pm -- worked late re retirees (less waiting time). | E | 0.0<br>109.01 | 109.01<br>Billable |
| 2/7/13 #250421 | nberger / Travel-ground<br>General<br>Car service from office on 2/7/13 at 10:17pm -- worked late re retirees (less waiting time). | E | 0.0<br>111.67 | 111.67<br>Billable |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
2/1/2013...2/28/2013

4/26/2013
1:28:25 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 2/7/13 | sskelly / Meals<br>General | E | 0.0<br>40.00 | 40.00<br>Billable |
| #257870 | Dinner on 2/7/13 for SS and NB -- worked late on email inquiries and town hall outline. | | | |
| 2/7/13 | rmilin / Travel-ground<br>General | E | 0.0<br>9.00 | 9.00<br>Billable |
| #260613 | Taxi from office on 2/7/13 at 1:09 a.m. -- worked late on 2/6/13 drafting and revising Town Hall meeting outline explaining benefits to retirees. | | | |
| 2/8/13 | nberger / Meals<br>General | E | 0.0<br>140.12 | 140.12<br>Billable |
| #250531 | Coffee, Fruit and Baked Goods delivered for meeting to be held at TS&S offices on 2/8/13 -- meeting canceled re snow conditions. | | | |
| 2/8/13 | nberger / Telephone<br>General | E | 0.0<br>117.74 | 117.74<br>Billable |
| #260751 | Conference call held on 2/8/13 re Retiree Committee. | | | |
| 2/11/13 | nberger / Travel-ground<br>General | E | 0.0<br>10.50 | 10.50<br>Billable |
| #250782 | Taxi from office on 2/11/13 at 9:40 p.m. -- worked late re settlement. | | | |
| 2/11/13 | lmuchnik / Meals<br>General | E | 0.0<br>19.90 | 19.90<br>Billable |
| #253987 | Dinner on 2/11/13 for MDH -- worked late responding to several ICF inquiries made by individual retirees. | | | |
| 2/12/13 | nberger / Meals<br>General | E | 0.0<br>80.24 | 80.24<br>Billable |
| #251074 | Coffee/Fruit for meeting held at TS&S offices on 2/12/13 re retirees (attendees: NB, Ron Winters, Doug Greer, Kevin Gregson, Rich Mizak, Mark Daniele, Vincent Bodner, Kevin Brown). | | | |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
2/1/2013...2/28/2013

4/26/2013
1:28:25 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 2/12/13 | nberger / Travel-ground<br>General | E | 0.0<br>54.00 | 54.00<br>Billable |
| #251264 | Parking on 2/12/13 -- worked late on settlement agreement (1/2 rate billed to non-Nortel client). | | | |
| 2/12/13 | rmilin / Travel-ground<br>General | E | 0.0<br>8.50 | 8.50<br>Billable |
| #260620 | Taxi from office on 2/12/13 at 9:17 pm -- worked late reviewing claim materials to determine issues and next steps. | | | |
| 2/12/13 | nberger / Telephone<br>General | E | 0.0<br>13.72 | 13.72<br>Billable |
| #260752 | Conference call held on 2/12/13 re Retiree Committee. | | | |
| 2/13/13 | jbernsten / Travel-ground<br>General | E | 0.0<br>11.90 | 11.90<br>Billable |
| #259024 | Taxi from office on 2/13/13 at 8:30pm -- worked late on retiree call inquiries. | | | |
| 2/20/13 | nberger / Travel-airfare<br>General | E | 0.0<br>339.10 | 339.10<br>Billable |
| #252950 | Airfare from Westchester, NY to Raleigh, NC to attend Town Hall meeting on 2/20/13 ($314.10); travel insurance re same ($25). | | | |
| 2/20/13 | nberger / Meals<br>General | E | 0.0<br>10.56 | 10.56<br>Billable |
| #253110 | Snack on 2/20/13 at Reagan National Airport in Washington, DC -- connection to Raleigh town hall settlement meeting re settlement. | | | |
| 2/20/13 | nberger / Meals<br>General | E | 0.0<br>115.00 | 115.00<br>Billable |
| #253111 | Lunch on 2/20/13 for NB SS, M. Daniele, R. Winters, D. Greer, M. Ressner and M. Haupt prior to Raleigh town hall meeting re settlement. | | | |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
2/1/2013...2/28/2013

