# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* <br> Nortel Networks Inc., *et al.*,[1] <br>                   Debtors. | X <br> : <br> : <br> : <br> : <br> : | Chapter 11 <br> Case No. 09-10138 (KG) <br> Jointly Administered <br><br> **RE: D.I.: 10406** |
| ----------------------------------------------------------------- X <br> OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS, <br>                   Plaintiffs, <br>                   v. <br> NORTEL NETWORKS INC., *et al.*, <br>                   Defendants. <br> ----------------------------------------------------------------- X | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adv. Proc. No. 12-50995 (KG) <br><br> **RE: D.I.: 49** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2013, a copy of the **Order (A) Approving the Settlement Agreement on a Final Basis, (B) Certifying a Class for Settlement Purposes Only on a Final Basis, (C) Authorizing the Debtors to Terminate the LTD Plans, and (D) Granting Related Relief** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: May 1, 2013 <br>
Wilmington, Delaware

                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP <br>
                                        James L. Bromley (admitted pro hac vice) <br>
                                        Lisa M. Schweitzer (admitted pro hac vice) <br>
                                        One Liberty Plaza <br>
                                        New York, NY 10006 <br>
                                        Telephone: (212) 225-2000

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (b), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Facsimile: (212) 225-3999

and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7175518.1

2