IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- X
: 
In re: : Chapter 11
: 
NORTEL NETWORKS INC., *et al.*,[1] : Case No. 09-10138 (KG)
: 
             Debtors. : (Jointly Administered)
: 
: **RE:  Docket No. 10166**
---------------------------------------------------------------------- X

## NOTICE OF FILING OF ITEMS DESIGNATED FOR RECORD ON APPEAL

**PLEASE TAKE NOTICE** that in accordance with Rule 8006-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] for Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors"),[3] filed the following items, which will be designated in the record of their appeal [D.I. 10166] of the Order Approving Allocation Protocol, entered by the United States

---

[1]. The Debtors in these Chapter 11 cases are: Nortel Networks Inc., Nortel Networks Capital Corporation, Alteon WebSystems, Inc., Alteon WebSystems International, Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc. and Nortel Networks Cable Solutions Inc.

[2] The Joint Administrators in the English proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited, are:  Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris.  The Joint Administrators in the English proceedings for Nortel Networks (Ireland) Limited are:  Alan Robert Bloom and David Martin Hughes.

[3] The EMEA Debtors are located in Europe, the Middle East and Africa and are in proceedings pending before the High Court of Justice of England and Wales.  They are:  Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks s.r.o.

Bankruptcy Court for the District of Delaware on April 3, 2013 [D.I. 9947] and the accompanying Opinion [D.I. 9946]:

| Attached Hereto As Exhibit: | Description |
|---|---|
| A | Affidavit of Tai-Heng Cheng |
| B | The Nortel Mediation Opening Remarks of Chief Justice Warren K. Winkler on April 24, 2012 |
| C | Endorsement of Justice Morawetz of the Ontario Superior Court of Justice–Commercial List dated March 8, 2013 |
| D | Endorsement of Justice Morawetz of the Ontario Superior Court of Justice–Commercial List dated April 3, 2013 |
| E | Amended Notice of Motion for Leave to Appeal |
| F | Notice of Motion to Expedite and Consolidate |

3

Dated: Wilmington, Delaware
May 1, 2013

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Jaime Luton Chapman
          Edwin J. Harron (No. 3396)
          John T. Dorsey (No. 2988)
          Jaime Luton Chapman (No. 4936)

          Rodney Square
          1000 North King Street
          Wilmington, Delaware 19801
          Telephone:  302-571-6600
          Fax:  302-571-1253

          − and −

          HUGHES HUBBARD & REED LLP

          Derek J.T. Adler
          Amera Z. Chowhan
          Gabrielle Glemann
          Charles H. Huberty

          One Battery Park Plaza
          New York, New York 10004
          Telephone:  212-837-6000
          Fax:  212-422-4726

          − and −

          HERBERT SMITH FREEHILLS LLP

          Kevin Lloyd
          John Whiteoak
          Richard Lawton

          Exchange House
          Primrose Street
          London EC2A 2HS

          *Counsel for Joint Administrators*