IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| | ) | |
| NORTEL NETWORKS, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | Adv.Proc.No. 12-50995(KG) |
| ---------------------------- | ) | |
| OFFICIAL COMMITTEE OF LONG- | ) | |
| TERM DISABILITY PLAN | ) | |
| PARTICIPANTS, on behalf of | ) | |
| and as agent for a class of | ) | |
| Individual participants and | ) | Courtroom 3 |
| Beneficiaries under various | ) | 824 Market Street |
| NORTEL NETWORKS HEALTH AND | ) | Wilmington, Delaware |
| WELFARE BENEFIT PLANS, | ) | |
| | ) | |
| Plaintiffs, | ) | April 30, 2013 |
| | ) | 10:00 a.m. |
| V. | ) | |
| | ) | |
| NORTEL NETWORKS, INC., et al. | ) | |
| | ) | |
| Defendants | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:              Morris Nichols Arsht & Tunnell, LLP
                          BY: DEREK ABBOTT, ESQ.
                          BY: ANN CORDO, ESQ.
                          1201 N. Market St., 18th Fl.
                          Wilmington, DE  19899-1347
                          (302) 351-9357

                          Cleary Gottlieb Steen & Hamilton
                          BY: LISA SCHWEITZER, ESQ.
                          BY: ROBERT RYAN, ESQ.
                          BY: MEGAN FLEMING, ESQ.
                          BY: ROGER COOPER, ESQ.
                          One Liberty Plaza
                          New York, NY  10006
                          (212) 225-2000

ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For the Creditors'        Richards Layton & Finger
Committee:                BY: CHRIS SAMIS, ESQ.
                          One Rodney Square
                          920 North King Street
                          Wilmington, DE  19801
                          (302) 651-7531

                          Akin Gump Strauss Hauer & Feld
                          BY: LISA BECKERMAN, ESQ.
                          BY: ARUN KURICHETY, ESQ.
                          One Bryant Park
                          New York, NY  10035
                          (212) 872-1000

For Bondholder Group:     Milbank Tweed Hadley & McCloy
                          BY: THOMAS MATZ, ESQ.
                          BY: NICK BASSETT, ESQ.
                          One Chase Manhattan Plaza
                          New York, NY  10005
                          (212) 530-5000

For Retiree Committee:    Togut Segal & Segal, LLP
                          BY: NEIL BERGER, ESQ.
                          One Penn Plaza, Ste. 3335
                          New York, NY  10119
                          (212) 594-5000

For U. S. Trustee:        Office of the U. S. Trustee
                          BY: MARK KENNEY, ESQ.
                          BY: W. BRADLEY RUSSELL, ESQ.
                          844 King Street, Ste. 2207
                          Lockbox 35
                          Wilmington, DE  19801
                          (302) 573-6491

For LTD Committee:        Elliott Greenleaf
                          BY: RAFAEL ZAHRALDDIN, ESQ.
                          BY: MARGARET CURRAN, ESQ.
                          BY: MARY KOHART, ESQ.
                          1105 Market St., Ste. 1700
                          Wilmington, DE  19801
                          (302) 384-9405

```
For Monitor, Ernst &
Young:                     Buchanan Ingersoll & Rooney, PC
                           BY: KATHLEEN A. MURPHY, ESQ.
                           1105 North Market St., Ste. 1900
                           Wilmington, DE  19801-1054
                           (302) 552-4214

For Retirees:              McCarter & English
                           BY: KATE BUCK, ESQ.
                           Renaissance Centre
                           405 N. King St., 8th Floor
                           Wilmington, DE  19801
                           (302) 984-6313

For Ericsson, Inc.:        Polsinelli Shughart, PC
                           BY: JUSTIN K. EDELSON, ESQ.
                           222 Delaware Ave., Ste. 1101
                           Wilmington, DE  19801
                           (302) 252-0920

For Long Term Disabled
Committee:                 Sole Proprietor
                           BY: MORGAN MAXWELL

For Emily Cullen:          Pro Se
                           BY: MARC CULLEN

TELEPHONIC APPEARANCES:

For Creditor, Aurelius:    Kramer Levin Naftalis & Frankel LLP
                           BY: DAVID E. BLABEY, JR., ESQ.
                           (212) 715-9100

For Creditor, Law
Debenture:                 Patterson Belnap Webb & Tyler
                           BY: CRAIG W. DENT, ESQ.
                           (212) 336-2864

For Creditor, NN UK
Pension Trust Limited:     Willkie Farr & Gallagher, LLP
                           BY: JACK TRACY, ESQ.
                           (212) 728-8744

For Monitor, Ernst
& Young:                   Allen & Overy, LLP
                           BY: DANIEL GUYDER, ESQ.
                           (212) 756-1132
```

For Ericsson, Inc.:        Wick Phillips Gould & Martin, LLP
                           BY: ANDREW M. GOULD, ESQ.
                           (214) 692-6200

                           Ericsson, Inc.
                           BY: TARA HITTLEMAM
                           (972) 583-3585

For Creditor, Official
Committee of Retirees:     Togut Segal & Segal, LLP
                           BY: STEPHANIE SKELLY, ESQ.
                           (212) 594-5000

For Interested Party:      Bank of America
                           BY: ESTHER Chung
                           (646) 855-6705

For Interested Party:      Farallon Capital Management
                           BY: MICHAEL LINN
                           (415) 421-2132

For Interested Party:      Aurelius Capital Management, LP
                           BY: MATTHEW A. ZLOTO
                           (646) 445-6518

For Interested Party:      In Pro Per/Pro Se
                           BY: MARK R. JANIS
                           (813) 684-1760

For Creditor:              In Pro Per/Pro Se
                           BY: NARINDER SARAN
                           (954) 341-7363

For In Propria Persona:    In Pro Per/Pro Se
                           BY: MICHAEL P. ALMS
                           (262) 534-3955

For In Propria Persona:    In Pro Per/Pro se
                           BY: CHARLES V. BARRY
                           (919) 528-3868

For In Propria Persona:    In Pro Per/Pro Se
                           BY: DANIEL DAVID
                           (919) 554-9291

For In Propria Persona:    In Pro Per/Pro Se
                           BY: MARILY DAY
                           (469) 675-3612

For In Propria Persona:     In Pro Per/Pro Se
                            BY: JANETTE HEAD
                            (603) 626-6938

For In Propria Persona:     In Pro Per/Pro Se
                            BY: RICHARD HODGES
                            (972) 814-9020

For In Propria Persona:     In Pro Per/Pro Se
                            BY: RAHUL KUMAR
                            9-813055-7415

For In Propria Persona:     In Pro Per/Pro Se
                            BY: KERRY W. LOGAN
                            (813) 644-7793

For In Propria Persona      In Pro Per/Pro Se
                            BY: WILLIAM REED
                            (251) 653-6459

For In Propria Persona:     In Pro Per/Pro Se
                            BY: BRENDA ROHRBAUGH
                            (678) 764-5569

For In Propria Persona:     In Pro Per/Pro Se
                            BY: JOHN J. ROSSI
                            (330) 264-7737

For In Propria Persona:     In Pro Per/Pro Se
                            BY: JERRY WADLOW
                            (405) 592-9315

For In Propria Persona
(Employee):                 In Pro Per/Pro Se
                            BY: DEBORAH M. JONES
                            (570) 439-1153

For In Propria Persona:     Nortel Networks, Inc.
                            BY: CAROL RAYMOND
                            (305) 238-4951

WILMINGTON, DELAWARE, TUESDAY, APRIL 30, 2013, 10:12 A.M.

1              THE CLERK:  Please rise.

2              THE COURT:  Good morning, everyone.  Please be

3    seated.  Thank you.  And good morning, Mr. Abbott.

4              MR. ABBOTT:  Good morning, Your Honor.  Derek

5    Abbott of Morris Nichols here for the Debtors --

6              THE COURT:  Yes, sir.

7              MR. ABBOTT:  -- on a day that's been a long time

8    coming, Your Honor.

9              THE COURT:  Yes.

10             MR. ABBOTT:  I hope it won't be so long getting

11   through.  Your Honor, we have four items on the Agenda.

12   Item 1 has been adjourned to June 25.  Your Honor, item 2

13   and 4 together sort of comprise the main event.  Item 3,

14   Your Honor, is a Motion that I think will not take too long,

15   and Ericsson's counsel is in the courtroom as well for that

16   Motion.  I'm wondering if we can start with that one out of

17   order.

18             THE COURT:  If that's acceptable, yes, I think we

19   certainly can do that.

20             MR. ABBOTT:  Perfect.  Then I'll --

21             THE COURT:  We should do that.

22             MR. ABBOTT:  -- cede the podium, Your Honor, to

23   Ms. Fleming from Cleary, who will present at least the

24   Debtor's perspective on that one.

1           THE COURT:  All right.  Mr. Abbott, thank you.

2           MR. ABBOTT:  Thank you, Your Honor.

3           THE COURT:  Ms. Fleming, good morning.

4           MS. FLEMING:  Good morning, Your Honor.

5           THE COURT:  Good to see you.

6           MS. FLEMING:  Good -- nice to see you as well,

7  good to be here on this big day.

8           Your Honor, for the record, Megan Fleming from

9  Cleary Gottlieb Steen & Hamilton on behalf of the Debtors.

10          As Mr. Abbott explained, we'd like to begin by

11  addressing Mr. Paroski's Motion Seeking Payment from

12  Ericsson as Successor to the GSM Business Line since we

13  believe that will be the fastest item on the Agenda today.

14          Is Mr. Paroski present in the courtroom or on the

15  telephone?

16          THE COURT:  Mr. Paroski?  I don't hear him.

17  Obviously, he's not in the courtroom and I'm looking to see

18  if he is on my phone list.

19          MS. FLEMING:  I didn't hear his name or see his

20  name on the court call sign-in list if that's --

21          THE COURT:  It was certainly noticed for today.

22          MS. FLEMING:  Yes, Your Honor.  If he's not

23  present, maybe it would be helpful if I just briefly

24  describe his Motion on his behalf.

25          THE COURT:  Please.

1           MS. FLEMING:  So although the Motion is not

2    entirely clear, Mr. Paroski appears to be alleging that

3    Ericsson is required to pay him $421,000 and -- sorry,

4    $421,964 under a Successor Liability Theory as --

5           THE COURT:  Yes.

6           MS. FLEMING:  -- a result of its failure to hire

7    Mr. Paroski in conjunction with its acquisition of the GSM

8    Business Line from Nortel.

9           THE COURT:  Yes.

10           MS. FLEMING:  So the Debtors did file an

11    Objection to Mr. Paroski's Motion, although it does not seek

12    any relief against the Debtors or relate to the LTD

13    Settlement Agreement that we're going to be discussing a

14    little bit later today.  Mr. Paroski is a current LTD

15    employee of the Debtors and he filed a similar Motion last

16    June.  The portion of the Motion relating to his Successor

17    Liability Claim against Ericsson was denied with prejudice

18    at the August 22nd, 2012, hearing.

19           THE COURT:  Right.

20           MS. FLEMING:  So the Debtors believe that

21    Mr. Paroski cannot sustain a claim against Ericsson under

22    his current Motion either.  First, any Objections that

23    Mr. Paroski may have had regarding the sale of the GSM

24    Business Line to Ericsson are long since barred.  The

25    Objections to -- I'm sorry, the deadline to object to that

1  sale in the sale hearing passed in 2009 and Mr. Paroski

2  failed to file an Objection to that Sale Motion or to appear

3  at the sale hearing.

4       Moreover, Section 7.1.1 of the Sale Agreement

5  with Ericsson offered employees on disability leave

6  employment with Ericsson provided that they were capable of

7  returning to work within 90 days of the sale's closing.  And

8  Mr. Paroski did not return to work, and therefore, he does

9  not have a claim against Ericsson for discrimination or

10  successor liability.

11       As Mr. Abbott said, the counsel to Ericsson is in

12  the courtroom today, and they also filed an Objection to

13  Mr. Paroski's Motion.  So unless you have any questions, I

14  would turn the floor over to him.

15       THE COURT:  Just one question, and maybe this

16  would be more properly put to Ericsson's counsel, but I read

17  about a litigation in Texas -- in State Court in Texas that

18  Mr. Paroski brought against Ericsson, is that correct?

19       MS. FLEMING:  Yes, Your Honor.  And my

20  understanding, although Ericsson's counsel can speak to this

21  better --

22       THE COURT:  Yes.

23       MS. FLEMING:  -- is that it was alleging similar

24  theories in the court and that that case was dismissed as

25  well.

1          THE COURT:  Very well.  All right.  Thank you,

2    Ms. Fleming.

3          MS. FLEMING:  Thank you Judge Gross.

4          THE COURT:  Good morning.

5          MR. EDELSON:  Good morning, Your Honor, Justin

6    Edelson from Polsinelli on behalf of Ericsson.

7          First of all, Your Honor, I just want to thank

8    the Court and thank Debtors' counsel for allowing us to move

9    this matter to the top of the Agenda --

10          THE COURT:  Yes.

11          MR. EDELSON:  -- because I think it is the

12    quickest.  Without repeating what Debtors' counsel said or

13    what we actually filed in our written Objection, very simply

14    stated, we don't believe that Mr. Paroski set forth any

15    legal or factual basis.  He has no claim showing that

16    Ericsson would be liable to him for anything.

17          Your Honor inquired about the Texas case.  It is

18    true Mr. Paroski sued Ericsson in the Northern District of

19    Texas contending very similar allegations to the present

20    Motion, as well as the previous Motion that he filed in June

21    of last year, alleging Ericsson violated numerous federal

22    statutes including ERISA and the ADA.  As Debtors' counsel

23    noted, those claims were ultimately dismissed by the U.S.

24    District Court in Texas.

25          As I said before, we don't believe Mr. Paroski

1   has shown anything in his Motion that would cause Ericsson

2   to be liable to him for any of his alleged damages, and we

3   would ask that the Court deny his Motion with prejudice.

4           Unless Your Honor has any questions, I do have a

5   proposed Form of Order to hand up denying that Motion.

6           THE COURT:  All right.  Please do.  Please do.

7   Thank you, Mr. Edelson.

8           MR. EDELSON:  One second, Your Honor.

9           THE COURT:  Certainly.  Thank you.  I certainly

10  agree with the movements here, that Mr. Paroski's claim does

11  not have any legal or factual basis.  And my only hesitation

12  is to -- I think, perhaps, I may add a little bit to the

13  Order, some specific findings because I think that it may

14  appropriate to do so given the circumstances and -- so I am

15  going to deny the Motion -- Mr. Paroski's Motion, but at the

16  same time, I think that I would like to write a little bit

17  more in sort of a Memorandum of Order --

18          MR. EDELSON:  Certainly.

19          THE COURT:  -- for the record.

20          MR. EDELSON:  We appreciate that, Your Honor.

21          THE COURT:  Just for the record.

22          MR. EDELSON:  Sure.

23          THE COURT:  All right.  Thank you.  Thank you,

24  Counsel.  You may be excused.

25          MR. EDELSON:  Thank you very much, Your Honor.

1            THE COURT:  We'll save you some time.

2            MR. EDELSON:  I appreciate it.

3            UNIDENTIFIED SPEAKER:  Thank you, Your Honor.

4            THE COURT:  Thank you.  All right.

5  Ms. Schweitzer --

6            MS. SCHWEITZER:  Yes.

7            THE COURT:  Let me just say one thing

8  preliminarily by the way.  Normally, the Court discourages

9  last-minute submissions because it's difficult, obviously,

10 to read them.  But in this case, it's very understandable.

11 There was a lot happening and there was a lot to respond to,

12 and accordingly, I really appreciate the filings.  I did

13 have an opportunity to read them.  They were helpful.  And

14 under the circumstances, I think that it was highly

15 appropriate to submit them.

16           Ms. Schweitzer, good morning.

17           MS. SCHWEITZER:  Thank you, Your Honor.  For the

18 record, Lisa Schweitzer, from Cleary Gottlieb for the

19 Debtors.  And I'll take the opportunity to introduce my

20 partner, Roger Cooper, who is one of our litigation

21 colleagues and has been very instrumental in helping us with

22 class action and settlement issues.  So I don't necessarily

23 think he will have a role of speaking unless certain issues

24 are raised, but I wanted to introduce you since he's in the

25 courtroom.

1          THE COURT:  Good to have you here, Mr. Cooper.

2    Welcome to you.

3          MR. COOPER:  Good morning, Your Honor.

4          THE COURT:  Good morning.

5          MS. SCHWEITZER:  So I believe I was introduced as

6    the person who's going to start off the big show today so --

7          THE COURT:  The big show.

8          MS. SCHWEITZER:  So it is argued that the issues

9    before the Court today are actually two Motions, which are

10   separate but related Motions, which is the first to approve

11   the LTD Settlement being proposed between the Debtors and

12   the Committee and the termination of the LTD various benefit

13   plans.  And the second Motion, which we will deal with after

14   this Motion is fully argued, is the Motion brought by the

15   LTD Committee itself with respect to once the claim is

16   granted and they've sold a claim, what will they, in their

17   own discretion, be doing with the money --

18         THE COURT:  Right.

19         MS. SCHWEITZER:  -- and distributing out to their

20   constituents.  So we propose to fully argue the first Motion

21   and complete that portion of the record and then turn back

22   to Mr. Zahralddin and his firm to argue the distribution

23   issues afterwards.

24         THE COURT:  Very well.

25         MS. SCHWEITZER:  Okay?

1          THE COURT:  Yes, that is a sensible flow here.

2          MS. SCHWEITZER:  Thank you, Your Honor.  And so I

3  guess we are here in a big show in the sense that we are all

4  pleased to come before Your Honor in a Joint Motion between

5  the Debtors and LTD Committee to Seek the Approval of the

6  Termination of the Long-Term Disability Plans and to Approve

7  the Settlement Proposed between the Debtors and the Long-

8  Term Disability Committee on behalf of its various

9  constituents as a class action settlement.

10          As Your Honor is well aware, the issues have been

11  pending for several years now dating back to the first

12  Motions filed in 2010 and then a second round, once the

13  Committee was formed, in 2011.  And so Your Honor is well

14  familiar with the history of the Debtors' efforts and the

15  negotiations and various litigations that preceded us

16  getting here today.

17          Obviously, there are very important Plans at

18  stake.  The Plans include the Medical Plans currently

19  offered by the Debtors to their current employees and their

20  Long-Term Disabled individuals and the Debtors' life

21  insurance benefits also provided in Replacement Plans that

22  the Debtors' Long-Term Disabled employees currently receive

23  payments under, and various other Health and Welfare Benefit

24  Plans offered to current employees, including the Long-Term

25  Disabled employees.  And we are seeking the full and final

1    termination of all such Plans and the resolution of all such

2    claims thereunder in the same way we came before you last

3    month seeking similar relief with respect to the Retiree

4    Plans.

5              THE COURT:  Yes.

6              MS. SCHWEITZER:  And it's addressed clearly in

7    the Motion and all the notices that went out, but while the

8    Settlement is with the Long-Term Disabled individuals, there

9    are 10 remaining employees of the company and other

10   individuals receiving COBRA benefits under the current

11   Medical Plans who previously worked for the Debtors, and the

12   termination of the Plans would terminate the benefits for

13   them as well, the difference being that they're not part of

14   the class action so that that's just a termination without

15   participation in the Settlement.

16             No objections have been filed by anyone in that

17   current employee COBRA pool, but I just want to be clear on

18   the record that you're actually approving two different

19   things in the Motion.  It's the approval of the Settlement

20   and the termination of the Plans on a global basis.

21             And as Your Honor is aware, and we've tried to

22   make clear in the record is certainly the Debtors are --

23   understand the importance of these various Plans to the LTD

24   Committees and the LTD -- the Long-Term Disabled

25   individuals.  It's been very important for the Debtors to

1 take -- this is a last step in completing the wind-down of

2 their estates.  We're now down to 10 employees, and that

3 workforce will continue to shrink for the current active

4 employees, and that the burdens in maintaining the Plans has

5 become disproportionate to the Debtors and it's ultimately a

6 fact that the Debtors will soon no longer be in existence

7 and we do need to reach conclusion.

8            However, as the Court is also aware that we --

9 this has gone on for several years because it's been

10 important to the Debtors that, if possible, that we could

11 find a consensual resolution that would offer some soft

12 landing to individuals and some notice so that they can make

13 alternative arrangements, and so these active settlement

14 discussions have spanned more than a year at this point.

15            THE COURT:  Yes.

16            MS. SCHWEITZER:  And we're pleased that we're

17 able to reach what hopefully can be approved as a consensual

18 settlement rather than gear up for what would be a very

19 complicated and costly and stressful litigation for the

20 people involved.  And while some people have objected to the

21 Settlement, it's worth noting on the record that it's --

22 we're not facing a few number of Objections compared to

23 silence.  In fact, there's a larger number of individuals --

24 over 40 individuals I believe -- who have filed statements

25 in support, and quite frankly, unconditional support for

1  this Settlement recognizing that, while this isn't anyone's

2  first choice, that this is actually a good resolution and a

3  good compromise of the different issues.  And so that we're

4  pleased that we're not just coming before you as

5  professionals but we actually have the support of the

6  constituents whose benefits and lives are being affected by

7  the Settlement.

8          In that vein, we would like to thank the LTD

9  Committee and their counsel of advisors for all their

10  tremendous efforts in pursuing this Settlement.  While it

11  has been difficult at times, and certainly, everyone has

12  been zealous advocates, we do commend them and their zealous

13  advocacy because it has gotten us to be able to come forward

14  on the record and show that it's a fair and reasonable

15  result.  And we particularly thank and commend the efforts

16  of the members of the LTD Committee.  They're individuals

17  who have difficult personal circumstances and have been

18  nothing but professional and zealous in their own advocacy

19  and in the seriousness which they take in advocating for the

20  entire group in considering the different issues and

21  circumstances that need to be compromised here.

22          THE COURT:  Yes, I certainly will have something

23  to say about their efforts.

24          MS. SCHWEITZER:  Yes.  I think we're all very

25  impressed and thankful for their commitment to sticking with

1  us and seeing it to today.

2          Of course, we would also thank the Unsecured

3  Creditor Committee, the Bondholder Committee, and in fact we

4  also have Mr. Berger from the Retiree Committee today.  So

5  have a full round of professionals who have been also

6  instrumental at the table in helping us get to the

7  settlements and compromising their own interests.

8          And as before, we've mentioned Mr. Levin, who's

9  from Cravath, who's also helpful in --

10          THE COURT:  Oh, yes.

11          MS. SCHWEITZER:  -- being a mediator and getting

12  us to this end of -- his own zealous advocacy of showing

13  each side that the value of a compromise has been helpful

14  and an honest broker reminder of the benefits of settlement

15  compared to continued litigation.

16          So now, here we are to approve the Settlement.

17  We're looking at it as a soft landing compromise.  And as

18  Your Honor noted that there were late filings on the record,

19  which are -- speaks to the advocacy of Mr. Zahralddin and

20  his efforts to compromise and resolve many of the individual

21  Objections that were filed.

22          What I would propose today is that we're going to

23  -- the Debtors will lead in the showings that we're required

24  to make or the parts of the Motion that we are bringing.

25          THE COURT:  Right.

1          MS. SCHWEITZER:  They are class action

2  certification issues that Mr. Zahralddin has -- will

3  advocate on behalf of, and he's welcome to address other

4  issues as well.  Of course, it being a Settlement, I will

5  appoint, as it says in the Motion, that we are each not

6  opposing some of the statements other -- each other would be

7  making and some of the positions we're taking that absent a

8  settlement might be themselves contested matters and that's

9  why we're bifurcating the Motion and presenting it this way.

10          We also -- I think it's reasonable given that

11  things have been fluid to address the merits of some of the

12  Objections even if they're resolved just so that Your Honor

13  has the arguments before you and you have them in the paper

14  and you can say that you've considered all the arguments on

15  the merits rather than having overlooked an argument on the

16  perception it's been withdrawn so that the record is clean,

17  that all the arguments and Objections were raised and

18  considered regardless of whether someone was in the

19  courtroom to appear today.

20          So the things that I'll start by addressing is

21  the -- just the point that the Settlement was -- notice was

22  reasonably adequate and that it should be approved under the

23  Rule 9019 and 23(e) standards and that you're also approving

24  the termination of the Plans as they relate to the other

25  active and COBRA participants.

1          I'll respond to some of the individual Objections

2    and then, as I said, I'll turn over the podium to the other

3    constituents in the courtroom and the movements, and then

4    when we're done, we'll come back to the LTD Committee Motion

5    on the distribution issues.

6          THE COURT:  Yes.

7          MS. SCHWEITZER:  So, Your Honor, to start with,

8    the adequacy of the notice, I think that's well set out in

9    the papers and the record.  As -- you know that the original

10   Settlement Motion was filed January 18th, and so while Long-

11   Term Disabled employees have known generally that a

12   termination was possible that they've had several months'

13   notice at this point of the intention to terminate the Plans

14   originally at the end of May and now the date has been moved

15   by agreement to June 30th.  And so we've given people what

16   we hope is advanced notice and an opportunity to plan for

17   the Settlement, so while this final hearing comes closer in

18   time, people have had what, compared to many other

19   bankruptcy cases, is actually a substantial warning of the

20   termination of the Plans.

21          Your Honor approved the noticing procedures in

22   February that provided for individualized notice to go out

23   to people telling them of the proposed settlement and also

24   publication notice, and those notices were sent in fact.  So

25   there's additional second round of notice that went out in

1   February.  And certainly, we would say that it's not only

2   consistent with your prior Orders, but it's adequate under

3   the circumstances.

4          The second thing, which is more substantive, is

5   that we're obviously asking for approval of the Settlement

6   under Rule 9019 and the use of the Debtors' assets to grant

7   and allow a claim under Section 363 of the Bankruptcy Code,

8   of course, the test under 363 being that we have a sound

9   business purpose for the use of the assets where latitude is

10  given in the Settlement context and here it's -- good faith

11  means to fairly and reasonably resolve the disputes before

12  you and to resolve the potential claims that have otherwise

13  been filed before the Court.

14         9019, I feel like I've brought it up in front of

15  you, but you know the standards well and, of course,

16  independently know them well of the Martin factors that we

17  would look at, including the likelihood of success and the

18  difficulties in collection, complexity of the litigation,

19  and the interests of the Creditors.  And I think that the

20  record and the submissions before Your Honor it is very

21  clear and your knowledge of the history of the litigation

22  makes it very clear why those standards are more than that.

23  But certainly, the probability of success in litigation, the

24  Debtors do feel strongly that their contractual rights

25  enabled them to terminate the Plans, but obviously, many

1  claims have been filed against the Debtors.  And the fact

2  that we're here three years after initial efforts show that

3  they're -- the other side believes just as strongly that

4  they have arguments against the termination of the Plans or

5  why even if the Plans were terminated that claims could be

6  brought against the Debtors.  The Debtors don't concede

7  those points but obviously recognize that there would be

8  substantial issues for the Court to decide.

9        In the likelihood of difficulties in collection,

10  I think that that is somewhat inapplicable to the Debtors

11  maybe on the other side, but I think it would be more -- I

12  would couch it in terms of the difficulty of monitoring and

13  maintaining the Plans going forward and sustaining the

14  status quo during the pendency of the litigation certainly

15  would be difficult and it's an aspect being compromised.

16        Complexity of a litigation doesn't need to be

17  discussed at length.  You know it well.

18        THE COURT:  Yes.

19        MS. SCHWEITZER:  And certainly, the paramount

20  interest of the Creditors on the Debtors are in a difficult

21  position of obviously balancing the interests between a

22  group of disabled employees who -- for whom these benefits

23  are important against our mandate to generally preserve and

24  collect assets of the estate and to finish our liquidation

25  at this point.

1          So I think that we've done our best to balance

2    those interests and therefore have addressed the interest of

3    the Creditors generally and the LTD employees specifically

4    in proposing this Settlement.

5          Accordingly, we think that we can more than

6    satisfy the Martin factors and show that within the range of

7    reasonableness this isn't only the lowest range of

8    reasonableness but this is a solid and great Settlement for

9    both the estate and for the individuals being affected by

10   it.

11         The standards under Rule 23(e) for the approval

12   of class settlement are similar in kind.  It's more factors,

13   it's different law, but they're very similar in kind in

14   terms of the considerations that we've made.  Rule 23(e) is

15   the rule that governs settlements of class actions.  And for

16   the record, it's very clear in the papers that this is a

17   non-opt-out class action.

18              THE COURT:  Right.

19              MS. SCHWEITZER:  And it's important that it's a

20   non-opt-out class action because in this case we're

21   terminating Plans and you can't really terminate a Plan in

22   part.  And for the Debtors also in determining the weighing

23   of the factors that we're settling, what we need is

24   finality.  We need to stop the maintenance of the Plans and

25   we need to stop expenditure of money on litigation, and

1  those can only be achieved with a full and final Settlement.

2  But in terms of the legal standards, certainly the -- it is

3  important to terminate a Plan in full and people are equally

4  affected by it.  So it would be difficult to have an opt-out

5  class action, and we would say, in fact, in appropriate to

6  have an opt-out class action.

7         The Pet Food case sets out nine primary factors

8  the 3rd Circuit has set forth in terms of trying to

9  determine whether a settlement is fair, reasonable, and

10  adequate.  Again, a lot of this is in the papers so I'm not

11  going to go through it at length, but it's similar themes to

12  what you've heard already in terms of complexity of the

13  litigation,  whether there's substantial support or

14  opposition to the Settlement, how far we've gone.  And in

15  this case, I think it's very important that the record is

16  that the Long-Term Disability Committee has made clear when

17  they filed the class action, they thought discovery was done

18  at that point.  It wasn't the start of a new litigation,

19  that that was brought based on what they thought was

20  adequate information given to them at that point.

21         Certainly, in a litigation the Debtors might have

22  pursued other discovery regarding class issues and that

23  there weren't expert reports finished on both sides and

24  there was certainly depositions to be taken, but as far as

25  the information being provided that the LTD Committee

1    represented at the time they brought the action, this was

2    the beginning of the end and not the start of the whole new

3    can of worms.

4           Certainly, there are additional factors

5    considering in a class settlement, the ability to maintain

6    the class action through the trial, to hold the class

7    together and for the ability of the defendants to withstand

8    greater judgments is not really the fact that we could have

9    paid more, doesn't mean that we had to pay more.  You have

10   to look at the fact of how the payments we're making fit

11   into the larger settlement themselves and are appropriate

12   given the issues being compromised.

13          So I think otherwise that the standards largely

14   overlap the Rule 9019 standards but it's set forth in the

15   paper I think again they're met and exceeded by far in this

16   case given the complexity of the litigation, the number of

17   moving pieces involved, and the goal in having finality at

18   the end of this.

19          And on the similar end to the bankruptcy context

20   also in the class action context, there are presumptions in

21   favor of settlement and the standards and considerations in

22   approving settlements, that there's arm's-length

23   negotiations and that experienced counsel on both sides

24   certainly weigh in favor of the Settlement as well.

25          THE COURT:  And I preliminarily certified the

1  classes, I understand, at the last hearing.

2          MS. SCHWEITZER:  That's correct.  So Your Honor,

3  the -- at the last hearing you certified the class in order

4  to enable the Settlement to be [indiscernible] going

5  forward --

6          THE COURT:  Right.

7          MS. SCHWEITZER:  -- and so while those issues are

8  before Your Honor, again, certainly, your initial reactions

9  were that this is an appropriate class and it should be

10  finalized.  If you think of it as an interim and a final

11  Order or a preliminary finding and then a final

12  certification today, Mr. Zahralddin will speak to the

13  elements certifying the class.

14          THE COURT:  Exactly.

15          MS. SCHWEITZER:  The Debtors take no position

16  other than we don't oppose it for the Settlement purposes,

17  but certainly, you've already thought and considered those

18  issues at length --

19          THE COURT:  That's right.

20          MS. SCHWEITZER:  -- the first time around.

21          And just -- I realize I -- there are certain

22  things I should say on the record, which is that the actual

23  dollar amounts that we're offering and the basic terms of

24  the settlement, the -- it will be the termination of the

25  Long-Term Disability Plans.  In the context of the class

1  action settlement, the wording is a little more precise --

2  is that you're actually enjoining us from not terminating

3  the Plans on June 30th unless and until we agree to the

4  allowed claim --

5            THE COURT:  Right.

6            MS. SCHWEITZER:  -- so that for the legal context

7  in which we're in, it's actually considered to be more of a

8  declaratory and injunctive relief, but in the end, the

9  practical consequences would be that the Plans would be

10 terminated on June 30th, which aligns to the date in which

11 the Retiree Plans will be terminated.  And in this case,

12 there won't be cash consideration paid by the Debtors, but

13 the Debtors will be granting a claim approximately $25

14 million.  The exact number is in the papers.  But it will be

15 a general unsecured claim specifically against NNI as the

16 Debtor.  NNI has reserved the right to do intercompany

17 accounting on the backend to reallocate any Settlement costs

18 among itself -- among other Debtors, but facing the LTD

19 Committee, there being one claim against NNI in the amount

20 of the allowed claim, roughly $25 million, which has been

21 prorated down to account for the fact that the Settlement's

22 occurring in June 30th rather than May.

23            THE COURT:  Right.

24            MS. SCHWEITZER:  So that's all reflected in the

25 Order.

1          The Debtors' expert report of Dr. Kra was

2     originally -- was previously submitted into the record, and

3     while we're not relying on it, that's not -- the finding

4     supports are reasonableness in the 9019.  Certainly,

5     Mr. John Ray, the principal officer of the Debtor, put it in

6     a longer Affidavit of the different factors he considered on

7     Mr. Kra's report.  Certainly, the LTD Committee's own

8     valuations that they've provided us in the past and the

9     Debtors' internal books and records all in determining that

10    this is a substantial payment by the Debtors, certainly

11    compared to our position that there's no legal liability

12    that Mr. Zahralddin also makes clear in his papers that even

13    on his estimates that this is almost half of the total claim

14    that they could assert.

15          THE COURT:  Right.

16          MS. SCHWEITZER:  And while we think that we would

17    certainly have defenses to their total claim, that speaks

18    even more in favor of why the Settlement is substantial and

19    helpful.

20          So as I said, Your Honor -- and I don't want to

21    spend too much time on it because there were no Objections

22    directed at it, but the Court, in addition to approving the

23    Settlement is also actually and finally approving the

24    termination of the Plans as they relate to the nondisabled

25    individuals.  As we make clear in the Motion, we've given

1   these individuals separate notice.  We've made clear to them

2   their Plans would terminate and they will not be given

3   consideration.  Again, I think that that can be supported

4   under 363 and 105 of the Bankruptcy Code.  And unless you

5   have questions, I don't intend to speak to it because it's

6   not actually an issue being contested in front of Your

7   Honor, but I'll just note that that's part of the remedies

8   being requested.

9           And now, I'd just turn to the Objections that

10  have been filed.

11          THE COURT:  All right.

12          MS. SCHWEITZER:  As I said, Mr. Zahralddin filed

13  a paper last night indicating many of them had been

14  withdrawn, but they're a little bit of a web of Objections

15  in that some are joining other Objections and some of the

16  Objections overlap each other.  So I'll just -- and rather

17  than talking about them in terms of individual Objections,

18  I'll talk about them in terms of topics and themes that have

19  been raised.  And again, we've submitted previously a reply

20  that addressed many of these issues, so this isn't meant to

21  be exhaustive; it's just meant to highlight some of the

22  themes of the larger Objections that have come forward.

23          First, there have been Objections that speak to

24  the fairness and reasonableness of the compromises that --

25  and whether the Settlement is a fair and reasonable

1   compromise.  And the themes there were that -- the contract

2   theory, the buying-a-car theory that I signed up for a

3   contract and I have a right to continued benefits.  And

4   therefore, that right shouldn't be compromised overlaid

5   maybe with the theme of -- so that -- if that's not all the

6   Plans, I should get (indiscernible) on those Plans and some

7   kicker for Settlement for termination of the other Plans

8   where maybe the Plan language isn't as strong.

9           Similar themes have been -- and not by many

10  people but there have been some themes to the challenges to

11  the valuation of the claim, whether Mr. Bodnar or

12  Mr. Kra used the right numbers or the wrong numbers or

13  whether other numbers could be used in validating the size

14  of the claim being compromised or that there should be an

15  independent audit, that even though -- that the LTD

16  Committee has had their own professionals and their own

17  advisors working heavily, that there are some people have

18  raised maybe we should have more people look at the numbers.

19  And I think all those really are the issues exactly being

20  compromised.  That's the essence of the Settlement that

21  we're coming forward to prove, Your Honor, that certainly if

22  -- you don't have to make those findings that you're right

23  and you don't have to make the findings that they're wrong

24  on those issues.  That's the spirit of compromise.  And as

25  Your Honor knows that if this was an easy exercise, you

```
 1   would have decided those issues long ago and that the LTD
 2   Committee as seasoned professionals would not be
 3   compromising issues that they thought were slam-dunk issues,
 4   nor would the Debtor.  So that I think that while people are
 5   raising the arguments that they wish were advanced, those
 6   arguments were advanced at length exhaustively in many forms
 7   of litigation and pleading that you've seen, and that's why
 8   we're coming forward with a compromise.  And the standard
 9   isn't to determine someone's exactly legally right, but
10   there are substantial issues being compromised in this case.
11               I think there is a secondary theme or request or
12   Objection that the LTD employees, in addition to being able
13   to participate in a disability settlement should be allowed
14   to double-dip --
15               THE COURT:  Right.
16               MS. SCHWEITZER:  -- right, that they --
17               THE COURT:  Right.
18               MS. SCHWEITZER:  -- shouldn't have to be forced
19   to choose.  And I think that Your Honor first has approved
20   the Retiree Settlement as a full and final Settlement.  And
21   just to remind Your Honor, the way that that works is under
22   that Retiree Settlement, Long-Term Disabled individuals have
23   the right to opt into that Settlement if they elect to
24   retire.  That deadline is coming up in the middle of May,
25   and whether Your Honor approves or doesn't approve this
```

1  Settlement, that deadline will come and pass and people have

2  to make that election decision.

3         And more importantly -- and Mr. Berger is in the

4  courtroom to confirm this -- is our understanding that the

5  Retiree Committee, when they allowed individuals to elect

6  in, didn't get -- didn't in their mind get separate and

7  additional consideration for 200 Long-Term Disabled

8  employees to potentially opt-in.

9         THE COURT:  Right.

10         MS. SCHWEITZER:  They understood that as an

11  essential component of giving people access that they would

12  have to make a difficult choice and -- because this is

13  diluting the Retiree Settlement, so there's not a --

14         THE COURT:  Right.

15         MS. SCHWEITZER:  -- separate fund that's set

16  aside for people.  It's the Retiree Committee's threshold

17  and willingness to allow their funds to be diluted by

18  additional people coming in.  And the only restraint on that

19  is people being required to make the choice, as they're

20  being required to make the choice currently that you can

21  continue to receive long-term disability benefits or you can

22  retire.  You can't double-dip today and no one's situation

23  should be improved by the Settlement.

24         THE COURT:  Right.

25         MS. SCHWEITZER:  So I think that that's been

1    clear in the papers, but I know that's an important point

2    because it's two Settlements interacting, so I just want to

3    make sure that the facts and the history behind that point

4    are clear.

5            I think while this is a little bit of an aside,

6    there was a Motion filed -- I guess it was -- we received it

7    last weekend -- I think it hit the docket yesterday --

8    regarding some Long-Term Disabled individuals asked for

9    declaratory relief that -- or an instruction from the Court

10   that the Debtors be forced to state their position on

11   severance.  And again, this is an opting decision of whether

12   it would -- as part of the retirement decision, Long-Term

13   Disability individuals have to waive their entitlement to

14   severance, and that Motion was presented to the Court for

15   argument on May 9.  The Debtors already actually have filed

16   a response, so we effectively got -- we're overachievers in

17   that regard and we yesterday filed a response saying that in

18   fact the Debtors' position is, if you -- certainly that you

19   have to -- if you retire, you don't have the right to

20   severance; you have to confirm that you're waiving severance

21   because otherwise you wouldn't be able to get into the

22   retirement pool and to start receiving those benefits

23   immediately.  And a voluntary retirement doesn't entitle you

24   to severance.  But then also if you continue to be a Long-

25   Term Disabled individual and participate in this Settlement,

1   it's the Debtors' position that you, too, would not be

2   entitled to severance because the severance plans

3   contemplate that you're actually showing up to work on a

4   part-time or full-time basis prior to your separation.

5        Again, Your Honor does not need to make findings

6   either with regard to the declaratory relief but I was just

7   letting you know that we've actually declared a position and

8   that the merits of the severance claims are being heard by

9   Your Honor in June.  There's a separate set of Motions

10  pending before Your Honor as to some Long-Term Disabled

11  employees are claiming that they're entitled to severance.

12  That's not in front of you today.  It is expressly carved

13  out of the Settlement Agreement not because we thought that

14  there was merit but we just put it off for another day so

15  that the Settlement before Your Honor, all you have to

16  approve is that there's a Settlement, that severance rights,

17  if there are any, are not being affected today.

18        THE COURT:  Right.

19        MS. SCHWEITZER:  But for the -- because people

20  are on the telephone and might not have seen the filings,

21  it's an opportunity for the Debtors to tell everyone that it

22  is and will be the Debtors' position proceeding on that that

23  we are not paying severance for -- in connection with the

24  separation of Long-Term Disabled individuals from the

25  company.

1          THE COURT:  Okay.

2          MS. SCHWEITZER:  And so everyone's rights are

3   reserved but people can factor that information in in trying

4   to decide if they're making an election decision.

5          I think beyond that then in terms of -- there was

6   some -- again, the litigation issues about different Plan

7   years and different termination rights in Plan years.  I

8   think most of those Objections have been withdrawn at this

9   point, but for the record, Your Honor, we have filed the

10  different Plan documents for the Plan years --

11         THE COURT:  Yes.

12         MS. SCHWEITZER:  -- continuation Plans.  As Your

13  Honor will see that they took different forms over different

14  years, but as we have always promised you in the Motions,

15  all the documents we have produced for the relevant Plan

16  years starting in the '80s have unequivocal Plan termination

17  language or at least we would say they have unequivocal Plan

18  termination language.  And so -- that says that the Debtors

19  may terminate the Plans in the future.  Again, Your Honor,

20  it's not for you to have to ultimately rule on the merits of

21  those for some of the historic plans in connection with the

22  Settlement, but we do want to point to Your Honor that in

23  terms -- that we don't think that there's any different

24  years of people that are differentially affected by the

25  Settlement.  It is the consistent position with the Debtors

1  that we can terminate all the benefits.  And you have the

2  documents in the record or I will shortly proffer Mr. Ray's

3  declarations so that you'll have them in the record --

4            THE COURT:  Well --

5            MS. SCHWEITZER:  -- but --

6            THE COURT:  -- that is the central issue is

7  whether or not the Debtors can terminate, which is equally

8  applicable to all of the years involved here.

9            MS. SCHWEITZER:  Correct.  And I --

10           THE COURT:  Yes.

11           MS. SCHWEITZER:  -- think that Mr. Zahralddin can

12  address it but I think he would say is even if we could

13  terminate what's equally applicable is that there's

14  practices and communications with people with -- regarding

15  their right to communicate.  Certainly, we think that we

16  haven't said anything that's prejudicial, but I think

17  Mr. Zahralddin can address.  But he would say -- his

18  counterarguments or defenses, whether they're -- they lie in

19  contract or in other theory also are equally applicable.

20           MR. ZAHRALDDIN:  I think we'd say -- I would say

21  lots of prejudicial things --

22                      (Laughter)

23           MR. ZAHRALDDIN:  -- (indiscernible) --

24           MS. SCHWEITZER:  There you go.  So there you go.

25  So I think -- again, there were some Objections, concerns,

1  questions related to the operations of the LTD Committee,

2  and I think Mr. Zahralddin has put in quite a substantial

3  record --

4          THE COURT:  Yes.

5          MS. SCHWEITZER:  -- as to how they have operated

6  and worked diligently, and I think it's worth just again

7  noting on the record that we haven't seen anything

8  inconsistent with that and certainly think that they've been

9  very experienced and the individual committee members have

10  relied -- as we see from outsiders -- have relied on the

11  advice of their counsel or financial advisors so that it's

12  -- it just should be clear on the record that with respect

13  to any of those objections that those weren't concerns

14  raised by us in connection with pursuing the Settlement, but

15  I will certainly leave it to Mr. Zahralddin to reiterate the

16  things that he's certainly put in the record on his own.

17          In terms of -- also, I think in coupling those

18  two thoughts, I think that Mr. Zahralddin has in fact always

19  advocated on behalf of the group and we've never seen in our

20  experience -- again, in our outside working -- that

21  individual members of the current Long-Term Disability

22  Committee have advocated for their own views over anyone

23  else.  And in fact, the themes that we've been told, you

24  know, on a non-privileged basis were that people are not

25  looking at their own benefits and considerations and trying

1    to protect their own interests as committee members.  And in

2    fact, sometimes they were shielded from that information

3    such that all negotiations, just so it's clear on the

4    record, were advanced on a group basis and a collective

5    basis in terms of a collective settlement, collective

6    litigation position so that all views were represented and

7    considered along the settlement way.

8        And certainly, from the Debtors' side, it's important

9    to note that we -- the Committee was appointed two years ago

10   now, and we relied on the fact that the Committee could act

11   on such a group basis.  In working with them and then for

12   paying for the Committee all this time and in pursing the

13   Settlement, so it would obviously be highly prejudicial to

14   the Debtors if it were found in any way that someone could

15   remove themselves or get the benefits and step out and

16   preserve rights separate and apart from the larger

17   committee, and the Debtors in fact would not support any

18   settlement that wasn't done on a global basis and certainly

19   not at these dollars.

20           There's another -- again, an issue or request in

21   some of the Objections regarding the PBGC and the hope and

22   desire that individuals have more information provided to

23   them with regard -- from the PBGC with regard to the effect

24   of participating in the Long-Term Disability Settlement on

25   their right to access pension benefits.  And I have to say

1   when I read the Objections, I said, well, gee, more

2   information is better obviously.  Let's just call up the

3   PBGC and this can't be a hard question.  And in fact, I was

4   proven that everything's harder than it seems when you

5   start.

6              I think it's -- we have a response, the

7   information that we've gotten from the PBGC, but it's worth

8   again just going through what we understand is and is not

9   available from the PBGC and to make clear on the record that

10  from our conversations with PBGC this is not a matter of

11  someone just not calling the right hotline or the Debtors

12  haven't given a fact or figure that the PBGC wishes, you

13  know, they could have given more information but they're

14  somehow frustrated in their efforts at this point.  The PBGC

15  has told people who have requested it -- and again, this is

16  what our understanding is -- is that any individual who has

17  requested it will get a notice from the PBGC of the dollars

18  of their right to receive pension benefits at age 65.  And

19  it's clear that any Long-Term Disability participant who is

20  entitled under the relevant pension plans to get benefits at

21  age 65, that right is not being compromised by the

22  settlement.  And you can request from the PBGC your

23  statement that says when I'm 65 if I retire, how much money

24  will I get?

25             The PBGC also does not dispute the fact or would

1   -- has confirmed that they would take the position that if a

2   Long-Term Disabled person retired today and elected to

3   participate in the Retiree Settlement, the PBGC would

4   consider that a retirement, and under the Plans -- and

5   again, this is all subject to eligibility under the Plans --

6   but if you were otherwise eligible at 65, you have the

7   choice under the Plans to early retire.  And so the PBGC,

8   while they haven't given you that number, they've informed

9   me that you can back into it with an actuary, that they

10   would accept that as an early retirement such as a person

11   who is currently disabled, otherwise eligible to retire,

12   retires into the Retirement Plan, has a choice to make at

13   that point to either elect an early retirement or wait until

14   65 and get more money.  Okay?  Those two aspects are clear.

15          The issue that PBGC has not yet taken a position

16   on -- so it's not just a request of calling the right bat

17   phone or giving the right magic words to get the answer, the

18   PBGC has told us that they may not allow an early retirement

19   election if you're a current Long-Term Disabled person who

20   elects -- or not -- isn't going to elect -- doesn't waive

21   your right to participate in the disability benefit and

22   doesn't elect out of it to retire.  So if you're a current

23   Long-Term Disability person, who, by virtue of the

24   Settlement, is receiving payments under this Settlement, the

25   PBGC has not taken a legal position yet whether they will

1   accept or allow an early retirement election at that point.

2   So you still have your right to retire at 65 and they sent

3   notices and they're in the record of -- some people

4   submitted theirs but it says they may not be entitled to

5   early retirement.

6            THE COURT:  Right.

7            MS. SCHWEITZER:  And so it's not a matter of us

8   bringing the PBGC into the courtroom today to ask the answer

9   -- as I understand it -- and again, this is all what

10  representatives of the PBGC told me is that last piece of

11  information.  They're just not in a position to make the

12  decision about that until they see the actual Settlement and

13  people's actual payment streams, the form of consideration,

14  the manner of consideration, or whatever other variables

15  PBGC considers relevant that after Settlement is approved

16  that they will inform people where it stands.  But that

17  information is simply not available.  And so it's always

18  been the Debtors' position -- and I think the LTD Commission

19  -- Committee's position as well -- that we'll make every

20  effort to get people information as available to them by the

21  time that they have to make election choices between the LTD

22  and the Retiree Settlement.  And we have made every effort.

23  And I think that some of the Objections confirm that the

24  Debtors in fact -- and the LTD Committee have aligned the

25  Settlement such that people can make information on very

1  good -- make choices on very good information, but right

2  now, they do have to make a choice now and they have to make

3  a choice without knowing that last little variable of

4  whether they're be entitled to an early retirement election

5  under the PBGC.  And the PBGC has said you may not so you

6  have to consider the fact that that money may not be

7  available when making that election.

8          THE COURT:  But that information wouldn't be

9  available today in any event and regardless of a Settlement

10 or no Settlement, is that correct?

11         MS. SCHWEITZER:  It wouldn't be available because

12 you wouldn't be able to elect until you retire --

13         THE COURT:  Right.

14         MS. SCHWEITZER:  Right.  So that's right.

15         THE COURT:  Exactly.

16         MS. SCHWEITZER:  You would normally -- it's --

17 and people are just obviously -- if it was available,

18 certainly people would want that to be able to be provided.

19 But you're right; it's information that doesn't exist today

20 because it's kind of a hypothetical or advisory opinion at

21 this point for the PBGC to say if facts change, what would I

22 be doing today.

23         THE COURT:  And the Settlement doesn't negatively

24 implicate those rights?

25         MS. SCHWEITZER:  I -- the Settlement itself is

1   not taking -- the Settlement itself says that we're not

2   compromising your rights to make --

3              THE COURT:  Correct.

4              MS. SCHWEITZER:  -- PBGC claims, yes.

5              THE COURT:  That's right.

6              MS. SCHWEITZER:  That's right.

7              THE COURT:  Exactly.

8              MR. ZAHRALDDIN:  Lisa, can I have --

9              MS. SCHWEITZER:  Go ahead.

10             THE COURT:  Mr. Zahralddin, yes, sir.

11             MR. ZAHRALDDIN:  Your Honor, good morning.

12             THE COURT:  Good morning.

13             MR. ZAHRALDDIN:  Rafael Zahralddin for the Long-

14  Term Disability Committee from Elliott Greenleaf.  Just to

15  add to that -- I don't mean to interrupt the flow of this --

16  and I think it will be something that we will address during

17  the Distribution Motion.

18             THE COURT:  Okay.

19             MR. ZAHRALDDIN:  But I agree that what the PBGC

20  do it -- is doing does not impact the Settlement.  However,

21  we think that there's uncertainty, and that's why we filed a

22  separate Motion on both tax issues, other benefit issues,

23  and now, because the position the PBGC is taking, with what

24  PBGC is also doing.  We believe that our proposal in the

25  Distribution Motion will bring some more clarity.

1           Now, I can't control the PBGC.  We had

2  conversations with the Unsecured Creditors Committee as well

3  and along with the Debtors and the PBGC.  They have a legal

4  position that they're sticking to, but part of what they did

5  tell us is, look, without knowing or solidifying or

6  finalizing everything that's going on here, we can't really

7  give you a response.  So we're hopeful that the path we've

8  chosen not only with the Settlement but also with the

9  Distribution Motion brings more finality and clarity not

10  just for our folks and other opposing parties but also for

11  the PBGC so they can give a clear response.

12           And I wanted to rise and say that because I think

13  that's going to be important, because if not, I can

14  guarantee you we'll have people coming back in here over and

15  over again.

16           THE COURT:  Sure.

17           MR. ZAHRALDDIN:  Thank you.

18           THE COURT:  Thank you, Mr. Zahralddin.  Thank

19  you, sir.

20           MS. SCHWEITZER:  Right.  And I think that is very

21  helpful, and I think that certainly people -- individuals

22  may continue to press the PBGC for answers but the issue

23  before Your Honor today is whether to approve the

24  Settlement.

25           And in terms of thinking about whether to approve

1    the Settlement and whether people were given fair and

2    adequate notice and information in approving the Settlement

3    and whether there's any reason not to approve the Settlement

4    today because of the failure of some information to be made

5    available to people, I think that is the context in which

6    you should be considering this request --

7            THE COURT:  That's right.

8            MS. SCHWEITZER:  -- or issue.

9            THE COURT:  Yes.

10           MS. SCHWEITZER:  And certainly, with the

11   reservation of rights for individuals with respect to

12   whatever information they see from the PBGC and any other

13   circumstance or if the Settlement is approved after it's

14   approved.

15           And just for the record -- and I -- we've made it

16   clear already -- is that in terms of the records and

17   requests before you today that there were separate Objection

18   and response filed with respect to the distribution

19   mechanisms and the apportionment among the individual

20   members of the LTD Committee in the constituency.  And I

21   think in terms of the Settlement itself, in the Settlement

22   itself the Order contemplates that Your Honor will be

23   approving a list of LTD claims being granted, how that -- an

24   actual claim is being apportioned.

25   Mr. Zahralddin again will go into more detail with respect

1   to what that exhibit looks like and adjustments that could

2   be made after the date of this hearing.

3              But all that says is the Debtors are giving the

4   LTD Committee a claim and they asked in this order for the

5   approval of the Settlement itself that that Motion -- that

6   Order approve their matrix --

7              THE COURT:  Yes.

8              MS. SCHWEITZER:  -- of how they're chopping it

9   up.

10             THE COURT:  Yes.

11             MS. SCHWEITZER:  And that's their decision.

12             There's a second, and that would be part of this

13  Settlement.  There's a second Motion and the effects of the

14  issues that Mr. Zahralddin talked about in terms of

15  distribution and what happens after that money goes out --

16  or the claim goes out the door.  It's a separate Motion and

17  it's not necessarily intertwined or relevant to the approval

18  of this Motion, that while they're being heard at the same

19  time, they stand alone and independently just so that the

20  record is clear on those two points.  And I think we've

21  tried our best in the Agenda letters and in our responses to

22  separate out the two sets of issues, but just to divide the

23  line again.

24             I think there's a handful of Objections or issues

25  that raise issues unrelated to the proposed Settlement, but

1  I'll address some of them, and then when I'm finished, we'll

2  allow Ms. Fleming to address the few -- the other one-off

3  Objections.

4        There -- I had mentioned the severance issue

5  already.  There are individuals that requested different

6  notices to be sent by the Debtors.

7        THE COURT:  Yes.

8        MS. SCHWEITZER:  We have sent now our

9  Continuation of Coverage Certificates.  Those were mailed

10  out last week so that individuals should have received them

11  -- or if they haven't received them, can request them again

12  -- but those are certificates that say that they are in fact

13  today receiving medical benefits such that they can go and

14  show it to an alternative insurer and it has things to do

15  with preexisting conditions that are beyond my expertise.

16  But the letters were requested were sent, and so that box is

17  checked off.

18        There was also one individual who asked for a

19  letter stating that we were disabled and retired and

20  referenced IRS Publication 524.  Again, this isn't quite in

21  my wheelhouse of expertise, but my understanding is that

22  there is this publication and that there is a potential tax

23  credit available, but we're not aware of any employee -- and

24  I don't know if the tax credit is or is not available, but

25  if it were available, it's tied to some disability that you

1   were disabled.  And we're not aware from our research the

2   employers ever give a letter.  It's some -- it's a claim

3   that someone can make against the IRS.  You can take a tax

4   position.  We're not aware of any precedent for employers

5   submitting letters in furtherance of these tax credits.

6   Obviously, if someone had an individual request and showed

7   us something, we would reasonably consider it, but we've

8   looked, and in all the requests we've gotten, we can't find

9   any precedence for doing that --

10              THE COURT:  Okay.

11              MS. SCHWEITZER:  -- and helping people in their

12   own reporting tax positions.

13              As I said, Ms. Fleming will address separately

14   the Objections filed by Mr. Duhamel and Mr. -- Ms. Loggins.

15   And beyond that, I think I'm done with my portion of the

16   presentation.  The only thing I would do is

17   -- for the record is to proffer the Declaration of John Ray,

18   the principal officer of the Debtors.

19              THE COURT:  Yes.

20              MS. SCHWEITZER:  That's at Docket #10318 and it's

21   dated April 25th.  I think I've, in the presentation, gone

22   through the facts that are included in the proffer, but I

23   would formally offer it into evidence unless there's an

24   objection.

25              THE COURT:  Is there any objection to the

1  admission into evidence of Mr. Ray's Declaration?

2          All right.  Hearing no one, then it is admitted

3  into evidence.

4          MS. SCHWEITZER:  And --

5          THE COURT:  Was there any other Declaration?  I

6  thought that there was perhaps another.

7          MS. SCHWEITZER:  From the Debtors' side there was

8  no --

9          THE COURT:  Yes.

10          MS. SCHWEITZER:  -- other Declaration --

11          THE COURT:  Okay.

12          MS. SCHWEITZER:  -- offered in support.  I think

13  you a flurry of Declarations received --

14          THE COURT:  I did.

15          MS. SCHWEITZER:  -- overnight, so I understand

16  that you're trying to catch up on that.

17          THE COURT:  Yes.

18          MS. SCHWEITZER:  But Mr. Zahralddin will deal

19  with the other witnesses and evidence.

20          And Mr. Ray is in the courtroom today.

21          THE COURT:  Good morning.  Good to see you, sir.

22          MS. SCHWEITZER:  So -- and I do have to thank him

23  because I would be remiss to thank everyone else and their

24  hard work and efforts other than the members of the Nortel

25  team that are in the courtroom today who obviously have

1  worked very hard in getting us to where we are today.

2          THE COURT:  Mr. Ray, thank you, sir.

3          MS. SCHWEITZER:  And with that, I would first

4  cede the podium to Ms. Fleming and then she will cede the

5  podium to Mr. Zahralddin.

6          THE COURT:  All right.  Thank you.  Thank you --

7          MS. SCHWEITZER:  Thank you, Your Honor.

8          THE COURT:  -- Ms. Schweitzer.  Ms. Fleming, when

9  you're ready.

10          MS. FLEMING:  Thank you, Your Honor.  I'm back.

11          THE COURT:  Yes.

12          MS. FLEMING:  So for the record, Megan Fleming

13  from Cleary Gottlieb on behalf of the Debtors.

14          As Ms. Schweitzer said, I'd now like to address

15  two Objections that were filed, the first by Mr. Duhamel.

16  Mr. Duhamel is not a Long-Term Disability employee of the

17  Debtors.  Rather, Mr. Duhamel commenced an action in the

18  Southern District of New York in 2007 seeking to recover

19  certain long-term disability benefits and certain disability

20  pension benefits on account of a purported total disability

21  arising out of a car accident.  And in September of 2009

22  Mr. Duhamel filed a Proof of Claim in this court seeking to

23  recover those same benefits from NNI that were the subject

24  of this SDNY action.  And the Debtors entered into a

25  stipulation with Mr. Duhamel to resolve that Proof of Claim,

1   and in exchange for the allowance of a general unsecured

2   claim in the amount of $125,000, Mr. Duhamel gave a general

3   release of all claims against the Debtors, as well as third

4   -- certain third parties, which include the Benefit Plan

5   under which he would have been entitled to long-term

6   disability benefits had he been a Long-Term Disability

7   employee.

8                    THE COURT:  Um-hum.

9                    MS. FLEMING:  And that stipulation resolving his

10  claim was filed with this court on September 23rd, 2010.

11  And this court approved that stipulation settling his claim

12  on October 14th, 2010.

13                   Mr. Duhamel's primary concern in his Objection

14  appears to be that he has not yet received payment on his

15  allowed general unsecured claim as set forth in the

16  stipulation resolving his claim, and I'm sure there are many

17  other --

18                   THE COURT:  Yes.

19                   MS. FLEMING:  -- unsecured creditors out there

20  who would share in his frustrations.  But as this court is

21  aware, the Debtors have not yet solicited or confirmed a

22  plan of reorganization or liquidation in this case, and

23  accordingly, payments have not been made to any unsecured

24  creditors, including Mr. Duhamel.

25                   So the Debtors would further point out that, as

1    Mr. Duhamel is not an LTD employee, the concerns -- the

2    other concerns that he raises in his Objection regarding the

3    representation of the LTD Committee, he's not a member of

4    the constituency of the LTD Committee and he lacks standing,

5    therefore, to object to the Settlement, which he is not

6    eligible to participate in.

7            So the Debtors, you know, would suggest that his

8    -- would request rather that his Objection be overruled on

9    the grounds that his payment -- his concerns over the

10    payment of his claim are unrelated to the Settlement and he

11    lacks standing to further object to it.

12            THE COURT:  All right.  Thank you.  I -- let me

13    ask if Mr. Duhamel is on the telephone.  I don't see

14    Mr. Duhamel's name on the list.  I certainly will overrule

15    the Objection by Mr. Duhamel.  I agree his claim has been

16    addressed.  It is simply waiting the appropriate time for

17    distribution to unsecured creditors.  And furthermore, he is

18    not a member of this -- not yet class -- not quite yet class

19    but this group represented by the LTD Committee.  And on

20    those grounds, his Objection is overruled.

21            MS. FLEMING:  Thank you, Your Honor.

22            Moving on to the Motion filed by Ms. Loggins.

23    Ms. Loggins has filed a Motion requesting that her Proof of

24    Claim not be expunged by the Settlement Agreement as she

25    believed that the Debtors have not fulfilled their

1  obligations to her.  Ms. Loggins is no longer an LTD

2  employee.  She has reached the maximum age for receipt of

3  LTD benefits under the Debtors' Plans, and she is, as I

4  understand it, now a retiree.  Ms. Loggins filed a Proof of

5  Claim #7604 on February 11, 2011, in the amount of just over

6  $211,000.  And like many other Proofs of Claim that were

7  filed by LTD employees around that time, her claim

8  calculates the projected future value of the benefits that

9  she was at the time eligible for under the LTD Plans.

10         Accordingly, it is within the definition of an

11  objectionable Proof of Claim under Section 10(b) of the

12  Settlement Agreement, and since she's received the full

13  period of her LTD benefits, the Debtors believe that her

14  claim should be expunged even if it were not an

15  objectionable Proof of Claim under the terms of the

16  Settlement as she's received the value in full.

17         And although they were not addressed within her

18  Proof of Claim, Ms. Loggins has made other allegations from

19  time to time before this court regarding what she believes

20  is unfair treatment by Nortel.

21         THE COURT:  Right.

22         MS. FLEMING:  And as shown in the attachments to

23  the Loggins Application for Compensation and Reimbursement

24  for Amounts Owed for the period from March 1st, 2003, to

25  July 31st, 2012, which she filed on August 20th, 2012, these

1   issues have already been addressed with Ms. Loggins by

2   Prudential or the Debtors, and furthermore, Ms. Loggins has

3   already exhausted her appeals or the limitations periods on

4   these issues and they lack merit.

5          THE COURT:  All right.  Anyone else?  Is

6   Ms. Loggins on the telephone?  Hearing no one, I am going to

7   sustain your Objection to Ms. Loggins' claim on the grounds

8   that she is no longer a member of the LTD group.  She is now

9   a retiree and receiving -- will receive those benefits.  And

10  so her Objection's overruled, Ms. Fleming.

11         MS. FLEMING:  Thank you, Your Honor.

12         THE COURT:  Thank you.

13         MS. FLEMING:  I would now turn the floor over to

14  Mr. Zahralddin on behalf of the LTD Committee.

15         THE COURT:  Thank you.

16         MS. FLEMING:  Thank you.

17         THE COURT:  Mr. Zahralddin, it's been a long time

18  coming, but we're here today.

19         MR. ZAHRALDDIN:  It has been, Your Honor, and I

20  was just checking to make sure it was still morning and it

21  is.

22         THE COURT:  It is, yes.

23         MR. ZAHRALDDIN:  Things have kind of run into

24  each other over the last few days, so morning, night --

25         THE COURT:  They have to have been a long few

1   days.

2            MR. ZAHRALDDIN:  A long few months I think --

3            THE COURT:  Yes.

4            MR. ZAHRALDDIN:  -- is more like it.  Your Honor,

5   what I think I'd like to do is I want -- I will of course --

6   because I don't want to be the only Committee member -- I

7   mean Committee counsel not to thank everyone in the

8   courtroom, as we had during the Retiree Motion.  And it's

9   sincere thanks.

10           Then, I want to address the Objections and some

11  of the issues that have come up from our side.  I will also

12  incorporate the facts relevant from our three declarants to

13  respond to those things --

14           THE COURT:  Right.

15           MR. ZAHRALDDIN:  -- offer up a proffer, and then

16  I'm going to have Ms. Kohart come up as our class counsel

17  and discuss the class certification issues.  The facts that

18  I have in terms of witnesses I think go to some of the

19  certifications, so I think it's best for me to proceed that

20  way.  It's a little bit backwards, but I think it'll

21  probably work out best that way.

22           THE COURT:  Very well.

23           MR. ZAHRALDDIN:  I would like to thank opposing

24  counsel in this case, and that includes the team at Cleary,

25  Ms. Schweitzer, Ms. Fleming, and a variety of other lawyers

1   there.  I would like to thank Ms. Beckerman, who is an old

2   friend from the Creditors Committee and also Mr. Matz,

3   another friend from the -- representing the Ad Hoc Committee

4   Bondholders.  They have certainly made this a hard-fought

5   battle, and I wouldn't be standing up here resolving it if

6   we didn't think that we had formidable counsel on the other

7   side.  And I'd be amiss not thanking Ms. Cordo, Mr. Abbott,

8   and Mr. Samis, all of our Delaware colleagues here as well.

9           Mr. Berger and particularly Mr. Togut deserves

10  our thanks from the Retiree Committee because they did work

11  with us.  We had a unique situation here in this case in

12  that we had long-term disability employees that were not

13  under the rubric of an 1114 Committee.

14          THE COURT:  Right.

15          MR. ZAHRALDDIN:  And the coordination I think

16  that we all thought about when we first gathered to appoint

17  these committees in front of Your Honor -- asked for

18  permission to appoint these committees, it certainly did

19  work out.  We've had to, at different times, diverge and

20  have separate negotiations, but I will tell you that the

21  consideration of allowing some of our older LTD'ers and then

22  opening that up to other eligible LTD'ers was very well-

23  received.  And it is something that was very important,

24  particularly to folks that were near or going to age out to

25  have a separate option.

1          Also, I will say Mr. Levin was a wonderful

2    mediator but I will have to give special thanks to Mr. Togut

3    who came in and at the very, I think, last mediation session

4    played an instrumental role in getting us to where we are.

5    I hope I'm not giving up any confidential information there,

6    but I think Al was very helpful to us and got us together in

7    addition to -- look, he -- maybe he just picked up the ball

8    in the last 10 yards after Richard got us all the way there,

9    but I think he was very helpful to us.

10         And I --

11         MS. SCHWEITZER:  We'll heartily second that.

12         MR. ZAHRALDDIN:  All right.  I'd be amiss, of

13   course, my colleagues at Elliott Greenleaf, including my --

14   we have excellent employee -- employment lawyers there and

15   class action counsel who have helped us out.  Ms. Curran is

16   here in the pews behind us, Mr. Kohart's at the table, and

17   of course, I've got Mr. Sutty --

18         THE COURT:  Yes.

19         MR. ZAHRALDDIN:   -- and Ms. Consello with us,

20   but we had help from a host of other people.  We also have

21   had great help from our shared financial advisors at Alvarez

22   & Marsal and Towers Watson.  We'll be hearing from some of

23   them a little bit later because we have some witnesses in

24   regard to the second Distribution Motion.  And, of course,

25   Mr. Ray.  You know, see I didn't forget you, John.

1              (Laughter)

2              MR. ZAHRALDDIN:  You know, Neil forgot you last

3   time, I think, Mr. Berger, but I didn't forget you.

4                         (Laughter)

5              MR. ZAHRALDDIN:  So with that being said, this

6   was a hard fought battle, Your Honor.  And we're happy to

7   report that we've really only had ten LTD employees object

8   to the Settlement Motion out of the remaining 195 LTD

9   employees.  Now we had 240, 250 when we started, but people

10  have aged out, other people have passed away --

11             THE COURT:  Yes.

12             MR. ZAHRALDDIN:  -- unfortunately, and we are now

13  down to 195.  I believe we may even be at 194 because we had

14  someone pass away even within the last week or so.

15             THE COURT:  Okay.

16             MR. ZAHRALDDIN:  But we have several objections

17  that hit the docket, but really, it was about ten people.

18  We've settled four of the ten objections.  I will discuss

19  the basis for settlement because they really all relate to

20  distribution issues when it came down to it.  And we can

21  discuss that in the second motion.  And I'll be probably

22  making a request at Your Honor's discretion to seal the

23  courtroom, because the basis for those settlements, involve

24  personal medical information that I don't believe we can

25  give to everyone, including other long-term disabled

1  employees who may be on the phone.

2          We settled with Mr. Rossi.  We settled with Mr.

3  Vernon Long and with Jerry Wadlow, all have been settled.

4  We have remaining objections for Mr. David, Ms. Day, Mr.

5  Morrison, Mr. Barry, Mr. Leonard, and Narinder Saran.

6       The exception is in terms of total settlements with

7  Ms. Cullen's, I believe Ms. Cullen's husband is here in the

8  courtroom and we will address an issue of medical

9  eligibility, more of gatekeeper function, but the rest of

10  his objections have been withdrawn and have been settled.

11  Or for objections, excuse me.

12          As we've noted in the papers, Your Honor, the

13  Debtors and the LTD Committee have shared a common objective

14  to make sure this constituency was not only provided proper

15  notice, but was provided ample information about this

16  settlement.  This is extremely important in this disabled

17  population.  We have a record in this case and I'll offer a

18  proffer from both our Committee Chairperson, Ms. Gallagher,

19  and our Committee Member, Mr. Stutts, that will detail the

20  efforts of the Debtors and the Committee to provide notice

21  of the settlement.  Those have been laid out in detail in

22  our papers, so I won't repeat them here.  What I would like

23  to put on the record --

24          THE COURT:  And they filed declarations.

25          MR. ZAHRALDDIN:  Yes, they filed declarations.

1          THE COURT:  Those are among the ones I just

2    received, yes.

3          MR. ZAHRALDDIN:  Yes.  And I will proffer those

4    declarations at the end --

5          THE COURT:  Okay.

6          MR. ZAHRALDDIN:  -- by docket number to introduce

7    them into the record.

8          THE COURT:  Excellent.

9          MR. ZAHRALDDIN:  But I do want to put onto the

10   record, the extensive education process that went after.

11   And with the disabled community, we have to make sure that

12   folks have got a full panoply of information.  So we went

13   beyond simply noticing in this case.  We had countless

14   conference calls with groups of the LTD employees.  We had

15   countless individual calls with LTD employees.  We spoke

16   with their legal counsel, those who had the opportunity to

17   have legal counsel.  We spoke to tax advisors.  And we made

18   sure that they knew that every state had a medical benefits

19   advisor that was paid through Medicare through what's called

20   a SHIP Program, S-H-I-P, and posted those numbers and also

21   literally, called up with them in several instances, so that

22   we could provide the background of a very complex bankruptcy

23   settlement to this poor Medicare counselor who, you know,

24   would have been lost a little bit without us.

25          And a lot of it was that was put into place was

1   to provide the soft landing that Ms. Schweitzer is talking

2   about.   To allow people to prepare, budget, and analyze and

3   assess their individual situations, so that they could then

4   come out of the termination of benefits here with enough

5   information to move onto the next stage in their lives

6   without the benefit of Nortel and the benefits that they've

7   been receiving to date.

8          This was also a very active constituency.  Ms.

9   Gallagher in her declarations, indicated that we have as the

10  chairperson of the committee, she has been monitoring along

11  with counsel, the use of our official website.  We've had

12  106 formal inquiries through the official website and 1600

13  hits to the site since February 14 when the Preliminary

14  Order for the Settlement Motion was entered.

15         To put things in perspective, Ms. Gallagher has

16  also put into her declaration that there have been 16,000

17  hits since August 2012.  So that is a significant amount of

18  activity since February 14.  We have also had conference

19  calls in which we have an average of 80 LTD employees per

20  call and we've had up to 120 on these calls.

21         So it is -- there have been in some of the

22  objections, allegations that -- and there may be people who

23  are too sick to read some of these documents.  There may be

24  people who have not been able to grasp it, but we have had a

25  substantial number of these folks that we have personally

1    spoken to and had on conference calls and answered their

2    personal inquiries.

3            The objections that we found were remaining, at

4    best, again were the fair and equitable objections.

5            THE COURT:  Yes.

6            MR. ZAHRALDDIN:  They had a panoply of things

7    that they requested.  I think many of which have been

8    addressed already by Ms. Schweitzer, a lot of them seeking

9    for other elements of settlement, or a higher element of

10   settlement, or higher measure, or different alternative

11   means of settlement.

12           It's our position that the LTD Agreement is a

13   compromise of legal positions, and that not one, some, or

14   all of these issues will render the settlement unfair or

15   inequitable.  We engaged in a good faith, arm's length

16   negotiation and worked through voluminous information and

17   document discovery.  We did this all under the protections

18   of multiple layers of confidentiality, our own under our

19   bylaws and several Protective Orders, and in addition to the

20   confidentiality restrictions over mediation and settlement

21   in general, and this allowed us to exchange and information

22   and negotiate with the Debtors in an atmosphere where they

23   could provide more information that they would have outside

24   of these non-confidential discussions.

25           We don't concede any of the arguments and

1    allegations set forth in our objection, either to the

2    Debtors' Motion to Terminate or in our class action.  But

3    there's a risk associated with litigating any issue before

4    any Court, including issues in which we believe strongly

5    that we're right.  We have exchanged informal and formal

6    discovery.  We've had multiple in person and telephonic

7    meetings.  We've had the pleasure of the appointment of a

8    very respected third party mediator.  As Ms. Schweitzer

9    indicated, we did have the benefit of being in an advanced

10   stage of litigation.  And I will agree with her, we

11   indicated we were ready to go in terms of fact discovery.

12   And as she indicated, we still had depositions, we had

13   expert testimony to go through, but we were where we were

14   supposed to be and I think that will -- would be echoed by

15   our counsel, Ms. Kohart, if asked.

16          Certainly, we had enough factual information and

17   have studied the legal issues over a year, and had a firm

18   grip on the analysis so we could settle in an informed

19   manner and provide the right information to our committee.

20          I think many of the objections confused the

21   restrictions of this process and I think on one of the

22   strengths.  I think Ms. Schweitzer also indicated that the

23   Debtor relied on the fact that the Committee did have the

24   authority to bind everybody; that we know that we have to go

25   through a class certification process to get there.  And it

1  would have made this process meaningless if we aren't able

2  to do so.

3          Now I understand this is a process that was

4  foreign to many of our constituents.  And not because they

5  aren't intelligent, but many of them are suffering from

6  severe illnesses --

7          THE COURT:  Yes.

8          MR. ZAHRALDDIN:  -- their lives in distress.  And

9  this is complex.  And certainly, I'm not that smart, but my

10  wife, Kelly is.  And certainly, it was complex to her and to

11  everybody else who has worked on this.  But as we've

12  discussed in this -- in our papers, there was a very real

13  possibility that we could have gotten a zero recovery if we

14  had gone to litigation.  And absent approval of the

15  Settlement Agreement, we fully expect that the Debtors are

16  going to seek exactly that result, as well as, again, my

17  friends from the Unsecured Creditors' Committee, as well as,

18  as the Ad Hoc Committee Bondholders.  And we felt that that

19  was too risky.  Our committee waited and felt it was too

20  risky and we felt that the settlement was critical for that

21  reason.

22          We also think the settlement timing is optimal.

23  We have, as we have mentioned multiple times in the past, a

24  unique situation.  Our folks cannot have uninterrupted

25  coverage --

1            THE COURT:  Right.

2            MR. ZAHRALDDIN:  -- of care.  They need to get

3    medical coverage.  They need to also, unlike the retirees,

4    because retirees have pension benefits which are guaranteed

5    for them in most instances, this is the only source of

6    income for our permanently disabled population.  And so the

7    process of getting a claim and then having that claim later

8    paid out in a distribution, which I'm pretty sure isn't

9    going to happen any time before June, though I cannot

10   predict when that will happen because plan confirmation is

11   still not -- it's not even a process that --

12            THE COURT:  No.

13            MR. ZAHRALDDIN:  -- the Debtors are contemplating

14   at this point, though I know they -- I know the Creditors'

15   Committee would like that to happen tomorrow.

16            MS. BECKERMAN:  Yes.

17                    (Laughter)

18            MR. ZAHRALDDIN:  But it's not going to.  And it's

19   not going to.  So that allowed us, because of the timing,

20   allowed us to sell the claim.  We have been bound by

21   confidentiality in terms of the price.  Butut what I can say

22   is that while that price is confidential, the fact that we

23   have a fixed price that's part of the sale and is contingent

24   on the settlement, eliminates the risk of market

25   fluctuation.

1        So I believe that those are the issues regarding

2   objections on fairness.  Now Mr. Cullen, his wife, through

3   Ms. Cullen's claim, through her husband, who's advocating

4   for her, is also a fairness issue and I want to discuss that

5   briefly.

6        Emily Cullen contends that her choice not to

7   elect medical coverage for the 2013 plan year should not

8   preclude her from receiving her potential medical benefit.

9   And she -- I don't believe that the argument is that she

10  thinks that it should be quantified as full medical

11  benefits, so I will let Mr. Cullen speak for her.  But she

12  is indicating that just because she did not make the

13  election this year, and therefore was not eligible for our

14  settlement, that there should be some sort of quantification

15  and credit for the option to select medical coverage.

16        THE COURT:  I understand she also didn't elect a

17  plan for the two prior years.

18        MR. ZAHRALDDIN:  That is correct.

19        THE COURT:  Okay.

20        MR. ZAHRALDDIN:  That is correct, Your Honor.

21  And the committee has examined this issue.  We did work with

22  Mr. Cullen and we settled other objections.  It wasn't as if

23  we didn't want to help him.  Our main concern that was

24  relayed to us by the committee, was we did not want to hurt

25  the other LTD'ers in this constituency.

1          It seemed fundamentally unfair that once a

2   baseline was established, eligibility under the 2013 plan

3   year, and people had opted to elect out, that someone could

4   come in and claim that they needed to quantify this option

5   for medical benefits.  They felt that would impact

6   negatively others.  There are potentially, approximately ten

7   other folks that might have such an option, at least on

8   election of medical benefits.  But our committee said, well,

9   if you take this to its logical conclusion, there were all

10  kinds of choices on that benefit form.  And if you start to

11  try to quantify those, it becomes, though not impossible,

12  probably a very untenable exercise for our actuaries.  And

13  should Your Honor need testimony in that regard, we are

14  happy to put up Mr. Bodnar who's our actuary from Towers

15  Watson.

16          THE COURT:  Right.

17          MR. ZAHRALDDIN:  To describe the difficulty that

18  would come from trying to quantify those issues.  And

19  beyond --

20          THE COURT:  That is addressed in Mr. Bodnar's

21  declaration as well.

22          MR. ZAHRALDDIN:  Yes, yes, and I believe it's --

23  the methodology is, Your Honor, but I don't know if you

24  spoke to the specific point, but to the extent that you need

25  something beyond what's in our papers, he will be

1   available --

2           THE COURT:  Very well.

3           MR. ZAHRALDDIN:  -- for any questions.

4           THE COURT:  Okay.

5           MR. ZAHRALDDIN:  And he certainly will be

6   available for Mr. Cullen's cross examination.

7           THE COURT:  Right.

8           MR. ZAHRALDDIN:  I don't want to press it any

9   further than that, Your Honor, because I think that's

10  adequate in terms of a response to the issue.  The

11  committee, you know, the committee -- if you believe that we

12  need to seek guidance from you and have an alternative to

13  that, we will.  We just don't see that there is an answer or

14  perhaps any answer, even if we got past the eligibility

15  question, which we believe is the one of fundamental

16  fairness to everyone else in the pool.

17          THE COURT:  Sure.

18          MR. ZAHRALDDIN:  In terms of adequate

19  representation, Your Honor, other objections asserted that

20  the interest of certain LTD plan years are not being

21  represented on the committee, because the majority of the

22  committee members fall into one group which is an alleged

23  2002 to 2010 group.  As a legal matter, we don't believe

24  that there's any requirement that the committee mirror the

25  demographics of the creditor class that it represents.  The

1   committee simply has to adhere to its fiduciary duties and I

2   believe that our committee has done that.

3           In addition, this is a specialized committee.

4   I'm not sure whether the estate would prefer, and I

5   certainly -- I'm certainly sure that -- because I know I was

6   here when we first sought to appoint these committees, the

7   appointment of further committees in an even more

8   specialized manner based on plan years.  I don't believe

9   that there's been -- it's been completely unsupported that

10   there's been any sort of preferential treatment one way or

11   the other.  But I don't believe as a legal requirement, I

12   think we've got those two obstacles.  So one, you don't have

13   to be that specific.  And two, there's no evidence that

14   there's been any sort of issue here.

15           The objectors, I think are creating sub classes

16   of LTD employees where those classes simply don't exist or

17   are irrelevant to any sort of legal issue in this case.

18   Part of this comes from an incorrect assumption that somehow

19   plan years prior to 2002 have some sort of superior legal

20   position in this case.

21           I'm not going to stand up here and give up any

22   arguments to any potential future litigation, should the

23   settlement not be approved, but I'm going to let our class

24   action, which was approved by all seven members of our

25   committee, including those who have objected on this basis,

1  as well as, the documents prepared and filed throughout the

2  case that speak for themselves, but --

3  　　　　　THE COURT:  When you say all the committee

4  members approves, you mean they approved the filing of the

5  class action.  Is that correct?

6  　　　　　MR. ZAHRALDDIN:  Yes, yes, sir, they did.

7  　　　　　THE COURT:  Yes, yeah.

8  　　　　　MR. ZAHRALDDIN:  They did.  And we'll speak to

9  some of the issues to -- in that as well.  They did not end

10  up, once we settled, becoming the class participants for the

11  purposes of settlement.  We lost two --

12  　　　　　THE COURT:  Right.

13  　　　　　MR. ZAHRALDDIN:  -- members of our committee at

14  that point.  But our -- I think it's been clear and it will

15  be in the proffer, both our committee chair and Mr. Stutts,

16  and I'll explain why we have Mr. Stutts acting as, you know,

17  as witness today in a second, have said -- have indicated in

18  their declarations, that at no time, did this committee

19  cater to one group or the other.  They worked very hard to

20  be as fair as they possibly could.  And they have looked

21  under every possible opportunity or alternative for every

22  one of our LTD'ers, but at times, we've had to make some

23  tough decisions.  Mr. Stutts in his declaration, testifies

24  that he's a member of the pre-2002 plan year.

25  　　　　　THE COURT:  Yes.

1          MR. ZAHRALDDIN:  Just like Mr. David who's

2    objected to this position.  As a matter of fact, I think

3    both of them became disabled in 2001.  Mr. Stutts also

4    testified that there are 20 -- and the record shows that

5    there were 20 other LTD employees who became disabled in the

6    plan year, you know, 2001 and back, that have also filed

7    responses and support the settlement, and that's a clear

8    fact that's supported by the record in this case.

9          Our committee strived to pursue every valid legal

10   argument and followed every valid issue in this case.  And

11   we've looked at the strength of the arguments as a first

12   priority. Not whether different groups or subgroups in the

13   case were to be affected.

14          There haven't been any legal arguments

15   articulated in any of the objections regarding these

16   subgroups, there's just a lot of conjecture on the possible

17   intentions of the committee members which is completely

18   unsupported.  And it is not what I as an officer of the

19   Court have seen our committee do in the last year and year

20   and a half.

21          The committee -- let's talk about the arguments

22   the committee did put forward, the ones they did give

23   priority.  Those revolved around the fact that the Debtors

24   could not unilaterally terminate benefits for those already

25   disabled and in pay status.  And to impose that type of

1   condition, would have rendered the contracts elusory or the

2   plans elusory.  That applies to everyone, everyone across

3   the board.  It does not segregate by plan year.

4            The approved filing of the adversary against the

5   Debtors and the class complaint also asserted breach of

6   fiduciary duties under ERISA, without regard to when an

7   employee became disabled.  The LTD Committee has handled its

8   responsibilities in an objective manner and the

9   declarations, I think, will support that as well the record

10  in this case.

11           The last, I think, and one of the important

12  aspects is the objections related to allocation methodology.

13           THE COURT:  Correct.

14           MR. ZAHRALDDIN:  Mr. Bodnar in his declaration

15  has testified that the LTD Committee instructed its

16  actuaries to use a neutral conservative and well accepted

17  actuarial analysis in regard to determining liability and

18  then also the allocation of the settlement to this

19  constituency.  The actual analysis is allocated and the

20  settlement based on the participation of each one of the

21  LTD'ers in each of the plans.  And it's been based on

22  information regarding the demographics of each LTD

23  participant, which they gathered from both the Debtor and

24  various other sources.  And then it was tested, by sending

25  out individualized statements to the constituency.  The

1    constituency was then able to compare that to their records,

2    which included paystubs and other information.  And then, at

3    times, we would spend explaining or otherwise, working

4    through the issues to see if somewhere along the line there

5    was an error in the data.

6            So not only did this get washed through

7    established actuarial methodology, but then we actually

8    tested it by going out to the individual participants

9    themselves.  And we did that in order to make sure that we

10   had as much data on this group as possible.  And we did this

11   under accepted actuarial methods and science in this case.

12           Mr. Bodnar has also testified that in particular

13   for medical benefit calculations, there's been a request

14   that somehow he should do something other than aggregating

15   the medical claims on a group basis and that's common

16   actuarial practice.  And that this average medical claim was

17   based upon a historical experience of the specific

18   population and that HIPAA and other restrictions just don't

19   allow us to get individual claim history.

20           He's also testified that the actuarial standards

21   of practice and through his declaration, indicate that the

22   projecting benefits based on an individual's personal

23   medical experience would violate credibility standards under

24   actuarial methods and science.

25           And finally, he's also said that even if you

1  could ignore the fact that using individual personal medical

2  information is in essence a violation of all known actuarial

3  standards, if just one LTD employee says that they won't

4  give us their information, then the exercise is moot.  It

5  doesn't work.

6          So it's clear that what the objectors are asking,

7  violates actuarial practice and standards and Mr. Bodnar's

8  declaration and his report attached to his declaration is

9  something that we would put forth as evidence that the

10  objections are baseless and should be overruled.

11         The last bit that I want to talk about in terms

12  of the allocation and then I'm going to move for the three

13  declarations to come in as evidence, if there's no

14  objections is that attached to the Settlement Order, there

15  will be an allocation table.

16              THE COURT:  Yes.

17              MR. ZAHRALDDIN:  And that allocation table is

18  done by participant, though it's hidden and scrambled who

19  the participants are.

20              THE COURT:  Is this subject to the motion to

21  follow?

22              MR. ZAHRALDDIN:  It isn't in a sense, Your Honor,

23  because and I want to make this clear.

24              THE COURT:  You're raising it for another point,

25  okay.

1          MR. ZAHRALDDIN:  I'm raising it for another

2    reason.

3          THE COURT:  All right.

4          MR. ZAHRALDDIN:  The Distribution Motion says,

5    okay, once we figure out what your percentage is based upon

6    the plans, and your age, and all the kind of other stuff

7    that went into the individualized statements, once that

8    happens, how do we -- what do we do with it so that we

9    lessen the tax and impact on benefits.

10          THE COURT:  Right.

11          MR. ZAHRALDDIN:  That's a different story.  In

12   other words, where do we put it?  But your share of it is

13   part of the Settlement Motion.

14          THE COURT:  Yes.

15          MR. ZAHRALDDIN:  And so there is one piece that's

16   going to have to be adjusted and we're probably going to

17   have to do that by certification of counsel.  And that will

18   be that that table will change because the election period

19   for the retiree settlement isn't until May 17, I believe.

20          THE COURT:  That's right.

21          MR. ZAHRALDDIN:  And so as a result, Your Honor,

22   those people will change and the numbers will change because

23   we may have people that go out.  Someone also could pass

24   away.  And there are also other eligibility criteria of a

25   child being born in marriage, et cetera.  Those things might

1  not happen.  Someone passing away is probably more likely,

2  but not being disabled, marriage, child born, et cetera, all

3  those things would be a qualifying change in their status

4  for this year, and that could affect the chart.

5              So we will be sending an updated chart, once

6  we've reconciled and allowed Towers Watson to run the

7  numbers again.  And one of the reasons that some of the

8  numbers are the way they are right now is because it's

9  extremely expensive to run them.  Now we've run them at

10 different times to provide different scenarios in terms of

11 tax impact and we thought that was well worth it.  But we

12 didn't even rerun the numbers to take into account the June

13 date because to do that would kind of -- when you're

14 comparing things, would give you apples and oranges.  You'd

15 have time periods that went to May for the prior ones and

16 then June later.  So as a result, we used our discretion and

17 took, I think, the smart route.  But that will require a

18 reconciliation that will happen after, because once this

19 Order's entered, there may be a Supplemental Order that

20 comes in with a revised chart to accommodate those changes.

21             MS. SCHWEITZER:  Your Honor --

22             MR. ZAHRALDDIN:  Sure.

23             MS. SCHWEITZER:  -- if I could just jump in.

24             THE COURT:  Yes.

25             MS. SCHWEITZER:  This is actually contemplated by

26 the Order itself.

1          THE COURT:  Sure.

2          MS. SCHWEITZER:  So if you look at Paragraph 17

3 of the Order, that it contemplates that there's an Exhibit 3

4 attached to the Order, which is the chart in its current

5 form.  And it contemplates that the LTD Committee can file a

6 supplemental amendment to the schedule for purposes of

7 adjusting the distribution to take a count of changes in the

8 population of the settlement class.  So if, unfortunately,

9 someone were to pass away or to elect out, that that could

10 be adjusted.  I think the one additional changes you would

11 note is that the current schedule, my understanding is flips

12 to an allowed claim based on a May termination.  So the

13 aggregate allowed claim size is too large, but it would just

14 be proportionately reduced down.

15          MR. ZAHRALDDIN:  Correct.

16          MS. SCHWEITZER:  So we have no opposition to that

17 schedule being attached, as long as it's understood that

18 that, in addition to the other reasons for changes in

19 population, that there will be a supplemental filing to

20 correct it to the June reduced claim amount.  So each

21 individual persons will be prorated down.

22          THE COURT:  Exactly, yes.

23          MR. ZAHRALDDIN:  Thank you, Ms. Schweitzer.

24          THE COURT:  I certainly understand.

25          MR. ZAHRALDDIN:  Now with that, what I'd like to

1  do, if okay, Your Honor, is move into evidence the three

2  declarations.

3           THE COURT:  One other question.

4           MR. ZAHRALDDIN:  Yes, absolutely.

5           THE COURT:  One other question.  I know that one

6  of the objecting members was concerned about tax

7  implications.  And as I understand it, based upon the

8  declaration I received this morning, that is something not

9  to be overly concerned about.

10          MR. ZAHRALDDIN:  Well, we have an entire motion

11  following this, Your Honor --

12          THE COURT:  Yes.

13          MR. ZAHRALDDIN:  -- that shows that it is

14  something to be concerned about, but we have solutions and

15  response for it.

16          THE COURT:  Yes, exactly.

17          MR. ZAHRALDDIN:  And I know that in essence, some

18  of these objections kind of floated back and forth.  They

19  didn't know which dance partner to pick up, the Settlement

20  Motion or the Distribution Motion.

21          THE COURT:  Right.

22          MR. ZAHRALDDIN:  And I think we've tried to

23  address all those, but I think that that's more properly

24  addressed in the Distribution Motion.

25          THE COURT:  But that concern does address that.

1    I should say the handling does -- is addressed --

2              MR. ZAHRALDDIN:  Yes.

3              THE COURT:  -- insofar as the objection is

4    concerned.

5              MR. ZAHRALDDIN:  Our understanding is our current

6    settlement structure which allows this, the money to go into

7    an LLC, a temporary LLC, and then transferred into Aviva.

8              THE COURT:  Right.

9              MR. ZAHRALDDIN:  Addresses any sort of issues

10   that might come up, either because of the Economic Benefit

11   Doctrine or Constructive Receipt Doctrine.

12             THE COURT:  Right.

13             MR. ZAHRALDDIN:  And so it preserves the status

14   quo.  And that would be, I think, the only concern that

15   would be related to the settlement.

16             THE COURT:  Okay, thank you.

17             MR. ZAHRALDDIN:  Absolutely.  So, Your Honor, I

18   have three declarations and I'd like to enter them into

19   evidence.  The first is the declaration of Michael Stutts

20   who is one of our committee members.  His declaration is at

21   Docket Number 10376.

22             THE COURT:  Any objection to the admission into

23   evidence of Mr. Stutts' declaration?

24                  (No audible response.)

25             THE COURT:  Hearing no one, it is admitted then.

1          MR. ZAHRALDDIN:  Thank you, Your Honor.  And the

2   second would be Barbara Gallagher's --

3          THE COURT:  Yes.

4          MR. ZAHRALDDIN:  -- declaration.  She is our

5   Committee Chair.  Her declaration is found at Docket Number

6   10379.

7          THE COURT:  Any objection to admission of Ms.

8   Gallagher's declaration?

9                    (No audible response.)

10         THE COURT:  Again, no objection and the Court

11  will admit that into evidence.

12         MR. ZAHRALDDIN:  And our final declaration in

13  support of this motion is that of Vincent Bodnar who is

14  Towers Watson.  He is our shared actuary with the Retiree

15  Committee or the head actuary involved in this case.

16         THE COURT:  Yes.

17         MR. ZAHRALDDIN:  His declaration appears at

18  10380.

19         THE COURT:  All right.  Does anyone object to Mr.

20  Bodnar's declaration being admitted into evidence?

21         MR. DAVID:  Yes, Your Honor, Dan David.

22         THE COURT:  Yes, sir, good morning.

23         MR. DAVID:  Good morning.

24         THE COURT:  And the basis for your objection?

25         MR. DAVID:  Mr. Bodnar has done our other prime

1  actuaries and until the company was bought out by Watson and

2  --

3           MR. ZAHRALDDIN:  Mr. --

4           MR. DAVID:  -- Watson, I mean.  And then he was

5  taken off of the project and Mr. Robert Gee was made -- and

6  the prime person for the actuary.  And the calculations that

7  Mr. Vince did were agreeable, but when it went to Mr. Robert

8  Gee, it was not.  So I don't see --

9           MR. ZAHRALDDIN:  Objection, Your Honor.

10          MR. DAVID:  -- a connection in the --

11          MR. ZAHRALDDIN:  Your Honor --

12          MR. DAVID:  -- the current calculations.

13          MR. ZAHRALDDIN:  Mr. David, can you let me pose

14  my objections?

15          MR. DAVID:  I didn't --

16          MR. ZAHRALDDIN:  Mr. David --

17          THE COURT:  Let's do this.  Let me hear from Mr.

18  Zahralddin first, Mr. Davis, before you proceed or Mr. David

19  it is, before you proceed.

20          MR. ZAHRALDDIN:  Your Honor, Mr. David is a

21  member, former member of our committee.

22          THE COURT:  Yes.

23          MR. ZAHRALDDIN:  Who has resigned --

24          THE COURT:  Yes.

25          MR. ZAHRALDDIN:  -- as a committee member.

1              THE COURT:  So this is covered by

2    confidentiality?

3              MR. ZAHRALDDIN:  I cautioned Mr. David not to

4    reveal anything that would be part of either our

5    confidential mediation settlement, violation of Protective

6    Orders in this case, or the bylaws of our committee, which

7    also have confidentiality provisions, all of which still

8    binds him.

9              THE COURT:  All right.  Mr. David, do you

10   understand those restrictions?  This is Judge Gross

11   speaking.

12             MR. DAVID:  Yes, sir.

13             THE COURT:  Okay, good.

14             MR. DAVID:  And the only things I'm mentioning,

15   is my opinion and actions taken by different people.  I am

16   not declaring any details of what really occurred.

17             THE COURT:  I appreciate that you may disagree

18   with Mr. Bodnar, but do you have any reason why, and you'll

19   be able to introduce your own information or evidence, I

20   should say.  You'll be able to cross examine Mr. Bodnar, if

21   you choose.  But is there any technical reason under the

22   rules of evidence, why I should not admit Mr. Bodnar's

23   declaration?

24             MR. DAVID:  I can't do it without taking off

25   confidential information.  Giving him the confidential

1  information I have, but --

2          MR. ZAHRALDDIN:  Your Honor, it may --

3          THE COURT:  Well we can deal with that when it

4  arises, but I think from at least for purposes of the

5  hearing and the record, I'm satisfied that the Court can and

6  should admit Mr. Bodnar's declaration into evidence subject,

7  of course, to Mr. David's opposition to -- on the merits, if

8  you will.

9          MR. ZAHRALDDIN:  Your Honor, I think Mr. David

10 probably doesn't understand he'll have an opportunity, if he

11 wishes, to question Mr. Bodnar on the stand.  And that

12 really this a part of a -- we're trying to expedite the

13 procedure and not spend any more time and/or money

14 unnecessarily in here because we do have things to hear from

15 other people, so.

16         THE COURT:  Sure.  And Mr. David, your arguments

17 as to why Mr. Bodnar's information is incorrect, that is

18 preserved.  You may proceed with that at the appropriate

19 time.  This was strictly whether or not the declaration

20 itself could be admitted into evidence and not for the --

21 not necessarily for the Court to find that it is correct

22 information, but rather that it's in the record.

23         MR. ZAHRALDDIN:  And, Your Honor --

24         MR. DAVID:  Your Honor, I am not saying that Mr.

25 Vincent Bodnar's information is incorrect.  I think Mr.

1    Bodnar's information was correct originally when he was

2    participating and he was supervising the whole actuary

3    calculation.  It is the -- my opinion that after Mr. Vincent

4    was transferred to Tower Watson, that the information after

5    that was incorrect under Mr. Robert Key.

6              THE COURT:  All right.  All right.

7              MR. ZAHRALDDIN:  And, Your Honor, we'll address

8    that in a second.  I don't think it needs to be addressed

9    now.  We can address that when Mr. David has later

10   questions.  Factually, I think some of those statements are

11   incorrect, but what I'd like to do if it's okay with Your

12   Honor, is cede the podium to Ms. Kohart and allow her to

13   discuss the class certification issues and then --

14             THE COURT:  Very well.  Would this be the

15   appropriate time for a short recess or are the parties

16   prepared to --

17             MR. ZAHRALDDIN:  It's up to you, Your Honor.  I

18   think --

19             THE COURT:  Let's take a short recess now.  Let's

20   take a ten minute recess and then we'll proceed with the

21   class issues.

22             MS. SCHWEITZER:  Your Honor, should we make clear

23   --

24             THE COURT:  Oh, Ms. Schweitzer.

25             MS. SCHWEITZER:  -- to the people on the phone

1  that they should remain on the phone?

2           THE COURT:  Thank you, Ms. Schweitzer, yes.

3  Parties on the telephone, please do remain on the telephone

4  and we just want to take a short recess.

5           MR. ZAHRALDDIN:  Thank you, Your Honor.

6           THE COURT:  Thank you, all.

7           (Recess from 11:45 a.m. to 11:58 a.m.)

8           THE CLERK:  Please rise.

9           THE COURT:  Thank you, everyone.  Please be

10 seated.  Okay.

11          MR. ZAHRALDDIN:  Your Honor, Rafael Zahralddin

12 for Elliott Greenleaf.

13          And I can't even remember if Ms. Kohart's been

14 pro hoc'd in.

15          THE COURT:  I believe so.

16          MR. ZAHRALDDIN:  She has, okay.

17          THE COURT:  I have one question for you first.

18          MR. ZAHRALDDIN:  Sure, absolutely.

19          THE COURT:  And then we'll proceed with Ms.

20 Kohart.  And the question is, is Mr. Bodnar's declaration is

21 he a fact witness or are you --

22          MR. ZAHRALDDIN:  It's an interesting question,

23 Your Honor.  Actuaries have to put a report at the back of

24 their -- any declaration they make in order to adhere to

25 actuarial standards of conduct.

1          THE COURT:  Yes.

2          MR. ZAHRALDDIN:  It is not an expert report in

3   that sense and that's why we filed it.  Certainly, if Your

4   Honor would -- I believe our declaration does lay down the

5   foundation for him to be an expert and Mr. Sutty, I think,

6   worked on that particular declaration.  If you'd like, we

7   can go through that and lay the foundation for him to be

8   qualified as an expert.  In this case, we thought that we

9   might be able to expedite things a little bit, only because

10  he's been appointed by the Court to be the joint actuary,

11  not just for our committee, but for both committees.

12          THE COURT:  That's right.

13          MR. ZAHRALDDIN:  So we are more than happy to do

14  either one.  He is certain -- we are certainly capable of

15  qualifying him as an actuary and an expert, but I believe

16  what he is doing is providing both fact, and if needed, I

17  guess, expert testimony to show that this is accepted

18  actuarial practice.  And so it's up to you.  We're more than

19  happy, though I do believe, and I'm going to consult with

20  Mr. Sutty for one second now just to confirm it.

21          THE COURT:  Sure.  Mr. Bodnar's in the courtroom?

22          MR. ZAHRALDDIN:  Yes, sir.  Mr. Bodnar is in the

23  courtroom.

24          THE COURT:  All right.  There is Mr. Bodnar, I

25  see him, thank you.

1          MR. ZAHRALDDIN:  And he has two, at least two of

2   his other colleagues that were on the team.

3          THE COURT:  Okay.

4          MR. ZAHRALDDIN:  Not Mr. Key, and we'll talk

5   about that later, but yes, he does have his folks here.

6   I've confirmed with Mr. Sutty that he's taking the

7   declaration.  Mr. Stemerman he tells me, did indicate that

8   he had put in there information to lay down a foundation.

9          THE COURT:  Yes.

10          MR. ZAHRALDDIN:  And we're happy to proceed

11   however you'd like.

12          THE COURT:  Well, I think I would be more

13   comfortable, and I think it would be useful, were we just to

14   hear some brief testimony from Mr. Bodnar as to his

15   qualifications because, if possible, and if the testimony

16   supports it, I would like to have Mr. Bodnar qualified as an

17   expert under these circumstances.

18          MR. ZAHRALDDIN:  Okay.  Absolutely.

19          THE COURT:  Just some very brief qualifications.

20          MR. ZAHRALDDIN:  Mr. Bodnar --

21          THE COURT:  Mr. Bodnar, if you don't mind coming

22   forward.  I think that the declarations certainly contains

23   ample information, but under these circumstances, I just

24   think it would be a safer course of conduct.  Mr. Bodnar, if

25   you'll come forward and step up into the witness stand and

1  then remain standing while we have you sworn, sir.

2          VINCENT LEE BODNAR, LTD COMMITTEES' WITNESS, SWORN

3              THE COURT:  Thank you, Mr. Bodnar.

4              MR. BODNAR:  You're welcome.

5              THE COURT:  I didn't mean to pull any surprises

6  on you this morning, but I thought it would be helpful just

7  to have this in the record.

8              MR. BODNAR:  That's quite all right, Your Honor.

9              MR. SUTTY:  Thank you, Your Honor.

10             THE COURT:  All right. You may proceed, Mr.

11 Sutty.

12             MR. SUTTY:  For the record, Eric Sutty on behalf

13 of the LTD Committee.

14                        DIRECT EXAMINATION

15 BY MR. SUTTY:

16 Q    Mr. Bodnar, can you give some background of your

17 education starting with post-secondary education?

18 A    Okay.  I am -- I have passed the actuarial exams that

19 are required to be accredited as an actuary by the American

20 Academy of Actuaries.  I have 29 years of experience as an

21 actuary and the Academy of Actuary, Academy of Actuaries,

22 I'm sorry, promulgates qualification standards with respect

23 to experience and continuing education that are required to

24 give expert -- or actuarial advice in any area and I do meet

25 all of those qualification standards.

1    Q      What degrees do you hold?

2    A      I do not have a college degree.

3    Q      You do not.

4           UNKNOWN: Don't have a college degree.

5    BY MR. SUTTY:

6    Q      What -- over your 29 years of experience, what

7    industries and actuarial services have you provided?

8    A      I've been a consulting actuary and a company actuary

9    over that time.  Once as a chief actuary and most, almost

10   entirely in the health insurance industry.  And with a focus

11   on supplemental health products such as long-term disability

12   and long-term care is a big specialty of mine right now.

13   Q      What professional organizations do you belong to?

14   A      I am a member of the American Academy of Actuaries and

15   an associate of the Society of Actuaries.

16   Q      Do you educate or have speaking engagements on your

17   profession?

18   A      Yes, I do.  I frequently speak at insurance

19   conferences.  I probably have done that at least a dozen

20   times over the last five years.

21   Q      Can you go through your professional, over your 29

22   years of being an actuary, where you worked and your

23   professional background?

24   A      Sure.  I started out at an insurance company called,

25   Union Fidelity Life Insurance Company.  I was -- where I was

1    taking my actuarial exams.  From there, I joined a

2    consulting firm in 1990, where I was an actuarial consultant

3    specializing in health insurance.  And in 1993, that

4    consulting firm was purchased by KPMG, where I was -- I

5    continued on as a consulting actuary.  I was a senior

6    manager there.  In 1998, I was hired by General Electric and

7    I was chief actuary for one of their lines of divisions.

8    And in 19 -- or I stayed there until 2000, when I was hired

9    by Milliman, who's one of the larger consulting firms in the

10   world.  I was a principal of Milliman for five years.  Or I

11   was there for five years, some of that was as principal.  I

12   was then -- I joined a smaller firm briefly for about a year

13   or two and then I started my own firm which was DaVinci

14   Consulting Group in 2007.  And that -- my firm was

15   essentially acquired by Towers Watson just this past

16   November and I'm currently a director of Towers Watson.

17   Q    What has been your involvement as the actuary with --

18   for the Long-Term Disabled Committee?

19   A    I've been in -- I was originally retained by the

20   committee.  I want to say it was about a year and a half ago

21   now.  I was directly retained as part of a subcontractor

22   agreement with Alvarez & Marsal, along with an extension to

23   that was the team that worked for me at DaVinci Consulting

24   Group.  And I have been involved as the retained actuary

25   without any breaks until the current day, even though the

1  Towers Watson transition.

2           MR. SUTTY:  I have no further questions.

3           THE COURT:  Just a couple from me.  Have you have

4  ever been qualified as an expert in a Court proceeding, Mr.

5  Bodnar?

6           MR. BODNAR:  No, I have not.

7           THE COURT:  All right.  And is -- are your -- is

8  your accreditation in good standing as of today?

9           MR. BODNAR:  It is.

10          THE COURT:  All right.  Thank you, sir.

11          MR. BODNAR:  You're welcome.

12          THE COURT:  Anyone else with questions for Mr.

13 Bodnar?

14          MR. DAVID:  Yes, Your Honor, this is --

15          THE COURT:  Now this just goes -- just so you'll

16 know, Mr. David, this goes to Mr. Bodnar's qualification as

17 an expert witness, not to the substance of his opinion.

18          MR. DAVID:  Yeah, I commend Mr. Vincent Bodnar

19 for the work he has done for the committee.  And he's been

20 honest and he's been very good information for us.  He has

21 done it honestly and that's all I got to say.

22          THE COURT:  All right, thank you, Mr. David.  I

23 am prepared and will qualify Mr. Bodnar as an expert

24 witness.  And with Mr. David's endorsement, even as an

25 honest expert witness.

1                    (Laughter)

2          MR. BODNAR:  Much appreciated.

3          THE COURT:  So with that --

4          MR. SUTTY:  Thank you, Your Honor.

5          MR. BODNAR:  Thank you, Your Honor.

6          THE COURT:  You may step down, Mr. Bodnar.

7          MR. BODNAR:  Thank you.

8          THE COURT:  Thank you, sir.

9          MR. ZAHRALDDIN:  Thank you, Mr. Bodnar.  So I

10  will then cede the podium to Ms. Kohart.

11         THE COURT:  Yes.

12         MR. ZAHRALDDIN:  And she will discuss class

13  certification.

14         THE COURT:  Thank you, thank you.  Ms. Kohart?

15         MS. KOHART:  Good afternoon, Your Honor.

16         THE COURT:  Now it's afternoon, yes.

17         MS. KOHART:  I know.

18         THE COURT:  Good to see you again.

19         MS. KOHART:  It's nice to see you again, too,

20  Your Honor.

21         Your Honor, I'm going to address the class

22  certification issues, many of which overlap with so many of

23  the comments made before, so I will try not to duplicate

24  things that have already been said.

25         But in order for the class to be certified, not

1  only when you certify tentatively for the settlement, but

2  also in the final matter, there has to be a conclusion by

3  the Court that we satisfy the provisions of Rule 23(a) and

4  at least one provision of 23(b).

5           THE COURT:  That's right.

6           MS. KOHART:  Under 23(a), it starts out with

7  asking the question of whether the cumulative class members

8  are so numerous that joinder is impractical.  We have a

9  class of about 195 people.  I think it was actually 200, but

10 be filed fairness papers.  That is ample to numbers of

11 individuals for class certification under the case law.  The

12 issue of whether a joinder is practical is, I think, quite

13 apparent not only because the Court obliquely addressed this

14 by setting up the LTD Committee.

15          THE COURT:  Yes.

16          MS. KOHART:  But also, we have people that are

17 very geographically disbursed, as well as, people with a

18 variety of issues in their personal life which may prevent

19 them from being joined as parties to this bankruptcy

20 proceeding.

21          THE COURT:  That's right.  This is a special

22 situation.

23          MS. KOHART:  I think that's correct, Your Honor.

24          The next issue is whether there are common

25 questions of law and fact to the settlement class.  And

1  there isn't -- it isn't necessary that the Court find that

2  all questions are common between all class members, just

3  that there is an identity of claims or facts among the class

4  members.

5         And as applied here, Your Honor, the settlement

6  class has commonly raised issues about whether the Debtor

7  can terminate the LTD benefits.  They have commonly raised

8  questions about whether the Nortel's conduct both before and

9  after the bankruptcy was a violation of fiduciary duties

10 towards the class.  And they have raised questions about

11 whether the -- whether there is a formula which in the

12 settlement context which can be fairly applied to the

13 various class members. I think that those three issues amply

14 satisfy the common question analysis that the Court is

15 required to make.

16         The -- and related to that, of course, Your

17 Honor, is the question of whether the class representatives

18 have claims typical of the other class members.

19         THE COURT:  Right.

20         MS. KOHART:  And plainly, they do.  The two

21 proposed class members that have dropped out of being class

22 representatives, dropped out because they disagree with the

23 settlement.  I don't think they dropped out because -- they

24 weren't asked to drop out as class representatives because

25 they had atypical claims.  The remaining class members who

1    are also, by the way, the individuals that the trustee

2    identified amongst the LTD beneficiaries as people that can

3    serve on the committee, I think, plainly have possessed the

4    claims that are common to the other class members which I've

5    already identified.

6              And in addition, normally, the case law where you

7    come up with atypical alleged class representatives, you

8    find people with who have a special defense that's not a

9    class, a defense that's going to be applicable to everybody

10   under the class.  And I don't think any of the individuals

11   we've proposed as class representatives suffer from that

12   disability.  There's nobody with a special statute of

13   limitations defense or against them or unclean hand defense

14   against them.

15             THE COURT:  And as a practical matter, you only

16   need one.

17             MS. KOHART:  You only need one.

18             THE COURT:  Yes.

19             MS. KOHART:  That is absolutely correct.  And then

20   finally, there's the issue of whether the Class

21   representatives have been adequate in terms of their

22   representation of the Class, which I think I've just

23   addressed and I will repeat here that the LTD Committee that

24   was appointed by this Court has been brilliantly identified

25   because these people have been fervent advocates for the

1   position not -- of the individuals that they represent; have

2   been unfailingly attentive to everything that has gone on in

3   the case; and have been careful stewards of making sure

4   information gets out to all of the LTD beneficiaries.  And

5   not to toot our own horn, but part of that analysis also

6   involves whether Class Counsel has been adequate.

7            THE COURT:  That's right.

8            MS. KOHART:  And we have a situation here where

9   there is -- not only did the Court appoint a Mediator, so

10  this whole process of the settlement has been supervised by

11  an outside third-party, but I think the Court has seen that

12  the advocacy on both sides of the table has been very

13  vigorous and, while I think the people at my firm, in

14  particular, are always advocates for their clients, I have

15  never quite seen what I have seen in this case.  Mr.

16  Zahralddin has made himself available 24/7 to communicate

17  with the LTD Constituency.  He has never pushed anything

18  downhill.  He has personally maintained lines of

19  communication.  He's traveled around the Country to have

20  Town Hall meetings.  He, and particularly Margaret Curran

21  and Ms. Kinsella and Mr. Zahralddin, have worked tirelessly

22  in an effort to settle this case.  They never would have

23  settled it if we did not feel we had all the information

24  necessary to make a decision about whether the settlement

25  proposal was fair and adequate to those that we represented.

1    You already have before you, Your Honor, the filings we've

2    made which show that we're experienced Class Counsel.

3              THE COURT:  Yes.

4              MS. KOHART:  We've done cases like this.  We

5    worked assiduously in this particular case to research both

6    the facts and the law, and I think the fact that you didn't

7    even have a Summary Judgment Motion in front of you lets you

8    know that neither side had a silver bullet here and there's

9    always risk in litigation.  There's always risk to the

10   appellate part of litigation.  A settlement reached by

11   sophisticated lawyers is always -- that in and of itself

12   suggests that there has been a fair and just determination

13   and weighing of all of the risks.  In addition to the 23(a)

14   criteria which I've just sort of rattled through, the Class

15   has to satisfy one provision of 23(b)(2).

16             THE COURT:  Right.

17             MS. KOHART:  And in this instance, Your Honor,

18   the Class Action Complaint asserted that the Debtor failed

19   to act in a manner that was typical as to all Class Members

20   and sought injunctive and declaratory relief addressing that

21   and that is an appropriate Class to be certified under

22   23(b).  The Order that the Court will enter regarding

23   prohibiting them from terminating the Plans until the end of

24   June is a typical 23(b)(2) form of relief --

25             THE COURT:  Yes.

1          MS. KOHART:  -- after Class certification.  The

2    allowance of the claim and the distribution issues that

3    relate to that are, I think, part of a second Motion but, in

4    this case, because the allowance of the claim flows from the

5    equitable relief that's being obtained under the Class

6    Action, a (b)(2) Class is, I think, appropriate and both

7    tentatively have been certified, as well as in terms of

8    final certification.

9          THE COURT:  Yes.  And does it -- am I correct

10   that, with a (b)(2) Class, there is no opportunity to

11   exclude oneself from the Class?

12         MS. KOHART:  That is correct, Your Honor, because

13   of the nature of the relief being sought.

14         THE COURT:  Yes.

15         MS. KOHART:  So -- and so unless the Court has

16   any further questions for me, I think that that's all I've

17   got.

18         THE COURT:  All right.  Well, thank you, Ms.

19   Kohart.

20         MS. KOHART:  Thank you very much.

21         THE COURT:  You've certainly well-covered the

22   ground and I think I would like, at this time, to hear if

23   anyone has any objection.  We'll take -- let's take this

24   issue sort of discretely.  Any objection to Class

25   certification?

1                        (No audible response)

2              THE COURT:  All right.  Hearing none.  I

3    certainly recognize that this is an extremely appropriate

4    case for Class certification and that the requirements of

5    Rule 23(a) are clearly met and, in particular, the Court, as

6    most Courts do, are -- is concerned about the adequacy of

7    Counsel and, certainly, that has been established here

8    without any question and not only by experience, but also by

9    effort in this particular case and I think that a 23(b)(2)

10   Class is absolutely the right Class and, accordingly, I will

11   grant Class certification.

12             MS. KOHART:  Thank you, Your Honor.

13             THE COURT:  Thank you, Ms. Kohart.

14             MR. ZAHRALDDIN:  Thank you very much, Your Honor.

15   I'm sure there was a collective sigh of relief from all

16   sides here.  Your Honor, I think, at this point in time, to

17   the extent that there are Objectors in the Courtroom first,

18   perhaps they should come and then we'll make accommodations

19   for folks on the phone.  I know that Mr. Cullen is here to

20   discuss that discreet issue in terms of medical eligibility.

21             THE COURT:  Yes.

22             MR. ZAHRALDDIN:  And I don't believe there's been

23   -- I don't know if there are others that are in the

24   Courtroom but I wanted to make sure he knew when to come up

25   because he's coming up pro se.

1          THE COURT:  Absolutely.  Let's have Mr. Cullen

2  first and, obviously, everyone will be given the opportunity

3  in the Courtroom to be heard.  Mr. Cullen, good morning --

4  good afternoon, and thank you for coming forward, sir.

5          MR. CULLEN:  Good afternoon, Your Honor.

6          THE COURT:  Please take your time and let me hear

7  what you have to tell me.

8          MR. CULLEN:  Thank you.  Your Honor, my name is

9  Marc Cullen and I am here on behalf of my wife, Emily

10  Cullen, who's an LTD employee.  I have power-of-attorney to

11  speak on her behalf and I'm here pro se.  I am an attorney

12  but this certainly isn't what I do.

13          THE COURT:  Okay.

14          MR. CULLEN:  I'm an in-house attorney practicing

15  FDA law.

16          THE COURT:  Aren't you lucky.

17          MR. CULLEN:  Yes.

18                    (Laughter)

19          MR. CULLEN:  I think I've been in Court maybe two

20  or three times in my life and it was well over ten years ago

21  so I'm far, far outside of my comfort zone.

22          THE COURT:  All right.  Well, be comfortable,

23  sir.

24          MR. CULLEN:  Thank you.  First of all, we'd like

25  to say that we have a tremendous amount of gratitude to

1    Committee Counsel and all the Advisors, but especially the

2    Committee Members who have performed heroic work given their

3    disabilities to get this case to where it is today.  At the

4    same time, Your Honor, we have been conflicted because we

5    have been quite perplexed by the Committee's response to the

6    issue we bring before you today.  We are objecting to the

7    method chosen by the Committee to determine how the payout

8    for medical benefits will be allocated to the Class.  We

9    were not made aware of this issue until late February when

10   we received our individual statements and it showed my wife

11   was allocated nothing for medical benefits.  We also learned

12   that there are potentially 11 other disabled employees who

13   received no allocation for medical benefits and may be

14   similarly situated, although we don't know for sure.  We

15   don't have that information.  Your Honor, we feel this is a

16   fairly simple issue that has been made quite complex.  In

17   short, the Committee has taken the position that if you are

18   not enrolled in medical benefits for the 2013 Plan Year;

19   you're not entitled to share in the distribution for medical

20   benefits.  Your Honor, this is simply wrong as it's

21   inconsistent with the clear rights granted under the LTD

22   Plans.  Under the LTD Plans, my wife has the right to elect

23   medical benefits every year until age 65, regardless of her

24   past elections.  Your Honor, I have my wife's enrollment

25   form for the current year.  I'd like to share that with you

1    if I can?

2              THE COURT:  Please.  Come forward, Mr. Cullen.

3              MR. CULLEN:  Thank you.

4              THE COURT:  And I will be pleased to look at

5    that.  Thank you.

6              MR. CULLEN:  Thank you.  Your Honor, you'll see

7    on that enrollment form that my wife had the right to elect

8    benefits even though she had waived medical coverage for the

9    prior year.  Every year, the LTD employees get this form.

10             THE COURT:  Yes.

11             MR. CULLEN:  And are allowed to retain, change,

12   or waive coverage, regardless of their past elections.  The

13   fact my wife waived coverage for the current Plan Year has

14   no impact on her right to coverage each and every year until

15   age 65.  At no time has anybody disputed my wife has these

16   rights under the Plan and my wife is 45 years old.  So she

17   actually has the right to elect coverage every year for the

18   next 20 years.  By any objective measure, that is an

19   extremely valuable right that all of us -- and the Committee

20   has assigned no value to that right.  The right to elect

21   coverage each year until age 65 is a right all of us are

22   losing in this settlement.  Therefore, we all must be

23   allocated a value for that right based on a consistent

24   methodology and then the settlement funds must be

25   distributed pro-rata based on that valuation.  Your Honor,

1   there are two primary variables in the valuation of this

2   right.  First of all, is the -- the first variable is the

3   type of coverage you can elect.  If Your Honor will look at

4   the form on the right side for medical benefits, there are

5   four categories.  It's employee only; employee and children;

6   employee and spouse; and employee and family.  For valuation

7   purposes, Your Honor, certainly, employee's family would be

8   more valuable than employee only.  The second variable, Your

9   Honor, is number of years until age 65.  Again, this is

10  fairly simple, Your Honor.  This is a case about

11  compensation for the loss of benefits and rights under the

12  LTD Plans.  The Settlement Agreement proposes to resolve all

13  LTD claims which is defined, in part, as any past, current,

14  or future benefit, or any other obligation claim or

15  potential obligation or claim arising under or relating to

16  the LTD Plans, including the LTD benefits.  My wife's

17  undisputed right to choose medical benefits each year for

18  the next 20 years is certainly an LTD claim under the

19  Settlement Agreement.  The Settlement Agreement then

20  requires the Committee to choose an allocation method that

21  properly values all LTD claims for each employee at the

22  termination date.  And frankly, Your Honor, that should be

23  the right answer.  If you have rights and benefits under the

24  Plans that you're losing on the termination date, those LTD

25  claims must be valued.  So for comparison purposes, Your

1   Honor, I'll quickly walk through the rights that folks who

2   are currently enrolled in the Plan Year and folks who

3   currently aren't enrolled in the Plan Year have that should

4   be valued.  If you're enrolled for the current Plan Year,

5   you have the right to benefits for the rest of this year.

6   And secondly, you have the right to elect benefits every

7   year until age 65.  If you're not currently enrolled, you

8   actually have the right this year to elect benefits if you

9   have a qualifying family status change, but you also have

10  the right to elect benefits every year until age 65.  Those

11  are the two rights those groups have and, as you can see,

12  Your Honor, the only difference in those rights relates to

13  the valuation for the current Plan Year.  Our rights are

14  exactly the same and are identical otherwise; that is until

15  age 65, and this is the pivotal issue.  My wife has these

16  rights to medical benefits just like everybody else.  That's

17  undisputed.  My wife gets this form every year to select

18  coverage just like everybody else and she was supposed to

19  have that right for the next 20 years.  No one could argue

20  this is an extremely valuable right and, under the

21  Settlement Agreement, her LTD claim is required to be valued

22  as part of the pro-rata distribution.  Your Honor, we

23  believe two key issues regarding the history of the

24  settlement could help shed some light on how we got here.

25  First, Your Honor, the Retiree settlement came before the

1  LTD settlement.  My understanding is that the Retirees and

2  the LTD Committee used some of the same Advisors and

3  Actuaries.  When I first asked Committee Counsel and their

4  Actuaries why they failed to value my wife's claim, I was

5  told by the Actuaries, Mr. Bodnar, that they were instructed

6  only to assign values to those employees enrolled as of

7  January 31st of this year and they said that was in the

8  Settlement Agreement.  I went back and I frantically re-read

9  the Settlement Agreement looking for that information and

10 didn't see it anywhere.  The only reference to a January 31st

11 date that I found in any of the documents I have was in the

12 Retiree's settlement.  So I asked Committee Counsel and the

13 Actuaries to point me to where in the LTD settlement that

14 language was that supported their contention that you had to

15 be enrolled as of January 31st and it's been over six weeks

16 and I still haven't received a response to that, Your Honor.

17 So it became clear to me that, perhaps, they were confusing

18 the Retiree case with the LTD case and those requirements.

19 Under the Retiree Plan, Your Honor, you have to be enrolled

20 to have future rights to medical benefits.  The Retiree Plan

21 states if you discontinue your coverage for any reason, you

22 forfeit your right to participate in the Plan in the future.

23 As Your Honor will recall, the Objection raised by Mr. Horne

24 in the Retiree case --

25          THE COURT:  Yes.

1          MR. CULLEN  -- Mr. Horne waived medical benefits

2    and was not allowed to take part in the pro-rata

3    distribution and the reason was, when you waive under the

4    Retiree Plan, you have no future rights to value.  But the

5    LTD Plans are the exact opposite.  As I previously stated,

6    if you waive coverage for one Plan Year, you still have the

7    right to elect every year until age 65.  It seemed to us

8    that the LTD Committee and the Advisors picked up that

9    rationale and put it over here in the LTD case and may have

10   somewhat been entrenched in that view ever since.  Of

11   course, when Mr. Horne raised his Objection, the Debtors, as

12   well as the Retiree Committee, immediately jumped up and

13   said Mr. Horne doesn't have those rights under the Plan.

14   Importantly, Your Honor, it's worth nothing that, in my

15   wife's case, neither the Debtors nor the Committee have

16   jumped up and down and said my wife doesn't have these

17   rights under the Plan.  Second, Your Honor, the historical

18   issue we'd like to talk about relates to the allocation

19   methodology itself.  When we learned that my wife was

20   allocated nothing for medical, we asked to see the

21   methodology and Committee Counsel asked the Actuaries to

22   send us an explanation with blinded examples showing the

23   calculation.  I'll note that, before I was a lawyer, I

24   received a Masters in accounting and was a CPA with Deloitte

25   so when I first received this information several things

1    became clear to me.  The first was we realized that the

2    Actuaries took the methodology they used to try and value

3    Nortel's potential liability and come up with a settlement

4    amount and they picked that up and they tried to put it over

5    here and use it for pro-rata distribution purposes and that

6    doesn't work for a couple of reasons, Your Honor.  The

7    Committee has two distinct obligations; negotiate -- first,

8    negotiate the best deal you can with Nortel, and then over

9    here, distribute the funds pro-rata based on the rights

10   we're all losing.  As I stated, we're not objecting to the

11   rationale used to come up with the number from Nortel.

12   We'll assume that that was an appropriate methodology for

13   that purpose.  What we're saying is when you pick it up and

14   put it over here and use it for pro-rata that's problematic

15   because it fails to include people in the distribution who

16   have rights and claims under the Plan.  It also resulted in

17   several other inequities.  For example, we found the

18   following problem.  Employees were allowed to choose, if you

19   look on that form, Your Honor, two levels of coverage.  On

20   the left side, it has 80/60 and 90/70 coverage.  Of course,

21   those represent the in-network and out-of-network coverage

22   levels.

23            THE COURT:  Sure.

24            MR. CULLEN:  90/70 coverage is a higher coverage

25   with a higher premium and 80/60 coverage is lower coverage

1  with a lower premium.  When you try to pick up their

2  methodology and put it over here for pro-rata distribution

3  purposes, it resulted in several inequities.  One, Your

4  Honor, is that it resulted in 80/60 coverage, the lower

5  coverage, being given a higher valuation than 90/70

6  coverage.  This is, again, objectively incorrect and

7  undervalues the pro-rata share of all those employees with

8  90/70 coverage.  We also found a separate problem with their

9  methodology.  It undervalues the claims of the employees who

10 have children that drop off coverage at age 26.  Now, these

11 two issues, Your Honor, we brought to the Committee's

12 attention, and after much discussion, they agreed to fix

13 those issues.  Everyone's numbers have already been adjusted

14 for those corrections and, personally, we actually lost a

15 little bit of money in the settlement due to those changes

16 because it slightly reduced the overall settlement ratio.

17 But we knew that would happen and that's fine, of course,

18 because the point is to get this right, and just because

19 they perhaps made a mistake doesn't mean we're entitled to

20 that money.  The changes had a more substantial impact to

21 many other employees.  But again, the bottom line is,

22 regardless of impact, when something's wrong we have to fix

23 it and as of right now, the claims of 183 members are being

24 overvalued at the expense of the 12 of us who have been

25 wrongfully excluded.

 1              THE COURT:  And I thought you were now -- am I

 2    wrong that --

 3              MR. CULLEN:  No, no.  They fixed the two other

 4    errors we found.

 5              THE COURT:  I'm sorry.  Understood.

 6              MR. CULLEN:  Sorry.  Yes, good question, Your

 7    Honor.  They fixed those two other errors and said yes,

 8    you're right; that methodology doesn't work when you do --

 9    when we brought it over here.  And I highlighted that to

10    say, you know, this is one of several reasons why that when

11    you pick up that methodology and put it over here it doesn't

12    work.

13              THE COURT:  Yes.

14              MR. CULLEN:  Our main one, of course, is that we

15    got excluded and we're still being excluded.

16              THE COURT:  Okay.

17              MR. CULLEN:  Your Honor, of course, the good news

18    is now that since those other two errors have been fixed in

19    the methodology, the formulas are actually now properly set

20    up to equitably value all of our future rights to medical

21    benefits and we can and should be plugged right into that

22    methodology.  Your Honor, what makes the decision by the

23    Committee a little more bewildering to us is that we all had

24    the same -- we thought we all had the same understanding

25    that you don't need to be enrolled in medical benefits to

1    receive a pro-rata distribution.  In July of last year, Your

2    Honor, we -- Committee Counsel requested feedback from the

3    LTD employees on the individual impact of potentially losing

4    medical benefits.  One important issue was whether

5    compensation for medical benefits would be in the form of a

6    cash payout or placed towards group coverage.  I responded

7    to Counsel's email saying that my wife had waived coverage

8    and then clearly stated that if any medical coverage is

9    included in the settlement, the ability to waive that

10   coverage for a comparable cash payout would be optimal.  Of

11   course, Your Honor, he didn't say at that time wait, if you

12   waive coverage, you can't take part in medical benefits.

13   That would be contrary to the plain language of the Plans.

14   Instead, actually, he copied our response; sent it to all

15   LTD employees as a good example of the type of information

16   he was looking for and said it helped him know if

17   alternative coverage was available and he also said it was

18   good to know whether we wanted to be included in a Plan or

19   have a cash payout.  The clear implication from the emails

20   was you don't need to be enrolled to take part of a cash

21   payout.  In fact, throughout the whole fall, the Committee

22   was focused on using replacement coverage as the valuation.

23   They told us to get estimates for replacement coverage and

24   put that in our Proof of Claim which we did.  Again,

25   enrollment was never an issue.  Further, Your Honor, if --

1   we didn't get a cash payout.  We got a Group Plan.  I don't

2   think anyone would be arguing we wouldn't have the same

3   rights to be part of the Group Plan and keep electing every

4   year.  So the fact that it's a cash payout instead of a

5   Group Plan shouldn't matter.  Your Honor, we also, in our

6   Objection, raised several points about the Committee and

7   their fiduciary obligation and I won't go into all those.

8   I'll just raise one example, Your Honor.  Both of us cited

9   all the cases in quotes regarding fiduciary obligation.  If

10  you look at the tax HRA issue, that's been a fairly heated

11  issue --

12          THE COURT:  Yes.

13          MR. CULLEN:  -- with a lot of folks having

14  concerns on all sides of that and Committee Counsel has

15  recognized that whatever decision is made there is going to

16  potentially hurt some people and help others.  In defense of

17  that, he's consistently told the LTD employees that the

18  Committee has a fiduciary obligation to pick the

19  distribution methodology that helps the most people.  Of

20  course, we were jumping up and down saying yes, yes you do;

21  you have that obligation, but you also have it over here

22  with the medical benefit allocation.  You have that same

23  obligation.  You have a fiduciary obligation to choose a

24  methodology that helps the most people.  You have an

25  obligation to choose the method that values the rights of

1    all 195 of us and doesn't arbitrarily swoop 12 of us.  More

2    importantly, the Settlement Agreement requires that the

3    Committee value these rights and claims and not just take

4    them away and that kind of gets me back, Your Honor, to my

5    wife's rights to future medical benefits.  Under the LTD

6    Committee's theory of the case, all employees have this

7    right and, to get back to Ms. Schweitzer's car example, the

8    Committee seems to think that if you're not using this

9    right, they can just choose the methodology that operates in

10   a manner to take away that right.  Now, that's like saying,

11   Your Honor, if you bought a new car, that I can just come

12   take your old one because you clearly don't need it and,

13   clearly, that's not true; you still own that car; you may

14   need that car if something happens to it; and regardless,

15   that old car has value, whether you're using it or not.

16   Moreover, it's the same value as identical cars.  Similarly,

17   Your Honor, my wife has the right to future medical benefits

18   under the Plans and whether she's currently enrolled or not,

19   she has that right.  Most importantly, Your Honor, the fact

20   that she's not using it right now doesn't mean that she

21   could desperately need it in the future.  And just like that

22   old car, Your Honor, the right to medical benefits has a

23   value whether she's using it or not and it's the same as

24   other identical rights in this case.

25              THE COURT:  Well, that's what I was going to ask.

1  Is the value you're seeking the option value?  In other

2  words, the -- what -- how much value should be applied to

3  your right to --

4           MR. CULLEN:  Exactly, Your Honor.

5           THE COURT:  -- choose future coverage.

6           MR. CULLEN:  That's a great question, Your Honor.

7  The valuation of these future rights, and the future rights

8  we all have, needs to be on a consistent methodology and

9  what we're saying is people are allowed to choose coverage

10 every year.  Those coverage levels are set out on that form.

11          THE COURT:  Yes.

12          MR. CULLEN:  And the number of years until age 65

13 are known.  The current methodology says what did you

14 select, and the whole point is this is a right to future

15 benefits and what you're losing.  It should be what can you

16 select.  Their methodology is currently set up and has a

17 value for each category of coverage and they're already

18 valuing each category coverage.

19          THE COURT:  Yes.

20          MR. CULLEN:  And they're already looking at it

21 until age 65, which is what you should do.

22          THE COURT:  Correct.

23          MR. CULLEN:  For example, Your Honor, if we were

24 to be -- so you have to look at what you can elect and they

25 have the data to do that.  It's simply knowing your family

1  status; which is married, how many kids and what ages, and

2  number of years until age 65.  So, for example, Your Honor,

3  my wife can elect employee plus family coverage for 14 years

4  and employee plus spouse for another six.  Those have

5  valuations already attached to them.  If everybody is

6  plugged into that formula equally, and most of them

7  currently are based on they already elected kind of their

8  max coverage, you will get a consistent valuation of our

9  future rights until each of us reaches age 65.  Once you

10  have that information, you get a pro-rata valuation and then

11  distribute the money accordingly.

12           THE COURT:  Yes.

13           MR. CULLEN:  Again, the methodology is currently,

14  in our view, already set up to be able to do this.

15           THE COURT:  Okay.

16           MR. CULLEN:  Your Honor, I'd like to close by

17  just addressing a couple of points in the Committee's

18  Omnibus Reply.  They're saying that you can't create a

19  distribution methodology that values every future election

20  someone could possibly make, and our whole point was that's

21  really a failure to understand how Actuaries and Accountants

22  value future rights.  You don't have to predict the future.

23  What is required is an acknowledgement that we all have this

24  similar right to future coverage.  That right exists

25  regardless of past elections and all they need to do is come

1  up with that methodology which I just said they already

2  have.  As I mentioned, Your Honor, those two primary

3  variables and that data is already -- already exists and the

4  methodology does exactly what it needs to do.  Your Honor,

5  we're not trying to predict the future and I thought that

6  was the one issue we had all agreed on is that you can't

7  predict the future.  Our whole argument is that you can't

8  predict the future, Your Honor, which is why accounting and

9  allocation methods require them to consistently value these

10  rights we're all losing.  When we heard Nortel was going

11  bankruptcy, the first thing my wife said to me was oh my

12  gosh, what do we do for medical benefits if something

13  happens to me or my job or my benefits.  That's how disabled

14  people, of course, think, Your Honor.

15         THE COURT:  Yes.

16         MR. CULLEN:  It's medical.  It wasn't the income

17  continuation.  It wasn't the 401(k).  It's medical, and the

18  way our luck's been going, Your Honor, I'll lose my benefits

19  on July 1, the day after the termination date and who's to

20  say someone who's currently enrolled wouldn't have a spouse

21  who got a better job with better benefits on July 1 and

22  would have never needed these again?  The whole point of

23  using a consistent valuation methodology to value these

24  rights that we're all losing is that you don't get into the

25  impossible situation of trying to predict the future.

1    Further, Your Honor, the Committee argued that there's a

2    need for a record date for eligibility and we absolutely

3    agree and we have a record date and it's the termination

4    date.   Everyone with an LTD claim, as defined by the

5    Settlement Agreement, on that date, is required to have

6    their claim valued by the Committee.   Their decision

7    actually works to undermine the record date in the Agreement

8    because it sets a different date solely for the purposes of

9    distributing medical benefits.   Your Honor, one final point

10   on valuation then I'll close.   So I'm saying you need a

11   consistent methodology and, as I have mentioned earlier, the

12   only difference in rights relates to the 2013 Plan Year.   So

13   when they do the valuation, the folks currently enrolled

14   would get a full valuation for this year and those are

15   actually the most valuable months because they have the

16   lowest discount to them.   We, of course, since our only

17   right for this current Plan Year is the right to choose

18   benefits if we have a qualifying life event, ours would be

19   significantly discounted, and based on how we looked at it,

20   we would lose a substantial amount of money for this year

21   given the fact that these are the most valuable months of

22   the year.   So we know we're going to take it could be a

23   five-figure hit for this year, Your Honor, based on the

24   numbers we've seen from Tarris Lawson, but we acknowledge

25   that.   It's the 2014 and beyond, the future right, that

1  everyone had the same right to elect is what should be

2  consistently valuated.  Now, Your Honor, we have repeatedly

3  worked with Counsel to try and get legal justification for

4  why they felt they could essentially take away these rights

5  and we've tried to resolve this matter and even asked to go

6  before Counsel and the Committee together and explain our

7  situation but that request was rejected.  And now after two

8  months of being completely immersed in this issue, reading

9  practically every word in every filing, auditing the

10  allocation method twice myself, massive email exchanges with

11  Committee Counsel, and sometimes Ms. Schweitzer; apologies,

12  Ms. Schweitzer, way too many sleepless nights, an

13  unbelievable amount of stress and deterioration of my wife's

14  condition, and worst of all, making me use Westlaw for the

15  first time in ten years, after all that, it seems to us the

16  Committee's argument boils down to since you're not using

17  it, we don't think you need it so we're going to take it and

18  give it to folks, other folks.  They've stated that valuing

19  these rights would be a windfall to us and the other 11

20  disabled folks.  Nothing about my wife's disability has been

21  a windfall.  My wife was a CPA with a Masters in accounting.

22  She worked for Ernst & Young before Nortel and had an

23  exceptionally bright future.  At the age of 29, she became

24  totally disabled and now she's 45 and she's losing 20 years

25  of benefits in this bankruptcy.  Like everyone else, she is

1   losing 55 percent of her claim in this settlement which, to

2   her, is hundreds of thousands of dollars, and now the

3   Committee, with this decision, is taking away another 30

4   percent of her claim for her right to medical benefits

5   which, again, is a very substantial number.  None of this is

6   a windfall.  What's staggering, Your Honor, is that the

7   Committee would use the term windfall at the same time this

8   decision operates to take away her rights and then actually

9   overvalues the claims of everybody else.  But what's most

10  telling about the Reply, Your Honor, is they never argued as

11  what they've left out which is they've never argued my wife

12  doesn't have this right.  That's the total issue.  She gets

13  this form every year and it's the right we're all losing in

14  this bankruptcy and that's the LTD claim we all have.  It's

15  an extremely valuable right, Your Honor, and must be

16  included in the distribution.  We ask for the Court's help

17  with that.  Thank you.

18         THE COURT:  Thank you, Mr. Cullen.  Thank you,

19  sir.  I appreciate it.

20         MR. CULLEN:  Do I go sit back down or?

21         THE COURT:  Yes, you can sit down and, obviously,

22  come forward if there's a reply.

23         MR. CULLEN:  Thank you, Your Honor.  Thank you.

24         MR. ZAHRALDDIN:  Your Honor, I hate this part of

25  it because every one of these --

1          THE COURT:  Yes.

2          MR. ZAHRALDDIN:  Every one of the members of my

3    Constituency we've tried to get a resolution and that

4    includes Mr. Cullen.  I also -- I mean I could say no good

5    deed goes unpunished but let me clarify a couple of things

6    here.  As a product, our Committee could have instructed me

7    to restrict information and not to engage and speak to our

8    Long-Term Disabled Constituency.  We decided steadfastly

9    that was not going to be our policy so we'll often have

10   people come back and say well, Rafael said this or Mr.

11   Zahralddin said this or, as Mr. Cullen referred to me,

12   Committee Counsel said this.  And I will say that, in an

13   effort to make sure we had all the information, we did reach

14   out to people.  But just because I say to someone this is a

15   good email in terms of identifying, doesn't mean that,

16   ultimately, that didn't go to my Committee; didn't go to our

17   Advisors, and then we assessed it.  It meant that it was

18   simply part of our fact-gathering and our investigation.  I

19   also have to say that I hate using words like windfall but I

20   am not representing Emily Cullen up here.  I am now

21   representing the other 193 folks that we have and it isn't

22   simply ten people.  If you take this to its logical

23   conclusion, there are several elections on that form.  We're

24   not even going to get into the unborn children and those

25   types of arguments.  But we can simply take, for example,

1  people who elected not to take dental, vision, and health.

2  There are, and unfortunately, I only have this in electronic

3  form, and I'm happy to put Mr. Bodnar up and he can run

4  through this, but in examining the potential impact here, we

5  assume in the current model we have about $57 million.  If

6  you take in six participants who waived medical only, that

7  adds $700,000.  If you take in those who waived dental,

8  vision, and health only, that's another $4,000.  If you add

9  coverage for those who waived medical and dental, vision,

10 and health, it's $1.3 million.  And assuming that they --

11 you have coverage for all participants who waived coverage,

12 that takes up to $59 million.  And assuming maximum coverage

13 for all participants, people who elect all the way up, it

14 becomes $61, close to $62 million with a variance of about

15 4.6 million.  So now, though -- and again, it may be fine to

16 say well, why not go ahead and do that and disburse it.  It

17 does change dramatically what's already out there and I will

18 tell you that when I use the word windfall, all of our

19 people are in very dire situations; many are in a worse

20 position than Ms. Cullen is in today.

21          THE COURT:  Yes.

22          MR. ZAHRALDDIN:  Many do not have a husband who

23 has health coverage in which they could have elected; many

24 do not have medical benefits through Veteran's

25 Administration or other sources, and that is why that it

1    weighed heavy on the Committee.  We do not want to do

2    anything to hurt Mr. Cullen and his family but we have to

3    watch over the other now 193 that are out there and we have

4    several people who are very young, for example, who have a

5    long time to get until they're 65.  So these were not

6    flippant decisions.  I also take issue with the fact that

7    Mr. Cullen indicated that we have not responded to him.

8    It's very simple.  In the Settlement Agreement, it says

9    those that are eligible as of the termination date.  The

10   only way you can be eligible is if you signed up during the

11   enrollment process and, obviously, in the benefit package

12   which he receives, and then, obviously, if there's a

13   qualifying life event which allows you to enroll outside of

14   those procedures.  These are procedures which Mr. & Mrs.

15   Cullen have great familiarity.  They've done it for several

16   years and it was the record date and the line that was

17   established by talking to lawyers, Counsel, as well as

18   Actuaries.  And while that line was not created by the

19   Actuaries, obviously, the Actuaries wanted to figure out a

20   way that was -- look, at some point, all of this actuarial

21   science is a science but it deals with projections,

22   averages, etc.  And, of course, we could probably find

23   something but it would be difficult to quantify these

24   amounts and do it this way.  And obviously, the Committee

25   wanted to find what was as fair, neutral, and balanced, and

1   conservative an approach as possible and that's what we

2   pursued and we believe that that was the fairest way to

3   allocate this -- because, again, did we make a judgment call

4   that people who currently have insurance probably shouldn't

5   get extra money at this point in time?  Yes.  Was that a

6   hard decision?  Absolutely it was a hard decision but that's

7   the decision that we made.  Now, Your Honor, if --

8              THE COURT:  Let me ask this question.

9              MR. ZAHRALDDIN:  Yes.

10             THE COURT:  Is -- and I'm not, obviously, trying

11  to duck the issue because I'm going to have to address it

12  one way or -- you know, at one time or another, but is this

13  a settlement Objection or --

14             MR. ZAHRALDDIN:  It is because it goes to the

15  allocation as opposed to the distribution.

16             THE COURT:  Okay.

17             MR. ZAHRALDDIN:  In other words, the chart that

18  you will get that says here's your pro-rata share, part of

19  that, when we went through, if you did not elect medical

20  coverage, then you didn't have that medical coverage and,

21  therefore, you're valued and zero and we did press people.

22  We found, for example, in other instances, we found that

23  zero would come up and we looked, you know, beneath the

24  number and say okay, well, why is zero coming up.  And at

25  least in one instance, we were able to make a correction and

1  this was -- I'll put this as by way of example, Your Honor,

2  so that you understand the way the Committee has approached

3  this from the very beginning.  We had one LTD'er who was --

4  had an overpayment.  So when we received the information

5  from the Debtors, it shows up as zero for income

6  continuation, he met with me actually in North Carolina at

7  one of the Retiree Town Hall and he said look, I can't

8  remember; he has cognitive difficulties, whether I had this

9  insurance.  I don't have the records but my father always

10  told me that, you know, buy the best insurance.

11          THE COURT:  Yes.

12          MR. ZAHRALDDIN:  I knew that and so I have a

13  feeling, a strong feeling I did this.  Now, did I dismiss

14  him?  Did the Committee dismiss him?  No.  We asked Ms.

15  Schweitzer to investigate it.  We found out there was an

16  overpayment and we found out that the overpayment was only

17  for another couple of years, five years, and he still had

18  time left.  Did we make that adjustment?  Yes, because that

19  was looking beyond the numbers, going in, and making what we

20  felt was a fair disposition in terms of the income

21  replacement.  This other piece, the speculative pieces that

22  we're talking about here, seem to be an extra exception that

23  would harm -- let's say there's 20-some odd people; that

24  would harm the balance of the remaining LTD Class.  And

25  again, was it a hard decision?  It absolutely was but it is

1  an allocation issue, as opposed to a distribution one.

2          THE COURT:  But it's not an issue between the

3  settling parties here.  Well, Ms. Schweitzer, do you have a

4  view on this?

5          MS. SCHWEITZER:  Everyone's right.  The answer,

6  Your Honor, is this, is that your instincts are 100 percent

7  right, which is that, between the Debtors and the Long-Term

8  Disability Committee --

9          THE COURT:  Yes.

10          MS. SCHWEITZER:  -- we are settling the claims

11  against the Debtors and, in exchange for those claims, we're

12  granting the Committee a claim of roughly $25 million.

13          THE COURT:  Right.

14          MS. SCHWEITZER:  Right?

15          THE COURT:  Right.

16          MS. SCHWEITZER:  And then the Committee has not only

17  the discretion, but the obligation to divide that claim up

18  apportionment among its various Constituents.

19          THE COURT:  Yes.

20          MS. SCHWEITZER:  The Settling Class.

21          THE COURT:  Yes.

22          MS. SCHWEITZER:  The Settlement Agreement itself, on

23  page six, provides exactly that, which is that it's the LTD

24  Committee's responsibility to create this apportionment

25  methodology.  It also provides that the LTD Committee will

1  deliver to the Bankruptcy Court and seek approval of a schedule

2  that details the calculation; that details this allocation

3  among people.  So you were right that it's not --the Debtors

4  don't have a dog in this fight as to how to hand out the money

5  and to that point, I would note that the Debtors, in fact, take

6  the position that no one has a claim, right, and I was going to

7  actually make that point that I'm fine in entertaining this

8  discussion here but this is all, based on an assumption, which

9  we will just assume for purposes of that discussion, that there

10 is a future right to benefits generally, right, and that no

11 finding should actually be made -- we would object to a finding

12 that suggests it is.  We're going through this entire exercise

13 on the premise that if they're right and there is this future

14 right to benefits, how do you hand out the money among the

15 group, right?  So that's been solved for the LTD Committee.

16 Our only concern, as the counter party to this is that the

17 Settlement Agreement itself contemplates a schedule will be

18 approved and it contemplates that the Order will be entered by

19 May 16th and go final by May 30th.

20         THE COURT:  Right.

21         MS. SCHWEITZER:  And so that this schedule, this

22 dispute or disagreement, needs to be resolved or needs to be

23 addressed in the schedule with the Court that's attached to the

24 Settlement Order itself.  I mean there could be -- you know, we

25 can look closer at the language if there are ways around it.

1    But from the Debtors' point, all we care about is that the

2    schedule is attached to the Court in such a way that the Order

3    goes final and this doesn't drag on the Settlement Agreement

4    itself.   The only other point, and just so the record is

5    complete, is that the Medical Plan is an annual Plan, as

6    written.   It does also talk about annual re-enrollment periods

7    and so it's attached as Exhibit 28 to Mr. Ray's Declaration

8    that was admitted into evidence just in case you wanted to take

9    a look for it.  And I think, for purposes of discussion, while

10   we -- if we were litigating this, you might use different

11   words, I think that between Mr. Zahralddin and Mr. Cullen, they

12   do agree to this idea that if you don't elect it one year, it

13   doesn't preclude you if a Plan is offered the next year, from

14   electing it the next year.  It's not like the Retirees that --

15          THE COURT:  Correct.

16          MS. SCHWEITZER:  -- a non-election kicks you out of

17   the system and they also would agree that everyone, all the

18   Long-Term Disabled people, are in the 2013 Plan Year.  So there

19   is a little level of words and details that we might describe

20   differently because we don't -- we believe that we have the

21   right to say there's no 2014 Plan Year.  We can stop at any

22   time.  But I think that, as far as the facts in dispute, you

23   would agree that the premise everyone is working under is that

24   if the Plans aren't terminated or a new Plan is offered every

25   year, that you have the right to make that choice independently

1  every year the Plan is put in front of you.  So I would just

2  put that more down as a reservation of rights to sort of put a

3  bubble around what's being decided and so that Your Honor has

4  the documents in front of you in case it's relevant.

5         MR. ZAHRALDDIN:  And, Your Honor, I believe in -- I

6  don't want to tread and discuss other actuarial models, but we

7  have -- we're not the only folks who have put together an

8  actuarial model in preparation for possible other options.

9         THE COURT:  Yes.

10         MR. ZAHRALDDIN:  We were presented actuarial models

11  during settlement, etc., and while we had to go our own way to

12  figure it out because there are proprietary aspects of any

13  actuarial model that actuaries don't want to share with each

14  other.  Our assumptions have all kind of come up the same way

15  and, if it would be helpful, I'm more than happy to put Mr.

16  Bodnar up and he can explain why he approached this in this

17  manner from an actuarial point of view.  I take issue with Mr.

18  Cullen's indication that, somehow, everything was a mistake and

19  we were -- it's -- that's -- quite honestly, and I don't use

20  this term loosely, it's nonsense.  We set up a process by which

21  we worked with the individual LTD'ers and I can understand how

22  someone might try to characterize this when they don't get the

23  answer that they want but it's just not accurate that somehow

24  there was a giant mistake.  There were no mistakes.  We work on

25  projections and averages and we use the Actuaries to work on

1   those.   If they can bring a finer point of detail by making a

2   correction or adjustment, they will, and we did.   He indicated

3   we did.

4               THE COURT:   Right.

5               MR. CULLEN:   If we thought that there was a problem

6   with that, we wouldn't have made the adjustment and we'd be

7   discussing that in more detail.   So I'm more than happy, if you

8   have any questions, Your Honor, in terms of the actuarial

9   methodology and how Mr. Bodnar came to his numbers, to put him

10  up on the stand and he can defend those if you need that.   I

11  think that that already is established in the record that we

12  have laid out.   I think that this dispute comes down to a very

13  simple premise if indeed the Committee was given the

14  responsibility of setting up the allocation methodology and we

15  believe, and we could not tell Mr. Cullen ahead of time, that

16  whether he should waive or not waive.   That was his choice.

17  Number one, the enrollment period, and as you know, Your Honor,

18  we came back kind of heated because we didn't like language

19  that was in a letter that the Debtors sent out to our LTD'ers

20  and said that we thought that the language that was in there

21  was inappropriate and we actually even delayed -- I mean,

22  excuse me -- yes, delayed and pushed up or pushed out the time

23  period to do enrollment as a result of that.   We were in the

24  midst of settlement negotiations and we did not sign a

25  Settlement Agreement until after enrollment even in its

1    extended form was completed.  So I could not, without violating

2    confidentiality on the status of the negotiations, the

3    mediation, and the settlement, come out and tell Mr. Cullen,

4    you know what, all of you better enroll because you're going to

5    be in trouble if you don't enroll.  It just was not part of the

6    process.  So any sort of allegation that somehow we hid this

7    from anybody is also, I think, unsupported by the facts and by

8    the chronology of the events that occurred.  But at the end of

9    the day, this is a decision that the Committee was given and

10   the Committee had to make a hard decision and it made that

11   decision within its fiduciary duties.  It weighed the overall

12   good, okay, as -- under its fiduciary duties against the

13   possible impact and these were impacts that we believed were

14   speculative, at best, and not part of an actuarial analysis

15   that would determine the ultimate liability in this case.  If

16   Mr. Bodnar and these Actuaries believed that that should be

17   added in, it would have been in the original estimation of

18   liability.

19           THE COURT:  I guess the question is did Mr. Bodnar

20   consider the value of enrollment or the value of the option to

21   enroll?

22           MR. ZAHRALDDIN:  I don't believe that that was --

23   that came up in his considerations.  Only when it was brought

24   up as a possibility by Mr. Cullen did we go back and try to

25   actually value it or take a look at it.  It just did not seem

1    to be -- it just was not within the types of claims we were

2    looking at.

3              THE COURT:  Because here's a concern of mine.  Let's

4    assume, for example, that we have a disabled person who was

5    fully enrolled in the medical benefits and sadly dies in six

6    months.

7              MR. ZAHRALDDIN:  Okay.

8              THE COURT:  They will have received, you know, a

9    large value for their position, even though they won't, in

10    effect, be disabled throughout the term.

11             MR. ZAHRALDDIN:  And that was -- that's in the terms

12    of the -- of most Disability Plans that I know of.

13             THE COURT:  Yes.  Yes.

14             MR. ZAHRALDDIN:  And as a matter of fact, you will

15    hear about it in the Distribution Motion, a key element from

16    our discussions with the IRS of a Disability Plan is 1) that

17    you certify someone is disabled; and 2) that it ends upon

18    death.  So there is that risk that you would lose the remaining

19    amounts that would go back into the pool.

20             THE COURT:  Well, I have Class representatives who

21    were part of a Committee who have considered this.  They have

22    consulted with an Actuary, actuarial firm.  They've had the

23    advice of Counsel.  What is my responsibility as the Judge as

24    to this particular issue?

25             MR. ZAHRALDDIN:  Well, I believe, Your Honor, you

1    have to make a decision as to whether or not the Committee was

2    correct in setting the line where it set it.  I don't believe

3    the Committee did it in an arbitrary fashion.

4              THE COURT:  Well, I mean that's the question.  Do I

5    have to decide whether they did it correctly or do I have to

6    decide whether they -- the process was appropriate and that the

7    Committee considered various factors?  Here comes Ms. Kohart to

8    give me one answer.

9              MS. KOHART:  I think that, Your Honor, what you need

10   to look at is whether there was a standardized appropriate

11   actuarial formula that was used to calculate how the -- what

12   everybody's allocation of the settlement was going to be and

13   ensure that there were no unfairnesses built into that

14   actuarial formula.

15             THE COURT:  Sure.

16             MS. KOHART:  There's always going to be

17   individualized sort of claim that if you did it this way, I'd

18   get more.  If you did it that way, I'd get more.  But as long

19   as the formula that was selected was universally --

20             THE COURT:  Equally applied.

21             MS. KOHART:  And applied equally without any

22   discrimination in favor of one type of disabled person or

23   another that is something that can be the subject of a fairness

24   determination in a settlement and I think that when it -- I

25   mean, like I said, I'm sure there's many, many other people in

1  this proposed settlement Class that can come forward with

2  individualized issues that gee, if I had known it was going to

3  settle, I would have checked that box or this box.  Everybody

4  is -- but as long as the formula being applied is kind of

5  across the board and equal and is not based on any apparent

6  unfairnesses, that is not a basis to declare a settlement

7  formula being proposed as unfair or inappropriate.

8           THE COURT:  All right.  Thank you, Ms. Kohart.

9           MR. ZAHRALDDIN:  And I'm glad Ms. Kohart is here

10 because I'm not a Class lawyer.

11          THE COURT:  No, and I understand that to be the case

12 and I as the Judge am not supposed to exchange my views for

13 that of parties who have done their job, in effect.  That's --

14 you know, that's my consideration and -- all right.  I hear Mr.

15 Cullen.

16          MR. CULLEN:  Yes, Your Honor, may I --

17          THE COURT:  Yes, Mr. Cullen, please.

18          MR. CULLEN:  May I respond, please?

19          THE COURT:  Please, yes.

20          MR. CULLEN:  Thank you, Your Honor.  Your Honor, the

21 legal issue before you today is --

22          THE COURT:  Is the fairness of the settlement.

23          MR. CULLEN:  It's the fairness of the settlement but

24 you just asked did they execute their duties correctly, and the

25 Settlement Agreement, Your Honor, in our view, is exceptionally

1   clear.  You have to keep reading paragraph 2(e) to fully

2   understand what that means and the Committee's obligation.

3   Their decision works to take away a right that nobody disputes

4   that we have and if we weren't in this case, we could prosecute

5   that claim against Nortel ourselves.  No one's saying that we

6   don't have that right and we do agree that a consistent

7   allocation methodology has to be come up with.  The Settlement

8   Agreement in paragraph 2(e) requires them to value LTD claims

9   that we all have at the termination date for the purpose of

10  pro-rata distribution.

11            THE COURT:  Right.

12            MR. CULLEN:  And what we're saying is their decision

13  to take away our right, they never had that choice.  They don't

14  have that ability.  We're not choosing between two reasonable

15  alternatives here, Your Honor, even though if we were, we'd say

16  they have to pick the one under their fiduciary obligation that

17  values everyone's claim.  What we're saying is they don't have

18  the legal authority to take away our rights in this case, which

19  is what their decision operates to do.  Now, Your Honor, it's -

20  - they are saying we looked at the harm to everybody else.

21  Well, of course, our entire position is that if this was done

22  the way we thought it should have been, based on the relative

23  value of our future rights to begin with, nobody would be

24  getting harmed because it would have been adequately valued to

25  begin with.  The only reason there's this view that there's

1    harm to everybody else is because everyone's been sent their

2    numbers and the size of the numbers they gave you shows you how

3    overvalued everybody else's claims are at our expense because,

4    as you heard Ms. Schweitzer say, we do all have the same value

5    -- the same right --

6              THE COURT:  Sure.

7              MR. CULLEN:  -- under the Plans.

8              THE COURT:  Sure.

9              MR. CULLEN:  And they can't make a decision that

10   just takes away our legal rights.

11             THE COURT:  Understood.

12             MR. CULLEN:  Thank you, Your Honor.

13             THE COURT:  All right.  Well, here's what I'm going

14   to do because we still have a good bit of ground to cover here

15   and, you know, I hate to cover it on too empty a stomach.  So I

16   think we should take a lunch break and I think this is a good

17   time for me to take that lunch break and to give some thought

18   to what is before me with this issue.

19             MR. ZAHRALDDIN:  And, Your Honor, would you like me

20   to have lunch with Mr. Cullen?  Is that what I'm hearing?

21                       (Laughter)

22             THE COURT:  I was actually going to suggest that at

23   least you -- yes.

24             MR. ZAHRALDDIN:  We would invite you but I don't

25   think you would come.

1        THE COURT:  No, no, no.  It's not a good idea.  And

2   then when we come back, I'll hear anything else you have to

3   say, briefly, and I'll rule -- be in a better position to rule

4   if need be.

5        MR. ZAHRALDDIN:  Your Honor, I think that's very

6   helpful.  Like I said, we did not relish this and --

7        THE COURT:  No, I understand.  I do.  I know there

8   are hard decisions that had to be made, you know, by everyone

9   and just so the parties will know, I have a 4:00 Third Circuit

10  Court of Appeals conference call I must participate in and I

11  think -- I'm hopeful that that will be sufficient time for us

12  to finish.  I also have tomorrow as a day for Nortel.  I don't

13  think that's going to take all day, the matters that are before

14  me, maybe a couple of hours, at worst, and I say worst.  And

15  then, if need be, we could, you know, complete things tomorrow.

16  I'd like to complete them today but with the 4:00 hard

17  finish --

18        MR. ZAHRALDDIN:  Your Honor, and I'm not sure how

19  many Objectors we have on the phone that want to -- you know,

20  and it may be that this is -- some of this is duplicative.

21        THE COURT:  I think a lot of it is.

22        MR. ZAHRALDDIN:  Right.  So the Distribution

23  Motion, I think because we only have two remaining

24  Objectors --

25        THE COURT:  Right.

1          MR. ZAHRALDDIN:  -- we should be able to dispense

2    with fairly quickly and we can do that by proffer and then have

3    them available -- our two witnesses available for Cross-

4    Examination there.  It could -- that could go fairly quickly

5    because we've resolved most of the issues.

6          THE COURT:  Okay.  Now, I don't want to be --

7          MR. ROSSI:  Your Honor?

8          THE COURT:  Yes?

9          MR. ROSSI:  This is John Rossi.  I'm a Court Call.

10   I'm just wondering do I need to stay on?

11         THE COURT:  Well, I think -- let's talk about how

12   much time, first of all, we need --

13         MR. ZAHRALDDIN:  Your Honor, I think Mr. Rossi has

14   settled all his claims.

15         THE COURT:  Oh.

16         MR. ZAHRALDDIN:  So unless he has -- is that

17   correct, Mr. Rossi?

18         MR. ROSSI:  I believe so.  I believe I've settled

19   with [indiscernible].  I believe -- and I believe I pretty much

20   settled with you, Rafael, too.

21         MR. ZAHRALDDIN:  Yes.  I think Mr. Rossi settled his

22   issues so, unless Mr. Rossi wants to hear the proceedings, he

23   -- there's no -- I don't believe there's any need for him to

24   remain.

25         THE COURT:  Oh, very well.  And that's true of any

1  of you who have resolved your issues.  Unless you want to

2  listen, as you're welcome to do, there's no need for you, as

3  far as I am concerned; I'm not going to call on you or in any

4  way be troubled if you're not on the phone.

5          MR. ROSSI:  That's what I was wondering, Your Honor.

6          THE COURT:  Yes.

7          MR. ROSSI:  I'm wondering if, Your Honor, if anyone

8  is going to call me.  If they're not, then I'll be on my merry

9  way.

10          MR. ZAHRALDDIN:  No, Mr. Rossi, I don't think we

11  need you.  I don't know if the --

12          MS. SCHWEITZER:  No.

13          MR. ZAHRALDDIN:  And the Debtors don't.  We need

14  you, John, but we don't need you for today.

15          THE COURT:  Right.  Okay.  How long do you -- I

16  can't give you 20 minutes for lunch because nobody's going to

17  get fed in 20 minutes around here.  Do you want -- and yet I

18  don't want to take more time.  Forty-five minutes?

19          MR. ZAHRALDDIN:  Your Honor, 45 minutes we can do.

20          THE COURT:  All right.

21          MS. SCHWEITZER:  So that would be 1:45?

22          THE COURT:  Let's do 1:50.

23          MS. SCHWEITZER:  1:50?

24          MR. ZAHRALDDIN:  1:50?

25          MS. SCHWETIZER:  Okay.

1           THE COURT:  At 1:50.  We'll start -- re-start at

2  1:50 and should parties stay on the phone, Ms. Mace, or is it

3  better for them to call back in?

4           MS. MACE:  They can [indiscernible].

5           THE COURT:  All right.  Then -- you're welcome to

6  -- we'll call you back at the appointed hour and we'll stand in

7  recess for --

8           MS. SCHWETIZER:  We're not going to call the

9  individual people back?

10          MS. MACE:  No, I'm going to call Court Call.

11          THE COURT:  Court Call, exactly.

12          MS. SCHWEITZER:  So just to be clear, that anyone

13 who's on the phone, that the --

14          THE COURT:  Can stay on.

15          MS. SCHWEITZER:  We'll continue at 1:50 and you will

16 terminate the line.  Should we dial in at 1:50 if --

17          MS. MACE:  Or they can stay on the line.

18          THE COURT:  Is it any different cost value to them?

19 Does it cost more?

20          MS. SCHWETIZER:  Okay.

21          THE COURT:  If you want to participate after the

22 recess, I would stay on the line.

23          MS. SCHWEITZER:  Okay.  People should stay on the

24 line.  You can put the phone down.  There is nothing that will

25 happen in the room until 1:50?

1              THE COURT:  That's right.

2              MS. SCHWEITZER:  Okay.

3              THE COURT:  All right.  Thank you, everyone.

4              MR. ZAHRALDDIN:  Thank you, Your Honor.

5              THE COURT:  We'll stand in recess until 1:50.

6              MS. KOHART:  Thank you, Your Honor.

7  (Recess from 1:08 p.m. until 2:11 p.m.)

8              THE CLERK:  Please rise.

9              THE COURT:  Thank you, everyone.  Please be

10  seated.  And away we go.

11             MS. BECKERMAN:  I think we -- are you --

12             THE COURT:  We can wait.

13             MS. BECKERMAN:  -- willing to hear another

14  Objection?

15             MS. SCHWEITZER:  Yeah, I think --

16             THE COURT:  There's a lot going on and --

17             MS. SCHWEITZER:  Yeah.

18             THE COURT:  -- I'm prepared to sit and wait.

19             MS. BECKERMAN:  Yeah, let's wait for Raf to get

20  back in here because I think he's more prepared to address

21  the other --

22             MS. SCHWEITZER:  The other Objections?  Because I

23  think that's the next --

24             MS. BECKERMAN:  Me, too.

25             MS. SCHWEITZER:  Can I just ask while we're

1    waiting is there anyone else in the courtroom who wants to

2    be heard in Objection to the Settlement Motion or are we on

3    the -- I think it's the people on the phone would be the

4    next --

5               THE COURT:  I think so.

6               MS. SCHWEITZER:  -- so I --

7               MS. SCHWEITZER:  Yeah, and here he comes, Your

8    Honor.

9               MS. SCHWEITZER:  Sorry.

10              THE COURT:  It's fine.

11              MR. ZAHRALDDIN:  Thank you for that time, Your

12   Honor.

13              THE COURT:  You bet.  I guess we're turning to

14   the other objectors?

15              MR. ZAHRALDDIN:  Yes.  So to the extent that

16   there are any remaining objections on the line, I have a

17   list of the folks I believe are left and --

18              THE COURT:  Well, why don't we just -- why don't

19   we ask, and hopefully, we'll only hear from one at a time.

20              MR. ZAHRALDDIN:  And certainly -- and hopefully,

21   I don't hear from someone I've settled with already.

22              THE COURT:  Exactly.  It's now time for those on

23   the telephone to express their objections, if any, and we'll

24   take one at a time.  Whoever I hear from first may speak.

25              MR. DAVID:  This is Daniel David, Your Honor.

1                THE COURT:  Mr. David, yes, sir.

2                MR. DAVID:  I'd like to give a little

3     presentation about my contract based somewhat on theory or

4     fact.

5                THE COURT:  You go ahead.

6                MR. DAVID:  I was at Nortel from 1990 to 2000 and

7     (indiscernible) employee.  And I been called in the

8     executive boardroom seven times on decisions they made

9     regarding shutting down the (indiscernible) plants we did

10    and close to 11,000 laid off.  And I was expert

11    manufacturing (indiscernible).  They make decisions on the

12    recommendation and (indiscernible) time to shut down the

13    plant.  And what I'm about to say is a procedure that was

14    always done in the boardroom.  And it was done after I left,

15    but I'll follow it through with my experience.

16                In 2001 when Nortel Board of Directors knew that

17    they were in trouble and they wanted to cut some of the

18    operating expenses, the choice were to cut employee benefits

19    or lay off more people after a major layoff earlier that

20    year.  The company was running a skeleton crew with the

21    Board of Directors changing the language in the SBP rather

22    than creating chaos by more layoffs and costs -- or raising

23    costs of the current benefits or cutting some of the

24    benefits totally.  The decision was made to change the

25    language of some of the Plans, including SBP Plans starting

1  from 2002.  The section they change was when the disability

2  began and end.  (indiscernible) SB and LTD where a clause

3  was added where the employer -- employment is terminated,

4  this means your LTD-associated benefits will be terminated

5  together with your employment.

6         And then I'm talking about now a -- what a

7  service (indiscernible) and other participants.  This means

8  that we pay for the LTD insurance coverage with the service

9  provided and supplementary payments paid out of our own

10  pocket.  This LTD insurance coverage offered by the Debtor

11  was an in-house insurance plan which paid 50, 66, and 70

12  percent of employee income and providing them

13  (indiscernible) on life insurance, insurance plans under

14  Prudential Insurance Company, and in addition to that, there

15  were partial packages offered to participants.  However,

16  most benefits were renewed yearly except AARP and an

17  exemption in medical benefits through the LTD

18  (indiscernible).  This exemption provided continuing

19  coverage protection of the medical benefits, which it states

20  coverage will be descending if on the date is to be covered.

21  That means that if they terminate the plan, you are still be

22  covered.  You are totally disabled or a sickness or injury

23  and doctor -- and under doctor's care, the coverage will be

24  extended for the time you remain disabled.  So if they

25  terminate the medical plan, LTD participants will be still

1    covered.  I don't know how.  There was no procedure written

2    for that.

3            Now, in 1981 to 2001 there were -- there was no

4    clause that said when the employment is terminated, your

5    benefits are terminated.  And the only way we could be --

6    could lose our LTD benefits was by these five terms: you

7    stop being totally disabled or die, you are able to return

8    to work, you are no longer under the doctor's care, you fail

9    to provide your proof of disability and refuse to be

10   examined by a physician (indiscernible) by the plan, reach

11   an -- you reach the end of your benefit.

12           And then the last one in this contract here is

13   that my -- in my opinion and assumption are that 1981 to

14   2001 group is not being represented in appropriate manner.

15   Why do you say that?  For example, let's say there are seven

16   people in a company, two people on -- are belonging to an X

17   group and their eligible claim totals $700 and they -- the

18   next group is five of the people in Y group, have no

19   eligible claim.  The company offers $700 for settlement and

20   each one of the persons get $100 but X knows that their

21   benefits have been divided.  (indiscernible) in this group.

22   This is denial that the LTD Committee voted to accept a

23   settlement based on majority of 2002 to 2010 people and take

24   advantage of the situation and be able to dip into the

25   settlement that was coming to 1981 to 2000 people.  And they

1    estimated -- not estimate is that people in 1981 to 2001

2    group would have close to a settlement by themselves of $28

3    million.  And I question that this is getting to a point

4    that we are settling with the 2002 group, not with the other

5    group and they are dipping into our claim rather than going

6    to get their own claim.

7            THE COURT:  Well, here is the problem with your

8    argument, Mr. David, if I may just interrupt.  The problem

9    is this: the Debtors would not have settled just with your

10   group.  That would not have done them much good.  They would

11   have had a whole other group to deal with.  So to a large

12   extent your group, which is the older group probably, is

13   benefitting from the inclusion of the other years, the later

14   years, into the Settlement.

15           This is a -- this is not a litigation where, you

16   know, each year or each group of years is asserting its

17   claim.  This is a settlement -- an overall settlement of all

18   disabled persons.  And as such, your issues can be dealt

19   with perhaps in the distribution or whatever, but for

20   purposes of settlement of approval of the Settlement, all of

21   the years had to be settled in order for the Debtors to

22   agree to settle.  Does that make sense to you?

23           MR. DAVID:  Not really because the 1981 to 2001

24   group has got a legible claim.  And while what this Debtor

25   is doing is taking their claim and dispersing it as

1  settlement for all rather than fighting with the 2002 to

2  2010 group (indiscernible).

3          THE COURT:  All right.  Well, let me hear from

4  Mr. --

5          MR. DAVID:  And they are taking advantage of our

6  group.

7          THE COURT:  I certainly understand your argument.

8  Let me hear from Zahralddin at this point.

9          MR. ZAHRALDDIN:  Your Honor, there has not been

10 one case, one statute, one regulation, one transcript, not

11 one inkling of case law provided to say that that group has

12 a superior legal claim to any other subsection or group.

13         THE COURT:  Right.

14         MR. ZAHRALDDIN:  Instead, the Committee in which

15 Mr. David sat on and which Mr. David participated in and

16 voted for filed a class action complaint that laid out what

17 we believe were the strongest arguments and, though I am --

18 this is conjecture on my part, the only conjecture so far --

19 I'm assuming that that's what brought our friends on the

20 other side over here back to the table and that we shortly

21 got a settlement or remediation that was successful.  Now, I

22 can only assume that, okay, because I'm not going to reveal

23 confidences or violate any of the strict protections over

24 mediation and settlement that we've had before.  But our

25 positions were articulated in pleadings in Objection to the

1  Termination Motion and our Request for Discovery.  And

2  Mr. David was a participant all the way through.  He agreed

3  that we all had common questions that revolved around the --

4  and that that was one of our strongest arguments.

5          He also agreed -- he did not object or disagree

6  with the pleadings we filed in response to the Motion to

7  Terminate, which again also don't distinguish in the way

8  that he is indicating.

9          THE COURT:  Well, also, for settlement purposes,

10  the Court is not here --

11          MR. ZAHRALDDIN:  It was --

12          THE COURT:  -- to have a mini-trial on the

13  issues.  In other words, I am not determining whether the

14  1981 group to -- 1981 to 2001 has a stronger claim, has a

15  valid claim, or anything of that nature.  This is a

16  settlement in which I am trying to determine strictly the

17  fairness of the terms.

18          MR. ZAHRALDDIN:  Your Honor, that was going to be

19  my next point.  I'm glad you made it for me.  It's a lot

20  safer --

21          THE COURT:  So --

22          MR. ZAHRALDDIN:  -- that way.

23          THE COURT:  So I think -- Mr. David, I certainly

24  understand your Objection but I don't think that it is a

25  valid Objection and I'm going to overrule it.

 1          MR. ZAHRALDDIN:  Thank you, Your Honor.

 2          THE COURT:  All right.  So now, that's

 3  Mr. David's Objection.  Who else is on the phone who would

 4  like to be heard at this point?

 5          MS. DAY:  Your Honor, this is Marilyn Day.

 6          THE COURT:  Yes, Ms. Day.  Good afternoon.

 7          MS. DAY:  Well, can I say howdy from the State of

 8  Texas?

 9          THE COURT:  You certainly may.  My spouse is a

10  Texan.

11          MS. DAY:  Oh, good.  Okay.  First of all, I'd

12  like to just thank -- I would like to thank Your Honor, the

13  hard work of the Committee and our attorney and our counsel

14  and everyone involved in this.  It's been a long, tedious

15  procedure and I appreciate the time allowing me to speak to

16  the Court today.

17          THE COURT:  It's a pleasure to have you on the

18  phone.  And now -- but I'm waiting to hear the word "but."

19          MS. DAY:  Oh, okay.  My purpose of writing

20  Objections to the Court is to get the best plan and the best

21  accommodations available for the people on LTD.

22          THE COURT:  Yes.

23          MS. DAY:  And that was my purpose.  I started up

24  my own personal adventure I think a month or two after

25  Nortel filed bankruptcy in January of 2009, contacting my

1  various representatives and such, and I'm very thankful that

2  you formed a committee so that we could have representation.

3  And -- but I -- what I wanted to go with to discuss some of

4  the things that I feel like I need the Court's assistance on

5  to get resolved and get a better understanding about.

6              THE COURT:  Sure.

7              MS. DAY:  Okay.  So the one thing -- I'm going to

8  refer to my -- I filed several Objections and I'm not trying

9  to get them to cross over because I know there's two Motions

10 that we're discussing, and if they cross over, then please,

11 you know, let me know that I need to discuss that portion at

12 a later time.

13             The Objection that I filed, Docket #10183, one

14 discussed PBGC pension pay to employees.  And I was going to

15 say that later, but the retirement letter for the IRS, which

16 -- excuse me, I am not good at pronouncing people's last

17 names.  I refer to Lisa.  It's not being disrespectful.

18 It's just that I'm not good at the pronunciation of last

19 names but --

20             THE COURT:  Lisa Schweitzer.

21             MS. DAY:  Yes, Ms. Schweitzer.

22             THE COURT:  Yes.

23             MS. DAY:  The retirement letter.  In the IRS --

24 every year in your IRS you're allowed to take an IRS income

25 tax credit for the disabled and elderly, and if we as LTD

1  employees are not allowed to retire, then my understanding

2  is is that we won't be eligible for that income tax credit

3  in future years.  So upon termination, I'm requesting that

4  we get a letter stating that we're retired and disabled so

5  that people who are qualified for that income tax credit on

6  their future income taxes, that they are eligible to receive

7  that.  So that's one of the requests I have of the Court.

8            THE COURT:  Is that a yearly credit or a one-time

9  credit?

10            MS. DAY:  It's a yearly credit.

11            THE COURT:  Okay.

12            MS. DAY:  So every year that you do your income

13  tax, you have that eligibility to receive that.

14            THE COURT:  All right.  Ms. Schweitzer, I don't

15  know if you're prepared to address this at this point.

16            MS. SCHWEITZER:  I am partially by pleading

17  ignorance, but this is the letter that I had talked about,

18  Your Honor, earlier, that there is this income tax credit --

19            THE COURT:  Yes.

20            MS. SCHWEITZER:  -- that at least one or more

21  people believe may exist.  And we in talking -- well, first,

22  let me take this in two steps.  This is not an issue that

23  relates directly to the approval of the Settlement.

24            THE COURT:  That's true.

25            MS. SCHWEITZER:  That's not to say that we don't

1  want to address it if we can be helpful.  But it's our

2  understanding that this is a tax credit that individuals

3  take on their own and we're not aware and we've not been

4  able to locate based on our review of the -- and this -- the

5  regulation or the rule or whatever the provision is -- to

6  see that there's an obligation on us to provide a certain

7  form of letter.  And certainly, as a company, we would be

8  concerned about being asked to do things that are

9  representing to the government tax positions that we're not

10  familiar with all the ramifications.

11           THE COURT:  Yes.

12           MS. SCHWEITZER:  So if there is someone -- we're

13  happy to entertain any reasonable request and to separate it

14  from the Settlement Agreement.  If there is, someone can

15  show us a practice of employers issuing this type of letter

16  or that there's a precedent for it, we can take that back

17  and consider it.  But I just want to divorce that from

18  deciding whether to approve the Settlement as compared to

19  helping people if there is a reasonable employer practice

20  that we haven't been able to locate or identify.

21           THE COURT:  Okay.  Ms. Day, let me say this to

22  you.  I mean no one is taking your concern lightly, but the

23  problem for today is this does not go to the fairness of the

24  Settlement itself.  It really is sort of an administrative

25  detail that, as Ms. Schweitzer's indicated, they would want

1  to find out more as to how -- if and how they can be helpful

2  here.  And we have so many matters to kind of cover in a

3  short time that -- Ms. Schweitzer, who should Ms. Day call?

4        MS. SCHWEITZER:  I think --

5        THE COURT:  Because you're not a tax person and

6  -- or employment law person.

7        MS. SCHWEITZER:  I'm not a tax person.  Maybe the

8  best way is for her to start with Mr. Zahralddin if he can

9  help her, not to put the obligation on him.  I'm happy --

10  otherwise, I guess it's me.  But I think we have spent our

11  own time researching.  We've come up at -- with no solution

12  so far so --

13        MR. ZAHRALDDIN:  We're happy to help out.  I

14  mean, Your Honor, we're still kind of on the clock --

15        THE COURT:  Yes, of course.

16        MR. ZAHRALDDIN:  -- with the Debtors for, you

17  know, another 15, 16 maybe arguably with stuff like this

18  until at least termination of benefits so --

19        MS. SCHWEITZER:  Yeah.

20        THE COURT:  Yes.

21        MR. ZAHRALDDIN:  -- we're happy to help out.

22        THE COURT:  All right.

23        MR. ZAHRALDDIN:  We've done it before.  We'll

24  continue.

25        THE COURT:  Ms. Day, on this issue, definitely

1   call Mr. Zahralddin and then, if you continue to have

2   concerns or you don't feel that your issues are being fairly

3   addressed as I am sure they will be, you know, you can send

4   me a letter, all right?

5          MR. ZAHRALDDIN:  And Your Honor, one thing to

6   remind Ms. Day of and any of the LTD'ers that -- who have an

7   issue, it is much easier to get all of our attention by

8   doing it through the 1102 website --

9          THE COURT:  Oh.

10          MR. ZAHRALDDIN:  -- as opposed to sending an

11   email because sometimes people forget to put, you know,

12   headings.  And as anybody in this room knows, if you

13   practice bankruptcy, you've got 3,500 unopened emails in

14   your inbox so --

15          THE COURT:  I hear you.

16          MR. ZAHRALDDIN:  It would be -- that immediately

17   comes to us and to the chair of the Committee, and then we

18   can handle those.  And we try to turn those around within 48

19   hours.

20          THE COURT:  All right.  All right, Ms. Day.  So

21   that's the one issue.

22          MS. DAY:  Okay.  My other question is --

23          THE COURT:  The PBGC.

24          MS. DAY:  Well, okay.  We can do the PBGC.  My --

25   the thing I have with the PBGC is that I -- myself, I was

1  counting on my pension check when this Settlement went

2  through, okay?  But now, I'm hearing a lot of conversation

3  about what the PBGC is planning on doing and we're having to

4  wait until age 65 possibly.  And I certainly think -- I put

5  in my -- in this Objection that it would be very easy --

6  there are less than 200 of us -- for the PBGC to calculate

7  only our disability pay and subtract the difference of that

8  from our -- what our pension pay should be.

9          What I think is a problem, Your Honor, is that

10  the PBGC is not educated in what this Settlement is about,

11  what each individual LTD employee is receiving, receiving a

12  combination of disability pay, medical benefits, our long-

13  term investment plans -- let me think of some other things

14  -- and they're just lumping all that in together and saying,

15  well, that's your big settlement.  But the retirees, they

16  receive PBGC pay since Nortel's been in bankruptcy and they

17  receive their medical benefits at the same time.  Yet I am

18  going to assume that their pension is not being decreased

19  because they're getting medical benefits from Nortel.

20          THE COURT:  I understand.  This again is not a

21  matter that goes directly to the Settlement.  It certainly

22  goes to --

23          MS. DAY:  Right.  So I --

24          THE COURT:  It certainly goes to your interest

25  and has significant effect on you.  Mr. Zahralddin?

1           MR. ZAHRALDDIN:   Perhaps I can help Ms. Day out.

2    I think again that this might be better discussed during the

3    Distribution Motion.   And Ms. Day happens to be one of our

4    two holdouts, and so she already has an Objection to the

5    Distribution Motion, and we could discuss it --

6           THE COURT:   Okay.

7           MR. ZAHRALDDIN:   -- within that context and

8    perhaps that might give a little more clarity.   I don't know

9    if it will do anything about the PBGC issue but it might

10   give a little more clarity and I think it's instrumental for

11   us to walk through that at that time --

12          THE COURT:   All right.

13          MR. ZAHRALDDIN:   -- and that may help the Court

14   with some time issues, too.

15          THE COURT:   That's fair.

16          MS. BECKERMAN:   I mean it's -- I -- obviously,

17   the PBGC sits on my committee, so I just wanted to make sure

18   that I was clear about a couple things.   First of all,

19   Mr. Zahralddin and his colleagues, Ms. Schweitzer and her

20   colleagues, myself and my colleagues, we've all had

21   conversations with the PBGC, and I don't think -- I think

22   they've been quite clear.   They understand what's going on

23   in our process because they sit on our committee.

24          THE COURT:   Right.

25          MS. BECKERMAN:   So they're quite educated.   So

1  the idea that they don't understand what's going on or what

2  the components of the Settlement are -- I think just to be

3  clear for the record, I just think they are not going to --

4  they do not assess things until and won't assess things

5  until they understand fully what's happening with the

6  distribution process that's approved by this court and then

7  they're going to assess on an individual-by-individual

8  basis.  So I -- that's what I've been told.  So I --

9           THE COURT:  And that makes sense.

10          MS. BECKERMAN:  And I don't think, unfortunately,

11  there's anything about this process -- no offense,

12  Mr. Zahralddin -- or your Distribution Motion that's going

13  to change that, but for sure not about this Settlement and

14  approving this Settlement.

15          THE COURT:  Correct.

16          MS. BECKERMAN:  So that's where we are with them.

17  Unfortunately, Ms. Day, believe me, we've all tried to get

18  more clarity for people, and this is where we are and this

19  is their process.  And it's not that they lack understanding

20  because they sit on my committee.  They get all the

21  information that everybody who's restricted in this room

22  has, but they -- this is their process as a governmental

23  entity.

24          THE COURT:  And I think Ms. Beckerman is correct

25  that upon the settlement being approved and upon a

1  distribution scheme being approved, the PBGC can then make

2  sort of a better decision and will make a decision, but

3  until those things happen, we're not going to be successful

4  in helping you, Ms. Day.

5          MR. ZAHRALDDIN:  And, Your Honor, that was

6  exactly my point.

7          THE COURT:  Yeah.

8          MR. ZAHRALDDIN:  And no disrespect taken at all

9  by Ms. Beckerman's comments.  That we think that it might

10  help to clarify.  We think it's probably more appropriate,

11  if not completely appropriate for the Distribution Motion as

12  a discussion.

13          THE COURT:  Absolutely.  Okay.  That's what we'll

14  do then, Ms. Day.

15          MS. DAY:  Okay.  The next question I'm bringing

16  up is about the methodology used by the actuary.  It

17  [indiscernible] the methodology, it's the target population

18  that they chose to use.  I believe that there's a fallacy.

19  I don't, you know, I asked questions.  I listened to the

20  conference calls.  And since I'm not part of the committee,

21  okay, I was just an LTD member, I wasn't -- the answers

22  about well, who was -- how was this based on?  How were

23  these findings based on, okay?

24          So here's what I believe is the correct populous

25  to choose from for these actuary figures to be determined

1   from.  One, I think the populous should be all Nortel

2   employees because all U.S. Nortel employees had medical

3   insurance, they had access to medical treatment.  They were

4   all able to work and had employable skills.  And they all

5   had sufficient nutrition, shelter, and we also had a benefit

6   called EAP, which gave counseling, financial assistance,

7   legal guidance as a company employee.  And I -- that's what

8   I think the starting basis should have been for the

9   actuaries is the general U.S. Nortel population.

10          And my second thing would be is that upon that to

11  decide how many people, Nortel employees died from

12  accidents, airplane crashes, car accidents?  How many died

13  from natural causes like a sudden heart attack, not on

14  disability?

15          And then other thing is that the disabled LTD

16  population, currently there's 200 people who are on

17  disability since the January 9th bankruptcy.  And the

18  factors that I look at is how long have these individuals

19  been on disability at Nortel?  Some individuals who have

20  been on disability for over 30 years with Nortel.  And what

21  I have seen in the last four years, unfortunately, we've had

22  two members that I'm aware of, who have -- who are deceased.

23  And my question is how many are on hospice care right now?

24  I think that I'm aware of, there's only one on hospice care.

25          The other question I have is how many people of

1  these 200 LTD employees are -- have a letter from their

2  doctor that indicates that they're going to die before the

3  age of 65?  We're not -- our LTD settlement is not based on

4  life expectancy, it's to the age of 65.  And so, therefore,

5  our apportionment amount that we're supposed to receive is

6  reduced on how much -- how long we're going to live and the

7  value of the dollar.

8           So I feel like an actuary measurement is not

9  being based on the general populous of the U.S. or of the

10 world.  I'm not sure where exactly where the actuary figures

11 came from.  And this is my conclusion.  I think this would

12 be a much more objective calculating by basing it on the

13 U.S. Nortel populous.

14           THE COURT:  Mr. Zahralddin?

15           MR. ZAHRALDDIN:  Our actuaries are actually

16 working with Mr. Cullen trying to get a resolution.

17           THE COURT:  Yes, yes.

18           MR. ZAHRALDDIN:  But Ms. Day, and the rest of the

19 populous does know, and Ms. Day was on the calls when we

20 discussed it, that our actuaries took -- went to the

21 actuarial tables that the Society of Actuaries puts out,

22 which is the accepted actuarial practice.  And they took --

23 they went to the tables for a disabled population, not just

24 some random population.  And they performed the actuarial

25 analysis basis upon accepted actuarial practices.  I'm not

1    an actuary and I -- certainly, I can go and grab Mr. Bodnar

2    and put him on the stand, but I'm pretty sure that what Ms.

3    Day described is not based on any sort of actuarial

4    practice, though I could be proven wrong.  And I think

5    that's the only response I can give to Ms. Day's request.

6         THE COURT:  Well, I know that Mr. Bodnar has been

7    qualified by this Court as an expert.  His analysis from the

8    Court's perspective is highly appropriate and within -- and

9    keeps within the practice area, and I have to overrule the

10   objection of Ms. Day to the methodology.  I appreciate her

11   concerns.  These are concerns, of course, that, you know,

12   might have been asked prior to the hearing and since we are

13   at a hearing and it is up to the Court to rule, I will have

14   to overrule that objection.

15        MR. ZAHRALDDIN:  And, Your Honor, for her

16   benefit, if she goes to Docket Number 10380 which is his

17   declaration.

18        THE COURT:  Yes.

19        MR. ZAHRALDDIN:  He also details exactly where he

20   derives the data.  And it isn't as if they ignored the fact

21   that people were at Nortel.  It just was not the basis for

22   the actuarial data.  There are elements of examining the

23   population within Nortel within that.  So I think that

24   she'll find that maybe some of her concerns are addressed

25   within his description.

1           THE COURT:  Yes, thank you.

2           MR. ZAHRALDDIN:  Thank you, Your Honor.

3           THE COURT:  All right.

4           MS. DAY:  Okay, Your Honor.

5           THE COURT:  Any other objection, Ms. Day?

6           MS. DAY:  Well, I have several, so, I just kind

7    of put this on a lump sum.  My question is also is the --

8    Ms. Schweitzer referred to the double dipping of requests of

9    LTD employees eligible for retirement benefits.  And if I

10   look at this, there are several LTD employees who are 55-

11   years-old, eligible to retire, but they -- but they're still

12   on disability.  And I pull out the 5500 report for 2010 for

13   Nortel Networks, the Welfare Benefit Plan, and it states

14   here about the current retirees, that they've allotted 200

15   and -- excuse me, help me with -- just bear with me on

16   numbers, 221,435,219.  And that's for current employees.

17   And then it says other participants fully eligible for

18   benefits, $2,426,406.  And then it say other participants

19   not yet fully eligible for benefits, $2,606,816.

20           So I figured that in the 5500 report, they've

21   already planned out for this amount of money to be set aside

22   for participants already fully eligible for benefits.  And

23   I'm going to [indiscernible] 55-years-old LTD disability.

24   And so when we did the -- when the retirement settlement was

25   done, I felt like the portion that was given to the

1   retirees, I don't think we should do an and/or thing.  I

2   think that we should be granted the portion that we're

3   eligible for since it's already allotted in the 5500 report

4   that that portion should be given to us individually as LTD

5   employees.

6          THE COURT:  Ms. Schweitzer?

7          MS. SCHWEITZER:  Your Honor, there are two

8   responses to that.  There's first what report Ms. Day is

9   talking about and second of all, what's been allotted in the

10  settlement.  The report, while I don't have it in front of

11  me, I believe is a Nortel accounting report that is issued

12  with respect to certain current valuations and estimates as

13  required to report with respect to its benefits.  There is

14  no money set aside.  These are actuarial reports governed by

15  separate actuarial rules regarding snapshots in time over if

16  benefits were not discontinued, what would be future

17  potential liability.  And so there is no funding.  There's

18  no money set aside in connection with those reports.  Nortel

19  as everyone's asked a million times, there is no Aviva that

20  exists that has anything more than one month of funding at a

21  time.

22         THE COURT:  Okay.

23         MS. SCHWEITZER:  So these are all unfunded

24  benefits.  So that goes to the numbers Ms. Day was reading

25  about are from an accounting report, which while I don't

1   have it in front of me to respond line-by-line, goes in --

2   assumes that there's no discontinuation of benefits that

3   does not relate to a funded pot of money.  So that's the

4   answer with respect to the report she's reading.

5           With respect to how that relates to participation

6   in the Retiree Settlement Agreement, I certainly explained

7   my position before of what I understood, but the retiree

8   settlement is done.  It's been approved.  There were no such

9   double dipping objections raised.  And I'll leave it to Mr.

10  Berger to talk about why it's material and my understanding

11  that that double dipping might not be allowed because it was

12  affect the dilution of his settlement.

13          THE COURT:  It would be.  It certainly would,

14  yes.  Thank you, Ms. Schweitzer.

15          MS. SCHWEITZER:  Sure.

16          THE COURT:  Mr. Berger, good to see you again,

17  and I don't know how a nice guy like you wound up in this

18  hearing.

19                      (Laughter)

20          MS. SCHWEITZER:  I dragged him on the train down.

21                      (Laughter)

22          MR. BERGER:  I'm raising the microphone and I'll

23  put it back down when I go.

24          THE COURT:  Sure.

25          MR. BERGER:  It's always good to see you, Judge.

1          THE COURT:  Good to see you, sir.

2          MR. BERGER:  Neil Berger, Togut, Segal & Segal.

3  We represent the Retiree Committee.

4          Excuse me.  Your Honor's April 2 Order approving

5  the Retiree --

6          THE COURT:  Yes.

7          MR. BERGER:  -- Settlement Agreement is now

8  final.  I was reading a number of the different pleadings

9  and there were a number of them coming in.  And I saw a

10 number of them being withdrawn.  I've kind of lost track who

11 belongs to which issue, but I'll address the ones that are

12 directly in front of Your Honor now.

13         The Retiree Committee Settlement Agreement was a

14 heavily negotiated document.

15         THE COURT:  Yes.

16         MR. BERGER:  Negotiated with the Debtors, the

17 Official Committee of Creditors, the Bondholders, the LTD

18 Committee.

19         THE COURT:  Right.

20         MR. BERGER:  Mr. Ray was very helpful.  I'll be

21 sure to thank him first today.  But I -- it was a

22 collaborative effort.  It was a process.  Your Honor

23 commented on the fact that there was an important process

24 that went on here and it was very inclusive.

25         THE COURT:  Yes.

1             MR. BERGER:  One of the risk profiles that we

2    took onboard was we were negotiating a settlement and a

3    number and who could we cover in that tent, that big tent

4    that we were trying to build.  And it occurred to us along

5    the way, a number of a different factors.  One is the

6    Debtors suggested that based upon prior practice, that LTD

7    participants have some level of access to the Retiree

8    Committee settlement.  Why was that important?  Mr.

9    Zahralddin said, especially for folks in the LTD population

10   who are aging out of that.

11             THE COURT:  Right.

12             MR. BERGER:  Important.  Another thing, we tried,

13   but the vote came back to the negative.  We tried to see

14   whether or not we could get a medical plan, an insurance

15   product in place, since to the extent that we were able to

16   do that and there were retirees with pre-existing medical

17   conditions or LTD participants with obviously, pre-existing

18   conditions who might be able to take care of that so much to

19   the better.  That medical plan didn't work.  And we're going

20   straight to our HRA's.

21             But as part of that risk assessment, we

22   negotiated a dollar sum for our group and whoever else may

23   come into it.  When we look at who might come in from the

24   LTD world, that, Your Honor, was an analysis of how dilute

25   of that might be to the existing retiree population.  The

1  Debtors' demonstrated to the satisfaction of my committee,

2  that their past practice was to allow LTD participants to go

3  from totally disabled status to retired status,

4  notwithstanding what some might read the Retiree Medical

5  Plan documents and other retiree documents to mean.  No

6  money was set aside, just as you heard from Ms. Schweitzer.

7  I looked at those same reports.  I didn't presume for a

8  moment, hundreds of millions of dollars were sitting out

9  there waiting for my votes.

10                    (Laughter)

11            MR. BERGER:  We negotiated a settlement for a sum

12  certain.  We did not earmark any part of that for either

13  current retirees, or future retirees, or people rolling off

14  COBRA.  Again, it was an analysis of how dilutive would

15  those folks rolling into our constituency be.  So A, there

16  is no taking.  We've seen some objections, you're taking our

17  money if we don't roll in.

18            THE COURT:  Right.

19            MR. BERGER:  But there is no taking.  There is no

20  due process issue going on here.

21            I went aside for a moment, but as to the analysis

22  that we were looking at and the issue that's precisely

23  before the Court is the double dipping issue.  I spoke about

24  it when I was here on the 2nd.

25            THE COURT:  Yes, you did.

1          MR. BERGER:  It's in Section 8(a) of my -- of our

2    Retiree Committee Settlement Agreement, that in order for

3    someone to come into the retiree settlement, they have to

4    elect in writing and waive their LTD benefits.  When the LTD

5    settlement papers were coming on to be heard by Your Honor,

6    we made sure that the proposed Order and the notice that

7    Your Honor approved that went out to everyone said no double

8    dipping.

9          THE COURT:  That's right.

10          MR. BERGER:  That's dilutive and that hurts

11   everyone here.  So the documents provide for that.  The

12   record provides that there's no double dipping.  It's simply

13   not a fair result.

14          I may or may not have to stand again, but I did

15   want to address those two issues, Your Honor.  One, no

16   double dipping for the reasons I've just stated.  And

17   second, because we didn't reserve, when we negotiated a sum

18   certain.  There is no taking.  We're not taking anyone's

19   money.  It's a difficult decision.  My clients or my

20   constituents had to make the decision.  There's a more

21   complex decision perhaps for the LTD participants, but

22   there's a straightforward decision to be made between

23   participation in the retiree settlement and the LTD.  The

24   LTD has a few more important pieces, but there is a decision

25   to be made, one or the other.

1          THE COURT:  Or the other, exactly.  Thank you,

2  Mr. Berger.  That was very helpful.

3          MR. BERGER:  Thank you, Judge.

4          THE COURT:  All right.  Ms. Day, so there --

5          MR. DAVID:  Your Honor, I -- this is Daniel

6  David.  I've got a comment on that.  The 5500 report is a

7  listing of a liability at either under Aviva and Nortel has.

8  And these are calculated through that 106 for the retirees

9  and 112 for the LTD'ers.  These reports and the counting

10  figures forecast that one bucket is forecasted for retirees,

11  I mean, LTD'ers wanting to retirement of 65.  And the other

12  one is the LTD'ers, taking the option to retire after 55.

13  And one is the -- already the bucket, one bucket is that

14  retirees that are already retired and under PBGC or PCB

15  plan.  So there are three buckets.

16          And we are -- when settlement is done, all three

17  liabilities for retirees are gone off of this report.  But

18  in order to shutdown Aviva, you got to clear all your

19  liabilities from 5500 report.  You cannot shutdown the Aviva

20  fund or trust unless you clear all the liabilities.

21          THE COURT:  All right.  I appreciate that.  Now

22  let me just say something because this is important.  We

23  have some important legal matters to resolve and to finalize

24  here today on the settlement.  And frankly, this is not the

25  time to be asking questions or discussing matters.  This is

1  the time when if you have an objection to the settlement,

2  you may raise it and you may raise it directly and

3  succinctly, but this is not the time, as I said, to raise

4  concerns or to have questions, or to wonder about something.

5  If you have an objection, I'd like to hear it and I'll hear

6  you certainly fully, but I don't want to hear people with,

7  you know, extraneous matters other than as they relate --

8  other than as your issue relates directly to the settlement

9  itself.

10            Does anyone else have an objection to the

11  settlement?

12            MR. DAVID:  Yes --

13            MS. DAY:  Your Honor, this Marilyn Day again.

14            THE COURT:  Yes, Ms. Day.  What is your

15  objection?

16            MS. DAY:  My objection is I felt that the amount

17  that we received was deficient for what we needed for the

18  LTD employees based on the 5500 report.

19            THE COURT:  In what respect was it deficient?

20  What --

21            MS. DAY:  The 5500 report originally it stated,

22  excuse me.  Originally, the 5500 report stated that in 2010,

23  that it was 72 million.  And then people dropped off the

24  plan and so now we have 195.  And now with -- now it's 260

25  million, I believe is what the 5500 report is actually

1    appraised at.  So that's a liability.  And my concern, Your

2    Honor, is that these people are medically ill and they need

3    all the medical coverage they can get.  I see people that

4    have --

5              THE COURT:  So you object, Ms. Day -- forgive me.

6    You're objecting to the amount of the settlement.  Is that

7    correct?

8              MS. DAY:  Yes, yes.  I think it should be

9    increased to meet and accommodate the medical needs of the

10   LTD population.

11             THE COURT:  All right.  I appreciate that and I

12   will certainly address that in ruling on the settlement.

13             MS. DAY:  Okay, thank you.

14             THE COURT:  Yes, thank you.  Anyone else?

15             MR. DAVID:  Yes, Your Honor.  This is Daniel

16   David.  I think that the figures should be audited based on

17   a lot of deficiency I found when I was in the group and

18   still I am finding right now.

19             THE COURT:  All right.  Thank you, Mr. David.

20   I'm going to have to cut you off.  That is not an issue that

21   goes to the settlement, the fairness of the settlement.

22   Yes?

23             MR. ZAHRALDDIN:  Your Honor, if there are no

24   other objections on the phone, then I'm wondering if we

25   should --

1              MR. BARRY:  Rafael --

2              MS. SCHWEITZER:  We should just probably clear up

3    --

4              MS. BECKERMAN:  Could we actually put our support

5    on the record?

6              MS. SCHWEITZER:  Let's make sure there are no

7    other objections on the phone.

8              THE COURT:  Is there anyone else to raise an

9    objection that has not been heard at this time?

10             MR. BARRY:  Yes, sir, Charles Barry.

11             THE COURT:  Yes, Mr. Berry.  Good afternoon.

12             MR. BARRY:  Good afternoon.  I do have an

13   objection and I've been fairly ill lately so I won't speak

14   on it at this time.  I believe you've probably covered

15   everything in it with what else has been.  You spoke on

16   basically everything in my objection is what I'm trying to

17   say.  I would just like to say that it's probably also again

18   too late, but I do feel that as far as double dipping, our

19   settlement is being hit for 673,000 or whatever it is a

20   month because it has been postponed for several months.  I

21   do object to that coming out.  It seems like it's taken our

22   lawyers three years to do this.  And if you take that sum

23   and multiply it, our total settlement will run out in 40

24   months and that's about what's it's taken them to do that.

25   So if they couldn't get the job done in that amount of time,

1    basically, they're taking money out of our pockets stating

2    it's because our, you know, settlement is being postponed a

3    few months.  And I probably don't have much to stand on.

4    I'm just stating my case and I'll end it there.  Thank you.

5              THE COURT:  All right, Mr. Barry.  Thank you,

6    sir.

7              MR. ZAHRALDDIN:  I will also, I guess, let Ms.

8    Schweitzer respond to that.  I think one of the things that

9    has not been discussed, and again, reserving all rights to

10   future litigation is the fact that unlike employees of

11   Nortel in other jurisdictions, our LTD'ers have been

12   receiving full value of their benefits.

13             THE COURT:  Correct.

14             MR. ZAHRALDDIN:  And when it came down to

15   negotiating if we needed to have an extension of time to

16   accommodate issues here that have come up, and in this case,

17   I think the Retiree Committee needed some time in order to

18   get its, some of its benefits going, which, of course,

19   affects a significant group of our folks who may want to opt

20   in.  And since we wanted to keep people aligned, and I

21   wanted to make sure people had continuous access to health

22   coverage, our -- we've advised our committee and our

23   committee agreed to do that.

24             When we asked the Debtors, and we went back and

25   forth on it, how we should value the deduction, the Debtors

1  asked for a bid of a higher number based on actual spend.

2  We negotiated successfully, a lower number based upon the

3  actuarial analysis.  So in essence, people are getting an

4  actual premium over that extension of time and they were not

5  getting penalized.  And we made sure that we negotiated that

6  and the Debtors agreed to do so.  So it was to their credit

7  do that as well.  None of the extensions -- no one has

8  purposely tried to keep this going for as long as it has

9  been.  But one of the silver linings for the LTD'ers is that

10  they had full benefits for quite some time --

11            THE COURT:  That's right.

12            MR. ZAHRALDDIN:  -- since the beginning of the

13  case.

14            THE COURT:  Yes, exactly.  And I'll also note

15  that just as we've seen today, this is a very involved and

16  detailed sort of matter with many individuals and it's a

17  matter of great importance.  And it took a little bit

18  longer, perhaps than anyone would have liked, but it's here

19  today and that's --

20            MR. ZAHRALDDIN:  Well, I think it's a testament

21  to the amount of risk that's out there, Your Honor, which I

22  think is a theme that I need to advocate more and more each

23  time I come up to the podium because there was a great deal

24  of risk.  We believe that we were right.  Ms. Schweitzer

25  believes she was right.  And whenever you have a situation

1  like that, it's full of risk and uncertainty.  And this is a

2  population that while we fought for them at a certain point

3  in time, we had to make sure we cut off that risk and that

4  uncertainty.

5          THE COURT:  That's right.  And if it's at all

6  significant as the Court, I believe that there was

7  significant risk as well and that's a matter of concern to

8  me and certainly speaks in favor of the settlement.  Anyone

9  else on the phone?

10         MR. ROSSI:  Your Honor, this is John Rossi, if I

11 may say something?

12         THE COURT:  Yes, Mr. Rossi, please.

13         MR. ROSSI:  I'd just like to say I agree with

14 what Rafael said out there and really, that is true.  We

15 have, in all fairness, a compromise really isn't favorable

16 to either one and to have a compromise, each party has to

17 give.  And I feel that Nortel did give us and we have been

18 collecting our benefits all this time and we should be

19 grateful for that.  And that's all.

20         THE COURT:  All right.  Thank you, Mr. Rossi.

21 Now, anyone else?

22         MS. BECKERMAN:  Mr. -- I would say Mr. Matz and I

23 do need to put our support on the record, sorry, Your Honor

24 --

25         THE COURT:  Sure, yes.

1          MS. BECKERMAN:  -- for our constituency.

2          THE COURT:  And I do have your --

3          MS. BECKERMAN:  Yes.  And I'll be brief.

4          THE COURT:  -- statements, sure.

5          MS. BECKERMAN:  Your Honor, thank you very much.

6    Lisa Beckerman on behalf of the Official Committee of

7    Unsecured Creditors.

8          Your Honor, I think as people have said, this is

9    obviously a hard negotiated arm's length settlement that

10   basically doesn't reflect the best outcome for any party,

11   but reflects a reasonable middle ground that's for the

12   benefit of all parties on all sides.  And I realize that

13   some people think they could do better off without this.  I

14   think that this allows the -- all creditors in this case to

15   have a reasonable result.  It provides for continuation of

16   some, you know, some financial support and some recovery for

17   the LTD participants to enable them to move forward without

18   having a hard cutoff which could have been a result here.

19         THE COURT:  Yes.

20         MS. BECKERMAN:  On our side, obviously, there

21   were risks to us as well.  You know, of the size of the

22   claims and the amounts.  And we would have been litigating

23   here over probably 50 issues that have already come up

24   today, Your Honor.  And our constituency was very cognizant

25   of that.  So we believe that this is a fair and reasonable

1  settlement.  It's in the best interest of all creditors in

2  the estates and we think it was negotiated as arm's length

3  with a -- and again, I want to thank the LTD Committee.  I

4  know other people have as well, but in the prior hearing, I

5  had also mentioned how on the other side, it was so clear to

6  me that they were doing everything possible to represent

7  their constituency, as well as, their professionals.  And I

8  want to thank them for that because that's it.  And our

9  committee would like to urge this Court to approve the

10  settlement, because we believe it's the best result.  The

11  alternative is years of litigation which doesn't benefit

12  anyone.

13                THE COURT:  You bet.  Thank you.  Thank you, Ms.

14  Beckerman.  Mr. Matz, good afternoon.

15                MR. MATZ:  Good afternoon, Your Honor.  Thomas

16  Matz, Milbank, Tweed, Hadley & McCloy on behalf of the

17  Bondholder Group.

18                I will be brief, but we would request the Court

19  grant the relief requested in the motion and second the

20  submissions that have been made most capably by counsel

21  throughout, Ms. Schweitzer, Ms. Beckerman, and everybody

22  else.  And thank you, Mr. Ray, just for the record.

23                THE COURT:  Everyone's thanking Mr. Ray.

24                MR. MATZ:  Thank you.

25                          (Laughter)

1          THE COURT:  Thank you, Mr. Ray.

2                    (Laughter)

3          THE COURT:  All right, thank you.

4          MR. MATZ:  Thank you, Your Honor.

5          THE COURT:  Thank you, Mr. Matz.  Good day to

6  you, sir.  All right.  I think we've arrived at a point

7  where a short recess might make sense.

8          MS. SCHWEITZER:  Yes, Your Honor.

9          MS. BECKERMAN:  Yes, Your Honor.

10          THE COURT:  Let's take a ten minute recess and

11  then we'll resume.  Thank you.

12          MS. SCHWEITZER:  Thank you, Your Honor.

13          THE COURT:  Or if you need more, let us know.

14          MS. SCHWEITZER:  No, I think that's okay.  The

15  people on the phone should just be reminded that if they

16  would like to stay on, they should stay on, the hearing will

17  continue.

18          THE COURT:  You're very good at that, Ms.

19  Schweitzer, thank you.

20                    (Laughter)

21          (Recess from 3:04 p.m. to 3:22 p.m.)

22          THE COURT:  And I think Ms. Beckerman is correct

23  that upon the settlement being approved and upon a

24  distribution scheme being approved, the PBGC can then make

25  sort of a better decision and will make a decision, but

1  until those things happen, we're not going to be successful

2  in helping you, Ms. Day.

3          MR. ZAHRALDDIN:  And, Your Honor, that was

4  exactly my point.

5          THE COURT:  Yeah.

6          MR. ZAHRALDDIN:  And no disrespect taken at all

7  by Ms. Beckerman's comments.  That we think that it might

8  help to clarify.  We think it's probably more appropriate,

9  if not completely appropriate for the Distribution Motion as

10  a discussion.

11          THE COURT:  Absolutely.  Okay.  That's what we'll

12  do then, Ms. Day.

13          MS. DAY:  Okay.  The next question I'm bringing

14  up is about the methodology used by the actuary.  It

15  [indiscernible] the methodology, it's the target population

16  that they chose to use.  I believe that there's a fallacy.

17  I don't, you know, I asked questions.  I listened to the

18  conference calls.  And since I'm not part of the committee,

19  okay, I was just an LTD member, I wasn't -- the answers

20  about well, who was -- how was this based on?  How were

21  these findings based on, okay?

22          So here's what I believe is the correct populous

23  to choose from for these actuary figures to be determined

24  from.  One, I think the populous should be all Nortel

25  employees because all U.S. Nortel employees had medical

1   insurance, they had access to medical treatment.  They were

2   all able to work and had employable skills.  And they all

3   had sufficient nutrition, shelter, and we also had a benefit

4   called EAP, which gave counseling, financial assistance,

5   legal guidance as a company employee.  And I -- that's what

6   I think the starting basis should have been for the

7   actuaries is the general U.S. Nortel population.

8          And my second thing would be is that upon that to

9   decide how many people, Nortel employees died from

10  accidents, airplane crashes, car accidents?  How many died

11  from natural causes like a sudden heart attack, not on

12  disability?

13         And then other thing is that the disabled LTD

14  population, currently there's 200 people who are on

15  disability since the January 9th bankruptcy.  And the

16  factors that I look at is how long have these individuals

17  been on disability at Nortel?  Some individuals who have

18  been on disability for over 30 years with Nortel.  And what

19  I have seen in the last four years, unfortunately, we've had

20  two members that I'm aware of, who have -- who are deceased.

21  And my question is how many are on hospice care right now?

22  I think that I'm aware of, there's only one on hospice care.

23         The other question I have is how many people of

24  these 200 LTD employees are -- have a letter from their

25  doctor that indicates that they're going to die before the

1  age of 65?  We're not -- our LTD settlement is not based on

2  life expectancy, it's to the age of 65.  And so, therefore,

3  our apportionment amount that we're supposed to receive is

4  reduced on how much -- how long we're going to live and the

5  value of the dollar.

6          So I feel like an actuary measurement is not

7  being based on the general populous of the U.S. or of the

8  world.  I'm not sure where exactly where the actuary figures

9  came from.  And this is my conclusion.  I think this would

10  be a much more objective calculating by basing it on the

11  U.S. Nortel populous.

12          THE COURT:  Mr. Zahralddin?

13          MR. ZAHRALDDIN:  Our actuaries are actually

14  working with Mr. Cullen trying to get a resolution.

15          THE COURT:  Yes, yes.

16          MR. ZAHRALDDIN:  But Ms. Day, and the rest of the

17  populous does know, and Ms. Day was on the calls when we

18  discussed it, that our actuaries took -- went to the

19  actuarial tables that the Society of Actuaries puts out,

20  which is the accepted actuarial practice.  And they took --

21  they went to the tables for a disabled population, not just

22  some random population.  And they performed the actuarial

23  analysis basis upon accepted actuarial practices.  I'm not

24  an actuary and I -- certainly, I can go and grab Mr. Bodnar

25  and put him on the stand, but I'm pretty sure that what Ms.

1  Day described is not based on any sort of actuarial

2  practice, though I could be proven wrong.  And I think

3  that's the only response I can give to Ms. Day's request.

4         THE COURT:  Well, I know that Mr. Bodnar has been

5  qualified by this Court as an expert.  His analysis from the

6  Court's perspective is highly appropriate and within -- and

7  keeps within the practice area, and I have to overrule the

8  objection of Ms. Day to the methodology.  I appreciate her

9  concerns.  These are concerns, of course, that, you know,

10  might have been asked prior to the hearing and since we are

11  at a hearing and it is up to the Court to rule, I will have

12  to overrule that objection.

13         MR. ZAHRALDDIN:  And, Your Honor, for her

14  benefit, if she goes to Docket Number 10380 which is his

15  declaration.

16         THE COURT:  Yes.

17         MR. ZAHRALDDIN:  He also details exactly where he

18  derives the data.  And it isn't as if they ignored the fact

19  that people were at Nortel.  It just was not the basis for

20  the actuarial data.  There are elements of examining the

21  population within Nortel within that.  So I think that

22  she'll find that maybe some of her concerns are addressed

23  within his description.

24         THE COURT:  Yes, thank you.

25         MR. ZAHRALDDIN:  Thank you, Your Honor.

1        THE COURT:  All right.

2        MS. DAY:  Okay, Your Honor.

3        THE COURT:  Any other objection, Ms. Day?

4        MS. DAY:  Well, I have several, so, I just kind

5   of put this on a lump sum.  My question is also is the --

6   Ms. Schweitzer referred to the double dipping of requests of

7   LTD employees eligible for retirement benefits.  And if I

8   look at this, there are several LTD employees who are 55-

9   years-old, eligible to retire, but they -- but they're still

10  on disability.  And I pull out the 5500 report for 2010 for

11  Nortel Networks, the Welfare Benefit Plan, and it states

12  here about the current retirees, that they've allotted 200

13  and -- excuse me, help me with -- just bear with me on

14  numbers, 221,435,219.  And that's for current employees.

15  And then it says other participants fully eligible for

16  benefits, $2,426,406.  And then it say other participants

17  not yet fully eligible for benefits, $2,606,816.

18        So I figured that in the 5500 report, they've

19  already planned out for this amount of money to be set aside

20  for participants already fully eligible for benefits.  And

21  I'm going to [indiscernible] 55-years-old LTD disability.

22  And so when we did the -- when the retirement settlement was

23  done, I felt like the portion that was given to the

24  retirees, I don't think we should do an and/or thing.  I

25  think that we should be granted the portion that we're

1  eligible for since it's already allotted in the 5500 report

2  that that portion should be given to us individually as LTD

3  employees.

4         THE COURT:  Ms. Schweitzer?

5         MS. SCHWEITZER:  Your Honor, there are two

6  responses to that.  There's first what report Ms. Day is

7  talking about and second of all, what's been allotted in the

8  settlement.  The report, while I don't have it in front of

9  me, I believe is a Nortel accounting report that is issued

10 with respect to certain current valuations and estimates as

11 required to report with respect to its benefits.  There is

12 no money set aside.  These are actuarial reports governed by

13 separate actuarial rules regarding snapshots in time over if

14 benefits were not discontinued, what would be future

15 potential liability.  And so there is no funding.  There's

16 no money set aside in connection with those reports.  Nortel

17 as everyone's asked a million times, there is no Aviva that

18 exists that has anything more than one month of funding at a

19 time.

20         THE COURT:  Okay.

21         MS. SCHWEITZER:  So these are all unfunded

22 benefits.  So that goes to the numbers Ms. Day was reading

23 about are from an accounting report, which while I don't

24 have it in front of me to respond line-by-line, goes in --

25 assumes that there's no discontinuation of benefits that

1   does not relate to a funded pot of money.  So that's the

2   answer with respect to the report she's reading.

3           With respect to how that relates to participation

4   in the Retiree Settlement Agreement, I certainly explained

5   my position before of what I understood, but the retiree

6   settlement is done.  It's been approved.  There were no such

7   double dipping objections raised.  And I'll leave it to Mr.

8   Berger to talk about why it's material and my understanding

9   that that double dipping might not be allowed because it was

10  affect the dilution of his settlement.

11          THE COURT:  It would be.  It certainly would,

12  yes.  Thank you, Ms. Schweitzer.

13          MS. SCHWEITZER:  Sure.

14          THE COURT:  Mr. Berger, good to see you again,

15  and I don't know how a nice guy like you wound up in this

16  hearing.

17                    (Laughter)

18          MS. SCHWEITZER:  I dragged him on the train down.

19                    (Laughter)

20          MR. BERGER:  I'm raising the microphone and I'll

21  put it back down when I go.

22          THE COURT:  Sure.

23          MR. BERGER:  It's always good to see you, Judge.

24          THE COURT:  Good to see you, sir.

25          MR. BERGER:  Neil Berger, Togut, Segal & Segal.

1  We represent the Retiree Committee.

2          Excuse me.  Your Honor's April 2 Order approving

3  the Retiree --

4          THE COURT:  Yes.

5          MR. BERGER:  -- Settlement Agreement is now

6  final.  I was reading a number of the different pleadings

7  and there were a number of them coming in.  And I saw a

8  number of them being withdrawn.  I've kind of lost track who

9  belongs to which issue, but I'll address the ones that are

10  directly in front of Your Honor now.

11          The Retiree Committee Settlement Agreement was a

12  heavily negotiated document.

13          THE COURT:  Yes.

14          MR. BERGER:  Negotiated with the Debtors, the

15  Official Committee of Creditors, the Bondholders, the LTD

16  Committee.

17          THE COURT:  Right.

18          MR. BERGER:  Mr. Ray was very helpful.  I'll be

19  sure to thank him first today.  But I -- it was a

20  collaborative effort.  It was a process.  Your Honor

21  commented on the fact that there was an important process

22  that went on here and it was very inclusive.

23          THE COURT:  Yes.

24          MR. BERGER:  One of the risk profiles that we

25  took onboard was we were negotiating a settlement and a

1  number and who could we cover in that tent, that big tent

2  that we were trying to build.  And it occurred to us along

3  the way, a number of a different factors.  One is the

4  Debtors suggested that based upon prior practice, that LTD

5  participants have some level of access to the Retiree

6  Committee settlement.  Why was that important?  Mr.

7  Zahralddin said, especially for folks in the LTD population

8  who are aging out of that.

9            THE COURT:  Right.

10            MR. BERGER:  Important.  Another thing, we tried,

11  but the vote came back to the negative.  We tried to see

12  whether or not we could get a medical plan, an insurance

13  product in place, since to the extent that we were able to

14  do that and there were retirees with pre-existing medical

15  conditions or LTD participants with obviously, pre-existing

16  conditions who might be able to take care of that so much to

17  the better.  That medical plan didn't work.  And we're going

18  straight to our HRA's.

19            But as part of that risk assessment, we

20  negotiated a dollar sum for our group and whoever else may

21  come into it.  When we look at who might come in from the

22  LTD world, that, Your Honor, was an analysis of how dilute

23  of that might be to the existing retiree population.  The

24  Debtors' demonstrated to the satisfaction of my committee,

25  that their past practice was to allow LTD participants to go

1  from totally disabled status to retired status,

2  notwithstanding what some might read the Retiree Medical

3  Plan documents and other retiree documents to mean.  No

4  money was set aside, just as you heard from Ms. Schweitzer.

5  I looked at those same reports.  I didn't presume for a

6  moment, hundreds of millions of dollars were sitting out

7  there waiting for my votes.

8                      (Laughter)

9            MR. BERGER:  We negotiated a settlement for a sum

10 certain.  We did not earmark any part of that for either

11 current retirees, or future retirees, or people rolling off

12 COBRA.  Again, it was an analysis of how dilutive would

13 those folks rolling into our constituency be.  So A, there

14 is no taking.  We've seen some objections, you're taking our

15 money if we don't roll in.

16            THE COURT:  Right.

17            MR. BERGER:  But there is no taking.  There is no

18 due process issue going on here.

19            I went aside for a moment, but as to the analysis

20 that we were looking at and the issue that's precisely

21 before the Court is the double dipping issue.  I spoke about

22 it when I was here on the 2nd.

23            THE COURT:  Yes, you did.

24            MR. BERGER:  It's in Section 8(a) of my -- of our

25 Retiree Committee Settlement Agreement, that in order for

1  someone to come into the retiree settlement, they have to

2  elect in writing and waive their LTD benefits.  When the LTD

3  settlement papers were coming on to be heard by Your Honor,

4  we made sure that the proposed Order and the notice that

5  Your Honor approved that went out to everyone said no double

6  dipping.

7          THE COURT:  That's right.

8          MR. BERGER:  That's dilutive and that hurts

9  everyone here.  So the documents provide for that.  The

10  record provides that there's no double dipping.  It's simply

11  not a fair result.

12          I may or may not have to stand again, but I did

13  want to address those two issues, Your Honor.  One, no

14  double dipping for the reasons I've just stated.  And

15  second, because we didn't reserve, when we negotiated a sum

16  certain.  There is no taking.  We're not taking anyone's

17  money.  It's a difficult decision.  My clients or my

18  constituents had to make the decision.  There's a more

19  complex decision perhaps for the LTD participants, but

20  there's a straightforward decision to be made between

21  participation in the retiree settlement and the LTD.  The

22  LTD has a few more important pieces, but there is a decision

23  to be made, one or the other.

24          THE COURT:  Or the other, exactly.  Thank you,

25  Mr. Berger.  That was very helpful.

1          MR. BERGER:  Thank you, Judge.

2          THE COURT:  All right.  Ms. Day, so there --

3          MR. DAVID:  Your Honor, I -- this is Daniel

4    David.  I've got a comment on that.  The 5500 report is a

5    listing of a liability at either under Aviva and Nortel has.

6    And these are calculated through that 106 for the retirees

7    and 112 for the LTD'ers.  These reports and the counting

8    figures forecast that one bucket is forecasted for retirees,

9    I mean, LTD'ers wanting to retirement of 65.  And the other

10   one is the LTD'ers, taking the option to retire after 55.

11   And one is the -- already the bucket, one bucket is that

12   retirees that are already retired and under PBGC or PCB

13   plan.  So there are three buckets.

14          And we are -- when settlement is done, all three

15   liabilities for retirees are gone off of this report.  But

16   in order to shutdown Aviva, you got to clear all your

17   liabilities from 5500 report.  You cannot shutdown the Aviva

18   fund or trust unless you clear all the liabilities.

19          THE COURT:  All right.  I appreciate that.  Now

20   let me just say something because this is important.  We

21   have some important legal matters to resolve and to finalize

22   here today on the settlement.  And frankly, this is not the

23   time to be asking questions or discussing matters.  This is

24   the time when if you have an objection to the settlement,

25   you may raise it and you may raise it directly and

1   succinctly, but this is not the time, as I said, to raise

2   concerns or to have questions, or to wonder about something.

3   If you have an objection, I'd like to hear it and I'll hear

4   you certainly fully, but I don't want to hear people with,

5   you know, extraneous matters other than as they relate --

6   other than as your issue relates directly to the settlement

7   itself.

8           Does anyone else have an objection to the

9   settlement?

10          MR. DAVID:  Yes --

11          MS. DAY:  Your Honor, this Marilyn Day again.

12          THE COURT:  Yes, Ms. Day.  What is your

13  objection?

14          MS. DAY:  My objection is I felt that the amount

15  that we received was deficient for what we needed for the

16  LTD employees based on the 5500 report.

17          THE COURT:  In what respect was it deficient?

18  What --

19          MS. DAY:  The 5500 report originally it stated,

20  excuse me.  Originally, the 5500 report stated that in 2010,

21  that it was 72 million.  And then people dropped off the

22  plan and so now we have 195.  And now with -- now it's 260

23  million, I believe is what the 5500 report is actually

24  appraised at.  So that's a liability.  And my concern, Your

25  Honor, is that these people are medically ill and they need

1   all the medical coverage they can get.  I see people that

2   have --

3           THE COURT:  So you object, Ms. Day -- forgive me.

4   You're objecting to the amount of the settlement.  Is that

5   correct?

6           MS. DAY:  Yes, yes.  I think it should be

7   increased to meet and accommodate the medical needs of the

8   LTD population.

9           THE COURT:  All right.  I appreciate that and I

10  will certainly address that in ruling on the settlement.

11          MS. DAY:  Okay, thank you.

12          THE COURT:  Yes, thank you.  Anyone else?

13          MR. DAVID:  Yes, Your Honor.  This is Daniel

14  David.  I think that the figures should be audited based on

15  a lot of deficiency I found when I was in the group and

16  still I am finding right now.

17          THE COURT:  All right.  Thank you, Mr. David.

18  I'm going to have to cut you off.  That is not an issue that

19  goes to the settlement, the fairness of the settlement.

20  Yes?

21          MR. ZAHRALDDIN:  Your Honor, if there are no

22  other objections on the phone, then I'm wondering if we

23  should --

24          MR. BARRY:  Rafael --

25          MS. SCHWEITZER:  We should just probably clear up

1  --

2          MS. BECKERMAN:  Could we actually put our support

3  on the record?

4          MS. SCHWEITZER:  Let's make sure there are no

5  other objections on the phone.

6          THE COURT:  Is there anyone else to raise an

7  objection that has not been heard at this time?

8          MR. BARRY:  Yes, sir, Charles Barry.

9          THE COURT:  Yes, Mr. Berry.  Good afternoon.

10          MR. BARRY:  Good afternoon.  I do have an

11  objection and I've been fairly ill lately so I won't speak

12  on it at this time.  I believe you've probably covered

13  everything in it with what else has been.  You spoke on

14  basically everything in my objection is what I'm trying to

15  say.  I would just like to say that it's probably also again

16  too late, but I do feel that as far as double dipping, our

17  settlement is being hit for 673,000 or whatever it is a

18  month because it has been postponed for several months.  I

19  do object to that coming out.  It seems like it's taken our

20  lawyers three years to do this.  And if you take that sum

21  and multiply it, our total settlement will run out in 40

22  months and that's about what's it's taken them to do that.

23  So if they couldn't get the job done in that amount of time,

24  basically, they're taking money out of our pockets stating

25  it's because our, you know, settlement is being postponed a

1   few months.  And I probably don't have much to stand on.

2   I'm just stating my case and I'll end it there.  Thank you.

3               THE COURT:  All right, Mr. Barry.  Thank you,

4   sir.

5               MR. ZAHRALDDIN:  I will also, I guess, let Ms.

6   Schweitzer respond to that.  I think one of the things that

7   has not been discussed, and again, reserving all rights to

8   future litigation is the fact that unlike employees of

9   Nortel in other jurisdictions, our LTD'ers have been

10  receiving full value of their benefits.

11              THE COURT:  Correct.

12              MR. ZAHRALDDIN:  And when it came down to

13  negotiating if we needed to have an extension of time to

14  accommodate issues here that have come up, and in this case,

15  I think the Retiree Committee needed some time in order to

16  get its, some of its benefits going, which, of course,

17  affects a significant group of our folks who may want to opt

18  in.  And since we wanted to keep people aligned, and I

19  wanted to make sure people had continuous access to health

20  coverage, our -- we've advised our committee and our

21  committee agreed to do that.

22              When we asked the Debtors, and we went back and

23  forth on it, how we should value the deduction, the Debtors

24  asked for a bid of a higher number based on actual spend.

25  We negotiated successfully, a lower number based upon the

1   actuarial analysis.  So in essence, people are getting an

2   actual premium over that extension of time and they were not

3   getting penalized.  And we made sure that we negotiated that

4   and the Debtors agreed to do so.  So it was to their credit

5   do that as well.  None of the extensions -- no one has

6   purposely tried to keep this going for as long as it has

7   been.  But one of the silver linings for the LTD'ers is that

8   they had full benefits for quite some time --

9           THE COURT:  That's right.

10          MR. ZAHRALDDIN:  -- since the beginning of the

11  case.

12          THE COURT:  Yes, exactly.  And I'll also note

13  that just as we've seen today, this is a very involved and

14  detailed sort of matter with many individuals and it's a

15  matter of great importance.  And it took a little bit

16  longer, perhaps than anyone would have liked, but it's here

17  today and that's --

18          MR. ZAHRALDDIN:  Well, I think it's a testament

19  to the amount of risk that's out there, Your Honor, which I

20  think is a theme that I need to advocate more and more each

21  time I come up to the podium because there was a great deal

22  of risk.  We believe that we were right.  Ms. Schweitzer

23  believes she was right.  And whenever you have a situation

24  like that, it's full of risk and uncertainty.  And this is a

25  population that while we fought for them at a certain point

1  in time, we had to make sure we cut off that risk and that

2  uncertainty.

3          THE COURT:  That's right.  And if it's at all

4  significant as the Court, I believe that there was

5  significant risk as well and that's a matter of concern to

6  me and certainly speaks in favor of the settlement.  Anyone

7  else on the phone?

8          MR. ROSSI:  Your Honor, this is John Rossi, if I

9  may say something?

10          THE COURT:  Yes, Mr. Rossi, please.

11          MR. ROSSI:  I'd just like to say I agree with

12  what Rafael said out there and really, that is true.  We

13  have, in all fairness, a compromise really isn't favorable

14  to either one and to have a compromise, each party has to

15  give.  And I feel that Nortel did give us and we have been

16  collecting our benefits all this time and we should be

17  grateful for that.  And that's all.

18          THE COURT:  All right.  Thank you, Mr. Rossi.

19  Now, anyone else?

20          MS. BECKERMAN:  Mr. -- I would say Mr. Matz and I

21  do need to put our support on the record, sorry, Your Honor

22  --

23          THE COURT:  Sure, yes.

24          MS. BECKERMAN:  -- for our constituency.

25          THE COURT:  And I do have your --

1          MS. BECKERMAN:  Yes.  And I'll be brief.

2          THE COURT:  -- statements, sure.

3          MS. BECKERMAN:  Your Honor, thank you very much.

4    Lisa Beckerman on behalf of the Official Committee of

5    Unsecured Creditors.

6          Your Honor, I think as people have said, this is

7    obviously a hard negotiated arm's length settlement that

8    basically doesn't reflect the best outcome for any party,

9    but reflects a reasonable middle ground that's for the

10   benefit of all parties on all sides.  And I realize that

11   some people think they could do better off without this.  I

12   think that this allows the -- all creditors in this case to

13   have a reasonable result.  It provides for continuation of

14   some, you know, some financial support and some recovery for

15   the LTD participants to enable them to move forward without

16   having a hard cutoff which could have been a result here.

17         THE COURT:  Yes.

18         MS. BECKERMAN:  On our side, obviously, there

19   were risks to us as well.  You know, of the size of the

20   claims and the amounts.  And we would have been litigating

21   here over probably 50 issues that have already come up

22   today, Your Honor.  And our constituency was very cognizant

23   of that.  So we believe that this is a fair and reasonable

24   settlement.  It's in the best interest of all creditors in

25   the estates and we think it was negotiated as arm's length

1  with a -- and again, I want to thank the LTD Committee.  I

2  know other people have as well, but in the prior hearing, I

3  had also mentioned how on the other side, it was so clear to

4  me that they were doing everything possible to represent

5  their constituency, as well as, their professionals.  And I

6  want to thank them for that because that's it.  And our

7  committee would like to urge this Court to approve the

8  settlement, because we believe it's the best result.  The

9  alternative is years of litigation which doesn't benefit

10  anyone.

11          THE COURT:  You bet.  Thank you.  Thank you, Ms.

12  Beckerman.  Mr. Matz, good afternoon.

13          MR. MATZ:  Good afternoon, Your Honor.  Thomas

14  Matz, Milbank, Tweed, Hadley & McCloy on behalf of the

15  Bondholder Group.

16          I will be brief, but we would request the Court

17  grant the relief requested in the motion and second the

18  submissions that have been made most capably by counsel

19  throughout, Ms. Schweitzer, Ms. Beckerman, and everybody

20  else.  And thank you, Mr. Ray, just for the record.

21          THE COURT:  Everyone's thanking Mr. Ray.

22          MR. MATZ:  Thank you.

23                  (Laughter)

24          THE COURT:  Thank you, Mr. Ray.

25                  (Laughter)

 1          THE COURT:  All right, thank you.

 2          MR. MATZ:  Thank you, Your Honor.

 3          THE COURT:  Thank you, Mr. Matz.  Good day to

 4  you, sir.  All right.  I think we've arrived at a point

 5  where a short recess might make sense.

 6          MS. SCHWEITZER:  Yes, Your Honor.

 7          MS. BECKERMAN:  Yes, Your Honor.

 8          THE COURT:  Let's take a ten minute recess and

 9  then we'll resume.  Thank you.

10          MS. SCHWEITZER:  Thank you, Your Honor.

11          THE COURT:  Or if you need more, let us know.

12          MS. SCHWEITZER:  No, I think that's okay.  The

13  people on the phone should just be reminded that if they

14  would like to stay on, they should stay on, the hearing will

15  continue.

16          THE COURT:  You're very good at that, Ms.

17  Schweitzer, thank you.

18                    (Laughter)

19          (Recess from 3:04 p.m. to 3:22 p.m.)

20          THE CLERK:  Please rise.

21          THE COURT:  Thank you, everyone.  Please be

22  seated.  Well, Mr. Zahralddin, did you catch your breath?

23          MR. ZAHRALDDIN:  I did, Your Honor.

24          THE COURT:  All right.

25          MR. ZAHRALDDIN:  And we're hopeful -- we're trying

1   to get to the last piece here with Mr. Cullen.

2            THE COURT:  Yes.

3            MR. ZAHRALDDIN:  Though this is a little bit out

4   of order because we haven't really brought up the

5   Distribution Motion --

6            MS. SCHWEITZER:  Oh, yes.

7            MS. ZAHRALDDIN:  -- Ms. Schweitzer -- as part of

8   our Distribution Motion which Ms. Schweitzer's not a party to

9   but, obviously, there are some provisions within that

10  Distribution Motion, there was a discreet issue that the IRS

11  objected to language in one of the paragraphs in our Order.

12  I believe that the Internal Revenue Service and the Debtors

13  have come to a resolution in order to save me some tax

14  dollars because I wrote too big a check this year.  Everybody

15  else is smiling too, including, Your Honor.  Perhaps --

16           THE COURT:  That's what happens when you have a

17  big year, Mr. Zahralddin.

18           MR. ZAHRALDDIN:  Right.

19                    (Laughter)

20           MR. ZAHRALDDIN:  I'm trying to keep that from

21  Shelley.  So what I thought perhaps would be useful is let's

22  get that part of it on the record.  That way, the

23  representative from the IRS does not have to come back

24  tomorrow, if indeed this spills into the next day.

25           THE COURT:  All right.  That's wonderful.  I

1  understand and that's helpful and, forgive me, I really do

2  have to be on that 4:00 call.

3           MR. ZAHRALDDIN:  I know, Your Honor.

4           THE COURT:  It could be very embarrassing.

5           MS. SCHWEITZER: Right.

6           THE COURT:  Yes?

7           MS. SCHWEITZER:  So -- I'm about to call you Mr.

8  Gross, which would be the wrong thing.  Judge Gross, Your

9  Honor --

10           THE COURT:  I would take no offense.

11           MS. SCHWEITZER:  It's late for all of us.

12           THE COURT:  Yes.

13           MS. SCHWEITZER:  Your Honor, so we are switching

14  -- we're not talking about the Settlement Agreement.  This

15  is the Distribution Motion --

16           THE COURT:  Yes.

17           MS. SCHWEITZER:  -- brought by the LTD Committee

18  and, as Your Honor is aware, the U.S. Debtors filed a No

19  Position.  This is not our issue.  This is an LTD

20  distribution issue separately.  The only issue we had was

21  that the IRS had filed an Objection to the Proposed Order --

22           THE COURT:  Yes.

23           MS. SCHWEITZER:  -- because they wanted a

24  reservation of rights with respect to the treatment of IRS

25  claims or taxes under the Motion so that -- and it relates

1  to paragraph 12, paragraph 12 of the Order that would be

2  proposed.  And while we understand Your Honor has to get to

3  the merits of the Order, the representative from -- the

4  attorney representing the IRS is here.  We've actually

5  resolved that Objection --

6            THE COURT:  All right.

7            MS. SCHWEITZER:  -- by having reservation of

8  rights language that could be added to the Order.  So I

9  thought that, since he also has conflicts and commitments

10 tomorrow, we can at least put that on the record and save

11 tax dollars so they can be diverted to other issues so --

12           THE COURT:  That would be very fine, yes.

13           MS. SCHWEITZER: -- with that, I will cede the

14 podium.

15           THE COURT:  You man, your name?

16           MR. RUSSELL:  Bradley Russell, Your Honor.

17           THE COURT:  Mr. Russell, it's good to have you

18 here, sir.  Thank you for your patience.

19           MR. RUSSELL:  For the United States.

20           THE COURT:  Doesn't that sound --

21           MR. RUSSELL:  For the United States.

22           THE COURT:  Doesn't that sound good?

23                      (Laughter)

24           MR. RUSSELL:  Even though this is an IRS matter,

25 I don't represent the IRS.  I represent the United States.

1          THE COURT:  All right.  All right.  I'll remember

2     that when they're investigating us.

3                         (Laughter)

4          MR. RUSSELL:  Your Honor, I believe we've

5     resolved our Objection.  We filed an Objection to paragraph

6     12 of the Order resolving the Distribution Motion.

7          THE COURT:  Yes.

8          MR. RUSSELL:  So long as the following language

9     is added to paragraph 12, our Objection would be resolved.

10    Let me read this language into the record.  Nothing in this

11    paragraph and Order is intended to limit in any way the

12    ability of the Internal Revenue Service to assess or collect

13    taxes pursuant to law or to otherwise enforce the Internal

14    Revenue Code.  The United States and the Long-Term

15    Disability Committee and the Debtors reserve their rights

16    under the Internal Revenue Code with respect to the proper

17    tax treatment of this transaction.  And that would be

18    sufficient to resolve our Objection.

19         THE COURT:  And let me ask if that is also

20    acceptable to the Debtors.

21         MS. SCHWEITZER:  That's acceptable to the Debtors

22    and the Long-Term Disability Committee should also indicate

23    that.

24         THE COURT:  Yes.  Let me hear from you, Mr.

25    Sutty.

1              MR. SUTTY:  Yes, Your Honor, that language is

2    acceptable to the Committee.

3              THE COURT:  All right.  Mr. Russell, thank you.

4    I will make certain that language is in the Order and I

5    appreciate your patience in being here and it was good to

6    have you here.

7              MR. RUSSELL:  Thank you, Your Honor.  May I be

8    excused?

9              THE COURT:  You may be excused.

10             MR. RUSSELL:  Thank you.

11             THE COURT:  Thank you, sir.  Good day to you and

12   safe travel.  I was dying to ask him if he was related to

13   Mark Russell, you know, the political pundit?

14             MR. ZAHRALDDIN:  Your Honor, we're at a little

15   bit of a dilemma because we're still working with Mr.

16   Cullen.  I'm not sure how you want to handle that piece of

17   it.  I could begin the Distribution Motion and then you tell

18   -- you can kick us out as soon as you need us to and --

19             THE COURT:  I would want to stop about ten of

20   four so --

21             MR. ZAHRALDDIN:  Okay.

22             THE COURT:  -- I can get my notes together and

23   get on the call.

24             MR. ZAHRALDDIN:  Okay.

25             THE COURT:  Does it make sense, in your judgment,

1  to proceed to get started?

2         MR. ZAHRALDDIN:  I think so, and I think there is

3  -- there's a preliminary piece of this that maybe we can get

4  rid of right now.

5         THE COURT:  Okay.

6         MR. ZAHRALDDIN:  As I think I mentioned --

7         MS. SCHWEITZER:  Your Honor, I'm sorry.

8         MR. ZAHRALDDIN:  No, go ahead.

9         THE COURT:  Ms. Schweitzer, yes.

10        MS. SCHWETIZER:  Just as matter of formality,

11  just because if this goes into the next day, other than Mr.

12  Cullen, are we otherwise -- the record is closed on the LTD

13  settlement as of this time?

14        THE COURT:  Yes.

15        MS. SCHWEITZER:  Right?

16        THE COURT:  Yes it is.

17        MS. SCHWEITZER:  Okay, perfect.  I'm sorry to

18  interrupt.  I just wanted it clearly --

19        MR. ZAHRALDDIN:  Not at all, Ms. Schweitzer.

20        THE COURT:  Except for any closing remarks that

21  either the Debtors or the LTD Committee wish to make, which

22  I'm not encouraging but I --

23        MR. ZAHRALDDIN:  I don't believe --

24        THE COURT:  -- will give you the opportunity.

25        MR. ZAHRALDDIN:  No, Your Honor, unless it's

1  related to Mr. Cullen, if we can't get to a resolution, I

2  believe we have -- we've -- I don't want to -- I'm trying to

3  pick my cliché or euphemism the right way here.  I think

4  we're satisfied.

5           THE COURT:  Okay.

6           MR. ZAHRALDDIN:  See, I've stayed away from it

7  completely.

8           THE COURT:  Very well.

9           MR. ZAHRALDDIN:  Your Honor, the first thing I

10  think I want to get out of the way is that we're happy to

11  report we've only got two Objections to the Distribution

12  Motion that are left.  As the filing demonstrated that we

13  sent last night, we were able to negotiate a settlement with

14  all of the other Objections.  There were only 18 out of 195

15  and we did have -- but we did have -- we have two remaining

16  Objections.  I would like to discuss the terms of those

17  resolutions but -- with you, Your Honor, but -- and we're

18  going to have a chart attached to the Order.

19           THE COURT:  Right.

20           MR. ZAHRALDDIN:  But I believe that it needs to

21  be sealed and I believe that my discussion, even if it's on

22  a surface discussion, needs to be done in a sealed Courtroom

23  because the resolutions directly implicate, and I would be

24  describing the medical conditions, all of which would be

25  protected by HIPAA of the Objectors.  I think I can discuss

1  them in two categories but even that, if I particulate in

2  any way, I think is violative of their rights.  I don't know

3  how you would like me to handle that.  If you'd like me to

4  submit a written Motion separately or?

5          THE COURT:  No, I'll take an oral Motion from you

6  and I'll hear anyone who has any objection to sealing the

7  Courtroom because of the sensitive nature and the

8  application, frankly, of Federal law to disclosure of

9  medical conditions.

10          MR. ZAHRALDDIN:  And that is essentially --

11  that's my oral Motion.  That's the basis for why we would

12  ask for those to be sealed.

13          THE COURT:  And who would still be in the

14  Courtroom?  Anyone besides - -

15          MR. ZAHRALDDIN:  I would imagine the

16  Professionals, the Debtors, the Committee.

17          THE COURT:  Okay.

18          MR. ZAHRALDDIN:  The Ad Hoc Committee Counsel,

19  yourself, Your Honor, and --

20          THE COURT:  And we would seal this portion of the

21  transcript.

22          MR. ZAHRALDDIN:  Yes, sir, and I believe, because

23  -- I believe it's a personal preference of my Committee to

24  also be out of here because they have been very, very

25  careful throughout the process not to have access to the

1  actual information of another individual LTD'er.

2          THE COURT:  Okay.

3          MR. ZAHRALDDIN:  So I believe that they also --

4  exactly.  Ms. Kohart reminds me that we also have many

5  LTD'ers on the phones.

6          THE COURT:  Oh, yes.  Oh, yes.  Well, perhaps

7  this is the time to do it then because we're closing down --

8          MR. ZAHRALDDIN:  Yes.

9          THE COURT:  -- the argument for today and we will

10  resume tomorrow and I'm thinking that we should resume --

11  I've got -- why don't I say -- Mr. Abbott?

12          MR. ABBOTT:  Your Honor, just -- I'm happy to

13  hear the start time.  My question was are we going to finish

14  this and then deal with -- we had other -- those other

15  matters were scheduled at 10.

16          THE COURT:  Well, here's what I was -- I'll hear

17  personal problems with time-wise.  I can start either -- we

18  can start at 9:00 and push back the other argument but that

19  was -- that's somewhat indefinite.  The 10:00 argument is an

20  hour as I see it.

21          MR. ABBOTT:  That is probably right, Your Honor.

22          THE COURT:  And --

23          MR. ZAHRALDDIN:  Would you like us to begin after

24  that argument?

25          THE COURT:  That's what I was thinking.

1              MS. SCHWEITZER:  Yes.  Yes, that's fine.

2              THE COURT:  That was my preference.  Plus, people

3    could go back to New York and come back in the morning

4    instead of --

5              MS. BECKERMAN:  Yes, I think, from my other

6    colleagues, that would be preferable from Akin's

7    perspective, Your Honor.  If we could do -- you know, just

8    stick to the schedule you have at 10:00 for the other --

9              THE COURT:  Okay.

10             MR. ABBOTT:  Pick this back up at 11 then, Your

11   Honor?

12             THE COURT:  And we'll take this matter up as soon

13   as that one finishes, probably around 11 it would seem to

14   me, Mr. Abbott, yes.

15             MS. SCHWEITZER:  Do you want to break for

16   yourself in there?

17             THE COURT:  No.

18             MS. SCHWEITZER:  You're okay?

19                           (Laughter)

20             THE COURT:  Thank you though for your concern,

21   Ms. Schweitzer.

22             MS. SCHWEITZER:  Sure.

23             THE COURT:  But no, we'll keep pushing.

24             MR. ZAHRALDDIN:  Judges in Delaware are iron man.

25   They play defense and offense.  So 11?

1        THE COURT:  So let's terminate the telephone

2   call.

3        MR. ZAHRALDDIN:  Okay.

4        THE COURT:  And I'll ask anyone who is not a

5   Professional for one of the, I hate to use the term core

6   parties, but one of the primary parties to absent themselves

7   from the Courtroom and we will resume with this matter

8   tomorrow at 11.  Thank you all, and we'll cut off the

9   telephone at this point, yes.  Ms. Kohart, thank you.  I

10  would not have remembered the telephone.

11       MS. KOHART:  Right.  It's such an unusual thing

12  and I don't think anybody's really prepared or organized

13  when they need to make sure that hearings are confidential

14  so.

15       THE COURT:  Right.

16       MR. ZAHRALDDIN:  Your Honor, may I approach?  I

17  want to -- if we're clear on the phones.

18       THE COURT:  Yes.  And if you just don't mind,

19  we'll just make sure that people have left who shouldn't --

20       MS. KOHART:  Your Honor, I will go sit by the

21  Courtroom doors too to ensure that nobody walks in.

22       (SEALED PORTION OF THE RECORD EXCLUDED HERE)

23       THE COURT:  Good evening, everyone.

24       MS. SCHWEITZER:  Thank you, Your Honor.

25       (Whereupon, at 3:47 p.m., the hearing was adjourned

1

2                          <u>CERTIFICATION</u>

3          I  certify  that  the  foregoing  is  a  correct

4  transcript  from  the  electronic  sound  recording  of  the

5  proceedings in the above-entitled matter.

6

7  _____          <u>30 April 2013</u>

8  Tammy Kelly, Transcriber                      Date

9  Diaz Data Services, LLC

10

| Word | Page:Line |
|---|---|
| -the(1) | 125:3 |
| 20-some(1) | 123:23 |
| 23(b)(2)(3) | 97:15 97:24 99:9 |
| 55-years-old(2) | 160:23 181:21 |
| a.m(4) | 1:22 6:1 85:7 85:7 |
| aarp(1) | 142:16 |
| abbott(18) | 1:34 6:4 6:5 6:6 6:8 6:11 6:21 6:23 7:1 7:2 7:10 9:11 56:7 206:11 206:12 206:21 207:10 207:14 |
| ability(5) | 25:5 25:7 110:9 133:14 201:12 |
| able(26) | 16:17 17:13 31:12 33:21 42:12 42:18 61:24 64:1 73:1 82:19 82:20 86:9 114:14 122:25 136:1 143:7 143:24 150:4 150:20 157:4 164:15 164:18 178:2 185:13 185:16 204:13 |
| about(72) | 9:17 10:17 17:23 29:17 29:18 35:6 41:12 44:25 46:14 56:16 58:17 59:15 61:2 71:21 74:11 78:6 78:9 78:14 87:5 90:12 90:20 93:9 94:6 94:8 94:10 96:24 99:6 103:10 106:18 111:6 117:20 118:10 120:5 120:14 122:22 126:1 126:6 130:15 136:11 141:3 141:13 142:6 148:5 149:17 150:8 153:3 153:10 154:9 154:18 155:11 155:13 156:16 156:22 160:14 161:9 161:23 162:10 165:23 168:4 170:24 177:14 177:20 181:12 182:7 182:23 183:8 186:21 189:2 191:22 199:24 202:19 |
| above-entitled(1) | 209:5 |
| absent(3) | 19:7 64:14 208:6 |
| absolutely(14) | 78:4 79:17 85:18 87:18 95:19 99:10 100:1 116:2 122:6 123:25 156:13 177:11 |
| academy(4) | 88:20 88:21 88:21 89:14 |
| accept(3) | 40:10 41:11 91:9 |
| acceptable(4) | 6:19 201:20 201:21 202:2 |
| accepted(7) | 72:16 73:11 86:17 158:22 158:25 179:20 179:23 |
| access(9) | 32:11 38:25 157:3 164:7 171:21 178:1 185:5 192:19 205:25 |
| accident(1) | 50:21 |
| accidents(4) | 157:12 157:12 178:10 178:10 |
| accommodat(5) | 76:20 169:9 171:16 190:7 192:14 |
| accommodation(2) | 99:18 147:21 |
| accordingly(6) | 12:12 23:5 51:23 53:10 99:10 114:11 |
| account(3) | 27:21 50:20 76:12 |
| accountants(1) | 114:21 |
| accounting(8) | 27:17 106:24 115:8 117:21 161:11 161:25 182:9 182:23 |
| accreditation(1) | 91:8 |
| accredited(1) | 88:19 |
| accurate(1) | 127:23 |
| achieved(1) | 24:1 |
| acknowledge(1) | 116:24 |
| acknowledgemen(1) | 114:23 |
| acquired(1) | 90:15 |
| acquisition(1) | 8:7 |
| across(2) | 72:2 132:5 |
| act(2) | 38:10 97:19 |
| acting(1) | 70:16 |
| action(22) | 12:22 14:9 15:14 19:1 23:17 23:20 24:5 24:6 24:17 25:1 25:6 25:20 27:1 50:17 50:24 57:15 63:2 69:24 70:5 97:18 98:6 145:16 |
| actions(2) | 23:15 82:15 |
| active(4) | 16:3 16:13 19:25 61:8 |
| activity(1) | 61:18 |
| actual(10) | 26:22 41:12 41:13 45:24 72:19 172:11 172:14 192:24 193:2 206:1 |

| Word | Page:Line |
|---|---|
| actually(37) | 10:13 13:9 15:18 17:2 17:5 20:19 27:2 27:7 28:23 29:6 33:15 34:3 34:7 73:7 76:25 93:9 102:17 104:8 108:1 109:19 110:14 116:7 116:15 118:8 123:6 125:7 125:11 128:21 129:25 134:22 158:1 168:25 170:4 179:13 189:23 191:2 200:4 |
| actuarial(44) | 72:17 73:7 73:11 73:16 73:20 73:24 74:2 74:7 85:25 86:18 88:18 88:24 89:7 90:1 90:2 121:20 127:6 127:8 127:10 127:13 127:17 128:8 129:14 130:22 131:11 131:14 158:21 158:22 158:24 158:25 159:3 159:22 161:14 161:15 172:3 179:19 179:20 179:22 179:23 180:1 180:2 182:12 182:13 193:1 |
| actuaries(29) | 67:12 72:16 81:1 85:23 88:20 88:21 89:14 89:15 105:3 105:4 105:5 105:13 106:21 107:2 114:21 121:18 121:19 121:19 127:13 127:25 129:16 157: 158:15 158:20 158:21 178:7 179:13 179:18 179:19 |
| actuary(30) | 40:9 67:14 80:14 80:15 81:6 84:2 86:10 86:15 88:19 88:21 88:21 89:8 89:9 89:22 90:5 90:7 90:17 90:24 130:22 156:16 156:25 158:8 158:10 159:1 177:14 177:23 179:6 179:8 179:24 |
| ada(1) | 10:22 |
| add(3) | 11:12 43:15 120:8 |
| added(4) | 129:17 142:3 200:8 201:9 |
| addition(9) | 28:22 31:12 57:7 62:19 69:3 77:18 95:6 97:13 142:14 |
| additional(5) | 20:25 25:4 32:7 32:18 77:10 |
| address(26) | 19:3 19:11 36:12 36:17 43:16 47:1 47:2 48:13 50:14 55:10 59:8 78:23 78:25 84:7 84:9 92:21 122:11 139:20 149:15 150:1 163:11 166:15 169:12 184:9 187:13 190:10 |
| addressed(17) | 15:6 23:2 29:20 52:16 53:17 54:1 62:8 67:20 78:24 79:1 84:8 93:13 95:23 123:25 152:3 159:24 180:22 |
| addresses(1) | 79:9 |
| addressing(4) | 7:11 19:20 97:20 114:17 |
| adds(1) | 120:7 |
| adequacy(2) | 20:8 99:6 |
| adequate(10) | 19:22 21:2 24:10 24:20 45:2 68:10 68:18 95:21 96:6 96:25 |
| adequately(1) | 133:24 |
| adhere(1) | 69:1 85:24 |
| adjourned(2) | 6:13 208:25 |
| adjusted(3) | 75:16 77:10 108:13 |
| adjusting(1) | 77:7 |
| adjustment(3) | 123:18 128:2 128:6 |
| adjustments(1) | 46:1 |
| administered(1) | 1:5 |
| administration(1) | 120:25 |
| administrativ(1) | 150:24 |
| admission(3) | 49:1 79:22 80:7 |
| admit(3) | 80:11 82:22 83:6 |
| admitted(5) | 49:2 79:25 80:20 83:20 126:8 |
| adv.proc.no(1) | 1:10 |
| advanced(5) | 20:16 31:5 31:6 38:4 63:9 |
| advantage(2) | 143:24 145:5 |
| adventure(1) | 147:24 |
| adversary(1) | 72:4 |
| advice(3) | 37:11 88:24 130:23 |
| advised(2) | 171:22 192:20 |
| advisor(1) | 60:19 |
| advisors(9) | 17:9 30:17 37:11 57:21 60:17 101:1 105:2 106:8 119:17 |
| advisory(1) | 42:20 |
| advocacy(5) | 17:13 17:18 18:12 18:19 |
| advocate(3) | 19:3 172:22 193:20 |

| Word | Page:Line |
|---|---|
| advocated(2) | 37:19 37:22 |
| advocates(3) | 17:12 95:25 96:14 |
| advocating(2) | 17:19 66:3 |
| affect(5) | 76:4 162:12 183:10 |
| affected(6) | 17:6 23:9 24:4 34:17 35:24 71:13 |
| affects(2) | 171:19 192:17 |
| affidavit(1) | 28:6 |
| after(25) | 13:13 22:2 41:15 45:13 46:2 46:15 57:8 60:10 76:18 84:3 84:4 94:9 98:1 108:12 115:19 117:7 117:15 128:25 138:21 141:14 141:19 147:24 167:12 188:10 206:23 |
| afternoon(13) | 92:15 92:16 100:4 100:5 147:6 170:11 170:12 175:14 175:15 191:9 191:10 196:12 196:13 |
| afterwards(1) | 13:23 |
| again(55) | 24:10 25:15 26:8 29:3 29:19 33:11 34:5 35:6 35:19 36:25 37:6 37:20 38:20 39:8 39:15 40:5 41:4 44:15 45:25 46:23 47:11 47:20 62:4 64:16 76:7 80:10 92:18 92:19 103:9 108:6 108:21 110:24 114:13 115:22 118:5 120:15 122:3 123:25 146:7 153:20 154:2 162:16 165:14 166:14 168:13 170:17 171:9 175:3 183:14 186:12 187:12 189:11 191:15 192:7 196:1 |
| against(19) | 8:12 8:17 8:21 9:9 9:18 22:1 22:4 22:6 22:23 27:15 27:19 48:3 51:3 72:4 95:13 95:14 124:11 129:12 133:5 |
| age(24) | 39:18 39:21 53:2 56:24 75:6 101:23 102:15 102:21 103:9 104:7 104:10 104:15 106:7 108:10 113:12 113:21 114:2 114:9 117:23 153:4 158:3 158:4 179:1 179:2 |
| aged(1) | 58:10 |
| agenda(4) | 6:12 7:13 10:9 46:21 |
| agent(1) | 1:15 |
| ages(1) | 114:1 |
| aggregate(1) | 77:13 |
| aggregating(1) | 73:14 |
| aging(2) | 164:10 185:8 |
| ago(4) | 31:1 38:9 90:20 100:20 |
| agree(13) | 11:10 27:3 43:19 52:15 63:10 116:3 126:12 126:17 126:23 133:6 144:22 173:13 194:11 |
| agreeable(1) | 81:7 |
| agreed(8) | 108:12 115:6 146:2 146:5 171:23 172:6 192:21 193:4 |
| agreement(35) | 8:13 9:4 20:15 34:13 52:24 53:12 62:12 64:15 90:22 103:12 103:19 103:19 104:21 105:8 105:9 112:2 116:5 116:7 121:8 124:22 125:17 126:3 128:25 132:25 133:8 150:14 162:6 163:7 163:13 166:2 183:4 184:5 184:11 186:25 199:14 |
| ahead(5) | 43:9 120:16 128:15 141:5 203:8 |
| airplane(2) | 157:12 178:10 |
| akin(1) | 2:11 |
| akin's(1) | 207:6 |
| aligned(3) | 41:24 171:20 192:18 |
| aligns(1) | 27:10 |

| Word | Page:Line |
|---|---|
| all(217) | 7:1 10:1 10:7 11:6 11:23 12:4 14:3 15:1 15:1 15:7 17:9 17:24 19:14 19:17 27:24 28:9 29:11 30:5 30:9 34:15 35:15 36:1 36:8 38:3 38:6 38:12 40:5 41:9 46:3 48:8 49:2 50:6 51:3 52:12 54:5 56:8 56:16 57:8 57:12 58:19 59:3 62:14 62:17 67:9 69:24 70:3 74:2 75:3 75:6 76:2 78:23 80:19 82:7 82:9 84:6 84:6 85:6 86:24 88:8 88:10 88:25 91:7 91:10 91:21 91:22 94:2 94:2 94:6 96:23 97:13 97:19 98:16 98:18 99:2 99:15 100:22 100:24 101:1 102:19 102:21 102:22 103:2 103:12 103:21 107:10 108:7 109:20 109:28 109:24 110:14 111:7 111:9 111:14 112:1 112:6 113:8 114:23 114:25 115:6 115:10 115:24 117:14 117:15 118:13 118:14 119:13 120:11 120:13 120:13 120:18 121:20 125:8 126:1 126:17 127:14 129:4 132:8 132:14 133:9 134:4 134:13 135:13 136:12 136:14 137:20 138:5 139:3 144:17 144:20 145:1 145:3 146:2 146:3 147:2 147:11 149:14 150:10 151:22 152:4 152:7 152:20 152:20 153:14 154:12 154:18 154:20 155:17 155:20 156:8 157:1 157:2 157:4 157:4 160:3 161:9 161:23 167:4 167:16 167:18 167:20 167:21 169:3 169:11 169:19 171:5 171:9 173:15 173:18 173:19 173:20 174:12 174:12 174:14 175:1 176:3 176:6 177:6 177:24 177:25 178:2 178:2 181:1 182:7 182:21 188:2 188:14 188:16 188:18 188:19 190:1 190:9 190:17 192:3 192:7 194:3 194:13 194:16 194:17 194:18 195:10 195:10 195:12 195:24 197:1 197:4 197:24 198:25 199:11 200:6 201:1 201:1 202:3 203:19 204:14 204:24 208:8 |
| allegation(1) | 129:6 |
| allegations(4) | 10:19 53:18 61:22 63:1 |
| alleged(3) | 11:2 68:22 95:7 |
| alleging(3) | 8:2 9:23 10:21 |
| allen(1) | 3:45 |
| allocate(1) | 122:3 |
| allocated(5) | 72:19 101:8 101:11 102:23 106:20 |
| allocation(17) | 72:12 72:18 74:12 74:15 74:17 101:13 103:20 106:18 111:22 115:9 117:10 122:15 124:1 125:2 128:14 131:12 133:7 |
| allotted(6) | 160:14 161:3 161:9 181:12 182:1 182:7 |
| allow(10) | 21:7 32:17 40:18 41:1 47:2 61:2 73:19 84:12 165:2 185:25 |
| allowance(1) | 51:1 98:2 98:4 |
| allowed(19) | 27:4 27:20 31:13 32:5 51:15 62:21 65:19 65:20 76:6 77:12 77:13 102:11 106:2 107:18 113:9 148:24 149:1 162:11 183:9 |
| allowing(3) | 10:8 56:21 147:15 |
| allows(4) | 79:6 121:13 174:14 195:12 |
| almost(2) | 28:13 89:9 |
| alms(1) | 4:36 |
| alone(1) | 46:19 |
| along(7) | 38:7 44:3 61:10 73:4 90:22 164:4 185:2 |
| already(37) | 24:12 26:17 33:15 45:16 47:5 54:1 54:3 62:8 71:24 92:24 95:5 97:1 108:13 113:17 113:20 114:5 114:7 114:14 115:1 115:3 115:3 120:17 128:11 140:21 154:4 160:21 160:22 161:3 167:13 167:14 174:23 181:19 181:20 182:1 188:11 188:12 195:21 |

| Word | Page:Line |
|---|---|
| **also**(88) | 9:12 14:21 16:8 18:2 18:4 18:5 18:9 19:10 19:23 20:23 23:22 25:20 28:17 28:23 33:24 36:19 37:17 39:25 43:24 44:8 44:10 47:18 55:11 56:2 57:1 57:20 60:20 61:8 61:16 61:18 63:22 64:22 65:3 66:4 66:16 71:3 71:6 72:5 72:18 73:12 73:20 73:25 75:23 75:24 82:7 93:2 93:16 95:1 96:5 99:8 101:11 104:9 107:16 108:8 110:17 111:5 111:21 119:4 119:19 121:6 124:25 126:6 126:17 129:7 135:12 146:5 146:7 146:9 157:5 159:19 160:7 170:17 171:7 172:14 175:5 178:3 180:17 181:5 191:15 192:5 193:12 196:3 200:9 201:19 201:22 205:24 206:3 206:4 |
| **alternative**(8) | 16:13 47:14 62:10 68:12 70:21 110:17 175:11 196:9 |
| **alternatives**(1) | 133:15 |
| **although**(5) | 8:1 8:11 9:20 53:17 101:14 |
| **alvarez**(2) | 57:21 90:22 |
| **always**(12) | 35:14 37:18 41:17 96:14 97:9 97:9 97:11 123:9 131:16 141:14 162:25 183:23 |
| **amendment**(1) | 77:6 |
| **america**(1) | 4:15 |
| **american**(2) | 88:19 89:14 |
| **amiss**(2) | 56:7 57:12 |
| **among**(8) | 27:18 27:18 45:19 60:1 94:3 124:18 125:3 125:14 |
| **amongst**(1) | 95:2 |
| **amount**(21) | 27:19 51:2 53:5 61:17 77:20 100:25 107:4 116:20 117:13 158:5 160:21 168:16 169:6 170:25 172:21 179:3 181:19 189:14 190:4 191:23 193:19 |
| **amounts**(6) | 26:23 53:24 121:24 130:19 174:22 195:20 |
| **ample**(3) | 59:15 87:23 93:10 |
| **amply**(1) | 94:13 |
| **analysis**(18) | 63:18 72:17 72:19 94:14 96:5 129:14 158:25 159:7 164:24 165:14 165:2 172:3 179:23 180:5 185:22 186:12 186:19 193:1 |
| **analyze**(1) | 61:2 |

| Word | Page:Line |
|---|---|
| **and**(301) | 1:15 1:16 1:18 6:4 6:14 6:16 9:24 10:8 10:22 11:2 11:11 11:14 12:11 12:12 12:13 12:19 12:21 12:22 13:11 13:12 13:13 13:16 13:19 13:21 13:21 13:22 14:2 14:5 14:6 14:7 14:12 14:13 14:14 14:15 14:19 14:20 14:23 14:23 15:1 15:6 15:7 15:9 15:11 15:20 15:21 15:21 15:24 16:2 16:4 16:5 16:25 17:2 17:3 17:6 17:9 17:11 17:12 17:14 17:14 17:15 17:15 17:17 17:18 17:19 17:20 17:25 18:1 18:3 18:7 18:8 18:11 18:14 18:17 18:19 18:20 19:3 19:7 19:8 19:9 19:13 19:14 19:17 19:17 19:22 19:23 19:25 20:2 20:3 20:9 20:10 20:14 20:15 20:16 20:23 20:24 21:6 21:7 21:10 21:11 21:12 21:15 21:17 21:19 21:19 21:20 21:21 22:1 22:12 22:15 22:15 22:19 22:23 22:24 23:2 23:3 23:6 23:8 23:9 23:15 23:19 23:21 23:22 23:24 23:25 24:1 24:3 24:5 24:9 24:14 24:22 24:23 25:2 25:7 25:11 25:15 25:17 25:19 25:21 25:21 25:23 25:25 26:7 26:9 26:10 26:11 26:17 26:21 26:23 27:3 27:8 27:11 28:2 28:8 28:9 28:16 28:18 28:20 28:23 29:2 29:4 29:4 29:9 29:15 29:16 29:18 29:19 29:24 29:25 29:25 30:1 30:3 30:6 30:9 30:16 30:19 30:23 30:24 31:1 31:7 31:7 31:8 31:19 31:20 31:25 32:1 32:1 32:3 32:3 32:6 32:12 32:17 32:18 32:22 33:3 33:11 33:14 33:17 33:27 33:33 33:25 34:7 34:20 34:22 35:2 35:7 35:18 36:1 36:9 36:14 37:2 37:6 37:6 37:8 37:9 37:19 37:23 37:25 37:25 38:1 38:4 38:6 38:8 38:10 38:11 38:12 38:15 38:15 38:16 38:17 38:18 38:21 38:21 38:25 39:3 39:3 39:8 39:9 39:15 39:18 39:22 40:2 40:4 40:4 40:7 40:14 40:21 41:2 41:3 41:7 41:9 41:12 41:17 41:18 41:22 41:22 41:23 41:24 42:2 42:5 42:9 42:17 42:23 43:16 43:21 43:23 44:3 44:20 44:23 44:9 44:10 44:12 44:12 44:14 44:20 44:23 44:25 45:1 45:1 45:2 |

| Word | Page:Line |
|---|---|
| **and**(301) | 45:3 45:10 45:12 45:15 45:15 45:16 45:18 45:19 45:20 46:1 46:4 46:11 46:12 46:13 46:15 46:16 46:19 46:20 46:21 47:1 47:13 47:14 47:16 47:19 47:19 47:22 47:23 48:1 48:6 48:8 48:11 48:14 48:15 48:20 49:4 49:19 49:20 49:22 49:23 49:24 50:3 50:4 50:19 50:21 50:24 51:1 51:9 51:11 51:16 51:22 52:4 52:10 52:17 52:19 53:3 53:6 53:12 53:17 53:22 53:23 54:2 54:4 54:9 54:9 54:9 54:20 55:8 55:10 55:15 55:17 55:24 55:25 56:2 56:5 56:7 56:8 56:9 56:15 56:19 56:21 56:23 57:3 57:6 57:10 57:14 57:16 57:19 57:22 57:24 58:6 58:12 58:20 58:21 59:3 59:5 59:8 59:10 59:13 59:17 59:19 59:20 59:22 60:3 60:11 60:17 60:20 60:20 61:2 61:6 61:12 61:20 61:22 62:1 62:1 62:4 62:13 62:16 62:16 62:19 62:19 62:20 62:21 62:21 62:22 62:25 63:5 63:6 63:10 63:12 63:14 63:15 63:17 63:19 63:21 63:25 64:4 64:8 64:9 64:10 64:10 64:14 64:18 64:19 64:20 65:6 65:7 65:18 65:23 66:4 66:9 66:13 66:15 66:21 66:22 67:3 67:4 67:10 67:12 67:18 67:22 68:5 68:12 69:1 69:4 69:13 69:21 70:1 70:8 70:14 70:15 70:16 70:20 71:4 71:6 71:7 71:7 71:10 71:10 71:18 71:19 71:20 71:25 72:15 72:5 72:8 72:11 72:16 72:17 72:19 72:21 72:23 72:24 73:2 73:2 73:9 73:10 73:11 73:15 73:19 73:20 73:24 73:25 74:7 74:7 74:8 74:10 74:12 74:17 74:18 74:23 75:6 75:6 75:9 75:15 75:16 75:17 75:21 75:22 75:24 76:4 76:6 76:7 76:11 76:14 76:15 76:16 77:5 78:7 78:14 78:17 78:18 78:22 79:7 79:13 79:14 79:18 80:1 80:10 80:12 80:24 81:1 81:4 81:5 81:5 81:6 82:14 82:15 82:18 83:5 83:5 83:11 83:13 83:16 83:20 83:23 84:2 84:7 84:12 84:13 84:20 85:4 85:13 85:19 85:20 86:3 86:5 86:7 86:15 86:16 86:18 86:19 87:1 87:4 87:10 87:13 87:15 87:25 87:25 88:21 88:23 88:24 89:7 89:8 89:1 89:10 89:12 89:14 89:22 90:3 90:6 90:8 90:13 90:14 90:16 90:20 90:24 |

| Word | Page:Line |
|---|---|
| **and**(301) | 91:7 91:19 91:20 91:21 91:23 91:24 92:12 93:3 93:25 93:25 94:5 94:8 94:10 94:16 94:20 95:6 95:10 95:15 95:19 95:23 96:3 96:4 96:8 96:13 96:20 96:21 96:21 96:25 97:6 97:6 97:8 97:11 97:12 97:13 97:17 97:20 97:20 97:21 98:2 98:6 98:9 98:15 98:22 99:4 99:5 99:7 99:8 99:9 99:10 99:18 99:22 100:2 100:4 100:6 100:9 100:11 100:20 101:1 101:10 101:13 102:4 102:11 102:14 102:16 102:19 102:24 103:5 103:6 103:6 103:6 103:11 103:22 103:23 104:2 104:6 104:11 104:14 104:15 104:18 104:20 105:1 105:2 105:3 105:7 105:8 105:9 105:12 105:15 105:16 105:18 106:2 106:3 106:8 106:9 106:9 106:12 106:16 106:16 106:21 106:24 107:2 107:3 107:4 107:4 107:5 107:5 107:8 107:13 107:14 107:16 107:20 107:21 107:25 108:2 108:6 108:12 108:14 108:17 108:18 108:23 109:1 109:7 109:9 109:11 109:15 109:21 109:21 110:8 110:16 110:17 110:28 111:3 111:6 111:7 111:14 111:16 111:20 112:1 112:3 112:3 112:4 112:7 112:12 112:14 112:18 112:21 112:23 113:7 113:8 113:12 113:14 113:15 113:16 113:17 113:20 113:24 114:1 114:1 114:4 114:6 114:10 114:20 114:21 114:25 115:3 115:3 115:5 115:18 115:17 115:19 115:21 116:2 116:3 116:3 116:11 116:14 116:19 116:25 117:3 117:5 117:5 117:6 117:7 117:11 117:13 117:14 117:17 117:19 117:22 117:24 117:24 118:2 118:8 118:13 118:14 118:15 118:21 119:3 119:7 119:10 119:12 119:17 119:18 119:21 119:24 120:1 120:2 120:3 120:3 120:8 120:9 120:10 120:10 120:12 120:15 120:16 120:16 120:17 120:25 121:2 121:3 121:11 121:12 121:16 121:16 121:18 121:22 121:24 121:24 121:25 121:25 122:1 122:2 122:10 122:20 122:21 122:21 122:23 122:24 122:24 122:25 123:7 123:12 123:16 123:17 123:19 123:24 124:7 124:11 124:16 125:1 125:5 125:6 125:10 125:13 125:18 125:19 125:21 126:3 126:4 126:7 126:9 126:11 126:17 126:19 127:5 127:6 127:11 127:15 127:16 127:18 127:19 127:21 127:25 127:25 128:2 128:6 128:9 128:10 128:14 128:15 128:17 128:20 128:21 128:22 128:24 129:3 129:3 129:7 129:9 129:10 129:13 129:14 129:16 129:24 130:5 130:11 130:14 |

| Word | Page:Line |
|---|---|
| **and**(301) | 130:17 131:6 131:12 131:21 131:24 132:5 132:5 132:9 132:11 132:12 132:14 132:24 133:2 133:4 133:6 133:12 134:2 134:9 134:15 134:16 134:17 134:19 135:1 135:3 135:6 135:9 135:10 135:14 135:14 135:18 135:20 136:2 136:2 136:19 136:25 137:13 137:17 138:2 138:6 138:15 139:10 139:16 139:18 140:7 140:17 140:17 140:20 140:20 140:23 141:6 141:7 141:10 141:10 141:12 141:13 141:14 141:17 141:22 142:2 142:2 142:6 142:7 142:9 142:11 142:12 142:14 142:16 142:23 142:23 143:5 143:9 143:12 143:13 143:17 143:17 143:19 143:23 143:24 143:25 144:2 144:5 144:18 144:24 144:25 145:5 145:11 145:15 145:17 145:20 145:24 146:1 146:1 146:4 146:25 147:13 147:13 147:14 147:1 147:18 147:20 147:23 148:1 148:1 148:3 148:5 148:8 148:10 148:14 148:25 148:25 149:4 149:21 150:3 150:3 150:4 150:7 150:13 150:17 151:1 151:2 151:5 152:1 152:5 152:6 152:12 152:17 152:17 152:18 153:3 153:4 153:7 153:14 153:14 153:16 153:25 154:3 154:4 154:5 154:7 154:10 154:13 154:19 154:19 154:20 154:21 155:1 155:6 155:9 155:10 155:13 155:18 155:18 155:19 155:24 155:25 156:2 156:5 156:8 156:20 157:4 157:4 157:5 157:7 157:10 157:15 157:17 157:20 157:23 158:4 158:6 158:11 158:18 158:19 158:22 158:24 159: 159:1 159:2 159:4 159:8 159:8 159:9 159:12 159:13 159:15 159:20 160:9 160:12 160:13 160:15 160:16 160:17 160:18 160:22 160:24 161:9 161:12 161:17 162:9 162:10 162:17 162:22 163:9 163:9 163:24 164:2 164:3 164:4 164:16 164:19 164:22 165:5 165:22 166:4 166:6 166:10 166:16 166:23 167:7 167:8 167:9 167:9 167:11 167:13 167:14 167:16 167:23 167:24 168:2 168:5 168:23 168:24 168:24 169:1 169:2 169:9 169:11 169:17 170:13 170:22 170:23 170:24 171:3 171:4 171:9 171:14 171:16 171:20 171:20 171:22 171:24 171:24 172:4 172:5 172:6 172:14 172:15 172:16 172:17 172:19 172:22 172:25 173: 173:1 173:3 173:5 173:7 173:8 173:14 173:16 173:17 173:17 173:18 173:19 173:22 174:2 174:3 174:12 174:16 174:22 174:22 174:24 174:25 175:2 175:3 175:7 175:8 175:19 175:21 175:22 176:10 176:2 176:23 176:25 177:3 177:6 177:18 178:2 178:2 178:3 |
| **and/or**(3) | 83:13 161:1 181:24 |
| **andrew**(1) | 4:3 |
| **ann**(1) | 1:35 |
| **annual**(2) | 126:5 126:6 |
| **another**(17) | 34:14 38:20 49:6 56:3 74:24 75:1 114:4 118:3 120:8 122:12 123:17 131:23 139:13 151:17 164:12 185:10 206: |
| **answer**(10) | 40:17 41:8 68:13 68:14 103:23 124:5 127:23 131:8 162:4 183:2 |
| **answered**(1) | 62:1 |
| **answers**(3) | 44:22 156:21 177:19 |
| **any**(90) | 8:12 8:22 9:13 10:14 11:2 11:4 11:11 27:17 34:17 35:23 37:13 38:14 38:17 39:16 39:19 42:9 45:3 45:12 47:23 48:4 48:9 48:25 49:5 51:23 57:5 62:25 63:3 63:4 65:9 68:3 68:8 68:14 68:24 69:10 69:14 69:17 69:21 69:22 71:14 71:15 79:9 79:22 80:7 82:16 82:18 82:21 83:13 85:24 88:5 88:24 90:25 95:10 98:16 98:23 98:24 99:8 102:18 103:13 103:14 105:11 105:21 110:8 126:21 127:12 128:8 129:6 131:21 132:5 136:23 136:25 137:3 138:18 140:16 140:23 145:12 145:23 150:13 152:6 159:3 165:12 165:12 174:10 180:1 181:3 186:10 195:8 201:11 203:20 205:2 205:6 |
| **anybody**(3) | 102:15 129:7 152:12 |
| **anybody's**(1) | 208:12 |
| **anyone**(27) | 15:16 37:22 54:5 80:19 91:12 98:23 111:2 137:7 138:12 140:1 168:10 169:14 170:8 172:18 173:8 173:21 175:12 189:8 190:12 191:6 193:16 194:6 194:19 196:10 205:6 205:14 208:4 |
| **anyone's**(3) | 17:1 166:18 187:16 |
| **anything**(13) | 10:16 11:1 36:16 37:7 82:4 96:17 121:2 135:2 146:15 154:9 155:11 161:20 182:18 |
| **anywhere**(1) | 105:10 |
| **apart**(1) | 38:16 |
| **apologies**(1) | 117:11 |
| **apparent**(2) | 93:13 132:5 |
| **appeals**(2) | 54:3 135:10 |
| **appear**(2) | 9:2 19:19 |

| Word | Page:Line |
|---|---|
| **appearances**(1) | 3:29 |
| **appears**(3) | 8:2 51:14 80:17 |
| **appellate**(1) | 97:10 |
| **apples**(1) | 76:14 |
| **applicable**(4) | 36:8 36:13 36:19 95:9 |
| **application**(2) | 53:23 205:8 |
| **applied**(6) | 94:5 94:12 113:2 131:20 131:21 132:4 |
| **applies**(1) | 72:2 |
| **appoint**(5) | 19:5 56:16 56:18 69:6 96:9 |
| **appointed**(4) | 38:9 86:10 95:24 138:6 |
| **appointment**(2) | 63:7 69:7 |
| **apportioned**(1) | 45:24 |
| **apportionment**(5) | 45:19 124:18 124:24 158:5 179:3 |
| **appraised**(2) | 169:1 189:24 |
| **appreciate**(13) | 11:20 12:2 12:12 82:17 118:19 147:15 159:10 167:21 169:11 180: 188:19 190:9 202:5 |
| **appreciated**(1) | 92:2 |
| **approach**(2) | 122:1 208:16 |
| **approached**(2) | 123:2 127:16 |
| **appropriate**(21) | 11:14 12:15 24:5 25:11 26:9 52:16 83:18 84:15 97:21 98:6 99:3 107:12 131:6 131:10 143:14 156:10 156:1 159:8 177:8 177:9 180:6 |
| **approval**(10) | 14:5 15:19 21:5 23:11 46:5 46:17 64:14 125:1 144:20 149:23 |
| **approve**(12) | 13:10 14:6 18:16 31:25 34:16 44:23 44:25 45:3 46:6 150:18 175:9 196:7 |
| **approved**(22) | 16:17 19:22 20:21 31:19 41:15 45:13 45:14 51:11 69:23 69:24 70:4 72:4 125:18 155:6 155:25 156:1 162:8 166:7 176:23 176:24 183:6 187:5 |
| **approves**(2) | 31:25 70:4 |
| **approving**(10) | 15:18 19:23 25:22 28:22 28:23 45:2 45:23 155:14 163:4 184:2 |
| **approximately**(2) | 27:13 67:6 |
| **april**(6) | 1:21 6:1 48:21 163:4 184:2 209:7 |
| **arbitrarily**(1) | 112:1 |
| **arbitrary**(1) | 131:3 |

| Word | Page:Line |
|---|---|
| **are**(218) | 8:24 12:24 13:9 13:9 14:3 14:3 14:17 14:25 15:9 15:22 17:6 18:16 18:19 18:24 19:1 19:5 21:22 22:20 22:23 23:12 24:3 25:4 25:11 25:20 26:7 26:21 28:4 29:15 30:17 30:19 31:4 31:10 33:4 34:8 34:11 34:17 34:17 34:20 34:23 35:2 35:24 36:19 37:24 40:14 42:17 46:3 47:5 47:12 47:12 47:15 48:22 49:25 50:1 51:16 52:10 57:4 58:12 60:1 61:23 64:5 64:15 65:4 65:13 66:1 67:6 67:13 68:20 69:15 69:17 71:4 74:6 74:10 74:19 75:24 76:8 76:8 84:10 84:15 85:21 86:13 86:14 88:19 88:23 91:7 93:8 93:16 93:24 94:2 95:1 95:4 96:14 98:3 99:5 99:6 99:17 99:23 99:23 101:6 101:12 101:17 102:11 102:21 103:1 103:4 104:2 104:11 104:13 104:14 106:5 108:23 109:19 113:9 113:10 113:13 114:7 116:14 116:21 119:23 120:2 120:19 120:19 121:3 121:4 121:9 121:14 124:6 124:10 125:25 126:18 127:12 133:20 134:3 135:8 135:13 139:11 140:2 140:16 140:17 142:21 142:22 143:5 143:7 143:8 143:13 143:15 143:16 144:4 144:5 145:5 149:1 149:5 149:6 150:8 152:2 153:6 155:2 155:3 155:16 155:18 157:16 157:22 157:28 158:1 158:15 159:11 159:12 159:22 159:24 160:10 160:10 161:7 161:14 161:28 161:25 163:11 164:10 167:8 167:14 167:15 167:16 167:17 169:2 169:23 170:6 172:3 178:14 178:20 178:21 178:24 179:13 180:9 180:10 180:20 180:22 181:8 181:8 182:5 182:12 182:21 182:23 184:9 185:8 188:6 188:12 188:13 188:14 188:15 189:25 190:21 191:4 193:1 198:9 199:13 203:12 204:12 206:13 207:24 208:13 |
| **area**(3) | 88:24 159:9 180:7 |
| **aren't**(2) | 64:1 64:5 |
| **aren't**(3) | 100:16 104:3 126:24 |
| **arguably**(1) | 151:17 |
| **argue**(3) | 13:20 13:22 104:19 |
| **argued**(5) | 13:8 13:14 116:1 118:10 118:11 |
| **arguing**(1) | 111:2 |
| **argument**(12) | 19:15 33:15 66:9 71:10 115:7 117:16 144:8 145:7 206:9 206:18 206:19 206:24 |
| **arguments**(15) | 19:13 19:14 19:17 22:4 31:5 31:6 62:25 69:22 71:11 71:14 71:21 83:16 119:25 145:17 146:4 |
| **arises**(1) | 83:4 |
| **arising**(2) | 50:21 103:15 |
| **arm's**(5) | 62:15 174:9 175:2 195:7 195:25 |
| **arm's-length**(1) | 25:22 |
| **around**(10) | 26:20 53:7 71:23 96:19 125:25 127:3 137:17 146:3 152:18 207:13 |
| **arrangements**(1) | 16:13 |
| **arrived**(2) | 176:6 197:4 |
| **arsht**(1) | 1:33 |
| **articulated**(2) | 71:15 145:25 |
| **arun**(1) | 2:13 |
| **aside**(12) | 32:16 33:5 160:21 161:14 161:18 165:6 165:21 181:19 182:12 182:16 186:4 186:19 |
| **ask**(12) | 11:3 41:8 52:13 112:25 118:16 122:8 139:25 140:19 201:19 202:12 205:12 208:4 |
| **asked**(24) | 33:8 46:4 47:18 56:17 63:15 94:24 105:3 105:12 106:20 106:21 117:5 123:14 132:24 150:8 156:19 159:12 161:19 171:24 172:1 177:17 180:10 182:17 192:22 192:24 |
| **asking**(5) | 21:5 74:6 93:7 167:25 188:23 |
| **aspect**(1) | 22:15 |
| **aspects**(3) | 40:14 72:12 127:12 |
| **assert**(1) | 28:14 |

| Word | Page:Line |
|---|---|
| asserted(3) | 68:19 72:5 97:18 |
| asserting(1) | 144:16 |
| assess(5) | 61:3 155:4 155:4 155:7 201:12 |
| assessed(1) | 119:17 |
| assessment(2) | 164:21 185:19 |
| assets(3) | 21:6 21:9 22:24 |
| assiduously(1) | 97:5 |
| assign(1) | 105:6 |
| assigned(1) | 102:20 |
| assistance(3) | 148:4 157:6 178:4 |
| associate(1) | 89:15 |
| associated(1) | 63:3 |
| assume(6) | 107:12 120:5 125:9 130:4 145:22 153:18 |
| assumes(2) | 162:2 182:25 |
| assuming(3) | 120:10 120:12 145:19 |
| assumption(3) | 69:18 125:8 143:13 |
| assumptions(1) | 127:14 |
| atmosphere(1) | 62:22 |
| attached(9) | 74:8 74:14 77:4 77:17 114:5 125:23 126:2 126:7 204:18 |
| attachments(1) | 53:22 |
| attack(2) | 157:13 178:11 |
| attention(2) | 108:12 152:7 |
| attentive(1) | 96:2 |
| attorney(4) | 100:11 100:14 147:13 200:4 |
| atypical(2) | 94:25 95:7 |
| audible(3) | 79:24 80:9 99:1 |
| audit(1) | 30:15 |
| audited(2) | 169:16 190:14 |
| auditing(1) | 117:9 |
| august(3) | 8:18 53:25 61:17 |
| aurelius(2) | 3:31 4:23 |
| authority(2) | 63:24 133:18 |
| available(18) | 39:9 41:17 41:20 42:7 42:9 42:11 42:17 45:5 47:23 47:24 47:25 68:1 68:6 96:16 110:17 136:3 136:3 147:21 |
| ave(1) | 3:18 |
| average(2) | 61:19 73:16 |
| averages(2) | 121:22 127:25 |
| aviva(9) | 79:7 161:19 167:7 167:18 167:19 182:17 188:5 188:16 188:17 |
| aware(14) | 14:10 15:21 16:8 47:23 48:1 48:4 51:21 101:9 150:3 157:22 157:24 178:20 178:22 199:18 |
| away(16) | 58:10 58:14 75:24 76:1 77:9 112:4 112:10 117:4 118:3 118:8 133:3 133:13 133:18 134:10 139:10 204:6 |
| b)(2)(2) | 98:6 98:10 |
| back(35) | 13:21 14:11 20:4 40:9 44:14 50:10 71:6 78:18 85:23 105:8 112:4 112:? 118:20 119:10 128:18 129:24 130:? 138:3 138:6 138:9 139:20 145:20 150:16 162:23 164:13 171:24 183:21 185:11 192:22 198:23 206:18 207:3 207:3 207:10 |
| backend(1) | 27:17 |
| background(3) | 60:22 88:16 89:23 |
| backwards(1) | 55:20 |
| balance(2) | 23:1 123:24 |
| balanced(1) | 121:25 |
| balancing(1) | 22:21 |
| ball(1) | 57:7 |
| bank(1) | 4:15 |
| bankruptcy(18) | 1:1 1:31 20:19 21:7 25:19 29:4 60:22 93:19 94:9 115:11 117:25 118:14 125:1 147:25 152:13 153:16 157:17 178:15 |
| barbara(1) | 80:2 |
| barred(1) | 8:24 |

| Word | Page:Line |
|---|---|
| barry(12) | 4:40 59:5 170:1 170:10 170:10 170:12 171:5 190:24 191:8 191:8 191:10 192:3 |
| based(41) | 24:19 69:8 72:20 72:21 73:17 73:22 75:5 77:12 78:7 102:23 102:25 107:9 114:7 116:19 116:23 125:8 132:5 133:22 141:3 143:23 150:4 156:22 156:23 158:3 158:9 159:3 164:6 168:18 169:16 172:1 172:2 177:20 177:21 179:1 179:7 180:1 185:4 189:16 190:14 192:24 192:25 |
| baseless(1) | 74:10 |
| baseline(1) | 67:2 |
| basic(1) | 26:23 |
| basically(6) | 170:16 171:1 174:10 191:14 191:24 195:8 |
| basing(2) | 158:12 179:10 |
| basis(23) | 10:15 11:11 15:20 34:4 37:24 38:4 38:5 38:11 38:18 58:19 58:23 69:25 73:15 80:24 132:6 155:8 157:8 158:25 159:21 178:6 179:23 180:19 205:11 |
| bassett(1) | 2:20 |
| bat(1) | 40:16 |
| battle(2) | 56:5 58:6 |
| bear(2) | 158:1 181:13 |
| became(6) | 71:3 71:5 72:7 105:17 107:1 117:23 |
| because(118) | 10:11 11:13 12:9 16:9 17:13 23:20 28:21 29:5 32:12 33:2 33:21 34:2 34:13 34:19 42:11 42:20 43:23 44:12 44:13 45:4 49:23 55:6 56:10 57:23 58:13 58:19 58:23 64:4 65:4 65:10 65:16 66:12 68:9 68:21 69:5 74:23 75:18 75:22 76:8 76:13 76:18 79:10 83:14 86:9 87:15 93:1 94:22 94:23 94:24 95:25 98:4 98:12 99:21 101:4 107:15 108:16 108:18 108:18 112:1? 116:8 116:15 118:25 119:14 122:3 122:15 122:14 123:18 126:20 127:12 128:18 129:23 130:3 132:10 133:24 134:1 134:3 134:14 135:23 136:5 137:16 139:20 139:22 144:2 145:22 148:9 151:5 152:11 153:19 154:23 155:20 157:2 162:11 166:17 167:22 170:20 171:2 172:23 175:8 175:10 177:25 183:9 187:15 188:20 191:18 191:25 193:21 196:1 196:8 198:4 198:14 199:23 203:11 204:23 205:7 205:22 205:24 206:7 |
| beckerman(34) | 2:12 56:1 65:16 139:11 139:13 139:19 139:24 154:16 154:25 155:10 155:16 155:24 170:4 173:22 174:1 174:3 174:5 174:6 174:20 175:14 175:21 176:9 176:22 191:2 194:20 194:24 195:1 195:3 195:4 195:18 196:12 196:19 197:7 |
| beckerman's(2) | 156:9 177:7 |
| become(1) | 16:5 |
| becomes(2) | 67:11 120:14 |
| becoming(1) | 70:10 |
| believed(3) | 52:25 129:13 129:16 |
| believes(2) | 22:3 53:19 172:25 193:23 |
| belnap(1) | 3:36 |
| belong(1) | 89:13 |
| belonging(1) | 143:16 |
| belongs(2) | 163:11 184:9 |
| beneath(1) | 122:23 |
| beneficiaries(3) | 1:17 95:2 96:4 |
| benefit(26) | 1:19 13:12 14:23 40:21 43:22 51:4 61:6 63:9 66:8 67:10 73:13 79:10 103:14 111:22 121:11 143:11 157:5 159:1 160:13 174:12 175:11 178:3 180:14 181:11 195:10 196:9 |

| Word | Page:Line |
|---|---|
| been(142) | 6:8 6:13 12:21 14:10 15:16 15:25 16:9 17:11 17:12 17:17 18:5 18:13 19:1? 19:16 20:14 21:13 22:1 27:20 29:10 29:13 29:19 29:23 30:9 30:10 32:25 35:8 37:8 37:23 41:18 51:5 51:6 51:23 52:15 54:1 54:17 54:19 54:25 59:3 59:10 59:10 59:21 60:24 61:7 61:10 61:16 61:21 61:20 62:7 65:20 69:9 69:9 69:10 69:14 70:14 71:14 72:21 73:13 85:13 86:10 89:8 90:17 90:19 90:24 91:4 91:9 92:10 92:24 95:2 95:24 95:25 96:2 96:3 96:6 96:10 96:12 97:12 98:7 99:7 99:22 100:19 101:4 101:15 101:16 105:15 106:10 108:13 108:24 109:18 111:10 115:18 117:20 115:21 116:9 116:18 117:8 118:4 120:24 125:10 125:14 130:5 141:18 141:23 141:24 142:4 142:16 142:17 142:19 143:5 143:21 151:18 153:12 153:17 153:19 160:9 160:18 160:19 160:22 161:13 161:16 161:24 162:2 166:4 171:12 171:18 172:10 173:18 181:7 181:16 181:17 181:20 182:11 182:14 182:22 182:25 187:2 192:10 192:16 193:8 194:16 |
| before(40) | 1:30 10:25 13:9 14:4 15:2 17:4 18:8 19:13 21:11 21:13 21:20 26:8 34:10 34:15 44:23 45:17 53:19 63:3 65:9 81:18 81:19 92:23 94:8 97:1 101:6 104:25 106:23 117:6 117:12 122:21 134:18 135:1 145:24 151:23 158:2 162:7 165:23 178:25 183:5 186:21 |
| began(1) | 142:2 |
| begin(5) | 7:10 133:23 133:25 202:17 206:2 |
| beginning(4) | 25:2 123:3 172:12 193:10 |
| behalf(16) | 1:14 7:9 7:24 10:6 14:8 19:3 37:19 50:13 54:14 88:12 100:9 100:11 174:6 175:16 195:4 196:14 |
| behind(2) | 33:3 57:16 |
| being(63) | 11:13 15:13 17:6 18:11 19:4 21:8 22:15 23:9 24:25 25:12 27:19 29:6 29:8 30:14 30:19 31:10 31:12 32:19 32:24 34:8 34:17 39:21 45:23 45:24 46:18 58:5 83:9 68:20 75:25 76:2 77:17 80:20 89:22 93:19 94:21 98:5 98:13 108:5 108:23 109:15 117:8 127:3 132:4 132:7 143:7 143:14 148:17 150:8 152:2 153:18 155:25 156:1 158:9 163:10 170:19 171:2 176:23 176:24 179:7 184:8 191:17 191:25 202:5 |
| believe(71) | 7:13 8:20 10:14 10:25 13:5 16:24 43:24 53:13 58:13 58:24 59:7 63:4 66:1 66:9 67:22 68:11 68:15 68:23 69:2 69:8 69:11 75:19 85:15 86:4 86:15 86:19 99:22 104:23 122:2 126:20 127:5 128:15 129:12 130:25 131:2 136:18 136:18 136:1? 136:19 136:23 140:17 145:17 149:21 155:17 156:18 156:24 161:11 168:25 170:14 172:24 173:6 174:25 175:10 177:16 177:22 182:9 189:23 191:12 193:22 194:1 195:23 196:8 198:12 201:4 203:23 204:2 204:20 204:21 205:22 205:23 206:3 |

| Word | Page:Line |
|---|---|
| benefits(115) | 14:21 15:10 15:12 17:6 18:14 22:22 30:3 32:21 33:22 36:1 37:25 38:15 38:25 39:18 39:20 47:13 50:19 50:20 50:23 51:6 53:3 53:8 53:13 54:9 60:18 61:4 61:6 65:4 66:11 67:5 67:8 71:24 73:22 75:9 94:7 101:8 101:11 101:13 101:18 101:20 101:23 102:8 103:4 103:11 103:16 103:17 103:23 104:5 104:6 104:8 104:10 104:16 105:20 106:1 109:21 109:25 110:4 110:5 110:12 112:5 112:17 112:22 113:15 115:12 115:13 115:18 115:21 116:9 116:18 117:25 118:4 120:24 125:10 125:14 130:5 141:18 141:23 141:24 142:4 142:16 142:17 142:19 143:5 143:21 151:18 153:12 153:17 153:19 160:9 160:18 160:19 160:22 161:13 161:16 161:24 162:2 166:4 171:12 171:18 172:10 173:18 181:7 181:16 181:17 181:20 182:11 182:14 182:22 182:25 187:2 192:10 192:16 193:8 194:16 |
| benefitting(1) | 144:13 |
| berger(39) | 2:26 18:4 32:3 56:9 58:3 162:10 162:16 162:22 162:25 163:2 163:2 163:7 163:16 163:20 164:1 164:12 165:11 165:19 166:1 166:10 167:2 167:3 183:8 183:14 183:20 183:23 183:25 183:25 184:5 184:14 184:18 184:24 185:10 186:9 186:17 186:24 187:8 187:25 188:1 |
| berry(2) | 170:11 191:9 |
| besides(1) | 205:14 |
| best(17) | 23:1 46:21 55:19 55:21 62:4 107:8 123:10 129:14 147:20 147:20 151:8 174:10 175:1 175:10 195:8 195:24 196:8 |
| bet(3) | 140:13 175:13 196:11 |
| better(15) | 9:21 39:2 115:21 115:21 129:4 135:3 138:3 148:5 154:2 156:2 164:19 174:13 176:25 185:17 195:11 |
| between(12) | 13:11 14:4 14:7 22:21 41:21 94:2 124:2 124:7 126:11 133:14 166:22 187:20 |
| bewildering(1) | 109:23 |
| beyond(8) | 35:5 47:15 48:15 60:13 67:19 67:25 116:25 123:19 |
| bid(2) | 172:1 192:24 |
| bifurcating(1) | 19:9 |
| big(10) | 7:7 13:6 13:7 14:3 89:12 153:15 164:3 185:1 198:14 198:17 |
| bind(1) | 63:24 |
| binds(1) | 82:8 |
| bit(16) | 8:14 11:12 11:16 29:14 33:5 55:20 57:23 60:24 74:11 86:9 108:15 134:14 172:17 193:15 198:3 202:15 |
| blabey(1) | 3:32 |
| blinded(1) | 106:22 |
| board(4) | 72:3 132:5 141:16 141:21 |
| boardroom(2) | 141:8 141:14 |
| bodnar(43) | 30:11 67:14 72:14 73:12 80:13 80:25 82:18 82:20 83:11 86:22 86:24 87:14 87:16 87:20 87:21 87:24 88:2 88:3 88:4 88:8 88:10 91:5 91:6 91:9 91:11 91:13 91:18 91:23 92:2 92:5 92:6 92:7 92:9 105:5 120:3 127:16 128:9 129:16 129:19 159:1 159:6 179:24 180:4 |
| bodnar's(11) | 67:20 74:7 80:20 82:22 83:6 83:17 83:25 84:1 85:20 86:21 91:16 |
| boils(1) | 117:16 |
| bondholder(4) | 2:18 18:3 175:17 196:15 |
| bondholders(4) | 56:4 64:18 163:17 184:15 |
| books(1) | 28:9 |
| born(2) | 75:25 76:2 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **both**(15) 23:9 24:23 25:23 43:22 59:18 70:15 71:3 72:23 86:11 86:16 94:8 96:12 97:5 98:6 111:8 | | **but**(245) 9:16 11:15 12:10 12:24 13:10 15:7 15:17 17:5 17:18 21:2 21:15 21:23 21:25 22:7 22:11 23:8 23:13 24:2 24:11 24:24 25:14 26:17 27:8 27:12 27:14 27:17 28:22 29:7 29:14 30:10 31:9 33:1 33:24 34:6 34:14 34:19 35:3 35:9 35:14 35:22 36:5 36:12 36:16 36:17 37:14 39:7 39:13 40:6 41:4 41:16 42:1 42:8 42:19 43:19 44:4 44:8 44:10 44:22 46:3 46:22 46:25 47:12 47:16 47:21 47:23 47:24 48:7 48:21 49:18 51:20 52:19 54:18 55:20 56:20 57:5 57:6 57:9 57:20 58:3 58:9 58:16 58:17 59:9 59:15 60:9 61:24 63:2 63:13 64:5 64:9 64:11 65:18 66:11 67:8 67:23 67:24 69:11 69:23 70:2 70:14 70:22 73:7 75:12 76:2 76:11 76:17 77:13 78:14 78:23 78:25 81:7 82:18 82:21 83:1 83:4 83:22 84:11 86:11 86:15 87:5 87:23 88:6 92:25 93:1 93:9 93:16 96:5 96:11 98:3 99:8 99:24 100:12 101:1 104:9 106:4 108:17 108:21 111:21 116:24 117:7 118:9 119:5 119:14 119:19 119:25 120:4 121:2 121:21 121:23 122:6 122:12 123:9 123:25 124:2 124:17 125:8 126:1 126:22 127:6 127:23 129:8 131:18 132:4 132:23 134:24 135:16 137:1 141:15 143:20 144:19 145:24 146:24 147:18 147:18 148:3 148:15 148:19 149:1 150:1 150:17 150:22 151:10 153:2 153:12 154:9 155:13 155:22 156:2 158:18 159:2 160:11 160:11 162:7 163:11 163:21 164:13 164:21 165:19 165:21 166:14 166:21 166:24 167:17 168:3 168:6 170:18 172:9 172:18 174:11 175:4 175:18 176:25 179:1 179:25 181:9 181:9 183:5 184:9 184:19 185:11 185:19 186:17 186:19 187:12 187:19 187:22 188:15 189:1 189:4 191:16 193:7 193:16 195:9 196:2 196:16 198:9 203:22 204:15 204:17 204:17 204:20 205:7 206:18 207:23 208:6 | | **can**(99) 6:17 6:20 9:20 16:12 16:17 19:14 23:5 24:1 25:3 29:3 32:20 32:21 35:3 36:1 36:7 36:11 36:17 39:22 40:9 41:25 43:8 44:11 44:13 47:1 47:13 48:3 48:3 58:20 58:24 65:21 77:5 81:13 83:3 83:5 84:9 86:7 88:16 89:21 94:7 94:12 95:2 102:1 103:3 104:11 107:8 109:21 112:9 112:11 113:15 113:24 114:3 118:21 119:2 120:3 121:10 125:25 126:21 127:16 127:21 128:1 128:10 131:23 132:1 136:2 137:19 138:14 138:17 138:24 139:1 139:25 144:18 145:22 147:7 150:1 150:14 150:16 151:1 151:8 152:3 152:18 152:24 154:1 156:1 159:5 169:3 176:24 179:24 180:3 190:1 200:10 200:11 202:18 202:2 203:3 204:25 206:17 206:18 | | **certificates**(2) 47:9 47:12 **certification**(15) 19:2 26:12 55:17 63:25 75:17 84:13 92:13 92:22 93:11 98:1 98:8 98:25 99:4 99:11 209:2 |
| **bottom**(1) 108:21 **bought**(2) 81:1 112:11 **bound**(1) 65:20 **box**(3) 47:16 132:3 132:3 **bradley**(2) 2:33 200:16 **breach**(1) 72:5 **break**(3) 134:16 134:17 207:15 **breaks**(1) 90:25 **breath**(1) 197:22 **brenda**(1) 5:23 **brief**(6) 87:14 87:19 174:3 175:18 195:1 196:16 | | | | **can't**(8) 23:21 32:22 39:3 44:1 44:6 48:8 82:24 85:13 **cannot**(5) 8:21 64:24 65:9 167:19 188:17 **can't10**(12) 110:12 114:18 115:6 115:7 123:7 134:9 137:16 204:1 | | **certifications**(1) 55:19 **certified**(5) 25:25 26:3 92:25 97:21 98:7 **certify**(3) 93:1 130:17 209:3 **certifying**(1) 26:13 **cetera**(2) 75:25 76:2 **chair**(3) 70:15 80:5 152:17 **chairperson**(2) 59:18 61:10 **challenges**(1) 30:10 **change**(11) 42:21 75:18 75:22 75:22 76:3 102:11 104:9 120:17 141:24 142:1 155:13 |
| **briefly**(4) 7:23 66:5 90:12 135:3 **bright**(1) 117:23 **brilliantly**(1) 95:24 **bring**(3) 43:25 101:6 128:1 **bringing**(4) 18:24 41:8 156:15 177:13 **brings**(1) 44:9 **broker**(1) 18:14 **brought**(12) 9:18 13:14 21:14 22:6 24:19 25:1 108:11 109:9 129:23 145:19 198:4 199:17 **bryant**(1) 2:14 **bubble**(1) 127:3 **buchanan**(1) 3:3 **buck**(1) 3:10 **bucket**(6) 167:10 167:13 167:13 188:8 188:11 188:11 | | | | **capable**(2) 9:6 86:14 **capably**(2) 175:20 196:18 **capital**(2) 4:19 4:23 **car**(9) 50:21 112:7 112:11 112:13 112:14 112:15 112:22 157:12 178:10 **care**(11) 65:2 89:12 126:1 142:23 143:8 157:23 157:24 164:18 178:21 178:22 185:16 **careful**(2) 96:3 205:25 **carol**(1) 5:40 **carolina**(1) 123:6 **cars**(1) 112:16 **carved**(1) 34:12 | | **changes**(6) 76:20 77:7 77:10 77:18 108:15 108:20 **changing**(1) 141:21 **chaos**(1) 141:22 **chapter**(1) 1:7 **characterize**(1) 127:22 **charles**(3) 4:40 170:10 191:8 **chart**(6) 76:4 76:5 76:20 77:4 122:17 204:18 |
| **buckets**(2) 167:15 188:13 **budget**(1) 61:2 **build**(2) 164:4 185:2 **built**(1) 131:13 **bullet**(1) 97:8 **burdens**(1) 16:4 **business**(4) 7:12 8:8 8:24 21:9 | | **butut**(1) 65:21 **buy**(1) 123:10 **buying-a-car**(1) 30:2 **bylaws**(2) 62:19 82:6 **calculate**(2) 131:11 153:6 **calculated**(2) 167:8 188:6 **calculates**(1) 53:8 **calculating**(2) 158:12 179:10 **calculation**(3) 84:3 106:23 125:2 **calculations**(3) 73:13 81:6 81:12 **call**(20) 7:20 39:2 61:20 122:3 135:10 136:9 137:3 137:8 138:3 138:6 138:8 138:10 138:10 138:11 151:3 152:1 199:2 199:7 202:23 208:2 **called**(6) 60:19 60:21 89:24 141:7 156:7 178:4 **calling**(2) 39:11 40:16 **calls**(9) 60:14 60:15 61:19 61:20 62:1 156:20 158:19 177:18 177:17 **came**(13) 15:2 57:3 58:20 104:25 128:9 128:18 129:23 158:11 164:13 171:14 179:5 185:11 192:12 | | **case**(60) 1:4 9:24 10:17 12:10 23:20 24:7 24:15 25:16 27:11 31:10 51:22 55:24 56:11 59:17 60:13 69:4 69:20 70:2 71:8 71:10 71:13 72:10 73:11 80:15 82:6 86:8 93:11 95:6 96:3 96:15 96:22 97:5 98:4 99:4 99:9 101:3 103:10 105:18 105:18 105:24 106:9 106:15 112:6 112:24 126:8 127:4 129:15 132:11 133:4 133:18 145:10 145:11 171:4 171:16 172:13 174:14 192:2 192:14 193:11 195:12 **cases**(3) 20:19 97:4 111:9 **cash**(7) 27:12 110:6 110:10 110:19 110:20 111:1 111:4 **catch**(2) 49:16 197:22 **categories**(2) 103:5 205:1 **category**(2) 113:17 113:18 **cater**(1) 70:19 **cause**(1) 11:1 **causes**(2) 157:13 178:11 **cautioned**(1) 82:3 **cede**(6) 6:23 50:4 50:4 84:12 92:10 200:13 **central**(1) 36:6 **centre**(1) 3:11 **certain**(17) 12:23 26:21 50:19 50:19 51:4 68:20 86:14 150:6 161:12 165:12 168:6 173:2 182:10 186:10 187:16 193:25 202:4 **certainly**(73) 6:20 7:21 11:9 11:9 11:18 15:22 17:11 17:22 21:1 21:23 22:14 22:19 24:2 24:21 24:24 25:4 25:24 26:8 26:17 28:4 28:7 28:10 28:17 30:21 33:18 36:15 37:8 37:15 37:16 38:8 38:18 42:18 44:21 45:10 52:14 56:4 56:18 63:16 64:9 64:10 68:5 69:5 69:5 77:24 86:3 86:14 87:22 98:21 99:3 99:7 100:12 103:7 103:18 140:20 145:7 146:23 147:9 150:7 153:4 153:21 153:24 159:1 162:6 162:13 168:6 169:12 173:8 179:24 183:4 183:11 189:4 190:10 194:6 | | **certificates**(2) 47:9 47:12 **chase**(1) 2:21 **check**(2) 153:1 198:14 **checked**(2) 47:17 132:3 **checking**(1) 54:20 **chief**(2) 89:9 90:7 **child**(2) 75:25 76:2 **children**(3) 103:5 108:10 119:24 **choice**(13) 17:2 32:12 32:19 32:20 40:7 40:12 42:2 42:3 66:6 126:25 128:16 133:13 141:18 **choices**(3) 41:21 42:1 67:10 **choose**(13) 31:19 82:21 103:17 103:20 107:18 111:23 112:25 112:9 113:5 113:9 116:17 156:25 177:23 **choosing**(1) 133:14 **chopping**(1) 46:8 **chose**(2) 156:18 177:16 **chosen**(2) 44:8 101:7 **chris**(1) 2:5 **chronology**(1) 129:8 **church**(1) 4:16 **circuit**(2) 24:8 135:9 **circumstance**(1) 45:13 **circumstance**(7) 11:14 12:14 17:17 17:21 21:3 87:17 87:23 **cited**(1) 111:8 **claim**(78) 8:17 8:21 9:9 10:15 11:10 13:15 13:16 21:7 27:4 27:13 27:15 27:19 27:20 28:13 28:17 30:11 30:14 45:24 46:4 46:16 48:2 50:22 50:25 51:2 51:10 51:11 51:15 51:16 52:10 52:15 52:24 53:5 53:6 53:7 53:11 53:14 53:15 53:18 54:7 65:7 65:7 65:20 66:3 67:4 73:16 73:19 77:2 77:13 77:20 98:7 98:9 103:14 103:15 103:18 104:21 105:4 110:24 116:4 116:6 118:1 118:4 118:14 124:12 124:17 125:6 131:17 133:5 133:17 143:17 143:19 144:5 144:6 144:17 144:24 144:25 145:12 146:14 146:15 **claiming**(1) 34:11 **claims**(31) 10:23 15:2 21:12 22:1 22:5 34:8 43:4 45:23 51:3 73:15 94:3 94:18 94:25 95:4 103:13 103:21 103:25 107:16 108:9 108:23 112:3 118:9 124:10 124:11 130:1 133:8 134:3 136:14 174:22 195:20 199:25 **clarify**(3) 119:5 156:10 177:8 **clarity**(5) 43:25 44:9 154:8 154:10 155:18 |

| Word | Page:Line |
|---|---|

**class(84)** 1:15 12:22 14:9 15:14 19:1 23:12 23:15 23:17 23:20 24:5 24:6 24:17 24:22 25:5 25:6 25:6 25:20 26:3 26:9 26:13 26:25 52:18 52:18 55:16 55:17 57:15 63:2 63:25 68:25 69:23 70:5 70:10 72:5 77:8 84:13 84:21 92:12 92:21 92:25 93:7 93:9 93:11 93:25 94:2 94:3 94:6 94:10 94:13 94:17 94:14 94:21 94:24 94:25 95:7 95:9 95:10 95:11 95:20 95:22 96:6 97:2 97:14 97:18 97:19 97:21 98:1 98:5 98:6 98:10 98:11 98:24 99:4 99:10 99:10 99:11 101:8 124:20 130:20 132:1 132:10 145:16

**classes(3)** 26:1 69:15 69:16
**clause(2)** 142:2 143:4
**clean(1)** 19:16
**clear(43)** 8:2 15:17 15:22 21:21 21:22 23:16 24:16 28:12 28:25 29:1 33:1 33:4 37:12 38:3 39:9 39:19 40:14 44:11 45:16 46:20 70:14 71:7 74:6 74:23 84:22 101:2 105:17 107:1 110:19 133:1 138:12 154:18 154:22 155:3 167:18 167:20 170:2 175:5 188:16 188:18 190:25 196:3 208:17

**clearly(6)** 15:6 99:5 110:8 112:12 112:13 203:18

**cleary(6)** 1:40 6:24 7:9 12:18 50:13 155:24
**clerk(4)** 6:2 85:8 139:8 197:20
**cliché(1)** 204:3
**clients(3)** 96:14 166:19 187:17
**clock(1)** 151:14
**close(5)** 114:16 116:10 120:14 141:10
**closed(1)** 203:12
**closer(2)** 20:17 125:25
**closing(3)** 9:7 203:20 206:7
**cobra(5)** 15:10 15:17 19:25 165:14 186:12
**code(4)** 21:7 29:4 201:14 201:16
**cognitive(1)** 123:8
**cognizant(3)** 174:24 195:22
**collaborative(2)** 163:22 184:20
**colleagues(8)** 12:21 56:8 57:13 87:2 154:19 154:20 154:20 207:6

**collect(2)** 22:24 201:12
**collecting(2)** 173:18 194:16
**collection(2)** 21:18 22:9
**collective(4)** 38:4 38:5 38:5 99:15
**college(2)** 89:2 89:4
**combination(1)** 153:12
**come(46)** 14:4 17:13 20:4 29:22 32:1 55:11 55:16 61:4 67:4 67:18 74:13 79:10 87:25 95:7 99:18 99:24 102:2 107:3 107:11 112:11 114:25 118:22 119:10 122:23 127:14 129:3 132:1 133:7 134:25 135:2 151:11 164:23 164:23 166:3 171:16 172:23 174:23 185:21 185:21 187:1 192:1 193:21 195:21 198:13 198:23 207:3

**comes(2)** 20:17 69:18 76:20 128:12 131:7 140:7 152:17

**comfort(1)** 100:21
**comfortable(2)** 87:13 100:22
**coming(19)** 6:9 17:4 30:21 31:8 31:24 32:18 44:14 54:18 87:21 99:25 100:4 122:24 143:25 163:9 166:5 170:21 184:7 187:3 191:19

**commenced(1)** 50:17
**commend(3)** 17:12 17:15 91:18
**comment(2)** 167:6 188:4
**commented(2)** 163:23 184:21
**comments(3)** 92:23 156:9 177:7
**commission(1)** 41:18
**commitment(1)** 17:25
**commitments(1)** 200:9

**committee(186)** 1:12 2:5 2:25 2:39 3:23 4:11 13:12 13:15 14:5 14:8 14:13 17:9 17:16 18:3 18:3 18:4 20:4 24:16 24:25 27:19 30:16 31:2 32:5 37:1 37:9 37:22 38:1 38:9 38:10 38:12 38:17 41:24 43:14 44:2 45:20 46:4 52:3 52:4 52:19 54:14 55:6 55:7 56:3 56:10 56:13 59:13 59:18 59:19 59:20 61:10 63:19 63:23 64:17 64:18 64:19 65:15 66:21 66:24 67:8 68:11 68:11 68:21 68:22 68:24 69:1 69:2 69:3 69:25 70:3 70:13 70:15 70:18 71:9 71:17 71:19 71:21 71:22 72:7 72:15 77:5 79:20 80:5 80:15 81:21 81:25 82:6 86:11 88:13 90:18 90:20 91:19 93:14 95:3 95:2 101:1 101:2 101:7 101:17 102:19 103:20 105:2 105:3 105:12 106:8 106:12 106:15 106:21 107:7 109:23 110:2 110:21 111:6 111:14 111:18 112:3 112:8 116:1 116:6 117:6 117:11 118:3 118:7 119:6 119:12 119:16 121:1 121:24 123:2 123:14 124:8 124:12 124:16 124:25 125:15 128:13 129:12 129:10 130:21 131:1 131:3 131:7 143:22 145:14 147:13 148:12 152:17 154:17 154:2 155:20 156:20 163:3 163:13 163:17 163:18 164:8 165:1 166:2 171:17 171:22 172:23 174:6 175:5 175:9 177:18 184:1 184:11 184:15 184:16 185:6 185:24 186:2 192:15 192:20 192:21 195:4 196:1 196:7 199:17 201:15 201:22 202:2 203:21 205:16 205:18 205:23

**committee's(3)** 28:7 32:16 41:19
**committees(7)** 15:24 56:17 56:18 69:6 69:7 86:11 88:2

**committee's(7)** 101:5 108:11 112:6 114:17 117:16 124:24 133:2

**common(7)** 59:13 73:15 93:24 94:2 94:14 95:4 146:3

**commonly(2)** 94:6 94:7
**communicat(2)** 36:15 96:16
**communication(1)** 96:19
**communications(1)** 36:14
**community(1)** 60:11
**company(13)** 15:9 34:25 81:1 89:8 89:24 89:25 141:20 142:14 143:16 143:19 150:7 157:7 178:5

**comparable(1)** 110:10
**compare(1)** 73:1
**compared(5)** 16:22 18:15 20:18 28:11 150:18

**comparing(1)** 76:14
**comparison(1)** 103:25
**compensation(3)** 53:23 103:11 110:5
**complain(2)** 72:5 97:18 145:16
**complete(4)** 13:21 126:5 135:15 135:16
**completed(1)** 129:1
**completely(6)** 69:9 71:17 117:8 156:11 177:9 204:7

**completing(1)** 16:1
**complex(6)** 60:22 64:9 64:10 101:16 166:21 187:19

**complexity(4)** 21:18 22:16 24:12 25:16
**complicated(1)** 16:19
**component(1)** 32:11
**components(1)** 155:2
**comprise(1)** 6:14
**compromis(12)** 17:3 18:13 18:17 18:20 30:1 30:24 31:8 62:13 73:15 173:16 194:13 194:14

**compromised(8)** 17:21 22:15 25:12 30:4 30:14 30:20 31:10 39:21

**compromises(1)** 29:24
**compromising(3)** 18:7 31:3 43:2
**concede(2)** 22:6 62:25
**concern(12)** 51:13 66:23 78:25 79:14 125:16 130:3 150:22 169:1 173:7 189:24 194:5 207:20

**concerned(7)** 78:6 78:9 78:14 79:4 99:6 137:3 150:8

**concerns(15)** 36:25 37:13 52:1 52:2 52:9 111:14 152:2 159:11 159:11 159:24 168:4 180:9 180:9 180:22 189:2

**conclusion(6)** 16:7 67:9 93:2 119:23 158:11 179:9

**condition(2)** 72:1 117:14
**conditions(7)** 47:15 164:17 164:18 185:15 185:16 204:24 205:9

**conduct(3)** 85:25 87:24 94:8
**conference(6)** 60:14 61:18 62:1 135:10 156:20 177:18

**conferences(1)** 89:19
**confidences(1)** 145:23
**confidential(6)** 57:5 65:22 82:5 82:25 82:25 208:13

**confidentiality(6)** 62:18 62:20 65:21 82:2 82:7 129:2

**confirm(4)** 32:4 33:20 41:23 86:20
**confirmation(1)** 65:10
**confirmed(3)** 40:1 51:21 87:6
**conflicted(1)** 101:4
**conflicts(1)** 200:9
**confused(1)** 63:20
**confusing(1)** 105:17
**conjecture(3)** 71:16 145:18 145:18
**conjunction(1)** 8:7
**connection(6)** 34:23 35:21 37:14 81:10 161:18 182:16

**consello(1)** 57:19
**consensual(2)** 16:11 16:17
**consequences(1)** 27:9
**conservative(2)** 72:16 122:1
**consider(5)** 40:4 42:6 48:7 129:20 150:17
**consideration(7)** 27:12 29:3 32:7 41:13 41:14 56:21 132:14

**considerations(4)** 23:14 25:21 37:25 129:2
**considered(9)** 19:14 19:18 26:17 27:7 28:6 38:7 130:21 131:7

**considering(3)** 17:20 25:5 45:6
**considers(1)** 41:15
**consistent(8)** 21:2 35:25 102:23 113:8 114:8 115:23 116:11 133:6

**consistently(3)** 111:17 115:9 117:2
**constituency(19)** 45:20 52:4 59:14 61:8 66:25 72:19 72:25 73:1 96:17 119:3 165:15 174:1 174:24 175:7 186:13 194:24 195:22 196:5

**constituents(8)** 13:20 14:9 17:6 20:3 64:4 124:18 166:20 187:18

**constructive(1)** 79:11
**consult(1)** 86:19
**consultant(1)** 90:2
**consulted(1)** 130:22
**consulting(7)** 89:8 90:2 90:4 90:5 90:9 90:14 90:23

**contacting(1)** 147:25
**contains(1)** 87:22
**contemplate(1)** 34:3

**contemplated(1)** 76:25
**contemplates(5)** 45:22 77:3 77:5 125:17 125:18

**contemplating(1)** 65:13
**contending(1)** 10:19
**contends(1)** 66:6
**contention(1)** 105:14
**context(8)** 21:10 25:19 25:20 26:25 27:6 45:5 94:12 154:7

**contingent(1)** 65:23
**continuation(6)** 35:12 47:9 115:17 123:6 174:15 195:13

**continue(9)** 16:3 32:21 33:24 44:22 138:15 151:24 152:1 176:17 197:15

**continued(4)** 2:2 18:15 30:3 90:5
**continuing(2)** 88:23 142:18
**continuous(2)** 171:21 192:19
**contract(5)** 30:1 30:3 36:19 141:3 143:12
**contracts(1)** 72:1
**contractual(1)** 21:24
**contrary(1)** 110:13
**control(1)** 44:1
**conversation(1)** 153:2
**conversations(3)** 39:10 44:2 154:21
**cooper(4)** 1:44 12:20 13:1 13:3
**coordination(1)** 56:15
**copied(1)** 110:14
**cordo(2)** 1:35 56:7
**core(1)** 208:5
**correct(31)** 9:18 26:2 36:9 42:10 43:3 66:18 66:20 70:5 72:13 77:15 77:20 83:21 84:1 93:23 95:19 98:9 98:12 113:22 126:15 131:2 136:17 155:15 155:24 156:24 169:7 171:13 176:22 177:22 190:5 192:11 209:3

**correction(2)** 122:25 128:2
**corrections(1)** 108:14
**correctly(2)** 131:5 132:24
**cost(2)** 138:18 138:19
**costly(1)** 16:19
**costs(3)** 27:17 141:22 141:23
**couch(1)** 22:12
**could(62)** 16:10 22:5 25:8 28:14 30:13 36:12 38:10 38:14 39:13 46:1 60:22 61:3 62:23 63:18 64:13 67:3 70:20 71:24 74:1 75:23 76:4 76:23 77:9 83:20 104:19 104:24 112:21 114:20 116:22 117:4 119:4 119:6 120:23 121:22 125:24 128:15 129:1 133:4 135:15 136:4 136:4 143:5 143:6 148:2 154:5 159:4 164:3 164:14 170:4 174:13 174:18 180:2 185:1 185:12 191:2 195:11 195:16 199:4 200:8 202:17 207:3 207:7

**couldn't(2)** 170:25 191:23
**counsel(40)** 6:16 9:11 9:16 9:20 10:8 10:12 10:22 11:24 17:9 25:23 37:11 55:7 55:16 55:24 56:6 57:6 60:16 60:17 61:11 63:15 75:17 96:6 97:2 99:7 101:1 105:3 105:12 106:21 110:2 111:14 117:3 117:6 117:11 119:12 121:17 130:23 147:13 175:20 196:18 205:16

**counseling(2)** 157:6 178:4
**counselor(1)** 60:23
**counsel's(1)** 110:7
**count(1)** 77:7
**counter(1)** 125:16
**counterarguments(1)** 36:18
**counting(3)** 153:1 167:9 188:7
**countless(2)** 60:13 60:15
**country(1)** 96:19
**couple(7)** 91:3 107:6 114:17 119:5 123:17 135:14 154:18

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**coupling**(1) 37:17
**course**(27) 18:2 19:4 21:8 21:15 55:5 57:13 57:17 57:24 83:7 87:24 94:16 106:11 107:20 108:17 109:14 109:17 110:11 110:21 115:14 116:16 121:22 133:21 151:15 159:11 171:18 180:9 192:1

**court**(301) 1:1 6:3 6:7 6:10 6:19 6:22 7:1 7:3 7:5 7:16 7:22 7:21 7:25 8:5 8:9 8:19 9:15 9:17 9:22 9:24 10:1 10:4 10:8 10:10 10:24 11:3 11:6 11:9 11:19 11:21 11:23 12:1 12:4 12:7 12:8 13:1 13:4 13:7 13:9 13:18 13:24 14:1 15:5 16:8 16:15 17:12 18:10 18:25 20:6 21:13 22:8 22:18 23:18 25:25 26:6 26:14 26:19 27:5 27:23 28:15 28:22 29:11 31:1 31:17 32:9 32:14 32:24 33:9 33:14 34:18 35:1 35:11 36:4 36:6 36:10 37:4 41:6 42:8 42:13 42:15 42:23 43:3 43:5 43:7 43:10 43:12 43:18 44:16 44:18 45:7 45:9 45:9 49:9 49:11 49:14 49:17 49:21 50:2 50:6 50:8 50:11 50:22 51:8 51:10 51:11 51:18 51:20 52:12 53:19 53:21 54:5 54:12 54:15 54:17 54:22 54:25 55:3 55:14 55:22 56:14 57:18 58:11 58:15 59:24 60:1 60:5 60:8 62:5 63:4 64:7 65:15 65:12 66:16 66:19 67:16 67:20 68:2 68:4 68:7 68:17 70:3 70:7 70:12 70:25 71:19 72:13 74:16 74:20 74:24 75:3 75:10 75:14 75:20 76:24 77:1 77:22 77:24 78:3 78:5 78:12 78:16 78:21 78:25 79:3 79:8 79:12 79:16 79:22 79:25 80:3 80:7 80:10 80:10 80:16 80:19 80:22 80:24 81:17 81:22 81:24 82:1 82:9 82:13 82:17 83:3 83:5 83:16 83:21 84:6 84:14 84:19 84:24 85:2 85:6 85:9 85:15 85:17 85:19 86:1 86:10 86:12 86:21 86:24 87:3 87:9 87:12 87:19 87:21 88:3 88:5 88:10 91:3 91:4 91:7 91:10 91:12 91:15 91:22 92:3 92:6 92:8 92:11 92:14 92:16 92:18 93:3 93:5 93:13 93:15 93:21 94:1 94:14 94:19 95:15 95:18 95:24 96:7 96:9 96:11 97:3 97:16 97:22 97:25 98:9 98:14 98:15 98:18 98:21 99:2 99:5 99:13 99:21 100:1 100:6 100:13 100:16 100:19 100:22 102:2 102:4 102:10 105:25 107:23 109:1 109:5 109:13 109:16 111:12 112:25 113:5 113:11 113:19 113:2 114:12 114:15 115:15 118:4 118:21 119:1 120:21 122:8 122:10 122:16 123:11 124:2 124:9 124:13 124:15 124:19 124:21 125:1 125:20 125:23 126:2 126:15

**court's**(3) 148:4 159:8 180:6
**courtroom**(26) 1:16 6:16 7:14 7:17 9:12 12:25 19:19 23:4 41:8 49:20 49:25 55:8 58:23 59:8 86:21 86:23 99:17 99:24 100:3 140:1 204:22 205:7 205:14 208:7 208:21
**courts**(1) 99:6
**court's**(1) 118:16
**cover**(5) 134:14 134:15 151:2 164:3 185:1
**coverage**(59) 47:9 64:25 65:3 66:7 66:15 102:8 102:12 102:13 102:14 102:17 102:2 103:3 104:18 105:21 106:6 107:19 107:21 107:24 107:24 107:25 107:25 108: 108:5 108:6 108:8 108:10 110:6 110:7 110:8 110:10 110:12 110:17 110:22 110:2 113:5 113:9 113:10 113:17 113:18 114:3 114:8 114:24 120:9 120:11 120:11 120:12 120:23 122:20 122:20 142:8 142:10 142:1 142:20 142:23 169:3 171:22 190:1 192:2

**covered**(6) 82:1 142:20 142:22 143:1 170:14 191:12
**cpa**(2) 106:24 117:21
**craig**(1) 3:37
**crashes**(2) 157:12 178:10
**cravath**(1) 18:9
**create**(2) 114:18 124:24
**created**(1) 121:18
**creating**(2) 69:15 141:22

**credibility**(1) 73:23
**credit**(15) 47:23 47:24 66:15 148:25 149:2 149:5 149:8 149:9 149:10 149:18 150:2 172:6 193:4

**credtor**(7) 3:31 3:35 3:40 4:10 4:31 18:3 68:25

**creditors**(18) 21:19 22:20 23:3 44:2 51:19 51:24 52:17 56:2 64:17 65:14 163:17 174:7 174:14 175:1 184:15 195:5 195:12 195:24
**creditors'**(1) 2:4
**credits**(1) 48:5
**crew**(1) 141:20
**criteria**(2) 75:24 97:14
**critical**(1) 64:20
**cross**(5) 68:6 82:20 136:3 148:9 148:10 66:22 99:19 100:1 100:3 100:5 100:8 100:9 100:10 100:14 100:17 100:19 100:24 109:3 109:6 109:14 109:17 111:13 113:4 113:6 113:12 113:20 113:23 114:13 114:1 115:16 118:18 118:20 118:23 119:4 119:11 119:20 120:20 121:2 121:7 121:15 126:11 128:5 128:15 129:3 129:24 132:15 132:16 132:17 132:18 132:20 132:23 133:12 134:7 134:9 134:12 134:20 158:16 179:14 198:1 202:16 203:12 204:1

**cullen's**(4) 59:7 59:7 66:3 68:6
**cullen's**(1) 127:18
**cumulative**(1) 93:7
**curran**(3) 2:41 57:15 96:20
**current**(32) 8:14 8:22 14:19 14:24 15:10 15:17 16:3 37:21 40:19 40:22 77:4 77:11 79:5 81:12 90:25 101:25 102:13 103:13 104:4 104:13 113:13 116:17 120:5 141:23 160:14 160:16 161:12 165:13 181:12 181:14 182:10 186:11

**currently**(17) 14:18 14:22 32:20 40:11 90:16 104:2 104:3 104:7 112:18 113:16 114:7 114:13 115:20 116:13 122:4 157:16 178:14
**cut**(7) 141:17 141:18 169:20 173:3 190:18 194:1 208:8

**cutoff**(2) 174:18 195:16
**cutting**(1) 141:23
**damages**(1) 11:2
**dan**(1) 80:21
**dance**(1) 78:19
**daniel**(7) 3:46 4:44 140:25 167:5 169:15 188:3 190:13
**data**(10) 1:51 73:5 73:10 113:25 115:3 159:20 159:22 180:18 180:20 209:9
**date**(20) 20:14 27:10 46:2 61:7 76:13 103:22 103:24 105:11 115:19 116:2 116:3 116:4 116:5 116:7 116:8 121:9 121:16 133:9 142:20 209:8

**dated**(1) 48:21
**dating**(1) 14:11
**david**(53) 3:32 4:44 59:4 71:1 80:21 80:21 80:23 80:25 81:4 81:10 81:12 81:13 81:1 81:16 81:18 81:20 82:3 82:9 82:12 82:14 82:24 83:9 83:16 83:24 84:9 91:14 91:16 91:18 91:22 140:25 140:25 141:1 141:2 141:6 144:8 144:23 145:5 145:15 145:15 146:2 146:23 167:5 167:6 168:12 169:15 169:16 169:19 188:3 188:4 189:10 190:13 190:14 190:17

**david's**(3) 83:7 91:24 147:3
**davinci**(2) 90:13 90:23
**davis**(1) 81:18

**day**(80) 4:48 6:8 7:7 34:14 59:4 90:25 115:19 129:9 135:12 135:13 145:7 145:5 147:6 147:7 147:11 147:19 147:23 148:7 148:21 148:23 149:10 149:12 150:21 151:3 151:25 152:6 152:20 152:22 152:24 153:23 154:1 154:3 155:17 156:4 156:14 156:15 158:18 158:19 159:3 159:10 160:4 160:5 160:6 161:8 161:24 167:4 168:13 168:13 168:14 168:16 168:21 169:5 169:8 169:13 176:5 177:2 177:12 177:13 179:16 179:17 180:1 180:8 181:2 181:3 181:4 182:6 182:22 188:2 189:11 189:11 189:12 189:14 189:19 190:3 190:6 190:11 197:3 198:24 202:11 203:11

**day's**(2) 159:5 180:3
**days**(3) 9:7 54:24 55:1
**deadline**(3) 8:25 31:24 32:1
**deal**(8) 13:13 49:18 83:3 107:8 144:11 172:23 193:21 206:14

**deals**(1) 121:21
**dealt**(1) 144:18
**death**(1) 130:18
**debenture**(1) 3:36
**deborah**(1) 5:36
**debtor**(9) 27:16 28:5 31:4 63:23 72:23 94:6 97:18 142:10 144:24

**debtor's**(1) 6:25
**debtors**(112) 1:9 1:33 6:6 7:9 8:10 8:12 8:15 8:20 10:8 10:12 10:22 12:19 13:11 14:5 14:7 14:14 14:19 14:20 14:22 15:11 15:22 15:25 16:5 16:6 16:10 18:23 21:6 21:24 22:1 22:6 22:6 22:10 22:20 23:22 24:21 26:15 27:12 27:13 27:18 28:1 28:9 28:10 33:10 33:15 33:18 34:1 34:21 34:22 35:18 35:25 36:7 38:8 38:14 38:17 39:11 41:18 41:24 44:3 46:3 47:6 48:18 49:7 50:13 50:17 50:24 51:3 51:21 51:25 52:7 52:25 53:3 53:13 54:2 59:13 59:20 62:22 63:2 64:15 65:13 71:23 72:5 106:11 106:15 123:5 124:7 124:11 125:3 125:5 128:19 137:13 144:9 144:21 151:16 163:15 164:6 165:1 171:24 171:25 172:6 184:14 185:4 185:24 192:22 192:23 193:4 198:12 199:18 201:15 201:20 201:21 203:21 205:16

**debtors'**(1) 126:1
**deceased**(2) 157:22 178:20
**decide**(6) 22:8 35:4 131:5 131:6 157:11 178:9

**decided**(3) 31:1 119:8 127:3
**deciding**(1) 150:18
**decision**(39) 32:2 33:11 33:12 35:4 41:12 46:11 96:24 109:22 111:15 116:6 118:3 118:8 122:6 122:6 122:7 123:25 129:9 129:10 129:11 131:1 133:3 133:12 133:19 134:9 141:24 156:2 156:2 166:19 166:20 166:21 166:22 166:24 176:25 176:25 187:17 187:18 187:19 187:20 187:22

**decisions**(5) 70:23 121:6 135:8 141:8
**declarants**(1) 55:12
**declaration**(32) 48:17 49:1 49:5 49:10 61:16 67:21 70:23 72:14 73:21 74:8 74:8 78:8 79:19 79:20 79:23 80:4 80:5 80:8 80:12 80:17 80:20 82:23 83:6 83:19 85:20 85:24 86:4 86:6 87:7 126:7 159:17 180:15

**declarations**(12) 36:3 49:13 59:24 59:25 60:4 61:9 70:18 72:9 74:13 78:2 79:18 87:22
**declaratory**(4) 27:8 33:9 34:6 97:20
**declare**(1) 132:6
**declared**(1) 34:7
**declaring**(1) 82:16
**decreased**(1) 153:18
**deduction**(2) 171:25 192:23

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**deed**(1) 119:5
**defend**(1) 128:10
**defendants**(2) 1:27 25:7
**defense**(6) 95:8 95:9 95:13 95:13 111:16 207:25

**defenses**(2) 28:17 36:18
**deficiency**(2) 169:17 190:15
**deficient**(4) 168:17 168:19 189:15 189:17
**defined**(2) 103:13 116:4
**definitely**(1) 151:25
**definition**(1) 53:10
**degree**(2) 89:2 89:4
**degrees**(1) 89:1
**delaware**(6) 1:2 1:18 3:18 6:1 56:8 207:24
**delayed**(2) 128:21 128:22
**deliver**(1) 125:1
**deloitte**(1) 106:24
**demographics**(2) 68:25 72:22
**demonstrated**(3) 165:1 185:24 204:12
**denial**(1) 143:22
**denied**(1) 8:17
**dent**(1) 3:37
**dental**(3) 120:1 120:7 120:9
**deny**(2) 11:3 11:15
**denying**(1) 11:5
**depositions**(2) 24:24 63:12
**derek**(2) 1:34 6:5
**derives**(2) 159:20 180:18
**descending**(1) 142:20
**describe**(3) 7:24 67:17 126:19
**described**(2) 159:3 180:1
**describing**(1) 204:24
**description**(2) 159:25 180:23
**deserves**(1) 56:9
**desire**(1) 38:22
**desperately**(1) 112:21
**detail**(6) 45:25 59:19 59:21 128:1 128:7 150:25

**detailed**(2) 172:16 193:14
**details**(6) 82:16 125:2 125:2 126:19 159:19 180:17

**deterioration**(1) 117:13
**determination**(2) 97:12 131:24
**determine**(5) 24:9 31:9 101:7 129:15
**determined**(2) 156:25 177:23
**determining**(4) 23:22 28:9 72:17 146:13
**dial**(1) 139:16
**diaz**(2) 1:51 209:9
**did**(64) 8:10 9:8 12:12 44:4 49:14 56:10 56:18 62:17 63:9 63:23 66:12 66:21 66:2 70:6 70:8 70:9 70:18 71:22 71:22 73:6 73:9 73:10 81:7 87:7 96:9 96:23 110:24 113:13 119:13 122:3 122:19 122:21 123:1 123:13 123:14 123:18 128:2 128:3 128:24 129:19 129:24 129:25 131:3 131:5 131:17 131:18 132:24 135:6 141:9 146:5 160:24 165:12 165:25 166:14 173:17 181:22 186:10 186:23 187:12 194:15 197:2 197:23 204:15 204:15

**didn't**(18) 7:19 32:6 32:6 56:6 57:25 58:3 66:16 66:23 76:12 78:19 81:15 88:5 164:19 165:7 166:17 185:17 186:5 187:15

**didn't**(8) 97:6 105:10 110:11 111:1 119:16 119:16 122:20 128:18

**die**(3) 143:7 158:2 178:25
**died**(4) 157:11 157:12 178:9 178:10
**dies**(1) 130:5
**difference**(4) 15:13 104:12 116:12 153:7

**different**(26) 15:18 17:3 17:20 23:13 28:6 35:6 35:7 35:10 35:13 35:13 35:23 47:5 56:19 62:10 71:12 75:11 76:10 76:10 82:15 116:8 126:10 138:18 163:8 164:5 184:6 185:3

**differentially**(1) 35:24
**differently**(1) 126:20
**difficult**(10) 12:9 17:11 17:17 22:15 22:20 24:4 32:12 121:23 166:19 187:17

**difficulties**(3) 21:18 22:9 123:8
**difficulty**(2) 22:12 67:17
**dilemma**(1) 202:15
**diligently**(1) 37:6
**dilute**(2) 164:24 185:22
**diluted**(1) 32:17
**diluting**(1) 32:13
**dilution**(2) 162:12 183:10
**dilutive**(4) 165:14 166:10 186:12 187:8
**dip**(1) 143:24
**dipping**(17) 144:5 160:8 162:9 162:11 165:23 166:8 166:12 166:14 170:18 181:6 183:7 183:9 186:21 187:6 187:10 187:14 191:16

**dire**(1) 120:19
**direct**(1) 88:14
**directed**(1) 28:22
**directly**(10) 90:21 149:23 153:21 163:12 168:2 168:8 184:10 188:25 189:6 204:23

**director**(1) 90:16
**directors**(2) 141:16 141:21
**disabilities**(1) 101:3
**disability**(47) 1:13 9:5 14:6 14:8 24:16 26:25 31:13 32:21 33:13 37:21 38:24 39:19 40:21 40:23 43:14 47:25 50:16 50:19 50:19 50:20 51:6 51:6 56:12 89:11 95:12 117:20 124:8 130:12 130:16 142:1 143:9 153:7 153:12 157:14 157:17 157:19 157:20 160:12 160:23 178:12 178:15 178:17 178:18 181:10 181:21 201:15 201:22

**disabled**(51) 3:22 14:20 14:22 14:25 15:8 15:24 20:11 22:22 31:22 32:7 33:8 33:25 34:10 34:24 40:2 40:11 40:19 47:19 48:1 58:25 59:16 60:11 65:6 71:3 71:5 71:25 72:7 76:2 90:18 101:12 115:13 117:20 117:24 119:8 126:18 130:4 130:10 130:17 131:22 142:22 142:24 143:7 144:18 148:2 149:4 157:15 158:23 165:3 178:13 179:21 186:1

**disagree**(3) 82:17 94:22 146:5
**disagreement**(1) 125:22
**disburse**(1) 120:16
**disbursed**(1) 93:17
**disclosure**(1) 205:8
**discontinuation**(2) 162:2 182:25
**discontinue**(1) 105:21
**discontinued**(2) 161:16 182:14
**discount**(1) 116:16
**discounted**(1) 116:19
**discourages**(1) 12:8
**discovery**(6) 24:17 24:22 62:17 63:6 63:11 146:1

**discreet**(2) 99:20 198:10
**discretely**(1) 98:24
**discretion**(4) 13:17 58:22 76:16 124:17
**discrimination**(2) 9:9 131:22
**discuss**(13) 55:17 58:18 58:21 66:4 84:13 92:12 99:20 127:6 148:3 148:11 154:5 204:16 204:25

**discussed**(8) 22:17 64:12 148:14 154:2 158:20 171:9 179:18 192:7

**discussing**(5) 8:13 128:7 148:10 167:25 188:23

**discussion**(8) 108:12 125:8 125:9 126:9 156:12 177:10 204:21 204:22

**discussions**(3) 16:14 62:24 130:16
**dismiss**(2) 123:13 123:14
**dismissed**(2) 9:24 10:23
**dispense**(1) 136:1
**dispersing**(1) 144:25
**disposition**(1) 123:20
**disproportionate**(1) 16:5
**dispute**(4) 39:25 125:22 126:22 128:12
**disputed**(1) 102:15
**disputes**(2) 21:11 133:3
**disrespect**(2) 156:8 177:6
**disrespectful**(1) 148:17
**distinct**(1) 107:7
**distinguish**(1) 146:7
**distress**(1) 64:8
**distribute**(2) 107:9 114:11
**distributed**(1) 102:25
**distributing**(2) 13:19 116:9
**distribution**(48) 13:22 20:5 43:17 43:25 44:9 45:18 46:15 52:17 57:24 58:20 65:8 75:4 77:7 78:20 78:24 98:2 101:19 104:22 106:3 107:5 107:15 108:2 110:1 111:19 114:19 118:16 122:15 124:1 133:1 135:22 144:19 154:3 154:5 155:6 155:12 156:1 156:11 176:24 177:9 198:5 198:8 198:10 199:15 199:20 201:6 202:17 204:1

**district**(4) 1:2 10:18 10:24 50:18
**diverge**(1) 56:19
**diverted**(1) 200:11
**divide**(2) 46:22 124:17
**divided**(1) 143:21
**divisions**(1) 90:7
**divorce**(1) 150:17
**docket**(9) 33:7 48:20 58:17 60:6 79:21 80:5 148:13 159:16 180:14

**doctor**(3) 142:23 158:2 178:25
**doctor's**(2) 142:23 143:8
**doctrine**(2) 79:11 79:11
**document**(3) 62:17 163:14 184:12
**documents**(13) 35:10 35:15 36:2 61:23 70:1 105:11 127:4 165:5 165:5 166:11 186:3 186:3 187:9

**does**(27) 8:11 9:8 11:10 34:5 39:25 43:20 72:3 78:25 79:1 80:19 86:4 87:5 98:9 115:4 120:17 126:6 138:19 144:22 150:23 158:19 162:3 168:10 179:17 183:1 189:8 198:23 202:25

**doesn't**(14) 22:16 25:9 31:25 33:23 40:20 40:22 42:19 42:23 74:5 83:10 174:10 175:11 195:8 196:9

**doesn't**(14) 106:13 106:16 107:6 108:19 109:8 109:11 112:1 112:20 118:12 119:15 126:3 126:13 200:20 200:22

**dog**(1) 125:4
**doing**(11) 13:17 42:22 43:20 43:24 48:9 86:16 144:25 152:8 153:3 175:16 196:4

**dollar**(5) 26:23 158:7 164:22 179:5 185:20
**dollars**(7) 38:19 39:17 118:2 165:8 186:6 198:14 200:11

**don't**(63) 7:16 10:14 10:25 12:22 22:6 26:16 28:20 29:5 30:22 30:23 33:19 35:23 43:15 47:24 52:13 55:6 58:24 62:25 66:9 67:23 68:8 68:13 68:23 69:8 69:11 69:12 69:16 73:18 81:8 84:8 87:21 89:4 94:23 95:10 140:18 140:18 140:21 143:1 146:7 146:24 149:14 149:25 152:2 154:8 154:21 155:1 155:10 156:19 161:1 161:10 161:25 162:17 165:17 168:6 171:3 177:17 181:24 182:8 182:23 183:15 186:15 189:4 192:1

**done**(28) 20:4 23:1 24:17 38:18 48:15 69:2 74:18 80:25 89:19 91:19 91:21 97:4 121:15 132:13 133:21 141:14 141:14 144:10 151:23 160:25 162:8 167:16 170:25 181:23 183:6 188:14 191:23 204:22

**don't**(41) 99:22 99:23 101:14 101:15 109:25 110:20 111:1 112:12 114:22 115:24 117:17 123:9 125:4 126:12 126:20 127:6 127:13 127:19 127:22 129:5 129:22 131:2 133:6 133:13 133:17 134:24 135:12 136:6 136:23 137:10 137:11 137:13 137:14 137:18 200:25 203:23 204:2 205:2 206:11 208:12 208:18

**door**(1) 46:16
**doors**(1) 208:21
**double**(16) 160:8 162:9 162:11 165:23 166:7 166:12 166:16 170:18 181:6 183:7 183:9 186:21 187:5 187:10 187:14 191:16

**double-dip**(2) 31:14 32:22
**down**(26) 16:2 27:21 58:13 58:20 77:14 77:21 86:4 87:8 92:6 106:16 111:20 117:16 118:20 118:21 127:2 128:12 138:24 141:9 141:12 162:20 162:23 171:14 183:18 183:21 192:12 206:7

**downhill**(1) 96:18
**dozen**(1) 89:19
**drag**(1) 126:3
**dragged**(2) 162:20 183:18
**dramatically**(1) 120:17
**drop**(2) 94:24 108:10
**dropped**(5) 94:21 94:22 94:23 168:23 189:21

**duck**(1) 122:11
**due**(3) 108:15 165:20 186:18
**duhamel**(11) 48:14 50:15 50:16 50:17 50:22 50:25 51:2 51:24 52:1 52:13 52:15

**duhamel's**(2) 51:13 52:14
**duplicate**(1) 92:23
**duplicative**(1) 135:20
**during**(6) 22:14 43:16 55:8 121:10 127:11 154:2

**duties**(6) 69:1 72:6 94:9 129:11 129:12 132:24

**dying**(1) 202:12
**each**(25) 18:13 19:5 19:6 29:16 54:24 72:20 72:21 72:22 77:20 102:14 102:21 103:17 103:21 113:17 113:18 114:9 127:13 143:20 144:16 144:16 153:11 172:22 173:16 193:20 194:14

**eap**(2) 157:6 178:4
**earlier**(3) 116:11 141:19 149:18
**early**(7) 40:7 40:10 40:13 40:18 41:1 41:5 42:4

**earmark**(2) 165:12 186:10
**easier**(1) 152:7
**easy**(2) 30:25 153:5
**echoed**(1) 63:14
**economic**(1) 79:10
**ecro**(1) 1:49

| Word | Page:Line |
|---|---|
| **edelson**(11) 3:17 10:5 10:6 10:11 11:7 11:8 11:18 11:20 11:22 11:25 12:2 | |
| **educate**(1) 89:16 | |
| **educated**(2) 153:10 154:25 | |
| **education**(4) 60:10 88:17 88:17 88:23 | |
| **effect** 38:23 130:10 132:13 153:25 | |
| **effectively**(1) 33:16 | |
| **effects**(1) 46:13 | |
| **effort**(7) 41:20 41:22 96:22 99:9 119:13 163:22 184:20 | |
| **efforts**(9) 14:14 17:10 17:15 17:23 18:20 22:2 39:14 49:24 59:20 | |
| **either**(15) 8:22 34:6 40:13 63:1 79:10 82:4 86:14 165:12 167:7 173:16 186:10 188:5 194:14 203:21 206:17 | |
| **elderly**(1) 148:25 | |
| **elect**(27) 31:23 32:5 40:13 40:20 40:22 42:12 66:7 66:16 67:3 77:9 101:22 102:7 102:17 102:20 103:3 104:6 104:8 104:10 106:7 113:24 114:3 117:1 120:12 122:19 126:12 166:4 187:2 | |
| **elected**(4) 40:2 114:7 120:1 120:23 | |
| **electing**(2) 111:3 126:14 | |
| **election**(11) 32:2 35:4 40:19 41:1 41:21 42:4 42:7 66:13 67:8 75:18 114:19 | |
| **elections**(4) 101:24 102:12 114:25 119:23 | |
| **electric**(1) 90:6 | |
| **electronic**(3) 1:57 120:2 209:4 | |
| **elects**(1) 40:20 | |
| **element**(2) 62:9 130:15 | |
| **elements**(4) 26:13 62:9 159:22 180:20 | |
| **eligibility**(8) 40:5 55:9 67:2 68:14 75:24 99:20 116:2 149:13 | |
| **eligible**(24) 40:6 40:11 52:6 53:9 56:2 66:13 121:9 121:10 143:17 143:19 149:2 149:6 160:9 160:11 160:17 160:19 160:22 161:3 181:7 181:9 181:15 181:17 181:20 182:1 | |
| **eliminates**(1) 65:24 | |
| **elliott**(1) 2:39 43:14 57:13 85:12 | |
| **else**(32) 37:23 49:23 54:5 64:11 68:16 91:12 104:16 104:18 117:25 118:9 133:20 134:1 135:2 140:1 147:3 164:22 168:10 169:14 170:8 170:15 173:9 173:21 175:22 185:20 189:8 190:12 191:6 191:13 194:7 194:19 196:20 198:15 | |
| **else's**(1) 134:3 | |
| **elusory**(2) 72:1 72:2 | |
| **email**(4) 110:7 117:10 119:15 152:11 | |
| **emails**(2) 110:19 152:13 | |
| **embarrassing**(1) 199:4 | |
| **emily**(3) 3:26 66:6 100:9 119:20 | |
| **employable**(2) 157:4 178:2 | |
| **employee**(26) 5:35 15:17 47:23 50:16 51:7 52:1 53:2 57:14 72:7 74:3 100:10 103:5 103:5 103:6 103:6 103:8 103:21 114:3 114:4 141:7 141:18 142:12 153:11 157:7 178:5 | |
| **employee's**(1) 103:7 | |
| **employer**(2) 142:3 150:19 | |

| Word | Page:Line |
|---|---|
| **employers**(3) 48:2 48:4 150:15 | |
| **employment**(6) 9:6 57:14 142:3 142:5 143:4 151:6 | |
| **empty**(1) 134:15 | |
| **enable**(3) 26:4 174:17 195:15 | |
| **enabled**(1) 21:25 | |
| **encouraging**(1) 203:22 | |
| **end**(14) 18:12 20:14 25:2 25:18 25:19 27:8 60:4 70:9 97:23 129:8 142:2 143:11 171:4 192:2 | |
| **endorsement**(1) 91:24 | |
| **ends**(1) 130:17 | |
| **enforce**(1) 201:13 | |
| **engage**(1) 119:7 | |
| **engaged**(1) 62:15 | |
| **engagements**(1) 89:16 | |
| **english**(1) 3:9 | |
| **enjoining**(1) 27:2 | |
| **enough**(2) 61:4 63:16 | |
| **enroll**(4) 121:13 129:4 129:5 129:21 | |
| **enrolled**(14) 101:18 104:2 104:3 104:4 104:7 105:6 105:15 105:19 109:25 110:20 112:18 115:20 116:13 130:5 | |
| **enrollment**(8) 101:24 102:7 110:25 121:11 128:17 128:23 128:25 129:20 | |
| **ensure**(2) 131:13 208:21 | |
| **enter**(2) 79:18 97:22 | |
| **entered**(4) 50:24 61:16 76:19 125:18 | |
| **entertain**(1) 150:13 | |
| **entertaining**(1) 125:7 | |
| **entire**(4) 17:20 78:10 125:12 133:21 | |
| **entirely**(2) 8:2 89:10 | |
| **entitle**(1) 33:23 | |
| **entitled**(8) 34:2 34:11 39:20 41:4 42:4 51:5 101:19 108:19 | |
| **entitlement**(1) 33:13 | |
| **entity**(1) 155:23 | |
| **entrenched**(1) 106:10 | |
| **equal**(1) 132:5 | |
| **equally**(7) 24:3 36:7 36:13 36:19 114:6 131:20 131:21 | |
| **equitable**(2) 62:4 98:5 | |
| **equitably**(1) 109:20 | |
| **eric**(1) 88:12 | |
| **ericsson**(18) 3:16 4:2 4:6 7:12 8:3 8:17 8:21 8:24 9:5 9:6 9:9 9:11 9:18 10:6 10:16 10:18 10:21 11:1 | |
| **ericsson's**(3) 6:16 9:16 9:20 | |
| **erisa**(2) 10:22 72:6 | |
| **ernst**(3) 3:2 3:44 117:22 | |
| **error**(1) 73:5 | |
| **errors**(3) 109:4 109:7 109:18 | |
| **esq**(26) 1:34 1:35 1:41 1:42 1:43 1:44 2:5 2:12 2:13 2:19 2:20 2:26 2:32 2:33 2:40 2:41 2:42 3:4 3:10 3:31 3:32 3:37 3:42 3:46 4:3 4:12 | |
| **essence**(5) 30:20 74:2 78:17 172:3 193:1 | |
| **essential**(1) 32:11 | |
| **essentially**(5) 90:15 117:4 205:10 | |
| **established**(5) 67:2 73:7 99:7 121:17 | |
| **estate**(3) 22:24 23:9 69:4 | |
| **estates**(3) 16:2 175:2 195:25 | |
| **esther**(1) 4:16 | |
| **estimate**(1) 144:1 | |
| **estimated**(1) 144:1 | |
| **estimates**(4) 28:13 110:23 161:12 182:10 | |
| **estimation**(1) 129:17 | |
| **etc**(2) 121:22 127:11 | |
| **euphemism**(1) 204:3 | |

| Word | Page:Line |
|---|---|
| **even**(28) 19:12 22:5 28:12 28:18 30:15 36:12 53:14 58:13 58:14 65:11 68:14 69:7 73:25 76:12 85:13 90:25 91:24 97:7 102:17 117:5 119:24 128:21 128:25 130:9 133:15 200:24 204:21 205:1 | |
| **evening**(1) 208:23 | |
| **event**(4) 6:14 42:9 116:18 121:13 | |
| **events**(1) 129:8 | |
| **every**(27) 41:19 41:22 60:18 70:21 70:21 71:9 71:10 101:23 102:9 102:14 102:17 104:6 104:10 104:17 106:7 111:3 113:10 114:19 117:9 117:9 118:13 118:25 119:2 126:24 127:1 148:24 149:12 | |
| **everybody**(15) 63:24 64:11 95:9 104:16 104:18 114:5 118:9 132:3 133:20 134:1 134:3 155:21 175:21 196:19 198:14 | |
| **everybody's**(1) 131:12 | |
| **everyone**(26) 6:3 17:11 34:21 49:23 55:7 58:25 68:16 72:2 72:2 85:9 100:2 116:4 117:1 117:25 126:17 126:23 135:8 139:3 139:9 147:14 166:7 166:11 187:5 187:9 197:21 208:23 | |
| **everyone's**(5) 35:2 161:19 175:23 182:17 196:21 | |
| **everyone's**(4) 108:13 124:5 133:17 134:1 | |
| **everything**(9) 44:6 96:2 127:18 170:15 170:16 175:16 191:13 191:14 196:4 | |
| **everything's**(1) 39:4 | |
| **evidence**(17) 48:23 49:1 49:3 49:19 69:13 74:9 74:13 78:1 79:19 79:23 80:11 80:20 82:19 82:22 83:6 83:20 126:8 | |
| **exact**(2) 27:14 106:5 | |
| **exactly**(25) 26:14 30:19 31:9 42:15 43:7 64:16 77:22 78:16 104:14 113:4 115:4 124:23 138:11 140:22 156:6 158:10 159:15 167:1 172:14 177:4 179:8 187:24 193:12 206:4 | |
| **examination**(3) 68:6 88:14 136:4 | |
| **examine**(1) 82:20 | |
| **examined**(2) 66:21 143:10 | |
| **examining**(3) 120:4 159:22 180:20 | |
| **example**(12) 107:17 110:15 111:8 112:7 113:23 114:2 119:5 121:4 122:22 123:1 130:4 143:15 | |
| **examples**(1) 106:22 | |
| **exams**(2) 88:18 90:1 | |
| **exceeded**(1) 25:15 | |
| **excellent**(2) 57:14 60:8 | |
| **except**(2) 142:16 203:20 | |
| **exception**(2) 59:6 123:22 | |
| **exceptionally**(2) 117:23 132:25 | |
| **exchange**(4) 51:1 62:21 124:11 132:12 | |
| **exchanged**(1) 63:5 | |
| **exchanges**(1) 117:10 | |
| **exclude**(1) 98:11 | |
| **excluded**(4) 108:25 109:15 109:15 208:22 | |
| **excuse**(9) 59:11 128:22 148:16 160:15 163:4 168:22 181:13 184:2 189:20 | |
| **excused**(3) 11:24 202:8 202:9 | |
| **execute**(1) 132:24 | |
| **executive**(1) 141:8 | |
| **exemption**(2) 142:17 142:18 | |
| **exercise**(4) 30:25 67:12 74:4 125:12 | |
| **exhausted**(1) 54:3 | |
| **exhaustive**(1) 29:21 | |
| **exhaustively**(1) 31:6 | |
| **exhibit**(3) 46:1 77:3 126:7 | |
| **exist**(3) 42:19 69:16 149:21 | |
| **existence**(1) 16:6 | |

| Word | Page:Line |
|---|---|
| **existing**(2) 164:25 185:23 | |
| **exists**(4) 114:24 115:3 161:20 182:18 | |
| **expect**(1) 64:15 | |
| **expectancy**(2) 158:4 179:2 | |
| **expedite**(2) 83:12 86:9 | |
| **expenditure**(1) 23:25 | |
| **expense**(2) 108:24 134:3 | |
| **expenses**(1) 141:18 | |
| **expensive**(1) 76:9 | |
| **experience**(8) 37:20 73:17 73:23 88:20 88:23 89:6 99:8 141:15 | |
| **experienced**(5) 25:23 37:9 97:2 | |
| **expert**(17) 24:23 28:1 63:13 86:2 86:5 86:8 86:15 86:17 87:17 88:24 91:4 91:17 91:23 95:21 141:10 159:7 180:5 | |
| **expertise**(2) 47:15 47:21 | |
| **explain**(3) 70:16 117:6 127:16 | |
| **explained**(3) 7:10 162:6 183:4 | |
| **explaining**(1) 73:3 | |
| **explanation**(1) 106:22 | |
| **express**(1) 140:23 | |
| **expressly**(1) 34:12 | |
| **expunged**(2) 52:24 53:14 | |
| **extended**(2) 129:1 142:24 | |
| **extension**(5) 90:22 171:15 172:4 192:13 193:2 | |
| **extensions**(2) 172:7 193:5 | |
| **extensive**(1) 60:10 | |
| **extent**(6) 67:24 99:17 140:15 144:12 164:15 185:13 | |
| **extra**(2) 122:5 123:22 | |
| **extraneous**(2) 168:7 189:5 | |
| **extremely**(6) 59:16 76:9 99:3 102:19 104:20 118:15 | |
| **facing**(2) 16:22 27:18 | |
| **fact**(47) 16:6 16:23 18:3 20:24 22:1 24:5 25:8 25:10 27:21 33:18 37:18 37:23 38:2 38:10 38:17 39:3 39:25 39:25 41:24 42:17 47:12 63:11 63:23 65:22 71:2 71:8 71:23 74:1 85:21 86:16 93:25 97:6 102:13 110:21 111:4 112:19 116:21 121:6 125:5 130:14 141:4 159:20 163:23 171:10 180:18 184:21 192:8 | |
| **fact-gathering**(1) 119:18 | |
| **factor**(1) 35:3 | |
| **factors**(12) 21:16 23:6 23:12 23:23 24:7 25:4 28:6 131:7 157:18 164:5 178:16 185:3 | |
| **facts**(9) 33:3 42:21 48:22 55:12 55:17 94:3 97:6 126:22 129:7 | |
| **factual**(3) 10:15 11:11 63:16 | |
| **factually**(1) 84:10 | |
| **fail**(1) 143:8 | |
| **failed**(3) 9:2 97:18 105:4 | |
| **fails**(1) 107:15 | |
| **failure**(3) 8:6 45:4 114:21 | |
| **fair**(15) 17:14 24:9 29:25 45:1 62:4 70:20 96:25 97:12 121:25 123:20 154:15 166:13 174:25 187:11 195:23 | |
| **fairest**(1) 122:2 | |
| **fairly**(10) 21:11 94:12 101:16 103:10 111:10 136:2 136:14 152:22 170:13 191:11 | |
| **fairness**(14) 29:24 66:2 66:4 68:16 93:10 131:23 122:12 132:23 146:17 150:23 169:21 173:15 190:19 194:13 | |
| **faith**(2) 21:10 62:15 | |
| **fall**(2) 68:22 110:21 | |
| **fallacy**(2) 156:18 177:16 | |
| **familiar**(2) 14:14 150:10 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **familiarity**(1) 121:15 | | **fine**(6) 108:17 120:15 125:7 140:10 200:12 207:1 | | **for**(301) 1:2 1:15 1:33 2:4 2:18 2:25 2:31 2:39 3:2 3:9 3:16 3:22 3:26 3:31 3:35 3:40 3:44 4:2 4:10 4:15 4:19 4:23 4:27 4:31 4:35 4:39 4:43 4:47 5:2 5:6 5:10 5:14 5:18 5:22 5:26 5:30 5:34 5:39 6:6 6:16 7:8 7:21 9:9 10:8 10:16 11:2 11:19 11:21 12:17 12:18 14:11 15:11 15:12 15:25 16:3 16:9 16:18 16:19 16:25 17:9 17:19 17:25 20:16 20:22 21:5 21:9 22:8 22:22 23:8 23:9 23:11 23:15 23:22 25:7 26:16 27:6 27:21 30:2 30:7 30:7 32:7 32:16 33:8 33:14 34:14 34:19 34:21 34:22 35:9 35:10 35:15 35:20 35:21 37:22 38:11 38:12 42:21 43:13 44:10 44:10 44:22 45:11 45:15 46:4 47:18 48:7 48:9 48:17 50:12 51:1 52:16 53:2 53:9 53:23 53:24 53:24 55:19 56:17 58:19 58:23 59:4 59:1 61:14 62:9 64:20 65:5 65:6 66:4 66:7 66:11 66:13 66:15 66:17 67:5 67:12 68:3 68:6 70:2 70:10 70:21 71:24 73:13 74:12 74:24 75:1 75:19 76:4 76:15 77:6 77:18 78:15 80:24 81:6 83:4 83:20 83:21 84:15 85:12 85:17 86:5 86:7 86:11 86:11 86:20 88:12 90:7 90:10 90:12 90:18 90:23 91:12 91:19 91:19 91:20 92:25 93:1 93:1 95:25 96:14 98:16 99:4 99:19 100:4 101:8 101:11 101:13 101:14 101:18 101:19 101:25 102:8 102:13 102:17 102:23 103:4 103:6 103:11 103:17 103:21 103:25 104:4 104:5 104:13 104:19 105:9 105:21 106:6 106:20 107:5 107:6 107:12 107:14 107:17 108:2 108:14 110:5 110:10 110:16 110:23 113:17 113:23 114:2 114:3 114:4 115:12 116:2 116:2 116:8 116:14 116:17 116:20 116:23 117:3 117:14 117:22 118:4 118:16 119:25 120:9 120:11 120:13 121:14 121:15 122:22 123:5 123:17 124:11 125:9 125:15 126:9 126:9 127:8 130:4 130:9 132:12 133:9 134:17 135:11 135:12 136:3 136:23 137:2 137:14 137:16 138:3 138:7 139:19 140:11 140:22 142:8 142:24 143:2 143:15 143:19 144:19 144:21 145:1 145:16 146:1 146:9 146:19 147:21 148:15 148:25 149:2 149:5 150:16 150:23 151:8 151:16 153:6 154:10 155:3 155:13 155:18 156:11 156:22 157:8 157:20 158:23 | | **formal**(2) 61:12 63:5 |
| **family**(6) 103:6 103:7 104:9 113:25 114:3 121:2 | | | | | | **formality**(1) 203:10 |
| | | **finer**(1) 128:1 | | | | **formally**(1) 48:23 |
| | | **finger**(1) 2:4 | | | | **formed**(2) 14:13 148:2 |
| **far**(11) 24:14 24:24 25:15 100:21 100:21 126:22 137:3 145:18 151:12 170:18 191:1 | | **finish**(4) 22:24 135:12 135:17 206:13 | | | | **former**(1) 81:21 |
| | | **finished**(2) 24:23 47:1 | | | | **formidable**(1) 56:6 |
| **farallon**(4) 4:19 | | **finishes**(1) 207:13 | | | | **forms**(2) 31:6 35:13 |
| **farr**(1) 3:41 | | **firm**(9) 13:22 63:17 90:2 90:4 90:12 90:15 90:14 96:13 130:22 | | | | **formula**(7) 94:11 114:6 131:11 131:14 131:19 132:4 132:7 |
| **fashion**(1) 131:3 | | | | | | |
| **fastest**(1) 7:13 | | | | | | |
| **father**(1) 123:9 | | **firms**(1) 90:9 | | | | **formulas**(1) 109:19 |
| **favor**(6) 25:21 25:24 28:18 131:22 173:8 194:6 | | **first**(39) 8:22 10:7 13:10 13:20 14:11 17:2 26:20 29:23 31:19 50:3 50:15 56:16 69:6 71:11 79:19 81:18 85:17 99:17 100:2 100:24 103:2 103:2 104:25 105:3 106:25 107:1 107:7 115:11 117:15 136:12 140:22 147:11 149:21 154:18 161:8 163:21 182:6 184:19 204:9 | | | | **forth**(9) 10:14 24:8 25:14 51:15 63:1 74:9 78:18 171:25 192:23 |
| **favorable**(2) 173:15 194:13 | | | | | | |
| **fda**(1) 100:15 | | | | | | **forty-five**(1) 137:18 |
| **february**(6) 20:22 21:1 53:5 61:13 61:18 101:9 | | | | | | **forward**(15) 17:13 22:13 26:5 29:22 30:21 31:8 71:22 87:22 87:25 100:4 102:2 118:22 132:1 174:17 195:15 |
| | | **fit**(1) 25:10 | | | | |
| **fed**(1) 137:17 | | **five**(6) 89:20 90:10 90:11 123:17 143:6 143:18 | | | | |
| **federal**(2) 10:21 205:8 | | | | | | **fought**(3) 58:6 173:2 193:25 |
| **feedback**(1) 110:2 | | | | | | **found**(13) 38:14 62:3 80:5 105:11 107:17 108:8 109:4 122:22 122:22 123:15 123:16 169:17 190:15 |
| **feel**(12) 21:14 21:24 96:23 101:15 148:4 152:2 158:8 170:18 173:17 179:6 191:16 194:15 | | **five-figure**(1) 116:23 | | | | |
| | | **fix**(2) 108:12 108:22 | | | | |
| | | **fixed**(4) 65:23 109:3 109:7 109:18 | | | | |
| **feeling**(2) 123:13 123:13 | | **fleming**(32) 1:43 6:24 7:3 7:4 7:6 7:8 7:19 7:22 8:1 8:6 8:10 8:20 9:19 9:23 10:2 10:3 47:2 48:13 50:4 50:8 50:10 50:12 50:12 51:9 51:19 52:21 53:22 54:11 54:11 54:13 54:16 55:25 | | | | **foundation**(3) 86:5 86:7 87:8 |
| **feld**(1) 2:11 | | | | | | **four**(6) 6:12 58:18 103:5 157:21 178:19 202:20 |
| **felt**(10) 64:18 64:19 64:20 67:5 117:4 123:20 160:25 168:16 181:23 189:14 | | | | | | |
| | | | | | | **frankel**(1) 3:31 |
| | | | | | | **frankly**(5) 16:25 103:22 167:24 188:22 205:8 |
| **fervent**(1) 95:25 | | **flippant**(1) 121:6 | | | | |
| **few**(9) 16:22 47:2 54:24 54:25 55:2 166:24 171:3 187:22 192:1 | | **flips**(1) 77:11 | | | | **frantically**(1) 105:8 |
| | | **floated**(1) 78:18 | | | | **frequently**(1) 89:18 |
| | | **floor**(3) 3:12 9:14 54:13 | | | | **friend**(2) 56:2 56:3 |
| **fidelity**(1) 89:25 | | **flow**(2) 14:1 43:15 | | | | **friends**(2) 64:17 145:19 |
| **fiduciary**(10) 69:1 72:6 94:9 111:7 111:9 111:18 111:23 129:11 129:12 133:16 | | **flows**(1) 98:4 | | | | **from**(120) 6:24 7:8 7:11 8:8 10:6 12:18 18:4 18:9 27:2 33:9 34:24 37:10 38:2 38:8 38:16 38:23 39:7 39:9 39:10 39:17 39:22 43:14 45:12 48:1 49:7 50:13 50:23 53:18 53:24 55:11 55:12 56:2 56:3 56:10 57:20 57:21 57:22 59:18 64:5 64:17 66:8 67:14 67:18 68:12 69:18 72:23 81:17 83:4 83:14 85:7 87:14 90:1 91:3 93:19 95:11 97:23 98:4 98:11 99:15 107:11 110:2 110:19 116:24 123:3 123:5 126:1 126:13 127:17 129:7 130:15 139:7 140:9 140:21 140:24 141:6 142:1 144:13 145:3 145:8 147:7 150:14 150:17 153:8 153:19 156:25 157:1 157:11 157:13 158:1 158:11 159:7 161:25 164:23 165:3 165:6 167:9 176:21 177:23 177:24 178:9 178:11 178:24 179:9 180:5 182:23 185:21 186:1 186:4 188:17 197:19 198:20 198:23 200:3 201:24 204:6 205:5 207:5 207:6 208:7 209:4 |
| | | **fluctuation**(1) 65:25 | | | | |
| **fight**(1) 125:4 | | **fluid**(1) 19:11 | | | | |
| **fighting**(1) 145:1 | | **flurry**(1) 49:13 | | | | |
| **figure**(4) 39:12 75:5 121:19 127:12 | | **focus**(1) 89:10 | | | | |
| **figured**(2) 160:20 181:18 | | **focused**(1) 110:22 | | | | |
| **figures**(8) 156:25 158:10 167:10 169:16 177:23 179:8 188:8 190:14 | | **folks**(24) 44:10 56:24 60:12 61:25 64:24 67:7 87:5 99:19 104:1 104:2 111:13 116:13 117:18 117:18 117:20 119:21 127:7 140:17 164:9 165:15 171:19 185:7 186:13 192:17 | | | | |
| **file**(3) 8:10 9:2 77:5 | | | | | | **front**(13) 21:14 29:6 34:12 56:17 97:7 127:1 127:4 161:10 162:1 163:12 182:8 182:24 184:10 |
| **filed**(43) 8:15 9:12 10:13 10:20 14:12 15:16 16:24 18:21 20:10 21:13 22:21 24:1 29:10 29:12 33:6 33:15 33:17 35:9 43:21 45:18 48:14 50:15 50:22 51:10 52:22 52:23 53:4 53:7 53:25 59:24 59:25 70:1 71:6 86:3 93:10 145:16 146:6 147:25 148:8 148:13 199:18 199:21 201:5 | | **follow**(2) 74:21 141:15 | | | | **frustrated**(1) 39:14 |
| | | **followed**(1) 71:10 | | | | **frustrations**(1) 51:20 |
| | | **following**(3) 78:11 107:18 201:8 | | | | **fulfilled**(1) 52:25 |
| | | **food**(1) 24:7 | | | | **full**(16) 14:25 18:5 24:1 24:3 31:20 53:12 153:16 60:12 66:10 116:14 171:12 172:10 173:1 192:10 193:8 193:24 |
| **filing**(5) 70:4 72:4 77:19 117:9 204:12 | | | | | | |
| **filings**(4) 12:12 18:18 34:20 97:1 | | | | | | |
| **final**(14) 14:25 20:17 24:1 26:10 26:11 31:20 80:12 93:2 98:8 116:9 125:19 126:3 163:8 184:6 | | | | | | **full-time**(1) 34:4 |
| | | | | | | **fully**(14) 13:14 13:20 64:15 130:5 133:1 155:5 160:17 160:19 160:22 168:6 181:15 181:17 181:20 189:4 |
| **finality**(3) 23:24 25:17 44:9 | | | | | | |
| **finalize**(2) 167:23 188:21 | | | | | | |
| **finalized**(1) 26:10 | | | | | | |
| **finalizing**(1) 44:6 | | | | | | **function**(1) 59:9 |
| **finally**(3) 28:23 73:25 95:20 | | | | **for**(105) 159:15 159:21 160:9 160:12 160:12 160:16 160:17 160:19 160:21 160:22 160:22 161:3 164:9 164:22 165:7 165:9 165:11 165:12 165:21 166:2 166:5 166:16 166:21 167:8 167:9 167:10 167:17 168:17 168:17 170:19 170:20 172:1 172:8 172:9 172:10 173:2 173:19 174:1 174:10 174:11 174:15 174:16 175:8 175:22 177:23 177:23 178:6 178:10 180:13 180:19 181:7 181:10 181:10 181:14 181:15 181:17 181:19 181:20 181:20 182:1 185:7 185:20 186:5 186:9 186:19 186:25 187:9 187:14 187:16 188:6 188:8 188:15 188:15 189:15 191:17 191:1 192:14 193:6 193:7 193:8 193:25 194:17 194:24 195:8 195:9 195:14 196:6 196:20 199:11 200:18 200:19 200:21 203:20 205:11 205:12 206:9 207:8 207:15 207:20 208:5 | | **fund**(3) 32:15 167:20 188:18 |
| **financial**(6) 37:11 57:21 157:6 174:16 178:4 195:14 | | | | **forced**(2) 31:18 33:10 | | **fundamental**(1) 68:15 |
| **find**(10) 16:11 48:8 83:21 94:1 95:8 121:22 121:25 151:1 159:24 180:22 | | | | **forecast**(2) 167:10 188:8 | | **fundamentally**(1) 67:1 |
| | | | | **forecasted**(2) 167:10 188:8 | | **funded**(2) 162:3 183:1 |
| **finding**(6) 26:11 28:3 125:11 125:11 169:18 190:16 | | | | **foregoing**(1) 209:3 | | **funding**(4) 161:17 161:20 182:15 182:18 |
| | | | | **foreign**(1) 64:4 | | **funds**(3) 32:17 102:24 107:9 |
| **findings**(6) 11:13 30:22 30:23 34:5 156:23 177:21 | | | | **forfeit**(1) 105:22 | | |
| | | | | **forget**(3) 57:25 58:3 152:11 | | |
| | | | | **forgive**(3) 169:5 190:3 199:1 | | |
| | | | | **forgot**(1) 58:2 | | |
| | | | | **form**(18) 11:5 41:13 67:10 77:5 97:24 101:25 102:7 102:9 103:4 104:17 107:19 110:5 113:10 118:13 119:23 120:3 129:1 150:7 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **further**(8) 51:25 52:11 68:9 69:7 91:2 98:16 110:25 116:1 | | **good**(72) 6:3 6:4 6:5 7:3 7:4 7:5 7:6 7:7 10:4 10:5 12:16 13:1 13:3 13:4 17:2 17:3 21:10 42:1 42:1 43:11 43:12 49:21 49:21 62:15 80:22 80:23 82:13 91:8 91:20 92:15 92:18 100:3 100:4 100:5 109:6 109:17 110:15 110:18 119:4 119:15 129:12 134:1 134:16 135:1 144:10 147:6 147:11 148:1 148:18 162:16 162:25 163:1 170:11 170:1 175:14 175:15 176:5 176:18 183:14 183:23 183:24 191:9 191:10 196:12 196:1 197:3 197:16 200:17 200:22 202:5 202:1 208:23 | | **hadley**(3) 2:18 175:16 196:14 **half**(3) 28:13 71:20 90:20 **hall**(2) 96:20 123:7 **hamilton**(2) 1:40 7:9 **hand**(4) 11:5 95:13 125:4 125:14 **handful**(1) 46:24 **handle**(3) 152:18 202:16 205:3 **handled**(1) 72:7 **handling**(1) 79:1 **happen**(9) 65:9 65:10 65:15 76:1 76:18 108:17 138:25 156:3 177:1 **happening**(2) 12:11 155:5 **happens**(6) 46:15 75:8 112:14 115:13 154:3 198:16 **happy**(14) 58:6 67:14 86:13 86:19 87:10 120:3 127:15 128:7 150:13 151:9 151:13 151:21 204:10 206:12 | | **have**(301) 6:12 8:23 9:9 9:13 11:4 11:11 12:13 12:23 13:1 14:10 15:16 16:14 16:20 16:24 17:5 17:17 17:17 17:22 18:4 18:5 18:5 19:11 19:13 20:11 20:18 21:8 21:12 22:1 22:4 23:2 24:4 24:6 24:21 25:8 25:9 28:17 29:5 29:10 29:18 29:22 29:23 30:3 30:9 30:10 30:17 30:18 30:22 30:23 31:1 31:18 31:22 32:1 32:12 33:13 33:15 33:19 33:19 33:20 34:15 34:20 35:8 35:9 35:14 35:15 35:16 35:17 35:20 36:1 36:3 37:5 37:9 37:10 37:22 38:22 38:25 39:6 39:13 39:15 40:6 41:2 41:21 41:22 41:24 42:2 42:2 42:6 43:8 44:3 44:14 47:8 47:10 49:22 49:25 51:5 51:21 51:23 52:25 54:1 54:23 54:25 54:25 55:11 55:16 55:18 56:4 56:20 56:25 57:2 57:14 57:15 57:20 57:23 58:10 58:10 58:16 59:3 59:4 59:10 59:10 59:13 59:17 59:21 60:11 60:12 60:17 60:24 61:9 61:16 61:18 61:19 61:21 61:24 61:25 62:7 62:23 63:5 63:9 63:17 63:23 63:24 64:1 64:13 64:23 64:23 64:24 65:4 65:20 65:23 67:7 68:12 69:12 69:19 69:25 70:16 70:17 70:17 70:20 71:6 71:19 72:1 75:16 75:17 75:23 76:15 77:16 78:10 78:14 79:18 82:7 82:18 83:1 83:10 83:14 85:17 85:23 87:5 87:16 88:1 88:7 88:18 88:20 89:2 89:4 89:7 89:16 89:19 90:24 91:2 91:3 91:3 91:6 92:24 93:8 93:16 94:7 94:10 94:18 94:21 95:3 95:8 95:21 95:25 96:1 96:3 96:8 96:14 96:15 96:19 96:21 96:22 97:1 97:7 98:7 100:1 100:7 100:10 100:25 101:2 101:4 101:5 101:15 101:24 103:23 104:3 104:5 104:6 104:8 104:9 104:9 104:11 104:19 105:11 105:19 105:20 106:4 106:6 106:9 106:13 106:15 106:16 107:16 108:10 108:13 108:22 108:24 109:18 110:19 111:2 111:21 111:21 111:22 111:23 111:24 112:6 113:8 113:24 113:25 114:4 114:10 114:22 114:23 115:2 115:20 115:22 116:3 116:5 116:11 116:15 116:18 117:2 118:12 118:14 119:6 119:9 119:19 119:21 120:2 120:5 120:11 120:22 120:23 120:24 121:2 121:3 121:4 121:7 121:15 122:4 122:11 122:20 123:9 123:12 124:3 125:4 126:20 126:25 127:7 127:7 127:14 128:6 |
| **furtherance**(1) 48:5 **furthermore**(2) 52:17 54:2 **future**(37) 35:19 53:8 69:22 103:14 105:20 105:22 106:4 109:20 112:5 112:17 112:21 113:5 113:17 113:7 113:14 114:9 114:19 114:22 114:22 114:24 115:5 115:7 115:8 115:25 116:25 117:23 125:10 125:13 133:23 149:3 149:6 161:16 165:13 171:10 182:14 186:11 192:8 | | | | | | | |
| **gallagher**(4) 3:41 59:18 61:9 61:15 **gallagher's**(2) 80:2 80:8 **gatekeeper**(1) 59:9 **gathered**(2) 56:16 72:23 **gave**(4) 51:2 134:2 157:6 178:4 **gear**(1) 16:18 **gee**(4) 39:1 81:5 81:8 132:2 **general**(10) 27:15 51:1 51:2 51:15 62:21 90:6 157:9 158:9 178:7 179:7 **generally**(4) 20:11 22:23 23:3 125:10 **geographically**(1) 93:17 **get**(66) 18:6 30:6 32:6 32:6 33:21 38:15 39:17 39:20 39:24 40:14 40:17 41:20 63:25 65:2 73:6 73:19 101:3 102:9 108:18 110:23 111:1 112:7 114:8 114:10 115:24 116:14 117:3 119:3 119:24 121:5 122:5 122:18 127:22 131:18 131:18 137:17 139:19 143:20 144:6 147:20 148:5 148:5 148:9 149:4 152:7 155:17 155:20 158:16 164:14 169:3 170:25 171:18 179:14 185:1 190:1 191:23 192:16 198:1 198:22 200:2 202:22 202:23 203:1 203:3 204:1 204:10 | | **gosh**(1) 115:12 **got**(22) 33:16 57:6 57:8 57:17 60:12 68:14 69:12 91:21 98:17 104:24 109:15 111:1 115:21 144:24 145:21 152:13 167:6 167:1 188:4 188:16 204:11 206:11 **gotten**(4) 17:13 39:7 48:8 64:13 **gottlieb**(1) 1:40 7:9 12:18 50:13 **gould**(2) 4:2 4:3 **governed**(2) 161:14 182:12 **government**(1) 150:9 **governmental**(1) 155:22 **governs**(1) 23:15 **gqzz**(1) 159:1 179:24 **grant**(4) 21:6 99:11 175:19 196:17 **granted**(5) 13:16 45:23 101:21 161:2 **granting**(2) 27:13 124:12 **grasp**(1) 61:24 **grateful**(2) 173:19 194:17 **gratitude**(1) 100:25 **great**(8) 23:8 57:21 113:6 121:15 172:17 172:23 193:15 193:21 **greater**(1) 25:8 **greenleaf**(4) 2:39 43:14 57:13 85:12 **grip**(1) 63:18 **gross**(5) 1:30 10:3 82:10 199:8 199:8 **ground**(4) 98:22 134:14 174:11 195:9 **grounds**(3) 52:9 52:20 54:7 **group**(47) 2:18 17:20 22:22 37:19 38:4 38:11 52:19 54:8 68:22 68:23 70:19 73:10 73:15 90:14 90:24 110:6 111:1 111:3 111:5 125:15 143:14 143:17 143:18 143:1 143:21 144:2 144:4 144:5 144:10 144:11 144:12 144:12 144:16 144:24 145:2 145:6 145:11 145:12 146:14 164:22 169:17 171:19 175:17 175:20 189:15 196:15 | | **hard**(16) 39:3 49:24 50:1 58:6 70:19 122:6 122:6 123:25 129:10 135:8 135:16 147:13 174:9 174:18 195:7 195:16 **hard-fought**(1) 56:4 **harder**(1) 39:4 **harm**(4) 123:23 123:24 133:20 134:1 **harmed**(1) 133:24 **harrisburg**(1) 1:53 **has**(132) 6:13 10:15 11:1 11:4 12:21 16:4 16:9 17:11 17:11 17:13 18:13 19:2 19:13 20:14 24:8 24:16 27:16 27:20 30:16 31:19 37:2 37:18 39:15 39:16 40:1 40:12 40:15 40:18 40:25 42:5 47:14 51:14 52:15 52:23 53:2 53:18 54:2 54:19 61:10 61:15 64:11 66:21 69:1 69:2 72:7 72:15 73:12 80:25 81:23 84:9 85:16 87:1 90:17 91:9 91:20 93:2 94:6 95:24 96:2 96:6 96:10 96:11 96:12 96:16 96:17 96:18 97:12 97:15 98:15 98:23 99:7 101:16 101:17 101:22 102:13 102:15 102:15 102:17 102:20 104:15 107:7 107:20 111:14 111:18 112:1 112:17 112:19 112:22 113:16 117:20 120:23 123:2 123:8 124:16 125:6 127:3 133:7 136:13 136:16 144:24 145:9 145:11 146:14 146:14 153:25 154:4 155:22 159:6 161:20 166:24 167:7 170:9 170:15 170:20 171:9 172:7 172:8 173:16 180:4 182:18 187:22 188:5 191:7 191:13 191:18 192:7 193:5 193:6 194:14 200:2 200:9 205:6 | | |
| **gets**(4) 96:4 104:17 112:4 118:12 **getting**(13) 6:11 14:16 18:11 50:1 57:4 65:7 133:24 144:3 153:19 172:3 172:5 193:1 193:3 **giant**(1) 127:24 **ginger**(1) 1:49 **give**(25) 44:7 44:11 48:2 57:2 58:25 69:21 71:22 74:4 76:14 88:16 88:24 117:18 131:8 134:17 137:16 141:2 154:8 154:10 159:5 173:17 173:17 180:3 194:15 194:15 203:24 **given**(23) 11:14 19:10 20:15 21:10 24:20 25:12 25:16 28:25 29:2 39:12 39:13 40:8 45:1 100:2 101:2 108:5 116:21 128:13 129:9 160:25 161:4 181:23 182:2 **giving**(5) 32:11 40:17 46:3 57:5 82:25 **glad**(2) 132:9 146:19 **global**(2) 15:20 38:18 **goal**(1) 25:17 **goes**(19) 46:15 46:16 91:15 91:16 119:5 122:14 126:3 153:21 153:22 153:24 159:16 161:24 162:1 169:21 180:14 182:22 182:24 190:19 203:11 **going**(84) 8:13 11:15 13:6 18:22 22:13 24:11 26:4 39:8 40:20 44:6 44:13 54:6 55:16 56:24 64:16 65:9 65:18 65:19 69:22 69:23 73:8 74:12 75:16 75:16 86:19 92:25 95:9 111:15 112:25 115:10 115:18 116:22 117:17 119:9 119:24 122:11 123:19 125:6 125:12 129:4 131:12 131:16 132:2 134:13 134:22 135:13 137:3 137:8 137:16 138:8 138:10 139:16 144:5 145:22 146:18 146:2 148:7 148:14 153:18 154:22 155:1 155:3 155:7 155:12 156:3 158:2 158:6 160:23 164:19 165:20 169:20 171:18 172:8 177:1 178:25 179:4 181:21 185:17 186:18 190:1 192:16 193:6 204:18 206:13 **gone**(7) 16:9 24:14 48:21 64:14 96:2 167:17 188:15 | | **groups**(3) 60:14 71:12 104:11 **gsm**(3) 7:12 8:7 8:23 **guarantee**(1) 44:14 **guaranteed**(1) 65:4 **guess**(8) 14:3 33:6 86:17 129:19 140:13 151:10 171:7 192:5 **guidance**(3) 68:12 157:7 178:5 **gump**(1) 2:11 **guy**(2) 162:17 183:15 **guyder**(1) 3:46 **had**(96) 8:23 20:12 20:18 25:9 29:13 30:16 44:1 47:4 48:6 51:6 55:8 56:6 56:11 56:12 56:19 57:20 57:21 58:7 58:9 58:13 60:13 60:14 60:16 60:18 61:11 61:18 61:20 61:24 62:1 62:6 63:6 63:7 63:12 63:13 63:16 63:17 64:14 67:3 70:22 73:10 87:8 94:25 96:23 97:8 102:7 102:8 105:14 108:20 109:23 109:24 110:7 115:6 117:1 117:22 119:13 123:3 123:4 123:8 123:17 127:11 129:10 130:22 132:2 133:13 135:8 144:11 144:21 145:24 146:3 149:17 154:20 157:2 157:3 157:4 157:5 157:5 157:21 166:20 171:21 172:10 173:3 175:5 177:25 178:1 178:2 178:3 178:3 178:19 187:18 192:19 193:8 194:1 196:3 199:20 199:21 206:14 | | **hate**(4) 118:24 119:19 134:15 208:5 **hauer**(1) 2:11 | | **have**(150) 128:8 128:12 129:17 130:4 130:8 130:20 130:21 130:21 131:1 131:5 131:5 132:3 132:13 133:1 133:4 133:6 133:9 133:14 133:16 133:17 133:22 133:22 133:24 134:4 134:14 134:20 135:2 135:12 135:19 135:23 136:2 137:1 140:16 143:18 143:21 144:2 144:9 144:10 144:11 146:12 147:17 148:2 149:7 149:13 151:2 151:10 152:1 152:6 152:25 157:8 157:18 157:19 157:21 157:22 157:25 158:1 159:1 159:12 159:13 160:6 161:10 162:1 166:1 166:3 166:14 167:23 168:1 168:4 168:5 168:10 168:24 169:4 169:20 170:12 171:3 171:11 171:15 171:16 172:18 172:25 173:15 173:16 173:17 174:2 174:8 174:15 174:18 174:22 174:23 175:4 175:20 178:6 178:16 178:17 178:19 178:20 178:23 178:24 180:2 180:10 180:11 181:4 182:8 182:24 185:5 187:1 187:12 188:21 188:24 189:2 189:3 189:8 189:22 190:2 190:18 191:10 192:1 192:9 192:13 192:14 193:16 193:23 194:13 194:14 194:15 194:25 195:6 195:13 195:16 195:20 195:21 196:2 196:18 198:13 198:16 198:23 199:2 200:17 202:6 204:2 204:15 204:15 204:18 205:24 205:25 206:4 207:8 208:10 208:19 **haven't**(7) 36:16 37:7 39:12 40:8 47:11 71:14 150:20 **haven't**(2) 105:16 198:4 **having**(8) 19:15 25:17 65:7 111:13 153:3 174:18 195:16 200:7 |

| Word | Page:Line |
|---|---|
| **he'll**(1) 83:10 | |
| **he's**(14) 7:17 7:22 12:24 19:3 37:16 52:3 70:24 73:20 73:25 86:10 87:6 91:19 91:20 139:20 | |
| **head**(2) 5:3 80:15 | |
| **headings**(1) 152:12 | |
| **health**(11) 1:18 14:23 89:10 89:11 90:3 120:1 120:8 120:10 120:23 171:21 192:19 | |
| **hear**(29) 7:16 7:19 81:17 83:14 87:14 98:22 100:6 130:15 132:14 135:2 136:22 139:13 140:19 140:21 140:24 145:3 145:8 147:18 152:15 168:5 168:5 168:6 189:3 189:3 189:4 201:24 205:6 206:13 206:16 | |
| **heard**(14) 24:12 34:8 46:18 100:3 115:10 134:4 140:2 147:4 165:6 166:5 170:9 186:4 187:3 191:7 | |
| **hearing**(26) 8:18 9:1 9:3 20:17 26:1 26:3 46:2 49:2 54:6 57:22 79:25 83:5 99:2 134:20 153:2 159:12 159:13 162:18 175:4 176:16 180:10 180:11 183:16 196:2 197:1 208:25 | |
| **hearings**(1) 208:13 | |
| **heart**(2) 157:13 178:11 | |
| **heartily**(1) 57:11 | |
| **heated**(2) 111:10 128:18 | |
| **heavily**(3) 30:17 163:14 184:12 | |
| **heavy**(1) 121:1 | |
| **help**(15) 57:20 57:21 66:23 104:24 111:16 118:16 151:9 151:13 151:21 154:1 154:13 156:10 160:15 177:8 181:13 | |
| **helped**(2) 57:15 110:16 | |
| **helpful**(18) 7:23 12:13 18:9 18:13 28:19 44:21 57:6 57:9 88:6 127:15 135:6 150:1 151:1 163:20 167:2 184:18 187:25 199:1 | |
| **helping**(6) 12:21 18:6 48:11 150:19 156:4 177:2 | |
| **helps**(2) 111:19 111:24 | |
| **her**(38) 52:23 53:1 53:7 53:13 53:13 53:17 54:3 54:10 61:9 61:16 63:10 64:10 66:3 66:4 66:6 66:8 66:8 66:11 80:5 84:12 100:11 101:23 102:14 104:21 118:1 118:2 118:4 118:4 118:8 151:8 151:9 154:19 159:10 159:15 159:24 180:8 180:1 180:22 | |
| **here**(91) 6:6 7:7 11:10 13:1 14:1 14:3 14:16 17:21 18:16 21:10 22:2 36:8 44:6 44:14 54:18 56:5 56:8 56:11 57:19 59:22 61:4 69:6 69:14 69:21 83:14 87:5 94:5 95:23 96:8 97:8 99:7 99:12 99:19 100:9 100:11 104:24 106:9 107:5 107:9 107:14 108:2 109:9 109:11 111:21 119:6 119:20 120:4 123:22 124:3 125:8 131:7 132:9 133:15 134:14 137:17 139:20 140:7 143:12 144:7 145:20 146:10 151:2 160:14 163:24 165:20 165:24 166:11 167:24 171:16 172:18 174:18 174:23 181:12 184:22 186:18 186:22 187:9 188:22 192:1 193:16 195:16 195:21 198:1 200:4 200:18 202:5 202:6 204:3 205:24 208:22 | |
| **here's**(2) 156:24 177:22 | |
| **here's**(4) 122:18 130:3 134:13 206:16 | |
| **heroic**(1) 101:2 | |
| **hesitation**(1) 11:11 | |
| **he's**(3) 96:19 99:25 111:17 | |
| **hid**(1) 129:6 | |
| **hidden**(1) 74:18 | |
| **higher**(7) 62:9 62:10 107:24 107:25 108:5 172:1 192:24 | |
| **highlight**(1) 99:21 | |
| **highlighted**(1) 109:9 | |
| **highly**(4) 12:14 38:13 159:8 180:6 | |
| **him**(27) 7:16 8:3 9:14 10:16 11:2 49:22 66:23 82:8 82:25 86:5 86:7 86:15 86:25 110:16 121:7 123:14 123:14 128:9 136:23 151:9 159:2 162:20 163:21 179:25 183:18 184:19 202:12 | |
| **himself**(1) 96:16 | |
| **hipaa**(2) 73:18 204:25 | |
| **hire**(1) 8:6 | |
| **hired**(2) 90:6 90:8 | |
| **his**(59) 7:19 7:19 7:24 7:24 8:16 8:22 11:1 11:2 13:3 13:22 18:12 18:20 28:12 28:13 36:17 37:16 51:9 51:11 51:13 51:14 51:16 51:20 52:2 52:7 52:8 52:9 52:9 52:10 52:15 52:20 59:10 66:2 70:23 72:11 73:21 74:8 74:8 79:20 80:17 87:2 87:5 87:14 91:17 106:11 121:2 128:9 128:16 129:23 136:14 136:21 154:19 159:7 159:1 159:25 162:12 180:5 180:14 180:23 183:10 | |
| **historic**(1) 35:21 | |
| **historical**(2) 73:17 106:17 | |
| **history**(5) 14:14 21:21 33:3 73:19 104:23 | |
| **hit**(5) 33:7 58:17 116:23 170:19 191:17 | |
| **hits**(2) 61:13 61:17 | |
| **hittleman**(1) 4:7 | |
| **hoc**(3) 56:3 64:18 205:18 | |
| **hoc'd**(1) 85:14 | |
| **hodges**(1) 5:7 | |
| **hold**(2) 25:6 89:1 | |
| **holdouts**(1) 154:4 | |
| **honest**(3) 18:14 91:20 91:25 | |
| **honestly**(2) 91:21 127:19 | |
| **honor**(279) 6:5 6:9 6:12 6:13 6:15 6:23 7:2 7:4 7:8 7:22 9:19 10:5 10:7 10:17 11:4 11:8 11:20 11:25 12:3 12:17 13:3 14:2 14:4 14:10 14:13 15:21 18:18 19:12 20:7 20:21 21:20 26:2 26:8 28:20 29:7 30:21 30:25 31:19 31:21 31:25 34:5 34:9 34:10 34:15 35:9 35:13 35:19 35:22 43:11 44:23 45:22 50:7 50:10 52:21 54:11 54:15 55:4 56:17 58:6 59:12 66:20 67:13 67:23 68:9 68:19 74:22 75:21 76:21 78:1 78:11 79:17 80:1 80:21 81:9 81:11 81:20 83:2 83:9 83:23 83:24 84:7 84:12 84:17 84:22 85:5 85:11 85:23 86:4 88:8 88:9 91:14 92:4 92:5 92:15 92:20 92:21 93:23 94:5 94:17 97:1 97:17 98:12 99:2 99:14 99:16 100:5 100:8 101:4 101:15 101:20 101:24 102:6 102:25 103:3 103:7 103:9 103:10 103:22 104:1 104:12 104:22 104:25 105:1 105:19 105:23 106:14 106:17 107:6 107:19 108:4 108:11 109:7 109:17 109:22 110:2 110:11 110:25 111:5 111:8 112:4 112:11 112:17 112:19 112:22 113:4 113:6 115:14 115:18 116:1 116:6 116:23 117:2 118:6 118:10 118:15 118:23 118:24 122:7 123:1 124:6 127:3 127:5 128:8 128:17 133:5 131:9 132:16 132:20 132:22 132:24 133:15 133:19 134:13 134:19 135:5 135:18 136:7 136:13 137:17 137:19 139:4 139:6 140:8 140:12 140:25 145:9 152:5 153:9 156:5 159:15 160:2 160:4 161:7 163:12 163:22 164:24 166:5 166:7 166:15 167:5 168:13 169:2 169:15 169:23 172:21 173:10 173:23 174:5 174:8 174:24 175:15 176:4 176:8 176:9 176:12 177:3 180:13 180:25 181:2 182:5 184:10 184:20 185:22 187:3 187:15 187:17 188:3 189:11 189:25 190:13 191:19 194:8 194:2 195:3 195:6 195:22 196:13 197:2 197:10 197:13 198:15 199:13 199:18 200:2 200:16 201:4 202:1 202:7 202:14 203:7 203:25 204:9 204:17 205:19 206:12 206:21 207:7 207:11 208:1 208:20 208:24 | |
| **honor's**(3) 58:22 163:4 184:2 | |
| **honorable**(1) 1:30 | |
| **hope**(4) 61:11 20:16 38:21 57:5 | |
| **hopeful**(3) 44:7 135:11 197:25 | |
| **hopefully**(3) 16:17 140:19 140:20 | |
| **horn**(1) 96:5 | |
| **horne**(4) 105:23 106:1 106:11 106:13 | |
| **hospice**(4) 157:23 157:24 178:21 178:22 | |
| **host**(1) 57:20 | |
| **hotline**(1) 39:11 | |
| **hour**(2) 138:6 206:20 | |
| **hours**(2) 135:14 152:19 | |
| **how**(58) 24:14 25:10 37:5 39:23 45:23 46:8 75:8 101:7 104:24 113:2 114:1 121:24 115:13 116:19 125:4 125:14 127:2 128:9 131:11 134:2 135:18 136:11 137:7 143:1 151:1 151:1 156:22 156:22 157:11 157:12 157:18 157:23 157:25 158:6 158:6 162:5 162:17 164:24 165:14 171:25 175:76 177:20 177:20 178:10 178:16 178:22 178:23 179:4 179:4 183:3 183:15 185:22 186:12 192:23 196:3 202:16 205:3 | |
| **howdy**(1) 147:7 | |
| **however**(4) 16:8 43:20 87:11 142:15 | |
| **hra**(1) 111:10 | |
| **hra's**(2) 164:20 185:18 | |
| **hundreds**(2) 118:2 165:8 186:6 | |
| **hurt**(3) 66:24 111:16 121:2 | |
| **hurts**(2) 166:10 187:8 | |
| **husband**(3) 59:7 66:3 120:22 | |
| **hypothetical**(1) 42:20 | |
| **i'd**(14) 29:9 50:14 55:5 56:7 57:12 77:25 79:18 84:11 141:2 147:11 168:5 173:13 189:3 194:11 | |
| **i'll**(29) 6:21 12:19 19:20 20:1 20:2 29:7 29:16 29:18 47:1 58:21 59:17 70:16 141:15 162:9 162:22 163:11 163:20 168:5 171:4 172:14 174:3 183:7 183:20 184:9 184:18 189:3 192:2 193:12 195:1 | |
| **i'm**(67) 6:17 7:17 8:25 24:10 39:23 47:1 48:15 50:10 51:16 55:16 57:5 64:9 65:8 69:4 69:5 69:21 69:23 74:12 75:1 82:14 83:5 86:19 88:22 90:16 92:21 139:18 114:13 142:6 145:19 145:22 146:19 146:2 147:18 148:1 148:7 148:8 148:18 149:3 151:7 151:19 153:2 156:15 156:20 157:22 157:24 158:10 158:25 159:2 160:23 162:2 159:20 169:24 170:16 171:4 177:13 177:18 178:20 178:22 179:8 179:23 179:25 181:21 183:20 190:18 190:22 191:14 192:2 | |
| **i've**(17) 21:14 48:21 57:17 87:6 89:8 90:19 95:4 140:21 155:8 163:10 166:16 167:6 170:13 184:8 187:14 188:4 191:11 | |
| **idea**(3) 126:12 135:1 155:1 | |
| **identical**(3) 104:14 112:16 112:24 | |
| **identified**(3) 95:2 95:5 95:24 | |
| **identify**(1) 150:20 | |
| **identifying**(1) 119:15 | |
| **identity**(1) 94:3 | |
| **ignorance**(1) 149:17 | |
| **ignore**(1) 74:1 | |
| **ignored**(2) 159:20 180:18 | |
| **ill**(4) 169:2 170:13 189:25 191:11 | |
| **illnesses**(1) 64:6 | |
| **imagine**(1) 205:15 | |
| **immediately**(3) 33:23 106:12 152:16 | |
| **immersed**(1) 117:8 | |
| **impact**(10) 43:20 67:5 75:9 76:11 102:14 108:20 108:22 110:3 120:4 129:13 | |
| **impacts**(1) 129:13 | |
| **implicate**(2) 42:24 204:23 | |
| **implication**(1) 55:12 | |
| **implications**(1) 78:7 | |
| **importance**(3) 15:23 172:17 193:15 | |
| **important**(26) 14:17 15:25 16:10 22:23 23:19 24:3 24:15 33:1 38:8 44:13 56:23 59:16 72:11 110:14 123:8 164:8 164:12 166:24 167:22 167:23 184:21 185:6 185:10 187:22 188:20 188:21 | |
| **importantly**(4) 32:3 106:14 112:2 112:19 | |
| **impose**(1) 71:25 | |
| **impossible**(2) 67:11 115:25 | |
| **impractical**(1) 93:8 | |
| **impressed**(1) 17:25 | |
| **improved**(1) 32:23 | |
| **in-house**(2) 100:14 142:11 | |
| **in-network**(1) 107:21 | |
| **inapplicable**(1) 22:10 | |
| **inappropriate**(2) 128:21 132:7 | |
| **inbox**(1) 152:14 | |
| **inc**(5) 1:25 3:16 4:2 4:6 5:39 | |
| **include**(3) 14:18 51:4 107:15 | |
| **included**(5) 48:22 73:2 110:9 110:18 | |
| **includes**(2) 55:24 119:4 | |
| **including**(11) 12:20 14:24 21:17 51:24 57:13 58:25 63:4 69:25 103:16 141:25 198:15 | |
| **inclusion**(1) 144:13 | |
| **inclusive**(2) 163:24 184:22 | |
| **income**(11) 65:6 115:16 123:5 123:20 142:12 148:24 149:2 149:5 149:6 149:12 149:18 | |
| **inconsistent**(2) 37:8 101:21 | |
| **incorporate**(1) 55:12 | |
| **incorrect**(6) 69:18 83:17 83:25 84:5 84:11 108:6 | |
| **increased**(2) 169:9 190:7 | |
| **indeed**(2) 128:13 198:24 | |
| **indefinite**(1) 206:19 | |
| **independent**(3) 30:15 | |
| **independently**(3) 21:16 46:19 126:25 | |
| **indicate**(3) 73:21 87:7 201:22 | |
| **indicated**(9) 61:9 63:9 63:11 63:12 63:22 70:17 121:7 128:2 150:25 | |
| **indicates**(2) 158:2 178:25 | |
| **indicating**(3) 29:13 66:12 146:8 | |
| **indication**(1) 127:18 | |
| **indiscernible**(20) 26:4 30:6 36:23 136:19 138:4 141:7 141:9 141:11 141:12 142:2 142:7 142:13 142:18 143:10 143:21 145:2 156:17 160:23 177:15 181:21 | |
| **individual**(23) 1:16 18:20 20:1 29:17 33:25 37:9 37:21 39:16 45:19 47:18 48:6 60:15 61:13 73:8 73:19 74:1 77:21 110:10 110:3 127:21 138:9 153:11 206:1 | |
| **individual's**(1) 73:22 | |
| **individual-by-individua**(1) 155:7 | |
| **individualized**(5) 20:22 72:25 75:7 131:17 132:2 | |
| **individually**(2) 161:4 182:2 | |
| **individuals**(32) 14:20 15:8 15:10 15:25 16:12 16:23 16:24 17:16 23:9 28:25 29:1 31:22 32:5 33:8 33:13 34:24 38:22 44:21 45:11 47:5 47:10 93:11 95:1 95:10 96:1 150:2 157:19 172:16 178:16 178:17 193:14 | |
| **industries**(1) 89:7 | |
| **industry**(1) 89:10 | |
| **inequitable**(1) 62:15 | |
| **inequities**(2) 107:17 108:3 | |
| **inform**(1) 41:16 | |
| **informal**(1) 63:5 | |

| Word | Page:Line |
|---|---|

**information**(55) 24:20 24:25 35:3 38:2 38:22 39:2 39:7 39:13 41:11 41:17 41:20 41:25 42:1 42:8 42:19 45:2 45:4 45:12 57:5 58:24 59:15 60:12 61:5 62:16 62:21 62:23 63:16 63:19 72:22 73:2 74:2 74:4 82:19 82:25 83:1 83:17 83:22 83:25 84:1 84:4 87:8 87:23 91:20 96:4 96:23 101:15 105:9 106:25 110:15 114:10 119:7 119:13 123:4 155:21 206:1
**informed**(2) 40:8 63:18
**ingersoll**(1) 3:3
**initial**(2) 22:2 26:8
**injunctive**(2) 27:8 97:20
**injury**(1) 142:22
**inkling**(1) 145:11
**inquired**(1) 10:17
**inquiries**(2) 61:12 62:2
**insofar**(1) 79:3
**instance**(2) 97:17 122:25
**instances**(3) 60:21 65:5 122:22
**instead**(4) 110:14 111:4 145:14 207:4
**instincts**(1) 124:6
**instructed**(3) 72:15 105:5 119:6
**instruction**(1) 33:9
**instrumental**(4) 12:21 18:6 57:4 154:10
**insurance**(19) 14:21 89:10 89:18 89:24 89:25 90:3 122:4 123:9 123:10 142:8 142:10 142:11 142:13 142:13 142:14 157:5 164:14 178:1 185:12
**insurer**(1) 47:14
**intelligent**(1) 64:5
**intend**(1) 29:5
**intended**(1) 201:11
**intention**(1) 20:13
**intentions**(1) 71:17
**interacting**(1) 33:2
**intercompany**(1) 27:16
**interest**(6) 22:20 23:2 68:20 153:24 175:1 195:24
**interested**(4) 4:15 4:19 4:23 4:27
**interesting**(1) 85:22
**interests**(5) 18:7 21:19 22:21 23:2 38:1
**interim**(1) 26:10
**internal**(5) 28:9 198:12 201:12 201:13 201:16
**interrupt**(3) 43:15 144:8 203:18
**intertwined**(1) 46:17
**into**(49) 25:11 28:2 31:23 33:21 40:9 40:12 41:8 45:25 48:23 49:1 49:3 50:24 54:23 60:7 60:25 61:16 68:22 75:7 76:12 78:1 79:6 79:7 79:18 79:22 80:11 80:20 83:6 83:20 87:25 109:21 111:7 114:6 115:24 119:24 126:8 130:19 131:13 143:2 144:5 144:14 164:23 165:15 166:3 185:21 186:13 187:1 198:24 201:10 203:11
**introduce**(4) 12:19 12:24 60:6 82:19
**introduced**(1) 13:5
**investigate**(1) 123:15
**investigating**(1) 201:2
**investigation**(1) 119:18
**investment**(1) 153:13
**invite**(1) 134:24
**involve**(1) 58:23
**involved**(8) 16:20 25:17 36:8 80:15 90:24 147:14 172:15 193:13
**involvement**(1) 90:17
**involves**(1) 96:6
**iron**(1) 207:24
**irrelevant**(1) 69:17
**irs**(14) 47:20 48:3 130:16 148:15 148:23 148:24 148:24 198:10 198:23 199:21 199:24 200:4 200:24 200:25

| Word | Page:Line |
|---|---|

**isn't**(16) 17:1 23:7 29:20 30:8 31:9 40:20 47:20 65:8 74:22 75:19 94:1 94:1 159:20 173:15 180:18 194:13
**isn’t**(2) 100:12 119:21
**issue**(61) 29:6 36:6 38:20 40:15 44:22 45:8 47:4 59:8 63:3 66:4 66:21 68:10 69:14 69:17 71:10 93:12 93:24 95:20 98:24 99:20 101:6 101:9 101:16 104:15 106:18 110:4 110:25 111:10 111:11 115:6 117:8 118:12 121:6 122:11 124:1 124:2 127:17 130:24 132:21 134:18 149:22 151:25 152:7 152:21 154:9 163:11 165:20 165:22 165:23 168:8 169:20 184:9 186:18 186:20 186:21 189:6 190:18 198:10 199:1 199:20 199:20
**issued**(2) 161:11 182:9
**issues**(67) 12:22 12:23 13:8 13:23 14:10 17:3 17:20 19:2 19:4 20:5 22:8 24:22 25:12 26:7 26:18 29:20 30:19 30:24 31:1 31:3 31:3 31:10 35:6 43:22 43:22 46:14 46:22 46:24 46:25 54:1 54:4 55:11 55:17 58:20 62:14 63:4 63:17 66:1 67:18 70:9 73:4 79:9 84:13 84:21 92:22 93:18 94:6 94:13 98:2 104:23 108:11 108:13 132:2 136:5 136:22 137:1 144:18 146:13 152:2 154:14 166:15 171:16 174:23 187:13 192:14 195:21 200:11
**issuing**(1) 150:15
**it'll**(1) 55:20
**it's**(133) 12:9 12:10 15:6 15:19 15:25 16:5 16:9 16:21 16:21 17:14 19:10 19:16 21:1 21:2 21:10 22:15 23:12 23:13 23:16 23:19 23:19 24:11 24:15 25:14 27:7 29:5 29:21 32:16 33:2 34:1 34:21 35:20 37:6 37:11 38:3 38:8 39:6 39:7 39:19 40:16 41:7 41:17 42:16 42:19 42:20 45:13 46:16 46:17 47:25 48:2 48:2 48:20 54:17 55:8 55:19 55:20 62:12 65:11 65:18 65:18 67:22 69:9 70:14 72:21 74:6 74:18 76:8 77:17 83:22 84:11 84:17 85:22 86:18 92:16 92:19 140:3 140:10 140:22 146:19 147:14 147:17 148:17 148:18 149:10 150: 151:10 154:10 154:16 155:19 156:10 156:17 158:4 161:3 162:8 162:10 162:25 166:1 166:12 166:19 168:24 170:17 170:2 170:24 171:2 172:16 172:18 172:20 173:1 173:5 175:1 175:10 177:8 177:15 179:2 182:1 183:6 183:8 183:23 186:24 187:10 187:17 189:22 191:15 191:19 191:22 191:25 193:14 193:16 193:18 193:24 194: 195:24 196:8
**item**(4) 6:13 6:13 6:14 7:13
**items**(1) 6:12
**its**(20) 8:6 8:7 14:8 67:9 69:1 72:7 72:15 77:4 119:22 124:18 128:25 129:11 129:12 144:16 161:13 171:18 171:18 182:11 192:16 192:16
**itself**(18) 13:15 27:18 42:25 43:1 45:21 45:22 46:5 76:26 83:20 97:11 106:19 124:22 125:17 125:24 126:4 150:24 168:9 189:7
**it’s**(34) 101:20 103:5 105:15 106:14 111:4 112:16 112:23 113:25 115:16 115:17 116: 116:25 118:13 118:14 120:10 121:8 124:2 124:23 125:3 126:7 126:14 127:4 127:19 127:20 127:23 132:23 133:19 135:1 199:1 200:17 203:25 204:21 205:23 208:11
**i'd**(5) 101:25 114:16 131:17 131:18 135:16
**i'll**(14) 104:1 106:23 111:8 115:18 116:10 123:1 135:2 135:3 137:8 201:1 205:5 205:6 206:16 208:4

| Word | Page:Line |
|---|---|

**i'm**(33) 99:15 100:11 100:14 100:21 109:5 116:10 120:3 122:10 122:11 125:7 127:15 128:7 131:25 132:9 132:10 134:13 134:20 135:11 135:18 136:9 136:10 137:3 137:7 138:10 198:20 199:7 202:16 203:7 203:17 203:22 204:2 206:10 206:12
**i've**(7) 95:22 97:14 98:16 100:19 136:18 204:6 206:11
**jack**(1) 3:42
**janette**(1) 5:3
**janis**(1) 4:28
**january**(7) 20:10 105:7 105:10 105:15 147:25 157:17 178:15
**jerry**(2) 5:31 59:3
**job**(5) 115:13 115:21 132:13 170:25 191:2
**john**(8) 5:27 28:5 48:17 57:25 136:9 137:14 173:10 194:8
**joinder**(2) 93:8 93:12
**joined**(3) 90:1 90:12 93:19
**joining**(1) 29:15
**joint**(2) 14:4 86:10
**jointly**(1) 1:5
**jones**(1) 5:36
**judge**(11) 1:30 1:31 10:3 82:10 130:23 132:12 162:25 167:3 183:23 188:1 199:8
**judges**(1) 207:24
**judgment**(3) 97:7 122:3 202:25
**judgments**(1) 25:8
**july**(4) 53:25 110:1 115:19 115:21
**jump**(1) 76:23
**jumped**(2) 106:12 106:16
**jumping**(1) 111:20
**june**(13) 6:13 8:16 10:20 20:15 27:3 27:10 27:22 34:9 65:9 76:12 76:16 77:20 97:24
**jurisdictions**(2) 171:11 192:9
**just**(133) 7:23 9:15 10:7 11:21 12:7 15:14 15:17 17:4 19:12 19:21 22:3 26:21 29:7 29:9 29:16 29:21 31:21 33:2 34:6 34:14 37:6 37:12 38:3 39:2 39:8 39:11 40:16 41:11 42:17 43:14 44:10 45:15 46:19 46:22 53:5 54:20 57:7 60:1 66:12 68:13 71:1 71:16 73:18 74:3 76:23 77:13 85:4 86:11 86:20 87:13 87:19 87:23 88:6 90:15 91:3 91:15 91:15 94:2 95:22 97:12 97:14 104:16 104:18 108:18 111:8 112:3 112:9 112:11 112:21 114:17 115:1 119:14 125:9 126:4 126:8 127:1 127:23 129:5 129:25 130:1 132:24 134:10 135:9 136:10 138:12 139:25 140:18 144:8 144:9 147:12 148:18 150:17 153:14 154:17 155:2 155:3 156:21 158:23 159:21 160:6 160:15 165:6 166:16 167:22 170:2 170:17 171:4 172:15 173:13 175:22 176:15 177:19 179:21 180:19 181:4 181:13 186:4 187:14 188:20 190:25 191:15 192:2 193:13 194:11 196:20 197:1 203:10 203:11 203:18 206:12 207:7 208:18 208:19
**justification**(1) 117:3
**justin**(2) 3:17 10:5
**kate**(1) 3:10
**kathleen**(1) 3:4
**keep**(8) 111:3 133:1 171:20 172:8 192:18 193:6 198:20 207:23
**keeps**(2) 159:9 180:7
**kelly**(2) 64:10 209:8
**kenney**(1) 2:32
**kerry**(1) 5:15
**kevin**(1) 1:30
**key**(4) 84:5 87:4 104:23 130:15
**kick**(1) 202:18
**kicker**(1) 30:7
**kicks**(1) 126:16

| Word | Page:Line |
|---|---|

**kids**(1) 114:1
**kind**(18) 23:12 23:13 42:20 54:23 75:6 76:13 78:18 112:4 114:7 127:14 128:18 132:4 151:2 151:14 160:6 163:10 181:4 184:8
**kinds**(1) 67:10
**king**(3) 2:7 2:34 3:12
**kinsella**(1) 96:21
**knew**(5) 60:18 99:24 108:17 123:12 141:16
**know**(86) 20:9 21:15 21:16 22:17 33:1 34:7 37:24 39:13 47:24 52:7 57:25 58:2 60:23 63:24 65:14 65:14 67:23 68:11 69:5 70:16 71:6 78:5 78:17 78:19 91:16 92:17 97:8 99:19 99:23 101:14 109:10 110:16 110:18 116:22 122:12 122:23 123:10 125:24 128:17 129:4 130:8 130:12 132:14 134:15 135:7 135:8 135:9 135:15 135:19 137:11 143:1 144:16 148:9 148:11 148:11 149:15 151:17 152:3 152:11 154:8 156:19 158:19 159:6 159:11 162:17 168:7 171:2 174:16 174:21 175:4 176:13 177:17 179:17 180:4 180:9 183:15 189:5 191:25 195:14 195:19 196:2 197:11 199:3 202:13 205:2 207:7
**knowing**(3) 42:3 44:5 113:25
**knowledge**(1) 21:21
**known**(4) 20:11 74:2 113:13 132:2
**knows**(3) 30:25 143:20 152:12
**kohart**(37) 2:42 55:16 63:15 84:12 85:20 92:10 92:14 92:15 92:17 92:19 93:6 93:16 93:23 94:20 95:17 95:19 96:8 97:4 97:17 98:1 98:12 98:15 98:19 98:20 99:12 99:13 131:7 131:9 131:16 131:21 132:8 132:9 139:6 206:4 208:9 208:11 208:20
**kohart's**(2) 57:16 85:13
**kpmg**(1) 90:4
**kra**(2) 28:1 30:12
**kra's**(1) 28:7
**kramer**(1) 3:31
**kumar**(1) 5:11
**kurichety**(1) 2:13
**lack**(2) 54:4 155:19
**lacks**(2) 52:4 52:11
**laid**(4) 59:21 128:12 141:10 145:16
**landing**(3) 16:12 18:17 61:1
**language**(16) 30:8 35:17 35:18 105:14 110:13 125:25 128:18 128:20 141:21 141:25 198:11 200:8 201:8 201:10 202:1 202:4
**large**(3) 77:13 130:9 144:11
**largely**(1) 25:13
**larger**(5) 16:23 25:11 29:22 38:16 90:9
**last**(28) 8:15 10:21 15:2 16:1 26:1 26:3 29:13 33:7 41:10 42:3 47:10 54:24 57:3 57:8 58:2 58:14 71:19 72:11 74:11 89:20 110:1 143:12 148:16 148:18 157:21 178:19 198:1 204:13
**last-minute**(1) 12:9
**late**(5) 18:18 101:9 170:18 191:16 199:11
**lately**(2) 170:13 191:11
**later**(9) 8:14 57:23 65:7 76:16 84:9 87:5 144:13 148:12 148:15
**latitude**(1) 21:9
**laughter**(23) 36:22 58:1 58:4 65:17 92:1 100:18 134:21 162:19 162:21 165:10 175:25 176:2 176:20 183:17 183:19 186:8 196:23 196:25 197:18 198:19 200:23 201:3 207:19
**law**(11) 3:35 23:13 93:11 93:25 95:6 97:6 100:15 145:11 151:6 201:13 205:8
**lawson**(1) 116:24
**lawyer**(2) 106:23 132:10
**lawyers**(6) 55:25 57:14 97:11 121:17 170:22 191:20

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

lay(4) 86:4 86:7 87:8 141:19
layers(1) 62:18
layoff(1) 141:19
layoffs(1) 141:22
layton(1) 2:4
lead(1) 18:23
learned(2) 101:11 106:19
least(12) 6:24 35:17 67:7 83:4 87:1 89:19 93:4 122:25 134:23 149:20 151:18 200:10
leave(4) 9:5 37:15 162:9 183:7
lee(1) 88:2
left(7) 107:20 118:11 123:18 140:17 141:14 204:12 208:19
legal(26) 10:15 11:11 24:2 27:6 28:11 40:25 44:3 60:16 60:17 62:13 63:17 68:23 69:11 69:17 69:19 71:9 71:14 117:3 132:21 133:18 134:10 145:12 157:7 167:2 178:5 188:21
legally(1) 31:9
legible(1) 144:24
length(9) 22:17 24:11 26:18 31:6 62:15 174:9 175:2 195:7 195:25
leonard(1) 59:5
less(1) 153:6
lessen(1) 75:9
let(24) 12:7 52:12 66:11 69:23 81:13 81:17 100:6 119:5 122:8 145:3 145:8 148:11 149:22 150:21 153:13 167:22 171:16 176:13 188:20 192:5 197:11 201:10 201:19 201:24
let's(11) 39:2 71:21 81:17 84:19 84:19 139:19 143:15 170:6 176:10 191:4 197:8
lets(1) 97:7
letter(12) 47:19 48:2 128:19 148:15 148:23 149:4 149:17 150:7 150:15 152:4 158:1 178:24
letters(3) 46:21 47:16 48:5
letting(1) 34:7
let's(8) 98:23 100:1 123:23 130:3 136:11 137:22 198:21 208:1
level(3) 126:19 164:7 185:5
levels(3) 107:19 107:22 113:10
levin(3) 3:31 18:8 57:1
liabilities(6) 167:17 167:19 167:20 188:15 188:17 188:18
liability(14) 8:4 8:17 9:10 28:11 72:17 107:3 129:15 129:18 161:17 167:7 169:1 182:15 188:5 189:24
liable(2) 10:16 11:2
liberty(1) 1:45
lie(1) 36:18
life(9) 14:20 89:25 93:18 100:20 116:18 121:13 142:13 158:4 179:2
light(1) 104:24
lightly(1) 150:22
like(70) 7:10 11:16 17:8 21:14 46:1 50:14 53:6 55:4 55:5 55:23 56:1 59:22 65:15 71:1 77:25 79:18 84:11 86:6 87:11 87:16 97:4 98:22 100:24 101:25 104:16 104:18 106:18 112:10 112:21 114:16 117:25 119:19 126:14 128:18 131:25 134:19 135:16 141:2 147:4 147:12 147:12 148:4 151:17 157:13 158:8 160:25 162:17 168:5 170:17 170:21 173:1 173:13 175:9 176:16 178:11 179:6 181:23 183:15 189:3 191:15 191:19 193:24 194:11 196:7 197:14 204:1 205:3 205:3 206:4
liked(2) 172:18 193:16
likelihood(2) 21:17 22:9
likely(1) 76:1

limit(1) 201:11
limitations(2) 54:3 95:13
limited(1) 3:41
line(14) 7:12 8:8 8:24 46:23 73:4 108:21 121:16 121:18 131:2 138:16 138:17 138:2 138:24 140:16
line-by-line(2) 162:1 182:24
lines(2) 90:7 96:18
linings(2) 172:9 193:7
linn(1) 4:20
liquidation(2) 22:24 51:22
lisa(8) 1:41 2:12 12:18 43:8 148:17 148:20 174:6 195:4
list(5) 7:18 7:20 45:23 52:14 140:17
listen(1) 137:2
listened(2) 156:19 177:17
listing(2) 167:7 188:5
literally(1) 60:21
litigating(4) 63:3 126:10 174:22 195:20
litigation(27) 9:17 12:20 16:19 18:15 21:18 21:21 21:23 22:14 22:16 23:25 24:13 24:18 24:21 25:16 31:7 35:6 38:6 63:10 64:14 69:22 97:9 97:10 144:15 171:10 175:11 192:8 196:9
litigations(1) 14:15
little(21) 8:14 11:12 11:16 27:1 29:14 33:5 42:3 55:20 57:23 60:24 86:9 108:15 109:23 126:19 141:2 154:8 154:10 172:17 193:15 198:3 202:14
live(2) 158:6 179:4
lives(3) 17:6 61:5 64:8
llc(3) 79:7 79:7 209:9
llp(7) 1:33 2:25 3:31 3:41 3:45 4:2 4:11
locate(2) 150:4 150:20
lockbox(1) 2:35
logan(1) 5:15
loggins(11) 48:14 52:22 52:23 53:1 53:4 53:18 53:23 54:1 54:2 54:6 54:7
logical(2) 67:9 119:22
long(39) 1:12 3:22 6:8 6:11 6:15 8:24 14:7 20:10 31:1 33:24 43:13 54:17 54:25 55:2 59:3 77:17 121:5 131:18 132:4 137:15 147:14 153:12 157:18 158:6 172:8 178:16 179:4 193:6 201:8
long-term(35) 14:6 14:20 14:22 14:24 15:8 15:24 16:24 26:25 31:22 32:7 32:21 33:8 33:12 34:10 34:24 37:21 38:24 39:16 40:2 40:19 40:23 50:16 50:19 51:5 51:6 56:12 58:25 89:11 89:12 90:18 119:8 124:7 126:18 201:14 201:22
longer(7) 16:6 28:6 53:1 54:8 143:8 172:18 193:16
look(23) 21:17 25:10 30:18 44:5 57:7 77:9 102:4 103:3 107:19 111:10 113:24 121:20 123:7 125:25 126:9 129:25 131:10 157:18 160:10 164:23 178:16 181:8 185:21
looked(8) 48:8 70:20 71:11 116:19 122:23 133:20 165:7 186:5
looking(10) 7:17 18:17 37:25 105:9 110:16 113:20 123:19 130:2 165:22 186:20
looks(1) 46:1
loosely(1) 127:20
lose(4) 115:18 116:20 130:18 143:6
losing(10) 102:22 103:24 107:10 110:3 113:15 115:10 115:24 117:24 118:1 118:...
loss(1) 103:11
lost(5) 60:24 70:11 108:14 163:10 184:8

lot(13) 12:11 12:11 24:10 60:25 62:8 71:16 111:13 135:21 139:16 146:19 153:2 169:17 190:15
lots(1) 36:21
lower(5) 107:25 108:1 108:4 172:2 192:25
lowest(2) 23:7 116:16
ltd(150) 2:39 8:12 8:14 13:11 13:12 13:15 14:5 15:23 15:24 17:8 17:16 20:4 23:3 24:25 27:18 28:7 30:15 31:1 31:12 37:1 41:18 41:21 41:24 45:20 45:23 46:4 52:1 52:3 52:4 52:19 53:1 53:3 53:7 53:9 53:13 54:8 54:14 58:7 58:8 59:13 60:14 60:15 61:19 62:12 68:20 69:16 71:5 72:7 72:15 72:22 74:3 77:5 88:2 88:13 93:14 94:7 95:2 95:23 96:4 96:17 100:10 101:2 101:22 102:9 103:12 103:13 103:16 103:15 103:18 103:21 103:24 104:21 105:1 105:2 105:13 105:18 106:5 106:8 106:9 110:3 110:15 111:17 112:5 116:4 118:14 123:24 124:23 124:25 125:15 133:8 142:2 142:8 142:10 142:17 142:25 143:8 143:22 147:2 148:25 153:11 156:21 157:15 158:1 158:2 160:9 160:23 161:4 163:17 164:6 164:9 164:17 164:24 165:2 164:4 166:4 166:21 166:23 166:24 168:18 169:10 174:17 175:3 177:19 178:13 178:24 179:1 181:7 181:8 181:21 182:2 184:15 185:4 185:7 185:15 185:22 185:25 187:2 187:2 187:19 187:21 187:22 189:16 190:8 195:1 196:1 199:17 199:19 203:12 203:21

ltd'ers(16) 56:21 56:22 66:25 70:22 72:21 152:6 167:9 167:11 167:12 171:11 172:9 188:7 188:9 188:10 192:9 193:7
ltd-associated(1) 142:4
ltd'er(2) 123:3 206:11
ltd'ers(3) 127:21 128:19 206:5
lucky(1) 100:16
luck's(1) 115:18
lump(2) 160:7 181:5
lumping(1) 153:14
lunch(4) 134:16 134:17 134:20 137:16
mace(38) 23:14 24:16 29:1 41:22 45:4 45:15 46:2 51:23 53:18 56:4 60:17 64:1 81:5 92:23 96:16 97:2 101:9 101:16 108:19 111:15 122:7 125:11 128:6 129:10 135:8 141:8 141:24 146:19 166:6 166:22 166:25 172:5 175:20 187:4 187:20 187:23 193:3 196:18
magic(1) 40:17
mailed(1) 47:9
main(3) 6:14 66:23 109:14
maintain(1) 25:5
maintained(1) 96:18
maintaining(2) 16:4 22:13
maintenance(1) 23:24
major(1) 141:19
majority(2) 68:21 143:23
make(68) 15:22 16:12 18:24 28:25 30:22 30:23 32:2 32:12 32:19 32:20 33:3 34:5 39:9 40:12 41:1 41:19 41:21 41:25 42:1 42:2 42:2 43:2 48:3 54:20 59:14 60:11 66:12 70:22 73:9 74:23 84:22 85:24 94:15 96:24 99:18 99:24 114:20 119:13 122:3 122:25 123:18 125:7 126:25 129:10 131:1 134:9 141:11 144:22 154:17 156:1 156:2 166:20 170:6 171:21 173:3 176:7 176:24 176:25 187:18 191:4 192:19 194:1 197:5 202:4 202:25 203:21 208:13 208:19
makes(4) 21:22 28:12 109:22 155:9
making(9) 9:7 25:10 35:4 42:7 58:22 96:3 117:14 123:19 128:1
man(2) 200:15 207:24
management(2) 4:19 4:23

manager(1) 90:6
mandate(1) 22:23
manhattan(1) 2:21
manner(8) 41:14 63:19 69:8 72:8 97:19 112:10 127:17 143:14
manufacturing(1) 141:11
many(36) 18:20 20:18 21:25 29:13 29:20 30:9 31:6 51:16 53:6 62:7 63:20 64:4 64:5 92:22 92:22 108:21 114:1 117:12 120:19 120:22 120:23 131:25 131:25 135:19 151:2 157:11 157:12 157:23 157:25 172:16 178:9 178:10 178:21 178:23 193:14 206:4
marc(2) 3:27 100:9
march(1) 53:24
margaret(2) 2:41 96:20
marily(1) 4:48
marilyn(3) 147:5 168:13 189:11
mark(3) 2:32 4:28 202:13
market(5) 1:17 1:36 2:43 3:5 65:24
marriage(2) 75:25 76:2
married(1) 114:1
marsal(2) 57:22 90:22
martin(3) 4:2 21:16 23:6
mary(1) 2:42
massive(1) 117:10
masters(2) 106:24 117:21
material(2) 162:10 183:8
matrix(1) 46:6
matter(22) 10:9 39:10 41:7 68:23 71:2 93:2 95:15 111:5 117:5 130:14 153:21 172:16 172:17 173:7 193:14 193:15 194:5 200:24 203:10 207:12 208:7 209:5
matters(10) 19:8 135:13 151:2 167:23 167:25 168:7 188:21 188:23 189:5 206:15
matthew(1) 4:24
matz(16) 2:19 56:2 173:22 175:14 175:15 175:16 175:24 176:4 176:5 194:20 196:12 196:13 196:14 196:22 197:2 197:3
max(1) 114:8
maximum(2) 53:2 120:12
maxwell(1) 3:24
may(60) 8:23 11:12 11:13 11:24 20:14 27:22 31:24 33:15 35:19 40:18 41:4 42:5 42:6 44:22 58:13 59:1 61:22 61:23 75:19 75:23 76:15 76:19 77:12 82:17 83:2 83:18 88:10 92:6 93:18 101:13 106:9 112:13 120:15 125:19 125:19 132:16 132:18 135:20 140:24 144:8 147:9 149:21 154:13 164:22 166:14 166:14 168:2 168:2 171:19 173:11 185:20 187:12 187:12 188:25 188:25 192:17 194:9 202:7 202:9 208:16
maybe(14) 7:23 9:15 22:11 30:5 30:8 30:18 57:7 100:19 118:1 151:7 151:17 159:24 180:22 203:3
mccarter(1) 3:9
mccloy(3) 2:18 175:16 196:14
mean(21) 25:9 43:15 55:7 70:4 81:4 88:5 108:19 112:20 119:4 119:15 125:24 128:21 131:4 131:25 150:22 151:14 154:16 165:2 167:11 186:3 188:9
meaningless(1) 64:1
means(6) 21:11 62:11 133:2 142:4 142:7 142:21
meant(3) 29:20 29:21 119:17
measure(2) 62:10 102:18
measurement(2) 158:8 179:6
mechanisms(1) 45:19
mediation(5) 57:3 62:10 82:5 129:3 145:24
mediator(4) 18:11 57:2 63:8 96:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**medical**(78) 14:18 15:11 47:13 58:24 59:8 60:18 65:3 66:7 66:8 66:10 66:15 67:5 67:8 73:13 73:15 73:16 73:23 74:1 99:20 101:8 101:11 101:13 101:18 101:19 101:2 102:8 103:4 103:17 104:16 105:20 106:1 106:20 109:20 109:25 110:4 110:5 110:8 110:12 111:22 112:5 112:17 112:22 115:12 115:16 115:17 116:9 118:4 120:6 120:9 120:24 122:19 122:20 126:5 130:5 142:17 142:19 142:25 153:12 153:17 153:19 157:1 157:3 164:14 164:16 164:19 165:4 169:3 169:9 177:25 178:1 185:12 185:14 185:17 186:2 190:1 190:7 204:24 205:9

**medically**(2) 169:2 189:25
**medicare**(2) 60:19 60:23
**meet**(3) 88:24 169:9 190:7
**meetings**(2) 63:7 96:20
**megan**(3) 1:43 7:8 50:12
**member**(12) 52:3 52:18 54:8 55:6 59:19 70:24 81:21 81:21 81:25 89:14 156:21 177:19
**members**(27) 17:16 37:9 37:21 38:1 45:20 49:24 68:22 69:24 70:4 70:13 71:17 78:6 79:20 93:7 94:2 94:4 94:13 94:18 94:21 94:25 95:4 97:19 101:2 108:23 119:2 157:22 178:20
**memorandum**(1) 11:17
**mentioned**(8) 18:8 47:4 64:23 115:2 116:11 175:5 196:3 203:6
**mentioning**(1) 82:14
**merit**(2) 34:14 54:4
**merits**(6) 19:11 19:15 34:8 35:20 83:7 200:3
**merry**(1) 137:8
**met**(3) 25:15 99:5 123:6
**method**(4) 101:7 103:20 111:25 117:10
**methodology**(36) 67:23 72:12 73:7 102:24 106:19 106:21 107:2 107:12 108:2 108:9 108:8 109:11 109:19 109:22 111:19 111:21 112:9 113:8 113:13 113:16 114:13 114:17 115:1 115:4 115:23 116:11 124:25 128:9 128:14 133:7 156:16 156:17 159:10 177:1 177:15 180:8
**methods**(3) 73:11 73:24 115:9
**michael**(3) 4:20 4:36 79:19
**microphone**(2) 162:22 183:20
**middle**(3) 31:24 174:11 195:9
**midst**(1) 128:24
**might**(29) 19:8 24:21 34:20 67:7 75:25 79:10 86:9 126:10 126:19 127:22 154:2 154:8 154:9 156:9 159:12 162:11 164:18 164:23 164:25 165:4 176:7 177:7 180:10 183:9 185:16 185:21 185:23 186:2 197:5
**milbank**(3) 2:18 175:16 196:14
**milliman**(2) 90:9 90:10
**million**(15) 27:14 27:20 120:5 120:10 120:12 120:14 120:15 124:12 144:3 161:1 168:23 168:25 182:17 189:21 189:23
**millions**(2) 165:8 186:6
**mind**(3) 32:6 87:21 208:18
**mine**(2) 89:12 130:3
**mini-trial**(1) 194:12
**minute**(3) 84:20 176:10 197:8
**minutes**(4) 137:16 137:17 137:18 137:19
**mirror**(1) 68:24
**mistake**(3) 108:19 127:18 127:24
**mistakes**(1) 127:22
**model**(3) 120:5 127:8 127:13
**models**(2) 127:6 127:10
**moment**(4) 165:8 165:21 186:6 186:19

**money**(31) 13:17 23:25 39:23 40:14 42:6 46:15 79:6 83:13 108:15 108:20 114:11 116:20 122:5 125:4 125:14 160:21 161:14 161:18 162:3 165:6 165:17 166:19 171:1 181:19 182:12 182:16 183:1 186:4 186:15 187:17 191:24
**monitor**(2) 3:2 3:44
**monitoring**(2) 22:12 61:10
**month**(6) 15:3 147:24 161:20 170:20 182:18 191:18
**months**(12) 20:12 55:2 116:15 116:21 117:8 130:6 170:20 170:24 171:3 191:18 191:22 192:1
**moot**(1) 74:4
**more**(68) 9:16 11:17 16:14 21:4 21:22 22:11 23:5 23:12 25:9 25:9 27:1 27:7 28:18 30:18 32:3 38:22 39:1 39:13 40:14 43:25 44:9 45:25 55:4 59:9 62:23 69:7 76:1 78:23 83:13 86:13 86:18 87:12 103:8 108:20 109:23 112:1 127:2 127:15 128:7 128:7 131:18 131:18 137:18 138:19 139:2 141:19 141:22 149:20 151:1 154:8 154:11 155:18 156:10 158:12 161:20 166:20 166:24 172:22 172:22 176:13 177:8 179:1 182:18 187:18 187:22 193:20 193:20 197:11
**moreover**(2) 9:4 112:16
**morgan**(1) 3:24
**morning**(21) 6:3 6:4 6:5 7:3 7:4 10:4 10:5 12:16 13:3 13:4 43:11 43:12 49:21 54:20 54:24 78:8 80:22 80:23 88:6 100:3 207:3
**morris**(2) 1:33 6:6
**morrison**(1) 59:5
**most**(16) 35:8 65:5 89:9 99:6 111:19 111:24 112:19 114:6 116:15 116:21 118:9 130:12 136:5 142:16 175:20 196:18
**motion**(82) 6:15 6:17 7:11 7:24 8:1 8:11 8:13 8:16 8:22 9:2 9:13 10:20 10:20 11:1 11:5 11:15 11:15 13:13 13:14 13:14 13:20 14:4 15:7 15:19 18:24 19:5 19:9 20:4 20:10 28:25 33:6 33:14 43:17 43:22 43:25 44:9 46:5 46:13 46:16 46:18 52:22 52:23 55:8 57:24 58:8 58:21 61:14 63:22 74:20 75:4 75:13 78:10 78:20 78:24 80:13 97:7 98:3 130:15 135:23 140:2 146:1 146:6 154:3 154:5 155:12 156:11 175:19 177:9 196:17 198:5 198:8 198:10 199:15 199:25 201:6 202:17 204:12 204:5 205:5 205:11
**motions**(6) 13:9 13:10 14:12 34:9 35:14 148:9
**move**(6) 10:8 61:5 74:12 78:1 174:17 195:15
**moved**(1) 20:14
**movements**(2) 11:10 20:3
**moving**(2) 25:17 52:22
**mrs**(1) 121:13
**much**(23) 11:25 28:21 39:23 73:10 92:2 98:20 99:14 108:12 113:2 136:12 136:19 144:10 152:7 158:6 158:12 164:18 171:3 174:5 179:4 179:10 185:16 192:1 195:3
**multiple**(3) 62:18 63:6 64:23
**multiply**(2) 170:23 191:21
**murphy**(1) 3:4
**must**(5) 102:22 102:24 103:25 118:15 135:10
**myself**(3) 117:10 152:25 154:20
**naftalis**(1) 3:31
**name**(5) 7:19 7:20 52:14 100:8 200:15
**names**(2) 148:17 148:19

**narinder**(2) 4:32 59:5
**natural**(2) 157:13 178:11
**nature**(2) 98:13 146:15 205:7
**near**(1) 56:24
**necessarily**(3) 12:22 46:17 83:21
**necessary**(2) 94:1 96:24
**need**(46) 16:7 17:21 24:16 23:23 23:24 23:25 34:5 65:2 65:3 67:13 67:24 68:12 95:16 95:17 109:25 110:20 112:12 112:14 112:21 114:25 116:2 116:10 117:17 128:1 131:9 135:4 135:15 136:10 136:12 136:23 137:2 137:11 137:13 137:14 148:4 148:11 169:2 172:22 173:23 176:13 189:25 193:2 194:21 197:11 202:18 208:13
**needed**(9) 67:4 86:16 115:22 168:17 171:15 171:17 189:15 192:13 192:15
**needs**(9) 84:8 113:8 115:4 125:22 125:22 169:9 190:7 204:20 204:22
**negative**(2) 164:13 185:11
**negatively**(2) 42:23 67:6
**negotiate**(4) 62:22 107:7 107:8 204:13
**negotiated**(18) 163:14 163:16 164:22 165:11 166:17 172:2 172:5 174:9 175:2 184:12 184:14 185:20 186:9 187:15 192:2 193:3 195:7 195:25
**negotiating**(4) 164:2 171:15 184:25 192:13
**negotiation**(1) 62:16
**negotiations**(6) 14:15 25:23 38:3 56:20 128:24 129:2
**neil**(4) 2:26 58:2 163:2 183:25
**neither**(2) 97:8 106:15
**networks**(6) 1:7 1:18 1:25 5:39 160:13 181:11
**neutral**(2) 72:16 121:25
**never**(9) 37:19 96:15 96:17 96:22 110:25 115:22 118:10 118:11 133:13
**new**(10) 1:46 2:15 2:22 2:28 24:18 25:2 50:18 112:11 126:24 207:3
**news**(1) 109:17
**next**(15) 61:5 93:24 102:18 103:18 104:19 126:13 126:14 139:23 140:4 143:18 146:19 156:15 177:13 198:24 203:11
**nice**(4) 7:6 92:19 162:17 183:15
**nichols**(2) 1:33 6:6
**nick**(1) 2:20
**night**(3) 29:13 54:24 204:13
**nights**(1) 117:12
**nine**(1) 24:7
**nni**(4) 27:15 27:16 27:19 50:23
**nobody**(4) 95:12 133:3 133:23 208:21
**nobody's**(1) 137:16
**non-confidential**(1) 62:24
**non-election**(1) 126:16
**non-opt-out**(2) 23:17 23:20
**non-privileged**(1) 37:24
**nondisabled**(1) 28:24
**none**(4) 99:2 118:5 172:7 193:5
**nonsense**(1) 127:20
**nor**(2) 31:4 106:15
**normally**(3) 12:8 42:16 95:6
**nortel**(48) 1:7 1:18 1:25 5:39 8:8 49:24 53:20 61:6 107:8 107:11 115:10 117:22 133:5 135:12 141:6 141:16 147:25 153:19 157:1 157:2 157:9 157:11 157:19 157:20 158:13 159:21 159:23 160:13 161:11 161:16 161:17 171:1 171:17 173:17 177:24 177:2 178:7 178:9 178:17 178:18 179:11 180:21 181:11 182:9 182:16 188:5 192:9 194:15
**nortel's**(2) 94:8 153:16

**nortel's**(1) 107:3
**north**(3) 2:7 3:5 123:6
**northern**(1) 10:18
**not**(290) 6:15 7:17 7:22 8:1 8:11 9:8 9:9 11:11 15:13 16:22 17:4 19:5 21:1 24:10 25:2 25:8 27:2 28:3 28:3 29:2 29:6 30:5 30:9 31:2 32:13 34:1 34:5 34:12 34:13 34:17 34:20 34:23 35:20 36:7 37:24 38:19 39:8 39:10 39:11 39:21 39:25 40:15 40:16 40:18 40:20 40:25 41:4 41:7 41:11 41:17 42:5 42:6 43:1 43:1 43:20 44:8 44:9 44:13 45:3 46:17 47:23 47:24 48:1 49:9 50:16 51:4 51:21 51:23 52:1 52:3 52:5 53:14 53:17 55:7 56:7 56:12 57:5 59:14 61:24 62:13 64:4 64:9 65:11 65:11 65:18 65:19 66:6 66:7 66:16 66:23 66:24 67:11 68:20 69:4 69:21 69:23 70:9 71:12 71:18 71:24 72:3 73:6 76:1 76:2 78:8 81:8 82:3 82:16 82:22 83:13 83:19 83:20 83:21 83:24 86:2 86:11 87:4 89:22 89:3 91:6 91:17 92:23 92:25 93:13 95:8 96:1 96:5 96:9 96:23 99:8 101:9 101:18 101:19 104:7 106:2 107:10 112:3 112:8 112:13 112:15 112:18 112:20 112:23 115:5 117:16 119:7 119:9 119:20 119:24 120:1 120:16 120:22 120:24 121:1 121:5 121:7 121:18 122:10 122:19 124:2 124:16 125:3 126:14 127:7 127:23 128:15 128:16 128:24 129:1 129:5 129:14 129:25 130:1 131:1 132:5 132:6 132:10 132:12 133:14 135:1 135:6 135:18 137:3 137:4 137:8 138:8 143:14 144:1 144:4 144:9 144:10 144:15 144:23 145:9 145:10 145:22 146:5 146:10 146:13 148:8 148:16 148:17 148:18 149:1 149:22 149:25 150:3 150:3 150:9 150:23 151:5 151:7 151:9 153:10 153:18 153:20 155:3 155:4 155:13 155:19 156:3 156:11 156:20 157:13 158:3 158:3 158:8 158:10 158:23 158:25 159:3 159:21 160:19 161:16 162:3 162:11 164:14 165:12 166:13 166:14 166:18 167:24 168:3 169:20 170:9 171:9 172:4 177:1 177:9 177:18 178:11 179:1 179:1 179:6 179:8 179:21 179:23 180:1 180:19 181:17 182:14 183:1 183:9 185:12 186:10 187:11 187:12 187:16 188:22 189:1 190:18 191:7 192:7 193:2 193:8 198:8 198:23 199:14 199:19 202:16 203:19 203:22 205:25 208:4 208:10
**note**(7) 29:7 38:9 77:11 106:23 125:5 172:14 193:12
**noted**(3) 10:23 18:18 59:12
**notes**(1) 202:22
**nothing**(7) 17:18 101:11 106:14 106:20 117:20 138:24 201:12
**notice**(15) 16:12 19:21 20:8 20:13 20:16 20:22 20:24 20:25 29:1 39:17 45:2 59:15 59:20 166:6 187:4
**noticed**(1) 7:21
**notices**(4) 15:7 20:24 41:3 47:6
**noticing**(2) 20:21 60:13
**noting**(2) 16:21 37:7
**notwithstanding**(2) 165:4 186:2
**november**(1) 90:16
**now**(73) 14:11 16:2 18:16 20:14 29:9 38:10 42:2 42:2 43:23 44:1 47:8 50:14 53:4 54:8 54:13 58:9 58:12 64:3 66:2 76:8 76:9 77:25 84:9 84:19 86:20 89:12 90:21 91:15 92:16 108:10 108:23 109:1 109:18 109:19 112:10 112:20 117:7 117:24 118:2 119:20 120:15 121:3 122:7 123:13 133:19 136:6 140:22 142:6 143:3 145:21 147:2 147:18 153:2 157:23 163:7 163:12 167:21 168:24 168:24 169:18 173:21 178:21 184:5 184:10 188:17 189:22 189:22 189:22 190:16 194:19 203:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**number**(32) 16:22  16:23  25:16  27:14  40:8  60:6  61:25  79:21  80:5  103:9  107:11  113:12  114:2  118:5  122:24  128:17  159:16  163:8  163:9  163:10  164:3  164:5  172:1  172:2  180:14  184:6  184:7  184:8  185:1  185:3  192:24  192:25

**numbers**(20) 30:12  30:12  30:13  30:18  60:20  75:22  76:7  76:8  76:12  93:10  108:1  116:24  123:19  128:9  134:2  134:2  160:16  161:24  181:14  182:22

**numerous**(2) 10:21  93:8
**nutrition**(2) 157:5  178:3
**object**(11) 8:25  52:5  52:11  58:7  80:19  125:11  146:5  169:5  170:21  190:3  191:19

**objected**(4) 16:20  69:25  71:2  198:11
**objecting**(5) 78:6  101:6  107:10  169:6
**objection**(65) 8:11  9:2  9:12  10:13  31:12  45:17  48:24  48:25  51:13  52:2  52:8  52:15  52:20  54:7  63:1  79:3  79:22  80:7  80:10  80:24  81:9  98:23  98:24  105:23  106:11  111:6  122:13  139:14  140:2  145:25  146:24  146:25  147:3  148:13  153:5  154:4  159:10  159:14  160:5  168:1  168:5  168:10  168:15  168:16  170:9  170:13  170:16  180:8  180:12  181:3  188:24  189:3  189:8  189:13  189:14  191:7  191:11  191:14  199:21  200:5  201:5  201:9  201:18  205:6

**objection's**(1) 54:10
**objectionable**(2) 53:11  53:15
**objections**(61) 8:22  8:25  15:16  16:22  18:21  19:12  19:17  20:1  28:21  29:9  29:14  29:15  29:16  29:17  29:22  29:23  35:8  36:25  37:13  38:21  39:1  41:23  46:24  47:3  48:7  50:15  55:10  58:16  58:18  59:4  59:10  59:11  61:22  62:3  62:4  63:20  66:2  66:22  68:19  71:15  72:12  74:10  74:14  78:18  81:14  139:22  140:16  140:23  147:20  148:8  162:9  165:16  169:24  170:7  183:7  186:14  190:22  191:5  204:11  204:14  204:16

**objective**(5) 59:13  72:8  102:18  158:12  179:10

**objectively**(1) 108:6
**objectors**(7) 69:15  74:6  99:17  135:19  135:24  140:14  204:25

**obligation**(14) 103:14  103:15  111:7  111:9  111:18  111:21  111:23  111:23  111:25  124:17  133:2  133:16  150:6  151:9

**obligations**(2) 53:1  107:7
**obliquely**(1) 93:13
**obstacles**(1) 69:12
**obtained**(1) 98:5
**obviously**(27) 7:17  12:9  14:17  21:5  21:25  22:7  22:21  38:13  39:2  42:17  48:6  49:25  100:2  118:21  121:11  121:12  121:19  121:21  122:10  154:16  164:17  174:9  174:20  185:15  195:7  195:18  198:9

**occurred**(4) 82:16  129:8  164:4  185:2
**occurring**(1) 27:22
**october**(1) 51:12
**odd**(1) 123:23
**off**(21) 13:6  34:14  47:17  81:5  82:24  108:10  141:10  141:19  165:13  167:17  168:23  169:20  173:3  174:13  186:11  189:21  190:18  194:1  195:11  208:8

**offense**(3) 155:11  199:10  207:25
**offer**(4) 16:11  48:23  55:15  59:17
**offered**(8) 9:5  14:19  14:24  49:12  126:13  126:24  142:10  142:15

**offering**(1) 26:23

**offers**(1) 143:19
**office**(1) 2:31
**officer**(3) 28:5  48:18  71:18
**official**(8) 1:12  4:10  61:11  61:12  163:17  174:6  184:15  195:4

**often**(1) 119:9
**okay**(70) 13:25  35:1  40:14  43:18  48:10  51:11  58:15  60:5  66:19  68:4  74:25  75:5  78:1  79:16  82:13  84:11  85:10  85:16  87:3  87:18  88:18  100:13  109:16  114:15  122:16  122:24  129:12  130:7  136:6  137:15  137:25  138:20  138:23  139:2  145:22  147:11  147:5  148:7  149:11  150:21  152:22  152:24  153:2  154:6  156:13  156:15  156:21  156:23  160:4  162:10  169:13  176:14  177:11  181:13  177:21  181:2  182:20  190:11  197:1  202:21  202:24  203:5  203:17  204:5  205:11  206:2  207:9  207:18  208:3

**old**(5) 56:1  102:16  112:12  112:15  112:22
**older**(2) 56:21  144:12
**omnibus**(1) 114:18
**onboard**(2) 164:2  184:25
**once**(10) 13:15  14:12  67:1  70:10  75:5  75:7  76:5  76:18  99:14  114:9

**one**(119) 1:45  2:6  2:14  2:21  2:27  6:17  6:25  9:15  11:8  12:7  12:20  27:19  47:18  49:2  54:6  62:13  63:21  68:15  68:22  69:10  69:12  70:19  70:22  72:11  72:20  74:3  75:11  76:7  77:10  78:3  78:5  78:9  79:20  79:25  85:17  86:14  86:20  90:7  90:9  93:4  95:16  95:17  97:15  104:19  106:6  108:3  109:10  109:14  110:4  111:8  112:12  115:6  116:9  117:15  119:2  122:12  122:12  122:25  123:3  123:7  124:1  125:6  126:12  128:17  131:8  131:22  133:16  140:19  140:24  143:12  143:20  145:10  145:10  145:10  145:11  146:4  148:7  148:13  149:7  149:20  150:22  152:5  152:21  154:3  157:1  157:24  161:20  164:1  166:5  166:15  166:25  167:10  167:12  167:13  167:13  171:8  172:7  172:9  173:16  177:24  178:22  182:18  184:24  185:2  187:13  187:23  188:8  188:10  188:11  188:11  192:6  193:5  193:7  194:14  198:11  207:13  208:5  208:6

**one's**(1) 32:22
**one-off**(1) 147:2
**one-time**(1) 149:8
**ones**(5) 60:1  71:22  76:15  163:11  184:9
**oneself**(1) 98:11
**one's**(1) 133:5
**only**(52) 11:11  21:1  23:7  24:1  32:18  44:8  48:16  55:6  58:7  59:14  65:5  73:6  79:24  82:14  86:9  93:1  93:13  95:15  95:17  96:9  99:8  103:5  103:8  104:12  105:6  105:10  116:12  116:16  120:2  120:6  120:8  121:10  123:16  124:16  125:16  126:4  127:7  129:23  133:25  135:23  140:19  143:5  145:18  145:22  153:7  157:24  159:5  178:22  180:3  199:20  204:11  204:14

**onto**(2) 60:9  61:5
**opening**(1) 56:22
**operated**(1) 37:5
**operates**(3) 112:9  118:8  133:19
**operating**(1) 141:18
**operations**(1) 37:1
**opinion**(5) 42:20  82:15  84:3  91:17  143:13
**opportunity**(10) 12:13  12:19  20:16  34:21  60:16  70:21  83:10  98:10  100:2  203:24

**oppose**(1) 26:16
**opposed**(3) 122:15  124:1  152:10
**opposing**(3) 19:6  44:10  55:23
**opposite**(1) 106:5
**opposition**(3) 24:14  77:16  83:7

**opt**(3) 31:23  171:19  192:17
**opt-in**(1) 32:8
**opt-out**(2) 24:4  24:6
**opted**(1) 67:3
**optimal**(2) 64:22  110:10
**opting**(1) 33:11
**option**(8) 56:25  66:15  67:4  67:7  113:1  129:20  167:12  188:10

**options**(1) 127:8
**oral**(2) 205:5  205:11
**oranges**(1) 76:14
**order**(45) 6:18  11:1  11:13  11:17  26:3  26:11  27:25  45:22  46:4  46:6  61:14  73:9  74:14  76:19  76:24  76:24  77:3  77:4  85:24  92:25  97:22  125:18  125:24  126:2  144:21  163:4  166:2  166:6  167:18  171:17  184:2  186:25  187:4  188:16  192:15  198:4  198:11  198:13  199:21  200:1  200:3  200:8  201:6  201:11  202:4  204:18

**order's**(1) 76:19
**orders**(3) 21:2  62:19  82:6
**organizations**(1) 89:13
**organized**(1) 208:12
**original**(2) 20:9  129:17
**originally**(8) 20:14  28:2  84:1  90:19  168:21  168:22  189:19  189:20

**other**(135) 14:23  15:9  19:3  19:6  19:6  19:24  20:2  20:8  24:12  26:2  26:16  27:18  29:15  29:16  30:7  30:13  36:19  41:14  43:22  44:10  45:12  47:2  49:5  49:10  49:19  49:24  51:17  52:2  53:6  53:18  54:24  55:25  56:6  56:22  57:20  58:10  58:23  62:22  66:25  67:7  68:19  69:11  70:19  71:5  72:24  73:2  73:14  73:18  75:6  75:22  75:24  78:3  78:5  80:25  83:15  87:2  94:18  95:4  101:12  103:14  107:18  108:21  109:3  109:7  109:18  112:24  113:1  117:18  117:19  119:22  120:25  121:3  122:17  122:22  123:21  126:2  127:6  127:8  127:14  131:25  139:21  139:22  140:14  142:7  144:4  144:11  144:13  145:12  145:20  146:13  152:22  153:13  157:15  157:25  160:5  160:17  160:18  165:5  166:25  167:1  167:11  168:7  168:8  169:24  170:7  171:11  175:4  175:5  178:13  178:23  181:3  181:15  181:16  186:3  187:23  187:24  188:9  189:5  189:6  190:22  191:5  192:9  196:2  196:3  200:11  203:11  204:14  206:14  206:1  206:18  207:5  207:8

**others**(3) 67:6  99:23  111:16
**otherwise**(10) 21:12  25:13  33:21  40:6  40:11  73:3  104:14  151:10  201:13  203:12

**our**(182) 10:13  12:20  22:23  22:24  23:1  28:11  32:4  37:19  37:30  39:10  39:16  43:24  44:10  46:21  46:21  47:8  48:1  55:11  55:12  55:16  56:8  56:10  56:21  57:21  59:18  59:19  59:22  61:11  62:12  62:18  62:18  63:1  63:2  63:15  63:19  64:4  64:12  64:19  64:24  65:6  66:13  66:23  67:8  67:12  67:14  67:25  69:2  69:23  69:24  70:13  70:14  70:15  70:22  71:9  71:19  76:16  79:5  79:5  79:20  80:4  80:12  80:14  80:25  81:21  82:4  82:6  86:4  86:11  96:5  101:10  104:13  109:14  109:20  110:14  110:24  111:5  114:8  114:14  114:20  115:7  115:18  116:16  117:6  119:6  119:7  119:9  119:16  119:18  119:18  120:18  125:16  127:11  127:14  128:19  130:16  132:25  133:13  133:18  133:21  133:23  134:3  134:10  136:3  142:9  143:6  144:5  145:5  145:19  145:24  146:1  146:4  147:13  147:13  150:1  150:4  151:10  152:7  153:7  153:8  153:8  153:12  154:3  154:23  154:23  158:3  158:5  158:15  158:20  164:20  164:22  165:15  165:16  166:1  170:4  170:18  170:20  170:23  171:7  171:19  171:22  171:22  171:22  171:23  173:23  174:1  174:20  174:24  175:8  179:1  179:3  179:13  179:18  185:18  185:20  186:13  186:14  186:24  191:2  191:16  191:19  191:21  191:24  191:25  192:9  192:17  192:20  192:20  194:16  194:21  194:24  195:18  195:22  196:6  198:8  198:11  199:19  201:5  201:9  201:18

**ours**(1) 116:18
**ourselves**(1) 133:5
**out**(89) 6:17  13:19  17:5  20:8  20:22  20:25  24:7  34:13  38:15  40:22  46:15  46:16  46:22  47:10  50:21  51:19  55:25  55:21  56:19  56:24  57:15  58:8  58:10  59:21  61:4  65:8  67:3  72:25  73:8  75:5  75:23  77:9  81:1  89:24  93:6  94:21  94:22  94:23  94:24  96:4  113:10  118:11  119:14  120:17  121:3  121:19  123:15  123:16  125:4  125:14  126:16  127:12  128:12  128:19  128:22  129:3  142:9  145:16  151:1  151:13  151:21  154:1  158:21  160:12  160:21  164:10  165:8  166:7  170:21  170:23  171:1  172:21  173:14  179:19  181:10  181:19  185:8  186:6  187:5  191:19  191:21  191:24  193:19  194:12  198:3  202:18  204:10  204:14  205:24

**out-of-network**(1) 107:21
**outcome**(2) 174:10  195:8
**outside**(5) 37:20  62:23  96:11  100:21
**outsiders**(1) 37:10
**over**(49) 9:14  16:24  20:2  35:13  37:22  44:14  44:15  52:9  53:5  54:13  54:24  62:20  63:17  89:6  89:9  89:20  89:21  100:20  105:15  106:9  107:4  107:8  107:14  108:2  109:9  109:11  111:21  121:3  145:20  145:23  148:9  148:10  157:20  161:15  172:4  174:23  178:18  182:13  193:2  195:21

**overachievers**(1) 33:16
**overall**(3) 108:16  129:11  144:17
**overlaid**(1) 30:4
**overlap**(3) 25:14  29:16  92:22
**overlooked**(1) 19:15
**overly**(1) 78:9
**overnight**(1) 49:15
**overpayment**(3) 123:4  123:16  123:16
**overrule**(6) 52:14  146:25  159:9  159:14  180:7  180:12

**overruled**(4) 52:8  52:20  54:10  74:10
**overvalued**(2) 108:24  134:3
**overvalues**(1) 118:9
**overy**(1) 3:45
**owed**(1) 53:24

| Word | Page:Line |
|---|---|
| own(23) 13:17 17:18 18:7 18:12 28:7 30:16 30:16 37:16 37:22 37:25 38:1 48:1 62:18 82:19 90:13 96:5 112:13 127:11 142:9 144:6 147:24 150:3 151:11 | |
| p.m(7) 139:7 139:7 176:21 176:21 197:19 197:19 208:25 | |
| package(1) 121:11 | |
| packages(1) 142:15 | |
| page(1) 124:23 | |
| paid(6) 25:9 27:12 60:19 65:8 142:9 | |
| panoply(2) 60:12 62:6 | |
| paper(3) 19:13 25:15 29:13 | |
| papers(13) 20:9 23:16 24:10 27:14 28:12 33:1 59:12 59:22 64:12 67:25 93:10 166:5 187:3 | |
| paragraph(8) 77:2 133:1 133:8 200:1 200:1 201:5 201:9 201:11 | |
| paragraphs(1) 198:11 | |
| paramount(1) 22:18 | |
| park(1) 2:14 | |
| paroski(13) 7:14 7:16 8:2 8:7 8:14 8:21 8:23 9:1 9:8 9:18 10:14 10:18 10:25 | |
| paroski's(5) 7:11 8:11 9:13 11:10 11:15 | |
| part(36) 11:13 23:22 29:7 33:12 44:4 46:12 65:23 69:18 75:13 82:4 83:12 90:21 96:5 97:10 98:3 103:13 104:22 106:2 110:12 110:20 111:3 118:24 119:18 122:11 129:5 129:14 130:21 145:18 156:20 164:21 165:12 177:18 185:19 186:10 198:22 | |
| part-time(1) 34:4 | |
| partial(1) 142:15 | |
| partially(1) 149:16 | |
| participant(4) 39:19 72:23 74:18 146:2 | |
| participants(28) 1:14 1:16 19:25 70:10 73:8 74:19 120:6 120:11 120:13 142:7 142:15 142:25 160:17 160:18 160:22 164:17 165:2 166:21 174:17 181:15 181:16 181:20 185:5 185:15 185:25 187:1 195:15 | |
| participate(8) 31:13 33:25 40:3 40:21 52:6 105:22 135:10 138:21 | |
| participated(1) 145:15 | |
| participating(2) 38:24 84:2 | |
| participation(6) 15:15 72:20 162:5 166:23 183:3 187:21 | |
| particular(7) 73:12 86:6 96:14 97:5 99:5 99:9 130:24 | |
| particularly(4) 17:15 56:9 56:24 96:20 | |
| particulate(1) 205:1 | |
| parties(13) 14:10 51:4 84:15 85:3 93:19 124:3 132:13 135:9 138:2 174:12 195:10 208:6 208:6 | |
| partner(2) 12:20 78:19 | |
| parts(1) 18:24 | |
| party(11) 4:15 4:19 4:23 4:27 63:8 125:16 173:16 174:10 194:14 195:8 198:8 | |
| pass(4) 32:1 58:14 75:23 77:9 | |
| passed(3) 9:1 58:10 88:18 | |
| passing(1) 76:1 | |
| past(10) 28:8 64:23 68:14 90:15 101:24 102:12 103:13 114:25 165:2 185:25 | |
| path(1) 44:7 | |
| patience(2) 200:18 202:5 | |
| patterson(1) 3:36 | |
| pay(9) 8:3 25:9 71:25 122:8 148:14 153:7 153:8 153:13 154:15 | |

| Word | Page:Line |
|---|---|
| paying(2) 34:23 38:12 | |
| payment(6) 7:11 28:10 41:13 51:14 52:9 52:10 | |
| payments(5) 14:23 25:10 40:24 51:23 | |
| payout(7) 101:7 110:6 110:10 110:19 110:21 111:1 111:4 | |
| paystubs(1) 73:2 | |
| pbgc(46) 38:21 38:23 39:3 39:7 39:9 39:10 39:12 39:14 39:17 39:22 39:25 40:3 40:7 40:15 40:18 40:25 41:8 41:10 41:15 42:5 42:5 42:21 43:4 43:19 43:23 43:24 44:1 44:3 44:11 44:22 45:12 148:1 152:23 152:24 152:25 153:3 153:6 153:10 153:16 154:9 154:17 154:21 156:1 167:14 176:24 188:12 | |
| pcb(2) 167:14 188:12 | |
| penalized(2) 172:5 193:3 | |
| pendency(1) 22:14 | |
| pending(2) 14:11 34:10 | |
| penn(1) 2:27 | |
| pennsylvania(1) 1:53 | |
| pension(10) 3:41 38:25 39:18 39:20 50:20 65:4 148:14 153:1 153:8 153:18 | |
| people(121) 16:20 16:20 20:15 20:18 20:23 24:3 30:10 30:17 30:18 31:4 32:1 32:11 32:16 32:18 32:19 34:19 35:3 35:24 36:14 37:24 39:15 41:3 41:16 41:20 41:25 57:20 58:9 58:10 58:17 61:2 61:22 61:24 67:3 75:22 75:23 82:15 83:5 84:25 93:9 93:16 93:17 95:2 95:8 95:25 96:13 107:15 111:16 111:19 111:24 113:9 115:14 119:10 119:14 119:22 120:1 120:13 120:19 121:25 122:4 122:21 123:23 125:3 126:18 131:25 138:9 138:23 140:3 141:19 143:16 143:18 149:21 150:19 152:11 155:18 157:11 157:16 157:25 159:21 165:13 168:6 168:8 169:2 169:3 171:20 171:21 172:3 174:8 174:13 175:4 176:15 178:18 179:18 179:24 180:19 186:11 189:4 189:21 189:25 190:1 192:18 192:19 193:1 195:6 195:11 196:2 197:13 207:2 208:19 | |
| people's(2) 41:13 148:16 | |
| per(1) 61:19 | |
| per/pro(15) 4:27 4:31 4:35 4:39 4:43 4:47 5:2 5:6 5:10 5:14 5:18 5:22 5:26 5:30 5:35 | |
| percent(4) 118:1 118:4 124:6 142:12 | |
| percentage(1) 75:5 | |
| perception(1) 19:16 | |
| perfect(2) 6:21 203:17 | |
| performed(3) 101:2 158:24 179:22 | |
| perhaps(16) 11:12 49:6 68:14 99:18 105:17 108:19 144:19 154:1 154:8 166:21 172:18 187:19 193:16 198:15 198:21 206:5 | |
| period(5) 53:13 53:24 75:18 128:17 128:22 | |
| periods(3) 54:3 76:15 126:6 | |
| permanently(1) 65:6 | |
| permission(1) 56:18 | |
| perplexed(1) 101:5 | |
| person(12) 13:6 40:2 40:10 40:19 40:23 63:6 81:6 130:4 131:22 151:5 151:6 151:7 | |
| persona(14) 4:35 4:39 4:43 4:47 5:2 5:6 5:10 5:14 5:18 5:22 5:26 5:30 5:34 5:39 | |
| personal(9) 17:17 58:24 62:7 73:22 74:1 93:18 147:24 205:23 206:17 | |
| personally(3) 61:25 96:18 108:14 | |
| persons(3) 77:21 143:20 144:18 | |
| perspective(5) 6:25 61:15 159:8 180:6 | |
| pet(1) 24:7 | |
| pews(1) 57:16 | |

| Word | Page:Line |
|---|---|
| phillips(1) 4:2 | |
| phone(22) 7:18 40:17 59:1 84:25 85:1 99:19 135:19 137:4 138:2 138:13 138:24 140:3 147:3 147:18 169:24 170:7 173:9 176:15 190:22 191:5 194:7 197:13 | |
| phones(2) 206:5 208:17 | |
| physician(1) 143:10 | |
| pick(8) 78:19 107:13 108:1 109:11 111:18 133:16 204:3 207:10 | |
| picked(3) 57:7 106:8 107:4 | |
| piece(6) 41:10 75:15 123:21 198:1 202:16 203:3 | |
| pieces(4) 25:17 123:21 166:24 187:22 | |
| pivotal(1) 104:15 | |
| place(3) 60:25 164:15 185:13 | |
| placed(1) 110:6 | |
| plain(1) 110:13 | |
| plainly(2) 94:20 95:3 | |
| plaintiffs(1) 1:21 | |
| plan(71) 1:13 20:16 23:21 24:3 30:8 35:6 35:7 35:10 35:10 35:15 35:16 35:17 40:12 51:4 51:22 65:10 66:7 66:17 67:2 68:20 69:8 69:19 70:24 71:6 72:3 101:18 102:1 102:16 104:2 104:4 104:13 105:15 105:20 105:22 106:4 106:6 106:13 106:17 107:16 110:18 111:1 111:3 111:5 116:12 116:17 126:5 126:5 126:18 126:21 126:24 127:1 130:16 142:11 142:22 143:10 147:20 160:13 164:14 164:19 165:5 167:15 168:24 181:11 185:12 185:1 186:3 188:13 189:22 | |
| planned(2) 160:21 181:19 | |
| planning(1) 153:3 | |
| plans(62) 1:19 13:13 14:6 14:17 14:18 14:18 14:21 14:24 15:1 15:4 15:11 15:12 15:20 15:23 16:4 19:24 20:13 20:20 21:25 22:4 22:5 22:13 23:21 23:24 26:25 27:3 27:9 27:11 28:24 29:2 30:6 30:6 30:7 34:2 35:12 35:19 35:21 39:20 40:4 40:5 40:7 53:3 53:9 72:2 72:21 75:6 97:23 101:22 101:22 103:12 103:16 103:24 106:10 110:13 112:18 126:24 130:12 134:7 141:25 141:25 142:15 143:13 | |
| plant(1) 141:13 | |
| plants(1) 141:9 | |
| play(1) 207:25 | |
| played(1) 57:4 | |
| plaza(3) 1:45 2:21 2:27 | |
| pleading(2) 31:7 149:16 | |
| pleadings(4) 145:25 146:6 163:8 184:6 | |
| please(20) 6:2 6:5 7:25 11:6 11:6 85:3 85:8 85:9 100:6 102:2 132:17 132:18 132:19 139:8 139:9 148:10 173:12 194:10 197:20 197:21 | |
| pleased(4) 14:4 16:16 17:4 102:4 | |
| pleasure(2) 63:7 147:17 | |
| plugged(2) 109:21 114:6 | |
| plus(3) 114:3 114:4 207:2 | |
| pocket(1) 142:10 | |
| pockets(2) 171:1 191:24 | |
| podium(9) 6:23 20:2 50:4 50:5 84:12 92:10 172:23 193:21 200:14 | |
| point(46) 16:14 19:21 20:13 22:25 24:18 24:20 33:1 33:3 35:9 35:22 39:14 40:13 41:1 42:21 51:25 65:14 67:24 70:14 74:22 99:16 105:13 108:18 113:14 114:20 115:2 116:21 120:21 122:5 125:5 125:7 126:1 126:4 127:17 128:1 144:3 145:8 146:19 147:4 149:15 156:6 173:2 176:6 177:4 193:25 197:4 208:9 | |
| points(4) 22:7 46:20 111:6 114:17 | |
| policy(1) 119:9 | |
| political(1) 202:13 | |

| Word | Page:Line |
|---|---|
| polsinelli(2) 3:16 10:6 | |
| pool(2) 15:17 33:22 68:16 130:19 | |
| poor(1) 60:23 | |
| population(25) 59:17 65:6 73:8 77:8 77:19 156:17 157:9 157:16 158:23 158:24 159:23 164:9 164:25 169:10 173:2 177:15 178:7 178:14 179:21 179:22 180:21 185:7 185:23 190:8 193:25 | |
| populous(10) 156:24 157:1 158:9 158:13 158:19 177:22 177:24 179:7 179:11 179:17 | |
| portion(12) 8:16 13:21 48:15 148:11 160:25 161:2 161:4 181:23 181:25 182:2 205:20 208:22 | |
| pose(1) 81:13 | |
| position(32) 22:21 26:15 28:11 33:10 33:18 34:1 34:7 34:22 35:25 38:6 40:1 40:15 40:25 41:11 41:18 41:19 43:23 44:4 48:4 62:12 69:20 71:2 96:1 101:17 120:20 125:6 130:9 133:21 135:3 162:7 183:5 199:19 | |
| positions(5) 19:7 48:12 62:13 145:25 150:9 | |
| possessed(1) 95:3 | |
| possibility(2) 64:13 129:24 | |
| possible(11) 16:10 20:12 70:21 71:16 73:10 87:15 122:1 127:8 129:13 175:6 196:4 | |
| possibly(3) 70:20 114:20 153:4 | |
| post-secondary(1) 88:17 | |
| posted(1) 60:20 | |
| postponed(4) 170:20 171:2 191:18 191:25 | |
| pot(2) 162:3 183:1 | |
| potential(9) 21:12 47:22 66:8 69:22 103:15 107:3 120:4 161:17 182:15 | |
| potentially(5) 32:8 67:6 101:12 110:3 111:16 | |
| power-of-attorney(1) 100:10 | |
| ppearances(2) 1:32 2:1 | |
| practical(3) 27:9 93:12 95:15 | |
| practically(1) 117:9 | |
| practice(17) 73:16 73:21 74:7 86:18 150:15 150:19 152:13 158:22 159:4 159:9 164:6 165:2 179:20 180:2 180:7 185:4 185:25 | |
| practices(3) 36:14 158:25 179:23 | |
| practicing(1) 100:14 | |
| pre-2002(1) 70:24 | |
| pre-existing(4) 164:16 164:17 185:14 | |
| preceded(1) 14:15 | |
| precedence(1) 48:9 | |
| precedent(2) 48:4 150:16 | |
| precise(1) 27:1 | |
| precisely(2) 165:22 186:20 | |
| preclude(2) 66:8 126:13 | |
| predict(6) 65:10 114:22 115:5 115:7 115:8 115:25 | |
| preexisting(1) 47:15 | |
| prefer(1) 69:4 | |
| preferable(1) 207:6 | |
| preference(2) 205:23 207:2 | |
| preferential(1) 69:10 | |
| prejudice(2) 8:17 11:3 | |
| prejudicial(3) 36:16 36:21 38:13 | |
| preliminarily(2) 12:8 25:25 | |
| preliminary(3) 26:11 61:13 203:3 | |
| premise(3) 125:13 126:23 128:13 | |
| premium(4) 107:25 108:1 172:4 193:2 | |
| preparation(1) 127:8 | |
| prepare(1) 61:2 | |
| prepared(7) 70:1 84:16 91:23 139:18 139:20 149:15 208:12 | |
| present(4) 6:24 7:14 7:23 10:19 | |
| presentation(3) 48:16 48:21 141:3 | |
| presented(2) 33:14 127:10 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| presenting(1) 19:9 | | proofs(1) 53:6 | | qualifying(5) 76:3 86:15 104:9 116:18 121:13 | | reason(8) 45:3 64:21 75:2 82:18 82:21 105:21 106:3 133:25 | |
| preserve(2) 22:23 38:16 | | proper(2) 59:14 201:16 | | | | | |
| preserved(1) 83:18 | | properly(4) 9:16 78:23 103:21 109:19 | | quantification(1) 66:14 | | reasonable(13) 17:14 19:10 24:9 29:25 133:14 150:13 150:19 174:11 174:15 174:25 195:9 195:13 195:23 | |
| preserves(1) 79:13 | | proportionately(1) 77:14 | | quantified(1) 66:10 | | | |
| press(3) 44:22 68:8 122:21 | | proposal(2) 43:24 96:25 | | quantify(4) 67:4 67:11 67:18 121:23 | | | |
| presume(2) 165:7 186:5 | | propose(2) 13:20 18:22 | | question(29) 9:15 39:3 68:15 78:3 78:5 83:11 85:17 85:20 85:23 92:7 94:14 94:1 99:8 109:6 113:6 122:8 129:19 131:4 143:3 152:22 156:15 157:23 157:25 160:7 177:13 178:21 178:23 181:5 206:13 | | reasonableness(4) 23:7 23:8 28:4 29:24 | |
| presumptions(1) 25:20 | | proposed(13) 11:5 13:11 14:7 20:23 46:25 94:21 95:11 132:1 132:7 166:6 187:4 199:21 200:2 | | | | reasonably(3) 19:22 21:11 48:7 | |
| pretty(4) 65:8 136:19 159:2 179:25 | | | | | | reasons(6) 76:7 77:18 107:6 109:10 166:16 187:14 | |
| prevent(1) 93:18 | | | | | | | |
| previous(1) 10:20 | | proposes(1) 103:12 | | | | recall(1) 105:23 | |
| previously(4) 15:11 28:2 29:19 106:5 | | proposing(1) 23:4 | | | | receipt(2) 53:2 79:11 | |
| price(3) 65:21 65:22 65:23 | | propria(14) 4:35 4:39 4:43 4:47 5:2 5:6 5:10 5:14 5:18 5:22 5:26 5:30 5:34 5:39 | | questions(21) 9:13 11:4 29:5 37:1 68:3 84:10 91:2 91:12 93:25 94:2 94:8 94:10 98:16 128:8 146:3 156:19 167:25 168:4 177:17 188:23 189:2 | | receive(11) 14:22 32:21 39:18 54:9 110:1 149:6 149:13 153:16 153:17 158:5 179:3 | |
| primary(5) 24:7 51:13 103:1 115:2 208:6 | | | | | | | |
| prime(2) 80:25 81:6 | | | | | | | |
| principal(4) 28:5 48:18 90:10 90:11 | | | | | | received(19) 33:6 47:10 47:11 49:13 51:14 53:12 53:16 56:23 60:2 78:8 101:10 101:13 105:16 106:24 106:25 123:4 130:8 168:17 189:15 | |
| prior(12) 21:2 34:4 66:17 69:19 76:15 102:9 159:12 164:6 175:4 180:10 185:4 196:2 | | proprietary(1) 127:12 | | quickest(1) 10:12 | | | |
| | | proprietor(1) 3:23 | | quickly(3) 104:1 136:2 136:4 | | | |
| priority(2) 71:12 71:23 | | prorated(2) 27:21 77:21 | | quite(14) 16:25 37:2 47:20 52:18 88:8 93:12 96:15 101:5 101:16 127:19 154:22 154:25 172:10 193:8 | | | |
| pro(19) 3:26 4:27 4:31 4:35 4:39 4:43 4:47 5:2 5:6 5:10 5:14 5:18 5:22 5:26 5:30 5:35 85:14 99:25 100:11 | | prosecute(1) 133:4 | | | | receives(1) 121:12 | |
| | | protect(1) 38:1 | | | | receiving(11) 15:10 33:22 40:24 47:13 54:9 61:7 66:8 153:11 153:11 171:12 192:10 | |
| | | protected(1) 204:25 | | | | | |
| | | protection(1) 142:19 | | quo(2) 22:14 79:14 | | | |
| pro-rata(12) 102:25 104:22 106:2 107:5 107:9 107:14 108:2 108:7 110:1 114:10 122:18 133:10 | | protections(2) 62:17 145:23 | | quotes(1) 111:3 | | recess(15) 84:15 84:19 84:20 85:4 85:7 138:7 138:22 139:5 139:7 176:7 176:10 176:21 197:5 197:9 197:19 | |
| | | protective(2) 62:19 82:5 | | raf(1) 139:19 | | | |
| | | prove(1) 30:21 | | rafael(9) 2:40 43:13 85:11 119:10 136:20 170:1 173:14 190:24 194:12 | | | |
| | | proven(3) 39:4 159:4 180:2 | | | | | |
| probability(1) 21:23 | | provide(10) 59:20 60:22 61:1 62:23 63:19 76:10 143:9 150:6 166:11 187:9 | | | | recognize(2) 22:7 99:3 | |
| probably(24) 55:21 58:21 67:12 75:16 76:1 83:10 89:19 121:22 122:4 144:12 156:10 170:2 170:14 170:17 171:3 174:23 177:8 190:25 191:12 191:15 192:1 195:21 206:21 207:13 | | | | rahul(1) 5:11 | | recognized(1) 111:15 | |
| | | | | raise(10) 46:25 111:8 168:2 168:2 168:3 170:8 188:25 188:25 189:1 191:6 | | recognizing(1) 17:1 | |
| | | provided(13) 9:6 14:21 20:22 24:25 28:8 38:22 42:18 59:14 59:15 89:7 142:9 142:18 145:11 | | | | recommendation(1) 141:12 | |
| | | | | | | reconciled(1) 76:6 | |
| | | | | | | reconciliation(1) 76:18 | |
| problem(7) 107:18 108:8 128:5 144:7 144:8 150:23 153:9 | | | | raised(13) 12:24 19:17 29:19 30:18 37:14 94:6 94:7 94:10 105:23 106:11 111:6 162:9 183:7 | | record(62) 7:8 11:19 11:21 12:18 13:21 15:18 15:22 16:21 17:14 18:18 19:16 20:9 21:20 23:16 24:15 26:22 28:2 35:9 36:2 36:3 37:3 37:7 37:12 37:16 38:4 39:9 41:3 45:15 46:20 48:17 50:12 59:17 59:23 60:7 60:10 71:4 71:8 72:9 83:5 83:22 88:7 88:12 116:2 116:3 116:7 121:16 126:4 128:11 155:3 166:12 170:5 173:23 175:22 187:10 191:3 194:21 196:20 198:22 200:10 201:10 203:12 208:22 | |
| | | provides(6) 124:23 124:25 166:12 174:15 187:10 195:13 | | | | | |
| | | | | raises(1) 52:2 | | | |
| problematic(1) 107:14 | | | | raising(6) 31:5 74:24 75:1 141:22 162:22 183:20 | | | |
| problems(1) 206:17 | | providing(2) 86:16 142:12 | | | | | |
| procedure(4) 83:13 141:13 143:1 147:15 | | provision(3) 93:4 97:15 150:5 | | | | | |
| procedures(3) 20:21 121:14 121:14 | | provisions(3) 82:7 93:3 198:9 | | ramifications(1) 150:10 | | | |
| proceed(9) 55:19 81:18 81:19 83:18 84:20 85:19 87:10 88:10 203:1 | | prudential(2) 54:2 142:14 | | random(2) 158:24 179:22 | | | |
| | | publication(3) 20:24 47:20 47:22 | | range(2) 23:6 23:7 | | recorded(1) 1:57 | |
| | | pull(3) 88:5 160:12 181:10 | | rather(10) 16:18 19:15 27:22 29:16 50:17 52:8 83:22 141:21 144:5 145:1 | | recording(2) 1:57 209:4 | |
| proceeding(3) 34:22 91:4 93:20 | | pundit(1) 202:13 | | | | records(4) 28:9 45:16 73:1 123:9 | |
| proceedings(4) 1:29 1:57 136:22 209:5 | | purchased(1) 90:4 | | | | recover(2) 50:18 50:23 | |
| process(24) 60:10 63:21 63:25 64:1 64:3 65:7 65:11 96:10 121:11 127:20 129:6 131:6 154:23 155:6 155:11 155:19 155:22 163:22 163:23 165:20 184:20 184:21 186:18 205:25 | | purported(1) 50:20 | | ratio(1) 108:16 | | recovery(3) 64:13 174:16 195:14 | |
| | | purpose(5) 21:9 107:13 133:9 147:19 147:23 | | rationale(2) 106:9 107:11 | | reduced(5) 77:14 77:20 108:16 158:6 | |
| | | | | rattled(1) 97:14 | | reed(1) 5:19 | |
| | | | | ray(13) 28:5 48:17 49:20 50:2 57:25 163:20 175:22 175:23 176:1 184:18 196:2 196:21 196:24 | | refer(2) 148:8 148:17 | |
| produced(2) 1:58 35:15 | | purposely(2) 172:8 193:6 | | | | reference(1) 105:10 | |
| product(3) 119:6 164:15 185:13 | | purposes(13) 26:16 70:11 77:6 83:4 103:7 103:25 107:5 108:3 116:8 125:9 126:9 144:20 146:9 | | | | referenced(1) 47:20 | |
| products(1) 89:11 | | | | | | referred(3) 119:11 160:8 181:6 | |
| profession(1) 89:17 | | | | ray's(2) 36:2 49:1 | | reflect(2) 174:10 195:8 | |
| professional(5) 17:18 89:13 89:21 89:23 208:5 | | | | raymond(1) 5:40 | | reflected(1) 27:24 | |
| | | pursuing(1) 38:12 | | ray's(1) 126:7 | | reflects(2) 174:11 195:9 | |
| | | pursuant(1) 201:13 | | re-enrollment(1) 126:6 | | refuse(1) 143:9 | |
| professionals(7) 17:5 18:5 30:6 31:2 175:7 196:5 205:16 | | pursue(1) 71:9 | | re-read(1) 105:8 | | regard(8) 33:17 34:6 38:23 38:23 57:24 67:13 72:6 72:17 | |
| | | pursued(2) 24:22 122:2 | | re-start(1) 138:1 | | | |
| | | pursuing(2) 17:10 37:14 | | reach(5) 16:7 16:17 119:13 143:10 143:11 | | | |
| | | push(1) 206:18 | | reached(2) 53:2 97:10 | | | |
| proffer(8) 36:2 48:17 48:22 55:15 59:18 60:3 70:15 136:2 | | pushed(3) 96:17 128:22 128:22 | | reaches(1) 114:9 | | | |
| | | pushing(1) 207:23 | | reactions(1) 26:8 | | regarding(16) 8:23 24:22 33:8 36:14 38:21 52:2 53:19 66:1 71:15 72:22 97:22 104:23 111:19 141:15 182:13 | |
| | | put(45) 9:16 28:5 34:14 37:2 37:16 59:23 60:9 60:25 61:15 61:16 67:14 71:22 74:9 75:12 85:23 87:8 106:9 107:4 107:14 108:2 109:11 110:24 120:3 123:1 127:1 127:2 127:22 127:7 127:15 128:9 138:24 151:9 152:11 153:4 159:2 160:7 162:23 170:4 173:23 179:25 181:5 183:21 191:2 194:21 200:10 | | read(8) 9:16 12:10 12:13 39:1 61:23 165:4 186:2 201:10 | | | |
| profiles(2) 164:1 184:24 | | | | | | | |
| program(1) 60:20 | | | | reading(8) 117:8 133:1 161:24 162:4 163:8 182:22 183:2 184:6 | | regardless(7) 19:18 42:9 101:23 102:12 108:22 112:14 114:25 | |
| prohibiting(1) 97:23 | | | | | | | |
| project(1) 81:5 | | | | | | | |
| projected(1) 53:8 | | | | | | | |
| projecting(1) 73:22 | | puts(2) 158:21 179:19 | | ready(2) 50:9 63:11 | | regulation(2) 145:10 150:5 | |
| projections(2) 121:21 127:25 | | qualification(3) 88:22 88:25 91:16 | | real(1) 64:12 | | reimbursement(1) 53:23 | |
| promised(1) 35:14 | | qualifications(2) 87:15 87:19 | | realize(3) 26:21 174:12 195:10 | | reiterate(1) 37:15 | |
| promulgates(1) 88:22 | | qualified(6) 86:8 87:16 91:4 149:5 159:7 180:5 | | reallocll(1) 107:1 | | rejected(1) 117:7 | |
| pronouncing(1) 148:16 | | | | reallocate(1) 27:17 | | relate(9) 8:12 19:24 28:24 58:19 98:3 162:3 168:7 183:1 189:5 | |
| pronunciation(1) 148:14 | | | | really(20) 12:12 23:21 25:8 30:19 44:6 58:7 58:17 58:19 82:16 83:12 114:21 144:23 150:24 173:14 173:15 194:12 194:13 198:4 199:1 208:12 | | | |
| proof(9) 50:22 50:25 52:23 53:4 53:11 53:15 53:18 110:24 143:9 | | qualify(1) 91:23 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**related**(7) 13:10 37:1 72:12 79:15 94:16 202:12 204:1

**relates**(9) 104:12 106:18 116:12 149:23 162:5 168:8 183:3 189:6 199:25

**relating**(2) 8:16 103:15
**relative**(1) 133:22
**relayed**(1) 66:24
**release**(1) 51:3
**relevant**(6) 35:15 39:20 41:15 46:17 55:12 127:4

**relied**(4) 37:10 37:10 38:10 63:23
**relief**(12) 8:12 15:3 27:8 33:9 34:6 97:20 97:24 98:5 98:13 99:15 175:19 196:17

**relish**(1) 135:6
**relying**(1) 28:3
**remain**(5) 85:1 85:3 88:1 136:24 142:24
**remaining**(10) 15:9 58:8 59:4 62:3 94:25 123:24 130:18 135:23 140:16 204:15

**remarks**(1) 203:20
**remediation**(1) 145:21
**remedies**(1) 29:7
**remember**(3) 85:13 123:8 201:1
**remembered**(1) 208:10
**remind**(2) 31:21 152:6
**reminded**(2) 176:15 197:13
**reminder**(1) 18:14
**reminds**(1) 206:4
**remiss**(1) 49:23
**remove**(1) 38:15
**renaissance**(1) 3:11
**render**(1) 62:14
**rendered**(1) 72:1
**renewed**(1) 142:16
**reorganization**(1) 51:22
**repeat**(2) 59:22 95:23
**repeatedly**(1) 117:2
**repeating**(1) 10:12
**replacement**(4) 14:21 110:22 110:23
**reply**(4) 29:19 114:18 118:10 118:22
**report**(39) 28:1 28:7 58:7 74:8 85:23 86:2 160:12 160:20 161:3 161:18 161:10 161:1 161:13 161:25 162:4 167:6 167:17 167:19 168:18 168:21 168:22 168:25 181:10 181:18 182:1 182:6 182:8 182:9 182:11 182:23 183:2 188:4 188:15 188:17 189:16 189:19 189:20 189:23 204:11

**reporting**(1) 48:12
**reports**(19) 24:23 161:14 161:18 165:7 167:9 182:12 182:16 186:5 188:7

**represent**(8) 96:1 107:21 163:3 175:6 184:1 196:4 200:25 200:25

**representation**(4) 52:3 68:19 95:22 148:2
**representativ**(2) 198:23 200:3
**representatives**(9) 41:10 94:17 94:22 94:24 95:7 95:11 95:21 130:20 148:1

**represented**(6) 25:1 38:6 52:19 68:21 96:25 143:14

**representing**(5) 56:3 119:20 119:21 150:9 200:4

**represents**(1) 68:25
**request**(17) 31:11 38:20 39:22 40:16 45:6 47:11 48:6 52:8 58:22 73:13 117:7 146:1 150:13 159:5 175:18 180:3 196:16

**requested**(9) 29:8 39:15 39:17 47:5 47:16 62:7 110:2 175:19 196:17

**requesting**(2) 52:23 149:3

**requests**(5) 45:17 48:8 149:7 160:8 181:6
**require**(2) 76:17 115:9
**required**(12) 8:3 18:23 32:19 32:20 88:19 88:23 94:15 104:21 114:23 116:5 161:13 182:11

**requirement**(2) 68:24 69:11
**requirements**(2) 99:4 105:18
**requires**(3) 103:20 112:2 133:8
**rerun**(1) 76:12
**research**(2) 48:1 97:5
**researching**(1) 151:11
**reservation**(4) 45:11 127:2 199:24 200:7
**reserve**(3) 116:7 187:15 201:15
**reserved**(2) 27:16 35:3
**reserving**(2) 171:9 192:7
**resigned**(1) 81:23
**resolution**(8) 15:1 16:11 17:2 119:3 158:16 179:14 198:13 204:1

**resolutions**(2) 204:17 204:23
**resolve**(9) 18:20 21:11 21:12 50:25 103:12 117:5 167:23 188:21 201:18

**resolved**(8) 19:12 125:22 136:5 137:1 148:5 200:5 201:5 201:9

**resolving**(4) 51:9 51:16 56:5 201:6
**respect**(19) 13:15 15:3 37:12 45:11 45:18 45:25 88:22 161:12 161:13 162:4 162:5 168:19 182:10 182:11 183:2 183:3 189:17 199:24 201:16

**respected**(1) 63:8
**respond**(8) 12:11 20:1 55:13 132:18 162:1 171:8 182:24 192:6

**responded**(2) 110:6 121:7
**response**(17) 33:16 33:17 39:6 44:7 44:11 45:18 68:10 78:15 79:24 80:9 99:1 101:5 105:16 110:14 146:6 159:5 180:3

**responses**(4) 46:21 71:7 161:8 182:6
**responsibilities**(1) 72:8
**responsibility**(3) 124:24 128:14 130:23
**rest**(4) 59:9 104:5 158:18 179:16
**restraint**(1) 32:18
**restrict**(1) 119:7
**restricted**(1) 155:21
**restrictions**(4) 62:20 63:21 73:18 82:10
**result**(14) 8:6 17:15 64:16 75:21 76:16 128:23 166:13 174:15 174:18 175:10 187:11 195:13 195:16 196:8

**resulted**(3) 107:16 108:3 108:4
**resume**(5) 176:11 197:9 206:10 206:10 208:7

**retain**(1) 102:11
**retained**(3) 90:19 90:21 90:24
**retire**(14) 31:24 32:22 33:19 39:23 40:7 40:11 40:22 42:1 42:12 149:1 160:11 167:12 181:19 188:10

**retired**(7) 40:2 47:19 149:4 165:3 167:14 186:1 188:12

**retiree**(51) 2:25 15:3 18:4 27:11 31:20 31:22 32:5 32:13 32:16 40:3 41:22 53:4 54:9 55:8 56:10 75:19 80:14 104:25 105:18 105:19 105:20 105:24 106:4 106:12 123:7 162:6 162:7 163:3 163:5 163:13 164:7 164:25 165:4 165:5 166:2 166:5 166:23 171:17 183:4 183:5 184:1 184:3 184:11 185:5 185:23 186:2 186:3 186:25 187:1 187:21 192:15

**retirees**(25) 3:9 4:11 65:3 65:4 105:1 126:14 153:15 160:14 161:1 164:16 165:1 165:13 167:8 167:10 167:14 167:17 181:12 181:24 185:14 186:11 186:11 188:8 188:12 188:15

**retiree's**(1) 105:12
**retirement**(19) 33:12 33:22 33:23 40:4 40:10 40:12 40:13 40:18 41:1 41:5 42:4 148:15 148:23 160:9 160:24 167:11 181:7 181:22 188:9

**retires**(1) 40:12
**return**(2) 9:8 143:7
**returning**(1) 9:7
**reveal**(2) 82:4 145:22
**revenue**(4) 198:12 201:12 201:14 201:16
**review**(1) 150:4
**revised**(1) 76:20
**revolved**(2) 71:23 146:3
**richard**(2) 5:7 57:8
**richards**(1) 2:4
**rid**(1) 203:4
**right**(230) 7:1 8:10 11:6 11:23 12:4 13:18 18:25 23:18 26:6 26:19 27:5 27:16 27:23 28:15 29:11 30:3 30:4 30:12 30:22 31:9 31:15 31:16 31:17 31:23 32:9 32:14 32:24 33:19 34:18 36:15 38:25 39:11 39:18 39:21 40:16 40:17 40:21 41:2 41:6 42:1 42:13 42:14 42:14 42:19 43:5 43:6 44:20 45:7 49:2 50:6 52:12 53:21 54:5 55:14 56:14 57:12 63:5 63:19 65:1 67:8 70:12 75:3 75:10 75:20 76:8 78:21 79:8 79:12 80:19 82:9 84:6 84:6 86:12 86:24 88:8 88:8 88:10 89:12 91:7 91:10 91:22 92:5 93:21 94:19 96:7 97:16 98:18 99:10 100:22 101:22 102:7 102:14 102:17 102:19 102:20 102:21 102:23 103:3 103:4 103:17 103:23 104:5 104:6 104:8 104:10 104:19 104:20 105:22 106:7 108:1 108:23 109:8 109:21 112:7 112:9 112:10 112:17 112:19 112:20 112:22 113:2 113:1 114:24 114:24 116:17 116:17 116:25 117:1 118:4 118:12 118:13 118:15 124:5 124:7 124:13 124:14 124:15 125:3 125:6 125:10 125:10 125:13 125:14 125:15 125:20 126:21 126:25 128:4 132:8 132:14 133:3 133:6 133:11 133:13 134:3 135:22 135:25 137:15 137:20 138:5 139:1 139:3 145:3 145:13 147:2 149:14 151:22 152:4 152:20 152:20 153:23 154:12 154:2 157:23 160:3 163:19 164:11 165:18 166:9 167:4 167:21 169:11 169:18 169:19 171:5 172:11 172:24 172:25 173:5 173:20 176:3 176:6 178:21 181:1 184:17 185:9 186:16 187:7 188:2 188:19 190:9 190:16 190:17 192:3 193:9 193:22 193:23 194:3 194:18 197:1 197:4 197:24 198:18 198:25 199:5 200:6 200:1 201:1 201:2 202:3 203:4 203:15 204:3 204:19 206:21 208:11 208:15

**rights**(49) 21:24 34:16 35:2 35:7 38:16 42:24 43:2 45:11 101:21 102:16 103:11 103:23 104:1 104:11 104:12 104:13 104:1 105:20 106:4 106:13 106:17 107:9 107:16 109:20 111:3 111:25 112:3 112:5 112:24 113:7 113:7 114:9 114:22 115:10 115:24 116:12 117:4 117:19 118:8 127:2 133:18 133:23 134:10 171:9 192:7 199:24 200:8 201:15 205:2

**rise**(5) 6:2 44:12 85:8 139:8 197:20
**risk**(19) 63:3 65:24 97:9 97:9 130:18 164:1 164:21 172:21 172:24 173:1 173:3 173:7 184:24 185:19 193:19 193:22 193:24 194:1 194:5

**risks**(3) 97:13 174:21 195:19
**risky**(2) 64:19 64:20
**robert**(4) 1:42 81:5 81:7 84:5
**rodney**(1) 2:6

**roger**(1) 1:44 12:20
**rohrbaugh**(1) 5:23
**role**(2) 12:23 57:4
**roll**(2) 165:17 186:15
**rolling**(3) 165:13 165:15 186:11 186:13
**room**(3) 138:25 152:12 155:21
**rooney**(1) 3:3
**rossi**(23) 5:27 59:2 136:7 136:9 136:9 136:13 136:17 136:18 136:21 136:22 137:5 137:7 137:10 137:10 173:10 173:12 173:13 173:20 194:8 194:8 194:10 194:11 194:18

**roughly**(2) 27:20 124:12
**round**(3) 14:12 18:5 20:25
**route**(1) 76:17
**rubric**(1) 56:13
**rule**(14) 19:23 21:6 23:11 23:14 23:15 25:14 25:20 93:3 99:5 135:3 135:3 150:5 159:13 180:11

**rules**(3) 82:22 161:15 182:13
**ruling**(2) 169:12 190:10
**run**(7) 54:23 76:6 76:9 76:9 120:3 170:23 191:21

**running**(1) 141:20
**russell**(13) 2:33 200:16 200:16 200:17 200:19 200:21 200:24 201:4 201:8 202:3 202:7 202:10 202:13

**ryan**(1) 1:42
**s-h-i-p**(1) 60:20
**sadly**(1) 130:5
**safe**(1) 202:12
**safer**(2) 87:24 146:20
**said**(42) 9:11 10:12 10:25 20:2 28:20 29:12 36:16 39:1 42:5 48:13 50:14 58:5 67:8 70:17 73:25 92:24 105:7 106:13 106:16 109:7 110:16 110:17 115:1 115:11 119:10 119:11 119:12 123:7 128:20 131:25 135:6 143:4 164:9 166:7 168:3 173:14 174:8 185:7 187:5 189:1 194:12 195:6

**sale**(7) 8:23 9:1 9:1 9:2 9:3 9:4 65:23
**sale's**(1) 9:7
**same**(21) 11:16 15:2 46:18 50:23 101:4 104:14 105:2 109:24 109:24 112:1 112:22 112:16 112:23 117:1 118:7 127:14 134:4 134:5 153:17 165:7 186:5

**samis**(2) 2:5 56:8
**saran**(2) 4:32 59:5
**sat**(1) 145:15
**satisfaction**(2) 165:1 185:24
**satisfied**(2) 83:5 204:4
**satisfy**(4) 23:9 93:3 94:14 97:15
**save**(3) 12:1 198:13 200:10
**saw**(2) 63:8 184:7
**say**(62) 12:7 17:23 19:14 21:1 24:5 26:22 35:17 36:12 36:17 36:20 36:20 38:25 42:21 44:12 47:12 57:1 65:21 70:3 79:1 82:20 90:20 91:21 100:25 109:10 110:11 115:20 119:4 119:10 119:12 119:14 119:19 120:16 122:24 123:23 126:21 133:15 134:4 135:3 135:14 141:13 143:15 145:11 147:7 148:15 149:25 150:21 160:18 167:22 170:17 170:17 173:11 173:13 173:22 181:16 188:20 191:15 191:15 194:9 194:11 194:20 206:11

**saying**(14) 33:17 83:24 107:13 110:7 111:20 112:10 113:9 114:18 116:10 133:5 133:12 133:17 133:20 153:14

**says**(13) 19:5 35:18 39:23 41:4 43:1 46:3 74:3 75:4 113:13 121:8 122:18 160:17 181:15

**sbp**(2) 141:21 141:25
**scenarios**(1) 76:10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **schedule**(9) 77:6 77:11 77:17 125:1 125:17 125:21 125:23 126:2 207:8 | | **select**(4) 66:15 104:17 113:14 113:16 | | **settlement**(262) 8:13 12:22 13:11 14:7 14:9 15:8 15:15 15:19 16:13 16:18 16:21 17:1 17:7 17:10 18:14 18:16 19:4 19:8 19:21 20:10 20:17 20:23 21:5 21:10 23:4 23:8 23:12 24:1 24:9 24:14 25:5 25:11 25:21 25:24 26:4 26:16 26:24 27:1 27:17 28:18 28:23 29:25 30:7 30:20 31:13 31:20 31:20 31:22 31:23 32:1 32:13 32:23 33:25 34:13 34:15 34:16 35:22 35:25 37:14 38:7 38:13 38:18 38:24 39:22 40:3 40:24 40:24 41:12 41:15 41:22 41:25 42:9 42:10 42:23 42:25 43:1 43:20 44:8 44:24 45:1 45:2 45:3 45:13 45:21 45:21 46:5 46:13 46:25 52:5 52:10 52:24 53:12 53:16 58:8 58:19 59:16 59:21 60:23 61:14 62:9 62:10 62:11 62:12 62:14 62:20 64:15 64:20 64:22 65:24 66:14 69:23 70:11 71:7 72:18 72:20 74:14 75:13 75:19 77:8 78:19 79:6 79:15 82:5 93:1 93:25 94:5 94:12 94:23 96:10 96:24 97:10 102:22 102:24 103:12 103:19 103:19 104:21 104:24 104:25 105:1 105:8 105:9 105:12 105:13 107:3 108:15 108:16 110:9 112:2 116:5 118:1 121:8 122:13 124:22 125:17 125:24 126:3 127:11 128:24 128:25 129:3 131:12 131:24 132:1 132:6 132:22 132:23 132:25 133:7 140:2 143:19 143:23 143:25 144:2 144:14 144:17 144:1 144:20 144:20 145:1 145:21 145:24 146:9 146:16 149:23 150:14 150:18 150:24 153:1 153:10 153:15 153:21 155:2 155:13 155:14 155:25 158:3 160:24 161:10 162:6 162:8 162:12 163:7 163:13 164:2 164:8 165:1 166:2 166:3 166:5 166:23 167:16 167:24 168:1 168:8 168:11 169:6 169:12 169:21 169:21 170:19 170:23 171:2 173:8 174:9 175:1 175:10 176:23 179:1 182:2 182:8 183:4 183:6 183:10 184:5 184:11 184:25 185:6 186:9 186:25 187:1 187:3 187:21 188:14 188:22 188:24 189:6 189:9 190:4 190:10 190:19 190:19 191:17 191:2 191:25 194:6 195:24 196:9 199:14 203:13 204:13 | | **ship**(1) 60:20 |
| | | **selected**(1) 131:19 | | | | **short**(7) 84:15 84:19 85:4 101:17 151:3 176:7 197:5 |
| **scheduled**(1) 206:15 | | **sell**(1) 65:20 | | | | |
| **scheme**(2) 156:1 176:24 | | **send**(2) 106:22 152:3 | | | | **shortly**(2) 36:2 145:20 |
| **schuylkill**(1) 1:52 | | **sending**(3) 72:24 76:5 152:10 | | | | **should**(73) 6:22 19:2 26:9 26:22 30:6 30:14 30:18 31:13 32:23 37:12 45:6 47:10 53:14 66:2 66:6 66:14 67:13 69:22 73:14 74:10 79:1 82:20 82:22 83:6 84:22 85:1 99:18 103:22 104:3 109:21 113:2 113:15 113:21 117:1 125:11 128:16 129:16 133:22 134:16 136:1 138:2 138:16 138:23 151:3 153:8 157:1 157:8 161:1 161:2 161:4 169:8 169:16 169:25 170:2 171:25 173:18 176:15 176:16 177:24 178:6 181:24 181:25 182:2 190:16 190:14 190:23 190:25 192:23 194:16 197:13 197:14 201:22 206:10 |
| **schweitzer**(178) 1:41 12:5 12:6 12:16 12:17 12:18 13:5 13:8 13:19 13:25 14:2 15:6 16:16 17:24 18:11 19:1 20:7 22:19 23:19 26:2 26:7 26:15 26:20 27:6 27:24 28:16 29:12 31:16 31:18 32:10 32:15 32:25 34:19 35:2 35:12 36:5 36:9 36:11 36:24 37:5 41:7 42:11 42:14 42:16 42:25 43:4 43:6 43:9 44:20 45:8 45:10 46:8 46:11 47:8 48:11 48:20 49:4 49:7 49:10 49:12 49:15 49:18 49:22 50:3 50:7 50:8 50:14 55:25 57:11 61:1 62:8 63:8 63:22 76:21 76:23 76:25 77:2 77:16 77:23 84:22 84:24 84:25 85:2 117:11 117:12 123:15 124:3 124:5 124:10 124:14 124:16 124:20 124:22 125:1 125:16 126:16 134:4 137:12 137:2 137:23 138:12 138:15 138:23 139:2 139:15 139:17 139:22 139:25 140:6 140:7 140:9 148:20 148:21 149:14 149:16 149:2 149:25 150:12 151:3 151:4 151:7 151:19 154:19 160:8 161:6 161:7 161:23 162:14 162:15 162:20 165:6 170:2 170:6 171:8 172:24 175:21 176:8 176:12 176:14 176:17 181:6 182:4 182:5 182:21 183:12 183:13 183:18 184:6 190:25 191:4 192:6 193:22 196:19 197:6 197:10 197:12 197:17 198:6 198:7 199:5 199:7 199:11 199:13 199:17 199:23 200:7 200:13 201:21 203:7 203:9 203:15 203:17 203:19 207:1 207:15 207:18 207:21 207:22 208:24 | | **senior**(1) 90:5 | | | | |
| | | **sense**(8) 14:3 74:22 86:3 144:22 155:9 176:7 197:5 202:25 | | | | |
| | | **sensible**(1) 14:1 | | | | |
| | | **sensitive**(1) 205:7 | | | | **shouldn't**(2) 30:4 31:18 |
| | | **sent**(9) 20:24 41:2 47:6 47:8 47:16 110:14 128:19 134:1 204:13 | | | | **shouldn't**(3) 111:5 122:4 208:19 |
| | | | | | | **show**(10) 13:6 13:7 14:3 17:14 22:2 23:6 47:14 86:17 97:2 150:15 |
| | | **separate**(16) 13:10 29:1 32:6 32:15 34:9 38:16 43:22 45:17 46:16 46:22 56:20 56:25 108:8 150:13 161:15 182:13 | | | | |
| | | | | | | **showed**(2) 48:6 101:10 |
| | | | | | | **showing**(4) 10:15 18:12 34:3 106:22 |
| | | **separately**(3) 48:13 199:20 205:4 | | | | **showings**(1) 18:23 |
| | | **separation**(2) 34:4 34:24 | | | | **shown**(2) 11:1 53:22 |
| | | **september**(2) 50:21 51:10 | | | | **shows**(4) 71:4 78:13 123:5 134:2 |
| | | **seriousness**(1) 17:19 | | | | **shrink**(1) 16:3 |
| | | **serve**(1) 95:3 | | | | **shughart**(1) 3:16 |
| | | **service**(6) 1:51 1:58 142:7 142:8 198:12 201:12 | | | | **shut**(1) 141:12 |
| | | | | | | **shutdown**(4) 167:18 167:19 188:16 188:17 |
| **schweitzer's**(1) 150:25 | | **services**(3) 1:51 89:7 209:9 | | | | **shutting**(1) 141:9 |
| **schweitzer**(1) 112:7 198:8 | | **session**(1) 57:3 | | | | **sick**(1) 61:23 |
| **schweitzer**(4) 137:25 138:8 138:20 203:10 | | **sets**(3) 24:7 46:22 116:8 | | | | **sickness**(1) 142:22 |
| **science**(4) 73:11 73:24 121:21 121:21 | | **setting**(3) 93:14 128:14 131:2 | | | | **side**(15) 18:23 22:11 38:8 49:7 55:11 56:7 97:8 103:4 107:20 145:20 174:20 175:5 195:18 196:3 |
| **scrambled**(1) 74:18 | | **settle**(4) 63:18 96:22 132:3 144:22 | | | | |
| **sdny**(1) 50:24 | | **settled**(15) 58:18 59:2 59:2 59:3 59:10 66:22 70:10 96:23 136:14 136:18 136:20 136:21 140:21 144:9 144:21 | | | | |
| **seal**(2) 58:22 205:20 | | | | | | **sides**(7) 24:23 25:23 96:12 99:16 111:14 174:12 195:10 |
| **sealed**(4) 204:21 204:22 205:12 208:22 | | | | | | |
| **sealing**(1) 205:6 | | | | | | **sigh**(1) 99:15 |
| **seasoned**(1) 31:2 | | | | | | **sign**(1) 128:24 |
| **seated**(4) 6:4 85:10 139:10 197:22 | | | | | | **sign-in**(1) 7:20 |
| **second**(25) 11:8 13:13 14:12 20:25 21:4 46:12 46:13 57:11 57:24 58:21 70:17 80:2 84:8 86:20 98:3 103:8 106:17 157:10 161:9 166:17 175:19 178:8 182:7 187:15 196:17 | | | | **settlement's**(1) 27:21 | | **signed**(2) 30:2 121:10 |
| | | | | **settlements**(6) 18:7 23:15 25:22 33:2 58:23 59:6 | | **significant**(8) 61:17 135:25 171:19 173:6 173:7 192:17 194:4 194:5 |
| **secondary**(1) 31:11 | | | | | | |
| **secondly**(1) 104:6 | | | | | | **significantly**(1) 116:19 |
| **section**(6) 9:4 21:7 53:11 142:1 166:1 186:24 | | | | **settling**(6) 23:23 51:11 124:3 124:10 124:20 144:4 | | **silence**(1) 16:23 |
| | | | | | | **silver**(3) 97:8 172:9 193:7 |
| | | | | **seven**(3) 69:24 141:8 143:15 | | **similar**(10) 8:15 9:23 10:19 15:3 23:12 23:13 24:11 25:19 30:9 114:24 |
| **see**(34) 7:5 7:6 7:17 7:19 35:13 37:10 41:12 45:12 49:21 52:13 57:25 68:13 73:4 81:8 86:25 92:18 92:19 102:6 104:11 105:10 106:20 150:6 162:16 162:25 163:1 164:13 169:3 183:14 183:23 183:24 185:11 190:1 204:6 206:20 | | | | **several**(21) 14:11 16:9 20:12 58:16 60:21 62:19 106:25 107:17 108:3 109:10 111:6 119:23 121:4 121:15 148:8 160:6 160:10 170:20 181:4 181:8 191:18 | | **similarly**(2) 101:14 112:16 |
| | | | | | | **simple**(4) 101:16 103:10 121:8 128:13 |
| | | | | **severance**(12) 33:11 33:14 33:20 33:20 33:24 34:2 34:2 34:8 34:11 34:16 34:23 47:4 | | **simply**(13) 10:13 41:17 52:16 60:13 69:1 69:16 101:20 113:25 119:18 119:22 119:25 166:12 187:10 |
| **seeing**(1) 18:1 | | | | **severe**(1) 64:6 | | **since**(27) 7:12 8:24 12:24 53:12 61:13 61:17 61:18 106:10 109:18 116:16 117:16 153:16 156:20 157:17 159:12 161:3 164:15 171:20 172:12 177:18 178:15 180:10 182:1 185:13 192:18 193:10 200:9 |
| **seek**(5) 8:11 14:5 64:16 68:12 125:1 | | | | **share**(7) 51:20 75:12 101:19 101:25 108:7 122:18 127:13 | | |
| **seeking**(7) 7:11 14:25 15:3 50:18 50:22 62:8 113:1 | | | | | | |
| | | | | **shared**(3) 57:21 59:13 80:14 | | **sincere**(1) 55:9 |
| | | | | **she**(33) 50:4 52:24 53:2 53:3 53:9 53:19 53:25 54:8 54:8 61:10 63:12 66:9 66:9 66:11 66:12 66:16 80:4 85:16 92:12 102:8 102:16 104:18 112:19 112:20 112:22 117:23 117:25 118:12 154:4 159:16 172:2 180:14 193:23 | | **sir**(27) 6:7 43:10 44:19 49:21 50:2 70:6 80:22 82:12 86:22 88:1 91:10 92:8 100:4 100:23 118:19 141:1 163:1 170:10 176:6 176:6 183:24 191:8 192:4 197:4 200:18 202:11 205:22 |
| **seem**(3) 123:22 129:25 207:13 | | | | | | |
| **seemed**(2) 67:1 106:7 | | | | | | |
| **seems**(5) 39:4 112:8 117:15 170:21 191:19 | | | | | | |
| **seen**(15) 31:7 34:20 37:7 37:19 71:19 96:11 96:15 96:15 116:24 157:21 165:16 172:15 178:19 186:14 193:13 | | | | **she'll**(2) 159:24 180:22 | | **sit**(6) 118:20 118:21 139:18 154:23 155:2 208:20 |
| | | | | **she's**(4) 53:12 53:16 162:4 183:2 | | |
| | | | | **shed**(1) 104:24 | | |
| | | | | **shelley**(1) 198:21 | | |
| **segal**(8) 2:25 2:25 4:11 4:11 163:2 163:2 183:25 183:25 | | | | **shelter**(2) 157:5 178:3 | | |
| | | | | **she's**(5) 112:18 112:20 112:23 117:17 117:24 | | **site**(1) 61:13 |
| **segregate**(1) 72:3 | | | | | | **sits**(1) 154:17 |
| | | | | **shielded**(1) 38:2 | | |

| Word | Page:Line |
|------|-----------|
| sitting(2) 165:8 186:6 | |
| situated(1) 101:14 | |
| situation(10) 32:22 56:11 64:24 93:22 96:8 115:25 117:7 143:24 172:25 193:23 | |
| situations(2) 61:3 120:19 | |
| six(5) 105:15 114:4 120:6 124:23 130:5 | |
| size(5) 30:13 77:13 134:2 174:21 195:19 | |
| skeleton(1) 141:20 | |
| skelly(1) 4:12 | |
| skills(2) 157:4 178:2 | |
| slam-dunk(1) 31:3 | |
| sleepless(1) 117:12 | |
| slightly(1) 108:16 | |
| smaller(1) 90:12 | |
| smart(2) 64:9 76:17 | |
| smiling(1) 198:15 | |
| snapshots(2) 161:15 182:13 | |
| society(3) 89:15 158:21 179:19 | |
| soft(3) 16:11 18:17 61:1 | |
| sold(1) 13:16 | |
| sole(1) 3:23 | |
| solely(1) 116:8 | |
| solicited(1) 51:21 | |
| solid(1) 23:8 | |
| solidifying(1) 44:5 | |
| solution(1) 151:11 | |
| solutions(1) 78:14 | |
| solved(1) 125:15 | |
| some(89) 11:13 12:1 16:11 16:12 16:20 19:6 19:7 19:10 20:1 29:15 29:15 29:21 30:6 30:10 30:17 33:8 34:10 35:6 35:21 36:25 38:21 41:3 41:23 43:25 45:4 47:1 47:25 48:2 55:10 55:18 56:21 57:22 57:23 61:21 61:23 62:13 66:14 69:19 70:9 76:23 76:7 78:17 84:10 87:14 87:19 88:16 90:1 104:24 105:2 111:16 121:20 134:17 135:20 141:17 141:23 141:25 148:3 153:13 154:14 157:19 158:24 159:24 164:7 165:4 165:16 167:23 171:17 171:18 172:10 174:13 174:16 174:16 174:16 174:18 174:17 179:22 180:22 185:5 186:2 186:14 188:12 192:15 192:16 193:8 195:11 195:14 195:14 195:25 195:14 195:44 198:9 198:13 | |
| somehow(6) 39:14 69:18 73:14 127:18 127:23 129:6 | |
| someone(20) 19:18 38:14 39:11 48:3 48:6 58:14 67:3 75:23 76:1 77:9 114:20 115:20 119:14 127:22 130:17 140:21 150:12 150:14 166:3 187:1 | |
| someone's(1) 31:9 | |
| something(7) 17:22 43:16 48:7 56:23 67:25 73:14 74:9 78:8 78:14 112:14 115:12 121:23 133:23 167:22 168:4 173:11 188:20 189:2 194:9 | |
| something's(1) 108:22 | |
| sometimes(3) 38:2 117:11 152:11 | |
| somewhat(4) 22:10 106:10 141:3 206:19 | |
| somewhere(1) 73:4 | |
| soon(6) 16:6 202:18 207:12 | |
| sophisticated(1) 97:11 | |
| sorry(10) 8:3 8:25 88:22 109:5 109:6 140:9 173:23 194:21 203:7 203:17 | |
| sort(20) 6:14 11:17 66:14 69:10 69:14 69:17 109:19 79:9 97:14 98:24 127:2 129:6 131:17 150:24 156:2 159:3 172:16 176:25 180:1 193:14 | |
| sought(3) 69:6 97:20 98:13 | |
| sound(5) 1:57 21:8 200:20 200:22 209:4 | |
| source(1) 65:5 | |
| sources(3) 72:24 120:25 | |
| southern(1) 50:18 | |
| spanned(1) 16:14 | |

| Word | Page:Line |
|------|-----------|
| speak(14) 9:20 26:12 29:5 29:23 66:11 70:2 70:8 89:18 100:11 119:7 140:24 147:15 170:13 191:11 | |
| speaker(1) 12:3 | |
| speaking(3) 12:23 82:11 89:16 | |
| speaks(4) 18:19 28:17 173:8 194:6 | |
| special(4) 57:2 93:21 95:8 95:12 | |
| specialized(2) 69:3 69:8 | |
| specializing(1) 90:3 | |
| specialty(1) 89:12 | |
| specific(4) 11:13 67:24 69:13 73:17 | |
| specifically(2) 23:3 27:15 | |
| speculative(2) 123:21 129:14 | |
| spend(5) 28:21 73:3 83:13 172:1 192:24 | |
| spent(1) 151:10 | |
| spills(1) 198:24 | |
| spirit(1) 30:24 | |
| spoke(7) 60:15 60:17 67:24 165:23 170:15 186:21 191:13 | |
| spoken(1) 62:1 | |
| spouse(4) 103:6 114:4 115:20 147:9 | |
| square(1) 2:6 | |
| stage(2) 61:5 63:10 | |
| staggering(1) 118:6 | |
| stake(1) 14:18 | |
| stand(13) 46:19 69:21 83:11 87:25 128:10 138:6 139:5 159:2 166:14 171:3 179:25 187:12 192:1 | |
| standard(1) 31:8 | |
| standardized(1) 131:10 | |
| standards(15) 19:23 21:15 21:22 23:11 25:13 25:14 25:21 73:20 73:23 74:3 74:7 85:25 88:22 88:25 | |
| standing(5) 52:4 52:11 56:5 88:1 91:8 | |
| stands(1) 41:16 | |
| start(14) 6:17 13:6 19:20 20:7 24:18 25:2 33:22 39:5 67:10 138:1 151:8 206:13 | |
| started(5) 58:9 89:24 90:13 147:23 203:1 | |
| starting(5) 35:16 88:17 141:25 157:8 178:5 | |
| starts(1) 93:6 | |
| state(4) 9:17 33:10 60:18 140:7 | |
| stated(11) 10:14 106:5 107:10 110:8 117:18 166:16 168:21 168:22 187:14 189:19 189:20 | |
| statement(1) 39:23 | |
| statements(8) 16:24 19:6 72:25 75:7 84:10 101:10 174:4 195:2 | |
| states(10) 1:1 1:31 105:21 142:19 160:13 181:11 200:19 200:21 200:25 201:14 | |
| stating(6) 47:19 149:4 171:1 171:4 191:24 192:2 | |
| status(11) 22:14 71:25 76:3 79:13 104:9 114:1 129:2 165:3 165:3 186:1 186:1 | |
| statute(2) 95:12 145:10 | |
| statutes(1) 10:22 | |
| stay(3) 136:10 138:2 138:14 138:17 138:22 138:23 176:16 176:16 197:14 197:14 | |
| stayed(2) 90:8 204:6 | |
| ste(5) 2:27 2:34 2:43 3:5 3:18 | |
| steadfastly(1) 119:8 | |
| steen(2) 1:40 7:9 | |
| stemerman(1) 87:7 | |
| step(4) 16:1 38:15 87:25 92:6 | |
| stephanie(1) 4:12 | |
| steps(1) 149:22 | |
| stewards(1) 96:3 | |
| stick(1) 207:8 | |
| sticking(2) 17:25 44:4 | |

| Word | Page:Line |
|------|-----------|
| still(20) 41:2 54:20 63:12 65:11 82:7 105:16 106:6 109:15 112:13 123:17 134:1 142:21 142:25 151:14 160:11 169:18 181:9 190:16 202:15 205:13 | |
| stipulation(4) 50:25 51:9 51:11 51:16 | |
| stomach(1) 134:15 | |
| stop(5) 23:24 23:25 126:21 143:7 202:19 | |
| story(1) 75:11 | |
| straight(2) 164:20 185:18 | |
| straightforward(2) 166:22 187:20 | |
| strauss(1) 2:11 | |
| streams(1) 41:13 | |
| street(4) 1:17 1:52 2:7 2:34 | |
| strength(1) 71:11 | |
| strengths(1) 63:22 | |
| stress(1) 117:13 | |
| stressful(1) 16:19 | |
| strict(1) 145:23 | |
| strictly(2) 83:19 146:16 | |
| strived(1) 71:9 | |
| strong(2) 30:8 123:13 | |
| stronger(1) 146:14 | |
| strongest(2) 145:17 146:4 | |
| strongly(3) 21:24 22:3 63:4 | |
| structure(1) 79:6 | |
| studied(1) 61:3 | |
| stuff(2) 75:6 151:17 | |
| stutts(5) 59:19 70:15 70:16 70:23 71:3 79:19 79:23 | |
| sub(1) 69:15 | |
| subcontractor(1) 90:21 | |
| subgroups(2) 71:12 71:16 | |
| subject(5) 40:5 50:23 74:20 83:6 131:23 | |
| submissions(4) 12:9 21:20 175:20 196:18 | |
| submit(2) 12:15 205:4 | |
| submitted(3) 28:2 29:19 41:4 | |
| submitting(1) 48:5 | |
| subsection(1) 145:12 | |
| substance(1) 91:17 | |
| substantial(11) 20:19 22:8 24:13 28:10 28:18 31:10 37:2 61:25 108:20 116:20 118:5 | |
| substantive(1) 21:4 | |
| subtract(1) 153:7 | |
| success(2) 21:17 21:23 | |
| successful(3) 145:21 156:3 177:1 | |
| successfully(2) 172:2 192:25 | |
| successor(4) 7:12 8:4 8:16 9:10 | |
| succinctly(2) 168:3 189:1 | |
| such(15) 15:1 15:1 38:3 38:11 40:10 41:25 47:13 67:7 89:11 126:2 144:18 148:1 162:8 183:6 208:11 | |
| sudden(2) 157:13 178:11 | |
| sued(1) 10:18 | |
| suffer(1) 95:11 | |
| suffering(1) 64:5 | |
| sufficient(4) 135:11 157:5 178:3 201:18 | |
| suggest(2) 52:7 134:22 | |
| suggested(2) 164:6 185:4 | |
| suggests(2) 97:12 125:12 | |
| sum(10) 160:7 164:22 165:11 166:17 170:22 181:5 185:20 186:9 187:15 191:20 | |
| summary(1) 97:7 | |
| superior(2) 69:19 145:12 | |
| supervised(1) 96:10 | |
| supervising(1) 84:2 | |
| supplemental(4) 76:19 77:6 77:19 89:11 | |
| supplementary(1) 142:9 | |
| support(15) 16:25 16:25 17:5 24:13 38:17 49:12 71:7 72:9 80:13 170:4 173:23 174:16 191:2 194:21 195:17 | |
| supported(3) 29:3 71:8 105:14 | |
| supports(2) 28:4 87:16 | |

| Word | Page:Line |
|------|-----------|
| supposed(5) 63:14 104:18 132:12 158:5 179:3 | |
| sure(62) 11:22 33:3 44:16 51:16 54:20 59:14 60:11 60:18 65:8 68:17 69:4 69:5 73:9 76:22 77:1 83:16 85:18 86:21 89:24 96:3 99:15 99:24 101:14 107:23 119:13 131:15 131:25 134:6 134:8 135:18 148:6 152:3 154:17 155:13 158:10 159:2 162:15 162:24 163:21 166:6 170:6 171:21 172:5 173:3 173:25 174:4 179:8 179:25 183:13 183:22 184:19 187:4 191:4 192:19 193:3 194:1 194:23 195:2 202:16 207:22 208:13 208:19 | |
| surface(1) 204:22 | |
| surprises(1) 88:5 | |
| sustain(2) 8:21 54:7 | |
| sustaining(1) 22:13 | |
| sutty(14) 57:17 86:5 86:20 87:6 88:9 88:11 88:12 88:12 88:15 89:5 91:2 92:4 201:25 202:1 | |
| switching(1) 199:13 | |
| swoop(1) 21:15 | |
| sworn(2) 88:1 88:2 | |
| system(1) 126:17 | |
| table(7) 18:6 57:16 74:15 74:17 75:18 96:12 145:20 | |
| tables(4) 158:21 158:23 179:19 179:21 | |
| take(58) 6:15 12:19 16:1 17:19 26:15 40:1 48:3 67:9 76:12 77:7 84:19 84:20 85:4 98:23 98:23 100:6 106:2 110:12 110:20 112:3 112:10 112:12 112:21 117:4 117:17 118:8 119:22 119:25 120:1 120:6 120:7 121:6 125:5 126:8 127:17 129:25 133:3 133:13 133:18 134:16 134:17 135:13 137:18 140:24 143:23 148:24 149:22 150:3 150:16 164:18 170:22 176:10 185:16 191:20 197:8 199:10 205:5 207:12 | |
| taken(12) 24:24 40:15 40:25 81:5 82:15 101:17 156:8 170:21 170:24 177:6 191:19 191:22 | |
| takes(1) 120:12 134:10 | |
| taking(24) 19:7 43:1 43:23 82:24 87:6 90:1 118:3 144:25 145:5 150:22 165:16 165:16 165:19 166:18 166:18 167:12 171:1 186:14 186:14 186:17 187:16 187:16 188:10 191:24 | |
| talk(9) 29:18 71:21 74:11 87:4 106:18 126:6 136:11 162:10 183:8 | |
| talked(2) 46:14 149:17 | |
| talking(9) 29:17 61:1 121:17 123:22 142:6 149:21 161:9 182:7 199:14 | |
| tammy(1) 209:8 | |
| tara(1) 4:7 | |
| target(2) 156:17 177:15 | |
| tarris(1) 116:24 | |
| tax(23) 43:22 47:22 47:24 48:3 48:5 48:12 60:17 75:9 76:11 78:6 111:10 148:25 149:2 149:5 149:13 149:18 150:2 150:9 151:5 151:7 198:13 200:11 201:17 | |
| taxes(3) 149:6 199:25 201:13 | |
| team(4) 49:25 55:24 87:2 90:23 | |
| technical(1) 82:21 | |
| tedious(1) 147:14 | |
| telephone(10) 7:15 34:20 52:13 54:6 85:3 85:3 140:23 208:1 208:9 208:10 | |
| telephonic(3) 3:29 63:6 | |
| tell(8) 34:21 44:5 56:20 100:7 120:18 128:15 129:3 202:17 | |
| telling(2) 20:23 118:10 | |
| tells(1) 87:7 | |
| temporary(1) 79:7 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **ten**(11) 58:7 58:17 58:18 67:6 84:20 100:20 117:15 119:22 176:10 197:8 202:17 | | **that**(301) 6:15 6:16 6:17 6:20 6:22 6:25 9:18 9:23 9:24 9:24 10:14 10:15 10:20 11:1 11:3 11:5 11:10 11:13 11:16 11:20 12:14 13:8 13:21 14:1 14:3 14:15 14:21 16:6 16:8 16:10 16:10 16:11 16:12 16:16 15:7 15:13 15:14 15:16 15:18 16:2 16:4 16:21 17:1 17:2 17:3 17:4 17:8 17:14 17:21 18:13 18:18 18:21 18:22 18:23 18:54 19:2 19:5 19:7 19:10 19:12 19:14 19:16 19:17 19:20 19:21 19:22 19:23 20:11 20:12 20:22 20:25 21:1 21:5 21:8 21:12 21:16 21:19 21:22 21:24 22:2 22:2 22:3 22:5 22:7 22:10 22:10 23:1 23:5 23:6 23:14 23:15 23:16 23:19 23:23 24:1 24:16 24:18 24:19 24:19 24:20 24:22 24:25 25:8 25:9 25:13 25:22 25:23 26:9 26:22 26:23 27:2 27:6 27:9 27:21 28:8 28:9 28:11 28:12 28:12 28:13 28:14 28:16 28:17 29:3 29:3 29:7 29:9 29:15 29:18 29:20 29:22 29:23 29:24 30:1 30:2 30:4 30:5 30:14 30:15 30:15 30:17 30:20 30:22 30:22 30:23 30:25 31:1 31:3 31:4 31:4 31:5 31:7 31:12 31:16 31:19 31:21 31:21 31:22 31:23 31:24 32:1 32:2 32:4 32:10 32:11 32:18 32:20 32:25 33:3 33:3 33:9 33:10 33:14 33:17 33:17 33:18 33:20 34:3 34:7 34:8 34:11 34:13 34:15 34:16 34:16 34:21 34:22 34:22 35:3 35:5 35:13 35:18 35:18 35:22 35:23 35:23 35:24 36:7 36:3 36:6 36:11 36:13 36:15 37:7 37:8 37:8 37:11 37:12 37:13 37:16 37:18 37:20 37:23 37:24 38:2 38:3 38:6 38:9 38:10 38:14 38:18 38:22 39:4 39:7 39:9 39:12 39:16 39:19 39:21 39:23 40:1 40:1 40:4 40:8 40:9 40:9 40:10 40:13 40:15 40:18 41:1 41:10 41:12 41:15 41:16 41:16 41:19 41:21 41:23 41:23 41:25 42:3 42:6 42:6 42:7 42:8 42:10 42:18 42:19 43:1 43:15 43:16 43:19 43:21 43:24 44:4 44:7 44:12 44:20 44:21 45:5 45:16 45:17 45:22 45:25 46:1 46:1 46:3 46:5 46:5 46:5 46:12 46:14 46:15 46:18 46:19 46:25 47:5 47:10 47:12 | | **that**(301) 47:12 47:13 47:15 47:16 47:19 47:21 47:22 47:25 48:3 48:9 48:15 48:22 49:6 49:16 49:16 49:25 50:3 50:15 50:23 50:25 51:9 51:11 51:14 51:25 52:2 52:7 52:8 52:9 52:23 52:25 53:6 53:7 53:8 53:13 54:8 55:11 55:17 55:19 55:21 55:24 56:6 56:12 56:12 56:16 56:20 56:22 56:22 56:24 57:11 58:5 58:7 58:17 58:21 58:24 59:19 60:10 60:11 60:18 60:18 60:19 60:21 60:25 61:1 61:3 61:6 61:9 61:16 61:17 61:22 61:25 62:3 62:7 62:12 62:13 62:23 63:5 63:14 63:22 63:23 63:24 63:23 64:3 64:9 64:13 64:15 64:16 64:18 64:18 64:20 65:7 65:10 65:11 65:15 65:15 65:22 65:22 65:22 66:1 66:4 66:6 66:9 66:9 66:10 66:12 66:14 66:18 66:20 66:23 67:1 67:3 67:4 67:5 67:7 67:10 67:13 67:17 67:20 67:24 68:9 68:11 68:13 68:11 68:19 68:24 68:24 68:25 69:2 69:2 69:5 69:9 69:9 69:13 69:13 69:18 70:2 70:5 70:9 70:14 70:18 70:24 71:4 71:4 71:6 71:23 71:25 72:2 72:9 72:15 73:1 73:9 73:9 73:12 73:14 73:16 73:18 73:20 73:22 73:25 74:1 74:3 74:6 74:9 74:9 74:11 74:14 74:17 75:7 75:7 75:8 75:17 75:17 75:18 75:18 75:25 76:4 76:7 76:11 76:13 76:15 76:17 76:18 76:19 77:3 77:3 77:5 77:9 77:9 77:11 77:16 77:17 77:18 77:19 77:20 77:25 78:5 78:8 78:13 78:13 78:17 78:23 78:25 78:25 79:10 79:14 79:14 80:11 80:13 81:6 82:4 82:17 83:3 83:5 83:11 83:17 83:18 83:21 83:22 83:24 84:3 84:4 84:5 84:8 84:9 85:1 86:3 86:6 86:7 86:8 86:17 87:2 87:5 87:6 87:7 87:12 88:12 88:23 89:9 89:19 90:3 90:11 90:14 90:23 92:4 92:24 93:3 93:8 93:10 93:16 94:1 94:3 94:13 94:14 94:16 94:21 95:1 95:2 95:4 95:11 95:19 95:23 95:23 96:1 96:2 96:5 96:11 96:25 97:2 97:6 97:8 97:11 97:12 97:18 97:19 97:20 97:21 98:2 98:3 98:10 98:12 98:16 99:3 99:4 99:7 99:9 99:17 99:19 99:20 99:23 100:25 101:12 101:15 101:16 101:17 101:25 102:5 102:7 102:7 102:18 | | **that**(301) 102:19 102:20 102:23 102:25 103:20 103:22 103:24 104:1 104:3 104:14 104:19 105:1 105:5 105:7 105:9 105:11 105:13 105:14 105:14 105:16 105:17 106:8 106:8 106:10 106:14 106:19 106:23 107:1 107:4 107:5 107:12 107:12 107:13 107:19 108:4 108:10 108:17 108:20 109:2 109:8 109:9 109:10 109:11 109:14 109:18 109:22 109:23 109:25 110:7 110:8 110:9 110:11 110:13 110:24 111:4 111:14 111:15 111:17 111:17 111:19 111:21 111:22 111:24 111:25 112:2 112:4 112:8 112:9 112:10 112:11 112:13 112:14 112:15 112:19 112:20 112:20 112:21 113:10 113:25 114:6 114:10 114:18 114:19 114:23 114:24 115:1 115:3 115:5 115:6 115:7 115:24 115:24 116:1 116:5 116:21 116:25 116:25 117:7 117:15 117:18 118:6 118:17 119:3 119:9 119:12 119:15 119:16 119:17 119:19 119:21 119:23 120:6 120:10 120:12 120:16 120:18 120:25 120:25 121:3 121:6 121:7 121:9 121:16 121:18 121:20 122:2 122:2 122:4 122:5 122:7 122:17 122:18 122:19 122:20 122:22 123:2 123:10 123:12 123:16 123:18 123:18 123:21 123:22 123:23 124:6 124:7 124:17 124:23 124:23 124:25 125:2 125:2 125:3 125:5 125:5 125:6 125:7 125:7 125:9 125:9 125:10 125:12 125:13 125:16 125:18 125:21 126:1 126:2 126:5 126:8 126:11 126:12 126:14 126:17 126:19 126:20 126:22 126:23 126:23 126:25 126:25 127:2 127:3 127:13 127:18 127:23 127:23 128:5 128:6 128:7 128:10 128:11 128:11 128:11 128:12 128:15 128:16 128:19 128:19 128:20 128:20 128:20 128:23 129:6 129:8 129:9 129:10 129:13 129:15 129:16 129:22 129:22 129:23 130:4 130:11 130:12 130:16 130:17 130:18 130:18 130:19 131:6 131:9 131:11 131:13 131:13 131:17 131:18 131:19 131:23 131:23 131:24 132:1 132:2 132:3 132:6 132:11 132:13 132:2 133:3 133:4 133:5 133:5 133:6 133:6 133:9 134:17 134:20 134:22 135:8 135:11 135:11 135:13 135:19 135:20 136:2 136:4 136:16 137:21 138:12 138:13 138:24 140:11 140:15 141:13 141:16 141:19 142:8 142:14 142:21 142:21 143:2 143:4 143:13 143:13 143:15 143:20 143:22 143:25 144:1 144:3 144:4 144:10 144:22 145:11 145:11 145:16 145:19 145:20 145:21 145:22 145:24 146:3 146:3 |
| **tent**(4) 164:3 164:3 185:1 185:1 | | | | | | | |
| **tentatively**(2) 93:1 98:7 | | | | | | | |
| **term**(11) 1:13 3:22 14:8 20:11 33:25 43:14 118:7 127:20 130:10 153:13 208:5 | | | | | | | |
| **terminate**(18) 15:12 20:13 21:25 23:21 24:3 29:2 35:19 36:1 36:7 36:13 63:2 71:24 94:7 138:16 142:21 142:25 146:7 208:1 | | | | | | | |
| **terminated**(8) 22:5 27:10 27:11 126:24 142:3 142:4 143:4 143:5 | | | | | | | |
| **terminating**(3) 23:21 27:2 97:23 | | | | | | | |
| **termination**(27) 13:12 14:6 15:1 15:12 15:14 15:20 19:24 20:12 20:20 22:4 26:24 28:24 30:7 35:7 35:16 35:18 61:4 77:12 103:22 103:24 115:19 116:3 121:9 133:9 146:1 149:3 151:18 | | | | | | | |
| **terms**(35) 22:12 23:14 24:2 24:8 24:12 26:23 29:17 29:18 35:5 35:23 37:17 38:5 44:25 45:16 45:21 46:14 53:15 55:18 59:6 63:11 65:21 68:10 68:18 74:11 76:10 95:21 98:7 99:20 119:15 123:20 128:8 130:11 143:6 146:17 204:16 | | | | | | | |
| **test**(1) 21:8 | | | | | | | |
| **testament**(2) 172:20 193:18 | | | | | | | |
| **tested**(2) 72:24 73:8 | | | | | | | |
| **testified**(4) 71:4 72:15 73:12 73:20 | | | | | | | |
| **testifies**(1) 70:23 | | | | | | | |
| **testimony**(5) 63:13 67:13 86:17 87:14 146:13 | | | | | | | |
| **texan**(1) 147:10 | | | | | | | |
| **texas**(6) 9:17 9:17 10:17 10:19 10:24 | | | | | | | |
| **than**(32) 16:14 16:18 19:15 21:22 23:5 26:16 27:22 29:17 39:4 49:24 68:9 73:14 86:13 86:18 103:8 108:5 120:20 127:15 128:7 141:22 144:5 145:1 153:6 161:20 168:7 168:8 172:18 182:18 189:5 189:6 193:16 203:11 | | | | | | | |
| **thank**(146) 6:4 7:1 7:2 10:1 10:3 10:7 10:8 11:7 11:9 11:23 11:23 11:25 12:3 12:14 12:14 14:2 17:8 17:15 18:2 44:17 44:18 44:18 49:22 49:23 50:2 50:6 50:6 50:7 50:10 52:12 52:21 54:11 54:12 54:15 54:16 55:7 55:23 56:1 77:23 79:16 80:1 85:2 85:5 85:6 85:9 86:25 88:3 88:9 91:10 91:22 92:4 92:5 92:7 92:8 92:9 92:14 92:14 98:18 98:20 99:12 99:13 99:14 100:4 100:8 100:24 102:3 102:5 102:6 118:17 118:18 118:18 118:23 118:23 132:8 132:20 134:12 139:3 139:4 139:6 139:9 140:11 147:1 147:12 147:12 160:1 160:2 162:14 163:21 167:1 167:3 169:13 169:14 169:19 171:4 171:5 173:20 174:5 175:3 175:8 175:13 175:13 175:22 175:24 176:1 176:3 176:4 176:5 176:11 176:12 176:19 180:24 180:25 183:12 184:19 187:24 188:1 190:11 190:12 190:17 192:2 192:3 194:18 195:3 196:1 196:6 196:11 196:11 196:20 196:22 196:24 197:1 197:2 197:3 197:9 197:10 197:17 197:21 200:18 202:3 202:7 202:10 202:11 207:20 208:8 208:9 208:24 | | | | | | | |
| **thankful**(2) 17:25 148:1 | | | | | | | |
| **thanking**(3) 56:7 175:23 196:21 | | | | | | | |
| **thanks**(2) 55:9 56:10 57:2 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **that(301)** | 146:4 146:4 146:8 146:15 146:18 146:22 146:24 147:23 148:1 148:2 148:4 148:10 148:11 148:11 148:13 148:18 148:18 149:2 149:2 149:3 149:4 149:5 149:5 149:6 149:7 149:8 149:12 149:13 149:13 149:17 149:18 149:20 149:22 149:25 150:2 150:2 150:6 150:8 150:9 150:16 150:16 150:17 150:20 150:25 151:1 152:2 152:6 152:16 152:25 153:5 153:7 153:9 153:14 153:18 153:21 154:2 154:7 154:8 154:11 154:11 154:13 154:18 155:1 155:9 155:13 155:19 155:21 155:25 156:5 156:9 156:9 156:18 156:18 157:10 157:10 157:15 157:18 157:22 157:24 158:2 158:2 158:5 158:20 158:21 159:2 159:6 159:11 159:14 159:21 159:23 159:23 159:24 160:14 160:20 160:25 161:2 161:2 161:4 161:4 161:8 161:11 161:19 161:20 161:24 162:2 162:2 162:5 162:11 162:11 163:11 163:23 163:24 164:1 164:3 164:3 164:4 164:6 164:6 164:8 164:10 164:15 164:16 164:18 164:19 164:21 164:24 164:25 165:12 165:22 166:2 166:6 166:6 166:7 166:10 166:11 166:12 167:2 167:6 167:8 167:10 167:13 167:14 167:21 168:16 168:17 168:22 168:23 169:2 169:3 169:6 169:11 169:12 169:16 169:20 169:20 170:17 170:18 170:21 170:22 170:24 170:25 171:8 171:8 171:10 171:16 171:23 172:4 172:5 172:5 172:7 172:9 172:15 172:22 172:24 173:1 173:2 173:3 173:3 173:6 173:14 173:17 173:19 174:9 174:12 174:14 174:23 174:25 174:25 175:6 175:8 175:20 176:15 176:18 176:23 177:3 177:7 177:7 177:16 177:16 178:8 178:8 178:13 178:16 178:20 178:22 178:25 178:25 179:1 179:18 179:19 179:25 180:4 180:9 180:12 180:19 180:21 180:21 180:22 181:12 181:18 181:23 181:25 181:25 182:2 182:2 182:6 182:9 182:17 182:18 182:22 182:25 182:25 183:3 183:9 183:9 184:9 184:21 184:22 184:24 185:1 185:1 185:2 185:4 185:4 185:6 185:8 185:13 185:14 185:16 185:17 185:19 185:22 185:23 185:25 186:10 186:20 186:25 187:4 187:4 187:5 187:8 187:9 187:10 187:25 188:4 188:6 188:8 188:11 188:12 188:19 189:14 189:1 189:20 189:21 189:25 190:1 190:4 190:9 190:10 190:14 190:18 190:19 191:7 191:15 191:16 191:19 191:20 191:22 191:23 192:6 192:6 192:8 192:14 192:21 193:2 193:3 193:3 193:5 193:7 | **that's(98)** | 6:8 6:19 7:20 15:14 19:8 20:8 26:2 26:19 27:24 28:3 29:7 30:5 30:20 30:24 31:7 32:15 32:25 33:1 34:12 36:16 42:14 43:5 43:6 43:21 44:6 44:13 45:7 46:11 48:20 65:13 68:9 71:7 71:8 73:15 75:11 75:15 75:20 78:23 86:3 86:12 88:8 91:21 93:5 93:21 93:23 95:8 95:9 139:23 145:19 147:2 149:7 149:24 149:25 152:21 153:15 154:15 155:6 155:8 155:12 155:16 156:13 157:7 159:5 160:16 162:3 165:22 166:9 166:10 169:1 170:24 172:11 172:19 172:21 173:5 173:7 173:9 174:11 175:8 176:14 177:9 178:5 180:3 181:14 183:1 186:20 187:7 187:8 189:24 191:22 193:9 193:17 193:19 194:3 194:5 194:17 195:9 196:6 197:12 | **the(301)** | 22:14 22:18 22:19 22:20 22:20 22:21 22:24 23:2 23:3 23:3 23:6 23:6 23:7 23:9 23:9 23:11 23:11 23:14 23:15 23:16 23:16 23:18 23:22 23:22 23:23 23:24 23:24 24:2 24:2 24:7 24:8 24:10 24:12 24:14 24:15 24:16 24:17 24:18 24:21 24:25 24:25 25:1 25:1 25:2 25:2 25:2 25:2 25:5 25:6 25:6 25:6 25:7 25:7 25:8 25:10 25:10 25:11 25:12 25:13 25:14 25:14 25:16 25:16 25:16 25:17 25:18 25:19 25:19 25:20 25:21 25:24 25:25 25:25 26:1 26:3 26:3 26:3 26:4 26:6 26:12 26:13 26:14 26:15 26:16 26:19 26:20 26:22 26:22 26:23 26:24 26:24 26:24 26:24 26:25 26:25 27:1 27:3 27:3 27:5 27:6 27:8 27:8 27:9 27:10 27:11 27:12 27:13 27:14 27:14 27:15 27:16 27:17 27:18 27:19 27:20 27:21 27:21 27:23 27:24 28:1 28:2 28:3 28:4 28:5 28:5 28:6 28:7 28:8 28:10 28:13 28:15 28:18 28:22 28:22 28:23 28:24 28:24 28:25 29:4 29:7 29:9 29:11 29:15 29:21 29:22 29:24 29:24 29:25 30:1 30:1 30:2 30:5 30:5 30:7 30:8 30:10 30:11 30:11 30:12 30:12 30:13 30:14 30:15 30:18 30:19 30:20 30:20 30:23 30:24 31:1 31:4 31:5 31:8 31:12 31:15 31:17 31:20 31:21 31:23 31:24 32:3 32:4 32:9 32:13 32:14 32:16 32:18 32:19 32:20 32:23 32:24 33:1 33:3 33:3 33:7 33:9 33:10 33:12 33:14 33:15 33:18 33:19 33:21 34:1 34:2 34:6 34:8 34:8 34:13 34:15 34:18 34:19 34:20 34:20 34:21 34:22 34:23 34:24 35:1 35:6 35:9 35:9 35:10 35:11 35:14 35:15 35:15 35:16 35:18 35:19 35:25 36:1 36:1 36:2 36:3 36:4 36:6 36:6 36:7 36:8 36:10 37:1 37:1 37:4 37:7 37:4 37:7 37:9 37:10 37:12 37:14 37:15 37:16 37:19 37:21 37:23 38:3 38:7 38:8 38:9 38:10 38:10 38:12 38:12 38:14 38:15 38:16 38:17 38:21 38:21 38:21 38:23 38:25 38:24 39:1 39:2 39:6 39:7 39:9 39:9 39:11 39:11 39:12 39:14 39:17 39:17 39:20 39:21 39:22 39:25 39:25 40:1 40:3 40:3 40:4 40:5 | **the(301)** | 40:6 40:7 40:7 40:12 40:15 40:16 40:17 40:17 40:17 40:21 40:23 40:24 41:3 41:6 41:8 41:8 41:8 41:8 41:10 41:11 41:12 41:13 41:14 41:18 41:18 41:20 41:21 41:22 41:23 41:23 41:24 41:24 42:5 42:5 42:6 42:8 42:13 42:15 42:21 42:23 42:23 42:25 43:1 43:3 43:5 43:7 43:10 43:12 43:13 43:15 43:17 43:18 43:19 43:20 43:23 43:23 43:24 44:1 44:2 44:3 44:3 44:7 44:8 44:8 44:11 44:16 44:18 44:22 44:22 44:23 45:1 45:2 45:3 45:4 45:5 45:7 45:9 45:10 45:12 45:13 45:15 45:16 45:18 45:19 45:19 45:20 45:20 45:21 45:21 45:22 46:2 46:3 46:3 46:4 46:5 46:7 46:10 46:13 46:13 46:16 46:16 46:17 46:18 46:19 46:21 46:22 46:22 46:25 46:25 47:2 47:4 47:6 47:7 47:16 47:24 48:1 48:3 48:8 48:10 48:14 48:15 48:16 48:17 48:17 48:18 48:18 48:19 48:21 48:22 48:22 48:25 48:25 49:5 49:7 49:9 49:11 49:14 49:17 49:19 49:20 49:21 49:24 49:24 49:25 50:2 50:4 50:4 50:6 50:8 50:11 50:12 50:13 50:15 50:16 50:17 50:23 50:24 51:1 51:2 51:3 51:4 51:8 51:15 51:18 51:21 51:25 52:1 52:1 52:2 52:3 52:4 52:4 52:5 52:7 52:9 52:9 52:10 52:12 52:13 52:14 52:15 52:16 52:19 52:22 52:24 52:25 53:2 53:3 53:5 53:8 53:8 53:9 53:9 53:10 53:11 53:12 53:13 53:15 53:15 53:16 53:21 53:22 53:23 53:24 54:2 54:3 54:5 54:6 54:7 54:8 54:12 54:13 54:14 54:15 54:17 54:22 54:24 54:25 55:3 55:6 55:7 55:8 55:10 55:11 55:12 55:14 55:17 55:17 55:18 55:22 55:24 56:2 56:3 56:3 56:6 56:10 56:13 56:14 56:15 56:20 57:3 57:7 57:8 57:8 57:16 57:16 57:18 57:24 58:8 58:8 58:11 58:14 58:15 58:17 58:18 58:19 58:21 58:22 58:23 59:1 59:6 59:7 59:9 59:12 59:12 59:13 59:19 59:20 59:20 59:21 59:23 59:24 60:1 60:1 60:4 60:5 60:7 60:8 60:9 60:10 60:11 60:14 60:16 60:22 61:1 61:4 61:5 61:6 61:6 61:9 61:10 61:11 61:12 61:13 61:13 61:14 61:21 62:3 62:4 62:5 62:12 62:14 |
| | | **that's(39)** | 96:7 98:5 98:16 104:16 107:14 108:17 111:10 112:10 112:13 112:25 113:2 114:20 115:13 118:12 118:14 120:8 122:2 122:6 125:15 125:23 127:19 130:11 131:4 132:13 132:14 135:5 135:13 136:25 137:25 139:1 198:16 198:25 199:1 201:21 205:11 205:11 206:19 206:25 207:1 | | | | |
| | | **the(301)** | 1:1 1:2 1:30 2:4 2:31 6:2 6:3 6:6 6:7 6:10 6:12 6:14 6:16 6:19 6:22 6:23 6:24 7:1 7:3 7:5 7:8 7:9 7:12 7:13 7:13 7:14 7:14 7:16 7:17 7:20 7:21 7:25 8:1 8:5 8:7 8:9 8:10 8:12 8:12 8:15 8:16 8:16 8:18 8:19 8:20 8:23 8:23 8:24 8:25 9:1 9:3 9:4 9:7 9:11 9:12 9:14 9:15 9:22 9:22 10:1 10:4 10:8 10:9 10:9 10:10 10:11 10:17 10:18 10:19 10:20 10:22 10:23 11:1 11:6 11:9 11:10 11:12 11:14 11:15 11:15 11:19 11:19 11:21 11:21 11:23 12:1 12:4 12:7 12:8 12:8 12:12 12:14 12:17 12:18 13:7 13:8 13:9 13:11 13:4 13:6 13:6 13:7 13:7 13:8 13:9 13:10 13:11 13:11 13:12 13:12 13:12 13:13 13:14 13:14 13:15 13:17 13:18 13:20 13:21 13:22 13:24 14:3 14:5 14:5 14:5 14:6 14:7 14:7 14:7 14:10 14:11 14:12 14:14 14:14 14:14 14:18 14:19 14:20 14:22 14:24 14:25 15:1 15:2 15:3 15:5 15:7 15:7 15:7 15:8 15:9 15:10 15:11 15:11 15:12 15:12 15:13 15:14 15:15 15:18 15:19 15:19 15:20 15:20 15:22 15:22 15:23 15:24 15:25 16:1 16:3 16:4 16:4 16:5 16:6 16:8 16:10 16:15 16:19 16:20 16:21 17:3 17:5 17:5 17:7 17:8 17:14 17:15 17:16 17:16 17:19 17:19 17:20 17:22 18:2 18:3 18:4 18:6 18:6 18:10 18:13 18:14 18:16 18:18 18:20 18:23 18:23 18:24 18:24 18:25 19:5 19:6 19:7 19:9 19:11 19:11 19:13 19:13 19:14 19:15 19:15 19:16 19:17 19:18 19:24 19:24 20:1 20:2 20:2 20:3 20:3 20:4 20:5 20:6 20:8 20:9 20:9 20:9 20:13 20:13 20:14 20:14 20:17 20:19 20:20 20:21 20:23 21:3 21:4 21:5 21:6 21:6 21:7 21:8 21:9 21:9 21:10 21:11 21:12 21:13 21:15 21:16 21:17 21:17 21:18 21:19 21:19 21:19 21:20 21:21 21:21 21:23 21:23 21:25 22:1 22:1 22:3 22:4 22:4 22:5 22:6 22:6 22:8 22:9 22:10 22:11 22:12 22:13 22:13 22:14 | | | | |
| **that(70)** | 193:13 193:20 193:22 193:24 193:25 194:1 194:1 194:4 194:12 194:15 194:17 195:7 195:10 195:12 195:21 195:22 195:23 196:4 196:6 196:18 197:13 197:16 198:9 198:10 198:12 198:20 198:22 198:22 199:2 199:21 199:25 200:1 200:5 200:8 200:9 200:10 200:12 200:13 200:20 200:22 201:2 201:17 201:19 201:23 202:1 202:4 202:16 203:3 203:20 204:10 204:12 204:1 204:20 204:21 205:1 205:3 205:10 206:3 206:4 206:10 206:18 206:21 206:24 207:2 207:6 207:13 208:13 208:19 208:21 209:3 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the**(301) 62:17 62:19 62:22 62:25 63:1 63:7 63:7 63:9 63:17 63:18 63:19 63:20 63:20 63:21 63:22 63:23 63:23 63:23 64: 64:14 64:15 64:17 64:18 64:20 64:22 64:23 65:1 65:3 65:5 65:6 65:12 65:13 65:14 65:19 65:20 65:21 65:22 65:23 65:24 65:24 66:1 66:7 66:9 66:12 66:15 66:16 66:17 66:19 66:21 66:24 66:25 67: 67:16 67:17 67:20 67:23 67:24 67:24 68: 68:4 68:7 68:10 68:10 68:11 68:14 68:15 68:16 68:17 68:20 68:21 68:21 68:24 68:24 68:25 68:25 69:4 69:6 69:11 69:15 69:22 70:1 70:1 70:3 70:3 70:4 70:4 70:7 70:9 70:10 70:10 70:12 70:15 70:19 70:24 70:25 71:4 71:5 71:7 71:8 71:11 71:11 71:12 71:15 71:16 71:17 71:18 71:19 71:21 71:21 71:22 71:22 71:23 71:23 72:1 72:1 72:3 72:4 72:4 72:5 72:7 72:8 72:9 72:11 72:11 72:12 72:13 72:15 72:18 72:18 72:19 72:19 72:20 72:20 72:21 72:22 72:23 72:25 72:25 73:4 73:4 73:5 73:8 73:15 73:17 73:20 73:21 74:1 74:4 74:6 74:9 74:11 74:12 74:12 74:14 74:16 74:19 74:20 74:20 74:24 75:3 75:4 75:6 75:6 75:7 75:9 75:10 75:13 75:14 75:18 75:19 75:20 75:22 76:4 76:6 76:7 76:7 76:8 76:12 76:12 76:15 76:17 76:24 76:26 77: 77:3 77:4 77:4 77:5 77:6 77:7 77:7 77:8 77:10 77:11 77:12 77:18 77:20 77:22 77:24 78:1 78:3 78:5 78:6 78:7 78:12 78:16 78:19 78:20 78:24 78:25 79: 79:3 79:3 79:6 79:8 79:10 79:12 79:13 79:14 79:15 79:16 79:19 79:19 79:22 79:22 79:25 80:1 80:3 80:7 80:10 80:10 80:14 80:15 80:16 80:19 80:22 80:24 80:24 81:1 81:5 81:6 81:6 81:6 81:10 81:12 81:17 81:22 81:24 82:1 82:6 82:9 82:13 82:14 82:17 82:21 82:25 83:3 83:4 83:5 83:5 83:7 83:11 83:12 83:16 83:18 83:19 83:20 83:21 83:22 84:2 84:3 84:4 84:6 84:12 84:13 84:14 84:14 84:15 84:17 84:20 84:24 84:25 84:25 85:1 85:2 85:3 85:3 85:6 85:8 85:9 85:15 85:17 85:19 85:20 85:23 86:1 86:4 86:7

**the**(301) 86:10 86:10 86:12 86:21 86:21 86:22 86:24 87:2 87:3 87:6 87:9 87:12 87:15 87:19 87:21 87:22 87:25 88:3 88:5 88:7 88:10 88:12 88:13 88:18 88:19 88:21 89:10 89:14 89:15 89:20 90:9 90:9 90:17 90:18 90:19 90:23 90:24 90:25 90:25 91:3 91:7 91:10 91:12 91:15 91:17 91:19 91:19 91:22 92:3 92:6 92:8 92:10 92:11 92:14 92:16 92:18 92:21 92:23 92:25 93:1 93:2 93:3 93:3 93:5 93:7 93:7 93:11 93:11 93:13 93:14 93:15 93:21 93:24 93:25 94: 94:3 94:5 94:6 94:7 94:8 94:9 94:10 94:11 94:11 94:12 94:14 94:14 94:16 94:17 94:17 94:18 94:19 94:20 94:22 94:25 95:1 95:1 95:1 95:2 95:3 95:3 95:4 95:6 95:10 95:10 95:15 95:19 95:20 95:22 95:23 95:25 96:1 96:3 96:4 96:7 96:9 96:10 96:11 96:12 96:13 96:17 96:19 96:23 96:24 97:1 97:3 97:6 97:6 97:6 97:9 97:13 97:13 97:14 97:16 97:18 97:18 97:22 97:22 97:23 97:23 97:25 98: 98:2 98:2 98:4 98:4 98:8 98:9 98:9 98:11 98:13 98:13 98:14 98:15 98:18 98:21 98:21 99:2 99:4 99:5 99:6 99:10 99:13 99:17 99:17 99:19 99:19 99:21 99:23 100:1 100:2 100:3 100:6 100:13 100:16 100:22 101:1 101:1 101:3 101:5 101:5 101:6 101:7 101:7 101:8 101:17 101:17 101:18 101:19 101:21 101:21 101:22 101:22 101:25 102:2 102:4 102:7 102:8 102:9 102:10 102:12 102:13 102:16 102:17 102:17 102:19 102:20 102:24 103:1 103:2 103:2 103:3 103:4 103:8 103:11 103:11 103:12 103:16 103:16 103:18 103:18 103:19 103:20 103:21 103:23 103:23 103:24 104:1 104:2 104:3 104:4 104:5 104:5 104:6 104:8 104:10 104:11 104:12 104:13 104:13 104:14 104:15 104:19 104:20 104:22 104:23 104:23 104:24 104:25 105:1 105:2 105:5 105:7 105:9 105:10 105:11 105:11 105:12 105:13 105:18 105:18 105:19 105:20 105:22 105:22 105:23 105:24 105:25 106: 106:3 106:3 106:4 106:5 106:6 106:8 106:8 106:9 106:11 106:12 106:13 106:15 106:15 106:17 106:17 106:18 106:20 106:21 106:22 107:1 107:1 107:2 107:6 107:8 107:9 107:9 107:10 107:11 107:15

**the**(301) 107:16 107:17 107:20 107:21 107:23 108:4 108:7 108:9 108:9 108:11 108:15 108:16 108:18 108:20 108:21 108:23 108:24 108:24 109:1 109:3 109:5 109:13 109:16 109:17 109:19 109:19 109:22 109:22 109:24 109:24 110:2 110:3 110:5 110:9 110:9 110:13 110:13 110:15 110:19 110:19 110:21 110:21 110:22 111:3 111:3 111:4 111:6 111:9 111:10 111:12 111:17 111:17 111:18 111:19 111:22 111:24 111:25 111:25 112:2 112:2 112:5 112:6 112:7 112:9 112:16 112:17 112:18 112:19 112:21 112:22 112:23 112:25 113: 113:1 113:2 113:5 113:7 113:7 113:11 113:12 113:13 113:14 113:19 113:22 113:25 114:1 114:12 114:13 114:15 114:17 114:22 115:3 115:5 115:6 115:7 115:15 115:11 115:15 115:16 115:17 115:15 115:19 115:19 115:22 115:24 115:25 116:1 116:3 116:4 116:6 116:7 116:7 116:15 116:17 116:21 116:21 116:22 116:23 116:25 116:25 117:1 117:6 117:9 117:14 117:15 117:19 117:23 118:2 118:6 118:7 118:7 118:9 118:10 118:12 118:13 118:14 118:16 118:16 118:18 118:20 119:2 119:13 119:21 119:24 120:4 120:5 120:13 120:18 120:21 121:1 121:3 121:6 121:8 121:9 121:9 121:10 121:11 121:16 121:16 121:18 121:19 121:24 122:2 122:7 122:8 122:10 122:11 122:14 122:15 122:1 122:17 122:23 123:2 123:2 123:3 123:4 123:5 123:7 123:9 123:9 123:10 123:11 123:14 123:16 123:19 123:20 123:21 123:24 123:24 124:2 124:2 124:5 124:7 124:7 124:9 124:10 124:11 124:12 124:13 124:1 124:16 124:17 124:17 124:19 124:20 124:21 124:22 124:23 124:25 125:1 125:2 125:4 125:5 125:6 125:13 125:14 125:14 125:15 125:16 125:16 125:18 125:20 125:23 125:23 125:25 125:25 126:1 126:1 126:2 126:2 126:3 126:4 126:4 126:5 126:13 126:14 126:14 126:15 126:17 126:17 126:18 126:20 126:22 126:23 126:24 126:25 127:1 127:4 127:7 127:9 127:14 127:21 127:22 127:25 128:4 128:6 128:8 128:10 128:11 128:13 128:13 128:1 128:17 128:19 128:22 128:23 129:2 129:2 129:2 129:3 129:5 129:7 129:8 129:9 129:8 129:9 129:10 129:11 129:12 129:15 129:17 129:19 129:19 129:20 129:20 129:20 130:1 130:3 130:5 130:8 130:10 130:11 130:12

**the**(301) 130:13 130:15 130:16 130:18 130:19 130:20 130:22 130:23 131:1 131:2 131:3 131:4 131:4 131:6 131:11 131:12 131:15 131:19 131:20 131:23 132:4 132:5 132:8 132:11 132:11 132:12 132:17 132:19 132:20 132:22 132:22 132:22 132:23 132:23 132:24 133:2 133:7 133:9 133:9 133:11 133:16 133:18 133:20 133:22 133:22 133:25 134:2 134:2 134:4 134:5 134:6 134:7 134:8 134:11 134:13 134:22 135:1 135:7 135:9 135:13 135:16 135:19 135:21 135:22 135:25 136:5 136:6 136:8 136:11 136:15 136:22 136:25 137:4 137:6 137:11 137:13 137:15 137:20 137:22 138:1 138:2 138:5 138:6 138:8 138:11 138:13 138:13 138:14 138:16 138:17 138:18 138:21 138:21 138:22 138:23 138:24 138:25 139:1 139:3 139:5 139:8 139:9 139:12 139:16 139:18 139:21 139:22 139:23 140:1 140:2 140:3 140:3 140:3 140:5 140:10 140:13 140:14 140:15 140:16 140:17 140:18 140:22 140:23 141:5 141:7 141:9 141:11 141:12 141:14 141:17 141:18 141:20 141:20 141:21 141:21 141:23 141:24 141:24 141:25 142:1 142:1 142:3 142:8 142:8 142:10 142:17 142:19 142:20 142:21 142:23 142:24 142:25 143:4 143:5 143:8 143:10 143:11 143:12 143:17 143:18 143:19 143:20 143:22 143:24 143:24 144:4 144:7 144:7 144:8 144:9 144:12 144:13 144:13 144:13 144:14 144:19 144:20 144:21 144:21 144:23 145:1 145:3 145:7 145:13 145:14 145:17 145:18 145:19 145:20 145:23 145:25 146:2 146:3 146:6 146:6 146:7 146:9 146:10 146:12 146:12 146:13 146:16 146:17 146:21 146:23 147:2 147:3 147:6 147:7 147:9 147:12 147:13 147:15 147:16 147:17 147:17 147:18 147:20 147:20 147:21 147:22 148:4 148:4 148:6 148:7 148:13 148:15 148:15 148:18 148:20 148:22 148:23 148:25 148:25 149:7 149:7 149:8 149:11 149:14 149:17 149:19 149:23 149:23 149:24 150:4 150:5 150:5 150:9 150:10 150:11 150:14 150:18 150:21 150:22 150:23 151:5 151:7 151:9 151:14 151:15 151:16 151:20 151:22 151:25 152:6 152:8 152:9 152:15 152:17 152:17 152:20 152:21 152:23 152:23 152:24 152:25 152:25 153:3 153:6 153:7 153:10 153:15 153:17 153:20 153:21 153:24 154:2 154:4 154:6 154:9 154:12 154:13 154:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**the(301)** 154:17 154:21 154:24 155:1 155:2 155:2 155:3 155:5 155:9 155:15 155:20 155:24 155:25 156:1 156:7 156:11 156:13 156:15 156:16 156:16 156:17 156:17 156:19 156:20 156:21 156:24 157:1 157:8 157:8 157:9 157:15 157:17 157:17 157:21 157:25 158:2 158:4 158:6 158:7 158:9 158:9 158:9 158:10 158:12 158:14 158:17 158:18 158:18 158:19 158:20 158:21 158:22 158:23 158:24 159:2 159:5 159:6 159:7 159:9 159:9 159:10 159:12 159:13 159:18 159:20 159:20 159:21 159:22 159:22 160:1 160:3 160:5 160:7 160:8 160:12 160:13 160:14 160:20 160:22 160:24 160:25 160:25 161:2 161:3 161:6 161:9 161:10 161:22 161:24 162:3 162:4 162:6 162:7 162:12 162:13 162:16 162:20 162:22 162:24 163:1 163:3 163:6 163:8 163:11 163:13 163:15 163:16 163:17 163:17 163:19 163:23 163:25 164:1 164:5 164:5 164:7 164:9 164:11 164:13 164:13 164:15 164:19 164:23 164:25 164:25 165:1 165:4 165:8 165:18 165:21 165:22 165:23 165:23 165:24 165:25 166: 166:4 166:6 166:6 166:9 166:11 166:11 166:16 166:20 166:21 166:23 166:23 166:23 166:25 167:1 167:1 167:4 167:6 167:8 167:9 167:9 167:11 167:12 167:12 167:13 167:13 167:19 167:20 167:21 167:24 167:24 168:1 168:1 168:3 168:8 168:10 168:14 168:16 168:17 168:18 168:19 168:21 168:22 168:23 168:25 169: 169:5 169:6 169:6 169:9 169:9 169:11 169:12 169:14 169:16 169:17 169:19 169:21 169:21 169:24 170:5 170:7 170:8 170:11 170:25 171:5 171:8 171:10 171:13 171:17 171:24 171:25 171:25 172: 172:6 172:7 172:9 172:9 172:11 172:12 172:12 172:14 172:21 172:23 173:5 173:6 173:8 173:9 173:12 173:20 173:23 173:25 174:2 174:4 174:6 174:10 174:11 174:14 174:17 174:19 174:21 174:21 174:22 175: 175:2 175:3 175:4 175:5 175:9 175:10 175:10 175:13 175:16 175:18 175:19 175:19 175:19 175:22 175:23 176:1 176:3 176:5 176:10 176:13 176:14 176:15 176:16 176:18 176:22 176:23 176:24 177:5 177:9 177:11 177:13 177:14 177:14 177:15 177:15 177:17 177:18 177:19 177:22 177:24 178:6 178:6 178:7 178:13 178:15 178:18 178:19 178:23 178:25 179:2 179:4 179:5 179:7 179:7 179:7 179:8 179:10 179:12 179:15 179:16

**the(301)** 179:16 179:17 179:17 179:18 179:19 179:20 179:21 179:22 179:25 180:3 180:4 180:5 180:7 180:7 180:8 180:10 180:11 180:15 180:18 180:18 180:19 180:20 180:20 180:24 181:1 181:3 181:5 181:6 181:10 181:11 181:12 181:18 181:22 181:22 181:23 181:25 182:1 182:4 182:7 182:8 182:20 182:22 183:1 183:2 183:4 183:5 183:10 183:11 183:13 183:14 183:18 183:20 183:22 183:24 184:1 184:3 184:4 184:6 184:9 184:11 184:13 184:14 184:14 184:15 184:15 184:17 184:21 184:23 184:24 185:3 185:3 185:5 185:7 185:9 185:11 185:11 185:13 185:17 185:21 185:23 185:23 185:24 186:2 186:16 186:1 186:20 186:21 186:21 186:22 186:23 187:1 187:2 187:4 187:4 187:7 187:9 187:9 187:14 187:18 187:19 187:21 187:21 187:22 187:23 187:24 187:24 188:2 188:3 188:6 188:7 188:7 188:9 188:10 188:10 188:11 188:11 188:17 188:18 188:19 188:22 188:22 188:24 188:24 189:1 189:6 189:8 189:12 189:14 189:15 189:16 189:17 189:18 189:20 189:21 189:23 190:1 190:3 190:4 190:4 190:7 190:7 190:9 190:10 190:12 190:14 190:15 190:17 190:19 190:19 190:19 190:22 191:3 191:5 191:6 191:9 191:21 192:3 192:6 192:8 192:11 192:15 192:22 192:23 192:23 192:25 193:3 193:5 193:7 193:7 193:9 193:10 193:10 193:12 193:19 193:21 194:3 194:4 194:6 194:7 194:10 194:18 194:21 194:23 194:25 195:2 195:4 195:8 195:9 195:12 195:15 195:17 195:19 195:19 195:24 195:25 196:1 196:2 196:3 196:7 196:8 196:11 196:14 196:16 196:16 196:17 197:1 197:5 197:8 197:11 197:12 197:13 197:14 197:15 197:20 197:21 197:24 198:1 198:2 198:4 198:10 198:11 198:12 198:12 198:16 198:22 198:24 198:25 199:1 199:9 199:10 199:12 199:14 199:15 199:16 199:17 199:18 199:20 199:21 199:22 199:24 199:25 200:1 200:3 200:3 200:3 200:4 200:6 200:8 200:10 200:12 200:13 200:15 200:17 200:20 200:20 200:21 200:22 200:25 200:25 201:1 201:6 201:6 201:7 201:8 201:10 201:11 201:12 201:13 201:14 201:14 201:15 201:16 201:16 201:19 201:20 201:21 201:22 201:24 202:2 202:19 202:4 202:9 202:11 202:13 202:17 202:22 202:22 202:23 202:25 203:5 203:9

**the(81)** 203:11 203:12 203:12 203:14 203:16 203:20 203:21 203:23 203:24 204:3 204:5 204:8 204:9 204:10 204:11 204:12 204:14 204:16 204:18 204:19 204:23 204:24 204:25 205:5 205:6 205:7 205:7 205:11 205:13 205:15 205:16 205:16 205:17 205:18 205:20 205:20 205:25 205:26 206:2 206:5 206:6 206:7 206:9 206:9 206:13 206:16 206:18 206:19 206:22 206:25 207:2 207:3 207:8 207:8 207:9 207:12 207:17 207:20 207:23 208:1 208:1 208:4 208:5 208:5 208:6 208:7 208:8 208:10 208:15 208:17 208:18 208:20 208:22 208:23 208:25 209:3 209:4 209:4 209:5

**their(94)** 13:16 13:19 14:19 14:19 16:2 17:9 17:9 17:12 17:18 17:23 17:25 18:7 21:24 28:17 29:2 30:16 30:16 32:6 32:17 33:10 33:13 36:15 37:11 37:22 37:25 38:25 39:14 39:18 46:6 46:11 48:11 49:22 52:25 60:16 61:3 61:5 62:1 64:8 70:18 73:1 74:4 76:3 85:24 90:7 93:18 95:21 96:14 101:2 102:12 105:3 105:14 108:1 108:8 111:7 113:16 114:7 116:6 116:6 130:9 132:13 132:24 133:3 133:12 133:16 133:19 134:1 140:23 143:17 143:20 144:6 144:25 149:6 150:3 153:17 153:18 155:19 155:22 158:1 165:2 166:4 171:12 172:6 175:7 175:7 178:24 185:25 187:2 192:10 193:4 196:5 196:5 201:15 205:2

**theirs(1)** 41:4
**them(162)** 12:10 12:13 12:15 15:13 17:12 19:13 20:23 21:16 21:25 24:20 29:1 29:13 29:17 29:18 36:3 38:11 38:23 41:20 47:1 47:10 47:11 47:11 57:23 59:22 60:7 60:23 62:8 64:5 65:5 71:3 76:9 76:9 79:18 93:19 95:13 95:14 97:23 112:4 114:5 114:6 115:9 116:16 133:8 135:16 136:3 163:9 163:10 170:24 173:2 174:17 175:8 184:7 184:8 191:22 193:25 195:15 196:6
**theme(4)** 30:5 31:11 172:22 193:20
**them(7)** 24:11 29:18 29:22 30:1 30:9 30:16 37:23
**themselves(7)** 19:8 25:11 38:15 70:2 73:9 144:2 208:6
**then(80)** 6:21 13:21 14:12 20:2 20:3 26:17 52:34 35:5 38:11 47:1 49:2 50:4 55:10 55:15 56:21 61:3 65:7 72:18 72:24 73:1 73:2 73:7 74:4 74:12 76:16 79:7 79:25 81:4 84:13 84:20 85:19 88:1 90:12 90:13 92:10 95:19 99:18 102:24 103:19 107:8 110:8 114:10 116:10 118:8 119:17 121:12 122:20 124:16 135:2 135:15 136:2 137:8 138:5 142:6 143:12 148:10 149:1 152:1 152:17 155:6 156:1 156:14 157:15 160:17 160:18 168:23 169:24 176:11 176:24 177:12 178:13 181:15 181:16 189:21 190:22 197:9 202:17 206:7 206:14 207:10
**theories(1)** 9:24
**theory(6)** 8:4 30:2 30:2 36:19 112:6 141:3
**there(178)** 12:11 12:11 14:17 15:8 18:18 22:7 24:23 24:24 25:4 25:20 26:21 27:12 27:19 28:21 29:23 30:1 30:10 30:14 30:17 31:10 31:11 33:6 34:14 34:17 35:5 36:24 36:24 36:25 45:17 47:4 47:5 47:18 47:22 47:22 48:25 49:5 49:6 49:7 51:16 51:19 56:1 57:5 57:8 57:14 61:16 61:21 61:22 61:23 63:25 64:12 66:14 67:6 67:9 68:13 71:4 71:5 71:14 73:4 74:14 75:15 75:24 76:19 77:19 82:21 86:24 87:8 90:1 90:6 90:8 90:11 93:2 93:24 94:1 94:3 94:11 96:9 97:12 98:10 99:15 99:17 99:23 101:12 103:1 103:4 111:15 119:23 120:2 120:17 121:3 123:15 125:9 125:13 125:24 125:25 126:18 127:12 127:24 127:24 128:5 128:20 130:18 131:10 131:13 133:5 136:4 138:24 140:1 140:16 142:14 143:1 143:3 143:3 143:13 143:15 145:9 149:18 150:12 150:14 153:6 153:12 153:16 159:22 160:10 161:7 161:13 161:17 161:19 162:8 163:9 163:23 164:16 165:9 165:15 165:19 165:19 166:18 166:24 167:4 167:15 169:23 170:6 170:8 171:4 172:21 172:23 173:6 173:14 174:20 180:24 181:8 182:5 182:11 182:15 182:17 183:6 184:7 184:21 185:14 186:7 186:13 186:17 186:17 187:16 187:22 188:2 188:13 190:2 191:4 191:6 192:2 193:19 193:21 194:4 194:12 195:18 198:9 198:10 203:2 204:14 207:16

**there's(51)** 16:23 20:25 24:13 25:22 28:11 32:13 34:9 34:16 35:23 36:13 38:20 43:21 45:3 46:12 46:13 46:24 48:23 63:3 68:24 69:9 69:10 69:13 69:14 71:16 73:13 74:13 77:3 95:12 139:16 148:9 150:6 150:16 155:11 156:18 157:16 157:24 161:8 161:17 162:2 166:12 166:20 166:22 177:16 178:14 178:22 182:6 182:15 182:25 187:10 187:18 187:20
**therefore(9)** 9:8 23:2 30:4 52:5 66:13 102:22 122:21 158:4 179:2
**thereunder(1)** 15:2
**there's(17)** 95:20 97:8 97:9 99:22 116:1 118:22 121:12 123:23 126:21 131:16 131:25 133:25 135:25 136:23 136:23 137:2 203:3
**these(61)** 15:23 16:13 22:22 29:1 29:20 38:19 48:5 53:25 54:4 56:17 56:18 61:20 61:23 61:25 62:14 62:24 69:6 71:15 78:18 87:17 87:23 95:25 102:15 104:15 106:16 108:10 112:3 113:7 115:9 115:22 115:23 116:21 117:4 117:19 118:25 121:5 121:14 121:23 129:13 129:16 143:6 156:23 156:25 157:18 158:1 159:11 161:14 161:23 167:8 167:9 169:2 177:21 177:23 178:16 178:24 180:9 182:12 182:21 188:6 188:7 189:25

**they(214)** 9:6 9:12 12:13 13:16 16:12 17:19 19:1 19:24 22:4 24:17 24:17 24:19 25:1 28:14 28:24 29:2 31:3 31:5 31:16 31:23 32:5 32:10 32:11 35:13 35:17 36:18 37:5 38:2 39:13 40:1 40:8 40:9 40:18 40:25 41:2 41:4 41:12 41:16 41:21 42:2 42:2 44:3 44:4 44:11 45:12 46:4 46:19 47:11 47:12 47:13 53:17 54:4 54:25 56:4 56:10 58:19 59:24 59:25 60:18 61:3 62:6 62:7 62:22 62:23 64:4 65:2 65:3 65:14 67:4 67:5 70:4 70:6 70:8 70:9 70:10 70:20 70:20 71:22 72:23 74:3 76:8 78:18 85:1 85:24 94:7 94:10 94:20 94:22 94:23 94:23 94:25 96:1 96:22 99:18 105:4 105:5 105:7 105:17 107:2 107:4 107:4 108:12 108:19 109:3 109:7 110:23 112:9 113:24 114:7 114:25 115:1 116:13 116:15 117:4 117:4 118:10 120:10 120:23 126:11 126:17 127:22 127:23 128:1 128:2 130:8 130:9 130:21 131:5 131:6 132:24 133:13 133:13 133:16 133:17 133:20 134:2 134:9 138:4 138:17 141:8 141:11 141:17 141:17 141:21 142:21 142:24 143:17 143:25 144:5 144:10 145:5 148:10 149:6 150:25 151:1 152:3 153:15 153:16 154:22 154:23 155:1 155:3 155:4 155:5 155:19 155:20 155:20 155:22 156:18 157:3 157:3 157:4 158:22 158:23 158:24 159:20 160:11 166:3 168:7 169:2 169:3 170:25 172:4 172:10 174:13 175:6 176:15 176:16 177:16 178:1 178:1 178:2 179:20 179:21 179:22 180:18 181:9 187:1 189:5 189:25 190:1 191:23 193:2 193:8 195:11 196:4 197:13 197:14 199:23 200:11 205:24 206:3 207:25 208:13
**they're(29)** 15:13 17:16 19:12 22:3 23:13 25:15 29:14 30:23 32:9 34:11 35:4 36:18 39:13 41:3 41:11 42:4 44:4 46:8 46:18 153:14 153:19 154:25 155:7 158:2 160:11 171:1 178:25 181:9 191:24
**they've(11)** 13:16 20:12 28:8 37:8 40:8 61:6 154:22 160:14 160:20 181:12 181:18
**they're(7)** 113:17 113:20 114:18 121:5 125:13 137:8 201:2
**they've(5)** 117:18 118:11 118:11 121:15 130:22

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**thing**(18) 12:7 21:4 48:16 115:11 148:7 152:5 152:25 157:10 157:15 161:1 164:12 178:8 178:13 181:24 185:10 199:8 204:9 208:11

**things**(31) 15:19 19:11 19:20 26:22 36:21 37:16 47:14 54:23 55:13 61:15 62:6 75:23 76:3 76:14 82:14 83:14 86:9 92:24 106:25 119:5 135:15 148:4 150:8 153:13 154:18 155:4 155:4 156:3 171:8 177:1 192:6

**think**(216) 6:15 6:19 10:11 11:12 11:13 11:16 12:14 12:23 17:24 19:10 20:8 21:19 22:10 22:11 23:1 23:5 24:15 25:13 25:15 26:10 28:16 29:3 30:19 31:4 31:11 31:19 32:25 33:5 33:7 35:5 35:8 35:23 36:11 36:12 36:15 36:16 36:20 36:25 37:2 37:6 37:8 37:17 37:18 39:6 41:18 41:23 43:16 43:21 44:12 44:20 44:21 45:5 45:6 46:24 48:15 48:21 49:12 55:2 55:5 55:18 55:19 55:20 56:6 56:15 57:3 57:6 57:9 58:3 62:7 63:14 63:20 63:21 63:22 64:22 68:9 69:12 69:15 70:14 71:2 72:9 72:11 76:17 77:10 78:22 78:23 79:14 83:4 83:9 83:25 84:8 84:10 84:18 86:5 87:12 87:13 87:22 87:24 93:9 93:12 93:23 94:13 94:21 95:3 95:10 95:22 96:11 96:13 97:6 98:3 98:6 98:16 98:22 99:9 99:16 100:19 111:2 112:8 115:14 117:17 126:9 126:11 126:22 128:11 128:12 129:7 131:9 131:24 134:16 134:16 134:25 135:5 135:11 135:13 135:22 135:23 136:11 136:13 136:21 137:10 139:11 139:15 139:20 139:23 140:3 140:5 146:23 146:24 147:24 151:4 151:10 153:4 153:9 153:13 154:2 154:10 154:21 154:21 155:2 155:3 155:10 155:24 156:9 156:10 157:1 157:8 157:24 158:11 159:4 159:23 161:1 161:2 169:8 169:16 171:8 171:17 172:20 172:22 174:8 174:13 174:14 175:2 176:6 176:14 176:22 177:7 177:8 177:24 178:6 178:22 179:9 180:2 180:21 181:24 181:25 190:6 190:14 192:6 192:15 193:18 193:20 195:6 195:11 195:12 195:25 197:4 197:12 203:2 203:2 203:6 204:3 204:10 204:25 205:2 207:5 208:12

**thinking**(3) 44:25 206:10 206:25
**thinks**(1) 66:10
**third**(14) 51:3 51:4 63:8 135:9
**third-party**(1) 96:11

**this**(301) 7:7 9:15 9:20 10:9 12:10 13:14 16:1 16:9 16:14 17:1 17:1 17:2 17:10 18:12 19:9 20:13 20:17 22:25 23:4 23:7 25:18 26:9 27:11 28:10 28:13 29:20 30:22 35:18 38:12 39:3 39:10 39:14 39:15 40:5 40:24 41:9 42:21 43:15 45:6 46:2 46:4 46:12 46:18 47:20 47:22 50:22 50:24 51:10 51:11 51:20 51:22 52:18 52:19 53:19 55:24 56:4 56:11 58:5 59:14 59:15 59:16 59:19 59:17 60:13 60:23 61:8 62:17 62:21 63:21 64:1 64:3 64:9 64:11 64:12 65:5 65:14 66:13 66:21 66:25 67:4 67:9 69:3 69:17 69:18 69:20 69:25 70:18 71:2 71:10 71:10 72:10 72:18 73:6 73:10 73:10 73:11 73:16 74:20 74:23 76:4 76:18 76:25 78:11 79:6 80:13 80:15 81:17 82:1 82:6 82:10 83:12 83:19 84:14 86:8 86:17 87:8 87:9 90:15 91:14 91:15 91:16 93:17 93:19 93:21 95:24 96:10 96:15 96:22 97:4 97:5 97:17 98:4 98:22 98:23 99:3 99:9 99:16 100:12 101:3 101:9 101:15 101:20 102:9 102:22 103:1 103:9 103:10 104:5 104:8 104:15 104:17 104:20 105:7 106:25 108:6 108:18 109:10 112:6 112:8 112:24 113:14 114:14 114:23 116:14 116:17 116:20 116:23 117:5 117:8 117:25 118:1 118:3 118:5 118:7 118:12 118:13 118:14 118:19 119:10 119:11 119:12 119:14 119:22 120:2 120:4 121:20 121:24 122:3 122:5 122:8 122:12 123:1 123:1 123:3 123:8 123:13 123:21 124:4 124:6 124:24 125:2 125:4 125:7 125:8 125:12 125:13 125:16 125:21 125:21 126:1 126:10 126:1 126:17 127:16 127:20 127:22 128:12 129:6 129:9 129:15 130:21 130:24 131:17 132:1 132:3 133:4 133:18 133:21 133:25 134:16 134:18 135:6 135:20 135:20 136:9 136:25 142:6 142:10 142:18 143:12 143:21 143:22 144:3 144:9 144:15 144:15 147:5 147:14 149:15 149:15 149:17 149:1 149:22 149:22 150:2 150:4 150:15 150:2 150:23 151:17 151:25 152:12 153:1 153:5 153:10 153:20 154:2 155:6 155:11 155:13 155:14 155:18 155:18 155:21 155:22 156:22 158:11 158:11 159:7

**this**(78) 160:7 160:10 160:21 162:17 167:5 167:17 167:22 167:24 167:25 168:3 168:13 169:15 170:9 170:14 170:22 171:11 172:8 172:15 173:1 173:10 173:18 174:8 174:13 174:14 174:14 174:25 175:9 177:2 179:9 179:9 180:5 181:5 181:8 181:19 183:15 188:3 188:15 188:20 188:22 188:2 189:1 189:11 190:13 191:7 191:12 191:20 192:14 193:6 193:13 193:24 194:8 194:16 195:6 195:11 195:12 195:12 195:23 196:7 198:3 198:14 198:24 199:14 199:19 199:1 200:24 201:10 201:10 201:17 203:3 203:11 203:13 205:20 206:7 206:14 207:12 207:12 208:7 208:9

**thomas**(3) 2:19 175:15 196:13

**those**(96) 10:23 20:24 21:22 22:7 23:2 24:1 26:7 26:17 30:6 30:19 30:22 30:24 31:1 31:5 33:22 35:8 35:21 37:13 37:13 37:17 40:14 42:24 46:20 47:9 47:12 50:2 52:20 54:9 55:13 58:23 59:21 60:1 60:3 60:16 60:20 66:1 67:11 67:18 69:12 69:15 69:25 71:23 71:24 75:22 75:25 76:3 76:20 78:23 82:10 84:10 88:25 94:13 96:25 103:24 104:10 104:11 104:12 105:6 105:1 106:13 107:21 108:17 108:13 108:14 108:15 109:7 109:18 111:7 113:10 114:4 115:2 116:14 119:24 120:7 120:9 121:9 121:14 124:11 128:1 128:10 140:22 152:1 152:18 156:3 161:18 165:7 165:15 166:2 177:1 182:16 186:5 186:13 187:13 204:16 205:12 206:14

**though**(17) 30:15 65:9 65:14 67:11 74:18 86:19 90:25 102:8 120:15 130:9 133:15 145:17 159:4 180:2 198:3 200:24 207:20

**thought**(19) 24:17 24:19 26:17 31:3 34:13 49:6 56:16 76:11 86:8 88:6 109:1 109:24 115:5 128:5 128:20 133:22 134:17 198:21 200:9

**thoughts**(1) 37:18
**thousands**(1) 118:2
**three**(13) 22:2 55:12 74:12 78:1 79:18 94:13 100:20 167:15 167:16 170:22 188:1 188:14 191:20

**threshold**(1) 32:16
**through**(32) 6:12 24:11 25:6 39:8 48:22 66:3 73:4 73:6 73:21 86:7 89:21 97:14 104:1 120:4 120:24 122:19 125:12 141:15 142:17 146:2 152:8 153:2 154:11 167:8 188:6

**throughout**(6) 70:1 110:21 130:10 175:21 196:19 205:25

**tied**(1) 47:25
**time**(89) 6:8 11:16 12:1 20:18 25:1 26:20 28:21 38:12 41:21 46:19 52:16 53:7 53:9 53:19 53:19 54:17 58:3 59:16 70:15 76:15 83:13 83:19 84:15 89:9 98:22 99:16 100:8 101:4 102:15 110:11 117:15 118:7 121:15 122:5 122:12 123:18 126:22 128:15 128:2 134:17 135:1 136:12 137:18 140:11 147:15 148:12 151:3 151:11 153:17 154:1 170:9 170:14 170:25 171:15 171:17 172:10 172:23 173:3 173:18 182:13 182:19 188:23 188:24 189:1 191:7 191:12 191:23 192:13 192:15 193:2 193:8 193:21 194:1 194:16 203:13 206:7 206:13

**time-wise**(1) 206:17
**times**(11) 17:11 56:19 64:23 70:22 73:3 76:10 89:20 100:20 141:8 161:19 182:17

**timing**(2) 64:22 65:19
**tirelessly**(1) 96:21
**today**(49) 7:13 7:21 8:14 9:12 13:6 13:9 14:16 18:1 18:4 18:22 19:19 26:12 32:22 34:12 34:17 40:2 41:8 42:9 42:19 42:22 44:23 45:4 45:17 47:13 49:20 49:25 50:1 54:18 70:17 91:8 101:3 101:6 120:20 132:21 135:16 137:14 147:16 150:23 163:21 167:24 172:15 172:19 174:24 184:19 188:22 193:13 193:17 195:22 206:

**together**(8) 6:14 25:7 57:6 117:6 127:7 142:5 153:14 202:22

**togut**(6) 2:25 4:11 56:9 57:2 163:2 183:25
**told**(9) 37:23 39:15 40:18 41:10 105:5 110:23 111:17 123:10 155:8

**tomorrow**(7) 65:15 135:12 135:15 198:24 200:10 206:10 208:8

**too**(18) 6:15 28:21 34:1 61:23 64:19 64:19 77:13 92:19 117:12 134:15 136:20 139:24 154:14 170:18 191:16 198:14 198:15 208:21

**took**(11) 35:13 76:17 107:2 158:20 158:22 164:2 172:17 179:18 179:20 184:25 193:15

**toot**(1) 96:5
**top**(1) 10:9
**topics**(1) 29:18
**total**(7) 28:13 28:17 50:20 59:6 118:12 170:23 191:21

**totally**(6) 117:24 141:24 142:22 143:7 165:3 186:1

**totals**(1) 143:17
**tough**(1) 70:23
**towards**(2) 94:10 110:6
**tower**(1) 84:4
**towers**(7) 57:22 67:14 76:6 80:14 90:15 90:16 91:1

**town**(2) 96:20 123:7
**track**(2) 163:10 184:8
**tracy**(1) 3:42
**train**(2) 162:20 183:18
**transaction**(1) 201:17
**transcriber**(1) 209:8
**transcript**(5) 1:29 1:58 145:10 205:21
**transcription**(2) 1:51 1:58
**transferred**(2) 79:7 84:4
**transition**(1) 91:1
**travel**(1) 202:12
**traveled**(1) 96:19
**tread**(1) 127:6
**treatment**(6) 53:20 69:10 157:3 178:1 199:24 201:17

**tremendous**(2) 17:10 100:25
**trial**(1) 25:6
**tried**(13) 15:21 46:21 78:22 107:4 117:5 119:3 155:17 162:14 163:13 172:8 185:10 185:11 193:6

**trouble**(2) 129:5 141:17
**troubled**(1) 137:4
**true**(6) 10:18 112:13 136:25 149:24 173:14 194:12

**trust**(3) 3:41 167:20 188:18
**trustee**(3) 2:31 2:31 95:1
**try**(8) 67:11 92:23 107:2 108:1 117:3 127:22 129:24 152:18

**trying**(20) 24:8 35:3 37:25 49:16 67:18 83:12 115:5 115:25 122:10 146:16 148:8 158:16 164:4 170:16 179:14 185:2 191:14 197:25 198:20 204:2

**tuesday**(1) 6:1
**tunnell**(1) 1:33
**turn**(6) 9:14 13:21 20:2 29:9 54:13 152:18
**turning**(1) 140:13
**tweed**(3) 2:18 175:16 196:14
**twice**(1) 117:10
**two**(46) 13:9 15:18 33:2 37:18 38:9 40:14 46:20 46:22 50:15 66:17 69:12 69:13 70:11 87:1 87:1 90:13 94:20 100:19 103:1 104:11 104:23 107:7 107:19 108:11 109:3 109:7 109:18 115:2 117:7 133:14 135:23 136:3 143:16 147:24 148:9 149:22 154:4 157:22 161:7 166:15 178:20 182:5 187:13 204:11 204:15 205:1

**tyler**(1) 3:36
**type**(5) 71:25 103:3 110:15 131:22 150:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **types**(2) 119:25 130:1 | | **until**(33) 27:3 40:13 41:12 42:12 75:19 | | **violate**(2) 73:23 145:23 | | **was**(287) 7:21 8:17 9:23 9:24 12:11 12:11 |
| **typical**(3) 94:18 97:19 97:24 | | 81:1 90:8 90:25 97:23 101:9 101:23 | | **violated**(1) 10:21 | | 12:14 13:5 14:13 19:18 19:21 19:21 20:10 |
| **u.s**(10) 10:23 157:2 157:9 158:9 158:13 | | 102:14 102:21 103:9 104:7 104:10 104:14 | | **violates**(1) 74:7 | | 20:12 24:17 24:19 24:19 24:24 25:1 28:1 |
| 177:25 178:7 179:7 179:11 199:18 | | 106:7 113:12 113:21 114:2 114:9 121:5 | | **violating**(1) 129:1 | | 28:2 30:25 33:6 33:6 33:14 34:6 34:14 |
| | | 128:25 138:25 139:5 139:7 151:18 153:4 | | **violation**(3) 74:2 82:5 94:9 | | 35:5 38:9 39:3 42:17 47:18 49:5 49:6 |
| **ultimate**(1) 129:15 | | 154:4 155:5 156:3 177:1 | | **violative**(1) 205:2 | | 49:7 51:10 53:9 54:20 54:20 56:22 56:23 |
| **ultimately**(4) 10:23 16:5 35:20 119:16 | | | | **virtue**(1) 40:23 | | 57:1 57:6 57:9 58:6 58:17 59:14 59:15 |
| **um-hum**(1) 51:8 | | **unusual**(1) 208:11 | | **vision**(3) 120:1 120:8 120:9 | | 60:19 60:25 60:25 60:25 61:8 61:14 64:3 |
| **unbelievable**(1) 117:13 | | **updated**(1) 76:5 | | **voluminous**(1) 62:16 | | 64:10 64:12 64:19 64:19 64:20 66:13 |
| **unborn**(1) 119:24 | | **upon**(17) 73:17 75:5 78:7 130:17 149:3 | | **voluntary**(1) 33:23 | | 66:23 66:24 67:2 69:5 69:24 72:24 73:1 |
| **uncertainty**(5) 43:21 173:1 173:4 193:24 | | 155:25 155:25 157:10 158:25 164:6 172:2 | | **vote**(2) 164:13 185:11 | | 73:5 73:16 76:11 78:6 81:1 81:4 81:5 |
| 194:2 | | 176:23 176:23 178:8 179:23 185:4 192:25 | | **voted**(2) 143:22 145:16 | | 81:8 83:19 84:1 84:1 84:2 84:4 84:5 |
| | | | | **votes**(2) 165:9 186:7 | | 89:25 89:25 90:2 90:4 90:4 90:5 90:6 |
| **unclean**(1) 95:13 | | **urge**(2) 175:9 196:7 | | **wadlow**(2) 5:31 59:3 | | 90:7 90:8 90:10 90:11 90:11 90:12 90:13 |
| **unconditional**(1) 16:25 | | **use**(15) 21:6 21:9 61:11 72:16 107:5 | | **wait**(6) 40:13 110:11 139:12 139:18 | | 90:14 90:19 90:20 90:21 90:23 93:9 94:9 |
| **under**(70) 1:17 8:4 8:21 12:14 14:23 | | 107:14 117:14 118:7 120:18 126:10 127:1 | | 139:19 153:4 | | 95:24 96:25 97:19 99:15 100:20 101:11 |
| 15:10 19:22 21:2 21:6 21:7 21:8 23:11 | | 127:25 156:18 177:16 208:5 | | | | 104:18 105:4 105:7 105:11 105:14 106:2 |
| 29:4 31:21 39:20 40:4 40:5 40:7 40:24 | | | | **waited**(1) 64:19 | | 106:3 106:19 106:23 106:24 107:1 107:12 |
| 42:5 51:5 53:3 53:9 53:11 53:15 56:13 | | **used**(9) 30:12 30:13 76:16 105:2 107:2 | | **waiting**(5) 52:16 140:1 147:18 165:9 186:7 | | 107:4 110:16 110:17 110:17 110:20 110:22 |
| 62:17 62:18 67:2 70:21 72:6 73:11 73:23 | | 107:11 131:11 156:16 177:14 | | **waive**(11) 33:13 40:20 102:12 106:3 106:6 | | 110:25 112:25 114:20 115:6 115:10 |
| 82:21 84:5 87:17 87:23 93:6 93:11 95:10 | | | | 110:9 110:12 128:16 128:16 166:4 187:2 | | 115:11 117:7 117:21 119:1 119:17 121:16 |
| 97:21 98:5 101:21 101:22 102:16 103:11 | | **useful**(2) 87:13 198:21 | | | | 121:16 121:18 121:20 121:25 122:2 122:5 |
| 103:15 103:18 103:23 104:20 105:19 106:1 | | **using**(9) 74:1 110:22 112:8 112:15 112:20 | | **waived**(8) 102:8 102:13 106:1 110:7 120:6 | | 122:6 123:1 123:3 123:15 123:16 123:19 |
| 106:13 106:17 107:16 112:5 112:18 | | 112:23 115:23 117:16 119:19 | | 120:7 120:9 120:11 | | 123:20 123:25 123:25 125:6 126:8 127:18 |
| 126:23 129:12 133:16 134:7 142:13 142:23 | | | | | | 127:24 128:5 128:13 128:16 128:19 128:20 |
| 143:8 167:7 167:14 188:5 188:12 199:25 | | **valid**(4) 71:9 71:10 146:15 146:25 | | **waiving**(1) 33:20 | | 128:21 129:1 129:5 129:9 129:22 129:23 |
| 201:16 | | **validating**(1) 30:13 | | **wal**(1) 154:11 | | 130:1 130:4 130:11 131:1 131:6 131:10 |
| | | **valuable**(6) 102:19 103:8 104:20 116:15 | | **walks**(1) 208:21 | | 131:11 131:12 131:19 131:19 132:2 133:21 |
| **undermine**(1) 116:7 | | 116:21 118:15 | | **want**(47) 10:17 15:17 28:20 33:2 35:22 | | 134:22 137:5 141:6 141:10 141:13 141:14 |
| **understand**(26) 15:23 26:1 39:8 41:9 | | | | 42:18 55:5 55:6 55:10 60:9 66:4 66:23 | | 141:20 141:24 142:1 142:3 142:11 143:1 |
| 49:15 53:4 64:3 66:16 77:24 78:7 82:10 | | **valuated**(1) 117:2 | | 66:24 68:8 74:11 74:23 85:4 90:20 121:5 | | 143:3 143:6 143:25 145:21 146:2 146:4 |
| 83:10 114:21 123:2 127:21 132:11 133:2 | | **valuation**(14) 30:11 102:25 103:1 103:6 | | 126:7 127:13 127:23 135:19 136:6 137:1 | | 146:11 146:18 147:23 148:14 152:25 |
| 135:7 145:7 146:24 153:20 154:22 155:1 | | 104:13 108:5 110:22 113:7 114:8 114:10 | | 137:17 137:18 138:21 150:11 150:21 152:2 | | 154:18 156:5 156:21 156:22 156:22 158:19 |
| 155:5 199:1 200:2 | | 115:23 116:10 116:13 116:14 | | 166:15 168:6 171:19 175:3 175:8 187:13 | | 159:21 160:24 160:25 161:24 162:11 |
| | | | | 189:4 192:17 196:1 196:6 202:16 202:19 | | 163:8 163:13 163:20 163:21 163:22 163:28 |
| **understandable**(1) 12:10 | | **valuations**(4) 28:8 114:5 161:12 182:10 | | 204:2 204:10 207:15 208:17 | | 163:24 164:2 164:8 164:24 165:2 165:6 |
| **understanding**(14) 9:20 32:4 39:16 47:21 | | **value**(34) 18:13 53:8 53:16 102:20 102:23 | | | | 165:14 165:24 167:2 168:17 168:19 168:28 |
| 77:11 79:5 105:1 109:24 148:5 149:1 | | 105:4 106:4 107:2 109:20 112:3 112:15 | | **wanted**(16) 12:24 44:12 99:24 110:18 | | 169:17 172:6 172:23 172:25 173:6 174:24 |
| 150:2 155:19 162:10 183:8 | | 112:16 112:23 113:1 113:1 113:2 113:17 | | 121:19 121:25 126:8 141:17 148:3 154:17 | | 175:2 175:5 177:3 177:19 177:20 177:20 |
| | | 114:22 115:9 115:23 129:20 129:20 129:2 | | 171:20 171:21 192:18 192:19 199:23 | | 179:17 180:19 181:22 181:23 182:22 183:9 |
| **understood**(6) 32:10 77:17 109:5 134:11 | | 130:9 133:8 133:23 134:4 138:18 158:7 | | 203:18 | | 184:6 184:11 184:18 184:19 184:20 |
| 162:7 183:5 | | 171:12 171:25 179:5 192:10 192:23 | | **wanting**(1) 167:11 188:9 | | 184:21 184:22 184:25 185:6 185:22 185:25 |
| | | | | **wants**(2) 136:22 140:1 | | 186:4 186:12 186:22 187:25 189:15 |
| **undervalues**(2) 108:7 108:9 | | **valued**(6) 103:25 104:4 104:21 116:6 | | **warning**(1) 20:19 | | 189:17 189:21 190:15 193:4 193:21 193:28 |
| **undisputed**(2) 103:17 104:17 | | 122:21 133:24 | | | | 194:4 195:22 195:25 196:3 198:10 199:20 |
| **unequivocal**(2) 35:16 35:17 | | | | | | 202:5 202:12 202:12 206:13 206:16 206:19 |
| **unfailingly**(1) 96:2 | | **values**(5) 103:21 105:6 111:25 114:19 | | | | 206:25 207:2 208:25 |
| **unfair**(4) 53:20 62:14 67:1 132:7 | | 133:17 | | | | |
| **unfairnesses**(2) 131:13 132:6 | | | | | | |
| **unfortunately**(7) 58:12 77:8 120:2 155:10 | | **valuing**(2) 113:18 117:18 | | | | |
| 155:17 157:21 178:19 | | **variable**(3) 42:3 103:2 103:8 | | | | **washed**(1) 73:6 |
| | | **variables**(3) 41:14 103:1 115:3 | | | | **wasn't**(5) 24:18 38:18 66:22 156:21 177:19 |
| **unfunded**(2) 161:23 182:21 | | **variance**(1) 120:14 | | | | **wasn't**(2) 115:16 115:17 |
| **unidentified**(1) 12:3 | | **variety**(2) 55:25 93:18 | | | | **watch**(1) 121:3 |
| **unilaterally**(1) 71:24 | | **various**(11) 1:17 13:12 14:8 14:15 14:23 | | | | **watson**(10) 57:22 67:15 76:6 80:14 81:1 |
| **uninterrupted**(1) 64:24 | | 15:23 72:24 94:13 124:18 131:7 148:1 | | | | 81:4 84:4 90:15 90:16 91:1 |
| **union**(1) 89:25 | | | | | | |
| **unique**(2) 56:11 64:24 | | **vein**(1) 17:8 | | | | **way**(42) 12:8 15:2 19:9 31:21 38:7 38:14 |
| **united**(6) 1:1 1:31 200:19 200:21 200:25 | | **vernon**(1) 59:3 | | | | 55:20 55:21 57:8 69:10 76:8 95:1 115:18 |
| 201:14 | | **very**(70) 10:1 10:13 10:19 11:25 12:10 | | | | 117:12 120:13 121:10 121:20 121:24 122:2 |
| | | 12:21 13:24 14:17 15:25 16:3 18:23 | | | | 122:12 123:1 123:2 126:2 127:11 127:14 |
| **universally**(1) 131:19 | | 21:20 21:22 23:13 23:16 24:15 37:9 41:25 | | | | 131:17 131:18 133:22 137:4 137:9 143:5 |
| **unknown**(1) 89:4 | | 42:1 44:20 50:1 55:22 56:22 56:23 57:3 | | | | 146:2 146:7 146:22 151:8 164:5 185:3 |
| **unless**(13) 9:13 11:4 12:23 27:3 29:4 | | 57:6 57:9 60:22 61:8 63:8 64:12 67:12 | | | | 198:22 201:11 204:3 204:10 205:2 |
| 48:23 98:15 136:16 136:22 137:1 167:20 | | 68:2 70:19 84:14 87:19 91:20 93:17 96:12 | | | | |
| 188:18 203:25 | | 98:20 99:14 118:5 120:19 121:4 121:8 | | | | **ways**(1) 125:25 |
| **unlike**(3) 65:3 171:10 192:8 | | 123:3 128:12 135:5 136:25 148:1 153:5 | | | | **we'd**(2) 7:10 36:20 |
| **unnecessarily**(1) 83:14 | | 163:20 163:24 167:2 172:15 174:5 174:24 | | | | **we'll**(19) 12:1 20:4 41:19 44:14 47:1 |
| **unopened**(1) 152:13 | | 176:18 184:18 184:22 187:25 193:13 195:3 | | | | 57:11 57:22 70:8 84:7 84:20 85:19 87:4 |
| **unpunished**(1) 119:5 | | 195:22 197:16 199:4 200:12 204:8 205:24 | | | | 140:19 140:23 151:23 156:13 176:11 |
| **unrelated**(2) 46:25 52:10 | | 205:24 | | | | 177:11 197:9 |
| **unsecured**(11) 18:2 27:15 44:2 51:1 51:15 | | | | | | **we're**(62) 8:13 16:2 16:16 16:16 16:22 |
| 51:19 51:23 52:17 64:17 174:7 195:5 | | **veteran's**(1) 120:24 | | | | 17:3 17:4 17:24 18:17 18:22 18:23 19:7 |
| | | **view**(6) 106:10 114:14 124:4 127:17 | | | | 19:9 20:4 21:5 22:2 23:20 23:23 25:10 |
| **unsupported**(3) 69:9 71:18 129:7 | | 132:25 133:25 | | | | 26:23 27:7 28:3 30:21 31:8 33:16 43:1 |
| **untenable**(1) 67:12 | | | | | | 44:7 47:23 48:1 48:4 54:18 58:6 63:5 |
| | | **views**(3) 37:22 38:6 132:12 | | | | 75:16 83:12 86:18 87:10 139:25 140:13 |
| | | **vigorous**(1) 96:13 | | | | 148:10 149:4 150:3 150:9 150:12 151:13 |
| | | **vince**(1) 81:7 | | | | 151:14 151:21 153:3 156:3 158:3 158:5 |
| | | **vincent**(5) 80:13 83:25 84:3 88:2 91:18 | | | | 158:6 161:2 164:19 166:18 177:1 179:1 |
| | | | | | | 179:3 179:4 181:25 185:17 187:16 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **we've**(50) 15:21 18:8 20:15 23:1 23:14 24:14 28:25 29:9 31:19 34:7 37:19 37:23 39:7 44:7 45:15 46:20 48:7 48:8 56:19 58:7 58:18 59:12 61:11 61:20 63:6 63:7 64:11 69:12 70:22 71:11 76:6 76:9 78:22 95:11 145:24 150:3 151:11 151:23 154:20 155:17 157:21 165:16 171:22 172:15 176:1 178:19 186:14 192:20 193:13 197:4 | | **we've**(10) 97:1 97:4 116:24 117:5 119:3 136:5 200:4 201:4 204:2 204:11 | | **while**(28) 15:7 16:20 17:1 17:10 20:10 20:17 26:7 28:3 28:16 31:4 33:5 40:8 46:18 65:22 88:1 96:13 121:18 126:9 127:11 139:25 144:24 161:10 161:25 173:3 182:8 182:23 193:25 200:2 | | **wishes**(2) 39:12 83:11 | |
| | | **what**(122) 10:12 10:13 13:16 16:17 16:18 18:22 20:15 20:18 23:23 24:12 24:19 39:8 46:15 53:19 55:5 59:22 65:21 71:18 74:6 75:5 75:8 77:25 82:16 84:11 86:16 89:1 89:6 89:6 89:13 90:17 96:15 100:7 100:12 107:13 109:22 112:25 113:2 113:9 113:13 113:15 113:15 113:21 113:24 114:1 114:27 115:4 115:12 117:1 118:11 121:25 122:1 123:19 129:4 130:23 131:9 131:11 133:2 133:12 133:17 133:19 134:13 134:18 134:20 137:5 141:13 142:6 144:24 145:16 145:19 148:3 153:3 153:8 153:9 153:10 153:11 155:1 155:8 156:13 156:24 157:7 157:20 159:2 161:8 161:16 162:7 165:4 168:14 168:17 168:19 168:20 168:25 170:15 170:16 173:14 177:11 177:22 178:7 178:18 179:25 182:6 182:14 183:5 186:2 189:12 189:15 189:17 189:18 189:23 191:13 191:14 194:12 198:16 198:21 206:16 206:25 | | **who**(92) 6:24 12:20 15:11 16:24 17:17 18:5 22:22 35:16 39:16 39:19 40:11 40:15 42:23 47:18 49:25 51:20 56:1 57:3 57:15 59:1 60:16 60:23 61:22 61:24 64:11 69:25 71:5 74:18 79:20 80:13 81:23 94:25 95:8 101:2 101:12 104:1 104:2 107:15 108:9 108:24 115:21 120:1 120:6 120:7 120:9 120:11 120:13 120:22 121:4 121:4 122:4 123:3 127:7 130:4 130:20 130:21 132:13 137:1 140:1 147:3 147:3 149:5 151:3 152:6 156:22 157:16 157:19 157:22 157:2 160:10 163:10 164:3 164:10 164:18 164:23 171:19 177:20 178:14 178:17 178:20 178:20 181:8 184:8 185:1 185:8 185:16 185:21 192:17 205:6 205:13 208:4 208:19 | | **with**(211) 6:17 8:7 8:17 9:5 9:6 11:3 11:10 12:21 13:13 13:15 13:17 14:14 15:3 15:8 17:25 20:7 21:2 24:1 30:5 31:8 34:6 34:23 35:21 35:25 36:14 36:14 37:8 37:12 37:14 38:11 38:23 38:23 39:10 40:9 43:23 44:2 44:3 44:8 44:8 45:10 45:11 45:18 45:25 47:15 48:15 49:19 50:3 50:25 51:10 54:1 56:11 57:19 58:5 59:2 59:2 59:3 59:6 60:11 60:14 60:15 60:16 60:21 61:4 61:11 62:22 63:3 63:10 66:21 75:8 76:20 77:25 80:14 82:18 83:3 83:18 84:11 84:20 85:19 86:19 87:6 88:17 88:22 89:10 90:17 90:22 90:22 91:12 91:24 92:3 92:22 93:6 93:17 94:22 95:7 95:8 95:12 96:17 98:10 101:21 101:25 105:18 106:22 106:24 107:3 107:8 107:11 107:25 108:1 108:7 108:8 111:13 111:22 115:1 115:21 116:4 117:3 117:10 117:21 118:3 118:17 120:14 121:6 121:21 123:6 125:23 127:13 127:17 127:21 128:6 130:16 130:22 132:1 133:7 133:23 133:25 134:18 134:20 135:16 136:2 136:19 136:20 140:21 141:15 141:20 142:5 142:8 144:4 144:4 144:7 144:9 144:11 144:19 145:1 146:6 148:3 150:10 151:8 151:11 151:16 151:17 152:25 154:14 154:21 155:5 155:16 157:20 158:16 160:15 160:15 161:12 161:13 161:18 162:4 162:5 163:16 164:16 164:17 168:6 168:24 170:15 172:16 173:13 175:3 178:18 179:14 181:13 181:13 182:10 182:11 182:16 183:2 183:3 184:14 185:14 185:15 189:4 189:22 191:13 193:14 194:11 196:1 198:1 199:24 200:13 201:16 202:15 204:13 204:17 206:14 206:17 208:7 |
| **web**(1) 29:14 | | | | | | | |
| **webb**(1) 3:36 | | | | | | | |
| **website**(3) 61:11 61:12 152:8 | | | | | | | |
| **week**(2) 47:10 58:14 | | | | | | | |
| **weekend**(1) 33:7 | | | | | | | |
| **weeks**(1) 105:15 | | | | | | | |
| **weigh**(1) 25:24 | | | | | | | |
| **weighed**(2) 121:1 129:11 | | | | | | | |
| **weighing**(2) 23:22 97:13 | | | | | | | |
| **welcome**(6) 13:2 19:3 88:4 91:11 137:2 138:5 | | **what's**(10) 36:13 60:19 67:25 154:22 155:1 155:5 161:9 170:24 182:7 191:22 | | **who's**(8) 13:6 18:8 18:9 66:3 67:14 71:1 90:9 155:21 | | |
| **welfare**(4) 1:19 14:23 160:13 181:11 | | **whatever**(7) 41:14 45:12 111:15 144:19 150:5 170:19 191:17 | | **whoever**(3) 140:24 164:22 185:20 | | |
| **well**(66) 6:16 7:6 9:25 10:1 10:20 13:24 14:10 14:13 15:13 19:4 20:8 21:15 21:16 22:17 25:24 36:4 39:1 41:19 44:2 51:3 55:22 56:8 56:22 64:16 64:17 67:8 67:21 68:2 70:1 70:9 72:9 72:16 76:11 78:10 83:3 84:14 87:12 93:17 98:7 98:18 100:20 100:22 106:12 112:25 119:10 120:16 121:17 122:24 124:3 130:20 130:25 131:4 133:21 134:13 136:11 136:25 140:18 144:7 145:3 146:9 147:7 149:21 152:24 153:15 156:22 159:6 160:6 172:7 172:20 173:7 174:21 175:4 175:7 177:20 180:4 181:4 193:5 193:18 194:5 195:19 196:2 196:5 197:22 204:8 206:6 206:16 | | **whole**(9) 25:2 84:2 96:10 110:21 113:14 114:20 115:7 115:22 144:11 | | | | |
| | | **wheelhouse**(1) 47:21 | | **whom**(1) 22:22 | | |
| | | | | **whose**(1) 17:6 | | |
| | | **when**(79) 20:4 24:16 32:5 39:1 39:4 39:23 42:7 47:1 50:8 56:16 58:9 58:20 61:13 65:10 69:6 70:3 72:6 76:13 81:7 83:3 84:1 84:9 90:8 93:1 99:24 101:9 105:3 106:3 106:11 106:19 106:25 107:13 108:1 108:22 109:8 109:9 109:10 115:10 116:13 120:18 122:19 123:4 127:22 129:23 131:2 135:2 141:16 142:1 143:4 153:1 158:4 160:24 160:24 162:23 164:23 165:24 166:1 166:22 167:16 168:1 169:17 171:14 171:24 179:17 181:12 181:22 183:21 185:11 186:22 187:2 187:15 188:14 188:24 190:15 192:12 192:22 198:10 201:2 208:13 | | **who's**(4) 100:10 115:19 115:20 138:13 | | |
| | | | | **why**(28) 19:9 21:22 22:5 28:18 31:7 43:21 70:16 82:18 82:22 83:17 86:3 109:15 109:14 117:4 120:16 120:25 122:24 127:16 140:18 140:18 143:15 162:10 164:8 183:8 185:6 205:11 206:11 | | **withdrawn**(6) 19:16 29:14 35:8 59:10 163:10 184:8 |
| **well-covered**(1) 98:21 | | | | **wick**(1) 4:2 | | **within**(20) 9:7 23:6 53:10 53:17 58:14 129:11 130:1 152:18 154:7 159:8 159:9 159:23 159:23 159:25 180:6 180:7 180:21 180:21 180:23 198:9 |
| **went**(22) 15:7 20:25 60:10 60:12 75:7 76:15 81:7 105:8 122:19 153:1 158:20 158:23 163:24 165:21 166:7 171:24 179:1 179:21 184:22 186:19 187:5 192:22 | | | | **wife**(19) 64:10 66:2 100:9 101:10 101:22 102:7 102:13 102:15 102:16 104:15 104:1 106:16 106:19 110:7 112:17 114:3 115:11 117:21 118:11 | | |
| | | | | **wife's**(7) 101:24 103:16 105:4 106:15 112:5 117:13 117:20 | | **without**(16) 10:12 15:14 42:3 44:5 60:24 61:6 72:6 82:24 90:25 99:8 129:1 131:21 174:13 174:17 195:11 195:15 |
| **were**(113) 9:6 10:23 12:13 18:18 18:21 19:17 20:24 22:5 26:9 28:21 30:1 31:3 31:5 31:6 36:25 37:24 38:2 38:4 38:6 38:14 40:6 45:1 45:17 47:9 47:16 47:17 47:19 47:25 48:1 50:15 50:23 53:6 53:14 53:17 56:12 56:24 62:3 62:4 63:14 63:13 67:9 71:5 71:13 77:9 81:7 87:2 87:13 101:9 105:5 105:17 107:18 109:1 111:20 113:23 121:5 122:25 125:3 126:10 127:10 127:19 127:24 128:23 129:13 129:13 130:1 130:21 131:13 133:15 141:1 141:18 142:15 142:16 143:3 145:17 145:25 156:22 157:3 159:21 161:16 162:8 163:9 164:2 164:4 164:15 164:16 165:8 165:22 166:5 172:4 172:24 174:21 175:6 177:20 178:1 180:19 182:14 183:6 184:7 184:25 185:2 185:13 185:14 186:6 186:20 187:3 193:2 193:22 195:19 196:4 204:13 204:14 206:15 | | **whenever**(2) 172:25 193:23 | | **will**(121) 6:15 6:24 7:13 12:23 13:13 13:16 16:3 16:6 17:22 18:23 19:2 19:4 26:12 26:24 27:11 27:13 27:14 29:2 32:1 34:22 35:13 36:2 37:15 39:17 39:24 40:25 41:16 43:16 43:16 43:25 45:22 45:25 48:13 49:18 50:4 52:14 54:9 55:5 55:11 56:20 57:1 57:2 58:18 59:8 59:19 60:3 62:14 63:10 63:16 65:10 66:11 67:25 68:13 70:14 72:9 74:15 75:17 75:18 75:22 75:22 76:5 76:17 76:18 77:19 77:21 80:1 83:8 91:23 92:10 92:12 92:23 95:23 97:22 99:10 100:2 101:8 102:4 103:3 105:23 114:8 119:12 120:17 122:18 124:25 125:9 125:17 125:18 128:2 130:8 130:14 135:9 135:11 138:15 138:24 142:24 142:20 142:22 142:25 152:3 154:9 156:2 159:13 169:12 170:23 171:7 175:18 176:16 176:25 180:1 190:10 191:21 192:25 196:16 197:14 200:13 202:4 203:24 206:9 208:7 208:20 | | |
| | | **where**(31) 21:9 30:8 41:16 50:1 57:4 62:22 63:13 69:16 75:12 89:22 89:25 90:2 90:4 95:6 96:8 101:3 105:13 131:2 142:2 142:3 144:15 155:16 155:18 158:10 158:14 159:19 176:7 179:8 179:8 180:17 197:5 | | | | |
| **weren't**(3) 24:23 37:13 94:24 | | **whereupon**(1) 208:25 | | | | |
| **weren't**(1) 133:4 | | **whether**(45) 19:18 24:9 24:13 29:25 30:11 30:13 31:25 33:11 36:7 36:18 40:25 42:4 44:23 44:25 45:1 45:3 69:4 71:12 83:19 93:7 93:12 93:24 94:6 94:8 94:11 94:11 94:17 95:20 96:6 96:24 110:4 110:18 112:15 112:18 112:23 123:8 128:16 131:1 131:5 131:6 131:10 146:13 150:18 164:14 185:12 | | **william**(1) 5:19 | | **won't**(2) 111:7 130:9 |
| **westlaw**(1) 117:14 | | | | **willing**(1) 139:13 | | **word**(3) 117:9 120:18 147:18 |
| **we'd**(4) 100:24 106:18 128:6 133:15 | | | | **willingness**(1) 32:17 | | **wording**(1) 27:1 |
| **we'll**(13) 98:23 99:18 107:12 119:9 138:1 138:6 138:6 138:18 138:15 139:5 207:12 207:23 208:8 208:19 | | **which**(90) 13:9 13:10 13:13 17:19 18:19 21:4 26:22 27:7 27:10 27:10 27:20 36:7 45:5 51:4 51:5 52:5 53:25 61:19 62:7 63:4 65:5 65:8 68:15 68:22 69:24 71:17 72:23 73:2 77:4 78:19 79:6 82:6 82:7 90:13 92:22 93:18 94:11 94:12 95:4 95:22 97:2 97:14 103:13 110:24 113:21 114:1 115:1 115:8 118:1 118:5 118:11 120:23 121:12 121:13 121:14 124:7 124:23 125:8 127:20 133:18 142:11 142:19 144:12 145:14 145:15 146:7 146:16 148:15 157:6 158:22 159:16 161:25 163:11 171:18 172:21 174:18 175:1 178:4 179:20 180:1 182:23 184:9 192:16 193:19 195:16 196:9 198:8 199:8 203:21 204:24 | | **words**(8) 40:17 75:12 113:2 119:19 122:17 126:11 126:19 146:13 | | |
| | | | | **work**(22) 9:7 9:8 34:3 49:24 55:21 56:10 56:19 66:21 74:5 91:19 101:2 107:6 109:8 109:12 127:24 127:25 143:8 147:13 157:4 164:19 178:2 185:17 | | |
| **we're**(32) 97:2 107:10 107:10 107:13 108:19 109:15 113:9 115:5 115:10 115:24 116:22 117:17 118:13 119:23 123:22 124:11 125:12 127:7 133:12 133:14 133:1 138:8 197:25 197:25 199:14 202:14 202:15 204:4 204:10 204:17 206:7 208:17 | | | | **wilmington**(9) 1:18 1:37 2:8 2:36 2:44 3:6 3:13 3:19 6:1 | | **worked**(14) 15:11 37:6 50:1 62:16 64:11 70:19 86:6 89:22 90:23 96:21 97:5 117:3 117:22 127:21 |
| | | | | **wind-down**(1) 16:1 | | **workforce**(1) 16:3 |
| | | | | **windfall**(6) 117:19 117:21 118:6 118:7 119:19 120:18 | | **working**(8) 30:17 37:20 38:11 73:3 122:23 158:16 179:14 202:15 |
| | | | | **wish**(2) 31:5 203:21 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **works**(3) 31:21  116:7  133:3 | | **yes**(196) 6:7  6:10  6:19  7:22  8:5  8:9  9:19 | | **you**(301) 6:4  7:1  7:2  7:5  7:6  9:13  10:1 | | **you**(204) 132:24  133:1  134:2  134:2  134:4 | |

**works**(3) 31:21  116:7  133:3
**world**(5) 90:10  158:10  164:24  179:8
**worms**(1) 25:3
**worse**(1) 120:19
**worst**(3) 117:14  135:14  135:14
**worth**(5) 16:21  37:6  39:7  76:11  106:14
**would**(181) 7:23  9:14  9:16  10:16  11:1
11:3  11:16  15:12  16:11  16:18  17:8  18:2
18:22  19:6  21:1  21:17  22:7  22:11  22:12
22:15  24:4  24:5  27:9  27:9  28:16  29:2
31:1  31:2  31:4  32:11  33:12  34:1  35:17
36:12  36:17  36:20  38:13  38:17  39:25  40:
40:3  40:10  42:16  42:18  42:21  46:12  48:7
48:16  48:23  49:23  50:3  51:5  51:20  51:25
52:7  52:8  54:13  55:23  56:1  59:22  60:24
62:23  63:14  64:1  65:15  67:5  67:18  69:4
72:1  73:3  73:23  74:9  76:3  76:13  76:14
77:10  77:13  79:14  79:15  80:2  82:4  84:14
86:4  87:12  87:13  87:16  87:24  88:6  96:22
98:22  103:7  108:17  110:5  110:10  110:13
111:2  115:22  116:14  116:18  116:20  117:1
118:7  121:23  122:23  123:23  123:24  125:5
125:11  126:17  126:23  127:1  127:15  129:1
129:17  130:18  130:19  132:3  133:23
133:24  134:19  134:24  134:25  137:21
138:22  140:3  144:2  144:9  144:10  144:10
147:3  147:12  150:7  150:25  152:16  153:5
157:10  158:11  161:16  162:13  162:13
165:14  170:17  172:18  173:22  174:22  175:
175:18  176:16  178:8  179:9  182:14  183:11
183:11  186:12  191:15  193:16  194:20
195:20  196:7  196:16  197:14  198:21  199:8
199:10  200:1  200:12  201:9  201:17  202:19
204:16  204:23  204:24  205:3  205:11  205:1
205:15  205:20  206:23  207:6  207:13
208:10

**wouldn't**(5) 33:21  42:8  42:11  42:12  56:5
**wouldn't**(3) 111:2  115:20  128:6
**wound**(2) 162:17  183:15
**write**(1) 11:16
**writing**(3) 147:19  166:4  187:2
**written**(4) 10:13  126:6  143:1  205:4
**wrong**(8) 30:12  30:23  101:20  108:22
109:2  159:4  180:2  199:8

**wrongfully**(1) 108:25
**wrote**(1) 198:14
**www.diazdata.com**(1) 1:55
**yards**(1) 57:8
**yeah**(9) 70:7  91:18  139:15  139:17  139:19
140:7  151:19  156:7  177:5

**year**(59) 10:21  16:14  63:17  66:7  66:13
67:3  70:24  71:6  71:19  71:19  72:3  76:4
90:12  90:20  101:18  101:23  101:25  102:9
102:9  102:13  102:14  102:17  102:21  103:17
104:2  104:3  104:4  104:5  104:7  104:8
104:10  104:13  104:17  105:7  106:6  106:7
110:1  111:4  113:10  116:12  116:14  116:17
116:20  116:22  116:23  118:13  126:12
126:13  126:14  126:18  126:21  126:25  127:1
141:20  144:16  148:24  149:12  198:14
198:17

**yearly**(3) 142:16  149:8  149:10
**years**(48) 14:11  16:9  22:2  35:7  35:7  35:10
35:14  35:16  35:24  36:8  38:9  66:17  68:20
69:8  69:19  88:20  89:6  89:20  89:22  90:10
90:11  100:20  102:16  102:18  103:9  103:18
104:19  113:12  114:2  114:3  117:15  117:24
121:16  123:17  123:17  144:13  144:14
144:16  144:21  149:3  157:20  157:21  170:22
175:11  178:18  178:19  191:20  196:9

**years-old**(2) 160:11  181:9

**yes**(196) 6:7  6:10  6:19  7:22  8:5  8:9  9:19
9:22  10:10  12:6  14:1  15:5  16:15  17:22
17:24  18:10  20:6  22:18  35:11  36:10  37:4
43:4  43:10  45:9  46:7  46:10  47:7  48:19
49:9  49:17  50:11  51:18  54:22  55:3  57:18
58:11  59:25  60:2  60:3  62:5  64:7  65:16
67:22  67:22  70:6  70:6  70:7  70:25  74:16
75:14  76:24  77:22  78:4  78:12  78:16  79:2
80:3  80:16  80:21  80:22  81:22  81:24  82:1
85:2  86:1  86:22  87:5  87:9  89:18  91:14
92:11  92:16  93:15  95:18  97:3  97:25  98:9
98:14  99:21  100:17  102:10  105:25  109:6
109:7  109:13  111:12  111:20  111:20  113:1
113:19  114:12  115:15  118:21  119:1
120:21  122:5  122:9  123:11  123:18  124:9
124:19  124:21  127:9  128:22  130:13  130:1
132:16  132:17  132:19  134:23  136:8
136:21  137:6  140:15  141:1  147:6  147:22
148:21  148:22  149:19  150:11  151:15
151:20  158:17  158:17  159:18  160:1  162:1
163:6  163:15  163:25  165:25  168:12
168:14  169:8  169:8  169:14  169:15  169:22
170:10  170:11  172:14  173:12  173:25  174:
174:19  176:8  176:9  179:15  179:15  180:1
180:24  183:12  184:4  184:13  184:23  186:2
189:10  189:12  190:6  190:6  190:12  190:17
190:20  191:8  191:9  193:12  194:10  194:23
190:20  195:16  197:6  197:7  198:2  198:6
199:6  199:12  199:16  199:22  200:12  201:7
201:24  202:1  203:9  203:14  203:16  205:22
206:6  206:6  206:8  207:1  207:1  207:5
207:14  208:9  208:18

**yesterday**(2) 33:7  33:17
**yet**(10) 40:15  40:25  51:14  51:21  52:18
52:18  137:17  153:17  160:19  181:17

**york**(6) 1:46  2:15  2:22  2:28  50:18  207:3

**you**(301) 6:4  7:1  7:2  7:5  7:6  9:13  10:1
10:3  11:7  11:9  11:23  11:23  11:24  11:25
12:1  12:3  12:4  12:17  12:24  13:1  13:2
14:2  15:2  17:4  19:13  19:13  19:14  20:9
21:12  21:15  21:15  22:17  23:21  25:9  26:3
26:10  29:4  30:22  30:23  30:25  32:20  32:21
32:22  33:18  33:18  33:19  33:19  33:20
33:21  33:23  33:24  34:1  34:7  34:12  34:15
34:15  35:20  36:1  36:24  36:24  37:23  39:4
39:12  39:22  40:6  40:6  40:8  40:9  41:2
42:5  42:5  42:12  42:12  42:16  44:7  44:14
44:17  44:18  44:19  45:6  45:17  47:25  48:3
49:13  49:21  50:2  50:6  50:6  50:7  50:10
52:7  52:12  52:21  54:11  54:12  54:15  54:1
56:20  57:25  57:25  58:2  58:2  58:3  60:23
69:12  70:3  70:4  70:16  71:6  73:25  76:14
77:2  77:10  77:23  79:16  80:1  81:13  81:18
81:19  82:9  82:17  82:18  82:21  83:8  83:18
84:17  85:2  85:5  85:6  85:9  85:17  85:21
86:18  86:25  87:21  88:1  88:3  88:6  88:9
88:10  88:16  89:1  89:3  89:7  89:13  89:16
89:21  89:22  91:3  91:10  91:22  92:4  92:5
92:6  92:7  92:8  92:9  92:14  92:14  92:18
92:19  93:1  95:6  95:7  95:15  95:17  97:1
97:1  97:6  97:7  97:7  98:18  98:20  99:12
99:13  99:14  100:4  100:7  100:8  100:16
100:24  101:6  101:17  101:25  102:3  102:5
102:6  103:3  103:23  104:5  104:6  104:7
104:8  104:9  104:11  105:14  105:19  105:21
105:21  106:3  106:4  106:6  106:6  107:8
107:13  107:18  108:1  109:1  109:8  109:10
109:11  109:25  110:11  110:12  110:20
111:10  111:20  111:21  111:21  111:22
111:23  112:4  112:11  112:12  112:13
112:13  113:13  113:15  113:21  113:24
113:24  114:8  114:9  114:10  114:18  114:22
115:6  115:7  115:24  116:10  117:17  118:17
118:18  118:18  118:21  118:23  118:23
119:22  120:6  120:7  120:8  120:11  120:18
121:10  121:10  121:13  122:12  122:18
122:19  122:20  122:23  122:23  123:10  124:3
125:3  125:14  125:24  126:8  126:10  126:12
126:13  126:16  126:22  126:25  127:1  127:4
128:7  128:10  128:17  129:4  129:4  129:5
130:8  130:14  130:17  130:18  130:25  131:9
131:17  131:18  132:8  132:14  132:20  132:2

**you**(204) 132:24  133:1  134:2  134:2  134:4
134:12  134:15  134:19  134:23  134:24
134:25  135:2  135:8  135:15  135:19  136:20
137:1  137:1  137:2  137:3  137:11  137:14
137:14  137:15  137:16  137:17  138:6  138:15
138:21  138:24  139:3  139:4  139:6  139:9
139:11  140:11  140:13  141:5  142:21  142:22
142:24  143:6  143:7  143:8  143:8  143:11
143:15  144:15  144:22  146:19  147:1  147:9
147:17  148:2  148:11  149:12  149:13  150:22
151:16  152:1  152:2  152:3  152:3  152:11
152:12  152:15  153:25  156:4  156:19  159:11
160:1  160:2  162:14  162:16  162:17  162:25
163:1  165:6  165:25  167:1  167:3  167:18
167:19  167:20  168:1  168:2  168:2  168:5
168:6  168:7  169:5  169:13  169:14  169:19
169:20  170:15  170:22  171:2  171:4  171:5
172:25  173:20  174:5  174:16  174:21  175:13
175:13  175:13  175:22  175:24  176:1  176:3
176:4  176:5  176:6  176:11  176:12  176:13
176:19  177:2  177:17  180:9  180:24  180:25
183:12  183:14  183:15  183:23  183:24  186:4
186:23  187:24  188:1  188:16  188:17
188:18  188:24  188:25  188:25  189:3  189:4
189:5  190:3  190:11  190:12  190:17  190:18
191:13  191:20  191:25  192:2  192:3  193:23
194:18  195:3  195:14  195:19  196:11  196:11
196:11  196:20  196:22  196:24  197:1  197:2
197:3  197:4  197:9  197:10  197:11  197:17
197:21  197:22  198:16  199:7  200:15  200:17
200:18  201:24  202:3  202:6  202:7  202:9
202:10  202:11  202:11  202:13  202:16
202:17  202:18  202:18  203:24  204:17  205:3
205:5  206:23  207:7  207:8  207:15  207:20
208:8  208:9  208:18  208:24

**you'd**(3) 76:14  86:6  87:11
**you'll**(5) 36:3  82:18  82:20  87:25  91:15
**you're**(23) 15:18  19:23  27:2  30:22  33:20
34:3  40:22  42:19  49:16  50:9  74:24  76:13
88:4  91:11  148:24  149:15  151:5  165:16
169:6  176:18  186:14  190:4  197:16

**you've**(7) 19:14  24:12  26:17  31:7  152:13
170:14  191:12

**young**(4) 3:3  3:45  117:22  121:4

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **your**(301) 6:5  6:9  6:12  6:13  6:15  6:23  7:2 | | **zahralddin**(238) 2:40  13:22  18:19  19:2 | |

**your**(301) 6:5  6:9  6:12  6:13  6:15  6:23  7:2
7:4  7:8  7:22  9:19  10:5  10:7  10:17  11:4
11:8  11:20  11:25  12:3  12:17  13:3  14:2
14:4  14:10  14:13  15:21  18:18  19:12  20:7
20:21  21:2  21:20  21:21  26:2  26:8  26:8
28:20  29:6  30:21  30:25  31:19  31:21  31:25
34:4  34:5  34:9  34:10  34:15  35:9  35:12
35:19  35:22  39:22  40:21  41:2  43:2  43:11
44:23  45:22  50:7  50:10  52:21  54:7  54:11
54:19  55:4  56:17  58:6  58:22  59:12  66:20
67:13  67:23  68:9  68:19  74:22  75:5  75:6
75:12  75:21  76:21  78:1  78:11  79:17  80:1
80:21  80:24  81:9  81:11  81:20  82:19  83:2
83:9  83:16  83:23  83:24  84:7  84:11  84:17
84:22  85:5  85:11  85:23  86:3  88:8  88:9
88:16  89:6  89:16  89:21  89:21  89:22  90:17
91:7  91:8  91:14  92:4  92:5  92:15  92:20
92:21  93:23  94:5  94:16  97:1  97:17  98:12
99:12  99:14  99:16  100:5  100:6  100:8
101:4  101:15  101:20  101:24  102:6  102:25
103:3  103:7  103:8  103:10  103:22  103:25
104:12  104:24  104:25  105:16  105:19
105:21  105:22  105:23  106:14  106:17  107:1
107:19  108:3  108:11  109:6  109:17  109:22
110:1  110:11  110:25  111:5  111:8  112:4
112:11  112:12  112:17  112:19  112:22  113:1
113:4  113:6  113:23  113:25  114:2  114:16
115:2  115:4  115:8  115:14  115:18  116:1
116:9  116:23  117:2  118:6  118:10  118:15
118:23  118:24  122:7  122:18  123:1  124:6
124:6  127:3  127:5  128:8  128:17  130:25
131:9  132:16  132:20  132:20  132:25  133:1
133:19  134:12  134:19  135:5  135:18  136:7
136:13  137:1  137:5  137:7  137:19  139:4
139:6  140:7  140:11  140:25  142:4  142:5
143:4  143:9  143:11  144:7  144:9  144:12
144:18  145:7  145:9  146:18  146:24  147:1
147:5  147:12  148:24  149:12  149:18  150:2
151:14  152:2  152:5  152:14  153:9  153:15
153:24  155:12  156:5  159:15  160:2  160:4
161:7  163:4  163:12  163:22  164:24  166:5
166:7  166:15  167:5  167:18  168:8  168:13
168:14  169:1  169:15  169:23  172:21  173:1
173:23  174:2  174:5  174:8  174:24  175:15
176:4  176:8  176:9  176:12  177:3  180:13
180:25  181:2  182:5  184:2  184:10  184:20
185:22  187:3  187:5  187:13  188:3  188:16
189:6

**your**(47) 189:11  189:12  189:24  190:13
190:21  193:19  194:8  194:21  194:25  195:3
195:6  195:22  196:13  197:2  197:6  197:7
197:10  197:22  197:23  198:15  199:3  199:8
199:13  199:18  200:2  200:15  200:16  200:18
201:4  202:1  202:5  202:7  202:14  202:25
203:7  203:25  204:9  204:17  205:19  206:12
206:21  207:7  207:10  207:20  208:16  208:20
208:24

**yourself**(2) 205:19  207:16
**you'd**(1) 205:3
**you'll**(1) 102:6
**you're**(17) 40:19  101:19  103:24  104:4
104:7  109:8  112:8  112:15  113:1  113:15
117:16  122:21  129:4  137:2  137:4  138:5
207:18
**you've**(1) 98:21

**zahralddin**(238) 2:40  13:22  18:19  19:2
26:12  28:12  29:12  36:11  36:17  36:20
36:23  37:2  37:15  37:18  43:8  43:10  43:11
43:13  43:13  43:19  44:17  44:18  45:25
46:14  49:18  50:5  54:14  54:17  54:19  54:23
55:2  55:4  55:15  55:23  56:15  57:12  57:19
58:2  58:5  58:12  58:16  59:25  60:3  60:6
60:9  62:6  64:8  65:2  65:13  65:18  66:18
66:20  67:17  67:22  68:3  68:5  68:8  68:18
70:6  70:8  70:13  71:1  72:14  74:17  74:22
75:1  75:4  75:11  75:15  75:21  76:22  77:15
77:23  77:25  78:4  78:10  78:13  78:17  78:22
79:2  79:5  79:9  79:13  79:17  80:1  80:4
80:12  80:17  81:3  81:9  81:11  81:13  81:16
81:18  81:20  81:23  81:25  82:3  83:2  83:9
83:4  84:7  84:17  85:5  85:11  85:11  85:16
85:18  85:22  86:2  86:13  86:22  87:1  87:4
87:10  87:18  87:20  92:9  92:12  96:16  96:21
99:14  99:22  118:24  119:2  119:11  120:22
122:9  122:14  122:17  123:12  126:11  127:5
127:10  129:22  130:7  130:11  130:14  130:25
132:9  134:19  134:24  135:5  135:18  135:22
136:1  136:13  136:16  136:21  137:10  137:13
137:19  137:24  139:4  140:11  140:15
140:20  145:8  145:9  145:14  146:11  146:18
146:22  147:1  151:8  151:13  151:16  151:21
151:23  152:1  152:5  152:10  152:16  153:25
154:1  154:7  154:13  154:19  155:6  156:5
156:8  158:14  158:15  158:18  159:15  159:19
160:2  164:9  169:23  171:7  171:14  172:12
172:20  177:3  177:6  179:12  179:13  179:16
180:13  180:17  180:25  185:7  190:21  192:5
192:12  193:10  193:18  197:22  197:23
197:25  198:3  198:7  198:17  198:18  198:20
199:3  202:14  202:21  202:24  203:2  203:6
203:8  203:19  203:23  203:25  204:6  204:9
204:20  205:10  205:15  205:18  205:22  206:3
206:8  206:23  207:24  208:3  208:16

**zealous**(4) 17:12  17:12  17:18  18:12
**zero**(5) 64:13  122:21  122:23  122:24  123:5
**zloto**(1) 4:24
**zone**(1) 100:21