United States Bankruptcy Court
District of Delaware

# APPEAL TRANSMITTAL SHEET

Case Number: 09-10138-KG        ⦿ BK   ◯ AP

If AP, related BK case number: _____

Title of Order Appealed:  Order Approving Allocation Protocol

Docket Number: 9947        Date Entered: 04/03/2013

Item Transmitted:

| | | |
|---|---|---|
| ⦿ Notice of Appeal | Docket Number: 10166 | Date Entered: 4/17/2013 |
| ◯ Amended Notice of Appeal | Docket Number: | Date Entered: |
| ◯ Cross Appeal | Docket Number: | Date Entered: |
| ◯ Motion for Leave to Appeal | Docket Number: | Date Entered: |
| ◯ Record on Appeal | Docket Number: | Date Entered: |

*Appellant/Cross Appellant:
Joint Admin./Foreign Reps for Notel Networks UK

Appellee/Cross Appellee:

Counsel for Appellant:
Jaime Luton Chapman
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Counsel for Appellee:

*if additional room is needed, please attach a separate sheet.

| | | |
|---|---|---|
| Filing Fee Paid? | ⦿ YES | ◯ NO |
| IFP Motion Filed by Applicant? | ◯ YES | ◯ NO |
| Have Additional Appeals of the Same Order been Filed? | ⦿ YES | ◯ NO |
| If so, has District Court assigned a Civil Action Number? | ◯ YES | ⦿ NO    Civil Action # |

Additional Notes: Appellee Des. due 5/15/13 - Request for Direct Appeal Filed at Doc. 10244, Order Granted at Doc. 10407

Date: 5/2/2013            By: Sherry J. Stiles
                              Deputy Clerk

Bankruptcy Court Appeal(BAP) Number:    13-37            For Use By U.S. Bankruptcy Court

1/15/2013