**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Re Docket Nos. 9946, 9947** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators")[2] for Nortel Networks UK Limited ("NNUK") and certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors")[3] located in the region known as EMEA (Europe, Middle East, and Africa) in proceedings under the Insolvency Act 1986, pending before the High Court of Justice of England and Wales, hereby appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and 9 U.S.C. § 16(a), from the United States Bankruptcy Court

---

1. The debtors in these chapter 11 cases (the "U.S. Debtors"), along with the last four digits of each tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); Nortel Networks (CALA) Inc. (4226).

2. The Joint Administrators in the U.K. proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited, are: Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris. The Joint Administrators in the U.K. proceedings for Nortel Networks (Ireland) Limited are: Alan Robert Bloom and David Martin Hughes.

3. The EMEA Debtors are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks s.r.o.

01:13535638.2

for the District of Delaware's Order Approving Allocation Protocol [D.I. 9947] (the "Order") and related Opinion [D.I. 9946] (the "Opinion"), entered in the above-referenced proceeding on April 3, 2013.

Pursuant to Section 16(a) of the Federal Arbitration Act, 9 U.S.C. § 16(a), appeal is taken as of right with respect to those portions of the Order and Opinion that denied the Joint Administrators' motion to compel arbitration.[4] The Joint Administrators are filing a separate motion for leave to appeal from those portions of the Opinion and Order that approved the entry of an Allocation Protocol pursuant to which disputes about allocation are to be resolved through concurrent joint court proceedings in the U.S. and Canada.

The names of the parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| U.S. Debtors | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>  Howard S. Zelbo<br>  James L. Bromley<br>  Jeffrey A. Rosenthal<br>  Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: 212-225-2000<br><br>                                        - and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>  Derek C. Abbott<br>  Eric D. Schwartz<br>  Ann C. Cordo<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: 302-658-9200 |

---

4.  *Ehleiter v. Grapetree Shores, Inc.*, 482 F.3d 207, 214 (3d Cir. 2007).

| | |
|---|---|
| Official Committee of<br>Unsecured Creditors | AKIN GUMP STRAUSS HAUER & FELD LLP<br>  Fred Hodara<br>  David Botter<br>  Abid Qureshi<br>One Bryant Park<br>New York, New York 10036<br>Telephone: 212-872-1000<br><br>             - and -<br><br>RICHARDS, LAYTON & FINGER, P.A.<br>  Mark D. Collins<br>  Christopher M. Samis<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700 |

[*Remainder of the page intentionally left blank.*]

Dated: Wilmington, Delaware
April 17, 2013

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jaime Luton Chapman*
James L. Patton (No. 2202)
Edwin J. Harron (No. 3396)
John T. Dorsey (No. 2988)
Jaime Luton Chapman (No. 4936)

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600
Fax:  302-571-1253

− and −

HUGHES HUBBARD & REED LLP

Derek J.T. Adler
Amera Z. Chowhan
Gabrielle Glemann
Charles H. Huberty

One Battery Park Plaza
New York, New York 10004
Telephone:  212-837-6000
Fax:  212-422-4726

− and −

HERBERT SMITH FREEHILLS LLP

Kevin Lloyd
John Whiteoak
Richard Lawton

Exchange House
Primrose Street
London EC2A 2HS

*Counsel for Joint Administrators*

01:13535638.2