IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 10333** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Kimberly Murray, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 30, 2013 I caused to be served a personalized "Notice of Reversal of Transfer of Claim" (the "Transfer Reversal Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Reversal Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
30th day of April, 2013

Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF REVERSAL OF TRANSFER OF CLAIM

Transferor:    TERI BOWBEER
65 GREG CT
ALAMO, CA 94507-2841

Transferee:    SOLUS RECOVERY FUND OFFSHORE MASTER LP
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
ATTN: JON ZINMAN
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022

Your transfer of claim # 2932 was reversed for the reason listed below:

**Transferor Objection**

Docket Number:  10333              Date:  04/26/13

/s/ Kimberly Murray
Epiq Bankruptcy Solutions LLC, as claims agent for the debtor(s).

FOR EPIQ USE ONLY:  This notice was mailed to the transferor and transferee by first class mail, postage prepaid on April 30, 2013.

With a copy to:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

# EXHIBIT B

TERI BOWBEER
65 GREG CT
ALAMO, CA 94507-2841


SOLUS RECOVERY FUND OFFSHORE MASTER LP
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
ATTN: JON ZINMAN
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022


CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006