IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 10365** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Kimberly Murray, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 1, 2013, I caused to be served a personalized "Notice of Defective Transfer" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kimberly Murray

Sworn to before me this
1st day of May, 2013

Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

C:\Documents and Settings\kmurray\Desktop\NNI\Transfers\5.1.13\Defective Transfer Aff_DI 10365_5.1.13_SS.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

NOTICE OF DEFECTIVE TRANSFER

Transferor:     CLARK, DOUGLAS G.
                1529 ELLIS HOLLOW ROAD
                ITHACA NY 14850

Transferee:     HAIN CAPITAL HOLDINGS, LLC
                ATTN: AMANDA RAPOPORT
                301 ROUTE 17, 7TH FLOOR
                RUTHERFORD NJ 07070

Your transfer   of claim #   3731   is defective for the reason(s) checked below:

Signature Missing

Docket Number 10365              Date 04/29/13

/s/Kimberly Murray

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 1, 2013.

# EXHIBIT B

TIME: 11:34:44
DATE: 05/01/13

NORTEL NETWORKS INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| CLARK, DOUGLAS G. | 1529 ELLIS HOLLOW ROAD ITHACA NY 14850 |
| HAIN CAPITAL HOLDINGS, LLC | ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006