IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 10352-10355, 10358-10363, 10366, 10371 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK  )

KIMBERLY MURRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 1, 2013, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/ Kimberly Murray_
Kimberly Murray

Sworn to before me this
2nd day of May, 2013

_/s/_
Notary Public

REGINA AMPORRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

13

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ALMS, MICHAEL
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

Please note that your claim # 3785 in the above referenced case and in the amount of $107,648.83 has been transferred **(unless previously expunged by court order)** to:

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: ALMS, MICHAEL
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10366 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/01/2013    David D. Bird, Clerk of Court

/s/ Kimberly Murray
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 1, 2013.

# EXHIBIT B

```
TIME: 11:08:25                                    NORTEL NETWORKS INC.                                           PAGE:  1
DATE: 05/01/13                                      CREDITOR LISTING

Name                              Address
ALMS, MICHAEL                     4944 ELM ISLAND CIRCLE WATERFORD WI 53185
CARLSON, MICHAEL                  5540 RIVERWOOD LN SAVAGE MN 55378-4401
CARROLL, RUSSELL                  755 OLD FOREST CT GAHANNA OH 43230
CLARK, DOUGLAS G.                 1529 ELLIS HOLLOW ROAD ITHACA NY 14850
DAS, JAYA V                       11712 BROADFIELD CT RALEIGH NC 27617
DAVIS, ROBERT                     1032 FEDERAL HOUSE AVE WAKE FOREST NC 24587
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: ALMS, MICHAEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: CARLSON, MICHAEL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: CARROLL, RUSSELL ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: CLARK, DOUGLAS G. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: DAS, JAYA V ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: DAVIS, ROBERT ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: HOLLOWELL, GAY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: JORDAN, WILLIAM D. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: KEARLEY, DEREK ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: MARTIN, JO ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: PEGRAM, KIMBERLY ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HAIN CAPITAL HOLDINGS, LLC        TRANSFEROR: WILKE, THERESA C. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
HOLLOWELL, GAY                    312  19TH ST. BUTNER NC 27509
JORDAN, WILLIAM D.                1608 STONEY CREEK DR. FREDERICKSBURG VA 22407
KEARLEY, DEREK                    18 ORDWAY LN KINGSTON NH 03848-3574
MARTIN, JO                        3944 STONYRUN DR. LOUISVILLE KY 40220
PEGRAM, KIMBERLY                  7702 OLD FAIRGROUND RD BENSON NC 27504
WILKE, THERESA C.                 4012 FERN MEADOW DR CARY NC 27513-8114

Total Number of Records Printed   24
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006