## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                        :
                                        :      Chapter 11
                                        :
In re                                   :
                                        :      Case No. 09-10138 (KG)
Nortel Networks, Inc., et al            :
                                        :      Jointly Administered
                      Debtors           :
                                        :
                                        :
-----------------------------------------------------------X
```

## DECLARATION PURSUANT TO FED. R. BANKR. PROC 2014(a) OF JAMES BOUDREAU REGARDING EMPLOYMENT OF CERTAIN FORMER NORTEL NETWORKS, INC. EMPLOYEES THROUGH RANDSTAD PROFESSIONALS US, LP D/B/A THE MERGIS GROUP

I, James Boudreau, do hereby declare the following to be accurate and complete to the best of my knowledge and belief:

1.      I am the General Counsel of Randstad Professionals US, LP, with principal offices located at 150 Presidential Way, Woburn, MA 01801 ("Randstad").  The Mergis Group ("Mergis") is a division of Randstad.  Randstad is a wholly-owned indirect subsidiary of Randstad Holding, nv, a Dutch company publicly traded on the Amsterdam Exchange.

2.      Mergis is a staffing company, and from time to time will agree to act as the employer of record in connection with services to be performed by individuals who have been sourced and selected by the client ("Payrolling Services").

3.      Subject to approval by the Bankruptcy Court, Mergis has been retained by Nortel Networks, Inc. (the "Company") to provide Payrolling Services in connection with the proposed services of up to nine (9) Company employees, officers and/or directors (the "Payrollees") during the pendency of the bankruptcy proceedings.  The Payrollees currently contemplated are Timothy Ross, Allen Stout, David Cozart, Kim Ponder, Jessica Lloyd, Gary Storr, Jane Davison, Elizabeth Smith, and Deborah Parker.

4.      Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, Mergis hereby confirms that, to the best of its knowledge and belief, other than in connection with the Payrolling Services and the Payrollees and as otherwise disclosed on Exhibit II, Mergis does not have any connection with the Debtors, the creditors, the United States Trustee, any person employed by the United States Trustee or any other party with an actual or potential interest in their chapter 11 cases or their respective attorneys or accountants.

5.      Attached as Exhibit I hereto is the list of persons and entities provided to Mergis to be checked for conflicts.  Attached as Exhibit II hereto is a list of known Mergis relationships with the persons and entities listed on Exhibit I.

6.      Mergis may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to conducting these chapter 11 cases, for persons that are parties in interest in these chapter 11 cases.  As part of its customary practice, Mergis provides staffing services, Payrolling Services, and other staffing-related services and consulting services to many different parties throughout the United States, some of whom may represent or be retained by the Debtors, claimants and parties in interest in these chapter 11 cases.  To the best of my knowledge and belief, except in relation to the Payrollees, Mergis does not perform services for any person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys or accountants that would be adverse to the Debtors or their estates.  Mergis is a multimillion dollar business operating in all fifty states, employing tens of thousands of persons as temporary personnel every year.  Mergis is not typically called upon to perform conflicts checks and has no systems or processes in place to perform such checks in an efficient manner.  Therefore, we cannot be certain of the statements in paragraphs 4 and 5 above and paragraph 7 below without a significantly onerous and costly review.

7.      Mergis hereby confirms that, to the best of its knowledge and belief, other than in connection with the Payrolling Services and the Payrollees and as otherwise disclosed on Exhibit II, Mergis does not represent any interest adverse to the Debtors or the Debtors' estates in the bankruptcy proceedings.

8.      The Debtors do not owe Mergis any fees or expenses for prepetition services, the payment of which is subject to limitations contained in the Bankruptcy Code, 11 U.S.C. §§ 101 et seq.

9.      If Mergis should discover any facts bearing on the matters described herein, Mergis will supplement the information contained in this Declaration.

*[Remainder of page intentionally left blank – signature page follows.]*

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 1, 2013

James E. Boudreau, Esq.
General Counsel

---

COMMONWEALTH OF MASSACHUSETTS

Middlesex County

On this _1st_ day of _May_, 2013, before me, the undersigned notary public, personally appeared _James E. Boudreau_, proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person who signed the above declaration in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Notary Public

My Commission expires: _10/7/16_

3