# EXHIBIT I: Conflict Check List Entities

***Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))***
Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.

Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.
Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation

4

PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.
Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment
(Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment
Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.

Nortel Networks France SAS
Matra Communications Business Systeme GmbH
Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH

***Debtors' 5% Shareholders***
n/a

***Current Directors and Officers of the Debtors and
for two years prior to the Petition Date***
Current Directors and Officers of NNI
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of NNI for the Two
Years Prior to the Petition Date
Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
John Doolittle
Lynn Egan
William R. Ellis
Thomas A. Gigliotti
Clarke Glaspell
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look
Eugene McClain
Claudio Morfe Jr.
Kimberly P. Poe
Donald Powers
Charles R. Raphun
Christopher Ricaurte
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout
Anna Ventresca
Jeffrey Thomas Wood

Current Directors and Officers of NNCC
Timothy C. Ross
Allen Keith Stout

5

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Katharine B. Stevenson
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.) for the Two Years Prior to the Petition Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.)
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon Websystems International Inc.) for the Two Years Prior to the Petition Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Jeffrey Thomas Wood

Current Directors and Officers of Architel Systems (U.S.) Corporation
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years Prior to the Petition Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Xros, Inc..
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Xros, Inc. for the
Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Sonoma Systems
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Sonoma Systems
for the Two Years Prior to the Petition Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Qtera Corporation
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Qtera Corporation
for the Two Years Prior to the Petition Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies

John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
 Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Officers and Directors of CoreTek, Inc.
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of CoreTek, Inc. for
the Two Years Prior to the Petition Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
Clarke Glaspell
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle
Christopher Simon Ricaurte
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Networks
Applications Management Solutions Inc.
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks
Applications Management Solutions Inc. for the Two
Years Prior to the Petition Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe

Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Networks
Optical Components Inc.
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks
Optical Components Inc. for the Two Years Prior to
the Petition Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Networks
HPOCS Inc.
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks
HPOCS Inc. for the Two Years Prior to the Petition
Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Networks
International Inc.
Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks
International Inc. for the Two Years Prior to the
Petition Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Northern Telecom
International Inc.

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Northern Telecom
International Inc. for the Two Years Prior to the
Petition Date
Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

<u>Current Directors and Officers of Nortel Networks</u>
<u>Cable Solutions, Inc.</u>
Timothy C. Ross
Allen K. Stout

<u>Former Directors and Officers of Nortel Networks</u>
<u>Cable Solutions, Inc.</u>
John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Kevin Boyle II
Shelley Bracken
Roger W. Britt
Mario Brown
Glenn Brownridge
Francois Burton
Tom Buttermore
Matteo Candaten
Dennis Carey
Norman Caron
Serge Caron
Sudarshan Chitale
Russell Coffin
Graeme Currie
Gordon A. Davies
John M. Doolittle
Lynn Cecelia Egan
Emre Erkol
J. Erik Fako
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Sonia Garapaty
Michael Gawargy
William Gentry
Duncan Gillibrand
Clarke Glaspell
Paul Granville
Andrew Harrison
Christopher Hogg
Henry Holland
Gregory Hood
Robin Scott Hughes
Ken Huntington
Camille Issa
Oya Istemi
Anthony Jones

Joel Joseph, Jr.
Ricky Kaura
Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Raj Krishnan
Laurie A. Krebs
Guy Lafontaine
Keith Landau
Gregor W. Larson
Michael Leeder
Louis LeVay
Brian Lindsay
Robert Litalien
Dennis Lloyd
Wade Lyon
Anthony G. MacDonald
John R. McCready
James McEachern
Steve J. McKinnon
Swapan Nandi
James Ostrom
Alain Papineau
April A. Pennisi
David Price
Alan W. Pritchard
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Parviz Rashidi
Christopher Simon Ricaurte
Ron Ryan
Mehdi Sajasi
Donna Samper
Robert Saunders
Ian Scales
Kevin Sembrat
Iain Sharp
Elaine Smiles
Eric L. Smith
Pete Streng
Guillaume Strub
Dany Sylvain
Richard C. Taylor
Tom P. Taylor
Craig Telke
Denis R. X. Thibault
Bill Thompson

