IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X : <br> *In re* : <br> : <br> Nortel Networks Inc., *et al.*,[1] : <br> : <br> Debtors. : <br> : <br> : <br> ------------------------------------------------------X | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br><br> **Re: D.I. 10428** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 2, 2013, a copy of the **Declaration Pursuant to Fed. R. Bankr. Proc 2014(a) of James Boudreau Regarding Employment of Certain Former Nortel Networks, Inc. Employees Through Randstad Professionals US, LP d/b/a The Mergis Group** was served in the manner indicated upon the individuals identified on below and on the attached service list.

**Via First Class Mail**

The Mergis Group
4601 Six Forks Road, Suite 304
Raleigh, NC 27609
Attention:  Brandi Privette

Randstad Professionals US, LP
150 Presidential Way, 4th Floor
Woburn, MA 01801
Attention:  Law Department

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: May 2, 2013
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, NY 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        and

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Ann C. Cordo*
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)
        Tamara K. Minott (No. 5643)
        1201 North Market Street, 18th Floor
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        *Counsel for the Debtors and Debtors in Possession*

6961736.10