# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 through February 28, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.8 | $216.00 |
| Fee and Employment Applications | 11.7 | $7,557.50 |
| Analysis of Canadian Law | 162.7 | $128,787.00 |
| Intercompany Analysis | 89.7 | $76,216.50 |
| Litigation | 83.2 | $45,940.00 |
| Canadian CCAA Proceedings/Matters | 169.7 | $122,962.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 25.6 | $18,240.50 |
| **TOTAL** | 543.4 | $399,919.50 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Ralph | Dianne | 04/03/2013 | Review of court docket (.1); court calendar objection deadlines and email to attorneys regarding same (.1) | 0.2 | 54.00 | 11636083 |
| Ralph | Dianne | 05/03/2013 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 54.00 | 11638234 |
| Ralph | Dianne | 11/03/2013 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 54.00 | 11650154 |
| Ralph | Dianne | 20/03/2013 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 54.00 | 11668192 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/03/2013 | Work on and finalize fee applications | 1.1 | 990.00 | 11633137 |
| Gray | William | 04/03/2013 | Review quarterly fee application | 0.8 | 720.00 | 11634885 |
| Gray | William | 05/03/2013 | Finalize quarterly fee application | 0.7 | 630.00 | 11637325 |
| Gray | William | 13/03/2013 | Review fee application entries; update fee application | 0.8 | 720.00 | 11654933 |
| Gray | William | 25/03/2013 | Review fee apps; prepare for court hearing | 0.6 | 540.00 | 11677040 |
| Gray | William | 26/03/2013 | Attend telephone fee application hearing; review order | 0.6 | 540.00 | 11682524 |
| Gray | William | 28/03/2013 | Work on monthly fee application filing | 0.7 | 630.00 | 11682537 |
| Gray | William | 29/03/2013 | Work on 23rd monthly fee application | 0.8 | 720.00 | 11683763 |
| Bauer | Alison D. | 04/03/2013 | Review quarterly fee application | 0.3 | 232.50 | 11636016 |
| Bauer | Alison D. | 12/03/2013 | Follow up on fee app | 0.1 | 77.50 | 11654326 |
| Bauer | Alison D. | 14/03/2013 | Attention to hearing date (.1); review of and confirmation of amounts in order on quarterly fee app (.4); review of monthly fee app (.2) | 0.7 | 542.50 | 11657858 |
| Ralph | Dianne | 04/03/2013 | Preparation of quarterly fee application (1.6); review of November, December and January fee applications (.7); emails to J. Wong regarding quarterly totals (.4); conference with A. Bauer regarding quarterly fee report (.1); email to A. Cordo regarding finalized quarterly fee application (.1) | 2.9 | 783.00 | 11635958 |
| Ralph | Dianne | 06/03/2013 | Draft February fee application (.7); email to J. Wong regarding February time entry and expense reports (.1) | 0.8 | 216.00 | 11641364 |
| Ralph | Dianne | 22/03/2013 | Email to attorneys regarding fee application objections (.1); review of February time entries (.6); email to J. Wong regarding time entry changes (.1) | 0.8 | 216.00 | 11678000 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bernstein | Andrew E. | 25/03/2013 | reviewing memos re: research topics; | 1.0 | 825.00 | 11678774 |
| Bernstein | Andrew E. | 25/03/2013 | attending conference call with Cleary, Gottleib; | 0.4 | 330.00 | 11678778 |
| Bernstein | Andrew E. | 25/03/2013 | discussion with J. Cameron, A. Slavens, M. Atkey and S. Bomhof; | 0.3 | 247.50 | 11678779 |
| Bernstein | Andrew E. | 25/03/2013 | e-mails from J. Cameron, A. Slavens, M. Atkey and S. Bomhof; | 0.2 | 165.00 | 11678780 |
| Bernstein | Andrew E. | 26/03/2013 | reviewing memos and draft legal questions; | 0.8 | 660.00 | 11679134 |
| Bernstein | Andrew E. | 27/03/2013 | reviewing memos and discussion with J. Cameron and M. Atkey; | 0.9 | 742.50 | 11685433 |
| Gray | Andrew | 04/03/2013 | reviewing submissions for March 7 allocation protocol hearing; | 1.8 | 1,395.00 | 11639467 |
| Gray | Andrew | 05/03/2013 | reviewing submissions for March 7 motion and discussing motion with S. Bomhof and others; | 2.4 | 1,860.00 | 11639476 |
| Gray | Andrew | 06/03/2013 | preparing for allocation protocol motion, including meetings, conference calls and reading court materials; | 2.3 | 1,782.50 | 11642196 |
| Gray | Andrew | 07/03/2013 | preparing for and attending allocation motion; | 5.8 | 4,495.00 | 11643611 |
| Gray | Andrew | 08/03/2013 | attending at judicial telephonic case conference, reviewing courts' decisions and discussing same; | 1.2 | 930.00 | 11647226 |
| Gray | Andrew | 12/03/2013 | reviewing memoranda on legal issues and litigation procedural issues (1.2); e-mail regarding litigation scheduling issues and related office discussions (0.4); | 1.6 | 1,240.00 | 11655165 |
| Gray | Andrew | 16/03/2013 | conference call to discuss allocation trial issues and preparing for call; | 3.0 | 2,325.00 | 11659198 |
| Gray | Andrew | 13/03/2013 | conference call with Monitor's counsel to discuss litigation scheduling, including preparing for call and follow-up from same; | 1.5 | 1,162.50 | 11659210 |
| Gray | Andrew | 20/03/2013 | reviewing materials relating to allocation trial and scheduling and discussing same; | 1.9 | 1,472.50 | 11677060 |
| Gray | Andrew | 26/03/2013 | reviewing Canadian law research materials and related correspondence; | 1.2 | 930.00 | 11678522 |
| Gray | Andrew | 27/03/2013 | internal discussions regarding legal research projects; | 0.8 | 620.00 | 11685804 |
| Gray | Andrew | 28/03/2013 | meeting with J. Cameron, S. Bomhof and A. Slavens regarding research projects and follow-up from same; | 2.7 | 2,092.50 | 11685808 |
| Gray | Andrew | 18/03/2013 | Meeting with M. Atkey, J. Cameron and V. Berditcheviski to discuss research objective; (0.5); | 0.5 | 387.50 | 11723105 |
| Gotowiec | James | 28/03/2013 | meeting with team regarding research required for pleadings and background of file; | 1.6 | 664.00 | 11682499 |
