**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 through February 28, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $5,094.88 |
| Duplicating/Printing | 23,174 pgs @ .10 per pg | $2,317.40 |
| Miscellaneous | Process Server | $101.82 |
| Courier | | $95.32 |
| Taxi & Travel | | $160.25 |
| Binding/Exhibit Tabs & Copy Preparation | | $112.47 |
| Library Costs | | - |
| Court Searches | Motion | $123.14 |
| Word Processing | | - |
| Telephone | Long Distance | $143.44 |
| **Grand Total Expenses** | | **$8,148.72** |

| | | | | |
|---|---|---|---|---|
| 87 | Motion | 08/03/2013 | $ 123.14 | Motion<br>McConville, Michael; Filing Fees - Non Taxable court filing fee from ATG |
| 271 | Process Server Filing | 04/03/2013 | 33.94 | filing supplemental submission of Nortel and other U.S. debtors and the Official Committee of Unsecured Creditors (Allocation Protocol and Related Relief); |
| 271 | Process Server Filing | 08/03/2013 | 33.94 | filing motion record of Nortel Networks Inc. and other U.S. debtors (Recognition of Certain U.S. Orders) (returnable March 11, 2013); |
| 271 | Process Server Filing | 21/03/2013 | 33.94 | filing letter to Justice Geoffrey Morawetz regarding (i) the Litigation Timetable and Discovery and Deposition Plan; and (ii) proposed Motion on March 27, 2013 and affidavit of Adam Slavens; |
| | | | **$ 101.82** | |
| 303 | Taxi & Travel | 11/03/2013 | 8.66 | Taxi & Travel<br>Slavens, Adam; Taxi/Car Service - 330 University taxi to court |
| 803 | Taxi & Travel | 06/03/2013 | 43.44 | Taxi & Travel<br>DIAMOND TAXI, Date: 06/03/2013, Chit#3079545 |
| 803 | Taxi & Travel | 06/03/2013 | 44.78 | Taxi & Travel<br>DIAMOND TAXI, Date: 06/03/2013, Chit#3076995 |
| 803 | Taxi & Travel | 11/03/2013 | 8.96 | Taxi & Travel<br>DIAMOND TAXI, Date: 11/03/2013, Chit#3175670 |
| 803 | Taxi & Travel | 25/03/2013 | 8.96 | Taxi & Travel<br>DIAMOND TAXI, Date: 25/03/2013, Chit#3174362 |
| 803 | Taxi & Travel | 31/03/2013 | 45.45 | Taxi & Travel<br>DIAMOND TAXI, Date: 31/03/2013, Chit#3079546 |
| | | | **$ 160.25** | |
| 480 | Telephone Charges | 08/03/2013 | 30.48 | Telephone Charges<br>Slavens, Adam; Phone Calls/Wireless Usage telephonic court hearing |
| 480 | Telephone Charges | 13/03/2013 | 6.86 | Telephone Charges<br>Bauer, Alison D.; Phone Calls/Wireless Usage Reimbursement for call made to S. Bomhof re client on 1/25/2013 |
| 480 | Telephone Charges | 15/03/2013 | 3.29 | Telephone Charges<br>Slavens, Adam; Phone Calls/Wireless Usage business call with L. Peacock |
| 480 | Telephone Charges | 19/03/2013 | 32.43 | Telephone Charges<br>Gray, Andrew; Data Travel Pack Portion of data travel pack |
| 480 | Telephone Charges | 27/03/2013 | 65.96 | Telephone Charges<br>Slavens, Adam; Phone Calls/Wireless Usage telephonic court hearing |
| 800 | Telephone Call | 11/03/2013 | 2.36 | Telephone Call<br>Global Crossing, Inv # 19017241 BOMHOF, SCOTT |
| 800 | Telephone Call | 12/03/2013 | 2.01 | Telephone Call<br>Global Crossing, Inv # 19017241 BOMHOF, SCOTT |
| 4800 | Telephone | 25/03/2013 | 0.05 | Telephone<br>13023519377 - Wilmington, DE - Time: 16:59 - Dur: 1.25 |
| | | | **$ 143.44** | |
| 801 | Copies | 05/03/2013 | 104.20 | Copies |
| 801 | Copies | 06/03/2013 | 288.80 | Copies |
| 801 | Copies | 06/03/2013 | 417.30 | Copies |

