IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Nortel Networks Inc., et al          **DOCKET ITEM # 4**

| | |
|---|---|
| Joint Administrators, ) | |
| ) | |
| Appellant ) | Civil Action No. 13-757 |
| v. ) | |
| ) | |
| Nortel Networks Inc. et al, ) | |
| ) | |
| Appellees ) | Bankruptcy Case No. 09-10138 |
| | BAP No. 13-37 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/3/13 was docketed in the District Court on 5/2/13:

Order Approving Allocation Protocol

An Order of Certification of Direct Appeal to the U.S. Court of Appeals was also docketed in the District Court on 5/2/13

Any attorneys of record who are not member of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5

                                                                    John A. Cerino
                                                                    Clerk of Court

Date:    5/2/13

To:     U.S. Bankruptcy Court
         Counsel