## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------X
                                    :     Chapter 11
                                    :
In re                               :     Case No. 09-10138 (KG)
                                    :
Nortel Networks Inc., et al.,[1]    :     Jointly Administered
                                    :
                    Debtors.        :     RE: Docket No. 10166
-----------------------------------------------------X
```

## JOINT ADMINISTRATORS' STATEMENT PURSUANT TO
## BANKRUPTCY RULE 8006 OF ISSUES TO BE PRESENTED ON
## APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), the court-appointed administrators and authorized foreign representatives

(collectively, the "Joint Administrators")[2] for Nortel Networks UK Limited ("NNUK") and

certain of its affiliates (collectively, and including NNUK, the "EMEA Debtors"),[3] respectfully

submit (i) a statement of the issues to be presented on their appeal from the Order Approving

---

1.   The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2.   The Joint Administrators in the English proceedings for all of the EMEA Debtors, with the exception of Nortel Networks (Ireland) Limited, are: Alan Robert Bloom, Christopher John Wilkinson Hill, Alan Michael Hudson, and Stephen John Harris. The Joint Administrators in the English proceedings for Nortel Networks (Ireland) Limited are: Alan Robert Bloom and David Martin Hughes.

3.   The EMEA Debtors are located in Europe, the Middle East and Africa and are in proceedings pending before the High Court of Justice of England and Wales. They are: Nortel Networks UK Limited; Nortel GmbH; Nortel Networks (Austria) GmbH; Nortel Networks (Ireland) Limited; Nortel Networks AB; Nortel Networks B.V.; Nortel Networks Engineering Service Kft; Nortel Networks France S.A.S.; Nortel Networks Hispania S.A.; Nortel Networks International Finance & Holding B.V; Nortel Networks N.V.; Nortel Networks OY; Nortel Networks Polska Sp. z.o.o.; Nortel Networks Portugal S.A.; Nortel Networks Romania SRL; Nortel Networks S.A.; Nortel Networks S.p.A.; Nortel Networks Slovensko, s.r.o.; Nortel Networks s.r.o.

Allocation Protocol, entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court" or the "U.S. Court") on April 3, 2013 (the "Allocation Protocol Order," D.I. 9947) and the accompanying Opinion (the "Allocation Opinion," D.I. 9946), and (ii) a designation of the items to be included in the record on appeal (collectively, this "Rule 8006 Statement").

Pursuant to Section 16(a) of the Federal Arbitration Act (the "FAA"), the portion of the Allocation Protocol Order and Allocation Opinion in which the Bankruptcy Court denied the Joint Administrators' motion to compel arbitration is appealable as of right.  9 U.S.C. § 16(a).  In addition, the Joint Administrators have filed a motion seeking leave to appeal from the interlocutory portions of the Allocation Protocol Order and Allocation Opinion pursuant to which the Bankruptcy Court ordered that the allocation dispute should be decided through joint pleadings, discovery, hearings and trial before the U.S. Court and the Ontario Superior Court of Justice–Commercial List. (Joint Administrators' Motion for Leave to Appeal From Order Approving Allocation Protocol, the "Motion for Leave," D.I. 10167.)

The Joint Administrators submit this Rule 8006 Statement with respect to their appeal as of right and, provisionally, with respect to their appeal from the interlocutory provisions of the Allocation Protocol Order and Allocation Opinion, and reserve the right to amend or supplement this Rule 8006 Statement or otherwise designate additional items to be included in the record on appeal upon grant of the Motion for Leave. Upon grant of the Motion for Leave, the Joint Administrators intend to seek to have the appeals from both portions of the Allocation Protocol Order and Allocation Opinion consolidated and addressed on a single, expedited track.

2

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1.      Whether the Bankruptcy Court erred in holding that the agreement pursuant to which the Nortel debtors committed to sell the global Nortel businesses does not contain a binding agreement to arbitrate disputes about how to allocate the proceeds of those sales and that the parties instead agreed to submit allocation disputes to be heard jointly by the Bankruptcy Court and the Ontario Superior Court of Justice.

2.      Whether the Bankruptcy Court erred by failing to specifically enforce the Nortel debtors' duty to negotiate a binding arbitration protocol where the parties had agreed to arbitration and to all other material terms.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Pursuant to Bankruptcy Rule 8006, the Joint Administrators designate the listed items for inclusion in the record of their appeal from the Allocation Protocol Order and Allocation Opinion.

*In re Nortel Networks, Inc., et al.*, Bankr. No. 09-10138 (KG)

| Date | Docket No.[4] | Description |
|---|---|---|
| 01/15/2009 | 54 | Order Approving Cross-Border Court-to-Court Protocol |
| 06/29/2009 | 990 | Order Approving Stipulation of the Debtors and the Official Comm. Of Unsecured Creditors of Nortel Networks Inc., et al., Amending the Cross-Border Court-to-Court Protocol |
| 06/29/2009 | 993 | Order (A) Approving the Interim Funding and Settlement Agreement, and (B) Granting Related Relief |
| 07/08/2009 | 1042 | Transcript regarding Hearing Held 6/29/2009 |
| 04/25/2011 | 5307 | Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement and for Related Relief |

---

