## EXHIBIT A

### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM FEBRUARY 11, 2013 THROUGH FEBRUARY 28, 2013

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| E. Morgan Maxwell, III | Attorney | $250.00 | 6.9 | $1,725.00 |
| **Total:** | | . | **6.9** | **$1,725.00** |
| **Blended Rate:** | | **$250.00** | | $1,725.00 |

## **EXHIBIT B**

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | | |
|---|---|---|
| Case Administration | | |
| Asset Disposition | | |
| Meetings of and Comm. With Creditors | | |
| Maxwell Retention | | |
| Employment & Retention Application - Other | | |
| Maxwell Fee Applications | | |
| Maxwell Fee Objections | | |
| Fee Applications and Invoices -Other | | |
| Fee Objections - Others | | |
| Non-Working Travel | | |
| Claims Administration and Objections | | |
| Business Operations | | |
| Employee Benefits/Pensions | | |
| Tax Issues | 6.9 hours | $1,725.00 |
| Plan and Disclosure Statement | | |
| Financing/Cash Collections | | |
| Court Hearings | | |
| Labor Issues | | |
| Litigation | | |
| Research | | |
| **Total Fees** | **6.9 hours** | **$1,725.00** |

*E. Morgan Maxwell III*
*Attorney at Law*

P.O. Box 876
Southeastern, PA 19399
610 640-9481
484 645-3678 (cell)
1-484-801-1439 (fax)
morganmaxlaw@comcast.net

April 15, 2013

Nortel Networks, Inc. Long-Term Disabled Employees Committee
c/o ELLIOTT GREENLEAF
1105 North Market Street
17th Floor
Wilmington, DE 19801

Attn.:   Rafael X. Zahralddin, Esq.

## Statement for Services

February 2013
(All entries are B240 Tax Issues.)

| Date | Description | Hours |
|---|---|---|
| 2/11 | Exchanging messages and brief discussions with Mr. Zahralddin, general description of Committee for Long-Term Disabled, expected recovery, tax issues to be addressed in opinion | .4 |
| 2/12 | Further preliminary consideration of possible structures for payments | .3 |
| 2/14 | Noting Mr. Zahralddin's message re: 2/13 conference call, message to him, reviewing and considering applicability and pertinence of W-4 example and proposed form of individualized disclosure notice | .7 |
| 2/15 | Conference call with Mr. Zahralddin, Mr. Spittell of Alvarez & Marsal Taxand, reviewing research materials forwarded from Mr. Zahralddin and AMT's technical tax memorandum; independent research re: origin of claim rules re: characterization of payments as taxable or non-taxable; discussions with Mr. Kaiser re: form of trust | 1.3 |
| 2/16 | Further review of research materials, additional message from Mr. Zahralddin | .6 |
| 2/18 | Further discussions with Mr. Kaiser re: form of trust | .2 |
| 2/20 | Consideration of 2008 IRS letter to Senator Chambliss suggesting Service's position that receipt of unrestricted cash is taxable regardless of origin of claim, consideration of additional research to be undertaken | .5 |
| 2/21 | Exchanging messages with Mr. Zahralddin, expressing results of research on receipt of unrestricted cash | .2 |
| 2/23 | Reviewing IRS position on receipt of settlement payments generally, consideration of Mr. Zahralddin's point concerning *General Dynamics* and reviewing case | .9 |
| 2/26 | Continuing review of research materials, *General Dynamics* and associated authorities | 1.2 |

| | | |
|---|---|---:|
| 2/27 | Exchanging messages with Mr. Spittell and Mr. Henderson of Alvarez & Marsal Taxand and discussions with Mr. Spittell re: where we all are with respect to consideration of various tax and withholding issues, including *General Dynamics* | .6 |

6.9 hours

                Fee for services      $1,725.00

Statement Due Upon Receipt

I Appreciate the Opportunity to be Helpful

## EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## FEBRUARY 11, 2013 THROUGH FEBRUARY 28, 2013

| Expense Category | Total Expenses |
|---|---|
| Dockets/Research | $0.00 |
| Copying | $0.00 |
| Delivery/Courier Service | $0.00 |
| Express Mail | $0.00 |
| Filing Fees | $0.00 |
| Meals | $0.00 |
| Mileage | $0.00 |
| Outside Professional Services | $0.00 |
| Parking | $0.00 |
| Postage | $0.00 |
| Taxi | $0.00 |
| Telephone | $0.00 |
| Railroad | $0.00 |
| Tolls | $0.00 |
| TOTAL: | $0.00 |