IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------X
                                                      :
                                                      :   Chapter 11
In re                                                 :
                                                      :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                        :
                                                      :   Jointly Administered
                        Debtors.                      :
                                                      :
------------------------------------------------------X
```

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, Ann C. Cordo, hereby moves for the admission pro hac vice of Marla Decker (the "Admittee") of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 to represent Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively the "Debtors"), in connection with the above-captioned proceedings.

Dated: April 23, 2013          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

                               /s/ Ann C. Cordo
                               Ann C. Cordo (No. 4817)
                               1201 North Market Street
                               Wilmington, Delaware 19801
                               Telephone: (302) 658-9200
                               Facsimile: (302) 658-3989

                               *Counsel for the Debtors*
                               *and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Date Filed  4/23/13

Docket No.  10240

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and am admitted to practice before the U.S. District Court for the Southern District of New York and the Bar of the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 23, 2013  
New York, New York

/s/ Marla Decker  
Marla Decker  
Cleary Gottlieb Steen & Hamilton LLP  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Fax: (212) 225-3999  
Email: mdecker@cgsh.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: May 3, 2013

The Honorable Kevin Gross  
Chief United States Bankruptcy Judge

7146617.1