## EXHIBIT A

### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM FEBRUARY 11, 2013 THROUGH FEBRUARY 28, 2013

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| E. Morgan Maxwell, III | Attorney | $250.00 | 14.5 | $3,625.00 |
| **Total:** | | | **14.5** | **$3,625.00** |
| **Blended Rate:** | | **$250.00** | | $3,625.00 |

# EXHIBIT B

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | | |
|---|---|---|
| Case Administration | | |
| Asset Disposition | | |
| Meetings of and Comm. With Creditors | 2.8 hours | **$700.00** |
| Maxwell Retention | | |
| Employment & Retention Application - Other | | |
| Maxwell Fee Applications | | |
| Maxwell Fee Objections | | |
| Fee Applications and Invoices -Other | | |
| Fee Objections - Others | | |
| Non-Working Travel | | |
| Claims Administration and Objections | | |
| Business Operations | | |
| Employee Benefits/Pensions | | |
| Tax Issues | 11.7 hours | **$2,925.00** |
| Plan and Disclosure Statement | | |
| Financing/Cash Collections | | |
| Court Hearings | | |
| Labor Issues | | |
| Litigation | | |
| Research | | |
| **Total Fees** | **14.5 hours** | **$3,625.00** |

*E. Morgan Maxwell III*
*Attorney at Law*

P.O. Box 876
Southeastern, PA  19399
610 640-9481
484 645-3678 (cell)
1-484-801-1439 (fax)
morganmaxlaw@comcast.net

April 25, 2013

Nortel Networks, Inc. Long-Term Disabled Employees Committee
c/o ELLIOTT GREENLEAF
1105 North Market Street
17th Floor
Wilmington, DE  19801

Attn.:   Rafael X. Zahralddin, Esq.

## Statement for Services

### March 2013

| Date | Description | Hours |
|---|---|---|
| 3/1 | (Code 240) Further discussions with Messrs. Spittell and Henderson of AMT regarding tax and withholding issues, structuring considerations including use of a VEBA for portion of recovery, status and timing of AMT's addition to technical memorandum | .5 |
| 3/3 | (Code 240) Noting and reviewing Raf's message – rationale for split between HRA/VEBA and payments over time | .2 |
| 3/7 | (Code 240) Further consideration of authorities arising from research, possible methods of deferral | .6 |
| 3/11 | (Code 240) Reviewing and considering cited authorities for revised Avarez & Marsal technical tax memorandum | .7 |
| 3/12 | (Code 240) Reviewing Raf's message re: division of work, tax issues to be addressed, exchanging messages with Jon Stemerman re: same | .3 |
| 3/14 | (Code 240) Continuing consideration of research issues, particularly deferral structures and available authorities | .7 |
| 3/17 | (Code 240) Noting numerous messages from Raf with respect to additional authorities and sources, reviewing same | 1.5 |
| 3/18 | (Code 240) Noting Raf's memo on timeline, email message to Shelley re: annuity pivate letter ruling, IRC §5891 excise tax on factoring transactions; continuing review of tax authorities | 0.8 |
| 3/20 | (Code 240) Discussions with Mr. Kaiser re: budget for alternative deferral structures, reviewing LTD budgets received from Mr. Stemerman; pursuing IRS authorities with respect to withholding and reporting mechanics and pertinent authorities; exchanging email messages with Mr. Stemerman; reviewing supplemental A&M report, individualized notices | 1.0 |

| Date | | | Hours |
|---|---|---|---|
| 3/22 | (Code 240) | Conference calls with EG lawyers; follow up discussions with Ms. Kohart with respect to constructive receipt, economic benefit | 2.8 |
| 3/24 | (Code 240) | Noting Raf's email messages, reviewing for tax issues being raised | .1 |
| 3/25 | (Code 150) | Committee call | 1.5 |
| 3/25 | (Code 240) | Consideration and review of IRS guidance on allowable expenses under IRC §213(d) for an HRA, reviewing other messages for tax issues | .4 |
| 3/27 | (Code 240) | Drafting constructive receipt discussion for Motion; consideration of whether pay stub indicates any application by employee of after-tax dollars for benefits | 1.2 |
| 3/28 | (Code 240) | Review revised individualized LTD forms distributed by Mr. Morton of Towers Watson | .2 |
| 3/28 | (Code 150) | Committee call | 1.3 |
| 3/29 | (Code 240) | Addressing HRA and disability overlap questions, reviewing and distributing article discussing using VEBA to pay disability benefits | .7 |

                                                                                14.5 hrs


                Fee for services      $3,625.00



Statement Due Upon Receipt

I Appreciate the Opportunity to be Helpful

## EXHIBIT C

### SUMMARY OF EXPENSES FOR THE PERIOD
### FEBRUARY 11, 2013 THROUGH FEBRUARY 28, 2013

| Expense Category | Total Expenses |
| --- | --- |
| Dockets/Research | $0.00 |
| Copying | $0.00 |
| Delivery/Courier Service | $0.00 |
| Express Mail | $0.00 |
| Filing Fees | $0.00 |
| Meals | $0.00 |
| Mileage | $0.00 |
| Outside Professional Services | $0.00 |
| Parking | $0.00 |
| Postage | $0.00 |
| Taxi | $0.00 |
| Telephone | $0.00 |
| Railroad | $0.00 |
| Tolls | $0.00 |
| TOTAL: | $0.00 |