# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 10399 & 10400** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

    a) "Joint Motion for Leave to File a Reply (A) in Further Support of the Joint Motion for an Order Retaining Jurisdiction Pending Appeal and (B) in Response to the Joint Administrators' Objection to Joint Motion for an Order Retaining Jurisdiction Pending Appeal and Cross-Motion to Confirm Stay Pending Appeal," dated April 30, 2013 [Docket No. 10399], (the "Joint Motion"), and

    b) "Notice of Second Amended Agenda of Matters Scheduled for Hearing on May 1, 2013 at 10:00 A.M. (Eastern Time)," dated April 30, 2013 [Docket No. 10400], (the "2nd Amended Agenda"),

    by causing true and correct copies of the:

    i. Joint Motion and 2nd Amended Agenda, to be enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit A, on April 30, 2013,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Joint Mtn File Reply & 2nd Amd Agenda Hrg May 1_DI 10399 & 10400_AFF_4-30-13 & 5-1-13_KH.doc

ii. Joint Motion and 2nd Amended Agenda, to be delivered via electronic mail to those parties listed on the annexed Exhibit B, on April 30, 2013, and

iii. 2nd Amended Agenda, to be delivered via facsimile to those parties listed on the annexed Exhibit C, on May 1, 2013.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
2nd day of May, 2013

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY OFFICE OF THE U.S. TRUSTEE 844 KING STREET, SUITE 2207 WILMINGTON DE 19801-3519 |
| THE BONDHOLDERS' COMMITTEE | ATTN: ALBERT A. PISA, THOMAS R. KRELLER MILBANK TWEED HADLEY & MCCLOY LLP 1 CHASE MANHATTA PLZ #47 NEW YORK NY 10005 |
| THE BONDHOLDERS' COMMITTEE | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRN PACHULSKI STANG 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| THE BONDHOLDERS' COMMITTEE | ATTN: JENNIFER HARRIS MILBANK TWEED HADLEY & MCCLOY LLP 601 SOUTH FIGUEROA STREET, 30TH FLOOR LOS ANGELES CA 90017 |
| THE JOINT ADMINISTRATORS | ATTN: KEVIN LLOYD, JOHN WHITEOAK AND RICHARD LAWTON HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS UNITED KINGDOM |
| THE JOINT ADMINISTRATORS | ATTN: DEREK J.T. ADLER, NEIL OXFORD, FARA TABATABAI, CHARLES HUBERTY HUGHES HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| THE JOINT ADMINISTRATORS | ATTN: JAIME LUTON CHAPMAN, JAMES L. PATT EDWIN HARRON, JOHN T. DORSEY YOUNG CONAWAY STARGATT & TAYLOR, LLP RODNEY SQUARE, 1000 NORTH KING STREET WILMINGTON DE 19801 |
| THE MONITOR | ATTN: JAY CARFAGNINI, JESSICA KIMMEL, FR JOSEPH PASQUARIELLO, BENJAMIN ZARNETT GOODMANS LLP BAY ADELAIDE CENTRE, 333 BAY STREET, SUI TORONTO ON M5H 257 CANADA |
| THE MONITOR | ATTN: KEN COLEMAN, LAURA HALL, DANIEL GUYDER, PAUL KELLER ALLEN & OVERY LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| THE MONITOR | ATTN: MARY F. CALOWAY BUCHANAN INGERSOLL & ROONEY 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801 |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: RYAN JACOBS, SHAYNE KUKULOWICZ, MICHAEL WUNDER FRASER MILNER CASGRAIN LLP 1 FIRST CANADIAN PLACE 100 KING STREET W TORONTO ON M5X 1B2 CANADA |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: FRED HODARA, DAVID BOTTER, ABID QURESHI, ROBERT JOHNSON AKIN, GUMP, STRAUSS, HAUER & FELD, LLP ONE BRYANT PARK NEW YORK NY 10036 |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M S RICHARDS LAYTON & FINGER ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |
| TRUSTEES OF THE NNUK PENSION PLAN | AND THE PENSION PROTECTION FUND ATTN: BRUCE LEONARD, DAVID WARD, BILL BURDEN, CHRISTOPHER HORKINS CASSELS BROCK & BLACKWELL LLP TORONTO ON M5H 3C2 CANADA |
| TRUSTEES OF THE NNUK PENSION PLAN | AND THE PENSION PROTECTION FUND ATTN: BRIAN E. O'CONNOR WILLKIE FARR & GALLAGHER LLP 787 7TH AVE. NEW YORK NY 10019 |
| TRUSTEES OF THE NNUK PENSION PLAN | AND THE PENSION PROTECTION FUND CHARLENE D. DAVIS, ESQ., JUSTIN R. ALBERTO ESQ. & DANIEL A. O'BRIEN, ESQ. BAYARD, P.A. WILMINGTON DE 19899 |

