# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2013 through April 30, 2013

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date **2/1/13** — End Date **4/30/13**

**Enter Billing Rate/Hr:** 670.00

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 87.0 | $670.00 | $58,290.00 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | | | |
| 5 | Fee Applications | 5.1 | $670.00 | $3,417.00 |
| 6 | Various Corporate Matters | 2.0 | $670.00 | $1,340.00 |
| 7 | Non-working Travel | | | |
| | **Hours/Billing Amount for Period:** | **94.1** | | **$63,047.00** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 2/1/13 | Call re employee matters | 3 | 1.0 |
| 2/1/13 | Call with Cleary re open issues | 3 | 1.0 |
| 2/1/13 | Call re allocation matters | 3 | 1.3 |
| 2/2/13 | Retiree and LTD matters | 3 | 1.3 |
| 2/2/13 | Allocation matters | 3 | 1.5 |
| 2/3/13 | Retiree and LTD matters | 3 | 1.0 |
| 2/3/13 | Allocation matters | 3 | 1.0 |
| 2/3/13 | Shannon liquidation | 3 | 0.5 |
| 2/4/13 | NTTL liquidation | 3 | 0.3 |
| 2/4/13 | IT matters | 3 | 0.3 |
| 2/4/13 | Retiree matters | 3 | 0.2 |
| 2/3/13 | Employee matters | 3 | 1.5 |
| 2/4/13 | Shanghai receivable | 3 | 0.3 |
| 2/11/13 | Prepare monthly fee app | 5 | 2.3 |
| 2/21/13 | Prepare quarterly fee app | 5 | 1.8 |
| 2/21/13 | NN Cala matter re T&T | 3 | 1.0 |
| 3/8/13 | Nortel hearing | 3 | 1.0 |
| 3/8/13 | Shannon liquidation | 3 | 0.5 |
| 3/11/13 | IT matters | 3 | 1.0 |
| 3/11/13 | Retiree matter | 3 | 1.0 |
| 3/12/13 | Employee matter | 3 | 1.0 |
| 3/17/13 | Employee matter | 3 | 1.0 |
| 3/18/13 | Retention matter | 3 | 4.0 |
| 3/19/13 | Shanghai receivable | 3 | 0.5 |
| 3/20/13 | NN Cala and T&T | 3 | 1.0 |
| 3/20/13 | Allocation matters | 3 | 0.5 |
| 3/20/13 | Retiree matters | 3 | 2.0 |
| 3/21/13 | Allocation matters | 3 | 1.2 |
| 3/21/13 | Retiree matters | 3 | 2.0 |
| 3/22/13 | Retiree and LTD matters | 3 | 1.2 |
| 3/26/13 | Prep for retiree hearing | 3 | 2.0 |
| 3/27/13 | Allocation matters | 3 | 1.0 |
| 3/28/13 | Liquidation matters | 3 | 0.5 |
| 3/28/13 | Retiree hearing prep | 3 | 2.0 |
| 3/29/13 | Netas claim | 3 | 0.3 |
| 3/31/13 | LTD matters | 3 | 4.5 |
| 4/2/13 | Retiree hearing | 3 | 10.0 |
| 4/6/13 | Dissolutions | 3 | 1.0 |
| 4/8/13 | Personnel matters | 3 | 1.3 |
| 4/10/13 | Outsourcing staff | 3 | 2.0 |
| 4/10/13 | LTD matters | 3 | 1.2 |
| 4/11/13 | LTD matters | 3 | 1.0 |
| 4/16/13 | Sub lease of RTP | 3 | 1.3 |
| 4/17/13 | Tax matters | 3 | 1.0 |
| 4/18/13 | LTD matters | 3 | 1.3 |
| 4/18/13 | Sub liquidations | 3 | 1.0 |
| 4/19/13 | Sub lease call with creditors | 3 | 1.3 |
| 4/22/13 | Allocation matters | 3 | 3.0 |
| 4/24/13 | LTD matters | 3 | 1.2 |
| 4/24/13 | LTD matters | 3 | 1.0 |
| 4/25/13 | LTD matters | 3 | 1.2 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 4/26/13 | LTD matters | 3 | 1.0 |
| 4/28/13 | LTD matters | 3 | 4.5 |
| 4/29/13 | LTD hearing prep | 3 | 4.3 |
| 4/30/13 | LTD hearing | 3 | 8.0 |
| 4/30/13 | Travel for LTD hearing | 6 | 2.0 |
| 4/30/13 | Billing | 5 | 1.0 |