**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

February 1, 2013 through April 30, 2013

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $      - |
| Travel – Lodging | | 500.00 |
| Travel – Meals | | 500.00 |
| Travel – Car Service | | 62.00 |
| Travel – Parking | | - |
| Office supplies, shipping, and other office related expenses | | - |
| PACER | | - |
| TOTAL | | $   1,062.00 |

# Nortel Expense Report

**PERIOD:** February 1, 2013 through April 30, 2013

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Expen | PACER |
|---|---|---|---|---|---|---|---|---|
| 4/29/13 | New York Hotel | | $ 500.00 | | | | | |
| 4/29/13 | New York dinner for 10 with Cleary, RLKS, NNI employees | | | $ 500.00 | | | | |
| 4/29/13 | Cab fare to and from DE station | | | | $ 22.00 | | | |
| 4/29/13 | Cab fare to and from PA station | | | | $ 40.00 | | | |