IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 10417 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 1, 2013, I caused to be served the "Joint Opposition to The Joint Administrators' Motion for Leave to Appeal from Order Approving Allocation Protocol," dated May 1, 2013 [Docket No. 10417], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
3rd day of May, 2013

/s/ Notary
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| THE BONDHOLDERS' COMMITTEE | ATTN: ALBERT A. PISA, THOMAS R. KRELLER MILBANK TWEED HADLEY & MCCLOY LLP 1 CHASE MANHATTA PLZ #47 NEW YORK NY 10005 |
| THE BONDHOLDERS' COMMITTEE | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS PACHULSKI STANG 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| THE BONDHOLDERS' COMMITTEE | ATTN: JENNIFER HARRIS MILBANK TWEED HADLEY & MCCLOY LLP 601 SOUTH FIGUEROA STREET, 30TH FLOOR LOS ANGELES CA 90017 |
| THE JOINT ADMINISTRATORS | ATTN: KEVIN LLOYD, JOHN WHITEOAK AND RICHARD LAWTON HERBERT SMITH LLP EXCHANGE HOUSE, PRIMROSE STREET LONDON EC2A 2HS ENGLAND |
| THE JOINT ADMINISTRATORS | ATTN: DEREK J.T. ADLER, NEIL OXFORD, FARA TABATABAI, CHARLES HUBERTY HUGHES HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| THE JOINT ADMINISTRATORS | ATTN: JAIME LUTON CHAPMAN, JAMES L. PATTON, EDWIN HARRON, JOHN T. D YOUNG CONAWAY STARGATT & TAYLOR, LLP RODNEY SQUARE, 1000 NORTH KING STREET WILMINGTON DE 19801 |
| THE MONITOR | ATTN: JAY CARFAGNINI, JESSICA KIMMEL, FRED MYERS, JOSEPH PASQUARIELLO, BENJAMIN ZARNETT GOODMANS LLP BAY ADELAIDE CENTRE, 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| THE MONITOR | ATTN: KEN COLEMAN, LAURA HALL, DANIEL GUYDER, PAUL KELLER ALLEN & OVERY LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| THE MONITOR | ATTN: MARY F. CALOWAY BUCHANAN INGERSOLL & ROONEY 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801 |

**Total Creditor count  9**