IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | **Objection Deadline:** |
| | ) | **Hearing Date:** June 25, 2013 at 10 a.m. |
| | | **RE:** Docket #s 9598 |

### Re-Notice Of Motion For a Hearing On June 25, 2013
### Motion: Docket Id: 9598

As indicated in his letter by the counsel to Debtors and Debtors-in-possession (the "Debtors"), Hearing on my Motion "**Compel Debtors to Admit Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment**" DI# 9598 will be held on June 25, 2013.

Dated: 4-29-2013

NAJAM UD DEAN
6 AUGUSTA DR
MILLBURY, MA 01527

*Appearing Pro Se*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.