### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Re: Docket No. 10064** |

**CERTIFICATE OF NO OBJECTION REGARDING
FOURTEENTH MONTHLY APPLICATION OF
ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC,
AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE
OF LONG TERM DISABILITY PARTICIPANTS OF NORTEL
NETWORKS, INC., AND ITS AFFILIATED DEBTORS, FOR
ALLOWANCEOF INTERIM COMPENSATION AND REIMBURSEMENT
OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE
PERIOD NOVEMBER 1, 2012 TO NOVEMBER 30, 2012 FILED BY
OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS**

The undersigned counsel hereby certifies that, as of the date hereof:

1.      She has received no answer, objection, or other responsive pleading to the

Fourteenth Monthly Application of Alvarez & Marsal Healthcare Industry Group, LLC,

as Financial Advisor to the Official Committee of Retired Employees and The Official

Committee of Long Term Disability Participants of Nortel Networks, Inc., and its

Affiliated Debtors, for Allowance of Interim Compensation and Reimbursement of All

Actual and Necessary Expenses Incurred for the period November 1, 2012 to November

---

[1]      The Debtors, along with the last four digits of each Debtors' federal tax
identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital
Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc.
(5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel
Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546),
Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358),
Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657)
and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the
Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

30, 2012 Filed by Official Committee of Long-Term Disability Participants. (the "Application") (Docket No. 10064) filed on April 12, 2013.

2.      Pursuant to the Notice of Application, objections to the Application were to be filed and served by May 2, 2013 (the "Objection Deadline"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures section 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3.      The Application requested allowance of fees in the amount of $109,228.90 and expenses in the amount of $1,199.94 pursuant to the Administrative Order Pursuant to 11 U.S.C. sections 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222). The Application also requested payment of fees in the amount of $109,228.90 (80% of $88,583.06) and payment of 100% of the expenses in the amount of $1,199.94 pursuant to the Interim Compensation Order. As noted above no objections were received to the full amount of Alvarez & Marsal's fee and expense request.

Dated:  May 6, 2013
          Wilmington, DE

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

_Counsel to the Official Committee of Long Term
Disability Participants_