EXHIBIT A

### (i) Proofs of Claim Settled From April 5, 2013 Through May 3, 2013[2]

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| NADOLNY, ARNO | 7993 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| NADOLNY, ARNO | 8322 | $90,751.16 | $2,040.62 | $9,715.65 | $102,507.43 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 1177 | $97,821.99 | $1,825.98 | $1,136.17 | $100,784.14 | NORTEL NETWORKS INC. |
| MILLS, CHRISTINE A. | 8207 | $34,363.66 | $1,509.01 | $9,825.37 | $45,698.04 | NORTEL NETWORKS INC. |
| RODDA, BENJAMIN H. | 867 | $6,621.54 | $3,579.21 | $1,550.99 | $11,751.74 | NORTEL NETWORKS INC. |
| NIMMALA, PREETI | 6366 | $24,239.05 | $1,357.51 | $1,334.89 | $26,931.45 | NORTEL NETWORKS INC. |
| JONNADA, NAVEEN | 6367 | $20,007.99 | $1,125.45 | $1,919.52 | $23,052.96 | NORTEL NETWORKS INC. |
| SOLUS RECOVERY FUND LP | 5853 | $26,359.02 | $1,449.62 | $1,973.10 | $29,781.74 | NORTEL NETWORKS INC. |

---

[2] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims' Settlements.