United States Bankruptcy Court
District of Delaware

## APPEAL TRANSMITTAL SHEET

Case Number: 09-10138-KG          ⦿ BK   ◯ AP

If AP, related BK case number: _____

Title of Order Appealed: Order Approving Allocation Protocol

Docket Number: 9947          Date Entered: 4/3/2013

Item Transmitted:

| | | |
|---|---|---|
| ⦿ Notice of Appeal | Docket Number: 10166 | Date Entered: Apr 17, 2013 |
| ◯ Amended Notice of Appeal | Docket Number: | Date Entered: |
| ◯ Cross Appeal | Docket Number: | Date Entered: |
| ⦿ Motion for Leave to Appeal | Docket Number: 10167 | Date Entered: Apr 17, 2013 |
| ⦿ Record on Appeal | Docket Number: 10419 | Date Entered: May 2, 2013 |

*Appellant/Cross Appellant:
Joint Admin./Foreign Reps for Nortel Networks UK

Counsel for Appellant:
Jaime Luton Chapman
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Appellee/Cross Appellee:

Counsel for Appellee:

*if additional room is needed, please attach a separate sheet.

| | | |
|---|---|---|
| Filing Fee Paid? | ⦿ YES | ◯ NO |
| IFP Motion Filed by Applicant? | ◯ YES | ◯ NO |
| Have Additional Appeals of the Same Order been Filed? | ⦿ YES | ◯ NO |
| If so, has District Court assigned a Civil Action Number? | ⦿ YES | ◯ NO   Civil Action # 13-757 |

Additional Notes: Only Amending Transmittal to check Motion for Leave to Appeal, refer to original for everything else

Date: May 7, 2013          By: Sherry J. Stiles
                               Deputy Clerk

Bankruptcy Court Appeal(BAP) Number:   13-37          For Use By U.S. Bankruptcy Court

1/15/2013