To: US Bankruptcy Court  
824 Market Street  
Wilmington, DE  
19801

April 30, 2013

Re: **Case No: 09-10138-KG**

Subject: **Address Change for: David C. Hannah**

Please note that correspondence to David C. Hannah should no longer be sent to 405 Skulley Drive, Alpharetta GA 30004 but to the **new address** which is:

David C. Hannah  
770 Barberry Drive  
Milton, GA 30004

Tel#: 770-335-9773

Sincerely'

*[signature]*

David C. Hannah