# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|                        |                              |              |    |
|------------------------|------------------------------|--------------|----|
| **Debtor:**            | NORTEL NETWORKS INC., ET AL. |              |    |
| **Case Number:**       | 09-10138-KG                  | **Chapter:** | 11 |
| **Date / Time / Room:**| TUESDAY, MAY 07, 2013 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:**  | KEVIN GROSS                  |              |    |
| **Courtroom Clerk:**   | SHERRY SCARUZZI              |              |    |
| **Reporter / ECR:**    | GINGER MACE                  |              |    |

## *Matter:*

OMNIBUS HEARING

**R / M #:**   10,438 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Adjourned to 6/11/13 @ 10 AM
#2 -  CNO Filed and Order Signed
#3 - Revised  ORDER SIGNED
#4 - Revised  ORDER SIGNED