# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 5/6/13

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ann Cordo | Morris Nichols Arsht Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Lipner | Cleary Gottlieb Steen Hamilton | " |
| Lisa Schweitzer | " | " |
| Lucian Murley | Saul Ewing | CBRE, Inc. |
| Lisa Tancredi | Gebhardt + Smith | CB Richard Ellis, LLC |
| Chris Samis | Richards Layton Finger | Committee |
| Mark Kenney | USDOJ Office of US Trustee | U.S. Trustee |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 05/07/2013
Calendar Time: 10:00 AM ET

2nd Revision 05/06/2013 02:53 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Joseph Badtke-Berkow | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld L.L.P. | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Cindy Delano | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Commitee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Angela Dimsdale Gill | | Hogan Lovells International LLP | Representing, Nortel Networks UK Pension Trust / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Fred S. Hodara | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Olivia Mauro | | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Selinda A. Melnik | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Stephanie Skelly | Togut, Segal & Segal LLP | Creditor, Offical Committee of Retiree / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Rebecca J. Song | Napier Park Global Capital | Interested Party, Citi Capital / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Jack Tracy | Willkie Farr & Gallagher LLP | Creditor, UK Pension Trust Limited / LISTEN ONLY |