# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 10406** |
| OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS, on behalf of and as agent for a class of individual participants and beneficiaries under various NORTEL NETWORKS HEALTH AND WELFARE BENEFIT PLANS, | Adv. Proc. No. 12-50995 (KG) |
| Plaintiffs, | |
| v. | |
| NORTEL NETWORKS INC., et al., | |
| Defendants. | **Ref. Docket No. 49** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Adv Proc 12-50995_Ord App Settlement LTD Plans_DI 49 in Case No. 12-50995 & 10406 in Case No. 09-10138_AFF_5-1-13 _KH_FILING VERSION.doc

2. On May 1, 2013, I caused to be served the "Order (A)Approving the Settlement Agreement on a Final Basis, (B) Certifying a Class for Settlement Purposes Only on a Final Basis, (C) Authorizing the Debtors to Terminate the LTD Plans, and (D) Granting Related Relief," dated May 1, 2013 [Docket No. 49 in Case No. 12-50995; Docket No. 10406 in Case No. 09-10138], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit A, and

   ii. enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit B, (Filed Under Seal).

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
6th day of May, 2013

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADAMS, CLARENCE E. | 432 LOWER THRIFT ROAD NEW HILL NC 27562 |
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| ADDISON, STEVEN | P.O. BOX 164275 FORT WORTH TX 76161 |
| ADDISON, STEVEN | P.O. BOX 164275 FORT WORTH TX 76161-4275 |
| ADDISON, STEVEN | P.O. BOX 164275 FORT WORTH TX 76179 |
| ADKINSON, MALFORD | 1629 FRANCES DRIVE APOPKA FL 32703 |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| ALLEN, DIANE | 1516 MARSH COVE LN WILMINGTON NC 28409 |
| ALLEN, HAILEY | 3190 ALSTON CHAPEL R PITTSBORO NC 27312 |
| ALLEN, JANET | 3190 ALSTON CHAPEL R PITTSBORO NC 27312 |
| ALLEN, JOHN | 3190 ALSTON CHAPEL R PITTSBORO NC 27312 |
| ALMS, MICHAEL | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| ANSTEAD, VICTORIA | 3894 RIDGE LEA RD APT A AMHERST NY 14228 |
| ARENCIBIA, ALEXANDER N | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| ARENCIBIA, CHRISTIAN D | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| ARENCIBIA, MAYTE | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| ARENCIBIA, RICARDO | 18334 NW 12 ST PEMBROKE PINE FL 33029 |
| BAKER, JIMMY | 701 BENNINGTON DR RALEIGH NC 27615 |
| BAKER, MELINDA | 6516 BROWNLEE DRIVE NASHVILLE TN 37205 |
| BARIAHTARIS, ROBERT | 3000 EAST SUNRISE BLVD UNTI 12-E FT LAUDERDALE FL 33304 |
| BASS, JANET | 1228 MOULTRIE COURT RALEIGH NC 27615 |
| BASS, JANET | 1228 MOULTRIE COURT RALEIGH NC 27615-7502 |
| BEASLEY, BRENT | 541 AMMONS RD DUNN NC 28334 |
| BENNETT, STEVEN | 37052 CHESTNUT ST NEWARK CA 94560 |
| BENNETT, STEVEN E. | 3752 CHESTNUT STREET NEWARK CA 94560 |
| BENSON, GLORIA | 1824 WILSON PIKE BRENTWOOD TN 37027 |
| BERNSTEIN, ANDREW | 8529 MOUNTAINHOLLY DRIVE PIKESVILLE MD 21208 |
| BERNSTEIN, BUNNY | 809 WHITTINGTON TERRACE SILVER SPRINGS MD 20901 |
| BERNSTEIN, JOANNA | 809 WHITTINGTON TERRACE SILVER SPRINGS MD 20901 |
| BERNSTEIN, TIMOTHY | 10800 TENBROOK DRIVE SILVER SPRING MD 20901 |
| BLOOM, SHIRLEY | 151 E. 31 ST. #22E NEW YORK NY 10016 |
| BORDELON, ESQ., JEREMY | PO BOX 11208 CHATTANOOGA TN 37401 |
| BORRON, JEFFREY B. | 13851 TANGLEWOOD DR. FARMERS BRANCH TX 75234 |
| BOSWELL MANN, WENDY | 2114 CLARET LANE MORRISVILLE NC 27560 |
| BOSWELL-MANN, WENDY | 4913 SUMMIT PLACE DR NW APT 404 WILSON NC 27896 |
| BOYD, ARLENE | PO BOX 458 STEM NC 27581 |
| BOYER, BONNIE | 305 W JUNIPER AVE STERLING VA 20164 |
| BOYER, BONNIE | 305 W JUNIPER AVE STERLING VA 20164-3724 |
| BRANTLEY, L KATHERINE | 3703 HIGHGATE DRIVE APT 3 DURHAM NC 27713 |
| BROWN, PAMELA | 107 EAGLE SWOOP COURT CARY NC 27513 |
| BROWN, PAMELA | 17211 FRONT BEACH ROAD PANAMA CITY BEACH FL 32413 |
| BROWN, PAMELA | 16208 EAST LULLWATER DRIVE PANAMA CITY BEACH FL 32413 |
| BROWN, PAMELA | 17550 SUNTIME STREET PANAMA CITY BEACH FL 32413-2022 |
| BUTNER, BRENDA | 514 SHASTEEN BEND WINCHESTER TN 37398 |
| BUTNER, LONNIE | 514 SHASTEEN BEND WINCHESTER TN 37398 |
| CARLSEN, ROGER | 462 E CALLE DE OCASO SAHUARITA AZ 85629 |
| CARLSEN, ROGER | 462 EAST CALLE DE OCASO SAHUARITA OR 85629 |
| CARLSEN, ROGER G. | 390 E. PASEO CELESTIAL SAHUARITA AZ 85629 |
| CARLSEN, ROGER GLEN | 462 E. CALLE DE OCASO SAHUARITA AZ 85629 |

