IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
: **RE: D.I. 10364**
:
------------------------------------------------------------X

**ORDER GRANTING
<u>NORTEL US LTD EMPLOYEES MOTION COMPELLING DEBTORS TO
DISCLOSE CRITICAL BENEFITS INFORMATION TOWARDS
DISCERNMENT OF TRANSITION FROM LTD PLANS TO RETIREE PLANS</u>**

Upon consideration of the *Nortel US LTD Employees Motion Compelling Debtors to Disclose Critical Benefit Information Towards Discernment of Transition from LTD Plans to Retiree Plan* [D.I. 10364] (the "<u>Motion</u>"); and upon consideration of the *Debtors' Response To Nortel US LTD Employees Motion Compelling Debtors to Disclose Critical Benefit Information Towards Discernment of Transition from LTD Plans to Retiree Plan* [D.I. 10375] (the "<u>Response</u>"); and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided; and it appearing that no other or further notice need be provided it is hereby:

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

1.   **ORDERED**, that the Motion is GRANTED in so far as it requests the Debtors to state their explicit intent acknowledging severance of LTD Employees, and found that the Debtors have provided this information in the Response; and it is further

2.   **ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 7, 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE