IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | **Re Dkt Nos. 10246** |

**ORDER GRANTING JOINT MOTION FOR AN
ORDER RETAINING JURISDICTION PENDING APPEAL**

Upon the Joint Motion (the "Motion") filed by Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee"), requesting an order pursuant to Section 105 of the Bankruptcy Code declaring the Joint Administrators' appeal from this Court's Order [D.I. 9947] and the related Opinion [D.I. 9946] dated April 3, 2013 [D.I. 10166] (the "Appeal") to be frivolous and retaining this Court's jurisdiction over all aspects of the above-referenced proceedings pending resolution of the Appeal, as well as the documents attached thereto; and upon all prior submissions regarding the Allocation Protocol Motion and the Cross-Motion to Compel Arbitration; and upon the record of these Chapter 11 proceedings; and upon the record of the hearing on the Motion held on May 1, 2013; and adequate notice of the Motion having been given; and it appearing that no other or further notice is required; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Appeal filed by the Joint Administrators lacks colorable support and is wholly without merit, and therefore is frivolous and does not deprive this Court of jurisdiction.

3. This Court will retain jurisdiction over all aspects of the proceedings in this Court to which the Appeal relates, pending the outcome of the Appeal.

4. The Debtors shall provide the Court with a Revised Allocation Protocol and Schedule incorporating the rulings of Justice Geoffrey Morawetz in the Endorsement issued in the Canadian proceedings on May 2, 2013.

5. The parties shall proceed forthwith with discovery and trial as directed by further order of this Court.

Dated: May 7, 2013

KEVIN GROSS, U.S.B.J.