# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | ) Chapter 11 |
| Nortel Networks Inc., *et al.*, | ) Case No. 09-10138 (KG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related Docket Nos. 10167 and 10417** |

## JOINDER OF AD HOC GROUP OF BONDHOLDERS TO US DEBTORS' AND COMMITTEE'S JOINT OPPOSITION TO THE JOINT ADMINISTRATORS' MOTION FOR LEAVE TO APPEAL FROM ORDER APPROVING ALLOCATION PROTOCOL

The ad hoc group of bondholders (the "Bondholder Group")[1] joins the joint opposition of the US Debtors and the Official Committee of Unsecured Creditors (the "Committee") to the Joint Administrators'[2] Motion For Leave To Appeal From Order Approving Allocation Protocol [Doc. No. 10417] (the "Opposition") and respectfully submits the following:

## JOINDER

1. The Bondholder Group joins in the Opposition for each of the reasons set forth therein. The Bondholder Group agrees with the US Debtors and the Committee that the Joint Administrators have demonstrated no basis upon which leave of court may be granted to appeal the Court's Order.

2. Accordingly, the Bondholder Group requests that the Court deny the Joint Administrators' Motion and grant other such and further relief as the Court deems appropriate.

---

[1] The Bondholder Group consists of bondholders that hold claims issued or guaranteed by Nortel Networks Corporation ("NNC" and together with its affiliates worldwide, "Nortel"), Nortel Networks Limited ("NNL" and together with NNC and certain of their subsidiaries, "Canadian Debtors"), Nortel Networks Inc. ("NNI"), and Nortel Networks Capital Corporation ("NNCC" and together with NNI and certain of its subsidiaries, the "US Debtors").

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Opposition.

Dated: May 7, 2013

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ Laura Davis Jones_

Laura Davis Jones (No. 2436)
Kathleen P. Makowski (No. 3648)
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

-and-

MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Thomas J. Matz
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

-and-

Andrew M. Leblanc
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (212) 835-7500
Facsimile: (212) 263-7586

*Attorneys for Ad Hoc Group of Bondholders*