IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related Docket No. 10466** |

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on the 7th day of May, 2013, I caused a true and correct copy of the following document to be served upon the parties on the attached service list in the manner indicated thereon:

**Joinder of Ad Hoc Group of Bondholders to US Debtors' and Committee's Joint Opposition to the Joint Administrator's Motion for Leave to Appeal from Order Approving Allocation Protocol.**

_____
Kathleen P. Makowski (Bar No. 3648)

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

DOCS_DE:185770.2 61026/001

Nortel – Special Service List re: Joinder
Case No. 09-10138 (KG)
Document No. 187333
02 – HAND DELIVERY
04 – FIRST CLASS MAIL
02 – FOREIGN FIRST CLASS

*HAND DELIVERY*
Jaime Luton Chapman, Esquire
James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
John T. Dorsey, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

*HAND DELIVERY*
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
1105 North Market Street, Suite 1900
Wilmington, DE 19801

*FIRST CLASS MAIL*
Albert A. Pisa, Esquire
Thomas R. Kreller, Esquire
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhatta Plz #47
New York, NY 10005

*FIRST CLASS MAIL*
Jennifer Harris, Esquire
Milbank Tweed Hadley & Mccloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

*FIRST CLASS MAIL*
Derek J.T. Adler, Esquire
Neil Oxford, Esquire
Fara Tabatabai, Esquire
Charles Huberty, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

*FIRST CLASS MAIL*
Ken Coleman, Esquire
Laura Hall, Esquire
Daniel Guyder, Esquire
Paul Keller Allen & Overy, LLP
1221 Avenue of the Americas
New York NY 10020

*FOREIGN FIRST CLASS MAIL*
Jay Carfagnini, Esquire
Jessica Kimmel, Esquire
Fred Myers, Esquire
Joseph Pasquariello, Esquire
Benjamin Zarnett Goodmans, LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto ON M5H 257
Canada

*FOREIGN FIRST CLASS MAIL*
Kevin Lloyd, Esquire
John Whiteoak, Esquire
Richard Lawton Herbert Smith, LLP
Exchange House, Primrose Street
London EC2A 2HS
England