IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                Debtors. : Jointly Administered
:
-----------------------------------------------------------X

## REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that Kozyak Tropin & Throckmorton, P.A. hereby requests removal from all service lists in the above-referenced cases, including mail and email and CM/ECF notice lists.

Dated: May 7, 2013          KOZYAK TROPIN & THROCKMORTON, P.A.
                                    2525 Ponce de Leon, 9th Floor
                                    Miami, Florida 33134
                                    Telephone: (305) 372-1800
                                    Facsimile: (305) 372-3508
                                    E-mail: das@kttlaw.com

                                    By: /s/ David A. Samole
                                        David L. Rosendorf
                                        Florida Bar No. 996823
                                        David A. Samole
                                        Florida Bar No. 582761

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number (collectively, the "Debtors"), are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case.

                                                  /s/ David A. Samole
                                                  David A. Samole

345645.1