# EXHIBIT A

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
January 1, 2013 - January 31, 2013

TOTAL HOURS:          572.95

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 01/11/13 | 0.9 | 1 | Review, research and revise draft data request re: LTD benefits |
| D. Greer | 01/20/13 | 0.2 | 1 | Email M. Fleming with question re: missing data in LTD census |
| M. Arnaoudona | 01/23/13 | 0.5 | 1 | Review email traffic related to LTD outstanding data requests |
| M. Arnaoudona | 01/24/13 | 0.5 | 1 | Review email traffic from LTD committee re: outstanding items and other matters |
| M. Arnaoudona | 01/28/13 | 0.5 | 1 | Review list of outstanding tasks sent by B. Yee (TW) |
| M. Arnaoudona | 01/29/13 | 0.3 | 1 | Review email traffic related to outstanding data items and settlement |
| D. Greer | 01/31/13 | 0.5 | 1 | Email correspondence with R. Winters and R. Yee re: outstanding data requests and follow up questions for Cleary |
| D. Greer | 01/31/13 | 0.2 | 1 | Draft and send list of outstanding and new data requests to M. Fleming |
| A. Shapiro | 01/11/13 | 0.3 | 3 | Review individual claim form ballot proofs |
| B. Yee | 01/11/13 | 0.5 | 3 | Review HRA runoff model |
| B. Yee | 01/14/13 | 0.8 | 3 | Review model runs reconciliation |
| B. Yee | 01/14/13 | 0.5 | 3 | Review runoff model |
| R. Mizak | 01/15/13 | 0.3 | 3 | Reviewed parts of model prepared by Tower's Watson |
| B. Yee | 01/15/13 | 1.3 | 3 | Review model runs reconciliation |
| B. Yee | 01/16/13 | 0.8 | 3 | Review runoff model |
| A. Shapiro | 01/17/13 | 0.8 | 3 | Check data entered from confirmation of benefits statements |
| B. Yee | 01/18/13 | 1.0 | 3 | Review runoff model  Develop HRA withdrawals assumption |
| M. Leahan | 01/18/13 | 2.0 | 3 | Compare current version to prior version of LTD model. Create graphs. |
| M. Leahan | 01/21/13 | 0.5 | 3 | Compare 2 prior versions of LTD model to find changes. |
| B. Yee | 01/23/13 | 2.5 | 3 | Review HRA runoff model  Develop spend down rate scenarios  Run runoff model |
| A. Shapiro | 01/29/13 | 4.5 | 3 | 1.8 - Analyze new offset data  2.7 - Yearly analysis of sample employee benefits |
| M. Morton | 01/29/13 | 2.3 | 3 | Review model description report |
| A. Shapiro | 01/30/13 | 0.8 | 3 | Analyze new offset data |
| A. Shapiro | 01/02/13 | 1.3 | 5 | 0.80 - TW to Mercer reconciliation   0.50 - Enter 2013 confirmation of benefit statements into Excel |
| A. Shapiro | 01/02/13 | 1.0 | 5 | Compare liability change from 12-20-2012 census update |
| B. Nassau | 01/03/13 | 0.3 | 5 | Data Retrieval for Retiree Committee |
| M. Naik | 01/03/13 | 1.8 | 5 | Data entry for benefits statements |
| M. Zilberman | 01/03/13 | 4.5 | 5 | Translating data from policyholder forms into Excel |
| D. Greer | 01/04/13 | 0.4 | 5 | Review analysis developed by B. Nassau; summarize conclusions and follow up work required |
| D. Greer | 01/04/13 | 0.4 | 5 | Respond to email inquiry from A. Shapiro re: analysis related to retiree allocations |
| A. Shapiro | 01/04/13 | 0.3 | 5 | Enter 2013 confirmation of benefit statements into Excel |
| A. Shapiro | 01/04/13 | 2.8 | 5 | 1.00 - Update model outputs  0.80 - Create current monthly subsidy grids  1.00 - Research potential liability of retirees reenrolling medical coverage |
| B. Nassau | 01/04/13 | 0.8 | 5 | Data Retrieval for Retiree Committee |
| E. Lesher | 01/04/13 | 3.0 | 5 | Data entry of benefit statements from PDF to excel |
| S. Pena | 01/04/13 | 2.5 | 5 | Data entry of 2013 confirmation of benefits statements into Excel |
| R. Guida | 01/04/13 | 5.0 | 5 | Data entry of 2013 confirmation of benefits statements into Excel |
| A. Shapiro | 01/07/13 | 3.8 | 5 | 1.50 - Create medical re-enrollee subset census  0.75 - Allocation matrices v11.5  0.50 - Latest census - version to send to client  1.00 - Summarize retiree assumptions for D. Greer |
| A. Shapiro | 01/08/13 | 3.8 | 5 | 0.50 - Analyze potential medical re-enrollees  1.00 - Build in "restructured" plan logic for medical subsidies  2.25 - Allocation. matrices |
| B. Nassau | 01/08/13 | 0.1 | 5 | Data Retrieval for Retiree Committee |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| A. Shapiro | 01/09/13 | 0.8 | 5 | 0.30 - Run projection model as of May 31, 2013  0.50 - Setup structure of LTD matrices |
| A. Shapiro | 01/09/13 | 5.0 | 5 | 4.00 - Gather data for individual claim forms  0.50 - Discuss HRA and VEBA runoff model  0.50 - Send updated matrices out for review |
| R. Mizak | 01/09/13 | 1.2 | 5 | Work on forecast model |
| R. Guida | 01/09/13 | 2.0 | 5 | HRA runoff projection |
| A. Shapiro | 01/10/13 | 2.5 | 5 | 1.00 - Setup structure of LTD matrices  1.50 - Develop variables required for each matrix |
| R. Guida | 01/10/13 | 6.0 | 5 | HRA runoff projection |
| A. Shapiro | 01/11/13 | 3.3 | 5 | Update census with 2013 confirmation of benefits data |
| M. Leahan | 01/11/13 | 0.3 | 5 | Update census with 2013 confirmation of benefits data |
| R. Guida | 01/11/13 | 3.3 | 5 | HRA runoff projection |
| D. Greer | 01/12/13 | 0.7 | 5 | Develop potential approach to bridge analysis and alternative audit process for LTD liability calculations; email to R. Yee and other LTD advisors |
| A. Shapiro | 01/14/13 | 1.8 | 5 | Bridge model 12.1 to 13.5  Update census with 2013 confirmation of benefits statements |
| R. Mizak | 01/14/13 | 0.7 | 5 | Began to work though model forwarded by actuaries |
| D. Greer | 01/15/13 | 0.5 | 5 | Analysis of impact on estimated liability of revisions in the medical benefit calculation methodology; email summary to TW for confirmation |
| A. Shapiro | 01/15/13 | 2.5 | 5 | Bridge model 12.1 to 13.5 |
| R. Mizak | 01/15/13 | 0.5 | 5 | Follow-up analysis per call on model |
| R. Guida | 01/15/13 | 0.5 | 5 | HRA runoff projection |
| D. Greer | 01/16/13 | 2.4 | 5 | Detailed review of preliminary LTD liability bridge analysis; compile comments, questions and provide to TW team |
| D. Greer | 01/16/13 | 0.9 | 5 | Respond in detail to inquiry from LTD Committee member re: liability estimates and reasons for changes with the passage of time |
| A. Shapiro | 01/16/13 | 7.0 | 5 | Bridge model 12.1 to 13.5  Compare income replacement offset sources |
| R. Guida | 01/16/13 | 1.0 | 5 | HRA runoff projection |
| D. Greer | 01/17/13 | 0.9 | 5 | Detailed review of LTD bridge analysis re: income replacement benefits; summarize observations and recommendations in email to TW and A&M team members |
| A. Shapiro | 01/17/13 | 2.5 | 5 | Bridge model 12.1 to 13.5 |
| A. Shapiro | 01/17/13 | 3.3 | 5 | Bring liabilities from matrices into individual claim form data |
| B. Nassau | 01/17/13 | 0.5 | 5 | Data Request from S. Kelly re: Retiree Committee |
| B. Yee | 01/17/13 | 3.5 | 5 | Input to bridge analysis & presentation  Analyze changes in model runs |
| M. Zilberman | 01/17/13 | 2.5 | 5 | Update census with 2013 confirmation of benefits statements |
| R. Guida | 01/17/13 | 1.5 | 5 | HRA runoff projection |
| R. Winters | 01/18/13 | 0.1 | 5 | Call (R. Winters & D. Greer) re: LTD liability bridge presentation |
| D. Greer | 01/18/13 | 0.1 | 5 | Call (R. Winters & D. Greer) re: LTD liability bridge presentation |
| A. Shapiro | 01/18/13 | 2.8 | 5 | Bridge model 12.1 to 13.5 |
| A. Shapiro | 01/18/13 | 1.5 | 5 | Bring liabilities from matrices into individual claim form data |
| R. Guida | 01/18/13 | 0.5 | 5 | HRA runoff projection |
| D. Greer | 01/20/13 | 1.4 | 5 | Review and comment on examples of LTD bridge analysis for individuals |
| A. Shapiro | 01/21/13 | 4.0 | 5 | Model 12.1 to 13.5 detailed bridge analysis |
| B. Nassau | 01/21/13 | 0.5 | 5 | Data Request from S. Kelly re: Retiree Committee |
| A. Shapiro | 01/22/13 | 1.0 | 5 | Put N/A in claim form pre-Medicare fields if appropriate |
| B. Nassau | 01/22/13 | 0.1 | 5 | Data Request from S. Kelly re: Retiree Committee |
| B. Nassau | 01/22/13 | 0.2 | 5 | Email to Andy Shapiro re: LTD review |
| B. Nassau | 01/22/13 | 0.4 | 5 | Review of Data re: LTD review |
| D. Greer | 01/24/13 | 0.5 | 5 | Review analysis from A. Shapiro re: "missing" data for LTD Participants; research original data files to locate required information; summarize results in email for LTD Committee advisors |
| A. Shapiro | 01/24/13 | 1.5 | 5 | Update individual claim form data |
| R. Mizak | 01/24/13 | 2.0 | 5 | Work on model and scenarios related to plan run off |
| A. Shapiro | 01/25/13 | 1.5 | 5 | Update individual claim form data |
| B. Nassau | 01/25/13 | 0.1 | 5 | Email to S. Kelly re: Data Collection |
| B. Nassau | 01/25/13 | 0.5 | 5 | Data Request from S. Kelly re: Retiree Committee |
| D. Greer | 01/28/13 | 0.4 | 5 | Review revised analysis of Retiree Benefits and settlement amounts for LTD Participants provided by A. Shapiro |

