# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

January 1, 2013 through January 31, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | | $212.40 |
| Telephone | | 130.07 |
| Food | | 13.32 |
| Miscellaneous | | 8.76 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Expenses**[10] | | **$364.55** |

---

[10] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

2725046.2