# EXHIBIT B

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | | |
|---|---|---:|
| Case Administration | $ | 1,009.50 |
| Asset Disposition | $ | 0.00 |
| Meetings of and Comm. With Creditors | $ | 60,834.50 |
| EG Retention | $ | 651.00 |
| Employment & Retention Application - Other | $ | 5,375.00 |
| EG Fee Applications | $ | 8,605.00 |
| EG Fee Objections | $ | 736.00 |
| Fee Applications and Invoices -Other | $ | 3,752.00 |
| Fee Objections - Others | $ | 0.00 |
| Non-Working Travel | $ | 2,531.50 |
| Claims Administration and Objections | $ | 0.00 |
| Business Operations | $ | 0.00 |
| Employee Benefits/Pensions | $ | 89,532.50 |
| Tax Issues | $ | 24,357.50 |
| Plan and Disclosure Statement | $ | 0.00 |
| Financing/Cash Collections | $ | 0.00 |
| Court Hearings | $ | 6,022.50 |
| Labor Issues | $ | 0.00 |
| Litigation | $ | 18,415.00 |
| Research | $ | 0.00 |
| **Total Fees** | $ | **221,822.00** |

WLM: 25564 v1