## **EXHIBIT C**

### SUMMARY OF EXPENSES FOR THE PERIOD
### MARCH 1, 2013 THROUGH MARCH 31, 2013

| **Expense Category** | **Total Expenses** |
|---|---|
| Dockets/Research | $ 2.04 |
| Copying | $ 121.10 |
| Delivery/Courier Service | $ 22.50 |
| Express Mail | $ 8,461.19 |
| Lodging | $ 269.22 |
| Meals | $ 170.20 |
| Mileage | $ 10.06 |
| Parking | $ 48.00 |
| Postage | $ 2,288.96 |
| Taxi | $ 105.30 |
| Travel | $ 1,244.50 |
| TOTAL: | $ 12,743.07 |

WLM: 24701 v1                                          2