April 23, 2013

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Case No. 09-10138 (KG)

Claim # 5894 in the amount of $38,076.25 allowed at $3,108.43

If my funds will remain with me as the CLAIMANT, they can be transferred to Solus.

If Solus becomes the claimant, I object to my claim INTERNAL CONTROL # 9851 being transferred to Solus Recovery Fund LP.

Thank you

Carolyn Bajarin Pund
3255 Trebol Lane
San Jose, CA 95148

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  PUND, CAROLYN BAJARIN
         3255 TREBOL LN
         SAN JOSE, CA 95148

Please note that your claim # 5854 in the above referenced case and in the amount of
    $48,076.25 allowed at $3,108.43  has been transferred **(unless previously expunged by court order)** to:

         SOLUS RECOVERY FUND LP
         TRANSFEROR: PUND, CAROLYN BAJARIN
         ATTN: JON ZINMAN
         410 PARK AVENUE, 11TH FLOOR
         NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9851     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2013                            David D. Bird, Clerk of Court

                                            /s/ Tim Conklin
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 16, 2013.