EXHIBIT "B"

EXPENSE RECORDS FOR THE PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013

## Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114  
3/1/2013...3/31/2013

5/7/2013  
4:33:50 PM

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---:|---:|
| Lodging | | 0.0 | 531.40 |
| Meals | | 0.0 | 180.37 |
| Misc. | | 0.0 | 4,679.05 |
| Photocopies | | 0.0 | 624.90 |
| Postage | | 0.0 | 3.68 |
| Telephone | | 0.0 | 72.65 |
| Travel-airfare | | 0.0 | 1,321.60 |
| Travel-ground | | 0.0 | 625.29 |
| | Grand Total: | 0.0 | 8,038.94 |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| | **Matter: General** | | | |
| 3/1/13 | atogut / Telephone<br>General | E | 0.0<br>49.83 | 49.83<br>Billable |
| #264133 | TS&S monthly telephone for March 2013. | | | |
| 3/1/13 | atogut / Photocopies<br>General | E | 0.0<br>624.90 | 624.90<br>Billable |
| #266707 | TS&S monthly photocopies for March 2013. | | | |
| 3/3/13 | nberger / Travel-ground<br>General | E | 0.0<br>52.95 | 52.95<br>Billable |
| #260081 | Parking on 3/3/13 at Westchester Airport for flight to Atlanta, GA for town hall meeting held on 3/4/13. | | | |
| 3/3/13 | nberger / Lodging<br>General | E | 0.0<br>258.77 | 258.77<br>Billable |
| #260082 | One-night hotel stay on 3/3/13 for Atlanta, GA town hall meeting held on 3/4/13 in Alpharetta, GA. | | | |
| 3/3/13 | nberger / Lodging<br>General | E | 0.0<br>13.86 | 13.86<br>Billable |
| #260083 | Fee for internet connection at hotel on 3/3/13 for Atlanta, GA town hall meeting held on 3/4/13 in Alpharetta, GA. | | | |
| 3/3/13 | sskelly / Lodging<br>General | E | 0.0<br>258.77 | 258.77<br>Billable |
| #260084 | One-night hotel stay on 3/3/13 for Atlanta, GA town hall meeting held on 3/4/13 in Alpharetta, GA. | | | |
| 3/3/13 | sskelly / Meals<br>General | E | 0.0<br>10.64 | 10.64<br>Billable |
| #260085 | Meal purchased at Savannah airport on 3/3/13 for flight to Atlanta, GA for town hall meeting held on 3/4/13. | | | |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
3/1/2013...3/31/2013

5/7/2013
4:35:17 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 3/3/13 | sskelly / Travel-airfare<br>General | E | 0.0<br>660.80 | 660.80<br>Billable |
| #261862 | Roundtrip airfare to Atlanta, GA for town hall meeting in Alpharetta, GA held on 3/4/13 ($625.80); service fee for same ($35). | | | |
| 3/3/13 | nberger / Travel-airfare<br>General | E | 0.0<br>660.80 | 660.80<br>Billable |
| #261866 | Roundtrip airfare to Atlanta, GA for town hall meeting in Alpharetta, GA held on 3/4/13 ($625.80); service fee for same ($35). | | | |
| 3/4/13 | sskelly / Meals<br>General | E | 0.0<br>2.94 | 2.94<br>Billable |
| #260086 | Meal purchased at hotel on 3/4/13 prior to flight to NY after town hall meeting in Alpharetta, GA. | | | |
| 3/4/13 | sskelly / Meals<br>General | E | 0.0<br>2.99 | 2.99<br>Billable |
| #260087 | Water purchased at Atlanta airport on 3/4/13 for flight to NY after town hall meeting in Alpharetta, GA. | | | |
| 3/4/13 | nberger / Misc.<br>General | E | 0.0<br>4,679.05 | 4,679.05<br>Billable |
| #261867 | Banquet hall and equipment rental for Alpharetta, GA town hall meeting held on 3/4/13. | | | |
| 3/4/13 | sskelly / Travel-ground<br>General | E | 0.0<br>127.50 | 127.50<br>Billable |
| #262113 | Car service from LGA Airport on 3/4/13 -- travel home after attending town hall meeting. | | | |
| 3/4/13 | sskelly / Meals<br>General | E | 0.0<br>7.47 | 7.47<br>Billable |
| #267638 | Meal purchased at Airport while traveling for town hall meeting in Atlanta. | | | |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
3/1/2013...3/31/2013

