# **EXHIBIT A**

## **Reduce or Modify and Allow Claims**

## Exhibit A

### Reduce or Modify and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| CITY AND COUNTY OF DENVER/ TREASURY<br>ATTN: KAREN KATROS, BANKRUPTCY ANALYST<br>201 W. COLFAX AVENUE, DEPARTMENT 1001<br>DENVER, CO  80202 | 7562<br>1/12/11<br>09-10138<br>Nortel Networks Inc. | $4,238.11 (S)<br>- (A)<br>$4,238.11 (P)<br>- (U)<br>$4,238.11 (T) | $0.00 (S)<br>- (A)<br>$4,238.11 (P)<br>- (U)<br>$4,238.11 (T) | Claimant asserted that $4,238.11 of Claim 7562 is entitled to secured priority.  Based on careful review of the books and records, Debtors do not recognize this amount as entitled to secured priority, and the entire claim should be reclassified as unsecured priority under section 507(a)(8). |
| CORRE OPPORTUNITIES FUND LP<br>AS ASSIGNEE OF SASKEN COMMUNICATION<br>1370 AVENUE OF THE AMERICAS 29TH FL<br>NEW YORK, NY  10019 | 7454<br>10/7/10<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$17,200.00 (P)<br>$8,600.00 (U)<br>$25,800.00 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>$25,800.00 (U)<br>$25,800.00 (T) | Claimant asserted that $17,200 of Claim 7454 is entitled to unsecured priority under section 507(a).  Based on careful review of the books and records, Debtors do not recognize this amount as entitled to unsecured priority, and the entire claim should be reclassified from unsecured priority to general unsecured status. |
| DLA PIPER LLP (US)<br>C/O RICHARD M KREMEN<br>THE MARBURY BUILDING<br>6225 SMITH AVENUE<br>BALTIMORE, MD  21209-3600 | 3468<br>9/22/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$14,463.14 (U)<br>$14,463.14 (T) | - (S)<br>- (A)<br>- (P)<br>$14,463.14 (U)<br>$14,463.14 (T) | Partial No Liability Claim. Claimant filed a claim for $14,463.14 plus certain unliquidated and/or contingent amounts. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize a valid claim for such claimed unliquidated and/or contingent amounts and claimant has provided insufficient information to substantiate that portion of its claim. |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: RITZ-CARLTON HOTEL COMPANY,<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY  10023 | 1647<br>8/6/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$61,064.47 (U)<br>$61,064.47 (T) | - (S)<br>- (A)<br>- (P)<br>$61,064.47 (U)<br>$61,064.47 (T) | Partial No Liability Claim. Claimant filed a claim for $61,064.47 plus interest and/or expenses. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize a valid claim for interest and/or expenses and claimant has provided insufficient information to substantiate that portion of its claim. |
| GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA  52404 | 625<br>3/10/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$1,472.60 (U)<br>$1,472.60 (T) | - (S)<br>- (A)<br>- (P)<br>$1,472.60 (U)<br>$1,472.60 (T) | Partial No Liability Claim. Claimant filed a claim for $1,472.60 plus certain unliquidated and/or contingent amounts. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize a valid claim for such claimed unliquidated and/or contingent amounts and claimant has provided insufficient information to substantiate that portion of its claim. |
| GTCI<br>701 MAPLE CREEK DR<br>FAIRVIEW, TX  75069-0140 | 101<br>1/30/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$27,757.24 (P)<br>- (U)<br>$27,757.24 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>$27,757.24 (U)<br>$27,757.24 (T) | Claimant asserted that $27,757.24 of Claim 3075 is entitled to unsecured priority under section 507(a)(4). Based on careful review of the books and records, Debtors do not recognize this amount as entitled to unsecured priority, and the entire claim should be reclassified from unsecured priority to general unsecured status. |

## Exhibit A

### Reduce or Modify and Allow Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ  07070 | 1950<br>8/21/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$747,603.76 (U)<br>$747,603.76 (T) | - (S)<br>- (A)<br>- (P)<br>$658,939.15 (U)<br>$658,939.15 (T) | Partial No Liability Claim. Claim should be modified to remove $72,516.55 in invoices that Debtor is entitled to setoff against amounts owed from Claimant to Debtor. Partial No Liability Claim. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize $16,148.06 as valid liabilities of any Debtor in these chapter 11 cases. |
| MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET NW, SUITE 100<br>WASHINGTON, DC  20006 | 4722<br>9/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$17,640.74 (U)<br>$17,640.74 (T) | - (S)<br>- (A)<br>- (P)<br>$17,640.74 (U)<br>$17,640.74 (T) | Partial No Liability Claim. Claimant filed a claim for $17,640.74 plus certain unliquidated and/or contingent amounts. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize a valid claim for such claimed unliquidated and/or contingent amounts and claimant has provided insufficient information to substantiate that portion of its claim. |
| TOLLY GROUP INCORPORATED<br>PO BOX 812333<br>BOCA RATON, FL  33481 | 6106<br>11/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$10,950.00 (P)<br>$40,300.00 (U)<br>$51,250.00 (T) | - (S)<br>- (A)<br>$0.00 (P)<br>$51,250.00 (U)<br>$51,250.00 (T) | Claimant asserted that $10,950.00 of Claim 3075 is entitled to unsecured priority under section 507(a)(4). Based on careful review of the books and records, Debtors do not recognize this amount as entitled to unsecured priority, and the entire claim should be reclassified from unsecured priority to general unsecured status. |
| WASHINGTON RESOURCES<br>8201 GREENSBORO DR STE 708<br>MCLEAN, VA  22102-3818 | 1721<br>8/17/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Partial No Liability Claim. Claimant filed a claim for $25,000.00 plus interest. Based on careful review of the Debtors' Books and Records, the Debtors do not recognize a valid claim for interest and claimant has provided insufficient information to substantiate that portion of its claim. |
| **Totals:** | **10  Claims** | $4,238.11 (S)<br>- (A)<br>$60,145.35 (P)<br>$916,144.71 (U)<br>$976,290.06 (T) | $0.00 (S)<br>- (A)<br>$4,238.11 (P)<br>$883,387.34 (U)<br>$887,625.45 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed