# EXHIBIT B

## Redundant Claims

## Exhibit B

### Redundant Claims

| Redundant Claim to be Expunged | | | Corresponding Remaining Claim | | | |
|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Name/Address of Claimant** | **Claim Number / Date Filed / Case Info** | **Total Amount Claimed** | **Reason for Disallowance** |
| ONE CAPITAL MALL INVESTORS, L.P.<br>HEFNER, STARK & MAROIS, LLP<br>ATTN: THOMAS P. GRIFFIN, JR.<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA  95833 | 1440<br>6/29/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>$7,747.43 (P)<br>$27,234.21 (U)<br>$34,981.64 (T) | ONE CAPITAL MALL INVESTORS, L.P.<br>THOMAS P. GRIFFIN, JR.<br>HEFNER, STARK & MAROIS, LLP<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA  95833 | 7913<br>8/19/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$44,443.20 (U)<br>$44,443.20 (T) | Redundant Claim. The Liabilities asserted in claim 1440 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 7913 also filed by the claimant or an affiliate of the claimant. |
| ONE CAPITAL MALL INVESTORS, L.P.<br>THOMAS P. GRIFFIN, JR.<br>HEFNER, STARK & MAROIS, LLP<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA  95833 | 7872<br>8/1/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$41,510.40 (U)<br>$41,510.40 (T) | ONE CAPITAL MALL INVESTORS, L.P.<br>THOMAS P. GRIFFIN, JR.<br>HEFNER, STARK & MAROIS, LLP<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA  95833 | 7913<br>8/19/11<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$44,443.20 (U)<br>$44,443.20 (T) | Redundant Claim. The Liabilities asserted in claim 7872 and the documentation attached thereto in support of such liabilities, are fully contained within claim number 7913 also filed by the claimant or an affiliate of the claimant. |
| Totals: | 2   Claims | - (S)<br>- (A)<br>$7,747.43 (P)<br>$68,744.61 (U)<br>$76,492.04 (T) | | | - (S)<br>- (A)<br>- (P)<br>$88,886.40 (U)<br>$88,886.40 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed