# EXHIBIT C

## Wrong Debtor Claims

# Exhibit C

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount Claimed | Reason for Modification | New Case Info and Identified Debtor |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: MITEC TELECOM INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 840<br>4/6/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$110,939.00 (U)<br>$110,939.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| ASM CAPITAL, L.P.<br>TRANSFEROR: TRANSPERFECT/TRANSLATIONS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY  11797 | 2220<br>8/26/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$83,174.74 (U)<br>$83,174.74 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| BARCODES LLC<br>200 W MONROE ST STE 1050<br>CHICAGO, IL  60606-5122 | 683<br>3/23/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$3,442.50 (U)<br>$3,442.50 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| BARCODES LLC<br>200 W MONROE ST STE 1050<br>CHICAGO, IL  60606-5122 | 704<br>3/24/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$3,142.20 (U)<br>$3,142.20 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| BREUER & CO.<br>701 EDGEWATER DR STE 360<br>WAKEFIELD, MA  01880-6243 | 1263<br>6/2/09<br>09-10146<br>Nortel Networks Applications Management Solutions Inc. | - (S)<br>- (A)<br>- (P)<br>$9,752.00 (U)<br>$9,752.00 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| COMMERCE INSURANCE COMPANY<br>ATTN: PAT MORISSETTE<br>(PVA897-MKVY95)<br>11 GORE ROAD<br>WEBSTER, MA  01570 | 7625<br>2/24/11<br>09-10150<br>Nortel Networks International Inc. | - (S)<br>- (A)<br>- (P)<br>$25,034.74 (U)<br>$25,034.74 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |

## Exhibit C

### Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CHRYSALIS SOFTWARE, INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY  10023 | 1011<br>4/24/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$12,892.50 (U)<br>$12,892.50 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| MACRO 4, INC.<br>C/O UNICOM PLAZA, SUITE 310<br>ATTN: JOSEPH T GAUTHIER, ESQ<br>15535 SAN FERNANDO MISSION BLVD.<br>MISSION HILLS, CA  91345 | 1626<br>7/31/09<br>09-10151<br>Northern Telecom<br>International Inc. | - (S)<br>- (A)<br>- (P)<br>$7,247.04 (U)<br>$7,247.04 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| MISSION WEST PROPERTIES, L.P.<br>ATTN: RAY MARINO<br>10050 BANDLEY DRIVE<br>CUPERTINO, CA  95014 | 5429<br>9/30/09<br>NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$49,917.76 (U)<br>$49,917.76 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| QMI-SAI GLOBAL<br>20 CARLSON COURT<br>SUITE 100<br>TORONTO, ON  M9W 7K6<br>CANADA | 571<br>3/13/09<br>09-10139<br>Nortel Networks<br>Capital Corporation | - (S)<br>- (A)<br>- (P)<br>$24,061.13 (U)<br>$24,061.13 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |
| ZOMAX, INC.<br>KOHNER MANN & KAILAS, S.C.<br>WASHINGTON BUILDING, BARNABAS BUSINESS<br>CENTER, 4650 N. PORT WASHINGTON ROAD<br>MILWAUKEE, WI  53212-1059 | 1111<br>4/21/09<br>09-10149<br>Architel Systems<br>(U.S.) Corporation | - (S)<br>- (A)<br>- (P)<br>$1,944.60 (U)<br>$1,944.60 (T) | The Debtors have carefully reviewed the Debtors' Books and Records, their Schedules and the Proofs of Claim, including the supporting documentation provided by the claimant. Based on this review, the Debtors believe that the Claim should be asserted against Nortel Networks Inc. | 09-10138<br>Nortel Networks Inc. |

# Exhibit C

## Wrong Debtor Claims

**Claim to be Modified**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Modification | New Case Info and<br>Identified Debtor |
|---|---|---|---|---|
| **Totals:** | **11 Claims** | - (S)<br>- (A)<br>- (P)<br>$331,548.21 (U)<br>$331,548.21 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed