# EXHIBIT D

## No Liability Claims[1]

---

[1] Morris, Nichols, Arsht & Tunnell LLP is counsel to the Debtor with respect to claim 415.

## Exhibit D

### No Liability Claims

**Claim to be Expunged**

| Name/Address of Claimant | Claim Number<br>Date Filed<br>Case Info | Total Amount<br>Claimed | Reason for<br>Disallowance |
|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: GLOBAL IP SOLUTIONS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY  11797 | 415<br>2/27/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$80,000.00 (U)<br>$80,000.00 (T) | Claim asserts amounts that the Debtors do not recognize in their Books and Records as valid liabilities of any of the Debtors in these chapter 11 cases. |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SASKEN COMMUNICATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY  10019 | 2793<br>9/9/09<br>09-10138<br>Nortel Networks Inc. | - (S)<br>- (A)<br>- (P)<br>$27,339.00 (U)<br>$27,339.00 (T) | Claim should be reduced by $1,539.00 in claimed interest.<br><br>Claim should be further reduced by $25,800 that is redundant with Claim No. 7454 also filed by the claimant or an affiliate of the claimant. |
| Totals: | 2  Claims | - (S)<br>- (A)<br>- (P)<br>$107,339.00 (U)<br>$107,339.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\*  The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.