## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re* :
:
Nortel Networks Inc., *et al.,*[1] :
:
              Debtors. :
:
:
:
-----------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE: D.I.s 9947, 10465**

## CERTIFICATION OF COUNSEL REGARDING THE
## PROPOSED ORDER APPROVING ALLOCATION PROTOCOL

      I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and its affiliated

debtors, as debtors and debtors-in-possession in the above-captioned cases (the "Debtors"),

hereby certify as follows regarding the *Order Approving Allocation Protocol* (the "Proposed

Order"), attached as **Exhibit A** hereto:

      1.      On April 25, 2011, the U.S. Debtors[2] and the Committee filed the *Joint*

*Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim*

*Funding and Settlement Agreement, and for Related Relief* [D.I. 5307] for the approval of an

allocation protocol establishing procedures for the cross-border resolution by the U.S. and

Canadian Courts of the Allocation dispute.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms not otherwise defined herein have the meaning ascribed in the Allocation Protocol, attached as Exhibit 1 to the Proposed Order.

2.      On May 19, 2011, the Joint Administrators filed an *(I) Objection to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and (II) Cross-Motion to Compel Arbitration* [D.I. 5444].

3.      On June 2, 2011, the U.S. Debtors and the Committee filed the *Reply Memorandum in Further Support of Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief, and in Response to the EMEA Debtors' Cross-Motion to Compel Arbitration* [D.I. 5571], along with an amended allocation protocol, which was attached thereto as Exhibit A (the "2011 Allocation Protocol"). The 2011 Allocation Protocol was agreed to by the Canadian Debtors, the Monitor, and the CCC. The Canadian Debtors subsequently filed a motion for an order approving the 2011 Allocation Protocol in the Canadian Court (the "Canadian Allocation Motion").

4.      On March 8, 2013, the U.S. and Canadian Courts granted the U.S. Allocation Motion and the Canadian Allocation Motion respectively, stating that the reasons for their respective decisions were to follow. Both the U.S. and Canadian Courts ordered that the version of the allocation protocol to be entered was to follow the 2011 Allocation Protocol with limited exceptions.

5.      On April 3, 2013, the U.S. Court issued its *Opinion* [D.I. 9946] and *Order Approving Allocation Protocol* [D.I. 9947] (together the "April 3 Opinion and Order"), which granted the U.S. Allocation Motion and ordered the parties to negotiate the terms of an Allocation Protocol consistent with the U.S. Court's Opinion. The U.S. Court further ordered that the US Debtors were to distribute their proposal for the Allocation Protocol on or before

April 8, 2013 and the parties were to file their proposals by April 15, 2013.  The same day, the Canadian Court issued an Endorsement to similar effect.

6.      Both the U.S. Court's April 3 Order and the Canadian Court's April 3 Endorsement set a trial date commencing on January 6, 2014 for Allocation, EMEA Claims and UK Pension Claims.

7.      On April 15, 2013, the U.S. Debtors filed a *Certification of Counsel Regarding Allocation Protocol* [D.I. 10133] requesting that the Court adopt the attached Allocation Protocol; order April 30, 2013 and May 14, 2013 as the dates by which the Core Parties must file opening written and reply submissions on Allocation, respectively; and set a date for a joint hearing with the Canadian Court to address outstanding scheduling and discovery planning issues.

8.      On April 16, 2013, the U.S. Court coordinated with the Canadian Court and issued an *Order Setting Hearing Relating to January 6, 2014 Trial* [D.I. 10145] setting a joint hearing date of a April 24, 2013.

9.      On April 17, 2013, the Joint Administrators filed a notice of appeal of the U.S. Court's denial of the motion to compel arbitration [D.I. 10166] (the "Arbitration Appeal") and a motion for leave to appeal from the U.S. Court's order approving the allocation protocol [D.I. 1067] (the "Allocation Appeal") in the April 3 Opinion and Order.

10.     On April 23, 2013, the Debtors and the Committee filed a *Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2)* [D.I. 10244] with respect to the Arbitration Appeal (the "Certification Motion") along with a joint motion to shorten notice

3

relating to the Certification Motion [D.I. 10245]. The Joint Administrators filed a joinder in part and response to the Certification Motion on April 29, 2013 [D.I. 10367].

11.     On April 23, 2013, the Debtors and the Committee filed a *Joint Motion for an Order Retaining Jurisdiction Pending Appeal* [D.I. 10246] (the "Jurisdiction Motion") asking that the Court find the Arbitration Appeal frivolous and prevent any stay of the Allocation dispute, along with a joint motion to shorten notice relating to the Jurisdiction Motion [D.I. 10247]. The Joint Administrators filed an objection to the Jurisdiction Motion and cross-motion to confirm the stay pending appeal on April 29, 2013 [D.I. 10368].

12.     On April 24, 2013, the parties appeared before the U.S. and Canadian Courts in a joint hearing to resolve scheduling and discovery issues. The Joint Administrators, however, argued that the Arbitration Appeal divested the U.S. Court of jurisdiction. The Court concluded that the hearing should proceed "in the interest of justice," Hr'g Tr. 35:8-9 (Apr. 24, 2013), and heard argument on the various positions with respect to the schedule and discovery plan for Allocation , EMEA Claims, and UK Pension Claims. The Court also scheduled a hearing for Wednesday, May 1, 2013 to address the Certification and Jurisdiction Motions. *Notice of Hearing* [D.I. 10288].

13.     On May 1, 2013, the parties appeared before the U.S. Court to address jurisdictional questions related to the Arbitration Appeal.

14.     On May 3, 2013, the Canadian Court issued an Endorsement accepting the scheduling approach proposed by the EMEA Claimants, affirming that the litigations are separate and independent despite coordinated discovery, and supporting discovery groups. Also that day, the Canadian Court sent a letter approving the form of the Allocation Proposal submitted by counsel for the Canadian Debtors.

15.     On May 7, 2013, the U.S. Court issued an order declaring the Arbitration Appeal frivolous and retaining jurisdiction and requested that the U.S. Debtors provide the court with a "Revised Allocation Protocol and Schedule" incorporating the rulings of Justice Geoffery Morawetz in the Endorsement issued in the Canadian proceedings on May 3, 2013 [D.I. 10465].

16.     Thereafter, the U.S. Debtors prepared, in coordination with the Monitor, a revised Allocation Protocol.  This revision includes a technical change to include the French liquidator of Nortel Networks, S.A. ("NNSA"), Cosmé Rogeau, who has been appointed Liquidator for NNSA under French secondary proceedings, and acts jointly with the Joint Administrators with respect to NNSA, as a Core Party.  NNSA and its representatives were included as Core Parties in the version approved by Justice Morawetz.

17.     On Sunday, May 12, 2013, the Monitor circulated the revised Allocation Protocol among the parties in advance of a Chambers conference with the Canadian Court set for 10:30 a.m. on Monday, May 13, 2013.  At the time of this filing, the US Debtors are not aware of any objections to the addition of the French liquidator by name.  A copy of the revised Allocation Protocol is annexed to the Proposed Order as **Exhibit 1**.


[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtors respectfully request that the Court (i) enter the

Proposed Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just

and proper.

Dated:  May 13, 2013
        Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

        - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


  */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*