# **Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
                Debtors. :
: **Re:  D.I. _____**
:
---------------------------------------------------------X

### ORDER (I) ESTABLISHING TUESDAY, MAY 14, 2013 AS THE DEADLINE FOR OPENING ALLOCATION SUBMISSIONS AND (II) SETTING A JOINT HEARING DATE WITH THE CANADIAN COURT TO ESTABLISH A LITIGATION TIMETABLE AND DISCOVERY PLAN

      WHEREAS, the Court entered an Order on May 3, 2014, retaining jurisdiction over the Allocation[2] dispute pending appeal [D.I. 10565].

      WHEREAS, the Court has set date of January 6, 2014 for the joint trial of the Allocation dispute.

      WHEREAS, the parties continue to meet and confer regarding the discovery schedule prior to such trial, but must commence the litigation process in anticipation of the trial commencing on January 6, 2014.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Allocation Protocol, attached to the *Certification of Counsel Regarding the Proposed Order Approving Allocation Protocol* [D.I. 10489-1].

2

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. Any Core Party who wishes to participate in the Allocation dispute shall serve a pleading or opening submission styled "Allocation Position of [●]" which will set out with reasonable particularity the relief sought with respect to allocation, the material facts relied upon and legal bases for the allocation position being advanced by that Core Party **by May 14, 2013** and file the same within the next business day.

2. The Court will hold a Joint Hearing with the Canadian Court on _____ at _____ to establish a Litigation Timetable and Discovery Plan.


Dated: _____, 2013
      Wilmington, Delaware

                                                          _____
                                                           THE HONORABLE KEVIN GROSS
                                                           CHIEF UNITED STATES BANKRUPTCY JUDGE