IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS, INC., et al.,[1] | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Dkt No. 10491** |

**ORDER GRANTING THE JOINT MOTION FOR
ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 102(1) AND 105,
FED. R. BANKR. P. 9006 AND BANKR. D. DEL. L.R. 9006-1(e)
SHORTENING NOTICE FOR THE EMERGENCY JOINT MOTION FOR
ENTRY OF AN ORDER (I) ESTABLISHING TUESDAY MAY 14, 2013 AS
THE DEADLINE FOR OPENING ALLOCATION SUBMISSIONS AND
(II) SETTING A JOINT HEARING DATE WITH THE CANADIAN COURT THIS
WEEK TO ESTABLISH A LITIGATION TIMETABLE AND DISCOVERY PLAN**

Upon the joint motion dated May 13, 2013 (the "Motion to Shorten"),[2] of Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession (collectively, the "Debtors" or the "U.S. Debtors"), the Official Committee of Unsecured Creditors (the "Committee," together with the U.S. Debtors, the "U.S. Interests"), pursuant to sections 102(1) and 105 of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-1(e), requesting an order shortening notice to allow the *Emergency Joint Motion for Entry of an* (1) *Order (I) Establishing Tuesday, May 14, 2013 as the Deadline for Opening Allocation Submissions and (II) Setting a Joint Hearing Date*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

*with the Canadian Court this Week to Establish a Litigation Timetable and Discovery Plan* (the "Emergency Motion") to be considered at a hearing as soon as possible during the week of May 13, 2013; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten having been provided to the parties listed therein and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is **GRANTED** as set forth herein.

2. The Emergency Motion will be considered at a one hour telephonic hearing on May 15, 2013, at 4:30 p.m.

3. The Debtors must file their proposed Litigation Timetable and Discovery Plan by noon on May 14, 2013, and any alternative proposals must be filed by noon on May 15, 2013, with a chart indicating the differences.

4. Depending upon the submissions, the Court may grant any proposal in its entirety and may cancel the hearing.

5. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: May 13, 2013

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE