IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Hearing date:  May 15, 2013 at 4:30 p.m. (ET) |
| | Re: D.I. 10510 |

---

## NOTICE OF TELEPHONIC JOINT HEARING

**PLEASE TAKE NOTICE** that on May 13, 2013, the Court entered the *Order Granting the Joint Motion for Entry of an Order Shortening Notice for the Emergency Joint Motion for Entry of an Order (I) Establishing Tuesday May 14, 2013 as the Deadline for Opening Allocation Submissions and (II) Setting a Joint Hearing Date with the Canadian Court this week to Establish a Litigation Timetable and Discovery Plan* (D.I. 10510) (the "Order") setting joint telephonic hearing on May 15, 2013 at 4:30 p.m.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Debtors must file their proposed Litigation Timetable and Discovery Plan by noon on May 14, 2013, and any alternative proposals must be filed by **noon on May 15, 2013** with a chart indicating the differences.

**ANY PARTY WISHING TO PARTICIPATE IN THE TELEPHONIC JOINT HEARING MUST MAKE ARRANGEMENTS THROUGH COURTCALL AT LEAST ONE HOUR PRIOR TO THE HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Dated: May 13, 2013<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice)*<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors and Debtors in Possession* |