May 08, 2013

United States Bankruptcy Court
Mr. David D. Bird, Clerk of Court
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Subject:     Claim No. 4468 (James W. Cole) objection to the transferee (Solus Recovery Fund LP)
Reference:   Internal Control Number 9838
Attachment:  Nortel Networks Inc. Case No. 09-10138 (KG), BP 3001(e) (2) or (4)

Dear Mr. Conklin:

On October 10, 2013 I signed my claim (No. 4468) over to STK Firm in Addison, Texas for early disbursement of monies, albeit less broker fee (STK Firm) and 85% of claim value (ASM Capital). STK is a broker for ASM Capital, who in turn is an intermediary for Solus Recovery Fund LP.

The spirit of early disbursement was to help me clear debt by end January 2013. That did not materialize, although the broker verbally advised that the payment date was forth coming or at the minimum, a partial payment could be made to help me with my debt. In fact, in early January 2013 and February 2013 I requested relief to rescind the agreement from the broker and ASM.

Be that as it may, I object to my claim transfer to the transferee because there is no commitment from the transferee or its affiliates 1) on what date the court sends my claim letter of approval, 2) the process necessary for me fill out forms to approve my payment, 3) the interest paid for 'Delayed Recovery Event', 3) when I will receive my payment ,and 4) because the transfer is not my claim or managed by me, it appears I will need to retain an attorney to retrieve what is mine.

Respectfully Submitted,

James W. Cole

cc:
Michele Schumpert-Martin, STK Firm, Addison, TX
Douglas Wolfe, ASM Capital, Woodbury, NY
Jon Zinman, Solus Recovery Fund LP

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   COLE, JAMES W.
      1148 MIDWAY DRIVE
      RICHARDSON, TX 75081
```

Please note that your claim # 4468 in the above referenced case and in the amount of $103,416.96 has been transferred **(unless previously expunged by court order)** to:

```
SOLUS RECOVERY FUND LP
TRANSFEROR: COLE, JAMES W.
ATTN: JON ZINMAN
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington, DE 19801-3577

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9838 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/18/2013                         David D. Bird, Clerk of Court

                                         /s/ Tim Conklin
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 18, 2013.