## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------X
                                                         :
                                                         :      Chapter 11
                                                         :
In re                                                    :
                                                         :      Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                           :
                                                         :      Jointly Administered
                                    Debtors.             :
                                                         :      Re:  D.I. 10510
                                                         :
---------------------------------------------------------X
```

## JOINT NOTICE OF FILING OF PROPOSED
## LITIGATION TIMETABLE AND DISCOVERY PLAN

        1.      Pursuant to the Court's order dated May 13, 2013, and in order to provide the other parties an opportunity to review, consider, and propose modifications to Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "U.S. Debtors") and the Official Committee of Unsecured Creditors (the "Committee," and together with the US Debtors, the "U.S. Interests") proposed Litigation Timetable² and Discovery Plan, the U.S. Interests hereby submit their proposed Litigation Timetable, attached hereto as **Exhibit A**, and Discovery Plan, attached hereto as **Exhibit B**, related to the litigation of Allocation, the EMEA Claims, and the UK Pension Claims.

        2.      The Litigation Timetable and Discovery Plan reflects agreement reached between the U.S. Interests and the EMEA Debtors following the hearing before the Canadian

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     Capitalized terms not otherwise defined herein have the meaning ascribed in the Allocation Protocol, attached to the *Certification of Counsel Regarding the Proposed Order Approving Allocation Protocol* [D.I. 10489].

Court on May 13, 2013.  The U.S. Debtors also reached out to the Canadian Monitor in the afternoon of May 13, 2013 in an effort to reach a tri-lateral agreement but the Monitor was unavailable for discussions with the U.S. Debtors until this morning, when this submission was necessarily being finalized.  The U.S. Debtors have reached out to the Monitor to discuss this submission following its filing.

<u>BACKGROUND</u>

3.     On April 24, 2013, the parties appeared before the U.S. and Canadian Courts in a joint hearing to resolve scheduling and discovery issues.

4.     On May 3, 2013, the Canadian Court issued an Endorsement accepting the dates for the close of fact and expert discovery proposed by the EMEA Claimants, affirming that the litigations are separate and independent despite coordinated discovery, and supporting discovery groups.  Subsequently, on May 7, 2013, the U.S. Court requested that the U.S. Debtors provide the court with a "Revised Allocation Protocol and Schedule" incorporating the rulings of the Honorable Mr. Justice Geoffery Morawetz in the Endorsement issued in the Canadian proceedings on May 3, 2013 [D.I. 10465].

5.     On the morning of May 13, 2013, the U.S. Interests submitted an allocation protocol under certification of counsel [D.I. 10489].  That same day, the U.S. Interests filed a motion seeking entry of an order setting a May 14, 2013 deadline for serving opening Allocation Submissions and setting a joint hearing with the Canadian Court to establish a Litigation Timetable and Discovery Plan (the "<u>Emergency Motion</u>") [D.I. 10490], along with a motion to shorten notice on the same (the "<u>Motion to Shorten</u>") [D.I. 10491].

6.     On May 13, 2013, this Court granted the Motion to Shorten [D.I. 10510] and ordered a hearing on May 15, 2013 at 4:30 p.m (the "<u>4:30 Hearing</u>").  Further, the Court

ordered the U.S. Debtors to file their proposed Litigation Timetable and Discovery Plan by noon on May 14, 2013, and for other parties to file any alternative proposals by noon on May 15, 2013 with a chart indicating the differences.

<u>JOINT U.S. DEBTORS' AND EMEA DEBTORS' SCHEDULE AND DISCOVERY PLAN</u>

7.      On the afternoon of May 13, 2013, the U.S. Debtors reached out to both the EMEA Debtors and the Monitor in the hope of negotiating a compromise schedule and discovery plan, and were successful in engaging the EMEA Debtors in a series of meet and confer sessions.    After several productive conversations, the U.S. Debtors and the EMEA Debtors reached agreement on a slate of compromise dates, which are reflected in the attached **Exhibit A**, and a Discovery Plan, attached hereto as **Exhibit B**.  Neither the U.S. Debtors nor the EMEA Debtors have been able to have any discussions with the Monitor about the litigation schedule or discovery plan since the May 13 hearing before the Canadian Court.  Because the Monitor did not make themselves available to confer with the U.S. Debtors until hours before this submission was due, despite the U.S. Debtors' request, the U.S. Debtors hope to engage the Monitor in discussions promptly after the filing in the hope of bringing about complete consensus.

8.      Given that the Court requested that the parties submit their proposed schedules and plans along with a chart summarizing differences from the U.S. Debtors' proposal, the Debtors reserve the right to comment on such differences at the 4:30 Hearing.  However, based on a draft proposal circulated unilaterally by the Monitor on the evening of May 13, 2013 (the "<u>Monitor's Proposal</u>"), the U.S. Interests have identified at least one significant inconsistency with the prior order of the Courts (in addition to at least one date being different than previously ordered by the Courts), namely the Courts' endorsement of the U.S. Interests

3

proposal for the utilization of discovery groups.    Notwithstanding the virtually complete alignment of the CCC and the Monitor in terms of desired outcome, the Monitor has proposed without explanation that the CCC be its own discovery group over the opposition of most, if not all, of the non-Canadian parties.

9.    There are other significant differences between the Monitor's draft proposals, but rather than address potentially non-final provisions, the U.S. Interests will address at the Hearing the key distinctions and why the position of the jointly endorsed U.S. Interests and EMEA Debtors' proposal should be adopted.

*[Remainder of Page Intentionally Left Blank]*

Dated:  May 14, 2013
          Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

AKIN GUMP STRAUSS HAUER & FELD LLP

Fred Hodara (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700

Facsimile: (302) 651-7701

*Counsel for the Official Committee
of Unsecured Creditors*