IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-10138(KG) |
| | ) | (Jointly Administered) |
| NORTEL NETWORKS, INC., | ) | |
| et al., | ) | Chapter 11 |
| | ) | Courtroom 3 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | May 7, 2013 |
| | ) | 10:00 a.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors:
Morris Nichols Arsht & Tunnell, LLP
BY: DEREK ABBOTT, ESQ.
BY: ANN CORDO, ESQ.
1201 North Market St., 18th Floor
Wilmington, DE 19899-1347
(302) 351-9357

Cleary Gottlieb Steen & Hamilton
BY: LISA SCHWEITZER, ESQ.
BY: LOUIS LIPNER, ESQ.
One Liberty Plaza
New York, NY 10006
(212) 225-2000

ECRO: GINGER MACE

Transcription Service:
DIAZ DATA SERVICES, LLC
331 Schuylkill Street
Harrisburg, Pennsylvania 17110
(717) 233-6664
www.diazdata.com

Proceedings recorded by electronic sound recording; transcript produced by transcription service

APPEARANCES:
(Continued)

| | |
|---|---|
| For the Creditors' Committee: | Richards Layton & Finger<br>BY: CHRIS SAMIS, ESQ.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7531 |
| For U. S. Trustee: | Office of the U. S. Trustee<br>BY: MARK KENNEY, ESQ.<br>844 King Street, Ste. 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 |
| For CBRE, Inc.: | Saul Ewing, LLP<br>BY: LUCIAN MURLEY, ESQ.<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19899<br>(302) 421-6800 |
| For CB Richard Ellis: | Gebhardt & Smith<br>BY: LISA TANCREDI, ESQ.<br>One South Street, Suite 2200<br>Baltimore, Maryland 21202-3281<br>(410) 385-5048 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Ad Hoc Committee: | Milbank Tweed Hadley & McCloy<br>BY: CINDY CHEN DELANO, ESQ.<br>(212) 530-8978 |
| For Bank of America: | Bank of America<br>BY: ESTHER CHUNG<br>(646) 855-6705 |
| For Official Committee Of Unsecured Creditors: | Akin Gump Strauss Hauer & Feld<br>BY: FRED HODARA, ESQ.<br>(212) 872-8040 |
| For Interested Party: | Farallon Capital Management<br>BY: MICHAEL LINN<br>(415) 421-2132 |

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For Interested Party: | Barclays Capital, Inc.<br>BY: OLIVIA MAURO<br>(212) 412-6773 |
| For Citi: | Citi Capital Advisors<br>BY: REBECCA J. SONG<br>(212) 559-9933 |
| For Monitor, Ernst & Young: | Allen & Overy, LLP<br>BY: JOSEPH BADTKE-BARLOW, ESQ.<br>(212) 610-6300 |
| For Nortel Networks UK UK Pension Trust: | Hogan Lovelis International, LLP<br>BY: ANGELA DIMSDALE GILL, ESQ.<br>(212) 728-3135 |
| For Interested Party, DLA Piper US, LLP: | BY: SELINDA A. MELNIK, ESQ.<br>(302) 468-5650 |
| For Official Committee of Retirees: | Togut Segal & Segal LLP<br>BY: STEPHANIE SKELLY, ESQ.<br>(212) 594-5000 |
| For UK Pension Trust, Limited: | Willkie Farr & Gallagher, LLP<br>BY: JACK TRACY, ESQ.<br>(212) 728-8744 |

WILMINGTON, DELAWARE, TUESDAY, MAY 7, 2013, 10:04 A.M.

THE CLERK: Please rise.

THE COURT: Good morning, everyone. Thank you and please be seated.

MR. ABBOTT: Good morning, Your Honor.

THE COURT: Mr. Abbott, good morning.

MR. ABBOTT: Derek Abbott, of Morris Nichols, here for the Debtors, Your Honor, happily, with a slightly less crowded courtroom than last week.

(Laughter)

THE COURT: Yes.

MR. ABBOTT: Your Honor, we have a relatively short agenda today. Items 1 and 2, I understand have been adjourned and ordered, respectively.

Which leave us to Number 3, the Raleigh, North Carolina Sublease Motion and I'm going to cede the podium to Mr. Lipner to hand that, if I may.

THE COURT: That's fine, thank you. Good morning, Mr. Lipner, good to see you.

MR. LIPNER: Good morning, Your Honor. Louis Lipner of Cleary, Gottlieb, Steen & Hamilton, LLP, for the Debtors.

THE COURT: Yes, sir.

MR. LIPNER: First, we wanted to thank Your Honor for agreeing to hear this matter on an expedited basis. IBM

 came to the Debtors with a sublease proposal that required us to move quickly and within a tight time window. And we appreciate the Court's assistance in helping us out with that.

THE COURT: My pleasure, of course.

MR. LIPNER: Because of the short window in which the Debtors and IBM have been negotiating the sublease proposal, the Debtors have sought approval of the term sheet attached to the motion as Exhibit B, and authority to enter into a sublease that's consistent with its terms.

THE COURT: Yes.

MR. LIPNER: More specifically, the Debtors are seeking approval of a term sheet that sets forth the material terms of a sublease for approximately 253,000 SF of office and warehouse space at a facility located at 4001 East Chappell Hill, Nelson Highway in Research Triangle Park, North Carolina, where NNI is currently the tenant under a lease that was assumed in connection with the sale of the CDMA and LTD business to Ericsson.

THE COURT: Yes.

MR. LIPNER: The facility was previously used by the Debtors in connection with their various businesses. And the Debtors continued to use a small portion of the facility for their continuing wind down efforts, with the remainder being subleased to other parties or vacant. The

sublease would generate approximately $7.8 million over the course of its term through July 30, 2016.

As per the terms of the term sheet, entry into a definitive Sublease Agreement remains subject to a number of conditions which include this Court's approval of the motion, written consent by NNI to IBM's proposed improvements to the space which NNI has provided, written agreement by Genband which is an existing sub-tenant at the facility to surrender a portion of the space it currently occupies in order to make that space available to IBM. And the Debtors are in the process of negotiating that agreement with Genband.

The agreement on a definitive sublease consistent with the terms of the term sheet, the Debtors and IBM are currently working on that, and we believe we are well positioned to finalize those negotiations within the next week.

And lastly, delivery of a Non-Disturbance Agreement and an estoppel from the master landlord at the facility to IBM. The Debtors have shared the landlord's forms with IBM and we understand IBM is in the process of reviewing those.

The proposed Form of Order, also includes authority for the Debtors to enter into such additional documents or instruments necessary or appropriate to

implement the terms of the term sheet, including authority to pay CBRE, Inc., in its capacity as agent for IBM, a commission of 4 percent of the total base rent that will be payable under the lease. And authority to enter into written agreement with Genband to facilitate its moving within the space to make room for IBM.

As noted in the motion, the Debtors also intend to file a Retention Application for CB Richard Ellis Raleigh, LLC, which acted as its agent in connection with the proposed transaction. The Debtors hope that the above conditions will be satisfied and they will be able to give effect to the terms of the term sheet, so that they can close the proposed transaction, which we believe to be in the best interest of the Debtors' estates.

No objections have been filed with respect to the relief sought in the motion, and the Debtors have consulted with the Committee prior to filing the motion and continue to do so as we negotiate the sublease.

I'd be happy to answer any questions Your Honor may have.

THE COURT: Let me just ask this question, Mr. Lipner. With the conditions, the additional conditions besides the Court's approval, my approval, I just want to make sure that there aren't any material changes to something that I'm approving, which other parties then might

have a concern about.

MR. LIPNER: Right.

THE COURT: Since there are so many open types of matters.

MR. LIPNER: Right.

THE COURT: Does the Order -- and I should have looked, I didn't look at the Order yet. Does it provide for basically, the terms basically set forth in the motion or on the term sheet?

MR. LIPNER: It provides that the Debtors only have authority to enter into a sublease that is consistent with the terms of the term sheet. You know, we had hoped to be able to file a -- the finalized sublease prior to a hearing on this motion.

THE COURT: Sure.

MR. LIPNER: Unfortunately, the negotiations between the parties have stretched through --

THE COURT: Always take longer.

MR. LIPNER: -- today.

THE COURT: Yes.

MR. LIPNER: So it's taking a little bit longer than we would have liked. I think, you know, we -- the Debtors would be willing to file that sublease when it's finalized. But because of IBM's need to get into the space at a particular time, we asked for this hearing today before

those discussions were finalized.

