# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 10510 & 10511** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 13, 2013, I caused to be served the:

    a) "Order Granting the Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice for the Emergency Joint Motion for Entry of an Order (I) Establishing Tuesday May 14, 2013 as the Deadline for Opening Allocation Submissions and (II) Setting a Joint Hearing Date with the Canadian Court this Week to Establish a Litigation Timetable and Discovery Plan," dated May 13, 2013 [Docket No. 10510], and

    b) "Notice of Telephonic Joint Hearing," dated May 13, 2013 [Docket No. 10511],

    by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
14 day of May, 2013

_____
Notary Public

Kerry O'Neil

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CANADIAN CREDITORS – CANADIAN AUTOWORKERS UNION | ATTN: LEWIS GOTTHEIL, BARRY WADSWORTH 205 PLACER COURT TORONTO ON M2H 3H9 CANADA |
| CANADIAN CREDITORS-SUPERINTENDENT | OF FINANCIAL SVCS IN HIS CAPICITY AS ADMIN OF THE PENSION BENEFITS GUARANTEE FUND ATTN: LILY HARMER, TINA LIE, KEN ROSENBERG, M. STARNINO,PALIARE ROLAND ROSENBERG ROTHSTEIN LLP,50 O'CONNOR SUITE 1500 OTTAWA ON K1P 6L2 CANADA |
| CANADIAN DEBTORS | ATTN: MICHAEL LANG NORTON ROSE CANADA LLP SUITE 3800 ROYAL BANK PLAZA, SOUTH TOWER 200 BAY STREET, P.O. BOX 84 TORONTO ON M5J 2Z4 CANADA |
| CANADIAN DEBTORS | DERRICK TAY, JENNIFER STAM GOWLING LAFLEUR HENDERSON LLP 1 FIRST CANADIAN PLACE, 100 KING STREET WEST, SUITE 1600 TORONTO ON M5X 1G5 CANADA |
| DIRECTORS AND OFFICERS | ATTN: LYNDON BARNES, EDWARD SELLERS, ADAM HIRSCH OSLER HOSKIN AND HARCOURT LLP 100 KING STREET WEST 1 FIRST CANADIAN PL SUITE 6100, P.O. BOX 50 TORONTO ON M5X 1B8 CANADA |
| FRENCH LIQUIDATOR | ATTN: EDOURD FABRE, RAJEEV SHARMA FOKEER FTPA 1 BIS, AVENUE FOCH PARIS 75116 FRANCE |
| INDENTURE TRUSTEE – BANK OF NEW YORK MELLON | ATTN: SHERYL E. SEIGEL MCMILLAN LLP BROOKFIELD PLACE, SUITE 4400, 181 BAY STREET TORONTO ON M5J 2T3 CANADA |
| INDENTURE TRUSTEE – BANK OF NEW YORK MELLON | ATTN: MICHAEL J. RIELA, ROBERT J. ROSENBERG LATHAM & WATKINS LLP 885 THIRD AVENUE, SUITE 1000 NEW YORK NY 10022 |
| INDENTURE TRUSTEE – BANK OF NEW YORK MELLON | ATTN: WILLIAM P. BOWDEN ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, P.O. BOX 1150 WILMINGTON DE 19899 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: EDMOND LAMEK, JOHN D. MARSHALL , CRAIG J. HILL BORDEN LADNER GERVAIS SCOTIA PLAZA, 40 KING ST WEST, 44TH FL TORONTO ON M5H 3Y4 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: DANIEL A. LOWENTHAL, BRIAN P. GUINEY PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: STEPHEN M. MILLER, COURTNEY R. HAMILTON MORRIS JAMES LLP 500 DELAWARE AVENUE, SUITE 1500, P.O. BOX 2306 WILMINGTON DE 19899-2306 |
