# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD APRIL 1, 2013 THROUGH APRIL 30, 2013**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 4/30/2013 | Weekly trade payable claims call with K. O'Neill of Cleary and M. Cilia of RLKS. | 0.50 | 420 | 210.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 4/17/2013 | Reviewed and updated monthly fee application documents and exhibits. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 4/17/2013 | Updated monthly fee application memo and provided to Huron MD for review. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | James Lukenda | 4/17/2013 | Nortel - review and sign-off monthly fee application | 0.30 | 725 | 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/1/2013 | Reviewed and updated employee claims analysis and prepared summary of results. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/2/2013 | Updated employee claims analysis based on comments from M. Cilia of RLKS. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/3/2013 | Reviewed and updated employee claims analysis based on comments from J. Croft of Cleary. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/4/2013 | Prepared employee claims summary and corresponding analysis. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/5/2013 | Reviewed employee claim communication documents and reconciled to Epiq summary. | 3.00 | 420 | 1,260.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/8/2013 | Investigated employee claim issues per request of J. Croft of Cleary. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/9/2013 | Investigated employee claim issues per request of J. Opolsky of Cleary. | 0.50 | 420 | 210.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/9/2013 | Investigated trade payable claim notification items per request of J. Croft of Cleary. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/12/2013 | Updated employee claims analysis per request of J. Croft of Cleary. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/15/2013 | Updated employee claims analysis and followed up with A. Tsai of Epiq to discuss certain items. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/16/2013 | Reviewed updated employee communication report provided by B. Hunt of Epiq. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/18/2013 | Reviewed and updated employee claims analysis based on updates from M. Cilia of RLKS. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/22/2013 | Reviewed and updated employee claims analysis. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/24/2013 | Updated employee claims analysis based on comments from M. Cilia of RLKS. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/25/2013 | Updated employee claims analysis and incorporated into summary file. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 4/29/2013 | Updated employee claims analysis. | 1.90 | 420 | 798.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 4/17/2013 | Nortel - review work stream correspondence, update on status of projects | 0.40 | 725 | 290.00 |
| 16 | Unsecured Claim Analysis | Michael Scannella | 4/10/2013 | Reviewed and updated employee claims analysis and prepared summary of results. | 0.50 | 350 | 175.00 |