# Exhibit B

**Nortel Exhibit B-Expense Details April 1, 2013 through April 30, 2013**

| Date | Professional | Cost Type | Description | | Amount |
|---|---|---|---|---|---|
| 4/3/2013 | Coley P. Brown | Telecom | Nortel quarterly fee hearing court call charges.: COURTCALL LLC: Delaware 03/26/2013 to 03/26/2013. | $ | 30.00 |