# EXHIBIT C

## DISBURSEMENT SUMMARY
## MARCH 1, 2013 THROUGH MARCH 31, 2013

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,589.92 |
| Conference Call /Telephone/Video Conferencing | $3,597.72 |
| Duplicating (billed at $.10 per page) | $2,581.30 |
| Retained Professional Fees and Expenses | $58,932.86 |
| Meals/Committee Meeting Expenses | $1,311.40 |
| Transcript Charges | $499.74 |
| Travel Expenses – Ground Transportation | $1,800.16 |
| Travel Expenses – Train Fare | $1,486.00 |
| **TOTAL** | **$72,799.10** |

104527367 v1