# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1477686 |
| ATTN: JOHN DOLITTLE | Invoice Date 04/29/13 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/13 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 01/08/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034095120 DATE: 1/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $21.33 |
| 01/09/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034095120 DATE: 1/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.46 |
| 01/10/13 | Meals - Business Dinner at BXL Cafe due to working late regarding Nortel; Oz Halabi; BXL Cafe,125 W 43rd St, New York, NY | $39.00 |
| 01/10/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034095120 DATE: 1/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $6.97 |
| 01/13/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1156364 DATE: 1/23/2013 Vendor: Dial Car Voucher #: DLA3666173 Date: 01/13/2013 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3666173 Date: 01/13/2013 Name: David Botter | $123.12 |
| 01/13/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: | $168.85 |

| Date | Description | Amount |
|---|---|---|
| 01/17/13 | 1156364 DATE: 1/23/2013 Vendor: Dial Car Voucher #: DLA3706665 Date: 01/13/2013 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3706665 Date: 01/13/2013 Name: David Botter Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034095120 DATE: 1/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.89 |
| 01/21/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034095120 DATE: 1/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $3.65 |
| 01/22/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034095120 DATE: 1/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.72 |
| 01/23/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034095120 DATE: 1/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $6.80 |
| 01/23/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034095120 DATE: 1/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.98 |
| 01/24/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034095120 DATE: 1/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $9.04 |
| 01/31/13 | Meals - Business Working lunch while attending mediation.; Christopher Kearns, Abid QUreshi; Koya Japan | $18.22 |
| 02/11/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: FEB13-53062500000206 DATE: 2/25/2013 PASSENGER: Beckerman Lisa TICKET #: 0586708748 DEPARTURE DATE: 02/11/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 02/11/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: FEB13-53062500000206 DATE: 2/25/2013 PASSENGER: Hodara Fred S TICKET #: 0586740027 DEPARTURE DATE: 02/11/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 02/11/13 | Travel - Train Fare VENDOR: DINERS | $252.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1477686

Page 3
April 29, 2013

| Date | Description | Amount |
|---|---|---|
| 02/11/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: FEB13-53062500000206 DATE: 2/25/2013 PASSENGER: Beckerman Lisa TICKET #: DEPARTURE DATE: 02/14/2013 ROUTE: NYP/WIL/NYP | $421.00 |
| 02/13/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: FEB13-53062500000206 DATE: 2/25/2013 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 02/14/2013 ROUTE: NYP/WIL/NYP | $-421.00 |
| 02/13/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: FEB13-53062500000206 DATE: 2/25/2013 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 02/14/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 02/13/13 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 2344227 DATE: 2/13/2013 NAME: STURM JOSHUA TICKET #: 0586817400 DEPARTURE DATE: 02/14/2013 ROUTE: WAS WIL WAS | $194.00 |
| 02/13/13 | Travel - Train Fare VENDOR: AMERICAN EXPRESS INVOICE#: 2344227 DATE: 2/13/2013 NAME: STURM JOSHUA TICKET #: 8336040879 DEPARTURE DATE: 02/14/2013 ROUTE: WAS WIL WAS | |
| 02/14/13 | Meals (100%) 02/08/13 M. Fagen - Committee call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800228; DATE: 2/14/2013 | $77.95 |
| 02/14/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: FEB13-53062500000206 DATE: 2/25/2013 PASSENGER: Beckerman Lisa TICKET #: 0586860614 DEPARTURE DATE: 02/14/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 02/14/13 | Travel - Ground Transportation Taxi from train station to client meeting.; Seacoast Cab Company | $10.00 |
| 02/14/13 | Meals - Business J. Sturm; Amtrak Food Service | $6.25 |
| 02/14/13 | Meals - Business J. Sturm; Brew Ha Ha | $3.60 |
| 02/14/13 | Meals - Business J. Sturm; Brew Ha Ha | $3.85 |
| 02/14/13 | Travel - Ground Transportation Maani Taxicab | $12.00 |
| 02/20/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1364962 DATE: 2/24/2013 Yecies Jacqueline - Mangia 48th St.) - 02/20/2013 | $22.04 |
| 02/21/13 | Meals (100%) 02/19/13 M. Fagen - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $51.72 |

