# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
## RENDERING SERVICES DURING THE PERIOD
## MARCH 1, 2013 THROUGH MARCH 31, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 14 years; Admitted in 1989; Financial Restructuring Department | $1,000 | 36.40 | $36,400.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $1,000 | 125.30 | $125,300.00 |
| Fred S. Hodara | Partner for 24 years; Admitted in 1982; Financial Restructuring Department | $1,100 | 62.25 | $68,475.00 |
| Robert A. Johnson | Partner for 16 years; Admitted in 1988; Litigation Department | $870 | 53.80 | $46,806.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $900 | 42.60 | $38,340.00 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $850 | 1.20 | $1,020.00 |
| Austin S. Lilling | Senior Counsel for 2 years; Admitted in 2001; Tax Department | $650 | 15.60 | $10,140.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $720 | 27.60 | $19,872.00 |
| Sunny Gulati | Counsel for 4 years; Admitted in 2004; Litigation Department | $665 | 60.10 | $39,966.50 |
| Brad M. Kahn | Counsel for 1 years; Admitted in 2008; Financial Restructuring Department | $675 | 34.30 | $23,152.50 |
| Angeline L. Koo | Counsel for 3 years; Admitted in 2005; Litigation Department | $665 | 2.20 | $1,463.00 |
| Arun Kurichety | Counsel for 1 year; Admitted in 2006; Financial Restructuring Department | $675 | 4.20 | $2,835.00 |

104527367 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Matthew C. Fagen | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $450 | 44.60 | $20,070.00 |
| Oz Halabi | Associate for 1 year; Admitted in 2013; Tax Department | $440 | 26.30 | $11,572.00 |
| Joshua Y. Sturm | Associate for 7 years; Admitted in 2007; Financial Restructuring Department | $700 | 13.20 | $9,240.00 |
| Jacqueline Yecies | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 78.20 | $45,356.00 |
| Kemoy Foster | Staff Attorney for 2 years; Admitted in 2007; Litigation Department | $290 | 2.80 | $812.00 |
| Jennifer L. Cuatt | Legal Assistant for 7 years; Litigation Department | $220 | 3.70 | $814.00 |
| Dmitry B. Iofe | Legal Assistant for 2 years; Litigation Department | $245 | 2.50 | $612.50 |
| Dagmara Krasa-Berstell | Legal Assistant for 24 years; Financial Restructuring Department | $245 | 12.20 | $2,989.00 |
| Reginald Orcel | Legal Assistant for 11 years; Litigation Department | $260 | 11.00 | $2,860.00 |
| Jonathan A. Samper | Legal Assistant for 2 years; Financial Restructuring Department | $225 | 2.60 | $585.00 |
| Scott A. Fener | Librarian for 6 years | $205 | 2.30 | $471.50 |
| Leslie W. Lanphear | Librarian for 18 years | $230 | 14.60 | $3,358.00 |

104527367 v1