IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :
                                                         :   Chapter 11
*In re*                                                  :
                                                         :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                                         :   Jointly Administered
                    Debtors.                             :
                                                         :
                                                         :
                                                         :
                                                         :
---------------------------------------------------------X

**DECLARATION OF AATIF IQBAL IN SUPPORT OF JOINT OBJECTION TO THE PROOFS OF CLAIM FILED BY THE NORTEL NETWORKS UK PENSION TRUST LIMITED (AS TRUSTEE OF THE NORTEL NETWORKS UK PENSION PLAN) AND THE BOARD OF THE PENSION PROTECTION FUND**

Pursuant to 28 U.S.C. § 1746, I, Aatif Iqbal, do hereby declare as follows:

1. I am associated with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession (collectively, the "Debtors") in the above-captioned proceeding. I am admitted to the bar of the State of New York. I respectfully submit this declaration in support of the Debtors' and the Official Committee of Unsecured Creditors' objection (the "Objection"), pursuant to Sections 105 and 502 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 3001, 3002, 3003, 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. ("NNI") (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. ("NN CALA") (4226) (collectively, the "Debtors"). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

"Bankruptcy Rules"), to the proofs of claim (the "Proofs of Claim") filed against them by the Claimants (as defined in the Objection).

2. Attached hereto as Exhibit 1 is a true and correct copy of the Factum filed by the Pensions Regulator in In re Nortel Networks Corp., [2010] ONSC 1304 (Can.) on April 13, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of the letter of the Pensions Regulator to the Determinations Panel, dated March 18, 2010, portions of which have been redacted pursuant to section 82 of the U.K. Pensions Act 2004.

4. Attached hereto as Exhibit 3 is a true and correct copy of Justice Morawetz's written opinion in In re Nortel Networks Corp., [2010] ONSC 1304 (Can.) (Mar. 18, 2010).

I declare that the foregoing is true and correct.

Dated: New York, New York
May 14, 2013

Aatif Iqbal