# EXHIBIT 2



The Pensions
Regulator

18 March 2010

James Rickards
Clerk to the Determinations Panel
Outer Temple Chambers
222 The Strand
London
WC2R 1BA

Dear James,

**Re: The Nortel Networks UK Pension Plan ("the Scheme")**

I write in respect of the Warning Notice issued by the Pensions Regulator's case
team on 13 January 2010.



Napier House       Customer support:   0870 6063636
Trafalgar Place    Textphone:          0870 2433123
Brighton           Fax:                0870 2411144
BN1 4DW            Email:              customersupport@thepensionsregulator.gov.uk
                   General office:     01273 811800
                   Website:            www.thepensionsregulator.gov.uk
                   E-learning:         www.trusteetoolkit.com

The Pensions
Regulator



Napier House
Trafalgar Place
Brighton
BN1 4DW

Customer support:    0870 6063636
Textphone:    0870 2433123
Fax:    0870 2411144
Email:    customersupport@thepensionsregulator.gov.uk
General office:    01273 811800
Website:    www.thepensionsregulator.gov.uk
E-learning:    www.trusteetoolkit.com

# The Pensions Regulator



this matter must be
determined by 30 June 2010, since the terms of section 44(2) of the Pensions
Act 2004 required the Regulator to select a "relevant time" in this case of 30 June
2008. The terms of section 43(9) of the same Act, and Regulation 5 of the
Pensions Regulator (Financial Support Directions etc) Regulations 2005 (S.I.
2188 of 2005), require the matter to be determined within 24 months of that date,
i.e. by 30 June 2010. The selection by the Regulator of 30th June 2008 is
because it is only prior to that date that the test of insufficiently resourced is met
and any later date cannot be used. It should be noted that there is a lack of
reliable financial information after this date.



Napier House
Trafalgar Place
Brighton
BN1 4DW

Customer support: 0870 6063636
Textphone: 0870 2433123
Fax: 0870 2411144
Email: customersupport@thepensionsregulator.gov.uk
General office: 01273 811800
Website: www.thepensionsregulator.gov.uk
E-learning: www.trusteetoolkit.com



Napier House        Customer support:    0870 6063636
Trafalgar Place     Textphone:           0870 2433123
Brighton            Fax:                 0870 2411144
BN1 4DW             Email:               customersupport@thepensionsregulator.gov.uk
                    General office:      01273 811800
                    Website:             www.thepensionsregulator.gov.uk
                    E-learning:          www.trusteetoolkit.com

The Pensions
Regulator

Yours sincerely,

Marcus Laughton
Case Lawyer



cc. Herbert Smith LLP, Freshfields LLP, Linklaters LLP, Pinsent Masons LLP, the
Board of the Pension Protection Fund.

Napier House
Trafalgar Place
Brighton
BN1 4DW

Customer support:     0870 6063636
Textphone:            0870 2433123
Fax:                  0870 2411144
Email:                customersupport@thepensionsregulator.gov.uk
General office:       01273 811800
Website:              www.thepensionsregulator.gov.uk
E-learning:           www.trusteetoolkit.com