IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                         :    Chapter 11
*In re*                                                  :
                                                         :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                       :
                                                         :    (Jointly Administered)
                          Debtors.                       :
                                                         :
                                                         :    **Hearing Date:** To commence
                                                         :                January 6, 2014
                                                         :
--------------------------------------------------------- X

**NOTICE OF JOINT OMNIBUS OBJECTION TO THE REMAINING
AMENDED CLAIMS FILED BY THE EMEA CLAIMANTS**

PLEASE TAKE NOTICE that Nortel Networks Inc. ("NNI") and its affiliates, as respective debtors and debtors in possession (individually a "Debtor," collectively, the "Debtors"), together with the Official Committee of Unsecured Creditors (the "Committee" and collectively with the Debtors, the "Objectors"), have today filed the attached **Joint Omnibus Objection to the Remaining Amended Claims Filed by the EMEA Claimants** ("Objection").

PLEASE TAKE FURTHER NOTICE that any opposition to the Objection must be made in accordance (i) with the timing and (ii) in the form set forth in the Litigation Timetable (as defined in D.I. 10510).

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE OBJECTION WILL BE HELD BEGINNING ON JANUARY 6, 2014 BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801.**

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

Dated:  May 14, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard S. Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

   - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

   - and -

AKIN GUMP STRAUSS HAUER & FELD LLP

Fred Hodara (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

   - and -

        RICHARDS, LAYTON & FINGER, P.A.

        */s/ Christopher M. Samis*
        Mark D. Collins (No. 2981)
        Christopher M. Samis (No. 4909)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Facsimile: (302) 651-7701

        *Counsel for the Official Committee*
        *of Unsecured Creditors*

7206929.1