**Appendix A:**

**EMEA Claims Subject to this Objection[1]**

*General Proofs of Claim*

| Claim | Filed By |
|---|---|
| 7786 | Nortel Networks UK Limited ("NNUK") |
| 7784 | NNSA's court-appointed liquidator (the "French Liquidator") |
| 7785 | Nortel Networks S.A. ("NNSA") |
| 7776 | Nortel Networks International Finance & Holding BV ("NNIF") |
| 7774 | Nortel Networks (Ireland) Limited ("NNIR") |
| 7775 | Nortel Networks S.p.A ("NN Italy") |
| 7787 | Nortel Networks Hispania SA ("NN Spain") |
| 7780 | Nortel Networks B.V. ("NN Holland") |
| 7781 | Nortel Networks NV ("NN Belgium") |
| 7754 | Nortel Networks Polska Sp.z.o.o ("NN Poland") |
| 7752 | Nortel Networks A.G. ("NN Switzerland") |
| 7778 | Nortel GmbH ("NN Germany") |
| 7751 | Nortel Networks Portugal S.A. ("NN Portugal") |
| 7782 | Nortel Networks s.r.o. ("NN Czech") |
| 7755 | Nortel Networks (Austria) GmbH ("NN Austria") |
| 7779 | Nortel Networks AB ("NN Sweden") |
| 7756 | Nortel Networks Engineering Service Kft ("NN Hungary") |
| 7750 | Nortel Networks Slovensko s.r.o. ("NN Slovakia") |
| 7762 | Nortel Networks AS ("NN Norway") |
| 7783 | Nortel Networks Romania SRL ("NN Romania") |
| 7753 | Nortel Networks Oy ("NN Finland") |

*Proofs of Claim Asserting Only Intercompany Trading Debts[2]*

| Claim | Filed By |
|---|---|
| 7766 | Nortel Networks Optical Components Limited ("NNOCL") |
| 7768 | Nortel Networks S.A. ("NNSA") |
| 7769 | Nortel Networks UK Limited ("NNUK") |
| 7770 | Nortel Networks B.V. ("NN Holland") |
| 7757 | Nortel Networks UK Limited ("NNUK") |
| 7761 | Nortel Networks (Ireland) Limited ("NNIR") |
| 7765 | Nortel Networks France S.A.S. ("NNSAS") |

---

[1] The claims are listed in descending order based on the amount of damages sought, to the extent any damages amount is specified.

[2] Apart from a general reservation of rights, the claims listed in this group relate only to alleged intercompany trading debts. The Objectors object to these claims, but invite Claimants to work with Objectors' counsel to reconcile the claimed trade debt amounts with the U.S. Debtors' books and records, in an effort to amicably resolve these claims. The Objectors reserve the right to raise any and all defenses to these claims in the event Claimants cannot provide sufficient documentation to enable Objectors to reconcile them to the U.S. Debtors' books and records.

7767    Nortel Networks UK Limited ("NNUK")
7759    Nortel GmbH ("NN Germany")
7760    Nortel Networks S.A. ("NNSA")
7771    Northern Telecom PCN Limited ("NT PCN")
7764    Nortel Networks France S.A.S. ("NNSAS`)
7763    Nortel Networks B.V. ("NN Holland")
7758    Nortel Networks S.p.A ("NN Italy")

*Proofs of Claim Asserting Only FSD-Based or Other Contingent Liability*[3]

**Claim**    **Filed By**
7772    Nortel Networks Optical Components Limited ("NNOCL")
7773    Nortel Networks South Africa (Proprietary) Limited ("NN South Africa")
7777    Northern Telecom France SA ("NT France")

---

[3]    Claim No. 7772 was submitted pursuant to the Court's First EMEA Claims Order requiring a more definite statement, but provides even less detail than the original claim filed by NNOCL (Claim No. 5318), asserting only NNOCL's rights "in the event that a claim is made or intimated against NNOCL." Claim Nos. 7773 and 7777 assert only claims based upon the alleged liability of NNI for any support payments required of Claimants by the UK Pensions Regulator, which are the same type of claims this Court has previously dismissed. Accordingly, the Objectors object to these three claims and request that Claimants voluntarily withdraw them with prejudice forthwith.