**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                    Debtors.

-------------------------------------------------------------X

: Chapter 11

: Case No. 09-10138 (KG)

: Jointly Administered

**DECLARATION OF JACQUELINE M. MOESSNER IN SUPPORT OF**
**JOINT OMNIBUS OBJECTION TO THE REMAINING**
**AMENDED CLAIMS FILED BY THE EMEA CLAIMANTS**

I, Jacqueline M. Moessner, do hereby declare as follows pursuant to 28 U.S.C. § 1746.

1.      I am an associate with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Nortel Networks Inc. and its affiliated debtors, as respective debtors and debtors in possession, in the above-captioned proceedings.  I am admitted to practice before this Court *pro hac vice*.

2.      I respectfully submit this declaration in support of the Joint Omnibus Objection to the Remaining Amended Claims Filed by the EMEA Claimants (the "Objection"),

---

[1]      The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

solely to place before the Court certain correspondence between the parties referenced in and

relied upon in the Objection.

        3.     Annexed to this declaration are true and correct copies of the following

documents:

| | |
|---|---|
| **EXHIBIT A:** | Letter from Luke A. Barefoot, Esq. to Edwin J. Harron, Esq., dated June 17, 2011 |
| **EXHIBIT B:** | Letter from Luke A. Barefoot, Esq. to Edwin J. Harron, Esq., dated July 8, 2011 |

        I declare that the foregoing is true and correct to the best of my knowledge,

information and belief.


Dated: New York, New York
       May 14, 2013


                                        Jacqueline M. Moessner