# **<u>EXHIBIT A</u>**

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, DC | ONE LIBERTY PLAZA | FRANKFURT |
| PARIS | NEW YORK, NY 10006-1470 | COLOGNE |
| | (212) 225-2000 | ROME |
| BRUSSELS | FACSIMILE (212) 225-3999 | MILAN |
| LONDON | WWW.CLEARYGOTTLIEB.COM | HONG KONG |
| | Writer's Direct Dial.  +1 212 225 2829 | |
| MOSCOW | E-Mail:  lbarefoot@cgsh.com | BEIJING |

June 17, 2011

VIA EMAIL AND FEDERAL EXPRESS

Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, Delaware  19801

Re:  *In re Nortel Networks Inc. et al.*, Case No. 09-10138 (KG) (Bankr. D. Del)[1]

Dear Ed:

I write with respect the amended proofs of claim filed on June 3, 2011 pursuant to the Order Requiring EMEA Claimants to File a More Definite Statement of Claim and Setting a Deadline for the Filing of Any Proofs of Claim by the EMEA Claimants, entered on May 10, 2011 in the above-captioned proceedings (D.I. 5402, the "EMEA Claims Order").[2]  As you know, the EMEA Claims Order (as amended) required the Claimants to file any prepetition claims, including any amended Proofs of Claim, against the U.S. Debtors on or before June 3,

---

[1]      The debtors, whose cases are jointly administered, are:  Nortel Networks Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. (collectively, the "U.S. Debtors").

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the EMEA Claims Order.

Edwin J. Harron, Esq., p. 2

2011.[3]  That order makes clear that if the Claimants failed to file amended claims on or before June 3, 2011, the Claimants' "Proofs of Claim and any and all prepetition claims against the Debtors by the Claimants shall be disallowed and expunged with prejudice." EMEA Claims Order, ¶ 3.

In an effort to ensure that the U.S. Debtors' claims register accurately reflects the status of the Proofs of Claim under the EMEA Claims Order, we have reviewed the amended claims filed by the Claimants on June 3, 2011. Based on that review, we have identified 356 Proofs of Claim which were not timely amended or otherwise stated with more particularity. Such Proofs of Claim are set forth on Schedule 1 attached hereto. Under the terms of the EMEA Claims Order, these claims must be "disallowed and expunged with prejudice." EMEA Claims Order, ¶ 3.

In addition, while the amended claims do not reference the number of the claim they purport to amend, we have also correlated the amended claims with the previously-filed Proofs of Claim. This information, as we believe it should appear on the claims register, is set forth on Schedule 2 attached hereto.

Please let us know by July 1, 2011 if you disagree with any of the claims reconciliations set forth herein. If we do not hear from you by that date, the U.S. Debtors' claims agent will proceed to update the claims register accordingly.

Sincerely,

Luke A. Barefoot

cc:    Michael Luskin, Esq. (Hughes Hubbard & Reed, LLP)
       Stephen Gale, Esq./ Kevin Lloyd, Esq. (Herbert Smith, LLP)
       Simon Freemantle (Northern Telecom PCN Limited)
       Sharon Rolston (Nortel Networks Optical Components Limited)
       Rajeev Sharma Fokeer/Edouard Fabre (FTPA)

---

[3]    See Order Approving Extension of Deadline for EMEA Claimants to File a More Definite Statement of Claim and to File Any Proofs of Claim (D.I. 5588).

