# **EXHIBIT B**

# Cleary Gottlieb Steen & Hamilton LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

Writer's Direct Dial +1 212 225 2829
E-Mail. lbarefoot@cgsh.com

WASHINGTON, DC
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

July 8, 2011

<u>VIA EMAIL AND FEDERAL EXPRESS</u>

Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801

   Re:  <u>In re Nortel Networks Inc. et al.</u>, Case No. 09-10138 (KG) (Bankr. D. Del)[1]

Dear Ed:

  I write in reference to our prior correspondence concerning the U.S. Debtors' proposed amendments to the claims register to reflect the current status of claims that were the subject of the EMEA Claims Order.[2] In particular, we have reviewed the corrections you suggest in your letter dated July 1, 2011 (the "<u>July 1 Letter</u>") and have no objection to those clarifications.

  However, while your corrections address claims made by O.O.O. Nortel Networks, your July 1 Letter nonetheless assets that "neither we [Young Conaway Stargatt & Taylor LLP] nor

---

[1]  The debtors, whose cases are jointly administered, are: Nortel Networks Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc. and Nortel Networks (CALA) Inc. (collectively, the "<u>U.S. Debtors</u>").

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in my letter dated June 17, 2011 (the "<u>June 17 Letter</u>").

Herbert Smith LLP represent O.O.O. Nortel Networks in his matter", and thus "have no authority to take any position on the extent to which O.O.O. Nortel Networks may be subject to the Court's [EMEA Claims Order]."[3] The U.S. Debtors do not accept this assertion, certainly with regard to Herbert Smith LLP. Each of the OOO Claims (which were delivered to the U.S. Debtors' claims agent by your firm) are signed by "John Ogilvie, counsel for O.O.O. Nortel Networks." In addition, paragraph 3 of each of the OOO Claims states that "[a]ll notices to the claimants concerning the claim should be sent to Herbert Smith LLP, Attention: Stephen Gale, John Ogilvie." Accordingly, Herbert Smith LLP was served on behalf of O.O.O. Nortel Networks with the claims objection that resulted in the EMEA Claims Order,[4] without objection or notice that O.O.O. Nortel Networks had allegedly changed its notice party. There is thus no basis to suggest that the U.S. Debtors' prior notices are insufficient as to the OOO Claims, or that counsel for O.O.O. Nortel Networks – who was also served with the June 17 and July 1 Letters – has had anything other than ample opportunity to review the U.S. Debtors' proposed amendments to the claims register to effectuate the EMEA Claims Order.

I enclose revised versions of the schedules of claims that will be expunged or amended, reflecting the corrections noted in your July 1 Letter. The U.S. Debtors' claims agent will proceed to update the claims register accordingly.

Sincerely,

Luke A. Barefoot

cc:  Michael Luskin, Esq. (Hughes Hubbard & Reed, LLP)
     Stephen Gale, Esq. / Kevin Lloyd, Esq. (Herbert Smith, LLP)
     Simon Freemantle (Northern Telecom PCN Limited)
     Sharon Rolston (Nortel Networks Optical Components Limited)
     Rajeev Sharma Fokeer / Edouard Fabre (FTPA)

---

[3] Claims numbered 5229 through 5243 (inclusive) will be collectively referred to herein as the "OOO Claims".

[4] See Affidavit of Service dated April 5, 2011 [D.I. 5235] (reflecting service on Mr. Stephen Gale of Herbert Smith LLP of the Debtors' Objection to the Proofs of Claim Filed by the EMEA Claimants and Motion for an Order Requiring a More Definite Statement of Claim and Setting a Deadline for the Filing of any Proofs of Claim by the EMEA Claimants [D.I. 5200]).

