**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Re: Dkt. Nos. 9947, 10510, 10514** |

**NOTICE OF FILING OF (I) PROPOSED LITIGATION TIMETABLE AND DISCOVERY PLAN OF THE MONITOR AND THE CANADIAN DEBTORS, (II) LETTER TO JUSTICE MORAWETZ, (III) BLACKLINES, AND (IV) COMPARISON CHARTS REFLECTING SUBSTANTIVE DIFFERENCES FROM THE US DEBTORS' PROPOSED LITIGATION TIMETABLE AND DISCOVERY PLAN**

Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Nortel Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), in response to the Court's Order dated May 13, 2013 [Dkt. No. 10501] and pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol [Dkt. No. 990], hereby files: (i) the Monitor's and Canadian Nortel Debtors' proposed Litigation Timetable and Discovery Plan (together, the "**Canadian Proposals**") in the form filed with the Canadian Court on May 15, 2013, along with other

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the "**US Debtors**").

accompanying documentation, which submission was made in connection with the joint hearing scheduled for May 15, 2013 (collectively, the "**Canadian Submission**"); (ii) a covering letter included in the Canadian Submission addressed to Justice Morawetz (the "**Morawetz Letter**"); (iii) blacklines (the "**Blacklines**")[2] of the proposed Litigation Timetable and Discovery Plan filed in these cases on May 14, 2013, by the US Debtors [Dkt. No. 10514] (together, the "**US Proposals**" and together with the Canadian Proposals, the "**Proposals**") against the Canadian Proposals; and (iv) two charts setting forth substantive differences between the Canadian Proposals and the US Proposals (respectively, the "**Litigation Timetable Comparison Chart**" and the "**Discovery Plan Comparison Chart**", and together, the "**Comparison Charts**"). The Canadian Proposals, the Morawetz Letter, the Litigation Timetable Comparison Chart, the Discovery Plan Comparison Chart, and the Blacklines are attached hereto as Exhibits A,[3] B, C, D, and E respectively. Contemporaneously herewith the Monitor is filing in these cases the Canadian Submission in its entirety, which in addition to the Canadian Proposals and the Morawetz Letter includes comments on the Canadian Proposals provided to the Monitor by various parties as well as a draft protective order and certain comments thereon.

[*Intentionally left blank*]

[2] The Monitor notes that it is filing the Blacklines out of an abundance of caution, and to clearly set forth all of the differences that presently exist between the Submissions. In preparing the Comparison Charts the Monitor has limited itself to describing what in its view are remaining substantive differences between the Canadian Proposals and the US Proposals. In light of the quantity of differences that reflect the choice of different wording in the US Proposals compared to what had been presented previously in the Monitor's and Canadian Nortel Debtors' earlier drafts of the Litigation Timetable and Discovery Plan, the Monitor has not provided a chart setting forth all such differences as in the Monitor's judgment such a chart would be of limited practical usefulness.

[3] As indicated in the Morawetz Letter, text appearing in red in the Canadian Proposals represents elements of the US Proposals that have been incorporated into the Canadian Proposals by the Monitor and Canadian Nortel Debtors. Text appearing in blue represent timetable dates that are in common between the Proposals.

Dated: May 15, 2013
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*