IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, <br><br> Debtors. | ) <br> ) ) Chapter 11 <br> ) <br> ) ) Case No. 09-10138 (KG) <br> ) <br> ) ) (Jointly Administered) <br> ) **Related Docket No. 10514** |

### BONDHOLDER GROUP STATEMENT IN SUPPORT OF AMENDED PROPOSED LITIGATION TIMETABLE AND DISCOVERY PLAN FILED BY US DEBTORS AND COMMITTEE

The ad hoc group of bondholders (the "Bondholder Group")[1] hereby submits this Statement in support of the Proposed Litigation Timetable and Discovery Plan jointly filed by the US Debtors[2] and the Committee (the "Joint Proposal") in connection with their Joint Notice of Filing of Amended Proposed Litigation Timetable and Discovery Plan, dated May 15, 2013.

Without pointing fingers, the Bondholder Group is extremely disappointed and frustrated by the continued procedural wrangling by certain parties that continues to plague these cases and bog down what needs at this point to be a full-speed-ahead litigation. The Bondholder Group believes the Courts have been clear and direct in their instructions to the parties to move forward cooperatively and in good faith, but is concerned that those instructions are being disregarded in the interests of procedural gamesmanship that should not be tolerated.

That being said, the Bondholder Group was pleased to see that the US Debtors and the Committee, on the one hand, and the EMEA Joint Administrator, on the other hand, have

---

[1] The Bondholder Group consists of bondholders that hold claims issued or guaranteed by Nortel Networks Corporation ("NNC" and together with its affiliates worldwide, "Nortel"), Nortel Networks Limited ("NNL" and together with NNC and certain of their subsidiaries, "Canadian Debtors"), Nortel Networks Inc. ("NNI"), and Nortel Networks Capital Corporation ("NNCC" and together with NNI and certain of its subsidiaries, the "US Debtors").

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Allocation Protocol, attached to the *Certification of Counsel Regarding the Proposed Order Approving Allocation Protocol* [D.I. 10489].

been able to come to agreement on the Litigation Timetable and Discovery Plan that has now been jointly proposed by the US Debtors and the Committee. The Bondholder Group believes that each represent a reasonable compromise approach in furtherance of the litigation of Allocation, the EMEA Claims, and the UK Pension Claims. Accordingly, the Bondholder Group requests that the Court adopt the Joint Proposal in its entirety.

Dated: May 15, 2013

PACHULSKI STANG ZIEHL & JONES LLP

*(signature)*

Laura Davis Jones (No. 2436)
Kathleen P. Makowski (No. 3648)
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

-and-

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Dennis F. Dunne
Albert A. Pisa
Andrew M. Leblanc
Thomas J. Matz
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

-and-

Thomas R. Kreller
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4463
Facsimile: (213) 629-5063

***Attorneys for Ad Hoc Group of Bondholders***