## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
: Chapter 11
:
*In re* :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: Re: D.I. 10510
:
------------------------------------------------------------X

**JOINT NOTICE OF FILING OF AMENDED PROPOSED
LITIGATION TIMETABLE AND DISCOVERY PLAN**

1. Pursuant to the Court's order dated May 13, 2013, Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "U.S. Debtors") and the Official Committee of Unsecured Creditors (the "Committee," and together with the US Debtors, the "U.S. Interests") filed a proposed Litigation Timetable[2] and Discovery Plan on May 14, 2013, which reflected a joint agreement the U.S. Interests reached with the EMEA Debtors.

2. Subsequently, several other parties either endorsed the proposed Litigation Timetable and Discovery Plan as filed or requested minor modifications. As a result of such discussions, the U.S. Interests hereby submit their amended proposed Litigation Timetable (the "Amended Litigation Timetable"), attached hereto as **Exhibit A**; Discovery Plan (the "Amended

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms not otherwise defined herein have the meaning ascribed in the Allocation Protocol, attached to the *Certification of Counsel Regarding the Proposed Order Approving Allocation Protocol* [D.I. 10489].

Discovery Plan" together with the Amended Litigation Timetable, the "Amended Proposals"), attached hereto as **Exhibit B**; and blacklines against the Initial Proposals (as defined below), attached hereto as **Exhibit C,** related to the litigation of Allocation, the EMEA Claims, and the UK Pension Claims.

3.  These Amended Proposals now have the endorsement of the U.S. Debtors, the Committee, the EMEA Debtors, the Bondholder Group, the UK Pension Claimants (except with respect to the last paragraph of 3(b) of the Discovery Plan, to which they object), Law Debenture and the Bank of New York Mellon, all of whom request entry by the Courts of the Amended Proposals.

4.  The U.S. Interests are aware of only two parties who reject the Amended Proposals. We reached out to the CCC yesterday to negotiate a resolution and were told in response that the proposals are a "non-starter" because the CCC is included in the Canadian Allocation Group and they would provide no further comments. We reached out again to the Monitor, who responded that its differences with the Amended Proposals were too substantial to be resolved. Nonetheless, the Monitor suggested that they may modify their proposals to reflect the emerging consensus.

5.  The U.S. Interests also understand that the Canadian Court wishes to resolve the protective order to be entered governing the confidentiality of discovery material. That order has been negotiated for many weeks, and we understand the only Core Party who has a material objection to the attached draft (**Exhibit D)**, if any, is the CCC, whose position is unclear as they have not communicated with the U.S. Interests for many weeks and many drafts have been exchanged since then. There is also one detail under discussion with the U.K. Pension Claimants that is reflected in brackets in paragraph 7, which we hope to resolve by the hearing.

The U.S. Interests are prepared to address the issue at the hearing today. Otherwise, the U.S. Interests have proposed a deadline in the Litigation Timetable of Friday, May 17 as the date by which parties must file their versions of the protective order with the Courts failing unanimous agreement.

6.   After the noon deadline for the CCC and Monitor to file their proposals with the U.S. Court, the U.S. Interests will address at the hearing the key distinctions and why the Amended Proposals should be adopted.

*[Remainder of Page Intentionally Left Blank]*

Dated: May 15, 2013
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard Zelbo (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Jeffrey A. Rosenthal (admitted *pro hac vice)*
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

AKIN GUMP STRAUSS HAUER & FELD LLP

Fred Hodara (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

RICHARDS, LAYTON & FINGER, P.A.

 */s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

4

Facsimile: (302) 651-7701

*Counsel for the Official Committee
of Unsecured Creditors*