Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2013

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/01/13 | EH | Review agenda for 2/05/13 omnibus hearing | 0.10 |
| 02/07/13 | EH | Review ECF notices and download notice of rescheduled 3/19/13 omnibus and fee application hearing; track continued hearing date | 0.10 |
| 02/14/13 | EH | Review ECF notices and download agenda for 2/19/13 hearing; review agenda and email to R. Lemisch and J. Hoover regarding cancellation of same | 0.10 |
| 03/01/13 | EH | Review ECF notices and download agenda for 3/05/13 hearing; review agenda | 0.10 |
| 03/01/13 | EH | Review ECF notices and download BFCA January 2013 monthly fee application | 0.10 |
| 03/01/13 | EH | Review notice of rescheduled 4/23/13 omnibus hearing; track rescheduled hearing date | 0.10 |
| 03/05/13 | EH | Review agenda for 3/07/13 hearing | 0.10 |
| 03/14/13 | EH | Review ECF notices and download BFCA tenth quarterly fee application | 0.10 |
| 03/25/13 | EH | Review ECF notices and download agenda for 3/26/13 fee application hearing; email to R. Lemisch and J. Hoover regarding same | 0.10 |
| 03/26/13 | EH | Review ECF notices and download sixteenth omnibus order approving fee applications; forward to R. Lemisch, J. Hoover and L. Behra | 0.10 |
| 03/28/13 | EH | Review ECF notices and download agenda for 4/02/13 hearing; review agenda and forward to R. Lemisch and J. Hoover for review | 0.10 |
| 03/29/13 | EH | Review ECF notices and download amended agenda for 4/02/13 hearing; review agenda and forward to J. Hoover and R. Lemisch | 0.10 |
| 04/01/13 | EH | Review ECF notices and download amended agenda for 4/02/13 hearing; review agenda | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 04/02/13 | EH | Review ECF notices and download order setting omnibus and quarterly fee application hearings for July through December 2013; track hearing dates and send email to L. Behra regarding same | 0.30 |
| 04/05/13 | EH | Review ECF notices and download agenda for 4/09/13 hearing; review agenda | 0.10 |
| 04/12/13 | EH | Review agenda for 4/16/13 hearing | 0.10 |
| 04/26/13 | EH | Review ECF notices and download agenda for 4/30/13 hearing; review agenda and email R. Lemisch and J. Hoover regarding same | 0.10 |
| 04/29/13 | EH | Review ECF notices and download amended agenda for 5/01/13 hearing; review agenda and email to R. Lemisch and J. Hoover regarding same | 0.10 |
| 04/30/13 | EH | Review amended and second amended agenda for 5/01/13 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 2.10 | $504.00 |
| | | | 2.10 | $504.00 |
| | TOTAL: | | 2.10 | $504.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2013

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/05/13 | JRH | Email with L. Behra regarding Nortel fee order | 0.10 |
| 02/07/13 | LMB | Email to K. Ponder regarding BFCA estimates for January 2013 | 0.10 |
| 02/11/13 | RHL | Edit time for fee application | 0.10 |
| 02/11/13 | LMB | Review and revise BFCA fees and expenses for January 2013 | 0.10 |
| 02/15/13 | LMB | Preparation of BFCA monthly fee application for January 2013 | 0.40 |
| 02/15/13 | LMB | Email to R. Lemisch regarding quarterly fee application deadline | 0.10 |
| 02/25/13 | LMB | Docket objection deadline regarding BFCA monthly fee application for January 2013 | 0.10 |
| 02/25/13 | LMB | File BFCA monthly fee application for January 2013 | 0.10 |
| 02/25/13 | LMB | Preparation of CNO regarding BFCA monthly fee application for November-December 2012 | 0.10 |
| 02/25/13 | LMB | File CNO regarding BFCA monthly fee application for November-December 2012 | 0.10 |
| 02/25/13 | LMB | Preparation of BFCA Tenth Quarterly Fee Application for November 2012 through January 2013 | 0.50 |
| 02/25/13 | LMB | File BFCA Tenth Quarterly Fee Application for November 2012 through January 2013 | 0.10 |
| 03/11/13 | RHL | Edit time for fee application | 0.10 |
| 04/01/13 | LMB | Calendar quarterly fee hearing date regarding fee applications for period February 1, 2013 through April 30, 2013 | 0.10 |
| 04/03/13 | RHL | Edit time for fee application | 0.10 |
| 04/12/13 | LMB | Email to K. Ponder regarding estimated accruals for Benesch through March | 0.10 |
| 04/12/13 | LMB | Review and revise BFCA fees and expenses for February - March 2013 | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 0.10 | $39.50 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.30 | $187.50 |
| | | | 0.40 | $227.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMB) | $200.00 | 2.00 | $400.00 |
| | | | 2.00 | $400.00 |
| | | TOTAL: | 2.40 | $627.00 |

