IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11
                                                           :
NORTEL NETWORKS, INC., ET AL.,                             :   Case No. 09-10138 (KG)
                                                           :
                              Debtors.                     :   (Jointly Administered)
-----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

    I, Jennifer Grageda, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communication agent for the Official Committee of Retired Employees, in the above-captioned cases:

    On or before May 7, 2013, I caused to be served per postal forwarding address the following document via First-Class Mail on the service list attached hereto as **Exhibit A**:

- Update Regarding Bankruptcy Court Approval of the Retiree Committee Settlement Agreement attached hereto as **Exhibit B**

Dated: May 10, 2013

                                                    Jennifer Grageda
                                                    Kurtzman Carson Consultants LLC
                                                    2335 Alaska Avenue
                                                    El Segundo, CA 90245
                                                    310.823.9000

State of California     )
                            ) ss
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 10th day of May, 2013, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# Exhibit A

Exhibit A

Retiree Service List - First-Class Mail

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Belanger, Phillip | 20005 US Highway 27 Lot 8 | Clermont | FL | 34715-9009 |
| Collazo, Jose R | PO Box 1153 | Alpharetta | GA | 30009-1153 |
| LE, Diem Thuan | 3257 Place Du Jardin | San Jose | CA | 95148-3651 |
| Ulrich, Hugo C | 910 Keystone Park Dr | Morrisville | NC | 27560-7519 |

# Exhibit B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------ x
                               :
In re                          : Chapter 11
                               :
Nortel Networks Inc., *et al.*, : Case No. 09-10138 (KG)
                               : Jointly Administered
       Debtors.                :
                               : Re: 9224
                               :
                               :
                               :
------------------------------ x

## UPDATE REGARDING BANKRUPTCY COURT APPROVAL
## OF THE RETIREE COMMITTEE SETTLEMENT AGREEMENT

On April 2, 2013, the Bankruptcy Court entered an Order Approving the Settlement Agreement between Nortel and the Retiree Committee. The Order can be accessed on the website that is maintained by the Retiree Committee at www.kccllc.net/nortelretiree.

**NORTEL AND THE RETIREE COMMITTEE HAVE AGREED TO EXTEND THE TERMINATION DATE OF THE RETIREE WELFARE PLANS TO JUNE 30, 2013**.

This means that Nortel will terminate all benefits under the Nortel Retiree Welfare Plans on June 30, 2013 at 11:59 pm (prevailing Eastern Time). Settlement amounts will be funded to HRA accounts in favor of eligible participants under the Settlement Agreement.

Dated: April 3, 2013

**The Official Committee of Retired Employees**,
**By its attorneys,**
**Togut, Segal & Segal LLP**
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Attn:  Albert Togut, Esq.
       Neil Berger, Esq.
       neilberger@teamtogut.com