IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

U.S. Customs and Border Protection hereby withdraws its proofs of claim with prejudice in the above-captioned cases (Proof of Claim Nos. 4711 and 7912).

Dated: Washington, D.C.
       May 15, 2013

>
> U.S. DEPARTMENT OF JUSTICE –
> CIVIL DIVISION
>
> STUART F. DELERY
> Acting Assistant Attorney General

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). The Debtors' petitions and their contact information are available at http://dm.epiq11.com /nortel.

/s/ Seth B. Shapiro
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
SETH B. SHAPIRO (D.C. Bar No. 433988)
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-7164
Fax: (202) 307-0494

*Counsel for United States Customs and Border Protection*