IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
---------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of May 2013, a true and correct copy of the Notice of Withdrawal of Proofs of Claim, was served via electronic mail to all parties on the Court's Electronic Case Filing ("ECF") System.

Dated: May 15, 2013            Respectfully submitted,

                               STUART F. DELERY
                               Acting Assistant Attorney General

                               CHARLES OBERLY, III
                               United States Attorney

                               ELLEN W. SLIGHTS
                               Assistant United States Attorney
                               Delaware State Bar No. 2782
                               1007 Orange Street, Suite 700
                               P.O. Box 2046
                               Wilmington, DE 19899-2046

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

/s/ Seth B. Shapiro
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
SETH B. SHAPIRO (Bar No. 433988)
U.S. Department of Justice-Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-7164
Fax: (202) 307-0494

*Counsel for United States Customs and Border Protection*