# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin Gross**

Courtroom

| Calendar Date: | 05/15/2013 |
| --- | --- |
| Calendar Time: | 04:30 PM ET |

Amended Calendar 05/15/2013 12:43 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Derek C. Abbott | | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Derek Adler | | Hughes Hubbard & Reed LLP (New York) | Interested Party, Joint Administrators and Foreign Representatives / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Manas Babbili | | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Scott Bomhof | | Torys, LLP | Debtor, Nortel Networks, Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld L.L.P | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | James Bromley | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Bill Burden | | Cassels, Brock & Blackwell | Creditor, UK Nortel Networks Pension Plan Ltd. / LIVE |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Jaime Chapman | | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Joint Admin. & Foreign Representatives for Nortel Networks UK Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Kenneth Coleman | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Ann C. Cordo | Morris Nichols Arsht & Tunnell LLP | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | David Crichlow | Katten Muchin Rosenman LLP New York | Creditor, Wilmington Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Charlene Davis | Bayard P.A. | Interested Party, Bayard P.A. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Marla A. Decker | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Cindy Delano | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | John Dorsey | Young, Conaway Stargatt & Taylor, LL | Debtor, Norcal Networks, Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Gavin Finalyson | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Hac Hoc Committee / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | James Gage | McCarthy Tetrault LLP | Administrator(s), Morneau Shepell Administrator of Certain Pension Fund / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Angela Dimsdale Gill | Hogan Lovells International LLP | Representing, Nortel Networks UK Pension Trust / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Matthew Gottlieb | Lax, O'Sullivan, Scott & Lisus | Interested Party, Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Daniel Guyder | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |

| | | | | |
|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Laura Hall | Allen & Overy, LLP | Creditor, Ernst & Young as Monitor / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Stephen Harris | Ernst & Young | Administrator(s), Nortel Networks UK (Joint Administrator) / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Edwin Harron | Young, Conaway Stargatt & Taylor, LL | Interested Party, Joint Administrator / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Fred S. Hodara | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Arthur Jacques | Shibley Righton, LLC. | Creditor, Nortel Cont. Employees / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Brad Kahn | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Brad Khan | Akin Gump Strauss Hauer & Feld L.L.F | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Jessica Kimmel | Goodmans, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Thomas Kreller | Milbank, Tweed, Hadley & McCloy, LLI | Interested Party, Ad Hoc / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | R. Shayne Kukulowicz | Dentons Canada, LLP. | Creditor, Creditors Committee / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Andrew LeBlanc | Milbank, Tweed, Hadley & McCloy, LLI | Interested Party, Ad Hoc / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael Linn | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Daniel A. Lowenthal | Patterson Belknap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LIVE |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Kathleen P. Makowski | Pachulski Stang Ziehl & Jones (All Offi | Representing, Ad Hoc Committee of Bondholders / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Olivia Mauro | Barclays Capital, Inc. | Interested Party, Barclays Capital, Inc. / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Selinda A. Melnik | DLA Piper US, LLP | Interested Party, The Canadian Creditors Commitee / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | D.J. Miller | Thornton, Grout & Finnigan | Interested Party, Thornton, Grout & Finnigan / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Stephen Miller | Morris James LLP | Creditor, Law Debenture / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Dan Mindel | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Kathleen Murphy | Buchanan, Ingersoll & Rooney | Creditor, Ernst & Young as Monitor / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Brian E. O'Connor | Willkie Farr & Gallagher LLP | Interested Party, Trustee of Nortel Network UK Pension Plan, et al / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Joseph Pasquariello | Goodmans, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Ryan Polisi | Ryan Polisi - In Pro Per/Pro Se | Interested Party, Ryan Polisi / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Betsy Putnam | Osler LLP | Debtor, Canidian Boeard of Directors / LIVE |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | Creditor, Offcial Committee of Unsecured Creditors / LIVE |
| --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Michael J. Riela | Latham & Watkins LLP | Creditor, Bank of New York Mellon / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Ken Rosenberg | Paliare Roland & Rosenberg | Representing, Financial Services Commission of Ontario / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Jeffrey Rosenthal | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc., et al. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | John Salmas | Heenan Blaikie | Creditor, Wilmington Trust, National Association / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Chris Samis | Richards, Layton & Finger, P.A. | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Lisa M. Schweitzer | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc. / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Robin Schwill | Davies Ward Phillips & Vineberg LLP | Interested Party, Joint Admin. & Foreign Representatives for Nortel Networks UK Ltd / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Adam Slavens | Tory's LLP | Interested Party, Tory's LLP / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Jennifer Stam | Gowlings Lafleur & Henderson LLP | Debtor, Candian Debtor / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Kevin J. Starke | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | Barry Wadsworth | CAW Canada | Creditor, CAW-Canada and George Borosh, et al / LISTEN ONLY |

| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | John Whiteoak | Herbert Smith | Interested Party, Joint Administrators / LISTEN ONLY |
| --- | --- | --- | --- | --- | --- | --- |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Michael J. Wunder | Dentons Canada, LLP | Interested Party, Dentons Canada, LLP / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Tracy Wynne | Lax, O'Sullivan, Scott & Lisus | Interested Party, Joint Administrators / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Howard Zelbo | Cleary Gottlieb Steen & Hamilton LLP | Debtor, Nortel Networks, Inc / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Mark Zigler | Koskie Minsky, LLP | Client, Former Employees of Nortel (Canada) / LIVE |
| Nortel Networks Inc., et al. and Canadian Nortel Debtors | 09-10138 | Hearing | | Matthew A Zloto | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |