IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------X
                                                         :   Chapter 11
In re                                                    :
                                                         :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                           :
                                                         :   (Jointly Administered)
                                      Debtors.           :
                                                         :
                                                         :   Hearing Date: To commence
                                                         :              January 6, 2014
---------------------------------------------------------X
```

### NOTICE OF MOTION TO APPROVE ALLOCATION POSITION OF
### US DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS

   PLEASE TAKE NOTICE that Nortel Networks Inc. ("NNI") and its affiliates, as respective debtors and debtors in possession (collectively, the "Debtors"), together with the Official Committee of Unsecured Creditors, pursuant to Federal Rule of Bankruptcy Procedure 9014, have today filed the attached **Motion to Approve Allocation Position of US Debtors and Official Committee of Unsecured Creditors** (the "Motion").

   PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the Motion must respond in accordance (i) with the timing and (ii) in the form set forth in the Litigation Timetable (as defined in D.I. 10510).

   **PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD BEGINNING ON JANUARY 6, 2014 BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.**

---

[1] In addition to Nortel Networks Inc. ("NNI"), the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., Nortel Networks Cable Solutions Inc., and Nortel Networks (CALA) Inc. ("NN CALA"). Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://dm.epiq11.com/nortel.

| | |
|---|---|
| Dated:<br>May 16, 2013<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Howard S. Zelbo (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Jeffrey A. Rosenthal (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br> */s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone:  (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession*<br><br>- and -<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>Fred Hodara (admitted *pro hac vice*)<br>David Botter (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone:  (212) 872-1000<br>Facsimile:  (212) 872-1002<br><br>- and – |

RICHARDS, LAYTON & FINGER, P.A.

 */s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel for the Official Committee
of Unsecured Creditors*