## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                      Debtors.

---------------------------------------------------------X

The Joint Administrators for Nortel
Networks UK Limited, *et al.*,[2]

                      Appellants,

    v.

Nortel Networks Inc., *et al.*, and the
Committee of Unsecured Creditors.

                      Appellees.

---------------------------------------------------------X

Chapter 11

Bankr. Case No. 09-10138 (KG)

(Jointly Administered)

Civ Action No. 1:13-cv-00757 (LPS)

## APPELLEES' DESIGNATION OF ADDITIONAL ITEMS TO BE
## INCLUDED IN THE RECORD PURSUANT TO BANKRUPTCY RULE 8006

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]     The Joint Administrators control nineteen Nortel companies in Europe, which include the following entities:  Nortel Networks UK Limited, Nortel Networks S.A., Nortel Networks (Ireland) Limited, Nortel GmbH, Nortel Networks France S.A.S., Nortel Networks Oy, Nortel Networks Romania SRL, Nortel Networks AB, Nortel Networks N.V., Nortel Networks S.p.A., Nortel Networks B.V., Nortel Networks Polska Sp. z.o.o., Nortel Networks Hispania, S.A., Nortel Networks (Austria) GmbH, Nortel Networks, s.r.o., Nortel Networks Engineering Service Kft, Nortel Networks Portugal S.A., Nortel Networks Slovensko, s.r.o. and Nortel Networks International Finance & Holding B.V.

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Nortel Networks Inc. and its affiliated debtors, as debtors and debtors in possession (the "Debtors" or "US Debtors"), together with the Official Committee of Unsecured Creditors (the "Committee," and, together with the U.S. Debtors, the "Appellees") hereby submit, by their undersigned counsel, the following designation of additional items to be included in the record on appeal (the "Rule 8006 Designation") in connection with the Joint Administrators' (the "JAs") Notice of Appeal [D.I. 1] from the Order Approving Allocation Protocol (the "Allocation Protocol Order," Bankr. D.I. 9947), and the accompanying Opinion (the "Allocation Opinion," Bankr. D.I. 9946) entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on April 3, 2013.

Appellees submit this Rule 8006 Designation only with respect to the portion of the Allocation Protocol Order and related Allocation Opinion which is appealable as of right pursuant to Section 16(a) of the Federal Arbitration Act. Although the JAs have also filed a Motion for Leave to Appeal the interlocutory provisions of the Allocation Protocol Order and Allocation Opinion [D.I. 5]. Appellees have opposed that motion [D.I. 6], and continue to oppose that request for premature, interlocutory relief. In the event that the JAs' Motion for Leave to Appeal is granted, Appellees reserve the right to amend or supplement this Rule 8006 Designation or otherwise designate additional items to be included in the record on appeal.

## DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL[3]

Pursuant to Bankruptcy Rule 8006, the Debtors and the Committee designate the following additional items for inclusion in the record regarding the JAs' appeal as of right from the Allocation Protocol Order and the Allocation Opinion.

---

[3]    The following designation includes all documents, exhibits, attachments, and supplements to the item designated.

