**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| NORTEL NETWORKS INC., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Selinda A. Melnik, hereby certify that on this 16th day of May 2013, I caused a true and correct copy of the *Allocation Position of the Canadian Creditors Committee* [D.I. 10538] to be served via electronic mail to (i) counsel to the U.S. Debtors; (ii) counsel to the UCC; (iii) counsel to the Monitor; (iv) counsel to the Canadian Debtors; (v) counsel to the Joint Administrators of the UK/EMEA Debtors; and (vi) counsel to the Bondholders Group, and upon the parties listed on the attached Fed. R. Bankr. P. Rule 2002 service list in the manner specified.

*/s/ Selinda A. Melnik*
Selinda A. Melnik (Bar No. 4032)

# NORTEL 2002 SERVICE LIST

**BY HAND DELIVERY**
Christopher A. Ward
Justin K. Edelson
Polsinelli Shughart PC
222 Delaware Ave, Ste 1101
Wilmington, DE 19801

**BY HAND DELIVERY**
Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave, Ste 1501
Wilmington, DE 19801

**BY HAND DELIVERY**
Tobey M. Daluz
Leslie Heilman
David T. May
Ballard Spahr
919 Market St, 11th Floor
Wilmington, DE 19801

**BY HAND DELIVERY**
Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street, Ste 1700
Wilmington, DE 19801

**BY HAND DELIVERY**
David B. Stratton
Leigh-Anne M. Raport
Evelyn J. Meltzer
Pepper Hamilton LLP
1313 Market Street, Ste 5100
Wilmington, DE 19801

**BY HAND DELIVERY**
Henry Jaffe
Pepper Hamilton LLP
1313 Market Street, Ste 5100
Wilmington, DE 19801

**BY HAND DELIVERY**
Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet, Ste 8000
Wilmington, DE 19801

**BY HAND DELIVERY**
Domenic Pacitti
Klehr Harrison
919 Market Street, Ste 1000
Wilmington, DE 19801

**BY HAND DELIVERY**
Michael D. DeBaecke
Blank Rome LLP
1201 Market Street, Ste 800
Wilmington, DE 19801

**BY HAND DELIVERY**
William D. Sullivan
Sullivan Hazeltine Allinson LLC
4 E 8th Street, Ste 400
Wilmington, DE 19801

**BY HAND DELIVERY**
Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street, Ste 950
Wilmington, DE 19801

**BY HAND DELIVERY**
Adam G. Landis
Kerri K. Mumford
J. Landon Ellis
Landis Rath & Cobb LLP
919 Market Street, Ste 1800
Wilmington, DE 19801

**BY HAND DELIVERY**
Mary F. Caloway
P.J. Duhig
Buchanan Ingersoll & Rooney
1105 N. Market Street, Ste 1900
Wilmington, DE 19801-1228

**BY HAND DELIVERY**
James L. Patton
Edwin J. Harron
Young Conaway Stargatt & Taylor, LLP
1000 W. King Street
Wilmington, DE 19801

**BY HAND DELIVERY**
Stephen M. Miller
Brett D. Fallon
Carl N. Kunz
Courtney R. Hamilton
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE 19801

**BY HAND DELIVERY**
US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

**BY HAND DELIVERY**
Mark Kenney
Office of the U.S. Trustee
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801-3519

**BY HAND DELIVERY**
Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

**BY HAND DELIVERY**
Mark D. Collins
Christopher M. Samis
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801

**BY HAND DELIVERY**
Duane D. Werb
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE 19801

**BY HAND DELIVERY**
Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave, Ste 1410
Wilmington, DE 19801

**BY HAND DELIVERY**
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

**BY HAND DELIVERY**
Kathleen M. Miller
Smith Katzenstein & Jenkins LLP
800 Delaware Ave, 10th Floor
Wilmington, DE 19801

