## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | |

## ALLOCATION POSITION OF THE MONITOR AND
## THE CANADIAN NORTEL DEBTORS

Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Nortel Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), pursuant to the direction of the court received by email on May 15, 2013, and in connection with the Court's *Order Approving Allocation Protocol* [Dkt. No. 9947], on behalf of itself and the Canadian Nortel Debtors, hereby files and incorporates herein in its entirety the *Allocation Position of the Monitor and Canadian Debtors*, a copy of which is annexed hereto as Exhibit A (the "**Allocation Position**"), and which the Monitor also filed in the Canadian Proceedings simultaneously herewith.

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

WHEREFORE, the Monitor and Canadian Nortel Debtors request that the Court give effect to their Allocation Position, as incorporated herein, and grant such other and further relief as the Court deems just and proper. The Monitor and the Canadian Nortel Debtors reserve the right to respond to any allocation position pleadings that may be filed by any other Core Party (as defined in the form of Allocation Protocol attached as Exhibit 1 to Exhibit A to the *Certification of Counsel Regarding the Proposed Order Approving Allocation Protocol* dated May 13, 2013 [Dkt. No. 10489]).

Dated: May 16, 2013
Wilmington, Delaware

BUCHANAN INGERSOLL & ROONEY PC

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

ALLEN & OVERY LLP
Ken Coleman
Daniel Guyder
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com
*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Nortel Debtors*