**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re D.I. 10537 |

**JOINDER OF THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE,**
**IN THE U.S. DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS' MOTION FOR APPROVAL OF ALLOCATION POSITION**

The Bank of New York Mellon, as indenture trustee with respect to nearly $4 billion of

unsecured notes that were issued and guaranteed by Nortel entities in Canada and the United

States (in such capacity, "BNY"), hereby joins in, and adopts the statements and arguments set

forth in, the *U.S. Debtors' and Official Committee of Unsecured Creditors' Motion for*

*Allocation of Sale Proceeds* (the "U.S. Interests' Motion").

WHEREFORE, BNY respectfully requests that the U.S. and Canadian Courts (a) grant

the relief requested in the U.S. Interests Motion and (b) grant BNY such other and further relief

as they deem just and proper.

Dated:  May 16, 2013

**LATHAM & WATKINS LLP**

By:  */s/ Michael J. Riela*
         Michael J. Riela
         885 Third Avenue, Suite 1000
         New York, New York  10022
         Telephone:  (212) 906-1200
         Facsimile:  (212) 751-4864

         *Attorneys for The Bank of New York Mellon,*
         *as Indenture Trustee*