# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138-KG<br>(Jointly Administered)<br><br>Re: Dkt. Nos. 10537, 10540<br>Hearing Date: To commence January 6, 2014 |

## JOINDER OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC NOTES, IN MOTION TO APPROVE ALLOCATION POSITION OF US DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OPENING ALLOCATION POSITION OF AD HOC GROUP OF BONDHOLDERS

Law Debenture Trust Company of New York ("Law Debenture"), as indenture trustee for the NNCC Notes (as defined below), by and through its attorneys, Patterson Belknap Webb & Tyler LLP and Morris James LLP, hereby submits this joinder ("Joinder") in (a) the *Motion to Approve Allocation Position of US Debtors and Official Committee of Unsecured Creditors*, dated May 16, 2013 (Dkt. No. 10537) (the "U.S. Allocation Motion"), and (b) the *Opening Allocation Position of Ad Hoc Group of Bondholders*, dated May 16, 2013 (Dkt. No. 10540) (the "Bondholder Group Allocation Position"). Law Debenture respectfully states that:

1. Pursuant to an indenture, dated as of February 15, 1996 (the "Indenture"), by and among Nortel Networks Limited (f/k/a Northern Telecom Limited) ("NNL"), as issuer and guarantor, Nortel Networks Capital Corporation (f/k/a Northern Telecom Capital

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), NNCC (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567) (collectively, the "U.S. Debtors").

6482541

Corporation) ("NNCC"), as issuer, and The Bank of New York, as trustee, NNCC and NNL issued $150 million in aggregate principal amount of 7.875% Notes Due 2026 (the "NNCC Notes").

2. Law Debenture is a "Core Party" as defined in the Allocation Protocol approved by this Court in an Order dated April 3, 2013 (Dkt. No. 9947). Law Debenture submits this Joinder in its capacity as a Core Party and representative of the interests of the holders of the NNCC Notes.

3. Law Debenture joins in the U.S. Allocation Motion and the Bondholder Group Allocation Position. The funds in the so-called "black box" can only be fairly apportioned in accordance with the fair market value of what each Nortel entity relinquished in connection with the divestiture of the Nortel entities' assets. Fair market valuation is accepted in and consistent with the laws of all relevant jurisdictions. The application of fair market valuation demonstrates that the U.S. Debtors are entitled to a substantial majority of the black box funds.

4. Law Debenture reserves the right to supplement or amend this Joinder and to appear and be heard on any issue at the hearing to consider the U.S. Allocation Motion and the Bondholder Group Allocation Position.

*[Remainder of page intentionally left blank]*

Dated: Wilmington, Delaware
May 16, 2013

**MORRIS JAMES LLP**

/s/ Stephen M. Miller
_____
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: smiller@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
bguiney@pbwt.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*

6482541