# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | ) <br> ) Chapter 11 <br> ) |
| Nortel Networks Inc., *et al.*, | ) Case No. 09-10138 (KG) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) |

**JOINDER OF AD HOC GROUP OF BONDHOLDERS TO US DEBTORS' AND COMMITTEE'S JOINT OBJECTION TO THE PROOFS OF CLAIM FILED BY THE NORTEL NETWORKS UK PENSION TRUST LIMITED (AS TRUSTEE OF THE NORTEL NETWORKS UK PENSION PLAN) AND THE BOARD OF THE PENSION <u>PROTECTION FUND</u>**

The ad hoc group of bondholders (the "<u>Bondholder Group</u>")[1] joins the joint objection (the "<u>Objection</u>") of the US Debtors and the Official Committee of Unsecured Creditors (the "<u>Committee</u>") to the Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (As Trustee of the Nortel Networks UK Pension Plan[2]) and the Board of the Pension Protection Fund [D.I. 10519] and respectfully submits the following:

## **<u>JOINDER</u>**

1.  The Bondholder Group joins in the Objection for each of the reasons set forth therein. The Bondholder Group agrees with the US Debtors and the Committee that the U.K. Pension Claims lack merit and should be dismissed in full.

2.  Accordingly, the Bondholder Group requests that the Court sustain the Objection, disallow and expunge the U.K. Pension Claims with prejudice, and grant such other

---

[1] The Bondholder Group consists of bondholders that hold claims issued or guaranteed by Nortel Networks Corporation ("<u>NNC</u>" and together with its affiliates worldwide, "<u>Nortel</u>"), Nortel Networks Limited ("<u>NNL</u>" and together with NNC and certain of their subsidiaries, "<u>Canadian Debtors</u>"), Nortel Networks Inc. ("<u>NNI</u>"), and Nortel Networks Capital Corporation ("<u>NNCC</u>" and together with NNI and certain of its subsidiaries, the "<u>US Debtors</u>").

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection [D.I. 10519].

and further relief as the Court deems appropriate.

Dated:  May 16, 2013

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Kathleen P. Makowski*
Laura Davis Jones (No. 2436)
Kathleen P. Makowski (No. 3648)
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

-and-

**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**
Dennis F. Dunne
Albert A. Pisa
Andrew M. Leblanc
Thomas J. Matz
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone:  (212) 530-5000
Facsimile:   (212) 530-5219

-and-

Thomas R. Kreller
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4463
Facsimile: (213) 629-5063

***Attorneys for Ad Hoc Group of Bondholders***