## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
                                                           :
In re                                                      :   Chapter 11
                                                           :
Nortel Networks Inc., et al.,[1]                           :   Case No. 09-10138 (KG)
                                                           :
                 Debtors.                                  :   Jointly Administered
                                                           :
-----------------------------------------------------------X
```

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MAY 21, 2013 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**RESOLVED MATTER**

1. Objection to Transfer of Claim to Solus Recovery Fund Offshore Master LP in the amount of $46,732.20 Filed by Teri Bowbeer (D.I. 10333, Filed 4/26/13).

   Objection Deadline: N/A

   Responses Received: None.

   Related Pleading:

   (a)  Notice of Transfer of Claim (D.I. 9928, Filed 4/1/13); and

   (b)  Order (D.I. 10469, Entered 5/8/13).

   Status: This matter has been resolved and the claim has been returned to Ms. Bowbeer.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

2.  Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) of the Bankruptcy Code Authorizing and Approving the Employment and Retention of The Mergis Group and Certain Employees Thereof (D.I. 10398, Filed 4/30/13).

    Objection Deadline: May 14, 2013 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleading:

    (a)  Declaration Pursuant to Fed. R. Bankr. Proc 2014(a) of James Boudreau Regarding Employment of Certain Former Nortel Networks, Inc. Employees Through Randstad Professionals US, LP d/b/a The Mergis Group (D.I. 10428, Filed 5/2/13);

    (b)  Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) of the Bankruptcy Code Authorizing and Approving the Employment and Retention of The Mergis Group and Certain Employees Thereof (D.I. 10546, Filed 5/16/13); and

    (c)  Proposed Form of Order.

    Status: There have been no objections and a CNO has been filed.

| | |
|---|---|
| Dated: May 17, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>     */s/ Tamara K. Minott*     <br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE  19899-1347 |

Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7194759.3

3