# SERVICE LIST

**BY FACSIMILE**

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli PC
222 Delaware Ave
Ste 1101
Wilmington, DE  19801
FAX: 302-252-0921

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave
Ste 1501
Wilmington, DE  19801
FAX: 302-252-4330

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St
11th Floor
Wilmington, DE  19801
FAX: 302-252-4466

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street
Ste 1700
Wilmington, DE  19801
FAX: 302-384-9399

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801
FAX: 302-421-8390

Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801
FAX: 302-421-8390

Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet
Ste. 800
Wilmington, DE  19801
FAX: 302-425-6464

Domenic Pacitti Esq
Klehr Harrison
919 Market Street
Ste 1000
Wilmington, DE  19801
FAX: 302-426-9193

Michael D. DeBaecke  Esq
Blank Rome LLP
1201 Market Street
Ste 800
Wilmington, DE  19801
FAX: 302-428-5107

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Ste 400
Wilmington, DE  19801
FAX: 302-428-8195

Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street
Ste 950
Wilmington, DE  19801
FAX: 302-442-7046

Adam G.  Landis Esq
Kerri K. Mumford Esq
J. Landon Ellis Esq
Landis Rath & Cobb LLP
919 Market Street
Ste 1800
Wilmington, DE  19801
FAX: 302-467-4450

Mary F. Caloway Esq
P.J. Duhig Esq
Buchanan Ingersoll & Rooney
1105 N. Market Street
Ste 1900
Wilmington, DE  19801-1228
FAX: 302-552-4295

James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street
Wilmington, DE  19801
FAX: 302-571-1253

Brett D. Fallon Esq  
Morris James LLP  
500 Delaware Ave  
Ste 1500  
Wilmington, DE  19801  
FAX: 302-571-1750  

Carl N.  Kunz Esq  
Michael J. Custer Esq  
Morris James LLP  
500 Delaware Ave  
Ste 1500  
Wilmington, DE  19801  
FAX: 302-571-1750  

Stephen M. Miller  
Courtney R. Hamilton  
Morris James LLP  
500 Delaware Ave  
Ste. 1500  
Wilmington, DE  19801  
FAX: 302-571-1750  

US Attorney's Office  
District of Delaware  
1007 N. Orange Street  
Wilmington, DE  19801  
FAX: 302-573-6431  

Mark Kenney Esq  
Office of the U.S. Trustee  
844 King St  
Ste 2207 Lockbox 35  
Wilmington, DE  19801-3519  
FAX: 302-573-6497  

Sarah E. Pierce  
Skadden Arps Slate Meagher & Flom LLP  
One Rodney Square  
PO Box 636  
Wilmington, DE  19899-0636  
FAX: 302-651-3001  

Mark D. Collins Esq  
Christopher M. Samis Esq  
Richards Layton & Finger  
One Rodney Square  
920 N King St  
Wilmington, DE  19801  
FAX: 302-651-7701  

Duane D. Werb Esq  
Werb & Sullivan  
300 Delaware Ave  
13th Floor  
Wilmington, DE  19801  
FAX: 302-652-1111  

Norman L. Pernick  
Sanjay Bhatnagar  
Cole Schotz Meisel Forman & Leonard  
500 Delaware Ave  
Ste 1410  
Wilmington, DE  19801  
FAX: 302-652-3117  

Laura Davis Jones  
Timothy P. Cairns  
Pachulski Stang  
919 N. Market Street  
17th Floor  
Wilmington, DE  19801  
FAX: 302-652-4400  

Kathleen M. Miller Esq  
Smith Katzenstein & Jenkins LLP  
800 Delaware Ave  
10th Floor  
Wilmington, DE  19801  
FAX: 302-652-8405  

William P. Bowden Esq  
Ashby & Geddes P.A.  
500 Delaware Ave  
8th Floor  
Wilmington, DE  19801  
FAX: 302-654-2067  

Ricardo Palacio Esq  
Ashby & Geddes P.A.  
500 Delaware Ave  
Wilmington, DE  19801  
FAX: 302-654-2067  

