IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No. 10455 |

**NOTICE OF WITHDRAWAL OF
CERTIFICATE OF NO OBJECTION REGARDING
FOURTEENTH MONTHLY APPLICATION OF
ALVAREZ & MARSAL HEALTHCARE INDUSTRY GROUP, LLC,
AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF RETIRED EMPLOYEES AND THE OFFICIAL COMMITTEE
OF LONG TERM DISABILITY PARTICIPANTS OF NORTEL
NETWORKS, INC., AND ITS AFFILIATED DEBTORS, FOR
ALLOWANCEOF INTERIM COMPENSATION AND REIMBURSEMENT
OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE
PERIOD NOVEMBER 1, 2012 TO NOVEMBER 30, 2012 FILED BY
OFFICIAL COMMITTEE OF LONG-TERM DISABILITY PARTICIPANTS**

The Official Committee of Long Term Disability Participants hereby withdraws the Certificate of No Objection Regarding the Fourteenth Monthly Application of Alvarez & Marsal Healthcare Industry Group, LLC, as Financial Advisor to the Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., and its Affiliated Debtors, for Allowance of Interim

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Compensation and Reimbursement of All Actual and Necessary Expenses Incurred for the period November 1, 2012 to November 30, 2012 (Docket No. 10455). An error in the mathematical calculations was found on the previously filed Certificate of No Objection. A corrected Certificate of No Objection regarding the Fourteenth Monthly Fee Application of Alvarez & Marsal Healthcare Industry Group, LLC, is being filed simultaneously.

Dated: May 17, 2013
      Wilmington, DE

**ELLIOTT GREENLEAF**

/s/ Shelley A. Kinsella

Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*

2