## EXHIBIT A

### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM APRIL 1, 2013 THROUGH APRIL 30, 2013

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| E. Morgan Maxwell, III | Attorney | $250.00 | 51.1 | $12,562.50 |
| **Total:** | | | **51.1** | **$12,562.50** |
| **Blended Rate:** | | **$250.00** | | $12,562.50 |

# EXHIBIT B

**Task Billing Summary Page**

Re: In re Nortel Networks, Inc., et al., Case No. 09-10138

| | | |
|---|---|---|
| Case Administration | | |
| Asset Disposition | | |
| Meetings of and Comm. With Creditors | 12.6 hours | $3,150.00 |
| Maxwell Retention | | |
| Employment & Retention Application - Other | | |
| Maxwell Fee Applications | | |
| Maxwell Fee Objections | | |
| Fee Applications and Invoices -Other | | |
| Fee Objections - Others | | |
| Non-Working Travel | 1.7 hours | $212.50 |
| Claims Administration and Objections | | |
| Business Operations | | |
| Employee Benefits/Pensions | | |
| Tax Issues | 32.3 hours | $8,075.00 |
| Plan and Disclosure Statement | | |
| Financing/Cash Collections | | |
| Court Hearings | 4.5 hours | $1,125.00 |
| Labor Issues | | |
| Litigation | | |
| Research | | |
| **Total Fees** | **51.1 hours** | **$12,562.50** |

*E. Morgan Maxwell III*
*Attorney at Law*

P.O. Box 876
Southeastern, PA 19399
610 640-9481
484 645-3678 (cell)
1-484-801-1439 (fax)
morganmaxlaw@comcast.net

May 10, 2013

Nortel Networks, Inc. Long-Term Disabled Employees Committee
c/o ELLIOTT GREENLEAF
1105 North Market Street
17th Floor
Wilmington, DE 19801

Attn.:   Rafael X. Zahralddin, Esq.

## Statement for Services

April 2013

**B150 – Meetings of and Communication with Creditors**

| Date | Code | Description | Hours |
|---|---|---|---|
| 4/15 | (Code 150) | Committee call | 1.7 |
| 4/15 | (Code 150) | Constituency call | 1.5 |
| 4/17 | (Code 150) | Constituency call | 2.0 |
| 4/17 | (Code 150) | Committee call; addressing question with respect to whether interest in annuity could be "cashed out" | 1.9 |
| 4/22 | (Code 150) | Committee call | 2.0 |
| 4/23 | (Code 150) | Constituency call | 1.6 |
| 4/23 | (Code 150) | Constituency call | 1.0 |
| 4/24 | (Code 150) | Committee call | .9 |

**B240 – Tax Issues**

| Date | Code | Description | Hours |
|---|---|---|---|
| 4/1 | (Code 240) | Responding to email inquiry with respect to type of expenses covered by HRA, associated checking of references | .2 |
| 4/2 | (Code 240) | Reviewing draft of motion, working on drafts of tax sections | .7 |
| 4/3 | (Code 240) | Drafting tax sections for motion; exchanging other email messages with professionals | 1.5 |
| 4/4 | (Code 240) | Reviewing and email comments re: Retiree Committee motion | .4 |

1

| Date | | Description | Hours |
|---|---|---|---|
| 4/5 | (Code 240) | Participating in conference call with A&M professionals re: consultation on structure and dealing with constructive receipt and economic benefit issues; additional exchange of email messages with Mark Spittel and Charles Henderson re: pertinent authorities and tax discussion context for distribution motion; further drafting and revision, tax sections of motion | 2.0 |
| 4/6 | (Code 240) | Exchange of email messages with S. Kinsella, further drafting and revising tax sections of motion | .7 |
| 4/8 | (Code 240) | Drafting VEBA discussion for motion, noting exchanges of messages re: possible annuity providers | .5 |
| 4/8 | (Code 240) | Telephone conf with Mr. Mizak of A&M re: annuity structures | .5 |
| 4/9 | (Code 240) | Telephone conf re: Debtor's comments and questions on draft LTD motion | .8 |
| 4/9 | (Code 240) | Conf call with A&M professionals, LTD structure and tax implications | 1.6 |
| 4/9 | (Code 240) | Further consideration and exchanges of emails with EG professionals, tax issues in revised draft of motion | 1.2 |
| 4/10 | (Code 240) | Exchanges of emails with EG and A&M professionals, revisions and comments to motion, tax implications of alternative structures for income continuation piece, annuity v. "traditional" disability plan | .9 |
| 4/11 | (Code 240) | Comments and revisions to motion, exchanging emails with A&M professionals re: tax implications of alternative structures | .5 |
| 4/12 | (Code 240) | Further consideration of Mr. Winters's email memo and exchanging messages with him | .2 |
| 4/14 | (Code 240) | Telephone conference with R. Zahralddin – items to be considered next, ruling request, draft of VEBA trust, VEBA exemption application, timing for steps with Bankruptcy Court | .3 |
| 4/15 | (Code 240) | Response to Rich Mizak's email message – tax and other questions raised by possible annuity provider | .5 |
| 4/15 | (Code 240) | Extensive telephone conference with tax advisors at A&M – consideration of tax and reporting issues depending on structure as a "disability plan" or as an annuity, addressing questions raised by potential annuity provider; possible issues for IRS ruling request | .9 |
| 4/15 | (Code 240) | Exchange of email messages and subsequent discussions with R. Zahralddin | .7 |
| 4/16 | (Code 240) | Email message to Eric Solomon, E&Y re: possible referral to Treasury or IRS personnel; noting messages from R. Zahralddin and Eric Solomon; reviewing message from Margaret Curran and IRS piece on VEBAs | .6 |
| 4/17 | (Code 240) | Brief discussion with Rich Mizak, scheduling call for 4/18 | .1 |
| 4/18 | (Code 240) | Exchange of email messages with Mr. Solomon; telephone conference with Lynne Camillo, IRS Rulings Branch Chief, Employment Tax; email message to R. Zahralddin; telephone message to Harry Beker, IRS Rulings, Health and Welfare | 1.3 |

