Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Kevin M. Baum
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Attorneys for Wilmington Trust, National Association,
as Successor Indenture Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Nortel Networks, Inc., et al. | : | Case No. 09-10138 (KG) |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------- x

**JOINDER OF WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR INDENTURE TRUSTEE, IN (I) THE ALLOCATION POSITION OF THE MONITOR AND THE CANADIAN NORTEL DEBTORS, AND (II) THE <u>ALLOCATION POSITION OF THE CANADIAN CREDITORS COMMITTEE</u>**

Reference is made to Wilmington Trust, National Association's ("Wilmington Trust" or "Trustee") Opening Submission of Allocation Position ("Wilmington Trust's Opening Submission"). In addition to the statements and arguments set forth therein, the Trustee, by and through its undersigned attorneys, hereby joins in, and adopts the statements and arguments set forth in, (i) the Allocation Position of the Monitor and the Canadian Nortel Debtors [Doc. No. 10543] (the "Monitor and Canadian Debtors' Joint Position"), and (ii) the Allocation Position of

84717339

the Canadian Creditors Committee [Doc. No. 10538] (the "CCC's Allocation Position"), as if fully set forth in Wilmington Trust's Opening Submission.[1]

WHEREFORE, the Trustee respectfully requests that the U.S. and Canadian Courts (a) grant the relief requested in the Monitor and Canadian Debtors' Joint Position and/or the CCC's Allocation Position and (b) grant the Trustee such other and further relief as they deem just and proper.

Dated: New York, New York
       May 16, 2013

    KATTEN MUCHIN ROSENMAN LLP
    *Attorneys for Wilmington Trust, National*
    *Association, solely in its capacity as*
    *Successor Indenture Trustee and not in its*
    *individual capacity*

    By: /s/ David A. Crichlow
    David A. Crichlow
    575 Madison Avenue
    New York, New York 10022-2585
    Telephone: (212) 940-8800
    Facsimile: (212) 940-8776

---

[1] While the Trustee adopts the Monitor and Canadian Debtors' Position and the CCC's Allocation Position's arguments with respect to allocation, the Trustee does not adopt their distinction between the rights of financial creditors and employees.

84717339