IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
 Debtors. : Jointly Administered
: 
: RE: D.I.s 9947, 10465, 10489
---------------------------------------------------------X

## ORDER ENTERING ALLOCATION PROTOCOL

WHEREAS, pursuant to the Court's order dated May 7, 2013, the Debtors in the above-captioned cases submitted the *Allocation Protocol* (the "Allocation Protocol").

IT IS HEREBY ORDERED THAT:

1. The Allocation Protocol, attached hereto as **Exhibit 1**, is APPROVED.

2. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: May 17, 2013
Wilmington, Delaware

_Kevin Gross_
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.