# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re*                                                                                     :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                            :     Case No. 09-10138 (KG)
:
                      Debtors.                                  :     Jointly Administered
:
:      **RE: D.I. 10527**
:
---------------------------------------------------------------X

## ORDER ENTERING LITIGATION TIMETABLE AND DISCOVERY PLAN

Pursuant to the Allocation Protocol as entered by the *Order Approving Allocation Protocol*, dated May 17, 2013,

     IT IS HEREBY ORDERED THAT:

     1.     The Litigation Timetable, attached hereto as **Exhibit 1**, is APPROVED.

     2.     The Discovery Plan, attached hereto as **Exhibit 2**, is APPROVED.

     3.     This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: *May 17*, 2013
        Wilmington, Delaware

                                          THE HONORABLE KEVIN GROSS
                                          CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1]      The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.