IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                                    :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :    Case No. 09-10138 (KG)
:
:    Jointly Administered
Debtors.                                    :
:    Re: D.I. 10566
:
-----------------------------------------------------------X

## ORDER ENTERING AN INTERIM PROTECTIVE ORDER

WHEREAS for the purpose of providing access to the Merrill database, it has been determined that an interim protective order should be granted pending the issuance of a final protective order.

WHEREAS the terms of this Order are without prejudice to any position any Core Party[2] may take in respect of the form of the final protective order;

WHEREAS this Court coordinated with the Canadian Court and both Courts agreed that an interim protective order is appropriate;

WHEREAS the Canadian Court entered an interim protective order on May 16, 2013;

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Order Approving Allocation Protocol, dated May 17, 2013.

ON BEING ADVISED that none of the Core Parties object to the following:

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Core Parties who do not already have access to the Merrill database shall be provided access thereto forthwith on the basis that pending the issuance of a final protective order, all information in the database shall be treated by such Core Parties as "Highly Confidential Discovery Material" in accordance with the terms of the draft protective order attached as **Exhibit 1** hereto.

2. The parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the interim protective order.

Dated: May 17, 2013
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

2