IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ): | **Related Docket No. 10549** |

## AFFIDAVIT OF SERVICE

Lynzy McGee, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Ad Hoc

Committee of Bondholders in the above-captioned action, and that on the 16th day of May, 2013

she caused a copy of the following document to be served upon the attached service list in the

manner indicated:

> **JOINDER OF AD HOC GROUP OF BONDHOLDERS TO US DEBTORS'
> AND COMMITTEE'S JOINT OBJECTION TO THE PROOFS OF CLAIM
> FILED BY THE NORTEL NETWORKS UK PENSION TRUST LIMITED
> (AS TRUSTEE OF THE NORTEL NETWORKS UK PENSION PLAN)
> AND THE BOARD OF THE PENSION PROTECTION FUND [DOCKET
> NO. 10549]**

Lynzy McGee

SWORN TO AND SUBSCRIBED
by me on this _17_ day of May, 2013.

Notary Public
My Commission Expires:

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

DOCS_DE:164442.3 61026/001

**Nortel Networks 2002 Service List**
Case No. 09-10138
Document No. 147889v2
37 – HAND DELIVERY
230 – FIRST CLASS MAIL
09 – FOREIGN FIRST CLASS


*(Ad Hoc Committee of Bondholders)*
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705

*HAND DELIVERY*
*(Westcon Group North America Inc.;*
*OSS Nokalva Inc.)*
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Polsinelli Shughart PC
222 Delaware Ave, Ste 1101
Wilmington, DE  19801

*HAND DELIVERY*
Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Ave, Ste 1501
Wilmington, DE  19801

*HAND DELIVERY*
*(UBS Realty Investors LLC;*
*Prudential Insurance Company of America*
*Westchester Fire Ins Co and ACE USA)*
Tobey M. Daluz, Esquire
Leslie Heilman, Esquire
David T. May
Ballard Spahr
919 Market St, 11th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(Official Committee of Long Term Disability Plan*
*Participants)*
Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street, Ste 1700
Wilmington, DE  19801

*HAND DELIVERY*
*(Wireless (TX) LP; Avaya Inc.; Microvision Inc.)*
David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
1313 Market Street, Ste 5100
Wilmington, DE  19801

*HAND DELIVERY*
*(Right Management Inc.)*
Henry Jaffe, Esquire
Pepper Hamilton LLP
1313 Market Street, Ste 5100
Wilmington, DE  19801

*HAND DELIVERY*
*(Collectively with Horne and Young, the "Ad Hoc*
*Committee)*
Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Street, Ste. 8000
Wilmington, DE  19801

*HAND DELIVERY*
*(Export Development Canada)*
Domenic Pacitti, Esquire
Klehr Harrison
919 Market Street, Ste 1000
Wilmington, DE  19801

*HAND DELIVERY*
*(Cable News Network  Inc.; Time Inc. and Turner*
*Broadcasting Sales  Inc.)*
Michael D. DeBaecke , Esquire
Blank Rome LLP
1201 Market Street, Ste 800
Wilmington, DE  19801

1

**HAND DELIVERY**
*(Bell Microproducts Inc.)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
4 E 8th Street, Ste 400
Wilmington, DE 19801

**HAND DELIVERY**
*(Solus Alternative Asset Management LP*
*("Solus") as a holder of 7.785% senior*
*unsecured debt securities issued by Nortel*
*Networks Capital Corporation)*
Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street, Ste 950
Wilmington, DE 19801

**HAND DELIVERY**
*(ASM Capital L.P. and ASM Capital III L.P.)*
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
J. Landon Ellis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste 1800
Wilmington, DE 19801

**HAND DELIVERY**
Mary F. Caloway, Esquire
P.J. Duhig, Esquire
Buchanan Ingersoll & Rooney
1105 N. Market Street, Ste 1900
Wilmington, DE 19801-1228

**HAND DELIVERY**
*(Bloom Hill Hudson Harris as Joint*
*Administrators and Foreign Reps of Nortel*
*Networks UK Limited)*
James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street
Wilmington, DE 19801

**HAND DELIVERY**
*(Andrew LLC and Applicable Affiliates;*
*Thomas & Betts Manufacturing Inc.)*
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE 19801

**HAND DELIVERY**
*(Slash Support Inc.)*
Carl N. Kunz, Esquire
Michael J. Custer, Esquire
Morris James LLP
500 Delaware Ave, Ste 1500
Wilmington, DE 19801

**HAND DELIVERY**
Stephen M. Miller
Courtney R. Hamilton
Morris James LLP
500 Delaware Ave, Ste. 1500
Wilmington, DE 19801

**HAND DELIVERY**
US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington , DE 19801

**HAND DELIVERY**
Mark Kenney, Esquire
Office of the U.S. Trustee
844 King St, Ste 2207 Lockbox 35
Wilmington, DE 19801-3519

**HAND DELIVERY**
*(Nokia Siemens Networks BV)*
Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square, PO Box 636
Wilmington, DE 19899-0636

*HAND DELIVERY*
*(Official Committee of Unsecured Creditors)*
Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger
One Rodney Square, 920 N King St
Wilmington, DE  19801

