# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**February 1, 2013 - February 28, 2013**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | Feb. 2013 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 8.0 |
| 2 | Business Operations / General Corporate / Real Estate | 3.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 1.0 |
| 6 | Committee Matters and Creditor Meetings | 2.0 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 115.0 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **137.0** |

**Summary of Services Rendered by Professional**

| Name | Feb. 2013 Hours |
|---|---|
| Michael Kennedy, Member | 79.0 |
| Matthew Rosenberg, Managing Director | 41.0 |
| Aaron Taylor, Vice President | 17.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| **TOTAL** | **137.0** |

**Nortel Networks, Inc**
February 1, 2013 - February 28, 2013 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Feb. 2013 Hours | Code |
|---|---|---:|---:|
| 2/1/2013 | Review RM Report | 2.0 | 1 |
| 2/1/2013 | Calls & Communications with Creditor Advisors | 2.0 | 6 |
| 2/7/2013 | Prepare, review and discuss material re allocation & litigation | 4.0 | 14 |
| 2/7/2013 | Calls & Communication w/ Nortel Management | 1.0 | 2 |
| 2/7/2013 | Calls & Communication w/Cleary and US Advisors | 1.0 | 14 |
| 2/8/2013 | Prepare, review and discuss draft material re allocation & litigation | 5.0 | 14 |
| 2/8/2013 | Review US Debtor cash materials | 1.0 | 1 |
| 2/11/2013 | Travel to New York | 4.0 | 15 |
| 2/11/2013 | Review and discuss draft material re allocation & litigation | 5.0 | 14 |
| 2/12/2013 | Review and discuss draft material re allocation & litigation | 2.0 | 14 |
| 2/13/2013 | Prepare, review and discuss material re allocation & litigation | 5.0 | 14 |
| 2/14/2013 | Travel to Chicago | 4.0 | 15 |
| 2/14/2013 | Review Nortel cash forecast | 1.0 | 1 |
| 2/14/2013 | Calls and communications with Cleary & US Debtor advisors | 1.0 | 5 |
| 2/14/2013 | Prepare, review and discuss material re allocation & litigation | 3.0 | 14 |
| 2/14/2013 | Calls & Communication w/Cleary | 1.0 | 14 |
| 2/15/2013 | Prepare, review and discuss material re allocation & litigation | 4.0 | 14 |
| 2/15/2013 | Review US Debtor operational and forecast materials | 1.0 | 1 |
| 2/18/2013 | Prepare, review and discuss material re allocation & litigation | 5.0 | 14 |
| 2/19/2013 | Review cash flash report | 1.0 | 1 |
| 2/19/2013 | Prepare, review and discuss material re allocation & litigation | 5.0 | 14 |
| 2/20/2013 | Prepare, review and discuss material re allocation & litigation | 3.0 | 14 |
| 2/21/2013 | Calls & Communication w/Cleary | 2.0 | 14 |
| 2/21/2013 | Prepare, review and discuss material re allocation & litigation | 3.0 | 14 |
| 2/22/2013 | Prepare, review and discuss material re allocation & litigation | 5.0 | 14 |
| 2/25/2013 | Review RM Report | 2.0 | 1 |
| 2/28/2013 | Calls & Communication w/ Nortel Management | 2.0 | 2 |
| 2/28/2013 | Prepare, review and discuss material re allocation & litigation | 4.0 | 14 |
| **Feb. 2013 Total** | | **79.0** | |

**Nortel Networks, Inc**
February 1, 2013 - February 28, 2013 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Feb. 2013 Hours | Code |
|---|---|---|---|
| 2/1/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 2/2/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 2/4/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 2/5/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 2/6/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 2/7/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 2/8/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 2/11/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 2/12/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 2/13/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 2/14/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 2/18/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 2/19/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 2/20/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 2/21/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 2/22/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 2/25/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 2/26/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 2/27/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 2/28/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| **Feb. 2013 Total** | | **41.0** | |

**Nortel Networks, Inc**
February 1, 2013 - February 28, 2013 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor</u>

| Date | Description of Work | Feb. 2013 Hours | Code |
|---|---|---|---|
| 2/19/2013 | Prepare, review and discuss draft material re allocation & litigation | 3.0 | 14 |
| 2/20/2013 | Prepare, review and discuss draft material re allocation & litigation | 2.0 | 14 |
| 2/21/2013 | Prepare, review and discuss draft material re allocation & litigation | 3.0 | 14 |
| 2/22/2013 | Prepare, review and discuss draft material re allocation & litigation | 1.0 | 14 |
| 2/25/2013 | Prepare, review and discuss draft material re allocation & litigation | 2.0 | 14 |
| 2/26/2013 | Prepare, review and discuss draft material re allocation & litigation | 1.0 | 14 |
| 2/27/2013 | Prepare, review and discuss draft material re allocation & litigation | 3.0 | 14 |
| 2/28/2023 | Prepare, review and discuss draft material re allocation & litigation | 2.0 | 14 |

**Feb. 2013 Total**     **17.0**