# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> NORTEL NETWORKS INC., *et al.*, ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 09-10138 (KG) |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST TO BE REMOVED FROM SERVICE LISTS

PLEASE TAKE NOTICE that the undersigned hereby withdraws his appearance in the above-captioned bankruptcy proceeding on behalf of The Bermuda Telephone Company Limited.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: Hartford, Connecticut  
       May 17, 2013

**BINGHAM McCUTCHEN LLP**

By: /s/Jonathan B. Alter  
    Jonathan B. Alter  
    One State Street  
    Hartford, CT 06103  
    Telephone: (860) 240-2700  
    Facsimile: (860) 240-2800  
    Email: jonathan.alter@bingham.com

A/75504901.1