{BAY:02285286v1}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
                                                  :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,                   :
                                                  :   Jointly Administered
            Debtors.                              :
                                                  :   **Re: Docket Nos. 10557 and 10566**
                                                  :
------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING THE PROPOSED
## ORDER ENTERING AN INTERIM PROTECTIVE ORDER

I, Justin R. Alberto, Esquire, co-counsel to the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund (collectively, the "U.K. Pension Claimants") hereby certify and state as follows:

1. Pursuant to the Litigation Timetable approved by the Court on May 17, 2013 [D.I. 10566], annexed hereto as Exhibit A is the U.K. Pension Claimants' proposed form of final protective order.  Annexed hereto as Exhibit B is redline showing changes against the version of proposed final protective order submitted by the Debtors on May 17, 2013 [D.I. 10557].

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the UK Pension Claimants respectfully request that the Court enter the form of final protective order attached hereto as <u>Exhibit A</u> following any hearing to consider this matter.

Dated: May 17, 2013
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
       jalberto@bayardlaw.com

-and-

WILLKIE FARR & GALLAGHER LLP
Marc Abrams
Brian E. O'Connor
Sameer Advani
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for the Trustee of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund*