IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:  Nortel Networks Inc., *et al.*,[1]  Debtors. | Chapter 11  Case No. 09-10138 (KG)  (Jointly Administered)  **Re: Docket Nos. 9362, 9412 and 9418** |

### JOINDER IN PART OF THE MONITOR AND THE CANADIAN DEBTORS TO THE US DEBTORS AND THE CREDITORS' COMMITTEE'S JOINT OBJECTION TO THE PROOFS OF CLAIM FILED BY THE NORTEL NETWORKS U.K. PENSION TRUST LIMITED (AS TRUSTEE OF THE NORTEL NETWORKS U.K. PENSION PLAN) <u>AND THE BOARD OF THE PENSION PROTECTION FUND</u>

Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**") and Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Debtors**"), hereby file their Joinder In Part Of The Monitor And The Canadian Debtors To The U.S. Debtors And The Creditors' Committee's Joint Objection To The Proofs Of Claim Filed By The Nortel Networks U.K. Pension Trust Limited (As Trustee Of The Nortel Networks U.K.

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) (collectively, the " **US Debtors**")

1

Pension Plan) And The Board Of The Pension Protection Fund, and in support thereof, respectfully submit as follows:

**JOINDER IN PART TO THE JOINT OBJECTION TO THE PROOFS OF CLAIM FILED BY THE NORTEL NETWORKS U.K. PENSION TRUST LIMITED (AS TRUSTEE OF THE NORTEL NETWORKS U.K. PENSION PLAN) AND THE BOARD OF THE PENSION PROTECTION FUND**

The Monitor and the Canadian Debtors join in part in the U.S. Debtors and the Creditors' Committee's Joint Objection To The Proofs Of Claim Filed By The Nortel Networks U.K. Pension Trust Limited (As Trustee Of The Nortel Networks U.K. Pension Plan) And The Board Of The Pension Protection Fund and join in part in the supporting declaration filed by the U.S. Debtors and the Creditors' Committee on May 14, 2013 (the "**Objection**") and respectfully submit the following:

**JOINDER**

The Monitor and the Canadian Debtors join in the Objection solely with respect to the positions set forth below. The Monitor and the Canadian Debtors do not join in the Objection with respect to any position not specifically enumerated below, nor do they specifically join in the reasoning outlined in the Objection for those enumerated positions.

The Monitor and Canadian Debtors deny any liability of NNL or any other Canadian Debtor, including without limitation liability as a *de facto* or shadow director and/or as a wrongdoer under a breach of fiduciary duty or duty of care theory.

The Monitor and the Canadian Debtors' forthcoming objections to the EMEA and U.K. Pension claims in the Canadian Proceeding will also be applicable to the EMEA and U.K. Pension claims in the United States.

The Monitor and Canadian Debtors agree that the U.K. Pension Claims should be denied in full. Accordingly, the Monitor and the Canadian Debtors request that the Court sustain the

2

Objection based on the positions enumerated below, and disallow and expunge the claims with prejudice.

## POSITIONS IN WHICH THE MONITOR AND CANADIAN DEBTORS JOIN

Further to the above, the Monitor and the Canadian Debtors hereby join in the following positions:

1. NNI is not liable under any U.K. Pension Claims, including without limitation liability as a *de facto* or shadow director and/or as a wrongdoer under a breach of fiduciary duty or duty of care theory.

2. As a matter of comity and under choice of law principles, the U.K. Pension Claims should be disallowed.

3. The U.K. Pension Claims seek double recovery for the claim directly brought by NNUK.

4. NNUK was not "insufficiently resourced" for purposes of the UK Pensions Act.

5. The U.K. Pension Claims rely on an improper "relevant time" for measuring resources that was selected solely for strategic purposes.

6. The transactions at issue were all formally approved by boards of directors of the relevant EMEA debtor and, where applicable, were ratified by NNUK.

7. The relevant EMEA debtor received independent professional advice in respect to the transactions at issue.

8. Claimants' liability position is speculative, unreasonable and irrelevant.

9. The U.K. Pension Claims should be rejected to the extent they rely on findings or determinations made by The Pensions Regulator or the Determinations Panel, including without limitation the Warning Notice, the Determination Notices, the

3

Reasons of the Determinations Panel or any submissions made to the Determinations Panel.

10. The assertion of any foreign law answers to the U.K. Pension Claims.

[*Intentionally left blank*]

Dated: May 17, 2013
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A. Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*