IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 10527** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                       ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 15, 2013, I caused to be served the "Joint Notice of Filing of Amended Proposed Litigation Timetable and Discovery Plan," dated May 15, 2013 [Docket No. 10527], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

                                                                                                    /s/ Kerry O'Neil
                                                                                                    Kerry O'Neil

Sworn to before me this
___ day of May, 2013

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**EXHIBIT A**

| ENTITY NAME | EMAIL |
|---|---|
| The Unsecured Creditors Committee ("UCC")<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>ATTN: Fred Hodara, David Botter, Abid Qureshi, Robert Johnson | aqureshi@akingump.com;<br>dbotter@akingump.com;<br>rajohnson@akingump.com;<br>fhodara@akingump.com; |
| The Unsecured Creditors Committee ("UCC")<br>Fraser Milner Casgrain LLP<br>ATTN: Ryan Jacobs, Shayne Kukulowicz, Michael Wunder | shayne.kukulowicz@fmc-law.com;<br>michael.wunder@fmc-law.com;<br>ryan.jacobs@fmc-law.com; |
| The Unsecured Creditors Committee ("UCC")<br>Dentons<br>ATTN: Ryan Jacobs, Shayne Kukulowicz, Michael Wunder | ryan.jacobs@dentons.com;<br>shayne.kukulowicz@dentons.com;<br>michael.wunder@dentons.com |
| The Unsecured Creditors Committee ("UCC")<br>Richards, Layton & Finger, P.A.<br>ATTN: Christopher M. Samis | samis@rlf.com |
| The Bondholders' Committee<br>Milbank Tweed Hadley & McCloy LLP<br>ATTN: Albert A. Pisa, Thomas R. Kreller; Dennis Dunne | tkreller@milbank.com;<br>apisa@milbank.com;<br>ddunne@milbank.com; |
| The Bondholders' Committee<br>Milbank Tweed Hadley & McCloy LLP<br>ATTN: Jennifer Harris | jharris@milbank.com; |
| The Bondholders' Committee<br>Bennett Jones<br>ATTN: Gavin Finlayson, Richard B. Swan, Kevin Zych, S. Richard Orzy | zychk@bennettjones.com;<br>orzyr@bennettjones.com;<br>finlaysong@bennettjones.com;<br>swanr@bennettjones.com; |
| The Bondholders' Committee<br>Pachulski Stang Ziehl & Jones LLP<br>ATTN: Kathleen P. Makowski, Laura Davis Jones | kmakowski@pszjlaw.com;<br>ljones@pszjlaw.com |
| The Monitor<br>Goodmans LLP<br>ATTN: Jay Cargagnini, Jessica Kimmel, Fred Myers, Joseph Pasquariello, Benjamin Zarnett; P. Ruby | jpasquariello@goodmans.ca;<br>jcarfagnini@goodmans.ca;<br>bzarnett@goodmans.ca;<br>fmyers@goodmans.ca;<br>jkimmel@goodmans.ca;<br>pruby@goodmans.ca; |
| The Monitor<br>Allen & Overy LLP<br>ATTN: Ken Coleman, Laura Hall, Daniel Guyder, Paul Keller | ken.coleman@allenovery.com;<br>laura.hall@allenovery.com;<br>daniel.guyder@allenovery.com;<br>paul.keller@allenovery.com |
| The Monitor<br>Buchanan Ingersoll & Rooney<br>ATTN: Mary F. Caloway | mary.caloway@bipc.com |
| The Monitor | nortel.monitor@ca.ey.com; |
| The Joint Administrators<br>Hughes Hubbard & Reed LLP<br>ATTN: Derek J.T. Adler, Neil Oxford, Fara Tabatabai, Charles Huberty | adler@hugheshubbard.com;<br>oxford@hugheshubbard.com;<br>tabataba@hugheshubbard.com;<br>huberty@hugheshubbard.com; |
| The Joint Administrators<br>Young Conaway Stargatt & Taylor, LLP<br>ATTN: Jaime Luton Chapman, James L. Patton, Edwin Harron, John T. Dorsey | eharron@ycst.com;<br>jdorsey@ycst.com;<br>jchapman@ycst.com;<br>jpatton@ycst.com |

