# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**March 1, 2013 - March 31, 2013**

<u>**Summary of Services Rendered by Project**</u>

| Project Code | Nature of Services | Mar. 2013 Hours |
|:---:|:---|---:|
| 1 | Asset Analysis and Recovery | 5.0 |
| 2 | Business Operations / General Corporate / Real Estate | 4.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | - |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | 6.0 |
| 14 | Litigation / Adversary Proceedings | 175.0 |
| 15 | Travel | 10.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 200.0 |

<u>**Summary of Services Rendered by Professional**</u>

| Name | Mar. 2013 Hours |
|:---|---:|
| Michael Kennedy, Member | 113.0 |
| Matthew Rosenberg, Managing Director | 46.0 |
| Aaron Taylor, Vice President | 41.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| **TOTAL** | 200.0 |

**Nortel Networks, Inc**
March 1, 2013 - March 31, 2013 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | Mar. 2013 Hours | Code |
|---|---|---|---|
| 3/1/2013 | Calls & communication w/ Nortel US management | 1.0 | 2 |
| 3/1/2013 | Discuss asset and claims issues in advance of meeting with creditors | 1.0 | 14 |
| 3/1/2013 | Prepare, review and discuss draft material re allocation & litigation | 4.0 | 14 |
| 3/4/2013 | Prepare, review and discuss draft material re allocation & litigation | 5.0 | 14 |
| 3/5/2013 | Calls & Communication w/ Nortel Management | 1.0 | 2 |
| 3/5/2013 | Prepare, review and discuss material re allocation & litigation | 6.0 | 14 |
| 3/6/2013 | Prepare, review and discuss material re allocation & litigation | 5.0 | 14 |
| 3/6/2013 | Travel to New York | 3.0 | 15 |
| 3/7/2013 | Meet and discuss court matters with US advisors in advance of hearing | 1.0 | 14 |
| 3/7/2013 | Prepare, review and discuss material re allocation & litigation | 3.0 | 14 |
| 3/7/2013 | Attend Court Hearing in Wilmington | 4.0 | 13 |
| 3/7/2013 | Travel to Chicago | 4.0 | 15 |
| 3/8/2013 | Prepare, review and discuss material re allocation & litigation | 2.0 | 14 |
| 3/8/2013 | Calls & Communication w/Cleary and US Advisors | 1.0 | 14 |
| 3/8/2013 | Calls & Communication w/Cleary re litigation | 3.0 | 14 |
| 3/11/2013 | Prepare, review and discuss submission material re allocation & litigation | 3.0 | 14 |
| 3/11/2013 | Review material prepared by management | 2.0 | 14 |
| 3/11/2013 | Calls & Communication w/Cleary re litigation | 2.0 | 14 |
| 3/12/2013 | Calls & Communication w/Cleary re litigation | 1.0 | 14 |
| 3/12/2013 | Prepare, review and discuss documents re: litigation | 3.0 | 14 |
| 3/12/2013 | Prepare, review and discuss submission material re allocation & litigation | 3.0 | 14 |
| 3/13/2013 | Travel to New York | 3.0 | 15 |
| 3/13/2013 | Prepare, review and discuss submission material re allocation & litigation | 4.0 | 14 |
| 3/13/2013 | Calls & communication w/ Nortel US management | 2.0 | 2 |
| 3/14/2013 | Prepare, review and discuss documents re: litigation | 4.0 | 14 |
| 3/15/2013 | Calls & Communication w/Cleary re litigation | 2.0 | 14 |
| 3/15/2013 | Prepare, review and discuss material re allocation & litigation | 4.0 | 14 |
| 3/18/2013 | Calls & Communication w/Cleary re litigation | 1.0 | 14 |
| 3/18/2013 | Prepare, review and discuss material re claim litigation | 4.0 | 14 |
| 3/19/2013 | Prepare, review and discuss material re claim  litigation | 5.0 | 14 |
| 3/22/2013 | Calls & Communication w/Cleary & advisors re litigation | 3.0 | 14 |
| 3/22/2013 | Review cash flash report | 1.0 | 1 |
| 3/25/2013 | Review RM Report | 1.0 | 1 |
| 3/25/2013 | Prepare, review and discuss material re claim documents /settlement | 5.0 | 14 |
| 3/25/2013 | Telephonic Court Hearing | 2.0 | 13 |
| 3/26/2013 | Calls & Communication w/Cleary re 4th estate | 1.0 | 1 |
| 3/26/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 3/27/2013 | Prepare, review and discuss material re allocation & litigation | 5.0 | 14 |
| 3/28/2013 | Review cash flash reports and escrow release material | 2.0 | 1 |
| 3/29/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| | **Mar. 2013 Total** | **113.0** | |

**Nortel Networks, Inc**
March 1, 2013 - March 31, 2013 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | Mar. 2013 Hours | Code |
|------|---------------------|-----------------|------|
| 3/1/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 3/2/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 3/4/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 3/5/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 3/7/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 3/8/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 3/11/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 3/12/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 3/13/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 3/14/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 3/15/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 5.0 | 14 |
| 3/19/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 3/21/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 3/22/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 3/24/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 3/25/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 3/26/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 3/27/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 3/28/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 3/31/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| | **Mar. 2013 Total** | **46.0** | |

**Nortel Networks, Inc**
March 1, 2013 - March 31, 2013 Time Detail
Chilmark Partners, LLC
Aaron Taylor

| Date | Description of Work | Mar. 2013 Hours | Code |
|------|---------------------|-----------------|------|
| 3/1/2013 | Prepare, review and discuss draft material re allocation & litigation | 3.0 | 14 |
| 3/4/2013 | Prepare, review and discuss draft material re allocation & litigation | 2.0 | 14 |
| 3/5/2013 | Prepare, review and discuss draft material re allocation & litigation | 1.0 | 14 |
| 3/6/2013 | Prepare, review and discuss draft material re allocation & litigation | 2.0 | 14 |
| 3/8/2013 | Prepare, review and discuss draft material re allocation & litigation | 1.0 | 14 |
| 3/11/2013 | Prepare, review and discuss draft material re allocation & litigation | 3.0 | 14 |
| 3/12/2013 | Prepare, review and discuss draft material re allocation & litigation | 2.0 | 14 |
| 3/13/2013 | Prepare, review and discuss draft material re allocation & litigation | 1.0 | 14 |
| 3/14/2013 | Prepare, review and discuss draft material re allocation & litigation | 1.0 | 14 |
| 3/15/2013 | Prepare, review and discuss draft material re allocation & litigation | 2.0 | 14 |
| 3/18/2013 | Prepare, review and discuss draft material re allocation & litigation | 3.0 | 14 |
| 3/21/2013 | Prepare, review and discuss draft material re allocation & litigation | 4.0 | 14 |
| 3/22/2013 | Prepare, review and discuss draft material re allocation & litigation | 4.0 | 14 |
| 3/25/2013 | Prepare, review and discuss draft material re allocation & litigation | 3.0 | 14 |
| 3/27/2013 | Prepare, review and discuss draft material re allocation & litigation | 4.0 | 14 |
| 3/28/2013 | Prepare, review and discuss draft material re allocation & litigation | 3.0 | 14 |
| 3/29/2013 | Prepare, review and discuss draft material re allocation & litigation | 2.0 | 14 |

**Mar. 2013 Total**                                                          **41.0**