# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

March 1, 2013 through March 31, 2013

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 3/6/13-3/7/13 | Flight to New York, NY | $ 305.90 |
| Mike Kennedy | 3/6/13-3/7/13 | Hotel (one night) | $ 400.00 |
| Mike Kennedy | 3/6/13-3/7/13 | Ground Transportation | $ 167.26 |
| Mike Kennedy | 3/6/13-3/7/13 | Meals | $ 80.00 |
| **Total Expenses** | | | **$ 953.16** |