IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: Docket No. ___** |
| | : | |

**ORDER GRANTING MOTION TO STRIKE THE JOINT OBJECTION
TO THE AMENDED PROOFS OF CLAIM FILED BY THE NORTEL
NETWORKS UK PENSION TRUST LIMITED (AS TRUSTEE OF THE
NORTEL NETWORKS UK PENSION PLAN) AND THE BOARD OF
THE PENSION PROTECTION FUND**

Upon consideration of the Motion to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund (the "Motion"),[2] seeking an order, pursuant to Federal Rule of Civil Procedure (the "Federal Rules") 12(f) (as made applicable by Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 7012), striking the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund [D.I. 10519] (the "Joint Objection"), filed by the Debtors and the Official Committee of Unsecured

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

[2] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

{BAY:02286821v1}

Creditors (the "Committee") on May 14, 2013, and requiring the Debtors and Committee to file a responsive pleading to the Amended Claims complying with Bankruptcy Rules 7012 and 7008; and the Court having considered any responses to the Motion and having held a hearing on the matter; and the Court further finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and (b) notice of the Motion was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Motion; it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Joint Objection does not constitute an answer complying with Federal Rule 8 (as made applicable by Bankruptcy Rule 7008) or a motion under Federal Rule 12 (as made applicable by Bankruptcy Rule 7012) and is hereby struck in its entirety as procedurally deficient; and it is further

ORDERED that the Debtors and Committee shall file and serve a responsive pleading to the Amended Claims complying with Bankruptcy Rules 7008 and 7012 within five (5) days of entry of this Order; and it is further

ORDERED that the failure to submit a compliant responsive pleading within five (5) days of this Order shall constitute an admission on the Debtors' and Committee's behalf of each of the allegations set forth in the Amended Claims; and it is further

ORDERED that this Court shall retain jurisdiction with respect to the interpretation and implementation of this Order.

Dated: May ___, 2013
Wilmington, Delaware

_____
The Honorable Kevin Gross
Chief United States Bankruptcy Judge