IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 10598** |

## DECLARATION OF JUSTIN R. ALBERTO

1. I am an attorney at law admitted in the State of Delaware, and I am an associate of the law firm of Bayard, P.A., attorneys for the Trustee (the "Trustee") of Nortel Networks U.K. Pension Plan and the Board of the Pension Protection Fund (the "PPF" and, together with the Trustee, the "U.K. Pension Claimants") in the above-captioned proceeding.

2. I submit this declaration in support of the U.K. Pension Claimants' Motion to Strike the Joint Objection to the Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund [D.I. 10598]. Except where otherwise stated, the facts contained in this declaration are based upon my personal knowledge and, if called to testify, I could and would testify competently to such facts.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

{BAY:02286835v1}

3. Annexed hereto as <u>Exhibit A</u> is a true and correct copy of the Joint Objection to the Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund, dated May 14, 2013 [D.I. 10519].

4. Annexed hereto as <u>Exhibit B</u> is a true and correct copy of the Amended Proof of Claim of Nortel Networks UK Pension Plan and the Board of the Pension Protection Fund, filed against NNI, dated September 5, 2012.

5. Annexed hereto as <u>Exhibit C</u> is a true and correct copy of excerpts of the transcript of the hearing on March 7, 2013 in the United States Bankruptcy Court for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2013
       Wilmington, Delaware

                                              Justin R. Alberto

*9607207*

{BAY:02286835v1}                 - 2 -