# **EXHIBIT C**

```
                IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138(KG)
                                )    (Jointly Administered)
NORTEL NETWORKS, INC.,          )
      et al.,                   )    Chapter 11

                                )    Courtroom 3
                                )    824 Market Street
          Debtors.              )    Wilmington, Delaware
                                )
                                )    March 7, 2013
                                )    10:00 a.m.

                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JUDGE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:            Morris Nichols Arsht & Tunnell, LLP
                        BY: DEREK ABBOTT, ESQ.
                        BY: ANN CORDO, ESQ.
                        1201 North Market St., 18th Floor
                        Wilmington, DE  19899-1347
                        (302) 351-9357

                        Cleary Gottlieb Steen & Hamilton
                        BY: LISA SCHWEITZER, ESQ.
                        BY: HOWARD ZELBO, ESQ.
                        BY: JAMES BROMLEY, ESQ.
                        One Liberty Plaza
                        New York, NY  10006
                        (212) 225-2000



ECRO:                   GINGER MACE

Transcription Service:  DIAZ DATA SERVICES, LLC
                        331 Schuylkill Street
                        Harrisburg, Pennsylvania 17110
                        (717) 233-6664
                        www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For the Creditors'       Richards Layton & Finger
Committee:               BY: CHRIS SAMIS, ESQ.
                         One Rodney Square
                         920 North King Street
                         Wilmington, DE  19801
                         (302) 651-7531

                         Akin Gump Strauss Hauer & Feld
                         BY: DAVID BOTTER, ESQ.
                         BY: ABID QURESHI, ESQ.
                         BY: FRED HODARA, ESQ.
                         One Bryant Park
                         New York, NY  10035
                         (212) 872-1000

For the EMEA             Young Conaway Stargatt & Taylor,
Debtors:                 LLP
                         BY: EDWIN J. HARRON, ESQ.
                         Rodney Square
                         1000 North King Street
                         Wilmington, Delaware  19801
                         (302) 571-6703

                         Herbert Smith
                         BY: STEPHEN GALE, ESQ.
                         Exchange House, Primrose Street
                         London EC2A 2EG
                         +44 20 7466 2878

                         Hughes Hubbard & Reed LLP
                         BY: DEREK ADLER, ESQ.
                         BY: CHARLES HUBERTY, ESQ.
                         One Battery Park Plaza
                         New York, NY  10005
                         (212) 837-6068

For LTD Committee:       Elliott Greenleaf
                         BY: ERIC SUTTY, ESQ.
                         1105 Market Street, Suite 1700
                         Wilmington, DE  19801
                         (302) 384-9400

For Bank of New York     Latham & Watkins
Melon:                   BY: MICHAEL RIELA, ESQ.
                         885 Third Avenue
                         New York, NY  10022-4834
                         (212) 906-1373
```

*denotes audio break*.

```
For U. S. Trustee:      Office of the U. S. Trustee
                        BY: MARK KENNEY, ESQ.
                        844 King Street, Ste. 2207
                        Lockbox 35
                        Wilmington, DE  19801
                        (302) 573-6491

For Monitor:            Buchanan Ingersoll & Rooney, PC
                        BY: KATHLEEN A. MURPHY, ESQ.
                        1105 North Market St., Ste. 1900
                        Wilmington, DE  19801-1054
                        (302) 552-4214

                        Allen & Overy
                        BY: JOSEPH BADTKE-BERKOW, ESQ.
                        BY: DANIEL GUYDER, ESQ.
                        1221 Avenue of the Americas
                        New York, NY  10020
                        (212) 610-6417

For UK Pension
Claimants:              Bayard, PA
                        BY: JUSTIN R. ALBERTO, ESQ.
                        222 Delaware Ave., Ste. 900
                        Wilmington DE  19899
                        (302) 429-4226

                        Willkie Farr & Gallagher, LLP
                        BY: BRIAN O'CONNOR, ESQ.
                        BY: SAMEER ADVANI, ESQ.
                        787 Seventh Avenue
                        New York, NY  10019-6099
                        (212) 728-8000

For Law Debenture:      Patterson Belknap Webb & Taylor,
                        LLP
                        BY: BRIAN GUINEY, ESQ.
                        1133 Avenue of the Americas
                        New York, NY  10036
                        (212) 336-2305

                        Morris James LLP
                        BY: STEPHEN M. MILLER, ESQ.
                        500 Delaware Avenue, Ste. 1500
                        Wilmington, DE  19801-1494
                        (302) 888-6853
```

