IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_** |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD WITH
RESPECT TO MOTION TO STRIKE THE JOINT OBJECTION TO THE
AMENDED PROOFS OF CLAIM FILED BY THE NORTEL NETWORKS UK
PENSION TRUST LIMITED (AS TRUSTEE OF THE NORTEL NETWORKS UK
PENSION PLAN) AND THE BOARD OF THE PENSION PROTECTION FUND**

Upon the Motion (the "Motion to Shorten")[2] of the U.K. Pension Claimants for an order shortening the notice period with respect to the Motion; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion to Shorten as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that cause exists to grant the relief requested in the Motion to Shorten; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion to Shorten is **GRANTED**; and it is further

**ORDERED** that the Court will consider the Motion at a hearing scheduled for May \_\_\_, 2013 at \_\_\_:\_\_\_. (prevailing eastern time); and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332) ("NNI"), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226) ("NN CALA").

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

{BAY:02286845v1}

{BAY:02286845v1}

**ORDERED** that objections, if any, to the relief sought in the Motion may be raised on or before May ___, 2013 at ___:___ (prevailing eastern time); and it is further

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  May ___, 2013
Wilmington, Delaware

---------------------------------------------------
The Honorable Kevin Gross
Chief United States Bankruptcy Judge