## Certificate of Service

I, Justin R. Alberto, Esquire, hereby certify that on this 20th day of May, 2013, I caused a copy of the foregoing **Motion to Shorten Notice Period With Respect to Motion to Strike the Joint Objection to the Amended Proofs of Claim Filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund** to be served via email and first class mail on the parties listed on the attached service list.

Dated: May 20, 2013
       Wilmington, Delaware        */s/ Justin R. Alberto*
                                            Justin R. Alberto (No. 5126)

| | |
|---|---|
| Derek C. Abbott, Esq.<br>Ann C. Cordo, Esq.<br>*Morris Nichols Arsht & Tunnell*<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>Email:  dabbott@mnat.com<br>         acordo@mnat.com | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Drew G. Sloan, Esq.<br>*Richards Layton & Finger*<br>One Rodney Square<br>920 N King St<br>Wilmington, Delaware 19801<br>Email:  collins@rlf.com<br>         samis@rlf.com<br>         dsloan@rlf.com |
| Deborah M. Buell, Esq.<br>James L. Bromley, Esq.<br>Lisa M. Schwitzer, Esq.<br>Neil P. Forrest, Esq.<br>*Cleary Gottlieb*<br>One Liberty Plaza<br>New York, New York 10006<br>Email:  dbuell@cgsh.com<br>         jbromley@cgsh.com<br>         lschweitzer@cgsh.com<br>         nforrest@cgsh.com | Dennis F. Dunne, Esquire<br>Alebrt A. Pisa, Esquire<br>Andrew M. Leblanc, Esquire<br>Thomas J. Matz, Esquire<br>*Milbank, Tweed, Hadley &*<br>*McCloy LLP*<br>One Chase Manhattan Plaza<br>New York, New York  10005-1413<br>Email:  ddunne@milbank.com<br>         apisa@milbank.com<br>         aleblanc@milbank.com<br>         tmatz@milbank.com |
| Fred S. Hodara, Esquire<br>David H. Botter, Esquire<br>Lisa Beckerman, Esquire<br>Joshua Sturm, Esquire<br>*Akin Gump Strauss Hauer*<br>*& Feld LLP*<br>One Bryant Park<br>New York, New York 10036<br>Email:  fhodara@akingump.com<br>         dbotter@akingump.com<br>         lbeckerman@akingump.com<br>         jsturm@akingump.com | Derek J.T. Adler, Esquire<br>Amera Z. Chowhan, Esquire<br>Gabrielle Glemann, Esquire<br>Charles H. Huberty, Esquire<br>*Hughes Hubbard*<br>One Battery Park Plaza<br>New York, New York 10004<br>Email:  adler@hugheshubbard.com<br>         chowhan@hugheshubbard.com<br>         glemann@hugheshubbard.com<br>         huberty@hugheshubbard.com |
| Kevin Lloyd, Esquire<br>John Whiteoak, Esquire<br>Richard Lawton, Esquire<br>*Herbert Smith Freehills LLP*<br>Exchange House<br>Primrose Street<br>London EC2A 2HS<br>Email:  kevin.lloyd@hsf.com<br>         john.whiteoak@hsf.com<br>         richard.lawton@hsf.com | Selinda A. Melnik, Esquire<br>*DLA Piper LLP (US)*<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>Email: selinda.melnik@dlapiper.com |

| | |
|---|---|
| Daniel A. Lowenthal, Esquire<br>Brian P. Guiney, Esquire<br>*Patterson Belknap Webb & Tyler LLP*<br>1133 Avenue of the Americas<br>New York, New York 10036-6710<br>Email:   dalowenthal@pbwt.com<br>            bguiney@pbwt.com | Michael J. Riela, Esquire<br>*Latham & Watkins LLP*<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>Email:   michael.riela@lw.com |
| Craig A. Barbarosh, Esquire<br>David A. Crichlow, Esquire<br>Karen B. Dine, Esquire<br>Kevin M. Baum, Esquire<br>*Katten Muchin Rosenman LLP*<br>575 Madison Avenue<br>New York, New York 10022-2585<br>Email:   craig.barbarosh@kattenlaw.com<br>            david.crichlow@kattenlaw.com<br>            karen.dine@kattenlaw.com<br>            kevin.baum@kattenlaw.com | Stephen M. Miller, Esquire<br>*Morris James LLP*<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899-2306<br>Email:   smiller@morrisjames.com |
| Mary F. Caloway, Esquire<br>Kathleen A. Murphy, Esquire<br>*Buchanan Ingersoll & Rooney PC*<br>1105 North Market Street, Suite 1900<br>Wilmington, Delaware 19801<br>Email:   mary.caloway@bipc.com<br>            kathleen.murphy@bipc.com | Richard B. Swan, Esquire<br>Gavin H. Finlayson, Esquire<br>*Bennett Jones LLP*<br>3400 One First Canadian Place<br>P.O. Box 130<br>Toronto, Ontario, M5X 1A4<br>Email:   swanr@bennettjones.com<br>            finlaysong@bennettjones.com |
| Laura Davis Jones, Esquire<br>Kathleen P. Makowski, Esquire<br>*Pachulski Stang Ziehl & Jones LLP*<br>919 N. Market St. 17th Fl.<br>Wilmington, Delaware 19899-8705<br>Email:   ljones@pszjlaw.com<br>            kmakowski@pszjlaw.com | Patrick Tinker, Esquire<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801-3519<br>Email:   thomas.p.tinker@usdoj.gov |
| James L. Patton, Esquire<br>Edwin J. Harron, Esquire<br>John T. Dorsey, Esquire<br>Jamie Luton Chapman, Esquire<br>*Young Conaway Stargatt & Taylor LLP*<br>The Brandywine Bldg 17th Fl.<br>1000 West Street<br>Wilmington, Delaware 19801<br>Email:   jpatton@ycst.com<br>            eharron@ycst.com<br>            jdorsey@ycst.com<br>            jchapman@ycst.com | Amit Kurlekar, Esquire<br>*Akin Gump Strauss Hauer & Feld LLP*<br>580 California Street, Suite 1500<br>San Francisco, California 94104<br>Email:   akurlekar@akingump.com |

