# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 10537** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 16, 2013, I caused to be served the "Notice of Motion to Approve Allocation Position of US Debtors and Official Committee of Unsecured Creditors," dated May 16, 2013, to which was attached the "Motion to Approve Allocation Position of US Debtors and Official Committee of Unsecured Creditors," dated May 16, 2013 [Docket No. 10537], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
20th day of May, 2013

_____
Notary Public

Kerry O'Neil

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AJASSOCIÉS | ATTN: NICOLAS GRICOURT 10 ALLÉE PIERRE DE COUBERTIN VERSAILLES 78000 FRANCE |
| CANADIAN CREDITORS - CANADIAN AUTOWORKERS UNION | ATTN: LEWIS GOTTHEIL, BARRY WADSWORTH 205 PLACER COURT TORONTO ON M2H 3H9 CANADA |
| CANADIAN CREDITORS - SUPERINTENDENT OF FINANCIAL | SERVICES IN HIS CAPICITY AS ADMINISTRATOR OF THE PENSION BENEFITS GUARANTEE FUND ATTN: LILY HARMER, TINA LIE, KEN ROSENBERG, MAX ST PALIARE ROLAND ROSENBERG ROTHSTEIN LLP 50 O'CONNOR     SUITE 1500 OTTAWA ON K1P 6L2 CANADA |
| CANADIAN DEBTORS | ATTN: MICHAEL LANG NORTON ROSE CANADA LLP 1SUITE 3800 ROYAL BANK PLAZA, SOUTH TOWER 200 BAY STREET, PO BOX 84 TORONTO ON M5J 2Z4 CANADA |
| CANADIAN DEBTORS | DERRICK TAY, JENNIFER STAM GOWLING LAFLEUR HENDERSON LLP 1 FIRST CANADIAN PLACE, 100 KING STREET WEST, SUITE 1600 TORONTO ON M5X 1G5 CANADA |
| COSME ROGEAU | 25 AVENUE HOCHE VERSAILLES 78000 FRANCE |
| DIRECTORS AND OFFICERS | ATTN: LYNDON BARNES, EDWARD SELLERS, ADAM HIRSCH; BETSY PUTNAM,  OSLER HOSKIN AND HARCOURT LLP,  100 KING STREET WEST 1 FIRST CANADIAN PLACE P.O. BOX 50, SUITE 6100, TORONTO ON M5X 1B8 CANADA |
| ERNST & YOUNG | ATTN: YARON HAR-ZVI 3 AMINADAV STREET, TEL AVIV 67067 ISRAEL |
| FRENCH LIQUIDATOR | ATTN: EDOURD FABRE, RAJEEV SHARMA FOKEER FTPA, 1 BIS, AVENUE FOCH PARIS 75116 FRANCE |
| INDENTURE TRUSTEE - BANK OF NEW YORK MELLON | ATTN: SHERYL E. SEIGEL MCMILLAN LLP BROOKFIELD PLACE, SUITE 4400 181 BAY STREET TORONTO ON M5J 2T3 CANADA |
| INDENTURE TRUSTEE - BANK OF NEW YORK MELLON | ATTN: MICHAEL J. RIELA, ROBERT J. ROSENBERG LATHAM & WATKINS LLP 885 THIRD AVENUE, SUITE 1000 NEW YORK NY 10022 |
| INDENTURE TRUSTEE - BANK OF NEW YORK MELLON | ATTN: WILLIAM P. BOWDEN ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, P.O. BOX 1150 WILMINGTON DE 19899 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: EDMOND LAMEK, JOHN D. MARSHALL, CRAIG J. HILL,  BORDEN LADNER GERVAIS SCOTIA PLAZA, 40 KING STREET WEST, 44TH FLOOR TORONTO ON M5H 3Y4 CANADA |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: DANIEL A. LOWENTHAL, BRIAN P. GUINEY PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: STEPHEN M. MILLER, COURTNEY R. HAMILTON MORRIS JAMES LLP 500 DELAWARE AVENUE, SUITE 1500, P.O. BOX 2306 WILMINGTON DE 19899-2306 |
