# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------X | Chapter 11 |
| *In re* | Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | Jointly Administered |
| Debtors. | Hearing date: June 25, 2013 at 10:00 a.m. (ET)<br>Objections due: June 3, 2012 at 10:00 a.m. (ET)<br>RE: D.I.s [9598, 9600, 9647, 9665, 9674, 10151, 10170, 10454, 10186, 10452] |
| ------------------------------------------------------------X | |

## NOTICE OF RESCHEDULED HEARING REGARDING NORTEL US LTD EMPLOYEES MOTION COMPELLING DEBTORS TO ADMIT MY CLAIM FOR SEVERANCE ALLOWANCE AS VALID PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN AND ISSUE PAYMENT

PLEASE TAKE NOTICE that the *Nortel US LTD Employees Motion Compelling Debtors to Admit My Claim for Severance Allowance Plan and Issue Payment* (the "Motions") have been filed by the following movants on the following dates: Najam ud Dean [D.I. 9598], filed March 7, 2013; Scott David Howard [D.I. 9600], filed March 7, 2013; Remajos Brown [D.I. 9647], filed March 15, 2013; Fred Lindow [D.I. 9665], filed March 15, 2013; Estelle Loggins [D.I. 9674], filed March 18, 2013; Vada Wilson [D.I. 10151], filed April 15, 2013; John Rossi [D.I. 10170], filed April 18, 2013; Dennis Wayne Bullock [D.I. 10454], filed May 6, 2013. John Rossi noticed his motion to be heard on April 30, 2013, and Estelle Loggins and Vada Wilson have not noticed their motions to be heard on any date. The remaining Motions were noticed to be heard on June 13, 2013 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that by the direction of the Court, as there is no omnibus hearing scheduled for June 13, 2013, the hearing on the Motions will be held on **June 25, 2013 at 10:00 a.m. (Eastern Time)**[2], before the Honorable Kevin Gross, at the United

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] John Rossi and Najam ud Dean have already re-noticed their motions to be heard at this time. See *Re-Notice of Motion of John J. Rossi, Nortel US LTD Employee, Motion Compelling Debtors to Admit my Claim for Severance Allowance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment* [D.I. 10186], filed April 18, 2013, and *Re-Notice of Motion for a Hearing on June 25, 2013* [D.I. 10452], filed May 2, 2013.

States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th floor, courtroom #3, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motions must (a) be in writing and served on or before **June 3, 2013 at 10:00 a.m. (Eastern Time)**; and (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

Dated: May 21, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*