# EXHIBIT A

# 796296



## BILLABLE PROFORMA

**Billing Attorney: 000302/ James J. Regan**  
**Client: 105185/ Nortel Networks Corp**  
**Matter: 105185.0000121/ Wanland**

**Proforma Generation Date: 05/07/13 11:24:15**

**Fees and Disbursements Through 04/30/13**  
**Last Date Billed 03/26/13 (Through 01/31/13)**  
**Bill Cycle: M**  
**Matter Open Date: Jan 14, 2009**  
**Proforma Joint Group # 105185**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $6,879.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | **$6,879.00** | | |
| **Address:** Nortel Accounts Payable P.O. Box 280510 Nashville, TN 37728 | | **YTD Fees Billed** | $3,567.00 |
| | | **YTD Disb Billed** | $0.00 |
| | | **LTD Fees Billed** | $162,085.00 |
| | | **LTD Disb Billed** | $2,605.96 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10975799 | 02/15/13 | Kramer, B. | Exchange emails with Stephanie Sado of Cleary re next steps toward finalizing settlement papers. | 0.10 | $69.00 |
| 11015049 | 02/20/13 | Welt, M. | Review settlement and exhibits for changes discussed with Ms. Kramer and other missing items per request from Ms. Kramer. | 3.20 | $2,016.00 |
| 10991797 | 02/22/13 | Welt, M. | Review and edit Wanland settlement documents. | 2.90 | $1,827.00 |
| 11014837 | 02/25/13 | Kramer, B. | Review updates to settlement document. | 0.30 | $207.00 |
| 11055899 | 03/14/13 | Kramer, B. | Email and call with Stephanie Sade of Cleary re status. | 0.20 | $138.00 |
| 11079580 | 03/18/13 | Kramer, B. | Telephone call with plaintiffs' counsel re status update (0.2 ); review and edit revised set of | 1.00 | $690.00 |

- 1 of 2 -

DCACTIVE-23258502.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney: 000302/ James J. Regan**  **Fees and Disbursements Through 04/30/13**
**Client: 105185/ Nortel Networks Corp**  **Last Date Billed 03/26/13 (Through 01/31/13)**
**Matter: 105185.0000121/ Wanland**  **Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Wanland documents (0.8). | | |
| 11107881 | 03/25/13 | Kramer, B. | Complete edits to settlement agreement and papers and exchange emails with lawyers from Cleary and for plaintiff. | 2.10 | $1,449.00 |
| 11108875 | 03/27/13 | Kramer, B. | Exchange emails with Stephanie Sado of Cleary and with Nyran Rasche (plaintiff's counsel). | 0.20 | $138.00 |
| 11130052 | 04/01/13 | Kramer, B. | Exchange emails and telephone call with Stephanie Sado of Cleary re revisions to draft settlement agreement. | 0.40 | $276.00 |
| 11207960 | 04/04/13 | Kramer, B. | Correspond with plaintiffs' counsel re status. | 0.10 | $69.00 |
| | | | **Professional Services Total** | **10.50** | **$6,879.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001800 | Counsel | Welt, M. | 630.00 | 6.10 | $3,843.00 |
| 001275 | Partner | Kramer, B. | 690.00 | 4.40 | $3,036.00 |
| | | | **Fees Value** | **10.50** | **$6,879.00** |

- 2 of 2 -

DCACTIVE-23258502.1

**796298**



## BILLABLE PROFORMA

**Billing Attorney:** 001835/ Matthew Cheney
**Client:** 105185/ Nortel Networks Corp
**Matter:** 105185.0000189/ Fee/Employment Application - US

**Proforma Generation Date:** 05/07/13 09:14:50

**Fees and Disbursements Through 04/30/13**
**Last Date Billed 03/26/13 (Through 01/31/13)**
**Bill Cycle:  M**
**Matter Open Date:  Jan 14, 2009**
**Proforma Joint Group # 105185**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $755.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $30.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $785.00 | | |
| **Address:** Jeanine L. Daniluk | | **YTD Fees Billed** | $677.50 |
| Dept. 0381 | | **YTD Disb Billed** | $0.00 |
| Nortel Networks | | | |
| 195 The West Mall | | **LTD Fees Billed** | $120,629.50 |
| Toronto, Ontario | | **LTD Disb Billed** | $318.90 |
| Canada, M9C 5K1 | | | |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10980355 | 02/21/13 | Perales, O. | Prepare forty-seventh interim fee statement for November 2012 through January 2013. | 0.60 | $141.00 |
| 10980361 | 02/21/13 | Perales, O. | Prepare sixteenth quarterly application. | 0.30 | $70.50 |
| 10980366 | 02/21/13 | Perales, O. | Prepare order approving fees for November 2012 through January 2013 fee statements. | 0.10 | $23.50 |
| 11011951 | 02/25/13 | Cheney, M. | Revise monthly fee statement. | 0.20 | $130.00 |
| 11011956 | 02/25/13 | Cheney, M. | Revise quarterly fee application. | 0.20 | $130.00 |
| 11104033 | 03/26/13 | Cheney, M. | Prepare for hearing on fee application. | 0.20 | $130.00 |
| 11104038 | 03/26/13 | Cheney, M. | Hearing on fee application. | 0.20 | $130.00 |

DCACTIVE-23258492.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 001835/ Matthew Cheney      **Fees and Disbursements Through** 04/30/13
**Client:** 105185/ Nortel Networks Corp      **Last Date Billed** 03/26/13 (Through 01/31/13)
**Matter:** 105185.0000189/ Fee/Employment Application - US      **Proforma Joint Group #** 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | **Professional Services Total** | **1.80** | **$755.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M. | 650.00 | 0.80 | $520.00 |
| 002444 | Specialist | Perales, O. | 235.00 | 1.00 | $235.00 |
| | | | **Fees Value** | **1.80** | **$755.00** |

## Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 6589782 | 04/23/13 | 372779 | 0200 | 1750460 | 001835 | Miscellaneous - - VENDOR: Court Call Telephone court appearance on 03-26-2013 - U S Bankruptcy - Delaware. | $30.00 |
| | | | | | | **Total Disbursements** | **$30.00** |

## Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0200 | Miscellaneous | $30.00 |
| | **Total Disbursements** | **$30.00** |

- 2 of 2 -