# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 Through April 30, 2013

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---|
| Miscellaneous | Court Call | $30.00 |

**796298**



## BILLABLE PROFORMA

**Billing Attorney:** 001835/ Matthew Cheney  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000189/ Fee/Employment Application - US  

**Proforma Generation Date:** 05/07/13 09:14:50

**Fees and Disbursements Through 04/30/13**  
**Last Date Billed 03/26/13 (Through 01/31/13)**  
**Bill Cycle:** M  
**Matter Open Date:** Jan 14, 2009  
**Proforma Joint Group # 105185**

### Disbursements Detail

| Index | Date | AP Check | Code | Batch # | TK ID | Disbursements Detail | Amount |
|---|---|---|---|---|---|---|---|
| 6589782 | 04/23/13 | 372779 | 0200 | 1750460 | 001835 | Miscellaneous - - VENDOR: Court Call Telephone court appearance on 03-26-2013 - U S Bankruptcy - Delaware. | $30.00 |
| | | | | | | **Total Disbursements** | **$30.00** |

### Disbursements Summary

| Code | Description | Amount |
|---|---|---|
| 0200 | Miscellaneous | $30.00 |
| | **Total Disbursements** | **$30.00** |

- 1 of 1 -

DCACTIVE-23363366.1