**CERTIFICATE OF SERVICE**

       I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Seventeenth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel To Debtors And Debtors-In-Possession For The Period February 1, 2013 Through April 30, 2013** was caused to be made on May 21, 2013, in the manner indicated upon the entities identified below.

Date: May 21, 2013
                                                                                      */s/ Tamara K. Minott*
                                                                                      Tamara K. Minott (No. 5643)

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Mark Kenney, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, DE 19801-3519<br>(Trustee) | Nortel Networks, Inc.<br>Attn: Accounts Payable<br>P.O. Box 13010<br>RTP, NC 27709<br>(Debtor) |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801<br>(Counsel for Official Committee<br>Of Unsecured Creditors) | Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(Counsel for Official Committee<br>Of Unsecured Creditors) |

3247532.14