IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
: 
*In re* : Chapter 11
: 
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
: 
            Debtors. : Jointly Administered
: 
: 
: **Re: D.I. 10602**
------------------------------------------------------- X

### NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on May 21, 2013, a copy of the **Joint Objection to the Motion to Shorten Notice Period With Respect to Motion to Strike the Joint Objection to the Amended Proofs of Claim filed by the Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: May 21, 2013
Wilmington, Delaware

                            CLEARY GOTTLIEB STEEN & HAMILTON LLP
                            James L. Bromley (admitted pro hac vice)
                            Lisa M. Schweitzer (admitted pro hac vice)
                            One Liberty Plaza
                            New York, NY 10006
                            Telephone: (212) 225-2000
                            Facsimile: (212) 225-3999

                            and

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Ann C. Cordo*
                            Derek C. Abbott (No. 3376)
                            Ann C. Cordo (No. 4817)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6961736.11

**Via Hand Delivery and Email**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE  19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

James Patton
Edwin Harron
John Dorsey
Jamie Luton Chapman
Young Conaway Stargatt & Taylor LLP
1000 N. King St.
Wilmington, DE 19801

Selinda A. Melnik
DLA Piper LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Charlene D. Davis
Justin Alberto
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899

**Via Overnight Mail and Email**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed LLP
One Battery Park
New York, NY 10004

Kevin Lloyd
John Whiteoak
Richard Lawton
Herbert Smith Freehills LLP
Exchange House
Primrose Street
London EC2A 2HS
England

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

D.J. Miller
Michael Barrack
Thornton Grout Finnigan LLP
100 Wellington Street West
Toronto, ON M5K 1K7
Canada