IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS, INC., et al. ) | Case No. 09-10138 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Re Dkt No. 10600** |

### ORDER: (1) DENYING MOTION TO SHORTEN NOTICE PERIOD WITH RESPECT TO MOTION TO STRIKE THE JOINT OBJECTION TO THE AMENDED PROOFS OF CLAIM FILED BY THE NORTEL NETWORKS UK PENSION TRUST LIMITED (AS TRUSTEE OF THE NORTEL NETWORKS UK PENSION PLAN) AND THE BOARD OF THE PENSION PROTECTION FUND AND (2) REQUIRING THE U.K. PENSION CLAIMANTS TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS

The U.K. Pension Claimants[1] having moved for an order shortening the notice period (the "Motion to Shorten") with respect to the Motion to Strike the Joint Objection to the Amended Proofs of Claim of the U.K. Pension Claimants (the "Motion to Strike"); and it appearing that the Court has jurisdiction over this matter; and it appearing to the Court that the Motion to Shorten is highly inappropriate and may have been filed in bad faith and therefore no cause exists to grant the relief requested in the Motion to Shorten; and after due deliberation, it is hereby

**ORDERED** that the Motion to Shorten is **DENIED**. Although the Court will not predetermine the merits of the Motion to Strike, on its face it appears unworthy of expedited consideration and has the markings of games playing. The Court only days ago entered a scheduling order after the Court and the "Core Parties," including the U.K. Pension Claimants, engaged in considerable effort. The U.K. Claimants did not raise any of the concerns identified in the Motion to Shorten thereby belying any urgency for scheduling the Motion to Strike. Additionally, the U.S.

---

[1] Nortel Networks UK Pension Trust Limited (as Trustee of the Nortel Networks UK Pension Plan) and the Board of the Pension Protection Fund.

Debtors point out that the Litigation Timetable does not require the Canadian Debtors to respond to the U.K. Pension Claimants' claims until May 29, 2013 - - yet the U.K. Pension Claimants are able to submit discovery requests to the Canadian Debtors. This shows the highly questionable basis for any need for an emergency hearing. Unlike in Canada, the U.K. Pension Claimants have in hand the U.S. Debtors' objection to their claims even if requiring more detail.

ORDERED that the Court will not consider the Motion to Strike, and a response to the Motion to Strike will not be due, until the Court hears from the U.K. Pension Claimants at the hearing on June 11, 2013, at 10:00 a.m., why the Court should not impose sanctions for filing the Motion to Shorten containing what appears to be misleading information and/or half-truths. The U.K. Pension Claimants shall file any papers addressing the imposition of sanctions on or before June 4, 2013, at 4:00 p.m.

Dated: May 21, 2013

_____
KEVIN GROSS, U.S.B.J.