**EXHIBIT B**
**MILLER DECLARATION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X

|  |  |
|---|---|
| *In re* | : Chapter 11 |
| | : Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*,[1] | : |
| Debtors. | : Jointly Administered |
| | : |
| | : |
| | : |

-------------------------------------------------------------X

**DECLARATION OF J.D. "BUTCH" MILLER IN SUPPORT OF THE APPLICATION
OF THE DEBTORS PURSUANT TO 11 U.S.C. § 327(a) TO
RETAIN AND EMPLOY CB RICHARD ELLIS-RALEIGH, LLC AS LISTING
AND LEASING AGENT FOR THE DEBTORS *NUNC PRO TUNC* TO MARCH 27, 2013**

I, J.D. "Butch" Miller, hereby declare under penalty of perjury:

        1.     I am the Senior Vice President of CB Richard Ellis-Raleigh LLC ("CBRE

Raleigh" or the "Firm"), a real estate services firm, which maintains offices in Raleigh, North

Carolina.  I make this statement:  (a) in support of the Application[2] for the retention and

employment of CBRE Raleigh as listing and leasing agent to the above-captioned debtors (the

"Debtors") and (b) in accordance with sections 327(a), 328, 330 and 331 of Title 11 of the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

United States Code (the "Bankruptcy Code"), and Rules 2014, 2016 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2.      I am duly authorized to make this declaration (the "Declaration") on behalf of CBRE Raleigh in support of the Application of the Debtors to employ and retain CBRE Raleigh to serve as their listing and leasing agent in connection with the sublease of certain real and personal property located in Raleigh, North Carolina (the "Property").  Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration.

3.      CBRE Raleigh has extensive experience and knowledge in brokering the lease of industrial, office and retail properties in the greater Raleigh, North Carolina region.  I believe that CBRE Raleigh is qualified to represent the Debtors in this case in a cost-effective, efficient, and timely manner.

4.      The Debtors have requested that CBRE Raleigh render real estate services under the terms of the Agreement.  Subject to this Court's approval of the Application, CBRE Raleigh is willing to serve as the Debtors' listing and leasing agent in the sublease of the Property and to undertake the services described in the Application.

### Disinterestedness of Professionals

5.      In preparing this Declaration, in order to ensure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of professionals by the Debtors, a list provided to CBRE Raleigh by the Debtors (the "Conflicts Check List") of (i) entities affiliated with or related to the Debtors, (ii) professionals retained by the Debtors in these chapter 11 proceedings, (iii) key creditors of the Debtors and their respective counsel and (iv) certain other parties in interest in these chapter 11 cases and their respective counsel was checked by the Chief Financial Officer of CBRE Raleigh against CBRE Raleigh's invoicing system. The Conflicts Check List is attached hereto as Exhibit I.  CBRE Raleigh's

Chief Financial Officer performed a check of each of these persons and entities against CBRE Raleigh's invoicing system (the "CBRE Raleigh Database") to determine which persons or entities, if any, CBRE Raleigh has represented or represents as of May 8, 2013 ("Current Clients") or represented in the past three years ("Former Clients"). A list of Current Clients matching those entities on the Conflicts Check List is attached hereto as Exhibit II. A list of Former Clients matching those entities on the Conflicts Check List is attached hereto as Exhibit III.

6.      To the best of my knowledge and information after a review of the Conflicts Check List and CBRE Raleigh's records conducted at my direction, CBRE Raleigh's connections with the parties identified on the Conflicts Check List, currently and in the past three years, are as set forth in Exhibits II and III. To the best of my knowledge and information, based on the results of CBRE Raleigh's conflicts check process, none of the real estate services provided by CBRE Raleigh to such parties relate to the Property, except as to which approval is being sought as disclosed herein. CBRE Raleigh represented the Debtors in connection with the sublease of approximately seventeen thousand square feet of space in the Property to Forse, Inc. ("Forse") in early 2013, for which CBRE Raleigh was paid a commission of approximately Six Thousand Seven Hundred Dollars. CBRE Raleigh understood that the Debtors considered the sublease to Forse to be in the ordinary course of business. In January of 2013, CBRE Raleigh also assisted CBRE, Inc. ("CBRE") as IBM's broker in connection with the sublease of a separate, unrelated space, and CBRE Raleigh's share of the commission for that transaction was One Thousand Six Hundred Twenty-Seven Dollars and Fifty Cents.

7.      CBRE Raleigh has fully informed the Debtors of its ongoing representation of the entities identified in Exhibit II, and the Debtors have agreed both to CBRE

Raleigh's continued representation of these entities in matters unrelated to the Property and to

CBRE Raleigh's representation of the Debtors.

    8.    CBRE Raleigh has represented Nortel Networks Inc. ("NNI") in

connection with the Property since September of 2012.  In connection with the potential sublease

to IBM (the "Potential Transaction"), CBRE, an entity separate and distinct from CBRE Raleigh,

acted as agent for IBM, the potential subtenant.  As is the customary practice, CBRE used the

services of an agent from CBRE Raleigh (Jason High) to assist it with finding space for a client

(IBM) in North Carolina.  Andrew Kelton, a CBRE Raleigh agent, provided market information

to CBRE for a (then unnamed) client of CBRE (IBM).  The information included the

recommendation of four properties for IBM to consider, two of which were listed with CBRE

Raleigh, and two of which were not.  One of the properties identified was the Property.  Mr.

High provided customary services to CBRE and IBM, including providing local market

information, preparing a local market survey, visiting available properties, touring prospective

lease properties with IBM representatives and, along with CBRE representatives, putting

together the request for proposal, soliciting proposals from the agents for the prospective

landlords and assisting with the negotiation of lease rates on behalf of IBM for the request for

proposal with respect to the Property.  Other agents of CBRE Raleigh provided services to NNI

with regard to the Potential  Transaction.

