Socrates Coutis
189 Auburn St.
Manchester, N.H. 03103

May 16, 2013

Dear Retiree Committee,

Copy:
The Honorable Kevin Gross

I am writing this note in response to an error in the original Individual Claim Form I received. The fourth entry — Retirement Date: 5/1/1993 is correct. The seventh entry — Retirement Program: Traditional Retirement Program with Grandfathered Status and Retirement Date after May 1, 2000 obviously is incorrect.

I called the Retiree Committee's hotline at KCC: 877 634 7178 and indicated the error on the recorded message. On February 22 at 2:45 PM I received a phone call from Christa at Togut to whom I relayed the error. She said she'd get back to me. During the next week I called the Togut office and each time I was directed to Christa's answering service and never received a response to my message. On March 4 in the morning I called the Retiree Committee's hotline for incorrect data: 212 398 8550 at Alvarez and Marsal and explained my situation to their representative. He drew up my file on his screen, confirmed the information I had on my Individual Claim Form and then told me that it had been decided that an entry before May 1, 2000 would not be acknowledged (despite the fact that several pages of actuarial data supporting it accompanied the form). The retirees who received these flawed Individual Claim Forms did not submit incorrect data to anyone. They had the same information that Nortel had and that anyone accessing Nortel's information had. For some reason incorrect data was entered in the Retirement Program box of the form. If the seventh entry of the original Individual Claim Form had the correct information there never would have been an issue. It should be incumbent upon the Retiree Committee to restore the correct, rightful allocation to each of all the retirees who have been wronged.

Sincerely,

Socrates Coutis

FairPoint Long Distance

Long Distance Packages and Products

1. Single Rate Plan                                              $0.20
2. No International Calling Plan     Feb 22 to Mar 08            $0.00

Total:                                                            $0.00

Service: Residential Voice    Telephone Number: 6036471926

3. Itemized Calls (See Call Detail)                              $1.20

Subtotal for 6036471926                                          $1.20

Total:                                                            $1.20

Tax & Fees on LD Services

4. State Tax                                                     $0.10
5. Federal Universal Service Fund - LD                           $0.19

Total Tax & Fees on LD Services                                  $0.29

Total LD New Charges                                             $1.49

Tax & Fees
All tax and fees are authorized by Federal, State or Local Governments. Fees are explained on page 2.

Call Detail

Long Distance Itemized Calls

Domestic Calls:  6036471926

| No. | Date | Time | Number Dialed | Location | | Min:Sec | Rate | Total | |
|---|---|---|---|---|---|---|---|---|---|
| 6. | 02/28/2013 | 10:02 am | 212 594-5000 | NEW YORK | NY | 2:00 | Flat | $0.240 | CALLS TO CHRISTA |
| 7. | 03/01/2013 | 2:35 pm | 212 594-5000 | NEW YORK | NY | 2:00 | Flat | $0.240 | AT TOGUT |
| 8. | 03/04/2013 | 9:42 am | 212 328-8550 | NEW YORK | NY | 6:00 | Flat | $0.720 | CALL TO ALVAREZ & MARSAL |

SubTotal:                                          10.0         $1.20

Total of all Calls for:  6036471926                10:00        $1.20

Total of all itemized Calls                                     $1.20