# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*, | Case No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | RE: Docket Nos. 10573 & 10575 |

## AFFIDAVIT OF
## TAMMY R. ROGERS, PARALEGAL

STATE OF DELAWARE:
                       SS:
NEW CASTLE COUNTY:

       I, Tammy R. Rogers, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matters concerning which service was made on May 20, 2013. I certify further that copies of the following documents were caused to be served upon the parties identified on the attached list via the manner indicated:

1)      **Joinder In Part Of The Monitor And The Canadian Debtors To The US Debtors And The Creditors' Committee's Joint Omnibus Objection To The Remaining Amended Claims Filed By The EMEA Claimants [Docket No. 10573, Filed May 17, 2013]; And**

2)      **Joinder In Part Of The Monitor And The Canadian Debtors To The US Debtors And The Creditors' Committee's Joint Objection To The Proofs Of Claim Filed By The Nortel Networks U.K. Pension Trust Limited (As Trustee Of The Nortel Networks U.K. Pension Plan) And The Board Of The Pension Protection Fund [Docket No. 10575, Filed May 17, 2013].**

                                                   _____
                                                   Tammy R. Rogers

SWORN AND SUBSCRIBED before me this 22nd day of May 2013.

                                                   _____
                                                   NOTARY

[Notary seal: ANNETTE FAY DYE, MY COMMISSION EXPIRES JULY 7, 2013, NOTARY PUBLIC, STATE OF DELAWARE]

#1014388-v37

Nortel Networks Inc., *et al.*,
Chapter 11
Case No. 09-10138 (KG)
*Trunked Service List*

## HAND DELIVERY

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Charlene D. Davis
Justin R. Alberto
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

James L. Patton
Edwin J. Harron
John T. Dorsey
Young Conaway Stargatt & Taylor LLP
1000 N. King Street
Wilmington, Delaware 19801

Stephen Miller
Courtney Hamilton
Morris James LLP
500 Delaware Ave
Wilmington, DE 19801

## FIRST CLASS MAIL

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020

Fred S. Hodara, Esq.
David H. Botter, Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Derek J.T.Adler
Hughes Hubbard & Reed LLP
One Batttery Park Plaza
New York, Yew York 10004

Marc Abrams
Brian E. O'Connor
Sameer Advani
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

Daniel Lowenthal
Brian Guiney
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Latham & Watkins LLP
Michael Riela
885 Third Ave.
New York, NY 10022

Cleary Gottlier Steen & Hamilton LLP
James L. Bromley
Lisa M. Schweitzer
One Lieberty Plaza
New York, NY 10006

# INTERNATIONAL MAIL

Kevin Lloyd
John Whiteoak
Richard Lawton
Herbert Smith LLP
Exchange House
Primrose Street
London
EC2A 2HS