IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>RE: Docket No. 10543 |

**AFFIDAVIT OF**
**TAMMY R. ROGERS, PARALEGAL**

STATE OF DELAWARE:
　　　　　　　　　　　SS:
NEW CASTLE COUNTY:

I, Tammy R. Rogers, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on May 22, 2013. I certify further that copies of the following document were caused to be served upon the parties identified on the attached list via the manner indicated:

**ALLOCATION POSITION OF THE MONITOR**
**AND THE CANADIAN NORTEL DEBTORS**

_____
Tammy R. Rogers

SWORN AND SUBSCRIBED before me this 22nd day of May 2013.

_____
NOTARY

#1014388-v37

Nortel Networks Inc., *et al.*,

Chapter 11

Case No. 09-10138 (KG)

*Core Party Service List*

## HAND DELIVERY

| | |
|---|---|
| Derek C. Abbot<br>Ann C. Cordo<br>Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market Street, Suite 1600<br>Wilmington, DE 19801 | Laura Davis Jones<br>Timothy P. Cairns<br>Kathleen P. Makowski<br>Pachulski Stang Ziehl & Jones<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19899-8705 |
| Mark Kenney, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207 Lockbox 35<br>Wilmington, DE 19801-3519 | James L. Patton<br>Edwin J. Harron<br>John T. Dorsey<br>Young Conaway Stargatt & Taylor LLP<br>1000 N. King Street<br>Wilmington, Delaware 19801 |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | Stephen Miller<br>Courtney Hamilton<br>Morris James LLP<br>500 Delaware Ave, Suite 1500<br>Wilmington, DE 19801 |
| Charlene D. Davis<br>Justin R. Alberto<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 | Selinda Melnik<br>DLA Piper LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 |

## FIRST CLASS MAIL

| | |
|---|---|
| Ken Coleman, Esq.<br>Lisa J.P. Kraidin, Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas, 20th Floor<br>New York, NY 10020 | Fred S. Hodara, Esq.<br>David H. Botter, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 |
| Thomas R. Kreller<br>Milbank Tweed Hadley & McLoy LLP<br>601 South Figueroa St., Suite 3000<br>Los Angeles, CA 90017 | Derek J.T. Adler<br>Michael Luskin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004 |
| Marc Abrams<br>Brian E. O'Connor<br>Sameer Advani<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019 | Daniel Lowenthal<br>Brian Guiney<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 |
| Michael Riela<br>Latham & Watkins LLP<br>885 Third Ave.<br>New York, NY 10022 | James L. Bromley<br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine<br>Kevin M. Baum<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, New York 10022-2585 | |

## INTERNATIONAL MAIL

| | |
|---|---|
| Kevin Lloyd<br>John Whiteoak<br>Richard Lawton<br>Herbert Smith LLP<br>Exchange House<br>Primrose Street<br>London | |