**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
*In re*                                                              :      Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :      Case No. 09-10138 (KG)
:
                Debtors.                               :      Jointly Administered
:
:      **Hearing Date: June 25, 2013 at 10:00 a.m. (ET)**
:
------------------------------------------------------------X

**SEVENTEENTH QUARTERLY FEE APPLICATION REQUEST OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2013 THROUGH APRIL 30, 2013**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "<u>Monthly Compensation Order</u>"), Morris, Nichols, Arsht & Tunnell LLP ("<u>Morris Nichols</u>") hereby submits its Sixteenth Quarterly Fee Application Request (the "<u>Request</u>") for the period February 1, 2013 through and including April 30, 2013[2] (the "<u>Application Period</u>").

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications (D.I. Nos. 9925, 10041 and 10608) contain detailed listing of Morris Nichols' requested fees and expenses for the Application Periods.

Morris Nichols seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 4/1/13 D.I. 9925 | 2/1/13-2/28/13 | $77,357.00 | $10,801.78 | 4/24/13 D.I. 10278 | $61,885.60 | $10,801.78 | $15,471.40 |
| 4/10/13 D.I. 10041 | 3/1/13-3/31/13 | $80,496.50 | $16,051.74 | 5/2/13 D.I. 10433 | $64,397.20 | $16,051.74 | $16,099.30 |
| 5/22/13 D.I. 10608 | 4/1/13-4/30/13 | $134,164.50 | $27,430.06 | Pending | Pending | Pending | Pending |
| TOTAL | | $292,018.00 | $54,283.58 | | $126,282.80 | $26,853.52 | $31,570.70 |

In accordance with the Monthly Compensation Order, Morris Nichols seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Morris Nichols respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant Morris Nichols such other and further relief as is just and proper.

Dated: May 22, 2013
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-425-4663

*Delaware and General Bankruptcy Counsel for the Debtors and Debtors-in-Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Derek C. Abbott | Partner/Bankruptcy | 635 | 72.2 | $45,847.00 |
| Donna L. Culver | Partner/Bankruptcy | 615 | 3.0 | 1,845.00 |
| Eric D. Schwartz | Partner/Bankruptcy | 615 | 23.9 | 14,698.50 |
| Gregory W. Werkheiser | Partner/Bankruptcy | 590 | .2 | 118.00 |
| Patricia O. Vella | Partner/Corporate | 560 | 1.3 | 728.00 |
| Curtis Miller | Partner/Bankruptcy | 525 | 10.2 | 5,355.00 |
| Ann C. Cordo | Associate/Bankruptcy | 490 | 274.3 | 134,407.00 |
| Andrew Remming | Associate/Bankruptcy | 440 | .2 | 88.00 |
| Erin Fay | Associate/Bankruptcy | 415 | 2.5 | 1,037.50 |
| Justin Kirk Houser | Associate/Bankruptcy | 370 | 4.9 | 1,813.00 |
| William M. Alleman, Jr. | Associate/Bankruptcy | 370 | .9 | 333.00 |
| Tamara K. Minott | Associate/Bankruptcy | 330 | 154.6 | 51,018.00 |
| Angela R. Conway | Paralegal | 240 | .4 | 96.00 |
| Renae M. Fusco | Paralegal | 240 | 7.0 | 1,680.00 |
| Marisa Maddox | Paralegal | 240 | 132.0 | 31,680.00 |
| Theresa M. Naimoli | Case Clerk | 140 | 9.1 | 1,274.00 |
| **TOTAL** | | | **696.7** | **$292,018.00** |

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 37.3 | $18,485.00 |
| Asset Dispositions/363 Sales | .3 | 190.50 |
| Creditor Communications and Meeting | 3.1 | 1,620.50 |
| Fee Applications (MNAT- Filing) | 20.5 | 6,234.50 |
| Fee Applications (Others – Filing) | 88.2 | 33,814.00 |
| Executory Contracts/Unexpired Leases | 2.2 | 861.00 |
| Other Contested Matters | 64.8 | 28,245.00 |
| Employee Matters | 133.4 | 64,190.50 |
| Real Estate | 7.7 | 3,532.00 |
| Court Hearings | 249.3 | 95,268.00 |
| Claims Administration and Objections | 41.8 | 19,254.00 |
| Litigation/Adversary Proceedings | 9.6 | 3,750.50 |
| Professional Retention (MNAT – Filing) | 11.7 | 4,107.50 |
| Professional Retention (Others – Filing) | 20.1 | 9,527.50 |
| General Corporate Matters | 2.0 | 1,172.50 |
| Schedules/SOFA/U.S. Trustee Reports | 4.7 | 1,765.00 |
| **TOTAL** | **696.7** | **$292,018.00** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $6,874.65 |
| Photos/Art/ Spec Duplicating | Out of Office | 9,549.80 |
| Travel | | 268.80 |
| Messenger Service | | 432.00 |
| Meals | | 1,220.91 |
| Courier/Delivery Service | | 29,941.07 |
| In House Duplicating | | 3,645.25 |
| Facsimile | | 1,288.50 |
| Postage | | 467.56 |
| Pacer | | 138.30 |
| Conference Calls | | 456.74 |
| **Grand Total Expenses** | | **$54,283.58** |

7025988.2