**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 10397** |
| | ) |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST APPLICATION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR REIMBURSEMENT
OF EXPENSES INCURRED BY A COMMITTEE MEMBER DURING THE PERIOD
FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013
[DOCKET NO. 10397] (NO ORDER REQUIRED)**

The undersigned hereby certifies that he has received no answer, objection or any

other responsive pleading with respect to the First Application of the Official Committee of

Unsecured Creditors for Reimbursement of Expenses (the "Application") by Committee Member

Bank of New York Mellon (the "Applicant") listed on Exhibit A attached hereto.    The

undersigned further certifies that he has reviewed the Court's docket in this case and no answer,

objection or other responsive pleading to the Application appears thereon.  The Application was

filed with the Court on the date listed on Exhibit A.[2]

Pursuant to the Administrative Order Establishing Procedures for Interim

Compensation and Reimbursement of Fees and Expenses for Professionals and Official

Committee Members entered February 4, 2009 [Docket No. 222] (the "Interim Compensation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification
number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc.
(9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation
(0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks
Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation
(3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks
Cable Solutions Inc. (0567).
[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20)
days after the date of service to object to the Application.

RLF1 8652754v.1

Order"), the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and

one hundred percent (100%) of the expenses requested in the Application upon the filing of this

Certification of No Objection and without the need for entry of a Court order approving the

Application.

Dated: May 22, 2013
      Wilmington, Delaware

                                                  Mark D. Collins (No. 2981)
                                                  Christopher M. Samis (No. 4909)
                                                  RICHARDS, LAYTON & FINGER, P.A.
                                                  One Rodney Square
                                                  920 North King Street
                                                  Wilmington, Delaware  19801
                                                  Telephone:  (302) 651-7700
                                                  Facsimile:  (302) 651-7701

                                                  -and-

                                                  Fred S. Hodara, Esq.
                                                  Akin Gump Strauss Hauer & Feld LLP
                                                  One Bryant Park
                                                  New York, New York 10036
                                                  Telephone:  (212) 872-1000
                                                  Facsimile:  (212) 872-1002

                                                  Counsel to the Official Committee of Unsecured
                                                  Creditors of Nortel Networks Inc., *et al.*

RLF1 8652754v.1

# EXHIBIT A

## NORTEL NETWORKS INC., *et al*.
## CASE NO. 09-10138 (KG)

Committee Member Expenses

| Applicant & Docket No. | Time Period Covered | Expenses Requested in Application | Expenses Allowed/Awarded | Date Application Filed | Objection Deadline |
|---|---|---|---|---|---|
| Bank of New York Mellon [Docket No. 10397] | 1/1/13 - 1/31/13 | $3,893.95 (Expenses) | $3,893.95 (Expenses @ 100%) | 4/30/13 | 5/20/13 |