# Nortel Networks Corporation
## Capstone Advisory Group, LLC
### Exhibit A: Summary of Fees by Professional
### For the Period 3/1/2013 through 3/31/2013

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $830 | 17.10 | $14,193.00 |
| J. Borow | Executive Director | $830 | 61.70 | $51,211.00 |
| J. Hyland | Executive Director | $635 | 119.00 | $75,565.00 |
| M. Dansky | Executive Director | $595 | 21.20 | $12,614.00 |
| A. Cowie | Managing Director | $575 | 27.90 | $16,042.50 |
| B. Kullberg | Managing Director | $500 | 9.70 | $4,850.00 |
| B. Frizzell | Director | $425 | 10.90 | $4,632.50 |
| J. Schad | Director | $415 | 3.20 | $1,328.00 |
| T. Morilla | Director | $380 | 48.00 | $18,240.00 |
| M. Haverkamp | Paraprofessional | $120 | 1.60 | $192.00 |
| **For the Period 3/1/2013 through 3/31/2013** | | | **320.30** | **$198,868.00** |

Capstone Advisory Group, LLC
Invoice for the 3/1/2013-3/31/2013 Fee Statement