**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 3/1/2013 through 3/31/2013

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 167.00 | $109,646.50 |
| 05. Professional Retention/Fee Application Preparation | 4.40 | $1,587.50 |
| 06. Attend Hearings/Related Activities | 4.10 | $3,403.00 |
| 08. Interaction/Mtgs w Creditors | 18.50 | $14,614.00 |
| 10. Recovery/SubCon/Lien Analysis | 1.90 | $1,577.00 |
| 11. Claim Analysis/Accounting | 28.00 | $15,551.00 |
| 13. Intercompany Transactions/Bal | 5.40 | $2,703.00 |
| 18. Operating and Other Reports | 4.40 | $1,672.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 8.30 | $4,760.50 |
| 25. Litigation | 17.90 | $11,026.00 |
| 33. Intellectual Property | 60.40 | $32,327.50 |
| **For the Period 3/1/2013 through 3/31/2013** | **320.30** | **$198,868.00** |