## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit C: Detailed Time Descriptions
For the Period 3/1/2013 through 3/31/2013

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 3/1/2013 | C. Kearns | 0.50 | Reviewed and analyzed allocation related analysis. |
| 3/1/2013 | J. Hyland | 1.40 | Reviewed final supplemental submission and related issues. |
| 3/1/2013 | J. Hyland | 1.80 | Prepared summary of proceeds allocation documentation. |
| 3/1/2013 | J. Borow | 2.30 | Reviewed submissions re: hearing in bankruptcy court on March 7. |
| 3/1/2013 | J. Hyland | 2.50 | Continued reviewing proceeds allocation documentation. |
| 3/1/2013 | J. Hyland | 2.70 | Reviewed proceeds allocation documentation. |
| 3/3/2013 | C. Kearns | 0.30 | Read draft submissions on allocation protocol. |
| 3/4/2013 | C. Kearns | 0.30 | Reviewed last pass of draft submissions. |
| 3/4/2013 | C. Kearns | 1.00 | Analyzed issues related to value allocation for Rockstar sale and related follow up. |
| 3/4/2013 | J. Borow | 1.20 | Continued to review submissions re: hearing in bankruptcy court on March 7. |
| 3/4/2013 | J. Borow | 2.30 | Reviewed submissions re: hearing in bankruptcy court on March 7. |
| 3/4/2013 | J. Hyland | 2.40 | Reviewed proceeds allocation documentation. |
| 3/5/2013 | C. Kearns | 0.70 | Read allocation submissions from the mediation parties re: March 7 hearing. |
| 3/5/2013 | J. Borow | 1.60 | Continued to review various documents re: allocation and claims submissions relating to hearing. |
| 3/5/2013 | J. Borow | 1.70 | Reviewed various documents re: allocation and claims submissions relating to court hearing. |
| 3/5/2013 | J. Hyland | 2.00 | Analyzed final portion of proceed allocation scenario. |
| 3/5/2013 | J. Hyland | 2.70 | Continued analyzing proceed allocation scenario. |
| 3/5/2013 | J. Hyland | 2.90 | Analyzed proceed allocation scenario. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/6/2013 | J. Borow | 0.70 | Continued to review various documents for allocation and claims submissions relating to court hearing. |
| 3/6/2013 | J. Borow | 2.40 | Reviewed various documents pertaining to allocation and claims submissions relating to court hearing. |
| 3/6/2013 | J. Hyland | 2.60 | Reviewed documentation for allocation analysis. |
| 3/7/2013 | J. Borow | 1.60 | Reviewed various documents pertaining to allocation and claims submissions relating to court hearing. |
| 3/7/2013 | T. Morilla | 2.10 | Reviewed documents related to certain allocation scenarios. |
| 3/7/2013 | J. Hyland | 2.50 | Reviewed court submissions for proceeds allocation. |
| 3/8/2013 | J. Borow | 1.20 | Continued to review issues pertaining to other assets allocation concepts. |
| 3/8/2013 | J. Borow | 2.20 | Reviewed issues pertaining to other assets allocation concepts. |
| 3/8/2013 | J. Hyland | 2.40 | Reviewed proceeds allocation documentation and support. |
| 3/11/2013 | C. Kearns | 0.30 | Reviewed allocation issues. |
| 3/11/2013 | J. Borow | 1.70 | Reviewed issues pertaining to other assets allocation concepts. |
| 3/11/2013 | J. Borow | 2.20 | Reviewed issues pertaining to intellectual property allocation concepts. |
| 3/11/2013 | J. Hyland | 2.70 | Continued analyzing supporting documentation for proceeds allocation. |
| 3/11/2013 | J. Hyland | 2.90 | Analyzed supporting documentation for proceeds allocation. |
| 3/12/2013 | J. Hyland | 2.60 | Continued reviewing proceeds allocation analyses. |
| 3/12/2013 | J. Hyland | 2.80 | Reviewed proceeds allocation analyses. |
