**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 3/1/2013 through 3/31/2013**

| Date | Professional | Description | Amount |
|------|--------------|-------------|--------|
| **Airfare/ Train** | | | |
| 3/5/2013 | J. Borow | Amtrak train to Wilmington for court hearing. | $302.00 |
| **Subtotal - Airfare/ Train** | | | **$302.00** |
| **Meals** | | | |
| 3/7/2013 | J. Borow | Lunch for J. Borow and A. Cowie in Wilmington. | $25.83 |
| **Subtotal - Meals** | | | **$25.83** |
| **Telecom** | | | |
| 3/3/2013 | T. Morilla | January telecom expense during the mediation in Toronto. | $60.00 |
| **Subtotal - Telecom** | | | **$60.00** |
| **For the Period 3/1/2013 through 3/31/2013** | | | $387.83 |