# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**April 1, 2013 - April 30, 2013**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | April 2013 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | - |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | - |
| 6 | Committee Matters and Creditor Meetings | 2.0 |
| 7 | Claims Administration and Analysis | - |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 240.0 |
| 15 | Travel | 29.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **271.0** |

**Summary of Services Rendered by Professional**

| Name | April 2013 Hours |
|---|---|
| Michael Kennedy, Member | 163.0 |
| Matthew Rosenberg, Managing Director | 75.0 |
| Aaron Taylor, Vice President | 33.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| **TOTAL** | **271.0** |

**Nortel Networks, Inc**
April 1, 2013 - April 30, 2013 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy</u>

| Date | Description of Work | April 2013 Hours | Code |
|---|---|---:|---:|
| 4/1/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 8.0 | 14 |
| 4/2/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 9.0 | 14 |
| 4/2/2013 | Calls & Communication w/ Nortel Management | 1.0 | 14 |
| 4/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 4/3/2013 | Calls & Communication w/Cleary & advisors re litigation | 1.0 | 14 |
| 4/3/2013 | Calls and communications re claim documents /settlement | 1.0 | 14 |
| 4/4/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 6.0 | 14 |
| 4/4/2013 | Calls and communications re claim documents /settlement | 1.0 | 14 |
| 4/5/2013 | Calls & Communication w/ Nortel Management | 2.0 | 14 |
| 4/5/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 6.0 | 14 |
| 4/8/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 4/8/2013 | Travel to New York | 4.0 | 15 |
| 4/9/2013 | Meetings at Cleary re:  litigation , claims, court matters and case management | 8.0 | 14 |
| 4/10/2013 | Meetings at Cleary re:  litigation , claims, court matters and case management | 5.0 | 14 |
| 4/10/2013 | Travel to Chicago | 4.0 | 15 |
| 4/11/2013 | Calls & Communication w/ Nortel Management | 2.0 | 14 |
| 4/11/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 5.0 | 14 |
| 4/12/2013 | Prepare, review and discuss material re claim litigation | 6.0 | 14 |
| 4/15/2013 | Prepare, review and discuss material re claim litigation | 7.0 | 14 |
| 4/16/2013 | Calls & Communications with Creditor Advisors | 2.0 | 6 |
| 4/16/2013 | Prepare, review and discuss draft material re claim litigation and allocation litigation | 5.0 | 14 |
| 4/17/2013 | Calls & Communication w/Cleary re: litigation & claims | 3.0 | 14 |
| 4/17/2013 | Prepare, review and discuss material re claim litigation | 6.0 | 14 |
| 4/18/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 4/19/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 7.0 | 14 |
| 4/22/2013 | Prepare, review and discuss material re allocation litigation | 3.0 | 14 |
| 4/22/2013 | Travel to New York | 4.0 | 15 |
| 4/23/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 8.0 | 14 |
| 4/24/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 4/24/2013 | Meetings /discussion with Cleary re:  litigation , claims, court matters and case management | 3.0 | 14 |
| 4/24/2013 | Travel to Chicago | 4.0 | 15 |
| 4/25/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 4.0 | 14 |
| 4/26/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 8.0 | 14 |
| 4/27/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 4/29/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 4/30/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 7.0 | 14 |
| **April 2013 Total** | | **163.0** | |

**Nortel Networks, Inc**
April 1, 2013 - April 30, 2013 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg

| Date | Description of Work | April 2013 Hours | Code |
|---|---|---|---|
| 4/1/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 4/2/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 4/3/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 4/4/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 4/5/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 4/8/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 4/9/2013 | Travel to NYC | 4.0 | 15 |
| 4/9/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management; meetings with professionals | 5.0 | 14 |
| 4/10/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 4/11/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 4/11/2013 | Return travel to Chicago | 4.0 | 15 |
| 4/12/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 5.0 | 15 |
| 4/14/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 4/15/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 4/16/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 4/17/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 4/18/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 4/19/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 4/22/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 4/23/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 3.0 | 14 |
| 4/24/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 4.0 | 14 |
| 4/25/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 4/26/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 1.0 | 14 |
| 4/29/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 2.0 | 14 |
| 4/30/2013 | Analysis, discussion, calls and review materials re allocation, claims, court matters and case management | 5.0 | 14 |
| | **April 2013 Total** | **75.0** | |

**Nortel Networks, Inc**
April 1, 2013 - April 30, 2013 Time Detail
Chilmark Partners, LLC
Aaron Taylor

| Date | Description of Work | April 2013 Hours | Code |
|---|---|---|---|
| 4/1/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 4/1/2013 | Calls and communications re claim documents /settlement | 1.0 | 14 |
| 4/2/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 4/2/2013 | Calls & Communication w/ Nortel Management | 1.0 | 14 |
| 4/3/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 4/4/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 3.0 | 14 |
| 4/5/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 4/8/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 4/9/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 4/10/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 4/11/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 4/12/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 4/16/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 4/17/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 4/18/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 4/19/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 4/22/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 4/24/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |
| 4/25/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 2.0 | 14 |
| 4/26/2013 | Prepare, review and discuss material re claim litigation and allocation litigation | 1.0 | 14 |

**April 2013 Total**     **33.0**