# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

April 1, 2013 through April 30, 2013

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 4/8/13-4/10/13 | Flight to New York, NY | $ 962.33 |
| Mike Kennedy | 4/8/13-4/10/13 | Hotel (two nights) | $ 800.00 |
| Mike Kennedy | 4/8/13-4/10/13 | Ground Transportation | $ 172.00 |
| Mike Kennedy | 4/8/13-4/10/13 | Dinner | $ 50.00 |
| Mike Kennedy | 4/8/13-4/10/13 | Group Dinner (three people) | $ 150.00 |
| Mike Kennedy | 4/8/13-4/10/13 | Dinner | $ 25.27 |
| Mike Kennedy | 4/8/13-4/10/13 | Other Meals | $ 30.00 |
| Mike Kennedy | 4/22/13-4/24/13 | Flight to New York, NY | $ 962.33 |
| Mike Kennedy | 4/22/13-4/24/13 | Hotel (one night) | $ 400.00 |
| Mike Kennedy | 4/22/13-4/24/13 | Ground Transportation | $ 80.50 |
| Mike Kennedy | 4/22/13-4/24/13 | Meals | $ - |
| Chilmark | 4/30/2013 | Conference Call | $ 7.39 |
| **Total Expenses** | | | **$ 3,639.82** |