# TOGUT, SEGAL & SEGAL LLP

ATTORNEYS AT LAW
ONE PENN PLAZA
NEW YORK, NEW YORK 10119
––––
(212) 594–5000
––––
FACSIMILE
(212) 967–4258
––––
INTERNET
eMail@TeamTogut.com

ALBERT TOGUT
FRANK A. OSWALD*
NEIL BERGER*
SCOTT E. RATNER*
SIDNEY SEGAL (1935–1968)
BERNARD SEGAL (1932–1983)
––––
OF COUNSEL
RICHARD K. MILIN ⌐
BRIAN F. MOORE*
STEVEN S. FLORES

DAVID M. SMITH
STEPHANIE A. SKELLY ○
MICHAEL D. HAMERSKY
LARA R. SHEIKH
JONATHAN P. IBSEN ◊
ANTHONY F. PIRRAGLIA
SAMANTHA J. ROTHMAN
LAUREN R. LIFLAND
KATHRYN A. KEEN
SCOTT A. GRIFFIN ▽
IVY B. GREY**
DAVID A. PAUL
RICHARD M. GOLDMAN

\* MEMBER NY AND NJ BAR
○ MEMBER NY AND CT BAR
⌐ MEMBER NY AND MA BAR
◊ MEMBER NY AND AZ BAR
▽ MEMBER NY, FL AND OH BAR
\** MEMBER OR BAR ONLY

May 22, 2013

**VIA FIRST CLASS MAIL AND E-FILING**
Mr. Socrates Coutis
189 Auburn Street
Manchester, New Hampshire 03103

    Re:    Nortel Networks Inc., et al., Case No. 09-10138

Dear Mr. Coutis:

       As you know, we represent the Official Committee of Retired Employees (the "Retiree Committee") in the above-referenced bankruptcy case. We are writing in response to your letter dated May 16, 2013 concerning your Individual Claim Form. As we previously explained in our phone conversation with you on March 4, 2013, the error on your claim form concerning your retirement date was an error in the template form which does not affect your settlement value. This error has been corrected and will be reflected in your revised and final Individual Claim Form. We will call you again to discuss this matter.

       The Retiree Committee expects to mail revised and final Individual Claim Forms to retirees on or about June 6, 2013, in accordance with the Bankruptcy Court's April 2nd Order Approving a Settlement Agreement with the Retiree Committee.

                                      Sincerely,

                                      TOGUT, SEGAL & SEGAL LLP
                                      By:
                                         */s/ Stephanie A. Skelly*

SAS/lv
cc:   Clerk of the Court
       Members of the Retiree Committee (w/encl.)
       Mark Daniele, Esq. (w/encl.)