**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

**NOTICE OF SERVICE OF DISCOVERY**

     **PLEASE TAKE NOTICE** that the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited and certain of its affiliates (collectively, the "EMEA Debtors"), by and through their undersigned counsel, caused a true and correct copy of the following to be served upon the parties listed on Exhibit A on May 22, 2013 by electronic mail, and on May 23, 2013, in the manner indicated:

        The Joint Administrators' First Interrogatories to the U.S. Debtors
        in Relation to Their U.S. Claims

        The Joint Administrators' First Set of Requests to the U.S. Debtors
        for Production of Documents in Relation to Their U.S. Claims

Dated: Wilmington, Delaware
       May 23, 2013

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Jaime Luton Chapman
Edwin J. Harron (No. 3396)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571–6600
Facsimile: (302) 571–1253

- and -

**HUGHES HUBBARD & REED LLP**
Derek J.T. Adler
Gabrielle Glemann
Charles Huberty
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000
Facsimile: (212) 422–4726

01:13632430.2

-and-

**HERBERT SMITH LLP**
Kevin Lloyd
John Whiteoak
Richard Lawton
Exchange House
Primrose Street
London EC2A 2HS

*Counsel for the Joint Administrators*

**SERVICE LIST**

Derek C. Abbott, Esq.
Anne Cordo, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE 19801
(Chapter 11 Debtors)
*Hand Delivery*

Howard S. Zelbo, Esq.
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(Chapter 11 Debtors)
*First Class Mail*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Fred S. Hodara, Esq.
David Botter, Esq.
Abid Qureshi, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Official Committee of Unsecured Creditors)
*First Class Mail*

01:13632430.2