**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>                                Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited and certain of its affiliates (collectively, the "EMEA Debtors"), by and through their undersigned counsel, caused a true and correct copy of the following to be served upon the parties listed on Exhibit A on May 22, 2013 by electronic mail, and on May 23, 2013, in the manner indicated:

> The Joint Administrators' First Interrogatories to the Canadian
> Debtors in Relation to Their U.S. Claims

> The Joint Administrators' First Request to the Canadian Debtors
> for Production of Documents in Relation to Their U.S. Claims

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>         May 23, 2013 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/ Jaime Luton Chapman<br>Edwin J. Harron (No. 3396)<br>Jaime Luton Chapman (No. 4936)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571–6600<br>Facsimile: (302) 571–1253<br><br>- and -<br><br>**HUGHES HUBBARD & REED LLP**<br>Derek J.T. Adler<br>Gabrielle Glemann<br>Charles Huberty<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 837–6000<br>Facsimile: (212) 422–4726 |

-and-

**HERBERT SMITH LLP**
Kevin Lloyd
John Whiteoak
Richard Lawton
Exchange House
Primrose Street
London EC2A 2HS

*Counsel for the Joint Administrators*

01:13632433.2

2

**SERVICE LIST**

Mary F. Caloway, Esq.  
Kathleen A. Murphy, Esq.  
Buchanan Ingersoll & Rooney  
1105 North Market Street, Suite 1900  
Wilmington, DE 19801  
(Ernst & Young Inc., Monitor and Foreign Rep - Canadian Nortel)  
***Hand Delivery***

Ken Coleman, Esq.  
Daniel Guyder, Esq.  
Allen & Overy LLP  
1221 Avenue of the Americas  
New York, NY 10020  
(Ernst & Young Inc., as Monitor)  
***First Class Mail***

Selinda A. Melnick, Esq.  
DLP Piper LLP (US)  
919 North Market Street, Suite 1500  
Wilmington, DE 19801  
(Canadian Creditors Committee)  
***Hand Delivery***

01:13632433.2