**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that the court-appointed administrators and authorized foreign representatives (collectively, the "Joint Administrators") for Nortel Networks UK Limited and certain of its affiliates (collectively, the "EMEA Debtors"), by and through their undersigned counsel, caused a true and correct copy of the following to be served upon the parties listed on Exhibit A on May 22, 2013 by electronic mail, and on May 23, 2013, in the manner indicated:

> The Joint Administrators' and UK Pension Claimants' First Interrogatories in Relation to Allocation
>
> The Joint Administrators' and UK Pension Claimants' First Request for Production of Documents in Relation to Allocation

Dated:  Wilmington, Delaware
         May 23, 2013

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Jaime Luton Chapman
Edwin J. Harron (No. 3396)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571–6600
Facsimile: (302) 571–1253

- and -

**HUGHES HUBBARD & REED LLP**
Derek J.T. Adler
Gabrielle Glemann
Charles Huberty
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837–6000
Facsimile: (212) 422–4726

-and-

**HERBERT SMITH LLP**
Kevin Lloyd
John Whiteoak
Richard Lawton
Exchange House
Primrose Street
London EC2A 2HS

*Counsel for the Joint Administrators*

**SERVICE LIST**

| | |
|---|---|
| Derek C. Abbott, Esq.<br>Anne Cordo, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19801<br>(Chapter 11 Debtors)<br>*Hand Delivery* | Howard S. Zelbo, Esq.<br>James L. Bromley, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(Chapter 11 Debtors)<br>*First Class Mail* |
| Mary F. Caloway, Esq.<br>Kathleen A. Murphy, Esq.<br>Buchanan Ingersoll & Rooney<br>1105 North Market Street, Suite 1900<br>Wilmington, DE 19801<br>(Ernst & Young Inc., Monitor and Foreign Rep - Canadian Nortel)<br>*Hand Delivery* | Ken Coleman, Esq.<br>Daniel Guyder, Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(Ernst & Young Inc., as Monitor)<br>*First Class Mail* |
| Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(Official Committee of Unsecured Creditors)<br>*Hand Delivery* | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(Ad Hoc Group of Bondholders)<br>*First Class Mail* |
| Fred S. Hodara, Esq.<br>David Botter, Esq.<br>Abid Qureshi, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(Official Committee of Unsecured Creditors)<br>*First Class Mail* | Laura D. Jones, Esq.<br>Kathleen P. Makowski, Esq.<br>Pachulski Stang Ziehl Jones LLP<br>919 N. Market Street, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Ad Hoc Committee Noteholders)<br>*Hand Delivery* |
| Michael Riela, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>(Post Petition Lender)<br>*First Class Mail* | Dustin P. Branch, Esq.<br>Thomas Leanse<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>*First Class Mail* |
| Kenneth Noble, Esq.<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022<br>*First Class Mail* | Stephen Miller, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Hand Delivery* |

4

David Lowenthal, Esq.
Brian Guiney, Esq.
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036
*First Class Mail*