**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- X
                                                        :
*In re*                                                 :        Chapter 11
                                                        :
Nortel Networks Inc., *et al.*,[1]                      :        Case No. 09-10138 (KG)
                                                        :
                                        Debtors.        :        Jointly Administered
                                                        :
                                                        :
                                                        :
------------------------------------------------------- X

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 23, 2013, copies of the following were served via Email upon the individuals identified on the attached service list, and via hand delivery and overnight mail on May 23, 2013.

**US Allocation Group's and US Claims Defendant Group's First Set of Requests for Production of Documents Directed to the CCC;**

**US Allocation Group's and US Claims Defendant Group's First Set of Interrogatories Directed to the CCC;**

**US Allocation Group's and US Claims Defendant Group's First Set of Requests for Production of Documents Directed to Wilmington Trust;**

**US Allocation Group's and US Claims Defendant Group's First Set of Interrogatories Directed to Wilmington Trust;**

**US Allocation Group's and US Claims Defendant Group's First Set of Requests for Production of Documents Directed to the Joint Administrators and the EMEA Entities;**

**US Allocation Group's and US Claims Defendant Group's First Set of Interrogatories Directed to the Joint Administrators and the EMEA Entities;**

**US Allocation Group's and US Claims Defendant Group's First Set of Requests for Production of Documents Directed to the UK Pension Claimants;**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

**US Allocation Group's and US Claims Defendant Group's First Set of Interrogatories Directed to the UK Pension Claimants;**

**US Allocation Group's and US Claims Defendant Group's First Set of Requests for Production of Documents Directed to the Monitor;**

**US Allocation Group's and US Claims Defendant Group's First Set of Interrogatories Directed to the Monitor;**

**US Allocation Group's and US Claims Defendant Group's First Set of Requests for Production of Documents Directed to the Canadian Debtors; and**

**US Allocation Group's and US Claims Defendant Group's First Set of Interrogatories Directed to the Canadian Debtors.**

Dated: May 23, 2013
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

 and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

7220805.1