# SERVICE LIST

**VIA HAND DELIVERY & EMAIL**

Mary F. Caloway
Kathleen Murphy
Buchanan Ingersoll & Rooney
1105 North Market Street, Suite 1900
Wilmington, DE  19801
Emails: mary.caloway@bipc.com;
kathleen.murphy@bipc.com

Jaime Luton Chapman
James L. Patton
Edwin Harron
John T. Dorsey
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE  19801
Email: eharron@ycst.com; jdorsey@ycst.com

Selinda Melnik
DLA Piper
919 North Market Street
Suite 1500
Wilmington, DE  19801
Email: selinda.melnik@dlapiper.com

Charlene D. Davis
Justin Alberto
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
Email: cdavis@bayardlaw.com;
jalberto@bayardlaw.com

**VIA OVERNIGHT MAIL & EMAIL**

Derrick Tay
Jennifer Stam
Gowlings
1 First Canadian Place
100 King Street West
Suite 1600
Toronto, Ontario  M5X 1G5
CANADA
Email: derrick.tay@gowlings.com;
jennifer.stam@gowlings.com

Jay Cargagnini
Jessica Kimmel
Fred Myers
Joseph Pasquariello
Benjamin Zarnett
Peter Ruby
Goodmans LLP
Bay Adelaide Centre
333 Bay Street
 Suite 3400
Toronto, Ontario  M5H 2S7
CANADA
Email: jpasquariello@goodmans.ca;
jcarfagnini@goodmans.ca;
bzarnett@goodmans.ca; fmyers@goodmans.ca;
jkimmel@goodmans.ca; pruby@goodmans.ca

Barry E. Wadsworth
Lewis Gottheil
CAW-Canada
Legal Department
205 Placer Court
Toronto, Ontario  M2H 3H9
CANADA
Email: barry.wadsworth@caw.ca;
lewis.gottheil@caw.ca

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik
Koskie Minsky
20 Queen Street West
Suite 900
Toronto, Ontario  M5H 3R3
CANADA
Email: mzigler@kmlaw.ca; sphilpott@kmlaw.ca;
akaplan@kmlaw.ca; bwalancik@kmlaw.ca

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson
Paliare Roland Rosenberg Rothstein LLP
Suite 501
250 University Avenue
Toronto, Ontario  M5H 3E5
CANADA
Email: ken.rosenberg@paliareroland.com;
max.starnino@paliareroland.com;
lily.harmer@paliareroland.com;
karen.jones@paliareroland.com;
tina.lie@paliareroland.com;
michelle.jackson@paliareroland.com

E. Bruce Leonard
David S. Ward
Bill Burden
Lara Jackson
Cassels Brock & Blackwell LLP
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2
CANADA
Email: bleonard@casselsbrock.com;
dward@casselsbrock.com;
bburden@casselsbrock.com

Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
Thornton Grout Finnigan LLP
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7
CANADA
Email: mbarrack@tgf.ca; djmiller@tgf.ca;
rlewis@tgf.ca; amcewan@tgf.ca

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
Lax O'Sullivan Scott Lisus LLP
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario  M5H 1J8
CANADA
Email: mgottlieb@counsel-toronto.com

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia
Davies Ward Phillips & Vineberg LLP
44th Floor
1 First Canadian Place
Toronto, ON  M5X 1B1
CANADA
Email: rschwill@dwpv.com;
scampbell@dwpv.com

John Salmas
Kenneth Kraft
Sara-Ann Van Allen
HEENAN BLAIKIE LLP
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4
CANADA
Email: jsalmas@heenan.ca; kkraft@heenan.ca;
svanallen@heenan.ca

Ken Coleman
Laura Hall
Daniel Guyder
Paul Keller
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020
Email:ken.coleman@allenovery.com;
Laura.Hall@allenovery.com;
daniel.guyder@allenovery.com;
paul.keller@allenovery.com

| | |
|---|---|
| Derek J.T. Adler | homas.mcrae@shibleyrighton.com |
| Neil Oxford | sheryl.seigel@mcmillan.ca |
| Fara Tabatabai | jmarshall@blgcanada.com |
| Charles Huberty | chill@blgcanada.com |
| Hughes Hubbard & Reed LLP | bboake@mccarthy.ca |
| One Battery Park Plaza | jgage@mccarthy.ca |
| New York, NY 10004 | emarques@mccarthy.ca |
| Email: adler@hugheshubbard.com; | psteep@mccarthy.ca |
| oxford@HughesHubbard.com; | bdshaw@mccarthy.ca |
| tabataba@hugheshubbard.com; | tdemarinis@torys.com |
| huberty@hugheshubbard.com | sbomhof@torys.com |
| | sblock@torys.com |
| Craig A. Barbarosh | agray@torys.com |
| David A. Crichlow | aslaves@torys.com |
| Karen B. Dine | michael.riela@lw.com |
| Katten Muchin Rosenman LLP | elamek@blgcanada.com |
| 575 Madison Avenue | dalowenthal@pbwt.com |
| New York, NY 10022-2585 | richard.hans@dlapiper.com |
| Email: karen.dine@kattenlaw.com; | timothy.hoeffner@dlapiper.com |
| david.crichlow@kattenlaw.com; | jszumski@blg.com |
| craig.barbarosh@kattenlaw.com | eputnam@osler.com |
| | carmstrong@goodmans.ca |
| Marc Abrams | katie.parent@gowlings.com |
| Brian E. O'Connor | |
| Sameer Advani | |
| Willkie Farr & Gallagher LLP | |
| 787 Seventh Avenue | |
| New York, NY 10019 | |
| Email: boconnor@willkie.com | |

**VIA EMAIL**

lbarnes@osler.com
eseller@osler.com
ahirsh@osler.com
zychk@bennettjones.com
orzyr@bennettjones.com
finlaysong@bennettjones.com
swanr@bennettjones.com
shayne.kukulowicz@fmc-law.com
michael.wunder@fmc-law.com
ryan.jacobs@fmc-law.com
chorkins@casselbrock.com
janice.payne@nelligan.ca
steven.levitt@nelligan.ca
christopher.rootham@nelligan.ca
ainsile.benedict@nelligan.ca
arthur.jacques@shibleyrighton.com