# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Nortel Networks, Inc., *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that the undersigned counsel caused true and correct copies of: **(1) The U.K. Pension Claimants' Identification Interrogatories to the U.S. Debtors and Canadian Debtors Concerning U.K. Pension Claims; and (2) Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund's Request for the Production of Documents Directed to the Canadian and U.S. Debtors**, to be served by electronic mail on May 22, 2013, and by FedEx on May 23, 2013, on the following parties:

| | |
|---|---|
| Derek C. Abbott, Esquire<br>Eric Schwartz, Esquire<br>Ann C. Cordo, Esquire<br>*Morris Nichols Arsht & Tunnell LLP*<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>Email: dabbott@mnat.com<br>       eschwartz@mnat.com<br>       acordo@mnat.com | James L. Bromley, Esquire<br>Lisa M. Schweitzer, Esqure<br>Jeffrey A. Rosenthal, Esquire<br>Howard S. Zelbo, Esquire<br>Neil P. Forrest, Esquire<br>*Cleary Gottlieb Steen & Hamilton LLP*<br>One Liberty Plaza<br>New York, New York 10006<br>Email: jbromley@cgsh.com<br>       lschweitzer@cgsh.com<br>       jrosenthal@cgsh.com<br>       hzelbo@cgsh.com<br>       nforrest@cgsh.com |
| Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>*Richards Layton & Finger, P.A.*<br>One Rodney Square<br>920 North King St<br>Wilmington, Delaware 19801<br>Email: collins@rlf.com<br>       samis@rlf.com | Fred S. Hodara, Esquire<br>David H. Botter, Esquire<br>Abid Qureshi, Esquire<br>*Akin Gump Strauss Hauer & Feld LLP*<br>One Bryant Park<br>New York, New York 10036<br>Email: fhodara@akingump.com<br>       dbotter@akingump.com<br>       aqureshi@akingump.com |

{BAY:02289803v1}

Dated: May 23, 2013
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Justin Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: cdavis@bayardlaw.com
       jalberto@bayardlaw.com

-and-

WILLKIE FARR & GALLAGHER LLP
Brian E. O'Connor
Sameer Advani
Andrew Hanrahan
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel for the Nortel Networks UK Pension Trust Limited and the Board of the Pension Protection Fund*