# EXHIBIT C

**DISBURSEMENT SUMMARY**
**APRIL 1, 2013 THROUGH APRIL 30 2013**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,699.48 |
| Conference Call /Telephone/Video Conferencing | $2,681.33 |
| Duplicating (billed at $.10 per page) | $809.10 |
| Document Production Charges | $468.60 |
| Meals/Committee Meeting Expenses | $4,848.19 |
| Travel Expenses – Airfare | $170.30 |
| Travel Expenses – Ground Transportation | $1,375.62 |
| Travel Expenses – Parking | $70.18 |
| Travel Expenses – Train Fare | $2,938.00 |
| Retained Professional Fees & Expenses | $124,766.33 |
| **TOTAL** | **$140,827.13** |

104753801 v1