# EXHIBIT D



**Akin Gump**
Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1481916 |
| ATTN: JOHN DOLITTLE | Invoice Date 05/21/13 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/13 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 01/25/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034132861 DATE: 2/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $6.41 |
| 01/25/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034132861 DATE: 2/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $15.70 |
| 02/03/13 | Meals - Business  Late working meal while out of office.; Lisa Beckerman; Molfetta | $52.00 |
| 02/06/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034132861 DATE: 2/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $11.04 |
| 02/06/13 | Meals - Business  Late working meal while out of office.; Lisa Beckerman; Zina Grocery and Deli | $50.00 |
| 02/07/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034132861 DATE: 2/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.23 |
| 02/07/13 | Audio and Web Conference Services | $23.82 |

| Date | Description | Amount |
|---|---|---|
| | VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034132861 DATE: 2/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | |
| 02/10/13 | Meals - Business Late working meal while out of office.; Lisa Beckerman; Santinis Bistro | $51.00 |
| 02/11/13 | Meals - Business Late working meal while out of office.; Lisa Beckerman; Napolis Pizzeria | $50.00 |
| 02/14/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034132861 DATE: 2/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $3.31 |
| 02/19/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034132861 DATE: 2/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $6.67 |
| 02/19/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034132861 DATE: 2/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $0.87 |
| 02/20/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034132861 DATE: 2/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.01 |
| 02/20/13 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9034132861 DATE: 2/24/2013 Multi-office omnibus teleconference invoice. Account# 205134736 | $4.44 |
| 02/28/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR13-53062500000206 DATE: 3/25/2013 PASSENGER: Hodara Fred S TICKET #: 0587372786 DEPARTURE DATE: 02/28/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 02/28/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR13-53062500000206 DATE: 3/25/2013 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 03/07/2013 ROUTE: NYP/WIL/NYP | $488.00 |
| 02/28/13 | Meals - Business Late working meal while out of office.; Lisa Beckerman; T. Thai Restaurant | $51.50 |
| 03/01/13 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: MAR13- | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 03/01/13 | 53062500000206 DATE: 3/25/2013 PASSENGER: Botter David H TICKET #: 0587425083 DEPARTURE DATE: 03/01/2013 ROUTE: NYP/WIL/NYP Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR13-53062500000206 DATE: 3/25/2013 PASSENGER: Botter David H TICKET #: 0587425084 DEPARTURE DATE: 03/01/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 03/01/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR13-53062500000206 DATE: 3/25/2013 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 03/05/2013 ROUTE: NYP/WIL/NYP | $437.00 |
| 03/01/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR13-53062500000206 DATE: 3/25/2013 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 03/07/2013 ROUTE: NYP/WIL/NYP | $471.00 |
| 03/07/13 | Meals (100%) 3/7/13 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800231; DATE: 3/7/2013 Team Meeting; working meal (6 people) | $75.78 |
| 03/07/13 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: MAR13-53062500000206 DATE: 3/25/2013 PASSENGER: Hodara Fred S TICKET #: 0587663025 DEPARTURE DATE: 03/07/2013 ROUTE: NYP/WIL/NYP | $37.00 |
| 03/11/13 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: MAR13-53062500000206 DATE: 3/25/2013 PASSENGER: BOTTER DAVID TICKET #: 7205120321 DEPARTURE DATE: 03/07/2013 ROUTE: PHL/MSY | $-856.40 |
| 03/14/13 | Meals (100%) 3/8/13 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800232; DATE: 3/14/2013 Committee call; working meal (8 people) | $97.44 |
| 03/14/13 | Meals (100%) 3/11/13 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800232; DATE: 3/14/2013 Litigation team meeting; working meal (6 people) | $143.72 |
| 03/14/13 | Meals (100%) 3/13/13 - J. Lee VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800232; DATE: 3/14/2013 | $27.22 |
| 03/14/13 | Meals (100%) 3/14/13 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800232; DATE: 3/14/2013 | $205.77 |

