# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD APRIL 1, 2013 THROUGH APRIL 30, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 14 years; Admitted in 1989; Financial Restructuring Department | $1,000 | 102.20 | $102,200.00 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $1,000 | 96.00 | $96,000.00 |
| Joseph Ginsberg | Partner for 13 years; Admitted in 1990; Real Estate Department | $715 | 16.80 | $12,012.00 |
| Ron Grabov-Nardini | Partner for 1 year; Admitted in 2003; Tax Department | $695 | 2.90 | $2,015.50 |
| Fred S. Hodara | Partner for 24 years; Admitted in 1982; Financial Restructuring Department | $1,100 | 70.85 | $77,935.00 |
| Robert A. Johnson | Partner for 16 years; Admitted in 1988; Litigation Department | $870 | 135.70 | $118,059.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $900 | 40.60 | $36,540.00 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $850 | 3.40 | $2,890.00 |
| Austin S. Lilling | Senior Counsel for 2 years; Admitted in 2001; Tax Department | $650 | 36.00 | $23,400.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $720 | 23.70 | $17,064.00 |
| Sunny Gulati | Counsel for 4 years; Admitted in 2004; Litigation Department | $665 | 59.50 | $39,567.50 |
| Brad M. Kahn | Counsel for 1 years; Admitted in 2008; Financial Restructuring Department | $675 | 42.00 | $28,350.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Angeline L. Koo | Counsel for 3 years; Admitted in 2005; Litigation Department | $665 | 2.20 | $1,463.00 |
| Arun Kurichety | Counsel for 1 year; Admitted in 2006; Financial Restructuring Department | $675 | 63.40 | $42,795.00 |
| David C. Vondle | Counsel for 4 years; Admitted in 2002; Intellectual Property Ddepartment | $600 | 12.00 | $7,200.00 |
| Graeme Bell | International Law Advisor for 5 years; Admitted in 2008; Financial Restructuring | $760 | 6.50 | $4,940.00 |
| Matthew C. Fagen | Associate for 1 year; Not Yet Admitted; Financial Restructuring Department | $450 | 55.60 | $25,020.00 |
| Oz Halabi | Associate for 1 year; Admitted in 2013; Tax Department | $440 | 64.30 | $28,292.00 |
| Yochum K. Lee | Associate for 1 year; Admitted in 2012; Financial Restructuring Department | $400 | 7.10 | $2,840.00 |
| Kristine G, Manoukian | Associate for 6 years; Admitted in 2008; Financial Restructuring Department | $675 | 4.60 | $3,105.00 |
| Jacqueline Yecies | Associate for 5 years; Admitted in 2009; Litigation Department | $580 | 76.20 | $44,196.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 24 years; Financial Restructuring Department | $245 | 44.70 | $10,951.50 |
| Reginald Orcel | Legal Assistant for 11 years; Litigation Department | $260 | 25.00 | $6,500.00 |
| Jonathan A. Samper | Legal Assistant for 2 years; Financial Restructuring Department | $225 | 8.10 | $1,822.50 |
| Tracy Southwell | Legal Assistant for 21 years; Financial Restructuring Department | $245 | 4.20 | $1,029.00 |

104753801 v1


| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Peter J. Sprofera | Legal Assistant for 37 years; Financial Restructuring Department | $285 | 2.70 | $769.50 |
| Scott A. Fener | Librarian for 6 years | $205 | 1.50 | $307.50 |
| Leslie W. Lanphear | Librarian for 18 years | $230 | 4.30 | $989.00 |

Total Amount of Fees:     $738,253.00
Total Number of Hours:   1,012.05
Blended Hourly Rate:     $729.46

104753801 v1