**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 4/1/2013 through 4/30/2013**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $830 | 21.30 | $17,679.00 |
| J. Borow | Executive Director | $830 | 72.50 | $60,175.00 |
| J. Hyland | Executive Director | $635 | 169.00 | $107,315.00 |
| A. Cowie | Managing Director | $575 | 53.70 | $30,877.50 |
| J. Schad | Director | $415 | 5.30 | $2,199.50 |
| T. Morilla | Director | $380 | 161.10 | $61,218.00 |
| M. Desalvio | Research | $195 | 1.70 | $331.50 |
| C. Griffin | Research | $125 | 0.50 | $62.50 |
| M. Haverkamp | Paraprofessional | $120 | 2.20 | $264.00 |
| **For the Period 4/1/2013 through 4/30/2013** | | | **487.30** | **$280,122.00** |