## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 4/1/2013 through 4/30/2013

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 280.80 | $167,310.00 |
| 05. Professional Retention/Fee Application Preparation | 4.30 | $1,597.50 |
| 06. Attend Hearings/Related Activities | 3.30 | $2,739.00 |
| 07. Interaction/Mtgs w Dbtrs/Counsel | 0.40 | $254.00 |
| 08. Interaction/Mtgs w Creditors | 54.60 | $38,203.50 |
| 09. Employee Issues/KEIP | 20.00 | $11,305.00 |
| 10. Recovery/SubCon/Lien Analysis | 15.90 | $6,042.00 |
| 11. Claim Analysis/Accounting | 46.10 | $22,668.00 |
| 13. Intercompany Transactions/Bal | 7.90 | $3,461.00 |
| 14. Executory Contracts/Leases | 7.40 | $4,064.50 |
| 18. Operating and Other Reports | 6.70 | $3,974.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 9.30 | $3,624.00 |
| 25. Litigation | 15.50 | $8,881.00 |
| 26. Tax Issues | 2.00 | $760.00 |
| 33. Intellectual Property | 13.10 | $5,238.50 |
| **For the Period 4/1/2013 through 4/30/2013** | **487.30** | **$280,122.00** |