**Nortel Networks Corporation**
Capstone Advisory Group, LLC
**Exhibit C: Detailed Time Descriptions**
**For the Period 4/1/2013 through 4/30/2013**

| Date | Professional | Hours | Detailed Time Description |
|------|------|------|------|
| **01. Asset Acquisition/Disposition** | | | |
| 4/1/2013 | J. Borow | 2.20 | Analyzed information available relating to allocation issues and related litigation. |
| 4/1/2013 | J. Hyland | 2.80 | Reviewed information from counsel re: litigation. |
| 4/1/2013 | A. Cowie | 2.90 | Prepared supporting documentation for pending allocation litigation. |
| 4/2/2013 | J. Hyland | 1.40 | Conducted meeting with potential expert re: proceeds allocation. |
| 4/2/2013 | J. Borow | 2.10 | Analyzed information available relating to allocation issues and related litigation. |
| 4/3/2013 | A. Cowie | 0.60 | Analyzed and amalgamated supporting historical documentation for allocation discovery requests. |
| 4/3/2013 | T. Morilla | 0.90 | Reviewed and analyzed the allocation opinion and order. |
| 4/3/2013 | T. Morilla | 1.10 | Reviewed and analyzed the Morawetz endorsement. |
| 4/3/2013 | T. Morilla | 1.40 | Continued to review and analyze the Business Unit divestiture documents. |
| 4/3/2013 | T. Morilla | 2.30 | Continued to review Business Unit divestiture documents. |
| 4/3/2013 | J. Borow | 2.60 | Reviewed issues pertaining to IP allocation. |
| 4/3/2013 | J. Hyland | 2.60 | Continued reviewing documents for counsel. |
| 4/3/2013 | T. Morilla | 2.70 | Reviewed and analyzed Business Unit divestiture documents. |
| 4/3/2013 | J. Hyland | 2.80 | Reviewed documents for counsel. |
| 4/4/2013 | J. Borow | 0.40 | Reviewed materials to discuss with counsel and potential expert regarding proceeds allocation and upcoming litigation. |
| 4/4/2013 | C. Kearns | 1.00 | Prepared for (0.2) and participated in (0.8) meeting with counsel to discuss draft brief on allocation issues and related matters. |
| 4/4/2013 | A. Cowie | 1.10 | Analyzed and amalgamated supporting historical documentation for allocation discovery requests. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/4/2013 | T. Morilla | 1.60 | Reviewed and analyzed allocation litigation issues. |
| 4/4/2013 | J. Borow | 2.00 | Reviewed materials to discuss with counsel and potential expert regarding proceeds allocation and upcoming litigation. |
| 4/4/2013 | J. Schad | 2.20 | Prepared for (0.8) and participated in (1.4) meeting with allocation potential experts re: IP and IP forecasts. |
| 4/4/2013 | T. Morilla | 2.40 | Reviewed and analyzed Business Unit divestiture documents. |
| 4/4/2013 | J. Hyland | 2.80 | Responded to document request from counsel. |
| 4/5/2013 | T. Morilla | 1.20 | Reviewed and analyzed previous Capstone allocation report. |
| 4/5/2013 | T. Morilla | 1.40 | Reviewed and analyzed the January mediation summary report. |
| 4/5/2013 | T. Morilla | 1.40 | Reviewed and analyzed certain IPA sale documents. |
| 4/5/2013 | T. Morilla | 1.90 | Reviewed and analyzed certain analyst reports regarding the asset divestitures. |
| 4/5/2013 | J. Hyland | 2.00 | Finalized proceeds allocation document review and emailed to counsel. |
| 4/5/2013 | J. Borow | 2.10 | Reviewed various issues relating to allocation of assets amongst various estates. |
| 4/5/2013 | J. Hyland | 2.40 | Continued reviewing documents for counsel. |
| 4/5/2013 | J. Hyland | 2.90 | Reviewed proceeds allocation documents for counsel. |
| 4/8/2013 | C. Kearns | 0.30 | Prepared work plan regarding allocation related matters. |
| 4/8/2013 | T. Morilla | 1.80 | Reviewed the January mediations summary presentation. |
| 4/8/2013 | J. Borow | 2.30 | Reviewed issues pertaining to allocation issues amongst estates. |
| 4/9/2013 | J. Hyland | 2.40 | Reviewed documents in preparation for meeting with potential expert and counsel. |
| 4/9/2013 | J. Borow | 2.80 | Reviewed issues pertaining to allocation issues amongst estates. |
| 4/10/2013 | A. Cowie | 0.50 | Prepared schedules of deal files for pending allocation litigation. |
| 4/10/2013 | T. Morilla | 1.10 | Reviewed and analyzed previous Jefferies' asset divestiture reports. |
| 4/10/2013 | J. Hyland | 1.80 | Reviewed documents available for proceeds allocation discussion with counsel and potential expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/10/2013 | J. Borow | 2.60 | Reviewed materials to discuss with counsel and potential expert regarding proceeds allocation and upcoming litigation. |
| 4/11/2013 | A. Cowie | 0.40 | Prepared schedules of deal files for pending allocation litigation. |
