**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 4/1/2013 through 4/30/2013**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Airfare/ Train** | | | |
| 4/5/2013 | J. Borow | Airfare to/from Washington, DC to meet with PBGC. | $856.80 |
| 4/10/2013 | C. Kearns | Airfare to/from Washington, DC to meet with PBGC. | $856.80 |
| 4/22/2013 | J. Hyland | Airfare for NY trip week of 4/22/2013. | $651.80 |
| 4/24/2013 | C. Kearns | Train expense to attend hearing on litigation protocol and timeline. | $336.00 |
| 4/29/2013 | J. Hyland | Airfare for travel to NY week of 4/29/2013. | $698.80 |
| **Subtotal - Airfare/ Train** | | | **$3,400.20** |
| **Auto Rental/Taxi** | | | |
| 4/10/2013 | J. Borow | Cab fare to/from LGA ($168) and to/from PBGC offices in DC ($52). | $220.00 |
| 4/10/2013 | C. Kearns | Taxi in Washington, DC to meet with PBGC. | $21.00 |
| 4/18/2013 | T. Morilla | Taxi due to working late. | $40.50 |
| 4/21/2013 | J. Hyland | Taxi during NY visit. | $37.08 |
| 4/22/2013 | T. Morilla | Taxi due to working late. | $32.30 |
| 4/24/2013 | J. Hyland | Taxi from airport to home after NY trip. | $69.18 |
| 4/29/2013 | J. Hyland | Taxi from airport to NY office. | $40.59 |
| 4/29/2013 | T. Morilla | Taxi due to working late. | $20.50 |
| 4/30/2013 | T. Morilla | Taxi due to working late. | $36.00 |
| **Subtotal - Auto Rental/Taxi** | | | **$517.15** |

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Hotel** | | | |
| 4/24/2013 | J. Hyland | Hotel during NY trip. | $1,223.41 |
| **Subtotal - Hotel** | | | **$1,223.41** |
| **Meals** | | | |
| 4/10/2013 | J. Borow | Lunch and airport dinner in Washington, DC to meet with PBGC. | $17.00 |
| 4/17/2013 | T. Morilla | Meal due to working late. | $32.65 |
| 4/18/2013 | T. Morilla | Meal due to working late. | $20.40 |
| 4/21/2013 | J. Hyland | Meal during NY visit. | $14.84 |
| 4/22/2013 | J. Hyland | Meal during NY trip. | $27.29 |
| 4/22/2013 | J. Hyland | Meal during NY trip. | $14.15 |
| 4/22/2013 | J. Hyland | Meal during NY trip. | $13.06 |
| 4/23/2013 | J. Borow | Meal with A. Cowie and J. Hyland after meeting with counsel and ad hoc committee professionals re: case status and work streams. | $90.10 |
| 4/23/2013 | J. Hyland | Meal during NY trip. | $7.08 |
| 4/24/2013 | J. Hyland | Meal during NY trip | $8.50 |
| 4/26/2013 | C. Kearns | Lunch with A. Cowie re: agenda for upcoming UCC meeting. | $48.09 |
| 4/29/2013 | T. Morilla | Meal due to working late. | $12.49 |
| 4/29/2013 | J. Hyland | Meal during NY trip. | $11.98 |
| 4/30/2013 | T. Morilla | Meal for J. Hyland, A. Cowie and T. Morilla due to working late. | $62.51 |
| 4/30/2013 | J. Hyland | Meals during NY trip. | $13.79 |
| **Subtotal - Meals** | | | **$393.93** |
| **Mileage** | | | |
| 4/21/2013 | J. Hyland | Local mileage to airport for NY trip. | $23.73 |
| **Subtotal - Mileage** | | | **$23.73** |

**Capstone Advisory Group, LLC**
**Invoice for the 4/1/2013-4/30/2013 Fee Statement**

| Date | Professional | Description | Amount |
|------|-------------|-------------|--------|
| **Parking/ Tolls** | | | |
| 4/10/2013 | C. Kearns | LGA parking for Washington, DC trip to meet with PBGC. | $33.00 |
| 4/21/2013 | J. Hyland | Local tolls to airport for NY trip. | $1.60 |
| **Subtotal - Parking/ Tolls** | | | **$34.60** |
| **Telecom** | | | |
| 4/8/2013 | CAG Direct | Conference calls for Nortel. | $23.71 |
| 4/19/2013 | J. Hyland | Long distance telecom to Canada. | $12.25 |
| **Subtotal - Telecom** | | | **$35.96** |
| **For the Period 4/1/2013 through 4/30/2013** | | | **$5,628.98** |