**EXHIBIT B**



Dentons Canada LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada  M5K 0A1

T 416 863 4511
F 416 863 4592

Salans FMC SNR Denton
dentons.com

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2984340**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| **Date** | **Matter Number** | **Lawyer** |
|---|---|---|
| May 27, 2013 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 159,683.00 |
| Disbursements | | 999.91 |
| **Total Amount Due** | **$** | **160,682.91  CDN.** |

**DENTONS CANADA LLP**

Per: _____
    Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Dentons Canada LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions.  Your payee is Dentons Canada LLP and
your account number is 538462.  Please email us at
Edm.Accounting@dentons.com referencing invoice number and payment
amount.

**Credit Card:**
Payments are accepted via telephone, email or fax.  We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

**Please email us at Tor.Accounting@dentons.com referencing invoice number and payment amount.**
**Payment due on receipt.  Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.**

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Feb-13 | MMP | 0019 | Analyze Canadian pension laws in connection with Canadian pension claims in Canadian Nortel claims compensation process. | 1.2 |
| 01-Feb-13 | RSK | 0019 | Review correspondence regarding Canadian court decision regarding pension claims and assess related Nortel issues. | 0.8 |
| 01-Feb-13 | RSK | 0029 | Participated on call with advisors for Committee, NNI and Ad Hoc Bondholders regarding next steps in allocation litigation. | 1.8 |
| 01-Feb-13 | RSK | 0032 | Review of motion filed by Canadian employee group to extend US Claims Bar Date. | 1.1 |
| 01-Feb-13 | MJW | 0031 | Prepare list of issues for consideration and resolution by Canadian court as directed by Canadian court at Canadian court hearing. | 1.2 |
| 01-Feb-13 | MJW | 0031 | Review issued Canadian court order and endorsement and circulate to UCC advisors. | 0.2 |
| 01-Feb-13 | MJW | 0012 | Review Canadian case law regarding pension claims, and related Nortel agreements. | 1.7 |
| 01-Feb-13 | MJW | 0012 | Email correspondence regarding Canadian claim issues, and confer with FMC lawyers regarding same. | 0.7 |
| 01-Feb-13 | MJW | 0029 | Attend on conference call with advisors for NNI, UCC and bonds regarding allocation and next steps. | 1.8 |
| 01-Feb-13 | MJW | 0032 | Review motion material filed in US proceeding regarding claims of Canadian employees against Nortel US entities. | 0.8 |
| 01-Feb-13 | MJW | 0032 | Email correspondence with Akin Gump regarding CCC employee claims motion filed in US proceeding. | 0.3 |
| 01-Feb-13 | MJW | 0031 | Review press reports and postings regarding Canadian pension deficiencies and final claim amounts. | 0.4 |
| 01-Feb-13 | RCJ | 0012 | Analyze Canadian court pension claim decision in context of Nortel Canadian employee settlement agreement and pension claims. | 1.3 |
| 01-Feb-13 | RCJ | 0012 | Email correspondence with Akin Gump team regarding Canadian court decision regarding pension issues. | 0.3 |
| 01-Feb-13 | RCJ | 0029 | Participate in conference call with advisors for NNI, UCC and bonds regarding issues list for U.S. and Canadian courts. | 1.8 |
| 01-Feb-13 | RCJ | 0019 | Review email correspondence with FMC team regarding Canadian pension decision. | 0.6 |
| 01-Feb-13 | RCJ | 0029 | Analysis regarding allocation litigation issues. | 2.1 |
| 01-Feb-13 | NEL | 0012 | Review Canadian employees late filed claim motion in U.S. proceeding and review Canadian order. | 0.5 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984340
Page 3 of 18
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Feb-13 | MJD | 0019 | Preparing summary of Canadian Employee Benefit Settlement agreement in connection with Canadian court pension claim decision. | 2.3 |
| 02-Feb-13 | MJW | 0029 | Review summary of due diligence regarding allocation and Canadian proceeding issues, and consider Canadian litigation issues. | 1.6 |
| 03-Feb-13 | RCJ | 0019 | Analysis of Canadian pension claim issues. | 1.1 |
| 03-Feb-13 | NEL | 0012 | Review e-mail correspondence regarding claims issues. | 0.1 |
| 04-Feb-13 | RSK | 0031 | Review of Chartis Canadian appeal request motion record. | 1.2 |
| 04-Feb-13 | RSK | 0031 | Review of email correspondence regarding filing of Chartis motion materials and discussed same with M. Wunder. | 0.3 |
| 04-Feb-13 | RSK | 0007 | Participated in Committee call. | 0.5 |
| 04-Feb-13 | MJW | 0032 | Review US court material regarding CCC employee claims against Nortel US entities, and email exchange with UCC advisors. | 0.5 |
| 04-Feb-13 | MJW | 0031 | Call with NNI's Canadian counsel regarding US motion by CCC employee claims against Nortel US entities. | 0.2 |
| 04-Feb-13 | MJW | 0031 | Review Chartis notice of request for leave to appeal Canadian Chartis insurance policy decision. | 0.8 |
| 04-Feb-13 | MJW | 0031 | Email with FMC team and call to NNI's Canadian counsel regarding Chartis' request for leave to appeal Canadian decision. | 0.3 |
| 04-Feb-13 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 04-Feb-13 | MJW | 0012 | Meet with R. Jacobs to discuss Canadian pension claim issues. | 0.2 |
| 04-Feb-13 | RCJ | 0007 | Participate in Committee call. | 0.5 |
| 04-Feb-13 | RCJ | 0012 | Analysis of motion filed by Ad Hoc Committee of Canadian employee claimants regarding late filed claims in U.S. proceeding. | 0.2 |
| 04-Feb-13 | RCJ | 0029 | Consider allocation issues for litigation. | 1.6 |
| 04-Feb-13 | RCJ | 0019 | Discuss Canadian pension claim with Dentons team. | 0.2 |
| 04-Feb-13 | NEL | 0007 | Participate in Committee call. | 0.5 |
| 05-Feb-13 | RSK | 0031 | Review of email correspondence regarding consent of parties to late filing of Chartis leave to appeal motion and provided UCC consent. | 0.4 |
| 05-Feb-13 | MJW | 0031 | Email report to Akin Gump regarding Chartis late filing of notice of request for appeal of Canadian decision, and emails with NNI's Canadian counsel regarding same. | 0.4 |
| 05-Feb-13 | MJW | 0031 | Email to Canadian lawyers regarding Chartis motion for request for leave to appeal. | 0.2 |
| 05-Feb-13 | MJW | 0003 | Complete December 2012 account. | 0.8 |
| 05-Feb-13 | MJW | 0003 | Prepare December 2012 fee application. | 1.6 |
| 05-Feb-13 | RCJ | 0031 | Consider process issues for allocation litigation issues list. | 0.2 |

