**EXHIBIT C**

## DISBURSEMENT SUMMARY
## FEBRUARY 1 TO FEBRARY 28, 2013
### (All Amounts in Canadian Dollars)

| | |
|---|---|
| Non-Taxable Disbursements | |
| Binding Books/Documents | $ 9.60 |
| Conference Call charges | $ 5.72 |
| Long Distance Telephone Calls | $ 9.66 |
| Meals & Beverages | $ 30.00 |
| Photocopy & Printing Charges | $ 528.00 |
| Transportation Costs | $ 416.93 |
| Total Non-Taxable Disbursements | $ 999.91 CDN. |

12269174_1|TORDOCS