# EXHIBIT D

| | | | |
|---|---|---|---|
| DENTONS CANADA LLP | | INVOICE 2984340 | |
| The Official Committee of Unsecured Creditors | | Page 17 of 18 | |
| Re: Nortel Networks Inc., et al. | | Matter # 538462-000001 | |

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 30-Jan-13 | Telephone;12028874256;WashingtDC; 4715 | 1.00 | 8.10 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/MJW )-taxi from mediation to Toronto airport for D Botter Jan 18-13 #183588358 (Mediation meetings) | 1.00 | 61.25 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M.Wunder Jan 7/13 | 1.00 | 24.54 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M Wunder Jan 16/13 #183588357 (Mediation meetings) | 1.00 | 21.50 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M Wunder Jan 17/13 #183588356 (Mediation meetings) | 1.00 | 25.72 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M Wunder jan 15/13 #183588355 (Mediation meetings) | 1.00 | 21.74 |
| 31-Jan-13 | Beck Taxi/Inv 1721-049/M Wunder Jan 14/13 #183588354 (Mediation meetings) | 1.00 | 22.44 |
| 04-Feb-13 | Tabs / Cerlox | 1.00 | 9.60 |
| 04-Feb-13 | Laser Copy;NELSON M | 95.00 | 9.50 |
| 04-Feb-13 | Laser Copy;DamaniA | 394.00 | 39.40 |
| 05-Feb-13 | Laser Copy;NELSON M | 13.00 | 1.30 |
| 06-Feb-13 | Laser Copy;NELSON M | 88.00 | 8.80 |
| 06-Feb-13 | Laser Copy;jacobsr | 11.00 | 1.10 |
| 07-Feb-13 | Laser Copy;KUKULOWI | 12.00 | 1.20 |
| 08-Feb-13 | Laser Copy;GRIEF J | 8.00 | 0.80 |
| 08-Feb-13 | Laser Copy;NELSON M | 43.00 | 4.30 |
| 10-Feb-13 | Laser Copy;jacobsr | 144.00 | 14.40 |
| 11-Feb-13 | Laser Copy;KUKULOWI | 9.00 | 0.90 |
| 11-Feb-13 | Laser Copy;DamaniA | 104.00 | 10.40 |
| 11-Feb-13 | Laser Copy;NELSON M | 268.00 | 26.80 |
| 12-Feb-13 | Laser Copy;KUKULOWI | 36.00 | 3.60 |
| 12-Feb-13 | Laser Copy;NELSON M | 320.00 | 32.00 |
| 13-Feb-13 | Laser Copy;DamaniA | 22.00 | 2.20 |
| 13-Feb-13 | Laser Copy;NELSON M | 160.00 | 16.00 |
| 14-Feb-13 | Taxi for S. Kukulowicz from Toronto Airport to residence on January 11, 2013 after meeting in New York.; 2013-1-11 | 1.00 | 78.01 |
| 14-Feb-13 | Laser Copy;NELSON M | 35.00 | 3.50 |
| 14-Feb-13 | Laser Copy;DamaniA | 803.00 | 80.30 |
| 14-Feb-13 | Laser Copy;KUKULOWI | 35.00 | 3.50 |
| 14-Feb-13 | Taxi for Shayne Kukulowicz from NYC to NYC Airport on January 11, 2013 after Nortel meeting; 2013-1-11 | 1.00 | 37.30 |
| 14-Feb-13 | Taxi from S. Kukulowicz to Toronto Airport on January 10, 2013 to attend meeting in New York; 2013-1-10 | 1.00 | 66.00 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2984340  
Page 18 of 18  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 15-Feb-13 | Laser Copy;WUNDER M | 11.00 | 1.10 |
| 15-Feb-13 | Meals and Beverages - Maxim /Lunch for working session R Jacobs/S. Kukulowicz-Feb1 /13/Inv. 210824 | 1.00 | 30.00 |
| 15-Feb-13 | Laser Copy;BOWLES-D | 176.00 | 17.60 |
| 15-Feb-13 | Laser Copy;NELSON M | 202.00 | 20.20 |
| 15-Feb-13 | Laser Copy;KUKULOWI | 1.00 | 0.10 |
| 15-Feb-13 | Telephone;12028874256;WashingtDC; 4715 | 1.00 | 0.54 |
| 19-Feb-13 | Laser Copy;NELSON M | 30.00 | 3.00 |
| 19-Feb-13 | Laser Copy;WUNDER M | 62.00 | 6.20 |
| 20-Feb-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 20-Feb-13 | Laser Copy;NELSON M | 151.00 | 15.10 |
| 20-Feb-13 | Laser Copy Charges;Freibergova Simona | 24.00 | 2.40 |
| 21-Feb-13 | Laser Copy;NELSON M | 123.00 | 12.30 |
| 21-Feb-13 | Laser Copy;Christopher Blake Mo | 6.00 | 0.60 |
| 21-Feb-13 | Laser Copy;WUNDER M | 60.00 | 6.00 |
| 22-Feb-13 | Telephone;13026517699;WilmingtDE; 4715 | 1.00 | 1.02 |
| 22-Feb-13 | Laser Copy;NELSON M | 279.00 | 27.90 |
| 22-Feb-13 | Laser Copy;Christopher Blake Mo | 29.00 | 2.90 |
| 22-Feb-13 | Laser Copy;WUNDER M | 38.00 | 3.80 |
| 22-Feb-13 | Laser Copy Charges;Freibergova Simona | 122.00 | 12.20 |
| 22-Feb-13 | Laser Copy Charges;Freibergova Simona | 160.00 | 16.00 |
| 22-Feb-13 | Laser Copy Charges;Galinski Colin | 8.00 | 0.80 |
| 22-Feb-13 | Laser Copy Charges;Galinski Colin | 6.00 | 0.60 |
| 25-Feb-13 | Laser Copy;NELSON M | 99.00 | 9.90 |
| 26-Feb-13 | Laser Copy;KUKULOWI | 16.00 | 1.60 |
| 26-Feb-13 | Laser Copy;NELSON M | 411.00 | 41.10 |
| 26-Feb-13 | Laser Copy;WUNDER M | 3.00 | 0.30 |
| 27-Feb-13 | Laser Copy;KUKULOWI | 22.00 | 2.20 |
| 27-Feb-13 | Laser Copy;NELSON M | 22.00 | 2.20 |
| 27-Feb-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 28-Feb-13 | Laser Copy;WUNDER M | 13.00 | 1.30 |
| 28-Feb-13 | Conference Call Charges | 1.00 | 5.72 |
| 28-Feb-13 | Laser Copy;NELSON M | 599.00 | 59.90 |
| 28-Feb-13 | M Wunder x 2  Feb 25/13/Inv.1721-050/Beck Taxi (taxi to and from Canadian court hearing in Toronto) | 1.00 | 13.56 |
| 28-Feb-13 | M Wunder Feb 1/13 (document delivery)/Inv.1721-050/Beck Taxi | 1.00 | 23.37 |
| 28-Feb-13 | R Jacobs on Jan 17/13/Inv.1721-050/Beck Taxi | 1.00 | 21.50 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$999.91** |