# EXHIBIT E

**SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD FEBRUARY 1, 2013 THROUGH FEBRUARY 28, 2013 (All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Blake Moran | Associate | Financial Restructuring | Ontario - 2012 | 0.5 | $345.00 | $172.50 |
| Colin Galinski | Associate | Pensions/Benefits | British Columbia - 2010 | 11.1 | $400.00 | $4,440.00 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 0.8 | $375.00 | $300.00 |
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 0.3 | $630.00 | $189.00 |
| Mark Dunsmuir | Associate | Pensions/Benefits | Ontario - 2006 | 2.3 | $525.00 | $1,207.50 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 5.4 | $825.00 | $4,455.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 78.7 | $795.00 | $62,566.50 |
| Natalie Levine | Consultant | Financial Restructuring | | 9.6 | $525.00 | $5,040.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 0.3 | $875.00 | $262.50 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 52.4 | $750.00 | $39,300.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 43.9 | $900.00 | $39,510.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 3.2 | $700.00 | $2,240.00 |
| | | | | | | |
| TOTAL | | | | 208.5 | CDN. | $159,683.00 |

**Note**: Fraser Milner Casgrain LLP provides information regarding a change in its hourly billing rates effective February 1, 2013 as more particularly set out on the immediately following page.

**SUMMARY OF LAWYERS AND PARALEGALS HOURLY RATES**
**REFLECTING CHANGES EFFECTIVE FEBRUARY 1, 2013**
**(All Amounts in Canadian Dollars)**

| Name | Title | Department | Province of Bar Admission/Year | Hourly Billing Rate Before February 1, 2013 | Hourly Billing Rate After February 1, 2013 |
|---|---|---|---|---|---|
| Jacobs, R. C. | Partner | Financial Restructuring | Ontario - 2011 | $725 | $750 |
| Wunder, M.J. | Partner | Financial Restructuring | Ontario - 1990 | $785 | $795 |
| Picard, M.M. | Partner | Pensions/Benefits | Ontario - 1985 | $800 | $825 |
| Dunsmuir, M.J. | Associate | Pensions/Benefits | Ontario - 2006 | $490 | $525 |
| Banks, T.M. | Partner | Employment/Pension/ Research | Ontario - 2002 | $675 | $700 |
| Pushalik, A.G. | Associate | Employment/Labour | Ontario - 2009 | $430 | $470 |
| North, A.R. | Associate | Financial Restructuring | Ontario - 2009 | $400 | $440 |
| Kukulowicz, R.S. | Partner | Financial Restructuring | Ontario - 1990 | $875 | $900 |
| Matheson, R.J. | Partner | Corporate/M&A/Finance/Real Estate | Ontario - 1980 | $825 | $850 |
| Kaplan, M.N. | Partner | Corporate/M&A/Finance | Ontario - 1982 | $725 | $750 |
| LeGault, N.A. | Partner | Employment/Labour | Ontario - 1982 | $800 | $825 |
| Beairsto, M.G. | Partner | Information Technology/ Intellectual Property | Ontario - 1989 | $650 | $675 |
| Shay, R.H. | Partner | Corporate | Ontario - 1979 | $850 | $875 |
| Walker, R.W. | Partner | Financial Restructuring | Ontario - 1976 | $825 | $850 |
| Beer, A. | Associate | Financial Restructuring | Ontario - 2010 | $360 | $360 |
| Villeneuve, C.A. | Paralegal | | | $210 | $220 |
| Nurmohamed, Z. | Partner | Taxation | Ontario - 2001 | $680 | $715 |
| Dietrich, J.O. | Partner | Financial Restructuring | Ontario - 2004 | $580 | $630 |
| Bass, N.E. | Partner | Taxation | Ontario - 1990 | $825 | $850 |
| Moran, Blake | Associate | Financial Restructuring | Ontario - 2012 | $330 | $345 |
| Levine, Natalie | Consultant | Financial Restructuring | | $500 | $525 |
| Punjani, Rahim | Associate | Employment/Pension/ Research | Ontario - 2008 | $400 | $440 |
| McDougall, John Lorn | Consultant | Litigation | Ontario - 1968 | $950 | $975 |
| Brodlieb, Jesse | Associate | Taxation | Ontario - 2008 | $430 | $470 |
| Colvin, I. | Researcher | | | $150 | $210 |
| | Articling Student | | | $220 | $230 |

**<u>Note</u>: Lawyers who did not bill any time for the period February 1, 2012 to January 31, 2013 are not listed on this chart.**