IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date: June 25, 2013 at 10:00 a.m. (ET)** |

## NOTICE OF SEVENTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:          Akin Gump Strauss Hauer & Feld LLP

Authorized to Provide
Professional Services to:         Official Committee of Unsecured Creditors

Date of Retention:          March 5, 2009, *Nunc Pro Tunc* to January 22, 2009

Period for which compensation
and reimbursement is sought:       February 1, 2013 through April 30, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:      $1,643,785.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     $247,578.67

This is (a)n: __X__ interim     ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's February, March and April 2013 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 4/8/13 Docket No. 10013 | 2/1/13 – 2/28/13 | $393,022.50 | $33,952.44 | $314,418.00 | $33,952.44 | $78,604.50 |
| Date Filed: 5/14/13 Docket No. 10518 | 3/1/13 – 3/31/13 | $512,510.00 | $72,799.10 | Pending Obj deadline $410,008.00 | Pending Obj deadline $72,799.10 | $102,502.00 |
| Date Filed: 5/28/13 Docket No. 10673 | 4/1/13 – 4/30/13 | $738,253.00 | $140,827.13 | Pending Obj deadline $590,602.40 | Pending Obj deadline $140,827.13 | $147,650.60 |
| TOTALS: | | $1,643,785.50 | $247,578.67 | $1,315,028.40[3] | $247,578.67[4] | $328,757.10 |

Summary of any Objections to Fee Applications: None.

Dated: May 29, 2013
New York, New York

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

2