Exhibit B

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **23 May 2013**          Our Ref: **GDB/CCN01.00001**                    Invoice No.: **348890**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 63,929.00 |
| For the period to 30 April 2013, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 403.40 |
| **Disbursements:** (NT) | | | |
| Travel Expenses | 0.00 | 0.00 | -334.04 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 162.93 |
| | 0.00 | | 64,161.29 |
| | | VAT | 0.00 |
| | | Total | 64,161.29 |
| | | **Balance Due** | **64,161.29** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 348890 when settling this invoice
**Payment Terms:** 21 days

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors
Regulation Authority of England and Wales under number 468663. A list of members of Ashurst LLP and the non-members who are designated as partners and their
professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term
'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst
LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/04/2013

| | | Time (Hours) | Amount (£) | |
|---|---|---|---|---|
| Partner: | Giles Boothman | 1.10 | 770.00 | (C0012) |
| | | **1.10** | **770.00** | |
| Partner: | Steven Hull | 0.70 | 472.50 | (C0012) |
| | | **0.70** | **472.50** | |
| Partner: | Marcus Fink | 8.20 | 5,330.00 | (C0012) |
| | | **8.20** | **5,330.00** | |
| Partner: | Angela Pearson | 20.00 | 13,500.00 | (C0012) |
| | | 2.40 | 1,620.00 | (C0031) |
| | | **22.40** | **15,120.00** | |
| Senior Associate | Antonia Croke | 1.20 | 552.00 | (C0007) |
| | | 28.40 | 13,064.00 | (C0012) |
| | | 4.80 | 2,208.00 | (C0031) |
| | | **34.40** | **15,824.00** | |
| Associate | Andy Wright | 28.20 | 11,139.00 | (C0012) |
| | | **28.20** | **11,139.00** | |
| Junior Associate | Lindsey Roberts | 4.20 | 1,323.00 | (C0003) |
| | | 10.80 | 3,402.00 | (C0012) |
| | | 0.50 | 157.50 | (C0031) |
| | | **15.50** | **4,882.50** | |
| Junior Associate | Sophie Law | 2.80 | 812.00 | (C0007) |
| | | 11.90 | 3,451.00 | (C0012) |
| | | 1.10 | 319.00 | (C0031) |
| | | **15.80** | **4,582.00** | |
| Trainee | Louise Chan | 1.90 | 351.50 | (C0003) |
| | | 1.90 | 351.50 | (C0012) |
| | | **3.80** | **703.00** | |
| Trainee | Harriet Gray | 0.50 | 92.50 | (C0007) |
| | | 12.50 | 2,312.50 | (C0012) |
| | | **13.00** | **2,405.00** | |
| Trainee | John Stephens | 2.20 | 407.00 | (C0012) |
| | | **2.20** | **407.00** | |
| Trainee | Madison Bird | 2.70 | 499.50 | (C0012) |
| | | **2.70** | **499.50** | |

| | | | | |
|---|---|---|---|---|
| Trainee | Rosemary Nelson | 9.70 | 1,794.50 | (C0012) |
| | | **9.70** | **1,794.50** | |
| | **TOTAL** | **157.70** | **63,929.00** | |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/04/2013

## Matter: CCN01.00001 - BANKRUPTCY

### C0003        Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 4.20 | 315.00 | 1,323.00 |
| **Trainee** |  |  |  |  |
| LCHAN | Louise Chan | 1.90 | 185.00 | 351.50 |
|  |  |  | Total | **1,674.50** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/2013 | Lindsey Roberts | DRFT | Amendments to draft interim application | 0.10 | 315.00 | 31.50 |
| 08/04/2013 | Lindsey Roberts | INTD | Emails to/from S Gibson re: fee/expenses estimates; email to B Kahn re: the same | 0.30 | 315.00 | 94.50 |
| 22/04/2013 | Louise Chan | INTD | Discussion with LROBER re fee applications | 0.20 | 185.00 | 37.00 |
| 22/04/2013 | Lindsey Roberts | INTD | Discussion with LCHAN re: Nortel fee application | 0.20 | 315.00 | 63.00 |
| 22/04/2013 | Lindsey Roberts | LETT | Email to S Gibson re: monthly invoice | 0.10 | 315.00 | 31.50 |
| 22/04/2013 | Lindsey Roberts | DRFT | Amendments to monthly invoice | 0.90 | 315.00 | 283.50 |
