Exhibit C

DISBURSEMENT SUMMARY
APRIL 01, 2013 THROUGH APRIL 30, 2013

| Document Production | £403.40 |
|---|---|
| Travel – Ground Transportation | £102.90 |
| Meals | £60.03 |
| Foreign Currency[8] | (£334.04) |
| **TOTAL** | **£232.29** |

---

[8] Please note that the foreign currency disbursement is a negative figure reflecting the return of unused foreign currency. Accordingly £334.04 has been deducted from the total disbursements claimed under this application.

19