**Exhibit D**

## Disbursements Detailed Breakdown

| Document Production | 403.40 |
|---|---|

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 17/04/2013 | VENDOR: Conference Room Catering INVOICE#: 15 21 04 2013 DATE: 23/04/2013 ,Hospitality Recharges - Writs Eve Food -  PURPOSE: -  - Apr 17 2013 | 9.85 |
| 17/04/2013 | VENDOR: Croke, Antonia INVOICE#: 03463624041900117090 DATE: 19/04/2013 Food/drink, 17/04/13, Dinner - Working Late - ACROKE/SLAW | 26.08 |
| 18/04/2013 | VENDOR: Conference Room Catering INVOICE#: 15 21 04 2013 DATE: 23/04/2013 ,Hospitality Recharges - Writs Eve Food -  PURPOSE: -  - Apr 18 2013 | 12.70 |
| 22/04/2013 | VENDOR: Conference Room Catering INVOICE#: 22 28 04 2013 DATE: 30/04/2013 ,Hospitality Recharges - Writs Eve Food -  PURPOSE: -  - Apr 22 2013 | 11.40 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 22/04/2013 | VENDOR: Croke, Antonia INVOICE#: 03483246042400107090 DATE: 24/04/2013 Taxi, 22/04/13, Taxi home, working late | 25.00 |
| 30/04/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/107792; DATE: 30/04/2013  -  TAXI - AMP (EC2A to SW12 9QN) 22/04/2013 | 44.97 |
| 30/04/2013 | VENDOR: BruCar Ltd; INVOICE#: BR/107792; DATE: 30/04/2013  -  TAXI - SLAW (EC2A to SW12 9RN) 22/04/2013 | 32.93 |

**International Travel, Hotel and Related Expenses (Currency)**

| | | |
|---|---|---|
| 18/02/2013 | VENDOR: eurochange PLC; INVOICE#: 1990; DATE: 18/02/2013  -  CURRENCY- DEAL NO:00610630 ACROKE 34 USA DOLLAR 12/02/13 | -20.87 |
| 18/02/2013 | VENDOR: eurochange PLC; INVOICE#: 1990; DATE: 18/02/2013  -  CURRENCY- DEAL NO:00610630 ACROKE 515 CANADIAN DOLLAR 12/02/13 | -313.17 |

| | 232.29 |
|---|---|