## Exhibit E

### SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD APRIL 01, 2013 THROUGH APRIL 30, 2013

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 12 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £700 | 1.10 | 770.00 |
| Angela Pearson | Partner for 7 years; Admitted in 1991 in England and Wales; Dispute Resolution Group, London | £675 | 22.40 | 15,120.00 |
| Steven Hull | Partner for 16 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, London | £675 | 0.70 | 472.50 |
| Marcus Fink | Partner for 11 months; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £650 | 8.20 | 5,330.00 |
| Antonia Croke | Associate for 6 years; Admitted in 2007 in New South Wales, Australia; Dispute Resolution Group, London | £460 | 34.40 | 15,824.00 |
| Andy Wright | Associate for 4 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £395 | 28.20 | 11,139.00 |
| Lindsey Roberts | Associate for 2 years; Admitted in 2011 in England and Wales; Dispute Resolution Group, London | £315 | 15.50 | 4,882.50 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Dispute Resolution Group, London | £290 | 15.80 | 4,582.00 |
| Louise Chan | Trainee Solicitor; Dispute Resolution Group; London | £185 | 3.80 | 703.00 |
| Harriet Gray | Trainee Solicitor; Dispute Resolution Group; London | £185 | 13.00 | 2,405.00 |
| Madison Bird | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 2.70 | 499.50 |
| Rosemary Nelson | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 9.70 | 1,794.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| John Stephens | Trainee Solicitor; Employment, Incentives and Pensions Group, London | £185 | 2.20 | 407.00 |
| TOTAL | | | 157.70 | 63,929.00 |

COMPENSATION BY PROJECT CATEGORY
APRIL 01, 2013 THROUGH APRIL 30, 2013

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 6.10 | 1,674.50 |
| Creditors Committee Meetings | 4.50 | 1,456.50 |
| General Claims Analysis / Claims Objections | 137.60 | 56,021.00 |
| European Proceedings / Matters | 9.50 | 4,777.00 |
| TOTAL | 157.70 | 63,929.00 |