IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                                  Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: June 25, 2013 at 10.00 a.m.**<br>) |

## NOTICE OF SEVENTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                           Ashurst LLP

Authorized to Provide
Professional Services to:                    Official Committee of Unsecured Creditors

Date of Retention:                           March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought:                 February 01, 2013 through April 30, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:            £162,321.50 (US$ 245,105.46)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:         £4,412.71 (US$ 6,663.19)[4]

This is (a)n: _X_ interim ___ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's February 2013, March 2013 and April 2013 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.51 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.51 as published by Bloomberg.com on the date of the application.

25799759

| Date Filed<br>Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 03/28/13<br>Docket No. 9873 | 02/01/13 – 02/28/13 | £64,787.00 | £4,005.52 | £51,829.60 | £4,005.52 | £12,957.40 |
| Date Filed: 04/29/13<br>Docket No. 10377 | 03/01/13 – 03/31/13 | £33,605.50 | £174.90 | £26,884.40 | £174.90 | £6,721.10 |
| Date Filed: 05/29/13<br>Docket No. N/A | 04/01/13 – 04/30/13 | £63,929.00 | £232.29 | Pending Objection £51,143.20 | Pending Objection £232.29 | £12,785.80 |
| **TOTALS:** | | £162,321.50 | £4,412.71 | £129,857.20[5] | £4,412.71[6] | £32,464.30 |

Summary of any Objections to Fee Applications: None.

Dated: May 29, 2013
London, United Kingdom

*[signature]*

**Giles Boothman**
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column includes amounts pending approval.

[6] The total amount reflected in this column includes amounts pending approval.