# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 3

Client #  732310

Matter # 165839

---

For services through April 30, 2013
relating to  Case Administration

| | | | | |
|---|---|---|---|---|
| 04/01/13 | E-mail to R. Jacobs re: contacting U.S. Trustee | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |
| | | | | |
| 04/03/13 | Review docket (.1); Review and update critical dates (.3); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| | | | | |
| 04/10/13 | Maintain and organize original pleadings | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 215.00 | $129.00 |
| | | | | |
| 04/17/13 | Review docket (.1); Review and update critical dates (.3); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |

Total Fees for Professional Services     $389.00

TOTAL DUE FOR THIS INVOICE     **$389.00**

BALANCE BROUGHT FORWARD     $278.10

**TOTAL DUE FOR THIS MATTER**     **$667.10**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2013
Invoice 431151

Page 4

Client # 732310

Matter # 165839

---

For services through April 30, 2013
relating to Executory Contracts/Unexpired Leases

| 04/26/13 | Retrieve and forward lease motion to M. Fagen per request | | | |
|----------|-----------|-----------|-----------|-----------|
| Paralegal | Ann Jerominski | 0.10 hrs. | 215.00 | $21.50 |

| | |
|---|---|
| Total Fees for Professional Services | $21.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$21.50** |

| | |
|---|---|
| **TOTAL DUE FOR THIS MATTER** | **$21.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 5

Client #  732310

Matter # 165839

---

For services through April 30, 2013
relating to  Use, Sale of Assets

| 04/11/13 | Review objection to Paroski payment motion (.3); Review allocation determination opinion (1.1) | | | |
|----------|----------------------------------------------------------------------|----------|--------|---------|
| Associate | Christopher M. Samis | 1.40 hrs. | 450.00 | $630.00 |

| | | | |
|---|---|---|---|
| | Total Fees for Professional Services | | $630.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$630.00** |

| | |
|---|---|
| **TOTAL DUE FOR THIS MATTER** | **$630.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151

Page 6

Client #  732310

Matter # 165839

For services through April 30, 2013
relating to  Claims Administration

| 04/08/13 | Review Parowski motion for payment by purchaser | | | |
|----------|--------------------------------------------------|-----------|--------|---------|
| Associate | Christopher M. Samis | 0.40 hrs. | 450.00 | $180.00 |

Total Fees for Professional Services     $180.00

TOTAL DUE FOR THIS INVOICE     **$180.00**

$1,312.80

**TOTAL DUE FOR THIS MATTER**     **$1,492.80**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 7

Client #  732310

Matter # 165839

---

For services through April 30, 2013
relating to  Court Hearings

| | | | | |
|---|---|---|---|---|
| 04/01/13 | Call with C. Samis re: hearing (.1); Email to C. Samis re: same (.1) | | | |
| Associate | Amanda R. Steele | 0.20 hrs. | 350.00 | $70.00 |
| 04/01/13 | Retrieve re: 4/2/13 agenda pleadings (.5); Prepare 4/2/13 hearing binder (.5) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| 04/01/13 | Emails to A. Steele re: preparation for 4/2/13 hearing (.3); Prepare for 4/2/13 hearing (1.1); Email to L. Beckerman re: preparation for and logistics of 4/2/13 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 450.00 | $675.00 |
| 04/02/13 | Attend hearing with co-counsel re: retirement settlement motion (4.0); Conference with C. Samis re: hearing (.3) | | | |
| Associate | Amanda R. Steele | 4.30 hrs. | 350.00 | $1,505.00 |
| 04/02/13 | Meet with A. Steele re: outcome of 4/2/13 hearing (.3); Emails to A. Steele re: status of 4/2/13 hearing (.2); Meet with A. Steele re: preparation for and logistics of  4/2/13 hearing (.3) | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |
| 04/03/13 | Circulate 4/2/13 hearing transcript to distribution | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| 04/03/13 | Review transcript from 4/2/13 hearing | | | |
| Associate | Christopher M. Samis | 1.90 hrs. | 450.00 | $855.00 |
| 04/05/13 | Retrieve and circulate 4/9/13 agenda (.1); Retrieve and circulate amended 4/9/13 agenda cancelling hearing (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 215.00 | $43.00 |
| 04/09/13 | Organize three volumes of binders utilized by counsel ar 4/2/13 hearing | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2013
Invoice 431151
Page 8
Client # 732310

