# EXHIBIT B



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

May 22, 2013
Invoice 431151

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through April 30, 2013
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Binding | $82.50 |
| Business Meals | $41.15 |
| Conference Calling | $297.00 |
| Court Reporter Services | $593.40 |
| Document Retrieval | $450.60 |
| Long distance telephone charges | $16.68 |
| Messenger and delivery service | $94.50 |
| Photocopying/Printing | $2,228.10 |
| 12,012 @ $.10 pg./ 10,269 @ $.10/pg. | |
| Postage | $42.60 |

|  | |
|---|---:|
| Other Charges | $3,846.53 |

|  | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$3,846.53** |
| BALANCE BROUGHT FORWARD | $4,580.15 |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 2

Client #  732310

Matter # 165839

**TOTAL DUE FOR THIS MATTER**                                     **$8,426.68**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 20
Client #  732310

Client:  Official Committee of the Board of Directors of Nortel Networks Inc

Matter:  Nortel - Representation of Creditors Committee
Case Administration
Executory Contracts/Unexpired Leases
Use, Sale of Assets
Claims Administration
Court Hearings
Employee Issues
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 02/19/13 | DIAZ DATA SERVICES | CTRPT |
| | Amount = $181.50 | |
| 03/07/13 | DIAZ DATA SERVICES | CTRPT |
| | Amount = $120.00 | |
| 03/19/13 | PACER | DOCRETRI |
| | Amount = $14.20 | |
| 04/01/13 | DIAZ DATA SERVICES | CTRPT |
| | Amount = $165.00 | |
| 04/01/13 | Binding/Tabs Velobinding | BIND |
| | Amount = $20.00 | |
| 04/01/13 | Photocopies | DUP.10CC |
| | Amount = $132.40 | |
| 04/01/13 | Printing | DUP.10CC |
| | Amount = $0.30 | |
| 04/01/13 | Printing | DUP.10CC |
| | Amount = $0.10 | |
| 04/01/13 | Printing | DUP.10CC |
| | Amount = $0.30 | |
| 04/01/13 | Printing | DUP.10CC |
| | Amount = $0.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 21

Client #  732310

| 04/01/13 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =   $0.10 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $12.10 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $5.60 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.60 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.60 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =   $0.80 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 22

Client #  732310

| 04/01/13 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =  $0.30 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $1.70 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $3.00 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $1.30 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $3.00 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $14.20 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $17.20 | |
| 04/01/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/02/13 | 12128728121 Long Distance | | LD |
| | | Amount =  $8.34 | |
| 04/02/13 | 12128728121 Long Distance | | LD |
| | | Amount =  $1.39 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 23

Client #  732310

| 04/02/13 | PACER | | DOCRETRI |
| | | Amount = $1.40 | |
| 04/03/13 | CourtCall | | CONFCALL |
| | | Amount = $60.00 | |
| 04/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 04/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 04/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 04/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/03/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/05/13 | CourtCall | | CONFCALL |
| | | Amount = $130.00 | |
| 04/08/13 | Photocopies | | DUP.10CC |
| | | Amount = $40.50 | |
| 04/08/13 | Messenger and delivery | | MESS |
| | | Amount = $12.00 | |
| 04/08/13 | Postage | | POST |
| | | Amount = $15.33 | |
| 04/08/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 04/08/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 04/08/13 | Printing | | DUP.10CC |
| | | Amount = $4.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 24
Client #  732310

| Date | Description | | Code |
|------|-------------|--|------|
| 04/08/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 04/08/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 04/08/13 | Printing | | DUP.10CC |
| | Amount = $1.60 | | |
| 04/08/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 04/08/13 | Printing | | DUP.10CC |
| | Amount = $1.10 | | |
| 04/08/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 04/10/13 | CourtCall | | CONFCALL |
| | Amount = $107.00 | | |
| 04/10/13 | 12128727425 Long Distance | | LD |
| | Amount = $4.17 | | |
| 04/11/13 | DIAZ DATA SERVICES | | CTRPT |
| | Amount = $126.90 | | |
| 04/11/13 | Photocopies | | DUP.10CC |
| | Amount = $20.00 | | |
| 04/11/13 | Messenger and delivery | | MESS |
| | Amount = $12.00 | | |
| 04/11/13 | PACER | | DOCRETRI |
| | Amount = $11.00 | | |
| 04/11/13 | Postage | | POST |
| | Amount = $6.96 | | |
| 04/11/13 | Printing | | DUP.10CC |
| | Amount = $3.40 | | |
| 04/11/13 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 04/11/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 04/11/13 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 04/11/13 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151

