**EXHIBIT B**

**DENTONS**

Dentons Canada LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada  M5K 0A1

Salans FMC SNR Denton
dentons.com

T 416 863 4511
F 416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2984525**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| <u>Date</u> | <u>Matter Number</u> | <u>Lawyer</u> |
|---|---|---|
| May 29, 2013 | 538462-000001 | Michael Wunder |

The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| | | |
|---|---|---|
| Professional Fees | $ | 163,119.50 |
| Disbursements | | 1,293.23 |
| **Total Amount Due** | **$** | **164,412.73  CDN.** |

**DENTONS CANADA LLP**

Per: _____
**Michael Wunder**

---

**Payment Options:**

**Cheques:**
Cheques payable to Dentons Canada LLP
and mailed to the above noted address.

**Internet Banking:**
Accepted at most financial institutions. Your payee is Dentons Canada LLP and
your account number is 538462. Please email us at
Edm.Accounting@dentons.com referencing invoice number and payment
amount.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Tor.Accounting@dentons.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

DENTONS CANADA LLP

INVOICE 2984525

The Official Committee of Unsecured Creditors

Page 2 of 18

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Mar-13 | RSK | 0031 | Review of supplemental allocation submissions and provide comments to FMC team regarding Canadian issues. | 1.2 |
| 01-Mar-13 | RSK | 0029 | Review of draft exhibits to Allocation Submission. | 0.4 |
| 01-Mar-13 | MJW | 0029 | Review info package regarding retention of UCC expert for allocation litigation. | 0.4 |
| 01-Mar-13 | MJW | 0029 | Review multiple drafts of NNI/UCC submission for allocation procedures joint hearing, consider Canadian comments, and email exchange with FMC team. | 2.4 |
| 01-Mar-13 | MJW | 0029 | Meet with J. Kaufman and provide instructions regarding Canadian due diligence for UCC allocation submission. | 0.2 |
| 01-Mar-13 | MJW | 0029 | Call with NNI's Canadian counsel to discuss Canadian issues regarding joint NNI/UCC allocation submission. | 0.2 |
| 01-Mar-13 | MJW | 0031 | Review report regarding Canadian issues relating to joint submission, and review Canadian case law. | 0.8 |
| 01-Mar-13 | RCJ | 0031 | Review and comment on Supplemental Allocation Submission on Canadian issues. | 2.3 |
| 01-Mar-13 | JK | 0031 | Review instructions from M. Wunder regarding review of Canadian law regarding allocation submissions. | 0.2 |
| 01-Mar-13 | JK | 0031 | Review allocation submission and Canadian case law and revise draft submissions. | 2.6 |
| 01-Mar-13 | NEL | 0029 | Comment on revised brief on allocation issues. | 0.4 |
| 01-Mar-13 | NEL | 0029 | Review arguments regarding allocation issues. | 0.7 |
| 01-Mar-13 | CPG | 0019 | Review and analysis of Canadian pension claim issues | 1.6 |
| 02-Mar-13 | RSK | 0031 | Review of further revisions to Joint Supplemental Allocation Submission regarding Canadian law and citations. | 0.6 |
| 02-Mar-13 | RSK | 0031 | Review draft allocation submissions for UCC. | 0.4 |
| 02-Mar-13 | MJW | 0019 | Review and comment on draft report for UCC and advisors regarding Ontario and Quebec pension issues, and confer with M. Picard regarding same and review background material and reports. | 0.7 |
| 02-Mar-13 | MJW | 0003 | Prepare December 2012 account. | 1.4 |
| 02-Mar-13 | MJW | 0029 | Review summary of Canadian due diligence and cases in connection with preparation of joint NNI/UCC submission in Canadian proceeding, and consider revisions to submission and email correspondence with FMC team regarding same. | 1.8 |
| 02-Mar-13 | RCJ | 0029 | Further review and revisions to draft allocation submission, and review related briefs. | 2.7 |

DENTONS CANADA LLP                                               INVOICE 2984525
The Official Committee of Unsecured Creditors                      Page 3 of 18
Re: Nortel Networks Inc., et al.                            Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 03-Mar-13 | RSK | 0031 | Review of further emails regarding Canadian issues for joint allocation submission. | 0.4 |
| 03-Mar-13 | RSK | 0029 | Review of draft allocation submission by bondholders. | 0.7 |
| 03-Mar-13 | MJW | 0018 | Review and comment on summary of Canadian tax issues, and confer same with M. Peters regarding same. | 0.8 |
| 03-Mar-13 | MJW | 0029 | Review summary of Canadian due diligence and cases in connection with preparation of joint NNI/UCC submission in Canadian proceeding, and consider revisions to submission and email correspondence with FMC team regarding same. | 2.3 |
| 03-Mar-13 | MJW | 0029 | Call with FMC team to discuss Canadian comments of joint allocation procedures submission. | 0.5 |
| 03-Mar-13 | MJW | 0029 | Report to Akin Gump regarding draft allocation procedures joint submission. | 0.7 |
| 03-Mar-13 | RCJ | 0031 | Review and analysis of case authority regarding allocation issues and litigation prep. | 2.7 |
| 03-Mar-13 | JK | 0029 | Review of revised allocation submissions and provide comments regarding Canadian case law. | 1.1 |
| 04-Mar-13 | RSK | 0029 | Review email correspondence from Torys and Akin Gump regarding draft allocation submissions. | 0.2 |
| 04-Mar-13 | RSK | 0029 | Review of Supplemental Allocation Submissions of former D&O, CCCs, Joint Administrators of Nortel UK and EMEA Debtors, Law Debenture, UK Pension Trustee. | 2.8 |
| 04-Mar-13 | RSK | 0031 | Review of correspondence from Wilmington Trust's counsel regarding allocation motion. | 0.2 |
| 04-Mar-13 | MJW | 0029 | Conference call with UCC advisors regarding allocation procedures motion and NNI/UCC submission. | 0.5 |
| 04-Mar-13 | MJW | 0029 | Email correspondence with NNI's Canadian counsel regarding allocation procedures motion and NNI/UCC submission. | 0.3 |
| 04-Mar-13 | MJW | 0029 | Review revised draft NNI/UCC submission for allocation procedures motion. | 0.4 |
| 04-Mar-13 | MJW | 0029 | Review submissions in Canadian proceeding by other parties for allocation procedures motion to prepare for motion. | 2.9 |
| 04-Mar-13 | NEL | 0029 | Review e-mails from US counsel regarding status of allocation issues. | 0.1 |
| 04-Mar-13 | CPG | 0019 | Email correspondence with M. Wunder regarding Canadian pension issues. | 0.2 |
| 05-Mar-13 | MMP | 0019 | Analyzing process and timing for Nortel Canadian registered pension plans deficiency claims. | 0.8 |
| 05-Mar-13 | MMP | 0019 | Review updated information regarding status of the wind-up of the Nortel registered pension plans. | 0.6 |
| 05-Mar-13 | RSK | 0031 | Review of pleadings and preparation for allocation protocol motion. | 5.2 |
| 05-Mar-13 | MJW | 0029 | Review and analyze submissions for allocation procedures | 2.8 |

