**EXHIBIT C**



**DISBURSEMENT SUMMARY**
**MARCH 1 TO MARCH 31, 2013**
(All Amounts in Canadian Dollars)

| | |
|---|---|
| Non-Taxable Disbursements | |
| Binding Books/Documents | $ 35.40 |
| Conference Call charges | $ 296.90 |
| Library Computer Research | $ 316.00 |
| Long Distance Telephone Calls | $ 7.65 |
| Meals & Beverages | $ 12.75 |
| Photocopy & Printing Charges | $ 609.10 |
| Transportation Costs | $ 15.43 |
| Total Non-Taxable Disbursements | $ 1,293.23 CDN. |

12270348_1|TORDOCS