**EXHIBIT D**

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2984525  
Page 16 of 18  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 01-Mar-13 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 01-Mar-13 | Laser Copy;Kaufman, Jacob | 2.00 | 0.20 |
| 01-Mar-13 | "eCarswell Online Search/KAUFMAN,JACOB" | 1.00 | 300.00 |
| 02-Mar-13 | "eCarswell Online Search/KAUFMAN,JACOB" | 1.00 | 16.00 |
| 04-Mar-13 | Laser Copy;TaitT | 306.00 | 30.60 |
| 04-Mar-13 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 04-Mar-13 | Laser Copy;NELSON M | 98.00 | 9.80 |
| 04-Mar-13 | Laser Copy;KARTASHM | 105.00 | 10.50 |
| 04-Mar-13 | Laser Copy;Erandio, N. | 204.00 | 20.40 |
| 04-Mar-13 | Telephone;12129185300;New YorkNY;4715 | 1.00 | 0.51 |
| 04-Mar-13 | Telephone;12129185201;New YorkNY;4715 | 1.00 | 3.06 |
| 05-Mar-13 | Laser Copy;NELSON M | 14.00 | 1.40 |
| 05-Mar-13 | Laser Copy;KARTASHM | 6.00 | 0.60 |
| 05-Mar-13 | Laser Copy;KUKULOWI | 40.00 | 4.00 |
| 05-Mar-13 | Laser Copy;TaitT | 1.00 | 0.10 |
| 05-Mar-13 | Laser Copy;TaitT | 3.00 | 0.30 |
| 05-Mar-13 | Laser Copy;DamaniA | 13.00 | 1.30 |
| 05-Mar-13 | Laser Copy;WUNDER M | 7.00 | 0.70 |
| 05-Mar-13 | Working lunch at Aroma for M. Wunder on Feb. 15/13; 2013-2-15 | 1.00 | 8.20 |
| 06-Mar-13 | Laser Copy;KARTASHM | 26.00 | 2.60 |
| 06-Mar-13 | Laser Copy;DamaniA | 750.00 | 75.00 |
| 06-Mar-13 | Colour Photocopy;DamaniA | 1.00 | 1.00 |
| 06-Mar-13 | Telephone;12129185305;New YorkNY;4715 | 1.00 | 2.04 |
| 06-Mar-13 | Cerlox | 1.00 | 2.00 |
| 06-Mar-13 | Tabs | 1.00 | 6.80 |
| 06-Mar-13 | Laser Copy;KUKULOWI | 5.00 | 0.50 |
| 07-Mar-13 | Tabs / Cerlox | 1.00 | 6.60 |
| 07-Mar-13 | Laser Copy;Christopher Blake Mo | 9.00 | 0.90 |
| 07-Mar-13 | Laser Copy;DamaniA | 286.00 | 28.60 |
| 07-Mar-13 | Laser Copy;Erandio, N. | 396.00 | 39.60 |
| 07-Mar-13 | Laser Copy;NELSON M | 76.00 | 7.60 |
| 07-Mar-13 | Laser Copy;KARTASHM | 49.00 | 4.90 |
| 07-Mar-13 | Tabs / Cerlox | 1.00 | 8.60 |
| 08-Mar-13 | Laser Copy;NELSON M | 30.00 | 3.00 |
| 08-Mar-13 | Tabs / Cerlox / Clear Cover | 1.00 | 11.40 |
| 08-Mar-13 | Laser Copy;Erandio, N. | 2,092.00 | 209.20 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2984525  
Page 17 of 18  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 08-Mar-13 | Dining Room Expense - M. Wunder/S. Kukulowicz (Food for working meeting) | 1.00 | 6.00 |
| 08-Mar-13 | Laser Copy;DamaniA | 2.00 | 0.20 |
| 11-Mar-13 | Laser Copy;KARTASHM | 7.00 | 0.70 |
| 12-Mar-13 | Laser Copy;KARTASHM | 7.00 | 0.70 |
| 13-Mar-13 | Laser Copy;NELSON M | 174.00 | 17.40 |
| 13-Mar-13 | Laser Copy;WUNDER M | 18.00 | 1.80 |
| 14-Mar-13 | Meals and Beverages (credit from PBGC) | 1.00 | (40.00) |
| 14-Mar-13 | Laser Copy;WUNDER M | 5.00 | 0.50 |
| 15-Mar-13 | Laser Copy;NELSON M | 60.00 | 6.00 |
| 15-Mar-13 | Laser Copy;KUKULOWI | 61.00 | 6.10 |
