# EXHIBIT E

# SUMMARY OF LAWYERS AND PARALEGALS RENDERING SERVICES DURING THE PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013 (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Colin Galinski | Associate | Pensions/Benefits | British Columbia - 2010 | 17.6 | $400.00 | $7,040.00 |
| Jacob Kaufman | Associate | Litigation | Ontario - 2011 | 3.9 | $375.00 | $1,462.50 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 8.7 | $825.00 | $7,177.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 66.7 | $795.00 | $53,026.50 |
| Natalie Levine | Consultant | Financial Restructuring | | 4.0 | $525.00 | $2,100.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 12.2 | $440.00 | $5,368.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 40.7 | $750.00 | $30,525.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 57.4 | $900.00 | $51,660.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 6.8 | $700.00 | $4,760.00 |
| | | | | | | |
| TOTAL | | | | 218.0 | CDN. | $163,119.50 |