# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Nortel Networks Inc., et al.,[1] ) | Case No. 09-10138 (KG) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Hearing Date: June 25, 2013 at 10:00 a.m. (ET) |

## NOTICE OF SEVENTEENTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2013 through April 30, 2013[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $597,755.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6,306.15 |

This is (a)n:  X  interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's February March and April 2013 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 4/11/2013 Docket No. 10050 | 2/1/13 to 2/28/13 | $118,765.50 | $289.34 | $95,012.40 | $289.34 | $23,753.10 |
| Date Filed: 5/22/2013 Docket No. 10619 | 3/1/13 to 3/31/13 | $198,868.00 | $387.83 | Pending Obj. Deadline 6/12/13 $159,094.40 | Pending Obj. Deadline 6/12/13 $387.83 | $39,773.60 |
| Date Filed: 5/28/2013 Docket No. 10674 | 4/1/13 to 4/30/13 | $280,122.00 | $5,628.98 | Pending Obj. Deadline 6/17/13 $224,097.60 | Pending Obj. Deadline 6/17/13 $5,628.98 | $56,024.40 |
| **TOTALS:** | | $597,755.50 | $6,306.15 | $478,204.40 | $6,306.15 | $119,551.10 |

Summary of any Objections to Fee Applications: None.

Dated: May 29, 2013
   New York, NY

Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*