# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10138 (KG)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: June 25, 2013 at 10:00 a.m.**<br>)<br>) |

## NOTICE OF SEVENTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:　　　　　　　　　　Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:　　　　　　　Official Committee of Unsecured Creditors

Date of Retention:　　　　　　　　　　March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:　　　　　February 1, 2013 through April 30, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:　　　$64,223.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:　　$10,340.57

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s February, March and April 2013 monthly fee applications are incorporated herein by reference.

RLF1 8679169v.1

Summary of Fee Applications for Compensation Period:

| Docket No. Date Filed | Period Covered | Requested | | Approved/ Pending Approval | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Docket No. 9796 Date Filed: 3/26/13 | 2/1/13 - 2/28/13 | $14,807.00 | $1,913.89 | $11,845.60 | $1,913.89 | $2,961.40 |
| Docket No. 10378 Date Filed: 4/29/13 | 3/1/13 - 3/31/13 | $20,029.50 | $4,580.15 | $16,023.60 | $4,580.15 | $4,005.90 |
| Docket No. 10679 Date Filed: 5/29/13 | 4/1/13 - 4/30/13 | $29,386.50 | $3,846.53 | Pending obj deadline 6/18/13 $23,509.20 | Pending obj deadline 6/18/13 $3,846.53 | $5,877.30 |
| TOTALS: | | $64,223.00 | $10,340.57 | $51,378.40[3] | $10,340.57[4] | $12,844.60 |

<u>Summary of any Objections to Fee Applications</u>:  None.

Dated: May 29, 2013
       Wilmington, Delaware

_/s/ Mark D. Collins_
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

*Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.

RLF1 8679169v.1