**EXHIBIT B**

# DENTONS

Dentons Canada LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

T 416 863 4511
F 416 863 4592

Salans FMC SNR Denton
dentons.com

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2984677**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|------|---------------|--------|
| May 29, 2013 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 171,496.50 |
| Disbursements | | 2,238.08 |
| **Total Amount Due** | **$** | **173,734.58** CDN. |

**DENTONS CANADA LLP**

Per: _____
Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Dentons Canada LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Dentons Canada LLP and
your account number is 538462. Please email us at
Edm.Accounting@dentons.com referencing invoice number and payment
amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

**Please email us at Tor.Accounting@dentons.com referencing invoice number and payment amount.**
**Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.**

DENTONS CANADA LLP                                                          INVOICE 2984677
The Official Committee of Unsecured Creditors                                  Page 2 of 20
Re: Nortel Networks Inc., et al.                                      Matter # 538462-000001

---

**Invoice Detail**

---

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Apr-13 | RSK | 0029 | Review of email from counsel for Monitor regarding meeting of Core Parties regarding allocation litigation timeline and procedures. | 0.2 |
| 01-Apr-13 | RSK | 0029 | Review of emails from Akin Gump and other parties regarding proposed Monitor meeting. | 0.4 |
| 01-Apr-13 | MJW | 0029 | Review correspondence from Canadian counsel for the CCAA Monitor regarding allocation litigation schedule. | 0.2 |
| 01-Apr-13 | MJW | 0029 | Email correspondence with UCC advisors and calls with Dentons team regarding allocation litigation schedule. | 0.4 |
| 01-Apr-13 | MJW | 0029 | Review draft allocation litigation schedule. | 0.4 |
| 01-Apr-13 | MJW | 0031 | Prepare memo for UCC advisors regarding Canadian litigation issues. | 1.0 |
| 01-Apr-13 | MJW | 0003 | Prepare February, 2013 fee application. | 1.2 |
| 01-Apr-13 | RCJ | 0031 | Email correspondence with Dentons team regarding allocation litigation timetable and issues. | 0.3 |
| 01-Apr-13 | RCJ | 0029 | Allocation litigation preparation and analysis of issues. | 1.6 |
| 02-Apr-13 | BLG | 0029 | Email exchange regarding allocation litigation timetable meeting. | 0.1 |
| 02-Apr-13 | MMP | 0019 | Research relating to status of Canadian pension claims. | 0.3 |
| 02-Apr-13 | RSK | 0029 | Review of emails from Goodmans and Akin Gump regarding allocation litigation timetable. | 0.3 |
| 02-Apr-13 | RSK | 0031 | Exchanged emails with NNI's Canadian counsel regarding Monitor meeting. | 0.2 |
| 02-Apr-13 | RSK | 0029 | Review of correspondence regarding allocation litigation preparation. | 0.3 |
| 02-Apr-13 | MJW | 0029 | Email correspondence with various parties regarding allocation litigation schedule, and proposed meeting to negotiate schedule. | 0.3 |
| 02-Apr-13 | MJW | 0002 | Call to US Trustee regarding supplemental filings. | 0.3 |
| 02-Apr-13 | MJW | 0003 | Continued preparation of February, 2013 fee application. | 0.4 |
| 02-Apr-13 | MJW | 0031 | Review court filings in Northstar CCAA environmental appeal in relation to combined Canadian appeal hearing with Nortel, and analyze Canadian case law in connection with submissions. | 0.7 |
| 02-Apr-13 | MJW | 0029 | Email correspondence with Akin Gump and Dentons regarding allocation litigation issues and meeting regarding schedule. | 0.3 |
| 02-Apr-13 | RCJ | 0029 | Email correspondence with Akin Gump regarding allocation | 0.4 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984677
Page 3 of 20
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | litigation issues. | |
| 02-Apr-13 | CPG | 0019 | Review and analysis of Canadian pension issues. | 1.7 |
| 03-Apr-13 | BLG | 0029 | Receipt and review of email correspondence regarding allocation litigation. | 0.4 |
| 03-Apr-13 | BLG | 0029 | Participation in conference call with Akin Gump and U.S. debtor counsel. | 0.4 |
| 03-Apr-13 | BLG | 0029 | Consult with Dentons team regarding allocation litigation and call to discuss litigation schedule. | 0.4 |
| 03-Apr-13 | BLG | 0029 | Review U.S. and Canadian court Allocation Protocol decisions. | 0.3 |
| 03-Apr-13 | RSK | 0031 | Review of affidavit filed by Monitor regarding Canadian MOE appeal. | 0.2 |
| 03-Apr-13 | RSK | 0031 | Review of email correspondence from Cleary regarding litigation procedures and timetable. | 0.2 |
| 03-Apr-13 | RSK | 0032 | Review of opinion and order from U.S. Court regarding allocation. | 0.6 |
| 03-Apr-13 | RSK | 0031 | Review of Canadian court endorsement regarding allocation protocol hearing. | 0.3 |
| 03-Apr-13 | MJW | 0002 | Conference with R. Jacobs regarding supplemental filing in US Court. | 0.3 |
| 03-Apr-13 | MJW | 0029 | Review email correspondence from Cleary regarding allocation litigation schedule and related issues, and confer with Dentons lawyers regarding same. | 0.4 |
| 03-Apr-13 | MJW | 0029 | Attend on conference call with Akin, Dentons and advisors to NNI to discuss allocation litigation schedule issues and negotiations. | 1.0 |
| 03-Apr-13 | MJW | 0031 | Review and analyze Canadian order and endorsement regarding allocation litigation and protocol. | 0.6 |
| 03-Apr-13 | MJW | 0032 | Review and analyze U.S. order regarding allocation litigation and protocol, and email correspondence with Akin Gump and Cleary regarding same. | 0.5 |
| 03-Apr-13 | MJW | 0012 | Review email correspondence from Akin Gump and Cleary regarding Canadian claims issues, and related claim material. | 0.4 |
| 03-Apr-13 | MJW | 0031 | Email correspondence with Dentons lawyers regarding Canadian issues relating to allocation litigation. | 0.2 |
| 03-Apr-13 | RCJ | 0029 | Review emails from Cleary team regarding allocation litigation timetable. | 0.6 |
| 03-Apr-13 | RCJ | 0029 | Review US Court order regarding allocation. | 0.3 |
| 03-Apr-13 | NEL | 0002 | Draft supplemental disclosure for U.S. proceedings. | 1.0 |
| 03-Apr-13 | NEL | 0029 | Review correspondence regarding allocation litigation status. | 0.1 |
| 03-Apr-13 | NEL | 0029 | Participate in strategy call with UCC and NNI advisors. | 1.0 |
| 03-Apr-13 | NEL | 0029 | Review and analyze U.S. and Canadian court decisions. | 0.7 |
| 04-Apr-13 | BLG | 0029 | Prepare for and attend on UCC telephone meeting. | 1.0 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984677
Page 4 of 20
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 04-Apr-13 | BLG | 0029 | Participate in all counsel call regarding litigation timetable and discovery plan. | 2.8 |
| 04-Apr-13 | BLG | 0029 | Consultations regarding allocation trial issues and next steps. | 0.4 |
| 04-Apr-13 | RSK | 0031 | Participated in Monitor's conference call regarding litigation timetable and procedures. | 2.8 |
| 04-Apr-13 | RSK | 0007 | Prepare for and participated in Committee call. | 0.6 |
| 04-Apr-13 | RSK | 0031 | Review of Monitor's motion record and 93rd report regarding engagement of PWC on HWT audit issues. | 0.7 |
| 04-Apr-13 | RSK | 0031 | Review of draft disallowance regarding EDC claim. | 0.4 |
| 04-Apr-13 | MJW | 0029 | Attend on all parties call to negotiate allocation litigation and discovery schedule. | 2.8 |
| 04-Apr-13 | MJW | 0029 | Emails with Dentons and Akin Gump teams regarding allocation litigation issues. | 0.4 |
| 04-Apr-13 | MJW | 0007 | Prepare for and attend on Committee call. | 0.5 |
| 04-Apr-13 | RCJ | 0031 | Participated in conference call with Monitor counsel regarding litigation timetable and procedures. | 2.8 |
| 04-Apr-13 | RCJ | 0007 | Participated in Committee call. | 0.5 |
| 04-Apr-13 | NEL | 0007 | Participate in Committee call. | 0.5 |
| 04-Apr-13 | NEL | 0003 | Participate on alllocation litigation preparation call with advisors. | 2.8 |
| 05-Apr-13 | RSK | 0029 | Review of correspondence from counsel for CCCs and mark-up of Confidentiality Stipulation and Protective Order. | 0.4 |
| 05-Apr-13 | RSK | 0029 | Review of revised litigation schedule proposed by NNI. | 0.8 |
| 05-Apr-13 | MJW | 0029 | Review draft order and proposed changes circulated by Canadian counsel for Canadian only creditor group. | 0.7 |
| 05-Apr-13 | MJW | 0029 | Review and analyze revised allocation litigation schedule prepared and circulated by Cleary. | 0.5 |
| 05-Apr-13 | MJW | 0031 | Review draft Canadian motion record and supporting Monitor's report and draft court order regarding Canadian motion for appointment of KPMG for auditing of Nortel Canada health and welfare trust, and reporting to UCC advisors regarding same. | 0.8 |
| 05-Apr-13 | RCJ | 0029 | Review of correspondence from CCCs regarding confidentiality and protective order. | 0.7 |
| 05-Apr-13 | RCJ | 0031 | Analysis of Canadian legal issues regarding allocation litigation. | 1.9 |
| 05-Apr-13 | CPG | 0019 | Review and analysis of Canadian pension issues and wind-up. | 1.8 |
| 08-Apr-13 | RSK | 0031 | Review of email correspondence regarding treatment of EDC claim. | 0.8 |
| 08-Apr-13 | RSK | 0029 | Review of revised allocation protocol and litigation timeline/procedures from Cleary. | 1.2 |
| 08-Apr-13 | RSK | 0029 | Review of email correspondence regarding Nortel motion to appoint KPMG to perform certain HWT audit functions. | 0.2 |

