# EXHIBIT C

## DISBURSEMENT SUMMARY
## APRIL 1 TO APRIL 30, 2013
### (All Amounts in Canadian Dollars)

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Airfare/Travel | $ 427.42 |
| Accommodations | $ 450.00 |
| Binding Books/Documents | $ 16.80 |
| Conference Call charges | $ 8.55 |
| Long Distance Telephone Calls | $ 58.34 |
| Meals & Beverages | $ 162.79 |
| Photocopy & Printing Charges | $ 910.10 |
| Transportation Costs | $ 204.08 |
| Total Non-Taxable Disbursements | $ 2,238.08 CDN. |

12270968_1|TORDOCS