**EXHIBIT D**

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2984677  
Page 17 of 20  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 01-Apr-13 | Laser Copy;GRIEF J | 6.00 | 0.60 |
| 01-Apr-13 | Laser Copy;KUKULOWI | 6.00 | 0.60 |
| 01-Apr-13 | Laser Copy;NELSON M | 6.00 | 0.60 |
| 02-Apr-13 | Laser Copy;jacobsr | 56.00 | 5.60 |
| 03-Apr-13 | Laser Copy;jacobsr | 1.00 | 0.10 |
| 03-Apr-13 | Laser Copy;LEVINE, N | 5.00 | 0.50 |
| 03-Apr-13 | Laser Copy;GROSSMAN | 36.00 | 3.60 |
| 03-Apr-13 | Laser Copy;GROSSMAN | 16.00 | 1.60 |
| 03-Apr-13 | Laser Copy;NELSON M | 56.00 | 5.60 |
| 03-Apr-13 | Dining Room Expense - Working group meeting | 1.00 | 5.00 |
| 04-Apr-13 | Laser Copy;NELSON M | 261.00 | 26.10 |
| 04-Apr-13 | Laser Copy;jacobsr | 66.00 | 6.60 |
| 04-Apr-13 | Telephone;16094501009;LawrenceNJ; 4417 | 1.00 | 12.96 |
| 04-Apr-13 | Laser Copy;GROSSMAN | 21.00 | 2.10 |
| 04-Apr-13 | Laser Copy;GROSSMAN | 13.00 | 1.30 |
| 04-Apr-13 | Laser Copy;Kee, Evelyn | 4.00 | 0.40 |
| 05-Apr-13 | Laser Copy;jacobsr | 23.00 | 2.30 |
| 05-Apr-13 | Laser Copy;NELSON M | 154.00 | 15.40 |
| 08-Apr-13 | Laser Copy;jacobsr | 14.00 | 1.40 |
| 08-Apr-13 | Laser Copy;KUKULOWI | 60.00 | 6.00 |
| 08-Apr-13 | Laser Copy;beardc | 221.00 | 22.10 |
| 08-Apr-13 | Laser Copy;WUNDER M | 54.00 | 5.40 |
| 09-Apr-13 | Laser Copy;jacobsr | 59.00 | 5.90 |
| 09-Apr-13 | Laser Copy;beardc | 447.00 | 44.70 |
| 09-Apr-13 | Laser Copy;Erandio, N. | 357.00 | 35.70 |
| 09-Apr-13 | Laser Copy;WUNDER M | 1.00 | 0.10 |
| 09-Apr-13 | Laser Copy;WUNDER M | 35.00 | 3.50 |
| 09-Apr-13 | Cerlox / Clear Cover | 1.00 | 6.00 |
| 09-Apr-13 | Laser Copy;KARTASHM | 5.00 | 0.50 |
| 10-Apr-13 | Laser Copy;beardc | 2.00 | 0.20 |
| 11-Apr-13 | Laser Copy;KUKULOWI | 5.00 | 0.50 |
| 11-Apr-13 | Laser Copy;beardc | 514.00 | 51.40 |
| 12-Apr-13 | Laser Copy;beardc | 9.00 | 0.90 |
| 15-Apr-13 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 15-Apr-13 | Laser Copy;beardc | 46.00 | 4.60 |
| 15-Apr-13 | Laser Copy;jacobsr | 9.00 | 0.90 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2984677  
Page 18 of 20  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 16-Apr-13 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 16-Apr-13 | Laser Copy;KARTASHM | 72.00 | 7.20 |
| 16-Apr-13 | Laser Copy;KUKULOWI | 88.00 | 8.80 |
| 16-Apr-13 | Laser Copy;beardc | 81.00 | 8.10 |
| 16-Apr-13 | Laser Copy;GROSSMAN | 34.00 | 3.40 |
| 16-Apr-13 | Conference Call Charges | 1.00 | 0.14 |
| 16-Apr-13 | Conference Call Charges | 1.00 | 1.86 |
| 16-Apr-13 | Conference Call Charges | 1.00 | 5.58 |
| 16-Apr-13 | Conference Call Charges | 1.00 | 0.97 |
