# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## APRIL 1, 2013 THROUGH APRIL 30, 2013
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Barb Grossman | Partner | Litigation | Ontario - 1981 | 37.3 | $775.00 | $28,907.50 |
| Colin Galinski | Associate | Pensions/Benefits | British Columbia - 2010 | 17.9 | $400.00 | $7,160.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 0.3 | $825.00 | $247.50 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 68.7 | $795.00 | $54,616.50 |
| Natalie Levine | Consultant | Financial Restructuring | | 10.2 | $525.00 | $5,355.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 33.8 | $750.00 | $25,350.00 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 55.4 | $900.00 | $49,860.00 |
| | | | | | | |
| TOTAL | | | | 223.6 | CDN. | $171,496.50 |

12270968_1|TORDOCS