IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 09-10138 (KG) |
| Nortel Networks Inc. et al.,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date: June 25, 2013 at 10:00 a.m.** |
| | ) |

## NOTICE OF SEVENTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:  Dentons Canada LLP

Authorized to Provide
Professional Services to:  Official Committee of Unsecured Creditors

Date of Retention:  March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:  February 1, 2013 through April 30, 2013[2]

Amount of Compensation sought as
actual, reasonable and necessary:  CDN. $494,299.00 Equivalent to USD $478,827.44[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  CDN. $4,531.22 Equivalent to USD $4,389.39[3]

This is (a)n: _X_ interim  ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Dentons Canada LLP's February, 2013, March, 2013 and April, 2013 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on May 27, 2013 was CDN. $1.00 : U.S. $0.9687

12270984_1|TORDOCS

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 5/28/13 Docket No. 10675 | 2/1/13 - 2/28/13 | $159,683.00 | $999.91 | $127,746.40 Pending Obj. Deadline June 19, 2013 | $999.91 Pending Obj. Deadline June 19, 2013 | $31,936.60 |
| Date Filed: 5/29/13 Docket No. 10683 | 3/1/13 - 3/31/13 | $163,119.50 | $1,293.23 | $130,495.60 Pending Obj. Deadline June 19, 2013 | $1,293.23 Pending Obj. Deadline June 19, 2013 | $32,623.90 |
| Date Filed: 5/29/13 Docket No. 10688 | 4/1/13 - 4/30/13 | $171,496.50 | $2,238.08 | $137,197.20 Pending Obj. Deadline June 19, 2013 | $2,238.08 Pending Obj. Deadline June 19, 2013 | $34,299.30 |
| **TOTALS:** | All amounts in CDN.$ | $494,299.00 | $4,531.22 | $395,439.20[4] | $4,531.22[5] | $98,859.80 |

Summary of any Objections to Fee Applications: None.

Dated: May 29, 2013
Toronto, Ontario

_/s/ Michael J. Wunder_

Michael J. Wunder
DENTONS CANADA LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario  M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2

12270984_1|TORDOCS