**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 09-10138-KG<br>(Jointly Administered)<br><br>Re: Dkt. No. 10690<br>Hearing Date: To commence January 6, 2014 |

**JOINDER OF LAW DEBENTURE TRUST COMPANY
OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC
NOTES, IN RESPONSE OF US DEBTORS AND OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO THE CORE PARTIES' ALLOCATION POSITIONS**

      Law Debenture Trust Company of New York ("Law Debenture"), as indenture trustee for the NNCC Notes (as defined below), by and through its attorneys, Patterson Belknap Webb & Tyler LLP and Morris James LLP, hereby submits this joinder ("Joinder") in the Response of the US Debtors and the Official Committee Of Unsecured Creditors to the Core Parties' Allocation Positions (the "Reply") (Dkt. No. 10690). Law Debenture respectfully states that:

      1.      Pursuant to an indenture, dated as of February 15, 1996 (the "Indenture"), by and among Nortel Networks Limited (f/k/a Northern Telecom Limited) ("NNL"), as issuer and guarantor, Nortel Networks Capital Corporation (f/k/a Northern Telecom Capital Corporation) ("NNCC"), as issuer, and The Bank of New York, as trustee, NNCC and NNL

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), NNCC (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), and Nortel Networks Cable Solutions Inc. (0567) (collectively, the "US Debtors").

6502118

issued $150 million in aggregate principal amount of 7.875% Notes Due 2026 (the "<u>NNCC Notes</u>").

2. Law Debenture is a "Core Party" as defined in the Allocation Protocol approved by this Court in an Order dated April 3, 2013 (Dkt. No. 9947). Law Debenture submits this Joinder in its capacity as a Core Party and representative of the interests of the holders of the NNCC Notes.

3. Law Debenture hereby joins in the Reply. Law Debenture reserves the right to supplement or amend this Joinder and to appear and be heard on any issue at the hearing to consider the Reply.

Dated: Wilmington, Delaware
May 29, 2013

**MORRIS JAMES LLP**

/s/ Stephen M. Miller
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: smiller@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: dalowenthal@pbwt.com
         bguiney@pbwt.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*

6502118

- 2 -