## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al., | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------------------ x | | |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE         :
                          : SS:
NEW CASTLE COUNTY         :

    I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made.  I certify further that on May 29, 2013, I caused to be served:

**JOINDER OF LAW DEBENTURE TRUST COMPANY
OF NEW YORK, AS INDENTURE TRUSTEE FOR THE NNCC
NOTES, IN RESPONSE OF US DEBTORS AND OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO THE CORE PARTIES' ALLOCATION POSITIONS**

    Service was completed upon each party that is registered to receive ecf notices via the Court's CM/ECF filing system.

Date: May 29, 2013

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 29th day of May, 2013.

_____
NOTARY
My commission expires: 11/26/14