IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.,*<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>Re: Docket Nos. 10536, 10537, 10538,<br>10539, 10540, 10543, 10562, 10563, 10566 |

## CANADIAN CREDITORS COMMITTEE RESPONSE TO
## CORE PARTIES' OPENING ALLOCATION POSITIONS

The Canadian Creditors Committee ("**CCC**"), by and through its undersigned counsel, pursuant to the Court's Order entered May 17, 2013 [D.I. 10566], hereby submits its annexed Response to the opening allocation positions of other Core Parties, which Response also is being filed in the Canadian Proceedings.

The CCC respectfully requests the Court to adopt the CCC's Allocation Position [D.I. 10538], reject other Core Parties' allocation positions for the reasons set forth in the CCC's Response and to the extent they otherwise are inconsistent with or contravene the CCC's Allocation Position, and grant the CCC such other and further relief as the Court deems just and proper.

The CCC hereby reserves all rights with respect to this litigation including, without limitation, the right to supplement submissions and any right afforded the Core Parties to file replies to submissions.

Dated: May 29, 2013　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　DLA PIPER LLP (US)
　　　　　　　　　　　　　　　　　　　By: /s/ Selinda A. Melnik
　　　　　　　　　　　　　　　　　　　Selinda A. Melnik (Bar No. 4032)
　　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 1500
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: +1 (302) 468-5650
　　　　　　　　　　　　　　　　　　　E-mail: selinda.melnik@dlapiper.com

　　　　　　　　　　　　　　　　　　　Counsel for the Canadian Creditors Committee