# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
|  | (Jointly Administered) |
| Debtors. |  |

**RESPONSE OF THE MONITOR AND CANADIAN DEBTORS TO THE OPENING
ALLOCATION PLEADINGS OF THE OTHER CORE PARTIES**

Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), pursuant to the Litigation Timetable adopted by this Court pursuant to its *Order Entering Litigation Timetable and Discovery Plan* dated May 17, 2013 [Dkt. No. 10566], on behalf of itself and the Canadian Debtors, hereby files and incorporates herein in its entirety the *Response of the Monitor and Canadian Debtors to the Opening Allocation Pleadings of the Other Core Parties* annexed hereto as Exhibit A (the "**Canadian Response**"), which response the Monitor also filed in the Canadian Proceedings simultaneously herewith.

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

WHEREFORE, the Monitor and Canadian Debtors request that the Court give effect to *Allocation Position of the Monitor and Canadian Debtors* which the Monitor filed in these chapter 11 cases on behalf of itself and the Canadian Debtors on May 16, 2013 [Dkt. No. 10543], as supplemented and clarified by the Canadian Response incorporated herein, and grant such other and further relief as the Court deems just and proper.

Dated: May 29, 2013
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Kathleen A. Murphy
Mary F. Caloway (No. 3059)
Kathleen A Murphy (No. 5215)
1105 North Market Street, Suite 1900
Wilmington, Delaware 19801
(302) 552-4200 (telephone)
(302) 552-4295 (facsimile)
mary.caloway@bipc.com
kathleen.murphy@bipc.com

-and-

**ALLEN & OVERY LLP**

Ken Coleman
Daniel Guyder
Paul Keller
Laura Hall
1221 Avenue of the Americas
New York, NY  10020
(212) 610-6300 (telephone)
(212) 610-6399 (facsimile)
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
paul.keller@allenovery.com
laura.hall@allenovery.com

*Attorneys for Ernst & Young Inc., as Monitor
and Foreign Representative of the Canadian
Debtors*