# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| | (Jointly Administered) |
| Debtors. | **Re: Dkt. Nos. 990 & 10566** |

### NOTICE PURSUANT TO SECTION 12(d) OF THE CROSS-BORDER PROTOCOL OF FILING OF THE MONITOR'S AND CANADIAN DEBTORS' RESPONSES TO THE EMEA CLAIMS AND THE UK PENSION CLAIMS IN THE CANADIAN PROCEEDINGS

**PLEASE TAKE NOTICE** that pursuant to section 12(d) of the Amended Cross-Border Court-to-Court Protocol approved in the above-captioned cases [Dkt. No. 990], on May 29, 2013, Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Nortel Networks Corporation and certain of its direct and indirect subsidiaries, Nortel Networks Limited, Nortel Networks Technology Corporation, Nortel Networks Global Corporation, and Nortel Networks International Corporation (the "**Canadian Debtors**") in proceedings (the "**Canadian Proceedings**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice (Commercial List), by its undersigned counsel filed in the above-captioned cases copies of the Monitor's and Canadian Debtors' (i) *Joint Response of the Monitor and the Canadian Debtors to the Claims Filed on Behalf of the EMEA Claimants* and (ii) *Joint Response of the Monitor and Canadian Debtors to the Claims by the UK Pension Trustee and PPF RE: UK Pension Scheme*, which are annexed hereto as Exhibit A and B, respectively.

[*Intentionally left blank*]

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each such debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); CoreTek, Inc. (5722); Nortel Networks Applications Management Solutions Inc. (2846); Nortel Networks Optical Components Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

Dated: May 30, 2013
Wilmington, Delaware

        **BUCHANAN INGERSOLL & ROONEY PC**

        /s/  Kathleen A. Murphy
        Mary F. Caloway (No. 3059)
        Kathleen A Murphy (No. 5215)
        1105 North Market Street, Suite 1900
        Wilmington, Delaware 19801
        (302) 552-4200 (telephone)
        (302) 552-4295 (facsimile)
        mary.caloway@bipc.com
        kathleen.murphy@bipc.com

        -and-

        **ALLEN & OVERY LLP**

        Ken Coleman
        Daniel Guyder
        Paul Keller
        Laura Hall
        1221 Avenue of the Americas
        New York, NY  10020
        (212) 610-6300 (telephone)
        (212) 610-6399 (facsimile)
        ken.coleman@allenovery.com
        daniel.guyder@allenovery.com
        paul.keller@allenovery.com
        laura.hall@allenovery.com

        *Attorneys for Ernst & Young Inc., as Monitor and Foreign Representative of the Canadian Debtors*