# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                              :   Chapter 11
In re:                                        :
                                              :   Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                :
                                              :   Jointly Administered
                                   Debtors.   :
                                              :   Objections due:  June 19, 2013 @ 4:00 p.m.
-----------------------------------------------------------x
```

**COVERSHEET FOR TWENTIETH MONTHLY APPLICATION OF MCCARTER & ENGLISH, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR THE PERIOD APRIL 1, 2013 THROUGH APRIL 30, 2013**

| | |
|---|---|
| Name of Applicant: | McCarter & English, LLP local counsel to The Official Committee of Retirees |
| Authorized to Provide Professional Services To: | The Official Committee of Retirees |
| Date of Retention: | August 26, 2011 |
| Supplemental Period for Which Compensation and Reimbursement Is Sought: | April 1, 2013 through April 30, 2013 |
| Supplemental Amount of Compensation Sought as Actual, Reasonable and Necessary: | $76,349.50 |
| Supplemental Amount of Expense Reimbursement Sought As Actual, Reasonable and Necessary: | $6,184.37 |

This is an      X interim                    __ final application

The total time expended for fee application preparation is approximately 4 hours and the corresponding compensation requested is approximately $1,480.00.[2]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| | If this is not the first application filed, disclose the following for each prior application: | | | | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Allowed | Expenses Allowed |
| 11/9/2011 | 8/26/2011-9/30/2011 | $41,834.25 | $3,031.55 | $33,467.48 | $3,031.55 |
| 11/9/2011 | 10/1/2011-10/31/2011 | $22,293.00 | $54.02 | $17,834.40 | $54.02 |
| **11-21-2011** | **First Quarterly 8/26/2011-10/31/2011** | | | **$64,127.25** | **$3,085.57** |
| 12/14/2011 | 11/1/2011-11/30/2011 | $17,469.00 | $592.71 | $13,975.20 | $592.71 |
| 1/17/2012 | 12/1/2011-12/31/2011 | $49,994.25 | $340.86 | $39,995.40 | $340.86 |
| 2/7/2012 | 1/1/2012-1/31/2012 | $50,019.00 | $152.92 | $40,015.20 | $152.92 |
| **2/10/2012** | **Second Quarterly 11/1/2011-1/31/2012** | | | **$117,482.25** | **$1,086.49** |
| 3/12/2012 | 2/1/2012-2/29/2012 | $27,894.00 | $2,314.33 | $22,315.20 | $2,314.33 |
| 4/20/2012 | 3/1/2012-3/31/2012 | $12,327.00 | $2.40 | $9,861.60 | $2.40 |
| 5/18/2012 | 4/1/2012-4/30/2012 | $32,274.50 | $135.45 | $25,819.60 | $135.45 |
| **5/23/2012** | **Third Quarterly 2/1/2012-4/30/2012** | | | **$72,495.00** | **$2,452.18** |
| 6/8/2012 | 5/1/2012-5/31/2012 | $70,377.50 | $1,460.71 | $56,302.00 | $1,460.71 |
| 7/12/2012 | 6-1-2012-6/30/2012 | $72,315.95 | $1,822.50 | $57,852.76 | $1,822.50 |
| 8/3/2012 | 7/1/2012-7/31/2012 | $104,521.50 | $597.05 | $83,617.20 | $597.05 |
| 8/22/2012 | **Fourth Quarterly 5/1/2012-7/31/2012** | | | **247,214.95** | **$3,880.26** |
| 9/27/2012 | 8/1/2012-8/31/2012 | $539,595.15 | $3,841.53 | $431,676.12 | $3,841.53 |
| 10/31/2012 | 9/1/2012-9/30/2012 | $324,613.75 | $14,615.80 | $259,691.00 | $14,615.80 |
| 11/19/2012 | 10/1/2012-10/31/2012 | $249,572.25 | $2,665.49 | $199,657.80 | $2,665.49 |
