# **EXHIBIT B**

ME1 15724131v.1

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 04/01/2013 | PHOTOCOPIES | 37.80 |
| 04/01/2013 | PHOTOCOPIES | 74.40 |
| 04/01/2013 | PHOTOCOPIES | 119.70 |
| 04/01/2013 | PHOTOCOPIES | 69.15 |
| 04/04/2013 | PHOTOCOPIES | 1.05 |
| 04/04/2013 | PHOTOCOPIES | 0.15 |
| 04/09/2013 | PHOTOCOPIES | 1.80 |
| 04/10/2013 | PHOTOCOPIES | 0.75 |
| 04/11/2013 | PHOTOCOPIES | 0.15 |
| 04/11/2013 | PHOTOCOPIES | 0.15 |
| 04/15/2013 | PHOTOCOPIES | 0.60 |
| 04/15/2013 | PHOTOCOPIES | 0.60 |
| 04/22/2013 | PHOTOCOPIES | 0.30 |
| | **Total For: PHOTOCOPIES** | **306.60** |
| 04/01/2013 | PHOTOCOPIES | 18.60 |
| 04/08/2013 | PHOTOCOPIES | 3.60 |
| 04/08/2013 | PHOTOCOPIES | 1.65 |
| 04/08/2013 | PHOTOCOPIES | 1.20 |
| 04/10/2013 | PHOTOCOPIES | 4.50 |
| 04/11/2013 | PHOTOCOPIES | 3.00 |
| 04/15/2013 | PHOTOCOPIES | 7.80 |
| 04/17/2013 | PHOTOCOPIES | 4.65 |
| | **Total For: PHOTOCOPIES** | **45.00** |
| 04/08/2013 | TELEPHONE TELEPHONE | 5.50 |
| 04/08/2013 | TELEPHONE TELEPHONE | 5.58 |
| 04/08/2013 | TELEPHONE TELEPHONE | 6.47 |
| 04/08/2013 | TELEPHONE TELEPHONE | 6.52 |
| 04/08/2013 | TELEPHONE TELEPHONE | 6.69 |
| 04/08/2013 | TELEPHONE TELEPHONE | 1.68 |
| 04/08/2013 | TELEPHONE TELEPHONE | 1.52 |
| 04/08/2013 | TELEPHONE TELEPHONE | 6.47 |
| 04/08/2013 | TELEPHONE TELEPHONE | 6.59 |
| 04/08/2013 | TELEPHONE TELEPHONE | 3.04 |
| 04/08/2013 | TELEPHONE TELEPHONE | 3.66 |
| 04/08/2013 | TELEPHONE TELEPHONE | 5.58 |
| 04/12/2013 | TELEPHONE TELEPHONE | 2.02 |
| 04/12/2013 | TELEPHONE TELEPHONE | 1.81 |

121032 OFFICIAL COMMITTEE OF 1114 RETIREES
00001 NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---|---|
| 04/12/2013 | TELEPHONE TELEPHONE | 2.14 | |
| 04/22/2013 | TELEPHONE TELEPHONE | 6.96 | |
| 04/22/2013 | TELEPHONE TELEPHONE | 8.48 | |
| 04/22/2013 | TELEPHONE TELEPHONE | 8.27 | |
| 04/22/2013 | TELEPHONE TELEPHONE | 3.59 | |
| 04/22/2013 | TELEPHONE TELEPHONE | 3.42 | |
| 04/22/2013 | TELEPHONE TELEPHONE | 8.20 | |
| 04/22/2013 | TELEPHONE TELEPHONE | 8.54 | |
| 04/22/2013 | TELEPHONE TELEPHONE | 10.74 | |
| | **Total For: TELEPHONE** | | **123.47** |
| 04/24/2013 | POSTAGE POSTAGE | 1.32 | |
| | **Total For: POSTAGE** | | **1.32** |
| 03/03/2013 | MONROE LIMO P/U MARK DANIELE FROM EDISON TO NEWARK AIRPORT | 78.55 | |
| 03/04/2013 | MONROE LIMO P/U MARK DANIELE FROM NEWARK AIRPORT TO EDISON | 78.55 | |
| 04/01/2013 | TRANSPORTATION FOR MARK HAUPT TO/FROM PHILADELPHIA INTERNATIONAL AIRPORT TO/FROM WILMINGTON | 198.00 | |
| | **Total For: CAR SERVICES** | | **355.10** |
| 03/19/2013 | FILING FEES | 29.40 | |
| 04/16/2013 | FORMATION OF DELAWARE LLC & ANNUAL REPRESENTATION - NN RETIREES BENEFIT LLC | 452.00 | |
| | **Total For: FILING FEES-MISC** | | **481.40** |
| 03/03/2013 | HOTEL EXPENSE FOR TRAVEL TO ATLANTA, GA TO ATTEND TOWN HALL MEETING. | 258.77 | |
| 03/19/2013 | REIMBURSEMENT OF HOTEL ACCOMMODATION AT THE ROOSEVELT HOTEL IN NYC TO ATTEND RETIREE COMMITTEE MEETING IN NEW YORK CITY, NY ON MARCH 19 AND 20, 2013. | 323.65 | |
| 04/01/2013 | HOTEL EXPENSE INCURRED FOR TRAVEL TO BANKRUPTCY COURT HEARING IN WILMINGTON, DE. | 482.90 | |
| | **Total For: LODGING** | | **1,065.32** |
| 03/03/2013 | DINNER WITH STEPHANIE SKELLY OF TOGUT AT HUDSON GRILLE IN ALPHARETTA, GA WHILE ATTENDING TOWN HALL MEETING IN ATLANTA, GA. | 34.77 | |
| 03/19/2013 | REIMBURSEMENT OF DINNER AT FABIO PICCOLO FIORE IN NYC FOR RETIREES AND ADVISORS WHILE ATTENDING RETIREE COMMITTEE MEETING IN NEW YORK CITY, NY ON MARCH 19 AND 20, 2013. | 795.00 | |
| 04/01/2013 | DINNER WITH NORTEL RETIREE COMMITTEE MEMBERS AND PROFESSIONALS BEFORE RETIREE SETTLEMENT MOTION FOLLOWING DAY. | 400.00 | |
| | **Total For: MEALS** | | **1,229.77** |

