### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------ x
In re:                                           :    Chapter 11
                                                 :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,¹                   :
                                                 :    (Jointly Administered)
                          Debtors.               :
                                                 :    Re: Docket No. 10693
------------------------------------------------ x
```

### <u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF DELAWARE | § |
| | §    SS: |
| NEW CASTLE COUNTY | § |

Larry Morton, being duly sworn according to law, deposes and says that he is employed by Bayard, P.A., co-counsel for Nortel Networks UK Pension Trust Limited and The Board of the Pension Protection Fund in the above-captioned case, and that on the 29th day of May, 2013, he caused a copy of the **Allocation Response of Nortel Networks UK Pension Trust and the Board of the Pension Protection Fund (Docket No. 10693)** to be served upon the attached service list via first class mail.

                                          Larry Morton

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated:  May 30, 2013

                                          Notary Public

                                          **JEANNE T. CARRERA**
                                          **NOTARY PUBLIC**
                                          **STATE OF DELAWARE**
                                          My commission expires April 28, 2014

---

¹ The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

{BAY:02293473v1}

| | |
|---|---|
| Derek C. Abbott, Esq.<br>Eric D. Schwartz, Esq.<br>Ann C. Cordo, Esq.<br>Andrew R. Remming, Esq.<br>*Morris Nichols Arsht & Tunnell*<br>1201 N. Market Street<br>Wilmington, Delaware 19801 | Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Drew G. Sloan, Esq.<br>*Richards Layton & Finger*<br>One Rodney Square<br>920 N King St<br>Wilmington, Delaware 19801 |
| Deborah M. Buell, Esq.<br>James L. Bromley, Esq.<br>Lisa M. Schwitzer, Esq.<br>Neil P. Forrest, Esq.<br>*Cleary Gottlieb*<br>One Liberty Plaza<br>New York, New York 10006 | Thomas R. Kreller, Esq.<br>*Milbank, Tweed, Hadley &*<br>*McCloy LLP*<br>One Chase Manhattan Plaza<br>New York, New York  10005-1413 |
| Fred S. Hodara, Esquire<br>David H. Botter, Esquire<br>Lisa Beckerman, Esquire<br>Joshua Sturm, Esquire<br>*Akin Gump Strauss Hauer*<br>*& Feld LLP*<br>One Bryant Park<br>New York, New York 10036 | Michael Luskin<br>Derek J.T. Adler<br>*Hughes Hubbard*<br>One Battery Park Plaza<br>New York, New York 10004 |
| Laura Davis Jones, Esquire<br>Kathleen P. Makowski, Esquire<br>*Pachulski Stang Ziehl & Jones LLP*<br>919 N. Market St. 17th Fl.<br>Wilmington, Delaware  19899-8705 | Patrick Tinker, Esquire<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207, Lockbox 35<br>Wilmington, Delaware  19801-3519 |
| James L. Patton, Esquire<br>Edwin J. Harron, Esquire<br>*Young Conaway Stargatt &*<br>*Taylor LLP*<br>The Brandywine Bldg 17th Fl.<br>1000 West Street<br>Wilmington, Delaware 19801 | Amit Kurlekar, Esquire<br>*Akin Gump Strauss Hauer &*<br>*Feld LLP*<br>580 California Street, Suite 1500<br>San Francisco, California 94104 |
| Ken Coleman, Esquire<br>Lisa Kraidin, Esquire<br>*Allen & Overy LLP*<br>1221 Avenue of the Americas<br>New York, New York 10020 | Paul Keller, Esquire<br>Daniel Guyder, Esquire<br>Laura Hall, Esquire<br>Joseph Badtke-Berkow, Esquire<br>Jonathan Cho, Esquire<br>Nicolette Ward, Esquire<br>*Allen & Overy LLP*<br>1221 Avenue of the Americas<br>New York, NY 10020 |

| | |
|---|---|
| Kathleen A. Murphy, Esquire<br>Mary F. Caloway, Esquire<br>*Buchanan Ingersoll & Rooney*<br>1105 North Market Street,<br>Suite 1900<br>Wilmington, DE 19801-1054 | Selinda A. Melnik, Esquire<br>Richard Hans, Esquire<br>Timothy Hoeffner, Esquire<br>*DLA PIPER*<br>919 North Market Street<br>Suite 1500<br>Wilmington, Delaware 19801 |
| Michael J. Riela, Esquire<br>*Latham & Watkins LLP*<br>885 Third Avenue<br>New York, NY 10022-4834 | Craig A. Barbarosh, Esquire<br>David A. Crichlow, Esquire<br>Karen B. Dine, Esquire<br>*Katten Muchin Rosenman LLP*<br>575 Madison Avenue<br>New York, NY  10022-2585 |
| Daniel A. Lowenthal, Esquire<br>*Patterson Belknap Webb & Tyler LLP*<br>1133 Avenue of the Americas<br>New York, NY  10036 | |