**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:                                                                                          Chapter 11 Case No.

**NORTEL NETWORKS, INC.**                                                      09-10138 (KG)


## NOTICE OF WITHDRAWAL

Please take notice that Hain Capital Holdings, LLC hereby withdraws the Notice of Transfer filed on **5/28/2013** as Docket No. **10639**.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Amanda Rapoport_____                                              Date:  May 30, 2013
         Transferee/Transferee's Agent

*Penalty for making a false statement; Fine of up to $500,000.000 or imprisonment for up to 5 years, or both. 8 U.S.C. §§ 152 & 3571.*