# EXHIBIT A

**Keightley & Ashner LLP**
**One Metro Center**
**700 12th Street, N.W., Suite 700**
**Washington, DC 20005**
**Federal Tax ID: 20-2443815**

Invoice submitted to:
John J. Ray, III
Principal Officer, Nortel Networks, Inc.
c/o Avidity Partners LLC
18 West 140 Butterfield Road, 15th Floor
Oakbrook Terrace, IL 60181
May 30, 2013

In Reference To:  Nortel Employee Benefits Issues (May 1, 2012, to April 30, 2013)

Invoice #  2388

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Fee/Employment Applications** | | | | |
| 5/27/2012 | Jim Keightley | Review draft fee application package (.2) and confer with Harold Ashner re same (.2) | 0.40 $825.00/hr | $330.00 |
| | Harold Ashner | Prepare draft of fourth quarterly fee application | 0.30 $825.00/hr | $247.50 |
| | Harold Ashner | Prepare draft of fifth interim fee application | 0.40 $825.00/hr | $330.00 |
| | Harold Ashner | Review and edit K&A bill | 0.20 $825.00/hr | $165.00 |
| | Harold Ashner | Final review of draft fourth quarterly or semiannual fee application, of draft fifth interim fee application, and of draft K&A bill, and send to Jim Keightley for review | 0.20 $825.00/hr | $165.00 |
| | Harold Ashner | Confer with Jim Keightley re draft fee application package (.2); final review of same and send to Annie Cordo (.2) | 0.40 $825.00/hr | $330.00 |
| 5/29/2012 | Harold Ashner | Telephone conference with Annie Cordo re fee application package | 0.10 $825.00/hr | $82.50 |
| | Harold Ashner | Final review of fee application package and email same to Annie Cordo | 0.20 $825.00/hr | $165.00 |
| 6/7/2012 | Harold Ashner | Review email from Annie Cordo re upcoming fee hearing, along with attached court call instructions and draft court order | 0.10 $825.00/hr | $82.50 |
| 6/18/2012 | Harold Ashner | Preparation for participation in fee application hearing | 0.20 $825.00/hr | $165.00 |
| 6/21/2012 | Harold Ashner | Review email from Annie Cordo re cancellation of fee hearing, email exchange with Marisa DiCarli re CNO issues (and check to confirm no objection), and review fee order (work performed on 6-19-12 through 6-2-12) | 0.20 $825.00/hr | $165.00 |
| 11/19/2012 | Harold Ashner | Telephone conference with Annie Cordo re fee application issues | 0.10 $825.00/hr | $82.50 |
| | SUBTOTAL: | | [          2.80 | $2,310.00] |
| | For professional services rendered | | 2.80 | $2,310.00 |