# EXHIBIT B

### EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

May 1, 2012, to April 30, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | N/A | N/A |
| **Grand Total Expenses** | | **$0** |