IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS, INC., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Debbie Laskin, an employee of the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to Joint Administrators being duly sworn according to law, deposes and says that on May 29, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list.

Joint Administrators' Response Regarding the Allocation Entitlement of the EMEA Debtors to Proceeds of the Sales of the Business and Residual Patent Assets [D.I. 10687]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 30th day of May 2013.

_____
Notary Public
My Commission Expires:

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 25, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Alteon Websystems, Inc. (9769); Alteon Websystems International, Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

SERVICE LIST

BY EMAIL

James Bromley
Lisa Schweitzer
Howard Zelbo
Jeffrey Rosenthal
Darryl Stein
Marla Decker
Lauren Peacock
Jacqueline Moessner
Neil Forrest
Dan Queen
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

Derek Abbott
Annie Cordo
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19801

Ken Coleman
Paul Keller
Daniel Guyder
Laura Hall
Joseph Badtke-Berkow
Jonathan Cho
Nicolette Ward
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

Kathleen A. Murphy
Mary F. Caloway
BUCHANAN INGERSOLL & ROONEY
1105 North Market Street,
Suite 1900
Wilmington, DE 19801

Derek Tay
Jennifer Stam
GOWLING LAFLEUR HENDERSON LLP
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario  M5X 1G5

Jay Carfagnini
Joseph Pasquariello
Ben Zarnett
Fred Myers
Peter Ruby
Jessica Kimmel
Chris Armstrong
GOODMANS LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Murray McDonald
Brent Beekenkamp
ERNST & YOUNG INC.
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario  M5K 1J7

Tony DeMarinis
Scott Bomhof
Sheila Block
Andrew Gray
Adam Slavens
TORYS LLP
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario  M5K 1N2

Robin B. Schwill
Sean Campbell
James Doris
Louis Sarabia
DAVIES WARD PHILLIPS & VINEBERG LLP
44th Floor
1 First Canadian Place
Toronto, ON M5X 1B1

Kenneth T. Rosenberg
Massimo (Max) Starnino
Lily Harmer
Karen Jones
Tina Lie
Michelle Jackson
PALIARE ROLAND ROSENBERG ROTHSTEIN LLP
Suite 501
250 University Avenue
Toronto, Ontario M5H 3E5

Barry E. Wadsworth
Lewis Gottheil
CAW-CANADA
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Janice B. Payne
Steven Levitt
Christopher Rootham
Ainslie Benedict
NELLIGAN O'BRIEN PAYNE LLP
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario K1P 6L2

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
LAX O'SULLIVAN SCOTT LISUS LLP
Counsel
Suite 1920, 145 King Street West
Toronto, Ontario M5H 1J8

Mark Zigler
Susan Philpott
Ari Kaplan
Barbara Walancik
KOSKIE MINSKY
20 Queen Street West
Suite 900
Toronto, Ontario M5H 3R3

Arthur O. Jacques
Thomas McRae
SHIBLEY RIGHTON LLP
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Barbara J. Boake
James D. Gage
Elder C. Marques
Paul Steep
Byron Shaw
McCARTHY TETRAULT LLP
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario M5K 1E6

Selinda A. Melnik
Richard Hans
Timothy Hoeffner
DLA PIPER
919 North Market Street
Suite 1500
Wilmington, Delaware 19801


Kevin Zych
S. Richard Orzy
Gavin Finlayson
Richard Swan
Sean Zweig
Jonathan Bell
BENNETT JONES LLP
1 First Canadian Place
Suite 3400
Toronto, Ontario  M5X 1A4
Fred S. Hodara
David H. Botter
Abid Qureshi
Robert A. Johnson
Brad M. Kahn
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY  10036

Christopher Samis
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE  19801


Michael Barrack
D.J. Miller
Rebecca Lewis
Andrea McEwan
THORNTON GROUT FINNIGAN LLP
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON  M5K 1K7

Thomas R. Kreller
Jennifer P. Harris
Albert A. Pisa
Samir Vora
Andrew LeBlanc
Michael Hirschfeld
Atara Miller
Tom Matz
Nick Bassett
Gabrielle Ruha
Rachel Pojunas
MILBANK, TWEED, HADLEY McCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005
R. Shayne Kukulowicz
Michael J. Wunder
Ryan Jacobs
Barbara Grossman
DENTONS CANADA LLP
77 King Street West, Suite 400
TD Centre
Toronto, ON  M5K 0A1


Angela Pearson
Antonia Croke
ASHURST LLP
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom


E. Bruce Leonard
David S. Ward
Bill Burden
Christopher Horkins
Lara Jackson
CASSELS BROCK & BLACKWELL LLP
2100 Scotia Plaza
40 King Street West
Toronto, Ontario  M5H 3C2

Brian O'Connor
Sameer Advani
Andrew Hanrahan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019

Sheryl E. Seigel
McMILLAN LLP
Brookfield Place
181 Bay Street, Suite 4400
Toronto, Ontario, M5J 2T3

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY  10022

Edmond F. B. Lamek
James Szumski
BORDEN LADNER GERVAIS LLP
Barristers and Solicitors
40 King Street West
Toronto, ON  M5H 3Y4

Lyndon Barnes
Edward Sellers
Betsy Putnam
Adam Hirsh
OSLER HOSKIN AND HARCOURT LLP
100 King Street West
1 First Canadian Place
Suite 6100
P.O. Box 50
Toronto, Ontario  M5X 1B8
Michael Lang
NORTON ROSE CANADA LLP
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON  M5J 2Z4

Michael J. Riela
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022

John Salmas
Kenneth Kraft
Sara-Ann Van Allen
HEENAN BLAIKIE LLP
Bay Adelaide Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario  M5H 2T4

Daniel A. Lowenthal
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036

Angela Dimsdale Gill
John Tillman
Matthew Bullen
HOGAN LOVELLS INTERNATIONAL LLP
Atlantic House
Holborn Viaduct
London  EC1A 2FG
United Kingdom