IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>RE: Docket Nos. 10696 & 10698 |

AFFIDAVIT OF
TAMMY R. ROGERS, PARALEGAL

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

      I, Tammy R. Rogers, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matters concerning which service was made on May 30, 2013. I certify further that copies of the following documents were caused to be served upon the parties identified on the attached list via the manner indicated:

1)     **Response of the Monitor and Canadian Debtors to the Opening Allocation Pleadings of the other Core Parties [Docket No. 10696, Filed May 29, 2013]; and**

2)     **Notice Pursuant to Section 12(d) of the Cross-Border Protocol of Filing of the Monitor's and Canadian Debtors' Responses to the EMEA Claims and the UK Pension Claims in the Canadian Proceedings [Docket No. 10698, Filed May 30, 2013].**

                                                        */s/ Tammy R. Rogers*
                                                           Tammy R. Rogers

SWORN AND SUBSCRIBED before me this 30th day of May 2013.

                                                           */s/ Annette Y. Faye*
                                                           NOTARY

#1014388-v37

# Nortel Networks, Inc., *et al*,
# Core Parties Service List
(Allocation Litigation)

## HAND DELIVERY

Derek Abbott
Annie Cordo
Morris, Nichols, Arsht & Tunell LLP
1201 North Market Street
16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Selinda A. Melnik, Richard Hans &
Timothy Hoeffner
DLA Piper
919 North Market Street
Suite 1500
Wilmington, DE 19801

Ed Harron
John Dorsey
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Christopher Samis
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

## FIRST CLASS MAIL

Ken Coleman, Paul Keller, Daniel Guyder,
Laura Hall, Joseph Badtke-Berkow, Jonathan Cho &
Nicolette Ward
Allen & Overy LLP
1221 Avenue fo the Americas
New York, NY 10020

Derek Adler
Neil Oxford
Fara Tabatabai
Charles Huberty
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004-1482

James Bromley, Lisa Schweitzer, Howard Zelbo, Jeffrey
Rosenthal, Darryl Stein, Marla Decker, Lauren Peacock, Jacqueline
Moessner, Neil Forrest & Dan Queen
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas R. Kreller, Jennifer P. Harris, Albert A. Pisa, Samir Vora,
Andrew LeBlanc, Michael Hirschfeld, Atara Miller, Tom Matz,
Nick Bassett, Gabrielle Ruha & Rachel Pojunas
Milbank, Tweed, Hadley McCLoy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Fred S. Hodara, David H. Botter, Abid Qureshi, Robert A. Johnson & Brad M. Kahn
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Michael J. Riela
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Brian O'Connor
Sameer Advani
Andrew Hanrahan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Craig A. Barbarosh
David A. Crichlow
Karen B. Dine
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

## INTERNATIONAL MAIL

Derrick Tay
Jennifer Stam
Gowling Lafleur Henderson LLP
Suite 1600, First Canadian Place
100 King Street West
Toronto, Ontario M5X 1G5

Murray McDonald
Brent Beekenkamp
Ernst & Young Inc.
Ernst & Young Tower
222 Bay Street, P.O. Box 251
Toronto, Ontario M5K 1J7

Robin B. Schwill, Sean Campbell
James Doris & Louis Sarabia
Davies Ward Phillips & Vineberg LLP
44th Floor
1 First Canadian Place
Toronto, ON M5X 1B1

Jay Carfagnini, Joseph Pasquariello, Ben Zarnett, Fred Myers, Peter Ruby, Jessica Kimmel & Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7

Tony DeMarinis, Scott Bomhof, Sheila Block, Andrew Gray & Adam Slavens
Torys LLP
79 Wellington St. W., Suite 3000
Box 270, TD Centre
Toronto, Ontario M5K 1N2

Matthew P. Gottlieb
Tracy Wynne
Paul Michell
Lax O'Sullivan Scott Lisus LLP
Counsel
Sutie 1920, 145 King Street West
Toronto, Ontario M5H 1J8

Mark Zigler, Susan Philpott, Ari Kaplan
& Barbara Walancik
Koskie Minsky
20 Queen Street West
Suite 900
Toronto, Ontario M5H 3R3

Barry E. Wadsworth
Lewis Gottheil
CAW-CANADA
Legal Department
205 Placer Court
Toronto, Ontario M2H 3H9

Janice B. Payne, Steven Levitt, Christopher Rootham &
Ainslie Benedict
Nelligan O'Brien Payne LLP
Barristers and Solicitors
50 O'Connor Street
Suite 1500
Ottawa, Ontario K1P 6L2

Kevin Zych, S. Richard Orzy, Gavin Finlayson, Richard
Swan, Sean Zweig & Jonathan Bell
Bennett Jones LLP
1 First Canadian Place
Suite 3400
Toronto, Ontario M5X 1A4

Angela Pearson
Antonia Croke
Ashurst LLP
Boardwalk House
5 Appold Street
London, EC2A 2HA
United Kingdom

Michael Barrack, D.J. Miller, Rebecca Lewis &
Andrea McEwan
Thornton Grout Finnigan LLP
Suite 3200, 100 Wellington Street West
P.O. Box 329
Toronto-Dominion Centre
Toronto, ON M5K 1K7

John Salmas, Kenneth Kraft &
Sara-Ann Van Allen
Heenan Blaikie LLP
Bay Adelaid Centre
333 Bay Street, Suite 2900
P.O. Box 2900
Toronto, Ontario M5H 2T4

Kenneth T. Rosenberg, Massimo (Max) Starnino, Lily
Harmer, Karen Jones, Tina Lie & Michelle Jackson
Paliare Roland Rosenberg Rothstein LLP
Suite 501
250 University Avenue
Toronto, Ontario M5H 3E5

Arthur O. Jacques
Thomas McRae
Shibley Righton LLP
Barristers and Solicitors
250 University Avenue, Suite 700
Toronto, Ontario M5H 3E5

Barbara J. Boake, James D. Gage, Elder C. Marques, Paul
Steep & Byron Shaw
McCarthy Tetrault LLP
Suite 5300, Toronto Dominion Bank Tower
Toronto, Ontario M5K 1E6

R. Shayne Kukulowicz, Michael J. Wunder, Ryan Jacobs &
Barbara Grossman
Dentons Canada LLP
77 King Street West, Suite 400
TD Centre
Toronto, ON M5K 0A1

E. Bruce Leonard, David S. Ward, Bill Burden, Christopher
Horkins & Lara Jackson
Cassels Brock & Blackwell LLP
2100 Scotia Plaza
40 King Street West
Toronto, Ontario M5H 3C2

Sheryl E. Seigel
McMillan LLP
Brookfield Place
181 Bay Street, Sutie 4400
Toronto, Ontario
M5J 2T3

Edmond F. B. Lamek
James Szumski
Borden Ladner Gervais LLP
Barristers and Solicitors
40 King Street West
Toronto, ON M5H 3Y4

Lyndon Barnes, Edward Sellers, Betsy Putnam & Adam Hirsh
Osler Hoskin and Harcourt LLP
100 King Street West
1 First Canadian Place
Sutie 6100
P.O. Box 50
Toronto, Ontario M5X 1B8

Angela Dimsdale Gill, John Tillman & Matthew Bullen
Hogan Lovells International LLP
Atlantic House
Holborn Viaduct
London EC1A 2FG
United Kingdom

Michael Lang
Norton Rose Canada LLP
Suite 3800, Royal Bank Plaza
South Tower, 200 Bay Street
P.O. Box 84
Toronto, ON M5J 2Z4