# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

April 1, 2013 through April 30, 2013

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 1.1 | $962.00 |
| Fee and Employment Applications | 23.9 | $14,272.00 |
| Analysis of Canadian Law | 265.7 | $200,066.00 |
| Intercompany Analysis | 69.8 | $50,966.50 |
| Litigation | 225.1 | $163,939.50 |
| Canadian CCAA Proceedings/Matters | 9.6 | $7,558.00 |
| Claims Administration and Objections | 10.8 | $10,530.00 |
| Asset Dispositions | 6.9 | $3,415.50 |
| **TOTAL** | 612.9 | $451,709.50 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Pass | Michael | 02/04/2013 | background call with S. Bomhof for research assignment (0.3); researched Canadian case law concerning valuation(4.5) | 4.8 | 2,376.00 | 11688036 |
| Pass | Michael | 05/04/2013 | reviewed case law concerning valuation; | 2.1 | 1,039.50 | 11695122 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 11/04/2013 | case administration; | 0.8 | 780.00 | 11703823 |
| Bauer | Alison D. | 04/04/2013 | Attention to Protocol for Disclosure | 0.2 | 155.00 | 11696543 |
| Su | Nan | 04/04/2013 | review and calendar court order regarding deadlines for fee application and hearing; | 0.1 | 27.00 | 11693265 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 05/04/2013 | research and analysis on case and discussions, correspondence and document reviews regarding same; | 4.5 | 4,387.50 | 11696407 |
| DeMarinis | Tony | 09/04/2013 | correspondence and review of proposed claim resolution and applicable materials; | 2.0 | 1,950.00 | 11699099 |
| DeMarinis | Tony | 10/04/2013 | call with co-counsel, conference call with counsel to UCC and bondholders, call with Monitor's counsel, review of claims administration materials on overlapping claims, and consideration of other issues and documents; | 2.5 | 2,437.50 | 11701370 |
| DeMarinis | Tony | 11/04/2013 | telephone call with counsel (C. Armstrong of Goodmans) regarding claims, communications with co-counsel, and review of claims documents; | 1.4 | 1,365.00 | 11703821 |
| DeMarinis | Tony | 23/04/2013 | correspondence regarding cross border claim and follow-up review; | 0.4 | 390.00 | 11719906 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 01/04/2013 | Review monthly fee application filings | 0.5 | 450.00 | 11686610 |
| Gray | William | 08/04/2013 | Work on monthly fee application | 0.6 | 540.00 | 11698252 |
| Gray | William | 09/04/2013 | Work on monthly application | 0.4 | 360.00 | 11698833 |
| Gray | William | 10/04/2013 | Review monthly fee apps. | 0.5 | 450.00 | 11701309 |
| Gray | William | 17/04/2013 | Work on monthly fee application | 0.5 | 450.00 | 11711370 |
| Gray | William | 18/04/2013 | Work on fee application | 0.7 | 630.00 | 11715912 |
| Gray | William | 22/04/2013 | Work on monthly fee application | 0.5 | 450.00 | 11717957 |
| Gray | William | 23/04/2013 | Work on monthly fee application | 0.7 | 630.00 | 11719864 |
| Gray | William | 25/04/2013 | Work on fee application; | 0.4 | 360.00 | 11726321 |
| Gray | William | 24/04/2013 | Review time entries for monthly fee application filing | 0.5 | 450.00 | 11726332 |
| Gray | William | 26/04/2013 | Work on fee application | 0.5 | 450.00 | 11729452 |
| Gray | William | 29/04/2013 | Work on fee application | 0.3 | 270.00 | 11731234 |
| Gray | William | 30/04/2013 | Review monthly fee application | 0.7 | 630.00 | 11735640 |
| Bauer | Alison D. | 01/04/2013 | Revision to Exhibit A to fee app | 1.0 | 775.00 | 11686243 |
| Bauer | Alison D. | 02/04/2013 | Composed email to team to update time for fee application and email to N. Su for next fee application | 0.1 | 77.50 | 11688060 |
| Bauer | Alison D. | 04/04/2013 | Composed email to A. Cordo (1); conference N. Su (.3) | 0.4 | 310.00 | 11696177 |
| Bauer | Alison D. | 24/04/2013 | Composed email to M. Maddox, W. Gray, T. Minott and N. Su re CNO re Feb app (.2); internal emails (.6) review of fee app (1.0); conference M. Atkey (.2) | 2.0 | 1,550.00 | 11725629 |
| Bauer | Alison D. | 25/04/2013 | Attention to March fee app | 0.3 | 232.50 | 11727532 |
| Bauer | Alison D. | 23/04/2013 | Review of time entries (.3); conference N. Su (1.2); emails re proper submission of time entries (.2) | 1.5 | 1,162.50 | 11730775 |
| Bauer | Alison D. | 29/04/2013 | Review of March fee app (.4); conference N. Su (.2); emails S. Bomhof (.1); conference S. Bomhof (.1) | 0.8 | 620.00 | 11734016 |
| Bauer | Alison D. | 30/04/2013 | Conference N. Su (.1); attention to S. Bomhof mark up (.1) | 0.1 | 77.50 | 11736471 |
| Bauer | Alison D. | 23/04/2013 | Read email from J. Chetri; read email re Nortel fee applications; DTE time entries (.1); composed email to A. Bernstein, A. Buhr, A. DiPaolo, A. Gray, A. Pfleiderer and others: Nortel billing procedures (.5); composed email to J. Tobin: Nortel 2002 (.1); call from S. Bomhof (.1) | 0.8 | 620.00 | 11737167 |
| Su | Nan | 19/04/2013 | review and revise March fee application data; | 2.8 | 756.00 | 11715253 |
| Su | Nan | 22/04/2013 | preparation of March fee application data (1.8); discussion with A. Bauer re same (.7); | 2.5 | 675.00 | 11718511 |
| Su | Nan | 23/04/2013 | meeting with A. Bauer and work on fee application regarding time entries for all attorneys; | 1.2 | 324.00 | 11722123 |
| Su | Nan | 26/04/2013 | revise fee application data (0.8); confer with A. Bauer regarding write offs (0.2); revise and finalize March fee application for filing and confer with J. Wong regarding exhibits (1.8); | 2.8 | 756.00 | 11728569 |
| Su | Nan | 30/04/2013 | discussion with S. Bomhof regarding fee application data (.2); revised re same (.6); | 0.8 | 216.00 | 11736904 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/04/2013 | reviewing meeting request on allocation litigation schedule from Goodmans and discussing same with Cleary (.4); preparing materials for allocation litigation (1.5); | 1.9 | 1,662.50 | 11685896 |
