**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

April 1, 2013 through April 30, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $6,792.51 |
| Duplicating/Printing | 11,580 pgs @ .10 per pg | $1,158.00 |
| Miscellaneous | Process Server | $68.90 |
| Courier | | $10.05 |
| Taxi & Travel | | $24.10 |
| Binding/Exhibit Tabs & Copy Preparation | | - |
| Meals | | $161.00 |
| Court Searches | Motion | - |
| Word Processing | | - |
| Telephone | Long Distance | $10.27 |
| **Grand Total Expenses** | | **$8,224.83** |

**Nortel**
**April 2013 Disbursements**

| | | | | |
|---|---|---|---|---|
| 271 | Process Server Filing | 16/04/2013 | 34.45 | filing letter to Justice Geoffrey Morawetz attaching certification of counsel regarding allocation protocol and affidavit of Adam Slavens; |
| 271 | Process Server Filing | 23/04/2013 | 34.45 | filing compendium of evidence of Nortel and other U.S. debtors (motion returnable April 24, 2013); |
| | | | **$ 68.90** | |
| 303 | Taxi & Travel | 24/04/2013 | 13.18 | Taxi & Travel Bomhof, Scott A.; Taxi/Car Service - Torys taxi from court to Torys |
| 803 | Taxi & Travel | 24/04/2013 | 10.92 | Taxi & Travel DIAMOND TAXI, Date: 24/04/2013, Chit#3076996 |
| | | | **$ 24.10** | |
| 480 | Telephone Charges | 15/04/2013 | 1.38 | Telephone Charges Slavens, Adam; Rogers - No Tax Nortel phone call |
| 480 | Telephone Charges | 15/04/2013 | 0.39 | Telephone Charges Slavens, Adam; Rogers - No Tax Nortel phone call |
| 800 | Telephone Call | 11/04/2013 | 8.50 | Telephone Call Global Crossing, Inv # 19021843 SLAVENS, ADAM |
| | | | **$ 10.27** | |
| 801 | Copies | 04/04/2013 | 65.30 | Copies |
| 801 | Copies | 04/04/2013 | 0.10 | Copies |
| 801 | Copies | 05/04/2013 | 0.40 | Copies |
| 801 | Copies | 23/04/2013 | 22.60 | Copies |
| 801 | Copies | 23/04/2013 | 15.30 | Copies |
| 801 | Copies | 24/04/2013 | 176.60 | Copies |
| 808 | Laser Printing | 01/04/2013 | 0.30 | Laser Printing |
| 808 | Laser Printing | 01/04/2013 | 18.30 | Laser Printing |
| 808 | Laser Printing | 01/04/2013 | 3.30 | Laser Printing |
| 808 | Laser Printing | 01/04/2013 | 3.10 | Laser Printing |
| 808 | Laser Printing | 02/04/2013 | 9.40 | Laser Printing |
| 808 | Laser Printing | 02/04/2013 | 2.00 | Laser Printing |
| 808 | Laser Printing | 02/04/2013 | 57.20 | Laser Printing |
| 808 | Laser Printing | 02/04/2013 | 6.20 | Laser Printing |
| 808 | Laser Printing | 02/04/2013 | 6.20 | Laser Printing |
| 808 | Laser Printing | 03/04/2013 | 3.90 | Laser Printing |
| 808 | Laser Printing | 03/04/2013 | 72.60 | Laser Printing |
| 808 | Laser Printing | 03/04/2013 | 7.70 | Laser Printing |
| 808 | Laser Printing | 03/04/2013 | 14.40 | Laser Printing |
| 808 | Laser Printing | 04/04/2013 | 3.30 | Laser Printing |
| 808 | Laser Printing | 04/04/2013 | 4.60 | Laser Printing |
| 808 | Laser Printing | 04/04/2013 | 104.00 | Laser Printing |
| 808 | Laser Printing | 04/04/2013 | 27.10 | Laser Printing |
| 808 | Laser Printing | 04/04/2013 | 38.80 | Laser Printing |
| 808 | Laser Printing | 05/04/2013 | 2.20 | Laser Printing |
| 808 | Laser Printing | 05/04/2013 | 4.10 | Laser Printing |
| 808 | Laser Printing | 05/04/2013 | 1.90 | Laser Printing |
| 808 | Laser Printing | 08/04/2013 | 5.00 | Laser Printing |
| 808 | Laser Printing | 08/04/2013 | 4.70 | Laser Printing |
| 808 | Laser Printing | 08/04/2013 | 2.30 | Laser Printing |
| 808 | Laser Printing | 09/04/2013 | 4.40 | Laser Printing |
| 808 | Laser Printing | 09/04/2013 | 9.80 | Laser Printing |
| 808 | Laser Printing | 10/04/2013 | 0.60 | Laser Printing |
| 808 | Laser Printing | 10/04/2013 | 7.60 | Laser Printing |
| 808 | Laser Printing | 11/04/2013 | 8.80 | Laser Printing |
| 808 | Laser Printing | 12/04/2013 | 12.40 | Laser Printing |
| 808 | Laser Printing | 12/04/2013 | 7.50 | Laser Printing |
| 808 | Laser Printing | 15/04/2013 | 0.50 | Laser Printing |
| 808 | Laser Printing | 15/04/2013 | 2.90 | Laser Printing |
| 808 | Laser Printing | 16/04/2013 | 0.80 | Laser Printing |
| 808 | Laser Printing | 16/04/2013 | 16.60 | Laser Printing |
| 808 | Laser Printing | 16/04/2013 | 3.70 | Laser Printing |
| 808 | Laser Printing | 16/04/2013 | 5.40 | Laser Printing |
| 808 | Laser Printing | 17/04/2013 | 0.80 | Laser Printing |

