# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Cousins Chipman & Brown, LLP and Katten Muchin Rosenman LLP, counsel for Wilmington Trust, National Association ("**Wilmington Trust**") as successor indenture trustee under an Indenture, dated as of November 30, 1988 between Northern Telecom Limited and The Bank of New York Mellon (formerly known as The Bank of New York) as successor trustee to the Toronto-Dominion Bank Trust Company for the aggregate principal amount of US $200 Million of Nortel Networks Limited (formerly known as Northern Telecom Limited) 6.875% Notes due 2023, hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapterll.epiqsystems.com/nortel).

| | |
|---|---|
| Scott D. Cousins<br>Ann M. Kashishian<br>**COUSINS CHIPMAN & BROWN, LLP**<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email: cousins@ccbllp.com<br>Email: kashishian@ccbllp.com | Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine<br>Kevin M. Baum<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022-2585<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8776<br>Email: craig.barbarosh@kattenlaw.com<br>Email: david.crichlow@kattenlaw.com<br>Email: karen.dine@kattenlaw.com<br>Email: kevin.baum@kattenlaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Wilmington Trust's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Wilmington Trust is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

| | |
|---|---|
| Dated: May 30, 2013<br>Wilmington, Delaware | **COUSINS CHIPMAN & BROWN, LLP**<br><br>*/s/ Ann Kashishian*<br>Scott D. Cousins (No. 3079)<br>Ann M. Kashishian (No. 5622)<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Facsimile:   (302) 295-0199<br>Email:          cousins@ccbllp.com<br>                    kashishian@ccbllp.com<br><br>- and -<br><br><br>Craig A. Barbarosh<br>David A. Crichlow<br>Karen B. Dine<br>Kevin M. Baum<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022-2585<br>Telephone:  (212) 940-8800<br>Facsimile:   (212) 940-8776<br>Email:          craig.barbarosh@kattenlaw.com<br>                    david.crichlow@kattenlaw.com<br>                    karen.dine@kattenlaw.com<br>                    kevin.baum@kattenlaw.com<br><br>*Counsel for Wilmington Trust, National Association, as Successor Indenture Trustee* |

3