IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks, Inc., *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    )  SS
NEW CASTLE COUNTY   )

Kristin McCloskey, being duly sworn according to law, deposes and says that she is employed by the law firm of Cousins Chipman & Brown, LLP, and on the 29th day of May, 2013, she caused a copy of the following

Responding Submission of Wilmington Trust,
National Association, as Successor Indenture Trustee (Docket No. 10692)

to be served upon the parties listed on the attached service list *via* hand delivery or first class mail.

_____
Kristin McCloskey

SWORN TO AND SUBSCRIBED before me this 30th day of May, 2013.

_____
Notary Public

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel).


**NORTEL NETWORKS, INC., *et al.***
**CASE NO. 09-10138 (KG)**

**2002 SERVICE LIST**

**HAND DELIVERY**

Christopher A. Ward Esquire
Justin K. Edelson Esquire
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(Counsel to Dell Marketing, L.P.)

**HAND DELIVERY**

Steven K. Kortanek, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Counsel to Google Inc. and Ranger Inc.)

**HAND DELIVERY**

Tobey M. Daluz, Esquire
Leslie Heilman, Esquire
David T. May, Esquire
Ballard Spahr
919 Market Street, 11th Floor
Wilmington, DE 19801
(Counsel to Westchester Fire Insurance Company)

**HAND DELIVERY**

Ian Connor Bifferato, Esquire
Kevin G. Collins, Esquire
Bifferato LLC
800 North King Street, First Floor
Wilmington, DE 19801
(Counsel to Credit Suisse Strategic Partners)

**HAND DELIVERY**

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
901 North Market Street
Suite 1300
Wilmington, DE 19801
(Counsel to Microsoft)

**HAND DELIVERY**

Rafael X. Zahralddin-Aravena, Esquire
Shelley A. Kinsella, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801
(Counsel to the Official Committee of Long Term Disability Plan Participants)

**HAND DELIVERY**

David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801
(Counsel to Avaya, Inc.; Axxion Group Corporation; Bridgewater Systems Inc., *et al.*)

**HAND DELIVERY**

Henry Jaffe, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801
(Counsel to Right Management, Inc.)

**HAND DELIVERY**

Domenic Pacitti, Esquire
Klehr Harrison
919 Market Street, Suite 1000
Wilmington, DE 19801

**HAND DELIVERY**

Michael D. DeBaecke, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Counsel to Cable News Network)

**HAND DELIVERY**

Bonnie Glantz Fatell, Esquire
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801
(Counsel to Ad Hoc Committee)

**HAND DELIVERY**

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
(Counsel to Bell Microproducts, Inc.)

**HAND DELIVERY**

Donna L. Harris, Esquire
Kevin M. Capuzzi, Esquire
Pinckney Harris & Weidinger LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801
(Counsel to Solus Alternative Asset Management)

**HAND DELIVERY**

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
J. Landon Ellis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to ASM Capital III, L.P.)

**HAND DELIVERY**

Mary F. Caloway, Esquire
P.J. Duhig, Esquire
Buchanan Ingersoll & Rooney
1105 North Market Street, Suite 1900
Wilmington, DE 19801-1228
(Counsel to Ernst & Young, as Monitor and Foreign Representative of the Canadian Nortel Group)

**HAND DELIVERY**

James L. Patton, Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Rodney Square
Wilmington, DE 19801
(Counsel to Nortel Networks UK Limited)

**HAND DELIVERY**

Brett D. Fallon Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(Counsel to Andrew LLC)

**HAND DELIVERY**

Carl N. Kunz Esquire
Michael J. Custer Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(Counsel to Edmund B. Fitzgerald)

**HAND DELIVERY**

Stephen M. Miller, Esquire
Courtney R. Hamilton, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(Counsel to Law Debenture Company of New York)

**HAND DELIVERY**

Office of the United States Attorney
District of Delaware
1007 North Orange Street
Wilmington, DE 19801

**HAND DELIVERY**

Thomas P. Tinker, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801-3519

**HAND DELIVERY**

Sarah E. Pierce, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801
(Counsel to Nokia Siemens Networks B.V.)

