# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X | |
| *In re* | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Hearing Date: June 25, 2013 at 10:00 a.m. (ET)** |
| ------------------------------------------------------X | |

## TENTH QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2013 THROUGH APRIL 30, 2013

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Torys LLP ("Torys") hereby submits its Tenth Quarterly Fee Application Request (the "Request") for the period February 1, 2013 through and including April 30, 2013[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for February [D.I. 9931], March [D.I. 10435], and April [D.I. 10716] contain detailed listings of Torys' requested fees and expenses for the Application Period.

Torys seeks approval for the following fee applications that were filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Requested / Allowed (80%) | Amount of Expenses Requested / Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 4/1/13 [D.I. 9931] | 2/1/13 – 2/28/2013 | $259,295.50 | $1,156.99 | 4/24/13 [D.I. 10265] | $207,436.40 | $1,156.99 | $51,859.10 |
| 5/2/13 [D.I. 10435] | 3/1/13 – 3/31/13 | $399,919.50 | $8,148.72 | 5/24/13 [D.I. 10637] | $319,935.60 | $8,148.72 | $79,983.90 |
| 5/30/13 [D.I. 10716] | 4/1/13 – 4/30/13 | $451,709.50 | $8,224.83 | Pending | $361,367.60 | $8,224.83 | $90,341.90 |
| TOTAL | | $1,110,924.50 | $17,530.54 | | $888,739.60 | $17,530.54 | $222,184.90 |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Torys such other and further relief as is just and proper.

Dated: May 30, 2013
      New York, New York

TORYS LLP

 /s/ Alison D. Bauer
William F. Gray, Jr.
Alison D. Bauer
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 880-6000
Facsimile: (212) 682-0200

*Special Canadian Counsel for the Debtors and Debtors in Possession*

2

# CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 through April 30, 2013

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Cameron | Partner/Corporate | $995.00 | 57.6 | $57,312.00 |
| John Tobin | Partner/Tax | $995.00 | 1.8 | $1,791.00 |
| Sheila Block | Partner/Litigation | $995.00 | 8.8 | $8,756.00 |
| Tony DeMarinis | Partner/Bankruptcy | $975.00 | 196.5 | $191,587.50 |
| William Gray | Partner/Bankruptcy | $900.00 | 90.2 | $81,180.00 |
| David Steele | Partner/Corporate | $875.00 | 0.5 | $437.50 |
| Scott A. Bomhof | Partner/Bankruptcy | $875.00 | 321.7 | $281,487.50 |
| Andrew E. Bernstein | Partner/Litigation | $825.00 | 5.4 | $4,455.00 |
| Alison D. Bauer | Partner/Bankruptcy | $775.00 | 14.4 | $11,160.00 |
| Andrew Gray | Partner/Litigation | $775.00 | 68.0 | $52,700.00 |
| Adam Slavens | Associate/Bankruptcy | $640.00 | 442.1 | $282,944.00 |
| Matthew Atkey | Associate/Corporate | $590.00 | 106.9 | $63,071.00 |
| Michael Pass | Associate/Corporate | $495.00 | 11.5 | $5,692.50 |
| James Gotowiec | Associate/Litigation | $415.00 | 11.8 | $4,897.00 |

| Nicholas Watt | Paralegal | $370.00 | 0.3 | $111.00 |
| --- | --- | --- | --- | --- |
| Adelaide Buhr | Articling Student | $320.00 | 13.0 | $4,160.00 |
| Andrew Pfleiderer | Articling Student | $320.00 | 12.3 | $3,936.00 |
| Eliza Jiang | Articling Student | $320.00 | 34.4 | $11,008.00 |
| Jacob Weinstock | Articling Student | $320.00 | 15.4 | $4,928.00 |
| Jonathan Roth | Articling Student | $320.00 | 9.9 | $3,168.00 |
| Matthew Kuchinsky | Articling Student | $320.00 | 13.1 | $4,192.00 |
| Vitali Berditchevski | Articling Student | $320.00 | 64.2 | $20,544.00 |
| Dianne Ralph | Paralegal | $270.00 | 31.3 | $8,451.00 |
| Nan Su | Paralegal | $270.00 | 10.2 | $2,754.00 |
| Tanya Szydlowski | Paralegal/ Reference Technician | $155.00 | 1.3 | $201.50 |
| **Total** | | | 1,542.6 | $1,110,924.50 |
| **GRAND TOTAL:** | **$1,110,924.50** | | | |
| **BLENDED RATE:** | **$720.16** | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 through April 30, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 4.9 | $2,975.00 |
| Fee and Employment Applications | 67.8 | $35,430.00 |
| Analysis of Canadian Law | 486.1 | $373,244.50 |
| Intercompany Analysis | 267.2 | $196,861.00 |
| Canadian CCAA Proceedings/Matters | 305.5 | $224,136.50 |
| Employee Matters | 9.8 | $7,042.50 |
| Canadian Sec.18.6 Proceedings/Matters | 43.5 | $30,636.50 |
| Litigation | 340.1 | $226,653.00 |
| Asset Dispositions | 6.9 | $3,415.50 |
| Claims Administration and Objections | 10.8 | $10,530.00 |
| **TOTAL** | 1,542.6 | $1,110,924.50 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CUMULATIVE EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

February 1, 2013 through April 30, 2013

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | $161.00 |
| Computer Research | Westlaw/Quicklaw | $12,351.63 |
| Duplicating/Printing | In Office | $4,042.20 |
| Travel | Taxi | $184.35 |
| Miscellaneous | Motion | $123.14 |
| Library Costs | | |
| Court Searches | PACER and Filing Fees | $25.40 |
| Process Server | | $240.90 |
| Binding/Copy Preparation | | $112.47* |
| Courier | | $105.37 |
| Telephone | Long Distance | $184.08 |
| **GRAND TOTAL EXPENSES** | | $17,530.54 |

* Amount reduced to comply with Local Rule 2016

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4