IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*[1] | ) | |
| | ) | |
| Debtors. | ) | 09-10138 (KG) |
| | ) | |
| | ) | |
| | ) | (Jointly Administered) |

MOTION AND ORDER FOR ADMISSION
*PRO HAC VICE* OF JEFFREY D. VANACORE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Jeffrey D. Vanacore, Esquire of Perkins Coie, LLP to represent SNMP Research, Inc. and SNMP Research International, Inc. in the above-referenced bankruptcy cases.

Dated: May 31, 2013
      Wilmington, Delaware

CLARK HILL THORP REED

/s/ *Karen M. Grivner*
Karen M. Grivner, Esq.
Bar No. 4372
824 N. Market Street
Suite 710
Wilmington, DE 19801
302.250.4749 (Phone)
302.421.9439 (Fax)
kgrivner@clarkhillthorpreed.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecome International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New Jersey and the State of New York, the United States District Court for the Eastern and Southern Districts of New York, United States District Court for the District of Colorado, United States District Court for the District of New Jersey and the United States Supreme Court submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Jeffrey D. Vanacore
Perkins Coie, LLP
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112
Telephone (212) 262-6912
Email: JVanacore@perkinscoie.com

Dated: May __, 2013

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2013

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE