# EXHIBIT A

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 2/1/2013 | 4/30/2013 |
| **Enter Billing Rate/Hr:** | 450.00 | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 169.00 | $450.00 | $76,050.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 215.30 | $450.00 | $96,885.00 |
| 4 | Fee Apps | 13.00 | $450.00 | $5,850.00 |
| 5 | Non-working travel | 7.50 | $225.00 | $1,687.50 |
| 6 | Claims Administration | 149.30 | $450.00 | $67,185.00 |
| 7 | Tax/Finance Matters and Budget Projects | 15.80 | $450.00 | $7,110.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| | **Hours/Billing Amount for Period:** | **569.90** | | **$254,767.50** |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/1/2013 | Livelink testing / Netbackup monitoring / end-user support | Brandon Bangerter | 1 | 2.0 |
| 2/2/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.5 |
| 2/2/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 2/3/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 3.0 |
| 2/4/2013 | Livelink server issues / prep for config changes | Brandon Bangerter | 1 | 2.0 |
| 2/5/2013 | Livelink server issues / 0K1 server config changes / hard drive fixes / Weekly Meeting | Brandon Bangerter | 1 | 1.5 |
| 2/5/2013 | IT Infrastructure Support & Calls | Raj Perubhatla | 1 | 1.0 |
| 2/6/2013 | Correspondence received, reviewed, responded re H&W Data | Kathryn Schultea | 1 | 1.3 |
| 2/6/2013 | Livelink testing / Netbackup monitoring / end-user support | Brandon Bangerter | 1 | 1.5 |
| 2/7/2013 | Monitoring netbackup jobs / policy changes | Brandon Bangerter | 1 | 1.0 |
| 2/8/2013 | Livelink server monitoring after config changes / Netbackup monitoring / BOXI report fixes | Brandon Bangerter | 1 | 1.5 |
| 2/9/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 2/11/2013 | Weekly meeting / Livelink server issue / troubleshooting / testing | Brandon Bangerter | 1 | 1.0 |
| 2/12/2013 | Monitoring Livelink server / Netbackup backups | Brandon Bangerter | 1 | 1.5 |
| 2/13/2013 | Monitoring Livelink server / Netbackup backups | Brandon Bangerter | 1 | 1.5 |
| 2/14/2013 | Weekly meeting updates / Possible preventative maintenance / server checks | Brandon Bangerter | 1 | 1.0 |
| 2/15/2013 | Monitoring Livelink server / Netbackup backups | Brandon Bangerter | 1 | 1.0 |
| 2/16/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 2/17/2013 | Monitoring netbackup jobs / policy changes | Brandon Bangerter | 1 | 0.5 |
| 2/17/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 4.0 |
| 2/18/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 2.0 |
| 2/19/2013 | Weekly meeting updates / Possible preventative maintenance / server checks | Brandon Bangerter | 1 | 1.0 |
| 2/20/2013 | Backup monitoring / End-user support | Brandon Bangerter | 1 | 1.5 |
| 2/20/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 2/21/2013 | Weekly Meeting / Backup updates | Brandon Bangerter | 1 | 1.0 |
| 2/21/2013 | IT Infrastructure Support & Calls | Raj Perubhatla | 1 | 2.0 |
| 2/22/2013 | Weekly Meeting / Switch issues, research | Brandon Bangerter | 1 | 1.0 |
| 2/23/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 2/25/2013 | Monitoring Livelink server / Netbackup backups | Brandon Bangerter | 1 | 1.5 |
| 2/26/2013 | NNI Vault backup policy reconfiguration / full backup / testing | Brandon Bangerter | 1 | 4.0 |
| 2/26/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 2/27/2013 | NNI Vault backup policy reconfiguration / full backup / testing | Brandon Bangerter | 1 | 3.5 |
| 2/28/2013 | NNI Vault verifcation / 0wz backup policy configure / space issues | Brandon Bangerter | 1 | 2.0 |
| 2/28/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 3/1/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 2.5 |
| 3/1/2013 | Netbackup server updates / policy reconfiguration / job deletions / creations / NAS updates | Brandon Bangerter | 1 | 4.5 |
| 3/2/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 3.5 |
| 3/3/2013 | Netbackup jobs monitoring / BOXI backups / updates | Brandon Bangerter | 1 | 1.0 |
| 3/4/2013 | Troubleshooting EC1 server, updates, fixes | Brandon Bangerter | 1 | 3.0 |
