# EXHIBIT B

# EXHIBIT B

## EXPENSE SUMMARY

### Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

### RLKS Executive Solutions
### February 1, 2013 through April 30, 2013

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $    2,039.00 |
| Travel – Lodging | | 1,138.84 |
| Travel – Transportation | | 520.94 |
| Travel – Meals | | 75.66 |
| Office Expenses | | - |
| TOTAL | | $    3,774.44 |
| | | |

# Nortel Expense Report

**PERIOD: February 1, 2013 through April 30, 2013**

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|------|-------------|-----|---------|-------|----------------|-----------------|--------------|
| 2/7/2013 | Travel to/from Raleigh | $ 1,542.60 | $ 216.94 | $ 42.35 | $ 380.85 | | Kathryn Schultea |
| 2/14/2013 | Travel from Delaware | $ 496.40 | | $ 33.31 | | | Kathryn Schultea |
| 3/20/2013 | To/From Cleary | | | | $ 96.09 | | Kathryn Schultea |
| 4/29-30/2013 | Travel to/from Delaware | | $ 921.90 | | $ 44.00 | | Kathryn Schultea |
| | | | | | | | |
| | | $ 2,039.00 | $ 1,138.84 | $ 75.66 | $ 520.94 | $ - | |