IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 10704 & 10705 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK  )

Kimberly Murray, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 31, 2013 I caused to be served a personalized "Notice of Reversal of Transfer of Claim" (the "Transfer Reversal Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Reversal Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kimberly Murray

Sworn to before me this
31st day of May, 2013

_____
Notary Public

[Notary stamp:]
REGINA AMPORTO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF REVERSAL OF TRANSFER OF CLAIM

Transferor:  Dianne Napier-Wilson
            14538 Wood Road
            Alpharetta, GA 30004


Transferee:  Hain Capital Holdings, LLC
            301 Route 17, 7th Floor
            Rutherford, NJ 07070
            Attn: Amanda Rapoport


Your transfer of claim numbers 4571, 6637, 6638 was reversed for the reason listed below:

**TRANSFER WITHDRAWN BY TRANSFEREE**

Docket Number: 10704                                Filed: May 30, 2013




/s/ Kimberly Murray
Epiq Bankruptcy Solutions LLC, as claims agent for the debtor(s).

FOR EPIQ USE ONLY: This notice was mailed to the transferor and transferee by first class mail, postage prepaid on May 31, 2013.

With a copy to:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., <u>et al.</u>, | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF REVERSAL OF TRANSFER OF CLAIM

Transferor:    John Wilson
14538 Wood Road
Alpharetta, GA 30004

Transferee:    Hain Capital Holdings, LLC
301 Route 17, 7th Floor
Rutherford, NJ 07070
Attn: Amanda Rapoport

Your transfer of claim numbers 4569, 4570, 6639, 6640 was reversed for the reason listed below:

**TRANSFER WITHDRAWN BY TRANSFEREE**

Docket Number: 10705                                                  Filed: May 30, 2013

/s/ Kimberly Murray
Epiq Bankruptcy Solutions LLC, as claims agent for the debtor(s).

FOR EPIQ USE ONLY: This notice was mailed to the transferor and transferee by first class mail, postage prepaid on May 31, 2013.

With a copy to:

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

# EXHIBIT B

DIANNE NAPIER-WILSON
14538 WOOD ROAD
ALPHARETTA, GA 30004

HAIN CAPITAL HOLDINGS, LLC
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

JOHN WILSON
14538 WOOD ROAD
ALPHARETTA, GA 30004

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006