**EXHIBIT A**

Nortel Networks Inc., *et al.*
<u>Punter Southall LLC</u>

February 1, 2013 Through April 30, 2013

**Summary of Services Rendered by Project**

| Project | Project Description | February 2012 – April 2013 |
|---|---|---|
| 1 | Pension Advisory | 2.50 |
| 2 | Fee Applications | 2.00 |
| **TOTAL** | | **4.50** |

**Summary of Services Rendered by Professional**

| Name | February 2013 – April 2013 |
|---|---|
| Richard Jones (Principal – London) | 2.00 |
| Ryan McGlothlin (Managing Director – Boston) | 2.00 |
| Chris Parlour (Senior Consultant – London) | 0.50 |
| **TOTAL** | **4.50** |