# EXHIBIT B

Punter Southall LLC
Time Detail
February 1, 2013 through April 30, 2013

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 2/19/2013 | Conference Calls/Document Review | 0.50 | 1 | RJ |
| 3/26/2013 | Conference Calls/Document Review | 0.50 | 1 | CP |
| 3/26/2013 | Conference Calls/Document Review | 1.50 | 1 | RJ |
| | Total Activity 1 | 2.5 | | |

| Date | Description of Work | Time | Activity | Professional |
|---|---|---|---|---|
| 5/30/2013 | Preparation of filings | 2.0 | 2 | RDM |
| | Total Activity 2 | 2.0 | | |
| | Total Activity 1 & 2 | 4.50 | | |