**<u>Group Exhibit A</u>**

# ERNST & YOUNG

**INVOICE NUMBER: US0130773158**

**February 1, 2013**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| **EIN: 34-6565596** |

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the 6th Amendment (dated December 12, 2012) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 2 of 11 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

|  |  |
| --- | --- |
| *Total Due* | **$450,000** |

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

## ⊒ǁ ERNST & YOUNG

**INVOICE NUMBER: US0130773158**

**February 1, 2013**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

> **PLEASE REMIT TO:**
>
> Ernst & Young US LLP
> Wells Fargo Bank, NA
> P.O. Box 933514
> Atlanta, GA 31193-3514
>
> **EIN: 34-6565596**

BU: **US017**    CLIENT NUMBER: **60009478**

|  |  |
|---|---|
| *Total Due* | **$450,000** |

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**
Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

Ernst & Young LLP
300 Plaza Drive
Secaucus, NJ 07094

# ≡⊔ ERNST & YOUNG

**INVOICE NUMBER: US0130783284**

**March 1, 2013**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

| |
|---|
| **PLEASE REMIT TO:** |
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| **EIN: 34-6565596** |

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the 6th Amendment (dated December 12, 2012) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 3 of 11 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

*Total Due*                    $450,000

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

# ERNST & YOUNG

**INVOICE NUMBER: US0130783284**

**March 1, 2013**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

**PLEASE REMIT TO:**

Ernst & Young US LLP
Wells Fargo Bank, NA
P.O. Box 933514
Atlanta, GA 31193-3514

**EIN: 34-6565596**

BU: **US017**    CLIENT NUMBER: **60009478**

*Total Due*                                $450,000

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

**Ernst & Young LLP**
300 Plaza Drive
Secaucus, NJ 07094

# ERNST & YOUNG

**INVOICE NUMBER: US0130806097**

**April 1, 2013**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| **EIN: 34-6565596** |

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

BU: **US017**   CLIENT NUMBER: **60009478**

Pursuant to the 6th Amendment (dated December 12, 2012) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 4 of 11 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

*Total Due*                                                                  $450,000

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞΙΙ ERNST & YOUNG**

**INVOICE NUMBER: US0130806097**

**April 1, 2013**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

**PLEASE REMIT TO:**

Ernst & Young US LLP
Wells Fargo Bank, NA
P.O. Box 933514
Atlanta, GA 31193-3514

**EIN: 34-6565596**

BU: **US017**    CLIENT NUMBER: **60009478**

*Total Due*                    $450,000

ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*