# Group Exhibit B

**Nortel Networks, Inc.**
**Modeling**

| Transaction Date | Employee | Description | Rank | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|
| 1/4/2013 | Sargent,Amy Johannah (US012292473) | Follow-up discussions with Jeff W. on matching of deductions with income recognition requirements. | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/14/2013 | Rimmke,Bryan Arthur (US013153935) | researched requirements for deductibility of claims. | Manager | $450.00 | 2.0 | $900.00 |
| 1/16/2013 | Rimmke,Bryan Arthur (US013153935) | discussion w/ Ford W re: claim deduction research | Manager | $450.00 | 0.5 | $225.00 |
| 1/17/2013 | Rimmke,Bryan Arthur (US013153935) | follow up meeting w/ Ford W. to discuss claim deduction | Manager | $450.00 | 0.5 | $225.00 |
| 1/21/2013 | Williams,Charles F (US011285465) | Researched vehicles to achieve deduction matching. | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/22/2013 | Williams,Charles F (US011285465) | Conference call with Cleary regarding claim deduction | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/22/2013 | Wood,Jeffrey T (US013081390) | Conference call with Cleary in respect of claims.  Modeling | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/22/2013 | Rimmke,Bryan Arthur (US013153935) | Deduction related data compiled in usable format | Manager | $450.00 | 1.5 | $675.00 |
| 1/23/2013 | Scott,James E (US011119307) | p/c/w Lydecker and Abbott regarding Disputed ownership fund/QSF. | Partner | $640.00 | 0.4 | $256.00 |
| 1/23/2013 | Williams,Charles F (US011285465) | Compiled notes on vehicles to achieve deduction matching. | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/23/2013 | Jurcic,Kata (US012692348) | Discuss tax memo with Matt and reading of memo | Manager | $450.00 | 0.7 | $315.00 |
| 1/24/2013 | Williams,Charles F (US011285465) | Consultation related to deduction matching. | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/25/2013 | Williams,Charles F (US011285465) | Continued research related to deductibility of claims. | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/28/2013 | Wood,Jeffrey T (US013081390) | Review client and personal files for data elements required for model reiteration. | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/28/2013 | Wood,Jeffrey T (US013081390) | Purge prior project files and organize content for models. | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/28/2013 | Jurcic,Kata (US012692348) | Modeling -  Reading through NC NEL memo | Manager | $450.00 | 0.9 | $405.00 |
| 1/28/2013 | Gentile,Matthew Donald (US012548056) | modeling - nc nel memo review | Senior Manager | $550.00 | 0.6 | $330.00 |
| 1/29/2013 | Wood,Jeffrey T (US013081390) | Model update for final 2012 NNI consolidated financial results. | Executive Director | $640.00 | 1.1 | $704.00 |
| 1/30/2013 | Wood,Jeffrey T (US013081390) | Model updated for revised assumptions and submitted to Suzanne Y. and Matt G. | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/30/2013 | Wood,Jeffrey T (US013081390) | Modeling: Update tax balance sheet rollout to incorporate final 2012 values. | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/30/2013 | Wood,Jeffrey T (US013081390) | Modeling: Recalculate risk adjusted positions including subfiles for B2T, TI inputs, sum outputs and cash flows. | Executive Director | $640.00 | 2.0 | $1,280.00 |
| 1/30/2013 | Wood,Jeffrey T (US013081390) | Detail revised assumptions on settlement date and claims payments under QSF/DOF structures. | Executive Director | $640.00 | 1.5 | $960.00 |
| 1/30/2013 | Young,Suzanne N (US012516259) | Run revised models | Senior | $315.00 | 1.0 | $315.00 |
| 1/30/2013 | Scott,James E (US011119307) | (Modeling) Fund/trust related questions and correspondence. | Partner | $640.00 | 0.7 | $448.00 |
| 1/30/2013 | Gentile,Matthew Donald (US012548056) | modeling - discussion with jeff wood about new round of models | Senior Manager | $550.00 | 0.4 | $220.00 |
| 1/31/2013 | Wood,Jeffrey T (US013081390) | Research requirements under Sec. 468B-1 and regulations. | Executive Director | $640.00 | 0.6 | $384.00 |
| 1/31/2013 | Wood,Jeffrey T (US013081390) | Discuss 468B-1 requirements with Amy S. and Jim S. | Executive Director | $640.00 | 0.3 | $192.00 |
| 1/31/2013 | Wood,Jeffrey T (US013081390) | Review and incorporate BNA output of federal tax into model. | Executive Director | $640.00 | 0.5 | $320.00 |
| 1/31/2013 | Wood,Jeffrey T (US013081390) | Discussions with Matt G. on state modeling output and calculations. | Executive Director | $640.00 | 0.3 | $192.00 |
| 1/31/2013 | Wood,Jeffrey T (US013081390) | Modeling: Test NOL and credit rollouts. | Executive Director | $640.00 | 0.5 | $320.00 |
| 1/31/2013 | Sargent,Amy Johannah (US012292473) | Conference call with Jeff Woods, etc. regarding potential IRS ruling. | Executive Director | $640.00 | 0.3 | $192.00 |
| 1/31/2013 | Gentile,Matthew Donald (US012548056) | modeling - clarification discussion with jeff wood | Senior Manager | $550.00 | 0.2 | $110.00 |
| 1/31/2013 | Gentile,Matthew Donald (US012548056) | modeling - review prior models | Senior Manager | $550.00 | 0.4 | $220.00 |
| 1/31/2013 | Gentile,Matthew Donald (US012548056) | modeling - discussion with erin sloop on needs for current modeling | Senior Manager | $550.00 | 0.4 | $220.00 |
| 1/31/2013 | Sloop,Erin Pamela (US013145968) | State Modeling - Base Case, Scenario 2 for 2010 - 2011 Actual Apportionment | Staff | $185.00 | 1.0 | $185.00 |
| 2/1/2013 | Wood,Jeffrey T (US013081390) | Review GM request for PLR under IRC Sec. 468B | Executive Director | $640.00 | 1.0 | $640.00 |
| 2/1/2013 | Gentile,Matthew Donald (US012548056) | modeling - review models done by erin sloop | Senior Manager | $550.00 | 1.1 | $605.00 |
| 2/1/2013 | Sloop,Erin Pamela (US013145968) | State Modeling - update Scenario 2 for 2012 - 2013 Actual Apportionment | Staff | $185.00 | 1.0 | $185.00 |
| 2/4/2013 | Wood,Jeffrey T (US013081390) | Draft executive update materials for V8 modeling output. | Executive Director | $640.00 | 1.8 | $1,152.00 |
| 2/4/2013 | Wood,Jeffrey T (US013081390) | Recalculate cash flow implications under alternate scenarios and incorporate into summary materials. | Executive Director | $640.00 | 1.0 | $640.00 |
| 2/4/2013 | Jurcic,Kata (US012692348) | reviewed NC NEL memo | Manager | $450.00 | 3.7 | $1,665.00 |
| 2/4/2013 | Gentile,Matthew Donald (US012548056) | modeling - discuss status of modeling and questions with erin sloop | Senior Manager | $550.00 | 0.4 | $220.00 |
| 2/5/2013 | Wood,Jeffrey T (US013081390) | Redraft executive update materials to incorporate case and tax planning developments. | Executive Director | $640.00 | 0.7 | $448.00 |
| 2/5/2013 | Wood,Jeffrey T (US013081390) | Modeling: Correspondence with Matt G re: executive update materials | Executive Director | $640.00 | 0.5 | $320.00 |
| 2/5/2013 | Jurcic,Kata (US012692348) | made revisions to NC NEL memo | Manager | $450.00 | 3.2 | $1,440.00 |
| 2/5/2013 | Gentile,Matthew Donald (US012548056) | modeling - review models prepared by erin sloop | Senior Manager | $550.00 | 1.5 | $825.00 |
| 2/5/2013 | Sloop,Erin Pamela (US013145968) | Nortel State Modeling Summary | Staff | $185.00 | 1.4 | $259.00 |

