# EXHIBIT A

**Time Detail**
**February 1, 2013 through April 30, 2013**

| Employee | Date | Time | Charges | Description |
|---|---|---|---|---|
| Hotwagner, Christine | 17-Dec-12 | 0.50 | $237.50 | Telephone conference with internal working group regarding open project items (0.5). |
| Wood, Freeman | 17-Dec-12 | 0.50 | $440.62 | Telephone conferences with internal working group regarding open project items (0.5). |
| Hotwagner, Christine | 18-Dec-12 | 0.75 | $356.25 | Prepare status summary for internal team (0.75). |
| Wood, Freeman | 18-Dec-12 | 0.50 | $440.63 | Update status summary for internal team (0.5). |
| Hotwagner, Christine | 2-Jan-13 | 1.00 | $475.00 | Attend telephone conference with Nortel, Aon and Mercer teams regarding project issues (1.0). |
| Hotwagner, Christine | 8-Jan-13 | 0.50 | $237.50 | Attend telephone conference with Nortel, Aon and Mercer teams regarding project issues (0.5). |
| Hotwagner, Christine | 15-Jan-13 | 0.50 | $237.50 | Attend telephone conference with Nortel, Aon and Mercer teams regarding project issues (0.5). |
| Hotwagner, Christine | 29-Jan-13 | 0.50 | $237.50 | Attend telephone conference with Nortel, Aon and Mercer teams regarding project issues (0.50). |
| Smith Doug J | 1-Feb-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Gontowski Kevin | 1-Feb-13 | 0.25 | $162.40 | Claims research for DC Plan (0.25). |
| Zaleta Cynthia O | 4-Feb-13 | 0.50 | $292.90 | Weekly update of information regarding status of DC Plan projects (0.5). |
| Smith Eileen M | 4-Feb-13 | 0.50 | $208.80 | QDRO consulting for DC Plan (0.5). |
| Hotwagner, Christine | 5-Feb-13 | 1.00 | $475.00 | Attend telephone conference with Nortel, Aon and Mercer teams regarding project issues (1.0). |
| Smith Eileen M | 5-Feb-13 | 1.75 | $730.80 | Call with Elizabeth Smith and other interested parties on DC plan termination (1.0); updates to DC Plan project and termination workflows (0.75). |
| Zaleta Cynthia O | 5-Feb-13 | 1.00 | $585.80 | Review status of open items relating to DC plan (1.0). |
| Smith Eileen M | 6-Feb-13 | 0.50 | $208.80 | QDRO consulting for DC Plan (0.5). |
| Zaleta Cynthia O | 6-Feb-13 | 1.00 | $585.80 | Research uncashed check issues (1.0). |
| Zaleta Cynthia O | 7-Feb-13 | 2.50 | $1,464.50 | Conference with Kathy Schultea regarding DC Plan (0.5); QDRO consulting for DC Plan (0.5); research uncashed check issues (0.5); review status of open items relating to DC plan (1.0). |
| Smith Eileen M | 7-Feb-13 | 0.75 | $313.20 | Updates to DC Plan project and termination workflows (0.75). |
| Smith Eileen M | 8-Feb-13 | 0.50 | $208.80 | QDRO consulting for DC Plan (0.5). |
| Smith Eileen M | 11-Feb-13 | 0.25 | $104.40 | QDRO consulting for DC Plan (0.25). |
| Zaleta Cynthia O | 11-Feb-13 | 3.00 | $1,757.40 | Research uncashed check issues (2.0); review and update status of open items relating to DC plan (0.5); review and update status of open items relating to DC plan (0.5). |
| Hotwagner, Christine | 12-Feb-13 | 0.50 | $237.50 | Attend weekly telephone conference with Nortel, Aon and Mercer teams regarding project issues (0.5). |
| Smith Eileen M | 12-Feb-13 | 1.50 | $626.40 | Call with Elizabeth Smith on DC plan termination (0.75); updates to DC Plan project and termination workflows (0.75). |
| Zaleta Cynthia O | 12-Feb-13 | 3.25 | $1,903.86 | Telephone conference with working group regarding DC plan issues (1.0); QDRO consulting for DC Plan (0.25); research uncashed check issues (2.0). |
