# EXHIBIT B

**Expenses**
**February 1, 2013 through April 30, 2013**

| Date | Charges | Description |
|---|---|---|
| 8-Feb-13 | $178.57 | New Generation Research |
| 28-Feb-13 | $2,260.35 | Legal - Administrative |
| 31-Mar-13 | $101.70 | Legal - Administrative |
| 1-Apr-13 | $20.00 | Transportation - Working Late / Ann Corrin |
| 1-Apr-13 | $16.54 | Meal - Working Late / Ann Corrin |
| 11-Apr-13 | $20.00 | Meals - New York City - John Dempsey |
| 11-Apr-13 | $20.15 | Meals - New York City - John Dempsey |
| 11-Apr-13 | $156.08 | Hotel - New York City, John Dempsey |
| 30-Apr-13 | $121.86 | Legal - Administrative |

**Total:** **$2,895.25**