# EXHIBIT C



FREEBORN & PETERS LLP

2

March 20, 2013

No: 100089881

For professional services rendered with regard to:

Re: *Nortel Networks*

### [L120] Analysis/Strategy

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| *Feb 21, 2013* | **Sheldon, Kathryn C.**<br>E-mail correspondence with Devon Eggert regarding sixteenth interim fee application (0.1). | 0.10 | 21.50 |
| *Feb 26, 2013* | **Eggert, Devon J.**<br>Multiple e-mail correspondence with Doug Smith regarding open items for completing fee application (0.2); review and revise draft of same (2.2). | 2.40 | 732.00 |
| *Feb 26, 2013* | **Sheldon, Kathryn C.**<br>Multiple e-mail correspondence with Devon Eggert regarding fee application (0.3); draft interim fee application (1.0); draft quarterly fee application (0.4); review and revise exhibits to same (0.6). | 2.30 | 494.50 |
| *Feb 27, 2013* | **Eggert, Devon J.**<br>Additional revisions to sixteenth fee application and exhibits (1.5); telephone conference with Sonya Park of Mercer regarding additional information for finalizing same (0.1); conference with Katie Sheldon regarding same (0.1). | 1.70 | 518.50 |
| *Feb 27, 2013* | **Sheldon, Kathryn C.**<br>Revise interim and quarterly fee applications (1.6); draft notices and certificates of service for same (0.4); multiple e-mail correspondence and telephone conferences with Devon Eggert regarding same (0.3). | 2.30 | 494.50 |
| *Feb 28, 2013* | **Sheldon, Kathryn C.**<br>Revisions to 16th interim fee application (0.6); file 16th interim and 16th quarterly fee applications (0.3); conference with Devon Eggert regarding same (0.2). | 1.10 | 236.50 |



**FREEBORN & PETERS LLP**

3                                                                March 20, 2013

| | | |
|---|---:|---:|
| Total [L120] Analysis/Strategy | 9.90 | 2,497.50 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---:|---:|---:|
| Eggert, Devon J. | 4.10 | 305.00 | $1,250.50 |
| Sheldon, Kathryn C. | 5.80 | 215.00 | $1,247.00 |
| TOTAL HOURS | 9.90 | | |
| TOTAL FEES | | | $2,497.50 |

## DISBURSEMENTS

**[E101] Copying**

*Feb 28, 2013    FIRM    Photocopying*                                        12.60

| | |
|---|---:|
| Total [E101] Copying | $12.60 |
| Total Inception to Date [E101] Copying | $240.88 |

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Photocopying | 12.60 |
| TOTAL DISBURSEMENTS | $12.60 |

| | |
|---|---:|
| TOTAL FEES AND DISBURSEMENTS | $2,510.10 |

2825133v1



FREEBORN & PETERS LLP

2

April 30, 2013

No: 100093225

For professional services rendered with regard to:

Re: *Nortel Networks*

### [L120] Analysis/Strategy

| Date | Timekeeper | | Hours | Fees |
|---|---|---|---|---|
| *Mar 14, 2013* | **Sheldon, Kathryn C.** Review order on sixteenth interim fee application (0.1). | | 0.10 | 21.50 |
| *Mar 26, 2013* | **Eggert, Devon J.** Review and prepare for hearing on sixteenth quarterly fee application (0.2); attend same (0.1). | | 0.30 | 91.50 |
| Total [L120] Analysis/Strategy | | | 0.40 | 113.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.30 | 305.00 | $91.50 |
| Sheldon, Kathryn C. | 0.10 | 215.00 | $21.50 |
| TOTAL HOURS | 0.40 | | |
| TOTAL FEES | | | $113.00 |

TOTAL FEES AND DISBURSEMENTS                               $113.00

2849213v1/06774-0022



# Freeborn

FREEBORN & PETERS LLP

2                                                                              May 16, 2013

No: 100095289

For professional services rendered with regard to:

*Re: Nortel Networks*

### [L110] Fact Investigation/Development

| | | | |
|---|---|---|---|
| ***Apr 9, 2013*** | ***Sheldon, Kathryn C.*** <br> Review and analyze Nortel order on amended procedures order (0.4). | 0.40 | 86.00 |
| Total [L110] Fact Investigation/Development | | 0.40 | 86.00 |

### FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Sheldon, Kathryn C. | 0.40 | 215.00 | $86.00 |
| TOTAL HOURS | 0.40 | | |

TOTAL FEES                                                                                                    $86.00

### DISBURSEMENTS

### [E114] Witness Fees

| | | | |
|---|---|---|---|
| ***Apr 17, 2013*** JPT | *Appearance fee* <br> VENDOR: American Express; INVOICE#: STMT04/17/13; DATE: 4/17/2013 <br> 03/27 Telephonic appearance -- D. Eggert | | 58.00 |

Total [E114] Witness Fees                                                                              $58.00
Total Inception to Date [E114] Witness Fees                                              $118.00



FREEBORN & PETERS LLP
3                                                                                                     May 16, 2013

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Appearance fee | 58.00 |
| TOTAL DISBURSEMENTS | $58.00 |

| | |
|---|---:|
| TOTAL FEES AND DISBURSEMENTS | $144.00 |

c:\bills\606159.bil

2864442v1/06774-0022