States Bankruptcy Court for the District of Delaware

824 North Market Street 6th Floor Courtroom #3 Wilmington, Delaware

Nortel USLTD Employee Motion Compelling debtors to admit my claim for Severance Allowance as valid per Nortel Netwok Severance Allowance Plan and issue payment.

Filed May 28, 2013.

*Vada Wilson*