**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,[1]

        Debtors.

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**RE:  D.I. [9598, 9600, 9647, 9665, 9674, 10151, 10170, 10454, 10186, 10452, 10454, 10603, 10730]**

---

## ORDER DENYING
## NORTEL US LTD EMPLOYEES MOTIONS COMPELLING DEBTORS TO ADMIT MY CLAIM FOR SEVERANCE ALLOWANCE AS VALID PER NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN AND ISSUE PAYMENT

Upon consideration of the *Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance Plan and Issue Payment* (the "Motions")[2]; and upon consideration of the *Debtors' Omnibus Objection to Various Nortel US LTD Employees Motions*

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] The Motions include the following: *Najam ud Dean, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment*, filed March 7, 2013 [D.I. 9598]; *Scott David Howard, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment*, filed March 7, 2013 [D.I. 9600]; *Remajos Brown, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment*, filed March 11, 2013 [D.I. 9647]; *Fred Lindow, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment*, filed March 15, 2013 [D.I. 9665]; *Estelle Loggins, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment*, filed March 18, 2013 [D.I. 9674]; *Vada Wilson Motion*, filed April 15, 2013 and 10151 [D.I.s 10151 and 10730]; *John J. Rossi, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment*, filed April 18, 2013 [D.I. 10170]; *Dennis Wayne Bullock, Nortel US LTD Employee, Motion Compelling Debtors to Admit My Claim for Severance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment*, filed May 6, 2013 [D.I. 10454].

*Compelling Debtors to Admit My Claim for Severance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment* [D.I. _____] (the "Objection"); and it appearing that the Court has jurisdiction to consider the Motions and the relief requested therein; and due notice of the Motions having been provided; and it appearing that no other or further notice need be provided it is hereby:

1. **ORDERED**, that the Motions are DENIED WITH PREJUDICE; and it is further

2. **ORDERED**, that the Debtors are not required to pay severance under the Nortel Networks Severance Allowance Plan or the Nortel Networks Enhanced Severance Allowance Plan to the Movants; and it is further

4. **ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE