IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Hearing date: June 25, 2013 at 10:00 a.m. (ET)<br>Objections due: June 3, 2012 at 10:00 a.m. (ET)<br>RE: D.I.s 9598, 9600, 9647, 9665, 9674, 10151, 10170, 10186, 10452, 10454, 10603, 10730 |

DECLARATION OF JOHN J. RAY III IN
SUPPORT OF DEBTORS' OMNIBUS OBJECTION TO VARIOUS
NORTEL US LTD EMPLOYEES' MOTIONS COMPELLING DEBTORS TO
ADMIT MY CLAIM FOR SEVERANCE ALLOWANCE AS VALID PER
NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN AND ISSUE PAYMENT

I, John J. Ray III, declare under penalty of perjury as follows:

1. On January 6, 2010, upon the motion of Nortel Networks Inc. ("NNI") and the other above-captioned debtors (together, the "Debtors"), I was appointed by this court as Debtors' Principal Officer, *nunc pro tunc* to December 7, 2009. I am also Senior Managing Director and the sole member of Avidity Partners, LLC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

2.    I submit this declaration in support of the *Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance as Valid per Nortel Networks Severance Allowance Plan and Issue Payment* (the "Objection").

3.    In order to place before the Court documents relevant to the Objection, attached to this declaration are true and correct copies of the following documents obtained from the Debtors' records:

**Exhibit 1:**    Nortel Networks Severance Allowance Plan

**Exhibit 2:**    Nortel Networks Enhanced Severance Allowance Plan

**Exhibit 3:**    June 28, 2010 Letter from Nortel

**Exhibit 4:**    July 20, 2010 letter from Nortel

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:   June 2  , 2013

                                          */s/ John J. Ray III*
                                          John J. Ray, III