**EXHIBIT 3**



**NORTEL**

**June 28, 2010**

<NAME>
<ADDRESS 1>
<ADDRESS 2>
<CITY>, <STATE>, <ZIP>

Dear US LTD Program Participant:

This package is a follow up to the letter dated June 17, 2010 that you received in the mail.  As indicated, on August 31, 2010, Nortel Networks Inc., as the plan sponsor, is planning to terminate the existing long-term disability (LTD) plan, and has filed for approval with the bankruptcy court to do so.  Since the company has sold most of its divisions and is now maintaining only a small transition support staff, your employment will terminate on August 31, 2010, as there are no jobs to return to.

Enclosed is the following:
1. Your employment termination information package.  Employment termination packages are standard, and as such there may be information that is not relevant to you given your long-term disability status.

    If you have questions regarding the employment termination package, contact Nortel HR Shared Services at 1-800-676-4636.

2. A life insurance conversion letter.  Should you wish to convert your policy to a personal policy, this letter provides important instructions on the process and timing.

**IMPORTANT REMINDER:** As indicated in your June 17 letter, long-term disability payments will be discontinued August 31, 2010.  Your long-term disability payment from Prudential in August 2010 will be the last plan payment you will receive.

For all other questions and contact details, please refer to the June 17 letter and Frequently Asked Questions document for additional information.