**EXHIBIT 4**



# NORTEL

[Redacted]
[Redacted]

[Redacted]

July 20, 2010

Subject:  Withdrawal of Motion to Terminate US Retiree and Long Term Disability Plans

As you are aware, on June, 21, 2010, Nortel Networks Inc. and its affiliated U.S. debtors filed a motion seeking to terminate certain retiree and long-term disability benefits effective as of August 31, 2010.

In light of certain recent developments, Nortel filed a notice of withdrawal last week with the U.S. Bankruptcy Court.   You might have already received a copy of this notice in the mail as a result of the court notification process.

What this means is your benefits under the applicable plans will *not* be discontinued on August 31, 2010. and the plans, including your monthly LTD income check and the administration of claims, are expected to continue uninterrupted.  You should disregard the Employment Termination Package and COBRA notifications you have already received as they are **no longer applicable.** Participants should continue to remit plan contributions on a timely basis consistent with past practice.

In light of this decision, Nortel has requested that UnitedHealthcare suspend its enrollment of participants, including any scheduled meetings and conference calls.  Anyone who has already enrolled and paid a premium for this alternative coverage may contact UnitedHealthcare directly at 1-877-709-0758 (65 and over) or 1-877-247-0085 (under 65) to initiate a cancellation and request a refund of premium.   As the policies are individual policies between the enrollee and UnitedHealthcare the participant must initiate the cancellation.

Although your benefits under the plans will not be terminated effective August 31, 2010 the company continues to review its various benefit programs in light of its current circumstances to determine the appropriate status of these plans now and in the future.  It is possible that the company will seek modification or termination of some or all of the benefits at a later time.

If you have any questions, please contact HR Shared Services at 1-800-676-4636.

Sincerely,

Elena King
Senior Vice President, Human Resources