IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTEL NETWORKS INC., *et al.*, ) | Case No. 09-10138 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**MOTION AND ORDER FOR ADMISSION
*PRO HAC VICE* OF RICHARD F. HANS**

I, Selinda A. Melnik, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, for the admission *pro hac vice* of Richard F. Hans (the "**Admittee**") of DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020, to represent the Canadian Creditors Committee in the above-captioned cases. The Admittee is a member in good standing of the Bar of the State of New York and is admitted to practice before the United States District Courts for the Eastern and Southern Districts of New York, the United States Courts of Appeals for the Second Circuit and Fourth Circuit, and The United States Supreme Court.

Dated: April 23, 2013
Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/ Selinda A. Melnik*
Selinda A. Melnik (DE #4032)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone: 302-468-5700
Facsimile: 302-468-5616
Email: selinda.melnik@dlapiper.com

*Attorneys for The Canadian Creditors Committee*

EAST\55685398.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases as provided in Local Rule 9010-1, and have access to, or have acquired a copy of the Local Rules and am generally familiar with those Local Rules. In accordance with the *Revised Standing Order for the District Court Fund* effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Office of the Clerk of Court for District Court prior to the filing of this motion.

Dated: April 23, 2013
Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/ Richard F. Hans*
Richard F. Hans (NY #2593200)
1251 Avenue of the Americas
27th Floor
New York, NY  10020-1104
Telephone: 212-335-4500
Facsimile:  212-335-4501
Email: richard.hans@dlapiper.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: June 3, 2013

Kevin Gross
United States Bankruptcy Judge

EAST\55685398.1            2