**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Hearing Date: June 25, 2013 at 10:00 a.m. ET** |

**SEVENTEENTH QUARTERLY FEE APPLICATION OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF FEBRUARY 1, 2013 THROUGH APRIL 30, 2013**

E&Y LLP hereby submits its seventeenth quarterly fee application request (the "Request") for the period February 1, 2013 through and including April 30, 2013 (the "Compensation Period").

E&Y LLP seeks approval of the following fee application:

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 5/31/2013 | 2/1/13-4/30/13 | $1,480,443 | $0 | pending | $1,184,354.40 | $0 | $296,088.60 |
| **TOTAL** | | **$1,480,443** | **$0** | | **$1,184,354.40** | | **$296,088.60** |

E&Y LLP seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, E&Y LLP respectfully requests that the Court enter the order

---

[1] Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4838-9980-5204.1

enter the order attached hereto as Exhibit A and grant E&Y LLP such other and further relief as is just and proper..

Dated: June 3, 2013                                    Respectfully submitted,

                                              /s/ Joanne Lee
                                              Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**
**FEBRUARY 1, 2013 THROUGH APRIL 30, 2013**

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Fixed Fee | N/A | N/A | ~3,294.0 | $1,350,000 |
| Abbott, Douglas J. | Partner | $640 | 3.0 | $1,920 |
| Ahluwalia, Siddhartha | Manager | $450 | 48.0 | $21,600 |
| Davidson, Garrett M. | Senior | $315 | 11.6 | $3,654 |
| Flagg, Nancy A. | Executive Director | $640 | 1.1 | $704 |
| Gentile, Matthew Donald | Senior Manager | $550 | 21.6 | $11,880 |
| Heroy, Jessica R. | Manager | $450 | 18.0 | $8,100 |
| Htu, Yi | Staff | $185 | 13.0 | $2,405 |
| Jacks, Sarah Butler | Senior Manager | $550 | 2.3 | $1,265 |
| Jurcic, Kata | Manager | $450 | 15.2 | $6,840 |
| Lonard, Jeffrey | Senior Manager | $550 | 1.0 | $550 |
| Nolan, William G. | Executive Director | $640 | 0.5 | $320 |
| Papakonstantinou, Tina | Staff | $185 | 17.5 | $3,238 |
| Pearson, Kristen | Staff | $185 | 9.3 | $1,721 |
| Poorman, Melissa | Senior | $315 | 37.9 | $11,939 |
| Rimmke, Bryan Arthur | Manager | $450 | 5.5 | $2,475 |
| San Pedro, Miguel Carolos | Staff | $185 | 5.1 | $938 |
| Sargent, Amy Johannah | Executive Director | $640 | 1.3 | $832 |
| Scott, James E. | Partner | $640 | 12.4 | $7,936 |
| Sloop, Erin Pamela | Staff | $185 | 3.4 | $629 |
| Tufino, Salvatore J. | Executive Director | $640 | 5.0 | $3,200 |
| Vogedes, Leigh | Staff | $185 | 10.2 | $1,887 |
| Williams, Charles F. | Executive Director | $640 | 9.0 | $5,760 |
| Wood, Jeffrey T. | Executive Director | $640 | 47.4 | $30,336 |
| Young, Suzanne N. | Senior | $315 | 1.0 | $315 |
| **TOTAL** | | | **~3,594.3** | **$1,480,443** |

4838-9980-5204.1

2

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY
## FEBRUARY 1, 2013 THROUGH APRIL 30, 2013

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fixed Fees | ~3,294.0 | $1,350,000 |
| Foreign Jurisdiction Tax Assistance | 10.2 | $6,528 |
| FBAR | 18.2 | $7,878 |
| Payroll | 18.0 | $8,100 |
| E&P Analysis | 12.0 | $4,101 |
| Secretary of State Applications | 89.1 | $30,706 |
| Pre-Controversy Transfer Pricing | 87.6 | $36,708 |
| Modeling | 65.2 | $36,422 |
| **TOTAL** | **~3,594.3** | **$1,480,443** |

## CUMULATIVE EXPENSE SUMMARY
## FEBRUARY 1, 2013 THROUGH APRIL 30, 2013

| Expense Category | Total Expenses |
|---|---:|
| **TOTAL** | **$0** |

4838-9980-5204.1