# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
:
          Debtors.                 :    Jointly Administered
:
:
:    **Re: D.I. 10731, 10732**
---------------------------------------------------------X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on June 3, 2013, copies of the **(1) Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment** (D.I. 10731) and **Declaration of John J. Ray III in Support of Debtors' Omnibus Objection to Various Nortel US LTD Employees' Motions Compelling Debtors to Admit My Claim for Severance Allowance as Valid Per Nortel Networks Severance Allowance Plan and Issue Payment** (D.I. 10732) were served in the manner indicated upon the individuals identified on the attached service list.

Dated: June 3, 2013
Wilmington, Delaware

                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                  James L. Bromley (admitted pro hac vice)
                                  Lisa M. Schweitzer (admitted pro hac vice)
                                  One Liberty Plaza
                                  New York, NY 10006
                                  Telephone: (212) 225-2000
                                  Facsimile: (212) 225-3999

                                  and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6961736.12

**Via Hand Delivery**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207 Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

**Via First Class Mail**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036

Thomas R. Kreller
Milbank Tweed Hadley & McLoy LLP
601 South Figueroa St., Suite 3000
Los Angeles, CA 90017

Najam ud Dean
6 Augusta Drive
Millbury, MA 01527

Scott David Howard
2050 Cabiao Road
Placerville, CA 95667

Remajos Brown
2353 Sword Drive
Garland, TX 75044

Fred Lindow
PO Box 33206
Los Gatos, CA 95031

Estelle Loggins
250 Old Mill Lane
Dallas, TX 75217

Vada Wilson
101 Teny's Lane
Rougemont, NC 27572

John J. Rossi
1568 Woodcrest Drive
Wooster, OH 44691

Dennis Wayne Bullock
3557 Jacobs Road
Stem, NC 27581