**Exhibit C** – Extracted From Epiq Bankruptcy Docket, Small Subset Of Post Petition Severance Claims Allowed By Nortel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re                                                          :   Chapter 11
                                                               :
Nortel Networks Inc., et al.,[1]                               :   Case No. 09-10138 (KG)
                                                               :
                Debtors.                                       :   Jointly Administered
---------------------------------------------------------------X

## FOURTH NOTICE OF SETTLEMENT OF CERTAIN
## POST-PETITION CLAIMS AGAINST THE DEBTORS

**WHEREAS**, on May 7, 2012, the Debtors filed a Motion for an Order Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (D.I. 7617) (the "Motion"); and

**WHEREAS**, on May 24, 2012, the Court approved the Motion and entered an Order (the "Order") Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees Terminated Post-Petition (D.I. 7685) permitting the Debtors, *inter alia*, to settle on no or limited advance notice certain smaller claims of employees terminated post-petition against the Debtors ("Limited Notice Claims Settlements").

**PLEASE TAKE NOTICE** that, pursuant to paragraph 2(f) of the Order, the Debtors hereby file their Fourth Settled Post-Petition Employee Claims Notice attached as Exhibit A, listing the Proofs of Claims settled in the Limited Notice Claims Settlements from January 5, 2013 through April 5, 2013.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] This notice does not list the three Limited Notice Claims Settlements received by the Debtors during this period that are subject to the additional notice requirements of paragraphs 2(d) and 2(e) of the Order, which Limited Notice Claims Settlements will be dealt with in accordance with such paragraphs.

Dated: April 17, 2013
      Wilmington, Delaware

                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
Neil P. Forrest (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and –

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

2

# EXHIBIT A

### (i) Proofs of Claim Settled From January 5, 2013 Through April 5, 2013[3]

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| AHMAD, REAZ | 3872 | $35,458.19 | $1,267.12 | $1,724.69 | $38,450.00 | NORTEL NETWORKS INC. |
| ALFORD, MARIANNE P. | 7677 | $7,009.47 | $1,905.89 | $13,373.04 | $22,288.40 | NORTEL NETWORKS INC. |
| ALLEN, JOHN B. | 7637 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ALLEN, JOHN B. | 7938 | $84,382.53 | $1,466.54 | $9,548.74 | $95,397.81 | NORTEL NETWORKS INC. |
| ANDERSON, BRYAN A. | 7992 | $37,803.58 | $1,473.83 | $9,596.23 | $48,873.64 | NORTEL NETWORKS INC. |
| APTER, WILLIAM | 8339 | $59,455.28 | $1,175.52 | $3,422.07 | $64,052.87 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 1614 | $70,675.69 | $1,527.75 | $534.71 | $72,738.15 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 8286 | $46,254.41 | $1,685.72 | $4,139.39 | $52,079.52 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 1589 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 7965 | $27,641.00 | $1,241.37 | $7,675.76 | $36,558.13 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 3692 | $23,405.95 | $1,321.13 | $1,798.20 | $26,525.28 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 1620 | $68,940.13 | $1,408.54 | $1,079.88 | $71,428.55 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 1711 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 6449 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 6450 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 6455 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 6456 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 6457 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

---

[3] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims' Settlements.

