**EXHIBIT A**

**Debtors' Seventeenth Ordinary Course Professional Quarterly Statement for January 1, 2013 – March 31, 2013**

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $5,745.60 | $0.00 | $3,250.80 | $0.00 | $6,274.80 | $0.00 | $0.00 | $0.00 | **$15,271.20** |
| Hunton & Williams | Intellectual Property Services, Labor & Employment Matters; Advice regarding general corporate issues | $0.00 | $0.00 | $887.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$887.50** |
| McConnell Valdes LLC | Legal services related to Debtors' benefit plans | $0.00 | $0.00 | $133.00 | $0.00 | $0.00 | $0.00 | $6,061.00[1] | $76.80 | **$6,194.00** |
| Rode & Qualey | Legal services, advice and counsel with respect to import and export laws, regulations and procedures | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$100.00** |
| Seyfarth Shaw LLP | Consultation with respect to retiree health obligations and health reform act | $7,299.90 | $1.60 | $2,369.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$9,669.15** |

---

[1] McConnell Valdes LLC incurred $1,884.00 in fees for professional services provided to the Debtors during November 2012 and $4,177.00 in fees and $76.80 in disbursements and expenses for professional services provided to the Debtors during December 2012.

| Ordinary Course Professional | Description of Services | January Fees | January Disbursements & Expenses | February Fees | February Disbursements & Expenses | March Fees | March Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Thomas, Ferguson & Mullins LLP | Eminent domain action filed in Durham County and related real property matters. | $1,770.00 | $0.00 | $2,520.00 | $0.00 | $930.00 | $0.00 | $1,710.00[2] | $0.00 | **$6,930.00** |
| Towers Watson Pennsylvania Inc. | Health and welfare consulting services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31,778.76[3] | $0.00 | **$31,778.76** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $31.50 | $0.00 | $1,480.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,512.00** |

---

[2] Thomas, Ferguson & Mullins LLP incurred $1,110.00 in fees for professional services provided to the Debtors during November 2012 and $600.00 in fees for professional services provided to the Debtors during December 2012.

[3] Towers Watson Pennsylvania Inc. incurred $5,444.69 in fees for professional services provided to the Debtors for the period of January through March 2012; $5,444.69 in fees for professional services provided to the Debtors for the period of April through June 2012; $10,444.69 in fees for professional services provided to the Debtors for the period of July through September 2012; $10,444.69 in fees for professional services provided to the Debtors for the period of October through December 2012.