## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing and Service of Debtors' Seventeenth Ordinary Course Professional Quarterly Statement** was caused to be made on June 3, 2013, in the manner indicated upon the individuals identified on the attached service list.

Date: June 3, 2013  */s/ Ann C. Cordo*
Wilmington, DE  Ann C. Cordo (No. 4817)