UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Joint ly Administered
Debtors. :
: **Related Docket No. 10482**
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING
THE NINETEENTH MONTHLY APPLICATION OF TOGUT, SEGAL &
SEGAL LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED
EMPLOYEES, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR
INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES
INCURRED FOR THE PERIOD MARCH 1, 2013 THROUGH MARCH 31, 2013**

I, William F. Taylor, Jr., of McCarter & English LLP, Delaware Counsel to The Official Committee of Retirees (the "Retiree Committee"), in the above-captioned case, hereby certify the following:

1. On May 10, 2013, the Retiree Committee filed the *Nineteenth Monthly Application of Togut, Segal & Segal LLP, as counsel to the Official Committee of Retired Employees, for an Allowance of Interim Compensation and Reimbursement of All Actual and Necessary Expenses for the period March 1, 2013 through March 31, 2013* [Docket No. 10482] (the "Application").

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served by May 30, 2013 ("Objection Deadline"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures §

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 15741087v.1

2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3.    The Application requested allowance of fees in the amount of $285,222 and expenses in the amount of $8,038.94 pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Interim Compensation Order") (Docket No. 222). The Application also requested payment of fees in the amount of $228,177.60 (80% of $285,222) and expenses in that amount of $8,038.94 pursuant to the Interim Compensation Order. As noted above no objections were received to the full amount of Togut Segal & Segal LLP's fee and expense request.

Dated: June 4, 2013  
      Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.  
William F. Taylor, Jr. (DE Bar I.D. #2936)  
Renaissance Centre  
405 N. King Street, 8th Floor  
Wilmington, DE 19801  
(302) 984-6300  
(302) 984-6399 Facsimile  
wtaylor@mccarter.com

-and-

Albert Togut, Esquire  
Neil Berger, Esquire  
Togut, Segal & Segal LLP  
One Penn Plaza  
New York, New York 10119  
(212) 594-5000  
(212) 967-4258 Facsimile  
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*