# EXHIBIT A

ME1 15744807v.1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
In re:                                                   :   Chapter 11
                                                         :
                                                         :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                        :
                                                         :   Jointly Administered
            Debtors.                                     :
                                                         :   **Related Docket No. ___**
------------------------------------------------------------x

**ORDER GRANTING SIXTH QUARTERLY FEE APPLICATION OF TOGUT, SEGAL AND SEGAL, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES FOR THE PERIOD JANUARY 1, 2013 THROUGH MARCH 31, 2013**

Upon consideration of the Sixth Quarterly Fee Application Request (the "Request") of Togut, Segal & Segal LLP (the "Togut Firm"), Bankruptcy Counsel for the Official Committee of Retired Employees for the period from January 1, 2013 through and including March 31, 2013; and upon consideration of the monthly fee applications (the "Fee Applications"); the Court having reviewed the Fee Applications; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 15744807v.1

IT IS HEREBY ORDERED that:

1. The Request is GRANTED.

2. The Togut Firm is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Fee Applications, subject to the filing of a final fee application by the Togut Firm.

3. The Debtor is authorized and directed to disburse to the Togut Firm payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee Applications and (b) the actual interim payments received by the Togut Firm for fees and expenses under the Fee Applications, as set forth in the Fee Applications.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: June __, 2013
Wilmington, DE

_____
The Honorable Kevin Gross
Chief Untied States Bankruptcy Judge

ME1 15744807v.1