**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x
:  Chapter 11
In re:                                          :
:  Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]              :
:  Jointly Administered
                                    Debtors.     :
:  **Hearing Date: June 25, 2013 @ 10:00 a.m.**
-------------------------------------------------------------x

**SEVENTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH, LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR**
**THE PERIOD FEBRUARY 1, 2013 THROUGH APRIL 30, 2013**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For

Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), McCarter

& English LLP ("McCarter & English") hereby submits its Seventh Quarterly Fee Application

Request (the "Request") for the period February 1, 2013 through and including April 30, 2013[2]

(the "Application Period").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]    Exhibits A and B attached to the monthly applications (D.I. Nos. 9759, 10177 and 10699) contain detailed listing of McCarter & English's requested fees and expenses to the Application Periods.

McCarter & English seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fee Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fee Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 3/25/2013 #9759 | 2/1/2013-2/28/2013 | $133,130.50 | $5,026.88 | 4/17/2013 #10155 | $106,504.40 | $5,026.88 | $26,626.10 |
| 4/18/2013 #10177 | 3/1/2013-3/31/2013 | $179,766.50 | $20,146.11 | 5/10/2013 #10481 | $143,813.20 | $20,146.11 | $25,953.30 |
| 5/30/2013 #10699 | 4/1/2013-4/30/2013 | $76,349.50 | $6,184.37 | TBD OBJ DL: 6-19-2013 | $61,079.60 | $6,184.37 | $15,269.90 |
| **Total** | | **$389,246.50** | **$31,357.36** | | **$311,397.20** | **$31,357.36** | **$67,849.30** |

In accordance with the Monthly Compensation Order, McCarter & English seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, McCarter & English respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant McCarter & English such other and further relief as is just and proper.

Dated: June 4, 2013
      Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| PASTOR, SHERILYN | Partner, NJ Bar, Insurance Coverage | $590.00 | .30 | $117.00 |
| HOROWITZ, JOEL E. | Partner, PA Bar, Tax, Employee Benefits and Finance | $570.00 | 21.30 | $12,354.00 |
| DANIELE, MARK A. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $525.00 | 286.80 | $150,570.00 |
| TAYLOR, JR., WILLIAM F. | Partner, DE Bar, Bankruptcy and Restructuring | $525.00 | 79.50 | $41,737.50 |
| KORNSTEIN, ALAN F. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $520.00 | 152.50 | $79,300.00 |
| YINGLING, BETH | Partner, NJ Bar, Tax, Employee Benefits & Private Clients | $465.00 | 1.80 | $837.00 |
| KIMBALL, JANE S. | Special Counsel, NJ Bar, Tax, Employee Benefits and Finance | $390.00 | .30 | $120.00 |
| BROWN, KEVIN A. | Associate, NJ Bar, Tax & Benefits, Executive Compensation | $385.00 | 220.00 | $86,900.00 |
| BUCK, KATE R. | Associate, DE Bar, Bankruptcy and Restructuring | $295.00 | 21.60 | $6,912.00 |
| KAHN, BRETT D. | Associate, NJ Bar, Insurance Coverage | $280.00 | .30 | $91.50 |
| GREULICH, TRACY R. | Paralegal, Tax, Employee Benefits & Private Clients | $245.00 | 1.50 | $367.50 |
| SCHIERBAUM, JARED F. | Paralegal, Bankruptcy and Restructuring | $215.00 | 35.50 | $7,632.50 |
| BROWN, DEBORAH | Paralegal, Insurance Coverage Litigation | $210.00 | 3.10 | $666.50 |
| TAYLOR, CARRIE | Paralegal, Bankruptcy and Litigation | $185.00 | 1.20 | $222.00 |
| MORIARTY, MARGARET, J. | Paralegal Tax, Employee Benefits & Private Clients | $180.00 | 7.30 | $1,314.00 |
| GREENSTONE, JAMES J. | Research Analysts | $150.00 | .30 | $45.00 |
| **TOTAL:** | | | **833.30** | **$389,246.50** |
| | *Blended Rate* | **$467.11** | | |

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

|     | Project Category | Total Hours | Total Fees |
|-----|------------------|-------------|------------|
| D23 | BUSINESS OPERATIONS | 13.50 | $7,830.00 |
| D24 | CASE ADMINISTRATION | 47.10 | $13,204.00 |
| D26 | EMPLOYMENT BENEFITS/PENSIONS | 603.90 | $284,706.50 |
| D27 | FEE/EMPLOYMENT APPLICATIONS | 15.30 | $5,211.50 |
| D30 | LITIGATION | 65.00 | $32,562.50 |
| D34 | TAX ISSUES | 74.20 | $39,155.00 |
| D38 | BUSINESS ANALYSIS | .30 | $177.00 |
| D40 | DATA ANALYSIS | 3.10 | $666.50 |
| D47 | FEE APPLICATIONS – OTHERS | 10.20 | $5,355.00 |
| D61 | COURT HEARING | .50 | $262.50 |
| D62 | GENERAL CASE STRATEGY | .20 | $116.00 |
|     | **TOTAL:** | **833.30** | **$389,246.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|------------------|----------------|
| PHOTOCOPIES | $817.80 |
| POSTAGE | $28.20 |
| FILING FEES-MISC. | $18,500.70 |
| OVERSIZE COPIES | $165.60 |
| TRAVEL EXPENSES | $4,776.89 |
| LODGING | $1,776.81 |
| LIBRARY RESEARCH | $66.47 |
| TELEPHONE | $189.83 |
| SERVICES | $897.60 |
| FEDERAL EXPRESS | $15.30 |
| VELO BINDING | $8.75 |
| CAR SERVICES | $1,090.54 |
| LUNCHEON MEETINGS | $553.75 |
| MEALS | $1,757.13 |
| MESSENGER/OUTSIDE | 607.50 |
| CAR RENTALS | $104.49 |
| **TOTAL:** | **$31,357.36** |

ME1 15743769v.1