# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Nortel Networks Inc., et al.
2221 Lakeside Boulevard     **Chapter:** 11
Richardson, TX 75082
 **EIN:** 04–2486332

Allen & Overy LLP,
1221 Avenue of the Americas
New York, NY 10020
                              *Case No*.:  09–10138–KG

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 08/23/2011 was filed on 06/04/2013 . The following deadlines apply:

   The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 6/25/2013 .

   If a request for redaction is filed, the redacted transcript is due 7/5/2013 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 9/3/2013 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

                                                         Clerk of Court

Date: 6/4/13

(ntc)