4/26/2013
1:28:25 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 2/20/13 | nberger / Meals<br>General | E | 0.0<br>60.00 | 60.00<br>Billable |
| #253112 | Dinner on 2/20/13 for NB, SS and M. Daniele at Raleigh airport after town hall meeting re settlement (reduced to $20 per person). | | | |
| 2/20/13 | nberger / Travel-ground<br>General | E | 0.0<br>28.80 | 28.80<br>Billable |
| #253113 | Parking on 2/20/13 at Westchester County Airport, NY -- trip to Raleigh, NC to attend town hall meeting re settlement. | | | |
| 2/20/13 | sskelly / Travel-airfare<br>General | E | 0.0<br>339.10 | 339.10<br>Billable |
| #253170 | Airfare from Westchester, NY to Raleigh, NC on 2/20/13 to attend town hall meeting ($314.10); service fee re same (25). | | | |
| 2/20/13 | sskelly / Meals<br>General | E | 0.0<br>12.32 | 12.32<br>Billable |
| #253171 | Meal at Westchester, NY airport prior to flight to Raleigh, NC on 2/20/13 to attend town hall meeting. | | | |
| 2/20/13 | sskelly / Meals<br>General | E | 0.0<br>7.61 | 7.61<br>Billable |
| #253172 | Lunch at Raegen Int'l Airport (Washington, DC) prior to connecting flight to Raleigh, NC on 2/20/13 to attend town hall meeting. | | | |
| 2/20/13 | nberger / Misc.<br>General | E | 0.0<br>3,716.01 | 3,716.01<br>Billable |
| #257926 | Banquet hall rental in Raleigh, NC for town hall meeting on 2/20/13. | | | |
| 2/20/13 | sskelly / Travel-ground<br>General | E | 0.0<br>101.75 | 101.75<br>Billable |
| #260161 | Car service to WEA Airport on 2/20/13 at 6:06am -- travel re town hall meeting. | | | |

Nortel Networks Section 1114
2/1/2013...2/28/2013

Togut, Segal & Segal LLP
Client Billing Report

4/26/2013
1:28:25 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 2/20/13 | sskelly / Travel-ground<br>General | E | 0.0<br>99.96 | 99.96<br>Billable |
| #260163 | Car service from WEA Airport to home on 2/20/13 at 10:48pm -- returned from town hall meeting. | | | |
| 2/21/13 | jbernsten / Travel-ground<br>General | E | 0.0<br>22.20 | 22.20<br>Billable |
| #259026 | Taxi from office on 2/21/13 at 8:20pm – worked late on retiree call inquiries. | | | |
| 2/21/13 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #260164 | Car service from office on 2/21/13 at 8:01pm -- worked late re Retiree Committee. | | | |
| 2/21/13 | nberger / Telephone<br>General | E | 0.0<br>56.14 | 56.14<br>Billable |
| #266430 | Conference call held on 2/21/13 re retiree committee. | | | |
| 2/22/13 | nberger / Telephone<br>General | E | 0.0<br>93.80 | 93.80<br>Billable |
| #266431 | Conference call held on 2/22/13 re retiree committee. | | | |
| 2/24/13 | nberger / Travel-airfare<br>General | E | 0.0<br>15.00 | 15.00<br>Billable |
| #254000 | Purchased Wi-Fi for work on flight to Dallas re responses to retiree inquiries re settlement. | | | |
| 2/24/13 | nberger / Travel-airfare<br>General | E | 0.0<br>1,121.46 | 1,121.46<br>Billable |
| #254001 | Airfare (coach rate) to Dallas, TX on 2/24/13 and San Jose, CA on 2/25/13 for town hall meetings. | | | |
| 2/24/13 | sskelly / Travel-airfare<br>General | E | 0.0<br>1,121.46 | 1,121.46<br>Billable |
| #254007 | Airfare (coach rate) to Dallas, TX on 2/24/13 and San Jose, CA on 2/25/13 for town hall meetings. | | | |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
2/1/2013...2/28/2013