9

Greg Thor
Lee B. Valerius
Guy Vonderweidt
Richard Willis
Cortland Wolfe
Jeffrey T. Wood
Steven Woods
Wei Jen Yeh

Current Directors and Officers of Nortel Networks
(CALA) Inc.
Timothy C. Ross
Allen K. Stout

Former Directors and Officers of Nortel Networks
(CALA) Inc. for the Two Years Prior to the Petition
Date

Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davis
Joseph F. Dearing
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Cristina Gomez
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Fabiola Leva
Peter Look
Norberto Milan
Christopher Simon Ricaurte
Eduardo Santoyo
Jorge Humberto Suarez
Hector Benjamin Viana

***Debtors' Vendors***
Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation

Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation
Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson

10

Johnson Controls Inc.
Cigna

### Debtors' Litigants
California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


### Debtors' Lenders
Export Development Canada


### Debtors' Banks and Money Market Funds
Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds
Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

### Debtors' Significant Customers
Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

### Debtors' Landlords
Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson
Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company
Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company

7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC
13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP

***Debtors' Insurers***
ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company

American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

***Counterparties to Debtors' Significant Contracts***
The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

***Debtors' Bondholders and Trustees***
Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank
Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.

Carolina Capital Markets, Inc; Clearview
Correspondent Services, LLC; H.G. Wellington &
Co, Inc; Scott & Stringfellow, Inc; Hawthorne
Securities, Corp; McMillion Securities, Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading
Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial
Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary,
LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.
H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada

Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT
Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

---

[1]    Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company; the beneficial holders are not known to the Debtors.

***Debtors' Professionals***
Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC
RLKS Executive Solutions LLC
Chilmark Partners, LLC
Grant Thornton LLP
Linklaters LLP
Benesch Friedlander Coplan & Aronoff LLP
Torys LLP
Addrex Inc.
CB Richard Ellis, Inc.
Ernst & Young LLP
Cassidy Turley CPS
Eugene F. Collins

***Unsecured Creditors Committee's Professionals***
Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP
Ashurst LLP
Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger

***Debtors' Major Competitors***
Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola

IBM
Hewlett Packard

***Top 40 Unsecured Creditors***
The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV
SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

14

*Utilities*
Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts
National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

*Others*
Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein

Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America
Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.
NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest
Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies
Monarch Alternative Capital LP
State of Michigan, Department of Treasury
Commonwealth of Pennsylvania, Department of
Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.

15

City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of
Revenue
Keith Weiner
Rudy Mathieu
Wendell Allen Neff
Charles Rowe
Neal Shact
Fred Scott
Jac Goudsmit
Dwayne Roberts
William Weidner
Price Paschall
The Internal Revenue Service
Bell Microproducts Canada-Tenex Data ULC
Law Debenture Trust Company of New York
Kien Chen
Moreno Minto
Nortel Networks UK Pension Trust Limited & The
Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited
Cypress Communications, Inc.
Duane Morris LLP
Baker Botts L.L.P.
GENBAND, Inc.
Westchester Fire Insurance Company
ACE USA
Nuance Communications, Inc.
ACS Cable Systems, Inc.
One Equity Partners III, L.P.
Radware Ltd.
Telefonaktiebolaget LM Ericsson
Kapsch Carriercom AG
East Camelback Road, Inc.
Department of the Navy
Arthur A. Russell
Thomas & Betts Manufacturing Inc.
City and County of Denver
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
Amphenol Corporation
Amphenol Fiber Optics
Andrew, LLC
Avanex
Dell Marketing, LP

Graybar Electric Company, Inc.
Staples National Advantage
Starent Networks Corp.
Tyco Electronics
Volex, Inc.
Zyxel Communications, Inc.
EMC Corporation
Sodexo, Inc.
Microvision, Inc.
Avidity Partners LLC
Acme Packet, Inc.
PSP Holding LLC
Google, Inc.
Spectrum Group Management LLC
Exide Technologies
Credit Suisse Strategic Partners
ASM Capital III, L.P.
ASM Capital, L.P.
Michael Alms
Gussie Anderson
Faye Brown
Roger Carlsen
John Elliott
Nanette Faison
Bert Fletcher
Barbara Gallagher
Gary Garrett
Laura Hale
Janette Head
Brad Henry
Mark Janis
William Johnson
Deborah (Margaret) Jnes
Peter Lawrence
James Lee
Fred Lindow
David Litz
Kerry Logan
Robert Martel
Terry Massengill
Reid Mullett
Pamela Powell
Frankie Proctor
Janie Proctor
Carol Raymond
Ronald Rose Jr.
Charles Sandner
Cynthia Schmidt
Wayne Schmidt
Manuel Segura
Leolia Strickland
Michael Stutts
Carmel Totman
Claudia Vidmer