| Berditchevski | Vitali | 14/03/2013 | researching law on discovery issues; | 3.9 | 1,248.00 | 11656439 |
| Berditchevski | Vitali | 16/03/2013 | researching law on discovery issues; | 1.0 | 320.00 | 11659137 |
| Berditchevski | Vitali | 18/03/2013 | meeting with A. Gray, J. Cameron and M. Atkey to discuss research objectives (0.5); meeting with J. Cameron and M. Atkey to discuss research strategy and approach (0.8); | 1.3 | 416.00 | 11660216 |
| Berditchevski | Vitali | 18/03/2013 | researching law on discovery issues and conflict of laws; | 4.6 | 1,472.00 | 11660219 |
| Berditchevski | Vitali | 19/03/2013 | meeting with M. Atkey and J. Cameron (0.4); meeting with M. Atkey (0.3); | 0.7 | 224.00 | 11662935 |
| Berditchevski | Vitali | 19/03/2013 | researching law on discovery issues and | 1.3 | 416.00 | 11662936 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Berditchevski | Vitali | 20/03/2013 | researching issues of conflict of laws and drafting a memo; conflict of laws; | 3.2 | 1,024.00 | 11666696 |
| Berditchevski | Vitali | 22/03/2013 | researching law on discovery issues; | 3.3 | 1,056.00 | 11670022 |
| Berditchevski | Vitali | 23/03/2013 | researching law on discovery issues; | 2.8 | 896.00 | 11670686 |
| Berditchevski | Vitali | 25/03/2013 | researching law on discovery issues (0.3); meeting with M. Atkey to discuss research (0.3); | 0.6 | 192.00 | 11672684 |
| Berditchevski | Vitali | 26/03/2013 | researching law on discovery issues; | 2.2 | 704.00 | 11677104 |
| Berditchevski | Vitali | 27/03/2013 | researching legal issues and drafting a memo on discovery issues (3.9); meeting with J. Cameron and M. Atkey re Canadian Law issues; (0.5); | 4.4 | 1,408.00 | 11679042 |
| Berditchevski | Vitali | 28/03/2013 | researching law on discovery issues; | 6.6 | 2,112.00 | 11681846 |
| Berditchevski | Vitali | 29/03/2013 | researching law on discovery issues in Canada; | 7.2 | 2,304.00 | 11683234 |
| Berditchevski | Vitali | 31/03/2013 | researching law on discovery issues; | 0.5 | 160.00 | 11683684 |
| Block | Sheila R. | 08/03/2013 | office conferences with A. Slavens and S. Bomhof regarding next steps; | 1.0 | 995.00 | 11647494 |
| Block | Sheila R. | 11/03/2013 | office conference with trial team regarding issues, timetable; | 1.5 | 1,492.50 | 11649686 |
| Block | Sheila R. | 12/03/2013 | reading law, background rulings and filings; | 1.4 | 1,393.00 | 11654613 |
| Block | Sheila R. | 13/03/2013 | considering issues re protocol; office conference re same; scheduling; reviewing background material; | 1.4 | 1,393.00 | 11656470 |
| Block | Sheila R. | 15/03/2013 | telephone call with Zarnett and Cleary; | 0.2 | 199.00 | 11660527 |
| Block | Sheila R. | 15/03/2013 | internal meeting with A. Slavens; | 0.2 | 199.00 | 11660545 |
| Block | Sheila R. | 18/03/2013 | reviewing Monitor's proposed timetable and discovery plan and revisions thereto (1.0); office conference with A. Slavens regarding same (0.2); | 1.2 | 1,194.00 | 11662950 |
| Block | Sheila R. | 26/03/2013 | office conference with S. Bomhof regarding update (0.2); meeting with team regarding factum (0.6); | 0.8 | 796.00 | 11679263 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/03/2013 | research regarding Canadian legal issues regarding supplemental law for allocation protocol hearing; | 5.1 | 4,462.50 | 11633375 |
| Bomhof | Scott A. | 04/03/2013 | research regarding Canadian legal issues regarding jurisdictional issues related to allocation protocol; | 1.2 | 1,050.00 | 11635398 |
| Bomhof | Scott A. | 11/03/2013 | Review law on discovery for CCAA portion of Allocation Protocol; | 1.2 | 1,050.00 | 11652426 |
| Bomhof | Scott A. | 12/03/2013 | Research regarding Canadian legal issues regarding late filed claims; | 1.0 | 875.00 | 11652435 |
| Bomhof | Scott A. | 20/03/2013 | research regarding Canadian legal issues related to allocation hearing; | 4.2 | 3,675.00 | 11666994 |
| Bomhof | Scott A. | 21/03/2013 | review of Canadian legal issues related to determination of EMEA claims and allocation of sale proceeds (6.0); meeting with J. Cameron, M. Atkey and A. Slavens to discuss research projects (1.5); reviewing law on discovery regarding discovery plan related to allocation protocol (1.3); | 8.8 | 7,700.00 | 11668876 |
| Bomhof | Scott A. | 22/03/2013 | Review of Canadian law related to allocation issues (3.0); review of research related to discovery issues (2.0); review research prepared in preparation for mediation related to allocation issues (2.5); | 7.5 | 6,562.50 | 11670816 |
| Bomhof | Scott A. | 23/03/2013 | review Canadian law related to discovery; | 1.5 | 1,312.50 | 11670832 |
| Bomhof | Scott A. | 25/03/2013 | research regarding Canadian legal issues related to allocation dispute (3.0); research regarding Canadian legal issues related to allocation (2.0); research regarding Canadian legal issues - discovery issues (2.5); | 7.5 | 6,562.50 | 11676878 |
| Bomhof | Scott A. | 26/03/2013 | Research regarding Canadian legal issues related to allocation issues; | 4.0 | 3,500.00 | 11677469 |
| Bomhof | Scott A. | 27/03/2013 | research regarding Canadian legal issues related to allocation motion; | 4.0 | 3,500.00 | 11681058 |
| Bomhof | Scott A. | 28/03/2013 | research regarding Canadian legal issues regarding discovery issues and valuation issues (5.2) discussion with A. Gray, J. Cameron and A. Slaven (1.0); | 6.2 | 5,425.00 | 11683841 |
| Slavens | Adam | 11/03/2013 | email correspondence with Cleary re Canadian legal research for case; | 0.2 | 128.00 | 11650834 |
| Slavens | Adam | 18/03/2013 | reviewing and indexing Canadian research completed to date; | 1.7 | 1,088.00 | 11666112 |