**Nortel**
**March 2013 Disbursements**

| | | | |
|---|---|---:|---|
| 801 | Copies | 06/03/2013 | 31.50 Copies |
| 801 | Copies | 07/03/2013 | 0.10 Copies |
| 801 | Copies | 07/03/2013 | 184.00 Copies |
| 801 | Copies | 13/03/2013 | 0.20 Copies |
| 801 | Copies | 14/03/2013 | 1.80 Copies |
| 801 | Copies | 22/03/2013 | 9.30 Copies |
| 801 | Copies | 25/03/2013 | 2.10 Copies |
| 808 | Laser Printing | 01/03/2013 | 9.60 Laser Printing |
| 808 | Laser Printing | 01/03/2013 | 3.30 Laser Printing |
| 808 | Laser Printing | 04/03/2013 | 3.80 Laser Printing |
| 808 | Laser Printing | 04/03/2013 | 17.20 Laser Printing |
| 808 | Laser Printing | 04/03/2013 | 30.50 Laser Printing |
| 808 | Laser Printing | 04/03/2013 | 11.10 Laser Printing |
| 808 | Laser Printing | 05/03/2013 | 3.50 Laser Printing |
| 808 | Laser Printing | 05/03/2013 | 1.10 Laser Printing |
| 808 | Laser Printing | 05/03/2013 | 0.60 Laser Printing |
| 808 | Laser Printing | 06/03/2013 | 4.40 Laser Printing |
| 808 | Laser Printing | 06/03/2013 | 140.10 Laser Printing |
| 808 | Laser Printing | 06/03/2013 | 81.00 Laser Printing |
| 808 | Laser Printing | 06/03/2013 | 194.50 Laser Printing |
| 808 | Laser Printing | 06/03/2013 | 15.00 Laser Printing |
| 808 | Laser Printing | 06/03/2013 | 0.30 Laser Printing |
| 808 | Laser Printing | 07/03/2013 | 5.30 Laser Printing |
| 808 | Laser Printing | 07/03/2013 | 12.20 Laser Printing |
| 808 | Laser Printing | 07/03/2013 | 14.10 Laser Printing |
| 808 | Laser Printing | 08/03/2013 | 1.90 Laser Printing |
| 808 | Laser Printing | 08/03/2013 | 0.60 Laser Printing |
| 808 | Laser Printing | 08/03/2013 | 0.90 Laser Printing |
| 808 | Laser Printing | 08/03/2013 | 0.20 Laser Printing |
| 808 | Laser Printing | 11/03/2013 | 0.90 Laser Printing |
| 808 | Laser Printing | 11/03/2013 | 1.60 Laser Printing |
| 808 | Laser Printing | 11/03/2013 | 88.00 Laser Printing |
| 808 | Laser Printing | 11/03/2013 | 0.80 Laser Printing |
| 808 | Laser Printing | 12/03/2013 | 0.60 Laser Printing |
| 808 | Laser Printing | 12/03/2013 | 0.50 Laser Printing |
| 808 | Laser Printing | 12/03/2013 | 1.40 Laser Printing |
| 808 | Laser Printing | 12/03/2013 | 1.10 Laser Printing |
| 808 | Laser Printing | 12/03/2013 | 2.00 Laser Printing |
| 808 | Laser Printing | 12/03/2013 | 0.80 Laser Printing |
| 808 | Laser Printing | 13/03/2013 | 3.60 Laser Printing |
| 808 | Laser Printing | 13/03/2013 | 1.00 Laser Printing |
| 808 | Laser Printing | 14/03/2013 | 0.40 Laser Printing |
| 808 | Laser Printing | 14/03/2013 | 6.00 Laser Printing |
| 808 | Laser Printing | 14/03/2013 | 4.30 Laser Printing |
| 808 | Laser Printing | 15/03/2013 | 5.00 Laser Printing |
| 808 | Laser Printing | 15/03/2013 | 1.90 Laser Printing |
| 808 | Laser Printing | 18/03/2013 | 1.90 Laser Printing |
| 808 | Laser Printing | 18/03/2013 | 0.70 Laser Printing |
| 808 | Laser Printing | 18/03/2013 | 2.00 Laser Printing |
| 808 | Laser Printing | 18/03/2013 | 26.10 Laser Printing |
| 808 | Laser Printing | 18/03/2013 | 2.20 Laser Printing |
| 808 | Laser Printing | 18/03/2013 | 5.60 Laser Printing |
| 808 | Laser Printing | 19/03/2013 | 2.30 Laser Printing |
| 808 | Laser Printing | 19/03/2013 | 3.50 Laser Printing |
| 808 | Laser Printing | 19/03/2013 | 5.80 Laser Printing |
| 808 | Laser Printing | 19/03/2013 | 2.10 Laser Printing |
| 808 | Laser Printing | 19/03/2013 | 2.20 Laser Printing |
| 808 | Laser Printing | 20/03/2013 | 0.20 Laser Printing |
| 808 | Laser Printing | 20/03/2013 | 1.10 Laser Printing |
| 808 | Laser Printing | 20/03/2013 | 0.40 Laser Printing |
| 808 | Laser Printing | 20/03/2013 | 4.50 Laser Printing |