4.    All referenced docket numbers shall be inclusive of the exhibits thereto.

01:13577056.1

| 04/25/2011 | 5308 | Declaration of Inna Rozenberg in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement and for Related Relief |
| 05/19/2011 | 5444 | Joint Administrators' (I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross Motion to Compel Arbitration |
| 05/31/2011 | 5531 | Memorandum of Law in Support of Joint Administrators' (I) Objection to Joint Motion for Entry for an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration |
| 05/31/2011 | 5532 | Declaration of Kevin Francis Lloyd in Opposition to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and in Support of Cross-Motion to Compel Arbitration |
| 06/02/2011 | 5563 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Motion Record Filed in the Canadian Proceedings to Grant an Order Approving an Allocation Protocol |
| 06/02/2011 | 5571 | Reply Memorandum of Law/Brief of U.S. Debtors and Committee in Further Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration |
| 06/02/2011 | 5572 | Declaration of Craig B. Brod in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration |
| 06/02/2011 | 5573 | Second Declaration of Inna Rozenberg in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration |
| 06/02/2011 | 5575 | Declaration of Fred S. Hodara in Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors Cross-Motion to Compel Arbitration |
| 06/03/2011 | 5580 | Notice of Filing of 67th Report of the Monitor |
| 06/05/2011 | 5597 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Factum of the Canadian Debtors and Brief of Authorities of the Canadian Debtors Filed in the Canadian Proceedings in Support of Order Approving Allocation Protocol |

| 06/06/2011 | 5604 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Factum of the Monitor and Book of Authorities of the Monitor Filed in the Canadian Proceedings in Support of Order Approving Allocation Protocol |
| 06/06/2011 | 5605 | Notice of Filing Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Courtesy Copies of Documents Filed in the Canadian Proceedings by the U.S. Debtors and the Committee Related to Motions Made to the Canadian Court for its Approval of an Allocation Protocol |
| 06/06/2011 | 5606 | Exhibit(s) Notice of Filing of Courtesy Copies Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Documents Filed in the Canadian Proceedings Filed by Joint Administrators and Foreign Representatives for Nortel Networks UK Limited. (Attachments: # (1) Responding and Cross-Motion Record of the Joint Administrators of Nortel Networks UK Limited and the Companies Listed in Schedule "A" Hereto # (2) Factum of Joint Administrators of Nortel Networks UK Limited and the Companies Listed in Schedule "A" Hereto # (3) Second Affidavit of Tai-Heng Cheng) |
| 06/06/2011 | 5608 | Reply Memorandum of Law in Further Support of the Joint Administrators' Cross-Motion to Compel Arbitration |
| 06/10/2011 | 5643 | Transcript regarding Hearing Held 6/7/11 |
| 03/04/2013 | 9569 | Supplemental Memorandum of Law in Support of Joint Administrators' (I) Objection to the Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration Filed by Joint Administrators and Foreign Representatives for Nortel Networks U.K. Ltd. |
| 03/04/2013 | 9570 | Exhibit(s) Supplemental Submission of U.S. Debtor and Official Committee for Unsecured Creditors on Allocation Protocol Issues |
| 03/04/2013 | 9573 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of the Supplementary Submissions of the Monitor and the Canadian Debtors in Respect of the June 7, 2011 Hearing |
| 03/08/2013 | 9617 | Transcript regarding Hearing Held 03/07/2013 |
| 04/01/2013 | 9894 | Transcript regarding Hearing Held 03/27/2013 |
| 04/02/2013 | 9933 | Transcript regarding Telephonic Hearing Held 03/08/2013 |
| 04/03/2013 | 9946 | Opinion |
| 04/03/2013 | 9947 | Order re Allocation Protocol |
| 04/15/2013 | 10133 | Certification of Counsel for the U.S. Debtors Regarding Allocation Protocol |

| 04/15/2013 | 10134 | Exhibit(s) Notice of Filing of Monitors Allocation Protocol |
|---|---|---|
| 04/17/2013 | 10166 | Notice of Appeal |
| 04/17/2013 | 10167 | Motion for Leave to Appeal |
| 04/19/2013 | 10210 | Exhibit(s) Debtors Notice of Filing of Proposed Litigation Timetable and Discovery Plan |
| 04/23/2013 | 10224 | Response and Limited Objection to U.S. Debtors Proposed Litigation Table and Discovery Plan |
| 04/26/2013 | 10324 | Transcript regarding Hearing Held 04/24/2013 |
| 05/01/2013 | 10407 | Order Certifying the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit |
| 05/01/2013 | 10414 | Notice of Filing of Items Designated for Record: (Attachments: # (1) Affidavit of Tai-Heng Cheng # (2) The Nortel Mediation Opening Remarks of Chief Justice Warren K. Winkler on April 24, 2012 # (3) Endorsement of Justice Morawetz of the Ontario Superior Court of Justice–Commercial List dated March 8, 2013 # (4) Endorsement of Justice Morawetz of the Ontario Superior Court of Justice–Commercial List dated April 3, 2013 # (5) Amended Notice of Motion for Leave to Appeal # (6) Notice of Motion to Expedite and Consolidate) |

01:13577056.1

Dated: Wilmington, Delaware
      May 1, 2013

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Jaime Luton Chapman
    Edwin J. Harron (No. 3396)
    John T. Dorsey (No. 2988)
    Jaime Luton Chapman (No. 4936)

    Rodney Square
    1000 North King Street
    Wilmington, Delaware 19801
    Telephone:  302-571-6600
    Fax:  302-571-1253

– and –

HUGHES HUBBARD & REED LLP

Derek J.T. Adler
Amera Z. Chowhan
Gabrielle Glemann
Charles H. Huberty

One Battery Park Plaza
New York, New York 10004
Telephone:  212-837-6000
Fax:  212-422-4726

– and –

HERBERT SMITH FREEHILLS LLP

Kevin Lloyd
John Whiteoak
Richard Lawton

Exchange House
Primrose Street
London EC2A 2HS

*Counsel for Joint Administrators*

01:13577056.1