**Total Creditor count  16**

**EXHIBIT B**

| Entity Name | Name | Email |
|---|---|---|
| The Unsecured Creditors Committee ("UCC") | Akin, Gump, Strauss, Hauer & Feld, LLP | fhodara@akingump.com; rjacobs@akingump.com |
| The Unsecured Creditors Committee ("UCC") | Fraser Milner Casgrain LLP | MICHAEL.WUNDER@FMC-LAW.COM; SHAYNE.KUKULOWICZ@FMC-LAW.COM; ALEX.MACFARLANE@FMC-LAW.COM |
| The Unsecured Creditors Committee ("UCC") | RICHARDS LAYTON & FINGER | collins@rlf.com; samis@rlf.com |
| The Bondholders' Committee | Milbank Tweed Hadley & McCloy LLP | mnolan@milbank.com; apisa@milbank.com |
| The Bondholders' Committee | Milbank Tweed Hadley & McCloy LLP | DDUNNE@MILBANK.COM; TKRELLER@MILBANK.COM; ALEBLANC@MILBANK.COM |
| The Bondholders' Committee | PACHULSKI STANG | ljones@pszjlaw.com; tcairns@pszjlaw.com |
| The Monitor | Goodmans LLP | jcarfagnini@goodmans.ca |
| The Monitor | Allen & Overy LLP | ken.coleman@allenovery.com; laura.hall@allenovery.com; paul.keller@allenovery.com |
| The Monitor | Buchanan Ingersoll & Rooney | mary.caloway@bipc.com |
| The Joint Administrators | Hughes Hubbard & Reed LLP | adler@hugheshubbard.com |
| The Joint Administrators | Young Conaway Stargatt & Taylor, LLP | jpatton@ycst.com; eharron@ycst.com |
| The Joint Administrators | HERBERT SMITH LLP | STEPHEN.GALE@HERBERTSMITH.COM |
| Trustees of the NNUK Pension Plan and the Pension Protection Fund | BAYARD, P.A. | cdavis@bayardlaw.com; jalberto@bayardlaw.com |
| Trustees of the NNUK Pension Plan and the Pension Protection Fund | Willkie Farr & Gallagher LLP | ALIPKIN@WILKIE.COM; JCRYSTAL@WILKIE.COM; mabrams@willkie.com; boconnor@willkie.com; sadvani@willkie.com |
| Trustees of the NNUK Pension Plan and the Pension Protection Fund | Cassels Brock & Blackwell LLP | bleonard@casselsbrock.com; dward@casselsbrock.com; bburden@casselsbrock.com; chorkins@casselsbrock.com |