| Claim Name | Address Information |
|---|---|
| CARR, BARBARA | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| CASE, CHAD | 501 SUTTER GATE LANE MORRISVILLE NC 27560 |
| CHAMBERS, LOTTIE | 2716 DALFORD CT. RALEIGH NC 27604 |
| COHEN, PETER | 33 WELLINGTON ROAD MATINECOCK NY 11560 |
| COOK, MAX | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| COOK, MICHELLE | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| COOK, SETH | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| COOK, ZACHARY | 118 JUDSON DRIVE HENDERSONVILLE TN 37075 |
| CRAIG, JAMES | 42 EAST CAVALIER RD SCOTTSVILLE NY 14546 |
| CREASY, JEFFREY | 2001 SMITH DRIVE CLAYTON NC 27520 |
| CREASY, SHARON | 2001 SMITH DRIVE CLAYTON NC 27520 |
| CUMMINS, SUSAN | 607 ARKLAND PLACE NASHVILLE TN 37215 |
| DAVIS, LILLIE | 15 SKYLARK COURT NEW BRITIAN CT 06053 |
| DAVIS, VIRGINIA | 61 ALTA VISTA WAY DALY CITY CA 94014 |
| DEAN, NAJAM U. | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| DEKEL, NORMA | 12 HEINE SQ. HAIFA 34485 ISRAEL |
| DEKEL, NORMA | 12 HEINRICH HEINE SQ. HAIFA 34485 ISRAEL |
| DEKEL, NORMA | 12 HEINE SQUARE HAIFA 34485 ISRAEL |
| DEKEL, NORMA | 1150 E ARAPAHO ROAD RICHARDSON TX 75081 |
| DIKENS, THOMAS | 2612 BENGAL LANE PLANO TX 75023 |
| DISANTO, COLLEEN | 3017 REEVES ROAD WILLOUGHBY OH 44094 |
| DOVER, ROBERT | 2509 QUAIL RIDGE RD MELISSA TX 75454 |
| DOVER, ROBERT | 2509 QUAIL RIDGE RD. MELISSA TX 75454-2124 |
| DUNSTON, BARBARA | 261 MCNAIR DRIVE HENDERSON NC 27537 |
| DYER HARDY, CHERYL | 10935 PARKER VISTA PL. PARKER CO 80138 |
| ELIAS, RONALD | 12120 BIRCH VIEW DR. CLINTON MD 20735 |
| ELIAS, RONALD | 1309 NORTH MERIDIAN AVE APT 246 OKLAHOMA CITY OK 73107 |
| ELIAS, RONALD | 8300 NW 10TH #156 OKLAHOMA CITY OK 73127 |
| ELIAS, RONALD | 8300 NW 10TH ST OKLAHOMA CITY OK 73127-2911 |
| ELLIOT, JOHN | 6 GROUSE LANE MERRIMACK NH 03054-2876 |
| ELLIOTT, JOHN | 5 NORTH ROAD BERLIN NH 03570 |
| ELLIOTT, JOHN S. | 6 GROUSE LANE MERRIMACK NH 03054 |
| ENGLEMAN, RICHARD | 1505 NEVADA DRIVE PLANO TX 75093 |
| FAISON, NANETTE | 981 KITTRELL ROAD KITTRELL NC 27544 |
| FARRENKOPF, MARY | 1011 BUCKEYE LANE VILLA RICA GA 30180 |
| FLETCHER, BERT | 35 BROOMHILL COURT CLAYTON NC 27527 |
| FOX, DAVID | 1607 HAVEN PL ALLEN TX 75002 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713-1704 |
| GALLAGHER, BARBARA | 410 WEST ACRES ROAD WHITESBORO TX 76273 |
| GANN, CANDACE | 792 BRIDLEWOOD CT CHICO CA 95926 |
| GARRETT, GARY W. | 4093 HOGAN DR. APT. 4114 TYLER TX 75709 |
| GENNETT, SCOTT | 16 WILDWOOD STREET LAKE GROVE NY 11755 |
| GENNETT, SCOTT S. | 16 WILDWOOD STREET LAKE GROVE NY 11755 |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE PORTERVILLE CA 93257 |
| GUEVARRA, EDWARD G. | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| HALL, EILEEN | 928 UNION ST BOONE IA 50036 |
| HALL, JOHN | 928 UNION ST BOONE IA 50036 |
| HAMES, JANETTA | 649 FOSSIL WOOD DRIVE SAGINAW TX 76179 |