04/30/13 5:21 PM

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| A. Shapiro | 01/28/13 | 3.8 | 5 | Produce final data for individual claim forms |
| A. Shapiro | 01/28/13 | 2.0 | 5 | Produce final data for individual claim forms |
| A. Shapiro | 01/29/13 | 1.0 | 5 | Produce final data for individual claim forms |
| R. Mizak | 01/29/13 | 1.0 | 5 | Analysis of HRA fee provider ranges by providers based on # of accounts |
| B. Yee | 01/29/13 | 1.2 | 5 | Review claim forms outputs Determine holdback amount |
| A. Shapiro | 01/30/13 | 2.8 | 5 | 1.8 - Individual claim form call and adjustments 0.5 - Split LTD into medical and non-medical 0.5 - Create census for Aetna |
| A. Shapiro | 01/30/13 | 0.7 | 5 | Check data for individual claim forms |
| R. Mizak | 01/30/13 | 1.2 | 5 | Quality control review of Excel files and related ballots |
| R. Mizak | 01/30/13 | 1.0 | 5 | Work on custodial fee calculations and proposals |
| A. Shapiro | 01/31/13 | 3.0 | 5 | 2.0 - Analyze new offset data 0.5 - Review plan documents for LTIP documentation 0.5 - Revise model for 2 participants with only $50K life benefit |
| D. Greer | 01/11/13 | 0.4 | 7 | 2 calls with LTD Committee member re: ability to data and calculations for allocations of settlement proceeds |
| R. Winters | 01/13/13 | 1.0 | 7 | Call (D. Greer, R. Winters) with LTD Committee member transparency of data and calculations for settlement allocations |
| D. Greer | 01/13/13 | 1.0 | 7 | Call (D. Greer, R. Winters) with LTD Committee member transparency of data and calculations for settlement allocations |
| D. Greer | 01/15/13 | 1.2 | 7 | Draft comments to LTD Committee in advance of LTD Committee call; send to advisors for comment |
| D. Greer | 01/15/13 | 0.4 | 7 | Revise email to LTD Committee in advance of LTD Committee call |
| B. Nassau | 01/22/13 | 2.2 | 7 | Call re: LTD Committee |
| R. Winters | 01/02/13 | 0.1 | 8 | Call (R. Winters & D. Greer) re: LTD settlement language |
| D. Greer | 01/02/13 | 0.1 | 8 | Call (R. Winters & D. Greer) re: LTD settlement language |
| R. Mizak | 01/03/13 | 0.4 | 8 | Call (R. Mizak and D. Greer) re: VEBA trust structure and go-forward work plan. |
| R. Mizak | 01/03/13 | 0.5 | 8 | Call (R. Mizak & D. Greer) re: work plan for Retiree VEBA budget and vendor selection process. |
| V. Bodnar | 01/03/13 | 0.5 | 8 | Call with TW to review status of prior day's requests. Review emails. |
| B. Yee | 01/03/13 | 1.0 | 8 | Call with Debtors' counsel on apportionment method |
| D. Greer | 01/04/13 | 0.2 | 8 | Call with B. Nassau re: analysis required for Retiree Committee |
| D. Greer | 01/04/13 | 0.3 | 8 | Call (M. Curran & D. Greer) re: LTIP benefits and settlement allocations |
| D. Greer | 01/04/13 | 0.2 | 8 | Call (R. Yee & D. Greer) re: calculation of LTIP liability and impact on settlement allocations |
| K. Gregson | 01/04/13 | 1.5 | 8 | Committee Advisor call on settlement and VEBA issues |
| B. Yee | 01/04/13 | 1.0 | 8 | Suggest reasons for allocating funds to all benefit categories & call with Doug to discuss 1 hour |
| R. Winters | 01/07/13 | 0.3 | 8 | Call with Towers Watson re: actuarial estimates and run off rates for retiree medical |
| R. Winters | 01/07/13 | 0.3 | 8 | Call (R. Winters & D. Greer) re: issues for discussion on Retiree advisors call and LTD Committee call |
| D. Greer | 01/07/13 | 0.3 | 8 | Call (R. Winters & D. Greer) re: issues for discussion on Retiree advisors call and LTD Committee call |
| D. Greer | 01/07/13 | 0.2 | 8 | Call with M. Curran re: inquiry from LTD Committee member re: LTIP benefits |
| D. Greer | 01/07/13 | 1.0 | 8 | Professionals call re prep for Wednesday Retiree Committee call (Veba, administrative matters) |
| M. Arnaoudona | 01/07/13 | 1.0 | 8 | Professionals call re prep for Wednesday Retiree Committee call (Veba, administrative matters) |
| R. Mizak | 01/07/13 | 0.6 | 8 | Prepared for call with professionals, reviewed court docs, and budgets. |
| R. Mizak | 01/07/13 | 1.0 | 8 | Professionals call re prep for Wednesday Retiree Committee call (VEBA, administrative matters) |
| R. Mizak | 01/07/13 | 0.3 | 8 | Call with Towers Watson re: actuarial estimates and run off rates for retiree medical |
| B. Yee | 01/07/13 | 1.0 | 8 | Call with advisors on status for Claim Forms & grids . |
| B. Yee | 01/07/13 | 0.3 | 8 | Call with Rich Mizak on estimated admin. Costs |
| D. Greer | 01/08/13 | 1.0 | 8 | Call (R. Yee & D. Greer) re: questions and analysis related to Retiree settlement allocations |
| A. Shapiro | 01/08/13 | 1.3 | 8 | 0.50 - Call regarding claim form and matrix generation process 0.75 - Discuss HRA and VEBA runoff model |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| B. Yee | 01/08/13 | 0.7 | 8 | Call with Rich Mizak on estimated admin. Costs |
| B. Yee | 01/08/13 | 1.0 | 8 | Call with Doug on risk of re-enrollment to medical plans |
| B. Yee | 01/08/13 | 0.6 | 8 | Call with Stephanie on data transfer coordination to print Claim Forms |
| R. Winters | 01/09/13 | 0.7 | 8 | Retiree Committee advisors' call to discuss settlement allocation considerations |
| R. Winters | 01/09/13 | 0.1 | 8 | Call (Winters & Greer) in preparation for Retiree Committee advisors call |
| R. Winters | 01/09/13 | 1.2 | 8 | LTD Committee advisors' call to discuss settlement form of notice and related matters |
| D. Greer | 01/09/13 | 0.7 | 8 | Retiree Committee advisors' call to discuss settlement allocation considerations |
| D. Greer | 01/09/13 | 0.1 | 8 | Call (Winters & Greer) in preparation for Retiree Committee advisors call |
| D. Greer | 01/09/13 | 1.2 | 8 | LTD Committee advisors' call to discuss settlement form of notice and related matters |
| M. Arnaoudona | 01/09/13 | 0.7 | 8 | Retiree Committee advisors' call to discuss settlement allocation considerations |
| B. Yee | 01/09/13 | 1.0 | 8 | Call on Settlement Value Exhibit & Notice & model run as of 5/31. 1 hour |
| B. Yee | 01/09/13 | 0.5 | 8 | Call with Doug on 1/31 Nortel update request |