5/7/2013
4:35:17 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 3/11/13 | nberger / Telephone<br>General | E | 0.0<br>10.50 | 10.50<br>Billable |
| #266435 | Conference call held on 3/11/13 re retiree committee. | | | |
| 3/11/13 | jbernsten / Travel-ground<br>General | E | 0.0<br>10.80 | 10.80<br>Billable |
| #266999 | Taxi from office on 3/11/13 at 8:24pm -- worked late re retiree benefits calls. | | | |
| 3/13/13 | nberger / Travel-ground<br>General | E | 0.0<br>55.29 | 55.29<br>Billable |
| #265848 | Car service from office on 3/13/13 at 9:40pm -- worked late re retiree committee (less wait time) (1/2 car rate billed to non-Nortel case). | | | |
| 3/14/13 | sskelly / Telephone<br>General | E | 0.0<br>12.32 | 12.32<br>Billable |
| #275621 | Conference call held on 3/14/13 re retiree benefits re changes to ICF forms. | | | |
| 3/18/13 | sskelly / Travel-ground<br>General | E | 0.0<br>18.75 | 18.75<br>Billable |
| #263671 | Taxi home on 3/18/13 at 11pm from dinner with Retiree Committee. | | | |
| 3/18/13 | nberger / Meals<br>General | E | 0.0<br>140.00 | 140.00<br>Billable |
| #263672 | Dinner on 3/18/13 for NB, SAS, A&M and Retiree Committee (reduced to $20 per person). | | | |
| 3/18/13 | nberger / Travel-ground<br>General | E | 0.0<br>9.50 | 9.50<br>Billable |
| #263673 | Taxi home on 3/18/13 at 10pm from dinner with Retiree Committee. | | | |

Nortel Networks Section 1114
3/1/2013...3/31/2013

Togut, Segal & Segal LLP
Client Billing Report

5/7/2013
4:35:17 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 3/18/13 | nberger / Travel-ground<br>General | E | 0.0<br>66.67 | 66.67<br>Billable |
| #265860 | Car from LGA airport on 3/18/13 at 6:20pm -- return from town hall meeting. | | | |
| 3/18/13 | rmilin / Meals<br>General | E | 0.0<br>16.33 | 16.33<br>Billable |
| #269583 | Dinner on 3/18/13 for RKM -- worked late re: drafting/revising statement in response to objections. | | | |
| 3/19/13 | sskelly / Travel-ground<br>General | E | 0.0<br>100.45 | 100.45<br>Billable |
| #269541 | Car service home after attending client dinner with Retiree Committee re settlement tasks. | | | |
| 3/19/13 | rmilin / Travel-ground<br>General | E | 0.0<br>8.00 | 8.00<br>Billable |
| #269584 | Taxi on 3/19/13 at 12:03am -- worked late on 3/18/13 drafting and revising statement in response to objections. | | | |
| 3/19/13 | rmilin / Travel-ground<br>General | E | 0.0<br>8.00 | 8.00<br>Billable |
| #269585 | Taxi on 3/19/13 at 9:59pm -- worked late drafting and revising statement concerning objections to motion. | | | |
| 3/27/13 | rmilin / Travel-ground<br>General | E | 0.0<br>8.00 | 8.00<br>Billable |
| #269586 | Taxi on 3/27/13 at 9:27pm -- worked late revising Haupt declaration, review of documentation for D. Hudson and review of debtors' draft response. | | | |
| 3/27/13 | nberger / Travel-ground<br>General | E | 0.0<br>111.38 | 111.38<br>Billable |
| #270227 | Car service from office on 3/27/13 at 9:27pm -- worked late re settlement. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 3/28/13 | nberger / Travel-ground<br>General | E | 0.0<br>48.00 | 48.00<br>Billable |
| #266442 | Parking on 3/28/13 -- worked late preparing settlement hearing. | | | |
| 3/31/13 | atogut / Postage<br>General | E | 0.0<br>3.68 | 3.68<br>Billable |
| #267542 | TS&S monthly postage for March 2013. | | | |

|  |  |
|---|---|
| Matter Total: | 0.00   8,038.94 |
| Total Time Bill: | |
| Total Time Non Bill: | |
| Total Costs Bill: | 8,038.94 |
| Total Costs Non Bill: | |
| Total Non Billable: | |
| Total Billable: | 8,038.94 |
| Grand Total: | 8,038.94 |