THE COURT: I appreciate that. Does anyone else wish to be heard?

(No audible response)

THE COURT: All right. Well I certainly am prepared to accept the Debtors' business judgment on a matter of this nature. And as long as there are no material changes to the terms --

MR. LIPNER: Right.

THE COURT: -- if there are, of course, I would hope that the parties would come back to the Court --

MR. LIPNER: That's our expectation.

THE COURT: -- to approve any material changes.

MR. LIPNER: Right.

THE COURT: But I do want to give the Debtors and IBM some room to negotiate here. And as well, I know that you have yet to close an agreement with Genband.

MR. LIPNER: Right.

THE COURT: And presumably -- that is one -- that is another question. The agreement with Genband, Mr. Lipner, would that -- are those terms or general terms, am I approving those general terms? Will you be in consultation with the Committee? I just want to make sure, for example, just to be sort of outrageous about it, that the Genband deal doesn't undo all of the benefit --

MR. LIPNER: Sure.

THE COURT: -- to the estate.

MR. LIPNER: As we noted in the motion, Your Honor, the Genband deal does include a rent abatement --

THE COURT: Yes.

MR. LIPNER: -- with Genband. However, those negotiations are in process.

THE COURT: Right.

MR. LIPNER: The Debtors have discussed the economic terms of the potential deal with Genband with the Committee. But because those negotiations haven't been finalized, we aren't in a position to say how much, but we can say that the Debtors -- to the extent that the Debtors are unable to get an agreement from Genband on terms that are acceptable to them in their business judgment, they would not enter into the sublease as a whole.

THE COURT: That's right.

MR. LIPNER: And I should note also for Your Honor, that we have negotiated a provision with IBM in the term sheet, which is that to the extent some of these conditions are satisfied, but others are not, including, you know, if we get the Court's approval, but we are for some other reason unable to enter into the sublease, we -- IBM has agreed to reimburse the Debtors for certain of their expenses in going through this process which we undertook

because of their time constraints.

THE COURT: Exactly.

MR. LIPNER: Right.

THE COURT: All right. Well recognizing those time constraints, the benefit to the estate, the appropriate exercise of the Debtors' business judgment, and the absence of objections, Mr. Lipner, I will sign the Order.

MR. LIPNER: Thank you, Your Honor.

THE COURT: Thank you.

MR. LIPNER: I have a slightly revised Order for Your Honor.

THE COURT: All right, please.

MR. LIPNER: May I approach?

THE COURT: Come forward. You sure may. Thank you, sir. When you say a slightly revised, is there any --

MR. LIPNER: Yes, I should have pointed out. The only changes are the date on the motion in the first line.

THE COURT: Right.

MR. LIPNER: And the insertion of the docket index number.

THE COURT: Wonderful. Okay, those are certainly minor changes, I'll be pleased to sign the Order. Anyone else? Ms. Tancredi, good morning.

MS. TANCREDI: Good morning, Your Honor. I'm here on behalf of CB Richard Ellis Raleigh, LLC.

And as Mr. Lipner indicated, there will be an application filed to employ CB Richard Ellis Raleigh, LLC, as a broker for the Debtor. Given the speed at which this is all transpiring --

THE COURT: Exactly.

MS. TANCREDI: -- we didn't want to hold up the transaction. And so what we had planned to do was to ask that the application be filed just on the normal regular notice instead of expedited notice.

THE COURT: Yes.

MS. TANCREDI: But we will be seeking nunc pro tunc authorization to the end of March. And right now, the client is going through the lengthy conflict check just to make sure that when we file our application, we've disclosed everything. It's just taking a while, so.

THE COURT: Yes.

MS. TANCREDI: We hope to file it probably towards the end of this week. But I just wanted to let the Court and the parties know what to expect.

THE COURT: Well subject to what anyone else may raise, I don't have a problem with this. I appreciate the speed of things. And when people earn a fee, I like to see them get paid. And I understand that sort of the circumstances have leaped a little bit forward of your applying first for retention, so file your papers in the

normal course.

MS. TANCREDI: Thank you, Your Honor.

THE COURT: All right. Thank you, Ms. Tancredi. Ms. Schweitzer, you're up.

MS. SCHWEITZER: Good morning, Your Honor.

THE COURT: Good morning.

MS. SCHWEITZER: Despite telling you a couple weeks ago I wasn't going for part-time residency status, I think I have to start telling my tax attorney to pay attention to these things.

(Laughter)

THE COURT: Well you can at least avoid your transfer tax in New York City, probably.

MS. SCHWEITZER: There you go.

(Laughter)

THE COURT: Yeah.

MS. SCHWEITZER: So I am actually before you on the motion brought by the individual Nortel LTD employees for a statement of the Debtors' position with regard to the severance. And it isn't -- not the Debtors' motion, but actually, and I'll pause, I don't believe there's anyone on the line or in the courtroom representing the Movants, so I thought I would just present the motion, unless anyone else wanted to be heard first.

THE COURT: Let me just raise that. Is anyone in

the courtroom on behalf of the LTD employees? Did I say in the courtroom? I know no nobody's in the courtroom, I should have said on the telephone.

(No audible response)

THE COURT: No one. Okay, you may proceed then, Ms. Schweitzer.

MS. SCHWEITZER: Very well, Your Honor. Your Honor is well familiar, as we were just in front of you, that we have sought to the approval of settlements with respect to the retiree benefits and LTD benefits, generally, and the termination of those plans and in connection with the settlement of the long-term disability claims that the long-term disability individuals would be terminated from their employment with Nortel.

THE COURT: Right.

MS. SCHWEITZER: In the motion, as part of those two concurrent settlements, there's a choice for long term disabled individuals who are qualified, to elect over and to participate in the retiree settlement. However, in order to do so, they have to actually voluntarily retire.

THE COURT: Yes.

MS. SCHWEITZER: And so what happened chronologically was that the retiree settlement was approved. The Order became final. And the window, the election window is 30 days after the Retiree Order became

final which was the middle of last month until the middle of this month. And the Debtors, so that we didn't get individual forms and scraps of paper coming in, created a template form for people to elect over. And that form is attached to the motion itself.

THE COURT: Yes.

MS. SCHWEITZER: And it was vetted by the LTD Committee and the Retiree Committee. And no one's objecting to the form of that notice.

One of the things that that form of notice does is make clear to people to acknowledge the effect of electing to retire. Because you know, it's always been a concern of individuals that they have full information about their consequences of retiring. So we made clear that by retiring, you don't get to participate in the long-term disability settlement. Or if there is no settlement, because that happened, that window happened before the settlement has gone final or was even approved, that if that, the long term disability settlement didn't happen, you're waiving your rights to future benefits on the long-term disability side.

And among the various disclosures, what we said is that you should acknowledge that you are not getting severance. And because the severance plans for the company are still in place. And also at the time that we had the

election form available, certain individual long-term disabled employees had brought motions saying if I'm terminated, I want severance. So we knew people were focused on the plans. And we wanted to make sure because the issue had been raised by them, that they understood when they retired, they do not get severance because it's a voluntary separation from the company.

THE COURT: That's right.

MS. SCHWEITZER: And so I think no one's contesting any of that, but as a result of having seen the election form, individuals who have this retirement choice said, well what happens if I don't retire, right? And they said, we want the Debtors to state our position.

So the Debtors, in response to this motion, put in a one-page form stating that it’s certainly, the Debtors' position that the severance plans, on their face, contemplate that their severance is paid to employees who are actively working. The definition of an employee. An employee is not a colloquial term under these plans. It's defined as a full-term or full-time or part-time employee when actual it says that you're regularly scheduled to work a fixed number of hours each week and that you have to be an employee, meaning regularly scheduled to work, as of the date of your termination, right?

THE COURT: Yes, yes.

MS. SCHWEITZER: And so the Debtors have read this to say that if you're a disabled person who's out on leave, you're not regularly scheduled to work immediately prior to your separation and, therefore, you wouldn't be entitled to severance.

THE COURT: Right.

MS. SCHWEITZER: So individual employees have brought -- and just chronologically, we're sort of jockeying between different motions before the Court. At this point, the Court has approved the retiree settlement. Has approved the long-term disability settlement, which hopefully, will become final in the next couple weeks. The only choice in front of people right now is whether to elect, right?