| NORTEL CANADIAN CONTINUING EMPLOYEES (NCCE) | ATTN: JANICE PAYNE, STEVEN LEVITT, CHRISTOPHER C. ROOTHAM, AINSLIE BENEDICT NELLIGAN O'BRIEN PAYNE 50 O'CONNOR SUITE 1500 OTTAWA ON K1P 6L2 CANADA |
| NORTEL CANADIAN CONTINUING EMPLOYEES (NCCE) | ATTN: ARTHUR JACQUES, THOMAS MCCRAE SHIBLEY RIGHTON LLP 250 UNIVERSITY AVENUE, SUITE 700 TORONTO ON M5H 3E5 CANADA |
| THE BONDHOLDERS' COMMITTEE | ATTN: GAVIN FINLAYSON, RICHARD B. SWAN , KEVIN ZYCH, S. RICHARD ORZY BENNETT JONES 3400 ONE FIRST CANADIAN PLACE POBOX 130 TORONTO ON M5X 1A4 CANADA |
| THE BONDHOLDERS' COMMITTEE | ATTN: ALBERT A. PISA, THOMAS R. KRELLER ; DENNIS DUNNE MILBANK TWEED HADLEY & MCCLOY LLP 1 CHASE MANHATTA PLZ #47 NEW YORK NY 10005 |
| THE BONDHOLDERS' COMMITTEE | ATTN: KATHLEEN P. MAKOWSKI, LAURA DAVIS JONES PACHULSKI STANG ZIEHL & JONES LLP 919 NORTH MARKET STREET, 17TH FLOOR, P.O. BOX 8705 WILMINGTON DE 19899-8705 |
| THE BONDHOLDERS' COMMITTEE | ATTN: JENNIFER HARRIS MILBANK TWEED HADLEY & MCCLOY LLP 601 SOUTH FIGUEROA STREET, 30TH FLOOR LOS ANGELES CA 90017 |
| THE CANADA-ONLY CREDITORS' COMMITTEE THE "CCC" | ATTN: MARK ZIGLER, SUSAN PHILPOTT, ARI N. KAPLAN, BARBARA WALANCIK KOSKIE MINSKY LLP 20 QUEEN STREET WEST, SUITE 900 TORONTO ON M5H 3R3 CANADA |
| THE CANADA-ONLY CREDITORS' COMMITTEE THE "CCC" | ATTN: BARBARA J. BOAKE,R.PAUL STEEP ,ELDER MARQUES , BYRON SHAW, JAMES D. GAGE ,MCCARTHY TETRAULT , BOX 48, STE 5300 TORONTO DOMINION BANK TWR TORONTO ON M5K 1E6 CANADA |
| THE CANADA-ONLY CREDITORS' COMMITTEE THE "CCC" | ATTN: SELINDA MELNICK; RICHARD HANS; TIMOTHY HOEFFNER DLA PIPER 919 NORTH MARKET ST,STE1500 WILMINGTON DE 19801 |
| THE JOINT ADMINISTRATORS | ATTN: KEVIN LLOYD, JOHN WHITEOAK, RICHARD LAWTON; STEPHEN GALE HERBERT SMITH FREEHILLS LLP EXCHANGE HOUSE, PRIMRISE STREET LONDON EC2A 2HS UK |
| THE JOINT ADMINISTRATORS | ATTN: DEREK J.T. ADLER, NEIL OXFORD, FARA TABATABAI, CHARLES HUBERTY HUGHES HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| THE JOINT ADMINISTRATORS | ATTN: JAIME LUTON CHAPMAN, JAMES L. PATTON, EDWIN HARRON, JOHN T. DORSEY YOUNG CONAWAY STARGATT & TAYLOR, LLP RODNEY SQUARE, 1000 NORTH KING STREET WILMINGTON DE 19801 |
| THE MONITOR | ATTN: JAY CARGAGNINI, JESSICA KIMMEL, FRED MYERS , JOSEPH PASQUARIELLO, |