| Date | Description | Amount |
|---|---|---|
| 02/21/13 | Meals (100%) 02/20/13 M. Fagen - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800229; DATE: 2/21/2013 | $172.46 |
| 02/21/13 | Meals (100%) 02/21/13 M. Fagen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800229; DATE: 2/21/2013 | $97.44 |
| 02/21/13 | Travel - Ground Transportation Taxi from office to home - worked late; NYC Taxi | $8.00 |
| 02/22/13 | Travel - Ground Transportation Taxi from office to home - worked late; NYC Taxi | $8.00 |
| 02/22/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1159311 DATE: 3/13/2013 Vendor: Dial Car Voucher #: DLA3808944 Date: 02/22/2013 Name: Peter Sprofera\|\|Car Service, Vendor: Dial Car Voucher #: DLA3808944 Date: 02/22/2013 Name: Peter Sprofera | $36.90 |
| 02/27/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 350; DATE ORDERED: 2/27/13 | $35.00 |
| 02/28/13 | Meals (100%) 2/26/13 M. Fagen - In-person meeting with Capstone and potential expert firm working meal (15 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800230; DATE: 2/28/2013 | $467.62 |
| 02/28/13 | Meals (100%) 2/27/13 N. Kunen - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800230; DATE: 2/28/2013 | $145.46 |
| 02/28/13 | Meals (100%) 2/28/13 M. Fagen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800230; DATE: 2/28/2013 | $149.59 |
| 03/03/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 697482 DATE: 3/8/2013 Vendor: Executive Royal Voucher #: 397286 Date: 03/03/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 397286 Date: 03/03/2013 Name: Lisa Beckerman | $69.33 |
| 03/04/13 | Travel - Train Fare Train from | $244.00 |

| Date | Description | Amount |
|---|---|---|
| | Wilimington to NY returning from court.; Amtrak | |
| 03/04/13 | Travel - Train Fare Train from NY to Wilmington to attend court.; Amtrak | $227.00 |
| 03/05/13 | Duplication - In House Photocopy - Orcel, Reginald, NY, 754 page(s) | $75.40 |
| 03/05/13 | Duplication - In House Photocopy - User # 990100, NY, 1550 page(s) | $155.00 |
| 03/05/13 | Duplication - In House Photocopy - User # 990100, NY, 1881 page(s) | $188.10 |
| 03/05/13 | Computerized Legal Research - Westlaw User: ORCEL,REGINALD J Date: 3/5/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $1,232.95 |
| 03/05/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 3/5/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $82.77 |
| 03/05/13 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 03001-01001-13; DATE: 3/5/2013 | $3,543.88 |
| 03/05/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1159571 DATE: 3/20/2013 Vendor: Dial Car Voucher #: DLA3809931 Date: 03/05/2013 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3809931 Date: 03/05/2013 Name: Abid Qureshi | $39.12 |
| 03/05/13 | Meals - Business Lunch with A. Qureshi re: attendance at court hearing in Wilmington, Delaware.; D. Botter, A. Qureshi; Nortel - Quiznos | $22.35 |
| 03/05/13 | Travel - Train Fare Train from NY to Wilmington to attend court.; Amtrak | $244.00 |
| 03/05/13 | Travel - Train Fare Train from Wilmington to NY returning from court.; Amtrak | $177.00 |
| 03/06/13 | Duplication - In House Photocopy - Orcel, Reginald, NY, 377 page(s) | $37.70 |
| 03/06/13 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 3/6/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $23.04 |
| 03/06/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 3/6/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $58.88 |
| 03/06/13 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 3/6/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $15.36 |
| 03/07/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 3/7/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $170.23 |
| 03/07/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH | $31.48 |

| Date | Description | Amount |
|---|---|---|
| 03/07/13 | SERVICES, INC INVOICE#: 697680 DATE: 3/15/2013 Vendor: Executive Royal Voucher #: 399031 Date: 03/07/2013 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 399031 Date: 03/07/2013 Name: Fred Hodara Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1159571 DATE: 3/20/2013 Vendor: Dial Car Voucher #: DLA3801782 Date: 03/07/2013 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3801782 Date: 03/07/2013 Name: David Botter | $78.48 |
| 03/07/13 | Meals - Business Meal during travel to Wilmington to attend hearing; F. Hodara; Brew Ha Ha | $12.25 |
| 03/07/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1160018 DATE: 3/27/2013 Vendor: Dial Car Voucher #: DLA3302834 Date: 03/07/2013 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3302834 Date: 03/07/2013 Name: Austin Lilling | $193.25 |
| 03/07/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1160018 DATE: 3/27/2013 Vendor: Dial Car Voucher #: DLA3479620 Date: 03/07/2013 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3479620 Date: 03/07/2013 Name: David Botter | $177.99 |
| 03/07/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1160018 DATE: 3/27/2013 Vendor: Dial Car Voucher #: DLA3708962 Date: 03/07/2013 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3708962 Date: 03/07/2013 Name: Abid Qureshi | $47.99 |
| 03/08/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 3/8/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $125.43 |
| 03/08/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1160018 DATE: 3/27/2013 Vendor: Dial Car Voucher #: DLA3793621 Date: 03/08/2013 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3793621 Date: 03/08/2013 Name: David Botter | $114.52 |
| 03/08/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1160018 DATE: 3/27/2013 Vendor: Dial Car Voucher #: | $113.96 |