## SCHEDULE I: CLAIMS TO BE EXPUNGED

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 4912 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Xros, Inc. | Expunged |
| 4913 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Sonoma Systems | Expunged |
| 4914 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Qtera Corporation | Expunged |
| 4915 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | CoreTek, Inc. | Expunged |
| 4916 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks Applications Management | Expunged |
| 4917 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 4918 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 4919 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 4920 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks International Inc. | Expunged |
| 4921 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Northern Telecom International Inc. | Expunged |
| 4922 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 4924 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks Capital Corporation | Expunged |
| 4925 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Altsystems Inc. | Expunged |
| 4926 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Altsystems International Inc. | Expunged |
| 4927 | 09/30/09 | Nortel Networks SA (French Liquidators) | Xros, Inc. | Expunged |
| 4928 | 09/30/09 | Nortel Networks SA (French Liquidators) | Sonoma Systems | Expunged |
| 4929 | 09/30/09 | Nortel Networks SA (French Liquidators) | Qtera Corporation | Expunged |
| 4931 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks Capital Corporation | Expunged |
| 4932 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Altsystems Inc. | Expunged |
| 4933 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Altsystems International Inc. | Expunged |
| 4934 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Xros, Inc. | Expunged |
| 4935 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Sonoma Systems | Expunged |
| 4936 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Qtera Corporation | Expunged |
| 4937 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | CoreTek, Inc. | Expunged |
| 4938 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks Applications Management | Expunged |
| 4939 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 4940 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 4941 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 4942 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks Optical Components Inc. | Expunged |
| 4943 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks HPOCS Inc. | Expunged |
| 4944 | 09/30/09 | Nortel Networks SA (French Liquidators) | Architel Systems (U.S.) Corporation | Expunged |

1

# SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 4946 | 09/30/09 | Nortel Networks SA (French Liquidators) | Northern Telecom International Inc. | Expunged |
| 4947 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks Cable Solutions Inc. | Expunged |
| 4949 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks Capital Corporation | Expunged |
| 4950 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Altsystems Inc. | Expunged |
| 4951 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Altsystems International Inc. | Expunged |
| 4952 | 09/30/09 | Nortel Networks Oy ET AL. | Xros, Inc. | Expunged |
| 4953 | 09/30/09 | Nortel Networks Oy ET AL. | Sonoma Systems | Expunged |
| 4954 | 09/30/09 | Nortel Networks Oy ET AL. | Qtera Corporation | Expunged |
| 4955 | 09/30/09 | Nortel Networks Oy ET AL. | CoreTek, Inc. | Expunged |
| 4956 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 4957 | 09/30/09 | Nortel Networks AB ET AL. | Northern Telecom International Inc. | Expunged |
| 4958 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks International Inc. | Expunged |
| 4959 | 09/30/09 | Nortel Networks AB ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 4960 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 4961 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 4962 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks Applications Management | Expunged |
| 4963 | 09/30/09 | Nortel Networks AB ET AL. | CoreTek, Inc. | Expunged |
| 4964 | 09/30/09 | Nortel Networks AB ET AL. | Qtera Corporation | Expunged |
| 4965 | 09/30/09 | Nortel Networks AB ET AL. | Sonoma Systems | Expunged |
| 4966 | 09/30/09 | Nortel Networks AB ET AL. | Xros, Inc. | Expunged |
| 4967 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Altsystems International Inc. | Expunged |
| 4968 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Altsystems Inc. | Expunged |
| 4969 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks Capital Corporation | Expunged |
| 4971 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 4972 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Northern Telecom International Inc. | Expunged |
| 4973 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks International Inc. | Expunged |
| 4974 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 4975 | 09/30/09 | Nortel Networks SpA ET AL. | Qtera Corporation | Expunged |
| 4976 | 09/30/09 | Nortel Networks SpA ET AL. | Sonoma Systems | Expunged |
| 4977 | 09/30/09 | Nortel Networks SpA ET AL. | Xros, Inc. | Expunged |
| 4978 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Altsystems International Inc. | Expunged |

# SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 4979 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Altsystems Inc. | Expunged |
| 4980 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Capital Corporation | Expunged |
| 4982 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 4983 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Northern Telecom International Inc. | Expunged |
| 4984 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks International Inc. | Expunged |
| 4985 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 4986 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 4987 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 4988 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks Applications Management | Expunged |
| 4989 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | CoreTek, Inc. | Expunged |
| 4990 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Qtera Corporation | Expunged |
| 4991 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Sonoma Systems | Expunged |
| 4992 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Xros, Inc. | Expunged |
| 4993 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Altsystems International Inc. | Expunged |
| 4994 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Altsystems Inc. | Expunged |
| 4995 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks Capital Corporation | Expunged |
| 4997 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 4998 | 09/30/09 | Nortel Networks NV ET AL. | Northern Telecom International Inc. | Expunged |
| 4999 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks International Inc. | Expunged |
| 5000 | 09/30/09 | Nortel Networks NV ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5001 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5002 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5003 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks Applications Management | Expunged |
| 5004 | 09/30/09 | Nortel Networks NV ET AL. | CoreTek, Inc. | Expunged |
| 5006 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5007 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Altsystems Inc. | Expunged |
| 5008 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5009 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Xros, Inc. | Expunged |
| 5010 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Sonoma Systems | Expunged |
| 5011 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Qtera Corporation | Expunged |
| 5012 | 09/30/09 | Nortel Networks Portugal SA ET AL. | CoreTek, Inc. | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5013 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks Applications Management | Expunged |
| 5014 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5015 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5016 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5017 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks International Inc. | Expunged |
| 5018 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Northern Telecom International Inc. | Expunged |
| 5019 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5021 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5022 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Altsystems Inc. | Expunged |
| 5023 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5024 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Xros, Inc. | Expunged |
| 5025 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Sonoma Systems | Expunged |
| 5026 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Qtera Corporation | Expunged |
| 5027 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | CoreTek, Inc. | Expunged |
| 5028 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks Applications Management | Expunged |
| 5029 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5030 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5031 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5032 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks International Inc. | Expunged |
| 5033 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Northern Telecom International Inc. | Expunged |
| 5034 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5036 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5037 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Altsystems Inc. | Expunged |
| 5038 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5056 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks International Inc. | Expunged |
| 5057 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Northern Telecom International Inc. | Expunged |
| 5058 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5060 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5061 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Altsystems Inc. | Expunged |
| 5062 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5063 | 09/30/09 | Nortel Networks BV ET AL. | Xros, Inc. | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5064 | 09/30/09 | Nortel Networks BV ET AL. | Sonoma Systems | Expunged |
| 5065 | 09/30/09 | Nortel Networks BV ET AL. | Qtera Corporation | Expunged |
| 5066 | 09/30/09 | Nortel Networks BV ET AL. | CoreTek, Inc. | Expunged |
| 5067 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks Applications Management | Expunged |
| 5068 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5069 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5070 | 09/30/09 | Nortel Networks BV ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5072 | 09/30/09 | Nortel Networks BV ET AL. | Northern Telecom International Inc. | Expunged |
| 5073 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5075 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5076 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Altsystems Inc. | Expunged |
| 5077 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5078 | 09/30/09 | Nortel Networks France SAS ET AL. | Xros, Inc. | Expunged |
| 5079 | 09/30/09 | Nortel Networks France SAS ET AL. | Sonoma Systems | Expunged |
| 5080 | 09/30/09 | Nortel Networks France SAS ET AL. | Qtera Corporation | Expunged |
| 5081 | 09/30/09 | Nortel Networks France SAS ET AL. | CoreTek, Inc. | Expunged |
| 5082 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks Applications Management | Expunged |
| 5083 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5084 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5085 | 09/30/09 | Nortel Networks France SAS ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5087 | 09/30/09 | Nortel Networks France SAS ET AL. | Northern Telecom International Inc. | Expunged |
| 5088 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5090 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5091 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Altsystems Inc. | Expunged |
| 5092 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5093 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Xros, Inc. | Expunged |
| 5094 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Sonoma Systems | Expunged |
| 5095 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Qtera Corporation | Expunged |
| 5096 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | CoreTek, Inc. | Expunged |
| 5097 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks Applications Management | Expunged |
| 5098 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks Optical Components Inc. | Expunged |

# SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5099 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5100 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5102 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5103 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5104 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Altsystems Inc. | Expunged |
| 5105 | 09/30/09 | Nortel Networks SpA ET AL. | Qtera Corporation | Expunged |
| 5106 | 09/30/09 | Nortel Networks SpA ET AL. | Xros, Inc. | Expunged |
| 5107 | 09/30/09 | Nortel Networks SpA ET AL. | Sonoma Systems | Expunged |
| 5108 | 09/30/09 | Nortel Networks SpA ET AL. | CoreTek, Inc. | Expunged |
| 5109 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Applications Management | Expunged |
| 5110 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5111 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5112 | 09/30/09 | Nortel Networks SpA ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5113 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks International Inc. | Expunged |
| 5114 | 09/30/09 | Nortel Networks SpA ET AL. | Northern Telecom International Inc. | Expunged |
| 5115 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5116 | 09/30/09 | Nortel Networks SA (French Liquidators) | CoreTek, Inc. | Expunged |
| 5117 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks Applications Management | Expunged |
| 5118 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5120 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Northern Telecom International Inc. | Expunged |
| 5121 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5123 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5124 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Altsystems Inc. | Expunged |
| 5125 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5126 | 09/30/09 | Nortel Networks UK Limited ET AL. | Xros, Inc. | Expunged |
| 5127 | 09/30/09 | Nortel Networks UK Limited ET AL. | Sonoma Systems | Expunged |
| 5128 | 09/30/09 | Nortel Networks UK Limited ET AL. | Qtera Corporation | Expunged |
| 5129 | 09/30/09 | Nortel Networks UK Limited ET AL. | CoreTek, Inc. | Expunged |
| 5130 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks Applications Management | Expunged |
| 5131 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5133 | 09/30/09 | Nortel Networks UK Limited ET AL. | Architel Systems (U.S.) Corporation | Expunged |

# SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5135 | 09/30/09 | Nortel Networks UK Limited ET AL. | Northern Telecom International Inc. | Expunged |
| 5136 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5138 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5139 | 09/30/09 | Nortel GmbH ET AL. | Nortel Altsystems Inc. | Expunged |
| 5140 | 09/30/09 | Nortel GmbH ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5141 | 09/30/09 | Nortel GmbH ET AL. | Xros, Inc. | Expunged |
| 5142 | 09/30/09 | Nortel GmbH ET AL. | Sonoma Systems | Expunged |
| 5143 | 09/30/09 | Nortel GmbH ET AL. | Qtera Corporation | Expunged |
| 5144 | 09/30/09 | Nortel GmbH ET AL. | CoreTek, Inc. | Expunged |
| 5145 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks Applications Management | Expunged |
| 5146 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5147 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5148 | 09/30/09 | Nortel GmbH ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5150 | 09/30/09 | Nortel GmbH ET AL. | Northern Telecom International Inc. | Expunged |
| 5151 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5152 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5153 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks Applications Management | Expunged |
| 5154 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | CoreTek, Inc. | Expunged |
| 5155 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Qtera Corporation | Expunged |
| 5156 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Sonoma Systems | Expunged |
| 5157 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Xros, Inc. | Expunged |
| 5158 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5159 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Altsystems Inc. | Expunged |
| 5160 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5162 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5163 | 09/30/09 | Nortel Networks SpA ET AL. | Northern Telecom International Inc. | Expunged |
| 5165 | 09/30/09 | Nortel Networks SpA ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5166 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5167 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5168 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Applications Management | Expunged |
| 5169 | 09/30/09 | Nortel Networks SpA ET AL. | CoreTek, Inc. | Expunged |

# SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5170 | 09/30/09 | Nortel Networks NV ET AL. | Qtera Corporation | Expunged |
| 5171 | 09/30/09 | Nortel Networks NV ET AL. | Sonoma Systems | Expunged |
| 5172 | 09/30/09 | Nortel Networks NV ET AL. | Xros, Inc. | Expunged |
| 5173 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5174 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Altsystems Inc. | Expunged |
| 5175 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5177 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5178 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Northern Telecom International Inc. | Expunged |
| 5179 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks International Inc. | Expunged |
| 5180 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5181 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5182 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5183 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks Applications Management | Expunged |
| 5184 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | CoreTek, Inc. | Expunged |
| 5185 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Qtera Corporation | Expunged |
| 5186 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Sonoma Systems | Expunged |
| 5187 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Xros, Inc. | Expunged |
| 5188 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5189 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Altsystems Inc. | Expunged |
| 5190 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5192 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5193 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Northern Telecom International Inc. | Expunged |
| 5194 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks International Inc. | Expunged |
| 5195 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5196 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5197 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5198 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks Applications Management | Expunged |
| 5199 | 09/30/09 | Nortel Networks Romania SRL ET AL. | CoreTek, Inc. | Expunged |
| 5200 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Qtera Corporation | Expunged |
| 5201 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Sonoma Systems | Expunged |
| 5202 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Xros, Inc. | Expunged |

# SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5203 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5204 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Altsystems Inc. | Expunged |
| 5205 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5207 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5208 | 09/30/09 | Nortel Networks Oy ET AL. | Northern Telecom International Inc. | Expunged |
| 5209 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks International Inc. | Expunged |
| 5210 | 09/30/09 | Nortel Networks Oy ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5211 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5212 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5213 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks Applications Management | Expunged |
| 5214 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5215 | 09/30/09 | Northern Telecom France SA ET AL. | Northern Telecom International Inc. | Expunged |
| 5216 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks International Inc. | Expunged |
| 5217 | 09/30/09 | Northern Telecom France SA ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5218 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5219 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5220 | 09/30/09 | Northern Telecom France SA ET AL. | CoreTek, Inc. | Expunged |
| 5221 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks Applications Management | Expunged |
| 5222 | 09/30/09 | Northern Telecom France SA ET AL. | Qtera Corporation | Expunged |
| 5223 | 09/30/09 | Northern Telecom France SA ET AL. | Sonoma Systems | Expunged |
| 5224 | 09/30/09 | Northern Telecom France SA ET AL. | Xros, Inc. | Expunged |
| 5225 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5226 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Altsystems Inc. | Expunged |
| 5227 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5229 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5230 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Northern Telecom International Inc. | Expunged |
| 5231 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks International Inc. | Expunged |
| 5232 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5233 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5234 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5235 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks Applications Management | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5236 | 09/30/09 | O.O.O. Nortel Networks ET AL. | CoreTek, Inc. | Expunged |
| 5237 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Qtera Corporation | Expunged |
| 5238 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Sonoma Systems | Expunged |
| 5239 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Xros, Inc. | Expunged |
| 5240 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Alteon Websystems International, Inc. | Expunged |
| 5241 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Altsystems Inc. | Expunged |
| 5242 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5243 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks Inc. | Expunged |
| 5244 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5245 | 09/30/09 | Nortel Networks AS ET AL. | Northern Telecom International Inc. | Expunged |
| 5246 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks International Inc. | Expunged |
| 5247 | 09/30/09 | Nortel Networks AS ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5248 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5249 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5250 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks Applications Management | Expunged |
| 5251 | 09/30/09 | Nortel Networks AS ET AL. | CoreTek, Inc. | Expunged |
| 5252 | 09/30/09 | Nortel Networks AS ET AL. | Qtera Corporation | Expunged |
| 5253 | 09/30/09 | Nortel Networks AS ET AL. | Sonoma Systems | Expunged |
| 5254 | 09/30/09 | Nortel Networks AS ET AL. | Xros, Inc. | Expunged |
| 5255 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5256 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Altsystems Inc. | Expunged |
| 5257 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5259 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5260 | 09/30/09 | Nortel Networks AG ET AL. | Northern Telecom International Inc. | Expunged |
| 5261 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks International Inc. | Expunged |
| 5262 | 09/30/09 | Nortel Networks AG ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5263 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5264 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5265 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks Applications Management | Expunged |
| 5266 | 09/30/09 | Nortel Networks AG ET AL. | CoreTek, Inc. | Expunged |
| 5267 | 09/30/09 | Nortel Networks AG ET AL. | Qtera Corporation | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5268 | 09/30/09 | Nortel Networks AG ET AL. | Sonoma Systems | Expunged |
| 5269 | 09/30/09 | Nortel Networks AG ET AL. | Xros, Inc. | Expunged |
| 5270 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5271 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Altsystems Inc. | Expunged |
| 5272 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5274 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5275 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Northern Telecom International Inc. | Expunged |
| 5276 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks International Inc. | Expunged |
| 5277 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5278 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5279 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5280 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks Applications Management | Expunged |
| 5281 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | CoreTek, Inc. | Expunged |
| 5282 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Qtera Corporation | Expunged |
| 5283 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Sonoma Systems | Expunged |
| 5284 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Xros, Inc. | Expunged |
| 5285 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5286 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Altsystems Inc. | Expunged |
| 5287 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5289 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5290 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Northern Telecom International Inc. | Expunged |
| 5291 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks International Inc. | Expunged |
| 5292 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5293 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5294 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5295 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks Applications Management | Expunged |
| 5296 | 09/30/09 | Northern Telecom PCN Limited ET AL. | CoreTek, Inc. | Expunged |
| 5297 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Qtera Corporation | Expunged |
| 5298 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Sonoma Systems | Expunged |
| 5299 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Xros, Inc. | Expunged |
| 5300 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Altsystems International Inc. | Expunged |

# SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5301 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Altsystems Inc. | Expunged |
| 5302 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5304 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5305 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Northern Telecom International Inc. | Expunged |
| 5306 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks International Inc. | Expunged |
| 5307 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5308 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5310 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks Applications Management | Expunged |
| 5311 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | CoreTek, Inc. | Expunged |
| 5312 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Qtera Corporation | Expunged |
| 5313 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Sonoma Systems | Expunged |
| 5314 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Xros, Inc. | Expunged |
| 5315 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5316 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Altsystems Inc. | Expunged |
| 5317 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks Capital Corporation | Expunged |

## SCHEDULE II: AMENDED CLAIMS

| Original Claim No. | Original Claim Date | Claimant | U.S. Debtor | Amended Claim No. |
|---|---|---|---|---|
| 4923 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks Inc. | 7785 |
| 4930 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks Inc. | 7754 |
| 4945 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks International Inc. | 7760 |
| 4948 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks Inc. | 7753 |
| 4970 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks Inc. | 7779 |
| 4981 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Inc. | 7775 |
| 4996 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks Inc. | 7755 |
| 5005 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks Inc. | 7751 |
| 5020 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks Inc. | 7787 |
| 5035 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks Inc. | 7750 |
| 5059 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks Inc. | 7780 |
| 5071 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks International Inc. | 7763 |
| 5074 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks Inc. | 7765 |
| 5086 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks International Inc. | 7764 |
| 5089 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks Inc. | 7774 |
| 5101 | 09/30/09 | Nortel Networks s.r.o. ET AL. | Nortel Networks Inc. | 7782 |
| 5119 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks International Inc. | 7761 |
| 5122 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks Inc. | 7786 |
| 5132 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks HPOCS Inc. | 7767 |
| 5134 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks International Inc. | 7757 |
| 5137 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks Inc. | 7778 |
| 5149 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks International Inc. | 7759 |
| 5161 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks Inc. | 7776 |
| 5164 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks International Inc. | 7758 |
| 5176 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks Inc. | 7781 |
| 5191 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks Inc. | 7756 |
| 5206 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks Inc. | 7783 |
| 5228 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks Inc. | 7777 |
| 5258 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks Inc. | 7762 |
| 5273 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks Inc. | 7752 |
| 5288 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks Inc. | 7773 |

# SCHEDULE II (continued)

| Original Claim No. | Original Claim Date | Claimant | U.S. Debtor | Amended Claim No. |
|---|---|---|---|---|
| 5303 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks Inc. | 7771 |
| 5309 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks HPOCS Inc. | 7766 |
| 5318 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks Inc. | 7772 |
| N/A | N/A | Nortel Networks BV ET AL. | Nortel Networks (CALA) Inc. | 7770 |
| N/A | N/A | Nortel Networks UK Limited ET AL. | Nortel Networks (CALA) Inc. | 7769 |
| N/A | N/A | Northern Telecom France SA ET AL. | Nortel Networks (CALA) Inc. | 7768 |
| N/A | N/A | Northern Telecom France SA ET AL. | Nortel Networks Inc. | 7784 |