# SCHEDULE I: CLAIMS TO BE EXPUNGED

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 4912 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Xros, Inc. | Expunged |
| 4913 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Sonoma Systems | Expunged |
| 4914 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Qtera Corporation | Expunged |
| 4915 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | CoreTek, Inc. | Expunged |
| 4916 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks Applications Management | Expunged |
| 4917 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 4918 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 4919 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 4920 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks International Inc. | Expunged |
| 4921 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Northern Telecom International Inc. | Expunged |
| 4922 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 4924 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks Capital Corporation | Expunged |
| 4925 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Altsystems Inc. | Expunged |
| 4926 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Altsystems International Inc. | Expunged |
| 4927 | 09/30/09 | Nortel Networks SA (French Liquidators) | Xros, Inc. | Expunged |
| 4928 | 09/30/09 | Nortel Networks SA (French Liquidators) | Sonoma Systems | Expunged |
| 4929 | 09/30/09 | Nortel Networks SA (French Liquidators) | Qtera Corporation | Expunged |
| 4931 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks Capital Corporation | Expunged |
| 4932 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Altsystems Inc. | Expunged |
| 4933 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Altsystems International Inc. | Expunged |
| 4934 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Xros, Inc. | Expunged |
| 4935 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Sonoma Systems | Expunged |
| 4936 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Qtera Corporation | Expunged |
| 4937 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | CoreTek, Inc. | Expunged |
| 4938 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks Applications Management | Expunged |
| 4939 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 4940 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 4941 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 4942 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks Optical Components Inc. | Expunged |
| 4943 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks HPOCS Inc. | Expunged |
| 4944 | 09/30/09 | Nortel Networks SA (French Liquidators) | Architel Systems (U.S.) Corporation | Expunged |
| 4946 | 09/30/09 | Nortel Networks SA (French Liquidators) | Northern Telecom International Inc. | Expunged |
| 4947 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks Cable Solutions Inc. | Expunged |
| 4949 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks Capital Corporation | Expunged |
| 4950 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Altsystems Inc. | Expunged |
| 4951 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Altsystems International Inc. | Expunged |
| 4952 | 09/30/09 | Nortel Networks Oy ET AL. | Xros, Inc. | Expunged |
| 4953 | 09/30/09 | Nortel Networks Oy ET AL. | Sonoma Systems | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 4954 | 09/30/09 | Nortel Networks Oy ET AL. | Qtera Corporation | Expunged |
| 4955 | 09/30/09 | Nortel Networks Oy ET AL. | CoreTek, Inc. | Expunged |
| 4956 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 4957 | 09/30/09 | Nortel Networks AB ET AL. | Northern Telecom International Inc. | Expunged |
| 4958 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks International Inc. | Expunged |
| 4959 | 09/30/09 | Nortel Networks AB ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 4960 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 4961 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 4962 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks Applications Management | Expunged |
| 4963 | 09/30/09 | Nortel Networks AB ET AL. | CoreTek, Inc. | Expunged |
| 4964 | 09/30/09 | Nortel Networks AB ET AL. | Qtera Corporation | Expunged |
| 4965 | 09/30/09 | Nortel Networks AB ET AL. | Sonoma Systems | Expunged |
| 4966 | 09/30/09 | Nortel Networks AB ET AL. | Xros, Inc. | Expunged |
| 4967 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Altsystems International Inc. | Expunged |
| 4968 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Altsystems Inc. | Expunged |
| 4969 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks Capital Corporation | Expunged |
| 4971 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 4972 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Northern Telecom International Inc. | Expunged |
| 4973 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks International Inc. | Expunged |
| 4974 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 4975 | 09/30/09 | Nortel Networks SpA ET AL. | Qtera Corporation | Expunged |
| 4976 | 09/30/09 | Nortel Networks SpA ET AL. | Sonoma Systems | Expunged |
| 4977 | 09/30/09 | Nortel Networks SpA ET AL. | Xros, Inc. | Expunged |
| 4978 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Altsystems International Inc. | Expunged |
| 4979 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Altsystems Inc. | Expunged |
| 4980 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Capital Corporation | Expunged |
| 4982 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 4983 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Northern Telecom International Inc. | Expunged |
| 4984 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks International Inc. | Expunged |
| 4985 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 4986 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 4987 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 4988 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks Applications Management | Expunged |
| 4989 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | CoreTek, Inc. | Expunged |