General Claims Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2013

| Date | Atty | Services | Hours |
|---|---|---|---|
| 02/19/13 | JRH | Emails with M. Cilia on status of Nortel claims objections | 0.20 |
| 02/19/13 | JES | Review and file email from J. Hoover regarding prosecution of claims objections status | 0.20 |
| 04/15/13 | RHL | Review new matter - claim objection; clear conflicts - US Debt Recovery, LP | 0.20 |
| 04/17/13 | RHL | Begin review of information from C. Fischer; speak to J. Hoover regarding same | 1.00 |
| 04/18/13 | RHL | Further review of Weber Shandrick claim | 0.30 |
| 04/22/13 | RHL | Review information on US Debt and e-mail A. Cordo regarding additional information; review response from A. Cordo | 0.30 |
| 04/22/13 | RHL | Memo to C. Fisher regarding time to chart regarding US Debt claim | 0.20 |
| 04/22/13 | RHL | Review e-mails from C. Fisher regarding call tomorrow - coordinate with J. Hoover | 0.20 |
| 04/23/13 | JRH | Conference call with C. Fisher and R. Lemisch | 0.30 |
| 04/23/13 | RHL | Speak to A. Cordo and C. Fisher regarding US Debt | 0.40 |
| 04/25/13 | JRH | Read email from C. Fisher, Esquire regarding conflicted trade claim.  Review claim and related emails. Composed email to Jane Davison, Mary Cilia, R. Lemisch regarding status of matter and analysis of claims | 1.00 |
| 04/25/13 | JRH | Review and respond to follow up emails from Nortel and C. Fischer regarding resolution of informal claims objection | 0.30 |
| 04/25/13 | RHL | Review e-mails to and from Jane Davison and M. Cilia regarding claims of US Debt - status | 0.20 |
| 04/29/13 | JRH | Emails to and from C. Fischer, Esquire regarding settlement of claim and manner to proceed | 0.20 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 2.00 | $790.00 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 2.80 | $1,750.00 |
| | | | 4.80 | $2,540.00 |
| ASSOCIATE | | | | |
| JENNIFER E. SMITH | (JES) | $295.00 | 0.20 | $59.00 |
| | | | 0.20 | $59.00 |
| | | TOTAL: | 5.00 | $2,599.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2013

| Date | Atty | Services | Hours |
|---|---|---|---|
| 03/01/13 | EH | Review 2/28/13 adversary status report | 0.10 |
| 04/15/13 | EH | Review 4/15/13 adversary status report | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.20 | $48.00 |
| | | | 0.20 | $48.00 |
| | | TOTAL: | 0.20 | $48.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|---|---|---|---:|
| 02/25/13 | LMB | Document Reproduction 9 copies | 0.90 |
| 02/25/13 | LMB | Document Reproduction 42 copies | 4.20 |
| 02/25/13 | LMB | Document Reproduction 84 copies | 8.40 |
| | | TOTAL: | $13.50 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 02/25/13 | LMB | Federal Express 02/25/13 Lisa M. Behra to Thomas P. Tinke | 13.10 |
| 02/25/13 | LMB | Federal Express 02/25/13 Lisa M. Behra to Derek C. Abbott | 13.10 |
| 02/25/13 | LMB | Federal Express 02/25/13 Lisa M. Behra to Mark Collins Ch | 13.10 |
| 02/25/13 | LMB | Federal Express 02/25/13 Lisa M. Behra to Fred S. Hodara | 13.10 |
| | | TOTAL: | $52.40 |

**Computer Research**

| Date | User | Description | | | Amount |
|---|---|---|---|---|---|
| 02/07/13 | XXX | Computer Research - Pacer PACER 2013 8 PAGES | | FEBRUARY | 0.60 |
| 02/07/13 | XXX | Computer Research - Pacer PACER 2013 2 PAGES | | FEBRUARY | 0.20 |
| 03/14/13 | XXX | Computer Research - Pacer PACER 2013 6 PAGES | | MARCH | 0.50 |
| 03/14/13 | XXX | Computer Research - Pacer PACER 2013 2 PAGES | | MARCH | 0.20 |
| | | | TOTAL: | | $1.50 |