| Date | Docket No. | Description |
|---|---|---|
| 01/14/2009 | D.I. 18 | Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) Approving Cross-Border Court-to-Court Protocol |
| 03/26/2009 | D.I. 539 | Order Authorizing and Approving (A) Sale of Certain Non-Core Assets Free and Clear of All Liens, Claims and Encumbrances and (B) Assumption and Assignment of Certain Contracts |
| 07/17/2009 | D.I. 1098 | Order Pursuant to 11 U.S.C. § 105, Bankruptcy Rule 1015, and Local Rule 1015-1 (I) Directing Joint Administration of the Debtors' Related Chapter 11 Cases and (II) Granting Related Relief |
| 07/28/3009 | D.I. 1205 | Order Authorizing and Approving (A) The Sale of Certain Assets of the Debtors' CDMA and LTE Business Free and Clear of All Liens, Claims and Encumbrances, (B) The Assumption and Assignment of Contracts and (C) The Assumption and Sublease of Certain Leases |
| 09/16/2009 | D.I. 1514 | Order Authorizing and Approving (A) The Sale of Certain Assets of, and Equity Interests in, Debtors' Enterprise Solutions Business, (B) The Assumption and Assignment of Certain Contracts and Leases and (C) The Assumption and Sublease of Certain Leases |
| 10/28/2009 | D.I. 1760 | Order Authorizing and Approving Sale of Debtors' Next Generation Packet Core Network Components Free and Clear of All Liens, Claims and Interests |
| 11/12/2009 | D.I. 1889 | Order Pursuant to 11 U.S.C. § 105(a) and § 363(b)  Approving Debtors' Entry into the CDMA Escrow Agreement and (B) Granting Related Relief |
| 11/23/2009 | D.I. 1953 | Debtors' Motion Pursuant to 11 U.S.C. § 105(a) and § 363(b) for an Order (A) Approving Debtors' Entry into the Next Generation Packet Core Network Components Escrow Agreement and (B) Granting Related Relief |
| 12/03/2009 | D.I. 2062 | Order Pursuant to 11 U.S.C. § 105(a) and § 363(b) (A) Approving Debtors' Entry into the Next Generation Packet Core Network Components Escrow Agreement and (B) Granting Related Relief |
| 12/03/2009 | D.I. 2065 | Order Authorizing and Approving Sale of Debtors' GSM/GSM-R Free and Clear of All Liens, Claims and Encumbrances |
| 12/03/2009 | D.I. 2070 | Order Authorizing and Approving (A) Sale of Certain Assets of the Debtors' Metro Ethernet Networks Business Free and Clear of All Liens, Claims and Encumbrances and (B) Assumption and Assignment of Certain Executory Contracts |
| 12/17/2009 | D.I. 2167 | Order Pursuant to 11 U.S.C. § 105(a) and § 363(b) (A) Approving Debtors' Entry into the Enterprise Solutions Business Escrow Agreement and (B) Granting Related Relief |
| 03/03/2010 | D.I. 2627 | Order Approving the Metro Ethernet Networks Side Agreement |

[4]     All D.I. entries within this chart refer to the docket of the United States Bankruptcy Court for the District of Delaware, Case No. 09-10138 (KG).

| | | and Granting Related Relief |
|---|---|---|
| 03/04/2010 | D.I. 2632 | Order Authorizing and Approving (A) The Sale of Certain Assets of the Debtors' Carrier Voice Over IP and Communications Solutions Business Free and Clear of All Liens, Claims and Encumbrances, and (B) The Assumption and Assignment of Certain Executory Contracts |
| 03/18/2010 | D.I. 2733 | Debtors' Notice of Filing of the Metro Ethernet Networks Distribution Escrow Agreement |
| 09/30/2010 | D.I. 4054 | Order Authorizing and Approving (A) The Sale Of Certain Assets Of Debtors' Multi-Service Switch (Formerly Known as 'Passport') Business Free and Clear of All Liens, Claims and Encumbrances and (B) The Assumption and Assignment of Certain Executory Contracts |
| 05/19/2011 | D.I. 5440 | Limited Objection of Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund to Joint Motion for Entry of an Order Establishing an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement, and for Related Relief |
| 05/19/2011 | D.I. 5448 | Informal Bondholder Group's Response to Joint Motion to Establish an Allocation Protocol Pursuant to the Interim Funding and Settlement Agreement |
| 05/31/2011 | D.I. 5529 | Limited Response of the Fourth Estate with Respect to Debtors' Joint Motion for Entry of an Order Establishing an Allocation Protocol to the Interim Funding and Settlement Agreement, and for Related Relief [Docket No. 5307] |
| 05/31/2011 | D.I. 5536 | Statement of the Bank of New York Mellon, as Indenture Trustee, Regarding the Joint Motion for Entry of an Order Establishing an Allocation Protocol to the Interim Funding and Settlement Agreement, and for Related Relief |
| 06/05/2011 | D.I. 5598 | Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of Affidavit of David M. Lindsey and Authorities Cited in Lindsey Expert Affidavit Filed in the Canadian Proceedings in Connection with Allocation Protocol |
| 06/08/2011 | D.I. 5638 | Notice of Filing Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol of Courtesy Copies of Documents Filed in the Canadian Proceedings by the U.S. Debtors Related to Motions Made to the Canadian Court for its Approval of an Allocation Protocol |
| 06/17/2011 | D.I. 5752 | Order Directing Mediation |
| 07/11/2011 | D.I. 5935 | Order Authorizing and Approving (A) The Sale of Certain Patent and Related Assets Free and Clear of All Claims And Interests, (B) The Assumption and Assignment of Certain Executory Contracts, (C) The Rejection of Certain Patent Licenses and (D) The License Non-Assignment and Non-Renewal Protections |
| 03/04/2013 | D.I. 9571 | Supplemental Statement of Nortel Ad Hoc Group of Bondholders in Further Support of Proposed Allocation Protocol |