**BY HAND DELIVERY**
William P. Bowden
Ashby & Geddes P.A.
500 Delaware Ave, 8th Floor
Wilmington, DE 19801

**BY HAND DELIVERY**
Ricardo Palacio
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE 19801

**BY HAND DELIVERY**
Maria Aprile Sawczuk
Stevens & Lee P.C.
1105 N Market St, 7th Floor
Wilmington, DE 19801

**BY HAND DELIVERY**
Nicholas Skiles
Swartz Campbell LLC
300 Delaware Ave, Ste 1410
Wilmington, DE 19801

**BY HAND DELIVERY**
Rachel B. Mersky
Monzack Mersky McLaughlin Browder
1201 N Orange St, Ste 400
Wilmington, DE 19801

**BY HAND DELIVERY**
Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave, Ste 1600
Wilmington, DE 19801-1659

**BY HAND DELIVERY**
Jeffrey S. Wisler
Marc J. Phillips
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE 19801

**BY HAND DELIVERY**
Charlene D. Davis
Daniel A. O'Brien
Justin R. Alberto
Bayard P.A.
222 Delaware Ave, Ste 900
Wilmington, DE 19801

**BY HAND DELIVERY**
Bruce E. Jameson
Prickett Jones & Elliott PA
1310 King Street
Box 1328
Wilmington, DE 19899

**BY HAND DELIVERY**
Christopher P. Simon
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801

**BY HAND DELIVERY**
Kurt F. Gwynne
J. Cory Falgowski
Reed Smith LLP
1201 N Market Street, Ste 1500
Wilmington, DE 19801

**BY HAND DELIVERY**
William F. Taylor Jr.
McCarter & English LLP
405 N. King Street, 8th Floor
Renaissance Centre
Wilmington, DE 19801

**BY FIRST CLASS MAIL - INT'L.**
Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi, 244-8567
JAPAN

**BY FIRST CLASS MAIL - INT'L.**
Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK EC2A 2HS
ENGLAND

**BY FIRST CLASS MAIL - INT'L.**
Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St., Ste 3800
Toronto, Ontario M5J 2Z4
CANADA

**BY FIRST CLASS MAIL - INT'L.**
Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West, Ste 1600
Toronto, Ontario M5X 1G5
CANADA

**BY FIRST CLASS MAIL - INT'L.**
Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King St West, Ste 400
Toronto, Ontario M5K 0A1
CANADA

**BY FIRST CLASS MAIL - INT'L.**
Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Ste 3400
Toronto, Ontario M5H 2S7
CANADA

**BY FIRST CLASS MAIL - INT'L.**
Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario K1A 1K3
CANADA

**BY FIRST CLASS MAIL - INT'L.**
Rahul Kumar
C-701 Neelachal Apt. Plot No 3
Sector 4, Dwarka
New Delhi, 110078
INDIA

**BY FIRST CLASS MAIL - INT'L.**
Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East, 4th Floor
Montreal, QC H3G 2W6
CANADA

**BY FIRST CLASS MAIL**
Seth B. Shapiro
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

**BY FIRST CLASS MAIL**
Jan M. Geht
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC 20044

**BY FIRST CLASS MAIL**
Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA 19424

**BY FIRST CLASS MAIL**
Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**BY FIRST CLASS MAIL**
Sheryl L. Moreau
Missouri Dept of Revenue
Bankruptcy Division
PO Box 475
Jefferson City, MO 65105-0475

**BY FIRST CLASS MAIL**
Laura L. McCloud
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202

**BY FIRST CLASS MAIL**
Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

**BY FIRST CLASS MAIL**
John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

**BY FIRST CLASS MAIL**
Mark K. Ames
Tax Authority Consulting Services P.C.
P. O. Box 1770
Midlothian, VA 23113

**BY FIRST CLASS MAIL**
Amos U. Priester IV
Anna B. Osterhout
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC 27602-2611

**BY FIRST CLASS MAIL**
L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

**BY FIRST CLASS MAIL**
Michael McWalters
P.O. Box 338
Alviso, CA 95002-0338

**BY FIRST CLASS MAIL**
Jerry Wadlow
P.O. Box 79
Wewoka, OK 74884

**BY FIRST CLASS MAIL**
Thelma Watson
P.O. Box 971
Bath, SC 29816

**BY FIRST CLASS MAIL**
Miss Deborah M.M. Jones
P.O. Box 458
Willow Spring, NC 27592

**BY FIRST CLASS MAIL**
Vicente Matias Murrell
Stephen D. Schreiber
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC 20005-4026