Maria Aprile Sawczuk Esq  
Stevens & Lee P.C.  
1105 N Market St  
7th Floor  
Wilmington, DE  19801  
FAX: 302-654-5181  

Nicholas  Skiles Esq  
Swartz Campbell LLC  
300 Delaware Ave  
Ste 1410  
Wilmington, DE  19801  
FAX: 302-656-1434  

Rachel B. Mersky Esq  
Monzack Mersky McLaughlin Browder  
1201 N Orange St  
Ste 400  
Wilmington, DE  19801  
FAX: 302-656-2769

Michael R. Lastowski  
Duane Morris LLP  
222 Delaware Ave  
Ste 1600  
Wilmington, DE  19801-1659  
FAX: 302-657-4901  

Jeffrey S. Wisler Esq  
Marc J. Phillips Esq  
Connolly Bove  
The Nemours Building  
1007 N Orange St  
Wilmington, DE  19801  
FAX: 302-658-0380  

Charlene D. Davis Esq  
Daniel A. O'Brien Esq  
Justin R. Alberto  
Bayard P.A.  
222 Delaware Ave  
Ste 900  
Wilmington, DE  19801  
FAX: 302-658-6395  

Christopher P. Simon  
Cross & Simon LLC  
913 N. Market Street  
11th Floor  
Wilmington, DE  19801  
FAX: 302-777-4224  

Stuart M. Brown  
Edwards Angell Palmer & Dodge  
919 N. Market Street  
Ste 1500  
Wilmington, DE  19801  
FAX: 302-777-7263  

Kurt F. Gwynne Esq  
J. Cory Falgowski Esq  
Reed Smith LLP  
1201 N Market Street  
Ste 1500  
Wilmington, DE  19801  
FAX: 302-778-7575  

William F. Taylor Jr.  
McCarter & English LLP  
405 N. King St  8th Floor  
Renaissance Centre  
Wilmington, DE  19801  
FAX: 302-984-6399  

Selinda A. Melnik  
DLA Piper LLP (US)  
919 N. Market Street  
15th Floor  
Wilmington, DE  19801  
FAX: 302-394-2341  

Minoru Inayoshi Gen Mgr of M&A  
Hitachi Lt. Telecommunicatons  
& Network Systems   Division  
216 Totsuka-cho  
Totsuka-ku  
Yokohama-shi,   244-8567  
JAPAN  
FAX: +81-45-881-3221  

Stephen Gale  
Herbert Smith  
Exchange House  
Primrose Street  
London, UK   EC2A 2HS  
ENGLAND  
FAX: 011-44-20-7098-4878  

Tony Reyes  
Norton Rose  
Royal Bank Plaza South Tower  
200 Bay St. Ste. 3800  
Toronto, Ontario  M5J 2Z4  
CANADA  
FAX: 416-216-3930  

Jennifer Stam  
Derrick Tay  
Gowling Lafleur Henderson  
1 First Canadian Place  
100 King St. West_Ste. 1600  
Toronto, Ontario  M5X 1G5  
CANADA  
FAX: 416-862-7661  

Michael J. Wunder  
R. Snayne Kukulowicz  
Alex L. MacFarlane  
Fraser Milner Casgrain LLP  
77 King St West  
Ste 400  
Toronto, Ontario  M5X 2A1  
CANADA  
FAX: 416-863-4592  

Chris Armstrong  
Goodmans LLP  
Bay Adelaide Centre  
333 Bay St. Ste 3400  
Toronto, Ontario  M5H 2S7  
CANADA  
FAX: 416-979-1234

Bankruptcy Coordinator  
IBM Corporation/IBM Credit LLC  
275 Viger East 4th Floor  
Montreal, QC   H3G 2W6  
CANADA  
FAX: 845-491-5032  

Seth B. Shapiro Esq  
U.S. Dept of Justice Civil Div  
P.O. Box 875  
Ben Franklin Station  
Washington, DC   20044  
FAX: 202-307-0494  