| | | | |
|---|---|---|---:|
| 4/18 | (Code 240) | Conference call with A& M professionals | 1.0 |
| 4/18 | (Code 240) | Further telephone conference with Rich Mizak re: his discussions with possible annuity providers and prospects and likely timing of a favorable IRS private letter ruling | .4 |
| 4/18 | (Code 240) | Responding to question concerning slide for the Constituents' power point presentation regarding VEBA, proposing revisions to slide; exchanging email messages with Mary Kohart and R. Zahralddin; telephone discussions with R. Zahralddin | .7 |
| 4/19 | (Code 240) | Call with A&M group – alternatives and decision points | 1.2 |
| 4/21 | (Code 240) | Call with professionals | .9 |
| 4/22 | (Code 240) | Extensive call with Mr. Beker, IRS rulings Branch Chief, health and welfare re: proposed stream of payments for periods up to 4 years qualifying as a disability plan, HRA and FICA considerations | .8 |
| 4/23 | (Code 240) | Discussions with R. Zahralddin, drafting proposed revisions to Supplemental Motion | 1.1 |
| 4/24 | (Code 240) | Brief review of revised Supplemental Motion, discussions with Mr. Kaiser re: VEBA trust, status; consideration of objection based on IRC §409A rules for nonqualified deferred comp and email message re: same | .8 |
| 4/24 | (Code 240) | Addressing tax issues in objections, exchanging emails with Mr. Spittell of A&M re: same, continuing work on tax memo | 2.4 |
| 4/25 | (Code 240) | Reviewing further messages re: objections for tax issues, email message clarifying description of discussions with Mr. Beker, IRS Rulings | .8 |
| 4/27 | (Code 240) | Discussions with R. Zahralddin, consideration of tax implications of proposed means of resolving some objections re: HRA, associated research and email memo re: same | 1.7 |
| 4/28 | (Code 240) | Exchanging email messages with R. Zahralddin, brief discussions with him re: means of resolving objections in light of tax rules and risks | .5 |
| 4/29 | (Code 240) | Noting messages with respect to options being considered to resolve objections, exchanging messages with R. Zahralddin regarding same; revising tax memorandum; other preparation for 4/30 hearing at Bankruptcy Court | 1.4 |
| 4/30 | (Code 240) | Participating in discussions and considerations relating to Cullen objection, implications for tax rulings; consideration of other tax issues implicated in adjustments and reconsideration of actuarial assumptions and computations | 2.5 |

**B430 – Court Hearings**

| | | | |
|---|---|---|---:|
| 4/30 | (Code 430) | Attending Bankruptcy Court hearing on settlement and distribution motions | <u>4.5</u> |

49.4 hrs

3

**B195 Non-working travel**

4/30    (Code 195)    Travel to Hearing (1/2 hourly rate @ $125/hr)    1.7 hrs

|                  |              |
|------------------|--------------|
| Fee for services | $12,350.00   |
| Travel           | 212.50       |
| Parking 4/30     | 11.00        |
| Total            | $12,573.50   |

Statement Due Upon Receipt

I Appreciate the Opportunity to be Helpful

4

## EXHIBIT C

### SUMMARY OF EXPENSES FOR THE PERIOD
### APRIL 1, 2013 THROUGH APRIL 30, 2013

| Expense Category | Total Expenses |
|---|---|
| Dockets/Research | $0.00 |
| Copying | $0.00 |
| Delivery/Courier Service | $0.00 |
| Express Mail | $0.00 |
| Filing Fees | $0.00 |
| Meals | $0.00 |
| Mileage | $0.00 |
| Outside Professional Services | $0.00 |
| Parking | $11.00 |
| Postage | $0.00 |
| Taxi | $0.00 |
| Telephone | $0.00 |
| Railroad | $0.00 |
| Tolls | $0.00 |
| **TOTAL:** | **$11.00** |