*HAND DELIVERY*
*(Emerson Network Power Embedded)*
Duane D. Werb, Esquire
Werb & Sullivan
300 Delaware Ave, 13th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(MatlinPatterson Global Advisers LLC)*
Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave, Ste 1410
Wilmington, DE  19801

*HAND DELIVERY*
*(Verizon Communications Inc.;*
Cellco Partnership d/b/a Verizon Wireless)
Kathleen M. Miller, Esquire
Smith Katzenstein & Jenkins LLP
800 Delaware Ave, 10th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(Flextronics Corporation; Flextronics*
*Telecom Systems Ltd.)*
William P. Bowden, Esquire
Ashby & Geddes P.A.
500 Delaware Ave, 8th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(Johnson Controls Inc.)*
Ricardo Palacio, Esquire
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801

*HAND DELIVERY*
*(Computer Sciences Corporation)*
Maria Aprile Sawczuk, Esquire
Stevens & Lee P.C.
1105 N Market St, 7th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(Communications Test Design Inc.)*
Nicholas  Skiles, Esquire
Swartz Campbell LLC
300 Delaware Ave, Ste 1410
Wilmington, DE  19801

*HAND DELIVERY*
*(Powerwave Technologies Inc.)*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin Browder
1201 N Orange St, Ste 400
Wilmington, DE  19801

*HAND DELIVERY*
*(Genband Inc.)*
Michael R. Lastowski
Duane Morris LLP
222 Delaware Ave, Ste 1600
Wilmington, DE  19801-1659

*HAND DELIVERY*
*(Sanmina-SCI Corporation)*
Jeffrey S. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove
The Nemours Building, 1007 N Orange St
Wilmington, DE  19801

*HAND DELIVERY*
*(Xeta Technologies; UK Pension*
*Trust Limited and the Board of the*
*Pension Protection Fund)*
Charlene D. Davis, Esquire
Daniel A. O'Brien, Esquire
Justin R. Alberto
Bayard P.A.
222 Delaware Ave , Ste 900
Wilmington, DE  19801

*HAND DELIVERY*
*(CALA Entities)*
Bruce E. Jameson
Prickett Jones & Elliott PA
1310 King Street, Box 1328
Wilmington, DE  19899

*HAND DELIVERY*
*(Kien Chen and Moreno Minto "Lead Plaintiffs")*
Christopher P. Simon
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE  19801

*HAND DELIVERY*
*(Guyana Telephone and Telegraph Company Limited (GT&T))*
Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street, Ste 1500
Wilmington, DE  19801

*HAND DELIVERY*
*(Qwest Communications Corporation; Qwest Corporation)*
Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 N Market Street, Ste 1500
Wilmington, DE  19801

*HAND DELIVERY*
*(Retiree Committee)*
William F. Taylor Jr.
McCarter & English LLP
405 N. King St  8th Floor
Renaissance Centre
Wilmington, DE  19801

*FIRST CLASS MAIL*
*(Department of the Navy)*
Seth B. Shapiro, Esquire
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington , DC  20044

*FIRST CLASS MAIL*
*(United States)*
Jan M. Geht, Esquire
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington , DC  20044

*FIRST CLASS MAIL*
*(Unisys Corporation)*
Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424

*FIRST CLASS MAIL*
*(Overnight Mail:  2970 Market St Mail Stop 5-Q30.133-19104-5016)*
Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

*FIRST CLASS MAIL*
*(Missouri Dept of Revenue)*
Sheryl L. Moreau, Esquire
Missouri Dept of Revenue
Bankruptcy Division
PO Box 475
Jefferson City, MO  65105-0475

*FIRST CLASS MAIL*
*(Tennessee Department of Revenue)*
Laura L. McCloud, Esquire
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202

*FIRST CLASS MAIL*
*(Sodexo)*
Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

DOCS_DE:147889.2 61026/001

**FIRST CLASS MAIL**
(Harris County TX)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

**FIRST CLASS MAIL**
(Commonwealth of Virginia Department of Taxation)
Mark K. Ames
Tax Authority Consulting Services P.C.
1957 Westmoreland Street
Richmond, VA 23230

**FIRST CLASS MAIL**
(Gilmore Global Logistics Services Inc.)
Amos U. Priester IV, Esquire
Anna B. Osterhout, Esquire
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC 27602-2611

**FIRST CLASS MAIL**
L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

**FIRST CLASS MAIL**
Michael McWalters
P.O. Box 338
Alviso, CA 95002-0338

**FIRST CLASS MAIL**
Miss Deborah M.M. Jones
P.O. Box 458
Willow Spring, NC 27592

**FIRST CLASS MAIL**
Jerry Wadlow
P.O. Box 79
Wewoka, OK 74884

**FIRST CLASS MAIL**
Thelma Watson
P.O. Box 971
Bath, SC 29816

**FIRST CLASS MAIL**
(Pension Benefit Guaranty Corporation)
Vicente Matias Murrell, Esquire
Stephen D. Schreiber, Esquire
Pension Benefit Guaranty Corp
1200 K St NW
Washington , DC 20005-4026

**FIRST CLASS MAIL**
(IBM Corporation)
Robert Winter
Paul Hastings Janofsky & Walker LLP
875 15th St N.W.
Washington , DC 20005