| | |
|---|---|
| The Joint Administrators<br>Herbert Smith Freehills LLP<br>ATTN: Kevin Lloyd, John Whiteoak, Richard Lawton; Stephen Gale | kevin.lloyd@hsf.com;<br>john.whiteoak@hsf.com;<br>stephen.gale@hsf.com |
| The Canada-Only Creditors' Committee the "CCC"<br>Koskie Minsky LLP<br>ATTN: Mark Zigler, Susan Philpott, Ari N. Kaplan, Barbara Walancik | mzigler@kmlaw.ca;<br>sphilpott@kmlaw.ca;<br>akaplan@kmlaw.ca;<br>bwalancik@kmlaw.ca; |
| The Canada-Only Creditors' Committee the "CCC"<br>McCarthy Tetrault<br>ATTN: Barbara J. Boake, R. Paul Steep, Elder Marques, Byron Shaw, James D. Gage | bboake@mccarthy.ca;<br>jgage@mccarthy.ca;<br>emarques@mccarthy.ca;<br>psteep@mccarthy.ca;<br>bdshaw@mccarthy.ca; |
| The Canada-Only Creditors' Committee the "CCC"<br>DLA Piper<br>ATTN: Selinda Melnik; Richard Hans; Timothy Hoeffner | selinda.melnik@dlapiper.com;<br>richard.hans@dlapiper.com;<br>timothy.hoeffner@dlapiper.com |
| Law Debenture Trust Company of New York<br>Borden Ladner Gervais<br>ATTN: Edmond Lamek, John D. Marshall, Craig J. Hill | jmarshall@blgcanada.com;<br>chill@blgcanada.com;<br>elamek@blgcanada.com; |
| Law Debenture Trust Company of New York<br>Patterson Belknap Webb & Tyler LLP<br>ATTN: Daniel A. Lowenthal, Brian P. Guiney | dalowenthal@pbwt.com;<br>bguiney@pbwt.com |
| Law Debenture Trust Company of New York<br>Morris James LLP<br>ATTN: Stephen M. Miller, Courtney R. Hamilton | smiller@morrisjames.com;<br>chamilton@morrisjames.com |
| Wilmington Trust Company<br>Katten Muchin Rosenman LLP<br>ATTN: Craig A. Barbarosh, David A. Crichlow, Karen B. Dine | karen.dine@kattenlaw.com;<br>david.crichlow@kattenlaw.com;<br>craig.barbarosh@kattenlaw.com; |
| Wilmington Trust Company<br>Heenan Blaikie LLP<br>ATTN: John Salmas, Kenneth Kraft, Sara Van Allen | svanallen@heenan.ca;<br>jsalmas@heenan.ca;<br>kkraft@heenan.ca; |
| Nortel Canadian Continuing Employees (NCCE)<br>Nelligan O'Brien Payne<br>ATTN: Janice Payne, Steven Levitt, Christopher C. Rootham, Ainslie Benedict | janice.payne@nelligan.ca;<br>steven.levitt@nelligan.ca;<br>christopher.rootham@nelligan.ca;<br>ainslie.benedict@nelligan.ca; |
| Nortel Canadian Continuing Employees (NCCE)<br>Shibley Righton LLP<br>ATTN: Arthur Jacques, Thomas McCrae | arthur.jacques@shibleyrighton.com;<br>thomas.mcrae@shibleyrighton.com; |
| UK Administrator<br>Davies Ward Phillips & Vineberg LLP<br>ATTN: Sean Campbell, Robin Schwill | rschwill@dwpv.com;<br>scampbell@dwpv.com; |
| UK Administrator<br>Lax O'Sullivan Scott Lisus LLP<br>ATTN: Matthew Gottlieb | mgottlieb@counsel-toronto.com; |
| Canadian Creditors - Superintendent of Financial Services in his capicity as administrator of the Pension Benefits Guarantee Fund<br>Paliare Roland Rosenberg Rothstein LLP<br>ATTN: Lily Harmer, Tina Lie, Ken Rosenberg, Max Starnino | ken.rosenberg@paliareroland.com;<br>max.starnino@paliareroland.com;<br>lily.harmer@paliareroland.com;<br>tina.lie@paliareroland.com;<br>karen.jones@paliareroland.com; |

| | |
|---|---|
| Directors and Officers<br>Osler Hoskin and Harcourt LLP<br>ATTN: Lyndon Barnes, Edward Sellers, Adam Hirsch; Betsy Putnam | lbarnes@osler.com;<br>esellers@osler.com;<br>ahirsh@osler.com;<br>eputnam@osler.com |
| Trustees of the NNUK Pension Plan and the Pension Protection Fund<br>Willkie Farr & Gallagher LLP<br>ATTN: Marc Abrams, Brian E. O'Connor, Sameer Advani, Jennifer E. Crystal | bo'connor@willkie.com;<br>sadvani@willkie.com;<br>mabrams@willkie.com;<br>jcrystal@willkie.com |
| Trustees of the NNUK Pension Plan and the Pension Protection Fund<br>Cassels Brock & Blackwell LLP<br>ATTN: Bruce Leonard, David Ward, Bill Burden, Christopher Horkins | bleonard@casselsbrock.com;<br>dward@casselsbrock.com;<br>bburden@casselsbrock.com;<br>chorkins@casselsbrock.com; |
| Trustees of the NNUK Pension Plan and the Pension Protection Fund<br>Bayard, P.A.<br>ATTN: Justin R. Alberto, Charlene D. Davis | jalberto@bayardlaw.com;<br>cdavis@bayardlaw.com |
| Trustees of the NNUK Pension Plan and the Pension Protection Fund<br>Thornton Grout Finnigan LLP<br>ATTN: D.J. Miller, Michael Barrack | djmiller@tgf.ca;<br>mbarrack@tgf.ca |
| Indenture Trustee - Bank of New York Mellon<br>McMillan LLP<br>ATTN: Sheryl E. Seigel | sheryl.seigel@mcmillan.ca; |
| Indenture Trustee - Bank of New York Mellon<br>Latham & Watkins LLP<br>ATTN: Michael J. Riela, Robert J. Rosenberg | michael.riela@lw.com; |
| Indenture Trustee - Bank of New York Mellon<br>Ashby & Geddes, P.A.<br>ATTN: William P. Bowden | wbowden@ashby-geddes.com |
| Canadian Creditors - Canadian Autoworkers Union<br>ATTN: Lewis Gottheil, Barry Wadsworth | barry.wadsworth@caw.ca;<br>lewis.gottheil@caw.ca; |
| US Debtors<br>Torys LLP<br>ATTN: Scott Bomhof, Tony Demarinis, Andrew Gray, Adam Slavens, Sheila Block | tdemarinis@torys.com;<br>sbomhof@torys.com;<br>sblock@torys.com;<br>agray@torys.com;<br>aslavens@torys.com; |
| Canadian Debtors<br>Gowling Lafleur Henderson LLP<br>ATTN: Derrick Tay, Jennifer Stam | derrick.tay@gowlings.com;<br>jennifer.stam@gowlings.com; |
| Canadian Debtors<br>Norton Rose Canada LLP<br>ATTN: Michael Lang | michael.lang@nortonrose.com; |