*\* denotes audio break.*

```
For Ad Hoc Bond Group:    Milbank Tweed Hadley & McCloy
                          BY: DENNIS DUNNE, ESQ.
                          BY: ANDREW LEBLANC, ESQ.
                          One Chase Manhattan Plaza
                          New York, NY  10005
                          (212) 530-5000

                          Pachulski Stang Ziehl & Jones
                          BY: KATHLEEN P. MAKOWSKI, ESQ.
                          919 North Market St., 17th Floor
                          Wilmington, DE  19801
                          (302) 778-6417

TELEPHONIC APPEARANCES:

For HBK Capital
Management:               HBK Capital Management
                          BY: ERIC BILMES
                          (212) 588-5115

For Nortel UK:            Willkie Farr & Gallagher, LLP
                          BY: ANDREN HANRAHAN, ESQ.
                          (212) 728-8179

For Aurelius:             Kramer Levin Naftalis & Frankel,LLP
                          BY: DAVID E. BLABEY, JR., ESQ.
                          (212) 715-9100

For Interested Party:     Dow Jones & Company
                          BY: PEG BRICKLEY
                          (215) 462-0953

For Interested Party:     PSAM, LP
                          BY: PHILIP E. BROWN
                          (212) 649-9596

For UK Pension Plan:      Hogan Lovells, US, LLP
                          BY: MATTHEW BULLEN
                          (212) 728-8881

For Macquarie Bank:       Macquarie Capital (USA), Inc.
                          BY: SUSAN S. CHEN
                          (212) 231-2386

For Ad Hoc Committee:     Milbank Tweeed Hadley & McCloy
                          BY: CINDY CHEN DELANO, ESQ.
                          (212) 530-8978
```

*denotes audio break*.

```
For Bank of America:      Bank of America
                          BY: ESTHER CHUNG
                          (646) 855-6705


For U.S. Debtors
& Canada:                 Torys
                          BY: ADAM SLAVENS


For Interested Party:     Young Conaway Stargatt & Taylor
                          BY: SIMON FREEMANTLE, ESQ.
                          (302) 571-5732


For Official Committee
Of Unsecured Creditors:   Akin Gump Strauss Hauer & Feld
                          BY: BRAD KHAN, ESQ.
                          (310) 552-6431


For James Kim:            Symphony Asset Management
                          BY: JAMES KIM
                          (415) 676-4094


For Interested Party:     Farallon Capital Management
                          BY: MICHAEL LINN
                          (415) 421-2132


For Nortel Networks UK    Herbert Smith
(Joint Administrator):    BY: PHILLIP LIS, ESQ.
                          (302) 571-6710


For Law Debenture         Patterson Belknap Webb & Tyler
Trust Company of NY:      BY: DANIEL A. LOWENTHAL, ESQ.
                          (212) 336-2720


For Morgan Stanley:       Morgan Stanley - New York
                          BY: JIM C. MARTIN
                          (212) 761-1952


For Interested Party:     Barclays Capital, Inc.
                          BY: OLIVIA MAURO
                          (212) 412-6773


For Interested Party:     In Pro Per/Pro se
                          BY: RYAN POLISI
                          (212) 612-1472


For Interested Party:     Young Conaway Stargatt & Taylor
                          BY: DAVID QUANE
                          (302)571-5732
```

*denotes audio break*.

```
For Interested Party:    Chilmark Partners
                         BY: MATTHEW ROSENBERG
                         (312) 984-9711

For Creditor:            Cletus Capital
                         BY: HONDO SEN
                         (203) 552-3528

For Citi:                Citi Capital Advisors
                         BY: REBECCA J. SONG
                         (212) 559-9933

For Interested Party:    Brigade Capital Management
                         BY: DAVID YOU
                         (212) 745-9703

For Interested Party:    Aurelius Capital Management, LP
                         BY: MATTHEW A. ZLOTO
                         (646) 445-6518

For Jack Mui:            Kamunting Street
                         BY: GREGOR DANNACHER
                         (203) 541-4243

For Canadian Debrors:    Kerik Dave
```

1

*denotes audio break*.