{BAY:02286814v1}

| | |
|---|---|
| Ryan Jacobs, Esquire<br>Shayne Kukulowicz, Esquire<br>Michael Wunder, Esquire<br>*Dentons*<br>77 King Street West,<br>Suite 400 Toronto-Dominion Centre<br>Toronto, Ontario  M5K 0A1<br>Email:<br>    shayne.kukulowicz@dentons.com<br>    michael.wunder@dentons.com<br>    ryan.jacobs@dentons.com | Jay Carfagnini, Esquire<br>Jessica Kimmel, Esquire<br>*Goodmans LLP*<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto Ontario, M5H 2S7<br>Email:    jcarfagnini@goodmans.ca<br>              jkimmel@goodwins.ca |
| Mark Zigler, Esquire<br>Susan Philpott, Esquire<br>Ari N. Kaplan, Esquire<br>Barbara Walancik, Esquire<br>*Koskie Minsky LLP*<br>20 Queen Street West, Suite 900<br>Email:    mzigler@kmlaw.ca<br>              sphilpott@kmlaw.ca<br>              akaplan@kmlaw.ca<br>              bwalancik@ca.com | Barbara J. Boake, Esquire<br>R. Paul Steep, Esquire<br>Elder Marques, Esquire<br>Byron Shaw, Esquire<br>James D. Gage, Esquire<br>*McCarthy Tetrault*<br>Box 48, Suite 5300,<br>Toronto Dominion Bank Tower<br>Toronto, Ontario  M5K 1E6<br>Email:    bboake@mccarthy.ca<br>              psteep@mccarthy.ca<br>              emarques@mccarthy.ca<br>              bshaw@mccarthy.ca<br>              jgage@mccarthy.ca |
| Edmond Lamek, Esquire<br>John D. Marshall, Esquire<br>Craig J. Hill, Esquire<br>*Borden Ladner Gervais*<br>Scotia Plaza<br>40 King Street West, 44th Floor<br>Toronto, Ontario  M5H 3Y4<br>Email:    jmarshall@blgcanada.com<br>              jmarshall@blgcanada.com<br>              chill@blgcanada.com | John Salmas, Esquire<br>Kenneth Kraft, Esquire<br>Sara Van Allen, Esquire<br>*Heenan Blaikie LLP*<br>Bay Adelaide Centre<br>P.O. Box 2900<br>333 Bay Street, Suite 2900<br>Toronto, Ontario  M5H 2T4<br>Email:    jsalmas@heenan.ca<br>              kkraft@heenan.ca<br>              svanallen@heenan.ca |
| Janice Payne, Esquire<br>Steven Levitt, Esquire<br>Christopher C. Rootham, Esquire<br>Ainslie Benedict, Esquire<br>*Nelligan O'Brien Payne*<br>50 O'Connor, Suite 1500<br>Ottawa, Ontario  K1P 6L2<br>Email:    janice.payne@nelligan.ca<br>              steven.levitt@nelligan.ca<br>              christopher.rootham@nelligan.ca<br>              ainslie.benedict@nelligan.ca | Arthur Jacques, Esquire<br>Thomas McCrae, Esquire<br>*Shibley Righton LLP*<br>250 University Avenue, Suite 700<br>Toronto, Ontario  M5H 3E5<br>Email:<br>    arthur.jacques@shibleyrighton.ca<br>    thomas.mcrae@shibleyrighton.ca |