| NORTEL CANADIAN CONTINUING EMPLOYEES (NCCE) | ATTN: JANICE PAYNE, STEVEN LEVITT, CHRISTOPHER C. ROOTHAM, AINSLIE BENEDICT NELLIGAN O'BRIEN PAYNE 50 O'CONNOR, SUITE 1500, OTTAWA ON K1P 6L2 CANADA |
| NORTEL CANADIAN CONTINUING EMPLOYEES (NCCE) | ATTN: ARTHUR JACQUES, THOMAS MCCRAE SHIBLEY RIGHTON LLP 250 UNIVERSITY AVENUE SUITE 700 TORONTO ON M5H 3E5 CANADA |
| NORTEL COMMUNICATIONS HOLDINGS (1997) LIMITED | 14TH FLOOR, 35 EFAL STREET PETAH TIKVA ISRAEL |
| NORTEL COMMUNICATIONS HOLDINGS (1997) LIMITED | HAYARDEN STREET AI BEN-GURION AIRPORT CITY CENTRE PO BOX 266 TEL AVIV 70100 ISRAEL |
| NORTEL GMBH | MAIN AIRPORT CENTER UNTERSCHEWEINSTIEGE 6 FRANKFURT AM MAIN 60549 GERMANY |
| NORTEL GMBH, ATTN: ALAN BLOOM/ | CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (AUSTRIA) GMBH | C/O BDO AUSTRIA GMGH, FISCHHOF 316 WIEN 1010 AUSTRIA |
| NORTEL NETWORKS (AUSTRIA) GMBH, ATTN: ALAN | BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS (IRELAND) LIMITED | MERVUE BUSINESS PARK MERVUE, GALWAY IRELAND |
| NORTEL NETWORKS (IRELAND) LIMITED | ATTN: ALAN BLOOM/CHRISTOPHER HILL ERNST & YOUNG LLP , 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS AB | NORTEL NETWORKS FILIAL AF NORTEL NETWORKS AKTIEBOLAG LAUTRUPSGADE 11 COPENHAGEN 5 2100 DENMARK |

| Claim Name | Address Information |
|---|---|
| NORTEL NETWORKS AB | C/O BDO STOCKHOLM AB BOX 241 15, STOCKHOLM 104 51 SWEDEN |
| NORTEL NETWORKS AB | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS B.V. | EVERT VAN DE BEEKSTRAAT,<br>310 SCHIPHOL AIRPORT SCHIPHOL 1118 CX THE NETHERLANDS |
| NORTEL NETWORKS B.V. | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS ENGINEERING SERVICE KFT. | NAGY JENO UTCA 10 BUDAPEST 1126 HUNGARY |
| NORTEL NETWORKS ENGINEERING SERVICE KFT. | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS FRANCE S.A.S. | CENTRE D'AFFAIRES PARC LUMIERE 46, AVENUE DES FRERES LUMIERE TRAPPES 78190 FRANCE |
| NORTEL NETWORKS FRANCE S.A.S. | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS GLOBAL CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS GLOBAL CORPORATION | NORTEL NETWORKS GLOBAL CORPORATION<br>SHANGHAI, CHINA - REPRESENTATIVE OFFICE<br>11/F, ETON PLACE 69 DONGFANG ROAD SHANGHAI 200/20 CHINA |
| NORTEL NETWORKS GLOBAL CORPORATION | C/O PRAGMA GROUP<br>QUANTUM TOWER, 6TH FLOOR CHARLES MALEK AVENUE ASHRAFIEH, BEIRUT LEBANON |
| NORTEL NETWORKS GLOBAL CORPORATION | OUTSOURCING DIVISION<br>BDO (RUSSIA) 9, MALAYA SEMENOVSKAYA STR.,BLDG. 3 MOSCOW 107023 RUSSIA |
| NORTEL NETWORKS HISPANIA, S.A. | CAMINO DEL CERRO DE LOS GAMOS NO. 1 EDIFICIO 6,  28.224 POZUELO DE ALARC?N MADRID SPAIN |