    9.    Notwithstanding their use of similar trade names, CBRE and CBRE

Raleigh are separate entities with separate operations.  CBRE is an indirect, wholly-owned

subsidiary of CBRE Group, Inc., a publicly traded company.  CBRE owns a non-controlling fifty

percent membership interest in CBRE Raleigh; the other fifty percent membership interest is

owned by CB Richard Ellis of North Carolina, LLC.  CB Richard Ellis of North Carolina, LLC is

owned by a number of individuals; CB Richard Ellis of North Carolina, LLC is not owned by

CBRE.  CBRE and CB Richard Ellis of North Carolina, LLC may each appoint two directors to

CBRE Raleigh's board of directors.  A fifth seat, to be held by an independent director, has been

vacant for the past several years.   The day-to-day operations of CBRE Raleigh are conducted by

individuals who are not officers, directors or employees of CBRE.   One or more of the officers

and/or directors of CBRE Raleigh owns or may own small stock interests in public company

CBRE Group, Inc.  One minority member (less than 5%) of CB Richard Ellis of North Carolina,

LLC is an agent for CBRE and provided services to IBM in connection with the Potential

Transaction.

    10.  CBRE Raleigh is a party to a Service Mark Licensing Agreement and a

Program Partner Agreement with CBRE for the license of trademarks and mutual referrals of

prospective or potential clients.   It is regular and customary for CBRE Raleigh to provide co-

brokerage services to CBRE under the Program Partner Agreement, and in the last year there

were approximately fifty transactions where such services were provided.  In addition, under the

Program Partner Agreement CBRE has subcontracted management of certain properties, which

do not include the Property, in the Raleigh area to CBRE Raleigh.  CBRE Raleigh subleases

office space in its offices to certain employees of CBRE under the terms of certain occupancy

agreements.  CBRE Raleigh also subleases office space in its Greensboro office to CBRE, for

one of its appraisers, on a month-to-month basis for a monthly rent of $1,750, but there is no

written agreement pertaining to such sublease.  The total amount of rents booked by CBRE

Raleigh for subleases to CBRE in years 2011 and 2012 were $102,314 and $121,557,

respectively.

11.     CBRE Raleigh's agreement with NNI specifies that in the event that a co-broker became involved in a transaction involving the Property, the co-broker's fee would be paid directly by NNI.  While it is regular and customary that co-brokers share commissions, there is no written co-broker agreement for the Potential Transaction, and CBRE Raleigh has agreed to waive any sharing of CBRE's brokerage fee earned with regard to the Potential Transaction in connection with the Court's approval of CBRE Raleigh's employment by NNI. The aggregate of the broker commissions for the Potential Transaction is six percent, which is fair and customary in the marketplace.

12.     To the best of my knowledge, the members of the listing and marketing teams (Ed Pulliam, Andrew Kelton, myself and Anne-Stewart Patterson): (i)  are not related to the Hon. Kevin Gross; (ii) do not have any connection with the United States Trustee for the District of Delaware or any person employed in the office thereof; (iii) are not and were not a creditor, equity security holder or insider of the Debtors; (iv) are not and were not within two years of the Petition Date, a director, officer or employee of the Debtors; and (v) do not hold or represent any interest adverse to the Debtors or their estates.

13.     To the best of my knowledge and information, CBRE Raleigh is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and does not hold or represent any interest adverse to the Debtors or their estates.[3]

---

[3]     The statements contained herein respecting CBRE Raleigh are based upon a conflicts check of the CBRE Raleigh invoicing system as of May 8, 2013, and the disclosures set forth in this declaration.

**Proposed Compensation**

14.     CBRE Raleigh seeks to be paid a commission of 2% in accordance with the terms of the Agreement for its services to NNI in connection with the Potential Transaction, as part of CBRE Raleigh's application for employment.  With respect to any future commissions, CBRE Raleigh intends to apply to the Court for compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for this District, and orders of this Court.  Subject to allowance by the Court, CBRE Raleigh will charge the Debtors for its real estate services in accordance with the Fee Structure agreed to under the Agreement.

15.     The Debtors and CBRE Raleigh have agreed that, as may otherwise be required for allowance and payment of commissions, CBRE Raleigh will apply to the Court for compensation for services rendered and reimbursement of expenses incurred in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any other applicable procedure and orders of the Court and consistent with the proposed compensation set forth in the Agreement.

CB RICHARD ELLIS-RALEIGH LLC

Dated:  May 21, 2013                           By:     _J.D. "Butch" Miller_
                                               Name:  J.D. "Butch" Miller
                                               Title:    Senior Vice President

**EXHIBIT I: Conflict Check List Entities**

*Debtors' Affiliates (as such term is defined in 11 U.S.C. § 101(2))*

Nortel Networks Corporation
Nortel Networks Optical Companies (Switzerland) GmbH
Sonoma Ltd.
Sonoma Systems Europe Ltd.
Architel Systems Corporation
Architel Systems (UK) Ltd.
Alteon WebSystems AB
Alteon WebSystems International Ltd.
Nortel Networks Ltd.
Nortel Networks UK Ltd.
Nor. Web DLP Ltd.
Nortel Ltd.
Nortel Networks (Northern Ireland) Ltd.
Nortel Networks Employee Benefit Trustee Company Ltd.
Nortel Networks Properties Ltd.
Nortel SE d.o.o. Beograd
Northern Telecom PCN Ltd.
Promatory Communications (UK) Ltd.
Telephone Switching International Ltd.
X-CEL Communications Ltd.
Star 21 Networks GmbH
Nortel Networks Australia Pty Ltd.
Periphonics Ltd.
Nortel Networks (Photonics) Pty. Ltd.
Frisken Investments Pty. Ltd.
R. Betts Investments Pty. Ltd.
Nortel Australia Communication Systems Pty. Ltd.
Nortel Networks International Finance & Holding BV
Nortel Networks Singapore Pte. Ltd.
Nortel Networks (Austria) GmbH
Nortel Networks AG
Nortel Networks AS
Nortel Networks S.R.O.
Nortel Networks S.p.A.
Nortel Networks S.A. (Lux Entity)
Nortel Networks South Africa (Proprietary) Ltd.
Uni-Nortel Communication Technologies (Hellas), S.A.
Nortel Networks NV
Matra Communication Cellular Terminals GmbH
Nortel Networks Engineering Service Kft.
Nortel Networks (Bulgaria) EOOD
Nortel Networks Slovensko, s.r.o.