| 3/13/2013 | J. Hyland | 1.70 | Prepared analysis for proceeds allocation. |
| 3/14/2013 | J. Borow | 0.00 | Prepared for (1.5) and participated in (0.7) meeting with counsel re: proceeds allocation litigation. |
| 3/14/2013 | J. Hyland | 1.30 | Continued proceeds allocation analyses from meeting with counsel and potential experts. |
| 3/14/2013 | J. Hyland | 2.20 | Participated in portion of meeting with counsel and potential experts re: proceeds allocation. |
| 3/14/2013 | J. Hyland | 2.90 | Prepared proceeds allocation analyses resulting from meeting with counsel on proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/14/2013 | J. Borow | 4.70 | Continued to participate in meeting with counsel re: allocation litigation. |
| 3/15/2013 | T. Morilla | 1.00 | Reviewed and analyzed documents related to certain business unit transactions. |
| 3/15/2013 | J. Borow | 2.80 | Reviewed claims and allocation issues relating specifically to EMEA claims in the bankruptcy. |
| 3/17/2013 | J. Hyland | 2.60 | Analyzed assets and claims for NNL. |
| 3/18/2013 | A. Cowie | 1.20 | Continued to prepare files in support of allocation litigation. |
| 3/18/2013 | J. Borow | 1.40 | Continued to review claims and allocation submission documents re: litigation amongst parties in interest. |
| 3/18/2013 | J. Borow | 1.90 | Reviewed claims and allocation submission documents re: litigation amongst parties in interest. |
| 3/18/2013 | J. Hyland | 2.60 | Continued preparing litigation proceeds allocation documents analyses for counsel. |
| 3/18/2013 | A. Cowie | 2.70 | Continued to prepare files in support of allocation litigation. |
| 3/18/2013 | J. Hyland | 2.80 | Continued preparing initial litigation proceeds allocation documents analyses for counsel. |
| 3/18/2013 | J. Hyland | 2.90 | Prepared initial litigation proceeds allocation documents analyses for counsel. |
| 3/18/2013 | A. Cowie | 2.90 | Prepared files re: proceeds allocation litigation. |
| 3/19/2013 | J. Borow | 0.70 | Continued to review claims and allocation submission documents re: litigation amongst parties in interest. |
| 3/19/2013 | A. Cowie | 2.40 | Continued to prepare file listing re: proceeds allocation litigation. |
| 3/19/2013 | J. Hyland | 2.60 | Prepared topic-specific proceeds allocation documentation for experts. |
| 3/19/2013 | J. Hyland | 2.70 | Continued preparing topic-specific proceeds allocation documentation for experts. |
| 3/19/2013 | J. Borow | 2.80 | Reviewed submission documents re: litigation amongst parties in interest for claims and allocation issues. |
| 3/19/2013 | A. Cowie | 2.80 | Prepared file listing in support of proceeds allocation litigation. |
| 3/20/2013 | A. Cowie | 0.40 | Continued preparing file repository for proceeds allocation litigation experts. |
| 3/20/2013 | J. Borow | 1.10 | Continued to review claims and allocation submission documents re: litigation amongst parties in interest. |

Capstone Advisory Group, LLC  
Invoice for the 3/1/2013-3/31/2013 Fee Statement

Page 3 of 11

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/20/2013 | J. Borow | 2.10 | Reviewed claims and allocation submission documents re: litigation amongst parties in interest. |
| 3/20/2013 | J. Hyland | 2.60 | Updated documentation list for expert and forwarded to counsel. |
| 3/20/2013 | A. Cowie | 2.70 | Prepared file repository for proceeds allocation litigation experts. |
| 3/21/2013 | T. Morilla | 1.50 | Reviewed business unit transaction documents for proceeds allocation. |