| Date | Description | Amount |
|---|---|---|
| 03/14/13 | Call with Debtors; working meal (8 people)<br>Meals (100%) 3/14/13 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800232; DATE: 3/14/2013 | $631.80 |
| 03/14/13 | Committee call; working meal (12 people)<br>Meals (100%) 3/14/13 - M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800232; DATE: 3/14/2013 | $97.44 |
| 03/14/13 | Team meeting; working meal (18 people)<br>Travel - Ground Transportation Late working taxi home.; NYC Taxi | $23.40 |
| 03/17/13 | Meals - Business Lunch at Cafe Gourmet re Nortel Networks Chapter 11; Oz Halabi; Cafe Gourmet 42,130 W 42nd St,NY,NY | $25.00 |
| 03/17/13 | Meals - Business Lunch at Cafe Gourmet re Nortel Networks Chapter 11; Oz Halabi; Cafe Gourmet 42,130 W 42nd St,NY,NY | $14.87 |
| 03/21/13 | Meals (100%) 03/15/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800233; DATE: 3/21/2013<br>Professionals meeting; working meal (8 people) | $212.96 |
| 03/21/13 | Meals (100%) 03/19/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800233; DATE: 3/21/2013<br>Litigation call; working meal (8 people) | $211.76 |
| 03/21/13 | Meals (100%) 03/20/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800233; DATE: 3/21/2013<br>Professionals' call; working meal (8 people) | $279.26 |
| 03/21/13 | Meals (100%) 03/21/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800233; DATE: 3/21/2013<br>Committee call; working meal (8 people) | $151.88 |
| 03/27/13 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: FENER SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 4.0 | $54.00 |
| 03/27/13 | Computerized Legal Research - Lexis Service: NEXIS SERVICE; Employee: FENER SCOTT; Charge Type: SEARCHES; Quantity: 1.0 | $63.00 |
| 03/27/13 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: FENER SCOTT; Charge Type: DOCUMENT PRINTING; Quantity: 33.0 | $445.50 |

| Date | Description | Amount |
|---|---|---|
| 03/27/13 | Computerized Legal Research - Lexis Service: PREMIUM NEWS SERVICE; Employee: FENER SCOTT; Charge Type: SEARCHES; Quantity: 1.0 | $209.70 |
| 03/27/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1401022 DATE: 3/31/2013 Cuatt Jennifer - Schnippers Quality Kitchen - 03/27/2013 | $8.98 |
| 03/27/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1401022 DATE: 3/31/2013 Yecies Jacqueline - Junior's Broadway) - 03/27/2013 | $26.08 |
| 03/27/13 | Meals - Business Lunch before Court hearing; F. Hodara, D. Botter; Hotel Dupont Green Room | $56.00 |
| 03/27/13 | Travel - Ground Transportation Taxi from office to home - worked late; NYC Taxi | $10.00 |
| 03/28/13 | Meals (100%) 3/22/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800234; DATE: 3/28/2013 Litigation call; working meal (6 people) | $138.27 |
| 03/28/13 | Meals (100%) 3/27/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800234; DATE: 3/28/2013 Status conference call; working meal (6 people) | $192.71 |
| 03/28/13 | Meals (100%) 3/28/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800234; DATE: 3/28/2013 Committee call; working meal (12 people) | $143.72 |
| 03/28/13 | Meals (100%) 3/28/13 N. Kunen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800234; DATE: 3/28/2013 Meeting w/experts; working meal (15 people) | $228.09 |
| 03/30/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1160376 DATE: 4/3/2013 Vendor: Dial Car Voucher #: DLA3539208 Date: 03/30/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3539208 Date: 03/30/2013 Name: Lisa Beckerman | $71.05 |
| 03/30/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 698539 DATE: 4/5/2013 Vendor: Executive Royal Voucher #: 420518 Date: 03/30/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: | $69.33 |