| 4/11/2013 | T. Morilla | 1.00 | Reviewed and analyzed items to be discussed during discussion with potential expert. |
| 4/11/2013 | J. Hyland | 2.00 | Analyzed available supporting information for retained professional's document request. |
| 4/11/2013 | J. Borow | 2.50 | Reviewed allocation protocol issues and proposals by various core parties in dispute. |
| 4/12/2013 | A. Cowie | 0.60 | Prepared schedules of deal files for pending allocation litigation. |
| 4/12/2013 | T. Morilla | 2.50 | Continued to review and analyze Business Unit sale documents. |
| 4/12/2013 | J. Borow | 2.60 | Reviewed allocation protocol issues and proposals by various core parties in dispute. |
| 4/12/2013 | J. Hyland | 2.70 | Participated in call with professionals of various parties re: litigation. |
| 4/12/2013 | T. Morilla | 2.70 | Continued to review and analyze Business Unit sale documents. |
| 4/12/2013 | J. Borow | 3.60 | Prepared (0.9) for, attended, and participated (2.7) in meeting of all professionals for all constituencies regarding scheduling and document issues. |
| 4/15/2013 | T. Morilla | 0.50 | Reviewed and analyzed the allocation protocol. |
| 4/15/2013 | A. Cowie | 0.70 | Prepared schedules of deal files for pending allocation litigation. |
| 4/15/2013 | J. Borow | 1.70 | Prepared for (1.2) attended and participated in meeting (0.5) with counsel to UCC and potential litigation consulting experts. |
| 4/15/2013 | T. Morilla | 1.90 | Reviewed and analyzed allocation concepts. |
| 4/15/2013 | J. Borow | 2.10 | Reviewed allocation protocol issues and proposals by various core parties in dispute. |
| 4/15/2013 | T. Morilla | 2.40 | Reviewed and analyzed the Business Unit sale documents. |
| 4/15/2013 | J. Hyland | 2.50 | Reviewed analyses related to proceeds allocation. |
| 4/15/2013 | J. Hyland | 2.80 | Continued to participate in meeting with counsel and potential expert. |
| 4/15/2013 | J. Borow | 2.80 | Continued to attend and participate in meeting with counsel to UCC and potential litigation consulting experts. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/15/2013 | J. Borow | 2.90 | Attended and participated in meeting with counsel to UCC and potential litigation consulting experts. |
| 4/16/2013 | T. Morilla | 1.20 | Reviewed the allocation protocol. |
| 4/16/2013 | C. Kearns | 1.50 | Reviewed initial draft of allocation position for court submission. |
| 4/16/2013 | T. Morilla | 1.50 | Reviewed and analyzed a draft of the allocation submission. |
| 4/16/2013 | J. Hyland | 2.00 | Reviewed reports for litigation. |
| 4/16/2013 | T. Morilla | 2.50 | Reviewed and analyzed the Business Unit sale documents. |
| 4/17/2013 | C. Kearns | 0.50 | Reviewed draft brief on allocation issues. |
| 4/17/2013 | J. Hyland | 0.90 | Prepared for (0.4) and conducted (0.5) meeting with counsel re: litigation proceeds allocation. |
| 4/17/2013 | J. Borow | 1.20 | Reviewed specific information to be presented to counsel and potential experts re: various issues. |
| 4/17/2013 | T. Morilla | 1.50 | Reviewed and analyzed the Business Unit sale documents. |
| 4/17/2013 | J. Hyland | 1.60 | Continued analyzing proceeds allocation documents for counsel related to litigation. |
| 4/17/2013 | T. Morilla | 2.10 | Continued to review and analyze the allocation submission. |
| 4/17/2013 | T. Morilla | 2.40 | Reviewed and analyzed the allocation submission. |
| 4/17/2013 | J. Hyland | 2.90 | Analyzed proceeds allocation document for counsel re: litigation. |
| 4/18/2013 | A. Cowie | 0.30 | Continued to analyze deal-level data and prepared supporting document summaries for pending allocation litigation. |
| 4/18/2013 | J. Borow | 1.30 | Reviewed specific information to be presented to counsel and potential experts re: various issues. |
| 4/18/2013 | J. Hyland | 1.50 | Prepared summary status of item requested by potential expert. |
| 4/18/2013 | J. Hyland | 1.80 | Reviewed available information to respond to data request from potential expert. |
| 4/18/2013 | J. Hyland | 1.90 | Identified proceeds allocation information for meeting with counsel and potential expert. |
| 4/18/2013 | J. Hyland | 1.90 | Continued identifying proceeds allocation information for counsel and potential expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/18/2013 | T. Morilla | 2.10 | Continued to review and analyze the historical financial carve-outs for potential expert. |
| 4/18/2013 | T. Morilla | 2.30 | Reviewed and analyzed Business Unit sale documents. |
| 4/18/2013 | T. Morilla | 2.80 | Reviewed and analyzed the historical carve-out financials for potential expert. |