DENTONS CANADA LLP                                    INVOICE 2984340
The Official Committee of Unsecured Creditors                Page 4 of 18
Re: Nortel Networks Inc., et al.                    Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 05-Feb-13 | RCJ | 0031 | Analysis of Canadian pension deficiency issues regarding allocation. | 0.9 |
| 05-Feb-13 | RCJ | 0012 | Email correspondence with FMC team regarding Chartis appeal issues. | 0.6 |
| 06-Feb-13 | RSK | 0031 | Review of draft NNI and UCC issues statement and proposed schedule. | 0.6 |
| 06-Feb-13 | RSK | 0031 | Email correspondence with FMC team regarding UCC issues list and service of issues statement in Canadian proceeding. | 0.8 |
| 06-Feb-13 | RSK | 0031 | Exchange of email correspondence with Edmond Lamek (Canadian counsel for Law Debenture) regarding case issues list. | 0.2 |
| 06-Feb-13 | MJW | 0031 | Email correspondence with Canadian counsel regarding submission of issues list to Canadian court, conferences with FMC team, and reporting to Akin Gump. | 0.6 |
| 06-Feb-13 | MJW | 0029 | Review draft issues list and proposed timetable for submission to courts. | 0.7 |
| 06-Feb-13 | MJW | 0031 | Review Chartis notice of appeal and factum in connection with request for leave to appeal. | 0.8 |
| 06-Feb-13 | MJW | 0031 | Email correspondence to NNI's Canadian counsel regarding responding factums for Chartis appeal request. | 0.2 |
| 06-Feb-13 | MJW | 0031 | Preparation of UCC factum to support Nortel Canada objection to Chartis leave for appeal request. | 0.7 |
| 06-Feb-13 | RCJ | 0029 | Detailed review and comment on draft US Debtor/UCC statement of issues and proposed litigation schedule. | 1.3 |
| 06-Feb-13 | RCJ | 0029 | Email correspondence with FMC team regarding draft statement of issues and Canadian service. | 0.7 |
| 06-Feb-13 | NEL | 0029 | Review allocation mediation memo. | 0.2 |
| 07-Feb-13 | RSK | 0031 | Review of draft issues statement and exchange of emails with FMC team regarding Canadian components. | 0.8 |
| 07-Feb-13 | RSK | 0031 | Participated in call with counsel for NNI and Ad Hoc Bondholder Group regarding allocation issues statement. | 2.3 |
| 07-Feb-13 | RSK | 0031 | Exchange of emails with FMC team regarding filing issues statement with Canadian Court. | 0.4 |
| 07-Feb-13 | MJW | 0029 | Email correspondence and calls with Torys, Akin Gump and FMC regarding list of issues to be filed with U.S. and Canadian courts. | 0.8 |
| 07-Feb-13 | MJW | 0029 | Attend on conference call with advisors for UCC, NNI and bondholders. | 2.3 |
| 07-Feb-13 | MJW | 0029 | Call to Akin Gump regarding filing of issues lists with courts. | 0.2 |
| 07-Feb-13 | MJW | 0031 | Review of Chartis Canadian notice of appeal and factum. | 0.5 |
| 07-Feb-13 | RCJ | 0029 | Continued review and analysis of issues in draft U.S. Debtor/UCC statement of issues and proposed litigation schedule. | 1.2 |