| 23/04/2013 | Louise Chan | INTD | Discussions re. fee application | 0.10 | 185.00 | 18.50 |
| 23/04/2013 | Lindsey Roberts | DRFT | Drafting monthly fee application; discussion with LCHAN re: the same | 1.20 | 315.00 | 378.00 |
| 24/04/2013 | Louise Chan | DRFT | Drafting monthly fee application | 0.80 | 185.00 | 148.00 |
| 24/04/2013 | Louise Chan | INTD | Discussion re fee application | 0.60 | 185.00 | 111.00 |
| 24/04/2013 | Lindsey Roberts | INTD | Discussion with LCHAN re: monthly fee application | 0.60 | 315.00 | 189.00 |
| 25/04/2013 | Louise Chan | DRFT | Amending fee application | 0.20 | 185.00 | 37.00 |
| 25/04/2013 | Lindsey Roberts | READ | Review of monthly fee application and mark-up; email to B Kahn re: the same | 0.80 | 315.00 | 252.00 |
|  |  |  |  |  |  | **1,674.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0007**      **Creditors Committee Meetings**

| | | Time (Decimal) | Std Rate (GBP / hour) | Amount |
|---|---|---|---|---|
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 1.20 | 460.00 | 552.00 |
| **Junior Associate** | | | | |
| SLAW | Sophie Law | 2.80 | 290.00 | 812.00 |
| **Trainee** | | | | |
| HGRAY | Harriet Gray | 0.50 | 185.00 | 92.50 |
| | | | Total | **1,456.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/04/2013 | Sophie Law | ATTD | Committee call | 0.50 | 290.00 | 145.00 |
| 11/04/2013 | Antonia Croke | PHON | UCC call | 0.70 | 460.00 | 322.00 |
| 11/04/2013 | Sophie Law | ATTD | Read docs in prep for committee call; committee call | 1.30 | 290.00 | 377.00 |
| 18/04/2013 | Antonia Croke | PHON | UCC call | 0.50 | 460.00 | 230.00 |
| 18/04/2013 | Harriet Gray | PHON | UCC weekly conference call | 0.50 | 185.00 | 92.50 |
| 25/04/2013 | Sophie Law | ATTD | Nortel committee call | 1.00 | 290.00 | 290.00 |
| | | | | | | **1,456.50** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>        <u>**General Claims Analysis/Claims Objections**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 20.00 | 675.00 | 13,500.00 |
| GDB | Giles Boothman | 1.10 | 700.00 | 770.00 |
| MDF | Marcus Fink | 8.20 | 650.00 | 5,330.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 28.40 | 460.00 | 13,064.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 28.20 | 395.00 | 11,139.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 10.80 | 315.00 | 3,402.00 |
| SLAW | Sophie Law | 11.90 | 290.00 | 3,451.00 |
| **Trainee** | | | | |
| HGRAY | Harriet Gray | 12.50 | 185.00 | 2,312.50 |
| JSTEPH | John Stephens | 2.20 | 185.00 | 407.00 |
| LCHAN | Louise Chan | 1.90 | 185.00 | 351.50 |
| MBIRD | Madison Bird | 2.70 | 185.00 | 499.50 |
| RNELSO | Rosemary Nelson | 9.70 | 185.00 | 1,794.50 |
| | | | Total | **56,021.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>        <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/2013 | Andy Wright | LETT | Reviewing warning notice exhibits; updating commentary table | 1.40 | 395.00 | 553.00 |
| 02/04/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 02/04/2013 | Lindsey Roberts | READ | Emails re: Allocation Judgment | 0.20 | 315.00 | 63.00 |
| 03/04/2013 | Andy Wright | LETT | Reviewing warning notice materials and updating commentary table | 4.00 | 395.00 | 1,580.00 |
| 03/04/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 03/04/2013 | Giles Boothman | READ | Read email re Gross judgement | 0.30 | 700.00 | 210.00 |
| 03/04/2013 | Lindsey Roberts | READ | Review of emails re: summary of Allocation Order and Opinion | 0.30 | 315.00 | 94.50 |
| 03/04/2013 | Lindsey Roberts | READ | Review of J Gross opinion and order (in full) | 0.70 | 315.00 | 220.50 |
| 04/04/2013 | Antonia Croke | LETT | Email LROBER | 0.10 | 460.00 | 46.00 |