Matter # 165839

---

| 04/15/13 | Retrieve and review 4/16/13 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 4/16/13 agenda pleadings (.5); Prepare 4/16/13 hearing binders (1.0) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.70 hrs. | 215.00 | $365.50 |
| 04/15/13 | Review agenda for 4/16/13 hearing (.2); Prepare for 4/16/13 hearing (1.0); Email to B. Witters re: preparation for 4/16/13 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 450.00 | $585.00 |
| 04/16/13 | Organize two volumes of binders utilized by counsel at 3/5/13 hearing | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |
| 04/16/13 | Prepare for 4/16/13 hearing (.8); Attend 4/16/13 hearing (.9); Email to L. Beckerman re: strategy for 4/16/13 hearing (.1); Emails to F. Hodara, D. Botter , A Qureshi and others re: allocation discovery hearing (.2) | | | |
| Associate | Christopher M. Samis | 2.00 hrs. | 450.00 | $900.00 |
| 04/17/13 | Call to A. Cordo re: cancellation of 4/18/13 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 04/22/13 | Retrieve and review 4/23/13 agenda (.1); E-mail to distribution re: same (.1); Review e-mail from B. Kahn re: 4/24/13 telephonic appearances for B. Kahn and F. Hodara (.1); Telephone call to Courtcall re: same (.2); E-mail to B. Kahn re: same (.1); Review e-mail from M. Wunder re: 4/24/13 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Wunder re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 215.00 | $193.50 |
| 04/23/13 | Retrieve and review re: 4/24/13 amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 4/24/13 agenda pleadings (.3); Prepare 4/24/13 hearing binder (.5); Prepare additional 4/24/13 hearing binders x2 (1.0) | | | |
| Paralegal | Barbara J. Witters | 2.00 hrs. | 215.00 | $430.00 |
| 04/23/13 | Prepare for 4/24/13 hearing (3.1); Attention to logistics of 4/24/13 hearing (1.0) | | | |
| Associate | Christopher M. Samis | 4.10 hrs. | 450.00 | $1,845.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2013
Invoice 431151
Page 9
Client #  732310

Matter # 165839

---

| 04/24/13 | Prepare for 4/24/13 hearing (2.0); Participate in 4/24/13 hearing (3.5); Emails to B. Bowden re: outcome of 4/24/13 hearing (.2) | | | |
| Associate | Christopher M. Samis | 5.70 hrs. | 450.00 | $2,565.00 |
| | | | | |
| 04/24/13 | Revising hearing binders (3-sets) for 4/24/13 hearing (1.0); Coordinate delivery of same to Chambers (.3) | | | |
| Paralegal | Rebecca V. Speaker | 1.30 hrs. | 215.00 | $279.50 |
| | | | | |
| 04/26/13 | Retrieve and circulate 4/30/13 agenda | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 215.00 | $21.50 |
| | | | | |
| 04/29/13 | Retrieve and review re: 5/1/13 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 4/30/13 amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 5/1/13 amended agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 4/30/13 agenda pleadings (1.5); Prepare 4/30/13 hearing binders (4.0) | | | |
| Paralegal | Barbara J. Witters | 6.10 hrs. | 215.00 | $1,311.50 |
| | | | | |
| 04/29/13 | Prepare for 4/30/13 hearing (1.5); Email to B. Witters re: preparation for 4/30/13 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 450.00 | $720.00 |
| | | | | |
| 04/30/13 | Telephone call to Courtcall re: telephonic appearance for M. Wunder and R. Johnson for 5/1/13 hearing (.2); E-mail to M. Wunder and R. Johnson re: same (.2); Retrieve re: 5/1/13 agenda pleadings (.3); Prepare 5/1/13 hearing binder (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| | | | | |
| 04/30/13 | Update hearing binders re: amended agenda documents | | | |
| Paralegal | Cathy M. Greer | 0.50 hrs. | 215.00 | $107.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 10

Client #  732310

Matter # 165839

---

| 04/30/13 | Prepare for 4/30/13 hearing (1.5); Participate in 4/30/13 hearing (6.0); Prepare for 5/1/13 hearing (1.0); Emails to F. Hodara re: preparation for 5/1/13 hearing (.2); Email to L. Morris re: preparation for 5/1/13 hearing (.1); Emails to B. Witters re: preparation for 5/1/13 hearing (.2); Emails to L. Beckerman re: preparation for 5/1/13 hearing (.4); Emails to C. Greer re: preparation for 4/30/13 hearing (.2) | | | |
| Associate | Christopher M. Samis | 9.60 hrs. | 450.00 | $4,320.00 |