Page 25

Client #  732310

| Date | Description | | Type |
|---|---|---|---|
| 04/15/13 | Binding/Tabs Velobinding | | BIND |
| | | Amount =  $5.00 | |
| 04/15/13 | Photocopies | | DUP.10CC |
| | | Amount =  $97.80 | |
| 04/15/13 | Photocopies | | DUP.10CC |
| | | Amount =  $59.60 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $34.40 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $54.10 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $17.20 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $12.10 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $14.20 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $1.70 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $1.30 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $3.00 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 26
Client #  732310

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $5.60 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $1.00 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $4.00 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $3.00 | |
| 04/15/13 | Printing | | | DUP.10CC |
| | | Amount = | $1.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151

Page 27

Client #  732310

| | | | |
|---|---|---|---|
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/15/13 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 04/16/13 | Messenger and delivery | | MESS |
| | | Amount =  $15.00 | |
| 04/16/13 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 04/16/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/16/13 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 04/16/13 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 04/17/13 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/17/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/17/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/17/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/17/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/17/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/17/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/17/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/17/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/17/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 28

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/17/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/17/13 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 04/18/13 | 12128721045 Long Distance | | LD |
| | | Amount =  $2.78 | |
| 04/18/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/18/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/18/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/18/13 | Printing | | DUP.10CC |
| | | Amount =  $5.10 | |
| 04/18/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/19/13 | PACER | | DOCRETRI |
| | | Amount =  $8.90 | |
| 04/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/22/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/23/13 | PACER | | DOCRETRI |
| | | Amount =  $44.60 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount =  $1.70 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 29
Client #  732310

| Date | Description | | Amount | Code |
|------|-------------|--|--------|------|
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.50 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $6.80 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $7.60 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $2.00 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $11.30 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $5.10 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $2.80 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $4.10 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $3.40 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $3.80 | |
| 04/23/13 | Printing | | | DUP.10CC |
| | | Amount = | $7.80 | |

Nortel Creditors Committee                                    May 22, 2013
c/o Fred S. Hodara, Esq.                                      Invoice 431151
Akin Gump Strauss Hauer Feld LLP                             Page 30
One Bryant Park
New York NY  10036                                           Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount = $2.50 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount = $4.00 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount = $10.20 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount = $5.60 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount = $15.60 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount = $5.00 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount = $8.20 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount = $22.60 | |
| 04/23/13 | Printing | | DUP.10CC |
| | | Amount = $6.30 | |
| 04/24/13 | Messenger and delivery | | MESS |
| | | Amount = $7.50 | |
| 04/24/13 | PACER | | DOCRETRI |
| | | Amount = $46.20 | |
| 04/24/13 | Printing | | DUP.10CC |
| | | Amount = $63.30 | |
| 04/24/13 | Printing | | DUP.10CC |
| | | Amount = $5.40 | |
| 04/24/13 | Printing | | DUP.10CC |
| | | Amount = $63.30 | |
| 04/24/13 | Printing | | DUP.10CC |
| | | Amount = $5.40 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 31

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/24/13 | Printing | | DUP.10CC |
| | | Amount =  $3.60 | |
| 04/24/13 | Printing | | DUP.10CC |
| | | Amount =  $4.80 | |
| 04/24/13 | Printing | | DUP.10CC |
| | | Amount =  $3.60 | |
| 04/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 04/24/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/25/13 | Messenger and delivery | | MESS |
| | | Amount =  $7.50 | |
| 04/25/13 | PACER | | DOCRETRI |
| | | Amount =  $15.10 | |
| 04/25/13 | Printing | | DUP.10CC |
| | | Amount =  $3.60 | |
| 04/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/25/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Binding/Tabs Velobinding | | BIND |
| | | Amount =  $12.50 | |
| 04/29/13 | Binding/Tabs Velobinding | | BIND |
| | | Amount =  $37.50 | |
| 04/29/13 | Photocopies | | DUP.10CC |
| | | Amount =  $188.80 | |
| 04/29/13 | Photocopies | | DUP.10CC |
| | | Amount =  $358.80 | |
| 04/29/13 | Photocopies | | DUP.10CC |
| | | Amount =  $216.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2013
Invoice 431151