DENTONS CANADA LLP

INVOICE 2984525

The Official Committee of Unsecured Creditors

Page 4 of 18

Re: Nortel Networks Inc., et al.

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | joint motion, Canadian authorities in support of NNI/UCC submission, and analyze Canadian issues, to prepare for joint hearing. | |
| 05-Mar-13 | MJW | 0029 | Email correspondence with UCC advisors and counsel regarding joint hearing for allocation procedures motion. | 0.3 |
| 05-Mar-13 | NEL | 0029 | Review and analyze supplemental submissions regarding allocation motion. | 1.1 |
| 05-Mar-13 | CPG | 0019 | Review and analysis of Canadian pension issues and claims. | 1.8 |
| 06-Mar-13 | MMP | 0019 | Researched and analyze legislative and regulatory rules related to Canadian pension deficiencies. | 1.2 |
| 06-Mar-13 | RSK | 0031 | Review of Canadian case law regarding Canadian allocation issues. | 0.5 |
| 06-Mar-13 | RSK | 0031 | Review of allocation submissions and preparation for hearing. | 4.7 |
| 06-Mar-13 | RSK | 0031 | Conference call with Akin Gump and counsel for NNI regarding allocation hearing. | 0.6 |
| 06-Mar-13 | RSK | 0031 | Review of MOE motion record requesting introduction of fresh evidence for Canadian appeal of environmental order. | 0.7 |
| 06-Mar-13 | MJW | 0029 | Review allocation procedures motions and cross-motions filed in Canada and supporting factums and supplemental submissions and allocation protocol, to prepare for Canadian portion of joint hearing. | 3.2 |
| 06-Mar-13 | MJW | 0029 | Email correspondence and conference call with UCC and NNI advisors to prepare for allocation procedures joint hearing. | 0.8 |
| 06-Mar-13 | MJW | 0029 | Meet with S. Kukulowicz to prepare for allocation procedures joint hearing. | 0.4 |
| 06-Mar-13 | RCJ | 0031 | Participate (telephonically) in conference with Akin Gump and Cleary regarding allocation hearing. | 0.6 |
| 07-Mar-13 | MMP | 0019 | Prepare summary regarding Canadian pension plans and deficiencies. | 2.7 |
| 07-Mar-13 | RSK | 0008 | Attended Canadian court hearing for allocation hearing. | 4.6 |
| 07-Mar-13 | RSK | 0031 | Review of NNI recognition motion materials and related emails. | 0.6 |
| 07-Mar-13 | MJW | 0008 | Attend to joint court hearing for allocation procedures. | 4.6 |
| 07-Mar-13 | MJW | 0029 | Email correspondence with UCC advisors regarding cross-border evidentiary proceedings, and instructions to B. Moran regarding same. | 0.5 |
| 07-Mar-13 | MJW | 0031 | Review motion record for NNI CCAA recognition proceeding in Canada and draft orders for approval by Canadian court, and report to Akin Gump regarding same. | 0.7 |
| 07-Mar-13 | MJW | 0031 | Email correspondence with Akin Gump regarding Canadian Court hearing and orders. | 0.3 |
| 07-Mar-13 | MJW | 0029 | Email correspondence from Monitor's Canadian counsel regarding joint court call for allocation procedures motion | 0.1 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984525
Page 5 of 18
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | decision and email to Akin Gump. | |
| 07-Mar-13 | RCJ | 0007 | Review and analyze submissions regarding allocation protocol litigation to prepare for court hearing. | 2.0 |
| 07-Mar-13 | RCJ | 0008 | Participate in joint hearing regarding allocation/arbitration. | 4.6 |
| 07-Mar-13 | NEL | 0029 | Review report to Committee regarding hearing. | 0.1 |
| 08-Mar-13 | MMP | 0019 | Considered and researched the potential remedies and procedures for accelerating the determination of the amount of the pension deficiencies in the Nortel Canadian registered pension plans. | 1.6 |
| 08-Mar-13 | RSK | 0008 | Participated in joint conference call with Courts regarding allocation decision. | 0.4 |
| 08-Mar-13 | RSK | 0031 | Participated in conference calls with UCC professionals and UCC regarding decision and jurisdiction of Courts. | 0.6 |
| 08-Mar-13 | RSK | 0031 | Review and analyze court endorsement from Justice Morawetz. | 0.4 |
| 08-Mar-13 | RSK | 0031 | Participated in Committee call regarding update on allocation hearing. | 0.5 |
| 08-Mar-13 | MJW | 0008 | Attend on joint hearing court call for allocation procedures motion decisions. | 0.4 |
| 08-Mar-13 | MJW | 0029 | Attend on call with UCC advisors to discuss court decision and next steps regarding claims litigation. | 0.4 |
| 08-Mar-13 | MJW | 0007 | Attend on UCC call. | 0.2 |
| 08-Mar-13 | MJW | 0029 | Conference with S. Kukulowicz and memo to T. Banks regarding Canadian issues relating to allocation trial/hearing. | 0.3 |
| 08-Mar-13 | MJW | 0029 | Review and analyze allocation protocol approved by courts and requested revised NNI allocation protocol. | 0.7 |
| 08-Mar-13 | MJW | 0032 | Multiple email correspondence with Canadian counsel for various parties in connection with NNI CCAA recognition proceeding motion for recognition orders. | 0.4 |
| 08-Mar-13 | MJW | 0031 | Review draft Canadian court endorsement language for CCAA recognition orders. | 0.2 |
| 08-Mar-13 | RCJ | 0008 | Participate in joint conference call with Courts and following calls with UCC advisors and UCC regarding allocation forum decision. | 1.0 |
| 08-Mar-13 | CPG | 0019 | Review and analysis of Canadian pension issues. | 1.7 |
| 09-Mar-13 | MMP | 0019 | Continue preparation of deficiency amounts in the Nortel Canadian registered pension plans. | 1.8 |
| 09-Mar-13 | RSK | 0031 | Review of email correspondence regarding NNI motion for recognition orders. | 0.4 |
| 09-Mar-13 | MJW | 0019 | Review and provide comments on Canadian pension summary for UCC advisors, and review press releases and reports regarding same. | 1.1 |
| 09-Mar-13 | CPG | 0019 | Review email from Mary Picard to Michael Wunder regarding | 0.2 |