| 15-Mar-13 | Laser Copy;jacobsr | 34.00 | 3.40 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 7.81 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 2.00 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 7.39 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 57.56 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 14.69 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 17.96 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 19.52 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 12.84 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 4.56 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 8.90 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 2.62 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 14.91 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 11.53 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 10.14 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 14.84 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 9.25 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 43.67 |
| 17-Mar-13 | Laser Copy;KUKULOWI | 18.00 | 1.80 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 21.19 |
| 17-Mar-13 | Conference Call Charges | 1.00 | 15.52 |
| 18-Mar-13 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 19-Mar-13 | Laser Copy;KUKULOWI | 66.00 | 6.60 |
| 20-Mar-13 | Lunch for Shayne Kukulowicz and Ryan Jacobs while attending Nortel Court Hearing in Toronto on March 7, 2013; 2013-3-7 | 1.00 | 17.48 |
| 20-Mar-13 | Laser Copy;NELSON M | 17.00 | 1.70 |
| 20-Mar-13 | Laser Copy;KUKULOWI | 60.00 | 6.00 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2984525  
Page 18 of 18  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 21-Mar-13 | Laser Copy;KUKULOWI | 71.00 | 7.10 |
| 21-Mar-13 | Telephone;13026517845;WilmingtDE; 4715 | 1.00 | 0.51 |
| 21-Mar-13 | Telephone;13026517845;WilmingtDE; 4715 | 1.00 | 1.53 |
| 21-Mar-13 | Laser Copy;KARTASHM | 31.00 | 3.10 |
| 21-Mar-13 | Laser Copy;NELSON M | 148.00 | 14.80 |
| 21-Mar-13 | Laser Copy;RabinovitchN | 46.00 | 4.60 |
| 21-Mar-13 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 22-Mar-13 | Laser Copy;RabinovitchN | 1.00 | 0.10 |
| 22-Mar-13 | Laser Copy;jacobsr | 17.00 | 1.70 |
| 22-Mar-13 | Laser Copy;NELSON M | 67.00 | 6.70 |
| 22-Mar-13 | Laser Copy;KUKULOWI | 6.00 | 0.60 |
| 25-Mar-13 | Laser Copy;KUKULOWI | 48.00 | 4.80 |
| 25-Mar-13 | Laser Copy;NELSON M | 274.00 | 27.40 |
| 25-Mar-13 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 26-Mar-13 | Laser Copy;NELSON M | 38.00 | 3.80 |
| 26-Mar-13 | Working lunch at Mr. Sub for R. Jacobs and S. Kukulowicz on March 21/13; 2013-3-21 | 1.00 | 12.98 |
| 26-Mar-13 | Laser Copy;Punjani, R | 74.00 | 7.40 |
| 26-Mar-13 | Laser Copy;jacobsr | 21.00 | 2.10 |
| 26-Mar-13 | Laser Copy;TaitT | 5.00 | 0.50 |
| 27-Mar-13 | Laser Copy;NELSON M | 1.00 | 0.10 |
| 27-Mar-13 | Working lunch at Koya Japan for M. Wunder on March 25/13; 2013-3-26 | 1.00 | 8.09 |
| 27-Mar-13 | Laser Copy;jacobsr | 23.00 | 2.30 |
| 27-Mar-13 | Laser Copy;Punjani, R | 30.00 | 3.00 |
| 28-Mar-13 | Laser Copy;jacobsr | 29.00 | 2.90 |
| 28-Mar-13 | Laser Copy;KUKULOWI | 45.00 | 4.50 |
| 31-Mar-13 | "Beck Taxi/Inv 1721-051/M.Wunder x 2 Mar 7, 22/13 (to and from Canadian court hearing) | 1.00 | 15.43 |

**TOTAL NON-TAXABLE DISBURSEMENTS**     **$1,293.23**