DENTONS CANADA LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

INVOICE 2984677
Page 5 of 20
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 08-Apr-13 | MJW | 0031 | Email correspondence and calls with NNI's Canadian counsel and Dentons team regarding Canadian motion to appoint KPMP for HWT auditing. | 0.3 |
| 08-Apr-13 | MJW | 0031 | Review and analyze CCAA Monitor's report and related engagement letter regarding appointment of KPMP for HWT auditing. | 0.4 |
| 08-Apr-13 | MJW | 0031 | Email correspondence with Akin Gump regarding U.S. court filings. | 0.1 |
| 08-Apr-13 | MJW | 0031 | Continued preparation of memo for Akin Gump regarding Canadian litigation issues relating to allocation litigation. | 1.3 |
| 08-Apr-13 | MJW | 0012 | Email correspondence with Akin Gump and Dentons teams regarding cross-border claims approval, and proposed EDC claims settlement. | 0.3 |
| 08-Apr-13 | MJW | 0012 | Review EDC proofs of claim and related EDC documents. | 0.8 |
| 08-Apr-13 | RCJ | 0029 | Review of latest draft U.S. debtor allocation litigation timeline. | 1.4 |
| 09-Apr-13 | RSK | 0012 | Review of EDC claim and draft notice of disallowance/partial allowance. | 0.9 |
| 09-Apr-13 | RSK | 0031 | Review of notice from Court of Appeal regarding MOE appeal hearing. | 0.2 |
| 09-Apr-13 | RSK | 0032 | Exchanged emails with Akin regarding appeal of allocation decision and review of appeal procedure/timelines. | 1.3 |
| 09-Apr-13 | MJW | 0031 | Review notice of Canadian appeal hearing by Ontario Court of Appeal for Canadian environmental order, and forward email report to Akin Gump regarding same. | 0.3 |
| 09-Apr-13 | MJW | 0012 | Review and analyze EDC proofs of claims and underlying documents. | 0.9 |
| 09-Apr-13 | MJW | 0012 | Email correspondence with Dentons and Akin Gump regarding EDC claims and proposed settlement terms. | 0.2 |
| 09-Apr-13 | MJW | 0029 | Review and analyze proposed confidentiality orders for allocation litigation discovery, circulated by Canadian counsel for Canadian creditor group. | 0.5 |
| 09-Apr-13 | MJW | 0031 | Review Canadian court order and reasons for allocation litigation. | 0.3 |
| 09-Apr-13 | RCJ | 0031 | Email correspondence with Akin Gump and Dentons teams regarding allocation decision and appeal. | 1.2 |
| 09-Apr-13 | CPG | 0019 | Review and analysis of Canadian pension issues. | 2.4 |
| 10-Apr-13 | BLG | 0029 | Email correspondence regarding Committee call and consult regarding same. | 0.3 |
| 10-Apr-13 | RSK | 0029 | Review of form of disallowance and participated in call with Akin, Cleary, Milbank, Bennett Jones and Torys regarding cross-border claim resolution. | 0.6 |
| 10-Apr-13 | RSK | 0007 | Participated in UCC professionals call. | 0.7 |
| 10-Apr-13 | RSK | 0031 | Exchanged email correspondence with B. Grossman regarding | 0.6 |