| 16-Apr-13 | Laser Copy;jacobsr | 20.00 | 2.00 |
| 17-Apr-13 | Telephone;19139049887;Kansas CKS;4417 (Committee call) | 1.00 | 27.00 |
| 17-Apr-13 | Laser Copy;beardc | 126.00 | 12.60 |
| 17-Apr-13 | Laser Copy;Waugh,Stephanie | 2.00 | 0.20 |
| 17-Apr-13 | Laser Copy;jacobsr | 48.00 | 4.80 |
| 17-Apr-13 | Laser Copy;GROSSMAN | 148.00 | 14.80 |
| 17-Apr-13 | Meals and Beverages - Maxim /R Jacobs-Apr 4/13/Working lunch for Dentons working group | 1.00 | 85.25 |
| 17-Apr-13 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 18-Apr-13 | Laser Copy;GROSSMAN | 2.00 | 0.20 |
| 18-Apr-13 | Laser Copy;KARTASHM | 73.00 | 7.30 |
| 18-Apr-13 | Laser Copy;beardc | 262.00 | 26.20 |
| 18-Apr-13 | Laser Copy;WUNDER M | 76.00 | 7.60 |
| 18-Apr-13 | Laser Copy;GROSSMAN | 27.00 | 2.70 |
| 18-Apr-13 | Laser Copy;jacobsr | 35.00 | 3.50 |
| 18-Apr-13 | Laser Copy;GROSSMAN | 1.00 | 0.10 |
| 19-Apr-13 | Laser Copy;beardc | 136.00 | 13.60 |
| 19-Apr-13 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 19-Apr-13 | Laser Copy;WUNDER M | 31.00 | 3.10 |
| 19-Apr-13 | Laser Copy;BOWLES-D | 156.00 | 15.60 |
| 19-Apr-13 | Nortel working dinner for M. Wunder April 18, 2013; 2013-4-18 | 1.00 | 7.08 |
| 19-Apr-13 | Laser Copy;GROSSMAN | 58.00 | 5.80 |
| 19-Apr-13 | Laser Copy;GROSSMAN | 219.00 | 21.90 |
| 22-Apr-13 | Laser Copy;NELSON M | 9.00 | 0.90 |
| 22-Apr-13 | Laser Copy;COSENTIN | 121.00 | 12.10 |
| 22-Apr-13 | Laser Copy;NigroR | 58.00 | 5.80 |
| 23-Apr-13 | Tabs / Cerlox | 1.00 | 2.80 |
| 23-Apr-13 | Laser Copy;NigroR | 729.00 | 72.90 |
| 23-Apr-13 | Laser Copy;Badria, Nancy | 398.00 | 39.80 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2984677  
Page 19 of 20  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 23-Apr-13 | Laser Copy;jacobsr | 36.00 | 3.60 |
| 23-Apr-13 | Laser Copy;Erandio, N. | 280.00 | 28.00 |
| 23-Apr-13 | Laser Copy;KARTASHM | 35.00 | 3.50 |
| 23-Apr-13 | Laser Copy;KUKULOWI | 51.00 | 5.10 |
| 23-Apr-13 | Laser Copy;Vincent-DunlopT | 223.00 | 22.30 |
| 23-Apr-13 | Laser Copy;WUNDER M | 4.00 | 0.40 |
| 23-Apr-13 | Cerlox | 1.00 | 2.00 |
| 23-Apr-13 | Cerlox | 1.00 | 2.00 |
| 23-Apr-13 | Laser Copy;NELSON M | 368.00 | 36.80 |
| 24-Apr-13 | Laser Copy;GROSSMAN | 59.00 | 5.90 |
| 24-Apr-13 | Laser Copy;Waugh,Stephanie | 1.00 | 0.10 |
| 24-Apr-13 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 24-Apr-13 | Laser Copy;Erandio, N. | 85.00 | 8.50 |
| 24-Apr-13 | Laser Copy;GROSSMAN | 12.00 | 1.20 |
| 24-Apr-13 | Cerlox | 1.00 | 4.00 |
| 24-Apr-13 | Rogers Wireless expenses for M. Wunder on Feb. 6 to 8/13; 2013-2-6 | 1.00 | 6.65 |
| 24-Apr-13 | Color Laser Printing | 115.00 | 115.00 |