| **11/26/2012** | **Fifth Quarterly 8/1/2012-10/31/2012** | | | **$891,024.92** | **$21,122.82** |
| 12/21/2012 | 11/1/2012-11/30/2012 | $83,373.50 | $367.55 | $66,698.80 | $367.55 |
| 1/23/2013 | 12/1/2012-12/31/2012 | $46,533.50 | $462.65 | $37,226.80 | $462.65 |
| 2/15/2013 | 1/1/2013-1/31/2013 | $113,651.50 | $849.50 | $90,921.20 | $849.50 |
| **2/27/2013** | **Sixth Quarterly 11/1/2012-1/31/2013** | | | **$243,558.50** | **$1,679.70** |
| 3/25/2013 | 2/1/2013-2/28/2013 | $133,130.50 | $5,026.88 | $106,504.40 | $5,026.88 |
| 4/18/2013 | 3/1/2013-3/31/2013 | $179,766.50 | $20,146.11 | $143,813.20 | $20,146.11 |

---

[2] Allowance for compensation for such time is not requested in this application, but will be sought in a subsequent fee application.

**TIMEKEEPER SUMMARY**

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| TAYLOR, JR., WILLIAM F. | Partner, DE Bar, Bankruptcy and Restructuring | $525.00 | 22.20 | $11,655.00 |
| DANIELE, MARK A. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $525.00 | 54.20 | $28,455.00 |
| HOROWITZ, JOEL E. | Partner, PA Bar, Tax, Employee Benefits & Private Clients | $580.00 | 3.20 | $1,856.00 |
| KORNSTEIN, ALAN F. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $520.00 | 19.10 | $9,932.00 |
| YINGLING, BETH | Partner, NJ Bar, Tax, Employee Benefits & Private Clients | $465.00 | .80 | $372.00 |
| KIMBALL, JANE S. | Special Counsel, NJ Bar, Tax, Employee Benefits & Private Clients | $400.00 | .10 | $40.00 |
| BROWN, KEVIN A. | Associate, NJ Bar, Tax & Benefits, Executive Compensation | $395.00 | 43.50 | $17,182.50 |
| BUCK, KATE R. | Associate, DE Bar, Bankruptcy and Restructuring | $320.00 | 12.40 | $3,968.00 |
| SCHIERBAUM, JARED F. | Paralegal, Bankruptcy and Restructuring | $215.00 | 12.60 | $2,709.00 |
| MORIARTY, MARGARET J. | Paralegal, Tax, Employee Benefits & Private Clients | $180.00 | 1.00 | $180.00 |
| **TOTAL:** | | | **169.10** | **$76,349.50** |
| | *Blended Rate* | *$451.51* | | |

## COMPENSATION BY PROJECT CATEGORY

|  | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| D24 | CASE ADMINISTRATION | 15.60 | $4,127.50 |
| D26 | EMPLOYEE BENEFITS/PENSIONS | 118.20 | $56,057.00 |
| D27 | FEE/EMPLOYMENT APPLICATIONS | 5.40 | $1,905.00 |
| D30 | LITIGATION | 24.70 | $11,512.00 |
| D34 | TAX ISSUES | .50 | $1,844.50 |
| D47 | FEE APPLICATIONS – OTHERS | 1.50 | $787.50 |
| D62 | GENERAL CASE STRATEGY | .20 | $116.00 |
|  |  | **169.10** | **$76,349.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| PHOTOCOPIES | $351.60 |
| TELEPHONE | $123.47 |
| POSTAGE | $1.32 |
| CAR SERVICES | $355.10 |
| FILING FEE-MISC | $481.40 |
| LODGING | $1,065.32 |
| TRAVEL | $1,252.30 |
| MEALS | $1,229.77 |
| MESSENGER/OUTSIDE | $322.00 |
| TELEPHONIC COURT APPEARANCES | $897.60 |
| CAR RENTAL | $104.49 |
| **TOTAL:** | **$6,184.37** |

ME1 15724131v.1

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                            :    Chapter 11
In re:                                      :
                                            :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹              :
                                            :    Jointly Administered
                          Debtors.          :
                                            :    Objections due: June 19, 2013 @ 4:00 p.m.
-----------------------------------------------------------x
```