121032 OFFICIAL COMMITTEE OF 1114 RETIREES
00001 NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 04/01/2013 | PICKUP FOR THE HOTEL DUPONT AND DELIVER TO KRAZY KAT'S RESTAURANT (WFT) | 111.00 | |
| 04/01/2013 | PICKUP FROM KRAZY KAT'S AND DELIVER TO THE HOTEL DUPONT (WFT) | 111.00 | |
| 04/02/2013 | PICKUP FROM THE HOTEL DUPONT AND DELIVER TO BANKRUPTCY COURT | 50.00 | |
| 04/16/2013 | PICKUP FROM WILMINGTON TRAIN STATION AND DELIVER TO BANKRUPTCY COURT (WFT) | 50.00 | |
| | **Total For: MESSENGER/OUTSIDE** | | **322.00** |
| 02/22/2013 | TELEPHONIC COURT APPEARANCE | 79.00 | |
| 03/15/2013 | TELEPHONIC COURT APPEARANCE | 37.00 | |
| 03/22/2013 | TELEPHONIC COURT APPEARANCE | 72.00 | |
| 03/25/2013 | TELEPHONIC COURT APPEARANCE | 72.00 | |
| 03/25/2013 | TELEPHONIC COURT APPEARANCE | 86.00 | |
| 04/02/2013 | DIGITAL PRINTS | 491.60 | |
| 04/03/2013 | TELEPHONIC COURT APPEARANCE | 30.00 | |
| 04/12/2013 | TELEPHONIC COURT APPEARANCE | 30.00 | |
| | **Total For: SERVICES** | | **897.60** |
| 01/23/2013 | PARKING VALIDATION FOR WILLIAM TAYLOR'S MEETING WITH STEPHANIE SKELLY | 10.00 | |
| 03/03/2013 | AIR FARE EXPENSE FOR TRAVEL TO ATLANTA, GA TO ATTEND TOWN HALL MEETING. | 1,004.80 | |
| 03/19/2013 | REIMBURSEMENT OF TRAIN/SUBWAY/CAB: $10.00 + $2.50 + $11.00 EXPENSES TO ATTEND RETIREE COMMITTEE MEETING IN NEW YORK CITY, NY ON MARCH 19 AND 20, 2013. | 23.50 | |
| 04/01/2013 | AMTRAK TRAIN EXPENSE INCURRED FOR TRAVEL TO BANKRUPTCY COURT HEARING IN WILMINGTON, DE. | 200.00 | |
| 04/01/2013 | PARKING AT METROPARK TRAIN STATION EXPENSE INCURRED FOR TRAVEL TO BANKRUPTCY COURT HEARING IN WILMINGTON, DE. | 14.00 | |
| | **Total For: TRAVEL** | | **1,252.30** |
| 03/03/2013 | CAR RENTAL EXPENSE FOR TRAVEL TO ATLANTA, GA TO ATTEND TOWN HALL MEETING. | 104.49 | |
| | **Total For: CAR RENTALS** | | **104.49** |

**TOTAL DISBURSEMENTS** .................................................... **$6,184.37**