| Bomhof | Scott A. | 02/04/2013 | telephone call with FMC regarding meeting on April 4 to discuss discovery plan and trial schedule (.4); reviewing MOE claim appeal materials and discussing appeal schedule with A. Slavens (1.2); | 1.6 | 1,400.00 | 11688833 |
| Bomhof | Scott A. | 03/04/2013 | reviewing schedule/discovery plan and telephone call with Akin and Cleary to discuss same (1.0); reviewing decisions of Morawetz J. and Judge Gross on allocation protocol and telephone call with Cleary to discuss same (1.8); telephone call with R. Swan of Bennett Jones regarding discovery plan (.5); | 3.2 | 2,800.00 | 11691174 |
| Bomhof | Scott A. | 04/04/2013 | reviewing reasons of Justice Morawetz and Judge Gross regarding allocation protocol and discussing same with Cleary (1.3); telephone call with "core parties" to discuss litigation schedule and discovery plan (2.5); preparing materials for opening submissions in allocation dispute (1.2); | 5.0 | 4,375.00 | 11695200 |
| Bomhof | Scott A. | 05/04/2013 | telephone call with Cleary and Goodmans to discuss litigation schedule for allocation and claims matters; | 2.0 | 1,750.00 | 11695204 |
| Bomhof | Scott A. | 08/04/2013 | review Goodmans' form of Allocation Protocol and review US Debtor's form of Allocation Protocol (0.7); review Cleary comments on Monitor's Litigation Schedule and Discovery Plan (0.3); telephone conversation with M. Wonder re: April 17 CCAA motion related to KPMG appointment (0.2); review scheduling order from Court of Appeal re: MOE appeal (0.2); | 1.4 | 1,225.00 | 11698858 |
| Bomhof | Scott A. | 09/04/2013 | telephone conversation with K. Zych re: clams review issues (0.3); review form of Allocation Protocol distributed by Cleary and form distributed by Goodmans and telephone conversation with J. Pasqueriello re: same (1.0); | 1.3 | 1,137.50 | 11698873 |
| Bomhof | Scott A. | 10/04/2013 | reviewing Goodmans form of allocation protocol and Cleary form of allocation protocol and discuss with Cleary (1.0); reviewing orders of Judge Gross and Justice Morawetz regarding allocation protocol (.4); reviewing "fresh factum" of Ministry of Environment regarding MOE appeal (.9); | 2.3 | 2,012.50 | 11701247 |
| Bomhof | Scott A. | 11/04/2013 | Prepare materials for submissions to Judge Gross and Justice Morawetz on April 8 regarding allocation protocol (1.5 hours); telephone call with Cleary and Goodmans re: allocation protocol and litigation schedule (1.9); calls to counsel for Wilmington Trust, Canadian Directors/Officers and Canadian Creditors Committee to collect comments on the form of Allocation Protocol (1.0); | 4.4 | 3,850.00 | 11706019 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 12/04/2013 | various telephone calls with Cleary and Goodmans regarding form of allocation protocol to be filed with U.S. and Canadian courts (1.6); reviewing confidentiality and protective order (.4); preparing materials for allocation hearing (.5); | 2.5 | 2,187.50 | 11706024 |
| Bomhof | Scott A. | 13/04/2013 | reviewing revised allocation protocol and telephone call with J. Pasqueriello of Goodmans to discuss co-ordinated filings with U.S. and Canadian courts; | 0.6 | 525.00 | 11706029 |
| Bomhof | Scott A. | 16/04/2013 | telephone call with Clearys and Goodmans to settle Confidentiality/Protective Order for discovery and trial of allocation matters (1.5); telephone call with Cleary regarding hearing to settle litigation schedule and review draft schedule (0.4); review draft submissions for allocation opening filing and discuss same with A. Gray (2.0); | 3.9 | 3,412.50 | 11709694 |
| Bomhof | Scott A. | 17/04/2013 | various telephone calls with Cleary and Goodmans regarding form of allocation protocol and litigation schedule (2.0); reviewing materials for joint hearing on litigation schedule and discovery plan and preparing for April 24th hearing (1.5); reviewing Canadian D&O comments on litigation schedule and discussing same with Cleary (.3); reviewing order regarding appointment of KPMG for HWT audit (.3); | 4.1 | 3,587.50 | 11711454 |
| Bomhof | Scott A. | 18/04/2013 | various telephone calls with Cleary and Goodmans and office conference with A. Slavens and A. Gray regarding litigation schedule and discovery plan and pending joint hearing with respect to same (2.2); providing comments on U.S. discovery plan to Cleary (.3); preparing for April 24 joint hearing (.6); reviewing EMEA U.S. appeal materials and discussing application of stay with Cleary and Goodmans (2.0); | 5.1 | 4,462.50 | 11714625 |
| Bomhof | Scott A. | 19/04/2013 | telephone call with Dentons to review UCC comments on litigation schedule and discovery plan (1.6); exchange calls with R. Schwill of Davies and Cleary regarding "without prejudice", proposal for EMEA appeal (1.3); reviewing Monitor's form of litigation schedule and providing comments on U.S. debtor's litigation schedule (1.2); | 4.1 | 3,587.50 | 11715966 |
| Bomhof | Scott A. | 22/04/2013 | reviewing comments on litigation schedule/discovery plan and preparing materials for June 24 hearing (2.2); telephone call with Cleary and telephone call with Goodmans regarding EMEA appeal issues (.9); telephone call with Davies regarding EMEA appeal issues (.5); | 3.6 | 3,150.00 | 11719739 |
| Bomhof | Scott A. | 23/04/2013 | various telephone calls with Cleary, Goodmans and counsel to EMEA regarding hearing to approve litigation schedule (1.5); reviewing filings in U.S. Court and Canadian court | 5.9 | 5,162.50 | 11722607 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | related to litigation schedule and discovery plan and preparing compendium of U.S. filings for Justice Morawetz (3.0); telephone call with L. Schwitzer regarding EMEA appeal and jurisdiction issues for April 24 hearing (1.0); preparing for April 24 hearing on litigation schedule (.4); | | | |
| Bomhof | Scott A. | 24/04/2013 | telephone call with Goodmans to discuss US filings related to EMEA appeal in US and stay pending appeal (0.4); prepare for and attend Joint Hearing to settle litigation schedule and discovery plan; | 5.0 | 4,375.00 | 11723209 |