**Nortel**
**April 2013 Disbursements**

| Code | Description | Date | Amount | Detail |
|---|---|---|---:|---|
| 808 | Laser Printing | 17/04/2013 | 2.60 | Laser Printing |
| 808 | Laser Printing | 17/04/2013 | 0.60 | Laser Printing |
| 808 | Laser Printing | 17/04/2013 | 0.10 | Laser Printing |
| 808 | Laser Printing | 17/04/2013 | 2.80 | Laser Printing |
| 808 | Laser Printing | 17/04/2013 | 2.60 | Laser Printing |
| 808 | Laser Printing | 18/04/2013 | 3.20 | Laser Printing |
| 808 | Laser Printing | 18/04/2013 | 8.70 | Laser Printing |
| 808 | Laser Printing | 18/04/2013 | 32.00 | Laser Printing |
| 808 | Laser Printing | 19/04/2013 | 0.40 | Laser Printing |
| 808 | Laser Printing | 19/04/2013 | 6.10 | Laser Printing |
| 808 | Laser Printing | 22/04/2013 | 7.10 | Laser Printing |
| 808 | Laser Printing | 23/04/2013 | 53.10 | Laser Printing |
| 808 | Laser Printing | 23/04/2013 | 56.90 | Laser Printing |
| 808 | Laser Printing | 23/04/2013 | 7.80 | Laser Printing |
| 808 | Laser Printing | 24/04/2013 | 50.00 | Laser Printing |
| 808 | Laser Printing | 24/04/2013 | 13.00 | Laser Printing |
| 808 | Laser Printing | 25/04/2013 | 1.60 | Laser Printing |
| 808 | Laser Printing | 25/04/2013 | 7.40 | Laser Printing |
| 808 | Laser Printing | 26/04/2013 | 14.80 | Laser Printing |
| 808 | Laser Printing | 29/04/2013 | 49.00 | Laser Printing |
| 808 | Laser Printing | 29/04/2013 | 20.10 | Laser Printing |
| 808 | Laser Printing | 30/04/2013 | 1.90 | Laser Printing |
| 808 | Laser Printing | 30/04/2013 | 23.50 | Laser Printing |
| 808 | Laser Printing | 30/04/2013 | 7.90 | Laser Printing |
| 4801 | Duplicating | 25/04/2013 | 0.80 | Duplicating |
| 4808 | Laser Printing | 01/04/2013 | 1.40 | Laser Printing |
| 4808 | Laser Printing | 02/04/2013 | 1.40 | Laser Printing |
| 4808 | Laser Printing | 03/04/2013 | 3.60 | Laser Printing |
| 4808 | Laser Printing | 03/04/2013 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 09/04/2013 | 2.10 | Laser Printing |
| 4808 | Laser Printing | 09/04/2013 | 1.40 | Laser Printing |
| 4808 | Laser Printing | 23/04/2013 | 3.60 | Laser Printing |
| 4808 | Laser Printing | 24/04/2013 | 2.10 | Laser Printing |
| 4808 | Laser Printing | 26/04/2013 | 1.50 | Laser Printing |
| 4808 | Laser Printing | 26/04/2013 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 29/04/2013 | 1.90 | Laser Printing |
| | | | **$ 1,158.00** | |
| 807 | Meals | 03/04/2013 | 126.68 | Meals |
| | | | | Meals- Lunch (6) Mar 13, S. Bomhof (M. Baguette |
| 4203 | Meals - Seamless | 02/04/2013 | 18.62 | Meals - Seamless |
| | | | | MPass:Lan Sheng Restaurant, 02/04/13, 1403802 |
| 4203 | Meals - Seamless | 03/04/2013 | 15.70 | Meals - Seamless |
| | | | | MPass:Dig Inn Seasonal Marke, 03/04/13, 1403802 |
| | | | **$ 161.00** | |
| 822 | Courier | 26/04/2013 | $ 10.05 | Courier |
| | | | | From 4700 Keele Street, to York University, 79 WELLINGTON ST WEST, Ref#202229 |
| 885 | On Line Research Charges - Quicklaw | 01/04/2013 | 316.94 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 01/04/2013 | 112.20 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 02/04/2013 | 74.83 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 03/04/2013 | 269.71 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 04/04/2013 | 201.78 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 04/04/2013 | 4.92 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 05/04/2013 | 427.22 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 08/04/2013 | 295.29 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 10/04/2013 | 138.79 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 11/04/2013 | 408.49 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 11/04/2013 | 54.14 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Carges - Quicklaw | 11/04/2013 | 49.22 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 12/04/2013 | 355.36 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 13/04/2013 | 253.95 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 15/04/2013 | 498.08 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 21/04/2013 | 27.56 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 22/04/2013 | 327.78 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 23/04/2013 | 370.10 | On Line Research Charges - Quicklaw |