**HAND DELIVERY**

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Counsel to Official Committee of Unsecured Creditors)

**HAND DELIVERY**

Duane D. Werb Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801
(Counsel to Emerson Network Power Embedded)

**HAND DELIVERY**

Norman L. Pernick, Esquire
Sanjay Bhatnagar, Esquire
Cole Schotz Meisel Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**HAND DELIVERY**

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
(Counsel to the Ad Hoc Committee of Bondholders)

**HAND DELIVERY**

Kathleen M. Miller Esquire
Smith Katzenstein & Jenkins LLP
800 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(Counsel to Verizon Communications and Cellco Partnership d/b/a Verizon Wireless)

**HAND DELIVERY**

William P. Bowden Esquire
Ricardo Palacio, Esquire
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
(Counsel to Flextronics Corporation)

**HAND DELIVERY**

Gregory A. Taylor, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**HAND DELIVERY**

Maria Aprile Sawczuk, Esquire
Stevens & Lee P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**HAND DELIVERY**

John V. Fiorella Esquire
Charles J. Brown, III, Esquire
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

**HAND DELIVERY**

Rachel B. Mersky Esquire
Monzack Mersky McLaughlin Browder
1201 North Orange Street, Suite 400
Wilmington, DE 19801

**HAND DELIVERY**

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
(Counsel to Genband Inc.)

**HAND DELIVERY**

Jeffrey S. Wisler Esquire
Marc J. Phillips Esquire
Connolly Bove
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

**HAND DELIVERY**

Charlene D. Davis, Esquire
Justin R. Alberto, Esquire
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**HAND DELIVERY**

Bruce E. Jameson
Prickett Jones & Elliott PA
1310 King Street, Box 1328
Wilmington, DE 19801

**HAND DELIVERY**

Christopher P. Simon
Cross & Simon LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

**HAND DELIVERY**

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

**HAND DELIVERY**

Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

**HAND DELIVERY**

Nicholas Skiles, Esquire
Swartz Campbell LLC
300 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**HAND DELIVERY**

Derek C. Abbott, Esquire
Ann Cordo, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
(Counsel for Debtors)

**HAND DELIVERY**

William F. Taylor Jr., Esquire
McCarter & English LLP
405 North King Street, 8th Floor
Renaissance Centre
Wilmington, DE 19801

**INTERNATIONAL**

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario K1A 1K3
CANADA

**INTERNATIONAL**

Minoru Inayoshi Gen Mgr of M&A
Hitachi Lt. Telecommunicatons
& Network Systems Division
216 Totsuka-cho
Totsuka-ku
Yokohama-shi, 244-8567
JAPAN

**INTERNATIONAL**

Stephen Gale
Herbert Smith
Exchange House
Primrose Street
London, UK EC2A 2HS
ENGLAND

**INTERNATIONAL**

Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King Street, West, Suite 1600
Toronto, Ontario M5X 1G5
CANADA

**INTERNATIONAL**

Marie-Josee Dube
Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
1360 Rene-LevEsquireue W, Suite 400
Montreal, QC H3G 2W6
CANADA

**INTERNATIONAL**

Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4
CANADA

**INTERNATIONAL**

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto, Ontario M5K 0A1
CANADA

| | |
|---|---|
| **INTERNATIONAL**<br><br>Chris Armstrong<br>Goodmans LLP<br>Bay Adelaide Centre<br>333 Bay Street, Suite 3400<br>Toronto, Ontario M5H 2S7<br>CANADA | **FIRST CLASS MAIL**<br><br>Linda Boyle<br>tw telecom inc.<br>10475 Park Meadows Drive, Suite 400<br>Littleton, CO 80124 |
| **FIRST CLASS MAIL**<br><br>Jan M. Geht, Esquire<br>United States Department of Justice – Tax Division<br>P.O. Box 227<br>Washington, DC 20044 | **FIRST CLASS MAIL**<br><br>Janet Fitzpatrick<br>Unisys Corporation<br>P.O. Box 500<br>M/S E8-108<br>Blue Bell, PA 19424 |
| **FIRST CLASS MAIL**<br><br>Centralized Insolvency Operation<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **FIRST CLASS MAIL**<br><br>Sheryl L. Moreau Esquire<br>Missouri Department of Revenue<br>Bankruptcy Division<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 |
| **FIRST CLASS MAIL**<br><br>Laura L. McCloud, Esquire<br>Assistant Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202 | **FIRST CLASS MAIL**<br><br>John P. Dillman, Esquire<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| **FIRST CLASS MAIL**<br><br>Mark K. Ames<br>Tax Authority Consulting Services P.C.<br>P. O. Box 71476<br>Richmond, VA 23255 | **FIRST CLASS MAIL**<br><br>Rod Andrerson, Esquire<br>Noel R. Boeke, Esquire<br>Holland & Knight LLP<br>P.O. Box 1288<br>Tampa, FL 33601-1288 |