| 3/5/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/5/2013 | Weekly IT meeting / UK servers rebirth / password issues / backup monitoring | Brandon Bangerter | 1 | 2.5 |
| 3/6/2013 | Monitoring netbackup jobs / policy changes | Brandon Bangerter | 1 | 1.5 |
| 3/7/2013 | Weekly IT Meeting UKA server issues / Livelink research | Brandon Bangerter | 1 | 2.0 |
| 3/8/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 2.0 |
| 3/8/2013 | Correspondence received, reviewed, responded re LTD Data | Kathryn Schultea | 1 | 1.3 |
| 3/8/2013 | Livelink testing / Netbackup monitoring / end-user support | Brandon Bangerter | 1 | 1.5 |
| 3/10/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 3/10/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 3/11/2013 | Netbackup policy reconfiguration / job deletions / creations / NAS updates | Brandon Bangerter | 1 | 2.5 |
| 3/12/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 3/12/2013 | Correspondence received, reviewed, responded re LTD Data file | Kathryn Schultea | 1 | 1.5 |
| 3/12/2013 | Correspondence received, reviewed, responded re Livelink discussion | Kathryn Schultea | 1 | 0.5 |
| 3/12/2013 | Weekly meeting updates / preventative maintenance / server checks | Brandon Bangerter | 1 | 2.0 |
| 3/13/2013 | Livelink search issues / server updates | Brandon Bangerter | 1 | 1.5 |
| 3/14/2013 | Weekly IT meeting / preventative maintenance / Livelink explorer client installation, research | Brandon Bangerter | 1 | 3.5 |
| 3/15/2013 | Livelink testing / Netbackup monitoring / end-user support | Brandon Bangerter | 1 | 1.0 |
| 3/18/2013 | Livelink explorer services, modules, research | Brandon Bangerter | 1 | 1.5 |
| 3/19/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 3/19/2013 | Weekly IT meeting / preventative maintenance / UKA server requests | Brandon Bangerter | 1 | 2.0 |
| 3/20/2013 | Netbackup server updates, cleanup / NAS backup cleanup / 0wz backups, monitoring | Brandon Bangerter | 1 | 2.0 |
| 3/21/2013 | SAP error troubleshooting / Netbackup monitoring / weekly meeting on it issues | Brandon Bangerter | 1 | 3.0 |
| 3/24/2013 | Monitoring Livelink server / Netbackup backups | Brandon Bangerter | 1 | 1.0 |
| 3/26/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 3/26/2013 | Weekly IT Meeting / SAP BW UK discussion / Livelink Explorer options / Netbackup | Brandon Bangerter | 1 | 2.5 |
| 3/27/2013 | NNI Vault backup policy reconfiguration / full backup / testing | Brandon Bangerter | 1 | 2.0 |
| 3/28/2013 | NNI Vault backup policy reconfiguration / full backup / testing | Brandon Bangerter | 1 | 2.0 |
| 3/29/2013 | NNI Vault verifcation / 0wz backup policy configure / space issues | Brandon Bangerter | 1 | 1.5 |
| 3/31/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 4/1/2013 | PC Profile issues / troubleshooting domain name profiles and rights | Brandon Bangerter | 1 | 3.0 |
| 4/2/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 4/2/2013 | Troubleshooting rights issues to NNI vault / Pro Biz server accessibility / Weekly IT Meeting | Brandon Bangerter | 1 | 2.5 |
| 4/3/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 4/4/2013 | Weekly IT meeting / Livelink explorer updates / backup monitoring | Brandon Bangerter | 1 | 1.5 |
| 4/5/2013 | ILO server check for fault lights / netbackup jobs monitoring | Brandon Bangerter | 1 | 1.0 |
| 4/6/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.5 |
| 4/7/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 4/8/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.7 |
| 4/8/2013 | Communication responses / Netbackup monitoring | Brandon Bangerter | 1 | 0.5 |
| 4/9/2013 | Weekly meeting updates / Livelink Explorer discussion and troubleshooting | Brandon Bangerter | 1 | 2.5 |
| 4/10/2013 | IT Infrastructure Support - Livelink | Raj Perubhatla | 1 | 3.5 |

# NORTEL TIME SHEET
**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/10/2013 | Livelink explorer meeting / client reconfiguration and testing / troubleshooting / SSL certs | Brandon Bangerter | 1 | 4.5 |
| 4/11/2013 | IT infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 4/11/2013 | Script issues on 0v5 / troubleshooting with CSC / Weekly IT call | Brandon Bangerter | 1 | 2.5 |