| Transaction Date | Employee | Description | Rank | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|
| 2/6/2013 | Wood,Jeffrey T (US013081390) | Incorporate state output into model and finalize executive summary. | Executive Director | $640.00 | 0.5 | $320.00 |
| 2/6/2013 | Wood,Jeffrey T (US013081390) | Review draft document with Jim S. | Executive Director | $640.00 | 0.5 | $320.00 |
| 2/6/2013 | Wood,Jeffrey T (US013081390) | Complete reconciliation of prior model TI to current version and resubmit. | Executive Director | $640.00 | 0.8 | $512.00 |
| 2/6/2013 | Scott,James E (US011119307) | Model output for revised assumptions federal and state purposes. | Partner | $640.00 | 1.3 | $832.00 |
| 2/6/2013 | Gentile,Matthew Donald (US012548056) | modeling - review models sent by erin sloop | Senior Manager | $550.00 | 0.7 | $385.00 |
| 2/6/2013 | Gentile,Matthew Donald (US012548056) | modeling - review summary spreadsheets prepared by erin sloop | Senior Manager | $550.00 | 1.4 | $770.00 |
| 2/6/2013 | Gentile,Matthew Donald (US012548056) | modeling - discuss questions with jeff wood and jim scott | Senior Manager | $550.00 | 0.5 | $275.00 |
| 2/7/2013 | Scott,James E (US011119307) | Review of outpart for state component of model; analysis prepared by Matt Gentile and team. | Partner | $640.00 | 0.8 | $512.00 |
| 2/8/2013 | Williams,Charles F (US011285465) | consultation related to deduction matching. | Executive Director | $640.00 | 1.0 | $640.00 |
| 2/11/2013 | Williams,Charles F (US011285465) | Consultation related to deduction matching vehicles. | Executive Director | $640.00 | 1.0 | $640.00 |
| 2/14/2013 | Abbott,Douglas J. (US012013835) | model review - reviewed updated output for revised assumptions (fed & state) | Partner | $640.00 | 1.0 | $640.00 |
| 2/14/2013 | Scott,James E (US011119307) | Modeling: conf. call D. Abbott, F. Williams, J. Wood to discuss approach to and output from model. | Partner | $640.00 | 0.8 | $512.00 |
| 2/14/2013 | Williams,Charles F (US011285465) | Conference call with Doug A, Jim S and Jeff W re: model approach | Executive Director | $640.00 | 1.0 | $640.00 |
| 2/14/2013 | Gentile,Matthew Donald (US012548056) | review nc nel memo and send comments to kata | Senior Manager | $550.00 | 1.0 | $550.00 |
| 2/15/2013 | Abbott,Douglas J. (US012013835) | claims deduction discussion with Ford W. | Partner | $640.00 | 2.0 | $1,280.00 |
| 2/15/2013 | Scott,James E (US011119307) | Conf. call Cleary / EY regarding matching of deduction to income. | Partner | $640.00 | 1.2 | $768.00 |
| 2/15/2013 | Williams,Charles F (US011285465) | Conf call with cleary, Jim S, Richard L and Jeff W to discuss deduction matching vehicles. | Executive Director | $640.00 | 1.0 | $640.00 |
| 2/15/2013 | Wood,Jeffrey T (US013081390) | Conference call with Richard L., Cleary and EY personnel on trust structures. Modeling. | Executive Director | $640.00 | 1.1 | $704.00 |
| 2/15/2013 | Rimmke,Bryan Arthur (US013153935) | meeting with Ford W in preparation for call with Cleary and EY (liquidating trust) | Manager | $450.00 | 1.0 | $450.00 |
| | | **Totals** | | | **65.2** | **36,422** |