| Smith Doug J | 12-Feb-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |

| Employee | Date | Time | Charges | Description |
|---|---|---|---|---|
| Farswani  Vikas | 12-Feb-13 | 2.00 | $800.40 | Review NQ claims for Cleary (2.0). |
| Zaleta  Cynthia O | 13-Feb-13 | 2.75 | $1,610.96 | Draft pension investment committee meeting minutes (1.0); QDRO consulting for DC Plan (0.5); research uncashed check issues (1.0); review and update status of open items relating to DC plan (0.25). |
| Smith  Eileen M | 13-Feb-13 | 0.75 | $313.20 | QDRO consulting for DC Plan (0.25); updates to DC Plan project and termination workflows (0.5). |
| Smith  Doug J | 13-Feb-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Gontowski  Kevin | 13-Feb-13 | 0.25 | $162.40 | Claims research for DC Plan (0.25). |
| Smith  Eileen M | 14-Feb-13 | 0.25 | $104.40 | QDRO consulting for DC Plan (0.25). |
| Zaleta  Cynthia O | 14-Feb-13 | 2.00 | $1,171.60 | Research uncashed check issues (2.0). |
| Smith  Doug J | 14-Feb-13 | 1.00 | $672.80 | Review and revise strategy and status for DC plan projects (1.0). |
| Smith  Eileen M | 15-Feb-13 | 1.75 | $730.80 | QDRO consulting for DC Plan (0.75); updates to DC Plan project and termination workflows (1.0). |
| Smith  Eileen M | 19-Feb-13 | 1.75 | $730.80 | Call with Elizabeth Smith on DC plan termination (1.0); QDRO administration for DC plan (0.5); updates to DC Plan project and termination workflows (0.25). |
| Zaleta  Cynthia O | 19-Feb-13 | 1.00 | $585.80 | Attend pension investment committee meeting (0.5); draft pension investment committee meeting minutes (0.5). |
| Smith  Doug J | 19-Feb-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Smith  Eileen M | 20-Feb-13 | 0.75 | $313.20 | QDRO administration for DC plan (0.75). |
| Zaleta  Cynthia O | 20-Feb-13 | 0.50 | $292.90 | Review and update status of open items relating to DC plan (0.5). |
| Smith  Eileen M | 21-Feb-13 | 1.75 | $730.80 | QDRO administration for DC plan (0.5); updates to DC Plan project and termination workflows (1.25). |
| Zaleta  Cynthia O | 21-Feb-13 | 0.50 | $292.90 | QDRO consulting for DC Plan (0.5). |
| Smith  Doug J | 21-Feb-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Zaleta  Cynthia O | 22-Feb-13 | 1.00 | $585.80 | Draft pension investment committee meeting minutes (0.5); review and update status of open items relating to DC plan (0.5). |
| Smith  Eileen M | 22-Feb-13 | 0.25 | $104.40 | QDRO administration for DC plan (0.25). |
| Smith  Eileen M | 25-Feb-13 | 0.25 | $104.40 | Updates to DC Plan project and termination workflows (0.25). |
| Zaleta  Cynthia O | 25-Feb-13 | 1.00 | $585.80 | Review status of open items relating to DC plan (1.0). |
| Hotwagner, Christine | 26-Feb-13 | 0.50 | $237.50 | Attend telephone conference with Nortel, Aon and Mercer teams regarding project issues (0.5). |
| Zaleta  Cynthia O | 26-Feb-13 | 2.50 | $1,464.50 | Conference call with Elizabeth Smith, Aon Hewitt, regarding DC Plan (1.0); conference with Kathy Schultea regarding DC Plan issues (0.5); QDRO administration for DC plan (0.5); review and update status of open items relating to DC plan (0.5). |
| Smith  Eileen M | 26-Feb-13 | 2.50 | $1,044.00 | Call with Elizabeth Smith on DC plan termination (1.0); QDRO processing for DC Plan (1.0); updates to DC Plan project and termination workflows (0.5). |