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| ASM CAPITAL IV, L.P. | 6458 | $11,386.71 | $677.56 | $410.30 | $12,474.57 | NORTEL NETWORKS INC. |
| ASM CAPITAL IV, L.P. | 2028 | $29,930.14 | $1,916.56 | $2,257.27 | $34,103.97 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 4400 | $60,445.09 | $1,266.16 | $1,737.45 | $63,448.70 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 8176 | $71,461.69 | $1,442.86 | $8,184.23 | $81,088.78 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 3098 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 6897 | $55,039.13 | $940.22 | $261.17 | $56,240.52 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 3209 | $8,886.87 | $2,318.32 | $2,820.61 | $14,025.80 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 3693 | $21,223.35 | $1,253.35 | $647.56 | $23,124.26 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 1196 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 8216 | $24,790.11 | $1,052.66 | $660.84 | $26,503.61 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 639 | $64,986.90 | $1,495.29 | $415.36 | $66,897.55 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 1428 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 7842 | $35,896.19 | $1,589.89 | $1,227.75 | $38,713.83 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 8117 | $17,989.12 | $1,265.36 | $7,500.73 | $26,755.21 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 7351 | $6,084.22 | $1,654.32 | $4,898.63 | $12,637.17 | NORTEL NETWORKS INC. |
| ASM CAPITAL, L.P. | 967 | $4,047.36 | $2,057.98 | $788.89 | $6,894.23 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 3046 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 3047 | $49,626.45 | $1,131.73 | $1,464.96 | $52,223.14 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 8032 | $5,289.85 | $1,288.46 | $6,234.71 | $12,813.02 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 6613 | $56,581.56 | $1,125.87 | $2,076.62 | $59,784.05 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 7039 | $38,750.01 | $1,420.28 | $2,012.07 | $42,182.36 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| ASM SIP, L.P. | 3701 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 7079 | $32,354.05 | $1,196.08 | $1,628.00 | $35,178.13 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 1314 | $22,402.22 | $977.07 | $754.52 | $24,133.81 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 5480 | $26,351.15 | $1,332.36 | $1,813.49 | $29,497.00 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 6475 | $74,685.15 | $1,546.81 | $2,784.25 | $79,016.21 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 7849 | $24,773.02 | $1,053.67 | $5,344.46 | $31,171.15 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 1179 | $25,476.23 | $1,174.92 | $287.20 | $26,938.35 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 579 | $34,083.79 | $1,667.59 | $453.95 | $36,205.33 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 4592 | $76,214.74 | $1,552.24 | $2,190.38 | $79,957.36 | NORTEL NETWORKS INC. |
| ASM SIP, L.P. | 7596 | $55,480.96 | $1,502.19 | $3,646.99 | $60,630.14 | NORTEL NETWORKS INC. |
| ATNAFE, WOUBIT | 6062 | $30,612.35 | $938.71 | $1,324.62 | $32,875.68 | NORTEL NETWORKS INC. |
| BARIAHTARIS, ROBERT | 7651 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| BARIAHTARIS, ROBERT | 7699 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| BARIAHTARIS, ROBERT | 7899 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| BARIAHTARIS, ROBERT | 8314 | $34,974.33 | $1,347.18 | $7,985.79 | $44,307.30 | NORTEL NETWORKS INC. |
| BASSO, WILLY | 8186 | $27,785.76 | $1,093.21 | $4,348.54 | $33,227.51 | NORTEL NETWORKS (CALA) INC. |
| BENNETT, PATRICIA | 6173 | $14,093.43 | $683.59 | $930.45 | $15,707.47 | NORTEL NETWORKS INC. |
| BENNETT, PATRICIA M. | 3605 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| BENTIVEGNA, KAREN | 7004 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| BENTIVEGNA, KAREN | 7005 | $20,083.98 | $779.45 | $1,667.17 | $22,530.60 | NORTEL NETWORKS INC. |
| BENTIVEGNA, KAREN U. | 7003 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| BERGER, CLINTON | 3206 | $35,973.82 | $1,908.99 | $2,248.36 | $40,131.17 | NORTEL NETWORKS INC. |
| BIBBY, BRIAN | 2382 | $9,171.67 | $3,389.93 | $922.81 | $13,484.41 | NORTEL NETWORKS INC. |
| BIGGERS, TRACY | 7465 | $9,698.60 | $849.51 | $2,949.69 | $13,497.80 | NORTEL NETWORKS INC. |
| BOEHLKE, MARK | 7035 | $37,822.68 | $815.24 | $1,644.07 | $40,281.99 | NORTEL NETWORKS INC. |
| BORIS, RICHARD A. | 7240 | $41,666.18 | $2,326.28 | $16,322.70 | $60,315.16 | NORTEL NETWORKS INC. |
| BOURGEOIS, GEORGE H. JR. | 7792 | $24,453.61 | $1,347.72 | $6,484.02 | $32,285.35 | NORTEL NETWORKS INC. |
| BOWENS, LEONARDO D. | 8107 | $43,554.31 | $1,032.63 | $7,245.67 | $51,832.61 | NORTEL NETWORKS INC. |
| BUCHANAN, CATHERINE C. | 7954 | $51,502.63 | $1,293.13 | $8,491.58 | $61,287.34 | NORTEL NETWORKS INC. |
| CARPENTER JR, JOHN | 4065 | $8,210.54 | $2,721.73 | $3,326.56 | $14,258.83 | NORTEL NETWORKS INC. |
| CAUDILL, ROGER W. JR | 8447 | $18,490.39 | $898.32 | $4,172.19 | $23,560.90 | NORTEL NETWORKS INC. |