4/26/2013
1:28:25 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 2/24/13 | sskelly / Meals<br>General | E | 0.0<br>20.00 | 20.00<br>Billable |
| #257876 | Lunch at airport on 2/24/13 -- traveling to Dallas, TX for town hall meeting. | | | |
| 2/24/13 | sskelly / Lodging<br>General | E | 0.0<br>432.60 | 432.60<br>Billable |
| #257894 | One-night stay at Westin Hotels in Frisco, TX on 2/24/13 to attend town hall meeting. | | | |
| 2/24/13 | nberger / Lodging<br>General | E | 0.0<br>359.94 | 359.94<br>Billable |
| #259735 | One-night hotel stay on 2/24/13 for Dallas town hall meeting held on 2/25/13. | | | |
| 2/24/13 | sskelly / Travel-airfare<br>General | E | 0.0<br>15.00 | 15.00<br>Billable |
| #259879 | Fee for internet connection on Dallas flight on 2/24/13 for town hall meeting. | | | |
| 2/24/13 | sskelly / Travel-airfare<br>General | E | 0.0<br>10.83 | 10.83<br>Billable |
| #259880 | Fee for internet connection on San Jose flight on 2/25/13 for town hall meeting. | | | |
| 2/24/13 | sskelly / Travel-ground<br>General | E | 0.0<br>137.45 | 137.45<br>Billable |
| #260162 | Car service to LGA Airport on Sunday, 2/24/13 at 1:30pm -- travel re town hall meeting. | | | |
| 2/24/13 | nberger / Travel-ground<br>General | E | 0.0<br>141.20 | 141.20<br>Billable |
| #262111 | Car service to LGA Airport on 2/24/13 -- travel to attend town hall meeting. | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