Susan Widener
Vada Wilson
Ranger Inc.
Microsoft Corporation
Oracle America, Inc.
Annabelle W. Caffry and Susannah C. Lund,
Trustees of the John W. Caffry Family Trust
SNMP Research International, Inc.
Solus Alternative Asset Management LP
Mike Zafirovski
Core Brookfield Lakes, LLC
Mera NN
FCS North America, Inc.
Blank Rome LLP
Bernstein, Shur Sawyer & Nelson
John J. Rossi
Najam Dean
Gerald R. Utpadel
Michael P. Alms
William A. Reed
Mark A. Phillips
Nancy Wilson
Richard Lynn Engleman
Jeffrey B. Borron
Janetta Hames
Robert Dale Dover
David Litz
James Hunt
Scott David Howard
Brenda L. Rohrbaugh
Chad Soraino
Bruce Francis
Michael D. Rexroad
Brent E. Beasley
Caroline Underwood
Michael McWalters
Estelle Loggins
Freddie Wormsbaker
John Mercer
Kaushik Patel
Deborah M. Jones
Marilyn Day
Marilyn Green
Scott Gennett
Lynette Kay Seymour
Michael R. Thompson
Nanette Faison
Mary L. Holbrook
Shirley Bloom
Paul Douglas Wolfe
Thelma Watson
Betty Lewis
Jane Neumann
Lottie Edith Chambers

Bruce Turner
Wendy Boswell Mann
Kim M. Yates
Remajos Brown
Laurie Adams
Daniel D. David
Bonnie J. Boyer
Jerry Wadlow
Miriam L. Stewart
Leah McCaffrey
Steven E. Bennett
George I Hovater, Jr..
Olive Jane Stepp
Edward G. Guevarra Jr.
Alan Heinbaugh
Leona Purdum
Chae S. Roob
Brenda L. Wread
Sandra Aiken
Victoria Anstead
Diane Uphold
Barbara Dunston
SPCP Group, LLC
Herbert Preston Stansbury
Vernon Long
Janet Bass
Shirley Maddry
Kathleen A. Reese
Ralph MacIver
Emily D. Cullen
Rahul Kumar
James Craig
Debra Vega
Susan Ann Heisler
Danny Owneby
Deborah Faircloth
Cynthia B. Richardson
Gloria Benson
Ellen Sue Brady
Richard Hodges
Thomas Patrick Tinker (Assistant US Trustee)
William K. Harrington (Office of the US Trustee)
David Buchbinder (Office of the US Trustee)
Diane Giordano (Office of the US Trustee)
Christine Green (Office of the US Trustee)
Jeffrey Heck (Office of the US Trustee)
Mark Kenney (Office of the US Trustee)
David Klauder (Office of the US Trustee)
Jane Leamy (Office of the US Trustee)
James R. O'Malley (Office of the US Trustee)
Lauren O'Neal (Office of the US Trustee)
Michael Panacio (Office of the US Trustee)
Juliet Sarkessian (Office of the US Trustee)
Richard Schepacarter (Office of the US Trustee)

Ramona Vinson (Office of the US Trustee)
Michael West (Office of the US Trustee)
Shakima L. Williams (Office of the US Trustee)
Dion Wynn (Office of the US Trustee)
The Hon. Kevin Gross -*Only family relationships
with Judge Gross need be disclosed

### Ad Hoc Bondholder Group
Mackay Sheilds LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC
Milbank Tweed LLP (advisors)

### Top 20 Creditors of Nortel Networks (CALA) Inc.
Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology
United Business Media LLC dba Everything Channel
Newcomm 2000

Central General Engineering and Maintenance
Limited
Wireless Integrated Networks WIN
Siemens Enterprise Comm Inc
Manning Global
Mercury America USA Corp
Isbel SA
Alvarion Ltd
Coams Inc
Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc

### Mediator
Layn R. Phillips
Irell & Manella LLP
Chief Justice Warren K. Winkler

### Principal Officer
John Ray

<u>Exhibit II</u>

Some or all of the Payrollees proposed to be hired by Mergis in connection with the Payrolling Services appear on <u>Exhibit I</u>.