| Slavens | Adam | 21/03/2013 | meeting with J. Cameron, M. Atkey and S. Bomhof re Canadian legal research (0.5); reviewing and indexing Canadian legal research conducted to date (1.7); | 2.2 | 1,408.00 | 11670005 |
| Slavens | Adam | 20/03/2013 | reviewing and indexing Canadian legal research conducted to date; | 0.6 | 384.00 | 11670035 |
| Slavens | Adam | 22/03/2013 | telephone calls with J. Moessner and E. Weiss re Canadian legal research (0.2); email correspondence with M. Atkey re same (0.2); email correspondence with S. Bomhof, A. Gray, J. Cameron and M. Atkey re Canadian legal research (0.2) coordinating Canadian legal research requests (0.8); | 1.4 | 896.00 | 11672106 |
| Slavens | Adam | 22/03/2013 | reviewing and indexing Canadian legal research | 1.7 | 1,088.00 | 11672111 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 22/03/2013 | conducted to date; conducting research on Canadian law on allocation of sale proceeds; | 1.2 | 768.00 | 11672124 |
| Slavens | Adam | 23/03/2013 | conducting research on Canadian law on allocation of sale proceeds; | 3.0 | 1,920.00 | 11672129 |
| Slavens | Adam | 24/03/2013 | conducting research on Canadian law on allocation of sale proceeds; | 1.5 | 960.00 | 11676788 11676788 |
| Slavens | Adam | 25/03/2013 | conference call with Cleary, S. Bomhof, J. Cameron, M. Atkey and A. Bernstein re Canadian legal research (0.5); meeting with S. Bomhof, J. Cameron, M. Atkey and A. Bernstein re same (0.4); preparing Canadian legal research status chart (0.8); email correspondence with S. Bomhof, J. Cameron, M. Atkey and A. Bernstein re same (0.5); | 2.2 | 1,408.00 | 11676924 |
| Slavens | Adam | 25/03/2013 | reviewing and indexing Canadian legal research conducted to date; | 0.7 | 448.00 | 11676927 |
| Slavens | Adam | 27/03/2013 | conducting research re opening submission on allocation; | 5.5 | 3,520.00 | 11682391 |
| Slavens | Adam | 27/03/2013 | revising Canadian legal research status chart (0.3); telephone call with M. Atkey re same (0.1); | 0.4 | 256.00 | 11682397 |
| Slavens | Adam | 28/03/2013 | meeting with J. Cameron, A. Gray, S. Bomhof, M. Atkey and J. Gotowiec re ongoing Canadian legal research; | 1.2 | 768.00 | 11685377 |
| Slavens | Adam | 30/03/2013 | conducting Canadian legal research for case; | 1.3 | 832.00 | 11685452 |
| Slavens | Adam | 26/03/2013 | conducting research re opening submission on allocation; meeting with J. Cameron, S. Block, M. Atkey and S. Bomhof re allocation research; conducting research on Canadian law on allocation of sale proceeds; preparing Canadian legal research status chart (0.6); email correspondence with Cleary re same (0.2); telephone call with M. Atkey re same (0.1); | 6.2 | 3,968.00 | 11723101 |
| Slavens | Adam | 28/03/2013 | conducting research re opening submission on allocation (6.3); email correspondence with E. Weiss re same (0.1); email correspondence with M. Atkey re Canadian legal research; | 6.6 | 4,224.00 | 11723103 |
| Slavens | Adam | 29/03/2013 | email correspondence with M. Atkey and Cleary re Canadian legal research; conducting Canadian legal research for case; | 3.2 | 2,048.00 | 11723104 |
| Atkey | Matthew | 14/03/2013 | discussion with J. Cameron re analysis of issues under Canadian law; reviewing application of Canadian law to factual circumstances; | 3.2 | 1,888.00 | 11659346 |
| Atkey | Matthew | 15/03/2013 | further work on reviewing the application of Canadian law factual circumstances; | 3.0 | 1,770.00 | 11660966 |
| Atkey | Matthew | 18/03/2013 | meeting with V. Berditchevski, A. Gray, and J. Cameron to discuss issues (0.6); review of cases, commentary and internal correspondence re same (1.1); | 1.7 | 1,003.00 | 11663101 |
| Atkey | Matthew | 19/03/2013 | discussions with J. Cameron and V. Berditchevski regarding research task (0.4); meeting with V. Berditchevsk (.3) reviewing articles and case law in connection with | 1.7 | 1,003.00 | 11668626 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Atkey | Matthew | 20/03/2013 | research task (1.0); initial review of correspondence and related materials regarding new research questions in respect of Canadian law posed by Cleary; | 0.6 | 354.00 | 11668661 |
| Atkey | Matthew | 21/03/2013 | meeting with J. Cameron, S. Bomhof and A. Slavens regarding background to joint trial and various matters related thereto requiring analysis of Canadian law (1.3); review and revisions to memorandum prepared by V. Berditchevski re certain Canadian law matters (0.8); continuing research in connection with preparation of additional memorandum requested by Cleary Gottlieb (0.8); | 2.9 | 1,711.00 | 11670862 |
| Atkey | Matthew | 25/03/2013 | communications with Torys team re various legal research related matters (0.3); meeting with J. Cameron, A. Slavens, S. Bomhof and A. Bernstein re various legal research related matters (0.8); meeting with V. Berditchevski to discuss research (.3); drafting correspondence to Cleary Gottlieb regarding allocation matters (0.5); research regarding various related matters (.9); research regarding various other matters in response to Cleary Gottlieb questions as to Canadian law (0.8); revisions to memorandum to Cleary Gottlieb re Canadian legal matters (0.3); | 3.9 | 2,301.00 | 11676144 |
| Atkey | Matthew | 22/03/2013 | communications with V. Berditchevski, A. Slavens and others in connection with ongoing research work; | 0.7 | 413.00 | 11676686 |
| Atkey | Matthew | 27/03/2013 | meeting with J. Cameron and V. Berditchevski re meeting regarding analysis of Canadian law issues (1.0); further research regarding various Canadian law issues (1.5); | 2.5 | 1,475.00 | 11685706 |
| Atkey | Matthew | 28/03/2013 | meeting with A. Gray, J. Cameron, S. Bomhof and A. Slavens regarding various Canadian law issues (1.0); telephone call with J. Cameron re various other Canadian law issues (0.5); drafting correspondence to Cleary (0.5); further research re various Canadian law issues (1.5); | 3.5 | 2,065.00 | 11685712 |