**Nortel**
**March 2013 Disbursements**

| | | | |
|---|---|---:|---|
| 808 Laser Printing | | 20/03/2013 | 8.30 Laser Printing |
| 808 Laser Printing | | 20/03/2013 | 0.30 Laser Printing |
| 808 Laser Printing | | 21/03/2013 | 0.40 Laser Printing |
| 808 Laser Printing | | 21/03/2013 | 6.50 Laser Printing |
| 808 Laser Printing | | 21/03/2013 | 4.20 Laser Printing |
| 808 Laser Printing | | 21/03/2013 | 4.20 Laser Printing |
| 808 Laser Printing | | 21/03/2013 | 3.40 Laser Printing |
| 808 Laser Printing | | 21/03/2013 | 5.00 Laser Printing |
| 808 Laser Printing | | 22/03/2013 | 2.30 Laser Printing |
| 808 Laser Printing | | 22/03/2013 | 0.80 Laser Printing |
| 808 Laser Printing | | 22/03/2013 | 140.50 Laser Printing |
| 808 Laser Printing | | 22/03/2013 | 12.30 Laser Printing |
| 808 Laser Printing | | 22/03/2013 | 31.20 Laser Printing |
| 808 Laser Printing | | 25/03/2013 | 33.90 Laser Printing |
| 808 Laser Printing | | 25/03/2013 | 33.30 Laser Printing |
| 808 Laser Printing | | 25/03/2013 | 19.50 Laser Printing |
| 808 Laser Printing | | 26/03/2013 | 1.20 Laser Printing |
| 808 Laser Printing | | 26/03/2013 | 3.30 Laser Printing |
| 808 Laser Printing | | 26/03/2013 | 61.80 Laser Printing |
| 808 Laser Printing | | 26/03/2013 | 20.40 Laser Printing |
| 808 Laser Printing | | 26/03/2013 | 34.30 Laser Printing |
| 808 Laser Printing | | 26/03/2013 | 13.80 Laser Printing |
| 808 Laser Printing | | 27/03/2013 | 4.60 Laser Printing |
| 808 Laser Printing | | 27/03/2013 | 37.20 Laser Printing |
| 808 Laser Printing | | 27/03/2013 | 3.00 Laser Printing |
| 808 Laser Printing | | 28/03/2013 | 3.60 Laser Printing |
| 808 Laser Printing | | 28/03/2013 | 7.20 Laser Printing |
| 808 Laser Printing | | 28/03/2013 | 7.80 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 0.80 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 0.80 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 0.30 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 0.80 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 3.30 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 2.90 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 3.00 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 0.90 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 0.30 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 0.30 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 0.10 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 0.30 Laser Printing |
| 4808 Laser Printing | | 04/03/2013 | 0.10 Laser Printing |
| 4808 Laser Printing | | 07/03/2013 | 1.60 Laser Printing |
| 4808 Laser Printing | | 07/03/2013 | 0.30 Laser Printing |
| 4808 Laser Printing | | 08/03/2013 | 0.30 Laser Printing |
| 4808 Laser Printing | | 12/03/2013 | 1.40 Laser Printing |
| 4808 Laser Printing | | 12/03/2013 | 0.10 Laser Printing |
| 4808 Laser Printing | | 12/03/2013 | 0.10 Laser Printing |
| 4808 Laser Printing | | 13/03/2013 | 1.50 Laser Printing |
| 4808 Laser Printing | | 13/03/2013 | 0.30 Laser Printing |
| 4808 Laser Printing | | 13/03/2013 | 0.30 Laser Printing |
| 4808 Laser Printing | | 13/03/2013 | 1.50 Laser Printing |
| 4808 Laser Printing | | 13/03/2013 | 1.50 Laser Printing |
| 4808 Laser Printing | | 13/03/2013 | 0.30 Laser Printing |
| 4808 Laser Printing | | 13/03/2013 | 1.50 Laser Printing |
| 4808 Laser Printing | | 13/03/2013 | 0.30 Laser Printing |
| 4808 Laser Printing | | 13/03/2013 | 0.30 Laser Printing |
| 4808 Laser Printing | | 13/03/2013 | 0.10 Laser Printing |
| 4808 Laser Printing | | 13/03/2013 | 0.10 Laser Printing |
| 4808 Laser Printing | | 14/03/2013 | 0.90 Laser Printing |
| 4808 Laser Printing | | 14/03/2013 | 0.50 Laser Printing |
| 4808 Laser Printing | | 21/03/2013 | 1.50 Laser Printing |