**EXHIBIT C**

| name | contact | fax |
|---|---|---|
| ACUSHNET COMPANY | ATTN: CREDIT DEPT | 508-910-8441 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S HODARA ESQ; RYAN C JACOBS ESQ | 212-872-1002 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQLISA JP KRAIDIN ESQ | 212-610-6399 |
| AMPHENOL CORPORATION | ATTN: EDWARD C WETMORE VP & GEN COUNSEL | 203-265-8827 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO | 407-770-6162 |
| ARDENT LAW GROUP PC | ATTN: HUBERT H KUO ESQ | 949-863-9783 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S LADDIN ESQFRANK N WHITE ESQ | 404-873-8121 |
| ASHBY & GEDDES PA | ATTN: RICARDO PALACIO ESQ | 302-654-2067 |
| ASHBY & GEDDES PA | ATTN: WILLIAM P BOWDEN ESQ | 302-654-2067 |
| ASHBY & GEDDES PA | GREGORY A TAYLOR ESQ; BENJAMIN W KEENAN | 302-654-2067 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L MCCLOUD ESQ | 615-741-3334 |
| BAKER BOTTS LLP | JUDITH W ROSS ESQ | 214-661-4605 |
| BALLARD SPAHR | ATTN: TOBEY M DALUZ ESQLESLIE HEILMAN ESQ | 302-252-4466 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L POLLACK ESQJEFFREY MEYERS ESQ | 215-864-9473 |
| BALLARD SPAHR LLP | ROBERT MCL BOOTE ESQ | 215-864-8999 |
| BALLARD SPAHR LLP | TOBEY M DALUZ ESQ; DAVID T MAY ESQ | 302-252-4466 |
| BARTLETT HACKETT FEINBERG PC | ATTN: FRANK F MCGINN ESQ | 617-422-0383 |
| BAYARD PA | ATTN: CHARLENE D DAVIS ESQDANIEL A O'BRIEN ESQ | 302-658-6395 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L URANGA | 334-954-6106 |
| BERNSTEIN SHUR SAWYER & NELSON | ATTN: ROBERT J KEACH ESQ; PAUL MCDONALD ESQ; | 207-774-1127 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M SCHWAB ESQTHOMAS M GAA ESQ | 650-494-2738 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATOKEVIN G COLLINS | 302-254-5383 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO ESQ; MATTHEW DENN ESQ; | 302-254-5383 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H LISTER | 202-659-5800 |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL ESQ; | 302-425-6464 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER | 585-238-9012 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER | 212-938-3837 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D FLASCHENKATHERINE L LINDSAY | 860-246-3201 |
| BROWN & CONNERY LLP | ATTN: DONALD K LUDMAN ESQ | 856-853-9933 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ | 212-541-4630 |
| BRYAN CAVE LLP | ATTN: ERIC S PREZANT ESQ | 312-602-5050 |
| BRYAN CAVE LLP | ATTN: CULLEN K KUHN ESQ | 314-552-8869 |
| BUCHALTER NEMER | ATTN: SHAWN M CHRISTIANSON ESQ | 415-227-0770 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F CALOWAY ESQPJ DUHIG ESQ | 302-552-4295 |
| CHADBOURNE & PARKE LLP | ATTN: N THODORE ZINK JR ESQ | 212-541-5369 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L PERNICKSANJAY BHATNAGAR | 302-652-3117 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E MOMJIAN | 215-560-2202 |
| CONNOLLY BOVE | ATTN: JEFFREY S WISLER ESQMARC J PHILLIPS ESQ | 302-658-0380 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H RUDMAN ESQ; DAVID A ROSENFELD ESQ | 631-367-1173 |
| COWLES & THOMPSON PC | ATTN: STEPHEN C STAPLETON | 214-462-6401 |
| CROSS & SIMON LLC | CHRISTOPHER P SIMON ESQ | 302-777-4224 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J REISMAN ESQJAMES V DREW ESQ | 212-697-1559 |
| CYNTHIA ANN SCHMIDT | | 530-692-1499 |
| DAVIS & KUELTHAU SC | ATTN: RUSSELL S LONG ESQ | 414-278-3656 |
| DEWEY & LEBOEUF LLP | LAWRENCE E MILLER ESQ | 312-794-8100 |
| DLA PIPER LLP | ATTN S MELNIK | 302-394-2341 |
| DLA PIPER LLP (US) | ATTN: RICHARD M KREMEN ESQDALE K CATHELL ESQ | 410-580-3001 |
| DUANE MORRIS LLP | MICHAEL R LASTOWSKI ESQ; SUMMER L ROSS ESQ | 302-657-4901 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M BROWN | 302-770-7263 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X ZAHRALDDIN-ARAVENA; | 302-384-9399 |
| ERICSSON | ATTN T HITTLEMAN | 972-583-1839 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN VICE PRESIDENT | 303-927-4513 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M ALSTON ESQ | 206-447-9700 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S BUDKE ESQ | 561-691-7103 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE | 302-739-3812 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE | 302-739-3813 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J WUNDERR SNAYNE KUKULOWICZ | 416-863-4592 |
| FREEBORN & PETERS LLP | ATTN: AARON L HAMMER ESQDEVON J EGGERT ESQ | 312-360-6995 |
| FREEBORN & PETERS LLP | ATTN: DEVON J EGGERT ESQ | 312-360-6995 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A ROSENZWEIG ESQ | 212-318-3400 |
| GIBBONS PC | ATTN: DAVID N CRAPO ESQ | 973-639-6244 |
| GIBSON DUNN | JANET WEISS ESQ | 212-351-4035 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J HORVAY ESQ | 312-899-1624 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S KOPIT ESQCHRISTOPHER W PEER ESQ | 216-241-2824 |
| HERBERT SMITH | ATTN: STEPHEN GALE | 011-44-20-7098-4878 |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E GISLESON | 504-561-6024 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V DORAN ESQ | 617-345-9020 |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | | 011-813-6404-0555 |
| HOLBROOK MARY L | | 916-983-0969 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ | 208-396-3958 |