| Claim Name | Address Information |
|---|---|
| HARDY, BRENDON | 10935 PARKER VISTA PL. PARKER CO 80138 |
| HARDY, BRIAN | 10935 PARKER VISTA PL. PARKER CO 80138 |
| HARDY, GRAYSON | 10935 PARKER VISTA PL. PARKER CO 80138 |
| HARDY, PRESTON | 10935 PARKER VISTA PL. PARKER CO 80138 |
| HART, PAULA | 5601 FARMRIDGE RD RALEIGH NC 27617 |
| HAZELRIG, KENNETH | 8170 SOLWAY CT WINSTON GA 30187 |
| HEAD, JANETTE | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| HEINBAUGH, ALAN | 584 BRYAN AVE SUNNYVALE CA 94086 |
| HEINBAUGH, ALAN | 19816 COLBY CT. SARATOGA CA 95070 |
| HEINBAUGH, ALAN | 19816 COLBY COURT SARATOGA CA 95070 |
| HENRY, BRAD | 11596 W. SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| HENRY, BRAD | 11596 WEST SIERRA DAWN BLVD 358 SURPRISE AZ 85734 |
| HENSON, TOMMY | 250 OLD MILL LANE DALLAS TX 75217 |
| HODGES, RICHARD | 4707 PEACH TREE LANE SACHSE TX 75048 |
| HODGES, RICHARD B. | 913 WINDMERE LANE WAKE FOREST NC 27587 |
| HOLBROOK, MARY | 1181 GREY FOX CT. FOLSOM CA 95630 |
| HOLLOWELL, GAY | 312 19TH ST BUTNER NC 27509 |
| HOWARD, SCOTT | 2050 CABIAO ROAD PLACERVILLE CA 95667 |
| HUDSON, JO | 2471 GENITO JACK CIRCLE POWHATAN VA 23139 |
| IRISH, DIANNA | 235 ATRIUM COURT WARNER ROBINS GA 31088 |
| IRISH, DIANNA | 235 ATRIUM COURT WARNER ROBINS GA 31088-5600 |
| IRISH, DIANNA | 5600 BABCOCK RD - 6103 SAN ANTONIO TX 78240 |
| JANIS, MARK R. | 193 VIA SODERINI APTOS CA 95003 |
| JANKOWSKY, DEBRA | 11 ROSEWOOD CT. EPPING NH 03042 |
| JASON, MELISSA | 809 WHITTINGTON TERRACE SILVER SPRINGS MD 20901 |
| JASON, STACEY | 809 WHITTINGTON TERRACE SILVER SPRINGS MD 20901 |
| JOHNSON, MARY | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| JOHNSON, WILLIAM | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| JOHNSON, WILLIAM E. | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| JONES MANN, FELICIA | 525 N. ACADEMY STREET CARY NC 27513 |
| JONES, DEBORAH | 8 FAIRVIEW ACRES WELLSBORO PA 16901 |
| JONES, DEBORAH | 2824 THURROCK DRIVE APEX NC 27539 |
| JONES, DEBORAH | PO BOX 458 WILLOW SPRING NC 27592 |
| JONES, DEBORAH M.M. | 8 FAIRVIEW ACRES WELLSBORO PA 16901 |
| KHATRI, MADAN | 760 EASTON LANE ELK GROVE VILLAGE IL 60007 |
| KOPEC, BOBBYE | 21 WEST ST PEPPERELL MA 01463 |
| KOPEC, STANLEY | 21 WEST ST PEPPERELL MA 01463 |
| LANGAN, LORRAINE | 16 COACH DR DRACUT MA 01826 |
| LANGAN, THOMAS | 16 COACH DR DRACUT MA 01826 |
| LAWRENCE, PETER | PO BOX 811557 BOCA RATON FL 33481-1557 |
| LAWRENCE, PETER | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| LAWRENCE, PETER | 16295 VIA VENETIA W DELRAY BEACH FL 33484-6480 |
| LAWRENCE, PETER | 3740 SOUTH OCEAN BLVD, APT 1006 HIGHLAND BEACH FL 33487 |
| LEE, JAMES JEROME | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| LI, GABRIELLE | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LI, LAUREN | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LI, MITCHELL | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LI, RICHARD | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LI, SEAN | 32 NORMAN RD SOUTH HAMILTON MA 01982 |