| D. Greer | 01/10/13 | 0.1 | 8 | Call (M. Curran & D. Greer) re: inquiry from Committee member. |
| B. Yee | 01/10/13 | 0.5 | 8 | Call with Doug on Exhibit. |
| R. Winters | 01/11/13 | 0.6 | 8 | Call (D. Greer & R. Winters) re: request by LTD Committee member re: settlement allocations |
| D. Greer | 01/11/13 | 0.9 | 8 | Call with R. Zahralddin re: LTD form of notice and related matters |
| D. Greer | 01/11/13 | 0.4 | 8 | Call (D. Greer & R. Yee) re: request from LTD Committee member |
| D. Greer | 01/11/13 | 0.6 | 8 | Call (D. Greer & R. Winters) re: request by LTD Committee member re: settlement allocations |
| B. Yee | 01/11/13 | 0.3 | 8 | Call with Doug on model comparison |
| R. Winters | 01/12/13 | 0.8 | 8 | Call (R. Winters, D. Greer, and R. Zahralddin) re: restrictions on sharing of data and analysis re: LTD settlement allocations with LTD Committee members |
| D. Greer | 01/12/13 | 0.8 | 8 | Call (R. Winters, D. Greer, and R. Zahralddin) re: restrictions on sharing of data and analysis re: LTD settlement allocations with LTD Committee members |
| R. Winters | 01/13/13 | 0.1 | 8 | Follow up call (R. Winters & D. Greer) |
| D. Greer | 01/13/13 | 0.1 | 8 | Follow up call (R. Winters & D. Greer) |
| D. Greer | 01/14/13 | 0.5 | 8 | Call with Retiree Committee advisors (M. Arnaoudona, D. Greer, N. Berger, S. Skelly, A. Shapiro) and KCC re: communications such as Retiree ballot |
| A. Shapiro | 01/14/13 | 1.5 | 8 | 0.5 - Call regarding status of individual claim forms 1.0 - Import address data |
| M. Arnaoudona | 01/14/13 | 0.5 | 8 | Call with KCC re ballots |
| B. Yee | 01/14/13 | 1.0 | 8 | Review & call with Doug on $750K monthly limit analysis. 0.75 hour Respond to Dan's request. 0.25 hour |
| R. Mizak | 01/15/13 | 0.6 | 8 | Conference call (R. Mizak and R. Yee) re: HRA and medical plan run off |
| K. Gregson | 01/15/13 | 1.0 | 8 | Discussion with Berger on 2012 claims information |
| B. Yee | 01/15/13 | 0.5 | 8 | Call with Rich Mizak on runoff model |
| R. Winters | 01/16/13 | 0.2 | 8 | Telephone call with Rafael Zahralddin re claim sale |
| A. Shapiro | 01/16/13 | 0.3 | 8 | Call regarding status of individual claim forms |
| R. Winters | 01/17/13 | 0.3 | 8 | Telephone call (Ronald Winters - Maria Arnaoudona) re LTD claim sale process |
| R. Winters | 01/17/13 | 0.4 | 8 | Conference cal with RXZ (Winters, Arnaoudona) re claim sale |
| M. Arnaoudona | 01/17/13 | 0.3 | 8 | Telephone call (Ronald Winters - Maria Arnaoudona) re LTD claim sale process |
| M. Arnaoudona | 01/17/13 | 0.4 | 8 | Conference cal with RXZ (Winters, Arnaoudona) re claim sale |
| R. Winters | 01/18/13 | 0.2 | 8 | Call with C. Henderson |
| C. Henderson | 01/18/13 | 0.2 | 8 | Call with Ron Winters and hold for Rafael; Rafael caught in court; reschedule call |
| C. Henderson | 01/18/13 | 0.3 | 8 | Call with tax team re: alternatives |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 01/19/13 | 0.8 | 8 | Conference call (Ronald Winters + Rafael Zahralddin + Charles Henderson) re tax treatment of LTD settlement |
| M. Arnaoudona | 01/20/13 | 0.5 | 8 | Call with B. Nassau to discuss draft presentation of LTD bridge analysis |
| M. Arnaoudona | 01/21/13 | 1.3 | 8 | Call with other A&M members and TW to review draft presentation of LTD bridge analysis |
| B. Yee | 01/21/13 | 1.3 | 8 | Call with M. Arnaoudona, D. Greer, B. Nassau on presentation. |
| D. Greer | 01/22/13 | 0.4 | 8 | Call with S. Skelly and N. Berger re; determination of Retiree benefits eligibility for LTD Participants. |
| R. Mizak | 01/22/13 | 0.4 | 8 | Communications with modeling team on HRA run off periods |
| D. Greer | 01/23/13 | 0.3 | 8 | Review and respond to various emails regarding ability to share calculations and data with LTD Committee members |
| M. Morton | 01/23/13 | 0.5 | 8 | Discuss prior modeling with A Shapiro |
| B. Yee | 01/24/13 | 1.0 | 8 | Call with Dianna, Michael and Deborah |
| R. Winters | 01/25/13 | 0.2 | 8 | Telephone call (Winters-Greer) review of calc process + demonstration to LTD Committee |
| R. Winters | 01/25/13 | 0.6 | 8 | Telephone call (Ronald Winters - Bob Yee) re calculation of 5/31/13 liability + apportionment |
| D. Greer | 01/25/13 | 0.2 | 8 | Telephone call (Winters-Greer) review of calc process + demonstration to LTD Committee |
| R. Mizak | 01/25/13 | 0.7 | 8 | Communications with team re: open issues and modeling assumptions |
| B. Yee | 01/25/13 | 1.0 | 8 | Call with R. Winters and Dan. |
| R. Winters | 01/28/13 | 0.3 | 8 | Call (R. Winters & D. Greer) re: follow ups from LTD call |
| R. Winters | 01/28/13 | 0.5 | 8 | Call (R. Winters, D. Greer, S. Skelly) re: Retiree benefits for LTD Participants |
| D. Greer | 01/28/13 | 0.3 | 8 | Call (R. Winters & D. Greer) re: follow ups from LTD call |
| D. Greer | 01/28/13 | 0.5 | 8 | Call (R. Winters, D. Greer, S. Skelly) re: Retiree benefits for LTD Participants |
| R. Winters | 01/29/13 | 0.1 | 8 | Call (Winters + Greer) re: Retiree ballot QC |
| D. Greer | 01/29/13 | 0.1 | 8 | Call (Winters + Greer) re: Retiree ballot QC |
| R. Mizak | 01/29/13 | 0.8 | 8 | Prepared for call with counsel and actuaries |
| R. Mizak | 01/29/13 | 0.6 | 8 | Conference call (M. Danielle, R. Yee, and R. Mizak) re: HRA and medical plan modeling assumptions |
| R. Mizak | 01/29/13 | 0.2 | 8 | Conference call (R. Yee, and R. Mizak) re: HRA and medical plan modeling assumptions and go forward work plan |
| B. Yee | 01/29/13 | 0.6 | 8 | Call with R. Mizak & M. Daniele on HRA runoff model |
| R. Mizak | 01/30/13 | 0.2 | 8 | Conference call re: quality control review |
| R. Mizak | 01/30/13 | 0.2 | 8 | Call (R. Mizak & McCarter English) re: ASA reinsurance fee and ACA PCORI research institute fee funding requirements |
| R. Winters | 01/31/13 | 0.1 | 8 | Call with D. Greer re: prep for LTD Committee call |
| D. Greer | 01/31/13 | 0.1 | 8 | Call with R. Winters re: prep for LTD Committee call |
| R. Mizak | 01/31/13 | 0.3 | 8 | Call with potential investment manager #3, re: data requests |