THE COURT: Yes.

MS. SCHWEITZER: And for that election, we've now given them the Debtors' view of both sides of the equation, right?

THE COURT: Correct.

MS. SCHWEITZER: That if you retire, you're not entitled to severance. The Debtors would say if you stay and elect to be in the -- or not elect, but you by consequence of staying are in the LTD settlement, you also do not get severance.

Some individuals have filed these motions. Those motions are set to actually be -- have an allowed severance

claim. They said if, in fact, the LTD severance settlement occurs, we do want to be paid severance. Those motions on the merits are scheduled to be heard in June.

THE COURT: Okay.

MS. SCHWEITZER: And I expect since a couple were filed, more might be filed, it's possible. But the merit -- you don't today have to decide the merits. All you have to do is acknowledge that the LTD employees have asked us to state our position. We've stated our position. And so in connection with our response, we had an attached Order that said --

THE COURT: Yes.

MS. SCHWEITZER: -- motion granted. That the Debtors should be required to provide this information and also to acknowledge that the Debtors, in fact, have provided this information to the LTD employees through our response.

THE COURT: Okay.

MS. SCHWEITZER: So that's all that's before Your Honor today is just a simple motion originally requesting the Debtors to state their position and we -- I could hand up, but we had a revised Order just to say yes, Motion granted, but also, the Debtors have, in fact, given that information. So it's clear that the Debtors have no further obligations with respect to this motion.

THE COURT: All right.

MS. SCHWEITZER: On the merits, we'll see you in June, but everyone knows where we stand, so everyone can make an election based on our -- their understanding of the Debtors' position.

THE COURT: All right. And does anyone else wish to be heard on this? Or anyone on the telephone?

(No audible response)

THE COURT: Okay. Well, Ms. Schweitzer, based upon your representation that you have, indeed, provided the information, the requested information, I will be pleased to sign that Order.

MS. SCHWEITZER: Thank you. Your Honor, if I may approach, we also have clean up on our revised Order. It's simply again, to put in conforming changes to the DI numbers and the like, so I'll hand up a clean and black line?

THE COURT: Yes, thank you, Ms. Schweitzer. Thank you.

MS. SCHWEITZER: Thank you.

THE COURT: Yes. All right.

MS. SCHWEITZER: With that, I believe we've completed our agenda in less than a half hour.

THE COURT: A new record.

(Laughter)

MS. SCHWEITZER: Thank you for your time, Your Honor.

THE COURT: And thank you. And I will have an opinion coming out shortly for you on the matters we argued last week.

MS. SCHWEITZER: Thank you, Your Honor. We look forward to it.

THE COURT: So I hope that will provide some significant guidance to everyone.

MS. SCHWEITZER: We appreciate it and look forward to it.

THE COURT: You bet. And with that, I will declare a recess.

MS. SCHWEITZER: Thank you, Your Honor.

THE COURT: Thank you. Good to see everyone.

(Whereupon, at 10:22 a.m., the hearing was adjourned.)

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Traci Calaman Digitally signed by Traci Calaman DN: cn=Traci Calaman, o=Diaz Data Services, ou, email=info@diazdata.com, c=US Date: 2013.05.14 10:11:21 -04'00'

Traci L. Calaman, Transcriber

7 May 2013

Date

Word Page:Line

**a.m**(3) 1:15 4:1 20:15
**abatement**(1) 10:4
**abbott**(6) 1:23 4:5 4:6 4:7 4:7 4:12
**able**(2) 7:11 8:13
**about**(3) 8:1 9:24 15:13
**above**(1) 7:10
**aboveentitled** (1) 20:20
**absence**(1) 11:6
**accept**(1) 9:6
**acceptable**(1) 10:15
**acknowledge**(4) 15:11 15:23 18:8 18:15
**acted**(1) 7:9
**actively**(1) 16:18
**actual**(1) 16:21
**actually**(4) 13:17 13:21 14:20 17:25
**additional**(2) 6:24 7:22
**adjourned**(2) 4:14 20:15
**administered**(1) 1:6
**advisors**(1) 3:8
**after**(1) 14:25
**again**(1) 19:14
**agenda**(2) 4:13 19:21
**agent**(2) 7:2 7:9
**ago**(1) 13:8
**agreed**(1) 10:24
**agreeing**(1) 4:25
**agreement**(9) 6:4 6:8 6:11 6:13 6:19 7:5 9:17 9:20 10:14
**akin**(1) 2:40
**all**(11) 9:5 9:25 11:4 11:12 12:4 13:3 18:7 18:18 18:25 19:5 19:19
**allen**(1) 3:12
**allowed**(1) 17:25
**also**(8) 6:23 7:7 10:18 15:25 17:22 18:15 18:22 19:13
**always**(2) 8:18 15:12
**america**(2) 2:36 2:36
**among**(1) 15:22
**and**(72) 4:4 4:13 4:14 4:16 5:2 5:2 5:7 5:9 5:15 5:19 5:23 6:10 6:14 6:15 6:18 6:19 6:21 7:4 7:11 7:16 7:17 8:6 9:7 9:15 9:16 9:19 10:18 11:6 11:19 12:1 12:7 12:12 12:19 12:22 12:23 13:20 13:21 14:10 14:11 14:11 14:18 14:22 14:24 15:2 15:3 15:4 15:7 15:8 15:8 15:22 15:24 15:25 16:4 16:9 16:12 16:22 17:1 17:4 17:8 17:15 17:21 18:5 18:9 18:14 18:20 19:5 19:15 19:15 20:1 20:1 20:8 20:10
**angela**(1) 3:17
**ann**(1) 1:24
**another**(1) 9:20
**answer**(1) 7:19
**any**(5) 7:19 7:24 9:13 11:15 16:10
**anyone**(8) 9:2 11:22 12:20 13:21 13:23 13:25 19:5 19:6
**appearances**(2) 2:30 3:1
**application**(4) 7:8 12:2 12:8 12:14
**applying**(1) 12:25
**appreciate**(4) 5:3 9:2 12:21 20:8
**approach**(2) 11:13 19:13
**appropriate**(2) 6:25 11:5
**approval**(7) 5:8 5:13 6:5 7:23 7:23 10:22 14:9
**approve**(1) 9:13
**approved**(4) 14:24 15:18 17:10 17:10
**approving**(2) 7:25 9:22
**approximately**(2) 5:14 6:1
**are**(23) 5:12 6:11 6:14 6:15 8:3 9:7 9:10 9:21 10:7 10:14 10:15 10:21 10:21 10:22 11:17 11:21 14:18 15:23 15:25 16:18 17:22 17:25 18:3
**aren't**(2) 7:24 10:12

Word Page:Line

**argued**(1) 20:2
**arsht**(1) 1:22
**ask**(2) 7:21 12:7
**asked**(2) 8:25 18:8
**assistance**(1) 5:3
**assumed**(1) 5:18
**attached**(3) 5:9 15:5 18:10
**attention**(1) 13:10
**attorney**(1) 13:9
**audible**(3) 9:4 14:4 19:7
**authority**(5) 5:9 6:24 7:1 7:4 8:11
**authorization**(1) 12:12
**available**(2) 6:10 16:1
**avenue**(1) 2:20
**avoid**(1) 13:12
**back**(1) 9:11
**badtke-barlow**(1) 3:13
**baltimore**(1) 2:27
**bank**(2) 2:36 2:36
**bankruptcy**(2) 1:1 1:19
**barclays**(1) 3:4
**base**(1) 7:3
**based**(2) 19:3 19:8
**basically**(2) 8:8 8:8
**basis**(1) 4:25
**became**(2) 14:24 14:25
**because**(9) 5:6 8:24 10:11 11:1 15:12 15:17 15:24 16:4 16:6
**become**(1) 17:12
**been**(6) 4:13 5:7 7:15 10:11 15:12 16:5
**before**(6) 1:18 8:25 13:17 15:17 17:9
**behalf**(2) 11:25 14:1
**being**(1) 5:25
**believe**(4) 6:15 7:13 13:21 19:20
**benefit**(2) 9:25 11:5
**benefits**(3) 14:10 14:10 15:20
**besides**(1) 7:23
**best**(1) 7:14
**bet**(1) 20:10
**between**(2) 8:17 17:9
**bit**(2) 8:21 12:24
**black**(1) 19:15
**both**(1) 17:16
**broker**(1) 12:3
**brought**(3) 13:18 16:2 17:8
**business**(4) 5:19 9:6 10:15 11:6
**businesses**(1) 5:22
**but**(15) 8:24 9:15 10:11 10:12 10:21 10:22 12:11 12:18 13:20 16:10 17:21 18:6 18:21 18:22 19:2
**calaman**(1) 20:24
**came**(1) 5:1
**can**(4) 7:12 10:13 13:12 19:2
**capacity**(1) 7:2
**capital**(3) 2:44 3:4 3:8
**carolina**(2) 4:16 5:17
**case**(1) 1:5
**cbre**(2) 2:18 7:2
**cdma**(1) 5:19
**cede**(1) 4:16
**certain**(2) 10:24 16:1
**certainly**(3) 9:5 11:21 16:15
**certification**(1) 20:17
**certify**(1) 20:18
**changes**(6) 7:24 9:8 9:13 11:17 11:22
**chappell**(1) 5:16
**chapter**(1) 1:8
**check**(1) 12:13
**chen**(1) 2:33
**choice**(3) 14:17 16:11 17:12
**chris**(1) 2:5
**chronologically**(2) 14:23 17:8
**chung**(1) 2:37
**cindy**(1) 2:33
**circumstances**(1) 12:24
**citi**(2) 3:8 3:8