| Claim Name | Address Information |
|---|---|
| THE MONITOR | BENJAMIN ZARNETT; P. RUBY GOODMANS LLP BAY ADELAIDE CENTRE, 333 BAY ST, STE 3400 TORONTO ON M5H 2S7 CANADA |
| THE MONITOR | ATTN: KEN COLEMAN, LAURA HALL, DANIEL GUYDER , PAUL KELLER ALLEN & OVERY LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| THE MONITOR | ATTN: MARY F. CALOWAY BUCHANAN INGERSOLL & ROONEY 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801 |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: RYAN JACOBS, SHAYNE KUKULOWICZ , MICHAEL WUNDER FRASER MILNER CASGRAIN LLP 1 FIRST CANADIAN PLACE 100 KING STREET WEST TORONTO ON M5X 1B2 CANADA |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: RYAN JACOBS, SHAYNE KUKULOWICZ, MICHAEL WUNDER DENTONS 77 KING STREET WEST, SUITE 400 TORONTO ON M5X 1B2 CANADA |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: FRED HODARA, DAVID BOTTER, ABID QURESHI , ROBERT JOHNSON AKIN, GUMP, STRAUSS, HAUER & FELD, LLP ONE BRYANT PARK NEW YORK NY 10036 |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: CHRISTOPHER M. SAMIS RICHARDS, LAYTON & FINGER, P.A. 920 N. KING STREET, ONE RODNEY SQUARE WILMINGTON DE 19801 |
| TRUSTEES OF THE NNUK PENSION PLAN& | THE PENSION PROTECTION FUND ATTN: BRUCE LEONARD, DAVID WARD, BILL BURDEN, CHRISTOPHER HORKINS CASSELS BROCK & BLACKWELL LLP STE 2100, SCOTIA PLZ,40 KING STREET WEST TORONTO ON M5H 3C2 CANADA |
| TRUSTEES OF THE NNUK PENSION PLAN& | THE PENSION PROTECTION FUND ATTN: MARC ABRAMS, BRIAN E. O'CONNOR JENNIFER E. CRYSTAL  SAMEER ADVANI, WILLKIE FARR & GALLAGHER LLP 787 7TH AVE. NEW YORK NY 10019 |
| TRUSTEES OF THE NNUK PENSION PLAN& | THE PENSION PROTECTION FUND ATTN: JUSTIN R. ALBERTO, CHARLENE D. DAVIS BAYARD, P.A. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| UK ADMINISTRATOR | ATTN: MATTHEW GOTTLIEB LAX O'SULLIVAN SCOTT LISUS LLP 145 KING STREET WEST, SUITE 2750 TORONTO ON M5H 1J8 CANADA |
| UK ADMINISTRATOR | ATTN: SEAN CAMPBELL, ROBIN SCHWILL DAVIES WARD PHILLIPS & VINEBERG LLP 155 WELLINGTON STREET WEST TORONTO ON M5V 3J7 CANADA |
| US DEBTORS | SCOTT BOMHOF, TONY DEMARINIS, ANDREW GRAY , ADAM SLAVENS, SHEILA BLOCK TORYS LLP 79 WELLINGTON ST WEST SUITE 3000 TORONTO ON M5K 1N2 CANADA |
| WILMINGTON TRUST COMPANY | ATTN: JOHN SALMAS, KENNETH KRAFT, SARA VAN ALLEN HEENAN BLAIKIE LLP BAY ADELAIDE CENTRE,P.O. BOX 2900 333 BAY STREET, SUITE 2900 TORONTO ON M5H 2T4 CANADA |
| WILMINGTON TRUST COMPANY | ATTN: CRAIG A. BARBAROSH, DAVID A. CRICHLOW, KAREN B. DINE KATTEN MUCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022-2585 |
| WILMINGTON TRUST COMPANY , NOT IN ITS | INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ATTN: SUSAN P. JOHNSTON CARTER LEDYARD & MILBURN LLP 2 WALL STREET NEW YORK NY 10005 |

**Total Creditor count  40**