| Date | Description | Amount |
|---|---|---|
| 03/09/13 | DLA644242 Date: 03/08/2013 Name: Fred Hodara\|\|Car Service, Vendor: Dial Car Voucher #: DLA644242 Date: 03/08/2013 Name: Fred Hodara Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1159571 DATE: 3/20/2013 | $83.29 |
| 03/09/13 | Vendor: Dial Car Voucher #: DLA3758947 Date: 03/09/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3758947 Date: 03/09/2013 Name: Lisa Beckerman Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1159571 DATE: 3/20/2013 | $71.05 |
| 03/10/13 | Vendor: Dial Car Voucher #: DLA3805921 Date: 03/09/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3805921 Date: 03/09/2013 Name: Lisa Beckerman Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 3/10/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $38.40 |
| 03/11/13 | Duplication - In House Photocopy - Orcel, Reginald, NY, 227 page(s) | $22.70 |
| 03/11/13 | Duplication - In House Photocopy - Orcel, Reginald, NY, 1848 page(s) | $184.80 |
| 03/11/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 3/11/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $140.36 |
| 03/11/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1385438 DATE: 3/17/2013 Orcel Reginald - A La Mode Oriental Brought to You by New York Thai Grill) - 03/11/2013 | $21.60 |
| 03/12/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 3/12/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $46.50 |
| 03/12/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 697944 DATE: 3/22/2013 Vendor: Executive Royal Voucher #: RV0ED311B8 Date: 03/12/2013 Name: Reginald Orcel\|\|Car Service, Vendor: Executive Royal Voucher #: RV0ED311B8 Date: 03/12/2013 Name: Reginald Orcel | $62.11 |
| 03/13/13 | Duplication - In House Photocopy - User # 990100, NY, 2602 page(s) | $260.20 |
| 03/14/13 | Duplication - In House Photocopy - Orcel, Reginald, NY, 720 page(s) | $72.00 |
| 03/14/13 | Duplication - In House Photocopy - Orcel, Reginald, NY, 528 page(s) | $52.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1477686

Page 8  
April 29, 2013

| Date | Description | Amount |
|---|---|---|
| 03/14/13 | Duplication - In House Photocopy - User # 990100, NY, 4176 page(s) | $417.60 |
| 03/14/13 | Duplication - In House Photocopy - User # 990100, NY, 2600 page(s) | $260.00 |
| 03/14/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 697944 DATE: 3/22/2013 Vendor: Executive Royal Voucher #: 397198 Date: 03/14/2013 Name: Matthew Fagen\|\|Car Service, Vendor: Executive Royal Voucher #: 397198 Date: 03/14/2013 Name: Matthew Fagen | $118.96 |
| 03/15/13 | Computerized Legal Research - Lexis Service: MATTHEW BENDER SERVICE; Employee: LANPHEAR LESLIE; Charge Type: SEARCHES; Quantity: 2.0 | $300.60 |
| 03/18/13 | Transcripts 3/7/13 Bankruptcy Court Hearing VENDOR: WILCOX & FETZER LTD; INVOICE#: 8716; DATE: 3/18/2013 | $499.74 |
| 03/19/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 697944 DATE: 3/22/2013 Vendor: Executive Royal Voucher #: 413684 Date: 03/19/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 413684 Date: 03/19/2013 Name: Lisa Beckerman | $64.46 |
| 03/20/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 698179 DATE: 3/28/2013 Vendor: Executive Royal Voucher #: 373141 Date: 03/20/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 373141 Date: 03/20/2013 Name: Lisa Beckerman | $69.32 |
| 03/21/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 698179 DATE: 3/28/2013 Vendor: Executive Royal Voucher #: 417807 Date: 03/21/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 417807 Date: 03/21/2013 Name: Lisa Beckerman | $69.84 |
| 03/22/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 3/22/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $26.03 |
| 03/22/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 698179 DATE: 3/28/2013 Vendor: Executive Royal Voucher #: | $28.14 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1477686

Page 9  
April 29, 2013

| Date | Description | Amount |
|---|---|---|
| 03/26/13 | 395929 Date: 03/22/2013 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 395929 Date: 03/22/2013 Name: Fred Hodara Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 3/26/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $10.67 |
| 03/27/13 | Duplication - In House Photocopy - Cuatt, Jennifer, NY, 880 page(s) | $88.00 |
| 03/27/13 | Duplication - In House Photocopy - Cuatt, Jennifer, NY, 7000 page(s) | $700.00 |
| 03/27/13 | Duplication - In House Photocopy - User # 990100, NY, 320 page(s) | $32.00 |
| 03/27/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 3/27/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $318.70 |

Current Expenses                                                                                          $13,866.24