| 4990 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Qtera Corporation | Expunged |
| 4991 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Sonoma Systems | Expunged |
| 4992 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Xros, Inc. | Expunged |
| 4993 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Altsystems International Inc. | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 4994 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Altsystems Inc. | Expunged |
| 4995 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks Capital Corporation | Expunged |
| 4997 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 4998 | 09/30/09 | Nortel Networks NV ET AL. | Northern Telecom International Inc. | Expunged |
| 4999 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks International Inc. | Expunged |
| 5000 | 09/30/09 | Nortel Networks NV ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5001 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5002 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5003 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks Applications Management | Expunged |
| 5004 | 09/30/09 | Nortel Networks NV ET AL. | CoreTek, Inc. | Expunged |
| 5006 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5007 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Altsystems Inc. | Expunged |
| 5008 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5009 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Xros, Inc. | Expunged |
| 5010 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Sonoma Systems | Expunged |
| 5011 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Qtera Corporation | Expunged |
| 5012 | 09/30/09 | Nortel Networks Portugal SA ET AL. | CoreTek, Inc. | Expunged |
| 5013 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks Applications Management | Expunged |
| 5014 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5015 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5016 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5017 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks International Inc. | Expunged |
| 5018 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Northern Telecom International Inc. | Expunged |
| 5019 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5021 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5022 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Altsystems Inc. | Expunged |
| 5023 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5024 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Xros, Inc. | Expunged |
| 5025 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Sonoma Systems | Expunged |
| 5026 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Qtera Corporation | Expunged |
| 5027 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | CoreTek, Inc. | Expunged |
| 5028 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks Applications Management | Expunged |
| 5029 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5030 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5031 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5032 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks International Inc. | Expunged |
| 5033 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Northern Telecom International Inc. | Expunged |
| 5034 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5036 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5037 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Altsystems Inc. | Expunged |
| 5038 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5056 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks International Inc. | Expunged |
| 5057 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Northern Telecom International Inc. | Expunged |
| 5058 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5060 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5061 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Altsystems Inc. | Expunged |
| 5062 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5063 | 09/30/09 | Nortel Networks BV ET AL. | Xros, Inc. | Expunged |
| 5064 | 09/30/09 | Nortel Networks BV ET AL. | Sonoma Systems | Expunged |
| 5065 | 09/30/09 | Nortel Networks BV ET AL. | Qtera Corporation | Expunged |
| 5066 | 09/30/09 | Nortel Networks BV ET AL. | CoreTek, Inc. | Expunged |
| 5067 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks Applications Management | Expunged |
| 5068 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5069 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5070 | 09/30/09 | Nortel Networks BV ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5072 | 09/30/09 | Nortel Networks BV ET AL. | Northern Telecom International Inc. | Expunged |
| 5073 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5075 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5076 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Altsystems Inc. | Expunged |
| 5077 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5078 | 09/30/09 | Nortel Networks France SAS ET AL. | Xros, Inc. | Expunged |
| 5079 | 09/30/09 | Nortel Networks France SAS ET AL. | Sonoma Systems | Expunged |
| 5080 | 09/30/09 | Nortel Networks France SAS ET AL. | Qtera Corporation | Expunged |
| 5081 | 09/30/09 | Nortel Networks France SAS ET AL. | CoreTek, Inc. | Expunged |
| 5082 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks Applications Management | Expunged |
| 5083 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5084 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5085 | 09/30/09 | Nortel Networks France SAS ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5087 | 09/30/09 | Nortel Networks France SAS ET AL. | Northern Telecom International Inc. | Expunged |
| 5088 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5090 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5091 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Altsystems Inc. | Expunged |
| 5092 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5093 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Xros, Inc. | Expunged |