| 03/04/2013 | D.I. 9572 | Statement of The Bank of New York Mellon, as Indenture Trustee, Pursuant to the Revised Scheduling Order for Allocation Issues |
| 03/04/2013 | D.I. 9574 | Notice of Filing of Supplementary Submissions of the Joint Administrators of Nortel Networks UK Limited and the EMEA Debtors |
| 03/04/2013 | D.I. 9575 | Statement of Law Debenture Trust Company of New York, as Indenture Trustee for the NNCC Notes, Pursuant to Order Regarding Scheduling of Key Outstanding Matters |
| 03/04/2013 | D.I. 9577 | Submission of the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund in Response to the Court's February 14, 2013 Order |
| 03/04/2013 | D.I. 9578 | Notice of Filing of a Courtesy Copy of the Supplementary Written Submissions Filed in the Canadian Proceedings by the Informal Committee of Creditors Holding Claims Against Only the Canadian Debtors ("CCC") Pursuant to Section 12(d) of the Cross-Border Insolvency Protocol [D.I. 990] Respecting the Allocation Protocol Motions |
| 04/23/2013 | D.I. 10244 | Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) |
| 04/23/2013 | D.I. 10245 | Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) |
| 04/23/2013 | D.I. 10246 | Joint Motion for an Order Retaining Jurisdiction Pending Appeal |
| 04/23/2013 | D.I. 10247 | Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Motion for an Order Retaining Jurisdiction Pending Appeal |
| 04/24/2013 | D.I. 10256 | Order Granting the Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) |
| 04/24/2013 | D.I. 10264 | Order Granting the Joint Motion for Entry of an Order Under 11 U.S.C. §§ 102(1) and 105, Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice Relating to the Joint Motion for an Order Retaining Jurisdiction Pending Appeal |
| 04/29/2013 | D.I. 10367 | Joint Administrators' Joinder in Part and Response to Joint Request for Certification of the Joint Administrators' Notice of Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) |
| 04/29/2013 | D.I. 10368 | The Joint Administrators' Objection to Joint Motion for an Order |

| | | Retaining Jurisdiction Pending Appeal and Cross-Motion to Confirm Stay Pending Appeal |
|---|---|---|
| 05/01/2013 | D.I. 10403 | Reply Memorandum of Law in Further Support of Joint Motion for an Order Retaining Jurisdiction Pending Appeal and in Response to the Joint Administrators' Objection to Joint Motion for an Order Retaining Jurisdiction Pending Appeal and Cross-Motion to Confirm Stay Pending Appeal |
| 05/01/2013 | D.I. 10417 | Joint Opposition to the Joint Administrators' Motion for Leave to Appeal from Order Approving Allocation Protocol |
| 05/02/2013 | D.I. 10430 | Transcript Regarding Hearing Held 5/1/2013 |
| 05/07/2013 | D.I. 10464 | Memorandum Opinion |
| 05/07/2013 | D.I. 10465 | Order Granting Joint Motion for an Order Retaining Jurisdiction Pending Appeal |

Dated: May 15, 2013
      Wilmington, Delaware

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Howard H. Zelbo
James L. Bromley
Jeffrey A. Rosenthal
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

6

- and –

AKIN GUMP STRAUSS HAUER & FELD LLP

Fred Hodara (admitted *pro hac vice*)
David Botter (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

- and -

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel for the Official Committee*
*of Unsecured Creditors*