**BY FIRST CLASS MAIL**
Robert Winter
Paul Hastings Janofsky & Walker LLP
875 15th St NW
Washington, DC 20005

**BY FIRST CLASS MAIL**
David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW, Ste 200
Washington, DC 20036

**BY FIRST CLASS MAIL**
Joseph E. Shickich Jr.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192

**BY FIRST CLASS MAIL**
Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME 04104-5029

**BY FIRST CLASS MAIL**
Ramona Neal
HP Company
11307 Chinden Blvd
MS 314
Boise, ID 83714

**BY FIRST CLASS MAIL**
Kaushik Patel
5665 Arapaho Road, #1023
Dallas, TX 75248

**BY FIRST CLASS MAIL**
David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
Travis Bldg, Ste 300
711 Navarro
San Antonio, TX 78205

**BY FIRST CLASS MAIL**
Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave, 19th Floor
New York, NY 10173-1922

**BY FIRST CLASS MAIL**
Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY 10019

**BY FIRST CLASS MAIL**
David A. Rosenzweig
Fulbright & Jaworski LLP
666 5th Ave
New York, NY 10103-3198

**BY FIRST CLASS MAIL**
Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center, Ste 400
New York, NY 10281-1022

**BY FIRST CLASS MAIL**
Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710

**BY FIRST CLASS MAIL**
Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY 10019

**BY FIRST CLASS MAIL**
Michael L. Schein
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**BY FIRST CLASS MAIL**
Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004

**BY FIRST CLASS MAIL**
Raniero D'Aversa Jr.
Laura D. Metzger
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

**BY FIRST CLASS MAIL**
Ronald S. Beacher
Pryor Cashman LLP
7 Times Square
New York, NY 10036

**BY FIRST CLASS MAIL**
Dennis Dunne
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

**BY FIRST CLASS MAIL**
Michelle McMahon
Bryan Cave LLP
1290 Ave of the Americas
New York, NY 10104

**BY FIRST CLASS MAIL**
N. Thodore Zink Jr.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**BY FIRST CLASS MAIL**
Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY 10036-8704

**BY FIRST CLASS MAIL**
Ken Coleman
Lisa J.P. Kraidin
Allen & Overy LLP
1221 Ave of the Americas, 20th Floor
New York, NY 10020

**BY FIRST CLASS MAIL**
Carren B. Shulman
Kimberly K. Smith
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

**BY FIRST CLASS MAIL**
Edmond P. O'Brien
Stempel Bennett Claman & Hochberg PC
675 Third Ave, 31st Floor
New York, NY 10017

**BY FIRST CLASS MAIL**
Steven J. Reisman
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY 10178-0061

**BY FIRST CLASS MAIL**
Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas, 19th Floor
New York, NY 10036

**BY FIRST CLASS MAIL**
Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY 10036

**BY FIRST CLASS MAIL**
Jeremy E. Crystal
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019

**BY FIRST CLASS MAIL**
Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019-6099

**BY FIRST CLASS MAIL**
Susan P. Johnston
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

**BY FIRST CLASS MAIL**
Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Ave, Ste 1000
New York, NY 10022-4068

**BY FIRST CLASS MAIL**
David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Ave, Ste 1000
New York, NY 10022-4068

**BY FIRST CLASS MAIL**
Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY 10019-6064

**BY FIRST CLASS MAIL**
Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178

**BY FIRST CLASS MAIL**
Dennis F. Dunne
Thomas R. Kreller
Albert A. Pisa
Andrew M. Leblanc
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

**BY FIRST CLASS MAIL**
Fred S. Hodara
Ryan C. Jacobs
David H. Botter
Akin Gump
One Bryant Park
New York, NY 10036

**BY FIRST CLASS MAIL**
Kenneth E. Noble
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585

**BY FIRST CLASS MAIL**
Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY 10020

**BY FIRST CLASS MAIL**
Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119

**BY FIRST CLASS MAIL**
Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St, Ste 3000
Los Angeles, CA 90017

**BY FIRST CLASS MAIL**
Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Ave, Ste 200
Dallas, TX 75219

**BY FIRST CLASS MAIL**
Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX 75201

**BY FIRST CLASS MAIL**
Stephen C. Stapleton
Cowles & Thompson PC
901 Main Street, Ste 3900
Dallas, TX 75202

**BY FIRST CLASS MAIL**
Lynnette R. Warman
Hunton & Williams
1445 Ross Ave, Ste 3700
Dallas, TX 75202-2799

**BY FIRST CLASS MAIL**
Carol E. Momjian
PA Senior Deputy Atty Gen
21 S 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