Jan M. Geht Esq  
U.S. Dept of Justice Tax Div  
P.O. Box 227  
Washington, DC   20044  
FAX: 202-514-6866  

Janet Fitzpatrick  
Unisys Corporation  
P.O. Box 500  
M/S E8-108  
Blue Bell, PA   19424  
FAX: 215-986-5721  

Centralized Insolvency Operation  
Internal Revenue Service  
P.O. Box 7346  
Philadelphia, PA   19101-7346  
FAX: 855-235-6787  

Sheryl L. Moreau Esq  
Missouri Dept of Revenue  
Bankruptcy Division  
PO Box 475  
Jefferson City, MO   65105-0475  
FAX: 573-751-7232  

Laura L. McCloud Esq  
Assistant Attorney General  
P.O. Box 20207  
Nashville, TN   37202  
FAX: 615-741-3334  

Judy D. Thompson  
JD Thompson Law  
P.O. Box 33127  
Charlotte, NC   28233  
FAX: 704-943-1152  

John P. Dillman Esq  
Linebarger Goggan Blair  & Sampson LLP  
P.O. Box 3064  
Houston, TX   77253-3064  
FAX: 713-844-3503  

Mark K. Ames  
Tax Authority Consulting Services P.C.  
P. O. Box 1770  
Midlothian, VA   23113  
FAX: 804-440-1171  

Amos U. Priester IV Esq  
Anna B. Osterhout Esq  
Smith Anderson Blount Dorsett  
P.O. Box 2611  
Raleigh, NC   27602-2611  
FAX: 919-821-6800  

Vicente Matias Murrell Esq  
Stephen D. Schreiber Esq  
Pension Benefit Guaranty Corp  
1200 K St NW  
Washington, DC   20005-4026  
FAX: 202-326-4112  

Robert  Winter  
Paul Hastings Janofsky & Walker LLP  
875 15th St   N.W.  
Washington, DC   20005  
FAX: 202-551-0129  

David Capozzi  
Acting General Counsel  
Universal Service Administrative Co  
2000 L St NW  
Ste 200  
Washington, DC   20036  
FAX: 202-776-0080  

Joseph E. Shickich Jr. Esq  
Riddell Williams P.S.  
1001 4th Ave  
Ste 4500  
Seattle, WA   98154-1192  
FAX: 206-389-1708  

Robert J. Keach  
Paul McDonald  
Daniel J. Murphy  
Bernstein Shur Sawyer & Nelson  
100 Middle Street  
Box 9729  
Portland, ME   04104-5029  
FAX: 207-774-1127  

Ramona Neal Esq  
HP  Company  
11307 Chinden Blvd  
MS 314  
Boise, ID   83714  
FAX: 208-396-3958

Kaushik Patel
5665 Arapaho Road
#1023
Dallas, TX  75248
FAX: 208-493-9355

David G. Aelvoet Esq
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Ste 300
711 Navarro
San Antonio, TX  78205
FAX: 210-226-4308

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave
19th Floor
New York, NY  10173-1922
FAX: 212-220-9504

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019
FAX: 212-262-1910

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198
FAX: 212-318-3400

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Ste 400
New York, NY  10281-1022
FAX: 212-336-1348

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710
FAX: 212-336-2222

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY  10019
FAX: 212-403-2217

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019
FAX: 212-407-7799

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004
FAX: 212-422-4726

Raniero  D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY  10019-6142
FAX: 212-506-5151

Ronald S. Beacher Esq.
Pryor Cashman LLP
7 Times Square
New York, NY  10036
FAX: 212-515-6959

Dennis Dunne Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413
FAX: 212-530-5219

Michelle McMahon Esq
Bryan Cave LLP
1290 Ave of the Americas
New York, NY  10104
FAX: 212-541-4630

N. Thodore Zink Jr. Esq
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
FAX: 212-541-5369

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY  10036-8704
FAX: 212-596-9090

Ken Coleman Esq
Lisa J.P. Kraidin. Esq
Allen & Overy LLP
1221 Ave of the Americas
20th Floor
New York, NY  10020
FAX: 212-610-6399