**FIRST CLASS MAIL**
David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW, Ste 200
Washington , DC 20036

**FIRST CLASS MAIL**
(Microsoft Licensing GP)
Joseph E. Shickich Jr., Esquire
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192

**FIRST CLASS MAIL**
(collectively with Horne and Young, the "Ad Hoc Committee)
Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street, Box 9729
Portland, ME 04104-5029

5

**FIRST CLASS MAIL**
*(Hewlett-Packard Company; HP Canada;*
*Hewlett-Packard Canada EDS;*
*Electronic Data Systems Inc.; Mercury Software;*
*Indigo America Inc.; Colorspan; Nur Procurve;*
*Compaq)*
Ramona Neal, Esquire
HP Company
11307 Chinden Blvd, MS 314
Boise, ID 83714

**FIRST CLASS MAIL**
Kaushik Patel
5665 Arapaho Road, #1023
Dallas, TX 75248

**FIRST CLASS MAIL**
*(Bexar County)*
David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Ste 300, 711 Navarro
San Antonio, TX 78205

**FIRST CLASS MAIL**
*(Solus Alternative Asset Management LP*
*("Solus") as a holder of 7.785% senior*
*unsecured debt securities issued by Nortel*
*Networks Capital Corporation)*
Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave, 19th Floor
New York, NY 10173-1922

**FIRST CLASS MAIL**
*(CALA Entities)*
Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY 10019

**FIRST CLASS MAIL**
*(AT&T)*
David A. Rosenzweig, Esquire
Fulbright & Jaworski LLP
666 5th Ave
New York, NY 10103-3198

**FIRST CLASS MAIL**
Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center, Ste 400
New York, NY 10281-1022

**FIRST CLASS MAIL**
Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710

**FIRST CLASS MAIL**
Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY 10019

**FIRST CLASS MAIL**
*(Telmar Network Technology Inc.)*
Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**FIRST CLASS MAIL**
*(Bloom Hill Hudson Harris as*
*Joint Administrators and Foreign*
*Reps of Nortel Networks UK*
 *Limited)*
Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004

6

**FIRST CLASS MAIL**
*(ABN AMRO Bank N.V.)*
Raniero D'Aversa Jr., Esquire
Laura D. Metzger, Esquire
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

**FIRST CLASS MAIL**
*(Attorneys for SPCP Group, LLC)*
Ronald S. Beacher, Esquire.
Pryor Cashman LLP
7 Times Square
New York, NY 10036

**FIRST CLASS MAIL**
Dennis Dunne, Esquire
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

**FIRST CLASS MAIL**
*(Tellabs Operations Inc.; HOK Inc.; HOK Canada Inc.)*
Michelle McMahon, Esquire
Bryan Cave LLP
1290 Ave of the Americas
New York, NY 10104

**FIRST CLASS MAIL**
*(Westcon Group North America Inc.)*
N. Thodore Zink Jr., Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**FIRST CLASS MAIL**
*(Avaya Inc.)*
Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY 10036-8704

**FIRST CLASS MAIL**
*(Ernst & Young Inc.)*
Ken Coleman, Esquire
Lisa J.P. Kraidin., Esquire
Allen & Overy LLP
1221 Ave of the Americas, 20th Floor
New York, NY 10020

**FIRST CLASS MAIL**
*(NeoPhotonics Corporation)*
Carren B. Shulman, Esquire
Kimberly K. Smith, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

**FIRST CLASS MAIL**
*(485 Lexington Owner LLC;*
*Reckson Operating Partnership L.P.)*
Edmond P. O'Brien, Esquire
Stempel Bennett Claman & Hochberg PC
675 Third Ave, 31st Floor
New York, NY 10017

**FIRST CLASS MAIL**
*(Flextronics International; Flextronics*
*Corporation;*
*Flextronics Telecom Systems Ltd.)*
Steven J. Reisman, Esquire
James V. Drew, Esquire
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY 10178-0061

**FIRST CLASS MAIL**
Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas, 19th Floor
New York, NY 10036

**FIRST CLASS MAIL**
*(Counsel to the Purchaser)*
Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY 10036

DOCS_DE:147889.2 61026/001

**FIRST CLASS MAIL**
*(Wireless (TX) LP)*
Jeremy E. Crystal, Esquire
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019

**FIRST CLASS MAIL**
*(UK Pension Trust Limited and*
*The Board of the Pension Protection Fund)*
Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY  10019-6099

**FIRST CLASS MAIL**
*(Attorneys for Wilmington Trust solely as*
*successor Trustee)*
Susan P. Johnston, Esquire.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005

**FIRST CLASS MAIL**
*(The Bank of New York Mellon as Indenture*
*Trustee)*
Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Ave, Ste 1000
New York, NY  10022-4068

**FIRST CLASS MAIL**
*(Genband Inc.)*
David S.  Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Ave, Ste 1000
New York, NY  10022-4068

**FIRST CLASS MAIL**
*(Telefonaktiebolage LM Ericsson (publ))*
Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY  10019-6064

**FIRST CLASS MAIL**
*(Tata American International Corp;*
*Tata Consultancy Services Limited)*
Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178

**FIRST CLASS MAIL**
*(Ad Hoc Committee of Bondholders)*
Dennis F. Dunne, Esquire
Thomas R. Kreller, Esquire
Albert A. Pisa, Esquire
Andrew M. Leblanc, Esquire
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005