1           MR. O'CONNOR:  It was our understanding, based
2  upon the Courts' orders, that the focus of this hearing
3  today was on the allocation dispute.
4           THE COURT:  Absolutely.
5           MR. O'CONNOR:  And not on a schedule for dealing
6  with individual claims.
7           THE COURT:  That's correct.
8           MR. O'CONNOR:  And -- but I would like to say two
9  things about that, Your Honor.  If there is a schedule that
10 Your Honors impose, the first thing that has to be done is
11 the U.S. Debtors have got to respond to the amended proofs
12 of claim that have been filed by the UK Pension Claimants.
13 You'll recall, a little over a year ago, or almost a year
14 ago, the U.S. Debtors made a motion in June of 2011,
15 contending that our claims were too vague.
16          THE COURT:  Right.
17          MR. O'CONNOR:  They were too ambiguous.  They
18 weren't able to respond to them.  So they asked Your Honor
19 to apply Rule 7012 of the Federal Bankruptcy Rules.  And to
20 require us to provide a more definite statement.
21          THE COURT:  Absolutely.
22          MR. O'CONNOR:  We said we had no problem doing
23 that.  We asked for more time.  Your Honor gave us a bit
24 more time.  In the end, we filed a hundred page more
25 definite statement in the form of an adversary complaint.

                    **\*** *denotes audio break*.

1    And under the rules, since you applied 7012, they had 14
2    days to respond to that, which they didn't do, and they
3    still haven't done.  We certainly think it makes sense,
4    before we start talking about discovery, to know what
5    aspects of that pleading do the Debtors object to.  It makes
6    no sense drafting discovery requests, until we know what
7    material facts are in dispute.
8           So we would submit, Your Honor, that if it does
9    come to the point where the Courts are imposing a schedule,
10   the first thing that has to be done is there has to be time
11   built in for them to respond to our complaint before any
12   discovery requests are propounded.
13          THE COURT:  All right.  I appreciate that.
14          MR. O'CONNOR:  And finally, Your Honor, we do not
15   believe our claims are part of the allocation process.  Our
16   claims are independent claims under the UK Law that unlike
17   the EMEA claims, are not dependent upon a finding of a
18   legally cognizable tort of some kind in the United States or
19   in the UK  They're based on the very particular UK Statute
20   which affords a great deal of discretion to the
21   determination's panel to decide whether it's reasonable
22   under all the facts and circumstances to require financial
23   support.
24          So we don't think that our claims should be
25   adjudicated again together with the allocation dispute.

               **\*** *denotes audio break*.

1  accomplish that.

2          MR. BROMLEY: Well, we are down the street from
3  the Flyers so --

4                        (Laughter)

5          THE COURT: Yes, yes.

6          MR. BROMLEY: But, Your Honor, look, the fact of
7  the matter is is that we've done this before, right? It's
8  not just the sales. We've had purchase price disputes after
9  the sales, where the EMEA Debtor stood up with us together
10 and said, you guys decide, both of you together, and make  *
11 agree with us. They were perfectly okay with that.

12         THE COURT: Yes.

13         MR. BROMLEY: That was going to be a contested
14 matter. We were going to have a contested matter in both
15 hearings at the same time. This Court, Justice Morawetz, on
16 issues relating to a common interest, it was fine with them
17 because it benefitted them. It is ridiculous that we're
18 still standing here in 2013 and we're not going anywhere, if
19 we follow the path that the EMEA Debtors and now the UK
20 Pension parties would like us to follow.

21         And in terms of Mr. O'Connor's request that we
22 answer things. Your Honor, we were here in August last
23 year. We wanted to move forward and move forward quickly.

24         THE COURT: Yes.

25         MR. BROMLEY: And, Your Honor, told us to stand

                    * *denotes audio break*.

1 down.

2       THE COURT: Right.

3       MR. BROMLEY: You tell us to stand up, and we
4 will move as fast as you tell us to move. And we want it to
5 be fast.

6       And in terms of the issue that was raised by the
7 Monitor and the Canadian Debtors about an inconsistency
8 between the protocol that was submitted a year and a half
9 ago, and the protocol submitted --

10       THE COURT: Yes.

11       MR. BROMLEY: -- this week. We actually don't
12 think there's substantial differences. We do leave it up to
13 Your Honors to decide. We do say though that there have
14 been a couple of things that have changed. We have
15 dismissed half of the claims of the EMEA Debtors here in the
16 U.S. That had not happened back then. We also say that
17 it's very clear, we need to proceed with the UK Pension
18 claims and the EMEA claims together. That was not addressed
19 at all in the protocol from 2011. Because of the same facts
20 and circumstances that are being alleged by Mr. O'Connor's
21 clients are the same facts and circumstances that are being
22 alleged by the joint administrators. They have to be dealt
23 with together and they have to be dealt with first. We
24 wanted to deal with them first so that the allocation issues
25 would be divorced from the claims issues. Because once you

      **\*** *denotes audio break*.