| | |
|---|---|
| Sean Campbell, Esquire<br>Robin Schwill, Esquire<br>*Davis Ward Phillips & Vineberg LLP*<br>155 Wellington Street West<br>Toronto, Ontario  M5V 3J7<br>Email:   scampbell@dwpv.com<br>             rschwill@dwpv.com | Matthew Gottlieb, Esquire<br>*Lax O'Sullivan Scott Lisus LLP*<br>145 King Street West<br>Suite 1920<br>Toronto, Ontario  M5H 1J8<br>Email:   mgottlieb@counsel-toronto.com |
| Lily Harmer, Esquire<br>Tina Lie, Esquire<br>Ken Rosenberg, Esquire<br>Max Starnino, Esquire<br>*Paliare Roland Rosenberg Rothstein LLP*<br>155 Wellington St. West, 35th Floor<br>Toronto, Ontario M5V 3H1<br>Email:<br>   ken.rosenberg@paliareroland.com<br>   lily.harmer@paliareroland.com<br>   tina.lie@paliareroland.com<br>   max.starnino@paliareroland.com | Lyndon Barnes, Esquire<br>Edward Sellers, Esquire<br>Adam Hirsch, Esquire<br>Betsy Putnam, Esquire<br>*Osler Hoskin & Harcourt LLP*<br>100 King Street West<br>1 First Canadian Place, Suite 6100<br>P.O. Box 50<br>Toronto, Ontario  M5X 1B8<br>Email:   lbarnes@osler.com<br>             esellers@osler.com<br>             ahirsch@osler.com<br>             eputnam@osler.com |
| Sheryl E. Seigel, Esquire<br>*McMillan LLP*<br>Brookfield Place, Suite 4400<br>181 Bay Street<br>Toronto, Ontario  M5J 2T3<br>Email:   seryl.seigel@mcmillan.ca | William P. Bowden, Esquire<br>*Ashby & Geddes, P.A.*<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Email: wbowden@ashby-geddes.com |
| Scott Bomhof, Esquire<br>Tony Demarinis, Esquire<br>Andrew Gray, Esquire<br>Adam Slavens, Esquire<br>*Torys LLP*<br>Suite 3000<br>79 Wellington Street West<br>Box 270, TD Centre<br>Toronto, ON M5K 1N2<br>Email:   sbomhof@torys.com<br>             tdemarinis@torys.com<br>             agray@torys.com<br>             aslavens@torys.com | Derrick Tay, Esquire<br>Jennifer Stam, Esquire<br>*Gowling Lafleur Henderson LLP*<br>1 First Canadian Place<br>100 King Street West, Suite 1600<br>Toronto, Ontario M5X 1G5<br>Email:   derrick.tay@gowlings.com<br>             jennifer.stam@gowlings.com |

{BAY:02286814v1}

| | |
|---|---|
| Michael Lang, Esquire<br>*Norton Rose Canada LLP*<br>Suite 3800, Royal Bank Plaza, South Tower, 200 Bay Street, P.O. Box 84<br>Toronto, Ontario  M5J 2Z4<br>Email:   michael.lang@nortonrose.com | Ken Coleman, Esquire<br>Daniel Guyder, Esquire<br>Paul Keller, Esquire<br>Laura Hall, Esquire<br>*Allen & Overy LLP*<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email:   ken.coleman@allenovery.com<br>           daniel.guyder@allenovery.com<br>           paul.keller@allenovery.com<br>           laura.hall@allenovery.com |
| Bruce Leonard, Esquire<br>David Ward, Esquire<br>Bill Burden, Esquire<br>Christopher Horkins, Esquire<br>*Cassels Brock & Blackwell LLP*<br>Suite 2100, Scotia Plaza<br>40 King Street West<br>Toronto, Ontario  M5H 3C2<br>Email:   bleonard@casselsbrock.com<br>           dward@casselsbrock.com<br>           bburden@casselsbrock.com<br>           chorkins@casselsbrock.com | D.J. Miller, Esquire<br>Michael Barrack, Esquire<br>*Thornton Grout Finnigan LLP*<br>Suite 3200,<br>100 Wellington Street West<br>P.O. Box 329, Toronto-Dominion Centre<br>Toronto, Ontario  M5K 1K7<br>Email:   djmiller@tgf.ca<br>           mbarrack@tgf.ca |
| Angela Dimsdale Gill, Esquire<br>Matthew Bullen, Esquire<br>John Tillman, Esquire<br>Hogan Lovells International LLP<br>Atlantic House<br>Holborn Viaduct<br>London, EC1A 2FG  United Kingdom<br>Email: amdg@hoganlovells.com<br>         matthew.bullen@hoganlovells.com<br>         john.tillman@hoganlovells.com | |