| NORTEL NETWORKS HISPANIA, S.A. | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION BEIJING REPRESENTATIVE OFFICE NO. 6, WANGJING DONG LU CHAOYANG DISTRICT, BEIJING 100102 PEOPLE'S REPUBLIC OF CHINA |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION<br>PORT OF SPAIN, TRINIDAD REPRESENTATIVE OFFICE 5/7 SWEET BRIAR ROAD ST. CLAIR TRINIDAD |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION<br>HO CHI MINH CITY, VIETNAM - REP OFFICE REGUS, ME LINH POINT TOWER, 6F & 7F, ME LINH POINT DISTRICT 1, HO CHI MINH CITY VIETNAM |
| NORTEL NETWORKS INTERNATIONAL CORPORATION | NORTEL NETWORKS INTERNATIONAL CORPORATION<br>HANOI, VIETNAM - REPRESENTATIVE OFFICE REGUS, HANOI PRESS CLUB, 4-6/F, 59A LY THAI TO HOAM KIEM DISTRICT, HANOI VIETNAM |
| NORTEL NETWORKS INTERNATIONAL FINANCE & HOLDING BV | EVERT VAN DE BEEKSTRAAT,<br>310 SCHIPHOL AIRPORT SCHIPHOL 1118 CX THE NETHERLANDS |
| NORTEL NETWORKS INTERNATIONAL FINANCE & HOLDING BV | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS ISRAEL | (SALES AND MARKETING) LIMITED 14TH FLOOR, 35 EFAL STREET PETAH TIKVA ISRAEL |
| NORTEL NETWORKS ISRAEL | (SALES AND MARKETING) LIMITED ATTN: AVI D. PELOSSOF ZELLERMAYER, PELOSSOF & CO, THE RUBENSTEIN HOUSE 20 LINCOLN STREET TEL AVIV ISRAEL |

| Claim Name | Address Information |
|---|---|
| NORTEL NETWORKS ISRAEL | (SALES AND MARKETING) LIMITED BEN-GURION   AIRPORT CITY CENTRE, HAYARDEN STREET AIRPORT TEL AVIV<br> 70100 ISRAEL |
| NORTEL NETWORKS LIMITED | 5945 AIRPORT ROAD, SUITE 360 MISSISSAUGA ON L4V 1R9 CANADA |
| NORTEL NETWORKS N.V. | NORTEL NETWORKS NV C/O REGUS PAGASUSLAAN 5 DIEGEM B-1831 BELGIUM |
| NORTEL NETWORKS N.V. | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS OY | C/O BDO OY, VATTENIEMENRANTA 2 HELSINKI 002 10 FINLAND |
| NORTEL NETWORKS OY | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS POLSKA SP Z.O.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS PORTUGAL, S.A. | C/O ERNST & YOUNG AVENIDA DA REPUBLICA 90 3O LISBON 1649-024 PORTUGAL |
| NORTEL NETWORKS S.A. | COSME ROGEAU<br> 25 AVENUE HOCHE VERSAILLES 78000<br>FRANCE |
| NORTEL NETWORKS S.A. | ATTN: EDOUARD FABRE, RAJEEV SHARMA-FOKEER<br> ANTOINE TCHEKHOFF FOUCAUD, TCHEKHOFF, POCHET ET ASSOCIÉS 1 BIS, AVENUE FOCH PARIS 75116 FRANCE |
| NORTEL NETWORKS S.A. | CENTRE D'AFFAIRES PARC LUMIERE 46, AVENUE DE FRERES LUMIERE TRAPPES 78190 FRANCE |
| NORTEL NETWORKS S.P.A. | VIA SENIGALLIA N. 18/2 MILAN NORTH PARK MILANO ITALY |
| NORTEL NETWORKS S.P.A. | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS S.R.O. | KLIMENTSKA 1216/46 PRAGUE 1 11002 CZECH REPUBLIC |
| NORTEL NETWORKS S.R.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS SLOVENSKO, S.R.O. | SV. CYRILA A METODA 2 PIEST'ANY 921 101 SLOVAK REPUBLIC |
| NORTEL NETWORKS SLOVENSKO, S.R.O. | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS TECHNOLOGY CORPORATION | C/O STEWART MCKELVEY SUITE 800, 1959 UPPER WATER ST. HALIFAX NS B3J 2X2 CANADA |
| NORTEL NETWORKS TELECOMUNICACOES DO BRASIL LTDA. | AVENIDA DAS NACOES UNIDAS, 17.891, 9 ANDAR, PARTE B SANTO AMARO, SAO PAULO 04795-000 BRAZIL |