1

Nortel Networks Romania Srl
Nortel Networks O.O.O.
Nortel Networks Portugal S.A.
Nortel Communication Holdings (1997) Ltd.
Nortel Networks Polska Sp. z.o.o.
Nortel GmbH
Nortel Networks BV
Nortel Ukraine Ltd.
Nortel Networks AB
Nortel Networks Hispania S.A.
Nortel Networks Netas Telekomunikasyo n.A.S.
Nortel Networks Israel (Sales and Marketing Ltd.)
Nortel Networks Communications (Israel) Ltd.
Nortel Networks Malta Ltd.
Nortel Networks OY
Bay Networks do Brasil Ltda.
Bay Networks Redes de Dados para Sistemas Informaticos Lda.
Clarify Ltd.
Clarify K.K.
Nortel Networks Eastern Mediterranean Ltd.
Nortel Ventures LLC
Nortel Networks Japan
Penril Datacomm Ltd.
Nortel Networks Southeast Asia Pte Ltd.
Nortel Networks Technology (Thailand) Ltd.
Nortel Technology Excellence Centre Private Ltd.
Diamondware Ltd.
Northern Telecom International Inc.
Nortel Networks Optical Components Inc.
The Nortel Foundation
Nortel Networks India International Inc
North Networks (CALA) Inc.
Qtera Corporation
Nortel Networks Techonology Ltd.
Nortel Networks HPOCS Inc.
Nortel Government Solutions Inc.
Nortel Networks de Guatemala Ltda.
Nortel Trinidad and Tobago Ltd.
Nortel Networks (Shannon) Ltd.
Nortel Networks Europe Sales Ltd.
AC Technologies Inc.
Integrated Information Technology Corporation
Capital Telecommunications Funding Corporation
PT Nortel Networks Indonesia
Nortel Networks Peru S.A.C.
Nortel Networks (Thailand) Ltd.

Nortel Networks Telecomunicaco es do Brazil Bhd.
Nortel Networks Malaysia Sdn. Bhd.
Nortel Networks New Zealand Ltd.
Nortel Networks Global Corporation
Nortel Networks de Colombia S.A.
Nortel Networks Chile S.A.
Nortel Networks de Argentina S.A.
Nortel Networks del Paraguay S.A.
Nortel Networks de Venezuela C.A.
Nortel Networks de Ecuador S.A.
Nortel Networks de Mexico S.A. de C.V.
Nortel de Mexico S. De RL de CV
Nortel Networks del Uruguay S.A.
Nortel Networks Technology Corporation
Nortel Vietnam Ltd.
Nortel Networks Korea Ltd.
Nortel Networks Singapore Pte Ltd.
Nortel Networks Telecommunications Equipment (Shanghai) Co. Ltd.
Nortel Networks International Corporation
Shenyang Nortel Telecommunications Company Ltd.
Nortel Networks (Ireland) Ltd.
Northern Telecom Maroc SA
Nortel Networks Electronics Corporation
Regional Telecommunications Funding Corporation
Nortel Networks de Bolivia S.A.
Ontario Inc.
CTFC Canada Inc.
Northern Telecom Canada Ltd.
Nortel Networks de Panama S.A.
TSFC Canada Inc.
Nortel Networks Mauritius Ltd.
Nortel Networks SA (French Entity)
Nortel Networks (China) Ltd.
Nortel Networks (Asia) Ltd.
Guangdong – Nortel Telecommunications Equipment Co., Ltd.
LG-Nortel Co. Ltd.
Nortel Communications Inc.
Nortel Networks (India) Private Ltd.
Northern Telecom France SA
Nortel Networks Communications Engineering Ltd.
Novera Optics Korea Inc.
Novera Optics Inc.
LN Srithai Comm Co Ltd.
Nortel Networks Financial Services Ltd. Liability Co.
Nortel Networks France SAS
Matra Communications Business Systeme GmbH

3

Northern Telecom International Ltd.
Star 21 Facility Management GmbH & Co. KG
Star 21 Facility Management Verwaltung GmbH
Star 21 Networks Deutschland GmbH
Star 21 Networks (Schweitz) AG
Star 21 Operations GmbH


***Debtors' 5% Shareholders***

NNI is a Delaware corporation, wholly owned by NNL; therefore, there are no 5% shareholders for conflict check purposes.

NNCC is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflict check purposes.

Alteon WebSystems Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Alteon WebSystems International Inc. is a Delaware corporation, wholly owned by Alteon WebSystems Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Architel Systems (U.S.) Corporation is a Delaware corporation, wholly owned by Architel Systems Corporation; therefore, there are no 5% shareholders for conflicts purposes.

Xros, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Sonoma Systems is a California corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Qtera Corporation is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

CoreTek, Inc. is a Delaware corporation, wholly owned by NNC; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Applications Management Solutions, Inc. is a Delaware corporation, jointly owned by NNC and NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Optical Components Inc. is a Delaware corporation, jointly owned by NNI and NNL; therefore, there are no 5% shareholders for conflicts purposes.

4

Nortel Networks HPOCS Inc. is a Delaware corporation, wholly owned by Nortel Networks Optical Components Inc.; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks International Inc. is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Northern Telecom International Inc. is a Delaware Corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.

Nortel Networks Cable Solutions is a Delaware corporation, wholly owned by NNI; therefore, there are no 5% shareholders for conflicts purposes.


***Debtors' Significant Equity Investors***

Because the Debtors are wholly or jointly owned by affiliates, as detailed above, there are no significant equity investors for conflict check purposes.