| 3/21/2013 | A. Cowie | 2.20 | Continued to prepare file repository in support of allocation litigation. |
| 3/21/2013 | J. Borow | 2.30 | Reviewed issues relating to allocation process and relevant documentation. |
| 3/21/2013 | A. Cowie | 2.90 | Continued preparing file repository for proceeds allocation litigation experts. |
| 3/22/2013 | T. Morilla | 1.20 | Reviewed documents related to the Business Unit transactions. |
| 3/22/2013 | J. Borow | 1.50 | Continued to review issues relating to allocation process and related documentation. |
| 3/22/2013 | T. Morilla | 1.80 | Reviewed proceeds allocation documents related to the proceeds allocation expert. |
| 3/22/2013 | J. Borow | 1.90 | Reviewed issues relating to allocation process and related documentation. |
| 3/22/2013 | A. Cowie | 2.20 | Prepared file listing and repository for allocation litigation experts. |
| 3/22/2013 | A. Cowie | 2.60 | Continued to prepare file repository re: allocation litigation experts. |
| 3/22/2013 | J. Hyland | 2.80 | Reviewed documentation for potential expert related to proceeds allocation. |
| 3/25/2013 | C. Kearns | 0.30 | Reviewed information needs related to allocation litigation. |
| 3/25/2013 | T. Morilla | 1.40 | Continued to review and analyze the asset divestiture documents. |
| 3/25/2013 | T. Morilla | 2.10 | Reviewed and analyzed asset divestiture documents. |
| 3/25/2013 | J. Hyland | 2.60 | Reviewed mediation submissions from the parties of interest. |
| 3/27/2013 | T. Morilla | 1.90 | Reviewed documents related to the business unit transactions. |
| 3/28/2013 | T. Morilla | 1.80 | Reviewed business unit transaction documents. |
| 3/29/2013 | C. Kearns | 0.30 | Reviewed key issues for allocation related litigation. |
| 3/29/2013 | J. Hyland | 1.20 | Analyzed approaches for proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/29/2013 | J. Hyland | 1.70 | Reviewed proceeds allocation submissions from various parties re: litigation. |
| 3/29/2013 | T. Morilla | 1.90 | Reviewed proceeds allocation methodologies. |
| 3/29/2013 | J. Hyland | 2.40 | Revised index of proceeds allocation documents for expert and counsel's review. |
| 3/29/2013 | J. Hyland | 2.80 | Reviewed Business Unit documentation for potential proceeds allocation expert. |
| Subtotal | | 167.00 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/5/2013 | J. Hyland | 0.40 | Prepared February fee estimate for counsel. |
| 3/14/2013 | M. Haverkamp | 1.10 | Prepared February fee application. |
| 3/15/2013 | M. Haverkamp | 0.50 | Prepared February fee application. |
| 3/21/2013 | J. Hyland | 0.90 | Reviewed February fee application. |
| 3/29/2013 | T. Morilla | 1.50 | Reviewed the February fee application. |
| Subtotal | | 4.40 | |

**06. Attend Hearings/Related Activities**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/7/2013 | J. Borow | 2.00 | Continued to attend hearing in Wilmington, DE. |
| 3/7/2013 | J. Borow | 2.10 | Attended hearing in Wilmington, DE. |
| Subtotal | | 4.10 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/4/2013 | C. Kearns | 0.50 | Participated in call with counsel re: final thoughts, draft submissions, open items, and ad hocs. |
| 3/6/2013 | C. Kearns | 0.20 | Emailed with counsel re: allocation related hearing. |
| 3/8/2013 | J. Hyland | 0.20 | Participated on UCC call including UCC members and professionals. |
| 3/8/2013 | C. Kearns | 0.30 | Prepared for (01.) and participated in (0.2) call with UCC to debrief from court endorsements. |