| Date | Description | Amount |
|---|---|---|
| 03/31/13 | Executive Royal Voucher #: 420518 Date: 03/30/2013 Name: Lisa Beckerman Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2357233 DATE: 3/31/2013<br>NAME: KURICHETY ARUN K TICKET #: 0588510559 DEPARTURE DATE: 04/01/2013 ROUTE: PHL LAX | $37.00 |
| 03/31/13 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2357233 DATE: 3/31/2013<br>NAME: KURICHETY ARUN K TICKET #: 7217437633 DEPARTURE DATE: 04/01/2013 ROUTE: LAS.MSP PHL | $543.80 |
| 03/31/13 | Travel - Airfare  VENDOR: AMERICAN EXPRESS INVOICE#: 2357233 DATE: 3/31/2013<br>NAME: KURICHETY ARUN K TICKET #: 7217437634 DEPARTURE DATE: 04/01/2013 ROUTE: PHL LAX | $445.90 |
| 04/01/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 4/1/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $426.63 |
| 04/01/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 698808 DATE: 4/11/2013<br> Vendor: Executive Royal Voucher #: 883523 Date: 04/01/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 883523 Date: 04/01/2013 Name: Lisa Beckerman | $69.33 |
| 04/01/13 | Meals - Business  Nortel Networks Retiree Settlement Hearing - Travel meal (only charge $50.00); A. Kurichety; 333 Belrose Bar and Grill | $50.00 |
| 04/01/13 | Travel - Train Fare  Train to DC for Nortel meeting; Amtrak | $697.00 |
| 04/01/13 | Travel - Train Fare  Train fare to attend Nortel meeting w/ Committee member in Washington DC; Amtrak | $697.00 |
| 04/02/13 | Travel - Parking  Nortel Networks Retiree Settlement Hearing - Airport parking fee; Park N Fly | $70.18 |
| 04/02/13 | Meals - Business  Nortel Networks Retiree Settlement Hearing - Travel meal; A. Kurichety; Legal Sea Foods | $39.47 |
| 04/02/13 | Travel - Ground Transportation  Nortel Networks Retiree Settlement Hearing - Taxi fare; Rosemont Cab Co. | $81.00 |
| 04/02/13 | Meals - Business  Nortel Networks Retiree Settlement Hearing - Travel meal; A. Kurichety; Brew Ha Ha | $5.90 |
| 04/03/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 4/3/2013 AcctNumber: 1000193694 ConnectTime: | $375.86 |

| | | |
|---|---|---|
| | 0.0 | |
| 04/03/13 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1403680 DATE: 4/7/2013 Fagen Matthew - Dig Inn Seasonal Market 275 Madison - 04/03/2013 | $18.28 |
| 04/03/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1160594 DATE: 4/10/2013 Vendor: Dial Car Voucher #: DLA3893931 Date: 04/03/2013 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3893931 Date: 04/03/2013 Name: David Botter | $131.97 |
| 04/03/13 | Travel - Ground Transportation  Cab home after working late; Medallion cab | $10.70 |
| 04/03/13 | Travel - Ground Transportation  Cab to attend Committee member meeting; Medallion cab | $8.40 |
| 04/03/13 | Travel - Ground Transportation  Cab home after attending Committee meeting; Medallion cab | $9.50 |
| 04/03/13 | Meals - Business  Lunch during Committee member meeting; F. Hodara, D. Botter; Marriott at Metro Center | $85.15 |
| 04/03/13 | Travel - Ground Transportation  Taxi from DC airport to 12th & H Streets to attend PBGC meeting ($18.00, including tip).; Nortel - DC Taxi | $18.00 |
| 04/03/13 | Meals - Business  Breakfast re: flight to Washington, DC to attend PBGC meeting (lost receipt).; D. Botter; Nortel - Starbucks | $7.00 |
| 04/04/13 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1403680 DATE: 4/7/2013 Fagen Matthew - Shun Lee West - 04/04/2013 | $28.03 |
| 04/04/13 | Meals (100%)  4/4/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800235; DATE: 4/4/2013 Litigation meeting; working meal (15 people) | $456.18 |
| 04/04/13 | Meals (100%)  4/4/13 O. Perez VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800235; DATE: 4/4/2013 Litigation meeting; working meal (5 people) | $146.71 |
| 04/04/13 | Meals (100%)  4/4/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800235; DATE: 4/4/2013 Committee call; working meal (12 people) | $203.60 |
| 04/04/13 | Document Retrieval  Billing Period: 01/01-03/31/13 | $387.80 |