| 4/18/2013 | A. Cowie | 2.80 | Analyzed deal-level data and prepared supporting document summaries for pending allocation litigation. |
| 4/18/2013 | J. Hyland | 2.90 | Participated in meeting with counsel and potential expert. |
| 4/19/2013 | C. Kearns | 0.30 | Analyzed allocation brief related issues and reviewed allocation brief. |
| 4/19/2013 | A. Cowie | 0.70 | Continued to analyze deal level data and prepared supporting document summaries for pending allocation litigation. |
| 4/19/2013 | J. Hyland | 0.80 | Emailed documents to counsel for meeting with counsel and potential expert. |
| 4/19/2013 | T. Morilla | 0.90 | Reviewed and analyzed historical R&D spend amounts for potential expert. |
| 4/19/2013 | J. Hyland | 1.00 | Prepared agenda for meeting with counsel and potential expert. |
| 4/19/2013 | J. Hyland | 1.20 | Reviewed lease analysis for a NNI location. |
| 4/19/2013 | J. Hyland | 2.00 | Continued researching for documents for meeting with counsel and potential expert. |
| 4/19/2013 | J. Hyland | 2.50 | Researched for documents for meeting with counsel and potential expert. |
| 4/19/2013 | A. Cowie | 2.60 | Analyzed deal level data and prepared supporting document summaries for pending allocation litigation. |
| 4/20/2013 | J. Hyland | 2.80 | Identified additional documents for potential expert. |
| 4/21/2013 | J. Hyland | 2.00 | Prepared for meeting with counsel and potential expert. |
| 4/22/2013 | J. Hyland | 0.50 | Continued to participate in meeting with counsel and potential expert. |
| 4/22/2013 | T. Morilla | 1.20 | Reviewed and analyzed U.S. Debtors and UCC's mediation exhibit. |
| 4/22/2013 | T. Morilla | 1.40 | Continued reviewing and analyzing initial management forecast documents for potential expert. |
| 4/22/2013 | J. Borow | 1.50 | Reviewed documents to be submitted to potential experts for UCC and Debtor. |
| 4/22/2013 | C. Kearns | 1.70 | Participated in meeting with counsel and Ad Hoc advisors to discuss broad outline of allocation position and possible replies. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/22/2013 | T. Morilla | 2.80 | Reviewed and analyzed initial management forecasts/ plans for each of the Business Units for potential expert. |
| 4/22/2013 | J. Hyland | 2.80 | Prepared allocation reports for meeting with counsel and potential expert. |
| 4/23/2013 | A. Cowie | 0.10 | Continued to prepare files and analyses in regard to pending allocation litigation. |
| 4/23/2013 | C. Kearns | 0.30 | Reviewed draft response to court re: EMEA appeal motion. |
| 4/23/2013 | C. Kearns | 0.50 | Reviewed our internal databases for allocation litigation documents. |
| 4/23/2013 | J. Borow | 1.70 | Reviewed documents to be submitted to potential experts for UCC and Debtor. |
| 4/23/2013 | T. Morilla | 1.70 | Reviewed and analyzed the draft allocation submission. |
| 4/23/2013 | J. Hyland | 2.60 | Continued reviewing proceeds allocation documents for potential expert. |
| 4/23/2013 | J. Hyland | 2.80 | Reviewed proceeds allocation documents for potential expert. |
| 4/23/2013 | A. Cowie | 2.80 | Prepared files and analyses in regard to pending allocation litigation. |
| 4/23/2013 | A. Cowie | 2.90 | Continued to prepare files and analyses in regard to pending allocation litigation. |
| 4/24/2013 | J. Hyland | 0.10 | Prepared and sent email to U.S. Debtors re: disposition of Nortel facility. |
| 4/24/2013 | J. Hyland | 1.00 | Reviewed proceeds allocation summary for discussion with counsel and potential expert. |
| 4/24/2013 | J. Borow | 1.10 | Reviewed documents to be submitted to potential experts for UCC and Debtor. |
| 4/24/2013 | T. Morilla | 2.10 | Reviewed and analyzed the historical carve-out financials for potential expert. |
| 4/24/2013 | J. Hyland | 2.70 | Continued analyzing database of reports for proceeds allocation potential expert. |
| 4/24/2013 | J. Hyland | 2.90 | Analyzed database of reports for retained professional. |
| 4/24/2013 | A. Cowie | 2.90 | Analyzed case filings and public documents in regard to allocation issues for pending allocation litigation. |
| 4/25/2013 | T. Morilla | 1.20 | Reviewed and analyzed the Business Unit sale documents. |
| 4/25/2013 | J. Borow | 2.40 | Reviewed information to be included in proposed counsel data room for potential experts to be retained by UCC in litigation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/25/2013 | A. Cowie | 2.90 | Prepared detailed analyses and file descriptions for use in allocation litigation. |