DENTONS CANADA LLP                                                        INVOICE 2984340
The Official Committee of Unsecured Creditors                              Page 5 of 18
Re: Nortel Networks Inc., et al.                                    Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 07-Feb-13 | RCJ | 0029 | Participate in all hands call with bonds, NNI and UCC regarding statement of issues. | 2.3 |
| 07-Feb-13 | NEL | 0029 | E-mail correspondence with FMC team regarding Canadian litigation submissions. | 0.1 |
| 08-Feb-13 | RSK | 0031 | Review of revised draft of UCC statement of issues and updates to Committee. | 0.5 |
| 08-Feb-13 | RSK | 0031 | Conference with M. Wunder and J. Dietrich regarding Canadian service and filing of UCC statement of issues. | 0.3 |
| 08-Feb-13 | RSK | 0029 | Review allocation issues statements filed by various parties with the CCAA Court and related email correspondence with UCC advisors. | 1.9 |
| 08-Feb-13 | RSK | 0031 | Review Canadian UCC submission and discussed same with Akin and FMC. | 0.6 |
| 08-Feb-13 | MJW | 0029 | Calls and email correspondence with Akin Gump and FMC team regarding list of allocation issues to be filed with Canadian and U.S. courts. | 1.8 |
| 08-Feb-13 | MJW | 0031 | Prepare Canadian filing for UCC allocation issue list for filing with Canadian court. | 2.8 |
| 08-Feb-13 | MJW | 0031 | Review allocation issues lists filed by various parties in Canadian proceeding, and email correspondence with UCC advisors regarding same. | 2.4 |
| 08-Feb-13 | RCJ | 0029 | Prepare revisions to Canadian components of allocation statement of issues. | 0.7 |
| 08-Feb-13 | RCJ | 0029 | Review email updates to Committee regarding allocation issues. | 0.4 |
| 08-Feb-13 | RCJ | 0029 | Detailed review and analysis of statement of positions filed by the various parties in the CCAA process. | 2.3 |
| 08-Feb-13 | RCJ | 0029 | Discuss position papers of parties with FMC and Akin teams. | 0.8 |
| 08-Feb-13 | JOD | 0031 | Assist with UCC statement of allocation issues in Canadian proceeding. | 0.3 |
| 08-Feb-13 | JK | 0031 | Telephone discussion with Michael Wunder and filing of UCC statement with Canadian court. | 0.8 |
| 08-Feb-13 | NEL | 0029 | Email correspondence with UCC advisors regarding litigation submissions. | 0.2 |
| 09-Feb-13 | MJW | 0029 | Email correspondence with Committee advisors regarding statements of issues filed by parties in U.S. and Canadian proceedings. | 0.3 |
| 11-Feb-13 | MMP | 0019 | Prepare summary of Nortel Canadian pension plan termination process. | 0.8 |
| 11-Feb-13 | RSK | 0031 | Review of allocation issues list submitted by Law Debenture. | 0.3 |
| 11-Feb-13 | RSK | 0031 | Review of summary of all parties allocation issues circulated to UCC. | 0.4 |
| 11-Feb-13 | RSK | 0031 | Review of email correspondence regarding facta for Chartis | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984340
Page 6 of 18
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | motion for leave to appeal. | |
| 11-Feb-13 | RSK | 0032 | Review of draft NNI objection to Canadian employee late claim motion. | 0.4 |
| 11-Feb-13 | MJW | 0031 | Email correspondence with and call to Akin Gump regarding Canadian employee groups and US motion for late filed claims. | 0.3 |
| 11-Feb-13 | MJW | 0012 | Review email report from Akin to Committee regarding late filed claims for Canadian employees. | 0.2 |
| 11-Feb-13 | MJW | 0029 | Review summary of statement of issues and scheduling filed by all parties in US and Canada. | 1.2 |
| 11-Feb-13 | MJW | 0031 | Email correspondence with NNI's Canadian counsel regarding Chartis Canadian motion for leave to appeal Chartis insurance decision. | 0.2 |
| 11-Feb-13 | RCJ | 0029 | Review summary materials prepared by Akin Gump regarding issues position statements. | 0.5 |
| 11-Feb-13 | RCJ | 0012 | Consider late filed claim issues. | 0.2 |
| 11-Feb-13 | RCJ | 0012 | Review NNI objection to CCC late filed claims motion. | 0.4 |
| 11-Feb-13 | NEL | 0029 | Review allocation litigation issues list. | 0.1 |
| 11-Feb-13 | NEL | 0012 | Review and analyze late filed claims objections. | 0.3 |
| 12-Feb-13 | RSK | 0032 | Review UCC joinder to Debtor's objection to the Canadian terminated employees' late filed claims motion and related Committee emails. | 0.5 |
| 12-Feb-13 | RSK | 0031 | Review of Motion Record of Nortel Canada regarding Travelers Settlement Agreement and email correspondence with Akin Gump and counsel to NNI. | 0.8 |
| 12-Feb-13 | MJW | 0029 | Review Law Debenture and BNY Mellon statements of issues filed in Canadian proceeding. | 0.5 |
| 12-Feb-13 | MJW | 0029 | Review statements of issues filed in U.S. and Canadian proceedings, and summary prepared by Akin Gump. | 1.4 |
| 12-Feb-13 | MJW | 0031 | Review Canadian motion record regarding Travelers Insurance settlement agreement, and email correspondence with Akin Gump and NNI's Canadian counsel regarding same. | 0.7 |
| 12-Feb-13 | MJW | 0003 | Prepare January, 2013 fee account. | 1.3 |
| 12-Feb-13 | RCJ | 0012 | Email correspondence with FMC team re joinder of UCC to NNI objection to late filed claim. | 0.3 |
| 12-Feb-13 | RCJ | 0012 | Detailed analysis of allocation issues. | 1.6 |
| 13-Feb-13 | RSK | 0031 | Review of Canadian Monitor's report (re: Travelers settlement). | 0.3 |
| 13-Feb-13 | RSK | 0031 | Review of emails from Akin Gump and Capstone regarding Wilmington Trust allocation issues list. | 0.4 |
| 13-Feb-13 | RSK | 0032 | Review of U.S. scheduling order regarding allocation issues. | 0.2 |
| 13-Feb-13 | RSK | 0031 | Review of Canadian scheduling order on allocation issues. | 0.2 |
| 13-Feb-13 | RSK | 0031 | Review of FMC and Akin Gump email correspondence | 0.2 |