| 04/04/2013 | Antonia Croke | LETT | Emails re trial dates and calls | 0.10 | 460.00 | 46.00 |
| 04/04/2013 | Antonia Croke | READ | Review Judge Gross' Allocation Opinion and Court Order Approving Allocation Protocol; and Justice Morawetz's endorsement in Canadian Court; and emails re same | 2.70 | 460.00 | 1,242.00 |
| 04/04/2013 | Andy Wright | LETT | Reviewing warning notice materials; updating commentary table | 3.20 | 395.00 | 1,264.00 |
| 04/04/2013 | Angela Pearson | INTD | Discussion with LROBER | 0.40 | 675.00 | 270.00 |
| 04/04/2013 | Lindsey Roberts | INTD | Email to SLAW | 0.30 | 315.00 | 94.50 |
| 04/04/2013 | Lindsey Roberts | ATTD | All parties call re: allocation protocol schedule | 2.80 | 315.00 | 882.00 |
| 04/04/2013 | Lindsey Roberts | INTD | Discussion with AMP following call | 0.40 | 315.00 | 126.00 |
| 04/04/2013 | Sophie Law | MISC | Review emails from Akin re calls today plus attached orders and litigation schedule; intds LROBER re same | 0.70 | 290.00 | 203.00 |
| 04/04/2013 | Sophie Law | ATTD | All parties call re litigation schedule and other matters | 3.00 | 290.00 | 870.00 |
| 08/04/2013 | Angela Pearson | INTD | Discussion with LROBER | 0.20 | 675.00 | 135.00 |
| 08/04/2013 | Angela Pearson | READ | Review emails | 0.20 | 675.00 | 135.00 |
| 08/04/2013 | Angela Pearson | LETT | Email to Akin | 0.30 | 675.00 | 202.50 |
| 08/04/2013 | Giles Boothman | READ | Emails | 0.20 | 700.00 | 140.00 |
| 08/04/2013 | Lindsey Roberts | INTD | Discussion with AMP | 0.20 | 315.00 | 63.00 |
| 09/04/2013 | Antonia Croke | LETT | Emails AMP | 0.10 | 460.00 | 46.00 |
| 09/04/2013 | Antonia Croke | INTD | Discussion with LROBER | 0.20 | 460.00 | 92.00 |
| 09/04/2013 | Andy Wright | LETT | Discussion with Lindsey Roberts re. next steps. Reviewing warning notice materials and updating commentary table. | 1.20 | 395.00 | 474.00 |
| 09/04/2013 | Angela Pearson | INTD | Discussion with GDB | 0.30 | 675.00 | 202.50 |
| 09/04/2013 | Angela Pearson | READ | Review emails | 0.20 | 675.00 | 135.00 |
| 09/04/2013 | Giles Boothman | INTD | Discussion with AMP | 0.30 | 700.00 | 210.00 |
| 09/04/2013 | Lindsey Roberts | INTD | Discussion with ACROKE re: Nortel | 0.20 | 315.00 | 63.00 |
| 09/04/2013 | Lindsey Roberts | PHON | Discussion with AWRIGHT | 0.20 | 315.00 | 63.00 |
| 10/04/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 11/04/2013 | Antonia Croke | LETT | Emails MFAGEN | 0.10 | 460.00 | 46.00 |
| 11/04/2013 | Antonia Croke | INTD | Emails with SLAW | 0.20 | 460.00 | 92.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

## C0012        General Claims Analysis/Claims Objections

| Date | Name | | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|------|------|---|-------------|----------------|---------------------|--------|
| 11/04/2013 | Antonia Croke | INTD | Emails AMP | 0.40 | 460.00 | 184.00 |
| 15/04/2013 | Antonia Croke | LETT | Emails Akin; then MF/AW re pensions claims | 0.50 | 460.00 | 230.00 |
| 15/04/2013 | Antonia Croke | LETT | Emails R Johnson | 0.40 | 460.00 | 184.00 |
| 15/04/2013 | Antonia Croke | LETT | Emails SLAW re: hearing | 0.20 | 460.00 | 92.00 |
| 15/04/2013 | Antonia Croke | PHON | Telephone conversation with R Johnson of Akin | 0.10 | 460.00 | 46.00 |
| 15/04/2013 | Antonia Croke | INTD | Emails AMP | 0.10 | 460.00 | 46.00 |
| 15/04/2013 | Antonia Croke | LETT | Emails Abid | 0.20 | 460.00 | 92.00 |
| 15/04/2013 | Antonia Croke | READ | Review articles re: Nortel UK hearing; draft email summary to Akin | 0.50 | 460.00 | 230.00 |
| 15/04/2013 | Antonia Croke | READ | Review certification of Counsel regarding Allocation protocol and email re: same | 0.80 | 460.00 | 368.00 |