Total Fees for Professional Services $17,801.00

**TOTAL DUE FOR THIS INVOICE** **$17,801.00**

$14,028.80

**TOTAL DUE FOR THIS MATTER** **$31,829.80**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 11

Client #  732310

Matter # 165839

---

For services through April 30, 2013
relating to  Employee Issues

| 04/12/13 | Review LTD Committee motion to make distributions (1.2); Review Retiree Committee statement on Yoacum claim (.8) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.00 hrs. | 450.00 | $900.00 |

| 04/17/13 | Review Yoacum retiree settlement order (.3); Call from A. Cordo re: Yoacum retiree settlement order (.3); Emails to A. Cordo re: Yoacum retiree settlement order (.2) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |

| 04/22/13 | Begin reviewing responses to LTD settlement motion | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 1.80 hrs. | 450.00 | $810.00 |

| 04/25/13 | Attention to reviewing objections to LTD settlement (1.8); Review, revise and finalize joinder to Debtors' reply in support of LTD settlement (.4); Email to A. Kurichety re: joinder to Debtors' reply in support of LTD settlement (.1); Call from A. Kurichety re: joinder to Debtors' reply in support of LTD settlement (.1) | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 2.40 hrs. | 450.00 | $1,080.00 |

Total Fees for Professional Services          $3,150.00

TOTAL DUE FOR THIS INVOICE          **$3,150.00**

$94.30

**TOTAL DUE FOR THIS MATTER**          **$3,244.30**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2013
Invoice 431151
Page 12
Client #  732310

Matter # 165839

For services through April 30, 2013
relating to Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 04/23/13 | Review and revise joint EMEA direct appeal motion (1.0); Review and revise joint retention of jurisdiction motion (1.0); E-mails to A. Cordo re: approval of EMEA direct appeal and joint retention of jurisdiction motions (.3); E-mails to B. Kahn re: approval of EMEA direct appeal and joint retention of jurisdiction motions (.3) | | | |
| Associate | Christopher M. Samis | 2.60 hrs. | 450.00 | $1,170.00 |
| 04/24/13 | E-mails to A. Cordo re: notice of joint hearing for direct appeal, etc. motion | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 04/25/13 | Finalize and file re: joinder of committee to debtors reply 9019 motion approve settlement agreement LTD plans (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| 04/30/13 | Review motion for leave to reply to EMEA objection to jurisdiction retention (.5); Review reply brief re: EMEA objection to jurisdiction retention (.8); E-mails to A. Cordo re: finalizing, filing and serving reply brief re: EMEA objection to jurisdiction retention (.4); E-mails to B. Kahn re: finalizing, filing and serving reply brief re: EMEA objection to jurisdiction retention (.2); E-mails to A. Qureshi re: finalizing, filing and serving reply brief re: EMEA objection to jurisdiction retention (.3); Attention to circulation of litigation expert bills (.2); Email to M. Fagen re: circulation of litigation expert bills (.1) | | | |
| Associate | Christopher M. Samis | 2.50 hrs. | 450.00 | $1,125.00 |

Total Fees for Professional Services            $2,449.50

TOTAL DUE FOR THIS INVOICE            **$2,449.50**

$1,479.10

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 13

Client #  732310

Matter #  165839

**TOTAL DUE FOR THIS MATTER**                                      **$3,928.60**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 14

Client #  732310

Matter # 165839

For services through April 30, 2013
relating to  RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 04/08/13 | E-mail to B. Kahn re: RLF March fee and expense estimates | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |
| | | | | |
| 04/16/13 | Review RLF March bill memos and meal charge | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| | | | | |
| 04/16/13 | Review March 2013 bill memo | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 450.00 | $360.00 |
| | | | | |
| 04/17/13 | Prepare cno re: RLF February fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| | | | | |
| 04/18/13 | Prepare letter to accts payable re: RLF February monthly fee payment (.2); Coordinate service re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 215.00 | $64.50 |
| | | | | |
| 04/29/13 | Review and revise RLF March fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |

Total Fees for Professional Services          $833.00

TOTAL DUE FOR THIS INVOICE          **$833.00**

$1,475.00

**TOTAL DUE FOR THIS MATTER**          **$2,308.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2013
Invoice 431151

Page 15

Client #  732310

Matter # 165839

---

For services through April 30, 2013
relating to  Fee Applications of Others

| 04/03/13 | E-mail to and from M. Wunder re: 17th interim fee application due date | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 215.00 | $21.50 |

| 04/08/13 | Attention to e-mail from B. Kahn re: Akin Gump February fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re:: same (.2); Prepare cos re: same (.2); E-mail to C. Samis re: same (.1); Finalize, file and coordinate service re: same (.3) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |

| 04/09/13 | E-mail to B. Witters re: filing and service of February 2013 Akin fee application | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |

| 04/10/13 | Call from M. Fagen re: procedure for Committee member expense reimbursements | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |

| 04/11/13 | Attention to e-mail from C. Samis re: interim compensation order (.1); Search docket and retrieve re: interim comp order and supplemental interim comp order (.1); E-mail to C. Samis re: same (.1); Attention to e-mail from B. Kahn re: Capstone February fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.30 hrs. | 215.00 | $279.50 |

| 04/11/13 | Email to M. Fagen re: Committee member expense reimbursement | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |

| 04/12/13 | E-mail to B. Witters re: review of interim compensation order | | | |
|---|---|---|---|---|
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2013
Invoice 431151
Page 16