Page 32

Client # 732310

| 04/29/13 | Photocopies | | DUP.10CC |
| | | Amount = $46.50 | |
| 04/29/13 | Messenger and delivery From Washington Street Ale House BJW | | MEALSCL |
| | | Amount = $41.15 | |
| 04/29/13 | Messenger and delivery | | MESS |
| | | Amount = $12.00 | |
| 04/29/13 | PACER | | DOCRETRI |
| | | Amount = $164.60 | |
| 04/29/13 | Postage | | POST |
| | | Amount = $15.15 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 33

Client #  732310

| | | | |
|---|---|---|---|
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 34
Client #  732310

| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $2.90 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $4.70 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $8.80 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 35

Client #  732310

| | | | |
|---|---|---|---|
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $18.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $17.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $6.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $1.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $1.60 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $34.50 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $2.80 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 36

Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $2.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $7.90 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.40 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.60 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $1.70 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.50 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.60 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.60 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $3.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 37

Client #  732310

| Date | | Description | | | | Code |
|------|---|---|---|---|---|------|
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $2.90 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $0.10 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $3.20 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $9.70 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $0.70 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $0.20 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $7.70 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $3.30 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $0.10 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $0.10 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $2.90 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $2.80 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $1.90 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $0.30 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $117.40 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $0.10 | | | |
| 04/29/13 | Printing | | | | | DUP.10CC |
| | | Amount = | $0.10 | | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 38

Client #  732310

| 04/29/13 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount = $0.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $1.40 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $2.00 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $2.50 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $20.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 39

Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 04/29/13 | Printing | Amount =  $0.30 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $0.10 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $0.10 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $0.10 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $1.60 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $0.20 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $5.20 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $0.90 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $1.30 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $0.60 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $0.30 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $0.10 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $0.30 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $0.30 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $1.10 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $1.90 | DUP.10CC |
| 04/29/13 | Printing | Amount =  $2.70 | DUP.10CC |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151
Page 40

Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $2.80 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $5.70 | |

Nortel Creditors Committee                          May 22, 2013
c/o Fred S. Hodara, Esq.                            Invoice 431151
Akin Gump Strauss Hauer Feld LLP
One Bryant Park                                     Page 41
New York NY  10036                                  Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $19.70 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $5.90 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.70 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $1.40 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $4.50 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $3.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount =  $1.90 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151

Page 42

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $3.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $2.60 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $1.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $1.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $2.00 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $1.80 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/29/13 | Printing | | DUP.10CC |
| | | Amount = $3.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151

Page 43

Client #  732310

| | | | |
|---|---|---|---|
| 04/30/13 | Binding/Tabs Velobinding | | BIND |
| | | Amount = $7.50 | |
| 04/30/13 | Photocopies | | DUP.10CC |
| | | Amount = $27.30 | |
| 04/30/13 | Photocopies | | DUP.10CC |
| | | Amount = $13.50 | |
| 04/30/13 | Messenger and delivery | | MESS |
| | | Amount = $16.50 | |
| 04/30/13 | Messenger and delivery | | MESS |
| | | Amount = $12.00 | |
| 04/30/13 | PACER | | DOCRETRI |
| | | Amount = $141.60 | |
| 04/30/13 | Postage | | POST |
| | | Amount = $5.16 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount = $1.70 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

May 22, 2013
Invoice 431151

Page 44

Client #  732310

| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $2.00 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $1.80 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $1.70 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $2.30 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $1.60 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $1.40 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $2.10 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $6.00 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =  $6.60 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

May 22, 2013
Invoice 431151

Page 45

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =   $1.20 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =   $5.40 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =   $7.20 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =   $4.20 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =   $25.20 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =   $2.00 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =   $4.00 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =   $1.40 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =   $0.70 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =   $4.00 | |
| 04/30/13 | Printing | | DUP.10CC |
| | | Amount =   $2.40 | |

TOTALS FOR  732310          Official Committee of the Board of Directors of Nortel
                            Networks Inc


Expenses     $3,846.53