DENTONS CANADA LLP                                              INVOICE 2984525
The Official Committee of Unsecured Creditors                   Page 6 of 18
Re: Nortel Networks Inc., et al.                               Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | Canadian pension issues. | |
| 09-Mar-13 | CPG | 0019 | Email correspondence with M. Picard regarding Canadian pension issues. | 0.3 |
| 10-Mar-13 | RSK | 0031 | Review of email correspondence from Akin Gump and FMC regarding recognition motion. | 0.3 |
| 10-Mar-13 | MJW | 0019 | Continued preparation of report to UCC advisors and advisors regarding Canadian pension issues. | 0.4 |
| 11-Mar-13 | RSK | 0031 | Review of Canadian court endorsement regarding recognition order. | 0.2 |
| 11-Mar-13 | RSK | 0031 | Exchanged emails with FMC team regarding Canadian research relating to allocation trial. | 0.3 |
| 11-Mar-13 | MJW | 0031 | Review issued Canadian order and endorsement from CCAA recognition motion, and email correspondence with NNI's Canadian counsel, and report to Akin Gump. | 0.3 |
| 11-Mar-13 | MJW | 0031 | Review litigation protocol, and emails and proposed litigation schedules in connection with Canadian case outstanding issues. | 1.2 |
| 11-Mar-13 | MJW | 0012 | Review UK/EMEA debtors claims filed against Canadian debtors. | 1.4 |
| 11-Mar-13 | RCJ | 0029 | Analysis of allocation litigation issues including review of submissions. | 1.9 |
| 11-Mar-13 | RCJ | 0031 | Analyze Canadian litigation issues in preparation for allocation litigation. | 2.2 |
| 11-Mar-13 | TMB | 0029 | Analyze Canadian legal issues regarding allocation trial. | 0.5 |
| 12-Mar-13 | RSK | 0031 | Review of letter from Monitor to Justice Morawetz regarding "core parties" and review of email from Goodmans on proposed scheduling. | 0.4 |
| 12-Mar-13 | MJW | 0029 | Review correspondence from Monitor to CCAA court regarding allocation protocol, and email exchange with Akin Gump regarding same. | 0.3 |
| 12-Mar-13 | MJW | 0012 | Review EMEA claims filed against Canadian debtors and claims filed against U.S. debtors, and analyze claims and discovery issues. | 1.8 |
| 12-Mar-13 | CPG | 0019 | Email to M. Picard regarding Canadian pension issues. | 0.2 |
| 12-Mar-13 | CPG | 0019 | Review and analysis of Canadian pension issues and related pension claims. | 2.5 |
| 13-Mar-13 | MJW | 0019 | Call with C. Galinski to discuss Canadian pension issues and related deficiency status. | 0.2 |
| 13-Mar-13 | CPG | 0019 | Telephone conversation with M. Wunder to discuss Canadian pension issues. | 0.2 |
| 13-Mar-13 | CPG | 0019 | Email correspondence with M. Picard regarding Canadian pension claim issues. | 0.3 |
| 14-Mar-13 | RSK | 0007 | Participated in Committee call. | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984525
Page 7 of 18
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 14-Mar-13 | RSK | 0029 | Review submissions regarding scheduling for allocation litigation. | 0.7 |
| 14-Mar-13 | MJW | 0007 | Attend on Committee call. | 0.1 |
| 15-Mar-13 | RSK | 0031 | Review of draft litigation timetable and discovery/deposition plan proposed by Monitor and Nortel Canada. | 0.8 |
| 15-Mar-13 | RSK | 0031 | Email correspondence with Akin Gump and FMC regarding timetable proposed by Monitor and Nortel Canada. | 0.3 |
| 15-Mar-13 | RSK | 0031 | Email correspondence with Akin Gump regarding process for disallowance of claims. | 0.7 |
| 15-Mar-13 | RCJ | 0029 | Review and comment on detailed draft litigation timetable and discovery plan proposed by Monitor. | 0.9 |
| 15-Mar-13 | RCJ | 0012 | Examine claims disallowance issues and related litigation timetable. | 1.3 |
| 15-Mar-13 | NEL | 0029 | Review email from U.S. counsel regarding allocation litigation issues. | 0.1 |
| 15-Mar-13 | CPG | 0019 | Review and analysis of Canadian pension issues. | 1.8 |
| 16-Mar-13 | RSK | 0031 | Emails with Akin Gump and Capstone regarding proposed allocation litigation timetable. | 0.4 |
| 16-Mar-13 | RSK | 0031 | Telephone attendance with M. Wunder regarding litigation timetable and discovery plan. | 0.2 |
| 16-Mar-13 | RSK | 0031 | Review of proposed allocation litigation timetable. | 0.4 |
| 16-Mar-13 | MJW | 0029 | Review CCAA Monitor's proposed litigation and discovery schedule and analyze in connection with UCC participation. | 1.8 |
| 16-Mar-13 | MJW | 0029 | Email correspondence with FMC, Akin and Capstone regarding proposed litigation schedule and related issues. | 0.6 |
| 17-Mar-13 | RSK | 0031 | Review of analysis from T. Banks regarding allocation litigation issues. | 0.2 |
| 17-Mar-13 | RSK | 0031 | Exchanged emails with FMC team regarding Canadian issues on proposed litigation timetable. | 0.2 |
| 17-Mar-13 | RSK | 0031 | Conference call with FMC team regarding cross-border litigation procedures. | 0.3 |
| 17-Mar-13 | MJW | 0031 | Review and analyze draft allocation litigation issues and schedule. | 0.6 |
| 17-Mar-13 | MJW | 0031 | Conference call with FMC team to discuss CCAA Monitor's proposed litigation schedule and issues for discussion with Akin and Capstone. | 0.6 |
| 17-Mar-13 | MJW | 0029 | Email correspondence with T. Banks and review summary regarding Canadian issues relating to allocation trial. | 0.3 |
| 17-Mar-13 | RCJ | 0031 | Consider Canadian specific issues regarding allocation and litigation. | 2.6 |
| 17-Mar-13 | TMB | 0031 | Analysing Canadian procedural issues relating to allocation trial. | 3.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984525
Page 8 of 18
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 18-Mar-13 | RSK | 0031 | Email correspondence with T. Banks regarding allocation litigation issues. | 0.4 |
| 18-Mar-13 | RSK | 0031 | Telephone attendance with Akin Gump regarding Canadian litigation issues. | 0.2 |
| 18-Mar-13 | RSK | 0029 | Further analysis of draft allocation litigation timetable and discovery plan. | 1.1 |
| 18-Mar-13 | RSK | 0029 | Participated in conference call with advisors for UCC and bonds regarding allocation litigation issues. | 0.6 |
| 18-Mar-13 | MJW | 0029 | Call to Akin Gump to discuss Monitor proposed allocation litigation schedule. | 0.2 |
| 18-Mar-13 | MJW | 0031 | Email and call to S. Kukulowicz regarding Canadian litigation issues. | 0.3 |
| 18-Mar-13 | MJW | 0031 | Review FMC retention application in connection with Canadian litigation. | 0.3 |
| 18-Mar-13 | RCJ | 0031 | Continue allocation litigation analysis including Canadian related issues. | 1.4 |
| 18-Mar-13 | TMB | 0031 | Analysing Canadian procedural issues relating to allocation trial. | 1.3 |
| 18-Mar-13 | NEL | 0029 | Review litigation schedule proposal from U.S. debtor. | 0.4 |
| 19-Mar-13 | RSK | 0029 | Review of comments on Monitor's proposed litigation schedule, and analyze Canadian issues. | 0.9 |
| 19-Mar-13 | RSK | 0029 | Office conference with FMC team regarding litigation schedule and issues. | 1.9 |
| 19-Mar-13 | RSK | 0029 | Review of correspondence from counsel for UK pension parties regarding litigation timetable and discovery and deposition plan. | 0.4 |
| 19-Mar-13 | RSK | 0029 | Review of comments on Monitor's litigation schedule proposal and provided FMC comments. | 0.8 |
| 19-Mar-13 | RSK | 0029 | Participated in conference call with Akin Gump, Cleary and Milbank regarding litigation timetable and discovery plan. | 1.1 |
| 19-Mar-13 | RSK | 0029 | Review of further revised NNI version of allocation Litigation Timetable and Discovery and Deposition Plan. | 0.6 |
| 19-Mar-13 | MJW | 0029 | Email correspondence with Akin Gump and FMC regarding allocation litigation schedule and related issues. | 0.3 |
| 19-Mar-13 | MJW | 0029 | Review U.S. debtor proposed allocation litigation and discovery schedule. | 0.6 |
| 19-Mar-13 | MJW | 0029 | Conference with FMC team regarding Canadian litigation issues in connection with claims and allocation. | 0.4 |
| 19-Mar-13 | RCJ | 0029 | Review further revised NNI draft litigation timetable and discovery plan, and assess U.S. Debtor/UCC participation. | 1.7 |
| 19-Mar-13 | RCJ | 0029 | Detailed consideration of allocation litigation schedule, strategy and preparation. | 3.3 |