DENTONS CANADA LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

INVOICE 2984677

Page 6 of 20

Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | allocation appeal timing. | |
| 10-Apr-13 | RSK | 0031 | Review of fresh factum of MOE regarding appeal. | 0.8 |
| 10-Apr-13 | MJW | 0013 | Conference call with advisors for NNI, UCC and bonds regarding cross-border claims issues. | 0.4 |
| 10-Apr-13 | MJW | 0031 | Review Canadian court orders and cross-border claims protocol regarding claims and analyze in connection with proposed claims settlements. | 0.5 |
| 10-Apr-13 | MJW | 0012 | Review CCAA court orders regarding claims calculation issues and proposed claims settlement calculation. | 0.4 |
| 10-Apr-13 | MJW | 0031 | Review Canadian court filings by CCAA Monitor in connection with Canadian appeal of environmental order. | 0.3 |
| 10-Apr-13 | RCJ | 0007 | Participated in UCC professionals call in prep for Committee call. | 0.6 |
| 11-Apr-13 | BLG | 0029 | Email correspondence regarding Committee meeting and reporting on Canadian matters. | 0.2 |
| 11-Apr-13 | RSK | 0007 | Prepare for and participated in Committee call. | 0.7 |
| 11-Apr-13 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 11-Apr-13 | MJW | 0012 | Email correspondence with Dentons team and conference with R. Jacobs regarding CCAA claims issues. | 0.3 |
| 11-Apr-13 | RCJ | 0031 | Analysis of allocation appeal issues. | 1.6 |
| 11-Apr-13 | NEL | 0007 | Participate in Committee call. | 0.5 |
| 12-Apr-13 | RSK | 0029 | Review of revised Allocations Protocol and cover email from Cleary. | 0.5 |
| 12-Apr-13 | MJW | 0029 | Review revised allocation litigation protocol circulated by Cleary, and email correspondence with Akin Gump regarding same. | 0.6 |
| 12-Apr-13 | RCJ | 0029 | Review revised allocation protocol and timelines. | 1.8 |
| 12-Apr-13 | CPG | 0019 | Review and analysis of status of Canadian pension plan deficiency and wind-up. | 1.6 |
| 15-Apr-13 | RSK | 0029 | Review of Monitor's proposed Allocation Protocol. | 0.4 |
| 15-Apr-13 | RSK | 0032 | Review of U.S. Certification of Counsel regarding form of Allocation Protocol. | 0.5 |
| 15-Apr-13 | RSK | 0029 | Review of email correspondence regarding status of Allocation Protocol. | 0.3 |
| 15-Apr-13 | MJW | 0029 | Review and analyze revised draft allocation protocol and consider changes. | 0.8 |
| 15-Apr-13 | MJW | 0031 | Email correspondence with NNI and CCAA Monitor counsel regarding Canadian motion to retain KPMG for HWT auditing. | 0.2 |
| 15-Apr-13 | MJW | 0012 | Review and analyze CCAA claim issues. | 0.6 |
| 15-Apr-13 | MJW | 0029 | Review Akin Gump correspondence to Committee regarding allocation litigation. | 0.1 |
| 15-Apr-13 | RCJ | 0029 | Review Monitor's revised draft allocation protocol. | 0.7 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984677
Page 7 of 20
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| 15-Apr-13 | NEL | 0024 | Review litigation update from U.S. counsel. | 0.2 |
| 16-Apr-13 | RSK | 0031 | Review of email correspondence from Akin Gump regarding motion to appoint KPMG to audit HWT. | 0.2 |
| 16-Apr-13 | RSK | 0029 | Review of draft allocation brief prepared for NNI/UCC. | 1.6 |
| 16-Apr-13 | RSK | 0029 | Review of correspondence and U.S. Order regarding hearing on discovery and scheduling. | 0.2 |
| 16-Apr-13 | MJW | 0029 | Review correspondence regarding allocation litigation and discovery timetables. | 0.3 |
| 16-Apr-13 | MJW | 0029 | Review and analyze draft allocation litigation brief, and analyze Canadian issues. | 2.4 |
| 16-Apr-13 | RCJ | 0029 | Review and comment on draft allocation brief. | 1.7 |
| 16-Apr-13 | CPG | 0019 | Review and analysis of Canadian pension claims and deficiency amounts. | 1.8 |
| 17-Apr-13 | BLG | 0029 | Receipt and review of correspondence regarding allocation litigation. | 1.1 |
| 17-Apr-13 | BLG | 0007 | Participate in UCC advisor call regarding allocation litigation. | 0.7 |
| 17-Apr-13 | BLG | 0029 | Receipt of advice of April 24th court attendance. | 0.2 |
| 17-Apr-13 | BLG | 0029 | Receipt of advice of U.S. appeals of allocation protocol decision of U.S. Court and analyze. | 0.4 |
| 17-Apr-13 | RSK | 0007 | Participated in UCC professionals call. | 0.7 |
| 17-Apr-13 | RSK | 0012 | Review of updated CCAA claims schedule. | 0.3 |
| 17-Apr-13 | RSK | 0029 | Review of revised litigation schedule and discovery plan from Cleary/Torys and related emails. | 0.8 |
| 17-Apr-13 | RSK | 0031 | Review of Canadian court endorsement regarding hearing on Litigation Timetable and Discovery Plans. | 0.2 |
| 17-Apr-13 | MJW | 0029 | Review Canadian court endorsement regarding joint court hearing and report to Akin Gump. | 0.5 |
| 17-Apr-13 | MJW | 0029 | Conference with Dentons lawyers regarding Canadian Issues in connection with allocation litigation including discovery schedule, and memo to Dentons lawyers regarding same. | 0.5 |
| 17-Apr-13 | MJW | 0029 | Review draft allocation litigation submissions for NNI and UCC. | 0.8 |
| 17-Apr-13 | MJW | 0031 | Review Canadian order and endorsement regarding KPMG auditing for Canadian HWT, and report to Akin Gump. | 0.2 |
| 17-Apr-13 | MJW | 0031 | Review submissions by Canadian Monitor to Canadian Court regarding allocation litigation protocol. | 0.4 |
| 17-Apr-13 | MJW | 0007 | UCC advisor status call. | 0.7 |
| 17-Apr-13 | RCJ | 0002 | Participated in UCC professional call. | 0.7 |
| 17-Apr-13 | RCJ | 0029 | Review latest draft litigation schedule and discovery plan. | 1.1 |
| 17-Apr-13 | NEL | 0029 | Analyze allocation brief. | 1.4 |
| 17-Apr-13 | NEL | 0029 | Participate in UCC professionals call. | 0.7 |
| 18-Apr-13 | BLG | 0007 | Participate in weekly call with UCC. | 0.5 |