| 24-Apr-13 | Working lunch at McDonalds for M. Wunder and R. Jacobs on Feb. 8/13; 2013-2-8 | 1.00 | 15.18 |
| 24-Apr-13 | Laser Copy;NELSON M | 167.00 | 16.70 |
| 24-Apr-13 | Laser Copy;jacobsr | 18.00 | 1.80 |
| 24-Apr-13 | Laser Copy;KUKULOWI | 127.00 | 12.70 |
| 25-Apr-13 | Air Canada return flight to New York for M. Wunder on Dec. 12-13/12; 2012-12-12 (Committee meeting) | 1.00 | 427.42 |
| 25-Apr-13 | Laser Copy;KUKULOWI | 42.00 | 4.20 |
| 25-Apr-13 | Laser Copy;Vincent-DunlopT | 131.00 | 13.10 |
| 25-Apr-13 | Hotel room at Le Parker Merdien New York for M. Wunder on Dec. 12/12 (see Visa); 2012-12-12 | 1.00 | 450.00 |
| 25-Apr-13 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 25-Apr-13 | Laser Copy;NELSON M | 205.00 | 20.50 |
| 25-Apr-13 | Laser Copy;GROSSMAN | 15.00 | 1.50 |
| 25-Apr-13 | Laser Copy;jacobsr | 37.00 | 3.70 |
| 25-Apr-13 | Dinner at Carnegie Deli in New York for M. Wunder on Dec. 12/12; 2012-12-12 | 1.00 | 25.00 |
| 25-Apr-13 | Breakfast at Cafe Metro in New York for R. Jacobs on Dec. 13/12 (see Visa); 2012-12-13 | 1.00 | 13.30 |
| 25-Apr-13 | Breakfast at Starbucks in New York for M. Wunder on Dec. 13/12; 2012-12-13 | 1.00 | 11.98 |

DENTONS CANADA LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2984677  
Page 20 of 20  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 25-Apr-13 | Taxi from hotel to Akin Gump for M. Wunder on Dec. 13/12; 2012-12-13 | 1.00 | 8.24 |
| 25-Apr-13 | Taxi from Eglinton to Toronto Airport for M. Wunder on Dec. 12/12; 2012-12-12 | 1.00 | 45.82 |
| 25-Apr-13 | Taxi from New York Airport to Hotel for M. Wunder on Dec. 12/12 (see Visa); 2012-12-12 | 1.00 | 33.96 |
| 25-Apr-13 | Taxi from Akin Gump to New York Airport for M. Wunder on Dec. 13/12 (see Visa); 2012-12-13 | 1.00 | 44.06 |
| 25-Apr-13 | Taxi from Toronto Airport to Eglinton for M. Wunder on Dec. 13/12; 2012-12-13 | 1.00 | 55.67 |
| 26-Apr-13 | Laser Copy;jacobsr | 24.00 | 2.40 |
| 26-Apr-13 | Laser Copy;NigroR | 77.00 | 7.70 |
| 26-Apr-13 | Laser Copy;KUKULOWI | 30.00 | 3.00 |
| 26-Apr-13 | Laser Copy;NELSON M | 53.00 | 5.30 |
| 29-Apr-13 | Laser Copy;KUKULOWI | 31.00 | 3.10 |
| 29-Apr-13 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 30-Apr-13 | Telephone;12128721077;New YorkNY;4417 | 1.00 | 11.73 |
| 30-Apr-13 | Laser Copy;NigroR | 1.00 | 0.10 |
| 30-Apr-13 | Laser Copy;GROSSMAN | 48.00 | 4.80 |
| 30-Apr-13 | Laser Copy;NELSON M | 163.00 | 16.30 |
| 30-Apr-13 | Parking for M. Wunder on April 29/13; 2013-4-30 | 1.00 | 8.85 |
| 30-Apr-13 | Beck Taxi/Inv 1721-052/M.Wunder Apr 30/13 | 1.00 | 7.48 |
| **TOTAL NON-TAXABLE DISBURSEMENTS** | | | **$2,238.08** |