**TWENTIETH MONTHLY APPLICATION OF MCCARTER & ENGLISH, LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR
THE PERIOD APRIL 1, 2013 THROUGH APRIL 30, 2013**

McCarter & English LLP ("McCarter & English"), Delaware counsel for The Official

Committee of Retirees in the above captioned cases ("McCarter & English"), submits this application

(the "Application") for interim allowance of compensation for professional services rendered by

McCarter & English to the Official Committee of Retirees for the period April 1, 2013 through April

30, 2013 (the "Application Period") and reimbursement of actual and necessary expenses incurred by

McCarter & English during the Application Period under sections 330 and 331 of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the

United States Trustee's Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Trustee Guidelines") and the Order Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (D.I. 222) (the "Interim Compensation Procedures Order").[2] In support of this Application, McCarter & English represents as follows:

**JURISDICTION**

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**PROCEDURAL BACKGROUND**

2.      On January 14, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' jointly administered bankruptcy cases.

3.      On June 21, 2011, the Court entered its Order Pursuant to Section 1114 of the Bankruptcy Code Appointing an Official Committee of Retired Employees [D.I. 5783].

**MCCARTER & ENGLISH'S RETENTION**

4.      On August 26, 2011, the Retiree Committee engaged McCarter & English as Delaware and General Bankruptcy Counsel in connection with these bankruptcy cases. On September 20, 2011, this Court entered the Order Approving the Retention of McCarter & English, LLP as Delaware Counsel to the Official Committee of Retired Employees *nunc pro tunc* to August 26, 2011 (D.1. 6413).

---

[2] Terms used but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Procedures Order.

2

## FEE PROCEDURES ORDER

5.    On February 4, 2009, the Court entered the Interim Compensation Procedures Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases (D.1. 222).

6.    In particular, the Interim Compensation Procedures Order provides that a Professional may file and serve a Monthly Fee Application with the Court after the first day of each calendar month. Provided that there are no objections to such Monthly Fee Application filed within twenty (20) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Professional 80 percent of the fees and 100 percent of the expenses requested in such Monthly Fee Application. If a partial objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80 percent of the fees and 100 percent of the expenses not subject to an objection.

## RELIEF REQUESTED

7.    McCarter & English submits this Application (a) for allowance of reasonable compensation for the actual, reasonable and necessary professional services that it has rendered as Delaware And General Bankruptcy Counsel for the Retiree Committee in these cases for the period from April 1, 2013 through April 30, 2013, and (b) for reimbursement of actual, reasonable and necessary expenses incurred in representing the Debtors during that same period.

8.    During the period covered by this Application, McCarter & English incurred fees in the amount of $76,349.50  For the same period, McCarter & English incurred actual, reasonable and necessary expenses totaling $6,184.37[3] with respect to these amounts, as of the date of this Application, McCarter & English has received no payments.

---

[3] Under Rev. Proc. 2013-1, 2013-1 C.B. 1, a taxpayer is required to pay a "user fee" as a prerequisite for filing a ruling request with the IRS.  The user fees are set forth in Appendix A to Rev. Proc. 2013-1. In this case, an $18,000 user fee was required by the IRS and paid by McCarter & English in accordance with that appendix.

9.     Set forth on the foregoing "Compensation by Project Category" is a summary by subject matter categories of the time expended by timekeepers billing time to these cases.

10.    During the Application Period, M&E and the Togut Firm rendered professional services to the Retiree Committee as requested and as necessary and appropriate in furtherance of the Debtors' retired employees' interests in connection with their rights under section 1114 of the Bankruptcy Code.

11.    **Exhibit A** attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals and other support staff and descriptions of the services provided.

12.    **Exhibit B** attached hereto contains a breakdown of disbursements incurred by McCarter & English during the Application Period.

13.    McCarter & English charges $.10 per page for photocopying.

14.    McCarter & English charges $1.00 per page for outgoing domestic facsimiles and does not charge for incoming facsimiles.

15.    In accordance with Local Rule 2016-2, McCarter & English has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

16.    McCarter & English has endeavored to represent the Retiree Committee in the most expeditious and economical manner possible. Tasks have been assigned to attorneys, paralegals, and other support staff at McCarter & English so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter. Moreover, McCarter & English has endeavored to coordinate with Togut, Segal & Segal LLP and the other professionals involved in

4

these cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Retiree Committee.

## NOTICE

17.     No agreement or understanding exists between McCarter & English and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

18.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Application complies with that Rule.

## CONCLUSION

WHEREFORE, McCarter & English respectfully requests that this Court: (a) allow McCarter & English (i) interim compensation in the amount of $76,349.50 for actual, reasonable and necessary professional services rendered on behalf of the Retiree Committee during the period April 1, 2013 through April 30, 2013, and (ii) interim reimbursement in the amount of $6,184.37 for actual, reasonable and necessary expenses incurred during the same period; (b) authorize and direct the Debtors to pay to McCarter & English the amount of $61,079.60 which is equal to the sum of 80% ($76,349.50) of McCarter & English's allowed interim compensation and 100% ($6,184.37) of McCarter & English's allowed expense reimbursement; and (c) grant such other and further relief as is just and proper.

**[Remainder of page intentionally left blank]**

ME1 15724131v.1

Dated: May 30, 2013
      Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.          
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

6