| Bomhof | Scott A. | 25/04/2013 | various follow up telephone calls with Cleary and Goodmans regarding litigation schedule (.9); reviewing and reporting on amended leave to appeal record filed by EMEA in Canada (.5); reviewing Nortel Networks Limited materials seeking extension of CCAA stay and hardship program (1.3); reviewing materials for initial submissions for allocation hearing (.2); | 3.0 | 2,625.00 | 11729392 |
| Bomhof | Scott A. | 29/04/2013 | review motion materials for April 30 motion and telephone call with Goodmans to discuss ad hoc bond committee objection (1.2); reviewing EMEA request for order to expedite CCAA appeal and discussing same with Dentons and Cleary (.6); reviewing draft opening submission for allocation hearing (1.0); | 2.8 | 2,450.00 | 11731607 |
| Bomhof | Scott A. | 30/04/2013 | preparing for stay extension motion and telephone call with G. Finlayson of Bennett Jones and J. Bromley regarding same (1.1); reviewing A. Slavens report on hearing and reviewing Monitor's supplemental report on professional fees (.7); reviewing issues related to EMEA motion to expedite appeal and prepare response to same and reviewing responses of Core Parties (1.3); | 3.1 | 2,712.50 | 11735836 |
| Bernstein | Andrew E. | 01/04/2013 | finding cases re admission of extrinsic evidence in contractual analysis; | 0.2 | 165.00 | 11686931 |
| Bernstein | Andrew E. | 12/04/2013 | reviewing and revising memo re Canadian legal issues; | 1.3 | 1,072.50 | 11707061 |
| Gray | Andrew | 01/04/2013 | researching Canadian legal issues (0.9); email regarding litigation scheduling (0.4); | 1.3 | 1,007.50 | 11686699 |
| Gray | Andrew | 03/04/2013 | reviewing decisions of the courts (0.5); conducting legal research (0.6); | 1.1 | 852.50 | 11690272 |
| Gray | Andrew | 04/04/2013 | internal discussions regarding litigation issues (0.4); reviewing caselaw regarding litigation issues (1.7); | 2.1 | 1,627.50 | 11694140 |
| Gray | Andrew | 05/04/2013 | researching legal issues for litigation and discussing same; | 2.9 | 2,247.50 | 11696143 |
| Gray | Andrew | 08/04/2013 | reviewing legal memorandum and discussing same; | 0.8 | 620.00 | 11697922 |
| Gray | Andrew | 12/04/2013 | reviewing legal research; | 0.5 | 387.50 | 11708350 |
| Gray | Andrew | 15/04/2013 | reviewing research materials and drafts; | 1.0 | 775.00 | 11709125 |
| Gray | Andrew | 16/04/2013 | reviewing draft court filing and discussing same; | 1.9 | 1,472.50 | 11715442 |
| Gray | Andrew | 17/04/2013 | internal discussions regarding legal research; reviewing draft court filings; | 2.8 | 2,170.00 | 11715445 |
| Gray | Andrew | 22/04/2013 | internal discussions regarding allocation and | 0.7 | 542.50 | 11718717 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 18/04/2013 | claims litigation and reviewing documents regarding same; reviewing legal research and draft court filings and discussing same; | 1.6 | 1,240.00 | 11719378 |
| Gray | Andrew | 19/04/2013 | reviewing draft court materials (0.7) and discussing legal research (0.9); | 1.6 | 1,240.00 | 11719385 |
| Gray | Andrew | 23/04/2013 | internal discussions regarding legal research (0.3); preparing for joint hearing (1.2); | 1.5 | 1,162.50 | 11722218 |
| Gray | Andrew | 24/04/2013 | preparing for and attending joint hearing (3.7); reviewing legal research (0.3); | 4.0 | 3,100.00 | 11729145 |
| Gray | Andrew | 25/04/2013 | reviewing legal research; | 0.3 | 232.50 | 11729153 |
| Gray | Andrew | 30/04/2013 | e-mail communication regarding appeal proceedings (0.3); reviewing draft court filings (0.8); reviewing Canadian court materials (0.2); | 1.3 | 1,007.50 | 11737144 |
| Slavens | Adam | 01/04/2013 | email correspondence with S. Bomhof and Cleary re litigation timetable and discovery plan; | 0.2 | 128.00 | 11687015 |
| Slavens | Adam | 03/04/2013 | email correspondence with L. Schweitzer and J. Opolsky re motion returnable April 17, 2013; | 0.1 | 64.00 | 11690935 |
| Slavens | Adam | 03/04/2013 | reviewing decisions of Judge Gross and Justice Morawetz on allocation motion; | 0.5 | 320.00 | 11690942 |
| Slavens | Adam | 04/04/2013 | conference call on litigation timetable and discovery plan (2.7); preparing for same (0.6); | 3.3 | 2,112.00 | 11693691 |
| Slavens | Adam | 05/04/2013 | reviewing and commenting on allocation protocol; | 1.7 | 1,088.00 | 11696493 |
| Slavens | Adam | 05/04/2013 | conference call with Goodmans and Cleary re allocation protocol and related matters; | 1.3 | 832.00 | 11696499 |
| Slavens | Adam | 05/04/2013 | reviewing CCAA case court documents; | 1.5 | 960.00 | 11696513 |
| Slavens | Adam | 08/04/2013 | reviewing CCAA case court materials (1.4); email correspondence with Cleary re CCAA motions (0.3); telephone call with M. Wunder re same (0.1); | 1.8 | 1,152.00 | 11698376 |
| Slavens | Adam | 08/04/2013 | reviewing and commenting on revised allocation protocol (1.7); email correspondence with E. Weiss re same (0.5); | 2.2 | 1,408.00 | 11698378 |
| Slavens | Adam | 09/04/2013 | reviewing and comparing revised allocation protocols and related documents (1.5); telephone call with A. Gray re same (0.1); office conference with S. Bomhof re same (0.1); | 1.7 | 1,088.00 | 11700377 |
| Slavens | Adam | 10/04/2013 | reviewing CCAA case court documents; | 2.0 | 1,280.00 | 11703175 |
| Slavens | Adam | 11/04/2013 | conference call with Goodmans and Cleary re allocation protocol and related matters; | 1.5 | 960.00 | 11705394 |
| Slavens | Adam | 11/04/2013 | reviewing revised allocation protocol (0.6); email correspondence with core parties re same (0.3); | 0.9 | 576.00 | 11705398 |
| Slavens | Adam | 12/04/2013 | reviewing comments of core parties on allocation protocol (0.8); telephone call with J. Pasquariello re same (0.2); email correspondence with S. Bomhof and Cleary re same (0.3); | 1.3 | 832.00 | 11706538 |