**Nortel**
**April 2013 Disbursements**

| | | | | |
|---|---|---|---|---|
| 885 | On Line Research Charges - Quicklaw | 23/04/2013 | 24.61 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 26/04/2013 | 24.61 | On Line Research Charges - Quicklaw |
| 885 | On Line Research Charges - Quicklaw | 29/04/2013 | 190.96 | On Line Research Charges - Quicklaw |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 01/04/2013 | 224.42 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 02/04/2013 | 133.86 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 02/04/2013 | 39.37 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 03/04/2013 | 74.81 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 07/04/2013 | 106.30 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 10/04/2013 | 19.69 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 11/04/2013 | 98.43 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 15/04/2013 | 3.94 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 16/04/2013 | 3.94 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 17/04/2013 | 31.50 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 22/04/2013 | 27.56 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 23/04/2013 | 98.43 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 24/04/2013 | 376.00 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 29/04/2013 | 43.31 | On Line Research Charges -WestlaweCarswell Incl. |
| 4885 | On Line Research Charges - Westlaw Excl. | 02/04/2013 | 235.17 | On Line Research Charges - Westlaw Excl. |
| 4885 | On Line Research Charges - Westlaw Excl. | 03/04/2013 | 254.77 | On Line Research Charges - Westlaw Excl. |
| 4885 | On Line Research Charges - Westlaw Excl. | 05/04/2013 | 548.74 | On Line Research Charges - Westlaw Excl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 02/04/2013 | 7.62 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 03/04/2013 | 7.62 | On Line Research Charges - Westlaw Incl. |
| 4887 | On Line Research Charges - Westlaw Incl. | 05/04/2013 | 30.49 | On Line Research Charges - Westlaw Incl. |
| | | | **$ 6,792.51** | |
| | | | **$ 8,224.83** | |