**FIRST CLASS MAIL**

Amos U. Priester, IV, Esquire
Anna B. Osterhout, Esquire
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC 27602-2611

**FIRST CLASS MAIL**

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

**FIRST CLASS MAIL**

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

**FIRST CLASS MAIL**

Secretary of Treasury
John G. Townsend Building
401 Federal Street, Suite 4
Dover, DE 19901

**FIRST CLASS MAIL**

Secretary of State
Division of Corporations – Franchise Tax
John G. Townsend Building
401 Federal Street, Suite 4
Dover, DE 19901

**FIRST CLASS MAIL**

Vicente Matias Murrell, Esquire
Stephen D. Schreiber, Esquire
Pension Benefit Guaranty Corp
1200 K Street NW
Washington, DC 20005-4026

**FIRST CLASS MAIL**

Robert Winter, Esquire
Paul Hastings Janofsky & Walker LLP
875 15th Street N.W.
Washington, DC 20005

**FIRST CLASS MAIL**

James H. Lister, Esquire
Birch Horton Bittner & Cherot
1155 Connecticut Avenue NW, Suite 1200
Washington, DC 20036

**FIRST CLASS MAIL**

David Capozzi, Esquire
Acting General Counsel
Universal Service Administrative Co.
2000 L Street NW, Suite 200
Washington, DC 20036

**FIRST CLASS MAIL**

Edward C. Wetmore, Vice President & General Counsel
Amphenol Corporation
358 Hall Avenue
Wallingford, CT 06492

**FIRST CLASS MAIL**

Joseph E. Shickich, Jr., Esquire
Riddell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154-1192

**FIRST CLASS MAIL**

Ramona Neal, Esquire
HP Company
11307 Chinden Boulevard
MS 314
Boise, ID 83714

**FIRST CLASS MAIL**

David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
Travis Building, Suite 300
711 Navarro
San Antonio, TX 78205

**FIRST CLASS MAIL**

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Avenue, 19th Floor
New York, NY 10173-1922

**FIRST CLASS MAIL**

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY 10019

**FIRST CLASS MAIL**

David M. Feldman
Mitchell A. Karlan
Matthew K. Kelsey
Gibson Dunn & Krutcher LLP
200 Park Avenue
New York, NY 10166-0193
(Counsel to Credit Suisse Strategic Partners)

**FIRST CLASS MAIL**

David A. Rosenzweig, Esquire
Fulbright & Jaworski LLP
666 5th Avenue
New York, NY 10103-3198

**FIRST CLASS MAIL**

Alistar Bambach
Securities & Exchange Commission
New York Regional Office - Bankruptcy Division
3 World Financial Center, Suite 400
New York, NY 10281-1022

**FIRST CLASS MAIL**

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019

**FIRST CLASS MAIL**

Michael L. Schein Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

**FIRST CLASS MAIL**

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004

**FIRST CLASS MAIL**

Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY 10119

**FIRST CLASS MAIL**

N. Thodore Zink Jr., Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**FIRST CLASS MAIL**

Mark I. Bane
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

**FIRST CLASS MAIL**

Lawrence E. Miller Esquire
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

**FIRST CLASS MAIL**

Raniero D'Aversa Jr. Esquire
Laura D. Metzger Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

**FIRST CLASS MAIL**

Michelle McMahon, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

**FIRST CLASS MAIL**

Alan Kolod
Christopher J. Caruso
Kent C. Kolbig
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

**FIRST CLASS MAIL**

Ken Coleman, Esquire
Lisa J.P. Kraidin, Esquire
Allen & Overy LLP
1221 Avenue of the Americas, 20th Floor
New York, NY 10020
(Counsel to Ernst & Young, as Monitor and Foreign Representative of the Canadian Nortel Group)