| 4/12/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 4/12/2013 | Netbackup jobs monitoring / BOXI backups / preventative maintenance on servers, patches | Brandon Bangerter | 1 | 1.5 |
| 4/13/2013 | HR Support and Development | Raj Perubhatla | 1 | 0.5 |
| 4/14/2013 | Netbackup catalog update / monitoring jobs | Brandon Bangerter | 1 | 0.5 |
| 4/15/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 4/15/2013 | Livelink explorer configuration on 4xp / testing of client functionality / Netbackup monitoring | Brandon Bangerter | 1 | 2.5 |
| 4/16/2013 | Weekly IT meeting / preventative server maintenance / Livelink explorer tests | Brandon Bangerter | 1 | 1.5 |
| 4/17/2013 | Netbackup catalog update / monitoring jobs | Brandon Bangerter | 1 | 1.0 |
| 4/18/2013 | Netbackup jobs monitoring / BOXI backups / preventative maintenance on servers, patches | Brandon Bangerter | 1 | 1.5 |
| 4/19/2013 | Server maintenance with disk space issues / monitoring backups | Brandon Bangerter | 1 | 1.0 |
| 4/21/2013 | Monitoring Livelink server / Netbackup backups | Brandon Bangerter | 1 | 0.5 |
| 4/22/2013 | Vsphere server troubleshooting / configuration; cleanup | Brandon Bangerter | 1 | 3.5 |
| 4/23/2013 | Vsphere testing / correspondence / Netbackup policy configuration; cleanup | Brandon Bangerter | 1 | 2.0 |
| 4/24/2013 | Netbackup catalog update / monitoring jobs | Brandon Bangerter | 1 | 1.0 |
| 4/25/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 4/25/2013 | Weekly IT meeting / tape and policy cleanup | Brandon Bangerter | 1 | 1.5 |
| 4/26/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 4/27/2013 | Communication responses / Netbackup monitoring | Brandon Bangerter | 1 | 0.5 |
| 4/29/2013 | Netbackup jobs monitoring / BOXI backups | Brandon Bangerter | 1 | 1.0 |
| 4/30/2013 | IT Infrastructure Support | Raj Perubhatla | 1 | 0.5 |
| 4/30/2013 | HR Support and Development - Forms | Raj Perubhatla | 1 | 1.7 |
| 4/30/2013 | Weekly IT meeting / preventative server maintenance | Brandon Bangerter | 1 | 1.5 |
| 2/1/2013 | Correspondence received, reviewed, responded re EE Benefits Issues | Kathryn Schultea | 3 | 3.5 |
| 2/1/2013 | HR Support and Development | Raj Perubhatla | 3 | 1.0 |
| 2/2/2013 | HR Support and Development | Raj Perubhatla | 3 | 2.0 |
| 2/4/2013 | Conference Call re: Prudential | Kathryn Schultea | 3 | 1.2 |
| 2/4/2013 | Correspondence received, reviewed, responded re LTD/Retiree Discussion | Kathryn Schultea | 3 | 1.5 |
| 2/5/2013 | Correspondence received, reviewed, responded re Nortel/Mercer discussion | Kathryn Schultea | 3 | 1.7 |
| 2/6/2013 | HR Support and Development | Raj Perubhatla | 3 | 2.0 |
| 2/7/2013 | On-site RTP re HR Related Matters | Kathryn Schultea | 3 | 7.0 |
| 2/8/2013 | Conference Call re: Prudential | Kathryn Schultea | 3 | 0.7 |
| 2/8/2013 | Correspondence received, reviewed, responded re LTD Reports | Kathryn Schultea | 3 | 1.5 |
| 2/9/2013 | HR Support and Development | Raj Perubhatla | 3 | 4.0 |
| 2/11/2013 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 0.3 |
| 2/11/2013 | HR Support and Development | Raj Perubhatla | 3 | 1.0 |
| 2/12/2013 | Correspondence received, reviewed, responded re EE Benefits Issues | Kathryn Schultea | 3 | 0.7 |
| 2/12/2013 | HR Support and Development | Raj Perubhatla | 3 | 2.0 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/13/2013 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 3.0 |
| 2/14/2013 | Nortel HR Related Matters and Court Hearing | Kathryn Schultea | 3 | 5.0 |
| 2/14/2013 | HR Support and Development | Raj Perubhatla | 3 | 2.0 |
| 2/15/2013 | Correspondence received, reviewed, responded re Retiree Discussion | Kathryn Schultea | 3 | 1.3 |
| 2/16/2013 | HR Support and Development | Raj Perubhatla | 3 | 3.0 |
| 2/17/2013 | HR Support and Development | Raj Perubhatla | 3 | 2.0 |
| 2/18/2013 | Correspondence received, reviewed, responded re Benefits Issues | Kathryn Schultea | 3 | 1.3 |
| 2/19/2013 | Conference Call re: NSIP Discussion | Kathryn Schultea | 3 | 0.6 |
| 2/19/2013 | HR Support and Development | Raj Perubhatla | 3 | 2.0 |