**Nortel Networks, Inc.**
**FBAR Reporting**

| Transaction Date | Employee | Description | Rank | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|
| 1/21/2013 | Tufino,Salvatore J. (US012310534) | Conference call with G. Davidson regarding upcoming client meeting in Raleigh, NC with D. Cozart | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/22/2013 | Tufino,Salvatore J. (US012310534) | Meeting with A. Giles regarding Raleigh meeting with D. Cozart | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/23/2013 | Tufino,Salvatore J. (US012310534) | Review FBAR methodology for preparing the forms with A. Giles | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/25/2013 | Tufino,Salvatore J. (US012310534) | Discussion with G. Davidson re: FBAR methodology | Executive Director | $640.00 | 1.0 | $640.00 |
| 2/11/2013 | Tufino,Salvatore J. (US012310534) | FOLLOW UP FBAR DISCUSSIONS | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/24/2013 | Wood,Jeffrey T (US013081390) | Conference call on FBAR meeting with client. | Executive Director | $640.00 | 0.5 | $320.00 |
| 1/29/2013 | Davidson,Garrett M. (US012966979) | Emails to coordinate with A. Giles regarding agenda for the 1/31 meeting with D. Cozart | Senior | $315.00 | 1.5 | $472.50 |
| 1/30/2013 | Davidson,Garrett M. (US012966979) | Prep for 1/31 FBAR meeting with D. Cozart | Senior | $315.00 | 1.2 | $378.00 |
| 1/31/2013 | Davidson,Garrett M. (US012966979) | Meeting with D. Cozart at Nortel site to discuss FBARs | Senior | $315.00 | 4.0 | $1,260.00 |
| 2/4/2013 | Davidson,Garrett M. (US012966979) | Emails and calls with Uri regarding preparation of draft forms. | Senior | $315.00 | 2.0 | $630.00 |
| 2/5/2013 | Davidson,Garrett M. (US012966979) | Call with D. Cozart and L. Purvis to discuss new signers in Guatemala | Senior | $315.00 | 1.0 | $315.00 |
| 2/5/2013 | Davidson,Garrett M. (US012966979) | Reviewing information received by Lisa and calls with Uri to discuss. | Senior | $315.00 | 0.3 | $94.50 |
| 2/6/2013 | Davidson,Garrett M. (US012966979) | Review of meeting minutes from 1/31 meeting with D. Cozart | Senior | $315.00 | 0.8 | $252.00 |
| 2/4/2013 | Davidson,Garrett M. (US012966979) | discussion with Uri re: form preparation. | Senior | $315.00 | 0.2 | $63.00 |
| 2/7/2013 | Davidson,Garrett M. (US012966979) | Review meeting minutes before sending to David | Senior | $315.00 | 0.2 | $63.00 |
| 2/5/2013 | Davidson,Garrett M. (US012966979) | Follow-up call with Uri to discuss impact of new Guatemala signers on forms | Senior | $315.00 | 0.2 | $63.00 |
| 2/6/2013 | Davidson,Garrett M. (US012966979) | Emails to A. Giles re: 1/31 meeting minutes | Senior | $315.00 | 0.2 | $63.00 |
| 1/31/2013 | Scott,James E (US011119307) | Updates from Garrett Davidson re: FBAR | Partner | $640.00 | 1.1 | $704.00 |
| | | | **Totals** | | **18.2** | **7,878** |