| Smith  Eileen M | 27-Feb-13 | 1.75 | $730.80 | QDRO consulting for DC Plan (0.25); perform due diligence documentation and SPD update (1.5). |
| Farswani  Vikas | 27-Feb-13 | 3.75 | $1,500.76 | Review and final edits of SPBP and SPCP claims (3.75). |

| Employee | Date | Time | Charges | Description |
|---|---|---|---|---|
| Smith  Eileen M | 28-Feb-13 | 3.00 | $1,252.80 | QDRO consulting for DC Plan (0.75); updates to DC Plan project and termination workflows (2.25). |
| Smith  Doug J | 28-Feb-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Zaleta  Cynthia O | 1-Mar-13 | 2.50 | $1,464.50 | Attend to Pension Investment Committee issues (2.5). |
| Smith  Eileen M | 1-Mar-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |
| Smith  Doug J | 1-Mar-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Zaleta  Cynthia O | 4-Mar-13 | 2.50 | $1,464.50 | Draft pension investment committee meeting minutes (1.5); review status of open items relating to DC plan (1.0). |
| Smith  Eileen M | 4-Mar-13 | 1.50 | $626.40 | QDRO administration for DC Plan (1.0); updates to DC Plan project and termination workflows for SPD (0.5). |
| Horner  Timothy J | 4-Mar-13 | 0.75 | $578.56 | Review and analyze committee notes regarding plan issues (0.75). |
| Smith  Eileen M | 5-Mar-13 | 3.25 | $1,357.20 | Call with Elizabeth Smith regarding DC plan termination (0.5); QDRO administration for DC Plan (0.75); updates to DC Plan project and termination workflows (2.0). |
| Zaleta  Cynthia O | 5-Mar-13 | 2.00 | $1,171.60 | Research on pension fund change issues (0.5);  draft pension investment committee meeting minutes (1.5). |
| Smith  Doug J | 5-Mar-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Zaleta  Cynthia O | 6-Mar-13 | 2.00 | $1,171.60 | Conference with Kathy Schultea regarding DC Plan issues (0.5); research on pension fund change issues (0.5);  draft pension investment committee meeting minutes (1.0). |
| Smith  Eileen M | 6-Mar-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |
| Zaleta  Cynthia O | 7-Mar-13 | 1.50 | $878.70 | Follow-up conference with Kathy Schultea regarding DC Plan (0.5); QDRO consulting for DC Plan (1.0). |
| Smith  Eileen M | 7-Mar-13 | 0.75 | $313.20 | QDRO administration for DC Plan (0.75). |
| Farswani  Vikas | 7-Mar-13 | 1.50 | $600.30 | Telephone conference with Nortel on SERP data (1.0); research on same (0.5). |
| Smith  Eileen M | 8-Mar-13 | 0.25 | $104.40 | Updates to DC Plan project and termination workflows (0.25). |
| Zaleta  Cynthia O | 8-Mar-13 | 0.50 | $292.90 | Review and update status of open items relating to DC plan  (0.5). |
| Smith  Doug J | 8-Mar-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Zaleta  Cynthia O | 11-Mar-13 | 1.00 | $585.80 | Update status of open DC plan projects (1.0). |
| Hotwagner, Christine | 12-Mar-13 | 0.50 | $237.50 | Attend telephone conference with Nortel, Aon and Mercer teams regarding project issues (0.5). |
| Smith  Eileen M | 12-Mar-13 | 1.00 | $417.60 | Call with Elizabeth Smith regarding DC plan termination (0.75); updates to DC Plan project and termination workflows (0.25). |
| Zaleta  Cynthia O | 12-Mar-13 | 2.00 | $1,171.60 | Telephone conference with working group regarding DC plan issues (1.0); review documents regarding DC plan document issues (1.0). |