| CHANDLER, DAWN M. | 7852 | $9,980.51 | $874.20 | $4,361.31 | $15,216.02 | NORTEL NETWORKS INC. |
| CHAWLA, TEJMOHAN | 6047 | $38,717.26 | $1,338.92 | $2,045.58 | $42,101.76 | NORTEL NETWORKS INC. |
| CHISHOLM, ELAINE | 7034 | $46,925.27 | $2,133.51 | $14,970.10 | $64,028.88 | NORTEL NETWORKS INC. |
| CLOUGH, DONALD | 7564 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CLOUGH, DONALD | 7855 | $39,086.47 | $1,802.60 | $7,020.14 | $47,909.21 | NORTEL NETWORKS INC. |
| COLGAN, KEVIN | 7747 | $16,511.79 | $1,007.15 | $4,341.96 | $21,860.90 | NORTEL NETWORKS INC. |
| CONNOLLY, JAMES | 7811 | $45,528.14 | $1,917.42 | $10,694.95 | $58,140.51 | NORTEL NETWORKS INC. |
| COOPER, LINDA F. | 8345 | $11,855.02 | $558.76 | $1,372.07 | $13,785.85 | NORTEL NETWORKS INC. |
| COOPER, MICHAEL | 6956 | $46,779.07 | $1,009.50 | $1,430.12 | $49,218.69 | NORTEL NETWORKS INC. |
| CORPENING, STEPHEN K. | 1034 | $56,052.07 | $923.00 | $246.13 | $57,221.20 | NORTEL NETWORKS INC. |
| CREASY, JEFFREY | 7911 | $70,183.42 | $1,872.67 | $13,139.88 | $85,195.97 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| DALRYMPLE, NEIL | 7536 | $10,992.79 | $1,270.02 | $4,960.16 | $17,222.97 | NORTEL NETWORKS INC. |
| DAVILA, PRISCILLA C. | 7524 | $9,070.57 | $3,557.09 | $13,595.98 | $26,223.64 | NORTEL NETWORKS INC. |
| DEBOURG-BROWN, DEBORAH J. | 7449 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DEBOURG-BROWN, DEBORAH J. | 8016 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DEBOURG-BROWN, DEBORAH J. | 8224 | $27,222.10 | $1,347.26 | $8,772.15 | $37,341.51 | NORTEL NETWORKS INC. |
| DELZER, MARCI | 7470 | $30,789.42 | $1,453.85 | $7,010.81 | $39,254.08 | NORTEL NETWORKS INC. |
| DHOKIA, ANILA | 4607 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| DHOKIA, ANILA | 8043 | $65,504.12 | $2,384.37 | $16,730.37 | $84,618.86 | NORTEL NETWORKS INC. |
| DISE, ROGER | 7950 | $28,302.68 | $1,492.67 | $9,718.95 | $39,514.30 | NORTEL NETWORKS INC. |
| DO, THUC | 8360 | $14,901.50 | $922.06 | $2,551.04 | $18,374.60 | NORTEL NETWORKS INC. |
| DOYLE, PAUL | 7503 | $77,484.24 | $1,411.52 | $5,497.06 | $84,392.82 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC | 8346 | $53,881.15 | $1,237.54 | $3,581.99 | $58,700.68 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC | 4845 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC | 6977 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC | 1188 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC | 1897 | $15,861.23 | $1,816.17 | $484.31 | $18,161.71 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC AS | 8202 | $48,139.18 | $725.90 | $996.10 | $49,861.18 | NORTEL NETWORKS INC. |
| FAIR HARBOR CAPITAL, LLC AS | 8203 | $17,928.91 | $986.01 | $1,802.20 | $20,717.12 | NORTEL NETWORKS INC. |
| GAVASTO, PAULA M. | 7462 | $7,448.90 | $1,231.22 | $4,794.93 | $13,475.05 | NORTEL NETWORKS INC. |
| GILES, DANIEL | 2741 | $88,183.38 | $1,603.01 | $997.43 | $90,783.82 | NORTEL NETWORKS INC. |
| GOLDBERG, CHARLOTTE | 6154 | $40,733.75 | $1,341.15 | $1,892.51 | $43,967.41 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| GRAINGER, WESLEY | 3226 | $32,474.65 | $2,564.91 | $626.98 | $35,666.54 | NORTEL NETWORKS INC. |
| GREER, DEBORAH A. | 7626 | $53,993.82 | $860.99 | $3,860.12 | $58,714.93 | NORTEL NETWORKS INC. |
| GYGER, MICHAEL | 793 | $8,397.70 | $3,451.11 | $939.46 | $12,788.27 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8349 | $49,947.23 | $1,033.63 | $1,337.97 | $52,318.83 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LLC | 8317 | $18,159.55 | $990.52 | $242.12 | $19,392.19 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LTD | 7170 | $76,300.77 | $1,533.34 | $2,342.61 | $80,176.72 | NORTEL NETWORKS INC. |
| HAIN CAPITAL HOLDINGS, LTD | 6122 | $81,207.75 | $1,637.07 | $2,310.09 | $85,154.91 | NORTEL NETWORKS INC. |
| HALE, DAVID | 4174 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HALE, DAVID | 7142 | $44,368.12 | $1,542.64 | $711.33 | $46,622.09 | NORTEL NETWORKS INC. |
| HAMILL, TIMOTHY | 7618 | $24,813.96 | $1,043.33 | $6,793.26 | $32,650.55 | NORTEL NETWORKS INC. |
| HANSEN, KRISTEN | 7832 | $27,649.98 | $1,365.80 | $6,684.87 | $35,700.65 | NORTEL NETWORKS INC. |
| HARTSHORN, TEFFIE | 8004 | $0.00 | $0.00 | $15,734.26 | $15,734.26 | NORTEL NETWORKS INC. |
| HAUGHEY, KAREN D. | 7628 | $17,997.92 | $1,124.48 | $4,847.76 | $23,970.16 | NORTEL NETWORKS INC. |
| HAWKINS, JOHN | 7619 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAWKINS, JOHN | 7937 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HAWKINS, JOHN | 8123 | $48,216.67 | $1,482.07 | $10,399.19 | $60,097.93 | NORTEL NETWORKS INC. |
| HILLIS JENKINS, RUTH | 3775 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HILLIS, RUTH | 8219 | $66,089.39 | $2,419.88 | $14,344.46 | $82,853.73 | NORTEL NETWORKS INC. |
| HITCHINGS, GAYLA LINDSAY | 7962 | $52,201.49 | $1,434.10 | $9,337.63 | $62,973.22 | NORTEL NETWORKS INC. |
| HOLLEY, CHAUNTELE M. | 8191 | $15,069.19 | $899.95 | $1,924.89 | $17,894.03 | NORTEL NETWORKS INC. |
| HOLLOWELL, GAY | 7475 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