Nortel Networks Section 1114
2/1/2013...2/28/2013

4/26/2013
1:28:25 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 2/25/13 | sskelly / Meals<br>General | E | 0.0<br>80.00 | 80.00<br>Billable |
| #257899 | Dinner for NB, SS, M. Daniele, Ron Winters after Dallas town hall meeting. | | | |
| 2/25/13 | nberger / Travel-ground<br>General | E | 0.0<br>69.00 | 69.00<br>Billable |
| #257930 | Taxi on 2/25/13 for NB, SS and D. Greer from town hall meeting to airport in Dallas, TX. | | | |
| 2/25/13 | nberger / Lodging<br>General | E | 0.0<br>339.56 | 339.56<br>Billable |
| #257934 | One-night stay at Hilton Santa Clara on 2/25/13 -- town hall meeting. | | | |
| 2/25/13 | nberger / Travel-ground<br>General | E | 0.0<br>24.60 | 24.60<br>Billable |
| #257937 | Taxi for NB, SS and D. Greer from San Jose Airport to Santa Clara Hilton for 2/26/13 town hall meeting. | | | |
| 2/25/13 | nberger / Misc.<br>General | E | 0.0<br>4,921.98 | 4,921.98<br>Billable |
| #259736 | Rental of banquet room (with beverages) for 250 people for Dallas town hall meeting held on 2/25/13. | | | |
| 2/25/13 | nberger / Misc.<br>General | E | 0.0<br>4,759.65 | 4,759.65<br>Billable |
| #259737 | Equipment rental at banquet room for Dallas town hall meeting held on 2/25/13. | | | |
| 2/25/13 | nberger / Misc.<br>General | E | 0.0<br>302.02 | 302.02<br>Billable |
| #259738 | Rental of five wireless internet connections for banquet room during Dallas town hall meeting held on 2/25/13. | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 2/25/13 | sskelly / Lodging<br>General | E | 0.0<br>345.18 | 345.18<br>Billable |
| #259881 | One-night hotel stay on 2/25/13 for Santa Clara town hall meeting held on 2/26/13 ($335.18); internet connection fee for same ($10). | | | |
| 2/26/13 | nberger / Travel-airfare<br>General | E | 0.0<br>1,237.99 | 1,237.99<br>Billable |
| #254003 | Redeye flight (coach rate) from San Jose, CA to New York on 2/26/13 after attending town hall meeting. | | | |
| 2/26/13 | sskelly / Travel-airfare<br>General | E | 0.0<br>1,237.99 | 1,237.99<br>Billable |
| #254009 | Redeye flight (coach rate) from San Jose, CA to New York on 2/26/13 after attending town hall meeting. | | | |
| 2/26/13 | sskelly / Meals<br>General | E | 0.0<br>5.48 | 5.48<br>Billable |
| #257907 | Tea at San Francisco airport on 2/26/13 prior to San Jose town hall meeting. | | | |
| 2/26/13 | nberger / Meals<br>General | E | 0.0<br>42.12 | 42.12<br>Billable |
| #257939 | Lunch on 2/26/13 for NB and Alan Kember -- meeting preparing for Santa Clara town hall meeting. | | | |
| 2/26/13 | nberger / Travel-ground<br>General | E | 0.0<br>120.00 | 120.00<br>Billable |
| #257944 | Taxi for NB, SS and MD from Santa Clara town hall meeting to San Francisco Airport. | | | |
| 2/26/13 | nberger / Lodging<br>General | E | 0.0<br>339.56 | 339.56<br>Billable |
| #259739 | One-night hotel stay on 2/25/13 for Santa Clara town hall meeting held on 2/26/13. | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 2/26/13 | nberger / Misc.<br>General | E | 0.0<br>4,650.11 | 4,650.11<br>Billable |
| #259740 | Rental of banquet room for Santa Clara town hall meeting held on 2/26/13. | | | |
| 2/26/13 | nberger / Misc.<br>General | E | 0.0<br>1,130.48 | 1,130.48<br>Billable |
| #259745 | Equipment rental at banquet room for Santa Clara town hall meeting held on 2/26/13. | | | |
| 2/26/13 | nberger / Meals<br>General | E | 0.0<br>77.72 | 77.72<br>Billable |
| #259747 | Dinner and coffee at hotel after Santa Clara town hall meeting held on 2/26/13. | | | |
| 2/27/13 | sskelly / Travel-ground<br>General | E | 0.0<br>144.80 | 144.80<br>Billable |
| #257903 | Taxi for SS and NB on 2/27/13 to San Francisco Airport from San Jose town hall meeting. | | | |
| 2/27/13 | nberger / Travel-ground<br>General | E | 0.0<br>77.22 | 77.22<br>Billable |
| #260165 | Car service from JFK Airport to office on 2/27/13 at 8:22pm -- returned from town hall meeting (less waiting time). | | | |
| 2/28/13 | nberger / Meals<br>General | E | 0.0<br>100.00 | 100.00<br>Billable |
| #263363 | Dinner post town hall meeting: NB, SS, M. Daniele, D. Greer and R. Winters in attendance. | | | |
| | Matter Total: | | 0.00 | 29,987.79 |

| | | |
|---|---|---|
| Nortel Networks Section 1114 | Togut, Segal & Segal LLP | 4/26/2013 |
| 2/1/2013...2/28/2013 | Client Billing Report | 1:28:25 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|

**Matter:**

| 2/1/13 | atogut / Photocopies | E | 0.0 | 572.70 |
| #260724 | TS&S monthly photocopies for February 2013. | | 572.70 | Billable |

|  | Matter Total: | 0.00 | 572.70 |
|---|---|---|---|
|  | Total Time Bill: | | |
|  | Total Time Non Bill: | | |
|  | Total Costs Bill: | | 30,560.49 |
|  | Total Costs Non Bill: | | |
|  | Total Non Billable: | | |
|  | Total Billable: | | 30,560.49 |
|  | Grand Total: | | 30,560.49 |