There are a significant number of names on <u>Exhibit I</u> that match the names of current or former Randstad employees or independent contractors (as noted in the Declaration, Randstad employs tens of thousands of people every year). Without further identifying information (e.g. SSN), we cannot definitively say whether these represent true matches or are merely different people with the same names. We are not aware of any true matches.

Entities on <u>Exhibit I</u> that are or may be current or former clients of Randstad on matters that are, to the best of our knowledge, unrelated to these chapter 11 cases. Note that we have been overinclusive and have listed non-exact matches if they appear to be affiliated entities.

1.  ACE USA
2.  ABN AMRO Bank N.V.
3.  ACE USA
4.  AIG Commercial Insurance Company of Canada
5.  Airspan
6.  Akin Gump Strauss Hauer & Feld LLP
7.  Alcatel-Lucent
8.  Allianz Global Risks US Insurance Company
9.  Alltel (ACI)
10. Alpha Network USA, Inc.
11. Alpha Networks
12. Altera
13. Ameriprise Financial Services, Inc.
14. Amphenol
15. AMX
16. Andrew Corporation
17. Anixter
18. Anixter International
19. Applied Micro Circuits Corporation
20. Arch Insurance Company
21. Artesyn Technologies
22. AT&T
23. Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
24. Bank of America
25. Bank of America/La Salle
26. Bank of New York
27. Bank of New York/Barclays
28. Bank of New York/LDSEG
29. Bank of New York/London
30. Bank of New York/Prudential
31. Bank of New York/TD BK
32. Bell Micro

33.  Bell Microproducts Canada-Tenex Data ULC
34.  Benesch Friedlander Coplan & Aronoff LLP
35.  Bexar County
36.  Blank Rome LLP
37.  BNP of Paribas Prime Brokerage, Inc
38.  BNP Paribas Securities Corp/Fixed Income
39.  BNP/PPBC
40.  BNY-SBL/PB
41.  British Telecom
42.  Broadcom Corporation
43.  Brookfield Lakes Corporate Center
44.  Brookfield Lepage Johnson
45.  Brown Brothers Harriman & Co.
46.  BT Americas Inc
47.  Cablevision Lightpath, Inc
48.  California State Board of Equalization
49.  California State Teachers Retierment
50.  Capstone Advisory Group, LLC
51.  Catlin Canada Inc.
52.  CB Richard Ellis, Inc.
53.  Charles Schwab & Co., Inc.
54.  Chubb Insurance Company of Canada
55.  CIBC World Markets, Inc
56.  Ciena Corporation
57.  Cigna
58.  Cisco Systems, Inc.
59.  Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
60.  Citibank, NA
61.  Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
62.  Citigroup Global Markets, Inc./Salomon Brothers
63.  Citigroup Private Bank & Trust
64.  City of Santa Clara
65.  Comcast
66.  Comerica Bank
67.  Communications Test Design Inc.
68.  Continental Casualty Company
69.  Cox Communications
70.  Credit Suisse Securities (USA)
71.  Credit Suisse Strategic Partners
72.  Crowell & Moring LLP
73.  CTDI
74.  Cypress Communications, Inc.
75.  Datatec Networking and Com.
76.  Davidson (D.A.) & Co., Inc.
77.  Department of the Navy
78.  Deutsche Bank