| Atkey | Matthew | 29/03/2013 | various communications with Cleary Gottlieb re research of Canadian law issues (0.8); further research regarding various Canadian law issues (1.0); | 1.8 | 1,062.00 | 11685880 |
| Atkey | Matthew | 31/03/2013 | further research work in respect of Canadian law analysis; | 2.0 | 1,180.00 | 11685894 |
| Cameron | John | 13/03/2013 | preliminary analysis of questions posed by Cleary Gottlieb about discovery issues and about conflict of laws rules; | 0.8 | 796.00 | 11656250 |
| Cameron | John | 14/03/2013 | discussion with M. Atkey about our approach to the analysis of Canadian law (0.3); e-mail to A. Gray updating about project and seeking further background (0.1); | 0.4 | 398.00 | 11657660 |
| Cameron | John | 15/03/2013 | review preliminary reports from M. Atkey about Canadian law; | 0.4 | 398.00 | 11659073 |
| Cameron | John | 18/03/2013 | discussion with A. Gray, M. Atkey and V. | 2.1 | 2,089.50 | 11662005 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | Berditchevski about legal issues raised by Cleary (0.5); follow up discussion with M. Atkey and V. Berditchevski about legal analysis (0.3); e-mail to A. Gray to clarify one aspect of Cleary's question (0.3); research about conflict of laws principles (1.0); | | | |
| Cameron | John | 19/03/2013 | discussion with V. Berditchevski about conflict of laws research, joined in part by M. Atkey; | 0.4 | 398.00 | 11665518 |
| Cameron | John | 20/03/2013 | consider materials provided by S. Bomhof about further research issues; | 0.5 | 497.50 | 11667497 |
| Cameron | John | 21/03/2013 | office discussion with S. Bomhof, M. Atkey and (for part of the time) A. Slavens about background to legal research; | 1.3 | 1,293.50 | 11669372 |
| Cameron | John | 22/03/2013 | review, consider and comment on memorandum about Canadian conflict of laws rules; | 1.0 | 995.00 | 11670000 |
| Cameron | John | 25/03/2013 | review Nortel documents in preparation for a call with Cleary Gottlieb about allocation issues (3.0); conference call with Cleary and Torys team (0.5); follow up meeting with Torys team (0.5); further review of theories of allocation (1.0); refine specific legal issues for consideration in relation with allocation issues (0.7); further communications with Torys team about those issues (0.5); review Canadian law about discovery (0.8); | 7.0 | 6,965.00 | 11676168 |
| Cameron | John | 26/03/2013 | review materials about valuation (1.5); meeting with A. Slavens, M. Atkey, S. Bomhof (for part of time) and S. Block (for part of time) to discuss valuation and next steps in research (1.0); follow up on valuation point (0.3); | 2.8 | 2,786.00 | 11678195 |
| Cameron | John | 27/03/2013 | conflict of laws research (0.5); reviewing discovery research (1.0); discussion with A. Bernstein and Matt Atkey about allocation research questions (0.5); discussion with M. Atkey and V. Berdichevski (in part) about discovery research questions (0.5); follow to those meetings (0.5); | 3.0 | 2,985.00 | 11681352 |
| Cameron | John | 28/03/2013 | discussion with Torys' team about discovery research and related questions (0.8); review consulting agreement (0.5); further discussion of issues with M. Atkey (0.5); | 1.8 | 1,791.00 | 11682910 |
| Cameron | John | 29/03/2013 | consider and address discovery issues in relation to services provided by consultant (1.0); | 1.0 | 995.00 | 11683256 |
| DeMarinis | Tony | 05/03/2013 | reading research materials and preparing for allocation protocol hearing and alternative outcomes; | 1.7 | 1,657.50 | 11637547 |
| DeMarinis | Tony | 06/03/2013 | reviewing cases being relied upon for tomorrow's hearing, and issues relating to alternatives; | 2.2 | 2,145.00 | 11642198 |
| DeMarinis | Tony | 08/03/2013 | compile and review accumulated Canadian research to be relied upon in Canadian | 2.5 | 2,437.50 | 11647486 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 11/03/2013 | litigation proceedings; reading research memo relating to role in adjudication process (0.3); reviewing research materials on related topics and Canadian materials (1.6); | 1.9 | 1,852.50 | 11650731 |
| DeMarinis | Tony | 19/03/2013 | analysis and review of legal issues requested by co-counsel; | 2.0 | 1,950.00 | 11666175 |
| DeMarinis | Tony | 20/03/2013 | reviewing requested research from co-counsel, and preliminary consideration of related issues; | 1.6 | 1,560.00 | 11667960 |
| DeMarinis | Tony | 25/03/2013 | research reading and analysis in relation to inter-company and estate entitlements; | 2.3 | 2,242.50 | 11679138 |
| DeMarinis | Tony | 27/03/2013 | legal analysis regarding various matters pertaining to inter-company relationship; | 2.0 | 1,950.00 | 11682286 |
| DeMarinis | Tony | 28/03/2013 | analysis and research review on case; | 2.5 | 2,437.50 | 11685335 |
| Szydlowski | Tanya | 20/03/2013 | library research re retrieval of authorities (S. Bomhof) | 1.0 | 155.00 | 11667778 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 23/03/2013 | Review CCAA orders and protocols governing EMEA claims and UK Pension claims; | 1.0 | 875.00 | 11670831 |
| Slavens | Adam | 05/03/2013 | reviewing results of searches of CCAA case court filings (1.0); preparing reporting email to Cleary re same (0.4) | 1.4 | 896.00 | 11641886 |
| Slavens | Adam | 18/03/2013 | email correspondence with L. Peacock re CCAA case court filings and media reports (0.1); reviewing CCAA case court filings and media reports (1.0); office conference with J. Weinstock re same (0.2); | 1.3 | 832.00 | 11666124 |
| Slavens | Adam | 21/03/2013 | reviewing CCAA case court filings and media reports; | 1.0 | 640.00 | 11670001 |