**Nortel**
**March 2013 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 4808 | Laser Printing | 25/03/2013 | 1.50 | Laser Printing |
| 4808 | Laser Printing | 25/03/2013 | 1.50 | Laser Printing |
| 4808 | Laser Printing | 25/03/2013 | 0.30 | Laser Printing |
| 4808 | Laser Printing | 25/03/2013 | 0.90 | Laser Printing |
| 4808 | Laser Printing | 25/03/2013 | 2.90 | Laser Printing |
| 4808 | Laser Printing | 25/03/2013 | 3.30 | Laser Printing |
| 4808 | Laser Printing | 25/03/2013 | 3.00 | Laser Printing |
| 4808 | Laser Printing | 26/03/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 26/03/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 26/03/2013 | 0.20 | Laser Printing |
| | | | **$ 2,317.40** | |
| 811 | Binding Charges | 06/03/2013 | 14.54 | Binding Charges; 06-Mar-13, J Palmateer, Binding Charges, x5, JS |
| 811 | Binding Charges | 07/03/2013 | 11.64 | Binding Charges; 07-Mar-13, A Slaves, Binding Charges, x4, TW |
| 811 | Binding Charges | 08/03/2013 | 26.18 | Binding Charges; 08-Mar-13, M Bojovic, Binding Charges, x9, TW |
| 844 | Exhibit Tabs | 06/03/2013 | 14.54 | Exhibit Tabs; 06-Mar-13, J Palmateer, Exhibit Tabs, x60, JS |
| 844 | Exhibit Tabs | 07/03/2013 | 21.82 | Exhibit Tabs; 07-Mar-13, A Slaves, Exhibit Tabs, x90, TW |
| 844 | Exhibit Tabs | 08/03/2013 | 4.36 | Exhibit Tabs; 08-Mar-13, M Bojovic, Exhibit Tabs, x18, TW |
| 954 | Copy Preparation | 08/03/2013 | 19.39 | Copy Preparation labour; 08-Mar-13, M Bojovic, Hand Labour, 30 min., TW |
| | | | **$ 112.47** | |
| 822 | Courier | 07/03/2013 | 65.74 | Courier 393 University Ave, Ontario Superior Court of Ju, 79 Wellington Street West, Inv # 55405, keith,10,0 |
| 822 | Courier | 25/03/2013 | 29.58 | Courier 4700 Keele St, York University, 79 Wellington Street West, Inv # 55578, Kie I,1,1 |
| | | | **$ 95.32** | |
| 885 | On Line Research Charges - Quicklaw | 15/03/2013 | 188.11 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 18/03/2013 | 169.68 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 20/03/2013 | 130.90 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 24/03/2013 | 211.38 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 25/03/2013 | 120.24 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 27/03/2013 | 201.68 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 28/03/2013 | 110.55 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 28/03/2013 | 198.77 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 29/03/2013 | 118.29 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 30/03/2013 | 979.30 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 31/03/2013 | 14.76 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 04/03/2013 | 58.18 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 05/03/2013 | 19.39 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 06/03/2013 | 50.42 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 06/03/2013 | 7.76 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 14/03/2013 | 174.53 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 16/03/2013 | 93.08 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 18/03/2013 | 269.55 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 19/03/2013 | 3.88 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 20/03/2013 | 224.95 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 22/03/2013 | 232.70 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 22/03/2013 | 104.72 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 23/03/2013 | 174.53 | On Line Research Charges -WestlaweCarswell Incl. |

**Nortel**
**March 2013 Disbursements**

| | | | |
|---|---|---:|---|
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 25/03/2013 | 69.81 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 26/03/2013 | 85.32 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 26/03/2013 | 54.30 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 27/03/2013 | 143.50 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 27/03/2013 | 3.88 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 27/03/2013 | 134.77 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 28/03/2013 | 155.14 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 28/03/2013 | 133.80 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 29/03/2013 | 318.03 On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 31/03/2013 | 138.98 On Line Research Charges -WestlaweCarswell Incl. |

**$ 5,094.88**

**Grand Total  $ 8,148.72**