| | | |
|---|---|---|
| HUNTON & WILLIAMS | ATTN: LYNNETTE R WARMAN | 214-740-7181 |
| IBM CORP LEGAL DEPT | ATTN: R S STAHEL | 972-561-6487 |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR | 845-491-5032 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | 215-516-2015 |
| J SCOTT DOUGLASS ESQ | | 713-227-7497 |
| JONES DAY | ATTN: JEFFREY B ELLMAN ESQROBBIN S RAHMAN ESQ | 404-581-8330 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E NOBLE ESQ | 212-894-5653 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P BRANCH ESQ | 310-788-4471 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S STEEL ESQ | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | KRISTIN S ELLIOTT ESQ | 212-808-7897 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T ATTANASIO ESQ | 310-407-9090 |
| KLEHR HARRISON | ATTN: JOANNE B WILLS ESQ | 302-426-9193 |
| LANDIS RATH & COBB LLP | ADAM G LANDIS ESQ; KERRI K MUMFORD ESQ; | 302-467-4450 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J RIELA ESQ | 212-751-4864 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J ROSENBERG ESQ | 212-751-4864 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N GOLDSTEIN ESQ | 212-751-4864 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K DEXTER ESQ | 720-931-3201 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K BROWN ESQ | 602-734-3866 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G AELVOET ESQ | 210-226-4308 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ | 469-221-5002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P DILLMAN ESQ | 713-844-3503 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A D'AGOSTINO ESQ | 973-597-2400 |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD ESQ; IRA M LEVEE ESQ | 973-597-2400 |
| MAGNOZZI & KYE LLP | ATTN: AMISH R DOSHI ESQ | 631-923-2860 |
| MALEK SCHIFFRIN LLP | JAVIER SCHIFFRIN ESQ; KEVIN MALEK ESQ | 212-220-9504 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST ESQ; THOMAS M VITALE ESQ; | 212-262-1910 |
| MAYER BROWN LLP | ATTN: MELISSA A MICKEY | 312-706-9359 |
| MCCARTER & ENGLISH LLP | ATTN: WILLIAM F TAYLOR JR ESQ | 302-984-6399 |
| MCGUIREWOODS LLP | ATTN: DAVID I SWAN ESQKENNETH M MISKEN ESQ | 703-712-5050 |
| MEYERS LAW GROUP PC | ATTN: MERLE C MEYERS ESQMICHELE THOMPSON ESQ | 415-362-7515 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F DUNNE ESQTHOMAS R KRELLER ESQ | 212-822-5219 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L MOREAU ESQ | 573-751-7232 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN | 866-741-2505 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER PA | ATTN: RACHEL B MERSKY ESQ | 302-656-2769 |
| MORRIS JAMES LLP | ATTN: BRETT D FALLON ESQ | 302-571-1750 |
| MORRIS JAMES LLP | ATTN: CARL N KUNZ ESQMICHAEL J CUSTER ESQ | 302-571-1750 |
| MORRIS JAMES LLP | ATTN: STEPHEN M MILLER; COURTNEY R HAMILTON | 302-571-1750 |
| MOSES & SINGER LLP | ATTN: ALAN KOLODCHRISTOPHER CARUSOKENT KOLBIG | 212-554-7700 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST CITY ATTY | 720-913-3180 |
| NIXON PEABODY LLP | ATTN: LOUIS J CISZ III | 415-984-8300 |
| NOSSAMAN LLP | ATTN: ROBERT S MCWHORTER ESQ | 916-442-0382 |
| OFFICE OF THE US TRUSTEE | ATTN: MARK KENNEY | 302-573-6497 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQLAURA D METZGER ESQ | 212-506-5151 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E MOMJIAN ESQ | 215-560-2202 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONESTIMOTHY P CAIRNS | 302-652-4400 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: LAUREN F VERNI | 401-861-8210 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: PATRICIA ANTONELLI | 401-861-8210 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A LOWENTHAL; BRIAN P GUINEY | 212-336-2222 |
| PATTERSON HARKAVY | | 919-942-5256 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ROBERT E WINTER | 202-551-0129 |
| | | 312-499-6000 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY | |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ | 202-326-4112 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQLEIGH-ANNE M RAPORT ESQ | 302-421-8390 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ | 302-421-8390 |
| PEPPER HAMILTON LLP | DAVID B STRATTON ESQ; EVELYN J MELTZER ESQ | 302-421-8390 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ | 817-860-6509 |
| PINCKNEY HARRIS & WEIDINGER LLC | ATTN: DONNA L HARRIS ESQ; KEVIN M CAPUZZI ESQ | 302-442-7046 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQJUSTIN K EDELSON ESQ | 302-252-0921 |
| POST & SCHELL PC | ATTN: BRIAN W BISIGNANI ESQ | 717-731-1985 |
| POYNER SPRUILL LLP | ATTN: SHANNON E HOFF | 704-342-5264 |
| PRICKETT JONES & ELLIOTT PA | ATTN: BRUCE E JAMESON ESQ | 302-658-8111 |
| PRYOR CASHMAN LLP | ATTN: RONALD S BEACHER ESQ | 212-515-6959 |
| RAY QUINNEY & NEBEKER PC | ATTN: STEPHEN C TINGEY ESQ | 801-532-7543 |
| REED SMITH LLP | ATTN: KURT F GWYNNE ESQJ CORY FALGOWSKI ESQ | 302-778-7575 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQCHRISTOPHER M SAMIS ESQ | 302-651-7701 |
| RIDDELL WILLIAMS PS | ATTN: JOSEPH E SHICKICH JR ESQ | 206-389-1708 |
| ROBINSON BRADSHAW & HINSON PA | ATTN: DAVID M SCHILLI ESQTY E SHAFFER ESQ | 703-378-4000 |
| ROPES & GRAY LLP | ATTN: MARK I BANEANNE H PAK | 212-596-9090 |
| ROPES & GRAY LLP | JAMES M WILTON ESQ; PATRICIA I CHEN ESQ | 617-951-7050 |
| SAUL EWING LLP | ATTN: JOYCE A KUHNS | 410-332-8964 |
| SEC | | 202-772-9317 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH | 212-336-1348 |