| Claim Name | Address Information |
|---|---|
| LI, SUZANNE | 32 NORMAN RD SOUTH HAMILTON MA 01982 |
| LIGHTFOOT, JESSICA | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| LIGHTFOOT, JOHN | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| LIGHTFOOT, OLIVIA | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| LIGHTFOOT, THUY | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| LIGHTFOOT, TIMOTHY | 3220 CEDAR RIDGE DRIVE RICHARDSON TX 75082 |
| LINDOW, FRED | PO BOX 33206 LOS GATOS CA 95031 |
| LINDOW, FRED | PO BOX 33206 LOS GATOS CA 95031-3206 |
| LINDOW, FRED | 4821 CLYDELLE AVE SAN JOSE CA 95124 |
| LITZ, DAVID | 316 N MANUS DR. DALLAS TX 75224 |
| LOCKHART, JANE | 1600 LIATRIS LANE RALEIGH NC 27613 |
| LOCKHART, LAURA | 1600 LIATRIS LANE RALEIGH NC 27613 |
| LOCKHART, LEWIS | 1600 LIATRIS LANE RALEIGH NC 27613 |
| LOGAN, KERRY | 1207 HIGH HAMMOCK DRIVE #102 TAMPA FL 33619 |
| LOGAN, KERRY | 16449 NELSON PARK DR APT# 105 CLERMONT FL 34714 |
| LOWE, LOU ANN | 3516 ARROWWOOD DR RALEIGH NC 27604-2562 |
| MACIVER, RALPH | 116 HONEYCOMB LANE MORRISVILLE NC 27560 |
| MANN, WENDY | 2114 CLARET LANE MORRISVILLE NC 27560 |
| MARTEL, ROBERT | 200 LIGHTHOUSE LANE APT B3 CEDAR POINT NC 28584 |
| MASSENGILL, TERRY | 126 KERI DR. GARNER NC 27529 |
| MASSENGILL, TERRY | 126 KERRI DRIVE C/O PAT RIMMER GARNER NC 27529 |
| MASSENGILL, TERRY | 126 KERRI DRIVE GARNER NC 27529 |
| MAZIARZ, MICHAEL | 7 EARLE DRIVE LEE NH 03861-6234 |
| MAZIARZ, THOMAS | 7 EARLE DRIVE LEE NH 03861-6234 |
| MCCAFFREY, LEAH | 7139 DEBBE DR DALLAS TX 75252 |
| MCCALLUM, RUSSELL L. | 103 CEDARPOST DRIVE CARY NC 27513 |
| MCLAURIN, RODRIGUEZ | 2607 DEARBORN DR DURHAM NC 27704 |
| MCWALTERS, MATTHEW | PO BOX 338 ALVISO CA 95002-0338 |
| MCWALTERS, MICHAEL | 2052 GOLD ALVISO CA 95002 |
| MCWALTERS, MICHAEL | P.O. BOX 338 ALVISO CA 95002 |
| MCWALTERS, MICHAEL S. | PO BOX 338 ALVISO CA 95002 |
| MERCER, JOHN | 121 MONASTERY RD. PINE CITY NY 14871 |
| MERWIN, PATRICK | 206 AMBERGLOW PLACE CARY NC 27513 |
| MITCHELL, AMY | 1617 WENDY LN EFLAND NC 27243 |
| MITCHELL, APRIL | 1617 WENDY LN EFLAND NC 27243 |
| MITCHELL, BRITNEY | 1617 WENDY LN EFLAND NC 27243 |
| MITCHELL, RANDOLPH | 1617 WENDY LN EFLAND NC 27243 |
| MOORE, CURTIS | 7231 TANGLEGLEN DR DALLAS TX 75248 |
| MOORE, GWEN | 7231 TANGLEGLEN DR DALLAS TX 75248 |
| MOORE, KRISTI | 7231 TANGLEGLEN DR DALLAS TX 75248 |
| MOORE, REED | 7231 TANGLEGLEN DR DALLAS TX 75248 |
| MORRISON, DAVID | 3278 PINE TERRACE APT#1 EVERGREEN HILLS MACEDON NY 14502 |
| MORRISON, DAVID | 3278 PINE TERRACE APT#1 MACEDON NY 14502 |
| MORRISON, DAVID | 4 TOWPATH TRAIL ROCHESTER NY 14624 |
| MULLETT, REID | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| NEUMANN, JANE | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| NEUMANN, JANE | 11730 COUNTY ROAD 24 WATERTOWN MN 55388 |
| NEUMANN, JANE | 1773 COUNTY ROAD 24 WATERTOWN MN 55388 |
| NEWFIELD, JASON A. | FRANKEL & NEWFIELD P.C. 585 STEWART AVENUE, SUITE 301 GARDEN CITY NY 11530 |