| B. Nassau | 01/09/13 | 0.7 | 9 | Call with D. Greer, R. Winters, N. Berger re: Retiree Committee |
| R. Winters | 01/02/13 | 0.3 | 10 | Correspondence with Greer + Zahralddin re Debtor expert report |
| D. Greer | 01/02/13 | 0.1 | 10 | Respond via email to question from R. Zahralldin |
| V. Bodnar | 01/02/13 | 1.0 | 10 | Review emails. |
| M. Morton | 01/02/13 | 0.3 | 10 | Review emails |
| R. Winters | 01/03/13 | 0.2 | 10 | Email to group re Aetna mechanics upon prospective selection |
| R. Winters | 01/03/13 | 0.2 | 10 | Towers Watson assignment correspondence |
| R. Winters | 01/03/13 | 0.2 | 10 | Review correspondence from Dan David + Greer response |
| A. Shapiro | 01/03/13 | 0.8 | 10 | 0.30 - Responding to emails  0.50 - LTD committee call |
| B. Nassau | 01/03/13 | 0.1 | 10 | Email Correspondence with D. Greer regarding Data Retrieval |
| R. Winters | 01/04/13 | 0.1 | 10 | Review correspondence from LTD participant re apportionment methodology |
| D. Greer | 01/04/13 | 0.4 | 10 | Email to R. Yee and others re: work required for Retiree Committee |
| D. Greer | 01/04/13 | 0.2 | 10 | Review and respond to emails from N. Berger |
| A. Shapiro | 01/04/13 | 0.3 | 10 | Responding to emails |
| B. Nassau | 01/04/13 | 0.2 | 10 | Phone Call with D. Greer regarding Data Retrieval |
| B. Nassau | 01/04/13 | 0.1 | 10 | Email correspondence with D. Greer, R. Winters, M. Morton re: Data Retrieval |
| R. Winters | 01/07/13 | 0.2 | 10 | Review Nassau email re census detail; + LTD email re apportionment |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 01/07/13 | 0.3 | 10 | Draft email to LTD Committee re: LTIP benefits and circulate to LTD advisors for review and comment |
| B. Nassau | 01/08/13 | 0.1 | 10 | Email Correspondence with D. Greer, M. Morton, S. Kelly re: Data Retrieval |
| R. Winters | 01/09/13 | 0.2 | 10 | Email to Zahralddin re apportionment |
| R. Winters | 01/09/13 | 0.2 | 10 | Emails series re monthly adjustment (LTD) for extension of benefits |
| D. Greer | 01/09/13 | 0.2 | 10 | Email exchange with R. Zahralddin re: LTD settlement mechanics |
| R. Winters | 01/10/13 | 0.3 | 10 | Review emails re LTD settlement + footnoted language |
| B. Yee | 01/10/13 | 0.5 | 10 | Respond to questions regarding Exhibit from committee members. |
| R. Winters | 01/11/13 | 0.3 | 10 | Review emails concerning LTD claim forms |
| D. Greer | 01/11/13 | 0.3 | 10 | Review and comment on email exchange regarding inquiry from Retiree re: Nortel's records regarding his life insurance benefit amount |
| B. Yee | 01/11/13 | 0.3 | 10 | Address Ron's footnote question |
| R. Winters | 01/12/13 | 0.3 | 10 | Review emails re monthly cost for extension of benefits |
| R. Winters | 01/13/13 | 0.3 | 10 | Provide response to Debtor email re monthly decrement for extension of benefits |
| D. Greer | 01/13/13 | 0.1 | 10 | Review and respond to email inquiry from LTD Committee member |
| V. Bodnar | 01/13/13 | 0.3 | 10 | Review emails. |
| M. Morton | 01/13/13 | 0.3 | 10 | Review emails |
| D. Greer | 01/14/13 | 0.5 | 10 | Email exchange with R. Yee re: LTD liability bridge analysis and presentation |
| V. Bodnar | 01/14/13 | 0.3 | 10 | Review emails. |
| R. Winters | 01/15/13 | 0.3 | 10 | Review Greer emails re data analyses on data audit |
| D. Greer | 01/15/13 | 0.4 | 10 | Review and respond to emails from LTD Committee members throughout the day |
| V. Bodnar | 01/15/13 | 0.3 | 10 | Review emails. |
| M. Morton | 01/15/13 | 0.3 | 10 | Review emails |
| R. Winters | 01/16/13 | 0.2 | 10 | Review email series re bridge analysis (LTD) |
| D. Greer | 01/16/13 | 0.1 | 10 | Email exchange with TW re: presentation methods for bridge analysis |
| V. Bodnar | 01/16/13 | 0.3 | 10 | Review emails. |
| D. Greer | 01/17/13 | 0.2 | 10 | Email exchange with A. Shapiro re: medical benefit calculation methodology and presentation thereof |
| C. Henderson | 01/17/13 | 0.6 | 10 | Review email from Ron Winters at 6:50pm and prepare for call |
| M. Arnaoudona | 01/17/13 | 0.5 | 10 | Email discussion with RZ (EL) re: LTC claim tax treatment |
| B. Nassau | 01/17/13 | 0.1 | 10 | Email to S. Kelly |
| V. Bodnar | 01/17/13 | 0.3 | 10 | Review emails. |
| R. Winters | 01/18/13 | 0.1 | 10 | Email series re DaVinci-Towers transition |
| V. Bodnar | 01/18/13 | 0.3 | 10 | Review emails |
| M. Morton | 01/18/13 | 0.2 | 10 | Review emails |
| D. Greer | 01/20/13 | 0.5 | 10 | Email exchange with A. Shapiro re: questions on bridge analysis and presentation |
| M. Arnaoudona | 01/20/13 | 0.5 | 10 | Email exchange with RW re: claim tax treatment and analysis |
| V. Bodnar | 01/20/13 | 0.3 | 10 | Review emails. |
| B. Nassau | 01/21/13 | 0.1 | 10 | Email to S. Kelly re: Data Collection |
| R. Winters | 01/22/13 | 0.4 | 10 | Edit memo to LTD Committee |
| R. Winters | 01/22/13 | 2.2 | 10 | Discussion with LTD Committee re case status, settlement, sale of claim |
| D. Greer | 01/22/13 | 0.2 | 10 | Email detailed directions to B. Nassau and A. Shapiro re: requested analysis of LTD Participants eligible for Retiree benefits |
| D. Greer | 01/22/13 | 0.3 | 10 | LTD Committee call (partial participation) |
| D. Greer | 01/23/13 | 0.3 | 10 | Email exchange with A. Shapiro & B. Nassau re: status of outstanding analysis |
| V. Bodnar | 01/23/13 | 0.3 | 10 | Review emails. |
| R. Winters | 01/24/13 | 0.2 | 10 | Review emails re follow-up on bridge analysis |
| R. Winters | 01/24/13 | 0.2 | 10 | Email series on LTD Committee procedure on reviewing apportionment methodology |
| R. Winters | 01/24/13 | 0.1 | 10 | Monitor emails re actuarial info requests |
| R. Winters | 01/24/13 | 0.2 | 10 | Review Moore email re Aetna status |
| R. Mizak | 01/24/13 | 0.8 | 10 | Prepared written communications to counsel re: modeling assumptions |
| V. Bodnar | 01/24/13 | 0.5 | 10 | Review emails. |
| R. Winters | 01/25/13 | 0.3 | 10 | Email series re debate on topic decision making |
| R. Winters | 01/25/13 | 0.2 | 10 | Emails re ICF test run |