Word Page:Line

**city**(1) 13:13
**claim**(1) 18:1
**claims**(1) 14:12
**clean**(2) 19:13 19:15
**clear**(3) 15:11 15:14 18:23
**cleary**(2) 1:29 4:21
**clerk**(1) 4:2
**client**(1) 12:13
**close**(2) 7:13 9:17
**colloquial**(1) 16:19
**come**(2) 9:11 11:14
**coming**(2) 15:3 20:2
**commission**(1) 7:3
**committee**(9) 2:5 2:32 2:40 3:23 7:17 9:23 10:11 15:8 15:8
**company**(2) 15:24 16:7
**completed**(1) 19:21
**concern**(2) 8:1 15:13
**concurrent**(1) 14:17
**conditions**(5) 6:5 7:11 7:22 7:22 10:21
**conflict**(1) 12:13
**conforming**(1) 19:14
**connection**(5) 5:18 5:22 7:9 14:11 18:10
**consent**(1) 6:6
**consequence**(1) 17:22
**consequences**(1) 15:14
**consistent**(3) 5:10 6:13 8:11
**constraints**(2) 11:1 11:5
**consultation**(1) 9:22
**consulted**(1) 7:16
**contemplate**(1) 16:17
**contesting**(1) 16:10
**continue**(1) 7:17
**continued**(3) 2:2 3:2 5:23
**continuing**(1) 5:24
**cordo**(1) 1:24
**correct**(2) 17:18 20:18
**could**(1) 18:20
**couple**(3) 13:7 17:12 18:5
**course**(4) 5:5 6:2 9:10 13:1
**court**(67) 1:1 4:3 4:6 4:11 4:18 4:23 5:5 5:11 5:20 7:21 8:3 8:6 8:15 8:18 8:20 9:2 9:5 9:10 9:11 9:13 9:15 9:19 10:2 10:5 10:8 10:17 11:2 11:4 11:9 11:12 11:14 11:18 11:21 12:5 12:10 12:16 12:19 12:20 13:3 13:6 13:12 13:16 13:25 14:5 14:15 14:21 15:6 16:8 16:25 17:6 17:9 17:10 17:14 17:18 18:4 18:12 18:17 18:25 19:5 19:8 19:16 19:19 19:22 20:1 20:6 20:10 20:13
**court's**(4) 5:3 6:5 7:23 10:22
**courtroom**(6) 1:10 4:9 13:22 14:1 14:2
**created**(1) 15:3
**creditors**(1) 2:41
**creditors'**(1) 2:4
**crowded**(1) 4:9
**currently**(3) 5:17 6:9 6:15
**data**(1) 1:38
**date**(3) 11:17 16:24 20:24
**days**(1) 14:25
**deal**(3) 9:25 10:4 10:10
**debtor**(1) 12:3
**debtors**(42) 1:12 1:22 4:8 4:22 5:1 5:7 5:8 5:12 5:22 5:23 6:11 6:14 6:20 6:24 7:7 7:10 7:14 7:16 8:10 8:23 9:6 9:15 10:9 10:13 10:13 10:24 11:6 13:19 13:20 15:2 16:13 16:14 16:15 17:1 17:16 17:20 18:14 18:15 18:20 18:22 18:23 19:4
**decide**(1) 18:7
**declare**(1) 20:11
**defined**(1) 16:20
**definition**(1) 16:18
**definitive**(2) 6:4 6:13
**delano**(1) 2:33
**delaware**(4) 1:2 1:12 2:20 4:1
**delivery**(1) 6:18

Word Page:Line

**derek**(2) 1:23 4:7
**despite**(1) 13:7
**diaz**(1) 1:38
**did**(1) 14:1
**didn't**(4) 8:7 12:6 15:2 15:19
**different**(1) 17:9
**dimsdale**(1) 3:17
**disability**(6) 14:12 14:13 15:16 15:19 15:21 17:11
**disabled**(3) 14:18 16:2 17:2
**disclosed**(1) 12:14
**disclosures**(1) 15:22
**discussed**(1) 10:9
**discussions**(1) 9:1
**district**(1) 1:2
**dla**(1) 3:21
**docket**(1) 11:19
**documents**(1) 6:25
**does**(6) 8:6 8:7 9:2 10:4 15:10 19:5
**doesn't**(1) 9:25
**don't**(5) 12:21 13:21 15:15 16:12 18:7
**down**(1) 5:24
**each**(1) 16:22
**earn**(1) 12:22
**east**(1) 5:16
**economic**(1) 10:10
**ecro**(1) 1:36
**effect**(2) 7:12 15:11
**efforts**(1) 5:24
**elect**(5) 14:18 15:4 17:13 17:21 17:21
**electing**(1) 15:12
**election**(5) 14:25 16:1 16:11 17:15 19:3
**electronic**(2) 1:44 20:19
**ellis**(4) 2:24 7:8 11:25 12:2
**else**(5) 9:2 11:23 12:20 13:23 19:5
**employ**(1) 12:2
**employee**(4) 16:18 16:19 16:20 16:23
**employees**(7) 13:18 14:1 16:2 16:17 17:7 18:8 18:16
**employment**(1) 14:14
**end**(2) 12:12 12:18
**enter**(6) 5:9 6:24 7:4 8:11 10:16 10:23
**entitled**(2) 17:5 17:20
**entry**(1) 6:3
**equation**(1) 17:16
**ericsson**(1) 5:19
**ernst**(1) 3:13
**esq**(15) 1:23 1:24 1:30 1:31 2:5 2:12 2:19 2:25 2:33 2:41 3:13 3:17 3:20 3:24 3:28
**estate**(2) 10:2 11:5
**estates**(1) 7:14
**esther**(1) 2:37
**estoppel**(1) 6:19
**even**(1) 15:18
**everyone**(5) 4:3 19:2 19:2 20:7 20:13
**everything**(1) 12:15
**ewing**(1) 2:18
**exactly**(2) 11:2 12:5
**example**(1) 9:23
**exercise**(1) 11:6
**exhibit**(1) 5:9
**existing**(1) 6:8
**expect**(2) 12:19 18:5
**expectation**(1) 9:12
**expedited**(2) 4:25 12:9
**expenses**(1) 10:25
**extent**(2) 10:13 10:20
**face**(1) 16:16
**facilitate**(1) 7:5
**facility**(5) 5:15 5:21 5:24 6:9 6:20
**fact**(3) 18:1 18:15 18:22
**familiar**(1) 14:8
**farallon**(1) 2:44
**farr**(1) 3:27
**fee**(1) 12:22