| 5094 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Sonoma Systems | Expunged |
| 5095 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Qtera Corporation | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5096 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | CoreTek, Inc. | Expunged |
| 5097 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks Applications Management | Expunged |
| 5098 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5099 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5100 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5102 | 09/30/09 | Nortel Networks s.r.o ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5103 | 09/30/09 | Nortel Networks s.r.o ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5104 | 09/30/09 | Nortel Networks s.r.o ET AL. | Nortel Altsystems Inc. | Expunged |
| 5105 | 09/30/09 | Nortel Networks s.r.o ET AL. | Qtera Corporation | Expunged |
| 5106 | 09/30/09 | Nortel Networks s.r.o ET AL. | Xros, Inc. | Expunged |
| 5107 | 09/30/09 | Nortel Networks s.r.o ET AL. | Sonoma Systems | Expunged |
| 5108 | 09/30/09 | Nortel Networks s.r.o ET AL. | CoreTek, Inc. | Expunged |
| 5109 | 09/30/09 | Nortel Networks s.r.o ET AL. | Nortel Networks Applications Management | Expunged |
| 5110 | 09/30/09 | Nortel Networks s.r.o ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5111 | 09/30/09 | Nortel Networks s.r.o ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5112 | 09/30/09 | Nortel Networks s.r.o ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5113 | 09/30/09 | Nortel Networks s.r.o ET AL. | Nortel Networks International Inc. | Expunged |
| 5114 | 09/30/09 | Nortel Networks s.r.o ET AL. | Northern Telecom International Inc. | Expunged |
| 5115 | 09/30/09 | Nortel Networks s.r.o ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5116 | 09/30/09 | Nortel Networks SA (French Liquidators) | CoreTek, Inc. | Expunged |
| 5117 | 09/30/09 | Nortel Networks SA (French Liquidators) | Nortel Networks Applications Management | Expunged |
| 5118 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5120 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Northern Telecom International Inc. | Expunged |
| 5121 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5123 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5124 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Altsystems Inc. | Expunged |
| 5125 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5126 | 09/30/09 | Nortel Networks UK Limited ET AL. | Xros, Inc. | Expunged |
| 5127 | 09/30/09 | Nortel Networks UK Limited ET AL. | Sonoma Systems | Expunged |
| 5128 | 09/30/09 | Nortel Networks UK Limited ET AL. | Qtera Corporation | Expunged |
| 5129 | 09/30/09 | Nortel Networks UK Limited ET AL. | CoreTek, Inc. | Expunged |
| 5130 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks Applications Management | Expunged |
| 5131 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5133 | 09/30/09 | Nortel Networks UK Limited ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5135 | 09/30/09 | Nortel Networks UK Limited ET AL. | Northern Telecom International Inc. | Expunged |
| 5136 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5138 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5139 | 09/30/09 | Nortel GmbH ET AL. | Nortel Altsystems Inc. | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5140 | 09/30/09 | Nortel GmbH ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5141 | 09/30/09 | Nortel GmbH ET AL. | Xros, Inc. | Expunged |
| 5142 | 09/30/09 | Nortel GmbH ET AL. | Sonoma Systems | Expunged |
| 5143 | 09/30/09 | Nortel GmbH ET AL. | Qtera Corporation | Expunged |
| 5144 | 09/30/09 | Nortel GmbH ET AL. | CoreTek, Inc. | Expunged |
| 5145 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks Applications Management | Expunged |
| 5146 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5147 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5148 | 09/30/09 | Nortel GmbH ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5150 | 09/30/09 | Nortel GmbH ET AL. | Northern Telecom International Inc. | Expunged |
| 5151 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5152 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5153 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks Applications Management | Expunged |
| 5154 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | CoreTek, Inc. | Expunged |
| 5155 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Qtera Corporation | Expunged |
| 5156 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Sonoma Systems | Expunged |
| 5157 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Xros, Inc. | Expunged |
| 5158 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5159 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Altsystems Inc. | Expunged |
| 5160 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5162 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5163 | 09/30/09 | Nortel Networks SpA ET AL. | Northern Telecom International Inc. | Expunged |
| 5165 | 09/30/09 | Nortel Networks SpA ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5166 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5167 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5168 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Applications Management | Expunged |
| 5169 | 09/30/09 | Nortel Networks SpA ET AL. | CoreTek, Inc. | Expunged |
| 5170 | 09/30/09 | Nortel Networks NV ET AL. | Qtera Corporation | Expunged |
| 5171 | 09/30/09 | Nortel Networks NV ET AL. | Sonoma Systems | Expunged |
| 5172 | 09/30/09 | Nortel Networks NV ET AL. | Xros, Inc. | Expunged |
| 5173 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5174 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Altsystems Inc. | Expunged |
| 5175 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5177 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5178 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Northern Telecom International Inc. | Expunged |
| 5179 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks International Inc. | Expunged |