**BY FIRST CLASS MAIL**
Fred S. Kurtzman
Klehr Harrison
1835 Market Street, Ste 1400
Philadelphia, PA 19103

**BY FIRST CLASS MAIL**
David L. Pollack
Jeffrey Meyers
Ballard Spahr Andrews & Ingersoll LLP
51st Fl, Mellon Bank Ctr
1735 Market St
Philadelphia, PA 19103

**BY FIRST CLASS MAIL**
Dana S. Plon
Sirlin Gallogly & Lesser
123 S. Broad Street, Ste 2100
Philadelphia, PA 19109

**BY FIRST CLASS MAIL**
Alan S. Kopit
Christopher W. Peer
Hahn Loeser & Parks LLP
200 Public Square, Ste 2800
Cleveland, OH 44114

**BY FIRST CLASS MAIL**
Susan R. Fuertes
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

**BY FIRST CLASS MAIL**
Secretary of Treasury
John G. Townsend Bldg.
401 Federal St, Ste 4
Dover, DE 19901

**BY FIRST CLASS MAIL**
Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg.
401 Federal Street, Ste 4
Dover, DE 19901

**BY FIRST CLASS MAIL**
Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr, Ste 400
Littleton, CO 80124

**BY FIRST CLASS MAIL**
Dustin P. Branch
Katten Muchin Rosenman LLP
2029 Century Park East, Ste 2600
Los Angeles, CA 90067-3012

**BY FIRST CLASS MAIL**
Christopher J. Horvay
Gould & Ratner LLP
222 N Lasalle St, Ste 800
Chicago, IL 60601

**BY FIRST CLASS MAIL**
Aaron L. Hammer
Devon J. Eggert
Freeborn & Peters LLP
311 South Wacker Dr, Ste 3000
Chicago, IL 60606

**BY FIRST CLASS MAIL**
Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Ste 3000
Chicago, IL 60606

**BY FIRST CLASS MAIL**
Eric S. Prezant
Bryan Cave LLP
161 N Clark St, Ste 4300
Chicago, IL 60601

**BY FIRST CLASS MAIL**
Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle St, Ste 2600
Chicago, IL 60601

**BY FIRST CLASS MAIL**
Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60604-1404

**BY FIRST CLASS MAIL**
Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive, Ste 3000
Chicago, IL 60606

**BY FIRST CLASS MAIL**
Cullen K. Kuhn
Bryan Cave LLP
211 N Broadway, Ste 3600
St. Louis, MO 63102

**BY FIRST CLASS MAIL**
John J. Rossi
1568 Woodcrest Drive
Wooster, OH 44691

**BY FIRST CLASS MAIL**
Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI 02903

**BY FIRST CLASS MAIL**
Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA 30363-1031

**BY FIRST CLASS MAIL**
Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave, 6th Floor
Orlando, FL 32801

**BY FIRST CLASS MAIL**
Steve Jackman VP
Flextronics
847 Gibralter Drive
Milpitas, CA 95035

**BY FIRST CLASS MAIL**
Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD 21202

**BY FIRST CLASS MAIL**
Richard M. Kremen
Dale K. Cathell
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD 21209

**BY FIRST CLASS MAIL**
James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street, Ste 1000
Baltimore, MD 21202-1671