Carren B. Shulman Esq
Kimberly K. Smith Esq
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY  10112
FAX: 212-653-8701

Edmond P. O'Brien Esq
Stempel Bennett Claman & Hochberg PC
675 Third Ave
31st Floor
New York, NY  10017
FAX: 212-681-4041

Steven J.  Reisman Esq
James V. Drew Esq
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY  10178-0061
FAX: 212-697-1559

Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas
19th Floor
New York, NY  10036
FAX: 212-704-2236

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY  10036
FAX: 212-715-8000

Jeremy E. Crystal Esq
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019
FAX: 212-728-8111

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019-6099
FAX: 212-728-8111

Susan P. Johnston Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005
FAX: 212-732-3232

Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Ave
Ste 1000
New York, NY  10022-4068
FAX: 212-751-4864

David S.  Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Ave
Ste 1000
New York, NY  10022-4068
FAX: 212-751-4864

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY  10019-6064
FAX: 212-757-3990

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178
FAX: 212-808-7897

Dennis F. Dunne Esq
Thomas R. Kreller Esq
Albert A. Pisa Esq
Andrew M. Leblanc Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005
FAX: 212-822-5219

Fred S. Hodara Esq
Ryan C. Jacobs Esq
David H. Botter Esq
Akin Gump
One Bryant Park
New York, NY  10036
FAX: 212-872-1002

Kenneth E. Noble Esq
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585
FAX: 212-894-5653

Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY  10020
FAX: 212-938-3837

Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY  10119
FAX: 212-967-4258

Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St
Ste 3000
Los Angeles, CA  90017
FAX: 213-629-5063

Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX  75201
FAX: 214-661-4605

Stephen C. Stapleton
Cowles & Thompson PC
901 Main St. Ste. 3900
Dallas, TX  75202
FAX: 214-672-2020

Lynnette R. Warman
Hunton & Williams
1445 Ross Ave
Ste 3700
Dallas, TX  75202-2799
FAX: 214-740-7181

Carol E. Momjian Esq
PA Senior Deputy Atty Gen
21 S 12th Street
3rd Floor
Philadelphia, PA  19107-3603
FAX: 215-560-2202

Fred S. Kurtzman Esq
Klehr Harrison
1835 Market Street
Ste 1400
Philadelphia, PA  19103
FAX: 215-568-6603

David L. Pollack Esq
Jeffrey Meyers Esq
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr
1735 Market St
Philadelphia, PA  19103
FAX: 215-864-9473
215-864-8999

Dana S. Plon Esq
Sirlin Gallogly & Lesser
123 S. Broad Street
Ste 2100
Philadelphia, PA  19109
FAX: 215-864-9669

Alan S. Kopit Esq
Christopher W. Peer Esq
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH  44114
FAX: 216-241-2824

Susan R. Fuertes Esq
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
FAX: 281-985-6321

Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901
FAX: 302-739-5635

Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901
FAX: 302-739-5831

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO  80124
FAX: 303-566-1010

Dustin P. Branch Esq
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA  90067-3012
FAX: 310-788-4471

Christopher J. Horvay Esq
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL  60601
FAX: 312-236-3241

Aaron L. Hammer Esq
Devon J. Eggert Esq
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL  60606
FAX: 312-360-6995

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Ste 3000
Chicago, IL  60606
FAX: 312-416-4886

Eric S. Prezant Esq
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL  60601
FAX: 312-602-5050

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle St Ste 2600
Chicago, IL  60601
FAX: 312-609-5005

Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404
FAX: 312-706-9359

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Ste 3000
Chicago, IL  60606
FAX: 312-876-3816

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102
FAX: 314-552-8869

John J. Rossi
1568 Woodcrest Drive
Wooster, OH  44691
FAX: 330-264-7737

Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI  02903
FAX: 401-861-8210

Darryl S. Laddin Esq
Frank N. White Esq
Arnall Golden Gregory LLP
171 17th St NW
Ste 2100
Atlanta, GA  30363-1031
FAX: 404-873-8121

Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave
6th Floor
Orlando, FL  32801
FAX: 407-770-6162

Steve  Jackman Esq VP
Flextronics
847 Gibralter Drive
Milpitas, CA  95035
FAX: 408-956-6222

Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street
8th Floor
Baltimore, MD  21202
FAX: 410-332-8964

Richard M. Kremen Esq
Dale K. Cathell Esq
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD  21209
FAX: 410-580-3001

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street
Ste 1000
Baltimore, MD  21202-1671
FAX: 410-659-4488

Randall D. Crocker Esq
VonBriesen & Roper S.C.
411 E Wisconsin Ave
Ste 700
Milwaukee, WI   53202
FAX: 414-238-6532

Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI   53202-6613
FAX: 414-278-3656

Shawn M. Christianson Esq
Buchalter Nemer
55 Second Street
17th Floor
San Francisco, CA   94105-3493
FAX: 415-227-0770

Merle C. Meyers Esq
Michele Thompson Esq
Meyers Law Group P.C.
44 Montgomery Street
Ste 1010
San Francisco, CA   94104
FAX: 415-362-7515

Louis J. Cisz III
Nixon Peabody LLP
One Embarcadero Center
18th Floor
San Francisco, CA   94111-3600
FAX: 415-984-8300

Elizabeth Weller Esq
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street
Ste 1600
Dallas, TX   75201
FAX: 469-221-5002

James C. Waggoner Esq
Davis Wright Tremaine LLP
1300 SW 5th Ave
Ste 2300
Portland, OR   97201-5630
FAX: 503-778-5299

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Ave
Ste 1400
Austin, TX   78701
FAX: 512-226-7324

Cynthia Ann Schmidt
PO Box 119
Oregon House, CA   95962
FAX: 530-692-1499

Rachel S. Budke Esq
FPL Law Department
700 Universe Blvd
Juno Beach, FL   33408
FAX: 561-691-7103

Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY   14620-1678
FAX: 585-238-9012

Scott K. Brown Esq
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ   85004
FAX: 602-734-3866

Janette M. Head
16 Gleneagle Drive
Bedford, NH   03110
FAX: 603-935-7571

Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA   19602-1184
FAX: 610-378-4459

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH   43215
FAX: 614-719-4663

Jennifer V. Doran Esq
Hinckley Allen & Snyder LLP
28 State St
Boston, MA   02109
FAX: 617-345-9020

Frank F. McGinn Esq
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA   02110
FAX: 617-422-0383

James M. Wilton  
Patricia I. Chen  
Ropes & Gray LLP  
Prudential Tower  
800 Boylston St  
Boston, MA   02199-3600  
FAX: 617-951-7050  

Samuel H. Rudman  
David A. Rosenfeld  
Robbins Geller Rudman & Dowd LLP  
58 S. Service Road  
Ste 200  
Melville, NY   11747  
FAX: 631-367-1173  

Amish R. Doshi  
Magnozzi & Kye LLP  
23 Green Street  
Suite 302  
Huntington, NY   11743  
FAX: 631-923-2860  

Lawrence M. Schwab Esq  
Thomas M. Gaa Esq  
Patrick M. Costello Esq  
Bialson Bergen & Schwab  
2600 El Camino Real  
Ste 300  
Palo Alto, CA   94306  
FAX: 650-494-2738  

David I. Swan Esq  
Kenneth M. Misken Esq  
McGuireWoods LLP  
1750 Tysons Blvd  
Ste 1800  
McLean, VA   22102-4215  
FAX: 703-712-5050  

Shannon E. Hoff  
Poyner Spruill LLP  
301 S. College Street  
Ste 2300  
Charlotte, NC   28202  
FAX: 704-342-5264  

David M. Schilli Esq  
Ty E. Shaffer Esq  
Robinson Bradshaw & Hinson P.A.  
101 North Tryon Street  
Ste 1900  
Charlotte, NC   28246  
FAX: 704-378-4000  