**FIRST CLASS MAIL**
*(Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esquire
Ryan C. Jacobs, Esquire
David H. Botter, Esquire
Akin Gump
One Bryant Park
New York, NY  10036

**FIRST CLASS MAIL**
*(iStar Ctl I L.P.)*
Kenneth E. Noble, Esquire
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY  10022-2585

**FIRST CLASS MAIL**
*(MatlinPatterson Global Advisers LLC)*
Jennifer Feldsher
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY  10020

**FIRST CLASS MAIL**
*(Retiree Committee)*
Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119

**FIRST CLASS MAIL**
Thomas R. Kreller
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St, Ste 3000
Los Angeles, CA 90017

**FIRST CLASS MAIL**
*(SNMP Research)*
Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Ave, Ste 200
Dallas, TX 75219

**FIRST CLASS MAIL**
*(Genband Inc.)*
Judith W. Ross
Baker Botts LLP
2001 Ross Ave
Dallas, TX 75201

**FIRST CLASS MAIL**
*(GTCI)*
Stephen C. Stapleton
Cowles & Thompson PC
901 Main St. Ste. 3900
Dallas, TX 75202

**FIRST CLASS MAIL**
*(Sumitomo Electric Lightwave Corporation)*
Lynnette R. Warman
Hunton & Williams
1445 Ross Ave, Ste 3700
Dallas, TX 75202-2799

**FIRST CLASS MAIL**
*(Commonwealth of Pennsylvania Department of Revenue Bureau of Accounts Settlement)*
Carol E. Momjian, Esquire
PA Senior Deputy Atty Gen
21 S 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

**FIRST CLASS MAIL**
*(Electro Rent Corp)*
Fred S. Kurtzman, Esquire
Klehr Harrison
1835 Market Street, Ste 1400
Philadelphia, PA 19103

**FIRST CLASS MAIL**
*(UBS Realty Investors LLC Wetchester Fire Co and ACE USA)*
David L. Pollack, Esquire
Jeffrey Meyers, Esquire
Ballard Spahr Andrews & Ingersoll LLP
51st Fl Mellon Bank Ctr, 1735 Market St
Philadelphia, PA 19103

**FIRST CLASS MAIL**
*(Unisys Corporation; Unisys de Mexico S.A. de C.V.)*
Dana S. Plon, Esquire
Sirlin Gallogly & Lesser
123 S. Broad Street, Ste 2100
Philadelphia, PA 19109

**FIRST CLASS MAIL**
*(Johnson Controls Inc.)*
Alan S. Kopit, Esquire
Christopher W. Peer, Esquire
Hahn Loeser & Parks LLP
200 Public Square, Ste 2800
Cleveland, OH 44114

**FIRST CLASS MAIL**
Susan R. Fuertes, Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

**FIRST CLASS MAIL**
Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE 19901

**FIRST CLASS MAIL**
Secretary of State
Div of Corporations - Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE 19901

**FIRST CLASS MAIL**
*(tw telecom inc.)*
Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr, Ste 400
Littleton, CO 80124

**FIRST CLASS MAIL**
*(The Prudential Insurance Company of America)*
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Ste 2600
Los Angeles, CA 90067-3012

**FIRST CLASS MAIL**
*(Eltek Valere U.S. Inc.)*
Christopher J. Horvay, Esquire
Gould & Ratner LLP
222 N Lasalle St, Ste 800
Chicago, IL 60601

**FIRST CLASS MAIL**
*(Mercer (US) Inc.)*
Aaron L. Hammer, Esquire
Devon J. Eggert, Esquire
Freeborn & Peters LLP
311 South Wacker Dr, Ste 3000
Chicago, IL 60606

**FIRST CLASS MAIL**
*(Motorola)*
Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Ste 3000
Chicago, IL 60606

**FIRST CLASS MAIL**
*(Tellabs Operations Inc.)*
Eric S. Prezant, Esquire
Bryan Cave LLP
161 N Clark St, Ste 4300
Chicago, IL 60601

**FIRST CLASS MAIL**
*(Mike Zafirovski)*
Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle St Ste 2600
Chicago, IL 60601

**FIRST CLASS MAIL**
*(Export Development Canada)*
Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60604-1404

**FIRST CLASS MAIL**
*(Keith Weiner Rudy Mathieu Wendell Allen Neff
Charles Rowe Neal Shact Fred Scott
Jac Goudsmit Dwayne Roberts
William Weidner Price Paschall)*
Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive, Ste 3000
Chicago, IL 60606

**FIRST CLASS MAIL**
*(HOK Inc.; HOK Canada Inc.)*
Cullen K. Kuhn, Esquire
Bryan Cave LLP
211 N Broadway, Ste 3600
St. Louis, MO 63102

**FIRST CLASS MAIL**
John J. Rossi
1568 Woodcrest Drive
Wooster, OH 44691

**FIRST CLASS MAIL**
*(Annabelle Caffry)*
Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI  02903

**FIRST CLASS MAIL**
*(Cellco Partnership d/b/a Verizon Wireless)*
Darryl S. Laddin, Esquire
Frank N. White, Esquire
Arnall Golden Gregory LLP
171 17th St NW, Ste 2100
Atlanta, GA  30363-1031