| NORTEL NETWORKS UK LIMITED | ATTN: STEPHEN GALE<br>HERBERT SMITH, EXCHANGE HOUSE PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| NORTEL NETWORKS UK LIMITED | MAIDENHEAD OFFICE PARK WESTACOTT WAY MAIDENHEAD, BERKSHIRE SL6 3QH GB |
| NORTEL NETWORKS UK LIMITED | NORTEL NETWORKS UK LIMITED RIYADH, SAUDI ARABIA - BRANCH OFFICE 18TH FLOOR, ABRAJ BUILDING, ULAYYAH STREET RIYADH 11683 SAUDI ARABIA |
| NORTEL NETWORKS UK LIMITED | ATTN: ALAN BLOOM/CHRISTOPHER HILL<br>ERNST & YOUNG LLP<br>, 1 MORE LONDON PLACE LONDON SE1 2AF UNITED KINGDOM |
| NORTEL NETWORKS UK LIMITED | ATTN: MICHAEL LUSKIN<br> HUGHES HUBBARD ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| NORTEL NETWORKS UK LIMITED | ATTN: JAMES L. PATTON,<br>EDWIN J. HARRON<br>YOUNG CONAWAY<br>THE BRANDYWINE BLDG 1000 WEST STREET<br>17TH FLOOR WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| THE BONDHOLDERS' COMMITTEE | ATTN: GAVIN FINLAYSON, RICHARD B. SWAN, KEVIN ZYCH, S. RICHARD ORZY BENNETT JONES POST OFFICE BOX 1303400 ONE FIRST CANADIAN PLACE TORONTO ON M5X 1A4 CANADA |
| THE BONDHOLDERS' COMMITTEE | ATTN: ALBERT A. PISA, THOMAS R. KRELLER; DENNIS DUNNE MILBANK TWEED HADLEY & MCCLOY LLP 1 CHASE MANHATTA PLZ #47 NEW YORK NY 10005 |
| THE BONDHOLDERS' COMMITTEE | ATTN: KATHLEEN P. MAKOWSKI, LAURA DAVIS JONES PACHULSKI STANG ZIEHL & JONES LLP 919 NORTH MARKET STREET, 17TH FLOOR, P.O. BOX 8705 WILMINGTON DE 19899-8705 |
| THE BONDHOLDERS' COMMITTEE | ATTN: JENNIFER HARRIS MILBANK TWEED HADLEY & MCCLOY LLP 601 SOUTH FIGUEROA STREET, 30TH FLOOR LOS ANGELES CA 90017 |
| THE CANADA-ONLY CREDITORS' COMMITTEE THE "CCC" | ATTN: MARK ZIGLER, SUSAN PHILPOTT, ARI N. KAPLAN, BARBARA WALANCIK KOSKIE MINSKY LLP 20 QUEEN STREET WEST, SUITE 900 TORONTO ON M5H 3R3 CANADA |
| THE CANADA-ONLY CREDITORS' COMMITTEE THE "CCC" | ATTN: BARBARA J. BOAKE, R. PAUL STEEP, ELDER MARQUES, BYRON SHAW, JAMES D. GAGE MCCARTHY TETRAULT TORONTO DOMINION BANK TOWER, BOX 48, SUITE 5300 TORONTO ON M5K 1E6 CANADA |
| THE CANADA-ONLY CREDITORS' COMMITTEE THE "CCC" | ATTN: SELINDA MELNIK; RICHARD HANS; TIMOTHY HOEFFNER, DLA PIPER 919 NORTH MARKET STREET SUITE 1500 WILMINGTON DE 19801 |
| THE JOINT ADMINISTRATORS | ATTN: KEVIN LLOYD, JOHN WHITEOAK, RICHARD LAWTON; STEPHEN GALE HERBERT SMITH FREEHILLS LLP EXCHANGE HOUSE, PRIMRISE STREET LONDON EC2A 2HS UK |
| THE JOINT ADMINISTRATORS | ATTN: DEREK J.T. ADLER, NEIL OXFORD, FARA TABATABAI, CHARLES HUBERTY HUGHES HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| THE JOINT ADMINISTRATORS | ATTN: JAIME LUTON CHAPMAN, JAMES L. PATTON, EDWIN HARRON, JOHN T. DORSEY YOUNG CONAWAY STARGATT & TAYLOR, LLP RODNEY SQUARE, 1000 NORTH KING STREET WILMINGTON DE 19801 |
| THE MONITOR | ATTN: JAY CARGAGNINI, JESSICA KIMMEL, FRED MYERS, JOSEPH PASQUARIELLO, BENJAMIN ZARNETT; P. RUBY GOODMANS LLP BAY ADELAIDE CENTRE, 333 BAY STREET, SUITE 3400 TORONTO ON M5H 257 CANADA |