***Current Directors and Officers of the Debtors and for two years prior to the Petition Date***

<u>Current Directors and Officers of NNI</u>

Timothy C. Ross
Allen Keith Stout

<u>Former Directors and Officers of NNI for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Dennis Carey
Gordon A. Davies
Joseph F. Dearing
John Doolittle
Lynn Egan
William R. Ellis
Thomas A. Gigliotti
Clarke Glaspell
Mark J. Hamilton
Ernest R. Higginbotham
Paul W. Karr
Paul T. Knudsen
Laurie A. Krebs
William J. LaSalle
Peter Look
Eugene McClain
Claudio Morfe Jr.
Kimberly P. Poe

5

Donald Powers
Charles R. Raphun
Christopher Ricaurte
Karen E. Sledge
Katharine B. Stevenson
Allan K. Stout
Anna Ventresca
Jeffrey Thomas Wood

Current Directors and Officers of NNCC

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of NNCC for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Paul W. Karr
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Katharine B. Stevenson
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Altsystems Inc. (f/k/a Alteon Websystems Inc.)
for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis

6

Clarke Glaspell
Mark J. Hamilton
A. Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Jeffrey Thomas Wood


<u>Current Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon
Websystems International Inc.)</u>

Timothy C. Ross
Allen Keith Stout

<u>Former Directors and Officers of Nortel Altsystems International, Inc. (f/k/a Alteon
Websystems International Inc.) for the Two Years Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Abdul Aziz Khadbai
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Jeffrey Thomas Wood


<u>Current Directors and Officers of Architel Systems (U.S.) Corporation</u>

Timothy C. Ross
Allen Keith Stout

<u>Former Directors and Officers of Architel Systems (U.S.) Corporation for the Two Years
Prior to the Petition Date</u>

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies

John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Xros, Inc..

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Xros, Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Sonoma Systems

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Sonoma Systems for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

8

Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Qtera Corporation

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Qtera Corporation for the Two Years Prior to the
Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William R. Ellis
Clarke Glaspell
 Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Officers and Directors of CoreTek, Inc.

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of CoreTek, Inc. for the Two Years Prior to the Petition
Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle

9

Lynn Cecelia Egan
Clarke Glaspell
Laurie A. Krebs
Robert J. Looney
Michael W. McCorkle
Christopher Simon Ricaurte
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Networks Applications Management Solutions Inc.

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks Applications Management Solutions Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Networks Optical Components Inc.

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks Optical Components Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis

Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Networks HPOCS Inc.

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks HPOCS Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood

Current Directors and Officers of Nortel Networks International Inc.

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Nortel Networks International Inc. for the Two Years Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis

Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood


Current Directors and Officers of Northern Telecom International Inc.

Timothy C. Ross
Allen Keith Stout

Former Directors and Officers of Northern Telecom International Inc. for the Two Years
Prior to the Petition Date

Clare A. Barbieri
Allan Bifield
Dennis Carey
Gordon A. Davies
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Mark J. Hamilton
Laurie A. Krebs
Robert J. Looney
Kimberly P. Poe
Christopher Simon Ricaurte
Karen E. Sledge
Jeffrey Thomas Wood


Current Directors and Officers of Nortel Networks Cable Solutions, Inc.

Timothy C. Ross
Allen K. Stout

Former Directors and Officers of Nortel Networks Cable Solutions, Inc.

John D. Atkinson
Francois Audet
Mary Barnes
Allan Bifield
Kevin Boyle II

12

Shelley Bracken
Roger W. Britt
Mario Brown
Glenn Brownridge
Francois Burton
Tom Buttermore
Matteo Candaten
Dennis Carey
Norman Caron
Serge Caron
Sudarshan Chitale
Russell Coffin
Graeme Currie
Gordon A. Davies
John M. Doolittle
Lynn Cecelia Egan
Emre  Erkol
J. Erik Fako
Jean-Pierre Fortin
Jeremy Fuller
Tim Gaiser
Sonia Garapaty
Michael Gawargy
William Gentry
Duncan Gillibrand
Clarke Glaspell
Paul Granville
Andrew Harrison
Christopher Hogg
Henry Holland
Gregory Hood
Robin Scott Hughes
Ken Huntington
Camille Issa
Oya Istemi
Anthony Jones
Joel Joseph, Jr.
Ricky Kaura
Mark Kepke
Christian Kittlitz
Paul T. Knudsen
Peter Krautle
Raj Krishnan
Laurie A. Krebs
Guy Lafontaine
Keith Landau

Gregor W. Larson
Michael Leeder
Louis LeVay
Brian Lindsay
Robert Litalien
Dennis Lloyd
Wade Lyon
Anthony G. MacDonald
John R. McCready
James McEachern
Steve J. McKinnon
Swapan Nandi
James Ostrom
Alain Papineau
April A. Pennisi
David Price
Alan W. Pritchard
Robert C. Pugh
Stephan Radatus
Dharmaraja Rajan
Parviz Rashidi
Christopher Simon Ricaurte
Ron Ryan
Mehdi Sajasi
Donna Samper
Robert Saunders
Ian Scales
Kevin Sembrat
Iain Sharp
Elaine Smiles
Eric L. Smith
Pete Streng
Guillaume Strub
Dany Sylvain
Richard C. Taylor
Tom P. Taylor
Craig Telke
Denis R. X. Thibault
Bill Thompson
Greg Thor
Lee B. Valerius
Guy Vonderweidt
Richard Willis
Cortland Wolfe
Jeffrey T. Wood
Steven Woods

14

Wei Jen Yeh

Current Directors and Officers of Nortel Networks (CALA) Inc.