| 3/8/2013 | J. Hyland | 0.50 | Participated on weekly status call with UCC professionals. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/12/2013 | J. Borow | 1.60 | Held discussions with various creditors and other parties in interest re: status of matter. |
| 3/13/2013 | J. Borow | 1.60 | Held discussions with various creditors and other parties in interest re: status of matter. |
| 3/14/2013 | J. Hyland | 0.10 | Participated on UCC call including UCC members and UCC professionals. |
| 3/14/2013 | C. Kearns | 0.20 | Participated in call with UCC to discuss timeline for litigation. |
| 3/14/2013 | J. Borow | 0.40 | Prepared for (0.3) and participated in (0.1) meeting with professionals to UCC and UCC. |
| 3/14/2013 | C. Kearns | 1.10 | Continued to meet with counsel to plan and discuss work streams re: allocations related litigation. |
| 3/14/2013 | C. Kearns | 2.10 | Met with counsel to plan and discuss work streams re: allocations related litigation. |
| 3/15/2013 | J. Hyland | 0.20 | Participated in call with B. Kahn re: case status. |
| 3/15/2013 | C. Kearns | 0.40 | Reviewed proposed trial timeline and related emails with counsel. |
| 3/16/2013 | C. Kearns | 0.30 | Read email traffic with counsel re: proposed litigation timeline. |
| 3/20/2013 | J. Hyland | 0.60 | Participated in weekly professionals' call. |
| 3/20/2013 | C. Kearns | 0.60 | Participated in call with counsel to discuss latest developments on trial-related issues and timeline. |
| 3/20/2013 | J. Borow | 0.80 | Prepared for (0.2) and participated (0.6) in meeting of professionals for UCC re: formal UCC meeting. |
| 3/21/2013 | J. Hyland | 0.60 | Participated on UCC call with UCC members and professionals. |
| 3/21/2013 | C. Kearns | 0.60 | Participated in call with UCC to discuss latest regarding proposed litigation timeline and next steps. |
| 3/21/2013 | J. Hyland | 1.10 | Prepared for UCC call. |
| 3/21/2013 | J. Borow | 1.10 | Prepared for attended and participated in meeting with UCC and professional advisors to UCC. |
| 3/28/2013 | J. Borow | 0.00 | Participated on call with Cleary and counsel re: litigation. |
| 3/28/2013 | J. Hyland | 0.50 | Participated in UCC call with UCC and UCC professionals. |
| 3/28/2013 | C. Kearns | 0.50 | Participated in UCC call re: tentative trial schedule. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/28/2013 | J. Borow | 2.40 | Prepared for (0.4) and participated (0.5) in meeting of UCC and professionals to UCC. |
| Subtotal | | 18.50 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/1/2013 | J. Borow | 1.10 | Reviewed issues relating to various recovery analyses. |
| 3/4/2013 | J. Borow | 0.80 | Reviewed issues relating to various recovery analyses. |
| Subtotal | | 1.90 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/11/2013 | C. Kearns | 0.50 | Researched Project Swift for counsel. |
| 3/11/2013 | T. Morilla | 1.60 | Continued to review and analyze Project Swift documents. |
| 3/11/2013 | T. Morilla | 1.70 | Reviewed and analyzed Project Swift documents. |
| 3/12/2013 | J. Borow | 1.10 | Reviewed claims and related supporting documentation. |
| 3/12/2013 | T. Morilla | 1.80 | Reviewed and analyzed Project Swift documents. |
| 3/13/2013 | T. Morilla | 0.80 | Reviewed and analyzed Project Swift documents. |
| 3/13/2013 | J. Borow | 2.40 | Reviewed various claims relating to potential litigation issues. |
| 3/13/2013 | J. Hyland | 2.40 | Reviewed filed claims. |
| 3/14/2013 | T. Morilla | 1.10 | Reviewed and analyzed the Project Swift documents. |
| 3/15/2013 | J. Hyland | 2.50 | Reviewed documentation related to a claim. |