| Date | Description | Amount |
|---|---|---|
| | 04/09/2013 Name: Oz Halabi | |
| 04/10/13 | Duplication - In House Photocopy - User # 990100, NY, 506 page(s) | $50.60 |
| 04/10/13 | Duplication - In House Photocopy - User # 990100, NY, 391 page(s) | $39.10 |
| 04/10/13 | Duplication - In House Photocopy - User # 990100, NY, 69 page(s) | $6.90 |
| 04/10/13 | Computerized Legal Research - Westlaw User: LEE,KATIE Date: 4/10/2013 AcctNumber: 1000045367 ConnectTime: 0.0 | $39.60 |
| 04/10/13 | Meals - Business Lunch with Mike Katzenstein from FTI Consulting.; D. Botter, M. Katzenstein; Nortel - Koi - NY | $157.83 |
| 04/11/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 4/11/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $40.96 |
| 04/11/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 699022 DATE: 4/19/2013 Vendor: Executive Royal Voucher #: 353525 Date: 04/11/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 353525 Date: 04/11/2013 Name: Lisa Beckerman | $69.33 |
| 04/11/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 699022 DATE: 4/19/2013 Vendor: Executive Royal Voucher #: 375674 Date: 04/11/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 375674 Date: 04/11/2013 Name: Lisa Beckerman | $69.33 |
| 04/11/13 | Meals (100%) 4/8/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800236; DATE: 4/11/2013 Team meeting; working meal (8 people) | $136.09 |
| 04/11/13 | Meals (100%) 4/10/13 M. Joseph VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800236; DATE: 4/11/2013 Professionals' call; working meal (6 people) | $54.44 |
| 04/11/13 | Meals (100%) 4/11/13 M. Fagen VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800236; DATE: 4/11/2013 Committee call; working meal (12 people) | $236.26 |
| 04/12/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 4/12/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $7.68 |
| 04/12/13 | Travel - Ground Transportation Taxi | $9.00 |

| Date | Description | Amount |
|---|---|---|
| | from office to home - worked late; NYC Taxi | |
| 04/15/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 4/15/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $191.12 |
| 04/15/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 699022 DATE: 4/19/2013 Vendor: Executive Royal Voucher #: 422772 Date: 04/15/2013 Name: Oz Halabi\|\|Car Service, Vendor: Executive Royal Voucher #: 422772 Date: 04/15/2013 Name: Oz Halabi | $87.78 |
| 04/15/13 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 699022 DATE: 4/19/2013 Vendor: Executive Royal Voucher #: 412570 Date: 04/15/2013 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 412570 Date: 04/15/2013 Name: Lisa Beckerman | $69.33 |
| 04/16/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 4/16/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $119.46 |
| 04/16/13 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1161274 DATE: 4/24/2013 Vendor: Dial Car Voucher #: DLA3786924 Date: 04/16/2013 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3786924 Date: 04/16/2013 Name: Austin Lilling | $187.18 |
| 04/17/13 | Duplication - In House  Photocopy - User # 990100, NY, 1560 page(s) | $156.00 |
| 04/17/13 | Duplication - In House  Photocopy - User # 990100, NY, 160 page(s) | $16.00 |
| 04/17/13 | Duplication - In House  Photocopy - User # 990100, NY, 370 page(s) | $37.00 |
| 04/17/13 | Computerized Legal Research - Westlaw User: YECIES,JACKIE Date: 4/17/2013 AcctNumber: 1000193694 ConnectTime: 0.0 | $220.57 |
| 04/17/13 | Document Production - In House REQUESTOR: M FAGEN; DESCRIPTION: COLOR COPIES; QUANTITY: 224;  DATE ORDERED: 4/17/13 | $22.40 |
| 04/18/13 | Duplication - In House  Photocopy - Hodara, Fred, NY, 137 page(s) | $13.70 |
| 04/18/13 | Duplication - In House  Photocopy - User # 990100, NY, 150 page(s) | $15.00 |
| 04/19/13 | Duplication - In House  Photocopy - Daly, Sharon, NY, 425 page(s) | $42.50 |
| 04/19/13 | Duplication - In House  Photocopy - | $380.10 |

| | | |
|---|---|---|
| 04/19/13 | Orcel, Reginald, NY, 3801 page(s) Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 699311 DATE: 4/26/2013 Vendor: Executive Royal Voucher #: RVM4D34119 Date: 04/19/2013 Name: Reginald Orcel\|\|Car Service, Vendor: Executive Royal Voucher #: RVM4D34119 Date: 04/19/2013 Name: Reginald Orcel | $62.11 |
| 04/20/13 | Document Production - In House REQUESTOR: J YECIES; DESCRIPTION: COLOR COPIES; QUANTITY: 4382; DATE ORDERED: 4/20/13 | $438.20 |
| 04/22/13 | Duplication - In House Photocopy - User # 990100, NY, 162 page(s) | $16.20 |
| 04/22/13 | Duplication - In House Photocopy - User # 990100, NY, 120 page(s) | $12.00 |
| 04/23/13 | Duplication - In House Photocopy - User # 990100, NY, 240 page(s) | $24.00 |

Current Expenses                                                                                  $16,060.80