| 4/26/2013 | J. Schad | 0.80 | Prepared for meeting with allocation potential experts re: IP and IP forecasts. |
| 4/26/2013 | J. Borow | 1.20 | Continued to review materials to discuss with counsel and potential expert regarding proceeds allocation and upcoming litigation. |
| 4/26/2013 | T. Morilla | 1.20 | Continued to review and analyze the U.S. Debtors' and UCC's April 2012 mediation exhibit. |
| 4/26/2013 | A. Cowie | 1.30 | Prepared detailed analyses and file descriptions for use in allocation litigation. |
| 4/26/2013 | A. Cowie | 1.30 | Analyzed historical case documentation and deal level data in regard to pending allocation litigation. |
| 4/26/2013 | J. Hyland | 2.40 | Continued reviewing proceeds allocation reports for discussion with counsel and potential expert. |
| 4/26/2013 | J. Hyland | 2.50 | Reviewed proceeds allocation information to distribute to potential expert. |
| 4/26/2013 | T. Morilla | 2.80 | Reviewed and analyzed the U.S. Debtors' and UCC's April 2012 mediation exhibit. |
| 4/26/2013 | J. Hyland | 2.90 | Reviewed proceeds allocation analysis for discussion with counsel. |
| 4/29/2013 | J. Borow | 0.80 | Continued to review information to be included in proposed counsel data room for potential experts to be retained by UCC in litigation. |
| 4/29/2013 | A. Cowie | 1.20 | Prepared detailed analysis and discussion points regarding lease dispositions for the UCC. |
| 4/29/2013 | T. Morilla | 1.70 | Reviewed and analyzed certain allocation methodologies. |
| 4/29/2013 | T. Morilla | 1.90 | Reviewed and analyzed the U.S. Debtors' and UCC's April 2012 mediation exhibit. |
| 4/29/2013 | T. Morilla | 1.90 | Reviewed and analyzed a draft of the allocation submission. |
| 4/29/2013 | A. Cowie | 1.90 | Analyzed transactional files for allocation litigation. |
| 4/29/2013 | J. Hyland | 2.40 | Reviewed proceeds allocation analyses for allocation potential expert. |
| 4/29/2013 | J. Borow | 2.40 | Reviewed information to be included in proposed counsel data room for potential experts to be retained by UCC in litigation. |
| 4/29/2013 | J. Hyland | 2.70 | Analyzed proceeds allocation reporting for UCC. |
| 4/29/2013 | T. Morilla | 2.80 | Reviewed and analyzed the historical R&D spend for potential expert. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/30/2013 | A. Cowie | 1.00 | Continued to prepare presentation on allocation position for the UCC in-person meeting. |
| 4/30/2013 | C. Kearns | 1.10 | Reviewed draft of motion for approval of allocation position. |
| 4/30/2013 | T. Morilla | 1.10 | Reviewed and analyzed the estate-owned assets. |
| 4/30/2013 | T. Morilla | 1.20 | Reviewed and analyzed the purchase price escrows. |
| 4/30/2013 | J. Hyland | 1.30 | Prepared proceeds allocation pages in the UCC report. |
| 4/30/2013 | T. Morilla | 1.80 | Continued to review and analyze historical revenue and cash flow amounts. |
| 4/30/2013 | A. Cowie | 2.40 | Continued to prepare presentation on allocation position for the UCC in-person meeting. |
| 4/30/2013 | J. Hyland | 2.60 | Analyzed UCC proceeds allocation reporting. |
| 4/30/2013 | A. Cowie | 2.70 | Prepared presentation on allocation position for the UCC in person meeting. |
| 4/30/2013 | J. Hyland | 2.80 | Reviewed UCC report on proceeds allocation. |
| 4/30/2013 | A. Cowie | 2.80 | Continued to prepare presentation on allocation position for the UCC in-person meeting. |
| 4/30/2013 | J. Borow | 3.40 | Prepared and reviewed summarized financial and other information to be presented to the UCC regarding allocation concepts and scenarios. |
| Subtotal | | 280.80 | |

**05. Professional Retention/Fee Application Preparation**

| | | | |
|------|-------------|-------|---------------------------|
| 4/2/2013 | M. Haverkamp | 0.80 | Prepared February fee application. |
| 4/8/2013 | J. Hyland | 1.10 | Reviewed fee application. |
| 4/16/2013 | M. Haverkamp | 0.80 | Prepared March 2013 fee application data. |
| 4/18/2013 | M. Haverkamp | 0.60 | Prepared March 2013 fee application data. |
| 4/18/2013 | J. Hyland | 1.00 | Reviewed fee application time entries. |
| Subtotal | | 4.30 | |

**06. Attend Hearings/Related Activities**

| | | | |
|------|-------------|-------|---------------------------|
| 4/24/2013 | C. Kearns | 1.80 | Attended hearing re: litigation protocol and timeline. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/25/2013 | C. Kearns | 1.50 | Continued to attend hearing re: litigation protocol and timeline. |
| Subtotal | | 3.30 | |