DENTONS CANADA LLP                              INVOICE 2984340
The Official Committee of Unsecured Creditors             Page 7 of 18
Re: Nortel Networks Inc., et al.                      Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | regarding Travelers settlement approval motion. | |
| 13-Feb-13 | MJW | 0012 | Email correspondence with UCC advisors regarding Travelers settlement motions, and reporting to UCC. | 0.4 |
| 13-Feb-13 | MJW | 0032 | Review Travelers U.S. motion material. | 0.4 |
| 13-Feb-13 | MJW | 0012 | Prepare report for UCC regarding Travelers claims settlement. | 0.6 |
| 13-Feb-13 | MJW | 0031 | Review CCAA Monitor's report regarding Travelers settlement. | 0.3 |
| 13-Feb-13 | MJW | 0019 | Review and revise memo regarding Canadian pension issues for UCC. | 0.8 |
| 13-Feb-13 | MJW | 0029 | Review U.S. and Canadian court orders regarding court scheduling including filing additional briefs for allocation hearing motion, and email correspondence with UCC advisors regarding same. | 0.7 |
| 13-Feb-13 | MJW | 0029 | Review NNI/UCC Canadian motion record and related court filed material for allocation joint motion. | 1.6 |
| 13-Feb-13 | MJW | 0003 | Complete January, 2013 fee account. | 0.4 |
| 13-Feb-13 | RCJ | 0031 | Review Monitor's 92nd report (re: Travelers). | 0.3 |
| 13-Feb-13 | RCJ | 0029 | Review U.S. court order regarding allocation issues. | 0.2 |
| 13-Feb-13 | RCJ | 0031 | Review Canadian court order regarding allocation issues. | 0.2 |
| 13-Feb-13 | NEL | 0029 | Review scheduling orders from U.S. and Canadian courts. | 0.1 |
| 13-Feb-13 | NEL | 0029 | E-mail correspondence with UCC advisors regarding next steps in allocation litigation. | 0.1 |
| 14-Feb-13 | RSK | 0007 | Participated in Committee call. | 0.5 |
| 14-Feb-13 | RSK | 0007 | Participated in UCC advisor call. | 0.6 |
| 14-Feb-13 | RSK | 0031 | Review of emails from FMC team regarding dates for filing factum on Chartis appeal. | 0.2 |
| 14-Feb-13 | RSK | 0031 | Review of UCC motion materials from June 2011 allocation hearing in preparation for supplementary submissions. | 1.1 |
| 14-Feb-13 | RSK | 0031 | Review of emails regarding coordinated dates for filing allocation submissions. | 0.2 |
| 14-Feb-13 | MJW | 0007 | Attend on UCC call, and post-call with Committee advisors. | 1.1 |
| 14-Feb-13 | MJW | 0032 | Email correspondence with UCC advisors and counsel for NNI, and review revised U.S. court scheduling order. | 0.2 |
| 14-Feb-13 | MJW | 0029 | Review NNI/UCC factum filed for 2011 allocation procedures motion, to prepare for supplemental hearing. | 1.3 |
| 14-Feb-13 | MJW | 0031 | Email correspondence regarding Chartis Canadian motion requesting leave for appeal. | 0.3 |
| 14-Feb-13 | MJW | 0031 | Review Chartis motion material including legal brief, and prepare draft legal brief for UCC to oppose Chartis request for appeal in Canadian proceeding. | 1.7 |
| 14-Feb-13 | RCJ | 0007 | Participated in Committee call. | 0.5 |
| 14-Feb-13 | RCJ | 0029 | Participated in UCC professionals call regarding allocation | 0.6 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984340
Page 8 of 18
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| | | | issues. | |
| 14-Feb-13 | RCJ | 0029 | Prep work for supplementary allocation submissions. | 2.6 |
| 14-Feb-13 | TMB | 0031 | Reviewing and confirming time limits for appeal requests and email report to M. Wunder. | 0.4 |
| 14-Feb-13 | NEL | 0007 | Participate in Committee conference call. | 0.5 |
| 14-Feb-13 | NEL | 0029 | Participate in follow-up UCC advisor call regarding allocation issues. | 0.6 |
| 15-Feb-13 | RSK | 0031 | Review of June 2011 transcript and NNI/UCC factum in preparation for supplemental allocation motion submissions. | 3.2 |
| 15-Feb-13 | RSK | 0031 | Review of Notice regarding Manitoba cease trade order and related emails. | 0.3 |
| 15-Feb-13 | RSK | 0031 | Review of emails regarding timeline on Canadian environmental appeal. | 0.3 |
| 15-Feb-13 | MJW | 0031 | Review press release regarding Manitoba cease trade order CTO). | 0.2 |
| 15-Feb-13 | MJW | 0031 | Email correspondence with FMC team and conference with R. Shay regarding CTO and review CTO. | 0.3 |
| 15-Feb-13 | MJW | 0031 | Report to UCC advisors regarding Manitoba CTO. | 0.4 |
| 15-Feb-13 | MJW | 0031 | Correspondence with Canadian counsel for Nortel Canada and NNI regarding scheduling for Canadian environmental appeal including Northstar environmental motion, and review proposed scheduling agreement. | 0.4 |
| 15-Feb-13 | MJW | 0029 | Review UK debtors cross-motion and related material filed in Canada for allocation procedures motion, to prepare for joint hearing to re-hear allocation motion. | 1.4 |
| 15-Feb-13 | RHS | 0023 | Review press release on Cease Trade Order issued by the Manitoba Securities Commission and review Order. | 0.2 |
| 15-Feb-13 | RHS | 0023 | Discussion with M. Wunder regarding the implications of Cease Trade Order issued by Manitoba Securities Commission. | 0.1 |
| 15-Feb-13 | RCJ | 0029 | Continued detailed prep work for supplementary allocation motion submissions and hearing. | 4.3 |
| 15-Feb-13 | NEL | 0029 | Review materials regarding allocation issues in preparation for UCC advisor strategy session. | 3.1 |
| 16-Feb-13 | MJW | 0029 | Review legal briefs filed in Canadian proceeding for allocation procedures motion and EMEA debtors cross-motion, and analyze Canadian issues and arguments for supplemental joint hearing. | 2.6 |
| 16-Feb-13 | MJW | 0029 | Review and analyze transcript from June 2011 joint hearing to prepare for supplemental allocation hearing. | 1.6 |
| 17-Feb-13 | MMP | 0019 | Continued preparation of memo regarding Nortel Canada's pension plan wind-up process. | 0.7 |
| 17-Feb-13 | MJW | 0031 | Review draft Nortel Canada factum for Chartis Canadian request for leave to appeal motion. | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984340
Page 9 of 18
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 18-Feb-13 | MMP | 0019 | Reviewed material regarding status of wind-up of the two Nortel Networks Limited registered pension plans, and reported to FMC team. | 1.3 |
| 18-Feb-13 | RSK | 0019 | Review of report from M. Picard regarding updates to Canadian Nortel pensioners and former employees. | 0.5 |
| 18-Feb-13 | RSK | 0031 | Further review of June 7, 2011 hearing transcript to prepare for allocation hearing. | 1.5 |
| 18-Feb-13 | RCJ | 0019 | Email correspondence with FMC team regarding Canadian pension issues and employee claims. | 0.4 |
| 18-Feb-13 | RCJ | 0029 | Continued prep work for allocation supplementary submissions. | 1.7 |
| 19-Feb-13 | MMP | 0019 | Instructed C. Galinski regarding Canadian due diligence regarding the status of the two Nortel Networks Limited registered pension plans and related deficiencies. | 0.3 |
| 19-Feb-13 | MMP | 0019 | Continue preparation of report wind-up process for the Canadian registered pension plans of Nortel Networks Limited. | 1.1 |
| 19-Feb-13 | RSK | 0031 | Participated in UCC professionals call regarding proposed supplemental filing on allocation motion. | 0.7 |
| 19-Feb-13 | RSK | 0032 | Review of order of Judge Gross regarding hearing on allocation motion. | 0.2 |
| 19-Feb-13 | RSK | 0031 | Email correspondence with Akin Gump and Dentons regarding effect of Judge Gross Order on cross border hearing. | 0.3 |
| 19-Feb-13 | MJW | 0029 | Attend on call with UCC advisors to discuss allocation procedures joint hearing. | 0.7 |
| 19-Feb-13 | MJW | 0031 | Review scheduling proposal for Nortel environmental appeal and correspondence with counsel for Canadian parties. | 0.3 |
| 19-Feb-13 | MJW | 0031 | Conference with S. Kukulowicz regarding allocation procedures motion, and Canadian court submissions. | 0.3 |
| 19-Feb-13 | MJW | 0029 | Review U.S. court order regarding allocation procedures, and email correspondence with UCC advisors regarding same. | 0.3 |
| 19-Feb-13 | MJW | 0012 | Review reports and related material regarding Canadian claims and proposed action by creditor groups. | 0.5 |
| 19-Feb-13 | RCJ | 0007 | Participated in UCC professionals call regarding supplementary allocation filing. | 0.7 |
| 19-Feb-13 | RCJ | 0008 | Review Judge Gross order regarding allocation arguments. | 0.1 |
| 19-Feb-13 | RCJ | 0008 | Consider Judge Gross order and email correspondence with Akin Gump. | 0.1 |
| 19-Feb-13 | NEL | 0029 | Participate in litigation strategy session. | 0.7 |
| 19-Feb-13 | NEL | 0029 | Review U.S. Court order regarding allocation. | 0.1 |
| 19-Feb-13 | CPG | 0019 | Telephone call with M. Picard to receive instructions on Nortel pension plan due diligence. | 0.3 |
| 20-Feb-13 | RSK | 0031 | Conference call with Canadian and U.S. counsel for NNI regarding Chartis appeal, environmental appeal and | 0.7 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984340
Page 10 of 18
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | submission for allocation hearing. | |
| 20-Feb-13 | RSK | 0031 | Review of factum filed by Ontario Ministry of Environment in Nortel/Northstar joint appeal. | 0.5 |
| 20-Feb-13 | RSK | 0031 | Email correspondence with T. Banks regarding Canadian court and allocation dispute. | 0.4 |
| 20-Feb-13 | MJW | 0031 | Email correspondence with NNI's Canadian counsel regarding Canadian issues and motions. | 0.3 |
| 20-Feb-13 | MJW | 0031 | Conference call with NNI's Canadian counsel and Cleary regarding Canadian issues and motions, including Chartis request for appeal and environmental appeal. | 0.7 |
| 20-Feb-13 | MJW | 0031 | Prepare draft joint UCC/NNI factum for Canadian Chartis leave for appeal motion, and review Nortel Canada draft factum and Chartis factum in connection with same. | 1.6 |
| 20-Feb-13 | MJW | 0003 | Complete December 2012 fee application. | 0.5 |
| 20-Feb-13 | MJW | 0007 | Prepare report for Committee meeting including analysis of CCAA proceeding issues. | 0.5 |
| 20-Feb-13 | MJW | 0012 | Review noteholder joinder to U.S. debtor objection to Canadian employee late filed claims motion in the U.S. proceeding. | 0.2 |
| 20-Feb-13 | RCJ | 0029 | Conference call with Akin and Cleary teams regarding Canadian litigation issues. | 0.7 |
| 20-Feb-13 | RCJ | 0029 | Analysis of allocation issues to prepare for court submissions. | 1.1 |
| 20-Feb-13 | CPG | 0019 | Continued review and analysis of Canadian pension claim issues including wind-up and deficiency claim analysis. | 0.8 |
| 21-Feb-13 | RSK | 0007 | Participated in Nortel Committee call. | 0.5 |
| 21-Feb-13 | RSK | 0031 | Review of email correspondence regarding timing and factum for Chartis appeal of Canadian order. | 0.3 |
| 21-Feb-13 | RSK | 0031 | Further review of prior allocation motion pleadings and transcript to prepare for allocation hearing. | 2.3 |
| 21-Feb-13 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 21-Feb-13 | MJW | 0031 | Email exchanges with Canadian counsel for Nortel Canada, NNI and FMC regarding Chartis Canadian appeal and factums to be filed in opposition. | 0.4 |
| 21-Feb-13 | MJW | 0031 | Email correspondence with Akin Gump regarding Canadian court hearing. | 0.1 |
| 21-Feb-13 | MJW | 0031 | Review MOE motion record and factum for Canadian environmental appeal, and analyze issues regarding opposition to MOE appeal in Nortel proceeding. | 0.7 |
| 21-Feb-13 | MJW | 0029 | Conference with FMC team and exchange email correspondence regarding and to prepare for Nortel allocation procedures joint motion. | 0.4 |
| 21-Feb-13 | RCJ | 0007 | Participated in Committee call. | 0.5 |
| 21-Feb-13 | RCJ | 0029 | Continued review of allocation motion submissions in | 2.1 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984340
Page 11 of 18
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|------|---------------------|-------|
| | | | preparation for allocation submissions at March, 2013 hearing. | |
| 21-Feb-13 | TMB | 0031 | Assess correspondence from S. Kukulowicz and drafting summary regarding jurisdictional issues in the allocation process and analyzing Canadian court issues. | 1.2 |
| 21-Feb-13 | CBM | 0031 | Preparing and commissioning affidavit of service for UCC statement of issues filed in Canadian court. | 0.5 |
| 21-Feb-13 | NEL | 0007 | Participate in Committee call. | 0.5 |
| 21-Feb-13 | NEL | 0029 | Review materials for March, 2013 allocation hearing regarding allocation issues. | 0.7 |
| 21-Feb-13 | CPG | 0019 | Review and analysis of Canadian pension claim issues including wind-up and deficiency claim analysis. | 4.1 |
| 22-Feb-13 | RSK | 0031 | Review of emails from Akin Gump regarding potential appeal from allocation decision and exchanged emails with FMC team on Canadian appeal process. | 0.4 |
| 22-Feb-13 | RSK | 0031 | Review of draft joint NNI/UCC factum regarding Chartis application for leave to appeal. | 0.3 |
| 22-Feb-13 | RSK | 0031 | Review of facta filed in Canadian proceeding for allocation joint hearing. | 1.8 |
| 22-Feb-13 | MJW | 0003 | Prepare January, 2013 fee application. | 1.4 |
| 22-Feb-13 | MJW | 0003 | Prepare quarterly fee application. | 0.5 |
| 22-Feb-13 | MJW | 0031 | Prepare joint NNI/UCC factum for Canadian request for leave to appeal motion by Chartis, and review Chartis factum and Nortel Canada opposition factum in connection therewith. | 1.3 |
| 22-Feb-13 | MJW | 0031 | Email correspondence with Nortel Canada's and NNI's Canadian counsel regarding Chartis appeal request. | 0.2 |
| 22-Feb-13 | MJW | 0029 | Email correspondence with Akin Gump and confer with FMC team regarding allocation procedures motion. | 0.4 |
| 22-Feb-13 | MJW | 0031 | Email correspondence with FMC regarding Canadian issues relating to allocation procedures motion. | 0.3 |
| 22-Feb-13 | MJW | 0031 | Email correspondence with Canadian counsel and Akin Gump regarding Canadian court hearing. | 0.1 |
| 22-Feb-13 | RCJ | 0029 | Assess allocation issues and procedure. | 0.6 |
| 22-Feb-13 | RCJ | 0029 | Analyze allocation submissions to prepare for court hearing. | 2.2 |
| 22-Feb-13 | CPG | 0019 | Conference with M. Picard regarding Canadian pension claim due diligence. | 0.3 |
| 22-Feb-13 | CPG | 0019 | Review and analysis of Canadian pension claims, deficiencies and wind-up process. | 3.2 |
| 24-Feb-13 | RSK | 0031 | Review of analysis/research from T. Banks regarding Canadian litigation issues. | 0.3 |
| 24-Feb-13 | MJW | 0029 | Review and analyze statement of issues summary for filings in Canadian and U.S. courts, and claims analysis and recovery models. | 1.2 |