| 15/04/2013 | Andy Wright | LETT | Considering email re. reasonableness query from Akin Gump | 0.20 | 395.00 | 79.00 |
| 15/04/2013 | Angela Pearson | LETT | Emails to/from re: meeting, etc. | 0.50 | 675.00 | 337.50 |
| 15/04/2013 | Angela Pearson | LETT | Emails re: pension claims | 0.50 | 675.00 | 337.50 |
| 16/04/2013 | Antonia Croke | READ | Review contacts. Email M Fagen | 0.20 | 460.00 | 92.00 |
| 16/04/2013 | Antonia Croke | INTD | Emails GDB | 0.20 | 460.00 | 92.00 |
| 16/04/2013 | Antonia Croke | INTD | Discussion AMP, MFINK, AWRIGH re: pensions | 0.50 | 460.00 | 230.00 |
| 16/04/2013 | Antonia Croke | READ | Consider emails and Court Order re: scheduling and discovery | 0.30 | 460.00 | 138.00 |
| 16/04/2013 | Antonia Croke | READ | Consider emails re: submissions on revised allocation protocols; review Monitor's proposed allocation protocol | 0.90 | 460.00 | 414.00 |
| 16/04/2013 | Antonia Croke | READ | Review email re: draft allocation brief | 0.10 | 460.00 | 46.00 |
| 16/04/2013 | Andy Wright | LETT | Discussions with ACROKE, AMP + MFINK and considering FSD reasonableness query | 0.70 | 395.00 | 276.50 |
| 16/04/2013 | Angela Pearson | INTD | Discussion with Pensions Team re: Advice for Akin | 0.50 | 675.00 | 337.50 |
| 16/04/2013 | Marcus Fink | LETT | Discuss research into TPR reasonableness with ACW and RNELSON and review research materials to consider structure of advising on issues relating to TPR's determination of reasonableness in the context of the FSDs against NNC and NNI. | 2.30 | 650.00 | 1,495.00 |
| 16/04/2013 | Rosemary Nelson | RSCH | Taking instructions, research re reasonableness test applied by regulator in issuing FSDs, producing research materials | 2.80 | 185.00 | 518.00 |
| 17/04/2013 | Antonia Croke | INTD | Emails SLAW re: hearing | 0.20 | 460.00 | 92.00 |
| 17/04/2013 | Andy Wright | LETT | Consideration of reasonableness query relating to FSDs. Reading commentary and industry comment; researching sources on application of reasonableness test; internal discussions | 2.50 | 395.00 | 987.50 |
| 17/04/2013 | Rosemary Nelson | RSCH | Reading case law re moral hazard powers | 0.50 | 185.00 | 92.50 |
| 17/04/2013 | Rosemary Nelson | INTD | Taking instructions from A Wright re Hansard research re moral hazard powers | 0.20 | 185.00 | 37.00 |
| 17/04/2013 | Sophie Law | LETT | Emails ACROKE re next steps, emails re pensions hearing | 0.20 | 290.00 | 58.00 |
| 17/04/2013 | Sophie Law | RSCH | Rsch re pensions hearing, email same to ACROKE | 0.30 | 290.00 | 87.00 |
| 17/04/2013 | Sophie Law | LETT | Email H Gray re Nortel intro briefing | 0.20 | 290.00 | 58.00 |
| 18/04/2013 | Antonia Croke | READ | Review EMEA debtors motion for leave to appeal and email re: same | 1.80 | 460.00 | 828.00 |
| 18/04/2013 | Antonia Croke | LETT | Email SLAW re: pensions | 0.10 | 460.00 | 46.00 |
| 18/04/2013 | Antonia Croke | INTD | Email MFINK/AWRIGHT; discussion with HGRAY re: same | 0.20 | 460.00 | 92.00 |
| 18/04/2013 | Antonia Croke | INTD | Emails re: bills | 0.10 | 460.00 | 46.00 |
| 18/04/2013 | Antonia Croke | INTD | Emails SLAW | 0.20 | 460.00 | 92.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**      **General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 18/04/2013 | Antonia Croke | READ | Consider Morowitz endorsement and email re: same | 0.20 | 460.00 | 92.00 |
| 18/04/2013 | Antonia Croke | READ | Review EMEA motion to appeal allocation protocol | 0.20 | 460.00 | 92.00 |
| 18/04/2013 | Antonia Croke | INTD | Telephone conversation with MFINK/AWRIGHT | 0.30 | 460.00 | 138.00 |
| 18/04/2013 | Antonia Croke | INTD | Discussion with HGRAY | 0.30 | 460.00 | 138.00 |