Client #  732310

Matter # 165839

---

| 04/15/13 | Draft first application of Committee expenses | | | |
|---|---|---|---|---|
| Associate | Amanda R. Steele | 1.20 hrs. | 350.00 | $420.00 |
| 04/15/13 | Meet with A. Steele re: drafting Committee member expense reimbursement application (.2); E-mail to A. Steele re: drafting Committee member expense reimbursement application (.1) | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 450.00 | $135.00 |
| 04/16/13 | Review committee expense application (.2); Revise same (.2) | | | |
| Associate | Amanda R. Steele | 0.40 hrs. | 350.00 | $140.00 |
| 04/17/13 | Revise committee fee application | | | |
| Associate | Amanda R. Steele | 0.40 hrs. | 350.00 | $140.00 |
| 04/17/13 | Review and revise Committee member expense request (.4); E-mail to M. Fagen re: review of Committee member expense request (.1); Meet with A. Steele re: comments to Committee member expense request and filing and service of same (.2) | | | |
| Associate | Christopher M. Samis | 0.70 hrs. | 450.00 | $315.00 |
| 04/22/13 | Prepare cno re: Ashurst February fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 215.00 | $86.00 |
| 04/22/13 | E-mails to A. Steele and M. Fagen re: filing and service of Committee member expense reimbursement | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 450.00 | $90.00 |
| 04/23/13 | Revise committee expense fee application | | | |
| Associate | Amanda R. Steele | 0.30 hrs. | 350.00 | $105.00 |
| 04/23/13 | Attention to e-mail from A. Steele re: counsel names for Dentons and Ashurst (.1); E-mail to A. Steele re: names of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 215.00 | $43.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2013
Invoice 431151
Page 17

Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 04/25/13 | E-mail committee fee application to M. Fagan | | | |
| Associate | Amanda R. Steele | 0.10 hrs. | 350.00 | $35.00 |
| | | | | |
| 04/25/13 | Update fee status chart | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 215.00 | $107.50 |
| | | | | |
| 04/26/13 | E-mail to B. Kahn re: filing and service of 50th Ashurst fee application | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 450.00 | $45.00 |
| | | | | |
| 04/29/13 | Attention to e-mail from B. Kahn re: Ashurst March fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| | | | | |
| 04/29/13 | Attention to finalizing BONY Committee member expense reimbursement application (.6); E-mails to M. Fagen re: finalizing BONY Committee member expense reimbursement application (.3); E-mail to B. Witters re: filing and service of 50th Ashurst fee application (.1) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 450.00 | $450.00 |
| | | | | |
| 04/30/13 | Compile committee fee expense application (.2); E-mail to M. Fagan (.1); Review notice for same (.1); Conference with C. Samis re: same (.1); E-mail to A. Cordo re: same (.1); Conference with C. Samis re: certification to be sent to the debtors (.1) | | | |
| Associate | Amanda R. Steele | 0.70 hrs. | 350.00 | $245.00 |
| | | | | |
| 04/30/13 | Attention to e-mail from A. Steele re: committee member January fee application (.1); Prepare notice of application (.2); Prepare cos re: same (.2); E-mail to A. Steele re: same (.1); Finalize, file and coordinate service re: same (.3); E-mail to A. Steele re: pdf of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 215.00 | $215.00 |
| | | | | |
| 04/30/13 | E-mails to A. Steele re: finalizing, filing and serving BoNY expense reimbursement (.5); E-mails to M. Fagen and A. Steele re: finalizing, filing and serving BoNY expense reimbursement (.4) | | | |
| Associate | Christopher M. Samis | 0.90 hrs. | 450.00 | $405.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151

Page 18

Client #  732310

Matter #  165839

| | |
|---|---|
| Total Fees for Professional Services | $3,932.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$3,932.50** |
| | $4,322.80 |
| **TOTAL DUE FOR THIS MATTER** | **$8,255.30** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 19

Client #  732310

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 7.60 | 350.00 | 2,660.00 |
| Ann Jerominski | 0.40 | 215.00 | 86.00 |
| Barbara J. Witters | 22.90 | 215.00 | 4,923.50 |
| Cathy M. Greer | 0.50 | 215.00 | 107.50 |
| Christopher M. Samis | 47.40 | 450.00 | 21,330.00 |
| Rebecca V. Speaker | 1.30 | 215.00 | 279.50 |
| TOTAL | 80.10 | $366.87 | 29,386.50 |

**TOTAL DUE FOR THIS INVOICE**                                      **$33,233.03**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310