DENTONS CANADA LLP                                                         INVOICE 2984525
The Official Committee of Unsecured Creditors                                 Page 9 of 18
Re: Nortel Networks Inc., et al.                                      Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|------|---------------------|-------|
| 19-Mar-13 | CPG | 0019 | Review and analysis of Canadian pension issues and related deficiency claims. | 1.7 |
| 20-Mar-13 | RSK | 0029 | Exchanged emails with FMC team regarding Monitor's proposal for litigation schedule and status. | 0.4 |
| 20-Mar-13 | RSK | 0029 | Review of correspondence from Monitor's counsel to UK pension parties regarding litigation issues. | 0.2 |
| 20-Mar-13 | RSK | 0029 | Review of revised NNI Timetable and Discovery Plan, and analyze Canadian litigation issues. | 0.8 |
| 20-Mar-13 | RSK | 0007 | Participated in UCC advisor status call. | 0.7 |
| 20-Mar-13 | RSK | 0031 | Review of correspondence from counsel for Monitor to Justice Morawetz regarding litigation schedule. | 0.3 |
| 20-Mar-13 | RSK | 0031 | Email correspondence with Akin and Cleary regarding Monitor's report to Canadian court. | 0.6 |
| 20-Mar-13 | MJW | 0029 | Review correspondence from counsel to various parties regarding proposed allocation litigation schedule including counsel for UK Pension Trustee and CCAA Monitor, and conference with R. Jacobs regarding same. | 0.6 |
| 20-Mar-13 | MJW | 0029 | Email correspondence with Akin Gump and FMC regarding allocation litigation schedule and related issues. | 0.3 |
| 20-Mar-13 | MJW | 0029 | Review U.S. debtor proposed allocation litigation and discovery schedule. | 0.7 |
| 20-Mar-13 | MJW | 0003 | Prepare February 2013 account. | 1.3 |
| 20-Mar-13 | NEL | 0007 | Participate in UCC professionals status call. | 0.6 |
| 21-Mar-13 | RSK | 0029 | Review of correspondence to Justice Morawetz and notice to Judge Gross from Cleary regarding Litigation Timetable and Discovery Plan. | 0.4 |
| 21-Mar-13 | RSK | 0029 | Conference call with NNI's Canadian counsel regarding NNI submissions regarding litigation schedule. | 0.4 |
| 21-Mar-13 | RSK | 0007 | Participated in Committee call. | 0.3 |
| 21-Mar-13 | RSK | 0031 | Review of correspondence from counsel for UK pension parties to Justice Morawetz. | 0.1 |
| 21-Mar-13 | RSK | 0029 | Review of correspondence regarding NNI allocation litigation schedule. | 0.4 |
| 21-Mar-13 | MJW | 0029 | Conference with FMC team regarding allocation litigation schedule issues. | 0.2 |
| 21-Mar-13 | MJW | 0029 | Email correspondence with T. Banks and FMC team regarding Canadian Court allocation hearing issues. | 0.3 |
| 21-Mar-13 | MJW | 0029 | Multiple correspondence with Akin, FMC, Cleary and Torys regarding negotiations for litigation protocol and discovery schedule for allocation litigation, and various comments regarding proposed schedule. | 0.4 |
| 21-Mar-13 | MJW | 0029 | Review draft correspondence by Canadian counsel for U.S. Debtors to the Canadian Court, and email correspondence | 0.4 |