DENTONS CANADA LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

INVOICE 2984677
Page 8 of 20
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 18-Apr-13 | BLG | 0029 | Review draft U.S. Litigation Timetable and Discovery Plan and confer with Dentons team. | 4.0 |
| 18-Apr-13 | BLG | 0029 | Receipt of email correspondence and documents from Monitor and EMEA debtor counsel regarding Litigation Timetable and Discovery Plan and April 24th court attendance. | 0.4 |
| 18-Apr-13 | BLG | 0029 | Review of Allocation Protocol Approval Decisions and Notice of Appeal and Motion for Leave to Appeal. | 1.3 |
| 18-Apr-13 | RSK | 0031 | Review of appeal timelines regarding allocation protocol decision. | 0.3 |
| 18-Apr-13 | RSK | 0007 | Participated in Committee call. | 0.5 |
| 18-Apr-13 | RSK | 0029 | Review of correspondence from Cleary regarding proposed U.S. Litigation Timetable and Discovery Plan. | 0.3 |
| 18-Apr-13 | RSK | 0029 | Meeting with Dentons team regarding Litigation Timetable and Discovery Plan and further review of same. | 1.8 |
| 18-Apr-13 | RSK | 0032 | Review of EMEA Debtors' Notice of Appeal of U.S. Allocation Decision. | 0.2 |
| 18-Apr-13 | RSK | 0029 | Review of Monitor's proposed Litigation Timetable and Discovery Plan. | 0.8 |
| 18-Apr-13 | RSK | 0032 | Review of EMEA Joint Administrators' motion for leave to appeal US Allocation Decision. | 0.7 |
| 18-Apr-13 | MJW | 0029 | Review Canadian court endorsement regarding joint hearing for allocation litigation schedule and report to Akin Gump, and email correspondence with Akin Gump. | 0.4 |
| 18-Apr-13 | MJW | 0029 | Attend on UCC call. | 0.5 |
| 18-Apr-13 | MJW | 0029 | Review U.S. and Canadian debtor allocation and discovery schedules and allocation protocols, analyze differences and meet with Dentons litigation team to review and discuss. | 2.4 |
| 18-Apr-13 | MJW | 0029 | Email correspondence with NNI Canadian counsel regarding allocation litigation matters. | 0.2 |
| 18-Apr-13 | MJW | 0029 | Review correspondence and allocation litigation and discovery schedule comments from counsel to UK/EMEA debtors, and analyze Canadian issues. | 0.7 |
| 18-Apr-13 | RCJ | 0029 | Detailed analysis of allocation legal issues and argument in prep for allocation litigation. | 3.9 |
| 19-Apr-13 | BLG | 0029 | Telephone attendance with Torys regarding comments on US Debtor's Litigation Timetable and Discovery Plan. | 1.5 |
| 19-Apr-13 | BLG | 0029 | Telephone attendance with Akin Gump regarding same. | 0.5 |
| 19-Apr-13 | BLG | 0029 | Receipt and review of revised litigation schedule. | 0.5 |
| 19-Apr-13 | BLG | 0029 | Provide further comments to allocation discovery schedule. | 0.2 |
| 19-Apr-13 | BLG | 0029 | Email correspondence regarding allocation schedule. | 0.3 |
| 19-Apr-13 | BLG | 0029 | Email correspondence regarding court filings for allocation litigation schedule court hearing. | 0.8 |

DENTONS CANADA LLP                                                INVOICE 2984677
The Official Committee of Unsecured Creditors                          Page 9 of 20
Re: Nortel Networks Inc., et al.                              Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 19-Apr-13 | RSK | 0029 | Conference call with NNI's Canadian counsel regarding draft Litigation Timetable and Discovery Plan. | 1.4 |
| 19-Apr-13 | RSK | 0029 | Review of EMEA comments on US Litigation Timetable and Discovery Plan. | 0.8 |
| 19-Apr-13 | RSK | 0029 | Review of mark-up of Litigation Timetable and Discovery Plan and discussion with Akin Gump regarding same. | 1.1 |
| 19-Apr-13 | RSK | 0029 | Review of submissions of the Monitor and Canadian Debtors regarding Litigation Timetable and Discovery Plan. | 0.5 |
| 19-Apr-13 | RSK | 0032 | Review of U.S. Debtors' submission of Litigation Timetable and Discovery Plan. | 0.3 |
| 19-Apr-13 | RSK | 0031 | Review of revised Confidentiality Stipulation and Protective Order and forward same to B. Grossman. | 0.3 |
| 19-Apr-13 | MJW | 0029 | Review draft Canadian litigation and discovery schedules circulated by counsel for NNI and the Canadian Monitor, and lengthy conference call with NNI's Canadian counsel to discuss NNI/UCC proposed litigation and discovery schedules and Canadian issues. | 2.7 |
| 19-Apr-13 | MJW | 0029 | Review revised draft litigation and discovery schedules received from NNI' counsel, and confer with B. Grossman and conference call with Dentons and Akin Gump teams to discuss. | 1.2 |
| 19-Apr-13 | MJW | 0029 | Email correspondence with NNI's U.S. and Canadian counsel and Akin Gump regarding litigation and discovery schedules. | 0.4 |
| 19-Apr-13 | RCJ | 0029 | Review litigation timetable and discovery plans submitted by the parties. | 2.8 |
| 19-Apr-13 | CPG | 0019 | Review and analysis of Canadian pension issues. | 1.7 |
| 20-Apr-13 | RSK | 0032 | Review revised drafts of Litigation Schedule and Discovery Plan. | 0.4 |
| 20-Apr-13 | MJW | 0029 | Review final litigation and discovery schedules filed by Canadian counsel to the Monitor in the Canadian court, and blacklines. | 1.3 |
| 20-Apr-13 | MJW | 0029 | Review final litigation and discovery schedules filed by NNI in the U.S. court, and analyze differences in final filed schedules compared against Canadian debtor schedules. | 1.2 |
| 22-Apr-13 | BLG | 0029 | Receipt and review of draft Confidentiality Stipulation and Protective Order and provide comments. | 1.5 |
| 22-Apr-13 | BLG | 0029 | Receipt and review of email correspondence regarding Litigation Timetables and Discovery Plans filed in U.S. and Canadian courts for court hearing. | 0.5 |
| 22-Apr-13 | RSK | 0031 | Review of revised Confidentiality Stipulation and Protective order and exchanged emails with B. Grossman regarding same. | 0.4 |
| 22-Apr-13 | RSK | 0029 | Review of U.S. Debtors and Committee allocation pleading. | 1.4 |
| 22-Apr-13 | RSK | 0029 | Review of U.S. and Canadian versions of Litigation Timetable | 1.6 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | and Discovery Plan. | |
| 22-Apr-13 | MJW | 0029 | Email correspondence with Akin Gump and NNI's Canadian counsel regarding court filings for allocation litigation and discovery schedule joint hearing. | 0.3 |
| 22-Apr-13 | MJW | 0031 | Review Canadian debtor/Monitor filed Canadian court material for litigation and discovery scheduling, and analyze differences with NNI/UCC proposals. | 1.7 |
| 22-Apr-13 | MJW | 0029 | Review court filings in Canadian proceeding with submissions regarding joint hearing for allocation litigation and discovery schedules. | 0.8 |
| 22-Apr-13 | RCJ | 0029 | Detailed review and comment on draft U.S. allocation litigation schedule submission. | 1.9 |
| 22-Apr-13 | NEL | 0029 | Review litigation schedule. | 0.1 |
| 23-Apr-13 | BLG | 0029 | Receipt and review of submissions of all parties for April 24th allocation litigation schedule hearing. | 2.5 |
| 23-Apr-13 | BLG | 0029 | Email correspondence regarding prep for court hearing. | 0.5 |
| 23-Apr-13 | BLG | 0029 | Receipt and review of EMEA motion for leave to appeal, stay and expedite from dismissal of motion to arbitrate. | 0.8 |
| 23-Apr-13 | BLG | 0029 | Email correspondence regarding EMEA leave appeal request. | 0.5 |
| 23-Apr-13 | BLG | 0029 | Receipt and review of US motions (x3) in response to U.S. appeal by EMEA. | 0.8 |
| 23-Apr-13 | RSK | 0031 | Review of responding factum regarding MOE and appeal of Canadian environmental order.. | 0.7 |
| 23-Apr-13 | RSK | 0032 | Review of submissions of U.S. Debtors/Committee and other parties regarding proposed U.S. Litigation Timetable and Discovery Plan. | 2.4 |
| 23-Apr-13 | RSK | 0029 | Review of Monitor/Canadian Debtors submissions on proposed Canadian Litigation Timetable and Discovery Plan and other parties' responding submissions. | 1.8 |
| 23-Apr-13 | RSK | 0029 | Office conference with M. Wunder regarding allocation litigation issues. | 0.3 |
| 23-Apr-13 | RSK | 0031 | Review of EMEA Debtors' motion for leave to appeal allocation decision and motion to expedite and consolidate. | 0.8 |
| 23-Apr-13 | RSK | 0032 | Review of U.S. motions for Direct Certification of EMEA appeal and Declaration that Appeal is frivolous. | 0.4 |
| 23-Apr-13 | MJW | 0031 | Review summary of comments regarding draft Monitor proposed order, and email correspondence to Dentons team regarding same. | 0.6 |
| 23-Apr-13 | MJW | 0029 | Email correspondence from counsel to Nortel Canada, and email correspondence to Akin Gump and Dentons regarding joint hearing and court filings. | 0.2 |
| 23-Apr-13 | MJW | 0031 | Calls and emails to NNI's Canadian counsel regarding joint hearing for allocation litigation schedules, court filings, and | 0.4 |