| Slavens | Adam | 12/04/2013 | reviewing revised CCAA service list (0.4); preparing draft letter to Judge Morawetz re chapter 11 filing (1.0); | 1.4 | 896.00 | 11706542 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 12/04/2013 | reviewing and commenting on memorandum on Canadian legal research for case (1.0); telephone calls with M. Atkey re same (0.2); email correspondence with Cleary re same (0.1); | 1.3 | 832.00 | 11706551 |
| Slavens | Adam | 13/04/2013 | email correspondence with S. Bomhof and J. Pasquariello re CCAA matters; | 0.1 | 64.00 | 11706563 |
| Slavens | Adam | 14/04/2013 | email correspondence with S. Bomhof re allocation protocol; | 0.5 | 320.00 | 11706564 |
| Slavens | Adam | 15/04/2013 | finalizing allocation protocol and correspondence to Justice Morawetz re same and coordinating service of same to CCAA Service List; | 8.0 | 5,120.00 | 11709023 |
| Slavens | Adam | 16/04/2013 | reviewing and commenting on draft opening allocation submission (1.5); telephone call with S. Bomhof and A. Gray re same (0.8); | 2.3 | 1,472.00 | 11711024 |
| Slavens | Adam | 16/04/2013 | filing with commercial list office correspondence to Justice Morawetz re allocation protocol; | 0.8 | 512.00 | 11711030 |
| Slavens | Adam | 17/04/2013 | reviewing and commenting on discovery plan and litigation timetable (2.5); telephone call with M. Decker and E. Weiss (0.5); email correspondence with S. Bomhof and A. Gray re same (0.3); | 3.3 | 2,112.00 | 11712680 |
| Slavens | Adam | 18/04/2013 | reviewing EMEA appeal materials (1.0); conference call with Cleary, Goodmans and Allen & Overy re EMEA appeal (0.5); | 1.5 | 960.00 | 11715939 |
| Slavens | Adam | 18/04/2013 | reviewing and commenting on revised discovery plan and litigation timetable (2.5); office conference with S. Bomhof and A. Gray re same (0.4); email correspondence with M. Decker and E. Weiss re same (0.5); | 3.4 | 2,176.00 | 11715947 |
| Slavens | Adam | 18/04/2013 | telephone call with P. Ruby re discovery plan; | 0.3 | 192.00 | 11715950 |
| Slavens | Adam | 18/04/2013 | reviewing and commenting on draft opening submission; | 2.0 | 1,280.00 | 11715955 |
| Slavens | Adam | 19/04/2013 | conference call with FMC re comments on discovery plan and litigation timetable (1.5); preparing mark-up re same (1.0); email correspondence with M. Decker re same (1.0); telephone calls with M. Decker re same (0.5); telephone call with P. Ruby re same ().2); reviewing and commenting on revised discovery plan and litigation timetable (2.0); | 6.2 | 3,968.00 | 11715986 |
| Slavens | Adam | 19/04/2013 | reviewing and commenting on draft opening submission (0.8); preparing reporting email to L. Peacock re same (0.5); email correspondence with S. Bomhof and A. Gray re same (0.2); | 1.5 | 960.00 | 11715991 |
| Slavens | Adam | 22/04/2013 | preparing for CCAA court filings re motion returnable April 24, 2013; | 3.0 | 1,920.00 | 11719312 |
| Slavens | Adam | 23/04/2013 | preparing for motion returnable April 24, 2013; | 2.0 | 1,280.00 | 11722838 |
| Slavens | Adam | 23/04/2013 | preparing, serving and filing CCAA motion materials re motion returnable April 24, 2013; | 5.6 | 3,584.00 | 11722840 |
| Slavens | Adam | 24/04/2013 | reviewing CCAA case motion materials; | 1.8 | 1,152.00 | 11725824 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 24/04/2013 | attending motion returnable April 24, 2013 (3.8); preparing for same (1.5); | 5.3 | 3,392.00 | 11725826 |
| Slavens | Adam | 24/04/2013 | conducting Canadian legal research for case; | 2.0 | 1,280.00 | 11725830 |
| Slavens | Adam | 25/04/2013 | reviewing CCAA case court materials (1.0); email correspondence with Cleary re same (0.3); telephone call with J. Opolsky re same (0.1); | 1.4 | 896.00 | 11728695 |
| Slavens | Adam | 26/04/2013 | reviewing CCAA case court materials; | 1.5 | 960.00 | 11730685 |
| Slavens | Adam | 29/04/2013 | reviewing CCAA case court materials; email correspondence with S. Bomhof and Cleary re same; | 1.8 | 1,152.00 | 11734652 |
| Slavens | Adam | 29/04/2013 | preparing for motion returnable April 30, 2013; | 1.0 | 640.00 | 11734655 |
| Slavens | Adam | 30/04/2013 | attending motion returnable April 30, 2013 (2.8); preparing for same (1.0); telephone calls with G. Finlayson, Dentons and J. Bromley re same (0.8); preparing reporting emails re same (0.3); | 4.9 | 3,136.00 | 11735824 |
| Slavens | Adam | 30/04/2013 | reviewing and commenting on opening submission; | 1.7 | 1,088.00 | 11735825 |
| Gotowiec | James | 10/04/2013 | meeting with M. Atkey regarding research project; | 0.5 | 207.50 | 11701207 |
| Gotowiec | James | 14/04/2013 | reviewing law on valuation and fair market value; | 1.1 | 456.50 | 11705743 |
| Gotowiec | James | 16/04/2013 | meeting with J. Cameron and A. Slavens regarding legal research (0.5); reviewing case law on valuation and fair value (1.0); | 1.5 | 622.50 | 11708563 |
| Berditchevski | Vitali | 01/04/2013 | researching law on case; | 8.4 | 2,688.00 | 11685085 |
| Berditchevski | Vitali | 02/04/2013 | reviewing and revising memo (0.8); research for case (3.8); meeting with counsel to discuss research (0.9); | 5.5 | 1,760.00 | 11687268 |
| Berditchevski | Vitali | 03/04/2013 | research for case; drafting/revising memo; | 1.8 | 576.00 | 11688567 |
| Berditchevski | Vitali | 08/04/2013 | reviewing and revising memorandum; | 0.3 | 96.00 | 11696283 |
| Berditchevski | Vitali | 10/04/2013 | research for case; | 0.7 | 224.00 | 11700531 |
| Berditchevski | Vitali | 11/04/2013 | research for case; | 3.9 | 1,248.00 | 11702748 |
| Block | Sheila R. | 04/04/2013 | office conference with S. Bomhof regarding scheduling; reviewing reasons; office conference regarding pleading issue; | 1.0 | 995.00 | 11693618 |
| Block | Sheila R. | 05/04/2013 | update re position re CCC and procedural call; | 0.1 | 99.50 | 11695259 |
| DeMarinis | Tony | 01/04/2013 | reading materials filed in the Canadian proceedings; | 1.0 | 975.00 | 11686942 |
| DeMarinis | Tony | 01/04/2013 | discussions on case scheduling and coordination; | 0.8 | 780.00 | 11686944 |