**FIRST CLASS MAIL**

Carren B. Shulman, Esquire
Kimberly K. Smith, Esquire
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

**FIRST CLASS MAIL**

Edmond P. O'Brien Esquire
Stempel Bennett Claman & Hochberg PC
675 Third Avenue, 31st Floor
New York, NY 10017

**FIRST CLASS MAIL**

Steven J. Reisman Esquire
James V. Drew Esquire
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
(Counsel to Flextronics Corporation)

**FIRST CLASS MAIL**

Nicholas Vianna
The Interpublic Group of Companies
1114 Avenue of the Americas, 19th Floor
New York, NY 10036

**FIRST CLASS MAIL**

Ernest S. Wechsler
Kramer Levin Naftalis Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**FIRST CLASS MAIL**

Jeremy E. Crystal, Esquire
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019

**FIRST CLASS MAIL**

Marc Abrams, Esquire
Brian E. O'Connor, Esquire
Sameer Advani, Esquire
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019-6099

**FIRST CLASS MAIL**

Robert J. Rosenberg
Michael J. Riela
Zachary N. Goldstein
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

**FIRST CLASS MAIL**

David S. Allinson
Thomas Malone
Alexandra Croswell
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

**FIRST CLASS MAIL**

Stephen J. Shimshak
Marilyn Sobel
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

**FIRST CLASS MAIL**

Kristin S. Elliott
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(Counsel to Cypress Communications)

**FIRST CLASS MAIL**

Kenneth E. Noble Esquire
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

**FIRST CLASS MAIL**

Jennifer Feldsher, Esquire
Bracewell & Guiliani LLP
1251 Avenue of the Americas
New York, NY 10020
(Counsel to Nortel Networks UK Limited)

**FIRST CLASS MAIL**

Stephen C. Stapleton
Cowles & Thompson PC
901 Main Street, Suite 3900
Dallas, TX 75202
(Counsel to GTCI)

**FIRST CLASS MAIL**

Mark H. Ralston
Ciardi Ciardi & Astin
2603 Oak Lawn Avenue, Suite 200
Dallas, TX 75219

**FIRST CLASS MAIL**

Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201
(Counsel to Genband)

**FIRST CLASS MAIL**

Lynnette R. Warman
Hunton & Williams
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2799

**FIRST CLASS MAIL**

Carol E. Momjian, Esquire
Pennsylvania Senior Deputy Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

**FIRST CLASS MAIL**

Fred S. Kurtzman Esquire
Klehr Harrison
1835 Market Street, Suite 1400
Philadelphia, PA 19103

**FIRST CLASS MAIL**

David L. Pollack Esquire
Jeffrey Meyers Esquire
Ballard Spahr Andrews & Ingersoll LLP
51st Floor, Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

**FIRST CLASS MAIL**

Dana S. Plon Esquire
Sirlin Gallogly & Lesser
123 South Broad Street, Suite 2100
Philadelphia, PA 19109

**FIRST CLASS MAIL**

Alan S. Kopit Esquire
Christopher W. Peer Esquire
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114

**FIRST CLASS MAIL**

Susan R. Fuertes Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

**FIRST CLASS MAIL**

Dustin P. Branch Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

**FIRST CLASS MAIL**

Christopher J. Horvay Esquire
Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601

**FIRST CLASS MAIL**

Aaron L. Hammer Esquire
Devon J. Eggert Esquire
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(Counsel to Mercer (US) Inc.)

**FIRST CLASS MAIL**

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606

**FIRST CLASS MAIL**

Eric S. Prezant Esquire
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601

**FIRST CLASS MAIL**

Craig Reimer
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60604-1404

**FIRST CLASS MAIL**

Mohsin N. Khambati
Dewey & LeBoeuf LLP
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, IL 60601-6710

**FIRST CLASS MAIL**

Jeffrey B. Rose
Tishler & Walk Ltd.
200 South Wacker Drive, Suite 3000
Chicago, IL 60606

**FIRST CLASS MAIL**

Cullen K. Kuhn Esquire
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102

**FIRST CLASS MAIL**

David L. Uranga
Bell Microproducts Inc.
201 Monroe Street, Suite 300
Montgomery, AL 36104