| 2/20/2013 | Correspondence received, reviewed, responded re Retiree Benefits Discussion | Kathryn Schultea | 3 | 0.8 |
| 2/21/2013 | Conference Call re: HR matters | Kathryn Schultea | 3 | 0.5 |
| 2/21/2013 | Correspondence received, reviewed, responded re Iron Mountain | Kathryn Schultea | 3 | 0.5 |
| 2/22/2013 | Conference Call re: HR matters | Kathryn Schultea | 3 | 0.5 |
| 2/22/2013 | HR Support and Development Pro Business | Raj Perubhatla | 3 | 1.0 |
| 2/24/2013 | HR Support and Development | Raj Perubhatla | 3 | 1.0 |
| 2/25/2013 | Correspondence received, reviewed, responded re HR Matters (Reinstatement) | Kathryn Schultea | 3 | 1.5 |
| 2/25/2013 | Correspondence received, reviewed, responded re LTIP Discussion | Kathryn Schultea | 3 | 0.7 |
| 2/25/2013 | HR Support and Development Pro Business | Raj Perubhatla | 3 | 2.0 |
| 2/26/2013 | Correspondence received, reviewed, responded re Contracts | Kathryn Schultea | 3 | 1.3 |
| 2/26/2013 | Correspondence received, reviewed, responded re Benefits Discussion | Kathryn Schultea | 3 | 0.7 |
| 2/27/2013 | Correspondence received, reviewed, responded re EE Benefits Issues | Kathryn Schultea | 3 | 1.3 |
| 2/28/2013 | Conference Call re: Plan Discussion | Kathryn Schultea | 3 | 0.7 |
| 2/28/2013 | HR Support and Development Pro Business | Raj Perubhatla | 3 | 0.5 |
| 3/1/2013 | Correspondence received, reviewed, responded re Retiree Benefits Discussion | Kathryn Schultea | 3 | 2.5 |
| 3/3/2013 | HR Support | Raj Perubhatla | 3 | 2.0 |
| 3/4/2013 | Correspondence received, reviewed, responded re H&W Discussion/Retiree Items | Kathryn Schultea | 3 | 3.2 |
| 3/5/2013 | Conference Call re: LTIP Weekly Call | Kathryn Schultea | 3 | 0.6 |
| 3/5/2013 | Correspondence received, reviewed, responded re Retiree Info Request | Kathryn Schultea | 3 | 1.7 |
| 3/6/2013 | Conference Call re: Nortel/Medco Contract Discussion | Kathryn Schultea | 3 | 0.5 |
| 3/6/2013 | Conference Call re: Vendor Discussion | Kathryn Schultea | 3 | 1.2 |
| 3/6/2013 | Correspondence received, reviewed, responded re Nortel/Mercer discussion | Kathryn Schultea | 3 | 1.7 |
| 3/7/2013 | Conference Call re: Weekly HR Touchpoint | Kathryn Schultea | 3 | 0.5 |
| 3/7/2013 | Conference Call re: Staff Updates | Kathryn Schultea | 3 | 1.0 |
| 3/7/2013 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 0.5 |
| 3/8/2013 | HR Support and Development | Raj Perubhatla | 3 | 2.2 |
| 3/8/2013 | Correspondence received, reviewed, responded re Deferred Comp. discussion | Kathryn Schultea | 3 | 1.0 |
| 3/8/2013 | Correspondence received, reviewed, responded re Retiree Info Request | Kathryn Schultea | 3 | 0.7 |
| 3/11/2013 | HR Support and Development | Raj Perubhatla | 3 | 1.0 |
| 3/11/2013 | Conference Call re: Database contract | Kathryn Schultea | 3 | 0.6 |
| 3/11/2013 | Correspondence received, reviewed, responded re Nortel HR Related Matters | Kathryn Schultea | 3 | 1.0 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/11/2013 | Correspondence received, reviewed, responded re Benefits discussion | Kathryn Schultea | 3 | 1.3 |
| 3/12/2013 | Conference Call re: LTIP Weekly Call | Kathryn Schultea | 3 | 0.7 |
| 3/13/2013 | HR Support and Development | Raj Perubhatla | 3 | 1.0 |
| 3/13/2013 | Conference Call re: Weekly HR Touchpoint | Kathryn Schultea | 3 | 1.0 |
| 3/13/2013 | Correspondence received, reviewed, responded re Retiree discussion | Kathryn Schultea | 3 | 0.3 |
| 3/14/2013 | Correspondence received, reviewed, responded re Retiree Benefits Discussion | Kathryn Schultea | 3 | 0.6 |
| 3/14/2013 | Correspondence received, reviewed, responded re LTIP Discussion | Kathryn Schultea | 3 | 1.2 |
| 3/14/2013 | Correspondence received, reviewed, responded re Deferred Comp. Discussion | Kathryn Schultea | 3 | 0.4 |
| 3/15/2013 | Correspondence received, reviewed, responded re Benefits plans discussion | Kathryn Schultea | 3 | 2.5 |
| 3/18/2013 | Conference Call re: HR Matters/Staff Retention | Kathryn Schultea | 3 | 3.8 |
| 3/18/2013 | Correspondence received, reviewed, responded re Retiree Medical discussion | Kathryn Schultea | 3 | 0.6 |