**Nortel Networks, Inc.**
**Pre-Controversy Transfer Pricing**

| Transaction Date | Employee | Description | Rank | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|
| 2/1/2013 | Scott,James E (US011119307) | Conf. call with Bill McRae and Jeff Wood re: needed documentation and approach. | Partner | $640.00 | 0.9 | $576.00 |
| 1/28/2013 | Lonard,Jeffrey (US011968893) | Closing Edocs. For 2009 report | Senior Manager | $550.00 | 0.5 | $275.00 |
| 1/31/2013 | Lonard,Jeffrey (US011968893) | Closing Edocs. For 2010 report | Senior Manager | $550.00 | 0.5 | $275.00 |
| 1/23/2013 | Htu,Yi (US013207700) | Article search re: mediations for bankrupt entities involved in creditor disputes | Staff | $185.00 | 5.0 | $925.00 |
| 2/15/2013 | Htu,Yi (US013207700) | Research on Chapter 11 and steps involved in the procedures | Staff | $185.00 | 8.0 | $1,480.00 |
| 1/29/2013 | Pearson,Kristen (US013338272) | Searched and compiled articles about mediations and creditor battles | Staff | $185.00 | 8.0 | $1,480.00 |
| 1/30/2013 | Pearson,Kristen (US013338272) | Compiled and communicated articles about mediations and creditor battles | Staff | $185.00 | 1.3 | $240.50 |
| 2/5/2013 | Wood,Jeffrey T (US013081390) | Correspondence related to meeting on documentation storage for transfer pricing project. | Executive Director | $640.00 | 0.2 | $128.00 |
| 2/6/2013 | Wood,Jeffrey T (US013081390) | Conference call with Mark M., Miller W. and Sid A. in regard to segregation of pre-controversy transfer pricing engagement documents pursuant to YY2041. | Executive Director | $640.00 | 0.6 | $384.00 |
| 2/6/2013 | Wood,Jeffrey T (US013081390) | Review of YY2041 and related guidance. | Executive Director | $640.00 | 0.5 | $320.00 |
| 1/21/2013 | Wood,Jeffrey T (US013081390) | For pre-controversy transfer pricing project - document narrative approach to adjustments to operating earnings, routine returns on GOPs, S&M, and G&A for RPS participants. | Executive Director | $640.00 | 3.0 | $1,920.00 |
| 1/21/2013 | Wood,Jeffrey T (US013081390) | Detail calculations for allocated residual profits and losses, target economic profits and losses and required proceeds adjustment by Debtor. Includes research into approved approach and calculations from 2001-2008. | Executive Director | $640.00 | 3.0 | $1,920.00 |
| 1/22/2013 | Wood,Jeffrey T (US013081390) | Calculations of RPSM adjustments for 2009 and 2010. | Executive Director | $640.00 | 2.0 | $1,280.00 |
| 1/22/2013 | Wood,Jeffrey T (US013081390) | Modification and cross referencing of excel files for pre-controversy transfer pricing project. | Executive Director | $640.00 | 2.0 | $1,280.00 |
| 1/24/2013 | Wood,Jeffrey T (US013081390) | Revise client counsel questionaire related to pre-controversy transfer pricing project and discuss with Tim R. to secure approval to proceed. | Executive Director | $640.00 | 0.8 | $512.00 |
| 1/29/2013 | Wood,Jeffrey T (US013081390) | Meetings with Kristen P. on aggregation of third party source data for pre-controversy transfer pricing analysis. | Executive Director | $640.00 | 1.2 | $768.00 |
| 1/31/2013 | Wood,Jeffrey T (US013081390) | Conference call with Sid A. and Miller W. to review RPSM calculations and actions related to report narrative and client counsel interviews for pre-controversy transfer pricing project. | Executive Director | $640.00 | 0.6 | $384.00 |
| 1/31/2013 | Wood,Jeffrey T (US013081390) | Review documents compiled by Kristen P. Transfer reviewed files to Sid A. | Executive Director | $640.00 | 1.5 | $960.00 |
| 1/21/2013 | Ahluwalia,Siddhartha (US013154490) | Preparation of media reports for the analysis. | Manager | $450.00 | 4.0 | $1,800.00 |
| 1/22/2013 | Ahluwalia,Siddhartha (US013154490) | Compilation of media reports for the analysis and retention in edocs. | Manager | $450.00 | 2.0 | $900.00 |
| 1/23/2013 | Ahluwalia,Siddhartha (US013154490) | Preparation of base report along with functional profile from agreements | Manager | $450.00 | 2.0 | $900.00 |
| 1/24/2013 | Ahluwalia,Siddhartha (US013154490) | Preparation of transfer pricing report core along with functional profile from agreements | Manager | $450.00 | 2.0 | $900.00 |
| 1/25/2013 | Ahluwalia,Siddhartha (US013154490) | Redraft of transfer pricing report | Manager | $450.00 | 4.0 | $1,800.00 |
| 1/28/2013 | Ahluwalia,Siddhartha (US013154490) | Performed the check on the balance sheet details provided by Jeffrey Wood on the integrated entities and prepared list of questions to be discussed. | Manager | $450.00 | 10.0 | $4,500.00 |
| 1/29/2013 | Ahluwalia,Siddhartha (US013154490) | RPSM Calculations review and discussions with Miller. | Manager | $450.00 | 6.0 | $2,700.00 |
| 1/31/2013 | Ahluwalia,Siddhartha (US013154490) | Final review of RPSM calculations for integrated entities | Manager | $450.00 | 2.0 | $900.00 |
| 2/6/2013 | Ahluwalia,Siddhartha (US013154490) | Edocs retention of source documentation | Manager | $450.00 | 2.0 | $900.00 |
| 2/7/2013 | Ahluwalia,Siddhartha (US013154490) | Transfer pricing report preparation | Manager | $450.00 | 2.0 | $900.00 |
| 2/8/2013 | Ahluwalia,Siddhartha (US013154490) | Drafting of transfer pricing report and review with Miller | Manager | $450.00 | 4.0 | $1,800.00 |
| 2/14/2013 | Ahluwalia,Siddhartha (US013154490) | TP Analysis - Section 1 jurispudence and legal analysis | Manager | $450.00 | 4.0 | $1,800.00 |
| 2/15/2013 | Ahluwalia,Siddhartha (US013154490) | Write up on mediation reports shared by Jeff | Manager | $450.00 | 4.0 | $1,800.00 |
| | | **Totals** | | | **87.6** | **36,708** |