| Smith  Eileen M | 13-Mar-13 | 0.25 | $104.40 | QDRO administration for DC Plan (0.25). |
| Smith  Eileen M | 14-Mar-13 | 0.50 | $208.80 | QDRO consulting for DC Plan (0.25); updates to DC Plan project and termination workflows (0.25). |
| Zaleta  Cynthia O | 14-Mar-13 | 1.00 | $585.80 | QDRO review (1.0). |
| Zaleta  Cynthia O | 15-Mar-13 | 1.00 | $585.80 | Update status of open DC plan projects (1.0). |

| Employee | Date | Time | Charges | Description |
|---|---|---|---|---|
| Hotwagner, Christine | 18-Mar-13 | 0.75 | $356.25 | Attend telephone conference with Nortel, Aon and Mercer teams regarding project status (0.75). |
| Zaleta Cynthia O | 18-Mar-13 | 1.50 | $878.70 | Internal Conference with Kathy Schultea regarding DC Plan project (0.5); call with Elizabeth Smith and AonHewitt on DC Plan (0.5); review and update status of open items relating to DC plan (0.5). |
| Smith Eileen M | 18-Mar-13 | 2.00 | $835.20 | Call with working group on DC plan termination issues (0.5); QDRO consulting for DC Plan (1.0); updates to DC Plan project and termination workflows (0.5). |
| Smith Eileen M | 19-Mar-13 | 0.50 | $208.80 | QDRO consulting for DC Plan (0.5). |
| Zaleta Cynthia O | 19-Mar-13 | 0.50 | $292.90 | Review communications for fund changes (0.5). |
| Smith Doug J | 19-Mar-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Hotwagner, Christine | 19-Mar-13 | 0.50 | $237.50 | Internal conference regarding pension fund change issues (0.5). |
| Sachs, Paul | 19-Mar-13 | 0.50 | $400.00 | Internal conference regarding pension fund change issues (0.5). |
| Smith Eileen M | 20-Mar-13 | 0.75 | $313.20 | QDRO consulting for DC Plan (0.75). |
| Corrin Ann | 20-Mar-13 | 1.75 | $477.06 | Outline open issues for new Nortel project (1.75). |
| Zaleta Cynthia O | 21-Mar-13 | 1.00 | $585.80 | Call with Elizabeth Smith and AonHewitt on DC plan issues (0.5); QDRO review (0.5). |
| Smith Eileen M | 21-Mar-13 | 0.50 | $208.80 | QDRO consulting for DC Plan (0.5). |
| Smith Doug J | 21-Mar-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Hotwagner, Christine | 22-Mar-13 | 0.75 | $356.25 | Attend telephone conference with Nortel, Aon and Mercer teams regarding fund change issues (0.75). |
| Smith Eileen M | 22-Mar-13 | 0.50 | $208.80 | Call with working group on DC plan termination issues (0.5). |
| Zaleta Cynthia O | 22-Mar-13 | 1.00 | $585.80 | Review strategy and communications for fund changes (1.0). |
| Corrin Ann | 25-Mar-13 | 3.25 | $885.96 | Research on professional rate issues (3.25). |
| Smith Eileen M | 25-Mar-13 | 1.50 | $626.40 | Updates to DC Plan project and termination workflows for Nortel (1.5). |
| Smith Doug J | 25-Mar-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Dempsey John B | 25-Mar-13 | 0.5 | $374.10 | Develop strategy for benchmarking professional retention (0.5). |
| Knopf Elyse | 25-Mar-13 | 1.00 | $272.60 | Peer review of compensation analysis (1.0). |
| Marcsisin John A | 25-Mar-13 | 1.00 | $272.60 | Peer review and research on research on staffing firm fees by tier (1.0). |
| Mehta, Sahil | 25-Mar-13 | 2.00 | $545.20 | Research on staffing firm fees by tier (2.0). |
| Dluhy Bryan M | 25-Mar-13 | 2.00 | $696.00 | Analysis of retained professional issues (2.0). |
| Corrin Ann | 26-Mar-13 | 1.75 | $477.06 | Research on professional rate issues (1.75). |