6

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| HOLLOWELL, GAY | 7936 | $46,813.94 | $797.97 | $4,730.16 | $52,342.07 | NORTEL NETWORKS INC. |
| HOPKINS, RICHARD | 7320 | $38,632.51 | $1,271.04 | $3,700.13 | $43,603.68 | NORTEL NETWORKS INC. |
| HOSKINS, GEORGE B. | 7505 | $48,407.38 | $1,168.63 | $5,038.11 | $54,614.12 | NORTEL NETWORKS INC. |
| HSIEH, PEN | 5477 | $51,646.67 | $1,906.56 | $2,605.64 | $56,158.87 | NORTEL NETWORKS INC. |
| IAGER, CARIN | 8169 | $24,056.21 | $783.59 | $1,475.76 | $26,315.56 | NORTEL NETWORKS INC. |
| JOHNS, RICHARD L. | 749 | $53,432.69 | $1,261.03 | $350.28 | $55,044.00 | NORTEL NETWORKS INC. |
| JOHNSON, ROBERT | 7352 | $7,185.96 | $2,184.92 | $10,159.88 | $19,530.76 | NORTEL NETWORKS INC. |
| JONES, D.J. | 7959 | $81,068.76 | $1,716.34 | $11,175.33 | $93,960.43 | NORTEL NETWORKS INC. |
| JULIANO, FRANK | 4832 | $44,862.18 | $1,551.43 | $430.95 | $46,844.56 | NORTEL NETWORKS INC. |
| KASHANIAN, ALI | 6471 | $24,631.93 | $1,040.54 | $1,028.98 | $26,701.45 | NORTEL NETWORKS INC. |
| KENNEDY, JACLYN A. | 7918 | $72,820.45 | $1,467.83 | $8,073.04 | $82,361.32 | NORTEL NETWORKS INC. |
| KHAN, MUHAMMAD | 2419 | $23,803.55 | $1,379.91 | $605.63 | $25,789.09 | NORTEL NETWORKS INC. |
| KING, DENNY | 6717 | $71,013.78 | $1,691.03 | $3,306.90 | $76,011.71 | NORTEL NETWORKS INC. |
| KING, JAMES R. JR. | 7668 | $68,156.00 | $1,338.29 | $5,100.36 | $74,594.65 | NORTEL NETWORKS INC. |
| KINGSLEY, SUSAN E. | 7420 | $30,243.73 | $920.82 | $4,128.33 | $35,292.88 | NORTEL NETWORKS INC. |
| KLING, RAYMOND | 4613 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| KLING, RAYMOND J | 4615 | $43,840.53 | $1,056.97 | $375.81 | $45,273.31 | NORTEL NETWORKS INC. |
| KUMAR, RAVI | 1264 | $16,239.75 | $891.20 | $608.99 | $17,739.94 | NORTEL NETWORKS INC. |
| LANE, ALLAN G. | 7833 | $82,597.07 | $1,259.31 | $7,464.94 | $91,321.32 | NORTEL NETWORKS INC. |
| LANGAN, THOMAS C. | 7817 | $35,008.49 | $1,342.47 | $5,578.68 | $41,929.64 | NORTEL NETWORKS INC. |
| LEBLANC, MARY JO A. | 7666 | $66,567.60 | $1,471.47 | $8,722.54 | $76,761.61 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| LEE, JAY | 7691 | $13,955.67 | $1,222.39 | $5,201.96 | $20,380.02 | NORTEL NETWORKS INC. |
| LO, DIANA | 3688 | $399.69 | $88.17 | $53.88 | $541.74 | NORTEL NETWORKS INC. |
| LY, VICTOR | 780 | $62,556.63 | $1,762.71 | $538.61 | $64,857.95 | NORTEL NETWORKS INC. |
| MADISON, SUZANNE | 3750 | $12,724.35 | $2,263.22 | $641.25 | $15,628.82 | NORTEL NETWORKS INC. |
| MAYNOR, PAUL | 7706 | $61,592.94 | $1,312.97 | $5,660.37 | $68,566.28 | NORTEL NETWORKS INC. |
| MAZIARZ, THOMAS P. | 7981 | $40,749.00 | $1,363.35 | $8,876.92 | $50,989.27 | NORTEL NETWORKS INC. |
| MCCLAIN, STERLIN | 7994 | $29,533.92 | $1,446.17 | $9,207.25 | $40,187.34 | NORTEL NETWORKS INC. |