79. Deutsche Bank Securities, Inc.
80. Dresdner Kleinwort Securities LLC
81. Duke Energy Company
82. E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
83. Embarq
84. EMC Corporation
85. Emerson
86. Emerson Network Power Embedded
87. Ernst & Young Inc.
88. Ernst & Young LLP
89. Exide Technologies
90. Federal Insurance Company (Chubb)
91. Federated Treasury Obligations
92. Fidelity Management & Research Co.
93. Fidelity Treasury Portfolio Fund
94. Flextronics
95. Flextronics America LLC
96. Flextronics International
97. Flextronics International Europe BV
98. Flextronics Logistics USA Inc.
99. Flextronics Sales & Marketing North
100. Freescale Semiconductor
101. Frontier Communications
102. GE Fanuc Embedded Systems, Inc.
103. Goldman Sachs & Co.
104. Goldman Sachs Execution & Clearing, LP
105. Goldman Sachs International Ltd.
106. Gores Group, Inc.
107. Grant Thornton LLP
108. Graybar Electric Company, Inc.
109. Great American Insurance Group
110. H&R Block
111. Harris Corporation
112. Harris County
113. Harte-Hanks, Inc.
114. Hewlett Packard
115. Hewlett Packard Financial Services
116. Hiscox Syndicate
117. Hitachi Cable
118. Huawei
119. Huntington National Bank
120. Huron Consulting Group
121. IBM Corporation
122. Ingalls & Snyder, LLC
123. Insight Direct USA, Inc.
124. Insignia ESG, Inc.

21

125.   Intech Group, Inc.
126.   Interactive Brokers, LLC/Retail Clearance
127.   Iron Mountain Information Management Inc.
128.   ITC
129.   ITC Networks
130.   Jabil Circuit Inc (GDL)
131.   James Lee
132.   Janney Montgomery Scott, LLC
133.   JDS Uniphase Corporation
134.   Jefferies & Co., Inc.
135.   Jones (Edward D.) & Co.
136.   JP Morgan
137.   JP Morgan Chase Bank, National Association
138.   JP Morgan Clearing Corp.
139.   JP Morgan International
140.   JP Morgan Securities Inc./Fixed Income
141.   JP Morgan Securities, Inc.
142.   JP Morgan U.S. Money Market Funds
143.   JPM/CCS2
144.   JPM/GS CAP
145.   Juniper Networks, Inc.
146.   Kuehne & Nagel International AG
147.   Lazard Frères & Co., LLC
148.   Lehman Brothers, Inc.
149.   Loomis Sayles & Company, L.P.
150.   LPL Financial Corporation
151.   Mackay Sheilds LLC
152.   Marshall & Illsey Bank
153.   McCann Erickson San Francisco
154.   Mellon Trust of New England, NA
155.   Micron
156.   Microsoft
157.   Microsoft Corporation
158.   Morgan Stanley
159.   Morgan Stanley & Co Inc./Retail
160.   Morgan Stanley & Co. Inc.
161.   Morgan, Keegan & Company, Inc.
162.   Motorola Corporation
163.   MTS Allstream Inc.
164.   National City Bank
165.   National Financial Services Corp.
166.   National Grid
167.   National Grid – Massachusetts
168.   National Grid - Melville
169.   Nokia
170.   Nortel Networks Corp. "ERISA" Litigation

171. Nortel Networks Corp. "ERISA" Litigation Plaintiffs
172. Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
173. Nuance Communications, Inc.
174. Ogilvy Renault LLP
175. Oppenheimer & Co., Inc.
176. Oracle America, Inc.
177. Oracle Corporation
178. Oracle USA, Inc.
179. Pacific Investment Management Company LLC
180. PNC Bank, NA
181. Polycom
182. Powerwave Technologies, Inc.
183. Precision Communication Services, Inc.
184. QBE Specialty
185. Qualcomm Inc.
186. Raymond James & Associates, Inc
187. Raymond James Ltd
188. RBC Capital Markets Corporation
189. RBC Dominion Securities Inc
190. Richardson Independent School District (ISD)
191. Right Management
192. Sanford C. Bernstein & Co., LLC
193. Sanmina SCI Corporation
194. Santur Corporation
195. SAP America, Inc.
196. Scotia Capital Inc
197. Scottrade, Inc
198. SEAL Consulting
199. Siemens Enterprise
200. Siemens Enterprise Comm Inc
201. Siemens Networks
202. Sony Ericsson Mobile Communications A.B.
203. Sprint Nextel
204. SprintCom Inc.
205. SRP
206. Staples National Advantage
207. State of Michigan, Department of Treasury
208. State Street Bank & Trust Co.
209. Sterne, Agee & Leach, Inc.
210. Stifel Nicholaus & Company
211. Sumitomo Electric Lightwave Corporation
212. Sun Microsystems
213. Suntrust Bank
214. Tandberg
215. Tata Consultancy Services