| Atkey | Matthew | 23/03/2013 | review of Cleary Gottlieb memo surrounding U.S. case law in respect of various matters that could affect allocation determination (1.0); review of Canadian case law posed by Cleary Gottlieb (1.5); | 2.5 | 1,475.00 | 11676716 |
| Atkey | Matthew | 24/03/2013 | review Canadian case law in respect of a question of Canadian law posed by Cleary Gottlieb related to allocation determination; | 2.5 | 1,475.00 | 11676720 |
| Atkey | Matthew | 26/03/2013 | meeting with J. Cameron, S. Bomhof and A. Slavens regarding valuation and next steps in research (1.4); discussion with V. Berditchevski regarding various research matters (0.5); drafting memorandum in response to question regarding Canadian law posed by Cleary Gottlieb (3.8); | 5.7 | 3,363.00 | 11678194 |
| Weinstock | Jacob | 18/03/2013 | reviewing allocation issues re intercompany analysis; (0.3); office conference with A. Slaven re Canadian reports on allocation; (0.2); | 0.5 | 160.00 | 11660346 |
| Weinstock | Jacob | 19/03/2013 | reviewing allocation positions of interested parties; | 3.8 | 1,216.00 | 11662387 |
| Weinstock | Jacob | 20/03/2013 | reviewing allocation positions of interested parties; | 0.9 | 288.00 | 11666695 |
| Weinstock | Jacob | 21/03/2013 | reviewing allocation positions of interested parties; | 0.2 | 64.00 | 11667622 |
| DeMarinis | Tony | 04/03/2013 | review and assessment of supplemental submissions of CCC, noteholders, U.K. Joint Administrator, U.K. Pension Trustee, former directors and officers, BONY and Monitor/Canadian applicants, and finalized and served supplemental submission of U.S. Debtors and UCC, and associated correspondence; | 4.7 | 4,582.50 | 11636618 |
| DeMarinis | Tony | 05/03/2013 | discussions and correspondence regarding March 7 allocation protocol hearing (0.4); review and consideration of complete submissions of all parties (3.5); | 3.9 | 3,802.50 | 11637546 |
| DeMarinis | Tony | 06/03/2013 | reading materials and correspondence for tomorrow's hearing; | 2.0 | 1,950.00 | 11642197 |
| DeMarinis | Tony | 07/03/2013 | consideration of prospective discovery process for allocation and claims issues; | 1.0 | 975.00 | 11644331 |
| DeMarinis | Tony | 08/03/2013 | attend on judges' conference call regarding allocation protocol decision, discussions with work group on outcome, and planning for | 2.7 | 2,632.50 | 11647483 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 11/03/2013 | adjudication process and requirements; meeting with litigation team on planning and procedures (1.8); analysis of procedural and substantive issues to be addressed in prospective litigation (2.0); | 3.8 | 3,705.00 | 11650713 |
| DeMarinis | Tony | 12/03/2013 | discussions, email correspondence, scheduling and planning regarding litigation process and legal issues relating to same; | 4.0 | 3,900.00 | 11652697 |
| DeMarinis | Tony | 19/03/2013 | correspondence, analysis and reviews regarding litigation process, scheduling, parties and related matters; | 3.5 | 3,412.50 | 11666174 |
| DeMarinis | Tony | 20/03/2013 | meeting with S. Bomhof, A. Slavens and A. Gray on litigation process and planning (1.0); reviewing proposed schedule, correspondence, research materials, and court documents (2.7); | 3.7 | 3,607.50 | 11667950 |
| DeMarinis | Tony | 25/03/2013 | correspondence, review of materials, and planning for allocation litigation; | 2.5 | 2,437.50 | 11679136 |
| DeMarinis | Tony | 26/03/2013 | consideration of various Canadian law enquiries from U.S. co-counsel, and cumulative research; | 2.0 | 1,950.00 | 11679144 |
| DeMarinis | Tony | 27/03/2013 | discussion, correspondence and analysis relating to court hearing; | 2.8 | 2,730.00 | 11682283 |
| DeMarinis | Tony | 28/03/2013 | internal discussions, planning and preparation in relation to judicial resolution process and procedural matters; | 2.7 | 2,632.50 | 11685336 |
| Gray | William | 01/03/2013 | Work on priority of claims issues | 1.3 | 1,170.00 | 11633140 |
| Gray | William | 04/03/2013 | Review claims allocation issue for distribution purposes | 1.7 | 1,530.00 | 11634891 |
| Gray | William | 05/03/2013 | Work on claims allocation issue | 1.3 | 1,170.00 | 11637324 |
| Gray | William | 06/03/2013 | Review claims allocation issue | 1.6 | 1,440.00 | 11639780 |
| Gray | William | 07/03/2013 | Work on priority issue | 0.6 | 540.00 | 11642599 |
| Gray | William | 08/03/2013 | Review court decision regarding trial vs. arbitration; review docket update; conference with S. Bomhof | 1.4 | 1,260.00 | 11645592 |
| Gray | William | 11/03/2013 | Review litigation prep. issues (.7); review claim allocation issues (1.5) | 2.2 | 1,980.00 | 11648247 |
| Gray | William | 12/03/2013 | Work on priority claims issue | 1.6 | 1,440.00 | 11652464 |
| Gray | William | 13/03/2013 | Work on research memorandum regarding trial issues; develop trial issue approach | 3.2 | 2,880.00 | 11654943 |
| Gray | William | 19/03/2013 | Work on conference rate proposed timetable and discovery plan (1.0); meeting to discuss allocation of claims (1.3); discussion of conflicts and discovery issues (1.1) | 3.4 | 3,060.00 | 11665067 |
| Gray | William | 20/03/2013 | Review court filings (.7); update court dockets (.6); work on allocation issues (1.5) | 2.8 | 2,520.00 | 11666815 |
| Gray | William | 21/03/2013 | Work on allocation of claims issues for trial preparation | 1.3 | 1,170.00 | 11669613 |
| Gray | William | 22/03/2013 | Work on allocation issues; work on outlining trial brief memorandum | 1.3 | 1,170.00 | 11670869 |
| Gray | William | 25/03/2013 | Work on allocation analysis | 2.2 | 1,980.00 | 11677039 |
| Gray | William | 26/03/2013 | Work on allocation issues | 0.7 | 630.00 | 11682526 |
| Gray | William | 27/03/2013 | Work on allocation issues | 1.4 | 1,260.00 | 11682533 |
| Gray | William | 28/03/2013 | Work on allocation issues; review court filings | 1.4 | 1,260.00 | 11682536 |