| | | |
|---|---|---|
| SECRETARY OF TREASURY | | 302-739-5635 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQKIMBERLY K SMITH ESQ | 212-332-3888 |
| SIRLIN GALLOGLY & LESSER PC | ATTN: DANA S PLON ESQ | 215-864-9669 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: SARAH E PIERCE | 302-651-3001 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP ATTN: AMOS U PRIESTER IV ESQ | 919-821-6800 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M MILLER ESQ | 302-652-8405 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | ATTN: EDMOND P O'BRIEN ESQ | 212-681-4041 |
| STEVENS & LEE PC | ATTN: MARIA APRILE SAWCZUK | 610-988-0838 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D SULLIVAN ESQ | 302-428-8195 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER | 919-541-8297 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ | 302-656-1434 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA | 212-704-2236 |
| TOGUT SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT ESQ; NEIL BERGER ESQ | 212-967-4258 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK | 860-277-2158 |
| TW TELECOM INC | ATTN: LINDA BOYLE | 303-566-1010 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK | 215-986-5721 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZIACTING GENERAL COUNSEL | 202-776-0080 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE | 302-573-6431 |
| US DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B SHAPIRO ESQ | 202-307-0494 |
| VEDDER PRICE PC | ATTN: MICHAEL L SCHEIN ESQ | 212-407-7799 |
| VEDDER PRICE PC | COUNSEL TO MIKE ZAFIROVSKI | 312-609-5005 |
| VONBRIESEN & ROPER SC | ATTN: RANDALL D CROCKER ESQ | 414-238-6532 |
| VORYS SATER SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB ESQ | 614-719-4663 |
| WACHTELL LIPTON ROSEN & KATZ | ATTN: PHILIP MINDLIN ESQ; DOUGLAS K MAYER ESQ | 212-403-2217 |
| WEIR & PARTNERS LLP | JEFFREY S CIANCIULLI ESQ | 302-652-8909 |
| WERB & SULLIVAN | ATTN: DUANE D WERB ESQ | 302-652-1111 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J LIPKIN ESQJEREMY E CRYSTAL ESQ | 212-728-8111 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G LEDWIN ESQ | 914-323-7001 |
| WOLFF & SAMSON PC | ATTN: ROBERT E NIES ESQ | 973-530-2212 |
| | | 302-252-4330 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | STEVEN K KORTANEK ESQ; MATTHEW P WARD ESQ | |
| YOUNG CONAWAY | ATTN: JAMES L PATTONEDWIN J HARRON | 302-571-1253 |