| Claim Name | Address Information |
|---|---|
| NGUYEN, KIM | 684 GRAND FIR AVE APT #2 SUNNYVALE CA 94086 |
| NORMAN, GLEN | 40425 CHAPEL WY #307 FREMONT CA 94538 |
| OWENBY, DANIEL | 2136 SAPELO CT. FERNANDINA BEACH FL 32034 |
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA FL 32034 |
| PAGE, CHRISTOPHER | 2920 LAUREN OAKS DRIVE RALEIGH NC 27616 |
| PAMPERIN JR, RAYMOND | 10308 HIGHWAY 9 MOUNTAIN VIEW AR 72560 |
| PAPERNO, SUSAN | 1632 JULIUS BRIDGE RD BALL GROUND GA 30107 |
| PATEL, KAUSHIK | 5665 ARAPAHO RD. APT. # 1023 DALLAS TX 75248 |
| PAYNE, JOHN | 2 ORANGE AVE NEW HARTFORD NY 13413 |
| PERKINSON, NATHANIEL | 104 NATHANIEL CT CARY NC 27511 |
| PERKINSON, TERRY | 104 NATHANIEL CT CARY NC 27511 |
| PERRY, MARY ELLEN | 1019 S. MAIN STREET FUQUAY VARINA NC 27526 |
| PHILLIPS, MARK A. | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| POWELL, PAMELA | 676 BROOKVIEW DRIVE CHAPEL HILL NC 27514 |
| PULLIAM, ASHLEY | P.O. BOX 317 CREEDMOOR NC 27522 |
| PULLIAM, JERRY | P.O. BOX 317 CREEDMOOR NC 27522 |
| PULLIAM, KIMBERLY | P.O. BOX 317 CREEDMOOR NC 27522 |
| PULLIAM, KRISTIE | P.O. BOX 317 CREEDMOOR NC 27522 |
| PURDUM, LEONA | 2532 N. 4TH STREET #254 FLAGSTAFF AZ 86004 |
| PURDUM, LEONA | 2532 N 4TH STREET #335 FLAGSTAFF AZ 86004 |
| PURVIS, LISA | 100 FIELDSPRING LANE RALEIGH NC 27606 |
| RAY, DANIEL | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| RAY, LAUREN | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| RAY, MARY | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| RAY, SARAH | 4401 GLENDALE SQ NASHVILLE TN 37204 |
| RAYMOND, CAROL | 7962 S.W. 185 ST. MIAMI FL 33157 |
| REED, MICHAEL | 744 E. 74TH ST LOS ANGELES CA 90001-2310 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| REICHERT, ANNA | 220 BEACON FALLS CT. CARY NC 27519 |
| REICHERT, GEORGE | 220 BEACON FALLS CT. CARY NC 27519 |
| REICHERT, KRYSTIE | 220 BEACON FALLS CT. CARY NC 27519 |
| REICHERT, LAURA | 220 BEACON FALLS CT. CARY NC 27519 |
| REXROAD, MICHAEL | 5244 LINWICK DRIVE FUQUAY VARINA NC 27526 |
| REXROAD, MICHAEL D. | 5244 LINWICK DRIVE FUQUAY VARINA NC 27526 |
| RICHARDSON, CYNTHIA | 5717 CYPRESS DRIVE ROWLETT TX 75089 |
| RIEDEL, AMY | 1 MEADOWBROOK RD. WESTON MA 02493 |
| RIEDEL, CLAIRE | 1 MEADOWBROOK RD. WESTON MA 02493 |
| RIEDEL, ELIZABETH | 1 MEADOWBROOK RD. WESTON MA 02493 |
| RIEDEL, GEORGE | 1 MEADOWBROOK RD. WESTON MA 02493 |
| ROBERTSON, JOYCE | 604 SOUTH PEEDIN STREET SELMA NC 27576 |
| ROBERTSON, JOYCE | 604 PEEDIN STREET SELMA NC 27576 |
| ROHRBAUGH, BRENDA L. | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| ROOB, CHAE | 8584 CHANHASSEN HILLS DRIVE SOUTH CHANHASSEN MN 55317 |
| ROOB, CHAE | 9530 FOXFORD RD. CHANHASSEN MN 55317 |
| ROSE JR., RONALD J. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| RUNYAN, TRAVIS | 182 ARKOTA SHORES HOT SPRINGS AZ 71913 |
| SALLESE JR, STEVEN | 95 KENWOOD ROAD METHUEN MA 01844 |
| SALLESE, CATHERINE | 95 KENWOOD ROAD METHUEN MA 01844 |
| SALLESE, NICOLE | 95 KENWOOD ROAD METHUEN MA 01844 |