04/30/13 5:21 PM

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| V. Bodnar | 01/25/13 | 0.3 | 10 | Review emails. |
| D. Greer | 01/28/13 | 0.2 | 10 | Email exchange with N. Berger and R. Zahralddin regarding information sharing agreement related to Retiree Benefits for LTD Participants |
| V. Bodnar | 01/28/13 | 0.3 | 10 | Review emails. |
| V. Bodnar | 01/29/13 | 0.3 | 10 | Review emails. |
| R. Winters | 01/30/13 | 0.2 | 10 | Review Zahralddin email to Committee re duties |
| V. Bodnar | 01/30/13 | 0.3 | 10 | Review emails. |
| D. Greer | 01/31/13 | 0.5 | 10 | Respond to email inquiry from V. Bodnar |
| D. Greer | 01/31/13 | 0.5 | 10 | Review comments from LTD Committee member regarding document summarizing valuation methodology |
| V. Bodnar | 01/31/13 | 0.2 | 10 | Review emails. |
| R. Winters | 01/02/13 | 1.5 | 11 | LTD Committee call to discuss questions and progress related to LTD settlement and a follow up call with LTD advisors |
| D. Greer | 01/02/13 | 1.5 | 11 | LTD Committee call to discuss questions and progress related to LTD settlement and a follow up call with LTD advisors |
| A. Shapiro | 01/02/13 | 1.0 | 11 | LTD committee call |
| R. Winters | 01/03/13 | 0.1 | 11 | Review press clipping for Retiree call |
| K. Gregson | 01/03/13 | 1.8 | 11 | Town hall material preparation |
| R. Winters | 01/07/13 | 1.0 | 11 | Professionals call re prep for Wednesday Retiree Committee call (VEBA, administrative matters) |
| R. Winters | 01/07/13 | 2.0 | 11 | LTD Committee call to discuss settlement and allocation related issues |
| D. Greer | 01/07/13 | 2.0 | 11 | LTD Committee call to discuss settlement and allocation related issues |
| A. Shapiro | 01/07/13 | 0.8 | 11 | Retiree committee call |
| M. Arnaoudona | 01/07/13 | 2.0 | 11 | LTD Committee call to discuss settlement and allocation related issues |
| B. Yee | 01/07/13 | 2.3 | 11 | Call with LTD Committee on data accuracy & treatment of LTIP |
| R. Winters | 01/09/13 | 1.0 | 11 | Call with Retiree Committee re VEBA implementation |
| D. Greer | 01/09/13 | 1.0 | 11 | Call with Retiree Committee re VEBA implementation |
| M. Arnaoudona | 01/09/13 | 1.0 | 11 | Call with Retiree Committee re VEBA implementation |
| R. Mizak | 01/09/13 | 1.0 | 11 | Call with Retiree Committee re VEBA implementation |
| B. Yee | 01/09/13 | 1.0 | 11 | Call with Retiree Committee 1.0 |
| B. Yee | 01/10/13 | 1.5 | 11 | Call with LTD Committee regarding Exhibit. |
| D. Greer | 01/15/13 | 0.5 | 11 | Review and comment on preliminary bridge analysis of LTD benefits provided by TW |
| D. Greer | 01/15/13 | 1.6 | 11 | LTD Committee call to discuss settlement agreement and allocations |
| B. Yee | 01/15/13 | 1.5 | 11 | Call with LTD Committee |
| R. Winters | 01/18/13 | 0.8 | 11 | LTD Committee call to discuss settlement agreement status, GUC sale process and other matters |
| D. Greer | 01/18/13 | 0.8 | 11 | LTD Committee call to discuss settlement agreement status, GUC sale process and other matters |
| M. Arnaoudona | 01/18/13 | 1.0 | 11 | Prep and participate in LTD Committee call to discuss settlement agreement status, GUC sale process and other matters |
| B. Yee | 01/18/13 | 1.5 | 11 | Call with Deb Jones, M. Arnaoudona & LTD Committee |
| R. Winters | 01/21/13 | 1.4 | 11 | Conference call with Retiree Committee + professionals to review post-settlement activities, case matters |
| A. Shapiro | 01/22/13 | 2.5 | 11 | Committee call |
| K. Gregson | 01/22/13 | 1.5 | 11 | Town hall meeting preparation |
| B. Yee | 01/22/13 | 2.5 | 11 | 2.5 - Call with LTD Committee |
| M. Arnaoudona | 01/23/13 | 3.5 | 11 | Prep & participate in LTD Committee call - present LTD bridge analysis and other matters |
| K. Gregson | 01/23/13 | 1.5 | 11 | Town Hall preparation with Prospective Insurer call with Lieb, Marrero |
| R. Winters | 01/28/13 | 2.0 | 11 | LTD Committee call re: apportionment methodology and other issues |
| R. Winters | 01/28/13 | 0.4 | 11 | Telephone call with Neil Berger + Skelly re planning for "road show" meetings with Retirees + LTD overlap |
| D. Greer | 01/28/13 | 2.0 | 11 | LTD Committee call re: apportionment methodology and other issues |
| B. Yee | 01/28/13 | 2.0 | 11 | Call with Committee. |
| R. Winters | 01/31/13 | 1.0 | 11 | Discussion with LTD Committee re apportionment + governance matters in light of Committee-member objection to settlement |
| B. Yee | 01/31/13 | 1.0 | 11 | Call with Committee |
| B. Yee | 01/03/13 | 1.5 | 12 | Draft language to describe apportionment method in Notice. |
| R. Mizak | 01/08/13 | 1.3 | 12 | Worked on financial summary table of bids and key drivers to model |
| B. Yee | 01/09/13 | 3.5 | 12 | Estimate of monthly payouts for this year.  0.5 hour<br>Develop a draft of Settlement Value Exhibit  3 hours |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| A. Shapiro | 01/10/13 | 1.3 | 12 | 1.00 - Revise matrix headers and formats  0.30 - Summarize key changes from model 12.1 to 13.5 |
| B. Yee | 01/10/13 | 5.0 | 12 | Revise Exhibit.  1.5 hour<br>Develop claims & values table to be attached to Exhibit. 3.5 hours |
| D. Greer | 01/15/13 | 0.7 | 12 | Prepare draft outline for LTD presentation |
| D. Greer | 01/15/13 | 2.1 | 12 | Design tables and analyses for LTD presentation |
| D. Greer | 01/15/13 | 1.8 | 12 | Design slides for LTD presentation |
| B. Nassau | 01/15/13 | 0.5 | 12 | Presentation Update |
| R. Winters | 01/16/13 | 0.9 | 12 | Telephone call (Winters-Greer) re LTD deliverable + case timeline |
| D. Greer | 01/16/13 | 0.9 | 12 | Telephone call (Winters-Greer) re LTD deliverable + case timeline |
| B. Yee | 01/16/13 | 5.0 | 12 | Analyze data for bridge analysis.  2 hours<br>Develop bridge analysis presentation  3 hours |
| R. Winters | 01/17/13 | 0.4 | 12 | Review bridge analysis of LTD liability + Arnaoudona comments; review Greer comments on data |
| D. Greer | 01/17/13 | 1.0 | 12 | M. Arnaoudona & D. Greer call re: LTD presentation and approach |
| D. Greer | 01/17/13 | 0.5 | 12 | Review and comment on draft presentations of LTD bridge analysis |
| M. Arnaoudona | 01/17/13 | 1.0 | 12 | Call with DG re: LTD presentation and approach |
| M. Arnaoudona | 01/17/13 | 3.0 | 12 | Work on draft bridge presentation for LTD committee |
| M. Arnaoudona | 01/17/13 | 0.5 | 12 | Review emails with comments on presentation from TW and other A&M members |
| M. Arnaoudona | 01/17/13 | 0.5 | 12 | Review and comment on draft presentations of LTD bridge analysis |
| B. Nassau | 01/17/13 | 0.2 | 12 | Email to M. Arnaoudona re: Census Data |
| K. Gregson | 01/17/13 | 2.0 | 12 | Town Hall preparation with Prospective Insurer call with Lieb, Marrero |
| R. Winters | 01/18/13 | 0.2 | 12 | Review Arnaoudona draft of bridge analysis |
| D. Greer | 01/18/13 | 0.6 | 12 | Review and comment on draft presentation of LTD bridge analysis |
| D. Greer | 01/18/13 | 1.0 | 12 | Work on draft presentation of LTD bridge analysis |
| M. Arnaoudona | 01/18/13 | 0.6 | 12 | Review and comment on draft presentation of LTD bridge analysis |
| M. Arnaoudona | 01/18/13 | 1.0 | 12 | Work on draft presentation of LTD bridge analysis |
| B. Yee | 01/18/13 | 2.3 | 12 | Edit bridge analysis presentation.  2 hours<br>Analyze new model run changes.  0.25 hour |
| M. Arnaoudona | 01/19/13 | 1.0 | 12 | Review draft claim purchase agreement |
| R. Winters | 01/20/13 | 0.3 | 12 | Review materials for Retiree call |
| R. Winters | 01/20/13 | 0.3 | 12 | Review LTD bridge liability presentation materials |
| D. Greer | 01/20/13 | 2.1 | 12 | Review and comment on draft bridge analysis and presentation provided by A. Shapiro |
| D. Greer | 01/20/13 | 1.1 | 12 | Develop formats for illustrating certain changes to LTD Committee |
| D. Greer | 01/20/13 | 0.8 | 12 | Review draft LTD presentation |
| M. Arnaoudona | 01/20/13 | 2.0 | 12 | Work on draft presentation of LTD bridge analysis - incorporate TW comments and narrative |
| M. Arnaoudona | 01/20/13 | 2.0 | 12 | Work on draft presentation of LTD bridge analysis - review and edit work by BN (A&M) |
| M. Arnaoudona | 01/20/13 | 1.2 | 12 | Review and incorporate D. Greer comments to draft presentation of LTD bridge analysis |
| B. Nassau | 01/20/13 | 0.4 | 12 | M. Arnaoudona Phone Call re: presentation |
| B. Nassau | 01/20/13 | 1.0 | 12 | Presentation Update: organization, preliminary figures and data incorporation |
| B. Nassau | 01/20/13 | 0.2 | 12 | Emails to M. Arnaoudona re: LTD Presentation |
| R. Winters | 01/21/13 | 0.4 | 12 | Review Daniele chart on structure + funds flow. |
| R. Winters | 01/21/13 | 0.9 | 12 | Review of final version of final version of bridge presentation + summarization |
| D. Greer | 01/21/13 | 1.3 | 12 | Call re: Presentation (M. Arnaoudona, D. Greer & B. Yee) |
| D. Greer | 01/21/13 | 2.9 | 12 | Review and comment on draft presentation and related analysis for LTD Committee |
| M. Arnaoudona | 01/21/13 | 5.0 | 12 | Work on draft presentation of LTD bridge analysis and incorporate TW analyses and comments |
| M. Arnaoudona | 01/21/13 | 2.9 | 12 | Review and comment on draft presentation and related analysis for LTD Committee |
| B. Nassau | 01/21/13 | 1.3 | 12 | Presentation update: Inclusion of new data & tables |