| Word | Page:Line |
|---|---|
| feld(1) | 2:40 |
| file(6) | 7:8 8:13 8:23 12:14 12:17 12:25 |
| filed(6) | 7:15 12:2 12:8 17:24 18:6 18:6 |
| filing(1) | 7:17 |
| final(4) | 14:24 15:1 15:18 17:12 |
| finalize(1) | 6:16 |
| finalized(4) | 8:13 8:24 9:1 10:12 |
| fine(1) | 4:18 |
| finger(1) | 2:4 |
| first(4) | 4:24 11:17 12:25 13:24 |
| fixed(1) | 16:22 |
| floor(1) | 1:25 |
| focused(1) | 16:4 |
| for(43) | 1:2 1:22 2:4 2:11 2:18 2:24 2:32 2:36 2:40 2:44 3:4 3:8 3:12 3:16 3:20 3:23 3:27 4:8 4:21 4:25 5:14 5:24 6:24 7:2 7:6 7:8 8:7 8:25 9:23 10:18 10:22 10:24 11:10 12:3 12:25 13:8 13:19 14:17 15:4 15:24 17:15 19:24 20:2 |
| foregoing(1) | 20:18 |
| form(8) | 6:23 15:4 15:4 15:9 15:10 16:1 16:11 16:15 |
| forms(2) | 6:21 15:3 |
| forth(2) | 5:13 8:8 |
| forward(4) | 11:14 12:24 20:5 20:9 |
| fred(1) | 2:41 |
| from(5) | 6:19 10:14 14:13 16:7 20:19 |
| front(2) | 14:8 17:13 |
| full(1) | 15:13 |
| full-term(1) | 16:20 |
| full-time(1) | 16:20 |
| further(1) | 18:23 |
| future(1) | 15:20 |
| gallagher(1) | 3:27 |
| gebhardt(1) | 2:24 |
| genband(10) | 6:8 6:12 7:5 9:17 9:20 9:24 10:4 10:6 10:10 10:14 |
| general(2) | 9:21 9:22 |
| generally(1) | 14:10 |
| generate(1) | 6:1 |
| get(8) | 8:24 10:14 10:22 12:23 15:2 15:15 16:6 17:23 |
| getting(1) | 15:23 |
| gill(1) | 3:17 |
| ginger(1) | 1:36 |
| give(2) | 7:11 9:15 |
| given(3) | 12:3 17:16 18:22 |
| going(4) | 4:16 10:25 12:13 13:8 |
| gone(1) | 15:18 |
| good(11) | 4:3 4:5 4:6 4:18 4:19 4:20 11:23 11:24 13:5 13:6 20:13 |
| gottlieb(2) | 1:29 4:21 |
| granted(2) | 18:13 18:22 |
| gross(1) | 1:18 |
| guidance(1) | 20:7 |
| gump(1) | 2:40 |
| had(7) | 8:12 12:7 15:25 16:2 16:5 18:10 18:21 |
| hadley(1) | 2:32 |
| half(1) | 19:21 |
| hamilton(2) | 1:29 4:21 |
| hand(3) | 4:17 18:20 19:15 |
| happen(1) | 15:19 |
| happened(3) | 14:22 15:17 15:17 |
| happens(1) | 16:12 |
| happily(1) | 4:8 |
| happy(1) | 7:19 |
| harrisburg(1) | 1:40 |
| has(5) | 6:7 10:24 15:18 17:10 17:10 |
| hauer(1) | 2:40 |
| have(40) | 4:12 4:13 5:7 5:8 6:20 7:15 7:16 7:20 8:1 8:6 8:11 8:17 8:22 9:17 10:9 10:19 11:10 11:16 12:21 12:24 13:9 14:3 14:9 14:20 15:13 16:11 16:22 17:1 17:7 17:24 17:25 18:7 18:7 18:8 18:15 18:22 18:23 19:9 19:13 20:1 |
| haven't(1) | 10:11 |
| having(1) | 16:10 |
| hear(1) | 4:25 |
| heard(4) | 9:3 13:24 18:3 19:6 |
| hearing(3) | 8:14 8:25 20:15 |
| helping(1) | 5:3 |
| here(3) | 4:8 9:16 11:25 |
| highway(1) | 5:16 |
| hill(1) | 5:16 |
| hoc(1) | 2:32 |
| hodara(1) | 2:41 |
| hogan(1) | 3:16 |
| hold(1) | 12:6 |
| honor(20) | 4:5 4:8 4:12 4:20 4:24 7:19 10:4 10:19 11:8 11:11 11:24 13:2 13:5 14:7 14:8 18:19 19:12 19:25 20:4 20:12 |
| honorable(1) | 1:18 |
| hope(4) | 7:10 9:11 12:17 20:6 |
| hoped(1) | 8:12 |
| hopefully(1) | 17:11 |
| hour(1) | 19:21 |
| hours(1) | 16:22 |
| how(1) | 10:12 |
| however(2) | 10:6 14:19 |
| i'd(1) | 7:19 |
| i'll(3) | 11:22 13:21 19:15 |
| i'm(4) | 4:16 7:25 11:24 16:2 |
| ibm(12) | 4:25 5:7 6:10 6:14 6:20 6:21 6:21 7:2 7:6 9:16 10:19 10:23 |
| ibm's(2) | 6:6 8:24 |
| immediately(1) | 17:3 |
| implement(1) | 7:1 |
| improvements(1) | 6:7 |
| inc(4) | 1:7 2:18 3:4 7:2 |
| include(2) | 6:5 10:4 |
| includes(1) | 6:23 |
| including(2) | 7:1 10:21 |
| indeed(1) | 19:9 |
| index(1) | 11:20 |
| indicated(1) | 12:1 |
| individual(4) | 13:18 15:3 16:1 17:7 |
| individuals(5) | 14:13 14:18 15:13 16:11 17:24 |
| information(6) | 15:13 18:14 18:16 18:23 19:10 19:10 |
| insertion(1) | 11:19 |
| instead(1) | 12:9 |
| instruments(1) | 6:25 |
| intend(1) | 7:7 |
| interest(1) | 7:14 |
| interested(3) | 2:44 3:4 3:20 |
| international(1) | 3:16 |
| into(8) | 5:10 6:3 6:24 7:4 8:11 8:24 10:16 10:23 |
| isn't(1) | 13:20 |
| issue(1) | 16:5 |
| it's(9) | 8:21 8:23 12:15 15:12 16:6 16:19 18:6 18:23 19:13 |
| items(1) | 4:13 |
| its(5) | 5:10 6:2 7:2 7:5 7:9 |
| itself(1) | 15:5 |
| it’s(1) | 16:15 |
| jack(1) | 3:28 |
| jockeying(1) | 17:8 |
| jointly(1) | 1:6 |
| joseph(1) | 3:13 |
| judge(2) | 1:18 1:19 |
| judgment(3) | 9:6 10:15 11:6 |
| july(1) | 6:2 |
| june(2) | 18:3 19:2 |
| just(14) | 7:21 7:23 9:23 9:24 12:8 12:13 12:15 12:18 13:23 13:25 14:8 17:8 18:19 18:21 |
| kenney(1) | 2:12 |
| kevin(1) | 1:18 |
| king(2) | 2:7 2:13 |
| knew(1) | 16:3 |
| know(7) | 8:12 8:22 9:16 10:22 12:19 14:2 15:12 |
| knows(1) | 19:2 |
| landlord(1) | 6:19 |
| landlord's(1) | 6:20 |
| last(3) | 4:9 15:1 20:3 |
| lastly(1) | 6:18 |
| laughter(4) | 4:10 13:11 13:15 19:23 |
| layton(1) | 2:4 |
| leaped(1) | 12:24 |
| lease(2) | 5:18 7:4 |
| least(1) | 13:12 |
| leave(2) | 4:15 17:3 |
| lengthy(1) | 12:13 |
| less(2) | 4:9 19:21 |
| let(3) | 7:21 12:18 13:25 |
| liberty(1) | 1:32 |
| like(2) | 12:22 19:15 |
| liked(1) | 8:22 |
| limited(1) | 3:28 |
| line(3) | 11:17 13:22 19:15 |
| linn(1) | 2:45 |
| lipner(34) | 1:31 4:17 4:19 4:20 4:21 4:24 5:6 5:12 5:21 7:22 8:2 8:5 8:10 8:16 8:19 8:21 9:9 9:12 9:14 9:18 9:21 10:1 10:3 10:6 10:9 10:18 11:3 11:7 11:8 11:10 11:13 11:16 11:19 12:1 |
| lisa(2) | 1:30 2:25 |
| little(2) | 8:21 12:24 |
| llc(4) | 1:38 7:9 11:25 12:2 |
| llp(8) | 1:22 2:18 3:12 3:16 3:21 3:23 3:27 4:21 |
| located(1) | 5:15 |
| lockbox(1) | 2:14 |
| long(4) | 9:7 14:17 15:19 15:20 |
| long-term(5) | 14:12 14:13 15:15 16:1 17:11 |
| longer(2) | 8:18 8:21 |
| look(3) | 8:7 20:4 20:8 |
| looked(1) | 8:7 |
| louis(2) | 1:31 4:20 |
| lovelis(1) | 3:16 |
| ltd(9) | 5:19 13:18 14:1 14:10 15:7 17:22 18:1 18:8 18:16 |
| lucian(1) | 2:19 |
| mace(1) | 1:36 |
| made(1) | 15:14 |
| make(8) | 6:10 7:6 7:24 9:23 12:14 15:11 16:4 19:3 |
| management(1) | 2:44 |
| many(1) | 8:3 |
| march(1) | 12:12 |
| mark(1) | 2:12 |
| market(2) | 1:11 1:25 |
| maryland(1) | 2:27 |
| master(1) | 6:19 |
| material(4) | 5:14 7:24 9:7 9:13 |
| matter(3) | 4:25 9:7 20:20 |
| matters(2) | 8:4 20:2 |
| mauro(1) | 3:5 |
| may(10) | 1:14 4:1 4:17 7:20 11:13 11:14 12:20 14:5 19:12 20:23 |
| mccloy(1) | 2:32 |
| meaning(1) | 16:23 |
| melnik(1) | 3:20 |
| merit(1) | 18:6 |
| merits(3) | 18:3 18:7 19:1 |
| michael(1) | 2:45 |
| middle(2) | 15:1 15:1 |
| might(2) | 7:25 18:6 |
| milbank(1) | 2:32 |
| million(1) | 6:1 |
| minor(1) | 11:22 |
| monitor(1) | 3:12 |
| month(2) | 15:1 15:2 |
| more(2) | 5:12 18:6 |
| morning(9) | 4:3 4:5 4:6 4:19 4:20 11:23 11:24 13:5 13:6 |
| morris(2) | 1:22 4:7 |
| motion(20) | 4:16 5:9 6:6 7:7 7:16 7:17 8:8 8:14 10:3 11:17 13:18 13:20 13:23 14:16 15:5 16:14 18:13 18:19 18:21 18:24 |
| motions(5) | 16:2 17:9 17:24 17:25 18:2 |
| movants(1) | 13:22 |
| move(1) | 5:2 |
| moving(1) | 7:5 |
| much(1) | 10:12 |
| murley(1) | 2:19 |
| nature(1) | 9:7 |
| necessary(1) | 6:25 |
| need(1) | 8:24 |
| negotiate(2) | 7:18 9:16 |
| negotiated(1) | 10:19 |
| negotiating(2) | 5:7 6:11 |
| negotiations(4) | 6:16 8:16 10:7 10:11 |
| nelson(1) | 5:16 |
| networks(2) | 1:7 3:16 |
| new(3) | 1:33 13:13 19:22 |
| next(2) | 6:16 17:12 |
| nichols(2) | 1:22 4:7 |
| nni(3) | 5:17 6:6 6:7 |
| nobody's(1) | 14:2 |
| non-disturbance(1) | 6:18 |
| normal(2) | 12:8 13:1 |
| nortel(4) | 1:7 3:16 13:18 14:14 |
| north(4) | 1:25 2:7 4:15 5:17 |
| not(10) | 10:16 10:21 13:20 15:23 16:6 16:19 17:3 17:19 17:21 17:23 |
| note(1) | 10:18 |
| noted(2) | 7:7 10:3 |
| notice(4) | 12:9 12:9 15:9 15:10 |
| now(3) | 12:12 17:13 17:15 |
| number(4) | 4:15 6:4 11:20 16:22 |
| numbers(1) | 19:14 |
| nunc(1) | 12:11 |
| objecting(1) | 15:8 |
| objections(2) | 7:15 11:7 |
| obligations(1) | 18:24 |
| occupies(1) | 6:10 |
| occurs(1) | 18:2 |
| office(2) | 2:11 5:15 |
| official(2) | 2:40 3:23 |
| okay(5) | 11:21 14:5 18:4 18:17 19:8 |
| olivia(1) | 3:5 |
| one(6) | 1:32 2:6 2:26 9:19 14:5 15:10 |
| one's(2) | 15:8 16:9 |
| one-page(1) | 16:15 |
| only(3) | 8:10 11:17 17:12 |
| open(1) | 8:3 |
| opinion(1) | 20:2 |
| order(14) | 6:10 6:23 8:6 8:7 11:7 11:10 11:22 14:19 14:24 14:25 18:10 18:21 19:11 19:13 |
| ordered(1) | 4:14 |
| originally(1) | 18:19 |
| other(3) | 5:25 7:25 10:23 |
| others(1) | 10:21 |