| 5180 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5181 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks HPOCS Inc. | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5182 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5183 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks Applications Management | Expunged |
| 5184 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | CoreTek, Inc. | Expunged |
| 5185 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Qtera Corporation | Expunged |
| 5186 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Sonoma Systems | Expunged |
| 5187 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Xros, Inc. | Expunged |
| 5188 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5189 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Altsystems Inc. | Expunged |
| 5190 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5192 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5193 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Northern Telecom International Inc. | Expunged |
| 5194 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks International Inc. | Expunged |
| 5195 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5196 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5197 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5198 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks Applications Management | Expunged |
| 5199 | 09/30/09 | Nortel Networks Romania SRL ET AL. | CoreTek, Inc. | Expunged |
| 5200 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Qtera Corporation | Expunged |
| 5201 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Sonoma Systems | Expunged |
| 5202 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Xros, Inc. | Expunged |
| 5203 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5204 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Altsystems Inc. | Expunged |
| 5205 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5207 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5208 | 09/30/09 | Nortel Networks Oy ET AL. | Northern Telecom International Inc. | Expunged |
| 5209 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks International Inc. | Expunged |
| 5210 | 09/30/09 | Nortel Networks Oy ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5211 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5212 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5213 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks Applications Management | Expunged |
| 5214 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5215 | 09/30/09 | Northern Telecom France SA ET AL. | Northern Telecom International Inc. | Expunged |
| 5216 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks International Inc. | Expunged |
| 5217 | 09/30/09 | Northern Telecom France SA ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5218 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5219 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5220 | 09/30/09 | Northern Telecom France SA ET AL. | CoreTek, Inc. | Expunged |
| 5221 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks Applications Management | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5222 | 09/30/09 | Northern Telecom France SA ET AL. | Qtera Corporation | Expunged |
| 5223 | 09/30/09 | Northern Telecom France SA ET AL. | Sonoma Systems | Expunged |
| 5224 | 09/30/09 | Northern Telecom France SA ET AL. | Xros, Inc. | Expunged |
| 5225 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5226 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Altsystems Inc. | Expunged |
| 5227 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5229 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5230 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Northern Telecom International Inc. | Expunged |
| 5231 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks International Inc. | Expunged |
| 5232 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5233 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5234 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5235 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks Applications Management | Expunged |
| 5236 | 09/30/09 | O.O.O. Nortel Networks ET AL. | CoreTek, Inc. | Expunged |
| 5237 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Qtera Corporation | Expunged |
| 5238 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Sonoma Systems | Expunged |
| 5239 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Xros, Inc. | Expunged |
| 5240 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5241 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Altsystems Inc. | Expunged |
| 5242 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5243 | 09/30/09 | O.O.O. Nortel Networks ET AL. | Nortel Networks Inc. | Expunged |
| 5244 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5245 | 09/30/09 | Nortel Networks AS ET AL. | Northern Telecom International Inc. | Expunged |
| 5246 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks International Inc. | Expunged |
| 5247 | 09/30/09 | Nortel Networks AS ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5248 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5249 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5250 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks Applications Management | Expunged |
| 5251 | 09/30/09 | Nortel Networks AS ET AL. | CoreTek, Inc. | Expunged |
| 5252 | 09/30/09 | Nortel Networks AS ET AL. | Qtera Corporation | Expunged |
| 5253 | 09/30/09 | Nortel Networks AS ET AL. | Sonoma Systems | Expunged |
| 5254 | 09/30/09 | Nortel Networks AS ET AL. | Xros, Inc. | Expunged |
| 5255 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5256 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Altsystems Inc. | Expunged |
| 5257 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5259 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5260 | 09/30/09 | Nortel Networks AG ET AL. | Northern Telecom International Inc. | Expunged |
| 5261 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks International Inc. | Expunged |

## SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5262 | 09/30/09 | Nortel Networks AG ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5263 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5264 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5265 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks Applications Management | Expunged |
| 5266 | 09/30/09 | Nortel Networks AG ET AL. | CoreTek, Inc. | Expunged |
| 5267 | 09/30/09 | Nortel Networks AG ET AL. | Qtera Corporation | Expunged |
| 5268 | 09/30/09 | Nortel Networks AG ET AL. | Sonoma Systems | Expunged |
| 5269 | 09/30/09 | Nortel Networks AG ET AL. | Xros, Inc. | Expunged |
| 5270 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5271 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Altsystems Inc. | Expunged |
| 5272 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5274 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5275 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Northern Telecom International Inc. | Expunged |
| 5276 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks International Inc. | Expunged |
| 5277 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5278 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5279 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5280 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks Applications Management | Expunged |
| 5281 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | CoreTek, Inc. | Expunged |
| 5282 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Qtera Corporation | Expunged |
| 5283 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Sonoma Systems | Expunged |
| 5284 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Xros, Inc. | Expunged |
| 5285 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5286 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Altsystems Inc. | Expunged |
| 5287 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5289 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5290 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Northern Telecom International Inc. | Expunged |
| 5291 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks International Inc. | Expunged |
| 5292 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5293 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks HPOCS Inc. | Expunged |
| 5294 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5295 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks Applications Management | Expunged |
| 5296 | 09/30/09 | Northern Telecom PCN Limited ET AL. | CoreTek, Inc. | Expunged |
| 5297 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Qtera Corporation | Expunged |
| 5298 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Sonoma Systems | Expunged |
| 5299 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Xros, Inc. | Expunged |
| 5300 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5301 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Altsystems Inc. | Expunged |