**BY FIRST CLASS MAIL**
Randall D. Crocker
VonBriesen & Roper S.C.
411 E Wisconsin Ave, Ste 700
Milwaukee, WI 53202

**BY FIRST CLASS MAIL**
Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave, Ste 1400
Milwaukee, WI 53202-6613

**BY FIRST CLASS MAIL**
Shawn M. Christianson
Buchalter Nemer
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

**BY FIRST CLASS MAIL**
Merle C. Meyers
Michele Thompson
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA 94104

**BY FIRST CLASS MAIL**
Louis J. Cisz III
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

**BY FIRST CLASS MAIL**
Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX 75201

**BY FIRST CLASS MAIL**
James C. Waggoner
Davis Wright Tremaine LLP
1300 SW 5th Ave, Ste 2300
Portland, OR 97201-5630

**BY FIRST CLASS MAIL**
Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Ave, Ste 1400
Austin, TX 78701

**BY FIRST CLASS MAIL**
Cynthia Ann Schmidt
PO Box 119
Oregon House, CA 95962

**BY FIRST CLASS MAIL**
Rachel S. Budke
FPL Law Department
700 Universe Blvd
Juno Beach, FL 33408

**BY FIRST CLASS MAIL**
Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY 14620-1678

**BY FIRST CLASS MAIL**
Scott K. Brown
Lewis and Roca LLP
40 North Central Ave, Ste 1900
Phoenix, AZ 85004

**BY FIRST CLASS MAIL**
Michael R. Thompson
564 Old Candia Road
Candia, NH 03034

**BY FIRST CLASS MAIL**
Janette M. Head
16 Gleneagle Drive
Bedford, NH 03110

**BY FIRST CLASS MAIL**
Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA 19602-1184

**BY FIRST CLASS MAIL**
Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH 43215

**BY FIRST CLASS MAIL**
Jennifer V. Doran
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

**BY FIRST CLASS MAIL**
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**BY FIRST CLASS MAIL**
James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA 02199-3600

**BY FIRST CLASS MAIL**
Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road, Ste 200
Melville, NY 11747

**BY FIRST CLASS MAIL**
Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street, Suite 302
Huntington, NY 11743

**BY FIRST CLASS MAIL**
Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street, 8th Floor
New York, NY 10007

**BY FIRST CLASS MAIL**
Lawrence M. Schwab
Thomas M. Gaa
Patrick M. Costello
Bialson Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alto, CA 94306

**BY FIRST CLASS MAIL**
David I. Swan
Kenneth M. Misken
McGuireWoods LLP
1750 Tysons Blvd, Ste 1800
McLean, VA 22102-4215

**BY FIRST CLASS MAIL**
Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street, Ste 2300
Charlotte, NC 28202

**BY FIRST CLASS MAIL**
David M. Schilli
Ty E. Shaffer
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street, Ste 1900
Charlotte, NC 28246

**BY FIRST CLASS MAIL**
J. Scott Douglass
909 Fannin, Ste 1800
Houston, TX 77010

**BY FIRST CLASS MAIL**
Brian W. Bisignani
Post & Schell P.C.
17 N 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

**BY FIRST CLASS MAIL**
Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO 80202-5332

**BY FIRST CLASS MAIL**
Stephen K. Dexter
Lathrop & Gage LLP
US Bank Tower, Ste 2400
950 Seventeenth St
Denver, CO 80202

**BY FIRST CLASS MAIL**
Stephen C. Tingey
Ray Quinney & Nebeker P.C.
36 South State Street, Ste 1400
Salt Lake City, UT 84145-0385

**BY FIRST CLASS MAIL**
Kerry Wayne Logan
1207 High Hammock Drive, #102
Tampa, FL 33619-7609

**BY FIRST CLASS MAIL**
Elizabeth Banda
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd, Ste 300
Arlington, TX 76013