J. Scott Douglass Esq  
909 Fannin  
Ste 1800  
Houston, TX   77010  
FAX: 713-227-7497  

Brian W. Bisignani Esq  
Post & Schell P.C.  
17 N 2nd Street  
12th Floor  
Harrisburg, PA   17101-1601  
FAX: 717-731-1985  

Max Taylor Asst. City Atty.  
Municipal Operations  
201 W. Colfax Ave  
Dept. 1207  
Denver, CO   80202-5332  
FAX: 720-913-3180  

Stephen K. Dexter Esq  
Lathrop & Gage LLP  
US Bank Tower Ste 2400  
950 Seventeenth St  
Denver, CO   80202  
FAX: 720-931-3201  

Stephen C. Tingey Esq  
Ray Quinney & Nebeker P.C.  
36 South State Street  
Ste 1400  
Salt Lake City, UT   84145-0385  
FAX: 801-532-7543  

Elizabeth  Banda Esq  
Perdue Brandon Fielder Collins & Mott LLP  
4025 Woodland Park Blvd  
Ste 300  
Arlington, TX   76013  
FAX: 817-860-6509  

Donald K. Ludman Esq  
Brown & Connery LLP  
6 North Broad Street  
Ste 1000  
Woodbury, NJ   08096  
FAX: 856-853-9933  

Attn: Chantel Pinnock  
Travelers  
1 Tower Square  
5MN  
Hartford, CT   06183-4044  
FAX: 860-277-2158

Andrew Herenstein  
Monarch Alternative Capital LP  
535 Madison Ave  
New York, NY   10022  
FAX: 866-741-2505  

Mark G. Ledwin Esq  
Wilson Elser Moskowitz Edelman & Dicker  
3 Gannett Drive  
White Plains, NY   10604  
FAX: 914-323-7001  

Robert S. McWhorter Esq  
Nossaman LLP  
915 L Street  
Ste 1000  
Sacramento, CA   95814  
FAX: 916-442-0382  

Lois Diane Uphold  
201 Camden Park Drive  
Goldsboro, NC   27530  
FAX: 919-221-6910  

Chris Finch Credit Manager  
Sumitomo Electric  
78 Alexander Drive  
PO Box 13445  
Triangle Park, NC   27709  
FAX: 919-541-8297  

Wendy Boswell Mann  
2114 Claret Lane  
Morrisville, NJ   27560  
FAX: 919-651-0931  

Ann Groninger Esq  
Patterson Harkavy  
225 E. Worthington Ave  
Ste 200  
Charlotte, NC   28203  
FAX: 919-942-5256  

R. S. Stahel  
IBM Corp. Legal Dept  
1503 LBJ Freeway  
3rd Floor  
Dallas, TX   75234  
FAX: 972-561-6487  

Robert E. Nies Esq  
Wolff & Samson PC  
The Offices at Crystal Lake  
One Boland Drive  
West Orange, NJ   07052  
FAX: 973-530-2212  

Vincent A. D'Agostino Esq  
Lowenstein Sandler PC  
65 Livingston Ave  
Roseland, NJ   07068  
FAX: 973-597-2400  

Michael S. Etkin  
Ira M. Levee  
Lowenstein Sandler PC  
65 Livingston Ave  
Roseland, NJ   07068  
FAX: 973-597-2400  

David N. Crapo Esq  
Gibbons P.C.  
One Gateway Center  
Newark, NJ   07102-5310  
FAX: 973-639-6244  

Gussie Anderson  
109 Gumpond Beall Rd  
Lumberton, MS   39455  
FAX: 577-276-1232  

Andrew M. Gould  
Wick Phillips Gould & Martin LLP  
2100 Ross Avenue Ste. 950  
Dallas, TX   75201  
FAX: 214-692-6255  

**BY OVERNIGHT MAIL**

L.A. County Treasurer & Tax Collector  
P.O. Box 54110  
Los Angeles, CA   90054-0110  