**FIRST CLASS MAIL**
*(APC Workforce Solutions LLC)*
Doug  Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave, 6th Floor
Orlando, FL  32801

**FIRST CLASS MAIL**
Steve  Jackman, Esquire VP
Flextronics
847 Gibralter Drive
Milpitas, CA  95035

**FIRST CLASS MAIL**
*(Harte-Hanks Inc.)*
Joyce A. Kuhns
Saul Ewing LLP
500 E. Pratt Street, 8th Floor
Baltimore , MD  21202

**FIRST CLASS MAIL**
*(Computer Sciences Corporation)*
Richard M. Kremen, Esquire
Dale K. Cathell, Esquire
DLA Piper LLP (US)
6225 Smith Ave
Baltimore , MD  21209

**FIRST CLASS MAIL**
*(GE Fanuc Embedded Systems Inc.)*
James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street, Ste 1000
Baltimore , MD  21202-1671

**FIRST CLASS MAIL**
*(Emerson Network Power Embedded)*
Randall D. Crocker, Esquire
VonBriesen & Roper S.C.
411 E Wisconsin Ave, Ste 700
Milwaukee, WI  53202

**FIRST CLASS MAIL**
*(Core Brookfield Lakes LLC)*
Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI  53202-6613

**FIRST CLASS MAIL**
*(Oracle USA Inc.; Oracle Credit Corporation)*
Shawn M. Christianson, Esquire
Buchalter Nemer
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

**FIRST CLASS MAIL**
*(JDS Uniphase Corporation)*
Merle C. Meyers, Esquire
Michele Thompson, Esquire
Meyers Law Group P.C.
44 Montgomery Street, Ste 1010
San Francisco, CA  94104

**FIRST CLASS MAIL**
*(FCS North America Inc.)*
Louis J. Cisz III
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600

DOCS_DE:147889.2 61026/001

**FIRST CLASS MAIL**
*(City of Richardson TX)*
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Ste 1600
Dallas, TX 75201

**FIRST CLASS MAIL**
*(Clearwire Corporation)*
James C. Waggoner, Esquire
Davis Wright Tremaine LLP
1300 SW 5th Ave, Ste 2300
Portland, OR 97201-5630

**FIRST CLASS MAIL**
*(Lisa Fitzgerald)*
Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orelans, LA 70113

**FIRST CLASS MAIL**
*(Freescale Semiconductor)*
Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Ave, Ste 1400
Austin, TX 78701

**FIRST CLASS MAIL**
Cynthia Ann Schmidt
PO Box 119
Oregon House, CA 95962

**FIRST CLASS MAIL**
*(Florida Power & Light Company)*
Rachel S. Budke, Esquire
FPL Law Department
700 Universe Blvd
Juno Beach, FL 33408

**FIRST CLASS MAIL**
*(Arthur A. Russell)*
Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY 14620-1678

**FIRST CLASS MAIL**
*(The Prudential Insurance Company of America)*
Scott K. Brown, Esquire
Lewis and Roca LLP
40 North Central Ave, Ste 1900
Phoenix, AZ 85004

**FIRST CLASS MAIL**
Michael R. Thompson
564 Old Candia Road
Candia, NH 03034

**FIRST CLASS MAIL**
Janette M. Head
16 Gleneagle Drive
Bedford, NH 03110

**FIRST CLASS MAIL**
*(Office of Unemployment Compensation Tax Services (UCTS))*
Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA 19602-1184

**FIRST CLASS MAIL**
*(Nuance Communications Inc.; Cable News Network Inc.; Time Inc. and Turner Broadcasting Sales Inc.)*
Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH 43215

**FIRST CLASS MAIL**
*(Technology Park X Limited Partnership; Technology Park V Limited Partnership)*
Jennifer V. Doran, Esquire
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

DOCS_DE:147889.2 61026/001

**FIRST CLASS MAIL**
*(Iron Mountain Information Management Inc.)*
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

**FIRST CLASS MAIL**
*(Microvision Inc.)*
James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA  02199-3600

**FIRST CLASS MAIL**
*(Kien Chen and Moreno Minto
"Lead Plaintiffs")*
Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road, Ste 200
Melville, NY  11747

**FIRST CLASS MAIL**
*(Oracle America)*
Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street, Suite 302
Huntington, NY  11743

**FIRST CLASS MAIL**
*(SNMP Research)*
Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street, 8th Floor
New York, NY  10007

**FIRST CLASS MAIL**
*(Polycom Inc.; Sun Microsystems Inc.)*
Lawrence M. Schwab, Esquire
Thomas M. Gaa, Esquire
Patrick M. Costello, Esquire
Bialson Bergen & Schwab
2600 El Camino Real, Ste 300
Palo Alto, CA  94306

**FIRST CLASS MAIL**
*(SprintCom Inc; Sprint/United Management
Company)*
David I. Swan, Esquire
Kenneth M. Misken, Esquire
McGuireWoods LLP
1750 Tysons Blvd, Ste 1800
McLean, VA  22102-4215

**FIRST CLASS MAIL**
*(Tandberg)*
Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street, Ste 2300
Charlotte, NC  28202