| THE MONITOR | ATTN: KEN COLEMAN, LAURA HALL, DANIEL GUYDER, PAUL KELLER ALLEN & OVERY LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| THE MONITOR | ATTN: MARY F. CALOWAY BUCHANAN INGERSOLL & ROONEY 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801 |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: RYAN JACOBS, SHAYNE KUKULOWICZ, MICHAEL WUNDER FRASER MILNER CASGRAIN LLP 1 FIRST CANADIAN PLACE 100 KING STREET WEST1 TORONTO ON M5X 1B2 CANADA |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: RYAN JACOBS, SHAYNE KUKULOWICZ, MICHAEL WUNDER, DENTONS 77 KING STREET WEST, SUITE 400 TORONTO ON M5X 1B2 CANADA |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: FRED HODARA, DAVID BOTTER, ABID QURESHI, ROBERT JOHNSON AKIN, GUMP, STRAUSS, HAUER & FELD, LLP ONE BRYANT PARK NEW YORK NY 10036 |
| THE UNSECURED CREDITORS COMMITTEE ("UCC") | ATTN: CHRISTOPHER M. SAMIS RICHARDS, LAYTON & FINGER, P.A. 920 N. KING STREET, ONE RODNEY SQUARE WILMINGTON DE 19801 |
| TRUSTEES OF THE NNUK PENSION PLAN | AND THE PENSION PROTECTION FUND ATTN: D.J. MILLER, MICHAEL BARRACK THORNTON GROUT FINNIGAN LLP SUITE 3200 CANADIAN PACIFIC TOWER 100 WELLINGTON STREET WEST TORONTO ON M5K 1K7 CANADA |
| TRUSTEES OF THE NNUK PENSION PLAN | AND THE PENSION PROTECTION FUND ATTN: MARC ABRAMS, BRIAN E. O'CONNOR, SAMEER ADVANI, JENNIFER E. CRYSTAL WILLKIE FARR & GALLAGHER LLP 787 7TH AVE. NEW YORK NY 10019 |
| TRUSTEES OF THE NNUK PENSION PLAN | AND THE PENSION PROTECTION FUND ATTN: JUSTIN R. ALBERTO, CHARLENE D. DAVIS BAYARD, P.A. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| TRUSTEES OF THE NNUK PENSION PLAN AND | THE PENSION PROTECTION FUND ATTN: BRUCE LEONARD, DAVID WARD, BILL BURDEN, CHRISTOPHER HORKINS CASSELS BROCK & BLACKWELL LLP 40 KING STREET WEST SUITE 2100, SCOTIA PLAZA TORONTO ON M5H 3C2 CANADA |
| UK ADMINISTRATOR | ATTN: MATTHEW GOTTLIEB LAX O'SULLIVAN SCOTT LISUS LLP 145 KING STREET WEST SUITE 2750 TORONTO ON M5H 1J8 CANADA |
| UK ADMINISTRATOR | ATTN: SEAN CAMPBELL, ROBIN SCHWILL DAVIES WARD PHILLIPS & VINEBERG LLP 155 |

| Claim Name | Address Information |
|---|---|
| UK ADMINISTRATOR | WELLINGTON STREET WEST TORONTO ON M5V 3J7 CANADA |
| US DEBTORS | SCOTT BOMHOF, TONY DEMARINIS, ANDREW GRAY, ADAM SLAVENS, SHEILA BLOCK, TORYS LLP 79 WELLINGTON STREET WEST SUITE 3000 TORONTO ON M5K 1N2 CANADA |
| WILMINGTON TRUST COMPANY | ATTN: JOHN SALMAS, KENNETH KRAFT, SARA VAN ALLEN HEENAN BLAIKIE LLP, BAY ADELAIDE CENTRE PO. BOX 2900, 333 BAY STREET, SUITE 2900 TORONTO ON M5H 2T4 CANADA |
| WILMINGTON TRUST COMPANY | ATTN: CRAIG A. BARBAROSH, DAVID A. CRICHLOW, KAREN B. DINE KATTEN MUCHIN ROSENMAN LLP 575 MADISON AVENUE NEW YORK NY 10022-2585 |
| WILMINGTON TRUST COMPANY , NOT IN ITS | INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ATTN: SUSAN P. JOHNSTON CARTER LEDYARD & MILBURN LLP 2 WALL STREET NEW YORK NY 10005 |

**Total Creditor count  102**