Timothy C. Ross
Allen K. Stout

Former Directors and Officers of Nortel Networks (CALA) Inc. for the Two Years Prior to the Petition Date

Alvio Silvio Barrios
Martha Helena Bejar
Juan Jose Chico
Gordon Allan Davis
Joseph F. Dearing
John Doolittle
Lynn Cecelia Egan
William Roy Ellis
Clarke Glaspell
Cristina Gomez
Felipe Gonzales
Jacqueline C. Hea
Robert Michael Kales
Paul Karr
Fabiola Leva
Peter Look
Norberto Milan
Christopher Simon Ricaurte
Eduardo Santoyo
Jorge Humberto Suarez
Hector Benjamin Viana

***Debtors' Vendors***

Wistron
JDS Uniphase Corporation
Bookham Technology Ltd.
IBM
Delta Networks Systems SA DE CV
Texas Instruments Inc.
Motorola Corporation
Applied Micro Circuits Corporation
Artesyn Technologies
Audiocodes Ltd.
Sanmina SCI Corporation
Astec
Amphenol
Andrew Corporation

15

Qualcomm Inc.
Xilinx Inc.
Freescale Semiconductor
Trapeze Networks Inc.
Santur Corporation
Altera
STMicroelectronics
Broadcom Corporation
Hewlett Packard
Spectra Link
Alanex Corporation
Alpha Networks
Excelight Communications Inc.
Daeduck Electronics Company
Micron
Sun Microsystems
Airvana
Witness Systems Inc.
Scansoft
Minerva Systems Inc.
Microsoft
Itel House
Oracle Corporation
Wind River Systems Inc.
Wipro
TCS Consulting
Sasken
Tejas
Infosys
Bell Micro
ITC
Airspan
Mera
Polycom
Flextronics
CTDI
Advanced Information Management
Kuehne & Nagel International AG
Anixter International
Accton Technolgies
Emerson
Polytronix
Brookfield Lepage Johnson
Johnson Controls Inc.
Cigna

***Debtors' Litigants***

California State Board of Equalization
Highpoint Telecommunications Inc.
Motorola
Patricia Harmon
Teligent Services Inc.
Verizon New York, Inc.
Robert Buchwald
Alexander Lovgren
Sharon Tangney
A.W. Chesterton, Inc.
Federal Insurance Company (Chubb)
Aldine Independent School District
Joseph Srygler
Ernest Demel
Steven Domenikos
Carrasco
Mack Thorpe, Jr.
Pavel Molodetskiy
Pamela Richardson
Harris Corporation
Scott M. Johnson
Terrence Freeman
Lisa Fitzgerald
Wanland and Associates
Jay Colton
Jim and Elaine Wright
Certain Tunable Laser Chips
Nortel Networks Corp. "ERISA" Litigation Plaintiffs


***Debtors' Lenders***

Export Development Canada


***Debtors' Banks and Money Market Funds***

Citibank
Bank of America
Deutsche Bank
JP Morgan
Morgan Stanley
UBS
Federated Treasury Obligations
JP Morgan U.S. Money Market Funds

Fidelity Treasury Portfolio Fund
Dreyfus Government Cash Management Fund
Government Prime Cash Management Fund
Reserve Primary Fund

### Debtors' Significant Customers

Verizon
Korea Telecom – Freetel
AT&T
BCE
Telefonica
LGT
Datatec Networking and Com.
Sprint Nextel
Direct Touch Federal
SK Telecom
Telus
France Telecom/Orange
Alltel (ACI)
Hanoi Telecom
British Telecom
US Cellular
Deutsche Telecom
Tech Data Corp.
AMX
Motorola
BSNL
China Mobility

### Debtors' Landlords

Hewlett Packard Financial Services
Meadow Brook Office LLC
New Boston 175 Capital Boulevard LP
Bonham Golf & Country Club, Inc.
City of Bonham
Woodfield Holdings Pt., LLC
Tomorrow 35 Century L.P.
Riverdale Office Properties Partnership
IStar Ctl. 1, L.P./Lehman Ali Inc.
Ciminelli Development Co. Inc.
Gail G. Anderson dba Willard T. Anderson Properties
Campbell Creek Ltd.
10 Sylvan SPE LLC
Sunset Land Company LLC
State Street Bank & Trust Co.
USAA Real Estate Company

Metropolitan Tulsa Investments LLC
Brookfield Lakes Corporate Center
Insignia ESG, Inc.
TCIT Dallas Industrial, Inc.
West Colony Office Associates, LP
Teachers Insurance & Annuity Corp.
Genesis Building LLC
Duke Realty Ohio
Technology Park X LTD Partnership
Flagler Development Company
7884 BR LLC
Behringer Harvard TIC
Coliseum Transfer Inc.
The Plaza CP, LLC
Omega Corporate Center, LP
Omaha Plaza Investments c/o CBRE The Mega Group
The Irvine Company and ACE Parking Management
Metropark South LLC
RP Sam Houston Plaza, L.P.
I & G Direct Real Estate 16, LP
Deka Immobilien Investment GMBH
One Boston Place, LLC
Crescent Peakview Tower LLC
Biltmore Financial Center II
Wireless (TX) LP QRS 14
UCM/SREP-Corporate Woods, LLC
Sobrato Land Holdings
Reckson Operating Partnership
IPC Metrocenter LLC
Technology Center Associates LP
Talcott III Ormsby LLC
Talcott II Alamo LP
101 Constitution Trust
HQ Global Workplaces Inc.
Colliers Dickson Flake Partners Inc.
Open Terrace Associates LLC
California State Teachers Retierment
Duesenberg Investment Company
Tallahassee Corporate Center LLC
Two Towne Square LLC
Duke Realty Ohio
One Capital Mall Investors LP
Gateway Associates Ltd.
Hines Riverfront Plaza, LP
Canal View Properties III, LLC
Green 485 Owner LLC

13560 Morris Road Office Investors, LLC
Tower 333 LLC
IGD Properties Corp.
Technology Park V LP

***Debtors' Insurers***

ACE USA
ACE INA Insurance
ACE Bermuda Insurance Ltd.
American Home Assurance Company
AIG Commercial Insurance Company of Canada
Allianz Global Risks US Insurance Company
Arch Insurance Company
Arrowhead General Insurance Agency
Allied World Assurance Company Ltd
Chubb Insurance Company of Canada
Continental Casualty Company
American Home Assurance Company (National Union)
Empire Indemnity
Falvey Cargo Underwriting
GCAN Insurance Company
Great American Insurance Group
Hartford Fire Insurance Company
Liberty International Underwriters Canada
Beazley Syndicate
Hiscox Syndicate
Catlin Canada Inc.
Temple Insurance Company
Max Bermuda Ltd.
Princeton E&S
QBE Specialty
Travelers Guarantee Company of Canada
XL Insurance (Bermuda) Ltd
XL Insurance Company Ltd.
Zurich Insurance Company

***Counterparties to Debtors' Significant Contracts***

The counterparties to the Debtors significant contracts are the Debtors' significant customers and vendors, as listed above.