| 3/20/2013 | J. Hyland | 2.90 | Analyzed claims for proceeds allocation. |
| 3/21/2013 | J. Hyland | 2.80 | Continued analyzing claims for proceeds allocation. |
| 3/25/2013 | T. Morilla | 1.20 | Reviewed and analyzed the Canadian claims. |
| 3/27/2013 | T. Morilla | 1.70 | Reviewed the estate claims documents. |
| 3/28/2013 | J. Hyland | 1.60 | Reviewed claim information. |
| 3/28/2013 | T. Morilla | 1.90 | Reviewed and analyzed certain estate claim documents. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 28.00 | |
| **13. Intercompany Transactions/Bal** | | | |
| 3/4/2013 | C. Kearns | 0.20 | Reviewed summary of Restructuring Manager report re: status of rest of world. |
| 3/5/2013 | T. Morilla | 1.00 | Reviewed Restructuring Manager's report. |
| 3/21/2013 | J. Hyland | 2.20 | Analyzed intercompany balances. |
| 3/26/2013 | T. Morilla | 1.20 | Reviewed transfer pricing and MRDA documents. |
| 3/29/2013 | T. Morilla | 0.80 | Reviewed and analyzed the 4th estate documents. |
| Subtotal | | 5.40 | |
| **18. Operating and Other Reports** | | | |
| 3/1/2013 | T. Morilla | 1.20 | Reviewed and analyzed the 91st Monitor's Report. |
| 3/6/2013 | T. Morilla | 1.20 | Continued to review the Directors and Officers chart. |
| 3/18/2013 | T. Morilla | 0.90 | Reviewed and analyzed the Directors and Officers list. |
| 3/26/2013 | T. Morilla | 1.10 | Reviewed and analyzed the Directors and Officers list. |
| Subtotal | | 4.40 | |
| **19. Cash Flow/Cash Mgmt Liquidity** | | | |
| 3/13/2013 | T. Morilla | 0.30 | Reviewed and analyzed the US cash balances. |
| 3/15/2013 | J. Hyland | 1.10 | Reviewed cash reporting. |
| 3/19/2013 | T. Morilla | 0.30 | Reviewed and analyzed the escrow accounts. |
| 3/22/2013 | T. Morilla | 0.30 | Reviewed and analyzed the March 15 cash flash. |
| 3/22/2013 | J. Hyland | 0.90 | Reviewed cash position. |
| 3/22/2013 | J. Hyland | 2.00 | Analyzed forecasted cash flows from NNL and EMEA. |
| 3/26/2013 | T. Morilla | 1.10 | Reviewed and analyzed the global cash flow forecast. |
| 3/26/2013 | J. Hyland | 2.30 | Analyzed cash flows. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| | Subtotal | 8.30 | |
| **25. Litigation** | | | |
| 3/7/2013 | C. Kearns | 2.00 | Participated, via court call, at allocation motion hearing. |
| 3/8/2013 | T. Morilla | 0.10 | Reviewed the Justice Morawetz endorsement. |
| 3/8/2013 | C. Kearns | 0.20 | Participated, via court call, in allocation endorsements by courts. |
| 3/13/2013 | C. Kearns | 0.40 | Developed work plan for various aspects of litigation. |
| 3/15/2013 | T. Morilla | 1.10 | Reviewed and analyzed the Monitor's proposed litigation schedule. |
| 3/17/2013 | J. Hyland | 1.40 | Reviewed litigation timeline and related analysis. |
| 3/18/2013 | C. Kearns | 0.50 | Analyzed issues related to litigation path and timing. |
| 3/19/2013 | C. Kearns | 0.30 | Read latest correspondence on litigation milestones and proposed timeline. |
| 3/20/2013 | C. Kearns | 0.40 | Reviewed and expanded list of discovery requests for allocation litigation. |
| 3/20/2013 | T. Morilla | 1.20 | Reviewed the proposed litigation schedules. |
| 3/20/2013 | J. Hyland | 2.80 | Analyzed issues related to litigation timing. |
| 3/21/2013 | T. Morilla | 1.00 | Reviewed the proposed litigation schedules. |
| 3/21/2013 | A. Cowie | 2.90 | Reviewed and expanded list of discovery requests for allocation litigation. |
| 3/22/2013 | C. Kearns | 0.40 | Emailed with counsel re: information needs for allocation and claims related to litigation. |