**07. Interaction/Mtgs w Dbtrs/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/4/2013 | J. Hyland | 0.40 | Participated in call with Cleary and counsel re: employee matter. |
| Subtotal | | 0.40 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/1/2013 | J. Hyland | 0.60 | Participated in call with M. Katzenstein, and M. Spragg from FTI re: proceeds allocation matters. |
| 4/4/2013 | C. Kearns | 0.20 | Emailed with counsel re: allocation data base. |
| 4/4/2013 | J. Hyland | 0.80 | Participated in weekly status call with counsel, Fraser and Ashurst. |
| 4/8/2013 | C. Kearns | 0.70 | Participated in UCC call re: status of litigation and LTD settlement. |
| 4/10/2013 | J. Hyland | 0.40 | Participated in UCC call with UCC member and UCC professionals. |
| 4/10/2013 | J. Borow | 1.10 | Prepared for (0.7) and participated in (0.4) meeting with UCC and professionals to UCC. |
| 4/10/2013 | J. Hyland | 1.30 | Prepared for UCC call. |
| 4/11/2013 | J. Hyland | 0.40 | Conducted call with A. Qureshi re: agenda for meeting with counsel and potential expert. |
| 4/11/2013 | J. Hyland | 0.70 | Provided reports to counsel for UCC member. |
| 4/11/2013 | J. Hyland | 1.70 | Reviewed reports to send to UCC member. |
| 4/12/2013 | J. Hyland | 1.00 | Participated in call with M. Spragg, M. Katzenstein, and M. Sandberg of FTI re: proceeds allocation for litigation. |
| 4/16/2013 | J. Hyland | 0.40 | Participated in weekly UCC call with UCC member and UCC professionals. |
| 4/16/2013 | C. Kearns | 1.10 | Participated in portion of call amongst counsel for core parties. |
| 4/17/2013 | J. Borow | 0.90 | Prepared (0.5) for attended and participated (0.4) in meeting with UCC and professionals to UCC. |
| 4/18/2013 | C. Kearns | 0.50 | Prepared for (0.1) and participated in (0.4) conference call with UCC re: trial status and Debtor employee costs. |

**Capstone Advisory Group, LLC**
**Invoice for the 4/1/2013-4/30/2013 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/18/2013 | A. Cowie | 2.80 | Continued to participate in meeting with allocation litigation potential experts and counsel in regard to preparation for pending allocation trial. |
| 4/19/2013 | A. Cowie | 0.50 | Participated in meeting with allocation litigation potential experts and counsel in regard to preparation for pending allocation trial. |
| 4/19/2013 | C. Kearns | 0.50 | Participated in conference call with counsel to discuss trial timeline and upcoming UCC meeting. |
| 4/19/2013 | J. Borow | 1.10 | Prepared for (0.1) attended and participated in (1.0) meeting with advisors to ad hoc bondholder group re: various cases to be reviewed for relationship to Nortel matter. |
| 4/22/2013 | J. Hyland | 0.50 | Participated in weekly status call for UCC professionals. |
| 4/22/2013 | J. Hyland | 0.50 | Participated in UCC call with UCC members and professionals. |
| 4/22/2013 | C. Kearns | 0.70 | Prepared for (0.2) and participated in (0.5) conference call with UCC re: trial timeline status and key milestones and various claims related issues. |
| 4/22/2013 | J. Borow | 1.10 | Prepared for (0.6) attended and participated in (0.5) meeting of UCC and advisors to UCC. |
| 4/22/2013 | A. Cowie | 1.50 | Prepared for meeting with allocation litigation professionals and potential experts, prepared and amended detailed file listings and details. |
| 4/22/2013 | C. Kearns | 1.70 | Met with new UCC member to provide background and discuss key issues. |
| 4/22/2013 | A. Cowie | 2.10 | Prepared for (0.4) and participated in (1.7) meeting with bondholder counsel and financial representatives in regard to pending allocation litigation. |
| 4/22/2013 | J. Borow | 2.90 | Prepared for (1.2) and met with (1.7) new member of UCC to discuss status of matter. |
| 4/22/2013 | A. Cowie | 2.90 | Continued to participate in meeting with allocation litigation potential experts and counsel in regard to preparation for pending allocation trial. |
| 4/23/2013 | C. Kearns | 0.30 | Participated in discussion with counsel regarding allocation related issues and process re: initial position. |
| 4/23/2013 | J. Hyland | 0.50 | Participated in follow-up discussions with counsel re: proceeds allocation and litigation meeting with Milbank and FTI. |
| 4/23/2013 | J. Borow | 0.50 | Participated in discussions with counsel on proceeds allocation and ad hoc advisors litigation meeting. |
| 4/23/2013 | J. Hyland | 1.00 | Prepared for meeting with counsel, Milbank, FTI, and Ashurst re: proceeds allocation and litigation. |