DENTONS CANADA LLP INVOICE 2984340
The Official Committee of Unsecured Creditors Page 12 of 18
Re: Nortel Networks Inc., et al. Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|------|---------------------|-------|
| 24-Feb-13 | MJW | 0029 | Analyze Canadian issues for submissions to Canadian court for allocation procedures motion and review of documents including IFSA. | 1.3 |
| 24-Feb-13 | RCJ | 0029 | Email correspondence with FMC team regarding analysis of allocation litigation issues. | 1.1 |
| 24-Feb-13 | TMB | 0031 | Analysing Canadian litigation issues and preparing report for UCC advisors. | 1.0 |
| 25-Feb-13 | RSK | 0031 | Review draft NNI/UCC factum regarding Chartis. | 0.3 |
| 25-Feb-13 | RSK | 0031 | Review email correspondence from M. Wunder and T. Banks regarding Canadian court orders and litigation. | 0.2 |
| 25-Feb-13 | RSK | 0031 | Review of Canadian court endorsement regarding Travellers settlement and email correspondence regarding informal protocol for unopposed matters. | 0.4 |
| 25-Feb-13 | RSK | 0031 | Review of draft NNI/UCC Supplemental Submission in support of NNI allocation protocol. | 0.7 |
| 25-Feb-13 | MJW | 0008 | Attend to Canadian court hearing for Travelers settlement agreement approval. | 1.9 |
| 25-Feb-13 | MJW | 0031 | Report to UCC advisors regarding Canadian court hearing and email exchange regarding same. | 0.3 |
| 25-Feb-13 | MJW | 0031 | Confer with T. Banks regarding Canadian case issues, due diligence regarding Canadian law issues, and report to UCC advisors regarding allocation procedures motion and Canadian order issues. | 1.2 |
| 25-Feb-13 | MJW | 0031 | Calls and emails with NNI's Canadian counsel regarding Chartis appeal request motion and joint NNI/UCC factum, and review revised draft factum. | 0.7 |
| 25-Feb-13 | MJW | 0031 | Correspondence with Canadian counsel regarding litigation schedule for environmental appeal and review schedule and update to FMC team. | 0.3 |
| 25-Feb-13 | MJW | 0031 | Call with Akin Gump to discuss Canadian case action items. | 0.1 |
| 25-Feb-13 | MJW | 0031 | Review revised draft Nortel Canada factum for Chartis appeal request. | 0.3 |
| 25-Feb-13 | RCJ | 0029 | Detailed review of case authority for allocation issues. | 1.3 |
| 25-Feb-13 | TMB | 0031 | Reviewing and responding to questions regarding Canadian court orders relating to allocation litigation. | 0.6 |
| 26-Feb-13 | RSK | 0031 | Review of responding facta of former D&O, Nortel Canada and the Monitor regarding Chartis leave application. | 0.9 |
| 26-Feb-13 | RSK | 0031 | Review of email from MOE regarding scheduling on environmental appeal. | 0.1 |
| 26-Feb-13 | RSK | 0031 | Further review of draft NNI/UCC supplemental submission and drafted additional provisions. | 1.8 |
| 26-Feb-13 | MJW | 0031 | Review revised draft NNI/UCC factum and motion record for Chartis Canadian appeal request and email correspondence | 0.6 |