| 18/04/2013 | Antonia Croke | INTD | Discussion with AMP | 0.20 | 460.00 | 92.00 |
| 18/04/2013 | Antonia Croke | INTD | Email SLAW | 0.10 | 460.00 | 46.00 |
| 18/04/2013 | Andy Wright | LETT | Drafting note of FSD reasonableness queries; internal discussion with MDF and ACROKE re. the same | 7.40 | 395.00 | 2,923.00 |
| 18/04/2013 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 18/04/2013 | Angela Pearson | INTD | Discussion with ACROKE | 0.20 | 675.00 | 135.00 |
| 18/04/2013 | Harriet Gray | RSCH | Listening into call - discussion of Box Clever hearing. Research into hearing date and question of law (including discussion with ACROKE + SLAW | 5.70 | 185.00 | 1,054.50 |
| 18/04/2013 | John Stephens | READ | Obtain relevant Hansard references | 2.20 | 185.00 | 407.00 |
| 18/04/2013 | Madison Bird | CASE | Collating relevant Hansard References | 2.70 | 185.00 | 499.50 |
| 18/04/2013 | Marcus Fink | LETT | Review and consider research documents for note on UK Pension Regulator reasonableness test. Conduct additional research into points and discuss same with ACW (and ACROKE) | 3.10 | 650.00 | 2,015.00 |
| 18/04/2013 | Rosemary Nelson | RSCH | Hansard research re moral hazard powers | 3.90 | 185.00 | 721.50 |
| 18/04/2013 | Sophie Law | ATTD | Briefing HGRAYre case, background, documents, status etc; emails ACROKE re pensions call on Monday | 0.80 | 290.00 | 232.00 |
| 19/04/2013 | Antonia Croke | INTD | Discussion with SLAW | 0.30 | 460.00 | 138.00 |
| 19/04/2013 | Antonia Croke | READ | Review AWRIGHT email re: pensions | 0.20 | 460.00 | 92.00 |
| 19/04/2013 | Andy Wright | LETT | Internal discussion with MDF re. FSD reasonableness queries; finalising memorandum; reviewing Hansard materials | 3.20 | 395.00 | 1,264.00 |
| 19/04/2013 | Angela Pearson | READ | Review appeal documents | 0.50 | 675.00 | 337.50 |
| 19/04/2013 | Angela Pearson | READ | Review pensions advice | 0.80 | 675.00 | 540.00 |
| 19/04/2013 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 19/04/2013 | Harriet Gray | RSCH | Research into hearing date and question of law | 2.90 | 185.00 | 536.50 |
| 19/04/2013 | Marcus Fink | INTD | Discussion with A Wright | 0.10 | 650.00 | 65.00 |
| 19/04/2013 | Rosemary Nelson | RSCH | Hansard research re moral hazard powers | 2.30 | 185.00 | 425.50 |
| 19/04/2013 | Sophie Law | INTD | Intd ACROKE re meeting/call on Monday | 0.30 | 290.00 | 87.00 |
| 21/04/2013 | Antonia Croke | LETT | Review Memo re FSDs and reasonableness and email from Andy Wright re same; email AMP re same | 1.40 | 460.00 | 644.00 |
| 21/04/2013 | Antonia Croke | LETT | Review memo on retrospective legislation for FSD point; draft amends | 0.50 | 460.00 | 230.00 |
| 22/04/2013 | Antonia Croke | READ | Review revised memo | 0.20 | 460.00 | 92.00 |
| 22/04/2013 | Antonia Croke | INTD | Discussion with AMP | 0.20 | 460.00 | 92.00 |
| 22/04/2013 | Antonia Croke | INTD | Discussion with LROBER re: update | 0.50 | 460.00 | 230.00 |
| 22/04/2013 | Antonia Croke | PHON | Telephone conversation with S Gulati | 0.10 | 460.00 | 46.00 |
| 22/04/2013 | Antonia Croke | LETT | Emails Sunny Gulati | 0.20 | 460.00 | 92.00 |
| 22/04/2013 | Antonia Croke | READ | Draft amends to revised memo; discussion with HGRAY re: same | 0.30 | 460.00 | 138.00 |
| 22/04/2013 | Antonia Croke | INTD | Discussion AWRIGHT | 0.20 | 460.00 | 92.00 |
| 22/04/2013 | Antonia Croke | LETT | Emails re: memo | 0.10 | 460.00 | 46.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**    **General Claims Analysis/Claims Objections**

| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 22/04/2013 | Antonia Croke | DRFT | Draft amends to pensions memo | 0.20 | 460.00 | 92.00 |
| 22/04/2013 | Antonia Croke | LETT | Emails re: disclosure categories | 0.20 | 460.00 | 92.00 |