DENTONS CANADA LLP                                    INVOICE 2984525
The Official Committee of Unsecured Creditors                    Page 10 of 18
Re: Nortel Networks Inc., et al.                          Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | regarding same. | |
| 21-Mar-13 | MJW | 0029 | Review revised draft litigation and discovery schedule for allocation and claims litigation. | 0.5 |
| 21-Mar-13 | MJW | 0007 | Attend on Committee call. | 0.3 |
| 21-Mar-13 | MJW | 0029 | Conference call with FMC and Torys to discuss allocation litigation issues. | 0.3 |
| 21-Mar-13 | MJW | 0031 | Review email correspondence from the Ontario Ministry of Environment regarding Nortel leave for appeal motion for Canadian environmental order, analyze scheduling proposal, and review MOE notice of motion. | 0.4 |
| 21-Mar-13 | RCJ | 0007 | Participated in UCC call. | 0.3 |
| 21-Mar-13 | NEL | 0029 | Review and analyze litigation schedule and letters to courts. | 0.5 |
| 21-Mar-13 | CPG | 0019 | Review and analysis of Canadian pension issues and consideration of status of wind-up and deficiency. | 1.8 |
| 22-Mar-13 | RSK | 0029 | Conference call with Monitor, US and Canadian Debtors and UCC regarding allocation litigation plan. | 1.5 |
| 22-Mar-13 | RSK | 0029 | Call with UCC and NNI advisors to discuss allocation litigation issues. | 0.7 |
| 22-Mar-13 | RSK | 0031 | Review of notice regarding Court of Appeal case conference on MOE appeal. | 0.2 |
| 22-Mar-13 | RSK | 0029 | Review of email correspondence regarding appeal of decision for approval of Court allocation process and discussed same with FMC team. | 0.4 |
| 22-Mar-13 | MJW | 0029 | Prepare for call with counsel U.S. and Canadian estates, Monitor and UCC, including review of litigation protocols and discovery schedules. | 0.7 |
| 22-Mar-13 | MJW | 0029 | Attend on conference call with counsel U.S. and Canadian estates, Monitor and UCC, including review of litigation protocols and discovery schedules, and follow-up call with counsel for NNI and UCC. | 1.5 |
| 22-Mar-13 | MJW | 0031 | Email correspondence to and from Akin and FMC regarding Canadian proceeding litigation issues, confer with T. Banks regarding same and report to Akin. | 0.6 |
| 22-Mar-13 | MJW | 0031 | Email correspondence with Cleary and Akin Gump, and call with Torys to discuss Canadian proceeding litigation issues. | 0.4 |
| 22-Mar-13 | MJW | 0031 | Call with NNI's Canadian counsel and email correspondence to Nortel Canada's Canadian counsel regarding appeal of Nortel Canada environmental order by MOE and litigation schedule and case conference, and analyze action items. | 0.4 |
| 22-Mar-13 | RCJ | 0029 | Participated in lengthy all hands discovery litigation timetable call with Monitor, U.S. and Canadian estates and UCC, and post-call with UCC advisors. | 1.2 |
| 22-Mar-13 | RCJ | 0029 | Consider follow up issues from all hands litigation and | 1.9 |