DENTONS CANADA LLP                                                              INVOICE 2984677
The Official Committee of Unsecured Creditors                        Page 11 of 20
Re: Nortel Networks Inc., et al.                                      Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | submissions to Canadian court. | |
| 23-Apr-13 | MJW | 0029 | Review and analyze court filing by Canadian creditor group regarding allocation litigation and discovery schedules. | 0.7 |
| 23-Apr-13 | MJW | 0029 | Review and analyze court filing by UK/EMEA debtors regarding allocation litigation and discovery schedules. | 0.8 |
| 23-Apr-13 | MJW | 0029 | Review and analyze submissions by NNI in U.S. proceeding regarding allocation litigation, and confer with Dentons team regarding same. | 0.6 |
| 23-Apr-13 | MJW | 0029 | Review Canadian appeal request and motion for stay of order by UK/EMEA debtors to appeal Canadian order regarding allocation litigation. | 0.7 |
| 23-Apr-13 | MJW | 0031 | Review and analyze court filings regarding allocation litigation and discovery schedules to prepare for joint hearing, and confer with Dentons lawyers regarding submissions in Canadian court. | 1.6 |
| 23-Apr-13 | NEL | 0029 | Review updated litigation plans and motion regarding U.S. court jurisdiction. | 0.4 |
| 23-Apr-13 | CPG | 0019 | Review and analysis of Canadian pension issues and claims. | 1.8 |
| 24-Apr-13 | BLG | 0029 | Attend scheduling hearing at Canadian court. | 3.5 |
| 24-Apr-13 | BLG | 0029 | Confer with S. Kukulowicz after court hearing regarding next steps. | 0.3 |
| 24-Apr-13 | BLG | 0029 | Email correspondence and reporting regarding Committee meeting. | 0.4 |
| 24-Apr-13 | RSK | 0031 | Attended cross-border hearing regarding Litigation Timetable and Discovery Plan. | 3.5 |
| 24-Apr-13 | MJW | 0032 | Review U.S. court order regarding EMEA debtors appeal of U.S. allocation order. | 0.2 |
| 24-Apr-13 | MJW | 0008 | Attend to joint court hearing for allocation litigation and discovery schedule approval (telephonically). | 3.5 |
| 24-Apr-13 | MJW | 0031 | Review EMEA debtors appeal motion material filed in U.S. and Canadian courts for appeal of U.S. and Canadian allocation procedures orders, and analyze Canadian responding/opposing factum issues for UCC factum/legal brief to be filed in Canadian proceeding. | 1.6 |
| 24-Apr-13 | RCJ | 0031 | Consider legal issues on allocation litigation and scheduling and related arguments. | 1.8 |
| 24-Apr-13 | NEL | 0029 | Review litigation timetable filings. | 0.2 |
| 25-Apr-13 | BLG | 0029 | Email correspondence regarding Committee meeting and update of Canadian matters. | 0.3 |
| 25-Apr-13 | BLG | 0029 | Review EMEA Amended Notice of Motion for Leave to Appeal in Ontario. | 0.2 |
| 25-Apr-13 | BLG | 0007 | Attend Committee call. | 1.0 |
| 25-Apr-13 | RSK | 0031 | Review of EMEA amended Notice of Motion for Leave to | 0.2 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984677
Page 12 of 20
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | Appeal. | |
| 25-Apr-13 | RSK | 0031 | Review of Nortel Motion regarding extension of CCAA stay and other relief. | 0.5 |
| 25-Apr-13 | RSK | 0031 | Review of Monitor's Motion for tolling order and Ninety-Fourth Report. | 0.7 |
| 25-Apr-13 | RSK | 0007 | Participated in Committee call. | 1.0 |
| 25-Apr-13 | MJW | 0031 | Call and email correspondence with NNI Canadian counsel, and Canadian counsel for Nortel Canada and Monitor regarding EMEA debtors appeal of Canadian allocation order, and responding factums to be filed with the Canadian court. | 0.4 |
| 25-Apr-13 | MJW | 0003 | Prepare March 2013 fee account. | 1.6 |
| 25-Apr-13 | MJW | 0007 | Attend on UCC meeting by phone. | 1.0 |
| 25-Apr-13 | MJW | 0031 | Review Canadian motion record regarding extension of CCAA stay of proceedings and Canadian employee hardship program, and report to UCC advisors. | 1.2 |
| 25-Apr-13 | MJW | 0031 | Review Canadian motion record regarding tolling of limitation periods for filed Canadian claims, and report to UCC advisors. | 0.5 |
| 25-Apr-13 | MJW | 0031 | Review and analyze Monitor's report in connection with Canadian motions. | 0.8 |
| 25-Apr-13 | MJW | 0031 | Review amended notice of appeal of Canadian allocation order by EMEA debtors. | 0.3 |
| 26-Apr-13 | MJW | 0031 | Email correspondence with counsel regarding allocation litigation confidentiality order issues, and form or order. | 0.2 |
| 26-Apr-13 | RCJ | 0029 | Research work in prep for allocation litigation submissions. | 2.8 |
| 26-Apr-13 | NEL | 0029 | Review e-mail from U.S. counsel regarding objections. | 0.1 |
| 26-Apr-13 | CPG | 0019 | Review and analysis of Canadian pension plan status. | 1.7 |
| 27-Apr-13 | RSK | 0029 | Review of comments from EMEA debtors regarding Confidentiality Stipulation and Protective Order. | 0.3 |
| 29-Apr-13 | BLG | 0029 | Email correspondence regarding UK/EMEA debtors' motions in relation to their leave to appeal motion. | 0.6 |
| 29-Apr-13 | BLG | 0029 | Review allocation litigation documents and timetables, and consider submissions. | 1.6 |
| 29-Apr-13 | BLG | 0029 | Review of mark-up of draft Confidentiality Order and correspondence regarding same. | 0.6 |
| 29-Apr-13 | BLG | 0029 | Email correspondence regarding CCAA stay extension and tolling agreement motions. | 0.3 |
| 29-Apr-13 | RSK | 0031 | Review of email correspondence regarding Nortel stay extension motion and discussed same with M. Wunder. | 0.8 |
| 29-Apr-13 | RSK | 0031 | Review of email from counsel to EMEA debtors regarding appeal hearing and discussed same with Canadian counsel for NNI. | 0.6 |
| 29-Apr-13 | RSK | 0032 | Review of EMEA Debtor's joinder to request for certification | 0.6 |