| DeMarinis | Tony | 04/04/2013 | correspondence and review of procedural and scheduling matters; | 1.2 | 1,170.00 | 11692061 |
| DeMarinis | Tony | 09/04/2013 | review appeal and planning considerations; | 1.0 | 975.00 | 11699101 |
| DeMarinis | Tony | 17/04/2013 | review and consideration of proposed allocation process, correspondence, and procedural rules; | 1.7 | 1,657.50 | 11712518 |
| DeMarinis | Tony | 17/04/2013 | review draft litigation timetables; | 0.5 | 487.50 | 11712529 |
| DeMarinis | Tony | 18/04/2013 | correspondence, planning and analysis regarding litigation process; | 2.5 | 2,437.50 | 11714746 |
| DeMarinis | Tony | 19/04/2013 | litigation review and analysis on case; | 2.5 | 2,437.50 | 11716866 |
| DeMarinis | Tony | 22/04/2013 | review of submissions for April 24 hearing, related correspondence and analysis; | 2.0 | 1,950.00 | 11719185 |
| DeMarinis | Tony | 23/04/2013 | reading, consideration and correspondence regarding submissions of all parties for tomorrow's hearing; | 3.3 | 3,217.50 | 11719908 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 24/04/2013 | correspondence and reviews regarding today's hearing and pending matters; | 2.5 | 2,437.50 | 11725607 |
| DeMarinis | Tony | 25/04/2013 | meeting with S. Bomhof, correspondence, and planning in connection with yesterday's hearing; | 1.7 | 1,657.50 | 11726858 |
| DeMarinis | Tony | 26/04/2013 | review draft, counsel comments and correspondence on proposed confidentiality stipulation and stipulation order; | 0.6 | 585.00 | 11730476 |
| DeMarinis | Tony | 29/04/2013 | review materials in the Canadian proceedings - draft confidentiality stipulation, tolling agreement, and counsel correspondence; | 0.7 | 682.50 | 11731634 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/04/2013 | research regarding Canadian legal issues related to discovery; | 7.5 | 6,562.50 | 11685895 |
| Bomhof | Scott A. | 02/04/2013 | research regarding Canadian legal issues regarding allocation of sale proceeds; | 5.9 | 5,162.50 | 11688830 |
| Bomhof | Scott A. | 03/04/2013 | research regarding Canadian legal issues; | 4.5 | 3,937.50 | 11691175 |
| Bomhof | Scott A. | 04/04/2013 | research regarding Canadian legal issues regarding allocation dispute and valuation; | 1.7 | 1,487.50 | 11695197 |
| Bomhof | Scott A. | 05/04/2013 | research regarding Canadian legal issues regarding discovery; | 2.1 | 1,837.50 | 11695206 |
| Bomhof | Scott A. | 08/04/2013 | research and meeting with T. DeMarinis re: Canadian legal issues memo (3.2); allocation of sale proceeds research (.8); | 4.0 | 3,500.00 | 11698859 |
| Bomhof | Scott A. | 09/04/2013 | research re: Canadian legal issues; | 2.1 | 1,837.50 | 11698874 |
| Bomhof | Scott A. | 10/04/2013 | research regarding Canadian legal issues; | 1.2 | 1,050.00 | 11701248 |
| Bomhof | Scott A. | 11/04/2013 | Review draft legal memorandum on Canadian legal issues and provide comments; | 1.2 | 1,050.00 | 11706020 |
| Bomhof | Scott A. | 12/04/2013 | reviewing reporting memo on Canadian legal research regarding patent law issues; | 0.6 | 525.00 | 11706025 |
| Bomhof | Scott A. | 16/04/2013 | Research regarding Canadian legal issues; | 2.2 | 1,925.00 | 11709697 |
| Bomhof | Scott A. | 17/04/2013 | research regarding Canadian legal issues regarding valuation (2.0); meeting with team re: same (.5) | 2.5 | 2,187.50 | 11711456 |
| Bomhof | Scott A. | 18/04/2013 | research regarding Canadian legal issues; | 3.0 | 2,625.00 | 11714627 |
| Bomhof | Scott A. | 19/04/2013 | research regarding Canadian legal issues regarding discovery rules and valuation resarch; | 2.3 | 2,012.50 | 11715968 |
| Bomhof | Scott A. | 22/04/2013 | research regarding Canadian legal issues regarding discovery protocol and allocation hearing; | 3.5 | 3,062.50 | 11719740 |
| Bomhof | Scott A. | 23/04/2013 | research on Canadian legal issues regarding standing in CCAA proceeding, discovery and valuation research; | 3.0 | 2,625.00 | 11722611 |
| Bomhof | Scott A. | 25/04/2013 | research regarding Canadian legal issues; | 1.0 | 875.00 | 11729393 |
| Bomhof | Scott A. | 26/04/2013 | research regarding Canadian legal issues regarding valuation issues; | 1.0 | 875.00 | 11729685 |
| Bomhof | Scott A. | 15/04/2013 | Meeting with J. Cameron and review research on Canadian legal issues regarding valuation research; | 1.0 | 875.00 | 11731493 |
| Bomhof | Scott A. | 29/04/2013 | research regarding Canadian legal issues; | 1.4 | 1,225.00 | 11731610 |
| Bomhof | Scott A. | 30/04/2013 | research relating to opening submissions for allocation hearing; | 2.5 | 2,187.50 | 11735837 |
| Bernstein | Andrew E. | 10/04/2013 | discussion with M. Atkey and J. Cameron re analysis of IP law questions; | 0.3 | 247.50 | 11756252 |
| Slavens | Adam | 01/04/2013 | conducting Canadian legal research for case; | 4.7 | 3,008.00 | 11687005 |
| Slavens | Adam | 01/04/2013 | email correspondence with S. Bomhof and M. Atkey re Canadian legal research (.1); telephone call with M. Atkey re same (.1); | 0.2 | 128.00 | 11687013 |
| Slavens | Adam | 02/04/2013 | conducting Canadian legal research for case; | 4.0 | 2,560.00 | 11689001 |
| Slavens | Adam | 02/04/2013 | conducting Canadian legal research for case; | 1.4 | 896.00 | 11689004 |
| Slavens | Adam | 02/04/2013 | email correspondence with J. Cameron, S. Bomhof and M. Atkey re Canadian legal research (0.3); telephone call with M. Atkey re same (0.1); | 0.4 | 256.00 | 11689006 |
| Slavens | Adam | 03/04/2013 | conducting Canadian legal research for case; | 2.0 | 1,280.00 | 11690932 |
| Slavens | Adam | 03/04/2013 | reviewing and indexing Canadian legal research conducted to date; | 2.0 | 1,280.00 | 11690938 |
| Slavens | Adam | 03/04/2013 | reviewing and commenting on draft memorandum on Canadian law (0.4); email correspondence with | 0.5 | 320.00 | 11690940 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Slavens | Adam | 04/04/2013 | J. Cameron re same (0.1); reviewing and indexing Canadian legal research conducted to date; | 0.5 | 320.00 | 11693703 |