**FIRST CLASS MAIL**

Patricia Antonelli
Lauren F. Verni
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

**FIRST CLASS MAIL**

Jeffrey B. Ellman Esquire
Robbin S. Rahman Esquire
Jones Day
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309

**FIRST CLASS MAIL**

Darryl S. Laddin, Esquire
Frank N. White, Esquire
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

**FIRST CLASS MAIL**

Doug Goin, CFO
APC Workforce Solutions LLC
420 South Orange Avenue, 6th Floor
Orlando, FL 32801

**FIRST CLASS MAIL**

Steve Jackman, Esquire
Flextronics
847 Gibralter Drive
Milpitas, CA 95035

**FIRST CLASS MAIL**

Joyce A. Kuhns
Saul Ewing LLP
500 East Pratt Street, 8th Floor
Baltimore, MD 21202

**FIRST CLASS MAIL**

Richard M. Kremen, Esquire
Dale K. Cathell, Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209

**FIRST CLASS MAIL**

James E. Van Horn
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD 21202-1671

**FIRST CLASS MAIL**

Randall D. Crocker, Esquire
VonBriesen & Roper S.C.
411 East Wisconsin Avenue, Suite 700
Milwaukee, WI 53202
(Counsel to Emerson Network Power Embedded)

**FIRST CLASS MAIL**

Shawn M. Christianson, Esquire
Buchalter Nemer
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

**FIRST CLASS MAIL**

Merle C. Meyers, Esquire
Michele Thompson, Esquire
Meyers Law Group P.C.
44 Montgomery Street, Suite 1010
San Francisco, CA 94104

**FIRST CLASS MAIL**

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

**FIRST CLASS MAIL**

James C. Waggoner, Esquire
Davis Wright Tremaine LLP
1300 SW 5th Avenue, Suite 2300
Portland, OR 97201-5630

**FIRST CLASS MAIL**

Soren E. Gisleson
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orelans, LA 70113

**FIRST CLASS MAIL**

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

**FIRST CLASS MAIL**

Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street, Suite 302
Huntington, NY 11743
(Counsel to Oracle America Inc.)

**FIRST CLASS MAIL**

Rachel S. Budke Esquire
FPL Law Department
700 Universe Boulevard
Juno Beach, FL 33408

**FIRST CLASS MAIL**

Devin Lawton Palmer
Boylan Brown
2400 Chase Square
Rochester, NY 14604

**FIRST CLASS MAIL**

Scott K. Brown, Esquire
Lewis and Roca LLP
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004

**FIRST CLASS MAIL**

Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry Street Room 203
Reading, PA 19602-1184

**FIRST CLASS MAIL**

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay Street
Columbus, OH 43215

**FIRST CLASS MAIL**

Jennifer V. Doran Esquire
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109

**FIRST CLASS MAIL**

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

**FIRST CLASS MAIL**

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

**FIRST CLASS MAIL**

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747

**FIRST CLASS MAIL**

Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street, 8th Floor
New York, NY 10007

**FIRST CLASS MAIL**

David W. Hansen, Esquire
525 University Avenue, Suite 1100
Palo Alto, CA 94301

**FIRST CLASS MAIL**

Lawrence M. Schwab, Esquire
Thomas M. Gaa, Esquire
Patrick M. Costello, Esquire
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