| 3/19/2013 | Conference Call re: Deferred Comp discussion | Kathryn Schultea | 3 | 0.8 |
| 3/19/2013 | Correspondence received, reviewed, responded re Benefits Policy | Kathryn Schultea | 3 | 0.5 |
| 3/19/2013 | Correspondence received, reviewed, responded re Livelink discussion | Kathryn Schultea | 3 | 0.7 |
| 3/19/2013 | Correspondence received, reviewed, responded re LTD Committee Request | Kathryn Schultea | 3 | 1.4 |
| 3/20/2013 | Conference Call re: Eye Med contract | Kathryn Schultea | 3 | 0.5 |
| 3/20/2013 | HR Matters (Review with Mercer at Cleary) | Kathryn Schultea | 3 | 1.5 |
| 3/21/2013 | HR Support and Development | Raj Perubhatla | 3 | 1.0 |
| 3/21/2013 | Correspondence received, reviewed, responded re HR Matters (Court Hearing) | Kathryn Schultea | 3 | 3.0 |
| 3/22/2013 | Conference Call re: Nortel EE Comp Review | Kathryn Schultea | 3 | 3.5 |
| 3/22/2013 | Conference Call re: Weekly HR Touchpoint | Kathryn Schultea | 3 | 0.3 |
| 3/22/2013 | Conference Call re: HR Matters (Nortel Retention call) | Kathryn Schultea | 3 | 0.7 |
| 3/23/2013 | Work re staffing adjustments | Kathryn Schultea | 3 | 0.5 |
| 3/25/2013 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 0.5 |
| 3/25/2013 | Correspondence received, reviewed, responded re LTD/Retiree Issues | Kathryn Schultea | 3 | 0.8 |
| 3/26/2013 | Correspondence received, reviewed, responded re LTIP and Benefit Plan discussion | Kathryn Schultea | 3 | 2.1 |
| 3/27/2013 | Correspondence received, reviewed, responded re Retiree Settlement Prep | Kathryn Schultea | 3 | 2.0 |
| 3/27/2013 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.3 |
| 3/28/2013 | IT Infrastructure Support | Raj Perubhatla | 3 | 0.5 |
| 3/28/2013 | Conference Call re: Weekly HR Touchpoint | Kathryn Schultea | 3 | 0.8 |
| 3/28/2013 | Correspondence received, reviewed, responded re Retiree requests | Kathryn Schultea | 3 | 1.6 |
| 3/29/2013 | HR Support and Development | Raj Perubhatla | 3 | 1.5 |
| 3/29/2013 | Correspondence received, reviewed, responded re Benefit Plans discussion | Kathryn Schultea | 3 | 2.0 |
| 4/1/2013 | Conference Call re: Mergis discussion | Kathryn Schultea | 3 | 1.5 |
| 4/3/2013 | Conference Call re: Benefits Discussion | Kathryn Schultea | 3 | 1.5 |
| 4/3/2013 | Correspondence received, reviewed, responded re Benefit Policies | Kathryn Schultea | 3 | 0.3 |
| 4/4/2013 | HR Support | Raj Perubhatla | 3 | 0.5 |
| 4/4/2013 | Correspondence received, reviewed, responded re Contract discussions | Kathryn Schultea | 3 | 1.0 |
| 4/5/2013 | Correspondence received, reviewed, responded re Nortel/Medco Contract discussion | Kathryn Schultea | 3 | 1.2 |
| 4/5/2013 | Correspondence received, reviewed, responded re LTD Hearing | Kathryn Schultea | 3 | 1.0 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/8/2013 | HR Support and Development | Raj Perubhatla | 3 | 1.3 |
| 4/8/2013 | Correspondence received, reviewed, responded re Retirement Form discussion | Kathryn Schultea | 3 | 1.0 |
| 4/8/2013 | Correspondence received, reviewed, responded re Retiree issues | Kathryn Schultea | 3 | 2.5 |
| 4/9/2013 | Conference Call re: Employment Model discussion | Kathryn Schultea | 3 | 0.7 |
| 4/9/2013 | Conference Call re: HR Matters | Kathryn Schultea | 3 | 1.0 |
| 4/9/2013 | Correspondence received, reviewed, responded re LTIP plan document | Kathryn Schultea | 3 | 0.5 |
| 4/9/2013 | Correspondence received, reviewed, responded re Deferred Comp/QDRO | Kathryn Schultea | 3 | 0.3 |
| 4/10/2013 | Correspondence received, reviewed, responded re Mergis Motion | Kathryn Schultea | 3 | 1.5 |
| 4/10/2013 | Correspondence received, reviewed, responded re LTD Hearing | Kathryn Schultea | 3 | 2.0 |
| 4/11/2013 | Correspondence received, reviewed, responded re LTD Benefits | Kathryn Schultea | 3 | 0.7 |
| 4/11/2013 | Correspondence received, reviewed, responded re Retiree questions | Kathryn Schultea | 3 | 1.3 |
| 4/12/2013 | Correspondence received, reviewed, responded re LTD Benefits | Kathryn Schultea | 3 | 0.5 |
| 4/12/2013 | Correspondence received, reviewed, responded re LTIP Discussion | Kathryn Schultea | 3 | 1.6 |
| 4/12/2013 | Correspondence received, reviewed, responded re Mergis Motion | Kathryn Schultea | 3 | 0.3 |