**Nortel Networks, Inc.**
**Sect of State Applications**

| Transaction Date | Employee | Description | Rank | Value | Hours (Analysis) | Surcharge (Analysis) |
|---|---|---|---|---|---|---|
| 1/22/2013 | Flagg,Nancy A. (US011940912) | Withdrawal status call with JScott, MGentile, JWood - to discuss things to be aware of | Executive Director | $640.00 | 0.6 | $384.00 |
| 2/8/2013 | Flagg,Nancy A. (US011940912) | biweeky deregistration call | Executive Director | $640.00 | 0.5 | $320.00 |
| 1/22/2013 | Gentile,Matthew Donald (US012548056) | review washington and ohio withdrawal forms | Senior Manager | $550.00 | 1.7 | $935.00 |
| 1/22/2013 | Gentile,Matthew Donald (US012548056) | review withdrawal certifications received by nortel and update matrix | Senior Manager | $550.00 | 1.5 | $825.00 |
| 1/22/2013 | Gentile,Matthew Donald (US012548056) | nexus assistance | Senior Manager | $550.00 | 0.1 | $55.00 |
| 1/23/2013 | Gentile,Matthew Donald (US012548056) | review status of withdrawals for new additions | Senior Manager | $550.00 | 0.7 | $385.00 |
| 1/25/2013 | Gentile,Matthew Donald (US012548056) | review oh letters for tax clearance | Senior Manager | $550.00 | 0.3 | $165.00 |
| 1/28/2013 | Gentile,Matthew Donald (US012548056) | review ohio letters to counties and ohio dept of jobs and family services | Senior Manager | $550.00 | 0.6 | $330.00 |
| 1/29/2013 | Gentile,Matthew Donald (US012548056) | review utah tax clearance forms | Senior Manager | $550.00 | 0.4 | $220.00 |
| 1/29/2013 | Gentile,Matthew Donald (US012548056) | review missouri withdrawal forms | Senior Manager | $550.00 | 0.4 | $220.00 |
| 2/11/2013 | Gentile,Matthew Donald (US012548056) | review withdrawal matrix and re-design for richard lydecker | Senior Manager | $550.00 | 0.5 | $275.00 |
| 2/12/2013 | Gentile,Matthew Donald (US012548056) | meeting with leigh vogedes to discuss matrix requested by richard lydecker | Senior Manager | $550.00 | 1.0 | $550.00 |
| 2/13/2013 | Gentile,Matthew Donald (US012548056) | review state withdrawal matrix prepared by leigh vogedes and incorporate jeff wood's comments | Senior Manager | $550.00 | 1.6 | $880.00 |
| 2/14/2013 | Gentile,Matthew Donald (US012548056) | review jim scott comments on withdrawal matrix for richard lydecker and discuss with jim | Senior Manager | $550.00 | 0.5 | $275.00 |
| 2/14/2013 | Gentile,Matthew Donald (US012548056) | e-mail kristie lowery and jessica heroy regarding state withholding accounts | Senior Manager | $550.00 | 0.4 | $220.00 |
| 2/14/2013 | Gentile,Matthew Donald (US012548056) | follow-up e-mail to jeff wood and kata jurcic on withholding accounts and next steps | Senior Manager | $550.00 | 0.4 | $220.00 |
| 2/14/2013 | Gentile,Matthew Donald (US012548056) | incorporation of jim scott changes into matrix | Senior Manager | $550.00 | 0.6 | $330.00 |
| 2/15/2013 | Gentile,Matthew Donald (US012548056) | discussion with jim scott regarding changes to withdrawal matrices for call with richard lydecker | Senior Manager | $550.00 | 0.4 | $220.00 |
| 2/15/2013 | Gentile,Matthew Donald (US012548056) | revise matrices and send to team | Senior Manager | $550.00 | 0.3 | $165.00 |
| 2/15/2013 | Gentile,Matthew Donald (US012548056) | review current notices received and discuss next steps with melissa poormon | Senior Manager | $550.00 | 1.1 | $605.00 |
| 2/15/2013 | Gentile,Matthew Donald (US012548056) | planning for next steps and withdrawal checklist | Senior Manager | $550.00 | 0.5 | $275.00 |
| 2/4/2013 | Jacks,Sarah Butler (US011990278) | discuss la withdrawal corrected form needed with melissa and recmd response to gentile | Senior Manager | $550.00 | 0.3 | $165.00 |
| 1/22/2013 | Jurcic,Kata (US012692348) | call with Nancy Flag to discuss withdrawls | Manager | $450.00 | 0.6 | $270.00 |
| 1/22/2013 | Jurcic,Kata (US012692348) | review of OH withdrawl | Manager | $450.00 | 0.3 | $135.00 |
| 1/24/2013 | Jurcic,Kata (US012692348) | review of OH tax clearance letters for NNI | Manager | $450.00 | 0.4 | $180.00 |
| 1/25/2013 | Jurcic,Kata (US012692348) | review of OH tax clearance letters for NTII | Manager | $450.00 | 0.6 | $270.00 |
| 1/25/2013 | Jurcic,Kata (US012692348) | discuss game plan with MG regarding calling various state revenue agencies and closing out revenue accounts | Manager | $450.00 | 0.8 | $360.00 |
| 1/29/2013 | Jurcic,Kata (US012692348) | review of additional withdrawal forms for MO, PA, OH, WA, AL, NM | Manager | $450.00 | 3.5 | $1,575.00 |
| 2/8/2013 | Jurcic,Kata (US012692348) | Conference call with Nancy, Jim, and Jeff regarding withdrawal process | Manager | $450.00 | 0.5 | $225.00 |
| 1/22/2013 | Nolan,William G (US011145766) | Ohio Desk. Matt Gentile withdrawl questions. | Executive Director | $640.00 | 0.5 | $320.00 |
| 1/22/2013 | Papakonstantinou,Tina (US013078628) | Update and revise OH tax clearance forms | Staff | $185.00 | 1.0 | $185.00 |
| 1/23/2013 | Papakonstantinou,Tina (US013078628) | Create withdrawal forms for states where clearance was received | Staff | $185.00 | 2.5 | $462.50 |
| 1/24/2013 | Papakonstantinou,Tina (US013078628) | Continue to prepare withdrawal forms for states where clearance has been received | Staff | $185.00 | 7.0 | $1,295.00 |
| 1/25/2013 | Papakonstantinou,Tina (US013078628) | Prepare OH withdrawal letters for county appraisers and instructions for filing the forms | Staff | $185.00 | 1.5 | $277.50 |
| 1/28/2013 | Papakonstantinou,Tina (US013078628) | Update OH tax clearance and withdrawal letters | Staff | $185.00 | 0.5 | $92.50 |
| 1/29/2013 | Papakonstantinou,Tina (US013078628) | Create and revise withdrawal forms in eForms and from state websites | Staff | $185.00 | 4.5 | $832.50 |
| 1/30/2013 | Papakonstantinou,Tina (US013078628) | Draft state-specific Powers of Attorney for states where withdrawal has been requested | Staff | $185.00 | 0.5 | $92.50 |
| 1/21/2013 | Poormon,Melissa (US013102225) | Review correspondence received from various jurisdictions, update withdrawl tracker as needed and research as needed | Senior | $315.00 | 2.0 | $630.00 |