| Smith Eileen M | 26-Mar-13 | 1.75 | $730.80 | Call with working group on DC plan termination issues (0.5); updates to DC Plan project and termination workflows for Nortel (1.25). |
| Zaleta Cynthia O | 26-Mar-13 | 2.00 | $1,171.60 | Telephone conference with working group regarding DC plan issues (1.0); review status of open items relating to DC plan (1.0). |
| Knopf Elyse | 26-Mar-13 | 1.50 | $408.90 | Peer review and research for research on staffing firm fees by tier (1.5). |
| Marcsisin John A | 26-Mar-13 | 2.00 | $545.20 | Peer review and research on staffing firm fees by tier (2.0). |

| Employee | Date | Time | Charges | Description |
|---|---|---|---|---|
| Mehta, Sahil | 26-Mar-13 | 2.00 | $545.20 | Research on staffing firm fees for compensation analysis (2.0). |
| Dluhy Bryan M | 26-Mar-13 | 3.00 | $1,044.00 | Research and analysis on retain professional compensation (3.0). |
| Dempsey John B | 26-Mar-13 | 0.50 | $374.10 | Review status of compensation analysis (0.25); conference with Ann Corrin regarding same (0.25). |
| Zaleta Cynthia O | 27-Mar-13 | 2.00 | $1,171.60 | Updates to SPD for DC Plan (2.0). |
| Smith Eileen M | 27-Mar-13 | 1.50 | $626.40 | Updates to DC Plan project and termination workflows for SPD (1.5). |
| Dempsey John B | 27-Mar-13 | 1.00 | $748.20 | Research for compensation analysis (1.0). |
| Corrin Ann | 27-Mar-13 | 3.00 | $817.80 | Research and analysis of professional compensation issues (2.0); conference with John Dempsey regarding same (1.0). |
| Mehta, Sahil | 27-Mar-13 | 1.00 | $272.60 | Research on staffing firm fees (1.0). |
| Dluhy Bryan M | 27-Mar-13 | 2.00 | $696.00 | Research for retained professionals analysis (1.0); draft deck for same (1.0). |
| Dempsey John B | 27-Mar-13 | 1.50 | $1,122.30 | Conference with Ann Corrin regarding findings of professional retention research (1.0); review and revise professional retention analysis based upon same (1.5). |
| Smith Eileen M | 28-Mar-13 | 0.50 | $208.80 | Updates to DC Plan project and termination workflows (0.5). |
| Zaleta Cynthia O | 28-Mar-13 | 0.50 | $292.90 | Review and update status of open items relating to DC plan (0.5). |
| Smith Doug J | 28-Mar-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Dempsey John B | 28-Mar-13 | 1.00 | $748.20 | Prepare report on research results (1.0). |
| Dluhy Bryan M | 28-Mar-13 | 2.00 | $696.00 | Research for retained professionals issues (1.0); revise deck based upon same (1.0). |
| Smith Doug J | 29-Mar-13 | 0.50 | $336.40 | Review and revise strategy and status for DC plan projects (0.5). |
| Zaleta Cynthia O | 1-Apr-13 | 1.00 | $585.80 | Research on DC Plan issues (1.0). |
| Zaleta Cynthia O | 2-Apr-13 | 1.50 | $878.70 | Conference call with working group regarding DC Plan issues (1.5). |
| Smith Doug J | 2-Apr-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Smith Doug J | 3-Apr-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Zaleta Cynthia O | 4-Apr-13 | 1.00 | $585.80 | Draft pension investment committee meeting minutes (1.0). |
| Zaleta Cynthia O | 8-Apr-13 | 2.25 | $1,318.06 | Telephone conference with Kathy Schultea regarding DC Plan (0.5); review pension investment committee meeting minutes (0.75); review status of open items relating to DC plan (1.0). |
| Smith Eileen M | 8-Apr-13 | 2.50 | $1,044.00 | QDRO consulting for DC Plan (1.75); updates to DC Plan project and termination workflows for Nortel (0.75). |