| MCCONNELL, JAMES EARL | 7969 | $6,373.89 | $1,286.21 | $7,624.37 | $15,284.47 | NORTEL NETWORKS INC. |
| MCNULTY, KEITH J | 1442 | $6,727.40 | $4,791.07 | $4,875.71 | $16,394.18 | NORTEL NETWORKS INC. |
| MICKENS, DELBERT J. | 1546 | $83,700.86 | $1,818.48 | $1,697.25 | $87,216.59 | NORTEL NETWORKS INC. |
| MILARSKY, MORRIS SEAN | 6789 | $35,491.09 | $1,423.44 | $8,548.54 | $45,463.07 | NORTEL NETWORKS (CALA) INC. |
| MILLER, LINDA G. | 8327 | $29,057.94 | $1,379.70 | $9,680.87 | $40,118.51 | NORTEL NETWORKS INC. |
| MITA, SADAHISA | 778 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| MITA, SADAHISA | 2413 | $1,298.91 | $204.37 | $139.65 | $1,642.93 | NORTEL NETWORKS INC. |
| MONTES, TINA E | 7115 | $23,660.87 | $1,049.78 | $3,464.27 | $28,174.92 | NORTEL NETWORKS (CALA) INC. |
| MOORE, KERRY | 4466 | $78,974.93 | $1,933.29 | $2,728.08 | $83,636.30 | NORTEL NETWORKS INC. |
| MORENO, RICHARD | 3870 | $32,419.92 | $1,148.97 | $1,563.86 | $35,132.75 | NORTEL NETWORKS INC. |
| MOTON, GARY L. | 815 | $4,514.79 | $3,089.98 | $858.33 | $8,463.10 | NORTEL NETWORKS INC. |
| NEELY, ED | 8175 | $20,166.00 | $1,156.01 | $7,122.32 | $28,444.33 | NORTEL NETWORKS INC. |
| NOTARIO, RACHEL | 3212 | $8,578.27 | $549.30 | $674.42 | $9,801.99 | NORTEL NETWORKS INC. |
| PETERS, SCOTT C. | 2191 | $319,676.63 | $1,670.89 | $0.00 | $321,347.52 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim is Allowed |
|---|---|---|---|---|---|---|
| PETERSON, JEFFREY | 2304 | $56,816.57 | $1,611.56 | $1,253.44 | $59,681.57 | NORTEL NETWORKS INC. |
| PRUNEDA, FERNANDO | 7943 | $23,060.05 | $1,182.22 | $7,697.63 | $31,939.90 | NORTEL NETWORKS INC. |
| RAZZAQUE, MD | 4486 | $20,856.86 | $1,338.89 | $535.55 | $22,731.30 | NORTEL NETWORKS INC. |
| ROBINSON, ROBERT J. III | 8151 | $38,510.57 | $1,572.93 | $568.00 | $40,651.50 | NORTEL NETWORKS INC. |
| RUTLEDGE, DEBBIE J | 8210 | $47,757.70 | $1,179.04 | $7,480.35 | $56,417.09 | NORTEL NETWORKS INC. |
| SALLESE, CATHERINE | 7945 | $28,188.05 | $1,397.75 | $9,100.93 | $38,686.73 | NORTEL NETWORKS INC. |
| SGROI, PAUL | 3815 | $11,796.74 | $3,386.62 | $4,139.20 | $19,322.56 | NORTEL NETWORKS INC. |
| SHAPIRO, CHARLES R. | 8353 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SHAPIRO, CHARLES R. | 8354 | $43,319.86 | $1,211.37 | $4,401.30 | $48,932.53 | NORTEL NETWORKS INC. |
| SHAW, RICHELLE F. | 8009 | $0.00 | $0.00 | $13,927.47 | $13,927.47 | NORTEL NETWORKS INC. |
| SHEEHAN, FLOR B. | 7800 | $25,586.85 | $1,180.03 | $5,880.45 | $32,647.33 | NORTEL NETWORKS INC. |
| SHIPE, DAVID | 8177 | $45,976.50 | $1,097.00 | $2,005.07 | $49,078.57 | NORTEL NETWORKS INC. |
| SINGH, HIMANI | 993 | $1,107.26 | $248.51 | $150.49 | $1,506.26 | NORTEL ALTSYSTEMS INC. |