216. TD Ameritrade Inc.
217. TD Waterhouse Canada, Inc.
218. Technology Park X LTD Partnership
219. Tejas
220. Telefonica
221. Tellabs, Inc.
222. The Bank of New York Mellon
223. The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
224. The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
225. The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
226. The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
227. The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
228. The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
229. The Irvine Company and ACE Parking Management
230. The Prudential Insurance Company of America
231. Trapeze Networks Inc.
232. Travelers Guarantee Company of Canada
233. Trustmark
234. TTI Team Telecom Netherlands B.V.
235. tw telecom
236. Tyco Electronics
237. UBS
238. UBS Financial Services, Inc.
239. UBS Securities, LLC
240. UMB Bank NA
241. Union Bank of California
242. Unisys
243. United Business Media LLC dba Everything Channel
244. US Bank NA
245. US Cellular
246. USAA Real Estate Company
247. Verizon
248. Verizon New York, Inc.
249. Wachovia Bank, NA
250. Wachovia Capital Markets, LLC
251. Wachovia Securities, LLC
252. Wells Fargo Bank, National Association
253. Wilmington Trust Company
254. Wind River Systems Inc.
255. Wipro

256. Wipro Technologies
257. Wistron
258. Wistron InfoComm Technology Corp.
259. Witness Systems Inc.
260. XL Insurance (Bermuda) Ltd
261. XL Insurance Company Ltd

Entities on Exhibit I that are or may be current or former vendors/service providers of Randstad on matters that are, to the best of our knowledge, unrelated to these chapter 11 cases. Note that we have been overinclusive and have listed non-exact matches if they appear to be affiliated entities.

1. Acme Packet, Inc.
2. Aldine Independent School District
3. Allen & Overy LLP
4. Aon Consulting
5. APC Workforce Solutions
6. Atmos Energy
7. Avaya Inc.
8. Barclay's Capital, Inc., LE
9. Barclay's Capital, Inc./Fixed Income Bond-C
10. Beeline
11. Cincinnati Bell
12. City and County of Denver
13. City of Durham
14. Clearwire Corp.
15. Computer Science Corporation
16. Dell Marketing, LP
17. Duane Morris LLP
18. Duesenberg Investment Company
19. Duke Realty Ohio
20. Flagler Development Company
21. FPL
22. GFI Inc.
23. HQ Global Workplaces Inc.
24. Irell & Manella LLP
25. Jackson Lewis LLP
26. Johnson Controls Inc.
27. Keybank National Association
28. Level 3 Communications LLC
29. MCI
30. Mercer (US) Inc.
31. Merrill Lynch Pierce Fenner & Smith Inc.
32. PG&E – California
33. Qwest Communications Corporation and Qwest Corporation
34. Reckson Operating Partnership
35. Tata American International Corporation

36. TEKsystems Inc.
37. Tennessee Department of Revenue
38. Texas Comptroller of Public Accounts
39. Texas Instruments Inc.
40. Thomas & Betts Manufacturing Inc.
41. TXU Energy
42. Verint Americas Inc
43. Zurich Insurance Company
44. Cigna
45. ACE (various)
46. AIG (various)
47. Chubb (various)
48. XL Insurance (various)
49. Bank of New York Mellon
50. Suntrust Bank
51. Wells Fargo Bank
52. Microsoft, Inc.
53. Fidelity Management & Research, Inc.
54. Ernst & Young Inc.
55. ZTE

Entities on Exhibit I that are competitors of Randstad and with which Randstad has or had a current or former subcontracting relationship in connection with the provision of services to customers on matters that are, to the best of our knowledge, unrelated to these chapter 11 cases:

1. TEKSystems, Inc.
2. Beeline
3. Wipro
4. APC Workforce Solutions