| Bauer | Alison D. | 08/03/2013 | Attention to orders | 0.2 | 155.00 | 11647618 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/03/2013 | reviewing and revising supplemental submissions for supplemental hearing on allocation protocol; | 1.0 | 875.00 | 11633379 |
| Bomhof | Scott A. | 04/03/2013 | reviewing supplemental submissions filed in CCAA proceedings (2.5); various telephone calls to finalize NNI supplemental submissions on allocation protocol and arrange for service and filing of same( 2.1); | 4.6 | 4,025.00 | 11635399 |
| Bomhof | Scott A. | 05/03/2013 | reviewing CCAA and U.S. bankruptcy court supplemental submissions for allocation protocol and discussing with Cleary (3.5); preparing for March 7 hearing regarding allocation protocol (1.0); reviewing and discussing proposed discovery protocol (.9); | 5.4 | 4,725.00 | 11637293 |
| Bomhof | Scott A. | 06/03/2013 | prepare for March 7th Supplemental Hearing on Allocation Protocol and telephone conversation with Cleary and FMC to discuss same (4.0); telephone conversation with J. Pasqueriello (Goodmans) re: March 7 hearing (0.5); | 4.5 | 3,937.50 | 11642664 |
| Bomhof | Scott A. | 07/03/2013 | meeting with L. Peacock of Cleary and coordinate materials for Supplemental Hearing on Allocation Protocol (1.0); attend Joint Hearing on Allocation Protocol before Justice Morawetz (5.0); assist in notice to CCAA service list for March 8 judicial teleconference (0.5); | 6.3 | 5,512.50 | 11642668 |
| Bomhof | Scott A. | 08/03/2013 | Review materials and notes from March 7 hearing and attend judicial teleconference to hear reasons of Justice Morawetz and Judge Gross (1.5); prepare summary of scheduling proposals for allocation/claims (1.0); meet with S. Block to discuss discovery and trial issues related to Allocation and EMEA claims (1.0); | 3.5 | 3,062.50 | 11645549 |
| Bomhof | Scott A. | 11/03/2013 | meeting with trial team to discuss steps in litigation related to Allocation Protocol (2.0 hours); review orders of Justice Morawetz and Judge Gross re: allocation protocol and prepare brief of scheduling submissions (1.0 hours); prepare summary of key Canadian legal issues for allocation (2.5 hours); | 5.5 | 4,812.50 | 11652425 |
| Bomhof | Scott A. | 12/03/2013 | telephone call with J. Croft and review issues related to late filed claims (2.0); exchange messages with J Carfignini and H. Zelbo re: scheduling submissions (0.6); review Monitor's letter regarding core parties and scheduling submissions and discuss same with Cleary (0.5); prepare brief of Canadian legal issues for allocation hearing (2.5); | 5.6 | 4,900.00 | 11652433 |
| Bomhof | Scott A. | 19/03/2013 | reviewing proposed litigation and discovery proposals and discussing same with A. Slavens; | 2.5 | 2,187.50 | 11665120 |
| Bomhof | Scott A. | 20/03/2013 | various telephone calls with Cleary and reviewing materials related to litigation | 2.5 | 2,187.50 | 11666995 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 21/03/2013 | schedule and discovery protocol (2.0); telephone call with A. Hirsh of Osler to discuss U.S. Debtors proposed litigation schedule (.5); reviewing Goodmans letter to Justice Morawetz related to litigation schedule and discovery plan and preparing follow up letter to Justice Morawetz and discussing same with Cleary (2.5); telephone call with M. Zigler of Koskie Minsky regarding discovery plan and schedule for allocation hearing (.5); telephone call with FMC to discuss letter to Justice Morawetz regarding allocation protocol schedule and discovery plan (.6); | 3.6 | 3,150.00 | 11668877 |
| Bomhof | Scott A. | 22/03/2013 | telephone call with Cleary, Goodmans, Gowlings, Akin and FMC regarding schedule for allocation/claims litigation and review of discovery plan (2.5); review notice of hearing before Court of Appeal on schedule related to MOE appeals and discuss same with FMC (1.0); prepare for March 25th scheduling motion before Court of Appeal regarding MOE appeals (0.7); | 4.2 | 3,675.00 | 11670818 |
| Bomhof | Scott A. | 24/03/2013 | reviewing letter from EMEAs counsel and consider implications for scheduling (.6); telephone call with J. Pasquierello and exchange messages with Cleary regarding scheduling issues (.5); | 1.1 | 962.50 | 11670834 |
| Bomhof | Scott A. | 25/03/2013 | telephone call with M. Gottlieb regarding EMEA position on scheduling (.4); various telephone calls with Cleary, Akin and FMC regarding allocation/claims schedule (1.3); reviewing letter from M. Zigler regarding CCC position on scheduling and discussing with Cleary (.4); preparing materials for allocation dispute hearing (1.1); | 3.2 | 2,800.00 | 11676877 |
| Bomhof | Scott A. | 26/03/2013 | Review correspondence from CCC re: litigation schedule and EMEA claims discovery issues and telephone call with Cleary and Akin to discuss same (1.5); review draft reply to M. Zigler and provides comments on same (0.3); prepare materials for allocation hearing (1.5); | 3.3 | 2,887.50 | 11677468 |
| Bomhof | Scott A. | 27/03/2013 | attend judicial chambers conference before Judge Gross by teleconference; | 1.7 | 1,487.50 | 11681059 |
| Gray | Andrew | 11/03/2013 | internal discussions regarding trial issues (1.2); email regarding legal research issues (0.2); | 1.4 | 1,085.00 | 11650629 |
| Slavens | Adam | 01/03/2013 | conducting research re allocation matters (3.5); revising supplemental memorandum (0.5); email correspondence with FMC, Cleary, S. Bomhof and A. Gray re same (0.4); telephone call with FMC re same (0.3); | 4.7 | 3,008.00 | 11633700 |
| Slavens | Adam | 01/03/2013 | email correspondence with J. Opolsky and K. Parent re service list (0.2); reviewing revised service list (0.1); | 0.3 | 192.00 | 11633784 |