| Claim Name | Address Information |
|---|---|
| SANDNER, CHARLES | 1970 N LESLIE #3779 PAHRUMP NV 89060 |
| SCHMIDT, CYNTHIA ANN | PO BOX 119 OREGON HOUSE CA 95962 |
| SCHULTHEIS, JUDY | 2201 SWEETBRIAR DRIVE ALEXANDRIA VA 22307 |
| SCHULTHEIS, JUDY A. | 2201 SWEETBRIAR DRIVE ALEXANDRIA VA 22307-1523 |
| SEGURA, MANUEL | 1028 FAIRMOUNT AVENUE TRENTON NJ 08629 |
| SEGURA, MANUEL | 215 SHERIDAN STREET APT. #B-43 PERTH AMBOY NJ 08861 |
| SEYMOUR, LYNETTE KAY | 11671 RIVENDELL LANE AUSTIN TX 78737 |
| SHIPMAN, CHARLES | 1081 GRAZER LANE PRESCOTT AZ 86301 |
| SMART, BRADLY | 3309 LORRAINE ST ANN ARBOR MI 48108-1969 |
| SMART, BRENDA | 3309 LORRAINE ST ANN ARBOR MI 48108 |
| SMITH, JULIANNA | 134 MARVIN ST MILAN MI 48160 |
| SMITH, KATHLEEN | 14 JARDINE RD GARDINER MT 59030 |
| SOOTS, RUSSELL | 5220 KNIGHTSBRIDGE WAY RALEIGH NC 27604 |
| SORIANO, CHAD | 8974 HICKORY AVE. HESPERIA CA 92345 |
| SORIANO, CHAD | 894 HICKORY AVENUE HESPERIA CA 92345 |
| SPECK, BRUCE A. | 121 AUGUSTA COURT JUPITER FL 33458 |
| STANSBURY, HERBERT | 3193 US HIGHWAY 15 STEM NC 27581 |
| STANULIS, JAMES | 2312 WARRINGTON AVE. FLOWER MOUND TX 75028 |
| STANULIS, ROBERT | 2312 WARRINGTON AVE. FLOWER MOUND TX 75028 |
| STANULIS, TERESA | 2312 WARRINGTON AVE. FLOWER MOUND TX 75028 |
| STEPP, OLIVE | 470 FAIRVIEW RD ASHEVILLE NC 28803 |
| STONE, BRANDON | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STONE, BRIAN | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STONE, LISA | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STONE, MATTHEW | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STONE, WILLIAM | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STONE, ZACHARY | 1810 LAKE TAWAKONI ALLEN TX 75002 |
| STRATTON, MARK | 3617 LOFTWOOD LANE WAKE FOREST NC 27587 |
| STRATTON, RYAN | 3617 LOFTWOOD LANE WAKE FOREST NC 27587 |
| STRICKLAND, LEOLIA | 101 LANSING DR BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| THOMAS, DELORIS F. | 101 EAST TIFFANY LAKES DRIVE APARTMENT 4 WEST PALM BEACH FL 33407 |
| THOMAS, KEVIN | 2920 LAUREN OAKS DRIVE RALEIGH NC 27616 |
| THOMPSON, MICHAEL | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| THOMPSON, MICHAEL R. | OLD 564 CANDIA ROAD CANDIA NH 03034 |
| TOLF, ERIK | 32 OLD FARM ROAD BEDFORD NH 03110 |
| TOTMAN, CARMEL | 164 BERTON STREET BOONE NC 28607 |
| TOTMAN, CARMEL | C/O CHRYSTAL SMITH 857 WISTERIA PLACE TAVARES FL 32778 |
| TURNER, BRUCE | 8 SUNSET DRIVE HOMER NY 13077 |
| UNDERWOOD, CAROLINE | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| UPHOLD, LOIS | 201 CAMDEN PARK DR GOLDSBORO NC 27530 |
| UTPADEL, GERALD | 4627 GREENMEADOWS AVE. TORRANCE CA 90505 |
| VEGA, DEBRA | 818 GLENCO RD DURHAM NC 27703 |
| VENNEMAN, ADELLA | 5269 RIO GRANDE DRIVE SAN JOSE CA 95136 |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| WALTON, WILLIAM | 10210 ARROW CREEK DR.  APT. 10 RALEIGH NC 27617 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WATSON, THELMA | 24 HILL ST WARRENVILLE SC 29851 |
| WATTS, JUDITH | 155 EDGEWATER DRIVE BRYAN OH 43506 |