| B. Nassau | 01/21/13 | 1.7 | 12 | Presentation update: Reviews and rewrites |
| B. Nassau | 01/21/13 | 1.8 | 12 | Presentation update: Updated projection models |
| B. Nassau | 01/21/13 | 1.2 | 12 | Presentation Update: Incorporated new data |
| B. Nassau | 01/21/13 | 1.3 | 12 | Call re: Presentation (M. Arnaoudona, D. Greer & B. Yee) |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| B. Nassau | 01/21/13 | 0.1 | 12 | Call re: Presentation M. Arnaoudona |
| B. Nassau | 01/21/13 | 0.3 | 12 | Email to committee re: LTD Presentation |
| B. Yee | 01/21/13 | 6.8 | 12 | Review data for bridge analysis. 1 hour<br>Prepare bridge analysis presentation. 5.75 hours |
| R. Winters | 01/22/13 | 0.3 | 12 | Review materials re claim sale + comments |
| A. Shapiro | 01/22/13 | 3.5 | 12 | 1.5 - Model 12.1 to 13.5 detailed bridge analysis  2.0 - Summarize retiree benefits for LTD census |
| M. Arnaoudona | 01/22/13 | 4.0 | 12 | Finalize LTD bridge analysis presentation |
| B. Nassau | 01/22/13 | 1.0 | 12 | Presentation update |
| B. Nassau | 01/22/13 | 0.4 | 12 | Emails to M. Arnaoudona et al re: LTD Presentation |
| R. Mizak | 01/22/13 | 1.9 | 12 | Work on summary table of investment management proposals: background information |
| R. Mizak | 01/22/13 | 1.0 | 12 | Work on summary table of investment management proposals: fee data |
| R. Mizak | 01/22/13 | 0.7 | 12 | Work on summary table of investment management proposals: alliances, partner agreements |
| R. Mizak | 01/22/13 | 1.0 | 12 | Work on summary table of trustee /custodial proposals: background information |
| B. Yee | 01/22/13 | 5.3 | 12 | 2 - Review data for bridge analysis 3.25 - Prepare bridge analysis presentation |
| A. Shapiro | 01/23/13 | 5.0 | 12 | Summarize retiree benefits for LTD census |
| B. Nassau | 01/23/13 | 0.1 | 12 | Email D. Greer re: LTD Presentation |
| R. Mizak | 01/23/13 | 1.5 | 12 | Work on summary table of trustee /custodial proposals: Bloomberg research |
| R. Mizak | 01/23/13 | 0.4 | 12 | Work on summary table of trustee /custodial proposals: communications with investment manager #1 |
| R. Mizak | 01/23/13 | 1.1 | 12 | Work on summary table of trustee /custodial proposals: read materials, performed online research |
| R. Mizak | 01/23/13 | 1.0 | 12 | Work on summary table of trustee /custodial proposals: modeled financial impact of bid specifics. |
| R. Mizak | 01/23/13 | 0.8 | 12 | Work on summary table of HRA admin proposals: read SOC audit report for vendor #4 |
| B. Yee | 01/23/13 | 3.0 | 12 | Review follow up examples from presentation |
| R. Mizak | 01/24/13 | 2.0 | 12 | Work on summary tables, pulled information from additional proposals received, researched estimates |
| B. Yee | 01/24/13 | 2.0 | 12 | Review follow up examples. 0.75 hour<br>Review settlement value exhibit. 1.25 hours |
| B. Yee | 01/24/13 | 1.5 | 12 | Run runoff model  Summarize results |
| A. Shapiro | 01/25/13 | 5.3 | 12 | 2.3 - Individual claim forms for committee members  3.0 - Model 12.1 to 13.5 detailed bridge analysis |
| B. Yee | 01/25/13 | 1.5 | 12 | Review settlement value exhibit. |
| A. Shapiro | 01/28/13 | 1.8 | 12 | Summarize retiree benefits for LTD census |
| B. Yee | 01/28/13 | 6.0 | 12 | Outline model description. 2.5 hours<br>Draft model description. 3.5 hours |
| D. Greer | 01/29/13 | 1.5 | 12 | Preliminary review of draft writeup of LTD valuation methodology for presentation to LTD Committee |
| R. Mizak | 01/29/13 | 1.4 | 12 | Work on presentation table and year one fee estimates re: investment managers |
| R. Mizak | 01/29/13 | 1.9 | 12 | Work on presentation table and year one fee estimates re: HRA administrators |
| R. Mizak | 01/29/13 | 1.2 | 12 | Work on presentation table and year one fee estimates re: HRA administrators (cont.) |
| B. Yee | 01/29/13 | 5.0 | 12 | Draft model description |
| D. Greer | 01/30/13 | 2.0 | 12 | Provide detailed comments on draft writeup of LTD valuation methodology for presentation to LTD Committee |
| A. Shapiro | 01/30/13 | 1.0 | 12 | Review model description report |
| R. Mizak | 01/30/13 | 0.7 | 12 | Work on summary table of expenses by category for committee |
| R. Mizak | 01/30/13 | 1.4 | 12 | Continued work on summary table of expenses by category for committee |
| B. Yee | 01/30/13 | 3.5 | 12 | Revise model description |
| R. Winters | 01/31/13 | 0.1 | 12 | Review Greer materials on LTD model description |
| D. Greer | 01/31/13 | 1.0 | 12 | Review final writeup of LTD valuation methodology in preparation for LTD Committee call |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| A. Shapiro | 01/31/13 | 0.8 | 12 | Review model description report |
| B. Yee | 01/31/13 | 2.5 | 12 | Revise model description   Review offset listing |
| M. Arnaoudona | 01/31/13 | 0.8 | 12 | Review TW model description |
| R. Winters | 01/02/13 | 0.3 | 13 | Review Greer narrative reply on Kra report + Bodnar comments |
| R. Winters | 01/02/13 | 0.2 | 13 | Review summary of LTD settlement for court filing |
| B. Yee | 01/02/13 | 3.3 | 13 | Address Deb's questions & research 'any occur' definitions in Nortel LTD plan & SSA.  1.25 hours<br>Suggest language to describe LTD valuation & reasonableness of settlement value.  1.50 hours<br>Review draft of Notice of Settlement.  0.5 hour |
| R. Winters | 01/03/13 | 0.1 | 13 | Review draft of notice of proposed settlement (LTD) |
| D. Greer | 01/04/13 | 0.2 | 13 | Review news articles distributed by N. Berger in preparation for Retiree Committee call |
| B. Yee | 01/04/13 | 1.0 | 13 | Propose process to generate individual claim forms. 0.5 hour<br>Review risk of additional claims. 0.5 hour |
| R. Winters | 01/08/13 | 0.3 | 13 | Review LTD draft settlement agreement + VEBA process tasks for Retiree Committee |
| R. Winters | 01/10/13 | 0.6 | 13 | Review draft claim forms + correspondence on same with LTD Committee and professionals |
| R. Mizak | 01/10/13 | 1.4 | 13 | Read and analyzed docs circulated by counsel. |
| B. Yee | 01/11/13 | 0.5 | 13 | Review 2013 Benefit Statements |
| R. Winters | 01/14/13 | 0.2 | 13 | Review correspondence re LTD settlement motion |
| R. Winters | 01/16/13 | 0.2 | 13 | Emails with Zahralddin re settlement signatories |
| R. Winters | 01/16/13 | 0.2 | 13 | Review LTD settlement drafts |
| D. Greer | 01/16/13 | 0.5 | 13 | Research Retiree data documents in response to inquiry from S. Skelly |
| R. Winters | 01/17/13 | 0.3 | 13 | Review EG review of claim sale process |
| R. Winters | 01/18/13 | 0.1 | 13 | Review Retiree VEBA implementation matters |
| R. Winters | 01/23/13 | 1.5 | 13 | Attend hearing re procedures for settlement agreement |
| A. Shapiro | 01/24/13 | 3.8 | 13 | Individual claim forms for committee members |
| R. Winters | 01/29/13 | 0.2 | 13 | Review LTD trade confirmation |
| R. Winters | 01/29/13 | 0.3 | 13 | Review claims forms (Retirees) |
| R. Winters | 01/30/13 | 0.3 | 13 | Review Mizak materials re Retiree HRA set-up |
| R. Mizak | 01/30/13 | 1.6 | 13 | Wrote summary memo for counsel of open issues and deal terms for discussion with committee. |
| R. Winters | 01/31/13 | 0.3 | 13 | Review procedure on allocation (LTD) |
| R. Mizak | 01/31/13 | 1.1 | 13 | Work on memorandum to counsel for plan design issues re: plan participants that become deceased during the plan period |
| R. Mizak | 01/31/13 | 0.8 | 13 | Work on memorandum to counsel for plan design issues re: plan participants that are deemed inactive during the plan period |
| R. Mizak | 01/31/13 | 1.5 | 13 | Work on memorandum to counsel for plan design issues re: potential HRA provider obligations and billing options |
| R. Mizak | 01/31/13 | 1.0 | 13 | Work on memorandum to counsel for plan design issues re: Affordable Care Act reinsurance fee |
| R. Mizak | 01/31/13 | 0.8 | 13 | Work on memorandum to counsel for plan design issues re: Affordable Care Act patient centered outcomes research institute (PCORI) fee |
| R. Mizak | 01/31/13 | 1.4 | 13 | Work on memorandum to counsel for plan design issues re: potential investment income allocation methodologies |
| R. Mizak | 01/31/13 | 1.7 | 13 | Work on memorandum to counsel for plan design issues re: potential treatment of accounts with de minimis balances |
| R. Mizak | 01/08/13 | 1.8 | 14 | Researched certain components of other VEBA trusts for benchmarking purposes |
| M. Arnaoudona | 01/14/13 | 1.0 | 14 | Research on GUC trading values and calls to traders |
| C. Henderson | 01/18/13 | 2.7 | 14 | Research, review and discussion regarding various components of LTD and retiree settlement payment and taxability of each. |
| D. Greer | 01/04/13 | 0.2 | 15 | Request and review collections status and direct release of payments to subcontractor |
| A. Shapiro | 01/07/13 | 1.0 | 15 | Planning with R. Yee |
| D. Greer | 01/10/13 | 0.5 | 15 | Engagement management issues -- i.e. staffing and availability |
| R. Mizak | 01/11/13 | 0.4 | 15 | Communications with team re: work plan |
| R. Winters | 01/15/13 | 0.1 | 15 | Email series re DaVinci-Towers transition |
| R. Winters | 01/16/13 | 0.1 | 15 | Email series re DaVinci-Towers transition |
| D. Greer | 01/17/13 | 0.3 | 15 | Administrative matters re: staffing of the engagement |