Word Page:Line

**our**(10) 9:12 12:14 16:13 18:9 18:9 18:10 18:16 19:3 19:13 19:21
**out**(4) 5:3 11:16 17:2 20:2
**outrageous**(1) 9:24
**over**(3) 6:1 14:18 15:4
**overy**(1) 3:12
**paid**(3) 12:23 16:17 18:2
**paper**(1) 15:3
**papers**(1) 12:25
**park**(1) 5:17
**part**(1) 14:16
**part-time**(2) 13:8 16:20
**participate**(2) 14:19 15:15
**particular**(1) 8:25
**parties**(5) 5:25 7:25 8:17 9:11 12:19
**party**(3) 2:44 3:4 3:20
**pause**(1) 13:21
**pay**(2) 7:2 13:9
**payable**(1) 7:4
**pennsylvania**(1) 1:40
**pension**(2) 3:17 3:27
**people**(5) 12:22 15:4 15:11 16:3 17:13
**per**(1) 6:3
**percent**(1) 7:3
**person**(1) 17:2
**piper**(1) 3:21
**place**(1) 15:25
**planned**(1) 12:7
**plans**(5) 14:11 15:24 16:4 16:16 16:19
**plaza**(1) 1:32
**please**(3) 4:2 4:4 11:12
**pleased**(2) 11:22 19:10
**pleasure**(1) 5:5
**podium**(1) 4:16
**point**(1) 17:9
**pointed**(1) 11:16
**portion**(2) 5:23 6:9
**position**(8) 10:12 13:19 16:13 16:16 18:9 18:9 18:20 19:4
**positioned**(1) 6:16
**possible**(1) 18:6
**potential**(1) 10:10
**ppearances**(2) 1:21 2:1
**prepared**(1) 9:6
**present**(1) 13:23
**presumably**(1) 9:19
**previously**(1) 5:21
**prior**(3) 7:17 8:13 17:4
**pro**(1) 12:11
**probably**(2) 12:17 13:13
**problem**(1) 12:21
**proceed**(1) 14:5
**proceedings**(3) 1:17 1:44 20:20
**process**(4) 6:11 6:21 10:7 10:25
**produced**(1) 1:45
**proposal**(2) 5:1 5:8
**proposed**(4) 6:6 6:23 7:10 7:13
**provide**(3) 8:7 18:14 20:6
**provided**(3) 6:7 18:15 19:9
**provides**(1) 8:10
**provision**(1) 10:19
**put**(2) 16:14 19:14
**qualified**(1) 14:18
**question**(2) 7:21 9:20
**questions**(1) 7:19
**quickly**(1) 5:2
**raise**(2) 12:21 13:25
**raised**(1) 16:5
**raleigh**(4) 4:15 7:9 11:25 12:2
**read**(1) 17:1
**reason**(1) 10:23
**rebecca**(1) 3:9
**recess**(1) 20:11
**recognizing**(1) 11:4
**record**(1) 19:22
**recorded**(1) 1:44