# SCHEDULE I (continued)

| Claim No. | Claim Date | Claimant | U.S. Debtor | Status |
|---|---|---|---|---|
| 5302 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks Capital Corporation | Expunged |
| 5304 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks Cable Solutions Inc. | Expunged |
| 5305 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Northern Telecom International Inc. | Expunged |
| 5306 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks International Inc. | Expunged |
| 5307 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Architel Systems (U.S.) Corporation | Expunged |
| 5308 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks Optical Components Inc. | Expunged |
| 5310 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks Applications Management | Expunged |
| 5311 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | CoreTek, Inc. | Expunged |
| 5312 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Qtera Corporation | Expunged |
| 5313 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Sonoma Systems | Expunged |
| 5314 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Xros, Inc. | Expunged |
| 5315 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Altsystems International Inc. | Expunged |
| 5316 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Altsystems Inc. | Expunged |
| 5317 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks Capital Corporation | Expunged |

## SCHEDULE II: AMENDED CLAIMS

| Original Claim No. | Original Claim Date | Claimant | U.S. Debtor | Amended Claim No. |
|---|---|---|---|---|
| 4923 | 09/30/09 | Nortel Networks SA ET AL. | Nortel Networks Inc. | 7785 |
| 4930 | 09/30/09 | Nortel Networks Polska Sp z.o.o ET AL. | Nortel Networks Inc. | 7754 |
| 4945 | 09/30/09 | Nortel Networks SA ET AL. | Nortel Networks International Inc. | 7760 |
| 4948 | 09/30/09 | Nortel Networks Oy ET AL. | Nortel Networks Inc. | 7753 |
| 4970 | 09/30/09 | Nortel Networks AB ET AL. | Nortel Networks Inc. | 7779 |
| 4981 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks Inc. | 7775 |
| 4996 | 09/30/09 | Nortel Networks (Austria) GmbH ET AL. | Nortel Networks Inc. | 7755 |
| 5005 | 09/30/09 | Nortel Networks Portugal SA ET AL. | Nortel Networks Inc. | 7751 |
| 5020 | 09/30/09 | Nortel Networks Hispanía SA ET AL. | Nortel Networks Inc. | 7787 |
| 5035 | 09/30/09 | Nortel Networks Slovensko s.r.o ET AL. | Nortel Networks Inc. | 7750 |
| 5059 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks Inc. | 7780 |
| 5071 | 09/30/09 | Nortel Networks BV ET AL. | Nortel Networks International Inc. | 7763 |
| 5074 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks Inc. | 7765 |
| 5086 | 09/30/09 | Nortel Networks France SAS ET AL. | Nortel Networks International Inc. | 7764 |
| 5089 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks Inc. | 7774 |
| 5101 | 09/30/09 | Nortel Networks s.r.o ET AL. | Nortel Networks Inc. | 7782 |
| 5119 | 09/30/09 | Nortel Networks (Ireland) Limited ET AL. | Nortel Networks International Inc. | 7761 |
| 5122 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks Inc. | 7786 |
| 5132 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks HPOCS Inc. | 7767 |
| 5134 | 09/30/09 | Nortel Networks UK Limited ET AL. | Nortel Networks International Inc. | 7757 |
| 5137 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks Inc. | 7778 |
| 5149 | 09/30/09 | Nortel GmbH ET AL. | Nortel Networks International Inc. | 7759 |
| 5161 | 09/30/09 | Nortel Networks International Finance & Holding BV ET AL. | Nortel Networks Inc. | 7776 |
| 5164 | 09/30/09 | Nortel Networks SpA ET AL. | Nortel Networks International Inc. | 7758 |
| 5176 | 09/30/09 | Nortel Networks NV ET AL. | Nortel Networks Inc. | 7781 |
| 5191 | 09/30/09 | Nortel Networks Engineering Service Kft ET AL. | Nortel Networks Inc. | 7756 |
| 5206 | 09/30/09 | Nortel Networks Romania SRL ET AL. | Nortel Networks Inc. | 7783 |
| 5228 | 09/30/09 | Northern Telecom France SA ET AL. | Nortel Networks Inc. | 7777 |
| 5258 | 09/30/09 | Nortel Networks AS ET AL. | Nortel Networks Inc. | 7762 |
| 5273 | 09/30/09 | Nortel Networks AG ET AL. | Nortel Networks Inc. | 7752 |
| 5288 | 09/30/09 | Nortel Networks South Africa (Proprietary) Limited ET AL. | Nortel Networks Inc. | 7773 |
| 5303 | 09/30/09 | Northern Telecom PCN Limited ET AL. | Nortel Networks Inc. | 7771 |
| 5309 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks HPOCS Inc. | 7766 |
| 5318 | 09/30/09 | Nortel Networks Optical Components Limited ET AL. | Nortel Networks Inc. | 7772 |
| N/A | N/A | Nortel Networks BV ET AL. | Nortel Networks (CALA) Inc. | 7770 |
| N/A | N/A | Nortel Networks UK Limited ET AL. | Nortel Networks (CALA) Inc. | 7769 |
| N/A | N/A | Nortel Networks SA ET AL. | Nortel Networks (CALA) Inc. | 7768 |
| N/A | N/A | Nortel Networks SA (French Liquidators) | Nortel Networks Inc. | 7784 |

1