**BY FIRST CLASS MAIL**
Donald K. Ludman
Brown & Connery LLP
6 North Broad Street, Ste 1000
Woodbury, NJ 08096

**BY FIRST CLASS MAIL**
Attn: Chantel Pinnock
Travelers
1 Tower Square, 5MN
Hartford, CT 06183-4044

**BY FIRST CLASS MAIL**
Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY 10022

**BY FIRST CLASS MAIL**
Mark G. Ledwin
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604

**BY FIRST CLASS MAIL**
Robert S. McWhorter
Nossaman LLP
915 L Street, Ste 1000
Sacramento, CA 95814

**BY FIRST CLASS MAIL**
Lois Diane Uphold
201 Camden Park Drive
Goldsboro, NC 27530

**BY FIRST CLASS MAIL**
Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC 27709

**BY FIRST CLASS MAIL**
Debra L. Vega
818 Glenco Road
Durham, NC 27703

**BY FIRST CLASS MAIL**
Wendy Boswell Mann
2114 Claret Lane
Morrisville, NJ 27560

**BY FIRST CLASS MAIL**
Wendy Boswell Mann
4913 Summit Place Dr. NW
Apt. 404
Wilson, NC 27896

**BY FIRST CLASS MAIL**
Ann Groninger
Patterson Harkavy
225 E. Worthington Ave, Ste 200
Charlotte, NC 28203

**BY FIRST CLASS MAIL**
R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway, 3rd Floor
Dallas, TX 75234

**BY FIRST CLASS MAIL**
Robert E. Nies
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052

**BY FIRST CLASS MAIL**
Vincent A. D'Agostino
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

**BY FIRST CLASS MAIL**
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

**BY FIRST CLASS MAIL**
David N. Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

**BY FIRST CLASS MAIL**
Brad Lee Henry
11596 W. Sierra Dawn Boulevard
Lot 386
Surprise, AZ 85378

**BY FIRST CLASS MAIL**
Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA 19341

**BY FIRST CLASS MAIL**
Ronald Rowland
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD 21094

**BY FIRST CLASS MAIL**
Office of Unemployment Ins Contrib Div
MD Department of Labor Licensing & Reg
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore, MD 21201

**BY FIRST CLASS MAIL**
Deborah B. Waldmeir
State of MI Dept of Treasury
Cadillac Place, Ste 10-200
3030 W Grand Blvd.
Detroit, MI 48202