Michael McWalters  
P.O. Box 338  
Alviso, CA   95002-0338  

Jerry Wadlow  
P.O. Box 79  
Wewoka, OK   74884  

Thelma Watson  
P.O. Box 971  
Bath, SC   29816  

Miss Deborah M.M. Jones  
P.O. Box 458  
Willow Spring, NC   27592  

Brad Lee Henry  
11596 W. Sierra Dawn Boulevard  
Lot 386  
Surprise, AZ   85378  
FAX:

```
Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

Ronald Rowland Esq
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD  21094

Off of Unemplmt Ins Contrib  Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore, MD  21201

Deborah B. Waldmeir Esq
State of MI Dept of Treasury
Cadillac Place Ste 10-200
3030 W Grand Blvd.
Detroit, MI  48202

Attn:  Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY  10279

Securities & Exchange Commission
100 F St NE
Washington, DC  20549

Najam ud Dean
6 Augusta Drive
Milbury, MA  01527

Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC  28079

Gerald R. Utpadel
4627 Greenmeadows Avenue
Torrance, CA  90505

Michael P. Alms
4944 Elm Island Circle
Waterford, WI  53185

William A. Reed
7810 Heaton Drive
Theodore, AL  36582-2362

Bertram Frederick Thomas Fletcher
35 Broomhill Court
Clayton, NC  27527

Nancy Ann Wilson
7101 Chase Oaks Blvd.
Apt. #1637
Plano, TX  75025

Carol F. Raymond
7962 S.W. 185 Street
Miami, FL  33157-7487

Richard Lynn Engleman
1505 Nevada Drive
Plano, TX  75093

Janetta Hames
649 Fossil Wood Drive
Saginaw, TX  76179

Mark R. Janis
193 Via Soderini
Aptos, CA  95003

Jeffrey Borron
13851 Tanglewood
Farmers Branch, TX  75234

Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA  30062

Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY  12020

Scott David Howard
2050 Cabiao Road
Placerville, CA  95667

James Hunt
8903 Handel Loop
Land O Lakes, FL  34637

David Litz
316 N. Manus Drive
Dallas, TX  75224

Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX  75454

Chad Soraino
8974 Hickory Ave.
Hesperia, CA  92345

Bruce Francis
5506 Lake Elton Road
Durham, NC  27713
```