**FIRST CLASS MAIL**
*(Andrew LLC and Applicable Affiliates)*
David M.  Schilli, Esquire
Ty E. Shaffer, Esquire
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street, Ste 1900
Charlotte, NC  28246

**FIRST CLASS MAIL**
*(J. Scott Douglass)*
J. Scott Douglass, Esquire
909 Fannin , Ste 1800
Houston, TX  77010

**FIRST CLASS MAIL**
*(Aon Consulting)*
Brian W. Bisignani, Esquire
Post & Schell P.C.
17 N 2nd Street, 12th Floor
Harrisburg, PA  17101-1601

**FIRST CLASS MAIL**
*(City and County of Denver)*
Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave, Dept. 1207
Denver, CO  80202-5332

13

**FIRST CLASS MAIL**
*(TEKsystems Inc.)*
Stephen K. Dexter, Esquire
Lathrop & Gage LLP
US Bank Tower Ste 2400
950 Seventeenth St
Denver, CO  80202

**FIRST CLASS MAIL**
Stephen C. Tingey, Esquire
Ray Quinney & Nebeker P.C.
36 South State Street, Ste 1400
Salt Lake City, UT  84145-0385

**FIRST CLASS MAIL**
Kerry Wayne Logan
1207 High Hammock Drive, #102
Tampa, FL  33619-7609

**FIRST CLASS MAIL**
*(Richardson Independent School District)*
Elizabeth  Banda, Esquire
Perdue Brandon Fielder Collins & Mott LLP
4025 Woodland Park Blvd, Ste 300
Arlington, TX  76013

**FIRST CLASS MAIL**
*(SAP America Inc.)*
Donald K. Ludman, Esquire
Brown & Connery LLP
6 North Broad Street, Ste 1000
Woodbury, NJ  08096

**FIRST CLASS MAIL**
*(Travelers)*
Attn: Chantel Pinnock
Travelers
1 Tower Square, 5MN
Hartford, CT  06183-4044

**FIRST CLASS MAIL**
*(Monarch Alternative Capital LP)*
Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022

**FIRST CLASS MAIL**
*(The Prudential Insurance Company of America)*
Mark G. Ledwin, Esquire
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604

**FIRST CLASS MAIL**
*(Bell Microproducts Inc.)*
Robert S. McWhorter, Esquire
Nossaman LLP
915 L Street, Ste 1000
Sacramento, CA  95814

**FIRST CLASS MAIL**
Lois Diane Uphold
201 Camden Park Drive
Goldsboro, NC  27530

**FIRST CLASS MAIL**
Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709

**FIRST CLASS MAIL**
Debra L. Vega
818 Glenco Road
Durham, NC  27703

**FIRST CLASS MAIL**
Wendy Boswell Mann
2114 Claret Lane
Morrisville, NJ  27560

**FIRST CLASS MAIL**
*(Mack Thorpe Jr.)*
Ann Groninger, Esquire
Patterson Harkavy
225 E. Worthington Ave, Ste 200
Charlotte, NC  28203

14

*FIRST CLASS MAIL*
*(IBM Corporation)*
R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway, 3rd Floor
Dallas, TX 75234

*FIRST CLASS MAIL*
*(OSS Nokalva Inc.)*
Robert E. Nies, Esquire
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052

*FIRST CLASS MAIL*
*(AT&T)*
Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

*FIRST CLASS MAIL*
*(Kien Chen and Moreno Minto*
*"Lead Plaintiffs")*
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

*FIRST CLASS MAIL*
*(Hewlett-Packard Financial Services Inc.)*
David N. Crapo, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

*FIRST CLASS MAIL*
Brad Lee Henry
11596 W. Sierra Dawn Boulevard, Lot 386
Surprise, AZ 85378

*FIRST CLASS MAIL*
*(The InTech Group Inc.)*
Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA 19341

*FIRST CLASS MAIL*
*(EMC Corporation)*
Ronald Rowland, Esquire
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD 21094

*FIRST CLASS MAIL*
Off of Unemplmt Ins Contrib Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore , MD 21201

*FIRST CLASS MAIL*
*(State of Michigan Department of Treasury)*
Deborah B. Waldmeir, Esquire
State of MI Dept of Treasury
Cadillac Place Ste 10-200
3030 W Grand Blvd.
Detroit, MI 48202

*FIRST CLASS MAIL*
Attn: Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY 10279

*FIRST CLASS MAIL*
Securities & Exchange Commission
100 F St NE
Washington , DC 20549

*FIRST CLASS MAIL*
(pro se)
Najam ud Dean
6 Augusta Drive
Milbury, MA 01527

DOCS_DE:147889.2 61026/001

*FIRST CLASS MAIL*
Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC  28079

*FIRST CLASS MAIL*
Gerald R. Utpadel
4627 Greenmeadows Avenue
Torrance, CA  90505

*FIRST CLASS MAIL*
Michael P. Alms
4944 Elm Island Circle
Waterford, WI  53185

*FIRST CLASS MAIL*
William A. Reed
7810 Heaton Drive
Theodore, AL  36582-2362

*FIRST CLASS MAIL*
Bertram Frederick Thomas Fletcher
35 Broomhill Court
Clayton, NC  27527

*FIRST CLASS MAIL*
Nancy Ann Wilson
7101 Chase Oaks Blvd., Apt. #1637
Plano, TX  75025