***Debtors' Bondholders and Trustees***

Bank of New York
Ameriprise Financial Services, Inc.
Amalgated Bank

Banc of America Securities, LLC; NationsBank of Texas, NA; Banc of America
The Bank of New York Mellon
Barclay's Capital, Inc./Fixed Income Bond-C
Barclay's Capital, Inc., LE
BMO Nesbitt Burns, Inc/CDS
BNY-SBL/PB
BNP of Paribas Prime Brokerage, Inc
BNP Paribas Securities Corp/Fixed Income
BNP/PPBC
Bank of New York/LDSEG
Bank of New York/London
Bank of New York/Prudential
Bank of New York/TD BK
Mellon Trust of New England, NA
Bank of America/La Salle
Bank of New York/Barclays
Sanford C. Bernstein & Co., LLC
Brown Brothers Harriman & Co.
Carolina Capital Markets, Inc; Clearview Correspondent Services, LLC; H.G. Wellington
& Co, Inc; Scott & Stringfellow, Inc; Hawthorne Securities, Corp; McMillion Securities,
Inc
Cede & Co.[1]
Citigroup Global Markets, Inc./Salomon Brothers
Charles Schwab & Co., Inc.
CIBC World Markets, Inc
Citadel Derivatives Group, LLC or Citidel Trading Group, LLC
Citibank, NA
Citigroup Private Bank & Trust
Citigroup Global Markets, Inc. or Citigroup Financial Services Corp.
Comerica Bank
Credit Suisse Securities (USA)
Davidson (D.A.) & Co., Inc.
Deutsche Bank Securities, Inc.
Dresdner Kleinwort Securities LLC
E*Trade Capital Markets, LLC; E*Trade Cleary, LLC
Emmett Larkin Co., Inc.
Fiducie Desjardins, Inc.
First Clearing, LLC
First Southwest Company
Goldman Sachs & Co.
Goldman Sachs Execution & Clearing, LP
Goldman Sachs International Ltd.
Haywood Securities, Inc.

---

[1]     Securities registered in the name of Cede & Co. as nominee for the Depository Trust Company;
the beneficial holders are not known to the Debtors.

H&R Block
Huntington National Bank
Ingalls & Snyder, LLC
Interactive Brokers, LLC/Retail Clearance
Jefferies & Co., Inc.
Janney Montgomery Scott, LLC
Jones (Edward D.) & Co.
JP Morgan Securities, Inc.
JPM/CCS2
JPM/GS CAP
JP Morgan Clearing Corp.
JP Morgan International
JP Morgan Chase Bank, National Association
JP Morgan Securities Inc./Fixed Income
Keybank National Association
Laurential Bank of Canada
Lehman Brothers, Inc.
LPL Financial Corporation
Marshall & Illsey Bank
Merrill Lynch Pierce Fenner & Smith Inc.
Manufacturers & Trust Company
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
ML SFKPG
Morgan, Keegan & Company, Inc.
Morgan Stanley & Co. Inc.
Morgan Stanley & Co Inc./Retail
National City Bank
NBCN Inc./CDS
National Financial Services Corp.
The Northern Trust Company
Oppenheimer & Co., Inc.
Pershing, LLC
PNC Bank, NA
Raymond James & Associates, Inc
Raymond James Ltd
RBC Dominion Securities Inc
RBC Capital Markets Corporation
Ridge Clearing & Outsourcing Solutions, Inc
Scotia Capital Inc
Scottrade, Inc
Southwest Securities Inc
SSB-Trust Custody
SSB&T Co.
SSBIBT/BGI
SSB-SPDR'S
SSBT/IBT

Sterne, Agee & Leach, Inc.
Stifel Nicholaus & Company
Suntrust Bank
TD Ameritrade Inc.
Sumi Trust
Suntrust Bank
TD Waterhouse Canada, Inc.
Trustmark
UBS Financial Services, Inc.
UBS Securities, LLC
UMB Bank NA
Union Bank of California
US Bank NA
Wachovia Bank, NA
Wachovia Securities, LLC
Wachovia Capital Markets, LLC
Wells Fargo Bank, National Association
Wilmington Trust Company
The Fifth Third Bank

***Debtors' Professionals***

Cleary Gottlieb Steen & Hamilton LLP
Morris, Nichols, Arsht & Tunnell LLP
Crowell & Moring LLP
Jackson Lewis LLP
Shearman & Sterling LLP
Lazard Frères & Co., LLC
Mercer (US) Inc.
Huron Consulting Group
Palisades Capital Advisors LLC
Punter Southall
Special Counsel Inc.
Global IP Law Group, LLC
RLKS Executive Solutions LLC
Chilmark Partners, LLC
Grant Thornton LLP
Linklaters LLP
Benesch Friedlander Coplan & Aronoff LLP
Torys LLP
Addrex Inc.
CB Richard Ellis, Inc.
Ernst & Young LLP
Cassidy Turley CPS
Eugene F. Collins

*Unsecured Creditors Committee's Professionals*

Akin Gump Strauss Hauer & Feld LLP
Fraser Milner Casgrain LLP
Ashurst LLP
Capstone Advisory Group, LLC
Jefferies & Co., Inc.
Richards, Layton & Finger

*Debtors' Major Competitors*

Sony Ericsson Mobile Communications A.B.
Alcatel-Lucent
Ciena Corporation
Cisco Systems, Inc.
Nokia
Tellabs, Inc.
Juniper Networks, Inc.
Siemens Enterprise
Siemens Networks
Huawei
ZTE
NEC
Foundry
Hitachi Cable
Avaya
Motorola
IBM
Hewlett Packard