| 3/26/2013 | T. Morilla | 1.00 | Reviewed the allocation and claims litigation schedules. |
| 3/27/2013 | C. Kearns | 0.50 | Analyzed issues related to allocation litigation. |
| 3/28/2013 | C. Kearns | 0.20 | Emailed with counsel re: tentative trial schedule. |
| 3/28/2013 | J. Hyland | 1.50 | Participated on call with Cleary and counsel re: litigation. |
| | Subtotal | 17.90 | |
| **33. Intellectual Property** | | | |
| 3/1/2013 | M. Dansky | 1.00 | Analyzed available data for IP allocations. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/1/2013 | J. Schad | 1.10 | Reviewed and analyzed intellectual property model. |
| 3/1/2013 | B. Frizzell | 2.20 | Reviewed documents re: IP proceeds allocation analysis. |
| 3/1/2013 | M. Dansky | 2.50 | Reviewed documentation on IP scenarios. |
| 3/1/2013 | M. Dansky | 2.50 | Continued analyzing available data for IP allocations. |
| 3/2/2013 | M. Dansky | 1.00 | Reviewed IP allocation methodologies from other estates. |
| 3/3/2013 | B. Frizzell | 1.70 | Reviewed IP model. |
| 3/3/2013 | M. Dansky | 2.00 | Reviewed IP allocation reports. |
| 3/4/2013 | B. Kullberg | 0.50 | Reviewed proceeds allocation documentation and allocation scenarios. |
| 3/4/2013 | B. Frizzell | 1.00 | Analyzed IP model and allocation scenarios. |
| 3/4/2013 | B. Frizzell | 1.30 | Analyzed potential IP allocation scenarios. |
| 3/4/2013 | M. Dansky | 1.70 | Reviewed information provided by Lazard on IP. |
| 3/4/2013 | T. Morilla | 1.90 | Reviewed and analyzed IP documents. |
| 3/4/2013 | M. Dansky | 2.00 | Continued reviewing information provided by Lazard on IP. |
| 3/4/2013 | J. Hyland | 2.00 | Continued analyzing IP documentation. |
| 3/4/2013 | J. Schad | 2.10 | Reviewed and analyzed intellectual property model. |
| 3/4/2013 | B. Kullberg | 2.50 | Reviewed documentation re: IP proceeds allocation. |
| 3/4/2013 | B. Frizzell | 2.90 | Reviewed IP model re: allocation. |
| 3/4/2013 | J. Hyland | 2.90 | Analyzed IP documentation. |
| 3/5/2013 | B. Frizzell | 0.60 | Reviewed IP proceeds allocation model. |
| 3/5/2013 | M. Dansky | 1.80 | Reviewed documentation re: IP sale. |
| 3/5/2013 | M. Dansky | 2.00 | Continued reviewing documentation on IP sale. |
| 3/5/2013 | B. Kullberg | 2.30 | Reviewed documentation re: IP proceeds allocation. |
| 3/7/2013 | B. Kullberg | 0.50 | Reviewed documentation re: IP proceeds allocation. |

Capstone Advisory Group, LLC  
Invoice for the 3/1/2013-3/31/2013 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/7/2013 | T. Morilla | 1.10 | Continued to review IP related documents. |
| 3/8/2013 | M. Dansky | 1.70 | Reviewed IP APA. |
| 3/8/2013 | B. Kullberg | 2.70 | Reviewed documentation re: IP proceeds allocation. |
| 3/11/2013 | B. Kullberg | 1.00 | Analyzed proceeds allocation scenarios. |
| 3/11/2013 | B. Frizzell | 1.20 | Analyzed court decision and next steps re: IP proceeds allocation. |
| 3/11/2013 | M. Dansky | 1.30 | Reviewed IPCo forecast from Lazard. |
| 3/11/2013 | J. Hyland | 2.80 | Reviewed IP documentation. |
| 3/12/2013 | B. Kullberg | 0.20 | Reviewed IP documentation for proceeds allocation. |
| 3/12/2013 | M. Dansky | 1.50 | Reviewed IPCo forecast from Lazard. |
| 3/12/2013 | J. Hyland | 2.50 | Continued reviewing IP documentation. |
| 3/15/2013 | C. Kearns | 1.00 | Analyzed allocation related issues for IP and other asset sales. |
| 3/18/2013 | M. Dansky | 0.20 | Reviewed IP allocation scenarios. |
| 3/22/2013 | T. Morilla | 1.20 | Reviewed certain IP related documents. |
| Subtotal | | 60.40 | |
| **Total Hours** | | **320.30** | |