| 4/23/2013 | J. Hyland | 2.00 | Prepared for (0.3) and participated in (1.7) meeting with counsel, Milbank, FTI, and Ashurst re: proceeds allocation and litigation. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/23/2013 | J. Borow | 2.60 | Prepared for (0.9) attended and participated (1.7) in meeting with ad hoc advisors and UCC professionals re: status of litigation and process forward in this regard. |
| 4/24/2013 | C. Kearns | 0.40 | Outlined agenda, thoughts, and key issues for upcoming in person UCC meeting. |
| 4/24/2013 | T. Morilla | 1.70 | Reviewed and analyzed potential agenda items for UCC meeting. |
| 4/25/2013 | C. Kearns | 0.10 | Emailed with counsel re: next steps on the allocation brief. |
| 4/25/2013 | J. Hyland | 0.30 | Conducted calls with counsel re: UCC reports. |
| 4/25/2013 | C. Kearns | 0.70 | Prepared for (0.1) and participated in (0.6) conference call with FTI to discuss key steps and process re: allocation litigation. |
| 4/25/2013 | J. Borow | 0.80 | Prepared for (0.2) and discussed with (0.6) financial advisors to ad hoc bond committee status of matter and related issues. |
| 4/26/2013 | A. Cowie | 0.80 | Prepared for (0.1) and presented (0.7) in weekly UCC call. |
| 4/26/2013 | J. Hyland | 2.40 | Analyzed proceeds allocation data for UCC report. |
| 4/26/2013 | J. Borow | 3.50 | Prepared and reviewed material for UCC presentation regarding allocation scenarios and related concepts. |
| 4/29/2013 | C. Kearns | 0.50 | Prepared documents and discussion points for upcoming in person UCC meeting. |
| 4/29/2013 | J. Hyland | 0.80 | Prepared for (0.1) and participated (0.7) in UCC call with UCC members and UCC professionals. |
| 4/29/2013 | A. Cowie | 1.10 | Prepared detailed discussion points and deck outline for in-person UCC meeting. |
| 4/29/2013 | J. Borow | 2.30 | Prepared for (1.6) attended and participated in (0.7) meeting with UCC and professionals to UCC. |
| 4/30/2013 | C. Kearns | 0.20 | Prepared information for upcoming meeting with the UCC. |
| 4/30/2013 | A. Cowie | 1.50 | Prepared for (0.5) and participated in (1.0) meeting with FTI in regard to pending allocation litigation. |
| Subtotal | | 54.60 | |

**09. Employee Issues/KEIP**

| | | | |
|------|-------------|-------|---------------------------|
| 4/1/2013 | J. Hyland | 0.20 | Summarized employee matter. |
| 4/1/2013 | J. Hyland | 2.00 | Continued reviewing employee related reports and analyses. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/1/2013 | J. Hyland | 2.80 | Reviewed employee related reports and analyses. |
| 4/2/2013 | T. Morilla | 1.20 | Reviewed and analyzed retiree and LTD claim issues. |
| 4/10/2013 | T. Morilla | 0.80 | Reviewed and analyzed the U.S. Debtors' compensation plan. |
| 4/16/2013 | J. Hyland | 0.50 | Reviewed LTD claim objections. |
| 4/16/2013 | J. Hyland | 1.10 | Continued reviewing LTD claim objections. |
| 4/18/2013 | J. Hyland | 0.60 | Reviewed LTD claim objections. |
| 4/19/2013 | J. Hyland | 0.40 | Conducted call with J. Ray re: personnel. |
| 4/25/2013 | T. Morilla | 1.20 | Reviewed and analyzed certain LTD and retiree issues. |
| 4/25/2013 | T. Morilla | 1.80 | Continued to review and analyze LTD related issues. |
| 4/26/2013 | C. Kearns | 0.30 | Reviewed Debtor's reply supporting proposed LTD claims settlement. |
| 4/26/2013 | T. Morilla | 0.70 | Continued to review and analyze LTD related issues. |
| 4/29/2013 | J. Hyland | 2.70 | Analyzed NNI employee-related contract. |
| 4/30/2013 | J. Hyland | 0.50 | Sent emails to J. Ray re: NNI employee outsourcing contract. |
| 4/30/2013 | J. Hyland | 0.80 | Reviewed revised NNI employee outsourcing contract. |
| 4/30/2013 | J. Hyland | 2.40 | Analyzed employee-related documentation and calculations as it relates to NNI employee outsourcing. |
| Subtotal | | 20.00 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/9/2013 | T. Morilla | 2.80 | Reviewed and analyzed the recovery model. |
| 4/11/2013 | T. Morilla | 1.10 | Reviewed and analyzed the recovery model assumptions. |
| 4/11/2013 | T. Morilla | 2.20 | Continued to review and analyze preliminary recovery analyses. |
| 4/15/2013 | T. Morilla | 1.90 | Reviewed and analyzed the preliminary recovery analyses. |
| 4/18/2013 | T. Morilla | 2.30 | Reviewed and analyzed previous preliminary recovery analyses. |
| 4/24/2013 | T. Morilla | 1.90 | Reviewed and analyzed mediation summary presentations. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/25/2013 | T. Morilla | 1.20 | Reviewed and analyzed the intercompany recovery model. |
| 4/30/2013 | T. Morilla | 1.20 | Reviewed and analyzed the January mediation proposals' recovery results. |
| 4/30/2013 | T. Morilla | 1.30 | Reviewed and analyzed the recovery model assumptions. |