DENTONS CANADA LLP                                                        INVOICE 2984340
The Official Committee of Unsecured Creditors                              Page 13 of 18
Re: Nortel Networks Inc., et al.                                   Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|----|----|
|  |  |  | with NNI's Canadian counsel regarding same. |  |
| 26-Feb-13 | MJW | 0031 | Review Nortel Canada factum and motion record for Chartis Canadian appeal request. | 0.4 |
| 26-Feb-13 | MJW | 0031 | Review Nortel Canada former officers and directors' factum and Nortel Canada's factum for Chartis Canadian appeal request. | 0.3 |
| 26-Feb-13 | MJW | 0031 | Review draft NNI/UCC draft court submission for joint hearing regarding allocation procedures, and consider Canadian issues for submission. | 1.6 |
| 26-Feb-13 | RCJ | 0029 | Further review of draft U.S. debtor/UCC allocation submission. | 1.2 |
| 26-Feb-13 | RCJ | 0029 | Email correspondence with FMC team regarding allocation issues and Canadian case issues. | 0.6 |
| 26-Feb-13 | NEL | 0029 | Review and comment on US debtor/committee brief for joint hearing for allocation. | 0.7 |
| 26-Feb-13 | CPG | 0019 | Review and analysis of Canadian pension issues including Nortel Canada pension deficiency claims. | 2.4 |
| 27-Feb-13 | RSK | 0031 | Review of revised draft of supplemental allocation submission to prepare for joint hearing. | 0.8 |
| 27-Feb-13 | RSK | 0029 | Review of background materials regarding allocation expert. | 0.5 |
| 27-Feb-13 | RSK | 0007 | Participated in UCC professionals call regarding draft allocation hearing submission and related issues. | 0.6 |
| 27-Feb-13 | RSK | 0029 | Review of email correspondence with NNI's Canadian counsel regarding joint Supplemental Allocation Submission. | 0.2 |
| 27-Feb-13 | MJW | 0007 | Attend on UCC advisor call to prepare for Committee meeting. | 0.6 |
| 27-Feb-13 | MJW | 0031 | Conference with FMC team regarding UCC filing with Canadian court for allocation procedures joint hearing. | 0.5 |
| 27-Feb-13 | MJW | 0029 | Review revised draft U.S. joint NNI/UCC court submission for allocation procedures joint hearing. | 0.8 |
| 27-Feb-13 | RCJ | 0029 | Continued review and comments on draft NNI/UCC allocation submission. | 1.6 |
| 27-Feb-13 | RCJ | 0029 | Review materials regarding experts for allocation litigation. | 0.3 |
| 27-Feb-13 | RCJ | 0029 | Participated in conference call with UCC professionals regarding allocation submission and related issues. | 0.6 |
| 27-Feb-13 | RCJ | 0029 | Research regarding allocation issues for joint hearing and related Canadian case issues. | 1.4 |
| 27-Feb-13 | NEL | 0029 | Review revised draft allocation brief for joint hearing. | 0.5 |
| 28-Feb-13 | RSK | 0031 | Exchange of email correspondence and telephone attendance with M. Wunder regarding proposed revisions to supplemental allocation submission. | 0.3 |
| 28-Feb-13 | RSK | 0031 | Review proposed revisions to supplemental allocation submission and exchange of email correspondence with FMC and Akin Gump regarding same. | 0.7 |