| 22/04/2013 | Antonia Croke | DRFT | Draft amends to disclosure list of UK pension documents; email AMP re: same | 0.50 | 460.00 | 230.00 |
| 22/04/2013 | Antonia Croke | LETT | Email re: Akin call | 0.10 | 460.00 | 46.00 |
| 22/04/2013 | Antonia Croke | READ | Review Navigant emails | 0.10 | 460.00 | 46.00 |
| 22/04/2013 | Antonia Croke | LETT | Emails LROBER | 0.10 | 460.00 | 46.00 |
| 22/04/2013 | Antonia Croke | PHON | Attending call with Navigan, Capstone and Akin for experts session | 5.90 | 460.00 | 2,714.00 |
| 22/04/2013 | Antonia Croke | INTD | Discussion with AMP re: pensions disclosure list | 0.20 | 460.00 | 92.00 |
| 22/04/2013 | Antonia Croke | INTD | Telephone conversation with AWRIGHT | 0.20 | 460.00 | 92.00 |
| 22/04/2013 | Antonia Croke | INTD | Discussion with HGRAY re: memo | 0.30 | 460.00 | 138.00 |
| 22/04/2013 | Antonia Croke | LETT | Emails re: call | 0.20 | 460.00 | 92.00 |
| 22/04/2013 | Andy Wright | LETT | Finalising note on reasonableness and FSDs; internal discussions with ACROKE re.note. Preparing for and attending conference call | 3.20 | 395.00 | 1,264.00 |
| 22/04/2013 | Angela Pearson | READ | Review draft US Debtor motion | 1.00 | 675.00 | 675.00 |
| 22/04/2013 | Angela Pearson | READ | Review appeal document | 0.80 | 675.00 | 540.00 |
| 22/04/2013 | Angela Pearson | INTD | Discussion with ACROKE re: pensions disclosure | 0.20 | 675.00 | 135.00 |
| 22/04/2013 | Angela Pearson | PHON | Nortel call | 2.00 | 675.00 | 1,350.00 |
| 22/04/2013 | Angela Pearson | READ | Review Box Clever and other cases | 1.00 | 675.00 | 675.00 |
| 22/04/2013 | Angela Pearson | INTD | Telephone conversation with Marcus Fink | 0.30 | 675.00 | 202.50 |
| 22/04/2013 | Angela Pearson | DRFT | Review amends to pensions note | 0.20 | 675.00 | 135.00 |
| 22/04/2013 | Angela Pearson | READ | Review disclosure list | 0.30 | 675.00 | 202.50 |
| 22/04/2013 | Angela Pearson | INTD | Discussion with ACROKE | 0.20 | 675.00 | 135.00 |
| 22/04/2013 | Angela Pearson | INTD | Discussion with LROBER | 0.20 | 675.00 | 135.00 |
| 22/04/2013 | Harriet Gray | RSCH | Research into amending claim forms after issue and consolidating related proceedings. Drafted brief email re findings (including discussion with ACROKE) | 2.40 | 185.00 | 444.00 |
| 22/04/2013 | Harriet Gray | DRFT | Amending memorandum and sending internally. Following up on reference query. | 1.50 | 185.00 | 277.50 |
| 22/04/2013 | Lindsey Roberts | DRFT | Amendments to pension disclosure request to reflect SLAW's comments | 0.40 | 315.00 | 126.00 |
| 22/04/2013 | Lindsey Roberts | READ | Review of emails from while away; discussion with ACROKE | 0.90 | 315.00 | 283.50 |
| 22/04/2013 | Lindsey Roberts | INTD | Discussion with AMP. | 0.20 | 315.00 | 63.00 |
| 22/04/2013 | Marcus Fink | INTD | T/c with AMP | 0.30 | 650.00 | 195.00 |
| 22/04/2013 | Sophie Law | ATTD | Nortel call (w/Akin, Jeffries, Capstone + Navigant) | 5.50 | 290.00 | 1,595.00 |
| 23/04/2013 | Antonia Croke | INTD | Confer AMP | 0.30 | 460.00 | 138.00 |
| 23/04/2013 | Antonia Croke | LETT | Review position, disclosure, email A Wright re same | 0.30 | 460.00 | 138.00 |
| 23/04/2013 | Antonia Croke | INTD | Confer AWRIGHT re pensions | 0.30 | 460.00 | 138.00 |
| 23/04/2013 | Andy Wright | LETT | Internal discussion with Antonia Croke re. disclosure list; amending disclosure list | 0.90 | 395.00 | 355.50 |
| 23/04/2013 | Angela Pearson | READ | Review submission | 0.80 | 675.00 | 540.00 |
| 23/04/2013 | Angela Pearson | INTD | Discussion with ACROKE | 0.40 | 675.00 | 270.00 |