DENTONS CANADA LLP                                                           INVOICE 2984525
The Official Committee of Unsecured Creditors                               Page 11 of 18
Re: Nortel Networks Inc., et al.                                          Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|--------------------|-------|
| | | | discovery call. | |
| 22-Mar-13 | TMB | 0031 | Call with M. Wunder to discuss Canadian allocation litigation issues. | 0.3 |
| 23-Mar-13 | RSK | 0029 | Review of correspondence from counsel for EMEA debtor counsel regarding litigation timeline and related email correspondence. | 0.6 |
| 24-Mar-13 | RSK | 0029 | Review of Notices of Claims Disallowance served on UK Pension Trustee, French Liquidator and joint administrators of EMEA. | 1.3 |
| 25-Mar-13 | RSK | 0031 | Participated in conference call with Court of Appeal regarding MOE Canadian appeal. | 0.5 |
| 25-Mar-13 | RSK | 0029 | Review of additional correspondence from Monitor to Justice Morawetz and draft "Confidentiality Stipulation and Protective Order". | 0.7 |
| 25-Mar-13 | RSK | 0029 | Review of correspondence from Hogan Lovells (UK counsel for UK Pension Trustee) to Monitor regarding litigation timetable. | 0.3 |
| 25-Mar-13 | RSK | 0029 | Review of correspondence from counsel for the CCC to Monitor regarding access to documents in connection with allocation schedule. | 0.2 |
| 25-Mar-13 | RSK | 0031 | Office conference with M. Wunder and review of email correspondence regarding Canadian litigation issues. | 0.3 |
| 25-Mar-13 | RSK | 0032 | Review of U.S. filings regarding litigation timetable. | 0.3 |
| 25-Mar-13 | RSK | 0029 | Review of various competing allocation litigation timelines and discovery issues. | 0.8 |
| 25-Mar-13 | MJW | 0031 | Attend on case conference call with Ontario Court of Appeal regarding appeal of Canadian environmental order. | 0.5 |
| 25-Mar-13 | MJW | 0029 | Review multiple correspondence and related material served on Canadian service list regarding allocation litigation and discovery schedule, and confer with FMC team regarding same. | 0.8 |
| 25-Mar-13 | MJW | 0029 | Multiple email correspondence with FMC, Capstone and Akin teams regarding allocation litigation including schedule and timing. | 0.3 |
| 25-Mar-13 | MJW | 0012 | Review multiple notices of disallowance regarding Nortel UK claims against the Canadian estate. | 0.4 |
| 25-Mar-13 | MJW | 0031 | Email correspondence with Akin Gump and FMC regarding Canadian litigation issues, and instruction memo to and call with T. Banks regarding same and preparation of memo of Canadian issues. | 0.3 |
| 25-Mar-13 | MJW | 0029 | Review draft NNI prepared litigation and discovery schedule. | 0.4 |
| 25-Mar-13 | RCJ | 0029 | Review various litigation timetable and discovery plan proposals filed by core parties for allocation dispute. | 1.4 |
| 25-Mar-13 | RCJ | 0029 | Calls with Akin Gump and FMC teams regarding various | 0.4 |

DENTONS CANADA LLP                                                         INVOICE 2984525
The Official Committee of Unsecured Creditors                             Page 12 of 18
Re: Nortel Networks Inc., et al.                                          Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | litigation timetable and discovery plan proposals filed by parties. | |
| 25-Mar-13 | RP | 0031 | Consider Canadian CCAA litigation issues. | 1.2 |
| 26-Mar-13 | RSK | 0029 | Review of correspondence from Canadian counsel to UK Pension Trustee and EMEA debtors regarding allocation litigation timetable. | 0.4 |
| 26-Mar-13 | RSK | 0029 | Review of correspondence from counsel for CCCs to counsel for NNI regarding participation as "core party" in US proceedings. | 0.2 |
| 26-Mar-13 | RSK | 0032 | Review of emails from Akin regarding issue of "core party" participation in US litigation. | 0.3 |
| 26-Mar-13 | RSK | 0032 | Review of notice of status conference before Judge Gross. | 0.2 |
| 26-Mar-13 | MJW | 0029 | Review and consider Canadian research material regarding allocation litigation issues. | 2.4 |
| 26-Mar-13 | MJW | 0029 | Review multiple email correspondence from counsel for various parties including NNI, UK Joint Administrators and UK PPF regarding allocation and claims litigation schedule and related issues, and email exchanges regarding same with Akin Gump and FMC teams. | 0.9 |
| 26-Mar-13 | MJW | 0029 | Review correspondence from U.S. counsel for NNI to Judge Gross regarding case conference, and email exchange regarding same with Akin Gump and FMC teams. | 0.3 |
| 26-Mar-13 | TMB | 0031 | Review and comment on memo regarding Canadian litigation issues. | 0.5 |
| 26-Mar-13 | RP | 0029 | Review case law and secondary source material regarding allocation litigation and Canadian related issues and prepare memo regarding same. | 4.8 |
| 26-Mar-13 | CPG | 0019 | Review and analysis of Canadian pension issues and consider Canadian pension wind-up and claims. | 1.6 |
| 27-Mar-13 | RSK | 0031 | Email correspondence with Akin Gump and FMC regarding standing under cross-border claims protocol. | 0.4 |
| 27-Mar-13 | RSK | 0032 | Participated in U.S. court status conference. | 1.4 |
| 27-Mar-13 | MJW | 0003 | Complete February 2013 account. | 0.4 |
| 27-Mar-13 | MJW | 0029 | Email correspondence with Akin Gump and FMC regarding cross-border insolvency protocol, and review and analyze protocol and issues related to allocation litigation schedule and discovery. | 1.8 |
| 27-Mar-13 | MJW | 0008 | Attend telephonically to U.S. Court conference. | 1.4 |
| 27-Mar-13 | MJW | 0007 | Call with UCC advisors to discuss allocation litigation issues. | 0.5 |
| 27-Mar-13 | MJW | 0031 | Review MOE Canadian motion record and factum for Nortel environmental appeal. | 0.7 |
| 27-Mar-13 | RCJ | 0012 | Email correspondence with Akin Gump team regarding standing issues and claims protocol. | 0.3 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984525
Page 13 of 18
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 27-Mar-13 | RCJ | 0012 | Analysis of Canadian claims and allocation protocol issues. | 1.1 |
| 27-Mar-13 | TMB | 0031 | Reviewing and commenting on draft memorandum regarding Canadian litigation issues relating to allocation litigation. | 0.9 |
| 27-Mar-13 | RP | 0031 | Revise summary of Canadian law regarding Canadian litigation issues. | 4.0 |
| 27-Mar-13 | RP | 0031 | Consider Canadian law issues regarding Canadian litigation issues and allocation approval orders. | 2.2 |
| 28-Mar-13 | RSK | 0031 | Review of memo regarding Canadian litigation issues. | 0.6 |
| 28-Mar-13 | RSK | 0031 | Email with Committee advisors regarding status of decisions from U.S. and Canadian courts. | 0.3 |
| 28-Mar-13 | RSK | 0007 | Prepare for and participated in Committee call. | 0.5 |
| 28-Mar-13 | RSK | 0031 | Review of Canadian procedural issues (pleadings, discovery and timing) regarding allocation litigation. | 0.9 |
| 28-Mar-13 | MJW | 0031 | Review summary of case conference circulated by Ontario Court of Appeal regarding Nortel environmental appeal and Northstar appeal and fresh evidence motion. | 0.2 |
| 28-Mar-13 | MJW | 0031 | Review email correspondence from Ontario Ministry of Environment counsel regarding Canadian environmental appeal hearing. | 0.1 |
| 28-Mar-13 | MJW | 0029 | Review updated draft litigation schedules and consider differences in Canadian litigation process. | 0.6 |
| 28-Mar-13 | RCJ | 0007 | Participated in Committee call. | 0.5 |
| 28-Mar-13 | RCJ | 0031 | Consider Canadian litigation issues regarding allocation. | 0.8 |
| 28-Mar-13 | RCJ | 0012 | Continue Canadian claims issue analysis. | 1.6 |
| 28-Mar-13 | CPG | 0019 | Review and analysis of Canadian pension claim issues and pension plan wind-up. | 1.7 |
| | | | **Total** | **218.0** |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984525
Page 14 of 18
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|------------|-------------------------------|-------|------|--------------|
| Colin Galinski | Associate | Pensions/Benefits | British Columbia - 2010 | 17.6 | $400.00 | $7,040.00 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 3.9 | $375.00 | $1,462.50 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 8.7 | $825.00 | $7,177.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 66.7 | $795.00 | $53,026.50 |
| Natalie Levine | Consultant | Financial Restructuring | | 4.0 | $525.00 | $2,100.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 12.2 | $440.00 | $5,368.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 40.7 | $750.00 | $30,525.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 57.4 | $900.00 | $51,660.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 6.8 | $700.00 | $4,760.00 |
| | | | | | | |
| TOTAL | | | | 218.0 | CDN. | $163,119.50 |