DENTONS CANADA LLP                                                            INVOICE 2984677
The Official Committee of Unsecured Creditors                                  Page 13 of 20
Re: Nortel Networks Inc., et al.                                          Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | and response to US Debtor's motion to declare appeal frivolous. | |
| 29-Apr-13 | RSK | 0031 | Review of revised Canadian tolling order. | 0.2 |
| 29-Apr-13 | RSK | 0031 | Review of CCC comments on Confidentiality Stipulation and Protective Order. | 0.5 |
| 29-Apr-13 | RSK | 0031 | Telephone attendance with B. Grossman regarding EMEA appeal and request for expedite, consolidate leave and appeal, and to hold oral hearing. | 0.5 |
| 29-Apr-13 | RSK | 0032 | Review of US Debtors mark-up of Confidentiality Agreement. | 0.3 |
| 29-Apr-13 | MJW | 0031 | Review draft confidentiality order circulated by Canadian counsel for CCAA monitor and comments from Canadian counsel for Canadian creditor group. | 0.7 |
| 29-Apr-13 | MJW | 0031 | Calls and email correspondence with Canadian counsel for Monitor and NNI regarding Canadian CCAA stay extension hearing. | 0.4 |
| 29-Apr-13 | MJW | 0031 | Review correspondence from Monitor's counsel regarding court order for tolling of Canadian claims motion, call to Goodmans to discuss, and review revised draft Canadian tolling order. | 0.8 |
| 29-Apr-13 | MJW | 0031 | Email correspondence with Canadian counsel for major parties regarding Canadian motions including CCAA stay extension motion. | 0.2 |
| 29-Apr-13 | MJW | 0031 | Review email correspondence from Canadian counsel for UK/EMEA debtors regarding Canadian leave to appeal motion, and conference call with Dentons and Canadian counsel for NNI, and email correspondence with Dentons team regarding same. | 0.5 |
| 29-Apr-13 | MJW | 0031 | Further email correspondence with Canadian counsel for Monitor and bonds regarding CCAA stay extension motion. | 0.2 |
| 29-Apr-13 | MJW | 0031 | Email reports to Akin Gump regarding CCAA stay extension and Canadian appeal request by UK/EMEA debtors. | 0.3 |
| 29-Apr-13 | NEL | 0029 | Review draft confidentiality orders. | 0.5 |
| 30-Apr-13 | BLG | 0029 | Report from Michael Wunder on attendance before Morawetz J. at Canadian court. | 0.2 |
| 30-Apr-13 | BLG | 0029 | Conference call with Torys regarding EMEA debtors' leave to appeal and related procedural instructions regarding Ontario Court of Appeal. | 0.4 |
| 30-Apr-13 | BLG | 0029 | Email correspondence with Akin Gump regarding EMEA appeal request. | 0.3 |
| 30-Apr-13 | BLG | 0029 | Conference call with Akin Gump and Dentons regarding same and related U.S. "frivolous" motion and leave to appeal motion in U.S. | 1.0 |
| 30-Apr-13 | BLG | 0029 | Email correspondence regarding position of various parties in three items of procedural relief to be requested by EMEA on | 0.5 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984677
Page 14 of 20
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | motion to Ontario Court of Appeal on May 14. | |
| 30-Apr-13 | BLG | 0029 | Email correspondence regarding proposed revisions to draft Confidentiality Protection and Protective Order. | 0.2 |
| 30-Apr-13 | BLG | 0029 | Telephone attendance regarding same with Akin Gump. | 0.1 |
| 30-Apr-13 | RSK | 0029 | Review of revised allocation brief and related correspondence. | 0.8 |
| 30-Apr-13 | RSK | 0031 | Review of analysis by B. Grossman regarding procedural analysis of EMEA appeal motion. | 0.2 |
| 30-Apr-13 | RSK | 0031 | Office conference with M. Wunder and exchange of emails with Akin Gump regarding CCAA stay extension hearing. | 0.7 |
| 30-Apr-13 | RSK | 0031 | Conference call with NNI's Canadian counsel regarding EMEA procedural motion on its appeal. | 0.4 |
| 30-Apr-13 | RSK | 0031 | Review of email correspondence from various parties opposing relief sought by EMEA debtors. | 0.6 |
| 30-Apr-13 | RSK | 0029 | Review of email from counsel for Monitor regarding exchange of Allocation Position Pleadings. | 0.2 |
| 30-Apr-13 | RSK | 0031 | Conference call with Akin Gump and Dentons regarding Canadian litigation issues. | 1.0 |
| 30-Apr-13 | RSK | 0031 | Review of Supplement to Monitor's 94th Report. | 0.3 |
| 30-Apr-13 | RSK | 0031 | Email correspondence to Canadian service list opposing EMEA procedural motion to Court of Appeal. | 0.2 |
| 30-Apr-13 | MJW | 0031 | Review and analyze issues regarding UK/EMEA debtor Canadian leave for appeal and expedited appeal motions, and emails and calls with Dentons team to discuss. | 0.6 |
| 30-Apr-13 | MJW | 0031 | Conference call with Dentons and NNI's Canadian counsel to discuss issues regarding UK/EMEA debtor Canadian leave for appeal and expedited appeal motions. | 0.5 |
| 30-Apr-13 | MJW | 0008 | Attend to Canadian court hearing for CCAA stay extension. | 2.0 |
| 30-Apr-13 | MJW | 0031 | Review multiple email correspondence from Canadian counsel UK/EMEA debtor Canadian leave for appeal and expedited appeal motions, and report to Akin Gump regarding same. | 0.4 |
| 30-Apr-13 | MJW | 0031 | Email report to Akin Gump regarding Canadian stay extension hearing. | 0.2 |
| 30-Apr-13 | MJW | 0031 | Review supplemental Monitor's report filed in connection with CCAA stay extension motion and forward to UCC advisors with explanatory comments. | 0.4 |
| 30-Apr-13 | MJW | 0029 | Review email correspondence with counsel for bonds, NNI and UCC regarding allocation litigation issues. | 0.2 |
| 30-Apr-13 | MJW | 0029 | Review and analyze revised allocation submission. | 0.7 |
| 30-Apr-13 | RCJ | 0031 | Review latest draft allocation brief. | 0.7 |
| 30-Apr-13 | CPG | 0019 | Review and analysis of Canadian pension issues and claims. | 3.4 |
| | | | **Total** | **223.6** |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984677
Page 15 of 20
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|-----------|-------------------------------|-------|------|-------------|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 37.3 | $775.00 | $28,907.50 |
| Colin Galinski | Associate | Pensions/Benefits | British Columbia - 2010 | 17.9 | $400.00 | $7,160.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 0.3 | $825.00 | $247.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 68.7 | $795.00 | $54,616.50 |
| Natalie Levine | Consultant | Financial Restructuring | | 10.2 | $525.00 | $5,355.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 33.8 | $750.00 | $25,350.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 55.4 | $900.00 | $49,860.00 |
| | | | | | | |
| TOTAL | | | | 223.6 | CDN. | $171,496.50 |