| Slavens | Adam | 04/04/2013 | conducting Canadian legal research for case (4.4); email correspondence with Cleary and M. Atkey re same (0.2); | 4.6 | 2,944.00 | 11693747 |
| Slavens | Adam | 05/04/2013 | updating Canadian legal research tracking chart; | 0.2 | 128.00 | 11696494 |
| Slavens | Adam | 05/04/2013 | conducting Canadian legal research for case; | 3.8 | 2,432.00 | 11696496 |
| Slavens | Adam | 07/04/2013 | reviewing and commenting on Canadian legal memorandum re case; | 1.0 | 640.00 | 11696534 |
| Slavens | Adam | 08/04/2013 | reviewing and commenting on Canadian legal memorandum re case (0.6); office conference with S. Bomhof re same (0.1); email correspondence with M. Atkey and Cleary re same (0.2); | 0.9 | 576.00 | 11698374 |
| Slavens | Adam | 09/04/2013 | conducting Canadian legal research for case; | 3.0 | 1,920.00 | 11700372 |
| Slavens | Adam | 10/04/2013 | reviewing and indexing Canadian legal research conducted to date; | 1.7 | 1,088.00 | 11703173 |
| Slavens | Adam | 10/04/2013 | conducting Canadian legal research for case; | 3.5 | 2,240.00 | 11703178 |
| Slavens | Adam | 11/04/2013 | conducting Canadian legal research for case; | 2.8 | 1,792.00 | 11705401 |
| Slavens | Adam | 12/04/2013 | conducting Canadian legal research for case; | 2.0 | 1,280.00 | 11706557 |
| Slavens | Adam | 15/04/2013 | office conference with J. cameron and S. Bomhof re Canadian legal research for case (0.5); conducting Canadian legal research for case (1.2); | 1.7 | 1,088.00 | 11709016 |
| Slavens | Adam | 16/04/2013 | meeting with J. Cameron and J. Gotoweic re Canadian legal research for case; | 0.5 | 320.00 | 11711027 |
| Slavens | Adam | 17/04/2013 | meeting with J. Cameron, S. Bomhof, A. Gray and J. Gotoweic re Canadian legal research for case (0.5); preparing for same (2.0); | 2.5 | 1,600.00 | 11712665 |
| Slavens | Adam | 17/04/2013 | conducting Canadian legal research for case; | 3.0 | 1,920.00 | 11712667 |
| Slavens | Adam | 19/04/2013 | reviewing Ontario Rules of Civil Procedure re discovery plan; | 1.0 | 640.00 | 11716083 |
| Slavens | Adam | 22/04/2013 | conducting Canadian legal research for case; | 6.4 | 4,096.00 | 11719316 |
| Slavens | Adam | 23/04/2013 | conducting Canadian legal research for case (3.0); email correspondence with J. Cameron, M. Atkey, J. Gotoweic re same (0.3); preparing reporting emails to Cleary re same (0.5); | 3.8 | 2,432.00 | 11722835 |
| Slavens | Adam | 25/04/2013 | conducting Canadian legal research for case; | 5.4 | 3,456.00 | 11728688 |
| Slavens | Adam | 26/04/2013 | conducting Canadian legal research for case (3.1); email correspondence with S. Bomhof and A. Gray re same (0.1); | 3.2 | 2,048.00 | 11730662 |
| Slavens | Adam | 29/04/2013 | conducting Canadian legal research for case; | 3.2 | 2,048.00 | 11734643 |
| Atkey | Matthew | 01/04/2013 | researching, drafting, reviewing and revising memorandum re various Canadian law issues (6.2); communications with J. Cameron re same (0.3); | 6.5 | 3,835.00 | 11687173 |
| Atkey | Matthew | 02/04/2013 | meetings and discussions with V. Berditchevski and J. Cameron regarding research on various Canadian law issues (0.9); further research re various Canadian law issues (2.9); | 3.8 | 2,242.00 | 11689145 |
| Atkey | Matthew | 03/04/2013 | further research re various Canadian law issues in response to Clearly Gottlieb requests and revision to memo re same; | 4.5 | 2,655.00 | 11691057 |
| Atkey | Matthew | 04/04/2013 | revisions to memorandum re various Canadian | 5.2 | 3,068.00 | 11694489 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| | | | law issues and various communications in connection with same (4.2); meeting with E. Jiang re additional research work re Canadian law matters (0.7); email communications with E. Jiang re additional research work re Canadian law matters (0.3); | | | |
| Atkey | Matthew | 05/04/2013 | further research regarding various Canadian law issues and revisions to memorandum re same; | 4.4 | 2,596.00 | 11696687 |
| Atkey | Matthew | 08/04/2013 | further research and revisions to memorandum re various Canadian law issues (1.6); internal discussions re same including with J. Cameron (1.5); | 3.1 | 1,829.00 | 11698570 |
| Atkey | Matthew | 09/04/2013 | further research re various Canadian law issues; | 0.6 | 354.00 | 11703312 |
| Atkey | Matthew | 10/04/2013 | further research re analysis of various issues under Canadian law (3.6); meetings with J. Cameron, including in part with A. Bernstein, to discuss research re various aspects of Canadian law (0.7); meeting with J. Gotowiec re research in respect of various Canadian law issues (0.5); further communications with J. Gotowiec and E. Jiang re same (0.2); | 5.0 | 2,950.00 | 11703315 |
| Atkey | Matthew | 11/04/2013 | further drafting revisions to memorandum re various Canadian law issues; | 7.4 | 4,366.00 | 11706105 |
| Atkey | Matthew | 12/04/2013 | final revisions to memorandum addressed to Cleary re various Canadian law issues (2.0); research and drafting re additional memorandum on other Canadian law issues (2.7); | 4.7 | 2,773.00 | 11706647 |
| Atkey | Matthew | 13/04/2013 | research and drafting re additional memorandum on other Canadian law issues; | 4.8 | 2,832.00 | 11706686 |
| Atkey | Matthew | 15/04/2013 | research and drafting re additional memorandum on other Canadian law issues; | 7.5 | 4,425.00 | 11708064 |
| Atkey | Matthew | 23/04/2013 | responding to certain questions from Cleary Gottlieb involving research of Canadian law (2.5); further revisions regarding memorandum relating to various Canadian law issues (1.8); | 4.3 | 2,537.00 | 11729212 |
| Atkey | Matthew | 24/04/2013 | minor revisions to additional memorandum addressing various Canadian law issues; | 0.2 | 118.00 | 11729606 |
| Atkey | Matthew | 29/04/2013 | research for purposes of updating memorandum re various Canadian law issues in response to question from Cleary Gottlieb; | 1.2 | 708.00 | 11735057 |