| | |
|---|---|
| **FIRST CLASS MAIL**<br><br>David I. Swan, Esquire<br>Kenneth M. Misken, Esquire<br>McGuireWoods LLP<br>1750 Tysons Boulevard, Suite 1800<br>McLean, VA 22102-4215 | **FIRST CLASS MAIL**<br><br>Shannon E. Hoff<br>Poyner Spruill LLP<br>301 South College Street, Suite 2300<br>Charlotte, NC 28202 |
| **FIRST CLASS MAIL**<br><br>David M. Schilli, Esquire<br>Ty E. Shaffer, Esquire<br>Robinson Bradshaw & Hinson P.A.<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>(Counsel to Andrew LLC) | **FIRST CLASS MAIL**<br><br>J. Scott Douglass Esquire<br>909 Fannin<br>Suite 1800<br>Houston, TX 77010 |
| **FIRST CLASS MAIL**<br><br>Brian W. Bisignani, Esquire<br>Post & Schell P.C.<br>17 North 2nd Street, 12th Floor<br>Harrisburg, PA 17101-1601 | **FIRST CLASS MAIL**<br><br>Max Taylor Asst. City Atty.<br>Municipal Operations<br>201 W. Colfax Avenue<br>Dept. 1207<br>Denver, CO 80202-5332 |
| **FIRST CLASS MAIL**<br><br>Stephen K. Dexter, Esquire<br>Lathrop & Gage LLP<br>US Bank Tower Suite 2400<br>950 Seventeenth Street<br>Denver, CO 80202 | **FIRST CLASS MAIL**<br><br>Stephen C. Tingey, Esquire<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, UT 84145-0385 |
| **FIRST CLASS MAIL**<br><br>Elizabeth Banda, Esquire<br>Perdue Brandon Fielder Collins & Mott LLP<br>4025 Woodland Park Boulevard, Suite 300<br>Arlington, TX 76013 | **FIRST CLASS MAIL**<br><br>Donald K. Ludman, Esquire<br>Brown & Connery LLP<br>6 North Broad Street, Suite 1000<br>Woodbury, NJ 08096 |

**FIRST CLASS MAIL**

Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT 06183-4044

**FIRST CLASS MAIL**

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Avenue
New York, NY 10022

**FIRST CLASS MAIL**

Mark G. Ledwin, Esquire
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604

**FIRST CLASS MAIL**

Robert S. McWhorter, Esquire
Nossaman LLP
915 L Street, Suite 1000
Sacramento, CA 95814

**FIRST CLASS MAIL**

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC 27709

**FIRST CLASS MAIL**

Ann Groninger Esquire
Patterson Harkavy
225 East Worthington Avenue, Suite 200
Charlotte, NC 28203

**FIRST CLASS MAIL**

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX 75234

**FIRST CLASS MAIL**

Robert E. Nies, Esquire
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052

**FIRST CLASS MAIL**

Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**FIRST CLASS MAIL**

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**FIRST CLASS MAIL**

David N. Crapo, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

**FIRST CLASS MAIL**

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA 19341

**FIRST CLASS MAIL**

Ronald Rowland, Esquire
EMC Corporation
c/o Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21094

**FIRST CLASS MAIL**

Off of Unemplmt Ins Contrib Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 North Eutaw Street, Room 401
Baltimore, MD 21201

**FIRST CLASS MAIL**

Deborah B. Waldmeir Esquire
State of MI Department of Treasury
Cadillac Place Suite 10-200
3030 West Grand Boulevard
Detroit, MI 48202

**FIRST CLASS MAIL**

Attn: Nathan Fuchs
Securities & Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279

**FIRST CLASS MAIL**

Securities & Exchange Commission
100 F Street NE
Washington, DC 20549

**FIRST CLASS MAIL**

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle Street, Suite 2600
Chicago, IL 60601

**FIRST CLASS MAIL**

Russell S. Long
Davis & Kuelthau SC
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202-6613
(Counsel to Core Brookfield Lakes LLC)

**FIRST CLASS MAIL**

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036-6710

**FIRST CLASS MAIL**

Louis J. Cisz, III
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

**FIRST CLASS MAIL**

Seth B. Shapiro Esquire
United States Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

**FIRST CLASS**

N. Lynn Hiestand, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(Counsel to Nokia Siemens Networks B.V.)

**FIRST CLASS**

Fred S. Hodara Esquire
Ryan C. Jacobs Esquire
David H. Botter Esquire
Akin Gump
One Bryant Park
New York, NY 10036
(Counsel to the Official Committee of Unsecured Creditors)

**FIRST CLASS**

Robert J. Keach, Esquire
Paul McDonald, Esquire
Daniel J. Murphy, Esquire
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
(Counsel to the Ad Hoc Committee)

**FIRST CLASS**

Dennis F. Dunne Esquire
Thomas R. Kreller Esquire
Albert A. Pisa Esquire
Andrew M. Leblanc Esquire
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
(Counsel to the Ad Hoc Committee of Bondholders)

**FIRST CLASS**

James L. Bromley, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(Counsel to the Debtors)