| 4/15/2013 | Conference Call re: HR Matters with Cleary | Kathryn Schultea | 3 | 1.3 |
| 4/15/2013 | Correspondence received, reviewed, responded re Mergis Motion | Kathryn Schultea | 3 | 1.0 |
| 4/15/2013 | Correspondence received, reviewed, responded re QDRO Processing | Kathryn Schultea | 3 | 0.5 |
| 4/16/2013 | Correspondence received, reviewed, responded re LTD Committee Request | Kathryn Schultea | 3 | 0.8 |
| 4/16/2013 | Correspondence received, reviewed, responded re Mergis Motion discussion | Kathryn Schultea | 3 | 1.0 |
| 4/17/2013 | HR Support and Development | Raj Perubhatla | 3 | 1.5 |
| 4/17/2013 | Conference Call re: Mergis Agreement | Kathryn Schultea | 3 | 1.0 |
| 4/17/2013 | Correspondence received, reviewed, responded re Retiree Settlements | Kathryn Schultea | 3 | 0.7 |
| 4/17/2013 | Correspondence received, reviewed, responded re Medical Vendors | Kathryn Schultea | 3 | 1.5 |
| 4/17/2013 | Correspondence received, reviewed, responded re Benefits discussion | Kathryn Schultea | 3 | 0.3 |
| 4/18/2013 | HR Support and Development - Forms | Raj Perubhatla | 3 | 2.5 |
| 4/18/2013 | Conference Call re: Residual Company Staff Meeting | Kathryn Schultea | 3 | 1.0 |
| 4/18/2013 | Conference Call re: Weekly HR Touchpoint | Kathryn Schultea | 3 | 0.5 |
| 4/18/2013 | Correspondence received, reviewed, responded re HR Matters | Kathryn Schultea | 3 | 1.0 |
| 4/19/2013 | HR Support and Development - Forms | Raj Perubhatla | 3 | 3.5 |
| 4/19/2013 | Conference Call re: Document Storage Issues | Kathryn Schultea | 3 | 0.8 |
| 4/19/2013 | Conference Call re: HR Related items | Kathryn Schultea | 3 | 1.0 |
| 4/20/2013 | HR Support and Development - Forms | Raj Perubhatla | 3 | 4.5 |
| 4/21/2013 | HR Support and Development | Raj Perubhatla | 3 | 4.5 |
| 4/22/2013 | HR Support and Development - Forms | Raj Perubhatla | 3 | 2.5 |
| 4/22/2013 | Conference Call re: Document Retention discussion | Kathryn Schultea | 3 | 1.2 |
| 4/22/2013 | Conference Call re: LTD Objection Call | Kathryn Schultea | 3 | 1.0 |
| 4/22/2013 | Correspondence received, reviewed, responded re Hewitt | Kathryn Schultea | 3 | 0.5 |
| 4/23/2013 | HR Support and Development - Forms | Raj Perubhatla | 3 | 3.0 |
| 4/23/2013 | Correspondence received, reviewed, responded re LTD Settlement | Kathryn Schultea | 3 | 0.8 |
| 4/23/2013 | Correspondence received, reviewed, responded re Nortel EE positions | Kathryn Schultea | 3 | 0.8 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 4/23/2013 | Correspondence received, reviewed, responded re Iron Mountain | Kathryn Schultea | 3 | 0.5 |
| 4/24/2013 | HR Support and Development - Forms | Raj Perubhatla | 3 | 3.0 |
| 4/24/2013 | Correspondence received, reviewed, responded re Mergis Follow-up | Kathryn Schultea | 3 | 3.0 |
| 4/24/2013 | Correspondence received, reviewed, responded re LTD Settlement | Kathryn Schultea | 3 | 0.7 |
| 4/25/2013 | Correspondence received, reviewed, responded re Monthly Staff Reports | Kathryn Schultea | 3 | 1.0 |
| 4/25/2013 | Correspondence received, reviewed, responded re Weekly HR Touchpoint | Kathryn Schultea | 3 | 0.5 |
| 4/26/2013 | Correspondence received, reviewed, responded re Mergis Agreement | Kathryn Schultea | 3 | 2.3 |
| 4/26/2013 | Correspondence received, reviewed, responded re Severance Claims | Kathryn Schultea | 3 | 0.6 |
| 4/28/2013 | HR Support and Development - Forms | Raj Perubhatla | 3 | 2.5 |
| 4/29/2013 | HR Support and Development - Forms | Raj Perubhatla | 3 | 2.2 |
| 4/29/2013 | Correspondence received, reviewed, responded re Prep for hearing - LTD | Kathryn Schultea | 3 | 4.0 |
| 4/30/2013 | Correspondence received, reviewed, responded re Court Hearing - LTD | Kathryn Schultea | 3 | 8.0 |
| 2/28/2013 | Monthly Fee Application Work | Kathryn Schultea | 4 | 2.0 |
| 3/4/2013 | Quarterly Fee Application | Kathryn Schultea | 4 | 3.0 |
| 3/31/2013 | Monthly Fee Application Work | Kathryn Schultea | 4 | 4.0 |
| 4/30/2013 | Monthly Fee Application Work | Kathryn Schultea | 4 | 4.0 |
| 2/7/2013 | Non-working travel from New York to Raleigh | Kathryn Schultea | 5 | 4.0 |