| Date | Name | Description | Level | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/22/2013 | Poormon,Melissa (US013102225) | Prepare a revised withdrawal form in Massachusetts for CoreTek | Senior | $315.00 | 1.7 | $535.50 |
| 1/22/2013 | Poormon,Melissa (US013102225) | Finalize tax withdrawal forms in VA for NNI & NTII | Senior | $315.00 | 0.6 | $189.00 |
| 1/22/2013 | Poormon,Melissa (US013102225) | Discussion with Deborah Vaughn on questions from New Mexico | Senior | $315.00 | 0.9 | $283.50 |
| 1/28/2013 | Poormon,Melissa (US013102225) | Review correspondence received from various jurisdictions, research questions and discuss with Matt | Senior | $315.00 | 1.5 | $472.50 |
| 1/29/2013 | Poormon,Melissa (US013102225) | Prepare and revise Utah tax clearance forms and submit | Senior | $315.00 | 3.1 | $976.50 |
| 1/29/2013 | Poormon,Melissa (US013102225) | Discussion with Nortel personnel on information needed to complete withdrawal in Louisiana and review information provided | Senior | $315.00 | 1.2 | $378.00 |
| 1/30/2013 | Poormon,Melissa (US013102225) | Review correspondence received from various jurisdictions, update withdrawl tracker as needed and research as needed | Senior | $315.00 | 3.8 | $1,197.00 |
| 2/4/2013 | Poormon,Melissa (US013102225) | Prepare and make suggested revisions to forms/returns for NTII in AK, UT and AL to effectuate clearances and/or withdrawals | Senior | $315.00 | 3.0 | $945.00 |
| 2/5/2013 | Poormon,Melissa (US013102225) | Prepare revised form for Louisiana | Senior | $315.00 | 0.8 | $252.00 |
| 2/5/2013 | Poormon,Melissa (US013102225) | Take new state correspondence and update withdrawal/clearance tracker | Senior | $315.00 | 1.3 | $409.50 |
| 2/5/2013 | Poormon,Melissa (US013102225) | Revise and process resubmission of AL NNI certificate | Senior | $315.00 | 1.4 | $441.00 |
| 2/6/2013 | Poormon,Melissa (US013102225) | Prepare final annual report forms for New Mexico | Senior | $315.00 | 0.9 | $283.50 |
| 2/6/2013 | Poormon,Melissa (US013102225) | Called PA about application being returned for NTII and how to revise the form | Senior | $315.00 | 1.2 | $378.00 |
| 2/6/2013 | Poormon,Melissa (US013102225) | Discussion with Nortel personnel of information needed to finalize PA tax clearance forms | Senior | $315.00 | 1.1 | $346.50 |
| 2/6/2013 | Poormon,Melissa (US013102225) | Update tracker with comments for states that had sent notices based on a discussion with Matt | Senior | $315.00 | 1.1 | $346.50 |
| 2/7/2013 | Poormon,Melissa (US013102225) | Pulled 2001 and 2010 apportionment detail from OneSource for Altsystems as required to substantiate UT filings in order to complete state withdrawal forms | Senior | $315.00 | 2.9 | $913.50 |
| 2/7/2013 | Poormon,Melissa (US013102225) | Pull all 1999-2011 federal and state filings for Altsystems as requested by UT auditor as it relates to state withdrawal process. | Senior | $315.00 | 4.6 | $1,449.00 |
| 2/12/2013 | Poormon,Melissa (US013102225) | Review correspondence received from various jurisdictions and update withdrawl tracker | Senior | $315.00 | 1.5 | $472.50 |
| 1/22/2013 | Scott,James E (US011119307) | Withdrawal notice conf. call with Nancy Flagg and Matt Gentile. | Partner | $640.00 | 0.8 | $512.00 |
| 1/28/2013 | Scott,James E (US011119307) | Payroll related questions with Kristie Lowry | Partner | $640.00 | 1.3 | $832.00 |
| 1/30/2013 | Scott,James E (US011119307) | Withdrawal discussion regarding POA and how to address years under RAR v current; correspondence with State authorities. | Partner | $640.00 | 0.8 | $512.00 |
| 2/4/2013 | Scott,James E (US011119307) | Review of w/D from Matt Gentile. | Partner | $640.00 | 0.4 | $256.00 |
| 1/24/2013 | Scott,James E (US011119307) | Conf. call Cleary re: D+O | Partner | $640.00 | 0.5 | $320.00 |
| 1/24/2013 | Scott,James E (US011119307) | withdrawal email dialogue of open items and state contracts for notices and non-responses. | Partner | $640.00 | 0.8 | $512.00 |
| 1/25/2013 | Scott,James E (US011119307) | Withdrawal with Matt. | Partner | $640.00 | 0.6 | $384.00 |
| 1/21/2013 | Vogedes,Leigh (US013257927) | Washington withdrawal forms | Staff | $185.00 | 1.8 | $333.00 |
| 1/22/2013 | Vogedes,Leigh (US013257927) | Montana, Louisiana, Arkansas withdrawal requirements research | Staff | $185.00 | 3.5 | $647.50 |
| 2/12/2013 | Vogedes,Leigh (US013257927) | Update State Withdrawal Matrix | Staff | $185.00 | 1.7 | $314.50 |
| 2/13/2013 | Vogedes,Leigh (US013257927) | Research Requirements for State Tax Clearance Matrix | Staff | $185.00 | 3.1 | $573.50 |
| 2/14/2013 | Vogedes,Leigh (US013257927) | Update State Withdrawal Matrix and State Tax Clearance Matrix with Additions | Staff | $185.00 | 0.1 | $18.50 |
| | | **Totals** | | | **89.1** | **30,706** |