| Smith Doug J | 8-Apr-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Zaleta Cynthia O | 9-Apr-13 | 0.50 | $292.90 | Review pension investment committee meeting minutes (0.5). |
| Smith Eileen M | 9-Apr-13 | 0.75 | $313.20 | QDRO consulting for DC Plan (0.75). |
| Smith Eileen M | 10-Apr-13 | 1.25 | $522.00 | QDRO consulting for DC Plan (0.75); updates to DC Plan project and termination workflows (0.5). |

| Employee | Date | Time | Charges | Description |
|---|---|---|---|---|
| Zaleta  Cynthia O | 10-Apr-13 | 0.50 | $292.90 | Review and update status of open items relating to DC plan  (0.5). |
| Smith  Eileen M | 11-Apr-13 | 2.25 | $939.60 | Updates to DC Plan project and termination workflows (0.5); QDRO consulting for DC Plan (1.75). |
| Zaleta  Cynthia O | 11-Apr-13 | 3.00 | $1,757.40 | Review documents regarding DC plan document issues (2.5); correspondence with working group regarding same (0.5). |
| Smith  Eileen M | 12-Apr-13 | 1.75 | $730.80 | Updates to DC Plan project and termination workflows (0.5); QDRO consulting for DC Plan (1.25). |
| Zaleta  Cynthia O | 12-Apr-13 | 1.00 | $585.80 | QDRO processing for DC Plan (1.0). |
| Mayer  Julie J | 15-Apr-13 | 8.25 | $660.34 | Review of plan termination research by Mercer Washington Resource Group (8.25). |
| Smith  Eileen M | 15-Apr-13 | 0.50 | $208.80 | QDRO consulting for DC Plan (0.5). |
| Smith  Doug J | 15-Apr-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Marcsisin  John A | 15-Apr-13 | 1.50 | $435.00 | Peer review and research for research on staffing firm fees by tier (1.5). |
| Smith  Eileen M | 16-Apr-13 | 1.50 | $626.40 | Call with working group on DC plan termination issues (0.5); QDRO consulting for DC Plan (0.5); updates to DC Plan project and termination workflows (0.5). |
| Zaleta  Cynthia O | 16-Apr-13 | 0.50 | $292.90 | Call with working group on DC plan issues (0.5). |
| Marcsisin  John A | 16-Apr-13 | 0.75 | $217.50 | Peer review and research on staffing firm fees by tier (0.75). |
| Zaleta  Cynthia O | 17-Apr-13 | 2.00 | $1,171.60 | Attend to Pension Investment Committee issues (1.0);  QDRO processing for DC Plan (0.5); review and update status of open items relating to DC plan (0.5). |
| Smith  Eileen M | 17-Apr-13 | 0.25 | $104.40 | QDRO consulting for DC Plan (0.25). |
| Smith  Eileen M | 18-Apr-13 | 1.00 | $417.60 | QDRO consulting for DC Plan (0.25); updates to DC Plan project and termination workflows for Nortel (0.75). |
| Zaleta  Cynthia O | 18-Apr-13 | 0.50 | $292.90 | QDRO processing for DC Plan (0.5). |
| Zaleta  Cynthia O | 19-Apr-13 | 0.50 | $292.90 | Review and update status of open items relating to DC plan  (0.5). |
| Smith  Eileen M | 23-Apr-13 | 1.50 | $626.40 | QDRO consulting for DC Plan (0.75); updates to DC Plan project and termination workflows for Nortel (0.75). |
| Smith  Doug J | 23-Apr-13 | 0.50 | $411.80 | Review and revise strategy and status for DC plan projects (0.5). |
| Smith  Eileen M | 24-Apr-13 | 1.00 | $417.60 | QDRO consulting for DC Plan (0.5); updates to DC Plan project and termination workflows (0.5). |
| Smith  Eileen M | 25-Apr-13 | 1.00 | $417.60 | QDRO consulting for DC Plan (0.75); updates to DC Plan project and termination workflows (0.25). |
| Smith  Eileen M | 30-Apr-13 | 1.00 | $417.60 | Telephone conference with Elizabeth Smith on DC plan termination (1.0). |
| **Totals:** | | **188.50** | **$88,313.22** | |