| SMITH, KATHLEEN E. | 7428 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| SMITH, KATHLEEN E. | 7463 | $9,542.72 | $979.30 | $4,390.52 | $14,912.54 | NORTEL NETWORKS INC. |
| SMITH, PATRICIA MUMLEY | 7176 | $32,984.49 | $829.22 | $1,930.24 | $35,743.95 | NORTEL NETWORKS INC. |
| SOLUS CORE OPPORTUNITIES LP | 6113 | $6,420.40 | $1,077.05 | $1,513.85 | $9,011.30 | NORTEL NETWORKS INC. |
| SOOTS, RUSSELL | 7716 | $27,986.09 | $1,040.59 | $6,775.39 | $35,802.07 | NORTEL NETWORKS INC. |
| STONE, LISA S. KAY | 8190 | $20,565.56 | $941.69 | $6,131.47 | $27,638.72 | NORTEL NETWORKS INC. |
| SULLIVAN, PATRICK | 807 | $9,549.31 | $6,205.33 | $1,758.17 | $17,512.81 | NORTEL NETWORKS INC. |
| TA, QUAN | 5908 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| TA, QUAN | 7388 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| TA, QUAN | 7801 | $12,704.87 | $1,341.28 | $6,907.57 | $20,953.72 | NORTEL NETWORKS INC. |
| TASHJIAN, ROBERT | 6945 | $986.31 | $296.39 | $227.23 | $1,509.93 | NORTEL ALTSYSTEMS INC. |
| THOMPSON, JAYSON A. | 7376 | $29,515.45 | $1,198.19 | $7,408.81 | $38,122.45 | NORTEL NETWORKS INC. |
| TIPPING, CHRIS | 7955 | $0.00 | $1,732.59 | $15,864.09 | $17,596.68 | NORTEL NETWORKS INC. |
| TOLF, ERIK S. | 7987 | $38,291.08 | $1,331.35 | $8,897.85 | $48,520.28 | NORTEL NETWORKS INC. |
| TRUEBA-GARZON, LAURA | 8366 | $36,718.11 | $1,295.93 | $3,585.41 | $41,599.45 | NORTEL NETWORKS INC. |
| TRUESDALE, JEFFREY LOUIS | 7986 | $45,070.78 | $1,116.99 | $7,837.59 | $54,025.36 | NORTEL NETWORKS INC. |
| TRUONG, DUNG | 1612 | $41,559.21 | $1,540.81 | $676.25 | $43,776.27 | NORTEL NETWORKS INC. |
| TYNDALL, RONALD | 7973 | $29,525.36 | $1,085.27 | $6,710.59 | $37,321.22 | NORTEL NETWORKS INC. |
| VEALS, PERCY | 7948 | $49,401.38 | $1,416.86 | $9,941.68 | $60,759.92 | NORTEL NETWORKS INC. |
| WALKER, JUDITH F. | 7639 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| WALKER, JUDITH F. | 8008 | $24,253.20 | $981.25 | $4,230.27 | $29,464.72 | NORTEL NETWORKS INC. |
| WALLACE, NORMAN L. JR | 1635 | $42,392.34 | $878.00 | $234.13 | $43,504.47 | NORTEL NETWORKS INC. |
| WALROD, DANIEL G. | 7377 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| WALROD, DANIEL G. | 8192 | $60,923.12 | $1,299.46 | $8,035.00 | $70,257.58 | NORTEL NETWORKS INC. |
| WALSER, DONNA P. | 8098 | $3,720.11 | $906.11 | $5,768.94 | $10,395.16 | NORTEL NETWORKS INC. |
| WALTON, WILLIAM | 8222 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| WALTON, WILLIAM | 8227 | $6,047.03 | $1,220.26 | $7,945.20 | $15,212.49 | NORTEL NETWORKS INC. |
| WANG, YIPING | 6712 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| WANG, YIPING | 6781 | $37,108.84 | $1,520.51 | $946.10 | $39,575.45 | NORTEL NETWORKS INC. |