| Slavens | Adam | 04/03/2013 | reviewing and commenting on revised supplemental memorandum (1.0); finalizing | 5.7 | 3,648.00 | 11636404 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 05/03/2013 | CCAA cover page re same (1.0); email correspondence with FMC, Cleary, S. Bomhof and A. Gray re same (0.7); coordinating service and filing of supplemental memorandum (2.0); reviewing supplemental submissions filed by other parties in interest (1.0); reviewing supplemental submissions filed by other parties in interest (1.5); preparing for motion returnable March 7, 2013 (5.0); conference call with Cleary re same (0.5); email correspondence with FMC re same (0.2); | 7.2 | 4,608.00 | 11641885 |
| Slavens | Adam | 06/03/2013 | preparing for motion returnable March 7, 2013; | 7.5 | 4,800.00 | 11641889 |
| Slavens | Adam | 06/03/2013 | conference call with Cleary, FMC and Aikin; | 0.5 | 320.00 | 11641890 |
| Slavens | Adam | 07/03/2013 | participating in motion returnable March 7, 2013 via teleconference; | 3.5 | 2,240.00 | 11644498 |
| Slavens | Adam | 07/03/2013 | preparing for motion returnable March 7, 2013; | 3.0 | 1,920.00 | 11644499 |
| Slavens | Adam | 08/03/2013 | participating in conference call re decisions of Judge Gross and Justice Morawetz on allocation protocol motion (0.5); office conference with T. DeMarinis, S. Bomhof and A. Gray re same and next steps (0.5); | 1.0 | 640.00 | 11647628 |
| Slavens | Adam | 08/03/2013 | reviewing appeal materials filed by the MOE; | 1.0 | 640.00 | 11647638 |
| Slavens | Adam | 11/03/2013 | meeting with T. DeMarinis, S. Block, S. Bomhof and A. Gray re Canadian-specific process considerations; | 1.5 | 960.00 | 11650733 |
| Slavens | Adam | 11/03/2013 | preparing memorandum on Canadian-specific process considerations; | 1.7 | 1,088.00 | 11650739 |
| Slavens | Adam | 12/03/2013 | preparing summary of core parties for S. Block; | 1.0 | 640.00 | 11655142 |
| Slavens | Adam | 12/03/2013 | preparing memorandum re Canadian-specific process considerations; reviewing comments of A. Gray on same; | 4.8 | 3,072.00 | 11655143 |
| Slavens | Adam | 12/03/2013 | preparing summary of mediation positions; | 2.0 | 1,280.00 | 11655144 |
| Slavens | Adam | 13/03/2013 | conference call with Goodmans and Cleary re scheduling matters; | 0.7 | 448.00 | 11658781 |
| Slavens | Adam | 13/03/2013 | preparing summary of mediation positions; | 4.5 | 2,880.00 | 11659890 |
| Slavens | Adam | 13/03/2013 | email correspondence with J. Opolsky re MOE appeal; | 0.1 | 64.00 | 11659891 |
| Slavens | Adam | 14/03/2013 | email correspondence with A. Merskey, S. Bomhof and A. Gray re MOE appeal; | 0.2 | 128.00 | 11659892 |
| Slavens | Adam | 14/03/2013 | preparing summary of mediation positions; | 5.3 | 3,392.00 | 11659893 |
| Slavens | Adam | 16/03/2013 | conference call with Cleary on proposed litigation timetable and discovery procedures (2.5); reviewing summary of same and preparing for same (1.5); preparing reporting email to T. DeMarinis and S. Bomhof re same (0.1); | 4.1 | 2,624.00 | 11660463 |
| Slavens | Adam | 15/03/2013 | conference call with Goodmans and Cleary re litigation timetable and related matters (0.2); office conference with S. Block re same (0.2); preparing reporting email to T. DeMarinis and S. Bomhof re same (0.1); | 0.5 | 320.00 | 11660466 |
| Slavens | Adam | 15/03/2013 | preparing summary of mediation positions; | 0.7 | 448.00 | 11660467 |
| Slavens | Adam | 15/03/2013 | email correspondence with J. Opolsy re MOE | 0.1 | 64.00 | 11660470 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 15/03/2013 | appeal; reviewing and commenting on litigation schedules and discovery plans of Cleary and Goodmans (3.0); telephone call with L. Peacock and J. Moessner re same (0.4); | 3.4 | 2,176.00 | 11660471 |
| Slavens | Adam | 18/03/2013 | preparing summary of mediation positions for S. Block; | 3.5 | 2,240.00 | 11666100 |
| Slavens | Adam | 18/03/2013 | reviewing and commenting on revised litigation schedule and discovery plan of Cleary (1.5); reviewing Core Parties correspondence (0.3); office conference with S. Block re same (0.2); | 2.0 | 1,280.00 | 11666131 |
| Slavens | Adam | 19/03/2013 | reviewing and commenting on revised litigation schedule and discovery plan of Cleary (2.4); email correspondence with Cleary, S. Block, S. Bomhof, T. DeMarinis and A. Gray re same (0.4); | 2.8 | 1,792.00 | 11666150 |
| Slavens | Adam | 19/03/2013 | preparing summary of mediation positions for S. Block; | 3.5 | 2,240.00 | 11666152 |
| Slavens | Adam | 20/03/2013 | telephone calls on matters related to the litigation timetable and discovery plan with Cleary and A. Hirsch; | 0.5 | 320.00 | 11669986 |
| Slavens | Adam | 20/03/2013 | preparing summary of mediation positions; | 3.2 | 2,048.00 | 11669987 |
| Slavens | Adam | 20/03/2013 | reviewing correspondence from Goodmans on scheduling matters (0.6); email correspondence with S. Bomhof and Cleary re same, letter to Morawetz J. and related matters (0.5); | 1.1 | 704.00 | 11669993 |
| Slavens | Adam | 20/03/2013 | status call with A. Gray, S. Bomhof and T. DeMarinis re litigation timetable and discovery plan (0.5); office conference with S. Bomhof and T. DeMarinis re same (0.5); | 1.0 | 640.00 | 11669996 |
| Slavens | Adam | 21/03/2013 | preparing letter to Morawetz J. (1.5); coordinating and service of same (2.5); email correspondence with Cleary and Akin re same (0.4); reviewing and commenting on draft notice to Judge Gross (0.5); | 4.9 | 3,136.00 | 11670011 |
| Slavens | Adam | 22/03/2013 | conference call with Goodmans, Cleary, Gowlings, Akin and FMC re litigation timetable and related matters (1.0); preparing for same (0.7); follow-up call with Cleary, Akin and FMC re same (0.5); | 2.2 | 1,408.00 | 11672103 |