| Claim Name | Address Information |
|---|---|
| WELLS, GABRIEL | 26675 WESTBROOK CT SUN CITY CA 92586 |
| WELLS, TINA | 26675 WESTBROOK CT SUN CITY CA 92586 |
| WELLS, TODD | 26675 WESTBROOK CT SUN CITY CA 92586 |
| WHITE, ESQ., GEOFFREY V. | LAW OFFICE OF GEOFFREY V. WHITE 351 CALIFORNIA ST., SUITE 1500 SAN FRANCISCO CA 94104 |
| WIDENER, SUE | 260 N. TOMAHAWK ISLAND DR PORTLAND OR 97217 |
| WIDENER, SUSAN | 260 N TOMAHAWK ISLAND DR PORTLAND OR 97217 |
| WILSON, NANCY | 7101 CHASE OAKS BLVD #1637 PLANO TX 75025 |
| WILSON, VADA | 101 TENY'S LANE ROUGEMONT NC 27572 |
| YAP, EUGENE | 8608 LAKEWOOD DRIVE RALEIGH NC 27613 |
| YATES, KIM | 30344 REDTREE DRIVE LEESBURG FL 34748 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |

**Total Creditor count  305**

| Claim Name | Address Information |
|---|---|
| CHARLES V. BARRY | 4090 OLD FRANKLINTON ROAD FRANKLINTON NC 27525 |
| DANIEL DAVID | 2105 POSSUM TROT ROAD WAKE FOREST NC 27587 |
| EMILY D. CULLEN | 100 TELMEW COURT CARY NY 27518 |
| ERNEST DEMEL | RCS BOX 426 NEW YORK NY 10101 |
| ESTELLE LOGGINS | 1602 N GRAVES MCKINNEY TX 75069 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| ESTELLE LOGGINS | 11928 SINGING BROOK RD. DALLAS TX 75227 |
| ESTELLE LOGGINS | 250 OLD MILL LANE DALLAS TX 75227 |
| GEORGE I HOVATER JR | 9009 CASALS ST UNIT 1 SACRAMENTO CA 95826 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JERRY WADLOW | PO BOX 79 WEWOKA OK 74884 |
| JOHN J. ROSSI | 1568 WOODCREST DR. WOOSTER OH 44691 |
| KEVIN LEONARD | 4319 ALYSHEBA DR FAIRBURN GA 30213 |
| MARILYN DAY | 2020 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW RD. ASHLAND CITY TN 37015 |
| MIRIAM STEWART | 2615 BAILEYS CROSSROADS ROAD BENSON NC 27504 |
| NARINDER SARAN | 5933 NW 126TH TERRACE CORAL SPRINGS FL 33076 |
| PAUL D. WOLFE | 113 RED DRUM LN GLOUCESTER NC 28528 |
| PAUL E. MORRISON | 2241 COLLEGE AVE QUINCY IL 62301-3231 |
| REMAJOS BROWN | 2353 SWORD DRIVE GARLAND TX 75044 |
| STEPHEN PAROSKI | 333 EL RIO DRIVE MESQUITE TX 75150 |
| VERNON LONG | 4929 KELSO LANE GARLAND TX 75043 |
| WAYNE SCHMIDT | P.O. BOX 374 CHRISTOPHER LAKE SK S0J 0N0 CANADA |
| WAYNE SCHMIDT | 5346 S. MOHAVE SAGE DRIVE GOLD CANYON AZ 85118 |
| WILLIAM REED | 7810 HEATON DRIVE THEODORE AL 36582 |