04/30/13 5:21 PM

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 01/21/13 | 0.1 | 15 | Email series re DaVinci-Towers transition |
| R. Winters | 01/23/13 | 0.1 | 15 | Complete Declarations re Towers |
| R. Winters | 01/24/13 | 0.1 | 15 | Coordination for Raleigh Town hall |
| D. Greer | 01/27/13 | 1.4 | 15 | Engagement admin including review of time diaries in preparation for invoicing |
| D. Greer | 01/30/13 | 0.5 | 15 | Coordinate staffing for quality control review in the evening |
| D. Greer | 01/31/13 | 0.1 | 15 | Admin re: adding staff members to the team |
| D. Greer | 01/02/13 | 0.3 | 17 | Email response to inquiry from R. Zahralldin re: LTD settlement language |
| D. Greer | 01/02/13 | 1.7 | 17 | Draft language for LTD settlement agreement |
| R. Mizak | 01/02/13 | 1.2 | 17 | Reviewed vendor bid, analyzed response, prepared comments. |
| R. Mizak | 01/02/13 | 0.6 | 17 | Reviewed certain portions of docs related to VEBA |
| R. Winters | 01/03/13 | 0.8 | 17 | Call (R. Mizak, D. Greer, R. Winters, and M. Danielle) re: workplan for Retiree VEBA budget |
| D. Greer | 01/03/13 | 0.4 | 17 | Call (R. Mizak and D. Greer) re: VEBA trust structure and go-forward work plan. |
| D. Greer | 01/03/13 | 0.1 | 17 | Respond to inquiry from R. Yee re: LTD settlement communications |
| D. Greer | 01/03/13 | 0.4 | 17 | Research and respond to inquiry from S. Skelly re: benefits for specific Retirees |
| D. Greer | 01/03/13 | 0.5 | 17 | Draft email regarding VEBA considerations and send to M. Daniele |
| D. Greer | 01/03/13 | 0.7 | 17 | Develop and distribute agenda for call re: VEBA setup, budget and vendor selection process |
| D. Greer | 01/03/13 | 0.5 | 17 | Call (R. Mizak & D. Greer) re: workplan for Retiree VEBA budget and vendor selection process |
| D. Greer | 01/03/13 | 0.8 | 17 | Call (R. Mizak, D. Greer, R. Winters, and M. Danielle) re: workplan for Retiree VEBA budget |
| R. Mizak | 01/03/13 | 0.6 | 17 | Reviewed certain portions of docs related to VEBA for call with counsel. |
| R. Mizak | 01/08/13 | 1.1 | 17 | Prepared communications with potential HRA provider #1 |
| R. Mizak | 01/08/13 | 1.2 | 17 | Prepared communications with potential HRA provider #2 |
| R. Mizak | 01/08/13 | 0.8 | 17 | Prepared communications with potential HRA provider #4 |
| R. Mizak | 01/09/13 | 0.5 | 17 | Prepared for call with potential HRA provider #1 |
| R. Mizak | 01/09/13 | 0.6 | 17 | Participated in call with potential HRA provider #1 |
| R. Mizak | 01/09/13 | 0.8 | 17 | Follow-up from call with potential HRA provider #1 |
| R. Mizak | 01/09/13 | 0.4 | 17 | Prepared communications with potential HRA provider #3 |
| R. Mizak | 01/09/13 | 0.4 | 17 | Participated in call with potential HRA provider #4 |
| R. Mizak | 01/10/13 | 0.7 | 17 | Prepared communications with potential Investment Manager #2 |
| R. Mizak | 01/10/13 | 0.4 | 17 | Participated in call with potential Investment Manager #2 |
| R. Mizak | 01/10/13 | 0.4 | 17 | Follow-up from call with potential Investment Manager #2 |
| R. Mizak | 01/10/13 | 1.0 | 17 | Prepared communications with potential HRA provider #3 |
| R. Mizak | 01/11/13 | 0.5 | 17 | Prepared for call with HRA provider #3 |
| R. Mizak | 01/11/13 | 0.7 | 17 | Participated in call with potential HRA provider #3 |
| R. Mizak | 01/11/13 | 1.2 | 17 | Follow-up from work and modifications to analysis of provider #3 per call |
| R. Mizak | 01/13/13 | 0.3 | 17 | Communications with investment manager re: call on 1/14 |
| R. Mizak | 01/14/13 | 1.2 | 17 | Prepared for call with investment manager #3 |
| R. Mizak | 01/14/13 | 0.8 | 17 | Prepared for call with investment manager #1 |
| R. Mizak | 01/14/13 | 0.7 | 17 | Worked on action items with relation to investment managers |
| R. Mizak | 01/14/13 | 0.7 | 17 | Participation in call with investment manger #3 |
| R. Mizak | 01/14/13 | 0.3 | 17 | Participation in call with investment manger #1 |
| R. Mizak | 01/16/13 | 0.5 | 17 | Prepared for call with investment manger #4 |
| R. Mizak | 01/16/13 | 0.3 | 17 | Participation in call with investment manger #4 |
| R. Mizak | 01/22/13 | 0.5 | 17 | Preparation for call with trustee custodial firm #4 |
| R. Mizak | 01/22/13 | 0.3 | 17 | Communications with HRA administrator #5 |
| R. Mizak | 01/23/13 | 0.4 | 17 | Prepared for call with trustee /custodian #4 |
| R. Mizak | 01/23/13 | 0.4 | 17 | Participated in call with trustee /custodian #4 |
| R. Mizak | 01/23/13 | 1.2 | 17 | Prepared communication materials, supporting schedules, and analysis re: bid from HRA administrator #1 |
| R. Mizak | 01/23/13 | 0.7 | 17 | Prepared communication materials, supporting schedules, and analysis re: bid from HRA administrator #5 |
| R. Mizak | 01/23/13 | 0.9 | 17 | Prepared communication materials, supporting schedules, and analysis re: bid from HRA administrator #2 |

04/30/13 5:21 PM

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Mizak | 01/24/13 | 0.7 | 17 | Communications with and analysis of response from HRA administration candidate #5 |
| R. Mizak | 01/24/13 | 0.9 | 17 | Communications with and analysis of response from trustee / custodial candidate #4 |
| R. Mizak | 01/24/13 | 0.6 | 17 | Communications with and analysis of response from HRA administration candidate #1 |
| R. Mizak | 01/25/13 | 1.2 | 17 | Prepared for meeting with HRA administrator #2 |
| R. Mizak | 01/25/13 | 2.0 | 17 | Participated in meeting with HRA administrator #2 |
| R. Mizak | 01/28/13 | 0.4 | 17 | Communications and follow-up with HRA administrator #2 |
| R. Mizak | 01/29/13 | 0.5 | 17 | Prepared for and participated in call with potential HRA provider #5 |
| R. Mizak | 01/29/13 | 0.6 | 17 | Communications with proposed investment manager #2 |
| R. Mizak | 01/30/13 | 0.3 | 17 | Call with potential investment manager #2 over custodial component of fee proposal |
| R. Mizak | 01/30/13 | 0.3 | 17 | Preparation for call with potential HRA administrator #5 |
| R. Mizak | 01/30/13 | 0.5 | 17 | Participation in call with potential HRA administrator #5 re: plans for accounts that zero out mid year and dealing with inactive accounts |
| K. Gregson | 01/02/13 | 2.5 | 18 | Prospective Insurer enrollment team call preparation and call with Enrollment team |
| R. Winters | 01/03/13 | 0.5 | 18 | Call (R. Winters & D. Greer) re: LTD settlement process and outstanding issues |
| D. Greer | 01/03/13 | 0.8 | 18 | Review draft language re: LTD settlement apportionment methodology and incorporate with edits into draft settlement agreement |
| D. Greer | 01/03/13 | 0.4 | 18 | Correspond with R. Zahralldin re: comments on draft LTD settlement |
| D. Greer | 01/03/13 | 0.5 | 18 | Call (R. Winters & D. Greer) re: LTD settlement process and outstanding issues |
| D. Greer | 01/03/13 | 0.5 | 18 | Call with R. Zahraldin & Cleary re: LTD settlement allocation methodology |
| D. Greer | 01/03/13 | 0.2 | 18 | Call (Greer & Yee) re: LTD settlement communications |
| R. Mizak | 01/03/13 | 0.8 | 18 | Call (R. Mizak, D. Greer, R. Winters, and M. Danielle) re: work plan for Retiree VEBA budget. |
| D. Greer | 01/04/13 | 0.5 | 18 | Research and respond to inquiry from D. David re: settlement allocations |
| D. Greer | 01/04/13 | 0.5 | 18 | Research and respond to inquiry from N. Berger re: potential reinstatement rights |
| D. Greer | 01/04/13 | 1.0 | 18 | Review data and summary provided by S. Skelly re: potential reinstatement rights and prepare analysis and response |
| D. Greer | 01/04/13 | 0.5 | 18 | Review LTD draft notice of settlement |
| D. Greer | 01/04/13 | 0.5 | 18 | Draft arguments related to inclusion / exclusion of LTIP benefits and distribute to LTD Committee advisors' for review and comment |
| D. Greer | 01/05/13 | 1.5 | 18 | Develop analysis to respond to inquiry from LTD Committee member regarding allocation of settlement proceeds |
| D. Greer | 01/07/13 | 0.8 | 18 | Finalize example of LTD settlement allocation mechanics and send with explanatory covering note to LTD Committee member |
| K. Gregson | 01/07/13 | 1.0 | 18 | Discussion with Prospective Insurer on features and pricing of plan |
| R. Mizak | 01/08/13 | 0.7 | 18 | Call with Towers Watson re: actuarial estimates and run off rates for HRAs |
| R. Winters | 01/09/13 | 0.8 | 18 | Review and comment on revised Retiree settlement matrices |
| D. Greer | 01/09/13 | 0.9 | 18 | Write and email response to follow questions from LTD Committee member re: settlement allocations |
| D. Greer | 01/09/13 | 0.8 | 18 | Review and comment on revised Retiree settlement matrices |
| D. Greer | 01/09/13 | 0.5 | 18 | Call (D. Greer & R. Yee) re: LTD settlement communications |
| R. Mizak | 01/09/13 | 0.5 | 18 | Worked on aspects of proposed work plan. |
| K. Gregson | 01/09/13 | 2.5 | 18 | Prospective Insurer enrollment planning and underwriting call |
| R. Winters | 01/10/13 | 0.2 | 18 | Call (Winters & Greer) re: LTD settlement communications |
| D. Greer | 01/10/13 | 0.2 | 18 | Call (Winters & Greer) re: LTD settlement communications |
| D. Greer | 01/10/13 | 0.5 | 18 | Review draft LTD communications and provide comments to R. Yee |
| D. Greer | 01/10/13 | 0.3 | 18 | Review revised Retiree matrix provided by A. Shapiro |
| D. Greer | 01/10/13 | 0.5 | 18 | Review and comment on draft LTD communications as requested by R. Zahralddin |
| D. Greer | 01/10/13 | 1.0 | 18 | Review and participate in email exchange among LTD Committee members and advisors regarding draft LTD communications |