Word Page:Line

**recording**(2) 1:44 20:19
**regard**(1) 13:19
**regular**(1) 12:8
**regularly**(3) 16:21 16:23 17:3
**reimburse**(1) 10:24
**relatively**(1) 4:12
**relief**(1) 7:16
**remainder**(1) 5:25
**remains**(1) 6:4
**rent**(2) 7:3 10:4
**representation**(1) 19:9
**representing**(1) 13:22
**requested**(1) 19:10
**requesting**(1) 18:19
**required**(2) 5:1 18:14
**research**(1) 5:16
**residency**(1) 13:8
**respect**(3) 7:15 14:10 18:24
**respectively**(1) 4:14
**response**(6) 9:4 14:4 16:14 18:10 18:16 19:7
**result**(1) 16:10
**retention**(2) 7:8 12:25
**retire**(4) 14:20 15:12 16:12 17:19
**retired**(1) 16:6
**retiree**(6) 14:10 14:19 14:23 14:25 15:8 17:10
**retirees**(1) 3:24
**retirement**(1) 16:11
**retiring**(2) 15:14 15:15
**reviewing**(1) 6:22
**revised**(4) 11:10 11:15 18:21 19:13
**richard**(4) 2:24 7:8 11:25 12:2
**richards**(1) 2:4
**right**(25) 8:2 8:5 9:5 9:9 9:14 9:18 10:8 10:17 11:3 11:4 11:12 11:18 12:12 13:3 14:15 16:8 16:12 16:24 17:6 17:13 17:13 17:17 18:25 19:5 19:19
**rights**(1) 15:20
**rise**(1) 4:2
**rodney**(1) 2:6
**room**(2) 7:6 9:16
**said**(6) 14:3 15:22 16:12 16:13 18:1 18:11
**sale**(1) 5:18
**samis**(1) 2:5
**satisfied**(2) 7:11 10:21
**saul**(1) 2:18
**say**(7) 10:12 10:13 11:15 14:1 17:2 17:20 18:21
**saying**(1) 16:2
**says**(1) 16:21
**scheduled**(4) 16:21 16:23 17:3 18:3
**schuylkill**(1) 1:39
**schweitzer**(29) 1:30 13:4 13:5 13:7 13:14 13:17 14:6 14:7 14:16 14:22 15:7 16:9 17:1 17:7 17:15 17:19 18:5 18:13 18:18 19:1 19:8 19:12 19:16 19:18 19:20 19:24 20:4 20:8 20:12
**scraps**(1) 15:3
**seated**(1) 4:4
**see**(4) 4:19 12:22 19:1 20:13
**seeking**(2) 5:13 12:11
**seen**(1) 16:10
**segal**(2) 3:23 3:23
**selinda**(1) 3:20
**separation**(2) 16:7 17:4
**service**(2) 1:38 1:45
**services**(1) 1:38
**set**(2) 8:8 17:25
**sets**(1) 5:13
**settlement**(11) 14:12 14:19 14:23 15:16 15:16 15:18 15:19 17:10 17:11 17:22 18:1
**settlements**(2) 14:9 14:17

Word Page:Line

**severance**(13) 13:20 15:24 15:24 16:3 16:6 16:16 16:17 17:5 17:20 17:23 17:25 18:1 18:2
**shared**(1) 6:20
**sheet**(9) 5:8 5:13 6:3 6:14 7:1 7:12 8:9 8:12 10:20
**short**(2) 4:13 5:6
**shortly**(1) 20:2
**should**(6) 8:6 10:18 11:16 14:3 15:23
**side**(1) 15:21
**sides**(1) 17:16
**sign**(3) 11:7 11:22 19:11
**significant**(1) 20:7
**simple**(1) 18:19
**simply**(1) 19:14
**since**(2) 8:3 18:5
**sir**(2) 4:23 11:15
**skelly**(1) 3:24
**slightly**(3) 4:8 11:10 11:15
**small**(1) 5:23
**smith**(1) 2:24
**some**(5) 9:16 10:20 10:22 17:24 20:6
**something**(1) 7:25
**song**(1) 3:9
**sort**(3) 9:24 12:23 17:8
**sought**(3) 5:8 7:16 14:9
**sound**(2) 1:44 20:19
**south**(1) 2:26
**space**(6) 5:15 6:7 6:9 6:10 7:6 8:24
**specifically**(1) 5:12
**speed**(2) 12:3 12:22
**square**(1) 2:6
**stand**(1) 19:2
**start**(1) 13:9
**state**(3) 16:13 18:9 18:20
**stated**(1) 18:9
**statement**(1) 13:19
**states**(2) 1:1 1:19
**stating**(1) 16:15
**status**(1) 13:8
**stay**(1) 17:20
**staying**(1) 17:22
**ste**(1) 2:13
**steen**(2) 1:29 4:21
**stephanie**(1) 3:24
**still**(1) 15:25
**strauss**(1) 2:40
**street**(5) 1:11 1:39 2:7 2:13 2:26
**stretched**(1) 8:17
**sub-tenant**(1) 6:8
**subject**(2) 6:4 12:20
**sublease**(14) 4:16 5:1 5:7 5:10 5:14 6:1 6:4 6:13 7:18 8:11 8:13 8:23 10:16 10:23
**subleased**(1) 5:25
**such**(1) 6:24
**suite**(2) 2:20 2:26
**sure**(7) 7:24 8:15 9:23 10:1 11:14 12:14 16:4
**surrender**(1) 6:9
**take**(1) 8:18
**taking**(2) 8:21 12:15
**tancredi**(8) 2:25 11:23 11:24 12:6 12:11 12:17 13:2 13:3
**tax**(2) 13:9 13:13
**telephone**(2) 14:3 19:6
**telephonic**(2) 2:30 3:1
**telling**(2) 13:7 13:9
**template**(1) 15:4
**tenant**(1) 5:17
**term**(14) 5:8 5:13 6:2 6:3 6:14 7:1 7:12 8:9 8:12 10:20 14:17 15:19 15:21 16:19
**terminated**(2) 14:13 16:3
**termination**(2) 14:11 16:24

Word Page:Line

**terms**(14) 5:10 5:14 6:3 6:14 7:1 7:12 8:8 8:12 9:8 9:21 9:21 9:22 10:10 10:14
**than**(3) 4:9 8:22 19:21
**thank**(17) 4:3 4:18 4:24 11:8 11:9 11:14 13:2 13:3 19:12 19:16 19:17 19:18 19:24 20:1 20:4 20:12 20:13
**that**(71) 4:17 5:1 5:4 5:13 5:18 6:10 6:11 6:15 7:3 7:10 7:12 7:24 7:25 8:10 8:11 8:23 9:2 9:11 9:16 9:19 9:19 9:21 9:24 10:13 10:13 10:14 10:19 10:20 12:8 12:14 12:23 13:25 14:9 14:12 14:23 15:2 15:4 15:9 15:10 15:10 15:13 15:14 15:17 15:17 15:18 15:19 15:23 15:23 15:25 16:5 16:10 16:15 16:16 16:17 16:21 16:22 17:2 17:15 17:19 18:8 18:10 18:13 18:15 18:22 18:23 19:9 19:11 19:20 20:6 20:10 20:18
**that's**(7) 4:18 5:10 9:12 10:17 16:8 18:18 18:18
**the**(292) 1:1 1:2 1:18 2:4 2:11 4:2 4:3 4:6 4:8 4:11 4:15 4:16 4:18 4:21 4:23 5:1 5:3 5:5 5:6 5:7 5:7 5:8 5:8 5:9 5:11 5:12 5:13 5:17 5:18 5:19 5:20 5:21 5:22 5:23 5:23 5:24 5:25 6:1 6:3 6:3 6:5 6:7 6:8 6:9 6:11 6:13 6:14 6:14 6:14 6:16 6:19 6:19 6:20 6:20 6:21 6:23 6:24 7:1 7:1 7:3 7:4 7:6 7:7 7:7 7:10 7:10 7:10 7:12 7:12 7:13 7:14 7:14 7:15 7:16 7:16 7:17 7:17 7:18 7:21 7:22 7:22 7:23 8:3 8:6 8:6 8:7 8:8 8:8 8:9 8:10 8:12 8:12 8:13 8:15 8:16 8:17 8:18 8:20 8:22 8:24 9:2 9:5 9:6 9:8 9:10 9:11 9:11 9:13 9:15 9:15 9:19 9:20 9:23 9:24 9:25 10:2 10:2 10:3 10:4 10:5 10:8 10:9 10:9 10:10 10:10 10:13 10:13 10:13 10:16 10:17 10:19 10:20 10:22 10:23 10:24 11:2 11:4 11:5 11:5 11:5 11:6 11:6 11:7 11:9 11:12 11:14 11:16 11:17 11:17 11:17 11:18 11:19 11:19 11:21 11:22 12:3 12:3 12:5 12:6 12:8 12:8 12:10 12:12 12:12 12:13 12:16 12:18 12:18 12:19 12:20 12:21 12:23 12:25 13:3 13:6 13:12 13:16 13:18 13:18 13:19 13:19 13:20 13:22 13:22 13:22 13:23 13:25 14:1 14:1 14:2 14:2 14:3 14:5 14:9 14:10 14:11 14:12 14:12 14:12 14:15 14:16 14:19 14:21 14:23 14:24 14:24 14:24 14:25 15:1 15:1 15:2 15:5 15:6 15:7 15:8 15:9 15:10 15:11 15:15 15:17 15:19 15:20 15:22 15:24 15:24 15:25 15:25 16:4 16:5 16:7 16:8 16:10 16:13 16:14 16:15 16:16 16:18 16:23 16:25 17:1 17:6 17:9 17:10 17:10 17:11 17:12 17:12 17:14 17:16 17:16 17:18 17:20 17:21 17:22 18:1 18:3 18:4 18:6 18:7 18:8 18:12 18:13 18:15 18:16 18:17 18:20 18:22 18:23 18:25 19:1 19:3 19:5 19:6 19:8 19:9 19:10 19:14 19:15 19:16 19:19 19:22 20:1 20:2 20:6 20:10 20:13 20:15 20:18 20:19 20:19 20:20
**their**(11) 5:22 5:24 10:15 10:24 11:1 14:14 15:14 16:16 16:17 18:20 19:3
**them**(4) 10:15 12:23 16:5 17:16
**then**(2) 7:25 14:5
**there**(8) 7:24 8:3 9:7 9:10 11:15 12:1 13:14 15:16
**there's**(2) 13:21 14:17
**therefore**(1) 17:4
**these**(4) 10:20 13:10 16:19 17:24
**they**(10) 7:11 7:12 10:15 14:20 15:13 16:5 16:6 16:6 16:12 18:1
**things**(3) 12:22 13:10 15:10
**think**(3) 8:22 13:9 16:9