**BY FIRST CLASS MAIL**
Attn: Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY 10279

**BY FIRST CLASS MAIL**
Securities & Exchange Commission
100 F St NE
Washington, DC 20549

**BY FIRST CLASS MAIL**
Najam ud Dean
6 Augusta Drive
Milbury, MA 01527

**BY FIRST CLASS MAIL**
Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC 28079

**BY FIRST CLASS MAIL**
Gerald R. Utpadel
4627 Greenmeadows Avenue
Torrance, CA 90505

**BY FIRST CLASS MAIL**
Michael P. Alms
4944 Elm Island Circle
Waterford, WI 53185

**BY FIRST CLASS MAIL**
William A. Reed
7810 Heaton Drive
Theodore, AL 36582-2362

**BY FIRST CLASS MAIL**
Bertram Frederick Thomas Fletcher
35 Broomhill Court
Clayton, NC 27527

**BY FIRST CLASS MAIL**
Nancy Ann Wilson
7101 Chase Oaks Blvd.
Apt. #1637
Plano, TX 75025

**BY FIRST CLASS MAIL**
Carol F. Raymond
7962 S.W. 185 Street
Miami, FL 33157-7487

**BY FIRST CLASS MAIL**
Richard Lynn Engleman
1505 Nevada Drive
Plano, TX 75093

**BY FIRST CLASS MAIL**
Janetta Hames
649 Fossil Wood Drive
Saginaw, TX 76179

**BY FIRST CLASS MAIL**
Mark R. Janis
193 Via Soderini
Aptos, CA 95003

**BY FIRST CLASS MAIL**
Jeffrey Borron
13851 Tanglewood
Farmers Branch, TX 75234

**BY FIRST CLASS MAIL**
Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA 30062

**BY FIRST CLASS MAIL**
Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY 12020

**BY FIRST CLASS MAIL**
Scott David Howard
2050 Cabiao Road
Placerville, CA 95667

**BY FIRST CLASS MAIL**
James Hunt
8903 Handel Loop
Land O Lakes, FL 34637

**BY FIRST CLASS MAIL**
David Litz
316 N. Manus Drive
Dallas, TX 75224

**BY FIRST CLASS MAIL**
Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX 75454

**BY FIRST CLASS MAIL**
Chad Soraino
8974 Hickory Ave.
Hesperia, CA 92345

**BY FIRST CLASS MAIL**
Bruce Francis
5506 Lake Elton Road
Durham, NC 27713

**BY FIRST CLASS MAIL**
Michael D. Rexroad
5244 Linwick Drive
Fuquay Varina, NC 27526

**BY FIRST CLASS MAIL**
Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC 27312

**BY FIRST CLASS MAIL**
Robert Joseph Martel
200 Lighthouse Lane
Apartment B3
Cedar Point, NC 28584

**BY FIRST CLASS MAIL**
Marilyn Green
1106 Boston Hollow Road
Ashland City, TN 37015

**BY FIRST CLASS MAIL**
Marilyn Day
2020 Fox Glen Drive
Allen, TX 75013

**BY FIRST CLASS MAIL**
James Lee
1310 Richmond Street
El Cerrito, CA 94530

**BY FIRST CLASS MAIL**
John Mercer
121 Monastery Road
Pine City, NY 14871

**BY FIRST CLASS MAIL**
Freddie Wormsbaker
327 Locust Street
Twin Falls, ID 83301

**BY FIRST CLASS MAIL**
Scott Gennett
16 Wildwood Street
Lake Grove, NY 11755

**BY FIRST CLASS MAIL**
Lynette Kay Seymour
16711 Rivendell Lane
Austin, TX 78737

**BY FIRST CLASS MAIL**
Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL 60137

**BY FIRST CLASS MAIL**
Manuel Segura
215 Sheridan
Apt. #B-43
Perth Amboy, NJ 08861

**BY FIRST CLASS MAIL**
Nanette Faison
981 Kittrell Road
Kitrell, NC 27544

**BY FIRST CLASS MAIL**
William E. Johnson
2865 Horsemans Ridge Drive
Clayton, NC 27520

**BY FIRST CLASS MAIL**
Carmel Turlington Totman
164 Berton Street
Boone, NC 28607

**BY FIRST CLASS MAIL**
Roger G. Carlsen
390 E. Paseo Celestial
Sahuarita, AZ 85629

**BY FIRST CLASS MAIL**
Kim M. Yates
207 Tomato Hill Road
Leesburg, FL 34748

**BY FIRST CLASS MAIL**
Bruce Turner
8 Sunset Drive
Homer, NY 13077

**BY FIRST CLASS MAIL**
Remajos Brown
2353 Sword Drive
Garland, TX 75044-6036

**BY FIRST CLASS MAIL**
Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC 27604

**BY FIRST CLASS MAIL**
Jane Neumann
11730 Co Road, 24
Watertown, MN 55388

**BY FIRST CLASS MAIL**
Barbara Gallagher
410 West Acres Road
Whitesboro, TX 76273

**BY FIRST CLASS MAIL**
John S. Elliott
6 Grouse Lane
Merrimack, NH 03054-2876

**BY FIRST CLASS MAIL**
Pamela J. Powell
676 Brookview Drive
Chapel Hill, NC 27514