Michael D. Rexroad
5244 Linwick Drive
Fuquay Varina, NC  27526

Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC  27312

Robert Joseph Martel
200 Lighthouse Lane
Apartment B3
Cedar Point, NC  28584

Marilyn Green
1106 Boston Hollow Road
Ashland City, TN  37015

Marilyn Day
2020 Fox Glen Drive
Allen, TX  75013

James Lee
1310 Richmond Street
El Cerrito, CA  94530

John Mercer
121 Monastery Road
Pine City, NY  14871

Freddie Wormsbaker
327 Locust Street
Twin Falls, ID  83301

Scott Gennett
16 Wildwood Street
Lake Grove, NY  11755

Lynette Kay Seymour
16711 Rivendell Lane
Austin, TX  78737

Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137

Manuel Segura
215 Sheridan
Apt. #B-43
Perth Amboy, NJ  08861

Nanette Faison
981 Kittrell Road
Kitrell, NC  27544

William E. Johnson
2865 Horsemans Ridge Drive
Clayton, NC  27520

Carmel Turlington Totman
164 Berton Street
Boone, NC  28607

Roger G. Carlsen
390 E. Paseo Celestial
Sahuarita, AZ  85629

Kim M. Yates
207 Tomato Hill Road
Leesburg, FL  34748

Bruce Turner
8 Sunset Drive
Homer, NY  13077

Remajos Brown
2353 Sword Drive
Garland, TX  75044-6036

Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC  27604

Jane Neumann
11730 Co Road 24
Watertown, MN  55388

Barbara Gallagher
410 West Acres Road
Whitesboro, TX  76273

John S. Elliott
6 Grouse Lane
Merrimack, NH  03054-2876

Pamela J. Powell
676 Brookview Drive
Chapel Hill, NC  27514

Wayne J. Schmidt
5346 S. Mohave Sage Drive
Gold Canyon, AZ  85118

Charles Sandner
1970 N. Leslie #3779
Pahrump, NV  89060

Betty Lewis
1301-H Leon Street
Durham, NC  27705

Steven E. Bennett
37052 Chestnut Street
Newark, CA  94560

Alan Heinbaugh
19816 Colby Court
Saratoga, CA  95070

Leona Purdum
2532 N. 4th Street #254
Flagstaff, AZ  86004

George I. Hovater Jr.
9009 Casals Street
Unit 1
Sacramento, CA  95826

Daniel D. David
2105 Possum Trot Road
Wake Forest, NC  27587

Bonnie J. Boyer
305 W. Juniper Avenue
Sterling, VA  20164-3724

Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC  27504

Leah McCaffrey
7139 Debbe Drive
Dallas, TX  75252

Terry D. Massengill
126 Keri Drive
Garner, NC  27529

Laurie Adams
217 Ridge Creek Drive
Morrisville, NC  27560

Olive Jane Stepp
470 Fairview Road
Asheville, NC  28803

Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA  92131

Gary W. Garrett
4093 Hogan Drive Unit 4114
Tyler, TX  75709

Chae S. Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN  55317

Raymond Turner
1813 Eric Drive
Graham, NC  27253

Paul Douglas Wolfe
113 Red Drum Lane
Gloucester, NC  28528

Victoria Anstead
3894 Ridge Lea Road #A
Amherst, NY  14228

Sandra Aiken
3166 Tump Wilkins Road
Stern, NC  27581

Brenda L. Wread
3408A Water Vista Parkway
Lawrenceville, GA  30044

Barbara Dunston
261 McNair Drive
Henderson, NC  27537

Barbara Carr
145 Grecian Parkway
Rochester, NY  14626

Herbert Preston Stansbury
3193 US Highway 15
Stern, NC  27581

Crickett Grissom
2580 W. Porter Creek Avenue
Porterville, CA  93257

Janet Bass
1228 Moultrie Court
Raleigh, NC  27615

Vernon M. Long
4929 Kelso Lane
Garland, TX  75043

Shirley Maddry
2519 Riddle Road
Durham, NC  27703

Michael Stutts
1616 Hastings Bluff
McKinney, TX  75070

Kathleen A. Reese
200 Carnegie Drive
Milpitas, CA  95035

Ralph MacIver
116 Honeycomb Lane
Morrisville, NC  27560

Emily D. Cullen
100 Telmew Court
Cary, NC  27518

James Craig
42 E. Cavalier Road
Scottsville, NY  14546

Reid T. Mullett
4224 Thamesgate Close
Norcross, GA  30092

Danny Owenby
2136 Sapelo Court
Fernandina, FL  32034

Susan Ann Heisler
133 Anna Road, Box 194
Blakelee, PA  18610

Deborah Faircloth
115 Winchester Lane
Rocky Point, NC  28457

Cynthia B. Richardson
5717 Cypress Drive
Rowlett, TX  75089

Gloria Benson
1824 Wilson Pike
Brentwood, TN  37027

Ellen Sue Brady
1630 Dry Fork Road
Ashland City, TN  37015

Richard Hodges
913 Windemere Lane
Wake Forest, NC  27587

Wanda Jacobs
801 Dupree Street
Durham, NC  27701

Paul Edward Morrison
2241 College Avenue
Quincy, IL  62301

U.S. Department of Labor
200 Constitution Ave NW
Frances Perkins Building
Washington, DC  20210

Derek  Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

Rahul Kumar
C-701 Neelachal Apt. Plot No 3
Sector 4, Dwarka
New Delhi,   110078
INDIA

Michael R. Thompson
564 Old Candia Road
Candia, NH  03034

Wendy Boswell Mann
4913 Summit Place Dr. NW
Apt. 404
Wilson, NC  27896

Kerry Wayne Logan
1207 High Hammock Drive
#102
Tampa, FL  33619-7609

Debra L. Vega
818 Glenco Road
Durham, NC  27703