*FIRST CLASS MAIL*
Carol F. Raymond
7962 S.W. 185 Street
Miami, FL  33157-7487

*FIRST CLASS MAIL*
Richard Lynn Engleman
1505 Nevada Drive
Plano, TX  75093

*FIRST CLASS MAIL*
Janetta Hames
649 Fossil Wood Drive
Saginaw, TX  76179

*FIRST CLASS MAIL*
Mark R. Janis
193 Via Soderini
Aptos, CA  95003

*FIRST CLASS MAIL*
Jeffrey Borron
13851 Tanglewood
Farmers Branch, TX  75234

*FIRST CLASS MAIL*
Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA  30062

*FIRST CLASS MAIL*
Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY  12020

*FIRST CLASS MAIL*
Scott David Howard
2050 Cabiao Road
Placerville, CA  95667

*FIRST CLASS MAIL*
James Hunt
8903 Handel Loop
Land O Lakes, FL  34637

*FIRST CLASS MAIL*
David Litz
316 N. Manus Drive
Dallas, TX  75224

*FIRST CLASS MAIL*
Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX  75454

*FIRST CLASS MAIL*
Chad Soraino
8974 Hickory Ave.
Hesperia, CA  92345

*FIRST CLASS MAIL*
Bruce Francis
5506 Lake Elton Road
Durham, NC  27713

*FIRST CLASS MAIL*
Michael D. Rexroad
5244 Linwick Drive
Fuquay Varina, NC  27526

*FIRST CLASS MAIL*
Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC  27312

*FIRST CLASS MAIL*
Robert Joseph Martel
200 Lighthouse Lane, Apartment B3
Cedar Point, NC  28584

*FIRST CLASS MAIL*
Marilyn Green
1106 Boston Hollow Road
Ashland City, TN  37015

*FIRST CLASS MAIL*
Marilyn Day
2020 Fox Glen Drive
Allen, TX  75013

*FIRST CLASS MAIL*
James Lee
1310 Richmond Street
El Cerrito, CA  94530

*FIRST CLASS MAIL*
John Mercer
121 Monastery Road
Pine City, NY  14871

*FIRST CLASS MAIL*
Freddie Wormsbaker
327 Locust Street
Twin Falls, ID  83301

*FIRST CLASS MAIL*
Scott Gennett
16 Wildwood Street
Lake Grove, NY  11755

*FIRST CLASS MAIL*
Lynette Kay Seymour
16711 Rivendell Lane
Austin, TX  78737

*FIRST CLASS MAIL*
Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137

*FIRST CLASS MAIL*
Manuel Segura
215 Sheridan, Apt. #B-43
Perth Amboy, NJ  08861

*FIRST CLASS MAIL*
Nanette Faison
981 Kittrell Road
Kitrell, NC  27544

*FIRST CLASS MAIL*
William E. Johnson
2865 Horsemans Ridge Drive
Clayton, NC  27520

*FIRST CLASS MAIL*
Carmel Turlington Totman
164 Berton Street
Boone, NC  28607

*FIRST CLASS MAIL*
Roger G. Carlsen
390 E. Paseo Celestial
Sahuarita, AZ  85629

*FIRST CLASS MAIL*
Kim M. Yates
207 Tomato Hill Road
Leesburg, FL  34748

DOCS_DE:147889.2 61026/001

*FIRST CLASS MAIL*
Bruce Turner
8 Sunset Drive
Homer, NY  13077

*FIRST CLASS MAIL*
Remajos Brown
2353 Sword Drive
Garland, TX  75044-6036

*FIRST CLASS MAIL*
Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC  27604

*FIRST CLASS MAIL*
Jane Neumann
11730 Co Road 24
Watertown, MN  55388

*FIRST CLASS MAIL*
Barbara Gallagher
410 West Acres Road
Whitesboro, TX  76273

*FIRST CLASS MAIL*
John S. Elliott
6 Grouse Lane
Merrimack, NH  03054-2876

*FIRST CLASS MAIL*
Pamela J. Powell
676 Brookview Drive
Chapel Hill, NC  27514

*FIRST CLASS MAIL*
Wayne J. Schmidt
5346 S. Mohave Sage Drive
Gold Canyon, AZ  85118

*FIRST CLASS MAIL*
Charles Sandner
1970 N. Leslie #3779
Pahrump, NV  89060

*FIRST CLASS MAIL*
Betty Lewis
1301-H Leon Street
Durham, NC  27705

*FIRST CLASS MAIL*
Steven E. Bennett
37052 Chestnut Street
Newark, CA  94560

*FIRST CLASS MAIL*
Alan Heinbaugh
19816 Colby Court
Saratoga, CA  95070

*FIRST CLASS MAIL*
Leona Purdum
2532 N. 4th Street #254
Flagstaff, AZ  86004

*FIRST CLASS MAIL*
George I. Hovater Jr.
9009 Casals Street, Unit 1
Sacramento, CA  95826

*FIRST CLASS MAIL*
Daniel D. David
2105 Possum Trot Road
Wake Forest, NC  27587

*FIRST CLASS MAIL*
Bonnie J. Boyer
305 W. Juniper Avenue
Sterling, VA  20164-3724