*Top 40 Unsecured Creditors*

The Bank of New York Mellon, as Indenture Trustee for the 10.75% Fixed Rate Senior Notes, Due 2016
The Bank of New York Mellon, as Indenture Trustee for the Floating Rate Senior Notes, Due 2011
The Bank of New York Mellon, as Indenture Trustee for the Convertible 2.125% Fixed Rate Senior Notes, Due 2014
The Bank of New York Mellon, as Indenture Trustee for the Convertible 1.75% Fixed Rate Senior Notes, Due 2012
The Bank of New York Mellon, as Indenture Trustee for the 1.75% Fixed Rate Senior Notes, Due 2013
Export Development Canada
The Bank of New York Mellon, as Indenture Trustee for the 7.875% Fixed Rate Senior Notes, Due 2026
Flextronics
Flextronics America LLC
Flextronics International Europe BV

SEAL Consulting
Computer Science Corporation
Jabil Circuit Inc (GDL)
Beeline
Infosys Technologies Ltd.
JDS Uniphase Corporation
Tata Consultancy Services
Communications Test Design Inc.
Glow Networks
Anixter
Flextronics International
ITC Networks
Johnson Controls Inc.
Emerson Network Power Embedded
Wistron InfoComm Technology Corp.
Wipro Technologies
Flextronics Logistics USA Inc.
Wipro Systems Ltd.
Telrad Networks Ltd.
Advanced Information Management
Airspan Communications Ltd.
McCann Erickson San Francisco
TEKsystems Inc.
Covergence Inc.
GFI Inc.
Flextronics Sales & Marketing North
Coams Inc.
IBM Corporation
Nortel Networks Corp. "ERISA" Litigation
Pension Benefit Guaranty Corporation

***Utilities***

Atmos Energy
City of Richardson
Suez Energy Resources N.A. Inc.
TXU Energy
Con Ed
City of Durham
Duke Energy Company
PSNC Energy
National Fuel
JCP&L
City of Santa Clara
PG&E – California
National Grid
National Grid – Massachusetts

25

National Grid - Melville
Town of Billerica
LIPA
Suffolk County Water Authority
Great Oaks Water Company
SRP
City of Sunrise
FPL
AT&T
BT Americas Inc
Cablevision Lightpath, Inc
China Telecom Americas Corp
Cincinnati Bell
Comcast
Cox Communications
Embarq
First Digital Telecom
Frontier Communications
Global Crossing Conferencing
Hydro One Telecom Inc.
Level 3 Communications LLC
Masergy Communications, Inc
McDonald County Telephone Co
MCI
MTS Allstream Inc.
PCCW Global Inc

### *Others*

Ogilvy Renault LLP
Ernst & Young Inc.
Allen & Overy LLP
American Movil
Richardson Independent School District (ISD)
Texas Comptroller of Public Accounts
Margolis Edelstein
Cellco Partnership
Iron Mountain Information Management Inc.
Telmar Network Technology Inc.
Precision Communication Services, Inc.
Automotive Rentals, Inc.
ABN AMRO Bank N.V.
Bexar County
Westcon Group North America Inc.
SprintCom Inc.
Sprint/United Management Company
The Prudential Insurance Company of America

Tata American International Corporation
Scott Douglass
Powerwave Technologies, Inc.
NeoPhotonics Corp.
Oracle USA, Inc.
Cummins, Inc.
485 Lexington Owner LLC
GTCI
Hok, Inc,
Alpha Network USA, Inc.
SAP America, Inc.
Qwest Communications Corporation and Qwest Corporation
Sumitomo Electric Lightwave Corporation
Insight Direct USA, Inc.
Harris County
APC Workforce Solutions
Unisys
County of Loudon
Right Management
Slash Support
Clearwire Corp.
tw telecom
Aon Consulting
Tandberg
Xeta Technologies
Monarch Alternative Capital LP
State of Michigan, Department of Treasury
Commonwealth of Pennsylvania, Department of Revenue
Tennessee Department of Revenue
Harte-Hanks, Inc.
Intech Group, Inc.
Lisa Fitzgerald
Alan Robert Bloom (UK Administrator)
Christopher John Wilkinson Hall (UK Administrator)
Alan Michael Hudson (UK Administrator)
Steven John Harris (UK Administrator)
Eltek Valere U.S. Inc.
Thomas & Betts Manufacturing Inc.
City and County of Denver
MatlinPatterson Global Advisors LLP
Avaya Inc.
Gores Group, Inc.
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
GE Fanuc Embedded Systems, Inc.
Commonwealth of Pennsylvania, Department of Revenue

27

Keith Weiner
Rudy Mathieu
Wendell Allen Neff
Charles Rowe
Neal Shact
Fred Scott
Jac Goudsmit
Dwayne Roberts
William Weidner
Price Paschall
The Internal Revenue Service
Bell Microproducts Canada-Tenex Data ULC
Law Debenture Trust Company of New York
Kien Chen
Moreno Minto
Nortel Networks UK Pension Trust Limited & The Board of the Pension Protection Fund
Guyana Telephone and Telegraph Company Limited
Cypress Communications, Inc.
Duane Morris LLP
Baker Botts L.L.P.
GENBAND, Inc.
Westchester Fire Insurance Company
ACE USA
Nuance Communications, Inc.
ACS Cable Systems, Inc.
One Equity Partners III, L.P.
Radware Ltd.
Telefonaktiebolaget LM Ericsson
Kapsch Carriercom AG
East Camelback Road, Inc.
Department of the Navy
Arthur A. Russell
Thomas & Betts Manufacturing Inc.
City and County of Denver
Aldine Independent School District
TTI Team Telecom Netherlands B.V.
Amphenol Corporation
Amphenol Fiber Optics
Andrew, LLC
Avanex
Dell Marketing, LP
Graybar Electric Company, Inc.
Staples National Advantage
Starent Networks Corp.
Tyco Electronics
Volex, Inc.