| Subtotal | | 15.90 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/2/2013 | J. Hyland | 0.20 | Conducted call with counsel re: U.S. claim. |
| 4/2/2013 | J. Hyland | 2.70 | Continued analyzing claims. |
| 4/2/2013 | J. Hyland | 2.90 | Analyzed claims data from each estate. |
| 4/4/2013 | J. Hyland | 0.20 | Conducted call with L. Beckerman re: personnel related claim. |
| 4/4/2013 | M. Desalvio | 1.20 | Retrieved bond composite yields for UCC reporting. |
| 4/4/2013 | J. Hyland | 1.90 | Analyzed claims and summarized support for counsel. |
| 4/8/2013 | T. Morilla | 0.50 | Reviewed and analyzed the historical bond prices. |
| 4/8/2013 | T. Morilla | 1.90 | Reviewed and analyzed terms of Project Swift. |
| 4/9/2013 | J. Hyland | 1.30 | Reviewed LTD court documents. |
| 4/10/2013 | C. Griffin | 0.50 | Identified historical Nortel bond data. |
| 4/10/2013 | T. Morilla | 0.60 | Reviewed and analyzed historical bond prices. |
| 4/10/2013 | T. Morilla | 1.20 | Reviewed and analyzed certain U.S. claims. |
| 4/10/2013 | T. Morilla | 1.40 | Reviewed and analyzed historical FSD documents. |
| 4/10/2013 | T. Morilla | 1.80 | Reviewed and analyzed certain Canadian-only claims. |
| 4/11/2013 | C. Kearns | 0.20 | Participated in conference call with counsel re: claims status. |
| 4/11/2013 | T. Morilla | 0.50 | Reviewed and analyzed certain post-petition claims. |
| 4/11/2013 | T. Morilla | 1.40 | Reviewed and analyzed the terms of the Project Swift transaction. |
| 4/12/2013 | T. Morilla | 0.50 | Continued to review post-petition claims. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/16/2013 | T. Morilla | 1.00 | Reviewed and analyzed the Canadian claims. |
| 4/16/2013 | T. Morilla | 1.80 | Reviewed certain U.S. claims. |
| 4/17/2013 | T. Morilla | 0.70 | Reviewed and analyzed certain post-petition claims. |
| 4/17/2013 | T. Morilla | 0.90 | Reviewed the Canadian claims. |
| 4/17/2013 | J. Hyland | 1.20 | Reviewed claims Notice of Settlement. |
| 4/17/2013 | J. Hyland | 2.40 | Reviewed claims schedules from NNL. |
| 4/18/2013 | J. Hyland | 0.40 | Participated in call with L. Beckerman re: employee claims. |
| 4/22/2013 | T. Morilla | 0.90 | Reviewed and analyzed the Project Swift transaction. |
| 4/23/2013 | M. Desalvio | 0.20 | Researched Nortel bond pricing. |
| 4/23/2013 | T. Morilla | 0.40 | Reviewed and analyzed the historical bond prices. |
| 4/24/2013 | J. Hyland | 0.30 | Conducted call with M. Kennedy re: US claim. |
| 4/24/2013 | T. Morilla | 0.50 | Reviewed and analyzed historical bond prices. |
| 4/24/2013 | T. Morilla | 0.90 | Reviewed and analyzed the terms of the Project Swift transaction. |
| 4/24/2013 | J. Hyland | 2.60 | Reviewed LTD claim objections. |
| 4/26/2013 | T. Morilla | 1.20 | Reviewed and analyzed the bondholder claims. |
| 4/26/2013 | J. Hyland | 2.80 | Reviewed LTD claims and related motions. |
| 4/29/2013 | C. Kearns | 0.10 | Reviewed NNI claims analysis. |
| 4/29/2013 | T. Morilla | 1.30 | Updated the bondholder post-petition claims for certain assumptions. |
| 4/29/2013 | J. Hyland | 2.50 | Reviewed LTD employee claims and motions. |
| 4/30/2013 | M. Desalvio | 0.30 | Updated bond pricing analysis. |
| 4/30/2013 | T. Morilla | 0.40 | Continued to review the U.S. claims. |
| 4/30/2013 | T. Morilla | 1.20 | Updated the bondholder price charts. |
| 4/30/2013 | T. Morilla | 1.20 | Reviewed and analyzed the estate claims. |

**Capstone Advisory Group, LLC**
**Invoice for the 4/1/2013-4/30/2013 Fee Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 46.10 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/8/2013 | J. Hyland | 1.80 | Reviewed intercompany claims. |
| 4/11/2013 | T. Morilla | 1.20 | Reviewed and analyzed the Fourth Estate settlement documents. |
| 4/18/2013 | T. Morilla | 1.80 | Reviewed and analyzed transfer pricing documents. |
| 4/22/2013 | T. Morilla | 1.20 | Reviewed and analyzed the IFSA and CFSA documents. |
| 4/26/2013 | T. Morilla | 1.00 | Reviewed and analyzed the RM report. |
| 4/30/2013 | T. Morilla | 0.90 | Reviewed and analyzed the MRDA. |
| Subtotal | | 7.90 | |

**14. Executory Contracts/Leases**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/11/2013 | J. Borow | 1.40 | Discussed and evaluated proposed potential sub lease transaction that the Debtor is considering and is in the process of negotiating. |
| 4/24/2013 | J. Hyland | 1.00 | Reviewed UCC report on sublease of Nortel facility. |
| 4/24/2013 | T. Morilla | 1.00 | Reviewed and analyzed the real estate sublease presentation. |