DENTONS CANADA LLP                                         INVOICE 2984340
The Official Committee of Unsecured Creditors                    Page 14 of 18
Re: Nortel Networks Inc., et al.                         Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 28-Feb-13 | RSK | 0007 | Participated in Committee call. | 0.8 |
| 28-Feb-13 | MJW | 0031 | Review revised draft court submissions for allocation procedures motion, report to Akin Gump, and email correspondence with Akin Gump and FMC teams regarding same. | 2.2 |
| 28-Feb-13 | MJW | 0031 | Email correspondence with NNI's Canadian counsel regarding joint NNI/UCC submissions for allocation procedures motion. | 0.2 |
| 28-Feb-13 | MJW | 0007 | Attend on Committee call. | 0.8 |
| 28-Feb-13 | RCJ | 0029 | Review and analyze supplemental allocation submission draft. | 0.8 |
| 28-Feb-13 | RCJ | 0029 | Email correspondence with FMC and Akin Gump teams regarding Canadian allocation submission. | 0.5 |
| | | | **Total** | **208.5** |

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|--------------|
| Blake Moran | Associate | Financial Restructuring | Ontario - 2012 | 0.5 | $345.00 | $172.50 |
| Colin Galinski | Associate | Pensions/Benefits | British Columbia - 2010 | 11.1 | $400.00 | $4,440.00 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 0.8 | $375.00 | $300.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 0.3 | $630.00 | $189.00 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 2.3 | $525.00 | $1,207.50 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 5.4 | $825.00 | $4,455.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 78.7 | $795.00 | $62,566.50 |
| Natalie Levine | Consultant | Financial Restructuring | | 9.6 | $525.00 | $5,040.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 0.3 | $875.00 | $262.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 52.4 | $750.00 | $39,300.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 43.9 | $900.00 | $39,510.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 3.2 | $700.00 | $2,240.00 |
| TOTAL | | | | 208.5 | CDN. | $159,683.00 |

DENTONS CANADA LLP                                          INVOICE 2984340
The Official Committee of Unsecured Creditors                Page 15 of 18
Re: Nortel Networks Inc., et al.                        Matter # 538462-000001

**TOTAL PROFESSIONAL FEES**                          $   159,683.00

**NON-TAXABLE DISBURSEMENTS**
   Binding Books / Documents              $        9.60
   Conference Call charges                          5.72
   Long Distance Telephone Calls                    9.66
   Meals & Beverages                               30.00
   Photocopy & Printing Charges                   528.00
   Transportation Costs                           416.93
**TOTAL NON-TAXABLE DISBURSEMENTS**              $      999.91

**TOTAL DISBURSEMENTS**                                      999.91

**TOTAL AMOUNT DUE**                              $  160,682.91  CDN.

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984340
Page 16 of 18
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0003 | Dentons Fee Application/Monthly Billing Reports | 6.5 | 5,167.50 |
| 0007 | Creditors Committee Meetings | 11.2 | 8,767.50 |
| 0008 | Court Hearings | 2.1 | 1,660.50 |
| 0012 | General Claims Analysis/Claims Objections | 10.3 | 7,725.00 |
| 0019 | Labor Issues/Employee Benefits | 23.2 | 13,633.50 |
| 0023 | Telecommunications/Regulatory | 0.3 | 262.50 |
| 0029 | Intercompany Analysis | 79.7 | 60,025.50 |
| 0031 | Canadian Proceedings/Matters | 70.6 | 58,532.00 |
| 0032 | U.S. Proceedings/Matters | 4.6 | 3,909.00 |
|      | **Total** | **208.5** | **$159,683.00** |