| 23/04/2013 | Lindsey Roberts | READ | Collating and reviewing documents re: allocations, review of draft Debtors submission | 1.60 | 315.00 | 504.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0012 | | | General Claims Analysis/Claims Objections | | | |
|---|---|---|---|---|---|---|
| | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| 24/04/2013 | Antonia Croke | DRFT | Draft amends to disclosure document and email to Akin re: same | 0.40 | 460.00 | 184.00 |
| 24/04/2013 | Angela Pearson | READ | Review various motions | 0.50 | 675.00 | 337.50 |
| 24/04/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 24/04/2013 | Angela Pearson | INTD | Email with ACROKE | 0.20 | 675.00 | 135.00 |
| 24/04/2013 | Giles Boothman | READ | Read emails re EMEA litigation | 0.30 | 700.00 | 210.00 |
| 24/04/2013 | Louise Chan | READ | Reading-in main agreement | 1.00 | 185.00 | 185.00 |
| 24/04/2013 | Lindsey Roberts | READ | Review of emails re: Joint Motion to declare appeal frivolous | 0.40 | 315.00 | 126.00 |
| 24/04/2013 | Lindsey Roberts | READ | Review of emails re: Court hearing | 0.30 | 315.00 | 94.50 |
| 25/04/2013 | Angela Pearson | READ | Review documents/email | 0.50 | 675.00 | 337.50 |
| 25/04/2013 | Angela Pearson | PHON | Committee call | 1.30 | 675.00 | 877.50 |
| 26/04/2013 | Antonia Croke | INTD | Email AMP | 0.10 | 460.00 | 46.00 |
| 26/04/2013 | Antonia Croke | INTD | Discussion SLAW | 0.20 | 460.00 | 92.00 |
| 26/04/2013 | Angela Pearson | READ | Review emails/documents | 0.50 | 675.00 | 337.50 |
| 26/04/2013 | Louise Chan | READ | Reading Draft Allocation Brief | 0.90 | 185.00 | 166.50 |
| 26/04/2013 | Lindsey Roberts | READ | Review of analysis on pension claim and document re: discovery; review of court documents | 1.40 | 315.00 | 441.00 |
| 26/04/2013 | Sophie Law | INTD | Intd ACROKE re last night's call | 0.20 | 290.00 | 58.00 |
| 26/04/2013 | Sophie Law | LETT | Review emails in from Akin | 0.20 | 290.00 | 58.00 |
| 28/04/2013 | Antonia Croke | READ | Review emails and court documents re allocation hearing, LTD objections and committee from 23/4/13 to 26/4/13 | 1.80 | 460.00 | 828.00 |
| 29/04/2013 | Angela Pearson | READ | Review email and documents attached | 0.50 | 675.00 | 337.50 |
| 30/04/2013 | Andy Wright | LETT | Query re. NNI guarantee position in allocation doc | 0.30 | 395.00 | 118.50 |
| 30/04/2013 | Angela Pearson | DRFT | Review Submission | 1.00 | 675.00 | 675.00 |
| 30/04/2013 | Angela Pearson | INTD | Email MFINK | 0.40 | 675.00 | 270.00 |
| 30/04/2013 | Angela Pearson | READ | Review emails/enclosures | 0.50 | 675.00 | 337.50 |
| 30/04/2013 | Lindsey Roberts | READ | Review of email re: motion ruling | 0.30 | 315.00 | 94.50 |
| 30/04/2013 | Marcus Fink | LETT | Review files to determine origin of 2005 and 2006 pension scheme guarantees | 1.30 | 650.00 | 845.00 |
| 30/04/2013 | Marcus Fink | LETT | Review and consider pensions drafting in Draft Allocation Brief. Comments to AYP re the same | 1.10 | 650.00 | 715.00 |
| 30/04/2013 | Sophie Law | READ | Review various emails in/out re LTD hearing, draft allocation brief | 0.50 | 290.00 | 145.00 |

|  |  |
|---|---|
|  | **56,021.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0031**</u>        <u>**European Proceedings/Matters**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.40 | 675.00 | 1,620.00 |
| SEH | Steven Hull | 0.70 | 675.00 | 472.50 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 4.80 | 460.00 | 2,208.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.50 | 315.00 | 157.50 |
| SLAW | Sophie Law | 1.10 | 290.00 | 319.00 |
| | | | Total | **4,777.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0031**</u>        <u>**European Proceedings/Matters**</u>