**TOTAL PROFESSIONAL FEES**                                   $   163,119.50

**NON-TAXABLE DISBURSEMENTS**

| | |
|---|---|
| Binding Books / Documents | $    35.40 |
| Conference Call charges | 296.90 |
| Library Computer Research | 316.00 |
| Long Distance Telephone Calls | 7.65 |
| Meals & Beverages | 12.75 |
| Photocopy & Printing Charges | 609.10 |
| Transportation Costs | 15.43 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | $   1,293.23 |

**TOTAL DISBURSEMENTS**                                              1,293.23

**TOTAL AMOUNT DUE**                                      $  164,412.73  CDN.

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984525
Page 15 of 18
Matter # 538462-000001

TIME SUMMARY BY TASK CODE:

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0003 | Dentons Fee Application/Monthly Billing Reports | 3.1 | 2,464.50 |
| 0007 | Creditors Committee Meetings | 6.3 | 4,909.50 |
| 0008 | Court Hearings | 17.0 | 13,788.00 |
| 0012 | General Claims Analysis/Claims Objections | 7.9 | 6,087.00 |
| 0018 | Tax Issues | 0.8 | 636.00 |
| 0019 | Labor Issues/Employee Benefits | 28.7 | 16,125.50 |
| 0029 | Intercompany Analysis | 87.1 | 67,719.50 |
| 0031 | Canadian Proceedings/Matters | 64.5 | 49,091.50 |
| 0032 | U.S. Proceedings/Matters | 2.6 | 2,298.00 |
| | **Total** | **218.0** | **$163,119.50** |