**TOTAL PROFESSIONAL FEES**                                   $   171,496.50

**NON-TAXABLE DISBURSEMENTS**
    Airfare/Travel                          $      427.42
    Accommodations                                 450.00
    Binding Books / Documents                       16.80
    Conference Call charges                          8.55
    Long Distance Telephone Calls                   58.34
    Meals & Beverages                              162.79
    Photocopy & Printing Charges                   910.10
    Transportation Costs                           204.08
**TOTAL NON-TAXABLE DISBURSEMENTS**               $     2,238.08

**TOTAL DISBURSEMENTS**                                        2,238.08

**TOTAL AMOUNT DUE**                               $ 173,734.58  CDN.

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984677
Page 16 of 20
Matter # 538462-000001

## TIME SUMMARY BY TASK CODE:

| Code | Task Description | Hours | Fees |
|------|------------------|-------|------|
| 0002 | General Case Administration | 2.3 | 1,527.00 |
| 0003 | Dentons Fee Application/Monthly Billing Reports | 6.0 | 4,014.00 |
| 0007 | Creditors Committee Meetings | 11.2 | 8,981.50 |
| 0008 | Court Hearings | 5.5 | 4,372.50 |
| 0012 | General Claims Analysis/Claims Objections | 5.1 | 4,180.50 |
| 0013 | Analysis of Pre-Petition Transactions | 0.4 | 318.00 |
| 0019 | Labor Issues/Employee Benefits | 18.2 | 7,407.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 0.2 | 105.00 |
| 0029 | Intercompany Analysis | 112.9 | 88,909.50 |
| 0031 | Canadian Proceedings/Matters | 53.4 | 44,194.50 |
| 0032 | U.S. Proceedings/Matters | 8.4 | 7,486.50 |
|  | **Total** | **223.6** | **$171,496.50** |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 01-Apr-13 | Laser Copy;GRIEF J | 6.00 | 0.60 |
| 01-Apr-13 | Laser Copy;KUKULOWI | 6.00 | 0.60 |
| 01-Apr-13 | Laser Copy;NELSON M | 6.00 | 0.60 |
| 02-Apr-13 | Laser Copy;jacobsr | 56.00 | 5.60 |
| 03-Apr-13 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 03-Apr-13 | Laser Copy;LEVINE, N | 5.00 | 0.50 |
| 03-Apr-13 | Laser Copy;GROSSMAN | 36.00 | 3.60 |
| 03-Apr-13 | Laser Copy;GROSSMAN | 16.00 | 1.60 |
| 03-Apr-13 | Laser Copy;NELSON M | 56.00 | 5.60 |
| 03-Apr-13 | Dining Room Expense  - Working group meeting | 1.00 | 5.00 |
| 04-Apr-13 | Laser Copy;NELSON M | 261.00 | 26.10 |
| 04-Apr-13 | Laser Copy;jacobsr | 66.00 | 6.60 |
| 04-Apr-13 | Telephone;16094501009;LawrenceNJ; 4417 | 1.00 | 12.96 |
| 04-Apr-13 | Laser Copy;GROSSMAN | 21.00 | 2.10 |
| 04-Apr-13 | Laser Copy;GROSSMAN | 13.00 | 1.30 |
| 04-Apr-13 | Laser Copy;Kee, Evelyn | 4.00 | 0.40 |
| 05-Apr-13 | Laser Copy;jacobsr | 23.00 | 2.30 |
| 05-Apr-13 | Laser Copy;NELSON M | 154.00 | 15.40 |
| 08-Apr-13 | Laser Copy;jacobsr | 14.00 | 1.40 |
| 08-Apr-13 | Laser Copy;KUKULOWI | 60.00 | 6.00 |
| 08-Apr-13 | Laser Copy;beardc | 221.00 | 22.10 |
| 08-Apr-13 | Laser Copy;WUNDER M | 54.00 | 5.40 |
| 09-Apr-13 | Laser Copy;jacobsr | 59.00 | 5.90 |
| 09-Apr-13 | Laser Copy;beardc | 447.00 | 44.70 |
| 09-Apr-13 | Laser Copy;Erandio, N. | 357.00 | 35.70 |
| 09-Apr-13 | Laser Copy;WUNDER M | 1.00 | 0.10 |
| 09-Apr-13 | Laser Copy;WUNDER M | 35.00 | 3.50 |
| 09-Apr-13 | Cerlox / Clear Cover | 1.00 | 6.00 |
| 09-Apr-13 | Laser Copy;KARTASHM | 5.00 | 0.50 |
| 10-Apr-13 | Laser Copy;beardc | 2.00 | 0.20 |
| 11-Apr-13 | Laser Copy;KUKULOWI | 5.00 | 0.50 |
| 11-Apr-13 | Laser Copy;beardc | 514.00 | 51.40 |
| 12-Apr-13 | Laser Copy;beardc | 9.00 | 0.90 |
| 15-Apr-13 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 15-Apr-13 | Laser Copy;beardc | 46.00 | 4.60 |
| 15-Apr-13 | Laser Copy;jacobsr | 9.00 | 0.90 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984677
Page 18 of 20
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 16-Apr-13 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 16-Apr-13 | Laser Copy;KARTASHM | 72.00 | 7.20 |
| 16-Apr-13 | Laser Copy;KUKULOWI | 88.00 | 8.80 |
| 16-Apr-13 | Laser Copy;beardc | 81.00 | 8.10 |
| 16-Apr-13 | Laser Copy;GROSSMAN | 34.00 | 3.40 |
| 16-Apr-13 | Conference Call Charges | 1.00 | 0.14 |
| 16-Apr-13 | Conference Call Charges | 1.00 | 1.86 |
| 16-Apr-13 | Conference Call Charges | 1.00 | 5.58 |
| 16-Apr-13 | Conference Call Charges | 1.00 | 0.97 |
| 16-Apr-13 | Laser Copy;jacobsr | 20.00 | 2.00 |
| 17-Apr-13 | Telephone;19139049887;Kansas CKS;4417 (Committee call) | 1.00 | 27.00 |
| 17-Apr-13 | Laser Copy;beardc | 126.00 | 12.60 |
| 17-Apr-13 | Laser Copy;Waugh,Stephanie | 2.00 | 0.20 |
| 17-Apr-13 | Laser Copy;jacobsr | 48.00 | 4.80 |
| 17-Apr-13 | Laser Copy;GROSSMAN | 148.00 | 14.80 |
| 17-Apr-13 | Meals and Beverages - Maxim /R Jacobs-Apr 4/13/Working lunch for Dentons working group | 1.00 | 85.25 |
| 17-Apr-13 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 18-Apr-13 | Laser Copy;GROSSMAN | 2.00 | 0.20 |
| 18-Apr-13 | Laser Copy;KARTASHM | 73.00 | 7.30 |
| 18-Apr-13 | Laser Copy;beardc | 262.00 | 26.20 |
| 18-Apr-13 | Laser Copy;WUNDER M | 76.00 | 7.60 |
| 18-Apr-13 | Laser Copy;GROSSMAN | 27.00 | 2.70 |
| 18-Apr-13 | Laser Copy;jacobsr | 35.00 | 3.50 |
| 18-Apr-13 | Laser Copy;GROSSMAN | 1.00 | 0.10 |
| 19-Apr-13 | Laser Copy;beardc | 136.00 | 13.60 |
| 19-Apr-13 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 19-Apr-13 | Laser Copy;WUNDER M | 31.00 | 3.10 |
| 19-Apr-13 | Laser Copy;BOWLES-D | 156.00 | 15.60 |
| 19-Apr-13 | Nortel working dinner for M. Wunder April 18, 2013; 2013-4-18 | 1.00 | 7.08 |
| 19-Apr-13 | Laser Copy;GROSSMAN | 58.00 | 5.80 |
| 19-Apr-13 | Laser Copy;GROSSMAN | 219.00 | 21.90 |
| 22-Apr-13 | Laser Copy;NELSON M | 9.00 | 0.90 |
| 22-Apr-13 | Laser Copy;COSENTIN | 121.00 | 12.10 |
| 22-Apr-13 | Laser Copy;NigroR | 58.00 | 5.80 |
| 23-Apr-13 | Tabs / Cerlox | 1.00 | 2.80 |
| 23-Apr-13 | Laser Copy;NigroR | 729.00 | 72.90 |
| 23-Apr-13 | Laser Copy;Badria, Nancy | 398.00 | 39.80 |