| Gotowiec | James | 17/04/2013 | meeting with J. Cameron, S. Bomhof, A. Gray and A. Slavens regarding research tasks related to opening submission (0.5); speaking with E. Jiang regarding research (0.1); researching law on valuation and fair market value (0.9); | 1.5 | 622.50 | 11710667 |
| Gotowiec | James | 21/04/2013 | reviewing law on allocation; | 2.6 | 1,079.00 | 11715463 |
| Gotowiec | James | 23/04/2013 | research for case (1.5); summarizing research into email for J. Cameron and A. Slavens (0.5); | 2.0 | 830.00 | 11719332 |
| Gotowiec | James | 24/04/2013 | revising email summarizing research results in response to comments; | 0.4 | 166.00 | 11722528 |
| Gotowiec | James | 25/04/2013 | meeting with J. Cameron and D. Steele regarding research for case; | 0.6 | 249.00 | 11725317 |
| Cameron | John | 01/04/2013 | addressing research with M. Atkey (0.3); | 2.3 | 2,288.50 | 11689252 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Cameron | John | 02/04/2013 | Canadian research for expert reports (1.2); Canadian research about conflict of laws regarding enforcement of patents (0.8); analysis of Canadian law (6.1); meeting with M. Atkey and V. Berditchevski re same (.9); | 7.0 | 6,965.00 | 11689259 |
| Cameron | John | 03/04/2013 | analysis of Canadian law as applied to discovery issues; | 0.5 | 497.50 | 11690093 |
| Cameron | John | 05/04/2013 | analysis of Canadian law in relation to discovery issues; | 2.0 | 1,990.00 | 11692983 |
| Cameron | John | 07/04/2013 | consider and refine Canadian legal analysis and advice; | 5.0 | 4,975.00 | 11697310 |
| Cameron | John | 08/04/2013 | address comments by A. Gray and M. Atkey in relation to Canadian research (1.5); review and comment on revised versions of memorandum (1.5); | 3.0 | 2,985.00 | 11697430 |
| Cameron | John | 10/04/2013 | discussion with M. Atkey in part also with A. Bernstein about our analysis of Cleary's IP law questions; | 0.7 | 696.50 | 11702141 |
| Cameron | John | 12/04/2013 | consider and revise draft memorandum addressing Cleary Gottlieb's legal questions about Canadian law; follow up on valuation issues (0.3); | 1.8 | 1,791.00 | 11704819 |
| Cameron | John | 15/04/2013 | discuss valuation doctrines with S. Bomhof and A. Slavens (0.4); follow up research about Canadian law regarding valuation (0.6) | 1.0 | 995.00 | 11708039 |
| Cameron | John | 16/04/2013 | discuss research about Canadian law; | 0.3 | 298.50 | 11710112 |
| Cameron | John | 17/04/2013 | consider potential application of equitable doctrines (0.5); consider allocation materials (1.0); internal discussion with Torys team about research (0.7); follow up research about valuation (0.4); | 2.6 | 2,587.00 | 11711745 |
| Cameron | John | 20/04/2013 | consider and comment on draft memorandum about conflict of laws in relation to discovery and application of Ontario rules of Civil Procedures; | 1.5 | 1,492.50 | 11715396 |
| Cameron | John | 22/04/2013 | addressing supplementary research questions; | 0.4 | 398.00 | 11718472 |
| Cameron | John | 23/04/2013 | review and revise memorandum about Canadian legal research (1.0); conducting Canadian legal research (1.0); | 2.0 | 1,990.00 | 11722017 |
| Cameron | John | 24/04/2013 | research Canadian legal issues | 4.0 | 3,980.00 | 11724926 |
| Cameron | John | 25/04/2013 | discussion with D. Steele and J. Gotowiec about legal research and analysis (0.5); legal research (0.5); | 1.0 | 995.00 | 11727267 |
| DeMarinis | Tony | 01/04/2013 | discussions with S. Bomhof and A. Slavens regarding research tasks (.2), and review and analysis relating to same (2.3); | 2.5 | 2,437.50 | 11686941 |
| DeMarinis | Tony | 02/04/2013 | read memo from A. Slavens (0.4); analysis of issues and law on case (3.0); | 3.4 | 3,315.00 | 11688794 |
| DeMarinis | Tony | 03/04/2013 | research and analysis on case; | 3.5 | 3,412.50 | 11689671 |
| DeMarinis | Tony | 04/04/2013 | consideration of Canadian law enquiries from K. O'Neill, analysis, research, document review and correspondence regarding same and other matters; | 4.5 | 4,387.50 | 11692060 |
| DeMarinis | Tony | 08/04/2013 | telephone call with K. O'Neill regarding legal issues, discussion with S. Bomhof, and review and analysis of materials; | 4.0 | 3,900.00 | 11698274 |
| DeMarinis | Tony | 09/04/2013 | reading research and memos on case issues; | 0.8 | 780.00 | 11699103 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 10/04/2013 | analysis of research findings on case issues; | 1.0 | 975.00 | 11701373 |
| DeMarinis | Tony | 11/04/2013 | analysis of research on case legal issues pertinent to inter-company matters; | 2.5 | 2,437.50 | 11703822 |
| DeMarinis | Tony | 17/04/2013 | analysis and review relating to allocation litigation; | 2.0 | 1,950.00 | 11712522 |
| DeMarinis | Tony | 19/04/2013 | reading research and reference materials; | 1.5 | 1,462.50 | 11716870 |
| DeMarinis | Tony | 23/04/2013 | analysis of Ontario issues; | 1.1 | 1,072.50 | 11719907 |
| DeMarinis | Tony | 24/04/2013 | review rules and considerations regarding appeals; | 1.3 | 1,267.50 | 11725611 |
| DeMarinis | Tony | 25/04/2013 | research reading relating to claims; | 1.6 | 1,560.00 | 11726860 |
| DeMarinis | Tony | 26/04/2013 | consideration of Canadian law; | 0.8 | 780.00 | 11730477 |
| Steele | David | 25/04/2013 | discussion of Canadian research with J. Cameron and J. Gotowiec (0.5); | 0.5 | 437.50 | 11729594 |
| Szydlowski | Tanya | 02/04/2013 | library research re case retrieval for A. Slavens; | 0.3 | 46.50 | 11688180 |
| Pass | Michael | 03/04/2013 | reviewed case law re effect of tax/legal structure on distribution of proceeds from sale; | 4.6 | 2,277.00 | 11689960 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Atkey | Matthew | 22/04/2013 | further working re research and drafting additional memorandum on other Canadian law issues; | 5.5 | 3,245.00 | 11729209 |
| Jiang | Eliza | 04/04/2013 | meeting with M. Atkey to discuss research on Canadian case law; | 0.7 | 224.00 | 11692631 |