| 2/14/2013 | Non-working travel from New York to Philadelphia | Kathryn Schultea | 5 | 2.0 |
| 4/30/2013 | Non-Working Travel | Kathryn Schultea | 5 | 1.5 |
| 2/1/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 1.0 |
| 2/2/2013 | Claims Administration Loads | Raj Perubhatla | 6 | 2.0 |
| 2/2/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 0.8 |
| 2/4/2013 | Claim Reports for Cleary re: All Claims | Mary Cilia | 6 | 2.3 |
| 2/4/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 0.8 |
| 2/5/2013 | Claims Administration Loads | Raj Perubhatla | 6 | 1.0 |
| 2/5/2013 | Claims Database Updates | Mary Cilia | 6 | 1.3 |
| 2/7/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 1.5 |
| 2/7/2013 | Conference Call and Follow up re: Employee Claims Status | Mary Cilia | 6 | 1.3 |
| 2/9/2013 | Claims Analysis and Review: Schedules | Mary Cilia | 6 | 1.8 |
| 2/10/2013 | Claims Administration/Loads | Raj Perubhatla | 6 | 3.0 |
| 2/11/2013 | Claims Analysis and Review: Schedules | Mary Cilia | 6 | 0.8 |
| 2/11/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 1.8 |
| 2/13/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 2/14/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 2/15/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 2/16/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.8 |
| 2/18/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 2/19/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.0 |
| 2/19/2013 | Conference Call and Follow up re: Non-Employee Claims Status | Mary Cilia | 6 | 1.3 |
| 2/20/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |

# NORTEL TIME SHEET
## RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/21/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 2/22/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 2/25/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 2/26/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 2/27/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 2/27/2013 | Claims Database Administration Loads | Raj Perubhatla | 6 | 2.0 |
| 2/28/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/1/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/2/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.5 |
| 3/3/2013 | Claims Database Administration | Raj Perubhatla | 6 | 2.0 |
| 3/3/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 1.8 |
| 3/4/2013 | Claims Database Loads | Raj Perubhatla | 6 | 4.0 |
| 3/4/2013 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.3 |
| 3/4/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 3/5/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 3/5/2013 | Call Center Follow-up re: Round 3 Settlement Letters | Mary Cilia | 6 | 1.8 |
| 3/6/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.0 |
| 3/6/2013 | Call Center Follow-up re: Round 3 Settlement Letters | Mary Cilia | 6 | 1.8 |
| 3/7/2013 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 1.5 |
| 3/7/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/7/2013 | Call Center Follow-up re: Round 3 Settlement Letters | Mary Cilia | 6 | 1.0 |
| 3/8/2013 | Call Center Follow-up re: Round 3 Settlement Letters | Mary Cilia | 6 | 0.8 |
| 3/9/2013 | Claims Database Administration | Raj Perubhatla | 6 | 3.5 |
| 3/9/2013 | Call Center Follow-up re: Round 3 Settlement Letters | Mary Cilia | 6 | 0.5 |
| 3/11/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 3/12/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/13/2013 | Conference Call and follow up re: Schedule Matching Issues | Mary Cilia | 6 | 1.5 |
| 3/13/2013 | Call Center Follow-up re: Round 3 Settlement Letters and Other Employee Calls | Mary Cilia | 6 | 2.3 |
| 3/13/2013 | Correspondence received, reviewed, responded re Claim questions | Kathryn Schultea | 6 | 1.0 |
| 3/14/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 3/14/2013 | Claims Database Updates | Mary Cilia | 6 | 1.3 |
| 3/14/2013 | Review and Analysis re: Round 3 Settlement Letters and Address Changes | Mary Cilia | 6 | 1.0 |
| 3/15/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/17/2013 | Claims Database Administration | Raj Perubhatla | 6 | 3.5 |