**Nortel Networks, Inc.**
**E&P Analysis - NNC**

| Transaction Date | Employee | Description | Rank | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|
| 2/4/2013 | Wood,Jeffrey T (US013081390) | Call with ITS team on French Sec. 304 transaction and requirements to support proposed E&P treatment. | Executive Director | $640.00 | 0.2 | $128.00 |
| 2/5/2013 | Wood,Jeffrey T (US013081390) | Reserach into NNSA Sec. 304 transaction and implications for E&P study. | Executive Director | $640.00 | 0.7 | $448.00 |
| 2/5/2013 | Wood,Jeffrey T (US013081390) | Pull Sec. 304 documentation and and communicate to Garrett D. for analysis | Executive Director | $640.00 | 0.3 | $192.00 |
| 2/5/2013 | San Pedro,Miguel Carlos (US013230195) | discussion with Garret D and Jeff W re: NT France | Staff | $185.00 | 2.0 | $370.00 |
| 2/6/2013 | San Pedro,Miguel Carlos (US013230195) | Research Section 304 and determine if NT France transaction memo from 2003 (prepared by client) makes correct findings. | Staff | $185.00 | 3.1 | $567.50 |
| 1/22/2013 | Poormon,Melissa (US013102225) | Updated schedules for start-up cost/acquistion costs for NNAMS, Xros and CoreTek that add it. | Senior | $315.00 | 1.3 | $409.50 |
| 1/24/2013 | Poormon,Melissa (US013102225) | Updated schedules in edocs for NNAMS, Xros and CoreTek. Sent Deborah copy of memo. | Senior | $315.00 | 1.0 | $315.00 |
| 1/28/2013 | Jacks,Sarah Butler (US011990278) | nnc e&p analysis | Senior Manager | $550.00 | 2.0 | $1,100.00 |
| 1/22/2013 | Wood,Jeffrey T (US013081390) | Meeting with Deb V. on E&P acquisition files for Xros and Altstystems. | Executive Director | $640.00 | 0.4 | $256.00 |
| 1/21/2013 | Poormon,Melissa (US013102225) | Reached for 10K information for Nortel. | Senior | $315.00 | 1.0 | $315.00 |
| | | | | **Totals** | **12.0** | **$4,101** |