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim is Allowed |
|---|---|---|---|---|---|---|
| WARD, WENDY | 7698 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| WARD, WENDY | 8230 | $10,167.66 | $1,771.71 | $11,535.81 | $23,475.18 | NORTEL NETWORKS INC. |
| WEISBARTH, THEODORE R. | 7975 | $15,732.48 | $707.79 | $4,608.47 | $21,048.74 | NORTEL NETWORKS INC. |
| WELLER, BURTON | 876 | $57,650.66 | $1,782.71 | $505.10 | $59,938.47 | NORTEL NETWORKS INC. |
| WELLS, TODD | 7869 | $27,732.94 | $1,444.84 | $9,656.36 | $38,834.14 | NORTEL NETWORKS INC. |
| WENTZ, CALVIN | 8330 | $13,298.46 | $1,164.83 | $1,236.01 | $15,699.30 | NORTEL NETWORKS INC. |
| WHITFIELD, RONALD BRUCE | 7942 | $67,685.01 | $1,146.13 | $8,041.97 | $76,873.11 | NORTEL NETWORKS INC. |
| WHITNEY-FRUEH, LAURIE | 5381 | $4,933.90 | $5,382.44 | $6,578.54 | $16,894.88 | NORTEL NETWORKS INC. |
| WILLIAMS, PAUL JR. | 7082 | $56,518.34 | $1,258.76 | $342.66 | $58,119.76 | NORTEL NETWORKS INC. |
| WILLIAMS, PAUL, JR. | 7013 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| WOODLIEF, DAVID W. | 8351 | $62,048.56 | $1,301.87 | $5,612.50 | $68,962.93 | NORTEL NETWORKS INC. |
| YERONICK, MARY FRAN | 5881 | $24,439.19 | $1,030.95 | $647.21 | $26,117.35 | NORTEL NETWORKS INC. |
| ZELENACK-TERRELL, LOUISE | 7409 | $8,281.41 | $725.38 | $3,735.70 | $12,742.49 | NORTEL NETWORKS INC. |