| Slavens | Adam | 22/03/2013 | telephone call with M. Wunder re MOE appeal case conference (0.2); reviewing proposed litigation schedule (0.1); email correspondence with J. Opolsky re same (0.1); | 0.4 | 256.00 | 11672108 |
| Slavens | Adam | 23/03/2013 | reviewing letter from EMEA debtors re litigation timetable and discovery plan (0.7); email correspondence with Cleary re same (0.1); | 0.8 | 512.00 | 11672134 |
| Slavens | Adam | 27/03/2013 | participating in telephonic case conference hearing before Judge Gross; | 1.5 | 960.00 | 11682393 |
| Slavens | Adam | 30/03/2013 | email correspondence with S. Bomhof and Cleary re correspondence from Judge Gross; | 0.1 | 64.00 | 11685455 |
| Slavens | Adam | 25/03/2013 | reviewing correspondence to core parties service list re litigation timetable and discovery plan and email correspondence with Cleary and S. Bomhof re same; participating in case conference re MOE appeal (0.4); preparing for same (0.3); preparing reporting email to J. | 2.5 | 1,600.00 | 11723098 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 26/03/2013 | Opolsky re same (0.3); conference call with Cleary and Akin re litigation timetable and discovery plan; reviewing correspondence to core parties service list re litigation timetable and discovery plan and email correspondence with Cleary and S. Bomhof re same; | 1.4 | 896.00 | 11723099 |
| Slavens | Adam | 27/03/2013 | reviewing correspondence to core parties service list re litigation timetable and discovery plan and email correspondence with Cleary and S. Bomhof re same; reviewing notices of disallowance; | 1.4 | 896.00 | 11723102 |
| Roth | Jonathan | 04/03/2013 | receiving instructions from A. Slavens on review of cases dealing with allocation issues (0.2); reviewing cases (1.0); | 1.2 | 384.00 | 11634978 |
| Roth | Jonathan | 05/03/2013 | reviewing and summarizing cases on allocation issues; | 2.0 | 640.00 | 11637495 |
| Roth | Jonathan | 06/03/2013 | reviewing and summarizing cases on allocation issues (0.9); email to A. Slavens re case summaries (0.1); research (1.0); meeting with A. Slavens re case summaries and research (0.3); | 2.3 | 736.00 | 11641594 |
| DeMarinis | Tony | 07/03/2013 | discussions, reviews and de-briefing regarding today's allocation protocol hearing; | 1.5 | 1,462.50 | 11644329 |
| DeMarinis | Tony | 12/03/2013 | reviewing Canadian court materials served; | 0.2 | 195.00 | 11652701 |
| DeMarinis | Tony | 26/03/2013 | discussions with S. Bomhof and A. Slavens, correspondence, and consideration of Canadian litigation issues and planning; | 3.5 | 3,412.50 | 11679141 |
| DeMarinis | Tony | 27/03/2013 | review filed reports and other materials in Canadian proceedings; | 1.3 | 1,267.50 | 11682284 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 06/03/2013 | finalize materials for motion to recognize US Orders on LTD settlement and Travellers settlement; | 1.0 | 875.00 | 11642665 |
| Bomhof | Scott A. | 07/03/2013 | discuss LTD Settlement/Travellers Settlement recognition motion with M. Starvino and M. Zigler; | 0.7 | 612.50 | 11642685 |
| Bomhof | Scott A. | 08/03/2013 | Various telephone calls with Goodmans, Koskie, FMC and Shibley Right regarding discussion of US Debtors motion to recognize US orders related to Travellers settlement, LTD Settlement and Retiree Settlement and coordinate 'no prejudice' language with M. Zigler on behalf of former Canadian employees (3.5); prepare for March 11 recognition motion (0.6); telephone call with L. Schweitzer regarding "without prejudice" language proposal of counsel for former Canadian employees (0.3); | 4.7 | 4,112.50 | 11645550 |
| Bomhof | Scott A. | 11/03/2013 | Follow-up calls with counsel for Former Employees and PGF (.8 hours); review order and discuss endorsement with Cleary (.7 hours); | 1.5 | 1,312.50 | 11652427 |
| Slavens | Adam | 01/03/2013 | preparing 18.6 recognition materials re employee issues; | 2.8 | 1,792.00 | 11633687 |
| Slavens | Adam | 04/03/2013 | reviewing comments of S. Bomhof on 18.6 recognition materials re LTD settlement order and retired employees settlement order (0.2); revising same (0.4); reviewing chapter 11 orders and motion materials re same (1.0); telephone call with M. Fleming re same (0.1); telephone calls with commercial list office re same (0.1); email correspondence with Cleary re same (0.2); office conference with S. Bomhof re same (0.2); | 2.2 | 1,408.00 | 11636408 |
| Slavens | Adam | 05/03/2013 | telephone calls with commercial list office re scheduling matters (0.2); email correspondence with Cleary re same (0.1); office conference with S. Bomhof re same (0.1); email correspondence with C. Armstrong re same (0.1); | 0.5 | 320.00 | 11641887 |
| Slavens | Adam | 06/03/2013 | telephone calls with commercial list office re scheduling matters (0.1); office conference with S. Bomhof re same (0.1); preparing commercial list request form and correspondence to commercial list office re same (0.5); | 0.7 | 448.00 | 11641892 |
| Slavens | Adam | 07/03/2013 | finalizing motion record re motion returnable March 11, 2013 (1.5.); coordinating service and filing of same (1.5); | 3.0 | 1,920.00 | 11644500 |
| Slavens | Adam | 08/03/2013 | preparing for motion returnable March 11, 2013 (3.3); email correspondence and telephone calls with Cleary re same (0.5); office conference with S. Bomhof re same (0.2); email correspondence and telephone calls with employee representative counsel (0.5); | 4.5 | 2,880.00 | 11647634 |

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 10/03/2013 | email correspondence with Cleary and S. Bomhof re motion returnable March 11. 2013; | 0.3 | 192.00 | 11647642 |
| Slavens | Adam | 11/03/2013 | preparing for motion returnable March 11, 2013 (1.5); attending motion returnable March 11, 2013 (2.0); email correspondence with Cleary and service list re same (0.2); | 3.7 | 2,368.00 | 11650719 |