**Total Creditor count  25**

| Claim Name | Address Information |
|---|---|
| BARBARA CARR | 145 GRECIAN PARK WAY ROCHESTER NY 14626 |
| BERT FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BONNIE JEAN BOYER | 305 W. JUNIPER AVENUE STERLING VA 20164 |
| BRAD L. HENRY | 11596 W SIERRA DAWN BLVD, LOT 386 SURPRISE AZ 85378 |
| BRENDA ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| CAROL RAYMOND | 7962 S.W. 185 ST. MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| CHARLES E. SANDNER | 1970 N LESLIE #3779 PAHRUMP NV 89060 |
| CRICKETT GRISSOM | 2580 W. PORTER CREEK AVE. PORTERVILLE CA 93257 |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 OREGON HOUSE CA 95962 |
| DANNY L. OWENBY | 2136 SAPELO COURT FERNANDINA BEACH FL 32034 |
| DAVID A. FOX | 1607 HAVEN PLACE ALLEN TX 75002 |
| DENNIS WAYNE BULLOCK | 3557 JACOBS ROAD STEM NC 27581 |
| EDWARD G. GUEVARRA | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| FRED S. LINDOW | P.O. BOX 33206 LOS GATOS CA 95031-3206 |
| GARY W. GARRETT | 4093 HOGAN DRIVE TYLER TX 75709 |
| GEORGE I. HOVATER JR | 9009 CASALS STREET, UNIT 1 SACRAMENTO CA 95826 |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES JEROME LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANETTA HAMES | 649 FOSSIL WOOD DRIVE SAGINAW TX 76179 |
| JANETTE HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JOHN S. ELLIOTT | 6 GROUSE LANE MERRIMACK NH 03054 |
| JUDY A. SCHULTHEIS | 2201 SWEETBRIAR DRIVE ALEXANDRIA VA 22307-1523 |
| KERRY WAYNE LOGAN | 1207 HIGH HAMMOCK DRIVE TAMPA FL 33619 |
| LYNETTE KAY SEYMOUR | 16711 RIVENDELL LANE AUSTIN TX 78737 |
| MANUEL SEGURA | 1028 FAIRMOUNT AVENUE TRENTON NJ 08629 |
| MARILYN GREEN | 1106 BOSTON HOLLOW RD. ASHLAND CITY TN 37015 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MERIAM STEWART | 2615 BAILEYS CROSSROADS ROAD BENSON NC 27504 |
| MICHAEL ALMS | 4944 ELM ISLAND CIRCLE NC WATERFORD WI 53185 |
| MICHAEL D. REXROAD | 5244 LINWICK DRIVE FUQUAY VARINA NC 27526 |
| MICHAEL R. THOMPSON | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| NAJAM U. DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NANETTE FAISON | 981 KITTRELL ROAD KITTRELL NC 27544 |
| PATRICK C. MERWIN | 206 AMBERGLOW PLACE CARY NC 27513 |
| PAUL D. WOLFE | 113 RED DRUM LANE GLOUCESTER NC 28528 |
| PETER LAWRENCE | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| REID MULLETT | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| REMAJOS E. BROWN | 2353 SWORD DRIVE GARLAND TX 75044 |
| RICHARD B. HODGES | 4707 PEACH TREE LANE SACHSE TX 75048 |
| RICHARD ENGELMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| ROGER G. CARLSEN | 462 E CAILE DE OCASO SAHUARITA AZ 85629 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| SANDRA G. AIKEN | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| SCOTT HOWARD | 2050 CABIAO ROAD PLACERVILLE CA 95667 |
| SCOTT S. GENNETT | 16 WILDWOOD STREET LAKE GROVE NY 11755 |
| STEVEN ADDISON | P.O. BOX 164275 FT. WORTH TX 76179 |
| STEVEN E. BENNETT | 37052 CHESTNUT STREET NEWARK CA 94560 |

| Claim Name | Address Information |
|---|---|
| SUSAN PAPERNO | 1632 JULIUS BRIDGE ROAD BALL GROUND GA 30107 |
| THOMAS DIKENS | 2612 BENGAL LANE PLANO TX 75023 |
| VICTORIA ANSTEAD | 3894 RIDGE LEA ROAD AMHERST NY 14228 |
| WAYNE J. SCHMIDT | 5346 S. MOHAVE SAGE DRIVE GOLD CANYON AZ 85118 |
| WILLIAM A. REED | 7810 HEATON DRIVE THEODORE AL 36582-2362 |
| WILLIAM E. MARIOTTI | 146 CARTERVILLE HEIGHTS ROAD WYTHEVILLE VA 24382 |

**Total Creditor count  55**

NNI MOTION 5-1-13

Bradley Russell
Trial Attorney
Department of Justice
Tax Division
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

**EXHIBIT B**

FILED UNDER SEAL