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| K. Gregson | 01/10/13 | 2.0 | 18 | Prospective Insurer underwriting call concerning updating 2012 claims information |
| D. Greer | 01/11/13 | 0.5 | 18 | Modify form of notice based on discussion with R. Zahralddin |
| D. Greer | 01/11/13 | 0.5 | 18 | Modify matrix attachments to form of notice based on discussion with R. Zahralddin |
| D. Greer | 01/12/13 | 0.7 | 18 | Review data re: LTD monthly benefits cost and rationale for monthly reduction in settlement agreement; email analysis to LTD Committee's advisors |
| D. Greer | 01/13/13 | 0.8 | 18 | Review files underlying LTD settlement allocations and forward with comments to LTD Committee member |
| D. Greer | 01/14/13 | 2.5 | 18 | Review and comment on draft LTD Settlement Agreement and related documents |
| D. Greer | 01/14/13 | 0.1 | 18 | Review revised Retiree Individual Claim form |
| D. Greer | 01/14/13 | 0.1 | 18 | Email correspondence with R. Zahralddin re: LTD settlement agreement comments and open issues |
| K. Gregson | 01/14/13 | 2.5 | 18 | Prospective Insurer call on underwriting and 2012 claims information |
| D. Greer | 01/15/13 | 0.4 | 18 | 2 calls with R. Zahralddin re: LTD settlement agreement language |
| D. Greer | 01/15/13 | 1.5 | 18 | Review draft settlement agreement and related exhibits and respond to questions from LTD Committee counsel |
| K. Gregson | 01/15/13 | 2.0 | 18 | Preparation and call with Prospective Insurer enrollment team on enrollment and administration |
| D. Greer | 01/16/13 | 0.2 | 18 | Nortel Retiree advisors' call re: settlement notice (S. Skelly, A. Shapiro, D. Greer and others) |
| K. Gregson | 01/16/13 | 2.5 | 18 | Prospective Insurer Planning call with enrollment and underwriting team |
| D. Greer | 01/17/13 | 0.2 | 18 | Review and respond to email from M. Fleming re: request for detailed offset data for LTD analysis for settlement allocations |
| D. Greer | 01/17/13 | 0.1 | 18 | Review email correspondence between A. Shapiro and S. Skelly re: status of Retiree notice forms |
| K. Gregson | 01/18/13 | 2.5 | 18 | Prospective Insurer call on underwriting and 2012 claims information |
| K. Gregson | 01/21/13 | 2.0 | 18 | Development of final pricing and features with underwriting |
| K. Gregson | 01/23/13 | 2.0 | 18 | Prospective Insurer call on underwriting and 2012 claims information |
| K. Gregson | 01/24/13 | 2.5 | 18 | Call and discussion with Prospective Insurer on Administrative and claims issues |
| R. Winters | 01/28/13 | 0.3 | 18 | Review objection to settlement filed by LTD Participant |
| D. Greer | 01/28/13 | 0.7 | 18 | Review Retiree census, settlement amount analysis and settlement grids provided by A. Shapiro |
| D. Greer | 01/28/13 | 0.6 | 18 | Review objection to settlement filed by LTD Participant |
| K. Gregson | 01/28/13 | 1.0 | 18 | Review of Prospective Insurer material for Town Hall meetings |
| D. Greer | 01/29/13 | 0.3 | 18 | Research and respond to inquiry from S. Skelly re: retiree settlement apportionment and vote tabulation methodology |
| D. Greer | 01/29/13 | 0.3 | 18 | Review various emails re: execution of GUC sale agreement |
| R. Winters | 01/30/13 | 0.1 | 18 | Call (Winters + Greer) re: Retiree ballot QC |
| W. Fugazy | 01/30/13 | 0.2 | 18 | Call (Greer, Nassau, Fugazy) re: quality control of Retiree ballots |
| W. Fugazy | 01/30/13 | 0.2 | 18 | Call (Greer, Mizak, Nassau, Fugazy, Skelly, Berger, Moore) re: retiree ballot QC results |
| W. Fugazy | 01/30/13 | 1.0 | 18 | Retiree ballot QC |
| W. Fugazy | 01/30/13 | 0.6 | 18 | Retiree ballot QC |
| W. Fugazy | 01/30/13 | 0.2 | 18 | Various e-mails regarding retiree ballot data transfer |
| D. Greer | 01/30/13 | 0.7 | 18 | Call (Berger, Skelly, Shapiro, Greer) re: Retiree ballots |
| D. Greer | 01/30/13 | 0.2 | 18 | Call (Greer, Nassau, Fugazy) re: quality control of Retiree ballots |
| D. Greer | 01/30/13 | 0.1 | 18 | Call (Winters + Greer) re: Retiree ballot QC |
| D. Greer | 01/30/13 | 0.3 | 18 | Review revisions to Retiree ballot dataset and respond with corrections |
| D. Greer | 01/30/13 | 0.2 | 18 | Call (Greer, Mizak, Nassau, Fugazy, Skelly, Berger, Moore) re: retiree ballot QC results |
| D. Greer | 01/30/13 | 0.2 | 18 | Call (R. Mizak and D. Greer) re: VEBA trust forecast and ballot quality control |
| B. Nassau | 01/30/13 | 0.2 | 18 | Call (Greer, Nassau, Fugazy) re: quality control of Retiree ballots |
| B. Nassau | 01/30/13 | 0.2 | 18 | Call (Greer, Mizak, Nassau, Fugazy, Skelly, Berger, Moore) re: retiree ballot QC results |
| B. Nassau | 01/30/13 | 0.5 | 18 | Retiree Ballot QC |
| B. Nassau | 01/30/13 | 0.3 | 18 | Retiree Ballot QC |
| B. Nassau | 01/30/13 | 0.6 | 18 | Retiree Ballot QC |

04/30/13 5:21 PM

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| B. Nassau | 01/30/13 | 0.3 | 18 | Email Correspondence (S. Kelly, D. Greer, W. Fugazy, Moore, Berger Mizak) re: retiree ballot QC results |
| B. Nassau | 01/30/13 | 0.5 | 18 | Retiree Ballot QC |
| B. Nassau | 01/30/13 | 0.2 | 18 | Email Correspondence (W. Fugazy, K. Kelly) re: retiree ballot QC results |
| B. Nassau | 01/30/13 | 0.2 | 18 | Email Correspondence (W. Fugazy, K. Kelly, S. Kelly, D. Greer) re: retiree ballot QC results |
| K. Kelly | 01/30/13 | 1.0 | 18 | Quality control retiree ballot |
| R. Mizak | 01/30/13 | 0.2 | 18 | Call (Greer, Mizak, Nassau, Fugazy, Skelly, Berger, Moore) re: retiree ballot QC results |
| R. Mizak | 01/30/13 | 0.2 | 18 | Call (R. Mizak and D. Greer) re: VEBA trust forecast and ballot quality control |
| K. Gregson | 01/30/13 | 2.5 | 18 | Prospective Insurer Planning call with enrollment and underwriting team |
| D. Greer | 01/17/13 | 0.3 | 27 | Call (D. Greer & R. Zahralddin) re: tax issues related to LTD settlement |
| D. Greer | 01/17/13 | 0.7 | 27 | Prepare workplan re: tax analysis of LTD settlement and distribute to A&M team for review and comment |
| C. Henderson | 01/19/13 | 0.8 | 27 | Conference call (R Winters + Rafael Zahralddin + C Henderson) re tax treatment of LTD settlement |
| M. Arnaoudona | 01/22/13 | 0.7 | 28 | Review and provide comments to claim agreement |

04/30/13 5:21 PM