| Word | Page:Line |
|---|---|
| **this**(19) 4:25 6:5 7:21 8:14 8:25 9:7 10:25 12:3 12:18 12:21 15:2 16:11 16:14 17:2 17:9 18:14 18:16 18:24 19:6 | |
| **those**(13) 6:16 6:22 9:1 9:21 9:22 10:6 10:11 11:4 11:21 14:11 14:16 17:24 18:2 | |
| **thought**(1) 13:23 | |
| **through**(5) 6:2 8:17 10:25 12:13 18:16 | |
| **tight**(1) 5:2 | |
| **time**(6) 5:2 8:25 11:1 11:5 15:25 19:24 | |
| **today**(5) 4:13 8:19 8:25 18:7 18:19 | |
| **togut**(1) 3:23 | |
| **total**(1) 7:3 | |
| **towards**(1) 12:18 | |
| **traci**(1) 20:24 | |
| **tracy**(1) 3:28 | |
| **transaction**(3) 7:10 7:13 12:7 | |
| **transcriber**(1) 20:24 | |
| **transcript**(3) 1:17 1:45 20:19 | |
| **transcription**(2) 1:38 1:45 | |
| **transfer**(1) 13:13 | |
| **transpiring**(1) 12:4 | |
| **triangle**(1) 5:16 | |
| **trust**(2) 3:17 3:27 | |
| **trustee**(2) 2:11 2:11 | |
| **tuesday**(1) 4:1 | |
| **tunc**(1) 12:12 | |
| **tunnell**(1) 1:22 | |
| **tweed**(1) 2:32 | |
| **two**(1) 14:17 | |
| **types**(1) 8:3 | |
| **unable**(2) 10:14 10:23 | |
| **under**(3) 5:18 7:4 16:19 | |
| **understand**(3) 4:13 6:21 12:23 | |
| **understanding**(1) 19:3 | |
| **understood**(1) 16:5 | |
| **undertook**(1) 10:25 | |
| **undo**(1) 9:25 | |
| **unfortunately**(1) 8:16 | |
| **united**(2) 1:1 1:19 | |
| **unless**(1) 13:23 | |
| **unsecured**(1) 2:41 | |
| **until**(1) 15:1 | |
| **upon**(1) 19:9 | |
| **use**(1) 5:23 | |
| **used**(1) 5:21 | |
| **vacant**(1) 5:25 | |
| **various**(2) 5:22 15:22 | |
| **very**(1) 14:7 | |
| **vetted**(1) 15:7 | |
| **view**(1) 17:16 | |
| **voluntarily**(1) 14:20 | |
| **voluntary**(1) 16:7 | |
| **waiving**(1) 15:20 | |
| **want**(7) 7:23 9:15 9:23 12:6 16:3 16:13 18:2 | |
| **wanted**(4) 4:24 12:18 13:24 16:4 | |
| **warehouse**(1) 5:15 | |
| **was**(9) 5:18 5:21 12:7 14:23 14:23 15:1 15:7 15:18 20:15 | |
| **wasn't**(1) 13:8 | |
| **we'll**(1) 19:1 | |
| **we're**(1) 17:8 | |
| **we've**(4) 12:14 17:15 18:9 19:20 | |
| **week**(5) 4:9 6:17 12:18 16:22 20:3 | |
| **weeks**(2) 13:8 17:12 | |
| **well**(10) 6:15 9:5 9:16 11:4 12:20 13:12 14:7 14:8 16:12 19:8 | |
| **were**(4) 9:1 14:8 16:3 18:5 | |
| **what**(6) 12:7 12:19 12:20 14:22 15:22 16:12 | |
| **when**(6) 8:23 11:15 12:14 12:22 16:5 | |
| **where**(2) 5:17 19:2 | |
| **whereupon**(1) 20:15 | |

| Word | Page:Line |
|---|---|
| **whether**(1) 17:13 | |
| **which**(13) 4:15 5:6 6:5 6:7 6:8 7:9 7:13 7:25 10:20 10:25 12:3 15:1 17:11 | |
| **while**(1) 12:15 | |
| **who**(3) 14:18 16:11 16:17 | |
| **who's**(1) 17:2 | |
| **whole**(1) 10:16 | |
| **will**(12) 7:3 7:11 7:11 9:22 11:7 12:1 12:11 17:11 19:10 20:1 20:6 20:10 | |
| **willing**(1) 8:23 | |
| **willkie**(1) 3:27 | |
| **wilmington**(6) 1:12 1:26 2:8 2:15 2:21 4:1 | |
| **wind**(1) 5:24 | |
| **window**(5) 5:2 5:6 14:24 14:25 15:17 | |
| **wish**(2) 9:3 19:5 | |
| **with**(32) 4:8 5:1 5:3 5:10 5:18 5:22 5:24 6:12 6:14 6:21 7:5 7:9 7:15 7:17 7:22 8:12 9:17 9:20 9:23 10:6 10:10 10:10 10:19 12:21 13:19 14:9 14:11 14:14 18:10 18:24 19:20 20:10 | |
| **within**(3) 5:2 6:16 7:6 | |
| **wonderful**(1) 11:21 | |
| **work**(3) 16:21 16:23 17:3 | |
| **working**(2) 6:15 16:18 | |
| **would**(10) 6:1 8:22 8:23 9:10 9:11 9:21 10:16 13:23 14:13 17:20 | |
| **wouldn't**(1) 17:4 | |
| **written**(3) 6:6 6:7 7:5 | |
| **www.diazdata.com**(1) 1:42 | |
| **yeah**(1) 13:16 | |
| **yes**(18) 4:11 4:23 5:11 5:20 8:20 10:5 11:16 12:10 12:16 14:21 15:6 16:25 16:25 17:14 18:12 18:21 19:16 19:19 | |
| **yet**(2) 8:7 9:17 | |
| **york**(2) 1:33 13:13 | |
| **you**(46) 4:3 4:18 4:19 8:12 8:22 9:17 9:22 10:21 11:8 11:9 11:14 11:15 11:15 13:2 13:3 13:7 13:12 13:14 13:17 14:5 14:8 15:12 15:15 15:23 15:23 16:22 17:4 17:19 17:20 17:21 17:22 18:7 18:7 19:1 19:9 19:12 19:16 19:17 19:18 19:24 20:1 20:2 20:4 20:10 20:12 20:13 | |
| **you're**(6) 13:4 15:20 16:21 17:2 17:3 | |
| **young**(1) 3:13 | |
| **your**(28) 4:5 4:8 4:12 4:20 4:24 7:19 10:3 10:18 11:8 11:11 11:24 12:24 12:25 13:2 13:5 13:12 14:7 14:7 15:20 16:24 17:4 18:18 19:9 19:12 19:24 19:24 20:4 20:12 | |