**BY FIRST CLASS MAIL**
Wayne J. Schmidt
5346 S. Mohave Sage Drive
Gold Canyon, AZ 85118

**BY FIRST CLASS MAIL**
Charles Sandner
1970 N. Leslie #3779
Pahrump, NV 89060

**BY FIRST CLASS MAIL**
Betty Lewis
1301-H Leon Street
Durham, NC 27705

**BY FIRST CLASS MAIL**
Steven E. Bennett
37052 Chestnut Street
Newark, CA 94560

**BY FIRST CLASS MAIL**
Alan Heinbaugh
19816 Colby Court
Saratoga, CA 95070

**BY FIRST CLASS MAIL**
Leona Purdum
2532 N. 4th Street #254
Flagstaff, AZ 86004

**BY FIRST CLASS MAIL**
George I. Hovater Jr.
9009 Casals Street
Unit 1
Sacramento, CA 95826

**BY FIRST CLASS MAIL**
Daniel D. David
2105 Possum Trot Road
Wake Forest, NC 27587

**BY FIRST CLASS MAIL**
Bonnie J. Boyer
305 W. Juniper Avenue
Sterling, VA 20164-3724

**BY FIRST CLASS MAIL**
Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC 27504

**BY FIRST CLASS MAIL**
Leah McCaffrey
7139 Debbe Drive
Dallas, TX 75252

**BY FIRST CLASS MAIL**
Terry D. Massengill
126 Keri Drive
Garner, NC 27529

**BY FIRST CLASS MAIL**
Laurie Adams
217 Ridge Creek Drive
Morrisville, NC 27560

**BY FIRST CLASS MAIL**
Olive Jane Stepp
470 Fairview Road
Asheville, NC 28803

**BY FIRST CLASS MAIL**
Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA 92131

**BY FIRST CLASS MAIL**
Gary W. Garrett
4093 Hogan Drive Unit 4114
Tyler, TX 75709

**BY FIRST CLASS MAIL**
Chae S. Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN 55317

**BY FIRST CLASS MAIL**
Raymond Turner
1813 Eric Drive
Graham, NC 27253

**BY FIRST CLASS MAIL**
Paul Douglas Wolfe
113 Red Drum Lane
Gloucester, NC 28528

**BY FIRST CLASS MAIL**
Victoria Anstead
3894 Ridge Lea Road, #A
Amherst, NY 14228

**BY FIRST CLASS MAIL**
Sandra Aiken
3166 Tump Wilkins Road
Stern, NC 27581

**BY FIRST CLASS MAIL**
Brenda L. Wread
3408A Water Vista Parkway
Lawrenceville, GA 30044

**BY FIRST CLASS MAIL**
Barbara Dunston
261 McNair Drive
Henderson, NC 27537

**BY FIRST CLASS MAIL**
Barbara Carr
145 Grecian Parkway
Rochester, NY 14626

**BY FIRST CLASS MAIL**
Herbert Preston Stansbury
3193 US Highway 15
Stern, NC 27581

**BY FIRST CLASS MAIL**
Crickett Grissom
2580 W. Porter Creek Avenue
Porterville, CA 93257

**BY FIRST CLASS MAIL**
Janet Bass
1228 Moultrie Court
Raleigh, NC 27615

**BY FIRST CLASS MAIL**
Vernon M. Long
4929 Kelso Lane
Garland, TX 75043

**BY FIRST CLASS MAIL**
Shirley Maddry
2519 Riddle Road
Durham, NC 27703

**BY FIRST CLASS MAIL**
Michael Stutts
1616 Hastings Bluff
McKinney, TX 75070

**BY FIRST CLASS MAIL**
Kathleen A. Reese
200 Carnegie Drive
Milpitas, CA 95035

**BY FIRST CLASS MAIL**
Ralph MacIver
116 Honeycomb Lane
Morrisville, NC 27560

**BY FIRST CLASS MAIL**
Emily D. Cullen
100 Telmew Court
Cary, NC 27518

**BY FIRST CLASS MAIL**
James Craig
42 E. Cavalier Road
Scottsville, NY 14546

**BY FIRST CLASS MAIL**
Reid T. Mullett
4224 Thamesgate Close
Norcross, GA 30092

**BY FIRST CLASS MAIL**
Danny Owenby
2136 Sapelo Court
Fernandina, FL 32034

**BY FIRST CLASS MAIL**
Susan Ann Heisler
133 Anna Road, Box 194
Blakelee, PA 18610

**BY FIRST CLASS MAIL**
Deborah Faircloth
115 Winchester Lane
Rocky Point, NC 28457

**BY FIRST CLASS MAIL**
Cynthia B. Richardson
5717 Cypress Drive
Rowlett, TX 75089

**BY FIRST CLASS MAIL**
Gloria Benson
1824 Wilson Pike
Brentwood, TN 37027

**BY FIRST CLASS MAIL**
Ellen Sue Brady
1630 Dry Fork Road
Ashland City, TN 37015

**BY FIRST CLASS MAIL**
Richard Hodges
913 Windemere Lane
Wake Forest, NC 27587

**BY FIRST CLASS MAIL**
Wanda Jacobs
801 Dupree Street
Durham, NC 27701

**BY FIRST CLASS MAIL**
Gussie Anderson
109 Gumpond Beall Rd
Lumberton, MS 39455

**BY FIRST CLASS MAIL**
Paul Edward Morrison
2241 College Avenue
Quincy, IL 62301

**BY FIRST CLASS MAIL**
Andrew M. Gould
Wick Phillips Gould & Martin LLP
2100 Ross Avenue Ste. 950
Dallas, TX 75201