*FIRST CLASS MAIL*
Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC  27504

*FIRST CLASS MAIL*
Leah McCaffrey
7139 Debbe Drive
Dallas, TX  75252

18

*FIRST CLASS MAIL*
Terry D. Massengill
126 Keri Drive
Garner, NC  27529

*FIRST CLASS MAIL*
Laurie Adams
217 Ridge Creek Drive
Morrisville, NC  27560

*FIRST CLASS MAIL*
Olive Jane Stepp
470 Fairview Road
Asheville, NC  28803

*FIRST CLASS MAIL*
Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA  92131

*FIRST CLASS MAIL*
Gary W. Garrett
4093 Hogan Drive Unit 4114
Tyler, TX  75709

*FIRST CLASS MAIL*
Chae S. Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN  55317

*FIRST CLASS MAIL*
Raymond Turner
1813 Eric Drive
Graham, NC  27253

*FIRST CLASS MAIL*
Paul Douglas Wolfe
113 Red Drum Lane
Gloucester, NC  28528

*FIRST CLASS MAIL*
Victoria Anstead
3894 Ridge Lea Road #A
Amherst, NY  14228

*FIRST CLASS MAIL*
Sandra Aiken
3166 Tump Wilkins Road
Stern, NC  27581

*FIRST CLASS MAIL*
Brenda L. Wread
3408A Water Vista Parkway
Lawrenceville, GA  30044

*FIRST CLASS MAIL*
Barbara Dunston
261 McNair Drive
Henderson, NC  27537

*FIRST CLASS MAIL*
Barbara Carr
145 Grecian Parkway
Rochester, NY  14626

*FIRST CLASS MAIL*
Herbert Preston Stansbury
3193 US Highway 15
Stern, NC  27581

*FIRST CLASS MAIL*
Crickett Grissom
2580 W. Porter Creek Avenue
Porterville, CA  93257

*FIRST CLASS MAIL*
Janet Bass
1228 Moultrie Court
Raleigh, NC  27615

*FIRST CLASS MAIL*
Vernon M. Long
4929 Kelso Lane
Garland, TX  75043

*FIRST CLASS MAIL*
Shirley Maddry
2519 Riddle Road
Durham, NC  27703

DOCS_DE:147889.2 61026/001

*FIRST CLASS MAIL*
Michael Stutts
1616 Hastings Bluff
McKinney, TX  75070

*FIRST CLASS MAIL*
Kathleen A. Reese
200 Carnegie Drive
Milpitas, CA  95035

*FIRST CLASS MAIL*
Ralph MacIver
116 Honeycomb Lane
Morrisville, NC  27560

*FIRST CLASS MAIL*
Emily D. Cullen
100 Telmew Court
Cary, NC  27518

*FIRST CLASS MAIL*
James Craig
42 E. Cavalier Road
Scottsville, NY  14546

*FIRST CLASS MAIL*
Reid T. Mullett
4224 Thamesgate Close
Norcross, GA  30092

*FIRST CLASS MAIL*
Danny Owenby
2136 Sapelo Court
Fernandina, FL  32034

*FIRST CLASS MAIL*
Susan Ann Heisler
133 Anna Road, Box 194
Blakelee, PA  18610

*FIRST CLASS MAIL*
Deborah Faircloth
115 Winchester Lane
Rocky Point, NC  28457

*FIRST CLASS MAIL*
Cynthia B. Richardson
5717 Cypress Drive
Rowlett, TX  75089

*FIRST CLASS MAIL*
Gloria Benson
1824 Wilson Pike
Brentwood, TN  37027

*FIRST CLASS MAIL*
Ellen Sue Brady
1630 Dry Road
Ashland City, TN  37015

*FIRST CLASS MAIL*
Richard Hodges
913 Windemere Lane
Wake Forest, NC  27587

*FIRST CLASS MAIL*
Wanda Jacobs
801 Dupree Street
Durham, NC  27701

*FIRST CLASS MAIL*
Gussie Anderson
109 Gumpond Beall Rd
Lumberton, MS  39455

*FOREIGN FIRST CLASS*
(Hitachi Ltd.)
Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems  Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi  244-8567
JAPAN

*FOREIGN FIRST CLASS*
Stephen Gale
Herbert Smith
Exchange House
Primrose Streeet
London, UK  EC2A 2HS
ENGLAND

20

*FOREIGN FIRST CLASS*
 (nnl's canadian counsel)
Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St. Ste. 3800
Toronto, Ontario M5J 2Z4
CANADA

*FOREIGN FIRST CLASS*
(nnl's canadian counsel)
Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West_Ste. 1600
Toronto, Ontario  M5X 1G5
CANADA

*FOREIGN FIRST CLASS*
 (Canadian Counsel to Official Committee of
Unsecured Creditors)
Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King St West, Ste 400
Toronto, Ontario  M5K 0A1
CANADA

*FOREIGN FIRST CLASS*
Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7
CANADA

*FOREIGN FIRST CLASS*
Derek  Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

*FOREIGN FIRST CLASS*
Rahul Kumar
C-701 Neelachal Apt. Plot No 3
Sector 4, Dwarka
New Delhi, 110078
INDIA

*FOREIGN FIRST CLASS*
Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East 4th Floor
Montreal, QC  H3G 2W6
CANADA