Zyxel Communications, Inc.
EMC Corporation
Sodexo, Inc.
Microvision, Inc.
Avidity Partners LLC
Acme Packet, Inc.
PSP Holding LLC
Google, Inc.
Spectrum Group Management LLC
Exide Technologies
Credit Suisse Strategic Partners
ASM Capital III, L.P.
ASM Capital, L.P.
Michael Alms
Gussie Anderson
Faye Brown
Roger Carlsen
John Elliott
Nanette Faison
Bert Fletcher
Barbara Gallagher
Gary Garrett
Laura Hale
Janette Head
Brad Henry
Mark Janis
William Johnson
Deborah (Margaret) Jnes
Peter Lawrence
James Lee
Fred Lindow
David Litz
Kerry Logan
Robert Martel
Terry Massengill
Reid Mullett
Pamela Powell
Frankie Proctor
Janie Proctor
Carol Raymond
Ronald Rose Jr.
Charles Sandner
Cynthia Schmidt
Wayne Schmidt
Manuel Segura
Leolia Strickland

Michael Stutts
Carmel Totman
Claudia Vidmer
Susan Widener
Vada Wilson
Ranger Inc.
Microsoft Corporation
Oracle America, Inc.
Annabelle W. Caffry and Susannah C. Lund, Trustees of the John W. Caffry Family
Trust
SNMP Research International, Inc.
Solus Alternative Asset Management LP
Mike Zafirovski
Core Brookfield Lakes, LLC
Mera NN
FCS North America, Inc.
Blank Rome LLP
Bernstein, Shur Sawyer & Nelson
John J. Rossi
Najam Dean
Gerald R. Utpadel
Michael P. Alms
William A. Reed
Mark A. Phillips
Nancy Wilson
Richard Lynn Engleman
Jeffrey B. Borron
Janetta Hames
Robert Dale Dover
David Litz
James Hunt
Scott David Howard
Brenda L. Rohrbaugh
Chad Soraino
Bruce Francis
Michael D. Rexroad
Brent E. Beasley
Caroline Underwood
Michael McWalters
Estelle Loggins
Freddie Wormsbaker
John Mercer
Kaushik Patel
Deborah M. Jones
Marilyn Day
Marilyn Green

Scott Gennett
Lynette Kay Seymour
Michael R. Thompson
Nanette Faison
Mary L. Holbrook
Shirley Bloom
Paul Douglas Wolfe
Thelma Watson
Betty Lewis
Jane Neumann
Lottie Edith Chambers
Bruce Turner
Wendy Boswell Mann
Kim M. Yates
Remajos Brown
Laurie Adams
Daniel D. David
Bonnie J. Boyer
Jerry Wadlow
Miriam L. Stewart
Leah McCaffrey
Steven E. Bennett
George I Hovater, Jr..
Olive Jane Stepp
Edward G. Guevarra Jr.
Alan Heinbaugh
Leona Purdum
Chae S. Roob
Brenda L. Wread
Sandra Aiken
Victoria Anstead
Diane Uphold
Barbara Dunston
SPCP Group, LLC
Herbert Preston Stansbury
Vernon Long
Janet Bass
Shirley Maddry
Kathleen A. Reese
Ralph MacIver
Emily D. Cullen
Rahul Kumar
James Craig
Debra Vega
Susan Ann Heisler
Danny Owneby

Deborah Faircloth
Cynthia B. Richardson
Gloria Benson
Ellen Sue Brady
Richard Hodges
Thomas Patrick Tinker (Assistant US Trustee)
William K. Harrington (Office of the US Trustee)
David Buchbinder (Office of the US Trustee)
Diane Giordano (Office of the US Trustee)
Christine Green (Office of the US Trustee)
Jeffrey Heck (Office of the US Trustee)
Mark Kenney (Office of the US Trustee)
David Klauder (Office of the US Trustee)
Jane Leamy (Office of the US Trustee)
James R. O'Malley (Office of the US Trustee)
Lauren O'Neal (Office of the US Trustee)
Michael Panacio (Office of the US Trustee)
Juliet Sarkessian (Office of the US Trustee)
Richard Schepacarter (Office of the US Trustee)
Ramona Vinson (Office of the US Trustee)
Michael West (Office of the US Trustee)
Shakima L. Williams (Office of the US Trustee)
Dion Wynn (Office of the US Trustee)
The Hon. Kevin Gross -*Only family relationships with Judge Gross need be disclosed

***Ad Hoc Bondholder Group***
Mackay Sheilds LLC
Loomis Sayles & Company, L.P.
Fidelity Management & Research Co.
Pacific Investment Management Company LLC
Sankaty Advisors LLC
Milbank Tweed LLP (advisors)

***Top 20 Creditors of Nortel Networks (CALA) Inc.***
Lederfyl SA
Optime Consulting Inc
Mcomm Group Inc
I and C SA
Telmar Network Technology
United Business Media LLC dba Everything Channel
Newcomm 2000
Central General Engineering and Maintenance Limited
Wireless Integrated Networks WIN
Siemens Enterprise Comm Inc
Manning Global
Mercury America USA Corp

Isbel SA
Alvarion Ltd
Coams Inc
Rerate Limited Inc
J Mock & Co SA
Konet PR
Online 2000 Inc
Verint Americas Inc

***Mediator***
Layn R. Phillips
Irell & Manella LLP
Chief Justice Warren K. Winkler

***Principal Officer***
John Ray

**EXHIBIT II**
**CURRENT CLIENTS**

***Debtors' Affiliates***
Nortel Networks, Inc.

***Debtors' Vendors***
IBM
Qualcomm Inc.
Keuhne & Nagel International AG

***Debtors' Landlords***
Teachers Insurance & Annuity Corp.
Duke Realty Ohio

***Debtors' Bondholders and Trustees***
RBC Capital Markets Corporation
Suntrust Bank
Wells Fargo
Morgan Stanley Smith Barney Financing

***Debtors' Significant Customers***
AT&T

***Debtors' Professionals***
CB Richard Ellis, Inc.
Cassidy Turley CPS

**EXHIBIT III**
**FORMER CLIENTS**

***Debtors' Vendors***
Cigna

***Ad Hoc Bondholder Group***
Fidelity Management & Research Company