| 4/24/2013 | A. Cowie | 1.10 | Prepared report for the Committee in regard to certain lease disposition efforts as executed by the Debtors. |
| 4/25/2013 | J. Hyland | 0.60 | Reviewed final report for UCC re: sublease of Nortel facility. |
| 4/25/2013 | T. Morilla | 0.90 | Reviewed and analyzed proposed real estate sublease presentation. |
| 4/26/2013 | T. Morilla | 1.40 | Reviewed and analyzed the motion to approve the sublease. |
| Subtotal | | 7.40 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/11/2013 | T. Morilla | 0.50 | Reviewed and analyzed the U.S. Debtors' periodic report on value. |
| 4/11/2013 | T. Morilla | 0.60 | Reviewed and analyzed the February monthly operating report. |
| 4/12/2013 | J. Hyland | 1.60 | Reviewed filed U.S. MOR. |
| 4/24/2013 | J. Hyland | 0.30 | Conducted call with T. Ross re: MOR. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/25/2013 | J. Hyland | 2.30 | Prepared sections of report for UCC meeting. |
| 4/30/2013 | J. Hyland | 1.40 | Reviewed NNI 2013 Key Priorities. |
| Subtotal |  | 6.70 |  |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/4/2013 | T. Morilla | 1.30 | Reviewed and analyzed previous cash reports. |
| 4/5/2013 | T. Morilla | 0.90 | Continued to review the Debtors' cash reports. |
| 4/8/2013 | T. Morilla | 1.30 | Reviewed the Debtors' cash flow forecast. |
| 4/9/2013 | T. Morilla | 0.30 | Reviewed and analyzed the Debtors' March 29 cash flash. |
| 4/22/2013 | T. Morilla | 1.80 | Reviewed and analyzed the Debtors' cash flow forecasts. |
| 4/23/2013 | T. Morilla | 1.80 | Reviewed and analyzed the Debtors' cash flow forecast. |
| 4/25/2013 | T. Morilla | 1.70 | Reviewed the Debtors' cash flow forecast. |
| 4/29/2013 | C. Kearns | 0.20 | Reviewed cost estimate for wind-down team. |
| Subtotal |  | 9.30 |  |

**25. Litigation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/1/2013 | C. Kearns | 0.50 | Emailed with counsel re: possible trial schedule and related needs. |
| 4/2/2013 | C. Kearns | 0.20 | Emailed with counsel re: trial schedule and related issues. |
| 4/3/2013 | C. Kearns | 1.00 | Read orders of both courts re: trial schedules and followed up with |
| 4/12/2013 | C. Kearns | 0.20 | Participated in conference call with counsel re: trial schedule and related issues. |
| 4/16/2013 | J. Hyland | 1.60 | Reviewed Debtors' submission for initial hearing on allocation. |
| 4/19/2013 | J. Hyland | 2.00 | Reviewed allocation document for potential expert. |
| 4/21/2013 | J. Hyland | 2.40 | Reviewed and analyzed Debtors' Proposed Litigation Timetable and Discovery Plan motion. |
| 4/23/2013 | J. Hyland | 0.20 | Conducted call with B. Kahn re: litigation planning. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 4/23/2013 | T. Morilla | 1.10 | Reviewed and analyzed the Debtors' motion in support of the litigation timetable. |
| 4/23/2013 | T. Morilla | 2.10 | Reviewed and analyzed the proposed litigation timetable submissions. |
| 4/23/2013 | T. Morilla | 2.10 | Reviewed and analyzed EMEA's limited objection to the litigation timetable. |
| 4/25/2013 | C. Kearns | 0.10 | Participated in conference call with counsel re: next steps in litigation process. |
| 4/30/2013 | J. Hyland | 2.00 | Reviewed revised NNI Motion for approval of allocation position. |
| Subtotal | | 15.50 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 4/8/2013 | T. Morilla | 1.20 | Reviewed and analyzed tax related issues. |
| 4/22/2013 | T. Morilla | 0.80 | Reviewed and analyzed tax related issues. |
| Subtotal | | 2.00 | |

**33. Intellectual Property**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 4/4/2013 | T. Morilla | 1.40 | Analyzed IPCo models and related documents. |
| 4/4/2013 | T. Morilla | 1.90 | Continued to analyze IPCo models and related documents. |
| 4/5/2013 | T. Morilla | 1.20 | Continued to review the IPCo models. |
| 4/5/2013 | J. Schad | 2.30 | Reviewed and analyzed versions of draft IP valuation model to identify and summarize changes made from version to version. |
| 4/10/2013 | T. Morilla | 1.20 | Reviewed the IPCo models and reports. |
| 4/17/2013 | T. Morilla | 0.70 | Continued to review and analyze the IPCo models. |
| 4/17/2013 | T. Morilla | 1.10 | Reviewed and analyzed previous IPCo models and reports. |
| 4/19/2013 | T. Morilla | 0.90 | Reviewed and analyzed IPCo related documents. |
| 4/24/2013 | C. Kearns | 0.40 | Reviewed IP related issues re: allocation. |
| 4/30/2013 | T. Morilla | 2.00 | Reviewed and analyzed the IPCo model forecasts. |
| Subtotal | | 13.10 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Total Hours | | 487.30 | |