DENTONS CANADA LLP                                          INVOICE 2984340
The Official Committee of Unsecured Creditors                 Page 17 of 18
Re: Nortel Networks Inc., et al.                      Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 30-Jan-13 | Telephone;12028874256;WashingtDC; 4715 | 1.00 | 8.10 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/MJW )-taxi from mediation to Toronto airport for D Botter Jan 18-13 #183588358 (Mediation meetings) | 1.00 | 61.25 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M.Wunder Jan 7/13 | 1.00 | 24.54 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M Wunder Jan 16/13 #183588357 (Mediation meetings) | 1.00 | 21.50 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M Wunder Jan 17/13 #183588356 (Mediation meetings) | 1.00 | 25.72 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M Wunder jan 15/13 #183588355 (Mediation meetings) | 1.00 | 21.74 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M Wunder Jan 14/13 #183588354 (Mediation meetings) | 1.00 | 22.44 |
| 04-Feb-13 | Tabs / Cerlox | 1.00 | 9.60 |
| 04-Feb-13 | Laser Copy;NELSON M | 95.00 | 9.50 |
| 04-Feb-13 | Laser Copy;DamaniA | 394.00 | 39.40 |
| 05-Feb-13 | Laser Copy;NELSON M | 13.00 | 1.30 |
| 06-Feb-13 | Laser Copy;NELSON M | 88.00 | 8.80 |
| 06-Feb-13 | Laser Copy;jacobsr | 11.00 | 1.10 |
| 07-Feb-13 | Laser Copy;KUKULOWI | 12.00 | 1.20 |
| 08-Feb-13 | Laser Copy;GRIEF J | 8.00 | 0.80 |
| 08-Feb-13 | Laser Copy;NELSON M | 43.00 | 4.30 |
| 10-Feb-13 | Laser Copy;jacobsr | 144.00 | 14.40 |
| 11-Feb-13 | Laser Copy;KUKULOWI | 9.00 | 0.90 |
| 11-Feb-13 | Laser Copy;DamaniA | 104.00 | 10.40 |
| 11-Feb-13 | Laser Copy;NELSON M | 268.00 | 26.80 |
| 12-Feb-13 | Laser Copy;KUKULOWI | 36.00 | 3.60 |
| 12-Feb-13 | Laser Copy;NELSON M | 320.00 | 32.00 |
| 13-Feb-13 | Laser Copy;DamaniA | 22.00 | 2.20 |
| 13-Feb-13 | Laser Copy;NELSON M | 160.00 | 16.00 |
| 14-Feb-13 | Taxi for S. Kukulowicz from Toronto Airport to residence on January 11, 2013 after meeting in New York.; 2013-1-11 | 1.00 | 78.01 |
| 14-Feb-13 | Laser Copy;NELSON M | 35.00 | 3.50 |
| 14-Feb-13 | Laser Copy;DamaniA | 803.00 | 80.30 |
| 14-Feb-13 | Laser Copy;KUKULOWI | 35.00 | 3.50 |
| 14-Feb-13 | Taxi for Shayne Kukulowicz from NYC to NYC Airport on January 11, 2013 after Nortel meeting; 2013-1-11 | 1.00 | 37.30 |
| 14-Feb-13 | Taxi from S. Kukulowicz to Toronto Airport on January 10, 2013 to attend meeting in New York; 2013-1-10 | 1.00 | 66.00 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2984340  
Page 18 of 18  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 15-Feb-13 | Laser Copy;WUNDER M | 11.00 | 1.10 |
| 15-Feb-13 | Meals and Beverages - Maxim /Lunch for working session R Jacobs/S. Kukulowicz-Feb1 /13/Inv. 210824 | 1.00 | 30.00 |
| 15-Feb-13 | Laser Copy;BOWLES-D | 176.00 | 17.60 |
| 15-Feb-13 | Laser Copy;NELSON M | 202.00 | 20.20 |
| 15-Feb-13 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 15-Feb-13 | Telephone;12028874256;WashingtDC; 4715 | 1.00 | 0.54 |
| 19-Feb-13 | Laser Copy;NELSON M | 30.00 | 3.00 |
| 19-Feb-13 | Laser Copy;WUNDER M | 62.00 | 6.20 |
| 20-Feb-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 20-Feb-13 | Laser Copy;NELSON M | 151.00 | 15.10 |
| 20-Feb-13 | Laser Copy Charges;Freibergova Simona | 24.00 | 2.40 |
| 21-Feb-13 | Laser Copy;NELSON M | 123.00 | 12.30 |
| 21-Feb-13 | Laser Copy;Christopher Blake Mo | 6.00 | 0.60 |
| 21-Feb-13 | Laser Copy;WUNDER M | 60.00 | 6.00 |
| 22-Feb-13 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 1.02 |
| 22-Feb-13 | Laser Copy;NELSON M | 279.00 | 27.90 |
| 22-Feb-13 | Laser Copy;Christopher Blake Mo | 29.00 | 2.90 |
| 22-Feb-13 | Laser Copy;WUNDER M | 38.00 | 3.80 |
| 22-Feb-13 | Laser Copy Charges;Freibergova Simona | 122.00 | 12.20 |
| 22-Feb-13 | Laser Copy Charges;Freibergova Simona | 160.00 | 16.00 |
| 22-Feb-13 | Laser Copy Charges;Galinski Colin | 8.00 | 0.80 |
| 22-Feb-13 | Laser Copy Charges;Galinski Colin | 6.00 | 0.60 |
| 25-Feb-13 | Laser Copy;NELSON M | 99.00 | 9.90 |
| 26-Feb-13 | Laser Copy;KUKULOWI | 16.00 | 1.60 |
| 26-Feb-13 | Laser Copy;NELSON M | 411.00 | 41.10 |
| 26-Feb-13 | Laser Copy;WUNDER M | 3.00 | 0.30 |
| 27-Feb-13 | Laser Copy;KUKULOWI | 22.00 | 2.20 |
| 27-Feb-13 | Laser Copy;NELSON M | 22.00 | 2.20 |
| 27-Feb-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 28-Feb-13 | Laser Copy;WUNDER M | 13.00 | 1.30 |
| 28-Feb-13 | Conference Call Charges | 1.00 | 5.72 |
| 28-Feb-13 | Laser Copy;NELSON M | 599.00 | 59.90 |
| 28-Feb-13 | M Wunder x 2  Feb 25/13/Inv.1721-050/Beck Taxi (taxi to and from Canadian court hearing in Toronto) | 1.00 | 13.56 |
| 28-Feb-13 | M Wunder Feb 1/13 (document delivery)/Inv.1721-050/Beck Taxi | 1.00 | 23.37 |
| 28-Feb-13 | R Jacobs on Jan 17/13/Inv.1721-050/Beck Taxi | 1.00 | 21.50 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$999.91** |