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/04/2013 | Antonia Croke | LETT | Review email from Beckerman, Lisa  Re: Re: Nortel/motion to approve retiree settlement | 0.20 | 460.00 | 92.00 |
| 03/04/2013 | Antonia Croke | LETT | Review emails Re: Nortel - scheduling for allocation dispute and weekly committee call | 0.20 | 460.00 | 92.00 |
| 03/04/2013 | Antonia Croke | LETT | Review emails re Nortel weekly committee call | 0.10 | 460.00 | 46.00 |
| 03/04/2013 | Lindsey Roberts | READ | Emails on retiree settlement | 0.20 | 315.00 | 63.00 |
| 04/04/2013 | Antonia Croke | LETT | Emails re BNY | 0.10 | 460.00 | 46.00 |
| 04/04/2013 | Lindsey Roberts | INTD | Discussion and emails with SLAW re: UCC call | 0.20 | 315.00 | 63.00 |
| 05/04/2013 | Antonia Croke | READ | Review email from B Kahn  re: Weekly Committee Call | 0.10 | 460.00 | 46.00 |
| 09/04/2013 | Antonia Croke | LETT | Read email from B Kahn  re: Nortel Professionals' Call | 0.10 | 460.00 | 46.00 |
| 10/04/2013 | Antonia Croke | LETT | Emails LROBER re: Nortel Professionals' Call | 0.10 | 460.00 | 46.00 |
| 10/04/2013 | Antonia Croke | LETT | Review Email from Chris Kearns  Re: in person UCC meeting | 0.10 | 460.00 | 46.00 |
| 10/04/2013 | Angela Pearson | PHON | Attend professionals call | 0.50 | 675.00 | 337.50 |
| 10/04/2013 | Lindsey Roberts | INTD | Email to ACROKE re: Nortel professional's call | 0.10 | 315.00 | 31.50 |
| 11/04/2013 | Antonia Croke | LETT | Review Agenda for Nortel Professionals' Call | 0.10 | 460.00 | 46.00 |
| 11/04/2013 | Antonia Croke | READ | Review UCC Agenda and supporting materials re US allocation litigation | 1.90 | 460.00 | 874.00 |
| 11/04/2013 | Angela Pearson | LETT | Emails re: Nortel - Akin Gump/Antonia | 0.20 | 675.00 | 135.00 |
| 11/04/2013 | Angela Pearson | INTD | Email to Antonia | 0.30 | 675.00 | 202.50 |
| 11/04/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 12/04/2013 | Antonia Croke | INTD | Discussion with AMP | 0.10 | 460.00 | 46.00 |
| 12/04/2013 | Angela Pearson | INTD | Discussion with ACROKE | 0.10 | 675.00 | 67.50 |
| 15/04/2013 | Steven Hull | LETT | Review Antonia Croke email and review attached additional press coverage of the Nortel Supreme Court hearing; | 0.50 | 675.00 | 337.50 |
| 16/04/2013 | Antonia Croke | LETT | Email re: professionals call | 0.10 | 460.00 | 46.00 |
| 17/04/2013 | Antonia Croke | READ | Review agenda for Professionals call | 0.10 | 460.00 | 46.00 |
| 17/04/2013 | Antonia Croke | LETT | Email M Fagen | 0.10 | 460.00 | 46.00 |
| 17/04/2013 | Antonia Croke | PHON | Professionals call | 0.90 | 460.00 | 414.00 |
| 17/04/2013 | Antonia Croke | INTD | Emails SLAW | 0.10 | 460.00 | 46.00 |
| 17/04/2013 | Antonia Croke | LETT | Emails M Fagen | 0.10 | 460.00 | 46.00 |
| 17/04/2013 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 17/04/2013 | Steven Hull | LETT | Review Sarah-Jane Gemmell e-mails regarding Supreme Court hearing and review Inga West response re. update in respect of same | 0.20 | 675.00 | 135.00 |
| 17/04/2013 | Sophie Law | ATTD | Nortel professionals call | 0.90 | 290.00 | 261.00 |
| 18/04/2013 | Antonia Croke | READ | Review agenda for UCC call | 0.10 | 460.00 | 46.00 |
| 18/04/2013 | Antonia Croke | LETT | Email M Fagen | 0.10 | 460.00 | 46.00 |
| 24/04/2013 | Antonia Croke | LETT | Review Email from M Fagen re: Weekly Committee Call | 0.10 | 460.00 | 46.00 |
| 25/04/2013 | Sophie Law | READ | Prep for committee call | 0.20 | 290.00 | 58.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0031**</u>        <u>**European Proceedings/Matters**</u>

| | | | | Time (Decimal) | Std Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 29/04/2013 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | | 202.50 |
| | | | | | | | 4,777.00 |