DENTONS CANADA LLP INVOICE 2984525
The Official Committee of Unsecured Creditors Page 16 of 18
Re: Nortel Networks Inc., et al. Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 01-Mar-13 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 01-Mar-13 | Laser Copy;Kaufman, Jacob | 2.00 | 0.20 |
| 01-Mar-13 | "eCarswell Online Search/KAUFMAN,JACOB" | 1.00 | 300.00 |
| 02-Mar-13 | "eCarswell Online Search/KAUFMAN,JACOB" | 1.00 | 16.00 |
| 04-Mar-13 | Laser Copy;TaitT | 306.00 | 30.60 |
| 04-Mar-13 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 04-Mar-13 | Laser Copy;NELSON M | 98.00 | 9.80 |
| 04-Mar-13 | Laser Copy;KARTASHM | 105.00 | 10.50 |
| 04-Mar-13 | Laser Copy;Erandio, N. | 204.00 | 20.40 |
| 04-Mar-13 | Telephone;12129185300;New YorkNY;4715 | 1.00 | 0.51 |
| 04-Mar-13 | Telephone;12129185201;New YorkNY;4715 | 1.00 | 3.06 |
| 05-Mar-13 | Laser Copy;NELSON M | 14.00 | 1.40 |
| 05-Mar-13 | Laser Copy;KARTASHM | 6.00 | 0.60 |
| 05-Mar-13 | Laser Copy;KUKULOWI | 40.00 | 4.00 |
| 05-Mar-13 | Laser Copy;TaitT | 1.00 | 0.10 |
| 05-Mar-13 | Laser Copy;TaitT | 3.00 | 0.30 |
| 05-Mar-13 | Laser Copy;DamaniA | 13.00 | 1.30 |
| 05-Mar-13 | Laser Copy;WUNDER M | 7.00 | 0.70 |
| 05-Mar-13 | Working lunch at Aroma for M. Wunder on Feb. 15/13; 2013-2-15 | 1.00 | 8.20 |
| 06-Mar-13 | Laser Copy;KARTASHM | 26.00 | 2.60 |
| 06-Mar-13 | Laser Copy;DamaniA | 750.00 | 75.00 |
| 06-Mar-13 | Colour Photocopy;DamaniA | 1.00 | 1.00 |
| 06-Mar-13 | Telephone;12129185305;New YorkNY;4715 | 1.00 | 2.04 |
| 06-Mar-13 | Cerlox | 1.00 | 2.00 |
| 06-Mar-13 | Tabs | 1.00 | 6.80 |
| 06-Mar-13 | Laser Copy;KUKULOWI | 5.00 | 0.50 |
| 07-Mar-13 | Tabs / Cerlox | 1.00 | 6.60 |
| 07-Mar-13 | Laser Copy;Christopher Blake Mo | 9.00 | 0.90 |
| 07-Mar-13 | Laser Copy;DamaniA | 286.00 | 28.60 |
| 07-Mar-13 | Laser Copy;Erandio, N. | 396.00 | 39.60 |
| 07-Mar-13 | Laser Copy;NELSON M | 76.00 | 7.60 |
| 07-Mar-13 | Laser Copy;KARTASHM | 49.00 | 4.90 |
| 07-Mar-13 | Tabs / Cerlox | 1.00 | 8.60 |
| 08-Mar-13 | Laser Copy;NELSON M | 30.00 | 3.00 |
| 08-Mar-13 | Tabs / Cerlox / Clear Cover | 1.00 | 11.40 |
| 08-Mar-13 | Laser Copy;Erandio, N. | 2,092.00 | 209.20 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 08-Mar-13 | Dining Room Expense - M. Wunder/S. Kukulowicz (Food for working meeting) | 1.00 | 6.00 |
| 08-Mar-13 | Laser Copy;DamaniA | 2.00 | 0.20 |
| 11-Mar-13 | Laser Copy;KARTASHM | 7.00 | 0.70 |
| 12-Mar-13 | Laser Copy;KARTASHM | 7.00 | 0.70 |
| 13-Mar-13 | Laser Copy;NELSON M | 174.00 | 17.40 |
| 13-Mar-13 | Laser Copy;WUNDER M | 18.00 | 1.80 |
| 14-Mar-13 | Meals and Beverages (credit from PBGC) | 1.00 | (40.00) |
| 14-Mar-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 15-Mar-13 | Laser Copy;NELSON M | 60.00 | 6.00 |
| 15-Mar-13 | Laser Copy;KUKULOWI | 61.00 | 6.10 |
| 15-Mar-13 | Laser Copy;jacobsr | 34.00 | 3.40 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 7.81 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 2.00 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 7.39 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 57.56 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 14.69 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 17.96 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 19.52 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 12.84 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 4.56 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 8.90 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 2.62 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 14.91 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 11.53 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 10.14 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 14.84 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 9.25 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 43.67 |
| 17-Mar-13 | Laser Copy;KUKULOWI | 18.00 | 1.80 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 21.19 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 15.52 |
| 18-Mar-13 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 19-Mar-13 | Laser Copy;KUKULOWI | 66.00 | 6.60 |
| 20-Mar-13 | Lunch for Shayne Kukulowicz and Ryan Jacobs while attending Nortel Court Hearing in Toronto on March 7, 2013; 2013-3-7 | 1.00 | 17.48 |
| 20-Mar-13 | Laser Copy;NELSON M | 17.00 | 1.70 |
| 20-Mar-13 | Laser Copy;KUKULOWI | 60.00 | 6.00 |

**DENTONS CANADA LLP**
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984525
Page 18 of 18
Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 21-Mar-13 | Laser Copy;KUKULOWI | 71.00 | 7.10 |
| 21-Mar-13 | Telephone;13026517845;WilmingtDE; 4715 | 1.00 | 0.51 |
| 21-Mar-13 | Telephone;13026517845;WilmingtDE; 4715 | 1.00 | 1.53 |
| 21-Mar-13 | Laser Copy;KARTASHM | 31.00 | 3.10 |
| 21-Mar-13 | Laser Copy;NELSON M | 148.00 | 14.80 |
| 21-Mar-13 | Laser Copy;RabinovitchN | 46.00 | 4.60 |
| 21-Mar-13 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 22-Mar-13 | Laser Copy;RabinovitchN | 1.00 | 0.10 |
| 22-Mar-13 | Laser Copy;jacobsr | 17.00 | 1.70 |
| 22-Mar-13 | Laser Copy;NELSON M | 67.00 | 6.70 |
| 22-Mar-13 | Laser Copy;KUKULOWI | 6.00 | 0.60 |
| 25-Mar-13 | Laser Copy;KUKULOWI | 48.00 | 4.80 |
| 25-Mar-13 | Laser Copy;NELSON M | 274.00 | 27.40 |
| 25-Mar-13 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 26-Mar-13 | Laser Copy;NELSON M | 38.00 | 3.80 |
| 26-Mar-13 | Working lunch at Mr. Sub for R. Jacobs and S. Kukulowicz on March 21/13; 2013-3-21 | 1.00 | 12.98 |
| 26-Mar-13 | Laser Copy;Punjani, R | 74.00 | 7.40 |
| 26-Mar-13 | Laser Copy;jacobsr | 21.00 | 2.10 |
| 26-Mar-13 | Laser Copy;TaitT | 5.00 | 0.50 |
| 27-Mar-13 | Laser Copy;NELSON M | 1.00 | 0.10 |
| 27-Mar-13 | Working lunch at Koya Japan for M. Wunder on March 25/13; 2013-3-26 | 1.00 | 8.09 |
| 27-Mar-13 | Laser Copy;jacobsr | 23.00 | 2.30 |
| 27-Mar-13 | Laser Copy;Punjani, R | 30.00 | 3.00 |
| 28-Mar-13 | Laser Copy;jacobsr | 29.00 | 2.90 |
| 28-Mar-13 | Laser Copy;KUKULOWI | 45.00 | 4.50 |
| 31-Mar-13 | "Beck Taxi/Inv 1721-051/M.Wunder x 2 Mar 7, 22/13 (to and from Canadian court hearing) | 1.00 | 15.43 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$1,293.23** |