DENTONS CANADA LLP                                                   INVOICE 2984677
The Official Committee of Unsecured Creditors                          Page 19 of 20
Re: Nortel Networks Inc., et al.                               Matter # 538462-000001

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 23-Apr-13 | Laser Copy;jacobsr | 36.00 | 3.60 |
| 23-Apr-13 | Laser Copy;Erandio, N. | 280.00 | 28.00 |
| 23-Apr-13 | Laser Copy;KARTASHM | 35.00 | 3.50 |
| 23-Apr-13 | Laser Copy;KUKULOWI | 51.00 | 5.10 |
| 23-Apr-13 | Laser Copy;Vincent-DunlopT | 223.00 | 22.30 |
| 23-Apr-13 | Laser Copy;WUNDER M | 4.00 | 0.40 |
| 23-Apr-13 | Cerlox | 1.00 | 2.00 |
| 23-Apr-13 | Cerlox | 1.00 | 2.00 |
| 23-Apr-13 | Laser Copy;NELSON M | 368.00 | 36.80 |
| 24-Apr-13 | Laser Copy;GROSSMAN | 59.00 | 5.90 |
| 24-Apr-13 | Laser Copy;Waugh,Stephanie | 1.00 | 0.10 |
| 24-Apr-13 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 24-Apr-13 | Laser Copy;Erandio, N. | 85.00 | 8.50 |
| 24-Apr-13 | Laser Copy;GROSSMAN | 12.00 | 1.20 |
| 24-Apr-13 | Cerlox | 1.00 | 4.00 |
| 24-Apr-13 | Rogers Wireless expenses for M. Wunder on Feb. 6 to 8/13; 2013-2-6 | 1.00 | 6.65 |
| 24-Apr-13 | Color Laser Printing | 115.00 | 115.00 |
| 24-Apr-13 | Working lunch at McDonalds for M. Wunder and R. Jacobs on Feb. 8/13; 2013-2-8 | 1.00 | 15.18 |
| 24-Apr-13 | Laser Copy;NELSON M | 167.00 | 16.70 |
| 24-Apr-13 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 24-Apr-13 | Laser Copy;KUKULOWI | 127.00 | 12.70 |
| 25-Apr-13 | Air Canada return flight to New York for M. Wunder on Dec. 12-13/12; 2012-12-12 (Committee meeting) | 1.00 | 427.42 |
| 25-Apr-13 | Laser Copy;KUKULOWI | 42.00 | 4.20 |
| 25-Apr-13 | Laser Copy;Vincent-DunlopT | 131.00 | 13.10 |
| 25-Apr-13 | Hotel room at Le Parker Merdien New York for M. Wunder on Dec. 12/12 (see Visa); 2012-12-12 | 1.00 | 450.00 |
| 25-Apr-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 25-Apr-13 | Laser Copy;NELSON M | 205.00 | 20.50 |
| 25-Apr-13 | Laser Copy;GROSSMAN | 15.00 | 1.50 |
| 25-Apr-13 | Laser Copy;jacobsr | 37.00 | 3.70 |
| 25-Apr-13 | Dinner at Carnegie Deli in New York for M. Wunder on Dec. 12/12; 2012-12-12 | 1.00 | 25.00 |
| 25-Apr-13 | Breakfast at Cafe Metro in New York for R. Jacobs on Dec. 13/12 (see Visa); 2012-12-13 | 1.00 | 13.30 |
| 25-Apr-13 | Breakfast at Starbucks in New York for M. Wunder on Dec. 13/13; 2012-12-13 | 1.00 | 11.98 |

DENTONS CANADA LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2984677
Page 20 of 20
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 25-Apr-13 | Taxi from hotel to Akin Gump for M. Wunder on Dec. 13/12; 2012-12-13 | 1.00 | 8.24 |
| 25-Apr-13 | Taxi from Eglinton to Toronto Airport for M. Wunder on Dec. 12/12; 2012-12-12 | 1.00 | 45.82 |
| 25-Apr-13 | Taxi from New York Airport to Hotel for M. Wunder on Dec. 12/12 (see Visa); 2012-12-12 | 1.00 | 33.96 |
| 25-Apr-13 | Taxi from Akin Gump to New York Airport for M. Wunder on Dec. 13/12 (see Visa); 2012-12-13 | 1.00 | 44.06 |
| 25-Apr-13 | Taxi from Toronto Airport to Eglinton for M. Wunder on Dec. 13/12; 2012-12-13 | 1.00 | 55.67 |
| 26-Apr-13 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 26-Apr-13 | Laser Copy;NigroR | 77.00 | 7.70 |
| 26-Apr-13 | Laser Copy;KUKULOWI | 30.00 | 3.00 |
| 26-Apr-13 | Laser Copy;NELSON M | 53.00 | 5.30 |
| 29-Apr-13 | Laser Copy;KUKULOWI | 31.00 | 3.10 |
| 29-Apr-13 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 30-Apr-13 | Telephone;12128721077;New York NY;4417 | 1.00 | 11.73 |
| 30-Apr-13 | Laser Copy;NigroR | 1.00 | 0.10 |
| 30-Apr-13 | Laser Copy;GROSSMAN | 48.00 | 4.80 |
| 30-Apr-13 | Laser Copy;NELSON M | 163.00 | 16.30 |
| 30-Apr-13 | Parking for M. Wunder on April 29/13; 2013-4-30 | 1.00 | 8.85 |
| 30-Apr-13 | Beck Taxi/Inv 1721-052/M.Wunder Apr 30/13 | 1.00 | 7.48 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$2,238.08** |