| Jiang | Eliza | 04/04/2013 | research for case (3.0); reviewing materials on previous research (1.5); | 4.5 | 1,440.00 | 11692684 |
| Jiang | Eliza | 07/04/2013 | researching Canadian case law on intercompany analysis; | 5.8 | 1,856.00 | 11695904 |
| Jiang | Eliza | 08/04/2013 | research for case (1.0); | 1.0 | 320.00 | 11697466 |
| Jiang | Eliza | 11/04/2013 | researching Canadian legal issues (3.5); | 3.5 | 1,120.00 | 11703403 |
| Jiang | Eliza | 12/04/2013 | researching Canadian legal issues(3.5); | 3.5 | 1,120.00 | 11704638 |
| Jiang | Eliza | 17/04/2013 | reviewing brief to identify research points (1.2); | 1.2 | 384.00 | 11711236 |
| DeMarinis | Tony | 01/04/2013 | consideration of matters regarding prospective litigation; | 2.0 | 1,950.00 | 11686945 |
| DeMarinis | Tony | 02/04/2013 | correspondence regarding proposed conference call and related matters, consideration of issues and alternatives; | 2.7 | 2,632.50 | 11688809 |
| DeMarinis | Tony | 03/04/2013 | reviewing decisions of the U.S. and Canadian courts regarding allocation protocol (2.2), correspondence relating to same, and planning and preparation (.8); | 3.0 | 2,925.00 | 11689670 |
| DeMarinis | Tony | 04/04/2013 | counsel correspondence and review of draft revised litigation timeline; | 0.5 | 487.50 | 11692066 |
| DeMarinis | Tony | 05/04/2013 | communications and consideration of litigation process and protocol; | 1.5 | 1,462.50 | 11696408 |
| DeMarinis | Tony | 08/04/2013 | discussion, correspondence and reviews of procedural matters; | 1.4 | 1,365.00 | 11698276 |
| DeMarinis | Tony | 09/04/2013 | review of overlapping claims; | 2.3 | 2,242.50 | 11699100 |
| DeMarinis | Tony | 10/04/2013 | review and consideration of inter-company and overlapping claims; | 3.0 | 2,925.00 | 11701371 |
| DeMarinis | Tony | 22/04/2013 | review of corporate financial information; | 2.5 | 2,437.50 | 11719186 |
| DeMarinis | Tony | 25/04/2013 | review claims materials; | 2.0 | 1,950.00 | 11726859 |
| Gray | William | 01/04/2013 | Work on allocation, legal research | 0.7 | 630.00 | 11686612 |
| Gray | William | 02/04/2013 | Research allocation issues (.30); Research issues regarding Canada Exxon case (.30); Conference call with M. Pass and S. Bomhof regarding same (1.0) | 1.6 | 1,440.00 | 11687405 |
| Gray | William | 03/04/2013 | Work on allocation issues; Work on legal research regarding recent Canadian law precedent | 2.2 | 1,980.00 | 11689382 |
| Gray | William | 05/04/2013 | Work on allocation issues; Review US/Canadian law comparison | 1.5 | 1,350.00 | 11695175 |
| Gray | William | 08/04/2013 | Work on allocation issues and US Canadian law comparisons | 1.3 | 1,170.00 | 11698254 |
| Gray | William | 10/04/2013 | Work on allocation issues and Canadian US law comparison | 1.2 | 1,080.00 | 11701310 |
| Gray | William | 11/04/2013 | Work on allocation issues | 1.4 | 1,260.00 | 11703485 |
| Gray | William | 12/04/2013 | Work on issues relating to valuation issues and other Canadian legal issues | 1.6 | 1,440.00 | 11706095 |
| Gray | William | 15/04/2013 | Work on allocation issues | 0.8 | 720.00 | 11708502 |
| Gray | William | 17/04/2013 | Work on allocation issues | 1.4 | 1,260.00 | 11711371 |
| Gray | William | 18/04/2013 | Review appeal issues; Conference with S. Bomhof regarding impact on litigation proceedings | 1.3 | 1,170.00 | 11715911 |
| Gray | William | 22/04/2013 | Review filings; review allocation issues | 1.4 | 1,260.00 | 11717960 |
| Gray | William | 23/04/2013 | Work on allocation issues | 2.3 | 2,070.00 | 11719863 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 25/04/2013 | conference with S. Bomhof regarding automatic stay litigation issues and litigation trial issues; | 0.4 | 360.00 | 11769161 |
| Gray | William | 25/04/2013 | Work on intercompany claims; Review allocation issues and general intercompany discovery issues | 2.2 | 1,980.00 | 11726322 |
| Gray | William | 24/04/2013 | Work on allocation issues; Review issues relating to appeal and impact on litigation proceedings | 0.6 | 540.00 | 11726333 |
| Gray | William | 26/04/2013 | Review allocation of claims | 0.7 | 630.00 | 11729455 |
| Gray | William | 29/04/2013 | Work on claims allocation issues | 0.6 | 540.00 | 11731237 |

| Last Name | First Name | Date | Description | Hours | Value | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 15/04/2013 | Review Clearys email to service list regarding filing of Allocation Protocol and discuss Canadian filing with Goodmans (1.0); prepare cover letter to Justice Morawetz for filing of US Notice of Filing of Allocation Protocol (0.2); Review Goodmans comments on Confidentiality Order (0.3); | 1.5 | 1,312.50 | 11707518 |
| Tobin | John | 01/04/2013 | reviewing question re tax on transfer pricing with relevance to settlement; | 0.4 | 398.00 | 11686990 |
| Tobin | John | 29/04/2013 | reviewing filing submission for Scott Bomhof; | 1.4 | 1,393.00 | 11734511 |
| Buhr | Adelaide | 03/04/2013 | internal consultation with A. Slavens re Canadian CCAA proceedings matters; | 0.4 | 128.00 | 11688619 |
| Buhr | Adelaide | 04/04/2013 | preparing consolidated version of key agreement; | 0.8 | 256.00 | 11691160 |
| Buhr | Adelaide | 15/04/2013 | preparing consolidated version of key agreement; | 0.3 | 96.00 | 11707222 |
| Buhr | Adelaide | 16/04/2013 | creating consolidated version of key agreement; | 0.8 | 256.00 | 11708435 |
| DeMarinis | Tony | 11/04/2013 | review of appeal issues and procedures; | 1.0 | 975.00 | 11703824 |
| DeMarinis | Tony | 17/04/2013 | review documents in Canadian proceedings; | 0.5 | 487.50 | 11712527 |
| DeMarinis | Tony | 18/04/2013 | reading monitor reports and case materials; | 1.6 | 1,560.00 | 11714751 |
| DeMarinis | Tony | 19/04/2013 | review recent court and claims materials; | 0.6 | 585.00 | 11716871 |
| Watt | Nicholas | 08/04/2013 | library research re cases and texts for E. Jiang; | 0.3 | 111.00 | 11697368 |