| 3/18/2013 | Review and Analysis re: Non-employee claims | Mary Cilia | 6 | 2.8 |
| 3/18/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 3/19/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 3/20/2013 | Claims Database Administration | Raj Perubhatla | 6 | 1.5 |
| 3/20/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 3/21/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 3/22/2013 | Call Center Follow-up re: Round 3 Settlement Letters | Mary Cilia | 6 | 0.8 |
| 3/25/2013 | Claims Database Administration | Raj Perubhatla | 6 | 2.0 |
| 3/25/2013 | Review and Analysis re: Non-employee claims | Mary Cilia | 6 | 1.3 |
| 3/25/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 3/26/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 3/27/2013 | Call Center Follow-up re: Round 3 Settlement Letters and Other Employee Calls | Mary Cilia | 6 | 1.5 |
| 3/28/2013 | Conference Call and Follow up re: Non-Employee Claims | Mary Cilia | 6 | 1.3 |
| 3/28/2013 | Review and Analysis re: Non-employee claims | Mary Cilia | 6 | 0.8 |
| 3/29/2013 | Claims Database Administration | Raj Perubhatla | 6 | 2.2 |
| 3/29/2013 | Review and Analysis re: Employee claims | Mary Cilia | 6 | 2.5 |
| 3/30/2013 | Claims Database Administration | Raj Perubhatla | 6 | 3.7 |
| 4/1/2013 | Claims Database Administration | Raj Perubhatla | 6 | 2.3 |
| 4/1/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 4/3/2013 | Claims Database Administration | Raj Perubhatla | 6 | 4.0 |
| 4/3/2013 | Call Center Follow-up re: Round 3 Settlement Letters | Mary Cilia | 6 | 1.3 |
| 4/4/2013 | Conference Call and Follow up re: Employee Claims | Mary Cilia | 6 | 1.0 |
| 4/5/2013 | Claims Database Administration | Raj Perubhatla | 6 | 4.0 |
| 4/8/2013 | Conference Call with Cleary re: Deferred Comp Settlement | Mary Cilia | 6 | 0.5 |
| 4/9/2013 | Claims Database Administration | Raj Perubhatla | 6 | 1.0 |
| 4/10/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.3 |
| 4/13/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 4/14/2013 | Claims Database Administration | Raj Perubhatla | 6 | 2.2 |
| 4/15/2013 | Analysis and Reports for Cleary re: Employee claims | Mary Cilia | 6 | 1.5 |
| 4/16/2013 | Claims Database Administration | Raj Perubhatla | 6 | 0.5 |
| 4/16/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 4/17/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 4/18/2013 | Claims Database Updates | Mary Cilia | 6 | 1.5 |
| 4/18/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 4/18/2013 | Analysis and Reports for Cleary re: Employee claims | Mary Cilia | 6 | 3.5 |
| 4/20/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 4/24/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 4/25/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 4/26/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 4/27/2013 | Claims Database Administration | Raj Perubhatla | 6 | 4.2 |
| 4/29/2013 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 4/30/2013 | Conference Call and Related Prep, Follow-up re: Non-Employee Calls | Mary Cilia | 6 | 1.5 |
| 4/30/2013 | Conference Call w/ Jane to discuss Claims Status Meeting and Database Changes | Mary Cilia | 6 | 0.8 |
| 2/6/2013 | Seventh amendment | Richard Lydecker | 7 | 1.5 |
| 2/8/2013 | EY call | Richard Lydecker | 7 | 0.8 |
| 2/11/2013 | Preparation for strategy call | Richard Lydecker | 7 | 0.8 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 2/15/2013 | Strategy call with EY/Cleary | Richard Lydecker | 7 | 1.0 |
| 2/22/2013 | EY call | Richard Lydecker | 7 | 0.8 |
| 2/23/2013 | Strategies | Richard Lydecker | 7 | 0.8 |
| 3/1/2013 | EY/Cleary call | Richard Lydecker | 7 | 0.8 |
| 3/7/2013 | EY call | Richard Lydecker | 7 | 0.8 |
| 3/14/2013 | EY call | Richard Lydecker | 7 | 1.0 |
| 3/22/2013 | EY call | Richard Lydecker | 7 | 0.5 |
| 3/29/2013 | EY call | Richard Lydecker | 7 | 1.8 |
| 4/4/2013 | EY call | Richard Lydecker | 7 | 0.8 |
| 4/8/2013 | Tax meeting plan | Richard Lydecker | 7 | 0.5 |
| 4/16/2013 | EY call | Richard Lydecker | 7 | 1.3 |
| 4/16/2013 | Meeting summary | Richard Lydecker | 7 | 0.8 |
| 4/17/2013 | Meeting summary | Richard Lydecker | 7 | 1.8 |