**Nortel Networks, Inc.**
**Foreign Jurisdiction Tax Assistance**

| Transaction Date | Employee | Description | Rank | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|
| 2/4/2013 | Wood,Jeffrey T (US013081390) | Review Trinidad and Tobago returns completed by PWC for NTTL | Executive Director | $640.00 | 1.0 | $640.00 |
| 2/4/2013 | Wood,Jeffrey T (US013081390) | Correspondence to Allen S. on T&T findings | Executive Director | $640.00 | 0.5 | $320.00 |
| 2/4/2013 | Wood,Jeffrey T (US013081390) | Research on exposures for prior period returns and requirements of the GORTT | Executive Director | $640.00 | 0.5 | $320.00 |
| 2/7/2013 | Wood,Jeffrey T (US013081390) | Locate and review PWC memorandum on implication of I/C debt forgiveness | Executive Director | $640.00 | 0.2 | $128.00 |
| 2/7/2013 | Wood,Jeffrey T (US013081390) | Analysis and correspondence to Allen S. on PWC memo | Executive Director | $640.00 | 1.0 | $640.00 |
| 2/8/2013 | Wood,Jeffrey T (US013081390) | Review materials prepared by EY in regards to stay petitions for NNIII's implied Indian Branch audits. | Executive Director | $640.00 | 0.6 | $384.00 |
| 1/24/2013 | Wood,Jeffrey T (US013081390) | Reveiw recent rulings by Bangalore tribunal in respect of NNIII Indian audit. | Executive Director | $640.00 | 0.5 | $320.00 |
| 1/29/2013 | Wood,Jeffrey T (US013081390) | File search for original VAT Certificates of Registration for Nortel Networks CALA Inc. and Nortel Networks Trinidad Limited required to complete deregistation process in Trinidad & Tobago | Executive Director | $640.00 | 3.0 | $1,920.00 |
| 1/29/2013 | Wood,Jeffrey T (US013081390) | identifying the original VAT cert for entity in Trinidad & Tobago and getting it to local counsel | Executive Director | $640.00 | 1.0 | $640.00 |
| 1/29/2013 | Wood,Jeffrey T (US013081390) | Correspondence on NNTL regarding the certificates for NNCI | Executive Director | $640.00 | 0.5 | $320.00 |
| 1/31/2013 | Wood,Jeffrey T (US013081390) | Conference call with Allen S. to discuss developements in Puerto Rico, Guatemala, Japan, Egypt and Dubai. | Executive Director | $640.00 | 0.5 | $320.00 |
| 2/12/2013 | Wood,Jeffrey T (US013081390) | Review NNIII Indian submission documents in respect of PE rebuttle for AY 2010-2011. | Executive Director | $640.00 | 0.9 | $576.00 |
| | | | | **Totals** | **10.2** | **6,528** |

**Nortel Networks, Inc.**
**Payroll Re-registrations**

| Transaction Date | Employee | Description | Rank | Value | Hours (Analysis) | Fees+Surcharge (Analysis) |
|---|---|---|---|---|---|---|
| 1/22/2013 | Heroy,Jessica R (US012652524) | Payroll meetings and re-registration forms drafting | Manager | $450.00 | 8.0 | $3,600.00 |
| 1/23/2013 | Heroy,Jessica R (US012652524) | Discussions with Cleary, Kim, Tim, and David, follow up questions from Kim Ponder regarding employee benefit reporting | Manager | $450.00 | 6.0 | $2,700.00 |
| 1/24/2013 | Heroy,Jessica R (US012652524) | Follow up meetings with Kim Ponder regarding employee benefit reporting | Manager | $450.00 | 1.0 | $450.00 |
| 1/28/2013 | Heroy,Jessica R (US012652524) | Question regarding 1099 expense reporting from David Cozart | Manager | $450.00 | 1.0 | $450.00 |
| 2/13/2013 | Heroy,Jessica R (US012652524) | Account number reactivation process review. | Manager | $450.00 | 1.0 | $450.00 |
| 2/14/2013 | Heroy,Jessica R (US012652524) | Account closure/clearance question from MG, closed account review | Manager | $450.00 | 1.0 | $450.00 |
| | | **Totals** | | | **18.0** | **8,100** |